Fuglestvedt J.S., K.P. Shine, T. Berntsen, J. Cook, D.S. Lee, A. Stenke, R.B. Skeie, G.J.M. Velders, and I.A. Waitz (2010). Transport impacts on atmosphere and climate: Metrics. *Atmospheric Environment* **44**, 4648–4677. doi: 10.1016/j.atmosenv.2009.04.044, ISSN: 1352-2310.

Fullerton D. (2011). Six distributional effects of environmental policy. *Risk Analysis* **31**, 923–29.

Fullerton D., G. Heutel, and G.E. Metcalf (2011). Does the Indexing of Government Transfers Make Carbon Pricing Progressive? *American Journal of Agricultural Economics*.

Fullerton D., and G.E. Metcalf (2001). Environmental controls, scarcity rents, and pre-existing distortions. *Journal of Public Economics* **80**, 249–267. doi: 10.1016/S0047-2727(00)00087-6, ISSN: 0047-2727.

Fullerton D., and D.L. Rogers (1993). *Who Bears the Lifetime Tax Burden?* Brookings Institution Press, 264 pp. ISBN: 9780815729938.

Gangadharan L., and V. Nemes (2009). Experimental analysis of risk and uncertainty in provisioning private and public goods. *Economic Inquiry* **47**, 146–164. Available at: http://onlinelibrary.wiley.com.proxy.library.ucsb.edu:2048/doi/10.1111/j.1465-7295.2007.00118.x/full.

Gardiner S.M. (2004). Ethics and Global Climate Change. *Ethics* **114**, 555–600. doi: 10.1086/382247, ISSN: 0014-1704.

Gardiner S.M. (2010). Is "Arming the Future" with Geoengineering Really the Lesser Evil?: Some Doubts about the Ethics of Intentionally Manipulating the Climate System. In: *Climate Ethics: Essential Readings*. S.M. Gardiner, (ed.), Oxford University Press, pp. 284–314.

Gardiner S.M. (2011). *A Perfect Moral Storm: The Ethical Tragedy of Climate Change*. Oxford University Press, USA, 512 pp. ISBN: 0195379446.

Gerlagh R., and B. Van der Zwaan (2006). Options and instruments for a deep cut in $CO_2$ emissions: carbon dioxide capture or renewables, taxes or subsidies? *Energy Journal* **27**, 25–48.

Geroski P. (1995). Markets for technology: knowledge, innovation, and appropriability. In: *Handbook of the economics of innovation and technological change*. P. Stoneman, (ed.), Blackwell, Oxford, pp. 90–131. ISBN: 0631177736 9780631177739 0631197745 9780631197744.

Gerrard M., and G. Wannier (2012). United States. In: *Climate Change Liability: Transnational Theory and Practice*. R. Lord, S. Goldberg, L. Rajamani, J. Brunée, (eds.), Cambridge University Press, Cambridge UK, pp. 556–603.

Gilbert J. (2006). *Indigenous Peoples' Land Rights Under International Law: From Victims to Actors*. BRILL, 352 pp. ISBN: 9781571053695.

Gillett N.P., and H.D. Matthews (2010). Accounting for carbon cycle feedbacks in a comparison of the global warming effects of greenhouse gases. *Environmental Research Letters* **5**, 034011. doi: 10.1088/1748-9326/5/3/034011, ISSN: 1748-9326.

Gillingham K., M. Harding, and D. Rapson (2012). Split incentives in residential energy consumption. *Energy Journal* **33**, 37–62. Available at: http://www.econ.ucdavis.edu/faculty/dsrapson/GillinghamHardingRapson_v4.pdf.

Gillingham K., M.J. Kotchen, D.S. Rapson, and G. Wagner (2013). Energy policy: The rebound effect is overplayed. *Nature* **493**, 475–476. doi: 10.1038/493475a, ISSN: 0028-0836, 1476–4687.

Gillingham K., R. Newell, and K. Palmer (2006). Energy efficiency policies: A retrospective examination. *Annual Review of Environment and Resources* **31**, 161–192. Available at: http://arjournals.annualreviews.org/doi/abs/10.1146/annurev.energy.31.020105.100157.

Gillingham K., R.G. Newell, and W.A. Pizer (2008). Modeling endogenous technological change for climate policy analysis. *Energy Economics* **30**, 2734–2753. doi: 10.1016/j.eneco.2008.03.001, ISSN: 01409883.

Gillingham K., and K. Palmer (2014). Bridging the Energy Efficiency Gap: Insights for Policy from Economic Theory and Empirical Analysis. *Review of Environmental Economics and Policy* **8**, 18–38. Available at: http://reep.oxfordjournals.org/content/8/1/18.abstract.

Gini C. (1912). Variabilità e mutabilità. In: *Memorie di metodologica statistica*. E. Pizetti, T. Salvemini, (eds.), Libreria Eredi Virgilio Veschi, Rome Available at: http://books.google.de/books/about/Variabilit%C3%A0_e_mutabilit%C3%A0.html?id=fqjaBPMxB9kC&redir_esc=y.

Gneezy U., and A. Rustichini (2000). A fine is a price. *The Journal of Legal Studies* **29**, 1. doi: 10.1086/468061, ISSN: 0047-2530, 1537–5366.

Godal O., and J.S. Fuglestvedt (2002). Testing 100-year global warming potentials: impacts on compliance costs and abatement profile. *Climatic Change* **52**, 93–127.

Goldberg S., and R. Lord (2012). England. In: *Climate Change Liability: Transnational Theory and Practice*. R. Lord, S. Goldberg, L. Rajamani, J. Brunée, (eds.), Cambridge University Press, Cambridge UK, pp. 445–488.

Goldstein N.J., R.B. Cialdini, and V. Griskevicius (2008). A room with a viewpoint: Using social norms to motivate environmental conservation in hotels. *Journal of Consumer Research* **35**, 472–482. Available at: http://www.jstor.org.proxy.library.ucsb.edu:2048/stable/10.1086/586910.

Gollier C. (2002). Time Horizon and the Discount Rate. *Journal of Economic Theory* **107**, 463–473. doi: 10.1086/jeth.2001.2952, ISSN: 0022-0531.

Gollier C. (2010). Ecological discounting. *Journal of Economic Theory* **145**, 812–829. doi: 10.1016/j.jet.2009.10.001, ISSN: 00220531.

Gollier C. (2012). *Pricing The Planet's Future: The Economics of Discounting in an Uncertain World*. Princeton University Press, 246 pp. ISBN: 9780691148762.

Gollier C., and M.L. Weitzman (2010). How should the distant future be discounted when discount rates are uncertain? *Economics Letters* **107**, 350–353. doi: 10.1016/j.econlet.2010.03.001, ISSN: 0165-1765.

González Gaudiano E., and P. Meira Cartea (2009). Educación, comunicación y cambio climático. Resistencias para la acción social responsable. *Trayectorias* **11**, 6–38.

Gorman W.M. (1955). The intransitivity of certain criteria used in welfare economics. *Oxford Economic Papers* **7**, 25–35. Available at: http://ezproxy.ouls.ox.ac.uk:2073/stable/info/2662000.

Gorman W.M. (1968). The structure of utility functions. *The Review of Economic Studies* **35**, 367–390. Available at: http://ezproxy.ouls.ox.ac.uk:2073/stable/2296766.

Gosseries A. (2004). Historical emissions and free riding. *Ethical Perspectives* **11**, 36–60.

Goulder L.H. (1995). Environmental taxation and the double dividend: a reader's guide. *International Tax and Public Finance* **2**, 157–183. doi: 10.1007/BF00877495, ISSN: 0927-5940, 1573–6970.

Goulder L.H. (2013). Markets for Pollution Allowances: What Are the (New) Lessons? *Journal of Economic Perspectives* **27**, 87–102. ISSN: 0895-3309.

Goulder L.H., and K. Mathai (2000). Optimal $CO_2$ abatement in the presence of induced technological change. *Journal of Environmental Economics and Management* **39**, 1–38. doi: 10.1006/jeem.1999.1089, ISSN: 00950696.

**Goulder L.H., and I.W.H. Parry (2008).** Instrument choice in environmental policy. *Review of Environmental Economics and Policy* 2, 152–174. doi: 10.1093/reep/ren005.

**Goulder L.H., I.W., Parry, and D. Burtraw (1997).** Revenue-raising versus other approaches to environmental protection: the critical significance of preexisting tax distortions. *RAND Journal of Economics* 28, 708–731. Available at: http://www.jstor.org/stable/2555783.

**Goulder L.H., and R.N. Stavins (2011).** Challenges from state-federal interactions in us climate change policy. *American Economic Review* 101, 253–257.

**Gowdy J.M. (2008).** Behavioral economics and climate change policy. *Journal of Economic Behavior & Organization* 68, 632–644. doi: 10.1016/j.jebo.2008.06.011, ISSN: 01672681.

**Grainger C.A., and C.D. Kolstad (2010).** Who pays a price on carbon? *Environmental and Resource Economics* 46, 359–376. doi: 10.1007/s10640-010-9345-x, ISSN: 0924-6460, 1573–1542.

**Gram-Hanssen K. (2010).** Residential heat comfort practices: understanding users. *Building Research & Information* 38, 175–186. doi: 10.1080/09613210903541527, ISSN: 0961-3218.

**Greene D.L., J. German, and M.A. Delucchi (2009).** Fuel economy: The case for market failure. In: *Reducing climate impacts in the transportation sector.* Springer, pp. 181–205. Available at: http://link.springer.com.proxy.library.ucsb.edu:2048/chapter/10.1007/978-1-4020-6979-6_11/fulltext.html.

**Greene C., B. Monger, and M. Huntley (2010).** Geoengineering: The Inescapable Truth of Getting to 350. *Solutions* 1, 57–66. Available at: http://www.thesolutionsjournal.com/node/771.

**Greene D.L., P.D. Patterson, M. Singh, and J. Li (2005).** Feebates, rebates and gas-guzzler taxes: a study of incentives for increased fuel economy. *Energy Policy* 33, 757–775. doi: 10.1016/j.enpol.2003.10.003, ISSN: 0301-4215.

**Greening L.A., and S. Bernow (2004).** Design of coordinated energy and environmental policies: use of multi-criteria decision-making. *Energy Policy* 32, 721–735. doi: 10.1016/j.enpol.2003.08.017, ISSN: 03014215.

**Greening L., D. Greene, and C. Difiglio (2000).** Energy efficiency and consumption: The rebound effect—a survey. *Energy Policy* 28, 389–401.

**Greenstone M., E. Kopits, and A. Wolverton (2013).** Developing a Social Cost of Carbon for US Regulatory Analysis: A Methodology and Interpretation. *Review of Environmental Economics and Policy* 7, 23–46. doi: 10.1093/reep/res015, ISSN: 1750-6816, 1750–6824.

**Griffin J. (1986).** *Well Being: Its Meaning, Measurement, and Moral Importance.* Clarendon Press, Oxford, ISBN: 9780198248439.

**Griliches Z. (1992).** The search for R&D spillovers. *Scandinavian Journal of Economics* 94, S29–47.

**Grimaud A., and L. Rouge (2008).** Environment, directed technical change and economic policy. *Environmental and Resource Economics* 41, 439–463. doi: 10.1007/s10640-008-9201-4, ISSN: 0924-6460, 1573–1502.

**Groosman B., N.Z. Muller, and E. O'Neill-Toy (2011).** The Ancillary Benefits from Climate Policy in the United States. *Environmental and Resource Economics* 50, 585–603. doi: 10.1007/s10640-011-9483-9, ISSN: 0924-6460, 1573–1502.

**Grossman D.A. (2009).** Tort-Based Climate Litigation. In: *Adjudicating Climate Change: State, National, and International Approaches.* Cambridge University Press, pp. 193–229.

**Grübler A., and S. Messner (1998).** Technological change and the timing of mitigation measures. *Energy Economics* 20, 495–512. doi: 10.1016/S0140-9883(98)00010-3, ISSN: 01409883.

**Gudynas E. (2011).** Buen Vivir: Today's tomorrow. *Development* 54, 441–447. doi: 10.1057/dev.2011.86, ISSN: 1011-6370, 1461–7072.

**Guéant O., R. Guesnerie, and J.-M. Lasry (2012).** Ecological Intuition versus Economic "Reason." *Journal of Public Economic Theory* 14, 245–272. doi: 10.1111/j.1467-9779.2011.01541.x, ISSN: 1467-9779.

**Guesnerie R. (2004).** Calcul économique et développement durable. *Revue Économique* 55, 363–382. doi: 10.3917/reco.553.0363, ISSN: 0035-2764, 1950–6694.

**Gunningham N. (2013).** Managing the energy trilemma: The case of Indonesia. *Energy Policy* 54, 184–193. doi: 10.1016/j.enpol.2012.11.018, ISSN: 03014215.

**Gunningham N., R.A. Kagan, and D. Thornton (2003).** *Shades of Green: Business, Regulation, and Environment.* Stanford University Press, 228 pp. ISBN: 9780804748520.

**Gupta S., D.A. Tirpak, N. Burger, J. Gupta, J. Höhne, I.A. Boncheva, G.M. Kanoan, C. Kolstad, J.A. Kruger, A. Michaelowa, S. Murase, J. Pershing, T. Saijo, and A. Sari (2007).** Policies, instruments and co-operative arrangements. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* B. Metz, O. Davidson, P.R. Bosch, R. Dave, L.A. Meyer, (eds.), Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA., pp. 745–807.

**Güth W., R. Schmittberger, and B. Schwarze (1982).** An experimental analysis of ultimatum bargaining. *Journal of Economic Behavior & Organization* 3, 367–388. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/0167268182900117.

**Haab T.C., and K.E. McConnell (2002).** *Valuing Environmental and Natural Resources: The Econometrics of Non-Market Valuation.* E. Elgar Pub., Cheltenham, U.K.; Northampton, Mass., USA, 352 pp. ISBN: 1840647043 9781840647044 1843763885 9781843763888.

**Hahn R.W. (1989).** Economic Prescriptions for Environmental Problems: How the Patient Followed the Doctor's Orders. *Journal of Economic Perspectives* 3, 95–114. doi: 10.1257/jep.3.2.95, ISSN: 0895-3309.

**Hale B. (2012a).** The world that would have been: moral hazard arguments against geoengineering. In: *Engineering the Climate: The Ethics of Solar Radiation Management.* C.J. Preston, (ed.), Lexington Books, Lanham, Md, pp. 113–131. ISBN: 9780739175408 0739175408 9780739175415 0739175416.

**Hale B. (2012b).** Getting the Bad Out: Remediation Technologies and Respect for Others. In: *The Environment: Philosophy, Science, and Ethics.* MIT Press, ISBN: 9780262017404.

**Hale B., and L. Dilling (2011).** Geoengineering, Ocean Fertilization, and the Problem of Permissible Pollution. *Science, Technology & Human Values* 36, 190–212. doi: 10.1177/0162243910366150, ISSN: 0162-2439, 1552–8251.

**Hale B., and W.P. Grundy (2009).** Remediation and Respect: Do Remediation Technologies Alter Our Responsibility? *Environmental Values* 18, 397–415. doi: 10.3197/096327109X12532653285696.

**Hall B., and J. Lerner (2010).** The financing of R&D and innovation. In: *Handbook of the economics of innovation.* B.H. Hall, N. Rosenberg, (eds.), Elsevier, Amsterdam, pp. 610–638.

**Hallegatte S. (2008).** An Adaptive Regional Input-Output Model and its Application to the Assessment of the Economic Cost of Katrina. *Risk Analysis* 28, 779–799. doi: 10.1111/j.1539-6924.2008.01046.x, ISSN: 1539-6924.

**Hallegatte S., J.-C. Hourcade, and P. Dumas (2007).** Why economic dynamics matter in assessing climate change damages: Illustration on extreme events. *Ecological Economics* **62**, 330–340. doi: 10.1016/j.ecolecon.2006.06.006, ISSN: 0921-8009.

**Halsnæs K., P.R. Shukla, D. Ahuja, G. Akumu, R. Beale, J. Edmonds, C. Gollier, A. Grübler, M.H. Duong, A. Markandya, M. McFarland, E. Nikitina, T. Sugiyama, A. Villavicencio, and J. Zou (2007).** Framing issues. In: *Climate Change 2007: Mitigation. Contribution of Working III to the Fourth Assessment Report to the Intergovernmental Panel on Climate Change.* B. Metz, O. Davidson, P. Bosch, R. Dave, L. Meyer, (eds.), Cambridge University Press, New York, pp. 117–167.

**Hamilton C. (2013).** *Earthmasters: The Dawn of the Age of Climate Engineering.* Yale University Press, Available at: http://books.google.com.proxy.library.ucsb.edu:2048/books?hl=en&lr=&id=x61F2HkKtVEC&oi=fnd&pg=PR9&dg=Earthmasters:+The+Dawn+of+the+Age+of+Climate+Engineering&ots=2qQ5X_cZU4&sig=wDVMtf23TRPQ-0CQWJzmTQCrGlc.

**Hammitt J.K., A.K. Jain, J.L. Adams, and D.J. Wuebbles (1996a).** A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature* **381**, 301–303. doi: 10.1038/381301a0, ISSN: 0028-0836.

**Hammitt J.K., A.K. Jain, J.L. Adams, and D.J. Wuebbles (1996b).** A welfare-based index for assessing environmental effects of greenhouse-gas emissions. *Nature* **381**, 301–303. doi: 10.1038/381301a0.

**Hammond P.J. (1993).** Interpersonal comparisons of utility: Why and how they are and should be made. In: *Interpersonal comparisons of well-being.* J. Elster, J. Roemer, (eds.), Cambride University Press, Cambridge, pp. 200–254.

**Hanemann W.M. (1991).** Willingness to pay and willingness to accept: how much can they differ? *The American Economic Review* **81**, 635–647.

**Hanemann W.M. (2010).** Cap-and-trade: a sufficient or necessary condition for emission reduction? *Oxford Review of Economic Policy* **26**, 225–252. doi: 10.1093/oxrep/grq015, ISSN: 0266-903X, 1460–2121.

**Hardin G. (1968).** The tragedy of the commons. *Science* **162**, 1243–1248.

**Harford J.D. (1998).** The Ultimate Externality. *The American Economic Review* **88**, 260–265. doi: 10.2307/116828, ISSN: 0002-8282.

**Haritz M. (2011).** Liability with and liability from the precautionary principle in climate change cases. In: *Climate Change Liability.* M. Faure, M. Peeters, (eds.), Edward Elgar Publishing Ltd., Cheltenham UK, pp. 255–274.

**Harman E. (2004).** Can we harm and benefit in creating? *Philosophical Perspectives* **18**, 89–113. doi: 10.1111/j.1520-8583.2004.00022.x, ISSN: 15208583.

**Harrington W., R. Morgenstern, and T. Sterner (2004).** *Choosing Environmental Policy: Comparing Instruments and Outcomes in the United States and Europe.* Resources for the Future, Washington DC, 296 pp. ISBN: 9781891853876.

**Harrod H.R. (1949).** *Towards a Dynamic Economics: Some Recent Developments of Economic Theory and Their Application to Policy.* Macmillan and Co., London, Available at: http://books.google.com/books?id=6BtZPAAACAAJ.

**Harsanyi J.C. (1955).** Cardinal welfare, individualistic ethics, and interpersonal comparisons of utility. *Journal of Political Economy* **63**, 309–321.

**Harsanyi J. C. (1977).** *Rational Behavior and Bargaining Equilibrium in Games and Social Situations.* Cambridge University Press, 314 pp.

**Hassett K.A., and G.E. Metcalf (1993).** Energy conservation investment: Do consumers discount the future correctly? *Energy Policy* **21**, 710–716. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/030142159390294P.

**Hassol S. (2004).** *Impacts of a Warming Arctic—Arctic Climate Impact Assessment.* Cambridge University Press, 139 pp. ISBN: 0 521 61778 2.

**Hausman J.A. (1979).** Individual Discount Rates and the Purchase and Utilization of Energy-Using Durables. *The Bell Journal of Economics* **10**, 33–54. doi: 10.2307/3003318, ISSN: 0361-915X.

**Hayes T.M., and F. Murtinho (2008).** Are indigenous forest reserves sustainable? An analysis of present and future land-use trends in Bosawas, Nicaragua. *International Journal of Sustainable Development & World Ecology* **15**, 497–511. doi: 10.1080/13504500809469845, ISSN: 1350-4509.

**Hegerl G.C., and S. Solomon (2009).** Risks of Climate Engineering. *Science* **325**, 955–956. doi: 10.1126/science.1178530, ISSN: 0036-8075, 1095–9203.

**Helm D. (2010).** Government failure, rent-seeking, and capture: the design of climate change policy. *Oxford Review of Economic Policy* **26**, 182–196. ISSN: 0266-903X.

**Hendry C., and P. Harborne (2011).** Changing the view of wind power development: More than "bricolage." *Research Policy* **40**, 778–789. doi: 10.1016/j.respol.2011.03.001, ISSN: 00487333.

**Henriksen J. (2007).** *Highly Vulnerable Indigenous and Local Communities, Inter Alia, of the Arctic, Small Island States and High Altitudes, Concerning the Impacts of Climate Change and Accelerated Threats, such as Pollution, Drought and Desertification, to Traditional Knowledge and Practices with a Focus of Causes and Solution.* United Nations Environmental Program, 36 pp. Available at:   http://www.cbd.int/doc/meetings/tk/emccilc-01/other/emccilc-01-wg8j-05-inf-18-en.pdf.

**Hepburn C. (2006).** Regulation by prices, quantities, or both: a review of instrument choice. *Oxford Review of Economic Policy* **22**, 226–247. doi: 10.1093/oxrep/grj014, ISSN: 0266-903X, 1460–2121.

**Hepburn C., M. Grubb, K. Neuhoff, F. Matthes, and M. Tse (2006).** Auctioning of EU ETS phase II allowances: how and why? *Climate Policy* **6**, 137–160. Available at: http://www.tandfonline.com.proxy.library.ucsb.edu:2048/doi/abs/10.1080/14693062.2006.9685592.

**Heyd D. (1992).** *Genethics: Moral Issues in the Creation of People.* University of California Press, Berkeley, ISBN: 9780520077140.

**Hicks J.R. (1932).** *The Theory of Wages.* Macmillan, London.

**Hiller A. (2011).** Climate Change and Individual Responsibility. *The Monist* **94**, 349–368.

**HM Treasury (2003).** *The Green Book—Appraisal and Evaluation in Central Government.* London, 114 pp.

**Hoekman B., K. Maskus, and K. Saggi (2005).** Transfer of technology to developing countries: Unilateral and multilateral policy options. *World Development* **33**, 1587–1602. doi: 10.1016/j.worlddev.2005.05.005, ISSN: 0305750X.

**Hoel M., and T. Sterner (2007).** Discounting and relative prices. *Climatic Change* **84**, 265–280. doi: 10.1007/s10584-007-9255-2, ISSN: 0165-0009, 1573–1480.

**Höhne N., H. Blum, J. Fuglestvedt, R.B. Skeie, A. Kurosawa, G. Hu, J. Lowe, L. Gohar, B. Matthews, A. C.N. de Salles, and C. Ellermann (2011).** Contributions of individual countries' emissions to climate change and their uncertainty. *Climatic Change* **106**, 359–391. doi: 10.1007/s10584-010-9930-6, ISSN: 0165-0009, 1573–1480.

**Hope C. (2011).** *The Social Cost of CO2 from the PAGE09 Model.* Social Science Research Network, Rochester, NY, Available at: http://papers.ssrn.com/abstract=1973863.

**3**

Hope C. (2013). Critical issues for the calculation of the social cost of $CO_2$: why the estimates from PAGE09 are higher than those from PAGE2002. *Climatic Change* **117**, 531–543. doi: 10.1007/s10584-012-0633-z, ISSN: 0165-0009, 1573–1480.

Hope C., J. Anderson, and P. Wenman (1993). Policy analysis of the greenhouse effect: An application of the PAGE model. *Energy Policy* **21**, 327–338. Available at: http://www.sciencedirect.com/science/article/pii/030142159390253C.

Hossain T., and J. Morgan (2006). ...plus shipping and handling: revenue (non) equivalence in field experiments on eBay. *Advances in Economic Analysis & Policy* **5**. doi: 10.2202/1538-0637.1429, ISSN: 1538-0637.

Hourcade J.C., M. Jaccard, C. Bataille, and F. Ghersi (2006). Hybrid Modeling: New Answers to Old Challenges. *The Energy Journal* **2**, 1–12.

Hourdequin M. (2012). Geoengineering, solidarity, and moral risk. In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, Lanham, Md, pp. 15–32. ISBN: 9780739175408 0739175408 9780739175415 0739175416.

Van den Hove S. (2000). Participatory approaches to environmental policy-making: the European Commission Climate Policy Process as a case study. *Ecological Economics* **33**, 457–472. doi: 10.1016/S0921-8009(99)00165-2, ISSN: 09218009.

Howarth R.B. (1996). Climate change and overlapping generations. *Contemporary Economic Policy* **14**, 100–111.

Howarth R.B., and R.B. Norgaard (1992). Environmental Valuation under Sustainable Development. *The American Economic Review* **82**, 473–477. doi: 10.2307/2117447, ISSN: 0002-8282.

Hsiang S.M. (2010). Temperatures and cyclones strongly associated with economic production in the Caribbean and Central America. *Proceedings of the National Academy of Sciences* **107**, 15367–15372. doi: 10.1073/pnas.1009510107, ISSN: 0027-8424, 1091–6490.

Hsiang S.M., M. Burke, and E. Miguel (2013). Quantifying the influence of climate on human conflict. *Science*, 1237557. Available at: http://www.seas.harvard.edu.proxy.library.ucsb.edu:2048/climate/eli/Courses/global-change-debates/Sources/21-Social-upheaval/Hsiang-etal-2013.pdf.

Hulme M. (2009). *Why We Disagree About Climate Change*. Cambridge University Press, 432 pp. ISBN: 9780521727327.

Hunter D., and J. Salzman (2007). Negligence in the air: the duty of care in climate change litigation. *University of Pennsylvania Law Review* **155**, 1741–1794.

Huntington H.G. (2011). The Policy Implications of Energy-Efficiency Cost Curves. *The Energy Journal* **Volume 32**, 7–22. Available at: http://ideas.repec.org/a/aen/journl/32si1-a02.html.

Hurka T. (1982). Average utilitarianisms. *Analysis* **42**, 65–69.

Huseby R. (2010). Sufficiency: restated and defended. *Journal of Political Philosophy* **18**, 178–197. doi: 10.1111/j.1467-9760.2009.00338.x, ISSN: 09638016, 14679760.

IEA, OPEC, OECD, and The World Bank (2011). *Joint Report by IEA, OPEC, OECD and World Bank on Fossil-Fuel and Other Energy Subsidies: An Update of the G20 Pittsburgh and Toronto Commitments*. Available at: http://www.oecd.org/env/49090716.pdf.

IPCC (1990). *Climate Change: The Intergovernmental Panel on Climate Change Scientific Assessment [J.T. Houghton, G.J. Jenkins, J.J. Ephraums (eds)]*. Cambridge University Press, Cambridge.

IPCC (1995). *Second Assessment Report*. Intergovernmental Panel on Climate Change, Available at: http://www.ipcc.ch/pdf/climate-changes-1995/ipcc-2nd-assessment/2nd-assessment-en.pdf.

IPCC (2007). Synthesis Report. *Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Core Writing Team, Pachauri, R.K. and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland, 104pp. Available at: https://www.ipcc.ch/publications_and_data/ar4/syr/en/contents.html.

Jackson S.C. (2009). Parallel Pursuit of Near-Term and Long-Term Climate Mitigation. *Science* **326**, 526–527. ISSN: 0036-8075.

Jacoby H.D., J.M. Reilly, J.R. McFarland, and S. Paltsev (2006). Technology and technical change in the MIT EPPA model. *Energy Economics* **28**, 610–631. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0140988306000624.

Jaffe A.B., and K. Palmer (1997). Environmental Regulation and Innovation: A Panel Data Study. *Review of Economics and Statistics* **79**, 610–619. doi: 10.1162/003465397557196, ISSN: 0034-6535.

Jaffe A.B., and R.N. Stavins (1994). The energy-efficient gap: What does it mean? *Energy Policy* **22**, 804. ISSN: 03014215.

Jamieson D. (1992). Ethics, Public Policy, and Global Warming. *Science, Technology, & Human Values* **17**, 139–153. ISSN: 0162-2439.

Jamieson D. (1996). Ethics and intentional climate change. *Climatic Change* **33**, 323–336. doi: 10.1007/BF00142580, ISSN: 0165-0009, 1573–1480.

Jamieson D. (1997). Global Responsibilities: Ethics, Public Health, and Global Environmental Change. *Indiana Journal of Global Legal Studies* **5**, 99–119.

Jamieson D. (2001). Climate Change and Global Environmental Justice. In: *Changing the Atmosphere: Expert Knowledge and Environmental Governance*. C.A. Miller, P.N. Edwards, (eds.), MIT Press, pp. 287–307. ISBN: 9780262632195.

Jamieson D. (2010). Climate Change, Responsibility, and Justice. *Science and Engineering Ethics* **16**, 431–445. doi: 10.1007/s11948-009-9174-x, ISSN: 1353-3452, 1471–5546.

Jensen R. (2010). The (perceived) returns to education and the demand for schooling. *Quarterly Journal of Economics* **125**, 515–548. doi: 10.1162/qjec.2010.125.2.515, ISSN: 0033-5533, 1531–4650.

Johansson D.J.A. (2012). Economics- and physical-based metrics for comparing greenhouse gases. *Climatic Change* **110**, 123–141. doi: 10.1007/s10584-011-0072-2, ISSN: 0165-0009, 1573–1480.

Johansson D.J.A., U.M. Persson, and C. Azar (2006). The cost of using global warming potentials: analysing the trade off between $CO_2$, $CH_4$ and $N_2O$. *Climatic Change* **77**, 291–309. doi: 10.1007/s10584-006-9054-1, ISSN: 0165-0009, 1573–1480.

Johnstone N., I. Haščič, and D. Popp (2010). Renewable energy policies and technological innovation: evidence based on patent counts. *Environmental and Resource Economics* **45**, 133–155. doi: 10.1007/s10640-009-9309-1, ISSN: 0924-6460, 1573–1502.

Jones A.D., W.D. Collins, J. Edmonds, M.S. Torn, A. Janetos, K.V. Calvin, A. Thomson, L.P. Chini, J. Mao, X. Shi, P. Thornton, G.C. Hurtt, and M. Wise (2013). Greenhouse Gas Policy Influences Climate via Direct Effects of Land-Use Change. *Journal of Climate* **26**, 3657–3670. doi: 10.1175/JCLI-D-12-00377.1, ISSN: 0894-8755, 1520–0442.

Joskow P.L., and D.B. Marron (1992). What Does a Negawatt Really Cost? Evidence from Utility Conservation Programs. *The Energy Journal* **13**, 41–74. doi: 10.2307/41322467, ISSN: 0195-6574.

**Joskow P.L., and D.B. Marron (1993).** What Does Utility-Subsidized Energy Efficiency Really Cost. *Science* 260, 281 +370. Available at: http://www.osti.gov/energycitations/product.biblio.jsp?osti_id=6353064.

**Jotzo F. (2012).** Australia's carbon price. *Nature Climate Change* 2, 475–476. doi: 10.1038/nclimate1607, ISSN: 1758-678X.

**Jotzo F., and S. Hatfield-Dodds (2011).** Price Floors in Emissions Trading to Reduce Policy Related Investment Risks: an Australian View. Working Paper 1105. *Crawford School Center for Climate Economics and Policy.* Available at: http://ideas.repec.org/p/een/ccepwp/1105.html.

**Jung C., K. Krutilla, and R. Boyd (1996).** Incentives for advanced pollution abatement technology at the industry level: an evaluation of policy alternatives. *Journal of Environmental Economics and Management* 30, 95–111.

**Kahneman D., and A. Deaton (2010).** High income improves evaluation of life but not emotional well-being. *Proceedings of the National Academy of Sciences* 107, 16489–16493. doi: 10.1073/pnas.1011492107, ISSN: 0027-8424, 1091–6490.

**Kahneman D., and R. Sugden (2005).** Experienced Utility as a Standard of Policy Evaluation. *Environmental and Resource Economics* 32, 161–181. doi: 10.1007/s10640-005-6032-4, ISSN: 0924-6460, 1573–1502.

**Kahneman D., and A. Tversky (1974).** Judgment under uncertainty: heuristics and biases. *Science* 185, 1124–1131. doi: 10.1126/science.185.4157.1124, ISSN: 0036-8075, 1095–9203.

**Kahneman D., and A. Tversky (1979).** Prospect theory: an analysis of decision under risk. *Econometrica* 47, 263–292. Available at: http://www.jstor.org/stable/1914185 Prospect Theory: An Analysis of Decision under Risk Daniel Kahneman and Amos Tversky Econometrica , Vol. 47, No. 2 (Mar., 1979), pp. 263–292 Published by: The Econometric Society Article Stable URL: http://www.jstor.org/stable/1914185.

**Kandlikar M. (1996).** Indices for comparing greenhouse gas emissions: integrating science and economics. *Energy Economics* 18, 265–281. doi: 10.1016/S0140-9883(96)00021-7, ISSN: 01409883.

**Kant I. (1956).** *Critique of Practical Reason* (L.W. Beck, Tran.). Bobbs-Merrill, Indianapolis.

**Kaplow L., E. Moyer, and D.A. Weisbach (2010).** The Social Evaluation of Intergenerational Policies and Its Application to Integrated Assessment Models of Climate Change. *The B.E. Journal of Economic Analysis & Policy* 10. doi: 10.2202/1935-1682.2519, ISSN: 1935-1682.

**Karplus V.J., S. Paltsev, M. Babiker, and J.M. Reilly (2013).** Applying engineering and fleet detail to represent passenger vehicle transport in a computable general equilibrium model. *Economic Modelling* 30, 295–305. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0264999312002611.

**Keenan R.J, Caripis L, Foerster A, Godden L, and Peel J (2012).** Science and the governance of Australia's climate regime. *Nature Climate Change* 2, 477–478. ISSN: 1758-678X.

**Keeney R.L., and H. Raiffa (1993).** *Decisions with Multiple Objectives: Preferences and Value Trade-Offs.* Cambridge University Press, 596 pp. ISBN: 9780521438834.

**Keith D.W. (2000).** Geoengineering the Climate: History and Prospect. *Annual Review of Energy and the Environment* 25, 245–284. doi: 10.1146/annurev.energy.25.1.245.

**Keith D.W., E. Parson, and M.G. Morgan (2010).** Research on global sun block needed now. *Nature* 463, 426–427. doi: 10.1038/463426a, ISSN: 0028-0836.

**Kelly D.L., and C.D. Kolstad (2001).** Malthus and Climate Change: Betting on a Stable Population. *Journal of Environmental Economics and Management* 41, 135–161. doi: 10.1006/jeem.2000.1130, ISSN: 0095-0696.

**Kelly D.L., C.D. Kolstad, and G.T. Mitchell (2005).** Adjustment costs from environmental change. *Journal of Environmental Economics and Management* 50, 468–495. doi: 10.1016/j.jeem.2005.02.003, ISSN: 0095-0696.

**Kelman S. (1981).** Cost-Benefit Analysis: An Ethical Critique. *Regulation* 5, 33. Available at: http://heinonline.org/HOL/Page?handle=hein.journals/rcatorbg5&id=35&div=&collection=journals.

**Kesicki F., and P. Ekins (2012).** Marginal abatement cost curves: a call for caution. *Climate Policy* 12, 219–236. Available at: http://www.tandfonline.com.proxy.library.ucsb.edu:2048/doi/abs/10.1080/14693062.2011.582347.

**Kingdom of Bhutan (2008).** *The Constitution of the Kingdom of Bhutan.* Thim-phu, 262 pp. ISBN: 9993675407.

**Kjellstrom T., R.S. Kovats, S.J. Lloyd, T. Holt, and R.S.J. Tol (2009).** The Direct Impact of Climate Change on Regional Labor Productivity. *Archives of Environmental & Occupational Health* 64, 217–227. doi: 10.1080/19338240903352776, ISSN: 1933-8244.

**Klepper G., and S. Peterson (2006).** Marginal abatement cost curves in general equilibrium: The influence of world energy prices. *Resource and Energy Economics* 28, 1–23. doi: 10.1016/j.reseneeco.2005.04.001, ISSN: 09287655.

**Kling J.R., S. Mullainathan, E. Shafir, L. C. Vermeulen, and M.V. Wrobel (2012).** Comparison friction: experimental evidence from medicare drug plans. *The Quarterly Journal of Economics* 127, 199–235. doi: 10.1093/qje/qjr055, ISSN: 0033-5533, 1531–4650.

**Koch H., M. Lührs, and R. Verheyen (2012).** Germany. In: *Climate Change Liability: Transnational Theory and Practice.* R. Lord, S. Goldberg, L. Rajamani, J. Brunée, (eds.), Cambridge University Press, Cambridge UK, pp. 376–416.

**Kocherlakota N.R. (1996).** The Equity Premium: It's Still a Puzzle. *Journal of Economic Literature* 34, 42–71. doi: 10.2307/2729409, ISSN: 0022-0515.

**Koehler D.A. (2007).** The effectiveness of voluntary environmental programs—a policy at a crossroads? *Policy Studies Journal* 35, 689–722. doi: 10.1111/j.1541-0072.2007.00244.x.

**Köhler J., M. Grubb, D. Popp, and O. Edenhofer (2006).** The transition to endogenous technical change in climate-economy models: a technical overview to the innovation modeling comparison project. *The Energy Journal*, 17–55.

**Kok M., B. Metz, J. Verhagen, and S. Van Rooijen (2008).** Integrating development and climate policies: national and international benefits. *Climate Policy* 8, 103–118. doi: 10.3763/cpol.2007.0436, ISSN: 14693062, 17527457.

**Kolstad C.D. (2010).** *Environmental Economics.* Oxford University Press, New York, 480 pp. ISBN: 9780199732647.

**Kolstad C.D., T.S. Ulen, and G.V. Johnson (1990).** Ex Post Liability for Harm vs. Ex Ante Safety Regulation: Substitutes or Complements? *The American Economic Review* 80, 888–901. doi: 10.2307/2006714, ISSN: 0002-8282.

**Korpi E., and T. Ala-Risku (2008).** Life cycle costing: a review of published case studies. *Managerial Auditing Journal* 23, 240–261. doi: 10.1108/02686900810857703, ISSN: 0268-6902.

**Kosolapova E. (2011).** Liability for climate change-related damage in domestic courts: claims for compensation in the USA. In: *Climate Change Liability.* M. Faure, M. Peeters, (eds.), Edward Elgar Publishing Ltd., Cheltenham UK, pp. 189–205.

**Kraut R. (2007).** *What Is Good, and Why.* Harvard University Press, Cambridge, Mass.

Kreps D.M., and E.L. Porteus (1978). Temporal Resolution of Uncertainty and Dynamic Choice Theory. *Econometrica* 46, 185–200. doi: 10.2307/1913656, ISSN: 0012-9682.

Krey V., and L. Clarke (2011). Role of renewable energy in climate mitigation: a synthesis of recent scenarios. *Climate Policy* 11, 1131–1158. Available at: http://www.tandfonline.com.proxy.library.ucsb.edu:2048/doi/abs/10.1080/14693062.2011.579308.

Kronik J., and D. Verner (2010). The Role of Indigenous Knowledge in Crafting Adaptation and Mitigation Strategies for Climate Change in Latin America. In: *The Social Dimensions of Climate Change: Equity and Vulnerability in a Warming World*. World Bank Publications, pp. 145–169. ISBN: 9780821378878.

Krutilla J.V. (1967). Conservation Reconsidered. *The American Economic Review* 57, 777–786. doi: 10.2307/1815368, ISSN: 0002-8282.

Kull A. (1995). Rationalizing restitution. *California Law Review* 83, 1191–1242.

Kumar R. (2003). Who Can Be Wronged? *Philosophy & Public Affairs* 31, 99–118. doi: 10.1111/j.1088-4963.2003.00099.x, ISSN: 1088-4963.

Kymlicka W. (1995). *Multicultural Citizenship: A Liberal Theory of Minority Rights*. Cambridge University Press, 290 pp. Available at: http://journals.cambridge.org.proxy.library.ucsb.edu:2048/production/action/cjoGetFulltext?fulltextid=6258800.

Kysar D. (2011). What climate change can do about tort law. *Environmental Law* 41, 1–41.

Laibson D. (1997). Golden Eggs and Hyperbolic Discounting. *The Quarterly Journal of Economics* 112, 443–478. doi: 10.1162/003355397555253, ISSN: 0033-5533, 1531–4650.

Laitner J., S.J. De Canio, J.G. Koomey, and A.H. Sanstad (2003). Room for improvement: increasing the value of energy modeling for policy analysis. *Utilities Policy* 11, 87–94. doi: 10.1016/S0957-1787(03)00020-1, ISSN: 09571787.

Lamarque J.-F., T.C. Bond, V. Eyring, C. Granier, A. Heil, Z. Klimont, D. Lee, C. Liousse, A. Mieville, B. Owen, M.G. Schultz, D. Shindell, S.J. Smith, E. Stehfest, J. Van Aardenne, O.R. Cooper, M. Kainuma, N. Mahowald, J.R. McConnell, V. Naik, K. Riahi, and D.P. van Vuuren (2010). Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: methodology and application. *Atmospheric Chemistry and Physics* 10, 7017–7039. doi: 10.5194/acp-10-7017-2010, ISSN: 1680-7324.

Lange A., and C. Vogt (2003). Cooperation in international environmental negotiations due to a preference for equity. *Journal of Public Economics* 87, 2049–2067. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0047272702000440.

Lange A., C. Vogt, and A. Ziegler (2007). On the importance of equity in international climate policy: An empirical analysis. *Energy Economics* 29, 545–562. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0140988306001137.

Lanoie P., M. Patry, and R. Lajeunesse (2008). Environmental regulation and productivity: testing the porter hypothesis. *Journal of Productivity Analysis* 30, 121–128. doi: 10.1007/s11123-008-0108-4, ISSN: 0895-562X, 1573–0441.

Lashof D.A., and D.R. Ahuja (1990). Relative contributions of greenhouse gas emissions to global warming. *Nature* 344, 529–531. doi: 10.1038/344529a0.

Laslett P., and J.S. Fishkin (1992). *Justice between Age Groups and Generations*. Yale University Press, New Haven.

Laycock D. (2012). Restoring restitution to the canon. *Michigan Law Review* 110, 929–952.

Ledyard J.O. (1993). *Public Goods: A Survey of Experimental Research*. Division of the Humanities and Social Sciences, California Institute of Technology, Pasadena, CA.

Lee J.J., and T.A. Cameron (2008). Popular Support for Climate Change Mitigation: Evidence from a General Population Mail Survey. *Environmental and Resource Economics* 41, 223–248. doi: 10.1007/s10640-007-9189-1, ISSN: 0924-6460, 1573–1502.

Lee J.-S., S.-H. Yoo, and S.-J. Kwak (2010). Public's willingness to pay for preventing climate change. *Applied Economics Letters* 17, 619–622. doi: 10.1080/13504850802277113, ISSN: 1350-4851.

Leisner T., and S. Müller-Klieser (2010). Aerosolbasierte Methoden des Climate Engineering: Eine Bewertung. *Technikfolgenabschätzung—Theorie Und Praxis* 19, 25–32. Available at: http://www.itas.fzk.de/tatup/102/lemk10a.htm.

Lenton T.M., H. Held, E. Kriegler, J.W. Hall, W. Lucht, S. Rahmstorf, and H.J. Schellnhuber (2008). Tipping elements in the Earth's climate system. *Proceedings of the National Academy of Sciences* 105, 1786–1793. doi: 10.1073/pnas.0705414105, ISSN: 0027-8424, 1091–6490.

Leopold A. (1949). *A Sand County Almanac, and Sketches Here and There*. Oxford University Press, New York, ISBN: 0195007778 9780195007770.

Levati M.V., M. Sutter, and E. van der Heijden (2007). Leading by Example in a Public Goods Experiment with Heterogeneity and Incomplete Information. *Journal of Conflict Resolution* 51, 793–818. doi: 10.1177/0022002707302796, ISSN: 0022-0027, 1552–8766.

Levin H., and P. McEwan (2001). *Cost-Effectiveness Analysis: Methods and Applications*. Sage Publications, Thousand Oaks Calif., 328 pp. ISBN: 9780761919339.

Lewis J.I. (2007). Technology acquisition and innovation in the developing world: wind turbine development in china and india, studies in comparative international development. *Studies in Comparative International Development* 42, 208–232.

Lin B., and Z. Jiang (2011). Estimates of energy subsidies in China and impact of energy subsidy reform. *Energy Economics* 33, 273–283. doi: 10.1016/j.eneco.2010.07.005, ISSN: 01409883.

Lipsey R.G., and K. Lancaster (1956). The General Theory of Second Best. *The Review of Economic Studies* 24, 11. doi: 10.2307/2296233, ISSN: 00346527.

List J.A. (2011). The market for charitable giving. *Journal of Economic Perspectives* 25, 157–180. doi: 10.1257/jep.25.2.157, ISSN: 0895-3309.

Lobell D.B., W. Schlenker, and J. Costa-Roberts (2011). Climate Trends and Global Crop Production Since 1980. *Science* 333, 616–620. doi: 10.1126/science.1204531, ISSN: 0036-8075, 1095–9203.

Longo A., D. Hoyos, and A. Markandya (2012). Willingness to Pay for Ancillary Benefits of Climate Change Mitigation. *Environmental and Resource Economics* 51, 119–140. doi: 10.1007/s10640-011-9491-9, ISSN: 0924-6460, 1573–1502.

Loomis J.B., and R.B. Richardson (2006). An external validity test of intended behavior: Comparing revealed preference and intended visitation in response to climate change. *Journal of Environmental Planning and Management* 49, 621–630. doi: 10.1080/09640560600747562, ISSN: 0964-0568.

Lorenzoni I., S. Nicholson-Cole, and L. Whitmarsh (2007). Barriers perceived to engaging with climate change among the UK public and their policy implications. *Global Environmental Change* 17, 445–459. doi: 10.1016/j.gloenvcha.2007.01.004, ISSN: 0959-3780.

Lüken M., O. Edenhofer, B. Knopf, M. Leimbach, G. Luderer, and N. Bauer (2011). The role of technological availability for the distributive impacts of climate change mitigation policy. *Energy Policy* 39, 6030–6039. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0301421511005258.

Lyon T.P., and J.W. Maxwell (2004). *Corporate Environmentalism and Public Policy*. Cambridge University Press, 316 pp. ISBN: 9780521603768.

Lyon T.P., and J.W. Maxwell (2007). Environmental public voluntary programs reconsidered. *Policy Studies Journal* 35, 723–750. doi: 10.1111/j.1541-0072.2007.00245.x.

Lyon T.P., and J.W. Maxwell (2008). Corporate Social Responsibility and the Environment: A Theoretical Perspective. *Review of Environmental Economics and Policy* 2, 240–260. doi:10.1093/reep/ren004, ISSN: 1750-6816, 1750–6824.

Maddison D. (2001). *The Amenity Value of the Global Climate*. Earthscan, 164 pp. ISBN: 9781853836770.

Maddison D. (2003). The amenity value of the climate: the household production function approach. *Resource and Energy Economics* 25, 155–175. Available at: http://ideas.repec.org/a/eee/resene/v25y2003i2p155-175.html.

Maddison D., and A. Bigano (2003). The amenity value of the Italian climate. *Journal of Environmental Economics and Management* 45, 319–332. doi:10.1016/S0095-0696(02)00052-9, ISSN: 0095-0696.

Majchrzak A. (1984). *Methods for Policy Research*. Sage Publications, Beverly Hills, 111 pp. Available at: http://books.google.de/books/about/Methods_for_Policy_Research.html?id=eSqbl3o7gBIC&redir_esc=y.

Mäler K.-G., and J.R. Vincent (2005). *Handbook of Environmental Economics: Valuing Environmental Changes*. Elsevier, 647 pp. ISBN: 9780444511454.

Malinvaud E. (1953). Capital accumulation and efficient allocation of resources. *Econometrica* 21, 233–268. Available at: http://www.jstor.org/stable/1905538.

Malloy T.F. (2002). Regulating by Incentives: Myths, Models and Micromarkets. *Texas Law Review* 80, 531–605.

Mank B. (2007). Civil remedies. In: *Global climate change and U.S. law*. M. Gerrard, Energy American Bar Association. Section of Environment, (eds.), American Bar Association, Section of Environment, Energy, and Resources, Chicago, Ill., pp. 183–258. ISBN: 9781590318164 1590318161.

Manne A.S., and R.G. Richels (1992). *Buying Greenhouse Insurance: The Economic Costs of CO$_2$ Emission Limits*. The MIT Press, 194 pp. ISBN: 026213280X.

Manne A.S., and R.G. Richels (1995). The Greenhouse Debate: Economic Efficiency, Burden Sharing and Hedging Strategies. *The Energy Journal* 16, 1–37. doi: 10.2307/41322615, ISSN: 0195-6574.

Manne A.S., and R.G. Richels (2001). An alternative approach to establishing trade-offs among greenhouse gases. *Nature* 410, 675–677. doi: 10.1038/35070541, ISSN: 0028-0836.

Manne A.S., and R.G. Richels (2004a). MERGE: An Integrated Assessment Model for Global Climate Change. Stanford University. Available at: http://www.stanford.edu/group/MERGE/GERAD1.pdf.

Manne A.S., and R.G. Richels (2004b). The impact of learning-by-doing on the timing and costs of CO$_2$ abatement. *Energy Economics* 26, 603–619. doi: 10.1016/j.eneco.2004.04.033, ISSN: 01409883.

Manning M., and A. Reisinger (2011). Broader perspectives for comparing different greenhouse gases. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* 369, 1891–1905. doi: 10.1098/rsta.2010.0349, ISSN: 1364-503X, 1471–2962.

Di Maria C., and S. Valente (2008). Hicks meets Hotelling: the direction of technical change in capital-resource economies. *Environment and Development Economics* 13, 691. doi: 10.1017/S1355770X08004567, ISSN: 1355-770X, 1469–4395.

Marshall A. (1890). *Principles of Economics* (C. Cuillebaud, Ed.). Macmillan and Co., London, ISBN: 9781573921404.

Marshall C., and G.B. Rossman (2006). *Designing Qualitative Research*. SAGE, London, ISBN: 9781412924887.

Martin I.R (2013). Consumption-Based asset pricing with higher cumulants. *Review of Economic Studies* 80, 745–773. ISSN: 0034-6527.

Mason H., M. Jones-Lee, and C. Donaldson (2009). Modeling the monetary value of a QALY: a new approach based on UK data. *Health Economics* 18, 933–950. doi: 10.1002/hec.1416, ISSN: 10579230, 10991050.

Massetti E., C. Carraro, and L. Nicita (2009). How does climate policy affect technical change? An analysis of the direction and pace of technical progress in a climate-economy model. *Energy Journal* 30, 7–38.

Mathers C., G. Stevens, and M. Mascarenhas (2009). *Global Health Risks: Mortality and Burden of Disease Attributable to Selected Major Risks*. World Health Organization, Available at: http://www.who.int/healthinfo/global_burden_disease/GlobalHealthRisks_report_full.pdf.

Matthews R.C. (1986). The economics of institutions and the sources of growth. *The Economic Journal* 96, 903–918.

McCollum D.L., V. Krey, K. Riahi, P. Kolp, A. Grubler, M. Makowski, and N. Nakicenovic (2012). Climate policies can help resolve energy security and air pollution challenges. *Climatic Change* 119, 479–494. Available at: http://link.springer.com/article/10.1007/s10584-013-0710-y.

McConnell K.E., and N.E. Bockstael (2006). Valuing the environment as a factor of production. In: *Handbook of environmental economics*. K.-G. Mäler, J.R. Vincent, (eds.), Elsevier, Amsterdam; Boston, pp. 621–669. ISBN: 0444500634 9780444500632 0444511458 9780444511454 0444511466 9780444511461.

McGregor P.G., J. Kim Swales, and M.A. Winning (2012). A review of the role and remit of the committee on climate change. *Energy Policy Energy Policy* 41, 466–473. ISSN: 0301-4215.

McKenzie D., J. Gibson, and S. Stillman (2013). A land of milk and honey with streets paved with gold: Do emigrants have over-optimistic expectations about incomes abroad? *Journal of Development Economics* 102, 116–127. doi: 10.1016/j.jdeveco.2012.01.001, ISSN: 03043878.

McKibbin W.J., and P.J. Wilcoxen (2002). The role of economics in climate change policy. *Journal of Economic Perspectives* 16, 107–129. doi: 10.1257/0895330027283, ISSN: 0895-3309.

McKinnon C. (2011). *Climate Change and Future Justice: Precaution, Compensation and Triage*. Routledge, 192 pp. ISBN: 0415461251.

McKinsey & Company (2009). *Pathways to a Low-Carbon Economy: Version 2 of the Global Greenhouse Gas Abatement Cost Curve*. 17 pp. Available at: http://www.epa.gov/statelocalclimate/documents/pdf/mckinsey_summary_11-19-09.pdf.

McMahan J. (1998). Wrongful life: paradoxes in the morality of causing people to exist. In: *Rational commitment and social justice*. J.L. Coleman, C.W. Morris, J.L. Coleman, C.W. Morris, (eds.), Cambridge University Press, Cambridge, pp. 208–248. ISBN: 9780511527364, 9780521631792, 9780521042024.

**3**

Meier A.K., and J. Whittier (1983). Consumer discount rates implied by purchases of energy-efficient refrigerators. *Energy* 8, 957–962. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/0360544283900944.

Messner S. (1997). Endogenized technological learning in an energy systems model. *Journal of Evolutionary Economics* 7, 291–313. doi: 10.1007/s001910050045, ISSN: 0936-9937, 1432–1386.

Metcalf G.E. (1994). Economics and rational conservation policy. *Energy Policy* 22, 819–825. doi: 10.1016/0301-4215(94)90140-6, ISSN: 0301-4215.

Metcalf G.E. (1999). A distributional analysis of an environmental tax shift. *National Tax Journal* 52, 655–681.

Metz B., O. Davidson, P. Bosch, R. Dave, and L. Meyer (2007). *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report to the Intergovernmental Panel on Climate Change.* Cambridge University Press, New York, 691–743 pp.

Metz B., O. Davidson, R. Swart, and J. Pan (2001). *Climate Change 2001: Mitigation. Contribution of Working Group III to the Third Assessment Report to the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge; New York, 753 pp. ISBN: 9780521807692.

Meyer L.H. (2003). Past and Future: The Case for an Identity-Independent Notion of Harm. In: *Rights, culture, and the law: themes from the legal and political philosophy of Joseph Raz.* L.H. Meyer, S.L. Paulson, T.W.M. Pogge, (eds.), Oxford University Press, Oxford ; New York, pp. 143–159. ISBN: 0199248257.

Meyer L.H. (2005). *Historische Gerechtigkeit.* Walter de Gruyter, Berlin and New York, 458 pp. ISBN: 978-3-11-092749-8.

Meyer L. (2010). Intergenerational Justice (E.N. Zalta, Ed.). *The Stanford Encyclopedia of Philosophy.* Available at: http://plato.stanford.edu/archives/spr2010/entries/justice-intergenerational/.

Meyer L.H. (2013). Why Historical Emissions Should Count. *Chicago Journal of International Law* 13, 597–685. Available at: https://litigation-essentials-lexisnexis-com.proxy.library.ucsb.edu:9443/webcd/app?action=DocumentDisplay&crawlid=1&doctype=cite&docid=13+Chi.+J.+Int'l+L.+597&srctype=smi&srcid=3B158&key=a323d8488719017cbfe18173cc744a32.

Meyer L., and D. Roser (2006). Distributive justice and climate change: the allocation of emission rights. *Analyse & Kritik* 28, 223–249. Available at: http://www.analyse-und-kritik.net/2006-2/abstracts.htm.

Meyer L., and D. Roser (2009). Enough for the future. In: *Intergenerational justice.* A. Gosseries, L. Meyer, (eds.), Oxford University Press, Oxford; New York, pp. 219–248. ISBN: 9780199282951 0199282951.

Meyer L.H., and D. Roser (2010). Climate justice and historical emissions. *Critical Review of International Social and Political Philosophy* 13, 229–253. doi: 10.1080/13698230903326349, ISSN: 1369-8230.

Mickwitz P. (2003). A framework for evaluating environmental policy instruments. *Evaluation* 9, 415–436. doi: 10.1177/1356389003094004.

Miller D. (2004). Holding nations responsible. *Ethics* 114, 240–268. doi: 10.1086/379353, ISSN: 0014-1704, 1539–297X.

Mirrlees J.A. (1971). An exploration in the theory of optimum income taxation. *The Review of Economic Studies* 38, 175–208. Available at: http://www.jstor.org/stable/2296779.

Mirrlees J.A. (1982). The economic uses of utilitarianism. In: *Utilitarianism and Beyond.* Amartya Sen, Bernard Arthur Owen Williams, (eds.), Cambridge University Press.

Mont O., and C. Dalhammar (2005). Sustainable consumption: at the cross-road of environmental and consumer policies. *International Journal of Sustainable Development* 8, 258–279. Available at: http://inderscience.metapress.com/content/B6T1D5G0K878AVFC.

De Montis A., P. De Toro, B. Droste-Franke, I. Omann, and S. Stagl (2005). Assessing the quality of different MCDA methods. In: *Alternatives for Environmental Valuation.* Routledge, pp. 99–133.

Moon S. (2008). *Does TRIPS Art. 66.2 Encourage Technology Transfer to LDCs? An Analysis of Country Submissions to the TRIPS Council (1999–2007).* UNCTAD—ICTSD Project on IPRs and Sustainable Development.

Morris J., S. Paltsev, and J. Reilly (2012). Marginal Abatement Costs and Marginal Welfare Costs for Greenhouse Gas Emissions Reductions: Results from the EPPA Model. *Environmental Modeling & Assessment* 17, 325–336. doi: 10.1007/s10666-011-9298-7, ISSN: 1420-2026, 1573–2967.

Möst D., and W. Fichtner (2010). Renewable energy sources in European energy supply and interactions with emission trading. *Energy Policy* 38, 2898–2910. doi: 10.1016/j.enpol.2010.01.023, ISSN: 0301-4215.

Mundaca L. (2008). Markets for energy efficiency: Exploring the implications of an EU-wide "Tradable White Certificate" scheme. *Energy Economics* 30, 3016–3043.

Mundaca L., M. Mansoz, L. Neij, and G.R. Timilsina (2013). Transaction costs analysis of low-carbon technologies. *Climate Policy* 13, 490–513. doi: 10.1080/14693062.2013.781452, ISSN: 1469-3062.

Mundaca L., and L. Neij (2009). A multi-criteria evaluation framework for tradable white certificate schemes. *Energy Policy* 37, 4557–4573. doi: 10.1016/j.enpol.2009.06.011, ISSN: 03014215.

Mundaca L., L. Neij, E. Worrell, and M. McNeil (2010). Evaluating Energy Efficiency Policies with Energy-Economy Models. *Annual Review of Environment and Resources* 35, 305–344. doi: 10.1146/annurev-environ-052810-164840, ISSN: 1543-5938, 1545–2050.

Murphy R., and M. Jaccard (2011). Energy efficiency and the cost of GHG abatement: A comparison of bottom-up and hybrid models for the US. *Energy Policy* 39, 7146–7155. doi: 10.1016/j.enpol.2011.08.033, ISSN: 03014215.

Murphy K.M., and R.H. Topel (2006). The value of health and longevity. *Journal of Political Economy* 114, 871–904. doi: 10.1086/508033, ISSN: 0022-3808, 1537–534X.

Murray C.J. (1994). Quantifying the burden of disease: the technical basis for disability-adjusted life years. *Bulletin of the World Health Organization* 72, 429–445. Available at: http://www.ncbi.nlm.nih.gov.proxy.library.ucsb.edu:2048/pmc/articles/PMC2486718/.

Nadel S., and K. Keating (1991). *Engineering Estimates vs. Impact Evaluation Results: How Do They Compare and Why?* American Council for an Energy-Efficient Economy, Available at: http://www.aceee.org/research-report/u915.

Nakashima D.J., United Nations University. Institute of Advanced Studies. Traditional Knowledge Initiative, and S. and C.O. United Nations. Educational (2012). *Weathering Uncertainty : Traditional Knowledge for Climate Change Assessment and Adaptation.* UNESCO ; UNU-IAS, Paris; Darwin, 120 pp. ISBN: 9789230010683 9230010685 9780980708486 0980708486.

Narita D., K. Rehdanz, and R.S.J. Tol (2012). Economic costs of ocean acidification: a look into the impacts on global shellfish production. *Climatic Change* 113, 1049–1063. doi: 10.1007/s10584-011-0383-3, ISSN: 0165-0009, 1573–1480.

**National Science Board (2010).** *Research and Development: Funds and Technology Linkages. In: Science and Engineering Indicators 2010.* National Science Foundation, Arlington, VA, Available at: http://www.nsf.gov/statistics/seind10/c4/c4h.htm.

**Nelson J.A. (2013).** Ethics and the economist: What climate change demands of us. *Ecological Economics* **85**, 145–154. doi: 10.1016/j.ecolecon.2011.07.029, ISSN: 0921-8009.

**Nemet G.F. (2006).** Beyond the learning curve: factors influencing cost reductions in photovoltaics. *Energy Policy* **34**, 3218–3232. doi: 10.1016/j.enpol.2005.06.020, ISSN: 03014215.

**Nepstad D., S. Schwartzman, B. Bamberger, M. Santilli, D. Ray, P. Schlesinger, P. Lefebvre, A. Alencar, E. Prinz, G. Fiske, and A. Rolla (2006).** Inhibition of Amazon deforestation and fire by parks and indigenous lands. *Conservation Biology* **20**, 65–73. doi: 10.1111/j.1523-1739.2006.00351.x, ISSN: 1523-1739.

**Neumayer E. (2000).** In defence of historical accountabiiity for greenhouse gas emissions. *Ecological Economics* **33**, 185–192. doi: 10.1016/S0921-8009(00)00135-X, ISSN: 09218009.

**Neumayer E., and T. Plümper (2007).** The Gendered Nature of Natural Disasters: The Impact of Catastrophic Events on the Gender Gap in Life Expectancy, 1981–2002. *Annals of the Association of American Geographers Annals of the Association of American Geographers* **97**, 551–566. ISSN: 0004-5608.

**New M., D. Liverman, H. Schroder, and K. Anderson (2011).** Four degrees and beyond: the potential for a global temperature increase of four degrees and its implications. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **369**, 6–19. doi: 10.1098/rsta.2010.0303, ISSN: 1364-503X, 1471–2962.

**Newell R.G., A.B. Jaffe, and R.N. Stavins (1999).** The induced innovation hypothesis and energy-saving technological change. *The Quarterly Journal of Economics* **114**, 941–975. doi: 10.1162/003355399556188, ISSN: 0033-5533, 1531–4650.

**Newell R.G., and W.A. Pizer (2003).** Discounting the distant future: how much do uncertain rates increase valuations? *Journal of Environmental Economics and Management* **46**, 52–71. ISSN: 0095-0696.

**Nikiforakis N. (2008).** Punishment and counter-punishment in public good games: Can we really govern ourselves? *Journal of Public Economics* **92**, 91–112. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0047272707000643.

**Nikiforakis N., C.N. Noussair, and T. Wilkening (2012).** Normative conflict and feuds: The limits of self-enforcement. *Journal of Public Economics* **96**, 797–807. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0047272712000631.

**Nolt J. (2011).** Nonanthropocentric climate ethics. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 701–711. doi: 10.1002/wcc.131, ISSN: 1757-7799.

**Nord E., J.L. Pinto, J. Richardson, P. Menzel, and P. Ubel (1999).** Incorporating societal concerns for fairness in numerical valuations of health programmes. *Health Economics* **8**, 25–39. Available at: http://onlinelibrary.wiley.com/doi/10.1002/(SICI)1099-1050(199902)8:1%3C25::AID-HEC398%3E3.0.CO;2-H/pdf.

**Nordhaus W.D. (1977).** Economic growth and climate: the carbon dioxide problem. *The American Economic Review* **67**, 341–346. Available at: http://links.jstor.org/sici?sici=0002-8282%28197702%2967%3A1%3C341%3AEGACTC%3E2.0.CO%3B2-R.

**Nordhaus W.D. (1991).** To slow or not to slow: the economics of the greenhouse effect. *The Economic Journal* **101**, 920–937.

**Nordhaus W.D. (1993a).** Rolling the "DICE": an optimal transition path for controlling greenhouse gases. *Resource and Energy Economics* **15**, 27–50. doi: 10.1016/0928-7655(93)90017-0, ISSN: 0928-7655.

**Nordhaus W.D. (1993b).** Optimal Greenhouse-Gas Reductions and Tax Policy in the "DICE" Model. *The American Economic Review* **83**, 313–317. doi: 10.2307/2117683, ISSN: 0002-8282.

**Nordhaus W.D. (1994).** *Managing the Global Commons: The Economics of Climate Change.* MIT Press, Cambridge, MA, 213 pp. ISBN: 0262140551 9780262140553.

**Nordhaus W.D. (2002).** Modeling induced innovation in climate-change policy. In: *Technological change and the environment.* A. Grübler, N. Nakićenović, W.D. Nordhaus, (eds.), Resources for the Future, Washington D.C.

**Nordhaus W.D. (2006).** Geography and macroeconomics: New data and new findings. *Proceedings of the National Academy of Sciences of the United States of America* **103**, 3510–3517. doi: 10.1073/pnas.0509842103, ISSN: 0027-8424, 1091–6490.

**Nordhaus W.D. (2007).** A review of the "Stern Review on the Economics of Climate Change." *Journal of Economic Literature* **45**, 686–702. doi: 10.2307/27646843, ISSN: 0022-0515.

**Nordhaus W.D. (2008).** *A Question of Balance: Weighing the Options on Global Warming Policies.* Yale University Press, New Haven, CT, ISBN: 9780300137484.

**Nordhaus W.D. (2010).** Economic aspects of global warming in a post-Copenhagen environment. *Proceedings of the National Academy of Sciences* **107**, 11721–11726. doi: 10.1073/pnas.1005985107, ISSN: 0027-8424, 1091–6490.

**Nordhaus W.D. (2011a).** The Economics of Tail Events with an Application to Climate Change. *Review of Environmental Economics and Policy* **5**, 240–257. doi: 10.1093/reep/rer004, ISSN: 1750-6816, 1750–6824.

**Nordhaus W.D. (2011b).** Estimates of the Social Cost of Carbon: Background and Results from the RICE-2011 Model. Cowles Foundation Discussion Paper No. 1826. Available at: http://dido.econ.yale.edu/P/cd/d18a/d1826.pdf.

**Nordhaus R.R., and K.W. Danish (2003).** *Designing a Mandatory Greenhouse Gas Reduction Program for the US.* Pew Center on Global Climate Change, 66 pp. Available at: http://www.pewclimate.org/docUploads/USGas.pdf.

**Nordhaus W., and P. Sztorc (2013).** DICE 2013: Introduction and User's Manual.

**Nordhaus W.D., and Z. Yang (1996).** *RICE: A Regional Dynamic General Equilibrium Model of Optimal Climate-Change Policy.* National Science Foundations, U.S. Environmental Protection Agency, 29 pp.

**Nozick R. (1974).** *Anarchy, State, and Utopia: Robert Nozick.* Basic Books, 388 pp. ISBN: 9780465097203.

**Nyborg K. (2012).** *The Ethics and Politics of Environmental Cost-Benefit Analysis.* Routledge, 144 pp. ISBN: 041558650X.

**O'Connor R.E., R.J. Bard, and A. Fisher (1999).** Risk perceptions, general environmental beliefs, and willingness to address climate change. *Risk Analysis* **19**, 461–471. doi: 10.1111/j.1539-6924.1999.tb00421.x, ISSN: 0272-4332, 1539–6924.

**O'Donoghue T., and M. Rabin (2008).** Procrastination on long-term projects. *Journal of Economic Behavior & Organization* **66**, 161–175.

**O'Neill B.C. (2000).** The Jury is Still Out on Global Warming Potentials. *Climatic Change* **44**. ISSN: 0165-0009.

**3**

3

Oates W.E., and R.M. Schwab (1988). Economic competition among jurisdictions: efficiency enhancing or distortion inducing? *Journal of Public Economics* 35, 333–354. Available at: http://www.sciencedirect.com/science/article/pii/0047272788900369.

Oberdiek J. (2012). The Moral Significance of Risking. *Legal Theory* 18, 339–356. doi: 10.1017/S1352325212000018.

Olson M. (1971). *The Logic of Collective Action: Public Goods and the Theory of Groups*. Harvard University Press, Cambridge, MA, 208 pp. ISBN: 9780674537514.

Opschoor J.B., and R.K. Turner (1994). *Economic Incentives and Environmental Policies: Principles and Practice*. Kluwer Academic Publishers, Dordrecht, 309 pp. ISBN: 978-94-011-0856-0.

Östblom G., and E. Samakovlis (2007). Linking health and productivity impacts to climate policy costs: a general equilibrium analysis. *Climate Policy* 7, 379–391. doi: 10.1080/14693062.2007.9685663, ISSN: 1469-3062.

Ostrom E. (1990). *Governing the Commons: The Evolution of Institutions for Collective Action*. Cambridge University Press, 298 pp. ISBN: 978-0521405997.

Ostrom E. (1999). Institutional rational choice: an assessment of the institutional analysis and development framework. In: *Theories of the policy process*. Westview Press, Boulder, CO, pp. 21–64. ISBN: 9780813399850.

Ostrom E., J. Walker, and R. Gardner (1992). Covenants with and without a sword: Self-governance is possible. *The American Political Science Review* 86, 404–417. Available at: http://www.jstor.org.proxy.library.ucsb.edu:2048/stable/10.2307/1964229.

Oswald A.J., and S. Wu (2010). Objective confirmation of subjective measures of human well-being: evidence from the U.S.A. *Science* 327, 576–579. doi: 10.1126/science.1180606, ISSN: 0036-8075, 1095–9203.

Ott K. (2010). Kartierung der Argumente zum Geoengineering. In: *Jahrbuch Ökologie 2011*. S. Hirzel, Stuttgart, pp. 20–32.

Ott K. (2012). Might Solar Radiation Management Constitute a Dilemma? In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, Lanham, MD, pp. 35–42. ISBN: 9780739175408 9780739175415 0739175416.

Page E.A. (2007). Justice between generations: investigating a sufficientarian approach. *Journal of Global Ethics* 3, 3–20. doi: 10.1080/17449620600991960, ISSN: 1744-9626, 1744–9634.

Palmer C. (2011). Does nature matter? The place of the nonhuman in the ethics of climate change. In: *The Ethics of Global Climate Change*. D.G. Arnold, (ed.), Cambridge University Press, Cambridge, pp. 272–279. ISBN: 9781107000698.

Palmquist R.B. (2006). Property Value Models. In: *The Handbook of Environmental Economics*. Elsevier, Amsterdam.

Paltsev S., J.M. Reilly, H.D. Jacoby, A.C. Gurgel, G.E. Metcalf, A.P. Sokolov, and J.F. Holak (2008). Assessment of US GHG cap-and-trade proposals. *Climate Policy* 8, 395–420. Available at: http://www.tandfonline.com.proxy.library.ucsb.edu:2048/doi/abs/10.3763/cpol.2007.0437.

Paltsev S., J.M. Reilly, H.D. Jacoby, and K.H. Tay (2007). How (and why) do climate policy costs differ among countries? In: *Human-induced climate change: an interdisciplinary assessment*. M. Schlesinger, H. Kheshgi, J. Smith, F. de la Chesnaye, J.M. Reilly, T. Wilson, C. Kolstad, (eds.), Cambridge University Press, Cambridge, pp. 282–293.

Parfit D. (1986). *Reasons and Persons*. Oxford University Press, Oxford, UK, 560 pp. ISBN: 9780191519840.

Parfit D. (1997). Equality and priority. *Ratio* 10, 202–221.

Parry I.W.H. (1995). Pollution taxes and revenue recycling. *Journal of Environmental Economics and Management* 29, 64–77.

Parry I.W.H. (1997). Environmental taxes and quotas in the presence of distorting taxes in factor markets. *Resources and Energy Economics* 19, 203–220. Available at: http://www.sciencedirect.com/science/article/pii/S0928765596000127.

Parry I.W.H. (2004). Are emissions permits regressive? *Journal of Environmental Economics and Management* 47, 364–387. doi: 10.1016/j.jeem.2003.07.001, ISSN: 00950696.

Parry I.W.H., and R.C. Williams (1999). A second-best evaluation of eight policy instruments to reduce carbon emissions. *Resource and Energy Economics* 21, 347–373.

Partridge E. (1981). *Responsibilities to Future Generations: Environmental Ethics*. Prometheus Books, Buffalo, N.Y, 319 pp. ISBN: 0879751428.

Pawson R., and N. Tilley (1997). *Realistic Evaluation*. Sage Ltd., Thousand Oaks, CA, 256 pp. ISBN: 978-0761950097.

Pearce D. (1991). The role of carbon taxes in adjusting to global warming. *The Economic Journal* 101, 938–948.

Peck S.C., and T.J. Teisberg (1992). CETA: A model for Carbon Emissions Trajectory Assessment. *The Energy Journal* 13, 55–77. doi: 10.2307/41322454, ISSN: 0195-6574.

Peck S.C., and T.J. Teisberg (1994). Optimal carbon emissions trajectories when damages depend on the rate or level of global warming. *Climatic Change* 28, 289–314. doi: 10.1007/BF01104138, ISSN: 0165-0009, 1573–1480.

Pendleton L.H., P. King, C. Mohn, D.G. Webster, R. Vaughn, and P.N. Adams (2011). Estimating the potential economic impacts of climate change on Southern California beaches. *Climatic Change* 109, 277–298. doi: 10.1007/s10584-011-0309-0, ISSN: 0165-0009, 1573–1480.

Pendleton L.H., and R. Mendelsohn (1998). Estimating the Economic Impact of Climate Change on the Freshwater Sportsfisheries of the Northeastern U.S. *Land Economics* 74, 483. doi: 10.2307/3146880, ISSN: 00237639.

Pennock M., and K. Ura (2011). Gross national happiness as a framework for health impact assessment. *Environmental Impact Assessment Review* 31, 61–65. doi: 10.1016/j.eiar.2010.04.003, ISSN: 0195-9255.

Permanent Forum on Indigenous Issues (2008). *Inter-Agency Support Group on Indigenous Peoples' Issues: Collated Paper on Indigenous Peoples and Climate Change*. Permanent Forum on Indigenous Issues, Available at: http://www.cbd.int/doc/meetings/tk/emccilc-01/other/emccilc-01-ipcc-en.pdf.

Perrett R.W. (2003). Future Generations and the Metaphysics of the Self: Western and Indian philosophical perspectives. *Asian Philosophy* 13, 29–37. doi: 10.1080/09552360301664, ISSN: 0955-2367.

Persha L., A. Agrawal, and A. Chhatre (2011). Social and Ecological Synergy: Local Rulemaking, Forest Livelihoods, and Biodiversity Conservation. *Science* 331, 1606–1608. doi: 10.1126/science.1199343, ISSN: 0036-8075, 1095–9203.

Peters G.P., B. Aamaas, T. Berntsen, and J.S. Fuglestvedt (2011a). The integrated global temperature change potential (iGTP) and relationships between emission metrics. *Environmental Research Letters* 6, 044021. doi: 10.1088/1748-9326/6/4/044021, ISSN: 1748-9326.

Peters G.P., B. Aamaas, T. Lund, C. Solli, and J.S. Fuglestvedt (2011b). Alternative "global warming" metrics in life cycle assessment: a case study with existing transportation data. *Environmental Science & Technology* 45, 8633–41. ISSN: 0013-936X.

Pezzey J.C.V. (2003). Emission Taxes and Tradeable Permits A Comparison of Views on Long-Run Efficiency. *Environmental and Resource Economics* 26, 329–342.

**Pezzey J.C.V., and F. Jotzo (2012).** Tax-versus-trading and efficient revenue recycling as issues for greenhouse gas abatement. *Journal of Environmental Economics and Management* **Forthcoming**. doi: 10.1016/j.jeem.2012.02.006, ISSN: 00950696.

**Pezzey J.C.V., S. Mazouz, and F. Jotzo (2010).** The logic of collective action and Australia's climate policy. *Australian Journal of Agricultural and Resource Economics* **54**, 185–202. doi: 10.1111/j.1467-8489.2010.00489.x, ISSN: 1364985X, 14678489.

**Phaneuf D.J., and V.K. Smith (2006).** Recreation demand models. In: *Handbook of environmental economics*. K.-G. Mäler, J.R. Vincent, (eds.), Elsevier, Amsterdam; Boston, pp. 671–761. ISBN: 0444500634 9780444500632 0444511458 9780444511454 0444511466 9780444511461.

**Pigou A.C. (1932).** *The Economics of Welfare*. Macmillan and Co., London, 1392 pp.

**Pindyck R.S. (2011).** Fat Tails, Thin Tails, and Climate Change Policy. *Review of Environmental Economics and Policy* **5**, 258–274.

**Pindyck R.S. (2013).** Climate Change Policy: What Do the Models Tell Us? *Journal of Economic Literature* **51**, 860–872. Available at: http://www.nber.org.proxy.library.ucsb.edu:2048/papers/w19244.

**Pizer W.A. (2002).** Combining price and quantity controls to mitigate global climate change. *Journal of Public Economics* **85**, 409–434. doi: 10.1016/S0047-2727(01)00118-9, ISSN: 0047-2727.

**Plattner G.K., T. Stocker, P. Midgley, and M. Tignor (2009).** *IPCC Expert Meeting on the Science of Alternative Metrics: Meeting Report*. Intergovernmental Panel on Climate Change,

**Popp D. (2002).** Induced innovation and energy prices. *The American Economic Review* **92**, 160–180. Available at: http://www.jstor.org/stable/3083326.

**Popp D. (2004).** ENTICE: endogenous technological change in the DICE model of global warming. *Journal of Environmental Economics and Management* **48**, 742–768. doi: 10.1016/j.jeem.2003.09.002, ISSN: 00950696.

**Popp D. (2006).** R&D subsidies and climate policy: is there a "free lunch"? *Climatic Change* **77**, 311–341. doi: 10.1007/s10584-006-9056-z, ISSN: 0165-0009, 1573–1480.

**Popp D., I. Hascic, and N. Medhi (2011).** Technology and the diffusion of renewable energy. *Energy Economics* **33**, 648–662. doi: 10.1016/j.eneco.2010.08.007, ISSN: 01409883.

**Popp D., R.G. Newell, and A.B. Jaffe (2010).** Energy, the environment, and technological change. In: *Handbook of the economics of innovation*. B. Hall, N. Rosenberg, (eds.), Academic Press/Elsevier, Burlington, pp. 873–937.

**Porter M.E. (1991).** Towards a Dynamic Theory of Strategy. *Strategic Management Journal* **12**, 95–117. doi: 10.2307/2486436, ISSN: 0143-2095.

**Porter M.E., and C. van der Linde (1995).** Toward a New Conception of the Environment-Competitiveness Relationship. *The Journal of Economic Perspectives* **9**, 97–118. doi: 10.2307/2138392, ISSN: 0895-3309.

**Posner E.A., and D. Weisbach (2010).** *Climate Change Justice*. Princeton University Press, Princeton, N.J., ISBN: 9780691137759.

**Potters J., M. Sefton, and L. Vesterlund (2007).** Leading-by-example and signaling in voluntary contribution games: an experimental study. *Economic Theory* **33**, 169–182. doi: 10.1007/s00199-006-0186-3, ISSN: 0938-2259, 1432–0479.

**Preston C.J. (2011).** Re-Thinking the Unthinkable: Environmental Ethics and the Presumptive Argument Against Geoengineering. *Environmental Values* **20**, 457–479. doi: 10.3197/096327111X13150367351212.

**Preston C.J. (2012).** Solar Radiation Management and Vulnerable Populations: The Moral Deficit and its Prospects. In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, pp. 77–94. ISBN: 0739175408.

**Preston C.J. (2013).** Ethics and geoengineering: reviewing the moral issues raised by solar radiation management and carbon dioxide removal. *Wiley Interdisciplinary Reviews: Climate Change* **4**, 23–37. doi: 10.1002/wcc.198, ISSN: 1757-7799.

**Quiggin J. (2008).** Stern and his critics on discounting and climate change: an editorial essay. *Climatic Change* **89**, 195–205. doi: 10.1007/s10584-008-9434-9, ISSN: 0165-0009, 1573–1480.

**Rachlinski J. (2000).** The psychology of global climate change. *University of Illinois Law Review* **2000**. Available at: http://illinoislawreview.org/article/the-psychology-of-global-climate-change/.

**Rajamani L. (2000).** The principle of common but differentiated responsibility and the balance of commitments under the climate regime. *Review of European Community and International Environmental Law* **9**, 120–131. doi: 10.1111/1467-9388.00243, ISSN: 0962-8797, 1467–9388.

**Ramsey F.P. (1928).** A mathematical theory of saving. *The Economic Journal* **38**, 543–559.

**Rapport Lebègue (2005).** *Révision Du Taux D'actualisation Des Investissements Publics. Rapport Du Groupe Présidé Par Daniel Lebègue.* Commissariat Général Au Plan, Paris, Available at: http://www.plan.gouv.fr/intranet/upload/actualite/Rapport%20Lebegue%20Taux%20actualisation%2024-01-05.pdf.

**Rawls J. (1971).** *A Theory of Justice*. Belknap Press of Harvard University Press, Cambridge, MA, 607 pp.

**Rawls J. (1999).** *The Law of Peoples, with the Idea of Public Reason Revisited*. Harvard University Press, Cambridge, MA, 208 pp. ISBN: 9780674000797.

**Regan T. (2004).** *The Case for Animal Rights*. University of California Press, Berkeley, 450 pp. ISBN: 978-0520243866.

**Rehdanz K., and D.J. Maddison (2009).** The amenity value of climate to households in Germany. *Oxford Economic Papers* **61**, 150–167. doi: 10.1093/oep/gpn028, ISSN: 0030-7653, 1464–3812.

**Reilly J., S. Paltsev, K. Strzepek, N.E. Selin, Y. Cai, K.-M. Nam, E. Monier, S. Dutkiewicz, J. Scott, and M. Webster (2013).** Valuing climate impacts in integrated assessment models: the MIT IGSM. *Climatic Change* **117**, 561–573. doi: 10.1007/s10584-012-0635-x.

**Reiman J. (2007).** Being Fair to Future People: The Non-Identity Problem in the Original Position. *Philosophy & Public Affairs* **35**, 69–92. doi: 10.1111/j.1088-4963.2007.00099.x, ISSN: 1088-4963.

**Reisinger A., P. Havlik, K. Riahi, O. Vliet, M. Obersteiner, and M. Herrero (2013).** Implications of alternative metrics for global mitigation costs and greenhouse gas emissions from agriculture. *Climatic Change* **117**, 677–690. ISSN: 0165-0009.

**Ren X., D. Fullerton, and J.B. Braden (2011).** Optimal taxation of externalities interacting through markets: A theoretical general equilibrium analysis. *Resource and Energy Economics* **33**, 496–514. doi: 10.1016/j.reseneco.2010.10.002, ISSN: 0928-7655.

**Reynolds T.W., A. Bostrom, D. Read, and M.G. Morgan (2010).** Now What Do People Know About Global Climate Change? Survey Studies of Educated Laypeople. *Risk Analysis* **30**, 1520–1538. doi: 10.1111/j.1539-6924.2010.01448.x, ISSN: 1539-6924.

**Rezai A., D.K. Foley, and L. Taylor (2011).** Global warming and economic externalities. *Economic Theory* **49**, 329–351. doi: 10.1007/s00199-010-0592-4, ISSN: 0938-2259, 1432–0479.

**Richardson R.B., and J.B. Loomis (2004).** Adaptive recreation planning and climate change: a contingent visitation approach. *Ecological Economics* **50**, 83–99. doi: 10.1016/j.ecolecon.2004.02.010, ISSN: 0921-8009.

**Richels R.G., and G.J. Blanford (2008).** The value of technological advance in decarbonizing the US economy. *Energy Economics* **30**, 2930–2946. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S014098830800087X.

**Riekkola A.K., E.O. Ahlgren, and P. Söderholm (2011).** Ancillary benefits of climate policy in a small open economy: The case of Sweden. *Energy Policy* **39**, 4985–4998. doi: 10.1016/j.enpol.2011.06.015, ISSN: 0301-4215.

**Rist R.C. (1998).** Choosing the right policy instruments at the right time: the contextual challenges of selection and implementation. In: *Carrots, sticks and sermons*. Transaction Publishers, New Brunswick NJ, pp. 149–163.

**Rive N., A. Torvanger, and J.S. Fuglestvedt (2006).** Climate agreements based on responsibility for global warming: Periodic updating, policy choices, and regional costs. *Global Environmental Change* **16**, 182–194. doi: 10.1016/j.gloenvcha.2006.01.002, ISSN: 0959-3780.

**Rivers N., and M. Jaccard (2006).** Useful models for simulating policies to induce technological change. *Energy Policy* **34**, 2038–2047. doi: 10.1016/j.enpol.2005.02.003, ISSN: 03014215.

**Robbins L. (1937).** *An Essay on the Nature and Significance of Economic Science.* Macmillan, London; New York, ISBN: 9781610160391.

**Roberts M.J., and W. Schlenker (2010).** *Identifying Supply and Demand Elasticities of Agricultural Commodities: Implications for the US Ethanol Mandate.* National Bureau of Economic Research, Available at: http://www.nber.org/papers/w15921.

**Roberts M.J., and M. Spence (1976).** Effluent charges and licenses under uncertainty. *Journal of Public Economics* **5**, 193–208. Available at: http://econpapers.repec.org/article/eeepubeco/default6.htm.

**Robock A. (2008).** 20 reasons why geoengineering may be a bad idea. *Bulletin of the Atomic Scientists* **64**, 14–18, 59. Available at: http://www.atmos.washington.edu/academics/classes/2012Q1/111/20Reasons.pdf.

**Robock A., M. Bunzl, B. Kravitz, and G.L. Stenchikov (2010).** A Test for Geoengineering? *Science* **327**, 530–531. doi: 10.1126/science.1186237, ISSN: 0036-8075, 1095–9203.

**Rolston H. (1988).** *Environmental Ethics: Duties to and Values in the Natural World.* Temple University Press, Philadelphia, ISBN: 087722501X  9780877225010  0877226288 9780877226284.

**Rolston H. (1999).** *Genes, Genesis and God: Values and Their Origins in Natural and Human History: The Gifford Lectures, University of Edinburgh, 1997–1998.* Cambridge University Press, Cambridge UK, 400 pp. ISBN: 052164108X  9780521641081 052164674X 9780521646741.

**Rosa E.A., and T. Dietz (1998).** Climate change and society: speculation, construction and scientific investigation. *International Sociology* **13**, 421–455. doi: 10.1177/026858098013004002, ISSN: 0268-5809.

**Roson R., and D.V. der Mensbrugghe (2012).** Climate change and economic growth: impacts and interactions. *International Journal of Sustainable Economy* **4**, 270–285. doi: 10.1504/IJSE.2012.047933.

**Rossi P.H., M.W. Lipsey, and H.E. Freeman (2005).** *Evaluation : A Systematic Approach.* Sage Publications, Thousand Oaks, CA, 480 pp. ISBN: 0761908943 9780761908944.

**Routley R. (1973).** Is there a need for a new, an environmental, ethic? *Proceedings of the XVth World Congress of Philosophy Varna* **1**, 205–210.

**Routley R., and V. Routley (1980).** Human chauvinism and environmental ethics. In: *Environmental philosophy.* D. Mannison, M.A. McRobbie, R. Routley, (eds.), Australian National University, Research School of Social Sciences, Canberra, pp. 96–189.

**Russell-Smith J., P. Whitehead, and P. Cooke (2009).** *Culture, Ecology and Economy of Fire Management in North Australian Savannas: Rekindling the Wurrk Tradition.* Csiro Publishing, 417 pp. ISBN: 9780643099999.

**Ryan S.P. (2012).** The Costs of Environmental Regulation in a Concentrated Industry. *Econometrica* **80**, 1019–1061. doi: 10.3982/ECTA6750, ISSN: 1468-0262.

**Rypdal K., T. Berntsen, J.S. Fuglestvedt, K. Aunan, A. Torvanger, F. Stordal, J.M. Pacyna, and L.P. Nygaard (2005).** Tropospheric ozone and aerosols in climate agreements: scientific and political challenges. *Environmental Science & Policy Environmental Science & Policy* **8**, 29–43. ISSN: 1462-9011.

**Sagoff M. (2008).** *The Economy of the Earth: Philosophy, Law, and the Environment.* Cambridge University Press, Cambridge ; New York, 266 pp. ISBN: 9780521867555.

**Sandler R.L. (2012).** Solar Radiation Management and Nonhuman Species. In: *Engineering the Climate: The Ethics of Solar Radiation Management.* C.J. Preston, (ed.), Lexington Books, Lanham, MD, pp. 95–110.

**Sandsmark M., and H. Vennemo (2007).** A portfolio approach to climate investments: CAPM and endogenous risk. *Environmental and Resource Economics* **37**, 681–695. doi: 10.1007/s10640-006-9049-4, ISSN: 0924-6460, 1573–1502.

**Sardemann G., and A. Grunwald (2010).** Einführung in den Schwerpunkt. *Technikfolgenabschätzung—Theorie Und Praxis* **2**, 4–7.

**Sassi F. (2006).** Calculating QALYs, comparing QALY and DALY calculations. *Health Policy and Planning* **21**, 402–408. doi: 10.1093/heapol/czl018, ISSN: 0268-1080, 1460–2237.

**Schelling T.C. (1995).** Intergenerational Discounting. *Energy Policy* **23**, 395–401. doi: 16/0301-4215(95)90164-3, ISSN: 0301-4215.

**Schelling T.C. (1996).** The economic diplomacy of geoengineering. *Climatic Change* **33**, 303–307. doi: 10.1007/BF00142578, ISSN: 0165-0009, 1573–1480.

**Scheraga J.D. (1994).** Energy and the environment Something new under the sun? *Energy Policy* **22**, 798–803. doi: 10.1016/0301-4215(94)90137-6, ISSN: 03014215.

**Schlenker W., and M.J. Roberts (2009).** Nonlinear temperature effects indicate severe damages to U.S. crop yields under climate change. *Proceedings of the National Academy of Sciences* **106**, 15594–15598. doi: 10.1073/pnas.0906865106, ISSN: 0027-8424, 1091–6490.

**Schneider S.H. (2008).** Geoengineering: could we or should we make it work? *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **366**, 3843–3862. doi: 10.1098/rsta.2008.0145, ISSN: 1364-503X, 1471–2962.

**Schneider S.H., K. Kuntz-Duriseti, and C. Azar (2000).** Costing non-linearities, surprises, and irreversible events. *Pacific and Asian Journal of Energy* **10**, 81–106.

**Schwartz T. (1978).** Obligations to Posterity. In: *Obligations to Future Generations.* R.I. Sikora, B. Barry, (eds.), Temple University Press, Philadelphia, pp. 3–13.

De Scitovszky T. (1941). A note on welfare propositions in economics. *The Review of Economic Studies* 9, 77–88.

Scott D. (2012). Insurance Policy or Technological Fix? The Ethical Implications of Framing Solar Radiation Management. In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, Lanham, MD, pp. 151–168.

Scrieciu S., A. Rezai, and R. Mechler (2013). On the economic foundations of green growth discourses: the case of climate change mitigation and macroeconomic dynamics in economic modeling. *Wiley Interdisciplinary Reviews: Energy and Environment* 2, 251–268. doi: 10.1002/wene.57, ISSN: 2041-840X.

Scriven M. (1991). *Evaluation Thesaurus*. Sage Publications, Newbury Park, CA, 391 pp. ISBN: 0803943636 9780803943636 0803943644 9780803943643.

Sen A. (1970). *Collective Choice and Social Welfare*. North-Holland Publishing Co., 225 pp. ISBN: 0816277656.

Sen A.K. (1973). *On Economic Inequality*. Clarendon Press, Oxford, 118 pp. ISBN: 9780198281931.

Sen A.K. (1982). Interpersonal comparisons of welfare. Blackwell, Oxford.

Sen A.K. (1999). *Development as Freedom*. Oxford University Press, New York, 366 pp.

De-Shalit A. (1995). *Why Posterity Matters: Environmental Policies and Future Generations*. Routledge, 174 pp. ISBN: 9780415100182.

Sheridan J., and R. "He C. the S. Longboat (2006). The Haudenosaunee Imagination and the Ecology of the Sacred. *Space and Culture* 9, 365–381. ISSN: 1206-3312.

Sherwood S.C., and M. Huber (2010). An adaptability limit to climate change due to heat stress. *Proceedings of the National Academy of Sciences* 107, 9552–9555. doi: 10.1073/pnas.0913352107, ISSN: 0027-8424, 1091–6490.

Shiffrin S.V. (1999). Wrongful life, procreative responsibility, and the significance of harm. *Legal Theory* 5. doi: 10.1017/S1352325299052015, ISSN: 1352-3252, 1469–8048.

Shine K.P., T.K. Berntsen, J.S. Fuglestvedt, R.B. Skeie, and N. Stuber (2007). Comparing the climate effect of emissions of short- and long-lived climate agents. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* 365, 1903–1914. doi: 10.1098/rsta.2007.2050, ISSN: 1364-503X, 1471–2962.

Shine K.P., J.S. Fuglestvedt, K. Hailemariam, and N. Stuber (2005). Alternatives to the global warming potential for comparing climate impacts of emissions of greenhouse gases. *Climatic Change* 68, 281–302. doi: 10.1007/s10584 -005-1146-9, ISSN: 0165-0009, 1573–1480.

Shiv B., and A. Fedorikhin (1999). Heart and Mind in Conflict: The Interplay of Affect and Cognition in Consumer Decision Making. *Journal of Consumer Research* 26, 278–292. doi: 10.1086/209563, ISSN: 0093-5301.

Shogren J.F., and L.O. Taylor (2008). On Behavioral-Environmental Economics. *Review of Environmental Economics and Policy* 2, 26–44. doi: 10.1093/reep/rem027, ISSN: 1750-6816, 1750–6824.

Shue H. (1993). Subsistence Emissions and Luxury Emissions. *Law & Policy* 15, 39–60. doi: 10.1111/j.1467-9930.1993.tb00093.x, ISSN: 0265-8240, 1467–9930.

Shue H. (1999). Global environment and international inequality. *International Affairs* 75, 531–545. doi: 10.1111/1468-2346.00092, ISSN: 0020-5850, 1468–2346.

Shue H. (2010). Deadly delays, saving opportunities: creating a more dangerous world? In: *Climate ethics essential readings*. S.M. Gardiner, S. Caney, D. Jamieson, H. Shue, (eds.), Oxford University Press, Oxford; New York, pp. 146–162. ISBN: 9780199750580 0199750580 9780195399615 0195399617 9780195399622 0195399625.

Sidgwick H. (1907). *The Methods of Ethics*. Hackett Pub. Co., Indianapolis, ISBN: 9780915145287.

Sieg H., V.K. Smith, H.S. Banzhaf, and R. Walsh (2004). Estimating the general equilibrium benefits of large changes in spatially delineated public goods. *International Economic Review* 45, 1047–1077. Available at: http://www.jstor.org/stable/3663619.

Sijm J., K. Neuhoff, and Y. Chen (2006). $CO_2$ cost pass-through and windfall profits in the power sector. *Climate Policy* 6, 49–72. Available at: http://www.tandfonline.com.proxy.library.ucsb.edu:2048/doi/abs/10.1080/14693062.2006.9685588.

Sikora R.I., and B. Barry (1978). *Obligations to Future Generations*. Temple University Press, Philadelphia, 250 pp. ISBN: 0877221324.

Singer P. (1993). *Practical Ethics*. Cambridge University Press, Cambridge, 411 pp. ISBN: 9780521439718.

Singer P. (2002). *One World: The Ethics of Globalization*. Yale University Press, New Haven, 235 pp. ISBN: 0300096860.

Sinnot-Armstrong W. (2010). It's Not My Fault: Global Warming and Individual Moral Obligations. In: *Climate Ethics: essential readings*. S.M. Gardner, S. Caney, D. Jamieson, H. Shue, (eds.), Oxford University Press, pp. 332–346.

Smith K. (2010). Stern, climate policy and saving rates. *Climate Policy* 10, 289–297. doi: 10.3763/cpol.2009.0044, ISSN: 1469-3062.

Smith P.T. (2012). Domination and the Ethics of Solar Radiation Management. In: *Engineering the Climate: The Ethics of Solar Radiation Management*. C.J. Preston, (ed.), Lexington Books, Lanham, Md, pp. 43–61.

Smith S., K. Joseph, E. Jiae, E. Jiyong, and A. Mizrahi (2013). Sensitivity of multigas climate policy to emission metrics. *Climatic Change* 117. ISSN: 0165-0009.

Smith J.B., and D.A. Tirpak (1989). *The Potential Effects of Global Climate Change on the United States: Report to Congress*. U.S. Environmental Protection Agency, Office of Policy, Planning, and Evaluation, Office of Research and Development, 480 pp.

Smith S.J., and M.L. Wigley (2000). Global Warming Potentials: 1. Climatic Implications of Emissions Reductions. *Climatic Change* 44, 445–457. doi: 10.1023/A:1005584914078, ISSN: 0165-0009, 1573–1480.

Sobrevila C. (2008). *The Role of Indigenous Peoples in Biodiversity Conservation: The Natural but Often Forgotten Partners*. The International Bank for Reconstruction and Development, The World Bank, 84 pp. Available at: http://siteresources.worldbank.org/INTBIODIVERSITY/Resources/RoleofIndigenousPeoplesinBiodiversityConservation.pdf.

Sohngen B., R. Mendelsohn, and R.A. Sedjo (2001). A global model of climate change impacts on timber markets. *Journal of Agricultural and Resource Economics* 26, 326–343.

Solomon B., and N.H. Johnson (2009). Valuing climate protection through willingness to pay for biomass ethanol. *Ecological Economics* 68, 2137–2144. doi: 10.1016/j.ecolecon.2009.02.010, ISSN: 0921-8009.

Somanathan E. (2006). Valuing lives equally: distributional weights for welfare analysis. *Economics Letters* 90, 122–125. doi: 10.1016/j.econlet.2005.07.015, ISSN: 01651765.

**3**

**Sorrell S., D. Harrison, D. Radov, P. Klevnas, and A. Foss (2009)**. White certificate schemes: Economic analysis and interactions with the EU ETS. *Energy Policy* **37**, 29–42. Available at: http://www.sciencedirect.com/science/article/pii/S030142150800400X.

**Spash C.L., K. Urama, R. Burton, W. Kenyon, P. Shannon, and G. Hill (2009)**. Motives behind willingness to pay for improving biodiversity in a water ecosystem: Economics, ethics and social psychology. *Ecological Economics* **68**, 955–964. doi: 10.1016/j.ecolecon.2006.09.013, ISSN: 09218009.

**Stanton E.A. (2011)**. Negishi welfare weights in integrated assessment models: the mathematics of global inequality. *Climatic Change* **107**, 417–432. doi: 10.1007/s10584-010-9967-6, ISSN: 0165-0009, 1573–1480.

**Stanton E.A., F. Ackerman, and S. Kartha (2009)**. Inside the integrated assessment models: Four issues in climate economics. *Climate and Development* **1**, 166–184. doi: 10.3763/cdev.2009.0015, ISSN: 1756-5529.

**Steiner H. (1983)**. The rights of future generations. In: *Energy and the Future*. D. MacLean, P.G. Brown, (eds.), Rowman & Littlefield, Totowa, New Jersey, pp. 151–165.

**Stern N. (forthcoming)**. Ethics, equity and the economics of climate change. *Economics and Philosophy*. Available at: http://www.lse.ac.uk/GranthamInstitute/publications/WorkingPapers/Papers/80-89/WP84a-Ethics,-equity-and-the-economics-of-climate-change---Paper-1-science-and-philosophy.pdf.

**Stern P.C. (1992)**. What psychology knows about energy conservation. *American Psychologist* **47**, 1224–1232. doi: 10.1037/0003-066X.47.10.1224, ISSN: 0003-066X.

**Stern N. (2007)**. *The Economics of Climate Change. The Stern Review.* Cambridge University Press, New York, 712 pp. ISBN: 978-0521700801.

**Stern N. (2008)**. The economics of climate change. *The American Economic Review* **98**, 1–37.

**Stern N. (2009)**. *The Global Deal: Climate Change and the Creation of a New Era of Progress and Prosperity.* Public Affairs, New York, 246 pp. ISBN: 1458758818.

**Stern N. (2013)**. The Structure of Economic Modeling of the Potential Impacts of Climate Change: Grafting Gross Underestimation of Risk onto Already Narrow Science Models. *Journal of Economic Literature* **51**, 838–859. doi: 10.1257/jel.51.3.838, ISSN: 0022-0515.

**Sterner T. (2003)**. *Policy Instruments for Environmental and Natural Resource Management.* Resources for the Future ; World Bank ; Swedish International Development Cooperation Agency, Washington, DC; Stockholm, 504 pp. ISBN: 1891853120 9781891853128.

**Sterner T. (Ed.) (2011)**. *Fuel Taxes and the Poor.* Resources for the Future Press (RFF Press), Washington, USA, 384 pp. ISBN: 978-1-61726-092-6.

**Sterner T., and U.M. Persson (2008)**. An even sterner review: introducing relative prices into the discounting debate. *Review of Environmental Economics and Policy* **2**, 61–76. doi: 10.1093/reep/rem024, ISSN: 1750-6816, 1750–6824.

**Stigler G.J. (1971)**. The theory of economic regulation. *Bell Journal of Economics & Management Science* **2**, 3–21. ISSN: 0005-8556.

**Stiglitz J., A. Sen, and J.-P. Fitoussi (2009)**. *Report by the Commission on the Measurement of Economic Performance and Social Progress.* Available at: http://www.stiglitz-sen-fitoussi.fr/documents/rapport_anglais.pdf.

**Strzepek K., and B. Boehlert (2010)**. Competition for water for the food system. *Philosophical Transactions of the Royal Society B: Biological Sciences* **365**, 2927–2940. doi: 10.1098/rstb.2010.0152, ISSN: 0962-8436, 1471–2970.

**Sumner L.W. (1999)**. *Welfare, Happiness, and Ethics.* Oxford University Press, USA, 252 pp. ISBN: 9780198238782.

**Sunstein C.R., and R.H. Thaler (2003)**. Libertarian paternalism is not an oxymoron. *University of Chicago Law Review; SSRN Electronic Journal* **70**, 1159–1202. doi: 10.2139/ssrn.405940, ISSN: 1556-5068.

**Svoboda T. (2012a)**. Is Aerosol Geoengineering Ethically Preferable to Other Climate Change Strategies? *Ethics & the Environment* **17**, 111–135. ISSN: 1535-5306.

**Svoboda T. (2012b)**. The Ethics of Geoengineering: Moral Considerability and the Convergence Hypothesis. *Journal of Applied Philosophy* **29**, 243–256. doi: 10.1111/j.1468-5930.2012.00568.x, ISSN: 1468-5930.

**Svoboda T., K. Keller, and N. Tuana (2011)**. Sulfate Aerosol Geoengineering: The Question of Justice. *Public Affairs Quarterly* **25**, 157–180. Available at: http://paq.press.illinois.edu/25/3/svoboda.html.

**Taplin R., S.N. Uddin, and K. Pibalsook (2013)**. In: *Sustainable Development: Asia-Pacific Perspectives.* P.S. Low, (ed.), Cambridge University Press, ISBN: 9780521897174.

**Taylor P. (1986)**. *Respect for Nature.* Princeton University Press, Princeton, N.J., 329 pp.

**Taylor C. (1995)**. *Philosophical Arguments.* Harvard University Press, Cambridge, Mass., 318 pp. ISBN: 0674664760  9780674664760.

**Temkin L.S. (1993)**. *Inequality.* Oxford University Press, New York, 352 pp. ISBN: 0195078608 9780195078602 0195111494 9780195111491.

**Temkin L.S. (2012)**. *Rethinking the Good: Moral Ideals and the Nature of Practical Reasoning.* Oxford University Press, 640 pp. ISBN: 9780199759446.

**The Royal Society (2009)**. *Geoengineering the Climate: Science, Governance and Uncertainty.* The Royal Society, Available at: http://royalsociety.org/policy/publications/2009/geoengineering-climate/.

**The World Bank (2012)**. *Turn Down the Heat: Why a 4 °C Warmer World Must Be Avoided.* International Bank for Reconstruction and Development/ The World Bank, Washington DC.

**Thomas B.A., and I.L. Azevedo (2013)**. Estimating direct and indirect rebound effects for U.S. households with input–output analysis Part 1: Theoretical framework. *Ecological Economics* **86**, 199–210. doi: 10.1016/j.ecolecon.2012.12.003, ISSN: 0921-8009.

**Thompson J. (2001)**. Historical Injustice and Reparation: Justifying Claims of Descendants. *Ethics* **112**, 114–135. doi: 10.1086/339139, ISSN: 0014-1704, 1539–297X.

**Thompson J. (2009)**. *Intergenerational Justice: Rights and Responsibilities in an Intergenerational Polity.* Taylor & Francis US, 189 pp. ISBN: 978-0415996280.

**Tietenberg T.H. (2006)**. *Emissions Trading: Principles and Practice.* Resources for the Future, Washington, DC, 248 pp. ISBN: 1933115300 9781933115306 1933115319 9781933115313.

**Titmuss R.M. (1970)**. *The Gift Relationship: From Human Blood to Social Policy* (A. Oakley and J. Ashton, Eds.). New Press, New York, ISBN: 1565844033 9781565844032.

**Titus J.G. (1992)**. The costs of climate change to the United States. In: *Global Climate Change: Implications, Challenges and Mitigation Measures.* S.K. Majumdar, (ed.), Pennsylvania Academy of Science, Easton, Pennsylvania, pp. 384–409. ISBN: 0945809077.

**Tol R.S.J. (1995)**. The damage costs of climate change toward more comprehensive calculations. *Environmental and Resource Economics* **5**, 353–374.

**Tol R.S.J. (2002a)**. Estimates of the Damage Costs of Climate Change. Part 1: Benchmark Estimates. *Environmental and Resource Economics* **21**, 47–73. doi: 10.1023/A:1014500930521, ISSN: 0924-6460, 1573–1502.

Tol R.S.J. (2002b). Estimates of the Damage Costs of Climate Change, Part II. Dynamic Estimates. *Environmental and Resource Economics* 21, 135–160. doi: 10.1023/A:1014539414591, ISSN: 0924-6460, 1573–1502.

Tol R.S.J., K.B. Terje, C.O.N. Brian, S.F. Jan, and P.S. Keith (2012). A unifying framework for metrics for aggregating the climate effect of different emissions. *Environmental Research Letters* 7. ISSN: 1748-9326.

Toth F.L., C. Carraro, J. Christensen, A. Edmonds, B. Flannery, C. Gay-Garcia, H. Lee, K.M. Meyer-Abich, E. Nikitina, A. Rahman, R. Richels, Y. Ruqiu, A. Villavicencio, Y. Wake, and J. Weyant (2001). Decision-making frameworks. In: *Climate Change 2001: Mitigation*. B. Metz, O. Davidson, R. Swart, M. Pallemaerts, (eds.), Cambridge University Press, Cambridge UK and New York, pp. 601–688.

Traeger C.. (2011). Sustainability, limited substitutability, and non-constant social discount rates. *Journal of Environmental Economics and Management* 62, 215–228. ISSN: 0095-0696.

Tseng W.-C., and C.-C. Chen (2008). Valuing the potential economic impact of climate change on the Taiwan trout. *Ecological Economics* 65, 282–291. doi: 10.1016/j.ecolecon.2007.06.015, ISSN: 0921-8009.

Tullock G. (1975). The transitional gains trap. *Bell Journal of Economics* 6, 671–678. ISSN: 0361-915X.

Tunc A. (1983). *International Encyclopedia of Comparative Law: Volume XI, Torts*. Martinus Nijhoff Publishers, The Hague, 766 pp. ISBN: 3166445420 9783166445427 9024727871 9789024727872.

U.S. Environmental Protection Agency (2010). *Guidelines for Preparing Economic Analyses*. National Center for Environmental Economics, Appendix B pp. Available at: http://yosemite.epa.gov/ee/epa/eed.nsf/webpages/homepage.

Uddin S.N., R. Taplin, and X. Yu (2007). Energy, environment and development in Bhutan. *Renewable and Sustainable Energy Reviews* 11, 2083–2103. doi: 10.1016/j.rser.2006.03.008, ISSN: 1364-0321.

Ulph A. (2013). Optimal Climate Change Policies When Governments Cannot Commit. *Environmental and Resource Economics*. ISSN: 0924-6460.

UNDP (2010). *Human Development Report. The Real Wealth of Nations: Pathways to Human Development*. United Nations Development Programme, New York, Available at: http://hdr.undp.org/en/reports/global/hdr2010/chapters/.

UNEP (2011). *Women at the Frontline of Climate Change: Gender Risks and Hopes*. United Nations Environment Programme, GRID-Arendal.

United States Congress (1980). Comprehensive Environmental Response, Compensation, and Liability Act.

US Interagency Working Group (2013). Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866.

US Office of Management and Budget (2003). *Circular N. A-4 To the Heads of Executive Department Establishments, Subject: Regulatory Analysis*. Executive Office of the President, Washington D.C., Available at: http://www.whitehouse.gov/omb/circulars_a004_a-4.

Valenzuela E., T.W. Hertel, R. Keeney, and J.J. Reimer (2007). Assessing global computable general equilibrium model validity using agricultural price volatility. *American Journal of Agricultural Economics* 89, 383–397. Available at: http://ajae.oxfordjournals.org.proxy.library.ucsb.edu:2048/content/89/2/383.short.

Velleman D. (1991). Wellbeing and time. *Pacific Philosophical Quarterly* 72, 48–77. Victor D.G., M.G. Morgan, F. Apt, and J. Steinbruner (2009). The Geoengineering Option—A Last Resort against Global Warming. *Foreign Affairs* 88, 64. Available at: http://heinonline.org/HOL/Page?handle=hein.journals/fora88&id=278&div=&collection=journals.

Viscusi W.K., and J. E. Aldy (2003). The Value of a Statistical Life: A Critical Review of Market Estimates Throughout the World. *Journal of Risk and Uncertainty* 27, 5–76.

Van Vuuren D.P., M. Hoogwijk, T. Barker, K. Riahi, S. Boeters, J. Chateau, S. Scrieciu, J. van Vliet, T. Masui, and K. Blok (2009). Comparison of top-down and bottom-up estimates of sectoral and regional greenhouse gas emission reduction potentials. *Energy Policy* 37, 5125–5139. Available at: http://www.sciencedirect.com.proxy.library.ucsb.edu:2048/science/article/pii/S0301421509005394.

Watkiss P., and A. Hunt (2012). Projection of economic impacts of climate change in sectors of Europe based on bottom up analysis: human health. *Climatic Change* 112, 101–126. ISSN: 0165-0009.

Watson J., and R. Sauter (2011). Sustainable innovation through leapfrogging: a review of the evidence. *International Journal of Technology and Globalisation* 5, 170–189. doi: 10.1504/IJTG.2011.039763.

Weber E.U., and P.C. Stern (2011). Public understanding of climate change in the United States. *American Psychologist* 66, 315–328. doi: 10.1037/a0023253, ISSN: 1935-990X(Electronic);0003-066X(Print).

Weikard H.-P., and X. Zhu (2005). Discounting and environmental quality: When should dual rates be used? *Economic Modelling* 22, 868–878. ISSN: 0264-9993.

Weil P. (1989). The equity premium puzzle and the risk-free rate puzzle. *Journal of Monetary Economics* 24, 401–421. doi: 10.1016/0304-3932(89)90028-7, ISSN: 03043932.

Weimer D.L., and A.R. Vining (2010). *Policy Analysis: Concepts and Practice*. Pearson, Boston, 496 pp. ISBN: 9780205781300 0205781306.

Weirich P. (1983). Utility tempered with equality. *Nous* 17, 423–439.

Weitzman M.L. (1974). Prices vs. quantities. *The Review of Economic Studies* 41, 477–491. Available at: http://www.jstor.org/stable/2296698.

Weitzman M.L. (1980). The "Ratchet Principle" and Performance Incentives. *The Bell Journal of Economics* 11, 302–308. doi: 10.2307/3003414, ISSN: 0361-915X.

Weitzman M.L. (1998). Why the Far-Distant Future Should Be Discounted at Its Lowest Possible Rate. *Journal of Environmental Economics and Management* 36, 201–208. doi: 10.1006/jeem.1998.1052, ISSN: 0095-0696.

Weitzman M.L. (2001). Gamma Discounting. *American Economic Review* 91, 260–271. doi: 10.1257/aer.91.1.260, ISSN: 0002-8282.

Weitzman M.L. (2007a). Subjective expectations and asset-return puzzles. *The American Economic Review* 97, 1102–1130. Available at: http://www.ingentaconnect.com/content/aea/aer/2007/00000097/00000004/art00003.

Weitzman M.L. (2007b). A Review of The Stern Review on the Economics of Climate Change. *Journal of Economic Literature* 45, 703–724. doi: 10.1257/002205107783217861.

Weitzman M.L. (2009). On modeling and interpreting the economics of catastrophic climate change. *Review of Economics and Statistics* 91, 1–19. doi: 10.1162/rest.91.1.1, ISSN: 0034-6535.

Weitzman M.L. (2010a). What is the "damages function" for global warming—and what difference might it make? *Climate Change Economics* 01, 57–69. doi: 10.1142/S2010007810000042, ISSN: 2010-0078, 2010–0086.

**3**

Weitzman M.L. (2010b). Risk-adjusted gamma discounting. *Journal of Environmental Economics and Management* 60, 1–13. doi: 10.1016/j.jeem.2010.03.002, ISSN: 0095-0696.

Weitzman M.L. (2011). Fat-tailed uncertainty in the economics of catastrophic climate change. *Review of Environmental Economics and Policy* 5, 275–292. doi: 10.1093/reep/rer006, ISSN: 1750-6816, 1750–6824.

Weitzman M.L. (2013). Tail-Hedge Discounting and the Social Cost of Carbon. *Journal of Economic Literature* 51, 873–882. doi: 10.1257/jel.51.3.873, ISSN: 0022-0515.

Wellman C. (1995). *Real Rights*. Oxford University Press New York, 288 pp. ISBN: 978-0195095005.

Wilhite H., H. Nakagami, T. Masuda, Y. Yamaga, and H. Haneda (1996). A cross-cultural analysis of household energy use behaviour in Japan and Norway. *Energy Policy* 24, 795–803. doi: 10.1016/0301-4215(96)00061-4, ISSN: 0301-4215.

Williamson O.E. (1975). *Markets and Hierarchies, Analysis and Antitrust Implications: A Study in the Economics of Internal Organization*. Free Press, 312 pp. ISBN: 9780029353608.

Willig R.D. (1976). Consumer's surplus without apology. *The American Economic Review* 66, 589–597.

Wolf C. (2009). Intergenerational justice, human needs, and climate policy. A. Gosseries, L.H. Meyer, (eds.), Oxford University Press, Oxford, pp. 347–76.

Wolff J., and A. de-Shalit (2007). *Disadvantage*. Oxford University Press, USA, 224 pp. ISBN: 0199278261.

Worrell E., S. Ramesohl, and G. Boyd (2004). Advances in Energy Forecasting Models Based on Engineering Economics*. *Annual Review of Environment and Resources* 29, 345–381. doi: 10.1146/annurev.energy.29.062403.102042, ISSN: 1543-5938, 1545–2050.

Wu J., N. Li, S. Hallegatte, P. Shi, A. Hu, and X. Liu (2011). Regional indirect economic impact evaluation of the 2008 Wenchuan Earthquake. *Environmental Earth Sciences* 65, 161–172. doi: 10.1007/s12665-011-1078-9, ISSN: 1866-6280, 1866–6299.

Xanthaki A. (2007). *Indigenous Rights and United Nations Standards: Self-Determination, Culture and Land*. Cambridge University Press, Cambridge, UK ; New York, 314 pp. ISBN: 9780521835749.

Zeleny M., and J.L. Cochrane (1982). *Multiple Criteria Decision Making*. McGraw-Hill New York, 563 pp. ISBN: 978-0670727957.

Zimmermann R. (1995). Unjustified enrichment: the modern civilian approach. *Oxford Journal of Legal Studies* 15, 403–429. doi: 10.1093/ojls/15.3.403, ISSN: 0143-6503, 1464–3820.

Zivin J.G., and M.J. Neidell (2010). *Temperature and the Allocation of Time: Implications for Climate Change*. National Bureau of Economic Research, Available at: http://www.nber.org/papers/w15717.

# 4

# Sustainable Development and Equity

**Coordinating Lead Authors:**

Marc Fleurbaey (France/USA), Sivan Kartha (USA)

**Lead Authors:**

Simon Bolwig (Denmark), Yoke Ling Chee (Malaysia), Ying Chen (China), Esteve Corbera (Spain), Franck Lecocq (France), Wolfgang Lutz (IIASA/Austria), Maria Silvia Muylaert (Brazil), Richard B. Norgaard (USA), Chukwumerije Okereke (Nigeria/UK), Ambuj Sagar (USA/India)

**Contributing Authors:**

Paul Baer (USA), Donald A. Brown (USA), Josefa Francisco (Philippines), Michael Zwicky Hauschild (Denmark), Michael Jakob (Germany), Heike Schroeder (Germany/UK), John Thøgersen (Denmark), Kevin Urama (Nigeria/UK/Kenya)

**Review Editors:**

Luiz Pinguelli Rosa (Brazil), Matthias Ruth (Germany/USA), Jayant Sathaye (USA)

**This chapter should be cited as:**

Fleurbaey M., S. Kartha, S. Bolwig, Y. L. Chee, Y. Chen, E. Corbera, F. Lecocq, W. Lutz, M.S. Muylaert, R. B. Norgaard, C. Oker-eke, and A. D. Sagar, 2014: Sustainable Development and Equity. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**Executive Summary** ........................................................................................................ 287

**4.1      Introduction** ........................................................................................................ 289

    **4.1.1      Key messages of previous IPCC reports** ................................................................ 289

    **4.1.2      Narrative focus and key messages** ....................................................................... 290
        4.1.2.1      Consumption, disparities, and well-being ......................................................... 290
        4.1.2.2      Equity at the national and international scales.................................................... 290
        4.1.2.3      Building institutions and capacity for effective governance.................................... 292

**4.2      Approaches and indicators** ................................................................................ 292

    **4.2.1      Sustainability and sustainable development (SD)** ............................................... 292
        4.2.1.1      Defining and measuring sustainability................................................................ 292
        4.2.1.2      Links with climate change and climate policy ...................................................... 293

    **4.2.2      Equity and its relation to sustainable development and climate change** ................... 294

**4.3      Determinants, drivers and barriers** ................................................................... 296

    **4.3.1      Legacy of development relations** .......................................................................... 296

    **4.3.2      Governance and political economy** ...................................................................... 297

    **4.3.3      Population and demography** ................................................................................ 299

    **4.3.4      Values and behaviours** ....................................................................................... 299

    **4.3.5      Human and social capital** ................................................................................... 300

    **4.3.6      Technology** ...................................................................................................... 301

    **4.3.7      Natural resources** ............................................................................................. 302

    **4.3.8      Finance and investment** ..................................................................................... 303

## 4.4     Production, trade, consumption and waste patterns......................................................... 304

**4.4.1     Consumption patterns, inequality and environmental impact** ............................................ 304
    4.4.1.1      Trends in resource consumption .................................................................. 304
    4.4.1.2      Consumerism and unequal consumption levels ............................................... 304
    4.4.1.3      Effect of non-income factors on per capita carbon footprint .................................. 305

**4.4.2     Consumption patterns and carbon accounting** .......................................................... 305
    4.4.2.1      Choice of GHG accounting method ............................................................... 305
    4.4.2.2      Carbon footprinting (consumption-based GHG emissions accounting) ............................ 305
    4.4.2.3      Product carbon footprinting ..................................................................... 306
    4.4.2.4      Consumption-based and territorial approaches to GHG accounting ................................ 306

**4.4.3     Sustainable consumption and production—SCP** ........................................................ 307
    4.4.3.1      Sustainable consumption and lifestyle.......................................................... 307
    4.4.3.2      Consumer sustainability attitudes and the relation to behaviour ..................................... 308
    4.4.3.3      Sustainable production .......................................................................... 309

**4.4.4     Relationship between consumption and well-being**........................................................ 310

## 4.5     Development pathways................................................................................... 311

**4.5.1     Definition and examples**................................................................................. 311

**4.5.2     Transition between pathways** .............................................................................. 312
    4.5.2.1      Path dependence and lock-ins ................................................................... 312
    4.5.2.2      Examples and lessons from the technology transition literature .................................... 313
    4.5.2.3      Economic modelling of transitions between pathways........................................... 314

## 4.6     Mitigative capacity and mitigation, and links to adaptive capacity and adaptation ........... 315

**4.6.1     Mitigation and adaptation measures, capacities, and development pathways**........................... 315

**4.6.2     Equity and burden sharing in the context of international cooperation on climate**...................... 317
    4.6.2.1      Equity principles pertinent to burden sharing in an international climate regime .................. 317
    4.6.2.2      Frameworks for equitable burden sharing ....................................................... 319

## 4.7     Integration of framing issues in the context of sustainable development ....................... 321

**4.7.1     Risk and uncertainty in sustainability evaluation** ........................................................ 321

**4.7.2     Socio-economic evaluation**.............................................................................. 321

**4**

**4.8**    **Implications for subsequent chapters** ................................................................ 322

    4.8.1    Three levels of analysis of sustainability consequences of climate policy options ........................ 322

    4.8.2    Sustainability and equity issues in subsequent chapters.................................................... 323

**4.9**    **Gaps in knowledge and data** ...................................................................... 325

**4.10**   **Frequently Asked Questions** ...................................................................... 326

**References** ........................................................................................................ 328

# Executive Summary

Since the first assessment report, the Intergovernmental Panel on Climate Change (IPCC) has considered issues of sustainable development (SD) and equity: acknowledging the importance to climate decision making, and progressively expanding the scope to include: the co-benefits of climate actions for SD and equity, the relevance of lifestyle and behaviour, the relevance of technological choices, the relevance of procedural equity to effective decision making, and the relevance of ethical frameworks and equitable burden sharing in assessing climate responses. This Assessment Report further explores key dimensions of SD and equity, highlighting the significance of disparities across different regions and groups, and the ways in which designing a climate policy is a component of a wide-ranging societal choice of a development path. [Section 4.1, 4.2]

**Sustainable development, a central framing issue in this Assessment Report, is intimately connected to climate change** (*high confidence*). SD is variably conceived as development that preserves the interests of future generations, that preserves the ecosystem services on which continued human flourishing depends, or that harmonizes the co-evolution of three pillars (economic, social, environmental) [4.2]. First, the climate threat constrains possible development paths, and sufficiently disruptive climate change could preclude any prospect for a sustainable future (*medium evidence, high agreement*). Thus, a stable climate is one component of SD. Second, there are synergies and tradeoffs between climate responses and broader SD goals, because some climate responses generate co-benefits for human and economic development, while others can have adverse side-effects and generate risks (*robust evidence, high agreement*). These co-benefits and risks are studied in the sector chapters of this report, along with measures and strategies to optimize them. Options for equitable burden sharing can reduce the potential for the costs of climate action to constrain development (*medium evidence, high agreement*). Third, at a more fundamental level, the capacities underlying an effective climate response overlap strongly with capacities for SD (*medium evidence, high agreement*) and designing an effective climate policy involves 'mainstreaming' climate in the design of comprehensive SD strategies and thinking through the general orientation of development (*medium evidence, medium agreement*). [4.2, 4.5]

**Equity is an integral dimension of SD** (*high confidence*). First, intergenerational equity underlies the concept of sustainability. Intra-generational equity is also often considered an intrinsic component of SD. In the particular context of international climate policy discussions, several arguments support giving equity an important role: a moral justification that draws upon ethical principles; a legal justification that appeals to existing treaty commitments and soft law agreements to cooperate on the basis of stated equity principles; and an effectiveness justification that argues that a fair arrangement is more likely to be agreed internationally and successfully implemented domestically (*medium evidence, medium agreement*). A relatively small set of core equity principles serve as the basis for most discussions of equitable burden sharing in a climate regime: responsibility (for GHG emissions), capacity (ability to pay for mitigation, but sometimes other dimensions of mitigative capacity), the right to development, and equality (often interpreted as an equal entitlement to emit). [4.2, 4.6]

**While it is possible to envision an evolution toward equitable and sustainable development, its underlying determinants are also deeply embedded in existing societal patterns that are unsustainable and highly inertial** (*high confidence*). A useful set of determinants from which to examine the prospects for and impediments to SD and equity are: the legacy of development relations; governance and political economy; population and demography; values and behaviour; human and social capital; technology; natural resource endowments; and finance and investment. The evolution of each of these determinants as a driver (rather than barrier) to a SD transition is conceivable, but also poses profound challenges (*medium evidence, medium agreement*). [4.3]

**Governing a transition toward an effective climate response and SD pathway is a challenge involving rethinking our relation to nature, accounting for multiple generations and interests (including those based on endowments in natural resources), overlapping environmental issues, among actors with widely unequal capacities, resources, and political power, and divergent conceptions of justice** (*high confidence*). Key debated issues include articulating top-down and bottom-up approaches, engaging participation of diverse countries and actors, creating procedurally equitable forms of decentralization and combining market mechanisms with government action, all in a particular political economic context (*robust evidence, high agreement*). [4.3]

**Technology and finance both are strong determinants of future societal paths, and while society's current systems of allocating resources and prioritizing efforts toward investment and innovation are in many ways robust and dynamic, there are also some fundamental tensions with the underlying objectives of SD** (*high confidence*). First, the technological innovation and financial systems are highly responsive to short-term motivations, and are sensitive to broader social and environmental costs and benefits only to the—often limited—extent that these costs and benefits are internalized by regulation, taxation, laws and social norms. Second, while these systems are quite responsive to market demand that is supported by purchasing power, they are only indirectly responsive to needs, particularly of those of the world's poor, and they operate with a time horizon that disregards potential needs of future generations (*medium evidence, medium agreement*). [4.3]

**Enhancing human capital based on individual knowledge and skills, and social capital based on mutually beneficial formal and informal relationships is important for facilitating a transition toward sustainable development** (*medium evidence, high agreement*). 'Social dilemmas' arise in which short-term individual

4

4

interests conflict with long-term social interests, with altruistic values being favourable to SD. However, the formation of values and their translation into behaviours is mediated by many factors, including the available set of market choices and lifestyles, the tenor of dominant information sources (including advertisements and popular culture), the culture and priorities of formal and civil institutions, and prevailing governance mode (*medium evidence, medium agreement*). The demographic transition toward low fertility rates is usually viewed favorably, though an ageing population creates economic and social challenges, and migrations due to climate impacts may exacerbate tensions (*medium evidence, medium agreement*). [4.3, 4.4]

**The global consumption of goods and services has increased dramatically over the last decades, in both absolute and per capita terms, and is a key driver of environmental degradation, including global warming** (*high confidence*). This trend involves the spread of high-consumption lifestyles in some countries and sub-regions, while in other parts of the world large populations continue to live in poverty. There are high disparities in consumption both between and within countries (*robust evidence, high agreement*). [4.4]

**Two basic types of decoupling are often invoked in the context of a transition toward sustainable development: the decoupling of material resource consumption (including fossil fuels) and environmental impact (including climate change) from economic growth, and the decoupling of economic growth from human well-being** (*high confidence*). The first type—the dematerialization of the economy, i.e., of consumption and production—is generally considered crucial for meeting SD and equity goals, including mitigation of climate change. Production-based (territorial) accounting suggests that some decoupling of impacts from economic growth has occurred, especially in industrialized countries, but its extent is significantly diminished based on a consumption-based accounting (*robust evidence, medium agreement*). Consumption-based emissions are more strongly associated with Gross Domestic Product (GDP) than production-based emissions, because wealthier countries generally satisfy a higher share of their final consumption of products through net imports compared to poorer countries. Ultimately, absolute levels of resource use and environmental impact—including GHG emissions—generally continue to rise with GDP (*robust evidence, high agreement*), though great variations between countries highlight the importance of other factors such as geography, energy system, production methods, waste management, household size, diet and lifestyle. The second type of decoupling—of human well-being from economic growth—is a more controversial goal than the first. There are ethical controversies about the measure of well-being and the use of subjective data for this purpose (*robust evidence, medium agreement*). There are also empirical controversies about the relationship between subjective well-being and income, with some recent studies across countries finding a clear relationship between average levels of life satisfaction and per capita income, while the evidence about the long-term relationship between satisfaction and income is less conclusive and quite diverse among countries (*medium evidence, medium agreement*). Studies of emotional well-being do identify clear satiation points beyond which further increases in income no longer enhance emotional well-being (*medium evidence, medium agreement*). Furthermore, income inequality has been found to have a marked negative effect on average subjective well-being, due to perceived unfairness and undermined trust of institutions among low income groups (*medium evidence, medium agreement*). [4.4]

**Understanding the impact of development paths on emissions and mitigative capacity, and, more generally, how development paths can be made more sustainable and more equitable in the future requires in-depth analysis of the mechanisms that underpin these paths** (*high confidence*). Of particular importance are the processes that may generate path dependence and lock-ins, notably 'increasing returns' but also use of scarce resources, switching costs, negative externalities or complementarities between outcomes (*robust evidence, high agreement*). [4.5, 4.6] The study of transitions between pathways is an emerging field, notably in the context of technology transitions. Yet analyzing how to transition to a sustainable, low-emission pathway remains a major scientific challenge. It would be aided by models with a holistic framework encompassing the economy, society (in particular the distribution of resources and well-being), and the environment, that take account of relevant technical constraints and trends, and explore a long-term horizon while simultaneously capturing processes relevant for the short-term and the key uncertainties (*medium evidence, medium agreement*). [4.5, 4.7]

**Mitigation and adaptation measures can strongly affect broader SD and equity objectives, and it is thus useful to understand their broader implications** (*high confidence*). Building both mitigative capacity and adaptive capacity relies to a profound extent on the same factors as those that are integral to equitable and sustainable development (*medium evidence, high agreement*), and equitable burden sharing can enhance these capacities where they are most fragile [4.6]. This chapter focuses on examining ways in which the broader objectives of equitable and sustainable development provide a policy frame for an effective, robust, and long-term response to the climate problem. [4.8]

# 4.1   Introduction

## 4.1.1   Key messages of previous IPCC reports

This chapter seeks to place climate change, and climate change mitigation in particular, in the context of equity and SD. Prior IPCC assessments have sought to do this as well, progressively expanding the scope of assessment to include broader and more insightful reflections on the policy-relevant contributions of academic literature.

The IPCC First Assessment Report (FAR) (IPCC, 1990) underscored the relevance of equity and SD to climate policy. Mandated to identify "possible elements for inclusion in a framework convention on climate change", the IPCC prominently put forward the "endorsement and elaboration of the concept of sustainable development" for negotiators to consider as part of the Convention's Preamble. It noted as key issues "how to address equitably the consequences for all" and "whether obligations should be equitably differentiated according to countries' respective responsibilities for causing and combating climate change and their level of development". This set the stage for the ensuing United Nations Framework Convention on Climate Change (UNFCCC) negotiations, which ultimately included explicit appeals to equity and SD, including in its Preamble, its Principles (Article 2), its Objective (Article 3), and its Commitments (Article 4).

The IPCC Second Assessment Report (SAR) (IPCC, 1995), published after the UNFCCC was signed, maintained this focus on equity and SD. It reflected a growing appreciation for the prospects for SD co-benefits and reiterated the policy relevance of equity and SD. It did this most visibly in a special section of the Summary for Policymakers presenting "Information Relevant to Interpreting Article 2 of the UNFCCC", including "Equity and social considerations" and "Economic development to proceed in a sustainable manner". Notably, the SAR added an emphasis on procedural equity through a legitimate process that empowers all actors to effectively participate, and on the need to build capacities and strengthen institutions, particularly in developing countries.

The IPCC Special Report on Emission Scenarios (SRES) (IPCC, 2000) demonstrated that broader SD goals can contribute indirectly, yet substantially, to reducing emissions. This IPCC contribution reflected a change in the scientific literature, which had in recent years expanded its discussion of SD to encompass analyses of lifestyles, culture, and behaviour, complementing its traditional techno-economic analyses. It also reflected a recognition that economic growth (especially as currently measured) is not the sole goal of societies. The SRES thus provided insights into how policy intervention can decouple economic growth from emissions and well-being from economic growth, showing that both forms of decoupling are important elements of a transition to a world with low greenhouse gas (GHG) emissions.

The IPCC Third Assessment Report (TAR) (IPCC, 2001) deepened the consideration of broader SD objectives in assessing response strategies. Perhaps owing to a growing appreciation for the severity of the climate challenge, the TAR stressed the need for an ambitious and encompassing response, and was thus more attentive to the risk of climate-focused measures conflicting with basic development aspirations. It thus articulated the fundamental equity challenge of climate change as ensuring "that neither the impact of climate change nor that of mitigation policies exacerbates existing inequities both within and across nations", specifically because "restrictions on emissions will continue to be viewed by many people in developing countries as yet another constraint on the development process" (See Box 4.1 for further discussion of the relationship between climate change and development challenges in developing countries.). The TAR recognized the need to deepen the analysis of equitable burden sharing in order to avoid undermining prospects for SD in developing countries. More generally, the TAR observed that equitable burden sharing is not solely an ethical matter. Even from a rational-actor game-theoretic perspective, an agreement in which the burden is equitably shared is more likely to be signed by a large number of countries, and thus to be more effective and efficient.

The IPCC Fourth Assessment Report (AR4) (IPCC, 2007) further expanded the consideration of broader SD objectives. It stressed the importance of civil society and other non-government actors in designing climate policy and equitable SD strategies generally. The AR4 focused more strongly on the distributional implications of climate policies, noting that conventional climate policy analysis that is based too narrowly on traditional utilitarian or cost-benefit frameworks will neglect critical equity issues. These oversights include human rights implications and moral imperatives; the distribution of costs and benefits of a given set of policies, and the further distributional inequities that arise when the poor have limited scope to influence policy. This is particularly problematic, the AR4 notes, in integrated assessment model (IAM) analyses of 'optimal' mitigation pathways, because climate impacts do not affect the poor exclusively through changes in incomes. Nor do they satisfactorily account for uncertainty and risk, which the poor treat differently than the rich. The poor have higher risk aversion and lower access to assets and financial mechanisms that buffer against shocks. The AR4 went on to outline alternative ethical frameworks including rights-based and capabilities-based approaches, suggesting how they can inform climate policy decisions. In particular, the AR4 discussed the implications of these different frameworks for equitable international burden sharing.

The IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (IPCC, 2011) deepened the consideration of broader SD objectives in assessing renewable energy options, noting particularly that while synergies can arise (for example, helping to expand access to energy services, increase energy security, and reduce some environmental pressures), there can also be tradeoffs (such as increased pressure on land resources, and affordability) and

**4**

these must be negotiated in a manner sensitive to equity considerations.

The IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation (SREX) (IPCC 2012a) highlighted key further dimensions of SD and equity, including the distinction and interplay between incremental and transformative changes—both of which are necessary for an effective climate policy response, and emphasized the diversity of values that underlie decision making, e.g., a human rights framework vs. utilitarian cost-benefit analysis.

### 4.1.2     Narrative focus and key messages

In keeping with the previous IPCC assessments, this chapter considers SD and equity as matters of policy relevance for climate change decision makers. The chapter examines the ways in which climate change is in fact inextricably linked with SD and equity, and it does so with the aim of drawing policy-relevant conclusions regarding equitable and sustainable responses to climate change.

In one direction, the link is self-evident: an effective climate response is necessary for equitable and sustainable development to occur. The disruptions that climate change would cause in the absence of an effective societal response are sufficiently severe (see Working Group (WG) I and II contributions to the IPCC Fifth Assessment Report (AR5)) to severely compromise development, even taking into account future societies' ability to adapt (Shalizi and Lecocq, 2010). Nor is this development likely to be equitable, as an increasingly inhospitable climate will most seriously undermine the future prospects of those nations, communities, and individuals that are in greatest need of development. Without an effective response to climate change, including both timely mitigation and proactive adaptation, development can be neither sustainable nor equitable.

In recent years, the academic community has come increasingly to appreciate the extent to which SD and equity are also needed as frameworks for assessing and prioritizing climate responses: given the strong tradeoffs and synergies between the options for a climate response and SD, the design of an effective climate response must accord with the objectives for development and equity and exploit the synergies. A climate strategy that does not do so runs the risk either of being ineffective for lack of consensus and earnest implementation or of jeopardizing SD just as would unabated climate change. Therefore, a shift toward more equitable and sustainable modes of development may provide the only context in which an effective climate response can be realized.

The scientific community is coming to understand that climate change is but one example of how humankind is pressing up against its planetary limits (Millennium Ecosystem Assessment, 2005; Rockström et al., 2009a). Technical measures can certainly help in the near-term to alle-

viate climate change. However, the comprehensive and durable strategies society needs are those that recognize that climate change shares its root causes with other dimensions of the global sustainability crisis, and that without addressing these root causes, robust solutions may not be accessible.

This chapter, and many parts of this report, uncovers ways in which a broader agenda of SD and equity may support and enable an effective societal response to the climate challenge, by establishing the basis by which mitigative and adaptive capacity can be built and sustained. In examining this perspective, this chapter focuses on several broad themes.

#### 4.1.2.1     Consumption, disparities, and well-being

The first theme relates to well-being and consumption. The relationship between consumption levels and environmental pressures, including GHG emissions, has long been a key concern for SD, with a growing focus on high-consumption lifestyles in particular and consumption disparities. A significant part of the literature develops methodologies for assessing the environmental impacts across national boundaries of consumption, through consumption-based accounting and GHG footprint analysis. Important research is now also emerging on the relationship between well-being and consumption, and how to moderate consumption and its impacts without hindering well-being—and indeed, while enhancing it. More research is now available on the importance of behaviour, lifestyles, and culture, and their relationship to over-consumption (Sections 4.3, 4.4).

Research is emerging to help understand 'under-consumption', i.e., poverty and deprivation, and its impacts on well-being more broadly, and specifically on the means by which it undermines mitigative and adaptive capacity (WGII Chapter 20). Energy poverty is one critical example, linked directly to climate change, of under-consumption that is well-correlated with weakened livelihoods, lack of resilience, and limited mitigative and adaptive capacity. Overcoming under-consumption and reversing over-consumption, while maintaining and advancing human well-being, are fundamental dimensions of SD, and are equally critical to resolving the climate problem (Sections 4.5, 4.6).

#### 4.1.2.2     Equity at the national and international scales

Given the disparities evident in consumption patterns, the distributional implications of climate response strategies are critically important. As recent history shows, understanding how policies affect different segments of the population is essential to designing and implementing politically acceptable and effective national climate response strategies. A transition perceived as just would attract a greater level of public support for the substantial techno-economic, institutional, and lifestyle shifts needed to reduce emissions substantially and enable adaptive responses.

At the international level, an equitable regime with fair burden sharing is likely to be a key condition for an effective global response (Sections 4.2, 4.6). Given the urgency of the climate challenge, a rather rapid transition will be required if the global temperature rise is to remain below the politically discussed targets, such as 1.5 °C or 2 °C over pre-industrial levels, with global emissions possibly peaking as soon as 2020 (see WGI, Figure 6.25). Particularly in a situation calling for a concerted global effort, the most promising response is a cooperative approach "that would quickly require humanity to think like a

society of people, not like a collection of individual states" (Victor, 1998).

While scientific assessments cannot define what equity is and how equitable burden sharing should be implementing the Convention and climate policies in general, they can help illuminate the implications of alternative choices and their ethical basis (Section 4.6, also Sections 3.2, 3.3, 6.3.6, 13.4.3).

**Box 4.1 | Sustainable development and climate change mitigation in developing countries**

The interconnectedness of climate change, sustainable development, and equity poses serious challenges for developing countries but it also presents opportunities.

Developing countries are confronted by a daunting mitigation challenge in the midst of pressing development needs. Developing country emissions comprised more than half of global emissions in 2010, and grew during the preceding decade by an amount that accounted for the total global emissions rise (JRC/PBL (2013), IEA (2012a), see Annex II.9; see Section 5.2). In the absence of concerted mitigation actions, the coming decades would see this trend prolonged, with a continued growth in global emissions driven predominantly by developing countries' rising emissions (see Section 6.3). This trend is the unsurprising outcome of the recent economic growth in many developing countries. The increase in emissions coincided with a number of positive developments: over the past decade, the overall poverty rate has declined, maternal and child mortality have fallen, the prevalence of several preventable diseases has decreased, and access to safe drinking water and sanitation has expanded, while the Human Development Index (HDI) across nations has risen and its convergence has become more pronounced. This "rise of the South" has been termed "unprecedented in its speed and scale [...] affecting a hundred times as many people as the Industrial Revolution" and setting in motion a "dramatic rebalancing" of economic and geopolitical forces (United Nations, 2011a; United Nations Development Programme, 2013).

Notwithstanding these gains, further developmental progress is urgently needed throughout the developing world. More than 1.5 billion people remain in multi-dimensional poverty, energy insecurity is still widespread, inequality of income and access to social services is persistently high, and the environmental resource base on which humans rely is deteriorating in multiple ways (Millennium Ecosystem Assessment, 2005; Bazilian et al., 2010; United Nations Development Programme, 2013). Moreover, unavoidable climate change will amplify the challenges of development:

climate impacts are expected to slow economic growth and exacerbate poverty, and current failures to address emerging impacts are already eroding the basis for sustainable development (WGII SPM).

Thus, the challenge confronting developing countries is to preserve and build on the developmental achievements to date, sharing them broadly and equitably across their populations, but to do so via a sustainable development pathway that does not reproduce the fossil-fuel based and emissions-intensive conventional pathway by which the developed world moved from poverty to prosperity. Faced with this dilemma, developing countries have sought evidence that such alternative development pathways exist, looking in particular to developed countries to take the lead during the two decades since the UNFCCC was negotiated. Some such evidence has emerged, in the form of a variety of incipient climate policy experiments (see Section 15.6, 15.7) that appear to have generated some innovation in low-carbon technologies (see Section 4.4) and modestly curbed emissions in some countries (see Section 5.3).

Developing countries have stepped forward with significant actions to address climate change, but will need to build mitigative and adaptive capacity if they are to respond yet more effectively (see Section 4.6). More broadly, the underlying determinants of development pathways in developing countries are often not aligned toward a sustainable pathway (see Sections 4.3, 4.5). At the same time, developing countries are in some ways well-positioned to shift toward sustainable pathways: most developing countries are still in the process of building their urban and industrial infrastructure and can avoid lock-in (see Sections 4.5, 5.6). Many are also in the process of establishing the cultural norms and lifestyles of an emerging middle class, and can do so without reproducing the consumerist values of many developed countries (4.3, 4.4). Some barriers, such as lack of access to financial and technological resources, can be overcome through international cooperation based on principles of equity and fair burden sharing (see Sections 4.6, 6.3).

**4**

#### 4.1.2.3   Building institutions and capacity for effective governance

While there is strong evidence that a transition to a sustainable and equitable path is technically feasible (see Sections 6.1.2, 6.3), charting an effective and viable course through the climate challenge is not merely a technical exercise. It will involve myriad and sequential decisions, among states and civil society actors, supported by the broadest possible constituencies (Section 4.3). Such a process benefits from the education and empowerment of diverse actors to participate in systems of decision making that are designed and implemented with procedural equity as a deliberate objective. This applies at the national as well as international levels, where effective governance relating to global common resources, in particular, is not yet mature.

Any given approach to addressing the climate challenge has potential winners and losers. The political feasibility of that approach will depend strongly on the distribution of power, resources, and decision-making authority among the potential winners and losers. In a world characterized by profound disparities, procedurally equitable systems of engagement, decision making, and governance appear needed to enable a polity to come to equitable and sustainable solutions to the sustainable development challenge.

## 4.2   Approaches and indicators

This section maps out the various conceptual approaches to the issues of SD (4.2.1), equity (4.2.2), and their linkages to climate change and climate policy.

### 4.2.1   Sustainability and sustainable development (SD)

#### 4.2.1.1   Defining and measuring sustainability

The most frequently quoted definition of SD is "development that meets the needs of the present without compromising the ability of future generations to meet their own needs", from the Brundtland Report (World Commission on Environment and Development, 1987). This definition acknowledges a tension between sustainability and development (Jabareen, 2006), and that development objectives aim at meeting basic needs for all citizens and securing them in a sustainable manner (Murdiyarso, 2010). One of the first definitions of SD (Prescott-Allen, 1980) refers to a development process that is compatible with the preservation of ecosystems and species.

A popular conceptualization of SD goes beyond securing needs and preserving the environment and involves three 'pillars' or three 'bottom-lines' of sustainability: environmental, economic, and social aspects (Dobson, 1991; Elkington, 1998; Flint and Danner, 2001; Pope et al., 2004; Sneddon et al., 2006; Murdiyarso, 2010; Okereke, 2011). There is some variation in the articulation of the three spheres, with some scholars arguing for an equal appraisal of their co-evolution and mutual interactions, and others positing a hierarchy with economic activities embedded in the social matrix, which is itself grounded in the ecosphere (Levin, 2000; Fischer et al., 2007). This broad SD framework is equally relevant for rich countries concerned with growth, well-being, human development, and lifestyles.

A well-known distinction opposes weak sustainability to strong sustainability approaches (Neumayer, 2010). The former relies on the assumption that human-made capital can replace natural resources and ecosystem services with a high degree of substitutability. Strong sustainability, in contrast, takes the view that certain critical natural stocks—such as the climate system and biodiversity—cannot be replaced by human-made capital and must be maintained. Weak sustainability is often believed to be inherent to economic modelling that aggregates all forms of capital together (Dietz and Neumayer, 2007), but economic models and indicators can accommodate any degree of substitutability between different forms of capital (Fleurbaey and Blanchet, 2013). The linkage between strong sustainability and IAMs is discussed in Sathaye et al. (2011). A different but related issue is whether one should evaluate development paths only in terms of human well-being, which depends on the environment services (Millennium Ecosystem Assessment, 2005), or also account for natural systems as intrinsically valuable (McShane, 2007; Attfield, 2008).

Sustainability is closely related to resilience (WII AR5 2.5 and 20.2–20.6; Folke et al., 2010; Gallopin, 2006; Goerner et al., 2009) and vulnerability (Kates, 2001; Clark and Dickson, 2003; IPCC, 2012a). A key premise of this direction of research is that social and biophysical processes are interdependent and co-evolving (Polsky and Eakin, 2011). The biosphere itself is a complex adaptive system, the monitoring of which is still perfectible (Levin, 2000; Thuiller, 2007). Critical perspectives on these concepts, when applied to SD analysis, can be found in Turner (2010) and Cannon and Müller-Mahn (2010).

Although there are various conceptions of sustainability in the literature, there are internationally agreed principles of SD adopted by heads of states and governments at the 1992 UN Conference on Environment and Development (UNCED) and reaffirmed at subsequent review and implementation conferences (United Nations, 1992a, 1997, 2002, 2012a). A key guiding principle is: "The right to development must be fulfilled so as to equitably meet developmental and environmental needs of present and future generations" (1992 Rio Declaration Principle 3). The Rio principles were reaffirmed at the June 2012 summit level UN Conference on SD.

**Box 4.2 | Sustainable development indicators (SDI)**

When SD became a prominent consideration in policymaking in the early 1990s, SDI initiatives flourished. Pressure-state-response (PSR) and capital accounting-based (CAB) frameworks, in particular, were widely used to assess sustainability. The PSR approach was further modified as driving force-state-response (DSR) by the United Nations Conference on Sustainable Development (UNCSD) (2001) and driving force-pressure-state-impact-response (DPSIR) by the United Nations Environment Programme (UNEP) (UNEP, 1997, 2000, 2002). The System of Integrated Environmental-Economic Accounting (SEEA) of the United Nations offers a wealth of information about the state of ecosystems and is currently under revision and expansion.[1] The CAB approach is embodied in the Adjusted Net Savings indicator of the World Bank (2003, 2011), which is mentioned in Section 4.3 and 14.1 of this report. It is based on the economic theory of 'genuine savings' (understood as the variation of all natural and man-made capital stocks, evaluated at certain specific accounting prices), which shows that on a path that maximizes the discounted utilitarian sum, a negative value for genuine savings implies that the current level of well-being is not sustainable (Hamilton and Clemens, 1999; Pezzey, 2004).

General presentations and critical assessments of SDIs can be found in a large literature (Daly, 1996; Aronsson et al., 1997;

Pezzey and Toman, 2002; Lawn, 2003; Hamilton and Atkinson, 2006; Asheim, 2007; Dietz and Neumayer, 2007; Neumayer, 2010; Martinet, 2012; Mori and Christodoulou, 2012; Fleurbaey and Blanchet, 2013). This literature is pervaded by a concern for comprehensiveness—i.e., recording all important aspects of well-being, equity, and nature preservation for current and future generations—and accuracy—i.e., avoiding arbitrary or unreliable weighting of the relevant dimensions when synthesizing multidimensional information. The general conclusion of this literature is that there is currently no satisfactory empirical indicator of sustainability.

A limitation of the PSR model is that it fails to identify causal relations, and it oversimplifies the links between dimensions. It is moreover based upon aggregate indices, which lose much information contained in the underlying indicators. An important limitation of the SEEA is that social and institutional issues are essentially left out, and its stock-and-flow approach is problematic with respect to environmental and social aspects that do not have a market price. Similarly, computing CAB indicators compounds the difficulty of comprehensively estimating the evolution of capital stocks with the difficulty of computing the accounting prices. Market prices do provide relevant information for valuing capital stocks in a perfectly managed economy (as shown by Weitzman, 1976), but may be very misleading in actual conditions (Dasgupta and Mäler, 2000; Arrow et al., 2012).

_____

[1]  Documentation is available at http://unstats.un.org/unsd/envaccounting/seea.asp.

### 4.2.1.2    Links with climate change and climate policy

The literature on the complex relations between climate change, climate policies, and SD is large (Swart et al., 2003; Robinson et al., 2006; Bizikova et al., 2007; Sathaye et al., 2007; Thuiller, 2007; Akimoto et al., 2012; Janetos et al., 2012). The links between SD and climate issues are examined in detail in WGIII Chapter 20. Mapping out these links is also important in this WGIII report, and is done in this section.

Three main linkages can be identified, each of which contains many elements. First, the climate threat constrains possible development paths, and sufficiently disruptive climate change could preclude any prospect for sustainable future (WGII Chapter 19). In this perspective, an effective climate response is necessarily an integral objective of an SD strategy.

Second, there are tradeoffs between climate responses and broader SD goals, because some climate responses can impose other environmental pressures, have adverse distributional effects, draw resources away from other developmental priorities, or otherwise impose limitations

on growth and development (Sections 4.6, 7.11, 8.9, 9.9, 10.10, 11.9, 12.8). Section 4.4 examines how to avoid such tradeoffs by changing behavioural patterns and decoupling emissions and growth, and/or decoupling growth and well-being.

Third, there are multiple potential synergies between climate responses and broader SD objectives. Climate responses may generate co-benefits for human and economic development (Sections 3.6, 4.8, 6.6, 7.9, 8.7, 9.7, 10.8, 11.7). At a more fundamental level, capacities underlying an effective climate response overlap strongly with capacities for SD (Sections 4.6, 5.3).

A key message of this report is that designing a successful climate policy may require going beyond a narrow focus on mitigation and adaptation, beyond the analysis of a few co-benefits of climate policy, and may instead require 'mainstreaming' climate issues into the design of comprehensive SD strategies, including at local and regional levels. Figure 4.1 illustrates the different perspectives from which climate policy can be envisioned. In the broadest, boldest perspective, the choice of the development path (see Sections 4.5, 6.1) is at stake.

**4**

### 4.2.2    Equity and its relation to sustainable development and climate change

Equity is prominent in research and policy debates about SD and climate, both as distributive equity (distribution of resources in contexts such as burden sharing, distribution of well-being in the broader context of social justice, see Sections 3.3, 4.4, 4.6) and procedural equity (participation in decision making, see Section 4.3). Various aspects of the general concept, as developed in social ethics, are introduced in Section 3.2 under the name of fairness and justice. (In this chapter the terms equity, fairness, and justice are not distinguished but are used according to common usage depending on context). The aim of this subsection is to analyze the links between equity, SD, and climate issues.

Equity *between* generations underlies the very notion of SD. Figure 4.2, a variant of a figure from Howarth and Norgaard (1992), illustrates sustainability as the possibility for future generations to reach at least the same level of well-being as the current generation. It shows in particular that sustainability is a matter of distributive equity, not of efficiency, even if eliminating inefficiencies affecting future sustainable well-being may improve sustainability, as stressed in Grubb et al. (2013).

There has been a recent surge of research on intergenerational equity, motivated by dissatisfaction with the tradition of discounting the utility of future generations in the analysis of growth paths (see, e.g., Asheim (2007), Roemer and Suzumura (2002) for recent syntheses). The debate on discounting is reviewed in Section 3.6.2. Recent literature presents new arguments deriving the imperative of sustaining well-being across generations from more basic equity principles (Asheim et al., 2001, 2012).

Equity *within* every generation is often considered an intrinsic component of SD linked to the social pillar. The Millennium Development Goals (MDGs) may be seen as one indication of a more explicit global commitment to the social pillar (United Nations, 2000). Yet, the relation between equity within generations and SD is complex. Attempting to meet the needs of the world's poor by proliferating the consumption patterns and production processes of the world's richest populations would be unsustainable (Millennium Ecosystem Assessment, 2005; Rockström et al., 2009b; Steffen et al., 2011; IPCC, 2014). Such a scenario would not likely play out well for the world's poor. Environmental issues are interwoven with the fabric of racial, social, and economic injustice. Environmental costs and benefits are often distributed so that those who already suffer other socio-economic disadvantages tend to bear the greatest burden (Okereke, 2011).

Figure 4.3 illustrates the normative framework in which a SD path can be grounded on certain values (well-being, equity) and interrelated goals (development and conservation), and the synergies and tradeoffs between SD and climate policy, with procedural equity and iterative learning nurturing each step, from conceptualization to implementation.

In the rest of this section, we focus on one key dimension of equity that is of central importance to international negotiations toward an effective global response to climate change. As in many other contexts, fundamental questions of resource allocation and burden sharing arise in climate change, and therefore equity principles are invoked and debated. Three lines of argument have been put forward to justify a reference to equity in this context (Section 4.6 examines the details of burden sharing principles and frameworks in a climate regime.)

The first justification is the normative claim that it is morally proper to allocate burdens associated with our common global climate challenge according to ethical principles. The broad set of ethical arguments for ascribing moral obligations to individual nations has been reviewed in Section 3.3, drawing implicitly upon a cosmopolitan view of justice, which posits that some of the basic rights and duties that arise between people within nations also hold between people of different nations.

The second justification is the legal claim that countries have accepted treaty commitments to act against climate change that include the commitment to share the burden of action equitably. This claim derives from the fact that signatories to the UNFCCC have agreed that: "Parties should protect the climate system for the benefit of present and future generations of humankind, on the basis of equity and in accordance with their common but differentiated responsibilities and respective capabilities" (UNFCCC, 2002). These commitments are consistent with a body of soft law and norms such as the no-harm rule according to which a state must prevent, reduce or control the risk of serious environmental harm to other states (Stockholm Convention (UNEP, 1972), Rio declaration (United Nations, 1992b), Stone, 2004). In addition, it has been noted that climate change adversely affects a range of human rights that are incorporated in widely ratified treaties (Aminzadeh, 2006; Humphreys, 2009; Knox, 2009; Wewerinke and Yu III, 2010; Bodansky, 2010).



**Figure 4.1 |** Three frameworks for thinking about mitigation.



**Figure 4.2 |** The well-being level of the current generation is sustainable if it does not exceed the maximum sustainable well-being level of the future generations—independently of whether one is or is not on the possibility frontier. Modified from Howarth and Norgaard (1992).

The third justification is the positive claim that equitable burden sharing will be necessary if the climate challenge is to be effectively met. This claim derives from the fact that climate change is a classic commons problem (Hardin, 1968; Soroos, 1997; Buck, 1998; Folke, 2007) (also see Section 13.2.1.1). As with any commons problem, the solution lies in collective action (Ostrom, 1990). This is true at the global scale as well as the local, only more challenging to achieve (Ostrom et al., 1999). Inducing cooperation relies, to an important degree, on convincing others that one is doing one's fair share. This is why notions of equitable burden-sharing are considered important in motivating actors to effectively respond to climate change. They are even more important given that actors are not as equal as the proverbial 'commoners', where the very name asserts homogeneity (Milanović et al., 2007). To the contrary, there are important asymmetries or inequalities between stakeholders (Okereke et al., 2009; Okereke, 2010): asymmetry in contribution to climate change (past and present), in vulnerability to the impacts of climate change, in capacity to mitigate the problem, and in power to decide on solutions. Other aspects of the relation between intragenerational equity and climate response include the gender issues noted in 4.3, and the role of virtue ethics and citizen attitudes in changing lifestyles and behaviours (Dobson, 2007; Lane, 2012), a topic analyzed in Section 4.4.

Young (2013) has identified three general conditions—which apply to the climate context—under which the successful formation and eventual effectiveness of a collective action regime may hinge on equitable burden sharing: the absence of actors who are powerful enough to coercively impose their preferred burden sharing arrangements; the inapplicability of standard utilitarian methods of calculat-

ing costs and benefits; and the fact that regime effectiveness depends on a long-term commitment of members to implement its terms. With respect to climate change, it has long been noted that a regime that many members find unfair will face severe challenges to its adoption or be vulnerable to festering tensions that jeopardize its effectiveness (Harris, 1996; Müller, 1999; Young, 2012). Specifically, any attempt to protect the climate by keeping living standards low for a large part of the world population will face strong political resistance, and will almost certainly fail (Roberts and Parks, 2007; Baer et al., 2009). While costs of participation may provide incentives for non-cooperation or defection in the short-term, the climate negotiations are not a one-shot game, and they are embedded in a much broader global context; climate change is only one of many global problems—environmental, economic, and social—that will require effective cooperative global governance if development—and indeed human welfare—is to be sustained in the long term (Singer, 2004; Jasanoff, 2004; Speth and Haas, 2006; Kjellen, 2008).

Despite these three lines of justification, the question of the role that equity does or should play in the establishment of global climate policy and burden sharing in particular is nonetheless controversial (Victor, 1998). The fact that there is no universally accepted global authority to enforce participation is taken by some to mean that sovereignty, not equity is the prevailing principle. Such a conception implies the bottom-line criterion for a self-enforcing (Barrett, 2005) cooperative agreement would be simply that everyone is no worse off than at the status quo. This has been termed "International Paretianism" (Posner and Weisbach, 2010), and its ironic, even perverse results have been pointed out: "an optimal climate treaty could well require side payments to rich countries like the United States and rising countries like China, and indeed possibly from very poor countries which are extremely vulnerable to climate change—such as Bangladesh." (Posner and Weisbach, 2010).



**Figure 4.3 |** Links between SD, equity, and climate policy.

**4**

However, both critics and advocates of the importance of equity in the climate negotiations acknowledge that governments can choose to act on moral rather than purely self-interested principles (DeCanio and Fremstad, 2010; Posner and Weisbach, 2010, 2012; Baer, 2013; Jamieson, 2013) (see also Section 3.10). Whether or not states behave as rational actors, given the significant global gains to be had from cooperation, this leaves ample room for discussion of the role of equity in the distribution of those global gains, while still leaving all parties better off (Stone, 2004).

While the above discussion focuses on equity among nations, equally relevant concerns regarding equity within nations also arise, and indeed can be overriding determinants of the prospects for climate policy to be adopted. Demands for equity have been articulated by labour communities primarily in terms of a just transition (International Labour Office, 2010; Newell and Mulvaney, 2013), and often by marginalized populations and racial minorities in terms of environmental justice and just sustainability (Agyeman and Evans, 2004; Walker and Bulkeley, 2006; Shiva, 2008). While the particular demands are highly location- and context-specific, the broad concerns are procedural and about distributive justice with reduced power asymmetries, as underscored throughout this chapter.

# 4.3    Determinants, drivers and barriers

This section explores the determinants of SD, emphasizing how each influences the extent to which societies can balance the economic, social, and environmental pillars of SD, while highlighting potential synergies and tradeoffs for the building of mitigative and adaptive capacity and the realization of effective and equitable mitigation and adaptation strategies. Determinants refer to social processes, properties, and artefacts, as well as natural resources, which together condition and mediate the course of societal development, and thus the prospects for SD. When determinants facilitate SD they act as drivers and when they constrain it they act as barriers.

The determinants discussed include: the legacy of development relations; governance and political economy; population and demography; human and social capital; behaviour, culture, and values; technology and innovation processes; natural resources; and finance and investment. These determinants are interdependent, characterized by feedbacks that blur the distinction between cause and effect, and their relative importance depends on context—see analogous discussion in the context of GHG emission drivers in Section 5.3. They are not unique, and other determinants such as leadership (Jones and Olken, 2005), randomness (Holling, 1973; Arthur, 1989), or human nature (Wilson, 1978) could be added to the list, but they are less amenable to deliberate intervention by policy-makers and other decision makers and have therefore been excluded. What follows lays the foundations for understanding concepts that recur throughout this chapter and those that follow.

## 4.3.1    Legacy of development relations

Following World War II, security, economic, and humanitarian relations between rich nations and poor nations were comingled and addressed under the umbrella of 'development' (Truman, 1949; Sachs, Wolfgang, 1999). Differing perspectives on the mixed outcomes of six decades of development, and what the outcomes may indicate about underlying intentions and capabilities, inform different actors in different ways as to what will work to address climate change and the transition to SD. During the 1950s and 1960s, for example, expectations were that poverty would be reduced dramatically by the end of the century (Rist, 2003). It was widely believed that economic development could be instigated through aid from richer nations, both financial and in kind. Development was seen as a process of going through stages starting with transforming traditional agriculture through education, the introduction of new agricultural technologies, improved access to capital for farm improvements, and the construction of transportation infrastructure to facilitate markets. Improved agriculture would release workers for an industrial stage and thereby increase opportunities for education and commercial development in cities. As development proceeded, nations would increasingly acquire their own scientific capabilities and, later, sophisticated governance structures to regulate finance and industry in the public good, becoming well-rounded, well-governed economies comparable to those of rich nations.

By the 1970s, however, it was clear that development was not on a path to fulfilling these linear expectations because: 1) contributions of aid from the rich nations were not at levels anticipated; 2) technological and institutional changes were only partially successful, proved inappropriate, or had unpredicted, unfortunate consequences; 3) requests for military aid and the security and economic objectives of richer nations in the context of the Cold War were frequently given priority over poverty reduction; and 4) graft, patronage, and the favouring of special interests diverted funds from poverty reduction. The general belief that nations naturally went through stages of development to become well-rounded economies faded by the early 1980s. Greater participation in global trade, with its implied specialization, was invoked as the path to economic growth. Diverse other efforts were made to improve how development worked, but with only modest success, leaving many in rich and poor nations concerned about development process and prospects (United Nations, 2011a).

Layering the goal of environmental sustainability onto the goal of poverty reduction further compounded the legacy of unmet expectations (World Commission on Environment and Development, 1987). There have been difficulties determining, shifting to, and governing for sustainable pathways (Sanwal, 2010)—see Section 4.3.2 below. The negotiation of new rules for the mobility of private capital and the drive for globalization of the economy also came with new expec-

tations for development (Stiglitz, 2002). The Millennium Development Goals (MDG) established in 2000 to be met by 2015 are an example of how such expectations were thought to be realizable in the rapidly evolving times of the global financial economy. In retrospect and after the 2008 financial sector induced recession, significant improvements are largely in China and India where economic growth accelerated through private capital flows independent of the MDG process. Excluding these countries, the record is mixed at best and still poor in most of Africa (Keyzer and Wesenbeeck, 2007; Easterly, 2009; United Nations, 2011a). Additionally, since the 1990s, greenhouse gas emissions became another focus of contention (Roberts and Parks, 2007; Penetrante, 2011; Dryzek et al., 2011). The developed nations became rich through the early use of fossil fuels and land transformations that put GHGs in the atmosphere, imposing costs on all people, rich and poor, through climate impacts that will persist over centuries (Srinivasan et al., 2008). Connections between causal and moral responsibility arose, complicating the legacy of development.

Such legacy of unmet development and sustainability expectations is open to multiple interpretations. In richer nations, the evidence can be interpreted to support the views of fiscal conservatives who oppose aid, libertarians who oppose humanitarian and environmental interventions, progressives who urge that more needs to be done to reach social and environmental goals, and some environmentalists who urge dematerialization and degrowth among the rich as necessary to meet the needs of the poor. In poorer nations, the legacy similarly supports various views including a distrust of rich nations for not delivering development and environmental assistance as promised, cynicism toward the intentions and conceptual rationales when it is provided, and also a wariness of development's unpredicted outcomes.

In both developed and developing nations these diverse sentiments among the public, policy makers, and climate negotiators contribute to what philosopher Gardiner (2011b) refers to as the "perfect moral storm" of climate policy. Some analysts argue that the legacy of development and interrelated issues of equity so cloud global climate negotiations that ad hoc agreements and voluntary pledges are the most that can be achieved (Victor, 2004) and considerations of development and equity are better left aside (Posner and Weisbach, 2010), although this leaves open whether such arrangements could provide an adequately ambitious climate response consistent with the UNFCCC's objectives. (See Section 4.6.2 for further discussion of perspectives on equity in a climate regime, and Section 13.4.3 for further discussion of regime architectures.)

## 4.3.2      Governance and political economy

Governance and political economy are critical determinants for SD, equity, and climate change mitigation because they circumscribe the process through which these goals and how to attain them are articulated and contested. The quest for equity and climate change mitigation in the context of SD thus necessitates an improved understanding and

practice of governance (Biermann et al., 2009; Okereke et al., 2009). Governance in the broadest sense refers to the processes of interaction and decision making among actors involved in a common problem (Kooiman, 2003; Hufty, 2011). It goes beyond notions of formal government or political authority and integrates other actors, networks, informal institutions, and incentive structures operating at various levels of social organization (Rosenau, 1990; Chotray and Stoker, 2009). In turn, climate governance has been defined as the mechanisms and measures "aimed at steering social systems towards preventing, mitigating or adapting to the risks posed by climate change" (Jagers and Stripple, 2003). From this definition, it can be seen as a broad phenomenon encompassing not only formal policymaking by states, but all the processes through which authority is generated and exerted to affect climate change and sustainability. This includes policymaking by states but also by many other actors -NGOs, TNCs, municipalities, for example—operating across various scales (Okereke et al., 2009).

Many scholars have highlighted the challenges associated with governing for SD and climate change (Adger and Jordan, 2009; Levin et al., 2012). First, it involves rethinking the ways society relates to nature and the underlying biophysical systems. This is relevant in the context of the growing evidence of the impact of human activity on the planet and the understanding that extraordinary degrees of irreversible damage and harm are distinct possibilities if the right measures are not taken within an adequate timescale (Millennium Ecosystem Assessment, 2005; Rockström et al., 2009a). Second, governing climate change involves complex intergenerational considerations. On the one hand, cause and effect of some environmental impacts and climate change are separated by decades, often generations, and on the other hand, those who bear the costs of remediation and mitigation may not be the ones to reap the benefits of avoided harm (Biermann, 2007).

Third, effective response to climate change may require a fundamental restructuring of the global economic and social systems, which in turn would involve overcoming multiple vested interests and the inertia associated with behavioural patterns and crafting new institutions that promote sustainability (Meadows et al., 2004; Millennium Ecosystem Assessment, 2005). This challenge is exacerbated by the huge mismatch between the planning horizon needed to address global environmental problems and climate change and the tenure of decision makers (Hovi et al., 2009).

Fourth, and finally, SD governance cuts across several realms of policy and organization. Particularly, the governance of mitigation and adaptation is an element of a complex and evolving arena of global environmental governance, which deals with other, and often overlapping, issues such as biodiversity loss, desertification, water management, trade, energy security, and health, among others (Adger and Jordan, 2009; Brown, 2009; Bell et al., 2010; Balsiger and Debarbieux, 2011; da Fonseca et al., 2012; Bark et al., 2012). Sites of climate change governance and policymaking are thus multiple and are not confined to the UNFCCC and national rule-making processes, a situation which raises challenges in relation to coordination, linkages, and synergies (Ostrom,

2010; Zelli, 2011; Jinnah, 2011)—see Sections 13.4, 13.13, 14.1, 15.2, notably Figure 13.1 for a visual summary.

These considerations explain why climate governance has attracted more political controversy than other issues in relation to global sustainability and its equity considerations. Some of the main aspects of this controversy include: who should participate in decision making; how to modulate power asymmetry among stakeholders; how to share responsibility among actors; what ideas and institutions should govern response measures; and where should interventions focus? Questions of justice are embedded throughout, aggravated by the high stakes involved and the stark asymmetry among states and others actors in terms of cause, effect, and capability to respond to the problem (Okereke and Dooley, 2010; Okereke, 2010; Schroeder et al., 2012).

Scholars have long analyzed the above issues within climate governance, offering a multitude of possible solutions. Concerning participation, a departure from the top-down approach implied in the Kyoto Protocol towards a more voluntary and bottom-up approach has been suggested (Rayner, 2010). Some argue that limiting participation to the "most capable, responsible and vulnerable" countries can foster progress toward more stringent mitigation policy (Eckersley, 2012). However, the latter has been opposed on the basis that it would further exacerbate issues of inequity (Aitken, 2012; Stevenson and Dryzek, 2012). Others have discussed the need to create spaces for collaborative learning to debate, legitimize, and potentially overcome knowledge divides between experts and lay people in sectoral climate policy development (Swanson et al., 2010; Armitage et al., 2011; Colfer, 2011; Larsen et al., 2012)—see Sections 13.3.1 and 13.5 for further detail. On allocation of responsibility, a global agreement has been elusive not merely because parties and other key actors have differing conceptions of a fair allocation (Okereke, 2008), but because the pertinent policies are highly contentious given the combination of factors at play, prominent among which are finance, politics, ineffective institutions, and vested interests.

A defining image of the climate governance landscape is that key actors have vastly disproportionate capacities and resources, including the political, financial, and cognitive resources that are necessary to steer the behaviour of the collective within and across territorial boundaries (Dingwerth and Pattberg, 2009). A central element of governance therefore relates to huge asymmetry in such resources and the ability to exercise power or influence outcomes. Some actors, including governments, make use of negotiation power and/or lobbying activities to influence policy decisions at multiple scales and, by doing so, affect the design and the subsequent allocation and distribution of benefits and costs resulting from such decisions (Markussen and Svendsen, 2005; Benvenisti and Downs, 2007; Schäfer, 2009; Sandler, 2010)—see e.g., Section 15.5.2. The problem, however, also resides in the fact that those that wield the greatest power either consider it against their interest to facilitate rapid progress towards a global low

carbon economy or insist that the accepted solutions must be aligned to increase their power and material gains (Sæverud and Skjærseth, 2007; Giddens, 2009; Hulme, 2009; Lohmann, 2009, 2010; Okereke and McDaniels, 2012; Wittneben et al., 2012). The most notable effect of this is that despite some exceptions, the prevailing organization of the global economy, which confers significant power on actors associated with fossil fuel interests and with the financial sector, has provided the context for the sorts of governance practices of climate change that have dominated to date (Newell and Paterson, 2010).

Many specific governance initiatives, described in Sections 13.13 and 15.3, whether organized by states or among novel configurations of actors, have focused on creating new markets or investment opportunities. This applies, for example, to carbon markets (Paterson, 2009), carbon offsetting (Bumpus and Liverman, 2008; Lovell et al., 2009; Corbera and Schroeder, 2011; Corbera, 2012), investor-led governance initiatives such as the Carbon Disclosure Project (CDP) (Kolk et al., 2008) or partnerships such as the Renewable Energy and Energy Efficiency Partnership (REEEP) (Parthan et al., 2010). Some scholars find that carbon markets can contribute to achieving a low fossil carbon transition, but require careful designs to achieve environmental and welfare gains (Wood and Jotzo, 2011; Pezzey and Jotzo, 2012; Springmann, 2012; Bakam et al., 2012). Others note that such mechanisms are vulnerable to 'capture' by special interests and against the original purposes for which they are conceived. Several authors have discussed this problem in the context of the Clean Development Mechanism (CDM) and the European Union Emissions Trading Scheme (EU-ETS) (Lohmann, 2008; Clò, 2010; Okereke and McDaniels, 2012; Böhm et al., 2012).

Governing for SD and climate change requires close attention to three key issues. First, there is a need to understand current governance as encompassing more than the actors within formal government structures, and to understand how choices are driven by more than optimal decision making theory. Second effective governance requires understanding the dynamics that determine whether and how policy options are legitimized, and then formally deliberated and adopted (or not). Consequently, it is necessary to examine how these modes of governance are defined and established in the first place, by whom and for whose benefit, thus illuminating the relationship and tensions between effective governance and existing trends in political economy. Third, there is a need to explore how different modes of governance translate into outcomes, affecting the decisions and actions of actors at multiple scales, and to draw lessons about their environmental effectiveness and distributional implications. While some argue that states should still be regarded as key agents in steering such transitions (Eckersley, 2004; Weale, 2009), most decision making relevant to SD and climate remains fundamentally decentralized. A key challenge of governance is thus to recognize the political economy context of these decision makers, to ensure procedurally equitable processes that address the allocation of responsibilities and ensure transparency and accountability in any transition towards SD.

### 4.3.3    Population and demography

Population variables, including size, density, and growth rate, as well as age, sex, education, and settlement structures, play a determinant role in countries' SD trajectories. Their drivers, in particular fertility, mortality, and migration, are reciprocally influenced by development pathways, including evolving policies, socio-cultural trends, as well as by changes in the economy (Bloom, 2011). In the climate change context, population trends have been shown to matter both for mitigation efforts as well as for societies' adaptive capacities to climate change (O'Neill et al., 2001).

Current demographic trends show distinct patterns in different parts of the world. While population sizes are on a declining trajectory in Eastern Europe and Japan, they are set for significant further increase in many developing countries (particularly in Africa and south-western Asia) due to a very young population age structure and continued high levels of fertility. As most recent projections show, the world's population is almost certain to increase to between 8 and 10 billion by mid-century. After that period, uncertainty increases significantly, with the future trend in birth rates being the key determinant, but it is also amplified by the uncertainty about future infectious disease mortality and the still uncertain consequences of climate change on future mortality trajectories (O'Neill et al., 2001; Lutz and KC, 2010; United Nations, 2011b; Lee, 2011; Scherbov et al., 2011). The population of Sub-Saharan Africa will almost certainly double and could still increase by a factor of three or more depending on the course of fertility over the coming decades, which depends primarily on progress in female education and the availability of reproductive health services (Bongaarts, 2009; Bloom, 2011; Bongaarts and Sinding, 2011).

Declining fertility rates, together with continued increases in life-expectancy, result in significant population ageing around the world, with the current low fertility countries being most advanced in this process. Population ageing is considered a major challenge for the solvency of social security systems. For populations still in the process of fertility decline, the expected burden of ageing is a more distant prospect, and the declining birth rates are expected to bring some near term benefits. This phase in the universal process of any demographic transition, when the ratio of children to adults is already declining and the proportion of elderly has not yet increased, is considered a window of opportunity for economic development, which may also result in an economic rebound effect leading to higher per capita consumption and emissions (Bloom and Canning, 2000).

Low development is widely understood to contribute to high population growth, which declines only after the appearance of widespread access to key developmental needs such as perinatal and maternal healthcare, and female education and empowerment. Conversely, high population growth is widely regarded as an obstacle to SD because it tends to make efforts such as the provision of clean drinking water and agricultural goods and the expansion of health services and school enrollment rates difficult (Dyson, 2006; Potts, 2007; Pimentel and Paoletti, 2009).

This has given rise to the fear of a vicious circle of underdevelopment and gender inequity yielding high population growth and environmental degradation, in turn inhibiting the development necessary to bring down fertility (Caole and Hoover, 1958; Ehrlich and Holdren, 1971; Dasgupta, 1993). However, history shows that countries can break this vicious circle with the right social policies, with an early emphasis on education and family planning; prominent examples include South Korea and Mauritius, which were used in the 1950s as textbook examples of countries trapped in such a vicious circle (Meade, 1967).

With respect to adaptation to climate change, the literature on population and environment has begun to explore more closely people's vulnerability to climate stressors, including variability and extreme events, and to analyze their adaptive capacity and reliance on environmental resources to cope with adversities and adapt to gradual changes and shocks (Bankoff et al., 2004; Adger et al., 2009)—see also Section 4.6.1 and WGII AR5. Generally speaking, not only does the number of people matter, but so does their composition by age, gender, place of residence, and level of education, as well as the institutional context that influences people's decision making and development opportunities (Dyson, 2006). One widely and controversially discussed form of adaptation can be international migration induced by climate change. There is often public concern that massive migration of this sort could contribute to political instability and possibly conflict. However, a major recent review of our knowledge in this field has concluded that much environmentally induced migration is likely to be internal migration and there is very little science-based evidence for assessing possible consequences of environmental change on large international migration streams (UK Government Office for Science, 2011).

### 4.3.4    Values and behaviours

Research has identified a range of individual and contextual predictors of behaviours in favour or against climate change mitigation, ranging from individuals' psychological needs to cultural and social orientations towards time and nature (Swim et al., 2009)—see Sections 2.4, 3.10, and 5.5. Below we discuss some of these factors, focusing on human values that influence individual and collective behaviours and affect our priorities and actions concerning the pursuit of SD, equity goals, and climate mitigation. Values have been defined as "enduring beliefs that pertain to desirable end states or behaviours, transcend specific situations, guide selection or evaluation of behaviour and events and are ordered by importance" (Pepper et al., 2009; citing Schwartz and Bilsky, 1987). Values provide "guides for living the best way possible for individuals, social groups and cultures" (Pepper et al., 2009; citing Rohan, 2000) and so influence actions at all levels of society—including the individual, the household, the firm, civil society, and government. Individuals acquire values through socialization and learning experience (Pepper et al., 2009) and values thus relate to many of the other determinants discussed in this section. Values may be rooted in cultural, religious, and other belief systems, which may sometimes conflict with scientific understandings of environmental risks. In par-

**4**

ticular, distinct values may influence perceptions and interpretations of climate impacts and hence climate responses (Wolf et al., 2013).

The relevance of values to SD and, particularly, to ecologically conscious (consumer) behaviour, is related to the nature of environmental issues as 'social dilemmas', where short-term narrow individual interests conflict with the longer term social interest (Pepper et al., 2009). Researchers have highlighted the role of non-selfish values that promote the welfare of others (including nature), noting that some but not all indigenous societies are known to focus on 'collective' as opposed to 'individual' interests and values, which often result in positive resource conservation strategies and wellbeing (Gadgil et al., 1993; Sobrevila, 2008; Watson et al., 2011). However, it is well known that a range of factors also mediate the impact of values on behaviour so that the link from values to ecologically conscious behaviour is often loose (Pepper et al., 2009).

In fact, this 'value-action' gap suggests that pursuing climate change mitigation and SD globally may require substantial changes in behaviour in the short term along with a transformation of human values in the long term, e.g., progressively changing conceptions and attitudes toward biophysical systems and human interaction (Gladwin et al., 1995; Leiserowitz et al., 2005; Vlek and Steg, 2007; Folke et al., 2011a). Changing human values would require a better understanding of cross-cultural behavioural differences that in turn relate to environmental, economic, and political histories (Norenzayan, 2011).

Behavioural change can be induced by changes in formal and civil institutions and governance, human values (Jackson, 2005a; Folke et al., 2011a; Fischer et al., 2012), perceptions of risk and causality, and economic incentives. Removing perverse subsidies for environmentally harmful products, favouring greener consumption and technologies, adopting more comprehensive forms of biophysical and economic accounting, and providing safer working conditions are considered central for achieving pro-SD behavioural change (Lebel and Lorek, 2008; Le Blanc, 2010; Thøgersen, 2010). Yet behaviour experiments (Osbaldiston and Schott, 2012) suggest there is no 'silver bullet' for fostering ecologically conscious behaviour, as favourable actions (e.g., to conserve energy) are triggered by different stimuli, including information, regulation or economic rewards, and influenced by the nature of the issue itself. Furthermore, people are able to "express both relatively high levels of environmental concern and relatively high levels of materialism simultaneously" (Gatersleben et al., 2010). This suggests the need to be issue, context, and culturally aware when designing specific actions to foster pro-SD behaviour, as both environmental and materialistic concerns must be addressed. These complexities underscore the challenges in changing beliefs, preferences, habits, and routines (Southerton, 2012)—see Sections 4.4 and 5.5.2.

### 4.3.5    Human and social capital

Levels of human and social capital also critically influence a transition toward SD and the design and implementation of mitigation and adap-

tation strategies. Human capital results from individual and collective investments in acquiring knowledge and skills that become useful for improving wellbeing (Iyer, 2006). Such knowledge and skills can be acquired through formal schooling and training, as well as informally through customary practices and institutions, including communities and families. Human capital can thus be viewed as a critical component of a broader-encompassing human capability, i.e., a person's ability to achieve a given list of 'functionings' or achievements, which depend on a range of personal and social factors, including education, age, gender, health, income, nutritional knowledge, and environmental conditions, among others (Sen, 1997, 2001). See Clark (2009) and Schokkaert (2009) for a review of Sen's capability approach and its critiques.

Economists have long considered improvements in human capital a key explanatory reason behind the evolution of economic systems, in terms of growth and constant innovation (Schultz, 1961; Healy and Cote, 2001). Macro-economic research shows a strong correlation between levels of economic development and levels of human capital and vice versa (Schultz, 2003; Iyer, 2006), while micro-economic studies reveal a positive relationship between increases in the quantity and quality of formal education and future earnings (Duflo, 2001). Gains in human capital can be positively correlated to economic growth and efficiency, but also to nutritional, health, and education standards (Schultz, 1995). As such, improvements in human capital provide a basis for SD, as they shape countries' socio-economic systems and influence people's ability to make informed choices. Seemingly, human capital often also explains the development and survival of business ventures (Colombo and Grilli, 2005; Patzelt, 2010; Gimmon and Levie, 2010), which are an important source of innovation and diffusion of principles and technologies that can contribute to SD and to ambitious mitigation and adaptation goals (Marvel and Lumpkin, 2007; Terjesen, 2007).

Additionally, a growing body of literature in economics, geography, and psychology (reviewed in Sections 2.4, 2.6.6 and 3.10 as well as in WGII Chapter 2) has shown that the diversity of environmental, socio-economic, educational and cultural contexts in which individuals make decisions shape their willingness and/or ability to engage in mitigation and adaptation action (Lorenzoni et al., 2007). It is important to distinguish between formally acquired knowledge on climate change—often based on scientific developments—and traditional knowledge on climate-related issues (Smith and Sharp, 2012), as well as to recognize that the relative validity of both types of knowledge to different audiences, and the meaning and relevance of personal engagement, will be influenced by individual perceptions, preferences, values, and beliefs. Therefore, knowledge on climate issues does not alone explain individual and collective responses to the climate challenge (Whitmarsh, 2009; Sarewitz, 2011; Wolf and Moser, 2011; Berkhout, 2012). There is evidence of cognitive dissonance and strategic behaviour in both mitigation and adaptation. Denial mechanisms that overrate the costs of changing lifestyles, blame others, and that cast doubt on the effectiveness of individual action or the soundness

of scientific knowledge are well documented (Stoll-Kleemann et al., 2001; Norgaard, 2011; McCright and Dunlap, 2011), as is the concerted effort by opponents of climate action to seed and amplify those doubts (Jacques et al., 2008; Kolmes, 2011; Conway and Oreskes, 2011).

Among the different definitions of social capital, one of the most influential was proposed by Fukuyama (2002): the shared norms or values that promote social cooperation, which are founded in turn on actual social relationships, including trust and reciprocity. Social capital appears in the form of family bonds, friendship and collective networks, associations, and other more or less institutionalized forms of collective action. Social capital is thus generally perceived as an asset for both the individuals that recognize and participate in such norms and networks and for the respective group/society, insofar as they derive benefits from information, participating in decision making and belonging to the group. Social capital can be linked to successful outcomes in education, employment, family relationships, and health (Gamarnikow and Green, 1999), as well as to economic development and participatory, democratic governance (Woolcock, 1998; Fukuyama, 2002; Doh and McNeely, 2012). Indeed, social capital can also be sustained on unfair social norms and institutions that perpetuate an inequitable access to the benefits provided by social organization (Woolcock and Narayan, 2000), through social networks of corruption or criminal organizations, for example, that perpetuate the uneven distribution of public resources, and undermine societies' cohesion and physical security.

Scholarship suggests that social capital is supportive for SD (Rudd, 2000; Bridger and Luloff, 2001; Tsai, 2008; Ostrom, 2008; Jones et al., 2011), having shown that it can be instrumental to address collective action problems (Ostrom, 1998; Rothstein, 2005), combat injustices and conditions of poverty and vulnerability (Woolcock and Narayan, 2000), and benefit from resources (Bebbington, 1999; Diaz et al., 2002), and to foster mitigation and adaptation (Adger, 2003; Wolf et al., 2010).

## 4.3.6    Technology

Technology has been a central element of human, social, and economic development since ancient times (Jonas, 1985; Mokyr, 1992). It can be a means to achieving equitable SD, by enabling economic and social development while using environmental resources more efficiently. The development and deployment of the overwhelming majority of technologies is mediated by markets, responding to effective demand of purchasers (Baumol, 2002), and carried out by private firms, where the pre-requisites of technological capacity and investment resources tend to be found. However, this process does not necessarily address the basic needs of those members of society with insufficient market demand to influence the decisions of innovators and investors, nor does it provide an incentive to reduce externalized costs, such as the costs of GHG pollution (Jaffe et al., 2005).

Fundamental objectives of equity and SD are still unmet. For example, the basic energy and nutritional needs of large parts of the world's population remain unfulfilled. An estimated 1.3 billion people lacked access to electricity in 2010 and about 3 billion people worldwide relied on highly polluting and unhealthy traditional solid fuels for household cooking and heating (Pachauri et al., 2012; IEA, 2012b) (see Section 14.3.2.1). Similarly, the Food and Agricultural Organization (FAO) indicates that almost 870 million people (mostly in developing countries) were chronically undernourished in 2010–12 (FAO, 2012). Achieving the objectives of equitable SD demands the fulfilment of such basic and other developmental needs. The challenge is therefore to design, implement, and provide support for technology innovation and diffusion processes that respond to social and environmental goals, which at present do not receive adequate incentives through conventional markets.

Scholars of technological change have, in recent years, begun to highlight the 'systemic' nature of innovation processes as well as the fundamental importance of social and technical interactions in shaping technological change (see Section 4.5.2.2). Accordingly, as a first step toward understanding how innovation could help meet social and environmental goals, a systematic assessment of the adequacy and performance of the relevant innovation systems would be helpful, including an examination of the scale of innovation investments, the allocation among various objectives and options, the efficiency by which investments yield outputs, and how effectively the outputs are utilized for meeting the diffusion objectives (Sagar and Holdren, 2002; Sanwal, 2011; Aitken, 2012). For example, many reports and analyses have suggested that investments in innovation for public goods such as clean energy and energy access are not commensurate with the nature and scale of these challenges (Nemet and Kammen, 2007; AEIC, 2010; Bazilian et al., 2010). Innovation in and diffusion of new technologies also require skills and knowledge from both developers and users, as well as different combinations of enabling policies, institutions, markets, social capital, and financial means depending on the type of technology and the application being considered (Bretschger, 2005; Dinica, 2009; Blalock and Gertler, 2009; Rao and Kishore, 2010; Weyant, 2011; Jänicke, 2012). Appropriately harnessing these kinds of capabilities and processes themselves may require novel mechanisms and institutional forms (Bonvillian and Weiss, 2009; Sagar et al., 2009).

At the same time, the role of public policy in creating demand for technologies that have a public goods nature cannot be overstated (see also Section 3.11), although these policies need to be designed carefully to be effective. In the case of renewables, for example, it has been shown that intermittent policy subsidies, governments' changing R&D support, misalignments between policy levels, sectors, and institutions can greatly impede the diffusion of these technologies (Negro et al., 2012). Similarly, in agriculture, while there are many intersections between mitigation and SD through options such as 'sustainable agriculture', the potential for leveraging these synergies is contingent on appropriate and effective policies (Smith et al., 2007)—see also Sections 4.6.1 and 11.10.

**4**

Sometimes there may be a clear alignment between achieving equitable SD benefits and meeting climate goals such as the provision of clean energy to the rural poor. But in meeting multiple objectives, potential for conflicts and tradeoffs can also arise. For example, our likely continued reliance on fossil fuels (IEA 2012b) underlies the current exploration of new or well-established GHG mitigation options, such as biofuels or nuclear power, and other approaches like carbon dioxide capture and storage (CCS) and geo-engineering, including solar radiation management techniques, to avoid a dangerous increase of the Earth's temperature (Crutzen, 2006; Rasch et al., 2008; IPCC, 2012b). While such technological options may help mitigate global warming, they also pose potential adverse environmental and social risks, and thus give rise to concerns about their regulation and governance (Mitchell, 2008; Pimentel et al., 2009; de Paula Gomes and Muylaert de Araujo, 2011; Shrader-Frechette, 2011; Jackson, 2011b; Scheidel and Sorman, 2012; Scott, 2013; Diaz-Maurin and Giampietro, 2013)—see Sections 7.9 and 11.7.

The public perception and acceptability of technologies is country and context-specific, mediated by age, gender, knowledge, attitudes towards environmental risks and climate change, and policy procedures (Shackley et al., 2005; Pidgeon et al., 2008; Wallquist et al., 2010; Corner et al., 2011; Poumadere et al., 2011; Visschers and Siegrist, 2012) and therefore resolution of these kinds of tradeoffs and conflicts may not be easy. Yet the tradeoffs and synergies between the three dimensions of SD, as well as the impacts on socio-ecological systems across geographical scales will need to be systematically considered, which in turn will require the acknowledgement of multiple stakeholder perspectives. Assessment of energy technology options, for example, will need to include impact on landscapes' ecological and social dimensions—accounting for multiple values—and on energy distribution and access (Wolsink, 2007; Zografos and Martinez-Alier, 2009).

There are also some crosscutting issues, such as regimes for technology transfer (TT) and intellectual property (IP) that are particularly relevant to international cooperation in meeting the global challenge of pursuing equitable SD and mitigation, although progress under the UNFCCC has been incomplete. For example, TT under the CDM has been limited to selective conditions and mainly to a few countries (Dechezleprêtre et al., 2009; Seres et al., 2009; Wang, 2010). IP rights and patent laws have been shown as promoting innovation in some countries (Khan, 2005), although recent work suggests a more nuanced picture (Moser, 2013; Hudson and Minea, 2013). In fact, IP protection has also been regarded as a precondition for technology transfer but, again, reality has proven more complex (United Nations Environment Programme et al., 2010). A recent study shows that in the wind sector, there are 'patent thickets', which might restrain the extent and scope of dissemination of wind power technologies (Wang et al., 2013). In part, there are such divergent views on this issue since IP and TT also touch upon economic competitiveness (Ockwell et al., 2010). As noted earlier, perspectives are shaped by perceived national circumstances, capabilities, and needs, yet these issues do need to be resolved—in fact, there may be no single approach that will meet all needs. Different IP regimes,

for example, are required to meet development objectives at different stages of development (Correa, 2011). The importance of this issue and the lack of consensus provide impetus for further analysis of the evidence and for exploration to develop IP and TT regimes that further international cooperation to meet climate, SD, and equity objectives.

### 4.3.7    Natural resources

Countries' level of endowment with renewable and/or non-renewable resources influences but does not determine their development paths. The location, types, quantities, long-term availability and the rates of exploitation of non-renewable resources, including fossil fuels and minerals, and renewable resources such as fertile land, forests, or freshwater affect national economies (e.g., in terms of GDP, trade balance, and rent potential), agricultural and industrial production systems, the potential for civil conflict, and countries' role in global geo-political and trade systems (Krausmann et al., 2009; Muradian et al., 2012; Collier and Goderis, 2012). Economies can evolve to reflect changes in economic trends, in policies or in consumption patterns, both nationally and internationally. In the context of climate change, natural resource endowments affect the level and profile of GHG emissions, the relative cost of mitigation, and the level of political commitment to climate action.

Resource-rich countries characterized by governance problems, including rent-seeking behaviour and weak judiciary and political institutions, have more limited capacity to distribute resource extraction rents and increase incomes (Mehlum et al., 2006; Pendergast et al., 2011; Bjorvatn et al., 2012). Some have negative genuine savings, i.e., they do not fully reinvest their resource rents in foreign assets or productive capital, which in turn impoverishes present and future generations and undermines both natural capital and human development prospects (Mehlum et al., 2006; van der Ploeg, 2011). Furthermore, these countries also face risks associated with an over-specialization on agriculture and resource-based exports that can undermine other productive sectors, e.g., through increases in exchange rates and a reliance on importing countries economic growth trajectories (Muradian et al., 2012). In some countries, an increase in primary commodity exports can lead to the rise of socio-environmental conflicts due to the increasing exploitation of land, mineral, and other resources (Martinez-Alier et al., 2010; Mitchell and Thies, 2012; Muradian et al., 2012).

Scholars have not reached definitive conclusions on the inter-relationships between resource endowment and development paths, including impacts on social welfare and conflict, and prospects for SD. Recent reviews, for example, note the need to continue investigating current resource booms and busts and documenting the latter's effect on national economies, policies, and social well-being, and to draw historical comparisons across countries and different institutional contexts (Wick and Bulte, 2009; Deacon, 2011; van der Ploeg, 2011). It is clear though that the state and those actors involved in natural resources use play a determining role in ensuring a fair distribution of any bene-

fits and costs (Banai et al., 2011). Further, economic valuation studies have noted that systematic valuations of both positive and negative externalities can inform policymaking relating to resource exploitation, in some cases showing that the exploitation of land and mineral resources may not always be socially optimal, i.e., the social and environmental costs of action may be higher than the economic benefits of exploitation (de Groot, 2006; Thampapillai, 2011).

These considerations are relevant for mitigation policy for at least three reasons. First, they raise questions about if and how countries invest resource rents across economic, social, and environmental sectors for SD (see Section 4.3.8). Second, they suggest that nations or sub-national actors with abundant fossil fuel reserves have, in principle, strong economic interest in exploiting them, and thus in opposing the adoption of policies that constrain such exploitation. The timeliness of this issue is underscored by the growing financial sector attention (although not yet academic attention) to the potential impact of a global carbon constraint on the fossil sector (Grantham Institute and CTI 2013; HSBC Global Research, 2013; Standard & Poor's, 2013). This raises the issue of how to compensate resource-rich countries for forgone benefits if necessary to win their participation in international mitigation efforts (Rival, 2010; Waisman et al., 2013). It similarly raises the issue of compensating (or circumventing) sub-national actors who are politically powerful enough to impede domestic climate efforts. And third, they suggest that, if any given resource-rich country faces increased exposure to climate variability and extreme events, the forgone benefits of resource rents may undermine its ability to absorb increasing adaptation costs. In this regard, a recent analysis of the relationship between countries' adoption of mitigation policies and their vulnerability to climate change confirms that countries that may suffer considerable impacts of climate change in the future, which include many resource-rich developing countries, do not show a strong commitment to either mitigation or adaptation, while countries exhibiting strong political commitment and action towards mitigation are also active in promoting adaptation policies (Tubi et al., 2012).

### 4.3.8      Finance and investment

The financial system, comprising a large set of private and public institutions and actors, is the medium by which households, firms, and collectivities manage insurable risks and fund investments to secure future returns, thereby laying the foundations for future well-being. As such, it is a key determinant of society's development pathway and thus its prospects for an SD transition.

The financial system is characterized by four structural tensions with the ideals of SD. First, its dominant private component (banks and financial markets) is focused on commercial returns and cannot spontaneously internalize environmental and social spillovers, even if some investors' interest in 'sustainable investment' is growing (UNPRI, 2012). Climate change, identified as the "greatest and widest-ranging market failure ever seen" (Stern and Treasury, 2007), is but one obvi-

ous example of a large societally important cost that is neglected by capital markets. Second, the private component of the financial system is also largely unattuned to distributive issues and particularly insensitive to "the essential needs of the world's poor, to which overriding priority should be given" (World Commission on Environment and Development, 1987), even if foreign direct investments have contributed to overall growth in emerging economies. Third, the interests of future generations may be neglected (although over-investment is also possible—see Gollier, 2013) and within a generation, there are various governance, organizational and sociological mechanisms contributing to short-termism (Tonello, 2006; Marginson and McAulay, 2008). Fourth, the recent crisis has led some to conclude that the financial system itself is a source of economic instability (Farmer et al., 2012), an issue reinforced by the recent financialization of the global economy, with accelerated growth of the financial sector relative to the 'real' economy, and an increasing role of the financial system in mediating short-term speculation as distinct from long-term investment (Epstein, 2005; Krippner, 2005; Palley, 2007; Dore, 2008).

These inherent problems in the financial system are sometimes compounded by hurdles in the economic and institutional environment. The challenges are felt especially in many developing countries, which face several investment barriers that affect their capacity to mobilize private sector capital toward SD objectives and climate change mitigation and adaptation. These barriers include the comparatively high overall cost of doing business; market distortionary policies such as subsidies for conventional fuels; absence of credit-worthy off-takers; low access to early-stage financing; lower public R&D spending; too few wealthy consumers willing to pay a premium for 'green products'; social and political instability; poor market infrastructure; and weak enforcement of the regulatory frameworks. Establishing better mechanisms for leveraging private sector finance through innovative financing can help (EGTT, 2008), but there are also risks in relying on the private sector as market-based finance focuses on short term lending, and private financing during episodes of abundant liquidity may not constitute a source of stable long-term climate finance (Akyüz, 2012) —see Section 16.4 for further discussion and references on barriers, risks, and innovative mechanisms.

While some developing countries are able to mobilize domestic resources to finance efforts toward SD, the needs for many developing countries exceed their financial capacity. Consequently, their ability to pursue SD, and climate change mitigation and adaptation actions in particular, can be severely constrained by lack of finance. The international provision of finance, alongside technology transfer, can help to alleviate this problem, as well as accord with principles of equity, international commitments, and arguments of effectiveness—see Sections 4.2.2 and 4.6.2. Under international agreements, in particular Agenda 21 and the Rio Conventions of 1992, and reaffirmed in subsequent UN resolutions and programs including the 2012 UN Conference on Sustainable Development (United Nations, 2012a), developed countries have committed to provide financial resources to developing countries that are new and additional to conventional development assistance.

# 4.4 Production, trade, consumption and waste patterns

The previous section has highlighted the role of behaviours and lifestyles and the complex interaction of the values, goals, and interests of many actors in the political economy of SD and equity. In order to better understand the possibilities and difficulties to equitably sustain well-being in the future, this section examines the consumption of goods and services by households, consumption trends and disparities, and the relationship between consumption and GHG emissions. It also discusses the components and drivers of consumption, efforts to make consumption (and production) more sustainable, and how consumption affects well-being. In order to shed light on important debates about equity in mitigation, this chapter also reviews approaches to consumption-based accounting of GHG emissions (carbon footprinting) and their relationship to territorial approaches. So while subsequent chapters analyze GHG emissions associated with specific sectors and transformation pathways, this chapter focuses on a particular group (consumers) and examines their emissions in an integrated way.

The possibility of a SD pathway for the world hinges on 'decoupling' (von Weizsäcker et al., 1997, 2009; Jackson, 2005b, 2009). We consider two types of decoupling at the global scale and in the long term: the decoupling of material resource consumption (including fossil carbon) and environmental impact (including climate change) from economic growth ('dematerialization'); and the decoupling of human well-being from economic growth and consumption. The first type (see Sections 4.4.1 and 4.4.3) involves an increased material efficiency and environmental efficiency of production and is generally considered crucial for meeting SD and equity goals (UNEP, 2011); yet while some dematerialization has occurred, absolute levels of resource use and environmental impact have continued to rise, highlighting the important distinction between relative and absolute decoupling (Krausmann et al., 2009). This has inspired examination of the second type of decoupling (Jackson, 2005b, 2009; Assadourian, 2010), including the reduction of consumption levels in wealthier countries. We address this topic (in Section 4.4.4) by examining how income and income inequality affect dimensions of well-being. While the second type of decoupling represents a 'stronger' form than the first, it is also a more controversial goal, even though the unsustainability of excessive consumption was highlighted by Chapter 4 of Agenda 21 (United Nations, 1992c).

## 4.4.1 Consumption patterns, inequality and environmental impact

### 4.4.1.1 Trends in resource consumption

Global levels of resource consumption and GHG emissions show strong historical trends, driven primarily by developments in industrial-

ized countries and emerging economies (see Sections 5.2 and 14.3). The global annual use (extraction) of material resources—i.e., ores and industrial minerals, construction materials, biomass, and fossil energy carriers—increased eightfold during the 20th century, reaching about 55 Gt in 2000, while the average resource use per capita (the metabolic rate) doubled, reaching 8.5–9.2 tonnes per capita per year in 2005 (Krausmann et al., 2009; UNEP, 2011). The value of the global consumption of goods and services (the global GDP) has increased sixfold since 1960 while consumption expenditures per capita have almost tripled (Assadourian, 2010). Consumption-based GHG emissions ('carbon footprints'—see Section 4.4.2.2) increased between 1990 and 2009 in the world's major economies, except the Russian Federation, ranging from 0.1–0.2 % per year in the EU27, to 4.8–6.0 % per year in China (Peters et al., 2012) (see Section 5.2.1).

Global resource consumption has risen slower than GDP, especially after around 1970, indicating some decoupling of economic development and resource use, and signifying an aggregate increase in resource productivity of about 1–2 % annually (Krausmann et al., 2009; UNEP, 2011). While dematerialization of economic activity has been most noticeable in the industrialized countries, metabolic rates across countries remain highly unequal, varying by a factor of 10 or more due largely to differences in level of development, although there is also significant cross-country variation in the relation between GDP and resource use (Krausmann et al., 2009; UNEP, 2011).

### 4.4.1.2 Consumerism and unequal consumption levels

The spread of material consumption with rising incomes is one of the 'mega-drivers' of global resource use and environmental degradation (Assadourian, 2010). While for the world's many poor people, consumption is driven mainly by the need to satisfy basic human needs, it is increasingly common across cultures that people seek meaning, contentment and acceptance in consumption. This pattern is often referred to as 'consumerism', defined as a cultural paradigm where "the possession and use of an increasing number and variety of goods and services is the principal cultural aspiration and the surest perceived route to personal happiness, social status and national success" (Assadourian, 2010, p. 187).

Consumerist lifestyles in industrialized countries seem to be imitated by the growing elites (Pow, 2011) and middle-class populations in developing countries (Cleveland and Laroche, 2007; Gupta, 2011), exemplified by the increased demand for space cooling in emerging economies (Isaac and van Vuuren, 2009). Together with the unequal distribution of income in the world, the spread of consumerism means that a large share of goods and services produced are 'luxuries' that only the wealthy can afford, while the poor are unable to afford even basic goods and services (Khor, 2011).

A disproportionate part of the GHG emissions arising from production are linked to the consumption of products by a relatively small

portion of the world's population, illustrated by the great variation in the per capita carbon footprint between countries and regions at different income levels (Hertwich and Peters, 2009; Davis and Caldeira, 2010; Peters et al., 2011) (see Section 14.3.1). The carbon footprint is strongly correlated with consumption expenditure. Across countries, Hertwich and Peters (2009) found an expenditure elasticity of 0.57 for all GHGs: as nations become wealthier, the per capita carbon footprint increases by 57 % for each doubling of consumption. Within countries, similar relationships have been found between household expenditure and carbon footprint (Druckman and Jackson, 2009; Hertwich, 2011). Because wealthier countries meet a higher share of their final demand from (net) imports than do less wealthy countries, consumption-based emissions are more closely associated with GDP than are territorial emissions, the difference being the emissions embodied in trade (see Section 4.4.2 as well as 5.2 and 14.3).

#### 4.4.1.3    Effect of non-income factors on per capita carbon footprint

Non-income factors such as geography, energy system, production methods, waste management (GAIA, 2012; Corsten et al., 2013), household size, diet, and lifestyle also affect per capita carbon footprints and other environmental impacts (Tukker et al., 2010a) so that the effects of increasing income varies considerably between regions and countries (Lenzen et al., 2006; Hertwich, 2011; Homma et al., 2012), cities (Jones and Kammen, 2011) and between rural and urban areas (Lenzen and Peters, 2010). In this regard, the environmental impact of specific consumption patterns has been studied intensely in recent years (Druckman and Jackson, 2009; Davis and Caldeira, 2010; Tukker et al., 2010a; Hertwich, 2011). At the global level, Hertwich and Peters (2009) found that food is the consumption category with the greatest climate impact, accounting for nearly 20 % of GHG emissions, followed by housing/shelter, mobility, services, manufactured products, and construction (see Sections 8.2, 9.2, 10.3, 11.2, 12.2). Food and services were a larger share in poor countries, while at high expenditure levels, mobility and the consumption of manufactured goods caused the largest GHG emissions (Hertwich and Peters, 2009). The factors responsible for variations in carbon footprints across households at different scales are further discussed in Sections 5.3, 5.5, 12.2 and 14.3.4.

### 4.4.2    Consumption patterns and carbon accounting

#### 4.4.2.1    Choice of GHG accounting method

New GHG accounting methods have emerged and proliferated in the last decade, in response to interest in 1) determining whether nations are reducing emissions (Bows and Barrett, 2010; Peters et al., 2011, 2012), 2) allocating GHG responsibility (Peters and Hertwich, 2008a; b;

Bows and Barrett, 2010), 3) assuring the accountability of carbon markets (Stechemesser and Guenther, 2012), 4) determining the full implications of alternative energy technologies (von Blottnitz and Curran, 2007; Martínez et al., 2009; Cherubini et al., 2009; Soimakallio et al., 2011) and of outsourcing of industrial production (see Section 4.4.3.3) helping corporations become greener (Wiedmann et al., 2009), and 6) encouraging consumers to reduce their carbon footprints (Bolwig and Gibbon, 2010; Jones and Kammen, 2011). Methods differ on whether consumers or producers of products are responsible; whether emissions embedded in past or potential replacement of capital investments are included; and whether indirect emissions, for example, through global land-use change resulting from changing product prices, are included (Finkbeiner, 2009; Plevin et al., 2010; Plassmann et al., 2010). These methodological differences have normative implications.

Systems of GHG emissions accounting are constructed according to certain conventions and purposes (Davis and Caldeira, 2010). Better ways may be excessively expensive given the plausible importance of the value of better information in the decision process. Some interests will plead for standardized techniques based on past data because it favours them. Others will argue for tailored approaches that make their technologies or products look good. Producers favour responsibility being assigned to consumers, as do nations that are net exporters of industrial goods. Controversies over GHG emissions accounting approaches play into the broader issue of mitigation governance (see Section 4.4.2.4). And whether carbon markets are effective or not depends on good accounting and enforcement—but what will be enforced will depend on the accounting measures agreed upon. The next section discusses consumption-based GHG emissions accounting.

#### 4.4.2.2    Carbon footprinting (consumption-based GHG emissions accounting)

Carbon (or GHG) accounting refers to the calculation of the GHG emissions associated with economic activities at a given scale or with respect to a given functional unit—including products, households, firms, cities, and nations (Peters, 2010; Pandey et al., 2011). GHG accounting has traditionally focused on emission sources, but recent years have seen a growing interest in analyzing the drivers of emissions by calculating the GHG emissions that occur along the supply chain of different functional units such as those just mentioned (Peters, 2010). The result of this consumption-based emissions accounting is often referred to as 'carbon footprint' even if it involves other GHGs along with $CO_2$. Carbon footprinting starts from the premise that the GHG emissions associated with economic activity are generated at least partly as a result of people's attempts to satisfy certain functional needs and desires (Lenzen et al., 2007; Druckman and Jackson, 2009; Bows and Barrett, 2010). These needs and desires carry the consumer demand for goods and services, and thereby the production processes that consume resources and energy and release pollutants. Emission drivers are not limited to individuals' consumption behaviour, however, but include also the wider contexts of consumption such as transport

infrastructure, production and waste systems, and energy systems (see below and Sections 7.3, 8.2, 9.2, 10.3, 11.2, 12.2).

There is no single accepted carbon footprinting methodology (Pandey et al., 2011), nor is there one widely accepted definition of carbon footprint. Peters (2010) proposes this definition, which allows for all possible applications across scales: "[t]he 'carbon footprint' of a functional unit is the climate impact under a specific metric that considers all relevant emission sources, sinks and storage in both consumption and production within the specified spatial and temporal system boundary" (pp. 245). The emissions associated with the functional unit (but physically not part of the unit) are referred to as 'embodied carbon', 'carbon flows' or similar terms. (Annex II of this report discusses different carbon footprint methodologies, including Life Cycle Assessment (LCA) and environmentally-extended input-output (EIO) models.) Carbon footprints have been estimated with respect to different functional units at different scales. Most relevant to the analysis of consumption patterns and mitigation linkages are the carbon footprints of products and nations, discussed in turn.

### 4.4.2.3    Product carbon footprinting

A product carbon footprint includes all emissions generated during the lifecycle of a good or service—from production and distribution to end-use and disposal or recycling. Carbon footprinting of products (and firms) can enable a range of mitigation actions and can have co-benefits (Sinden, 2009; Bolwig and Gibbon, 2010). Informing consumers about the climate impact of products through labelling or other means can influence purchasing decisions in a more climate-friendly direction and at the same time enable product differentiation (Edwards-Jones et al., 2009; Weber and Johnson, 2012). Carbon footprinting can also help companies reduce GHG emissions cost-effectively by identifying the various emission sources within the company and along the supply chain (Sinden, 2009; Sundarakani et al., 2010; Lee, 2012). Those emissions can be reduced directly, or by purchasing offsets in carbon markets. There is both theoretical and empirical evidence of a positive relationship between a company's environmental and financial performance (Delmas and Nairn-Birch, 2011; Griffin et al., 2012). The specific effect of carbon footprinting on company financial performance and investor valuation is not well researched, however, and the results are ambiguous: in the United Kingdom, Sullivan and Gouldson (2012) found limited investor interest in the climate change-related data provided by retailers, while a study from North America concludes that investors do care about companies' GHG emission disclosures, whether these occur through a voluntary scheme or informal estimates (Griffin et al., 2012).[1] (See also Section 15.3.3)

There are also risks associated with product carbon footprinting. It can affect competitiveness and trade by increasing costs and reduce demand for products made abroad, including in developing countries, and it may violate World Trade Organization (WTO) trade rules (Brenton et al., 2009; Edwards-Jones et al., 2009; Erickson et al., 2012). A one-sided focus on GHG emissions in product development and consumer choice could also involve tradeoffs with other sustainability dimensions (Finkbeiner, 2009; Laurent et al., 2012). So there are reasons to adopt more broadly encompassing concepts and tools to assess and manage sustainability in relation to the consumption of goods and services.

### 4.4.2.4    Consumption-based and territorial approaches to GHG accounting

Consumption-based accounting of GHG emissions (carbon footprinting) at national level differs from the production-based or territorial framework because of imports and exports of goods and services that, directly or indirectly, involve GHG emissions (Davis and Caldeira, 2010; Peters et al., 2011, 2012). The territorial framework allocates to a nation (or other jurisdiction) those emissions that are physically produced within its territorial boundaries. The consumption-based framework assigns the emissions released through the supply chain of goods and services consumed within a nation irrespective of their territorial origin. The difference in inventories calculated based on the two frameworks are the emissions embodied in trade (Peters and Hertwich, 2008b; Bows and Barrett, 2010). We emphasize that territorial and consumption-based accounting of emissions as such represent pure accounting identities measuring the emissions embodied in goods and services that are produced or consumed, respectively, by an individual, firm, country, region, etc. Responsibility for these emissions only arises once it is assigned within a normative or legal framework, such as a climate agreement, specifying rights to emit or obligations to reduce emission based on one of these metrics. As detailed below, the two approaches function differently in a global versus a fragmented climate policy regime.

Steckel et al. (2010) show that within a global regime that internalizes a cost of GHG emissions, the two approaches are theoretically equivalent in terms of their efficiency in inducing mitigation. For example, with a global cap-and-trade system with full coverage (i.e., an efficient global carbon market) and given initial emission allocations, countries exporting goods benefit from export revenues, with costs related to GHG emissions and any other negative impacts of production of those goods priced in, such that the choice of accounting system has no influence on the efficiency of production. Nor will it influence the welfare of countries, irrespective of being net exporters or importers of emissions, since costs associated with these emissions are fully internalized in product prices and will ultimately be borne by consumers. In practice, considerations such as transaction costs and information asymmetries would influence the relative effectiveness and choice of accounting system.

---

[1]    In the United States, increasing carbon emissions was found to positively impact the financial performance of firms when using accounting-based measures, while the impact was negative when using market-based performance measures (Delmas and Nairn-Birch, 2011).

In the case of a fragmented climate policy regime, one argument put in favour of a consumption-based framework is that, unlike the territorial approach, it does not allow current emission inventories to be reduced by outsourcing production or relying more on imports to meet final demand. Hence, some authors (e.g., Peters and Hertwich, 2008b; Bows and Barrett, 2010) argue that this approach gives a fairer illustration of responsibility for current emissions. Carbon footprinting also increases the range of mitigation options by identifying the distribution of GHG emissions among different activities, final uses, locations, household types, etc. This enables a better targeting of policies and voluntary actions (Bows and Barrett, 2010; Jones and Kammen, 2011).

On the other hand, reducing emissions at the 'consumption end' of supply chains requires changing deeply entrenched lifestyle patterns and specific behaviours among many actors with diverse characteristics and preferences, as opposed to among the much fewer actors emitting GHGs at the source. It has also been pointed out that—identical to the accounting of production-based emissions—there is no direct one-to-one relationship between changes in consumption-based and global emissions (Jakob and Marschinski, 2012). That is, if some goods or services were not consumed in a given country, global emissions would not necessarily decrease by the same amount of emissions generated for their production, as this country's trade partners would adjust their consumption—as well as production—patterns in response to price changes resulting from its changed demand profile. This has been shown for China (Peters et al., 2007) and India (Dietzenbacher and Mukhopadhyay, 2007): while these countries are large net exporters of embodied carbon, territorial emissions would remain roughly constant or even increase if they were to withdraw from international trade (and produce their entire current consumption domestically instead). Hence, without international trade, consumption-based emissions of these countries' trade partners would likely be reduced, but not global emissions.

It is for this reason that Jakob and Marschinski (2012) argue that a more detailed understanding of the underlying determinants of emissions is needed than what is currently provided by either territorial or consumption-based accounts, in order to guide policies that will effectively reduce global emissions in a fragmented climate policy regime. In particular, a better understanding of system interrelationships in a global economy is required in order to be able to attribute how, e.g., policy choices in one region affect global emissions by transmission via world market prices and associated changes in production and consumption patterns in other regions. Furthermore, as market dynamics and resource use are driven by both demand and supply, it is conceivable to rely on climate policies that target the consumption as well as the production side of emissions, as is done in some other policy areas

## 4.4.3   Sustainable consumption and production—SCP

The concepts of 'sustainable consumption' and 'sustainable production' represent, respectively, demand- and supply-side perspectives on

sustainability. The efforts by producers to improve the environmental or social impact of a product are futile if consumers do not buy the good or service (Moisander et al., 2010). Conversely, sustainable consumption behaviour depends on the availability and affordability of such products in the marketplace. The idea of sustainable consumption and production (SCP) was first placed high on the international policy agenda at the 1992 UN Conference on Environment and Development and was made part of Agenda 21. In 2003, a 10-year Framework of Programmes on SCP was initiated, which was formalized in a document adopted by the 2012 UN Conference on Sustainable Development (United Nations, 2012b, p. 2). A great variety of public and private SCP policies and initiatives have developed alongside the UN-led initiatives (see Section 10.11.3), as has a large body of research that we report on below.

### 4.4.3.1   Sustainable consumption and lifestyle

A rich research literature on sustainable consumption has developed over the past decade, including several special issues of international journals (Tukker et al., 2010b; Le Blanc, 2010; Kilbourne, 2010; Black, 2010; Schrader and Thøgersen, 2011). Several books, such as *Prosperity without Growth* (Jackson, 2009), discuss the unsustainable nature of current lifestyles, development trajectories, and economic systems, and how these could be changed in more sustainable directions. Several definitions of sustainable consumption have been proposed within policy, business, and academia (Pogutz and Micale, 2011). At a meeting in Oslo in 2005, a group of scientists agreed on the following broad and integrating conceptualization of sustainable consumption:

> The future course of the world depends on humanity's ability to provide a high quality of life for a prospective nine billion people without exhausting the Earth's resources or irreparably damaging its natural systems … In this context, sustainable consumption focuses on formulating strategies that foster the highest quality of life, the efficient use of natural resources, and the effective satisfaction of human needs while simultaneously promoting equitable social development, economic competitiveness, and technological innovation.
> (Tukker et al., 2006)

This perspective encompasses both demand-side and production issues, and addresses all three pillars of SD (social, economic, and environmental) as well as equity and well-being, illustrating the complexity of sustainable consumption and its connections to other issues.

Research has demonstrated that consumption practices and patterns are influenced by a range of economic, informational, psychological, sociological, and cultural factors, operating at different levels or spheres in society—including the individual, the family, the locality, the market, and the work place (Thøgersen, 2010). Furthermore, consumers' preferences are often constructed in the situation (rather than pre-existing) and their decisions are highly contextual (Weber and Johnson, 2009) and often inconsistent with values, attitudes, and

perceptions of themselves as responsible and green consumers and citizens (Barr, 2006; de Barcellos et al., 2011) (see below, as well as Sections 2.6.6 and 3.10).

The sustainable consumption of goods and services can be viewed in the broader context of lifestyle and everyday life. Conversely, sustainable consumption practices are bound up with perceptions of identity, ideas of good life, and so on, considered alongside other concerns such as affordability and health. Ethical consumption choices are also negotiated among family members with divergent priorities and interpretations of sustainability. Choosing a simpler lifestyle ('voluntary simplifying') seems to be related to environmental concern (Shaw and Newholm, 2002; Huneke, 2005), but frugality, as a more general trait or disposition, is not (Lastovicka et al., 1999; Pepper et al., 2009).

Other research draws attention to the constraints placed on consumption and lifestyle choices by factors beyond the influence of the individual, family or community, which tends to lock consumption into unsustainable patterns by reducing 'green agency' at the micro level (Thøgersen, 2005; Pogutz and Micale, 2011). These structural issues include product availability, cultural norms and beliefs, and working conditions that favour a 'work-and-spend' lifestyle (Sanne, 2002). Brulle and Young (2007) found that the growth in personal consumption in the United States during the 20th century is partly explained by the increase in advertising. According to this study, the effect of advertising on spending is concentrated on luxury goods (household appliances and supplies and automobiles) while it is nonexistent in the field of basic necessities (food and clothes), while Druckman and Jackson (2010) found that in the UK, expenditures on food and clothes clearly exceeded 'necessary' levels.

The strength and pervasiveness of political economy factors such as those just mentioned, and the inadequate attention to them by policy, is an important cause of the lack of real progress towards more sustainable consumption patterns (Thøgersen, 2005; Tukker et al., 2006; Le Blanc, 2010). Furthermore, the unsustainable lifestyles in industrialized countries are being replicated by the growing elites (Pow, 2011) and middle-class populations in developing countries (Cleveland and Laroche, 2007; Gupta, 2011). Finally, most Sustainable Consumption (SC) studies are done in a consumer culture context, which limits discussion of instances where sustainable consumption has pre-empted consumerism.

### 4.4.3.2   Consumer sustainability attitudes and the relation to behaviour

Despite the overwhelming impact of structural factors on consumer practices, choices and behaviour, it is widely agreed that the achievement of more sustainable consumption patterns also depends on how consumers value environmental quality and other dimensions of sustainability (Jackson, 2005a; Thøgersen, 2005; Bamberg and Möser, 2007). It also depends on whether people believe that their consump-

tion practices make a difference to sustainability (Frantz and Mayer, 2009; Hanss and Böhm, 2010), which in turn is influenced by their value priorities and how much they trust the environmental information provided to them by scientists, companies, and public authorities (Kellstedt et al., 2008). The motivational roots of sustainable consumer choices seem to be substantially the same, although not equally salient in different national and cultural contexts (Thøgersen, 2009; Thøgersen and Zhou, 2012).

In a survey of European attitudes towards sustainable consumption and production (Gallup Organisation, 2008a), 84 % of EU citizens said that the product's impact on the environment is "very important" or "rather important" when making purchasing decisions. This attitude is rarely reflected in behaviour, however. There is plenty of evidence demonstrating the presence of an 'attitude-behaviour' or 'values-action' gap whereby consumers expressing 'green' attitudes fail to adopt sustainable consumption patterns and lifestyles (Barr, 2006; Young et al., 2010; de Barcellos et al., 2011). To a large measure, this gap can be attributed to many other goals and concerns competing for the person's limited attention (Weber and Johnson, 2009). This observation is reflected in the substantial difference in the level of environmental concern that Europeans express in opinion polls when the issue is treated in isolation, and when the environment is assessed in the context of other important societal issues. For example, in 2008, 64 % of Europeans said protecting the environment was "very important" to them personally when the issue was presented in isolation (Gallup Organisation, 2008b) while only 4 % pointed at environmental pollution as one of the two most important issues facing their country at the moment (Gallup Organisation, 2008a). When there are many important issues competing for the person's limited attention and resources, those that appear most pressing in everyday life are likely to prevail.

The likelihood that a person will act on his or her environmental concern is further diminished by factors affecting everyday decisions and behaviour, including the structural factors mentioned above, but also more specific factors such as habit, high transactions costs (i.e., time for information search and processing and product search), availability, affordability, and the influence of non-green criteria such as quality, size, brand, and discounts (Young et al., 2010). Some of these factors vary across different product categories and within sectors (McDonald et al., 2009). The impact of all of these impeding factors is substantial, calling into question the capacity of 'the green consumer' to effectively advance sustainable consumption and production (Csutora, 2012) and, more generally, the individualistic view of the consumer as a powerful market actor (Moisander et al., 2010).

Third-party eco-labels and declarations have proven to be an effective tool to transform consumer sustainability attitudes into behaviour in many cases (Thøgersen, 2002). One of the reasons is that a trusted label can function as a choice heuristic in the decision situation, allowing the experienced consumer to make sustainable choices in a fast and frugal way (see Section 2.6.5 and Thøgersen et al., 2012). Labeling products with their carbon footprint may help to create new goals

(e.g., to reduce $CO_2$ emissions) and to attract and keep attention on those goals, in the competition between goals (Weber and Johnson, 2012). In Europe, 72 % of EU citizens thought that carbon labelling should be mandatory (Gallup Organisation, 2008a). In Australia, Vanclay et al. (2010) found a strong purchasing response of 20 % when a green-labelled product (indicating relatively low lifecycle $CO_2$ emissions) was also the cheapest, and a much weaker response when green-labelled products were not the cheapest. Hence, consumers, at least in developed countries, show interest in product carbon footprint information and many consumers would prefer carbon-labelled products and firms over others, other things being equal (Bolwig and Gibbon, 2010). Yet the impeding factors and the related 'attitude-behaviour' gap limit how far one can get towards sustainable consumption with labelling and other information-based means alone.

Research on these topics in the developing world is lacking. Considering the notion of a hierarchy of needs (Maslow, 1970; Chai and Moneta, 2012) and the challenges facing consumers in developing countries, carbon footprints and other environmental declarations might be seen as a luxury concern that only developed countries can afford. Countering this view, Kvaløy et al. (2012) find environmental concern in developing countries at the same level as in developed countries. Furthermore, eco-labelled products increasingly appear at retail level in developing countries (Roitner-Schobesberger et al., 2008; Thøgersen and Zhou, 2012).

### 4.4.3.3    Sustainable production

Research and initiatives on sustainable production have been concerned with increasing the resource efficiency of, and reducing the pollution and waste from, the production of goods and services through technological innovations in process and product design at the plant and product levels, and, more lately, through system-wide innovations across value chains or production networks (Pogutz and Micale, 2011). Policies that incentivize certain product choices have also been developed (see Section 10.11.3). Eco-efficiency (Schmidheiny and WBSCD, 1992) is the main management philosophy guiding sustainable production initiatives among companies (Pogutz and Micale, 2011) and is expressed as created value or provided functionality per caused environmental impact. Moving towards a more eco-efficient production thus means creating the same or higher value or functionality while causing a lower environmental impact (relative or even absolute decoupling). This involves consideration of multiple impacts across scales, ranging from global impacts like climate change over regional impacts associated with air and water pollution, to local impacts caused by use of land or water.

A strong increase in the eco-efficiency of production is a pre-requisite for developing a sustainable society (Pogutz and Micale, 2011). The I=PAT equation expresses the environmental impact I as a product of the population number P, the affluence A (value created or consumed per capita), and a technology factor T perceived as the reciprocal of eco-

efficiency. Considering the foreseeable growth in P and A, and the current unsustainable level of I for many environmental impacts it is clear that the eco-efficiency (1/T) must increase many times (a factor 4 to 20)[2] to ensure a sustainable production. While a prerequisite, even this kind of increases in eco-efficiency may not be sufficient since A and T are not mutually independent due to the presence of rebound—including market effects; indeed, sometimes a reduction in T (increased eco-efficiency) is accompanied by an even greater growth in A, thereby increasing the overall environmental impact I (Pogutz and Micale, 2011). (A related concept to I=PAT is the Kaya identity, see Section 5.3)

With its focus on the provided function and its broad coverage of environmental impacts, LCA is frequently used for evaluation of the eco-efficiency of products or production activities (Hauschild, 2005; Finnveden et al., 2009) (see Annex II.4.2). LCA has been standardized by the International Organization for Standardization (ISO 14040 and ISO 14044) and is a key methodology underlying standards for eco-labelling and environmental product declarations. LCA is also the analytical tool underlying DFE (design for environment) methods (Bhander et al., 2003; Hauschild et al., 2004).

With the globalization and outsourcing of industrial production, analyzing the entire product lifecycle (or product chain)—from resource extraction to end-of-life—gains increased relevance when optimizing the energy and material efficiency of production. A lifecycle approach will reveal the potential problem shifting that is inherent in outsourcing and that may lead to increased overall resource consumption and GHG emissions of the product over its lifecycle in spite of reduced impacts of the mother company (Shui and Harriss, 2006; Li and Hewitt, 2008; Herrmann and Hauschild, 2009). This is why a lifecycle perspective is applied when calculating the carbon footprint. Indeed, a lifecycle-based assessment is generally needed to achieve resource and emissions optimization across the product chain. The use stage can be especially important for products that use electricity or fuels to function (Wenzel et al., 1997; Samaras and Meisterling, 2008; Yung et al., 2011; Sharma et al., 2011). Improvement potentials along product chains can be large, in particular when companies shift from selling only products to delivering product-service systems, often increasing the number of uses of the individual product (Manzini and Vezzoli, 2003). Exchange of flows of waste materials or energy can also contribute to increasing eco-efficiency. Under the heading of 'industrial symbiosis', such mutually beneficial relationships between independent industries have emerged at multiple locations, generally leading to savings of energy and sometimes also materials and resources (Chertow and Lombardi, 2005; Chertow, 2007; Sokka et al., 2011) (See Section 10.5).

While the broad coverage of environmental impacts supported by LCA is required to avoid unnoticed problem shifting between impacts, a narrower focus on climate change mitigation in relation to produc-

---

[2]    Factor 4 to factor 20 increases can be calculated depending on the expected increases in P and A and the needed reduction in I (von Weizsäcker et al., 1997; Schmidt-Bleek, 2008).

**4**

tion would be supported by considering energy efficiency, which can be addressed at different levels: the individual process, the production facility, the product chain, and the industrial system (industrial symbiosis). At the process level, the operation of the individual process and consideration of the use-stage energy efficiency in the design of the machine tools and production equipment can be addressed (see Section 10.4). Improvements in energy efficiency in manufacturing have focused on both the design and operation of a variety of processes (Gutowski et al., 2009; Duflou et al., 2010; Herrmann et al., 2011; Kara and Li, 2011), finding improvement potentials at the individual process level of up to 70 % (Duflou et al., 2012), and at the plant level by re-using e.g., waste heat from one process for heating in another (Hayakawa et al., 1999). Exergy analysis and energy pinch analysis can be used to identify potentials for reutilization of energy flows in other processes (Creyts and Carey, 1999; Bejan, 2002).

Research on the social dimensions of production systems have addressed such issues as worker conditions (Riisgaard, 2009), farm income (Bolwig et al., 2009), small producer inclusion into markets and value chains (Bolwig et al., 2010; Mitchell and Coles, 2011) and the role of standards in fostering sustainability (Gibbon et al., 2010; Bolwig et al., 2013). Recently, the LCA methodology has been elaborated to include assessment of social impacts such as labour rights (Dreyer et al., 2010), in order to support the assessment of problem shifting and tradeoffs between environmental and social dimensions (Hauschild et al., 2008).

### 4.4.4    Relationship between consumption and well-being

As noted earlier, global material resource consumption continues to increase despite substantial gains in resource productivity or eco-efficiency, causing further increases in GHG emissions and overall environmental degradation. In this light it is relevant to discuss whether human well-being or happiness can be decoupled from consumption or growth (Ahuvia and Friedman, 1998; Jackson, 2005b; Tukker et al., 2006). We do this here by examining the relationship between different dimensions of well-being and income (and income inequality) across populations and over time.

Happiness is an ambiguous concept that is often used as a catchword for subjective well-being (SWB). SWB is multidimensional and includes both cognitive and affective components (Kahneman et al., 2003). Cognitive well-being refers to the evaluative judgments individuals make when they think about their life and is what is reported in life satisfaction or ladder-of-life data, whereas affective or emotional well-being refers to the emotional quality of an individual's everyday experience as captured by surveys about the intensity and prevalence of feelings along the day (Kahneman and Deaton, 2010). Emotional well-being has been defined as "the frequency and intensity of experiences of joy, fascination, anxiety, sadness, anger, and affection that makes one's life pleasant or unpleasant" (Kahneman and Deaton, 2010, p. 16489).

Camfield and Skevington (2008) examine the relationship between SWB and quality of life (QoL) as used in the literature. They find that SWB and QoL are virtually synonymous; that they both contain a substantial element of life satisfaction, and that health and income are key determinants of SWB or QoL, while low income and high inequality are both associated with poor health and high morbidity.

The "Easterlin paradox" refers to an emerging body of literature suggesting that while there is little or no relationship between SWB and the aggregate income of countries or long-term GDP growth, *within* countries people with more income are happier (Easterlin, 1973, 1995). Absolute income is, it is argued, only important for happiness when income is very low, while relative income (or income equality) is important for happiness at a wide range of income levels (Layard, 2005; Clark et al., 2008). These insights have been used to question whether economic growth should be a primary goal of government policy (for rich countries), instead of, for example, focusing on reducing inequality within countries and globally, and on maximizing subjective well-being. For instance, Assadourian (2010) argues against consumerism on the grounds that increased material wealth above a certain threshold does not contribute to subjective well-being.

The Easterlin paradox has been contested in comparisons across countries (Deaton, 2008) and over time (Stevenson and Wolfers, 2008; Sacks et al., 2010), on the basis of the World Gallup survey of well-being. These works establish a clear linear relationship between average levels of ladder-of-life satisfaction and the logarithm of GDP per capita across countries, and find no satiation threshold beyond which affluence no longer enhances subjective well-being. Their time series analysis also suggests that economic growth is on average associated with rising happiness over time. On this basis they picture a strong role for absolute income and less for relative income comparisons in determining happiness.

These results contrast with studies of emotional well-being, which generally find a weak relationship between income and well-being at higher income levels. In the United States, for example, Kahneman and Deaton (2010) find a clear satiation effect: beyond around $USD_{2010}$ 75,000 annual household income (just above the mean United States household income) "further increases in income no longer improve individuals' emotional well-being (including aspects such as spending time with people they like, avoiding pain and disease, and enjoying leisure)" (p. 16492).[3] But even for life satisfaction, there is contrasting evidence. In particular, Deaton (2008) finds much variation of SWB between countries at the same level of development, and Sacks et al. (2010) finds the long term positive relationship between income and life satisfaction to be weakly significant and sensitive to the sample of countries (see also Graham, 2009; Easterlin et al., 2010; Di Tella and MacCulloch, 2010). An important phenomenon is that all components of SWB, in various degrees, adapt to most changes in objective conditions of life, except a

---

[3]    This result is based on cross-sectional data and do not refer to the effects of a *change* in a person's income.

few things, such as physical pain (Kahneman et al., 2003; Layard, 2005; Clark et al., 2008; Graham, 2009; Di Tella and MacCulloch, 2010).

The great variability of SWB data across individuals and countries and the adaptation phenomenon suggest that these data do not provide indices of well-being that are comparable across individuals and over time. Respondents have different standards when they answer satisfaction questions at different times or in different circumstances. Therefore, the weakness of the observed link between growth and SWB is not only debated, but it is quite compatible with a strong and firm desire in the population for ever-growing material consumption (Fleurbaey, 2009). Decoupling growth and well-being may be more complicated than suggested by raw SWB indicators.

Decoupling individual well-being from consumption may be fraught with controversies, but decoupling social welfare from average consumption might be possible via inequality reduction. It has been found that inequality in society has a marked negative effect on average SWB. For example, Oishi et al. (2011) found that over a 37-year period, Americans were less happy on average during years with greater income inequality. This was explained by the fact that lower-income respondents "trusted other people less and perceived other people to be less fair in the years with more national income inequality" (Oishi et al., 2011, p. 1095). The potential decoupling of social welfare from average consumption is even more obvious if social welfare is defined in a way that gives priority to those who are less well-off (Atkinson, 1970).

## 4.5    Development pathways

Sustainable development provides a framework for the evaluation of climate policies. This is particularly useful in view of the fact that a given concentration pathway or climate objective can typically be achieved through various policies and development pathways inducing different impacts on the economy, the society, and other aspects of the environment. Integrated models provide valuable tools for the analysis of pathways, though most models suffer from limitations analyzed in this section.

### 4.5.1    Definition and examples

Though widely used in the literature, the concept of development pathway has rarely been defined.[4] According to AR4, a development path is "an evolution based on an array of technological, economic, social, institutional, cultural, and biophysical characteristics that determine the interactions between human and natural systems, including consumption and production patterns in all countries, over time at a

particular scale" (WGIII, AR4, Glossary, p. 813). AR4 also indicates that "alternative development paths refer to different possible trajectories of development, the continuation of current trends being just one of the many paths". Though AR4 defines development pathways as global, the concept has also been used at regional (e.g., Li and Zhang, 2008), national (e.g.,Poteete, 2009) and subnational scales (e.g. Dusyk et al., 2009) at provincial scale (Yigitcanlar and Velibeyoglu, 2008) at city scale. In the present report, a development pathway characterizes all the interactions between human and natural systems in a particular territory, regardless of scale.

The concept of development pathway is holistic. It is broader than the development trajectory of a particular sector, or of a particular group of people within a society. Thus, a wide range of economic, social, and environmental indicators are necessary to describe a development pathway, not all of which may be amenable to quantitative representation. As defined by AR4, however, a "pathway" is not a random collection of indicators. It has an internal narrative and causal consistency that can be captured by the *determinants* of the interactions between human and natural systems. The underlying assumption is that the observed development trajectory—as recorded by various economic, social, and environmental indicators—can be explained by identifiable drivers. This roots the concept of development pathway in the (dominant) intellectual tradition according to which history has some degree of intelligibility (while another tradition holds that history is a chaotic set of events that is essentially not intelligible (Schopenhauer, 1819).

The literature on development pathways has two main branches. A 'backward-looking' body of work describes past and present development trajectories for given territories and explores their determinants. For example, most of the growth literature as well as a large part of the (macro) development literature fall into this category.[5] This body of work is discussed in Section 4.3 as well as in several other chapters. In particular, Section 5.3.1 reviews the determinants of GHG emissions, Section 12.2 reviews past trajectories of human settlements, and Section 14.3 discusses past trajectories of development at regional scale. In addition, 'forward-looking' studies construct plausible development pathways for the future and examine the ways by which development might be steered towards one pathway or another. Box 4.3 briefly reviews the main forward-looking development pathways published since AR4. Most of Chapter 6 is devoted to forward-looking studies.

---

[4]    Development path and development pathway are synonymous.

[5]    This literature can itself be divided in two main groups: papers aimed at identifying individual mechanisms that drive development trajectories, and papers aimed at identifying broad patterns of development. One example of the former is the literature on the relationships between GDP and emissions, discussed in Chapter 5, and in Section 4.4. One example of the latter is the so-called "investment development path" literature, including Dunning (1981), identifies stages of development for countries based on the direction of foreign direct investment flows and the competitiveness of domestic firms on international markets.

**4**

---

### Box 4.3 | Forward-Looking Development Pathways: new developments since AR4

Forward-looking development pathways aim at illuminating possible futures, and at providing a sense of how these futures might be reached (or avoided). Forward-looking pathways can be constructed using various techniques, ranging from simulations with numerical models to qualitative scenario construction or group forecasting exercises (van Notten et al., 2003).

New sets of forward-looking development pathways have been proposed since the AR4 review (in Sathaye et al. (2007), Section 12.2.1.2). At the global scale, they include, inter alia, the climate smart pathway (World Bank, 2010), the Tellus Institute scenarios (Raskin et al., 2010), and degrowth strategies (Martínez-Alier et al., 2010) or the scenarios developed under the Integrated Assessment Modelling Consortium (IAMC) umbrella (Moss et al., 2010) to update the 2000 SRES scenarios (IPCC, 2000). Pathways have also been proposed for specific sectors, such as health (Etienne and Asamoa-Baah, 2010), agriculture (Paillard et al., 2010), biodiversity (Leadley et al., 2010; Pereira et al., 2010), and energy (Ayres and Ayres, 2009).

At the national and regional levels, the emergence of the "green growth" agenda (OECD, 2011) has spurred the development of many short- to medium-term exercises (e. g. Republic of Korea, 2009; Jaeger et al., 2011); as well as renewed discussions on SD trajectories (e. g. Jupesta et al., 2011). Similarly, there is growing research on the ways by which societies can transition towards a "low carbon economy", considering not only mitigation and adaptation to climate change, but also the need for social, economic, and technological (Shukla et al., 2008) (see Section 6.6.2 for a broader review). For instance, studies in China show that controlling emissions without proper policies to counteract the negative effects will have an adverse impact on the country's economic development, reducing its per capita income and the living standards of both urban and rural residents (Wang Can et al., 2005; Wang Ke, 2008). China is developing indicators for low-carbon development and low-carbon society (UN (2010), with many citations) with specific indicators tested on selected cities and provinces (Fu, Jiafeng et al., 2010), providing useful data on challenges and gaps as well as the need for clearly defined goals and definitions of "low-carbon" and its SD context.

---

## 4.5.2    Transition between pathways

Backward-looking studies reveal that past development pathways have differed in many respects, notably in terms of GHG emissions because of differences in, inter alia, fuel supply mix, location patterns, structure of economic activity, composition of household demand, etc.—even across countries with otherwise very similar economic characteristics. Similarly, forward-looking studies point to very contrasted, yet equally plausible, futures in terms of GHG emissions. Shifting from a high- to a low-emissions development pathway requires modifying the trajectory of the system that generates (among others) GHG emissions. It thus requires time as well as action over multiple dimensions of development (location, technology, lifestyles, etc.). Yet, shifting from a high- to a low-emissions development pathway could potentially be as important for climate change mitigation as implementing 'climate' policies (Halsnaes et al., 2011).

A central theme of the present report is to explore the conditions of a transition towards development pathways with lower emissions, globally (Chapter 6), sectorally (Chapters 7–12), and regionally (Chapters 13–15). To frame these subsequent discussions, the present section does two things. First, it discusses the obstacles to changing course by introducing the key notions of path dependence and lock-ins (4.5.2.1 ). Second, examples and lessons from the technology transition literature are discussed (4.5.2.2 ). The policy and institutional aspects of building

strategies to transition between pathways are discussed in the subsequent chapters.[6]

### 4.5.2.1    Path dependence and lock-ins

Path dependence is the tendency for past decisions and events to self-reinforce, thereby diminishing and possibly excluding the prospects for alternatives to emerge. Path dependence is important for analyzing transitions between development pathways. For example, development of inter-city highways may make further extension of the road network more likely (if only for feeder roads) but also make further extension of rail networks less cost-effective by drawing out traffic and investment financing (see Section 12.5), thereby diminishing the prospects for alternative transportation investments.

Chief among the mechanisms that underlie path-dependence are 'increasing returns' mechanisms (Page, 2006)—in which an outcome in one period increases the probability of generating that same outcome in the next period. Increasing returns is a large group that com-

---

[6]    The key point, as emphasized in AR4, is that a development pathway results from the interactions of decisions by multiple agents, at all levels. Thus in general public policies alone cannot trigger changes in pathways, and cooperation between governments, markets, and civil societies are necessary (Sathaye et al., 2007).

prises, inter alia, increasing returns to scale, learning by doing, induced technological change, or agglomeration economies. As Shalizi and Lecocq (2013) note, the concept of increasing returns has a long tradition in economic history, and the implications of increasing returns mechanisms have been systematically explored over the past three decades or so, notably around issues of monopolistic competition (Dixit and Stiglitz, 1977), international trade (Krugman, 1979), economic geography (Fujita et al., 1999), economic growth (Romer, 1990), industrial organizations, or adoption of technologies (Arthur, 1989).

Yet increasing returns are neither sufficient nor necessary to generate path-dependence. They are not sufficient because competing increasing returns can cancel out. And they are not necessary because other mechanisms might generate path-dependence. For example, decisions that involve the use of scarce resources, such as land, labour or exhaustible natural resources constrain future agents' options, either temporarily (for labour) or permanently (for exhaustible resources). Similarly, in the presence of switching costs—e.g., costs attached to premature replacement of long-lived capital stock—decisions made at one point in time can partially or totally lock-in decision makers' subsequent choices (Farrell and Klemperer, 2007). Also, path-dependence can emerge from coordination failures in complex systems that require high degree of articulation between actors (Yarime, 2009). The key message is that it is essential to look broadly for mechanisms that may generate path-dependence when analyzing the determinants of pathways (past or anticipated) (Shalizi and Lecocq, 2013).

Lock-in is the most extreme manifestation of path dependence, when it becomes extremely costly or impossible to shift away from the current pathway. Lock-ins can emerge in many domains, with examples ranging from end-use technology standards (e.g. the competition between the AZERTY and the QWERTY keyboards, or between the VHS and BETAMAX video standards), energy supply networks to expansion pathways of regions once initial choices are made (Fujita et al., 1999). Lock-ins are not 'good' or 'bad' per se (Shalizi and Lecocq, 2013), but identifying risks of 'bad' lock-ins and taking advantage of possible 'good' lock-ins matters for policymaking, so that ex ante decisions are not regretted ex post (Liebowitz and Margolis, 1995). The literature, however, indicates that lock-ins do not stem only from lack of information. There are also many cases in which rational agents might make decisions based only on part of the information available, because of, inter alia, differences between local and global optimum, time and resource constraints on the process or information symmetry (Foray, 1997); which points to the process of decision making (see Section 4.3.2 on Governance and Political Economy).

### 4.5.2.2    Examples and lessons from the technology transition literature

Part of the literature on innovation (reviewed in Sections 3.11 and 4.3.6; technological change is reviewed in Section 5.6) adopts a broad, systemic perspective to try to explain how new technologies emerge.

It thus provides examples of, and insights on how transition between pathways can occur. In fact, changes in technologies, their causes, and their implications for societies have been actively studied in social sciences since the late 18th century by historians, economists, and sociologists. A common starting point is the observation that "technological change is not a haphazard process, but proceeds in certain directions" (Kemp, 1994). For example, processors tend to become faster, planes to become lighter, etc. To characterize these regularities, scholars have developed the concepts of *technological regime* (Nelson and Winter, 2002) and *technological paradigms* (Dosi, 1982; Dosi and Nelson, 1994). Technological regimes refer to shared beliefs among technicians about what is feasible. Technological paradigms refer to the *selected* set of objects engineers are working on, and to the *selected* set of problems they choose to address. How technological regimes may change (such as with the development of information technologies) is a subject of intense research. Radical innovations (e.g., the steam engine) are seen as a necessary condition. But the drivers of radical innovation themselves are not clearly understood. In addition, once an innovation is present, the shift in technological regime is not a straightforward process: the forces that maintain technological regimes (e.g., increasing returns to scale, vested interests, network externalities) are not easy to overcome—all the more so that new technologies are often less efficient, in many respects, than existing ones, and competing technologies may coexist for a while. History thus suggests that the diffusion of new technologies is a slow process (Kemp, 1994; Fouquet, 2010).

More recent research over the past 20 years has yielded two major perspectives on technology transitions (Truffer and Coenen, 2012): the multi-level perspective on socio-technical systems (Geels, 2002) and the concept of technological innovations systems (Bergek et al., 2008). The multi-level perspective distinguishes three levels of analysis: niche innovations, socio-technical regimes, and socio-technical landscape (Geels, 2002). A technological niche is the micro-level where radical innovations emerge. Socio-technical regimes correspond to an extended version of the technological regime discussed above. The socio-technical landscape corresponds to the regulatory, institutional, physical, and behavioural environment within which innovations emerge. There is considerable inertia at this third level. Changes in socio-technical regimes emerge from the interactions between these three levels. According to Geels and Schot's typology (2007), changes in socio-technical regimes can follow four different paths. *Transformation* corresponds to cases in which moderate changes in the landscape occur at a time when niche innovations are not yet developed, thus resulting in a relatively small change of direction of the development pathway. An example of transformation occurred when municipal sewer systems were implemented in Dutch cities (Geels, 2006). *De-alignment* and *realignment* correspond to sudden changes in the landscape that cause actors to lose faith in the regime. If no clear replacement is ready yet, a large range of technologies may compete until one finally dominates and a new equilibrium is reached. One example is the transition from horse-powered vehicles to cars. If new technologies are already available, on the other hand, a *transition substitution* might occur, as in the case of the replacement of sailing

313

ships by steamships between 1850 and 1920. Finally, a *reconfigura-tion* occurs when innovations initially adopted as part of the current regime progressively subvert it into a new one, an example of which is the transition from traditional factories to mass production in the United States.

The technological innovation systems approach (Bergek et al., 2008) adopts a systemic perspective by considering all relevant actors, their interactions, and the institutions relevant for innovation. Early work in this approach argues that beside market failures, 'system failures' such as, inter alia, actor deficiencies, coordination deficits or conflicts with existing institutional structures (institutional deficits) can explain unsuccessful innovation (Jacobsson and Bergek, 2011). More recent analysis focuses on core processes critical for innovation, such as presence of entrepreneurial activities, learning, knowledge diffusion through networks, etc. The technological innovation systems concept was developed to inform public policy on how to better support technologies deemed sustainable with an increasing focus on 'system innovations' as opposed to innovation in single technologies or products (Truffer and Coenen, 2012).

### 4.5.2.3    Economic modelling of transitions between pathways

As noted above (4.5.1), economic modelling is a major tool for analyzing future development pathways. Models provide different types of information about transition, depending on their features and on how they are used. The present sub-section reviews the use of models for studying transitions. See Section 6.2 for a review of modelling tools for integrated assessment.

There are four increasingly complex ways of using economic models to analyze transitions between development pathways. The first option—*static modelling*—consists of building plausible images of the future at a given date and comparing them (comparative statics). The focus is on the internal consistency of each image, and on the distance between them. Models without explicit representation of time (e.g., input-output, partial equilibrium, or static general equilibrium models) are sufficient. Static models can provide insights on the sustainable character of the long-term images, to the extent that the model captures critical variables for sustainability such as natural resources use or impact of economic activity on the environment (e.g., GHG emissions). However, national accounts typically add up multiple products with very different material content, very different energy contents, and very different prices. Thus, constructing robust relationships between aggregate monetary indicators and physical flows requires in-depth analysis. Similarly, static models can provide insights on the social components of sustainability to the extent they include some form of representation of the *distribution* of economic activity within the society, notably across income groups (see Section 4.4.1). Again, the associated data challenge is significant. By construction, on the other hand, static models do not provide insights on the pathways

from the present on to each possible future, let alone on the transitions between pathways.

*Dynamic models* are needed to depict the pathway towards desirable (or undesirable) long-term futures. Still, the relevance of dynamic models for discussing transitions depends on their structure, content, and way they are used. A large part of the modelling literature on climate change mitigation relies on neoclassical growth models with exogenous (Swan, 1956; Solow, 1956) or endogenous (Koopmans, 1965; Cass, 1965) savings rate. In those models, long-term growth is ultimately driven by the sum of population growth and exogenous total factor productivity growth (exogenous technical change). In the simplest version of the neoclassical model, there is thus only one 'pathway' to speak of, as determined by human fertility and human ingenuity. Any departure from this pathway resorbs itself endogenously through adjustment of the relative weights of capital and labour in the production function, and through adjustment of the savings rate (when endogenous). Empirically, neoclassical growth models have limited ability to explain observed short-term growth patterns (e.g., Easterly, 2002).

Modelling of *processes* is needed to enrich discussions about transitions by differentiatiating short-term economic processes from long-term processes. The general point is that the technical, economic, and social processes often exhibit more rigidities in the short- than in the long-run. As Solow (2000) suggests, at short-term scales, "something sort of 'Keynesian' is a good approximation, and surely better than anything straight 'neoclassical'. At very long time scales, the interesting questions are best studied in a neoclassical framework and attention to the Keynesian side of things would be a minor distraction". There is a long tradition of debates in economics on the degree to which production technologies and wages should be considered flexible or rigid in the short- and medium-run, with potentially very different results for the assessment of mitigation policies (Rezai et al., 2013), (Guivarch et al., 2011). Other important rigidities include, inter alia, long-lived physical capital, the premature replacement of which is typically very costly, and the dynamics of which have important implications for the costs, timing, and direction of climate policies (e.g. Lecocq et al., 1998; Wing, 1999); rigidities associated with the location of households and firms, changes of which take time; or rigidities associated with preferences of individuals and with institutions. Presence of rigidities may also lead to bifurcations towards different long-term outcome (i.e., equilibrium-dependence and not just path-dependence as in section 4.5.2) (See e.g. Hallegatte et al., 2007).

Recognizing *uncertainty* is a further key element for enriching the analysis of transitions, relaxing the full information hypothesis under which many models are run. If information increases over time, there is a rationale for a sequential decision making framework (Arrow et al., 1996), in which choices made at one point can be re-considered in light of new information. Thus, the issue is no longer to select a pathway once and for all, but to make the best first-step (or short-term) decision, given the structure of uncertainties and the potential for increa-

sing information over time—factors which are especially relevant in the context of climate change. Inertia plays an especially important role in this context, as the more choices made at one point constrain future opportunity sets, the more difficult it becomes to make advantage of new information (e.g., Ha-Duong et al., 1997). Another way by which uncertainty can be captured in models is to abandon the intertemporal optimization objective altogether and use simulation models instead, with decisions made at any time based on imperfect expectations (Scrieciu et al., 2013). Such shift has major implications for the transition pathway (Sassi et al., 2010), but results strongly depend on how expectations and decisions under uncertainty are represented.

Ideally, models that produce development pathways should thus (1) be framed in a consistent macroeconomic framework (since a pathway is holistic), (2) impose relevant technical constraints in each sector, such as assumptions about the process of technical change, (3) capture the key relationships between economic activity and the environment, e.g., energy and natural resources consumption or greenhouse gases emissions, (4) have a horizon long enough to assess 'sustainability'—a long-term horizon which also implies, incidentally, that the model must be able to represent structural and technical change—yet (5) recognize short-term economic processes critical for assessing transition pathways, such as market imbalance and rigidities, all this while (6) providing an explicit representation of how economic activity is distributed within the society, and how this retrofits into the growth pattern, and (7) representing key uncertainties.

No model today meets all these specifications. Current models can be classified along two major fault lines: bottom-up vs. top-down, and long-term vs. short-term. By design, computable general equilibrium (CGE) models provide a comprehensive macroeconomic framework, and they can be harnessed to analyze distributional issues, at least amongst income groups, but they typically fail to incorporate key technical constraints. Conversely, bottom-up engineering models provide a

detailed account of technical potentials and limitations, but their macro-engine, if at all, is most often rudimentary. Emerging 'hybrid' models developed in the context of climate policy assessment are steps towards closing this gap (Hourcade et al., 2006). A similar rift occurs with regard to time horizon. Growth models like Solow's are designed to capture key features of long-term development pathways, but they do not include short- or medium-term economic processes such as market rigidities. On the other hand, short-term models (econometric or structural) will meet this requirement but are not designed to look deep in the future. Again, emerging models include short-/medium-term processes into analysis of growth in the long-run (see e.g., Barker and Serban Scrieciu, 2010), but this pretty much remains an open research field.

## 4.6 Mitigative capacity and mitigation, and links to adaptive capacity and adaptation

### 4.6.1 Mitigation and adaptation measures, capacities, and development pathways

Even though adaptation and mitigation are generally approached as distinct domains of scientific research and practice (Biesbroek et al., 2009) (as reflected, for example, in the IPCC separate Working Groups II and III), a recognition of the deep linkages between mitigation and adaptation has gradually emerged. Initially, mitigation and adaptation were analyzed primarily in terms of techno-economic considerations. But growing attention has been directed at the underlying capacities, first with respect to adaptation, and later -and less fully- with respect

---

### Box 4.4 | Characterizing the sustainability of development pathways

Constructing and modelling forward-looking development pathways is one thing, evaluating how they fare in terms of sustainability within and beyond the time horizon of the modelling is another. Two questions can actually be distinguished (Asheim, 2007). One is to predict whether the current situation (welfare, environment) will be preserved in the future: are we on a sustained development pathway, i.e., a pathway without downturn in welfare or environmental objectives? This question is answered by looking at the evolution of the target variables within the time horizon of the scenario, and what happens beyond the horizon remains undetermined. Another question is to determine whether the current generation's decisions leave it possible for future generations to achieve a sustained pathway: is a sustained

development pathway possible given what the current generation does? Unlike the former question, the latter does not require predicting the future generations' decisions, only their future constraints and opportunities. Showing the existence of a sustained pathway is then an argument in favour of the compatibility of current decisions with future sustainability. Some indicators of sustainability such as genuine savings (see Box 4.2) are meant to provide an answer based on the current evolution of (economic, social, environmental) capital stocks and can also be used for the evaluation of scenarios that depict these stocks. In practice, sustainability analysis (of either type) is not frequent in the scenario-building community, though multi-criteria analysis of scenarios has been gaining ground in recent years (see e.g., GEA, 2012).

**4**

to mitigation, (Grothmann and Patt, 2005; Burch and Robinson, 2007; Winkler et al., 2007; Goklany, 2007; Pelling, 2010).

This attention has necessitated a broadening of the scope of analysis well beyond narrow techno-economic considerations, to the social, political, economic, and cultural domains, as ultimately, this is where the underlying determinants of mitigative and adaptive capacity lie. Following the literature enumerated above, a non-exhaustive list of these underlying determinants include: the level and distribution of wealth, robustness and legitimacy of institutions, availability of credible information, existence and reliability of infrastructure, access to and adequacy of technologies and systems of innovation, effective governance, social cohesion and security, distribution of decision-making power among actors, conditions of equity and empowerment among citizens, and the opportunity costs of action, as well as individual cognitive factors, including relevant skills, knowledge and cultural framings. The fact that mitigative and adaptive capacities share and are similarly affected by these underlying determinants highlights their similarity, blurring the distinction between them and leading some scholars to argue that there is simply 'response capacity' (Tompkins and Adger, 2005; Wilbanks, 2005; Burch and Robinson, 2007). Because response capacity is directly shaped by these underlying technological, economic, institutional, socio-cultural, and political determinants, it is in other words directly shaped by the overall development pathway, which is the combined product of those same inter-related determinants. This dependence of response capacity on development pathway is underscored by the strong parallel between its determinants (outlined above) and the defining dimensions of a development pathway (discussed in Sections 4.3 and 4.5). Indeed, response capacity is determined much more by the overall development pathway than by targeted climate-specific policies. The academic consensus on this point has been clearly reflected in the AR4 (IPCC, 2007), in WGI Chapter 12 in the case of mitigative capacity, and WGII Chapter 18 in the case of adaptive capacity. Of course, more nuanced and site-specific assessments of the determinants of such capacity can provide further useful insight (see e.g., Keskitalo et al, 2011).

Moreover, there is consensus that an effective transition toward a SD pathway in particular can most effectively foster response capacity (IPCC, 2007; Matthew and Hammill, 2009; Parry, 2009; Halsnaes et al., 2011; Harry and Morad, 2013). There are various elements of fostering a transition toward SD that naturally accord with the creation of mitigative and adaptive capacity, including, for example, the establishment of innovation systems that are supportive of environmental and social priorities, the support for adaptive ecosystem management and conservation, the strengthening of institutions and assets to support food and water security and public health, and the support for procedurally equitable systems of governance (Banuri, 2009; Barbier, 2011; Bowen et al., 2011; Bowen and Friel, 2012). Mitigation and adaptation outcomes can of course still be expected to depend on the extent to which explicit efforts are taken to implement and mainstream climate change policies and measures, as well as on the manner in which a particular SD approach may evolve—with more or less emphasis on economic,

social, or environmental objectives (Giddings et al., 2002; Beg et al., 2002; Grist, 2008; Halsnæs et al., 2008).

The centrality of mitigative and adaptive capacity to SD is highlighted by the growing attention to the idea that the Earth system has moved from the Holocene into the Anthropocene (Steffen et al., 2011), where societies are the most important drivers of the Earth's dynamics. Mitigative and adaptive capacity can be seen in general terms, i.e., not just with respect to GHG emissions and climate impacts, but all anthropogenic environmental pressures and impacts from ecosystem degradation. In this view, mitigative and adaptive capacity are central to sustainable ecosystem management (Holling, 1978; Walters and Holling, 1990; McFadden et al., 2011; Williams, 2011), and thus fundamental to SD (Chapin et al., 2010; Folke et al., 2011b; Polasky et al., 2011; Biermann et al., 2012). Some scholars interpret this as a fundamental redefinition of development calling for transformational shifts based on re-imagining possibilities for future development pathways (Pelling, 2010; Jackson, 2011a; Kates et al., 2012; Ehrlich et al., 2012).

Scholarship exploring the links between mitigation, adaptation, socio-ecological resilience and SD more generally, has generally pointed toward the existence of (potential) synergies and tradeoffs within and across policy sectors and across implementation measures (Gallopín, 2006; Rosenzweig and Tubiello, 2007; Vogel et al., 2007; Boyd et al., 2009; Thornton and Gerber, 2010; Adger et al., 2011; Warren, 2011; Lal et al., 2011; Vermeulen et al., 2012; Denton and Wilbanks, 2014; Hill, 2013). These studies show that, in spite of mitigative and adaptive *capacities* being so closely intertwined with each other and with SD, the relationship between mitigation and adaptation *measures* is more ambiguous and, in line with the AR4, suggest that outcomes are highly dependent on the measures and the context in which they are undertaken, with some policy sectors being more conducive to synergies than others.

In the agricultural sector, for example, scholars have for many years highlighted the potential of fostering both mitigation and adaptation by supporting traditional and biodiverse agro-ecological systems around the world (Campbell, 2011; Altieri and Nicholls, 2013, and see Section 11.5). A recent modelling exercise suggests that investing substantially in adapting agriculture to climate change in some regions—Asia and North America—can result in substantial mitigation co-benefits, while the latter may be insignificant in Africa (Lobell et al., 2013). There are empirical studies where interventions in agricultural systems have led to positive mitigation and adaptation outcomes—or vice versa—(Kenny, 2011; Wollenberg, 2012; Bryan et al., 2012), or where synergies between adaptation and mitigation have not materialized due to, for example, limited scientific and policy knowledge, as well as institutional and farmers' own financial and cognitive constraints (Haden et al., 2012; Arbuckle Jr. et al., 2013; Bryan et al., 2013). In forestry, the links between fostering mitigation strategies, e.g., through planting trees, developing agro-forestry systems or conserving diverse ecosystems, and the adaptation of both forests and people to climate change have been widely acknowledged

and the possibility of effective linkages in policy and action have also been identified (Locatelli et al., 2011; Schoeneberger et al., 2012; Mori et al., 2013). Methods for identifying tradeoffs between mitigation and adaptation at policy and implementation levels and to foster legitimate decision making have also been recently developed (Laukkonen et al., 2009; Janetos et al., 2012).

This evolving literature highlights the need to examine adaptation and mitigation for their SD implications, and ultimately to mainstream them in broader development policy. It also explains the parallel emergence of environmental governance research about reforming existing or developing institutions in different policy domains to meet this need (Folke et al., 2005; Folke, 2007; Brunner and Lynch, 2010). Recent studies highlight the organizational, institutional, financial, and knowledge barriers to the development of effective governance for mitigation and adaptation in general government policy (Picketts et al., 2012), as well as in particular policy sectors, e.g., in forestry (Johnston and Hesseln, 2012); in health (Bowen et al., 2013); or in urban planning (Barton, 2013). Others identify the multi-scale, inter-connected, and dynamic nature of many climate issues and their associated responses as a key barrier to action, particularly at local level (Romero-Lankao, 2012). Analyses of the effectiveness of public-private partnerships and other forms of multi-actor cooperation to mainstream both mitigation and adaptation measures in a given sector and context also reveal the challenging nature of such endeavour (Pattberg, 2010; Pinkse and Kolk, 2012).

There is ample scope to improve response capacity in nations and communities by putting SD at the core of development priorities, despite the considerable governance challenges to mainstreaming mitigation and adaptation measures across policy sectors, collective and individual behaviour, and to exploit possible synergies and confront tradeoffs. Nonetheless, it remains the case that the variation of mitigative and adaptive capacity between different nations—and communities within them—is a function of the vast disparities in the determinants of such capacity. These differences in capacity are in turn driven to a significant degree by differences in development pathways and, specifically, level of development. This is a primary reason why the issue of burden sharing among nations features so prominently in consideration of international cooperation on climate change generally, and the UNFCCC in particular, as discussed further in the following section.

## 4.6.2 Equity and burden sharing in the context of international cooperation on climate

Chapter 3 (Sections 3.2 to 3.5) introduced the general equity principles in the philosophical literature and their relevance to climate change including burden sharing. This section briefly reviews the extensive literature regarding burden sharing in a global climate regime. If focuses first on the equity principles as they are invoked in the literature, which

emphasises those laid out in the UNFCCC. It then reviews several categories of burden sharing frameworks. While the academic literature uses the term 'burden sharing', it is understood that mitigation action entails not only burdens but also benefits.

### 4.6.2.1 Equity principles pertinent to burden sharing in an international climate regime

The UNFCCC clearly invokes the vision of equitable burden sharing among Parties toward achieving the Convention's objective. While Parties had not articulated a specific burden sharing arrangement in quantified detail, they had established an initial allocation of obligations among countries with explicit references to the need for equitable contributions. All Parties adopted general commitments to mitigate, adapt, and undertake other climate-related actions, but distinct categories of countries reflecting level of development were identified and assigned specific obligations. Developed countries (listed in Annex I) were distinguished from developing countries and obliged to "take the lead on combating climate change and the adverse effects thereof" (Article 3.1), noting "the need for equitable and appropriate contributions by each of these Parties to the global effort regarding [the UNFCCC] objective" (Article 4.2(a)). A subset of Annex I countries consisting of the wealthier developed countries (listed in Annex II) were further obliged to provide financial and technological support "to developing countries to enable them to effectively implement their UNFCCC commitments" (Article 4.7), noting that they "shall take into account … the importance of appropriate burden sharing among the developed country Parties".

While Parties' equitable contributions are elaborated further in subsequent UNFCCC decisions and under the Durban Platform for Enhanced Action, an explicit arrangement for equitable burden sharing remains unspecified. Because there is no absolute standard of equity, countries (like people) will tend to advocate interpretations which tend to favour their (often short term) interests (Heyward, 2007; Lange et al., 2010; Kals and Maes, 2011). It is thus tempting to say that no reasoned resolution is possible and to advocate a purely procedural resolution (Müller, 1999). However, there is a basic set of shared ethical premises and precedents that apply to the climate problem, and impartial reasoning (as behind a Rawlsian (Rawls, 2000) "veil of ignorance") can help put bounds on the plausible interpretations of equity in the burden sharing context. Even in the absence of a formal, globally agreed burden sharing framework, such principles are important in establishing expectations of what may be reasonably required of different actors. They influence the nature of the public discourse, the concessions individuals are willing to grant, the demands citizens are inclined to impose on their own governments, and the terms in which governments represent their negotiating positions both to other countries and to their own citizens. From the perspective of an international climate regime, many analysts have considered principles for equitable burden sharing, (Rose 1990; Hayes and Smith 1993; Baer et al. 2000; B. Metz et al. 2002; Ringius, Torvanger, and Underdal 2002; Aldy, Barrett, and Stavins 2003;

4

Ghersi, Hourcade, and Criqui 2003; Gardiner 2004; Caney 2005; Caney 2009; Caney 2010; Heyward 2007; E.A. Page 2008; Vanderheiden 2008; Klinsky and Dowlatabadi 2009; Winkler et al. 2011). Equitable burden sharing has been most frequently applied to costs of mitigation, though similar issues arise with regard to adaptation (Baer, 2006; Paavola and Adger, 2006; Adger, 2006; Jagers and Duus-Otterstrom, 2008; Dellink et al., 2009; Grasso, 2010; Hartzell-Nichols, 2011). Here these equity principles are given along four key dimensions—responsibility, capacity, equality, and the right to sustainable development, expanding on the philosophical arguments in Sections 3.2–3.4.

### Responsibility

In the climate context, responsibility is widely taken as a fundamental principle relating responsibility for contributing to climate change (via emissions of GHGs) to the responsibility for solving the problem. The literature extensively discusses it, distinguishing moral responsibility from causal responsibility, and considering the moral significance of knowledge of harmful effects (Neumayer, 2000; Caney, 2005; Müller et al., 2009). Common sense ethics (and legal practice) hold persons responsible for harms or risks they knowingly impose or could have reasonably foreseen, and, in certain cases, regardless of whether they could have been foreseen. The notion of responsibility is thus closely connected to the Polluter Pays Principle (PPP), and burden sharing principles that derive from it hold that countries should be accountable for their greenhouse gas emissions. This is a common interpretation of the UNFCCC phrase "common but differentiated responsibilities" (Harris, 1999; Rajamani, 2000), given its similarity to the more explicit Rio Declaration (see Section 4.1).

Responsibility is taken by some to include present and past emissions (Grübler and Fujii, 1991; Smith, 1991; Neumayer, 2000; Rive et al., 2006; Wei et al., 2012). This has been justified on three main grounds. First, climate change results from the stock of accumulated historic emissions. Second, the total amount of greenhouse gases that can be emitted to the atmosphere must be constrained (to a level determined by society's choice of global climate stabilization goal (see WGI AR5), and thus constitutes a finite common resource (often loosely referred to as the 'atmospheric space' or the 'carbon budget'). Users of this resource—whether current or historical—should be accountable for depleting the resource and precluding the access of others. Third, historical emissions reflect the use of a resource from which benefits have been derived, i.e., wealth, fixed capital, infrastructure, and other assets. These benefits constitute a legacy based in part on consuming a common resource that (1) should be paid for, and (2) provides a basis for mitigative capacity (Shue, 1999; Caney, 2006, 2010). The latter argument carries the notion of responsibility further back in time, assigning responsibility for the emissions of previous generations, to the extent that present generations have inherited benefits. This argument links responsibility with the capacity principle discussed below (Meyer and Roser, 2010; Gardiner, 2011a; Meyer, 2012). If conventional development continues, the relative responsibility of some nations that currently have relatively low cumulative emissions would match and exceed by mid-century the relative responsibility of some nations who

currently have high responsibility (Höhne and Blok, 2005; Botzen et al., 2008), on an aggregate—if not per capita—basis. Such projections illustrate that the relative distribution of responsibility among countries can vary substantially over time, and that a burden sharing framework must dynamically reflect evolving realities if they are to faithfully reflect ethical principles. They also may provide a basis for understanding where mitigation might productively be undertaken, though not necessarily who should be obliged to bear the costs.

Each nation's responsibility for emissions is typically defined (as in IPCC inventory methodologies) in terms of emissions within the nation's territorial boundary. An alternative interpretation (Fermann, 1994), which has become more salient as international trade has grown more important, is to include emissions embodied in internationally traded goods consumed by a given nation. Recent studies (Lenzen et al., 2007; Pan et al., 2008; Peters et al., 2011) have provided a quantitative basis for better understanding the implications of a consumption-based approach to assessing responsibility. In general, at the aggregate level, developed countries are net importers of emissions, and developing countries are net exporters (see Sections 5.3.3.2 and 14.3.4). The relevance of this to burden sharing may depend on further factors, such as the distribution between the exporting and importing countries of the benefits of carbon-intensive production, and the presence of other climate policies such as border carbon tariffs (see Section 13.8.1 and 14.4.1), as well as the development of the relevant data sources (see also Sections 3.9 and 4.4). Many analysts have suggested that all emissions are not equivalent in how they translate to responsibility, distinguishing the categories of 'survival emissions', 'development emissions', and 'luxury' emissions (Agarwal and Narain, 1991; Shue, 1993; Baer et al., 2009; Rao and Baer, 2012).

Determining responsibility for emissions in order to allocate responsibility raises methodological questions. In addition to the standard questions about data availability and reliability, there are also equity-related questions. For instance, there are various rationales for determining how far in the past to include historical emissions. One rationale is that the 1990s should be the earliest date, reflecting the timing of the FAR and the creation of a global regime that imposed obligations to curb emissions (Posner and Sunstein, 2007). Some argue that the date should be earlier, corresponding to the time that climate change became reasonably suspected of being a problem, and greenhouse gas emissions thus identifiable as a pollutant worthy of policy action. For example, one might argue for the 1970s or 1960s, based on the published warnings issued by scientific advisory panels to the United States presidents Johnson (U.S. National Research Council Committee on Atmospheric Sciences, 1966) and Carter (MacDonald et al., 1979), and the first G7 Summit Declaration highlighting climate change as a problem and seeking to prevent further increases of carbon dioxide in the atmosphere (Group of 7 Heads of State, 1979). Others argue that a still earlier date is appropriate because the damage is still caused, the stock depleted, and the benefits derived, regardless of whether there is a legal requirement or knowledge.

Another issue is the question of accounting for the residence time of emissions into the atmosphere, as an alternative to simply considering cumulative emissions over time. In the case of carbon dioxide, responsibility could include past emissions even when they are no longer resident in the atmosphere, on the grounds that those emissions (1) have contributed to the warming and climate damages experienced so far, and upon which further warming and damages will be additive, and (2) have been removed from the atmosphere predominantly to the oceans, where they are now causing ocean acidification, which is itself an environmental problem (See WGI AR5, Chapters 3 and 6).

### Capacity (or, Ability to Pay)

A second principle for allocating effort arises from the capacity to contribute to solving the climate problem (Shue, 1999; Caney, 2010). Generally, capacity is interpreted to mean that the more one can afford to contribute, the more one should, just as societies tend to distribute the costs of preserving or generating societal public goods; i.e., most societies have progressive income taxation. This view can be applied at the level of countries, or at a lower level, recognizing inequalities between individuals. Smith et al. (1993) suggested GDP as an income-based measure of ability-to-pay, subject to a threshold value, determined by an indicator of quality of life. This was developed in Kartha et al. (2009) and Baer et al. (2010), taking into account intra-national disparities.

As discussed in Section 4.6.1, response capacity refers to more than just financial wherewithal, encompassing also other characteristics that affect a nation's ability to contribute to solving the climate problem. It recognizes that effective responses require not only financial resources, but also technological, institutional, and human capacity. This issue has been treated by Winkler, Letete, and Marquard (2011) by considering the Human Development Index as a complement to income in considering capacity. Capacity, even in this broader sense, can be distinguished from mitigation potential, which refers to the presence of techno-economic opportunities for reducing emissions due to, for example, having renewable energy resources that can be exploited, a legacy of high-carbon infrastructure that can be replaced, or a rapidly growing capital stock that can be built based on low-carbon investments. Mitigation potential is a useful characteristic for determining where emissions reductions can be located geographically for reasons of cost-effectiveness, but this can be distinguished from burden sharing *per se*, in the sense of determining on normative grounds which country should pay for those reductions. This distinction is reflected in the economist's notion that economic efficiency can be decoupled from equity (Coase, 1960; Manne and Stephan, 2005).

### Equality

Equality means many things, but a common understanding in international law is that each human being has equal moral worth and thus should have equal rights. Some argue this applies to access to common global resources, expressed in the perspective that each person should have an equal right to emit (Grubb, 1989; Agarwal and Narain, 1991). This equal right is applied by some analysts to current and future flows, and by some to the cumulative stock as well. (See further below.)

Some analysts (Caney, 2009) have noted, however, that a commitment to equality does not necessarily translate into an equal right to emit. Egalitarians generally call for equality of a total package of 'resources' (or 'capabilities' or 'opportunities for welfare') and thus may support inequalities in one good to compensate for inequalities in other goods (Starkey, 2011). For example, one might argue that poor people who are disadvantaged with respect to access to resources such as food or drinking water may be entitled to a greater than per capita share of emissions rights. Second, some individuals may have greater needs than others. For example, poorer people may have less access to alternatives to fossil fuels (or unsustainably harvested wood fuel) because of higher cost or less available technologies, and thus be entitled to a larger share of emission rights.

Others have suggested that equality can be interpreted as requiring equal sacrifices, either by all parties, or by parties who are equal along some relevant dimension. Then, to the extent that parties are not equal, more responsibility (Gonzalez Miguez and Santhiago de Oliveira, 2011) or capacity (Jacoby et al., 2009) would imply more obligation, all else being equal.

### Right to development

The right to development appears in international law in the UN Declaration on the Right to Development, the Rio Declaration, and the Vienna Declaration, and is closely related to the notion of *need* as an equity principle, in that it posits that the interests of poor people and poor countries in meeting basic needs are a global priority (Andreassen and Marks, 2007). The UNFCCC acknowledges a right to promote sustainable development, and "the legitimate priority needs of developing countries for the achievement of sustained economic growth and the eradication of poverty" (UNFCCC, 2002) and recognizes that "economic and social development and poverty eradication are the first and overriding priorities of the developing country Parties" (p. 3).

In the context of equitable burden sharing, a minimalist interpretation of a right to development is a right to an exemption from obligations for poor Parties (Ringius et al., 2002) on the basis that meeting basic needs has clear moral precedence over the need to solve the climate problem, or, at the very least, it should not be hindered by measures taken to address climate change.

#### 4.6.2.2    Frameworks for equitable burden sharing

There are various ways of interpreting the above equity principles and applying them to the design of burden sharing frameworks. It is helpful to categorize them into two broad classes. 'Resource-sharing' frameworks are aimed at applying ethical principles to establish a basis for sharing the agreed global 'carbon budget'. 'Effort-sharing' frameworks are aimed at sharing the costs of the global climate response. The resource-sharing frame is the natural point of departure if climate change is posed as a tragedy of the commons type of collective action

**4**

problem; if it is posed as a free-rider type of collective action problem, the effort-sharing perspective is more natural. Neither of these framings is objectively the 'correct' one, just as neither collective action framing of the climate change problem is correct. Both can inform policymakers' judgments in different ways. Indeed, the two approaches are complementary: any given resource-sharing framework implies a particular distribution of the effort, and conversely the opposite is true. In either case, burden sharing frameworks are typically formulated as emission entitlements to be used in trading system or global climate fund, which enables a cost-effective distribution of the actual mitigation efforts. Through such mechanisms, countries with obligations greater than their domestic mitigation potential can fund reductions in countries with obligations that are less than their domestic mitigation potential (see Sections 6.3.6 and 13.4.3).

One important dimension along which both resource-sharing and effort-sharing proposals can be compared is the number of categories into which countries are grouped. The UNFCCC in fact had three categories—Annex I, Annex II (the OECD countries within Annex I), and non-Annex I. Many of the proposals discussed below reproduce these distinctions. Others increase the number of 'bins', to as many as six (Winkler et al., 2006). Finally, many others eliminate any qualitative categories, instead allocating emissions rights or obligations on the basis of a continuous index.

### Resource sharing approaches

The resource-sharing approach starts by acknowledging that the global 'carbon budget' is bounded, with its size defined by the agreed climate stabilization target. The most straightforward resource-sharing approach is an equal per capita approach (Grubb, 1990; Agarwal and Narain, 1991; Jamieson, 2001), which is premised on the equal rights to the atmospheric commons to all individuals, and allocates emission allowances to each country in proportion to its population. In response to the concern that an equal per capita allocation would provide an incentive for more rapid population growth, some analysts have argued that the effect would be negligible in comparison to other factors affecting population, and others have proposed solutions such as holding population constant as of some agreed date (Jamieson, 2001), establishing standardized growth expectations (Cline, 1992), or allocating emission in proportion only to adult population (Grubb, 1990).

In response to the concern that unrealistically rapid reductions would be required in those countries whose current emissions are far above the global average, some have proposed a period of transition from grandfathered emission rights (i.e., allocated in proportion to current emissions) to equal per capita emission rights (Grubb and Sebenius, 1992; Welsch, 1993; Meyer, 2004). This rationale applies specifically to a framework intended to determine actual emission pathways, in which case an immediate per capita distribution would impose unrealistically abrupt changes from present emission levels. For a framework intended to assign transferable rights to emit, rather than actual emissions, the rationale is questionable: the opportunity to acquire additional allocations through emissions trading or some other transfer system would allow a cost-effective transition and lessen, though not eliminate, the political challenges of an immediate equal per capita allocation.

A variant on the above that aims to address the concern that many developing countries would have to reduce their emissions from already very low levels is "Common but Differentiated Convergence" (Höhne et al., 2006), under which a developing country is required to begin converging only once its per capita emissions exceed a specified (and progressively declining) threshold. Chakravarty et al. (2009) put forward a variant that looked beyond average national indicators of emissions by examining the distribution of emissions across individuals at different income levels within countries.

Extending the concept of equal per capita rights to include both the historical and future carbon budget gives the "equal cumulative per capita emission rights" family of frameworks (Bode, 2004; den Elzen et al., 2005; German Advisory Council on Global Change, 2009; Oberheitmann, 2010; Höhne et al., 2011; CASS/DRC Joint Project Team, 2011; Jayaraman et al., 2011; Pan et al., 2013). These frameworks vary, for example, in their choice of the initial date for historical emissions, the way they deal with growing populations, their treatment of luxury versus survival emissions, and their way of distributing a budget over time. As some countries (which tend to be higher income countries that industrialized earlier) have consumed more than their equal per capita share of the historical global budget, this excess use is offered as an argument for obliging them to provide financial and technological resources to other countries that have used less than their historical share. This obligation has been linked to the notion of a 'carbon debt' or 'climate debt' (Pickering and Barry, 2012), and framed as a subset of a larger 'ecological debt' (Roberts and Parks, 2009; Goeminne and Paredis, 2010), which some analyses have attempted to quantify (Smith, 1991; Srinivasan et al., 2008; Cranston et al., 2010).

### Effort sharing approaches

'Effort sharing' frameworks seek to fairly divide the costs of reducing emissions to an agreed level. (Effort sharing approaches can also be applied to adaptation costs whereas resource sharing approaches cannot.) Many of the philosophers engaged with the question of burden sharing in the climate regime have argued that obligations should be proportional in some fashion to responsibility and capacity (see, for example the analyses of Shue, 1993; or Caney, 2005).

An early effort-sharing approach was the Brazilian proposal using historic responsibility for emissions and thus global temperature rise as a basis for setting Kyoto targets. This approach has been quantitatively analyzed (Höhne and Blok, 2005) and recently discussed in the global political context (Gonzalez Miguez and Santhiago de Oliveira, 2011). Other approaches have used capacity based on indicators such as GDP per capita (Wada et al., 2012) as a basis for effort-sharing, or have combined capacity and responsibility (Winkler et al., 2006). Some have included minimal form of a right to development by identifying

a threshold of development below which income and emissions are not included in a nation's capacity or responsibility (Cao, 2008; Kartha et al., 2009; Yue and Wang, 2012).

The quantitative implications of a number of burden sharing frameworks are presented for several regions in Section 6.3.6.6. The frameworks are grouped into six categories, corresponding either to one of the underlying burden sharing principles (responsibility, capability, equality, right to development), or a combination of them. It is important to note that several of the approaches are based on considerations other than equity principles. For example, several allocate allowances based on grandfathered emissions levels, with a transition to an equity-based allocation only over several decades or in some cases with no such transition. Others allocate allowances in proportion to GDP, while others include mitigation potential as one basis in addition to equity principles.

## 4.7 Integration of framing issues in the context of sustainable development

Chapters 2 and 3 of this report review the framing issues related to risk and uncertainty (Chapter 2) and social, economic, and ethical considerations guiding policy (Chapter 3). They examine how these issues bear on climate policy, both on the mitigation and on the adaptation side of our response to the challenge of climate change. Their general analysis is also directly relevant to the understanding of SD and equity goals. This section briefly examines how the concepts reviewed in these chapters shed light on the topic of the present chapter.

### 4.7.1 Risk and uncertainty in sustainability evaluation

The sustainability ideal seeks to minimize risks that compromise future human development (Sections 4.2 and 4.5). This objective is less ambitious than maximizing an expected value of social welfare over the whole future. It focuses on avoiding setbacks on development, and is therefore well in line with Chapter 2 (Section 2.5.1) highlighting the difficulty of applying the standard decision model based on expected utility in the context of climate policy. It is directly akin to the methods of risk management listed there (Sections 2.5.2–2.5.7), in particular those focusing on worst-case scenarios. The literature on adaptation has similarly emphasized the concept of resilience, which is the ability of a system to preserve its functions in a risky and changing environment (WGII Section 2.5 and Sections 20.2–20.6; Folke et al., 2010; Gallopin, 2006).

This chapter has reviewed the actors and determinants of support for policies addressing the climate challenge (Sections 4.3 and 4.6).

Among the relevant considerations, one must include how risk perceptions shape the actors' understanding of threats to sustainability and willingness to take action. Chapter 2 (Section 2.4) has described how framing and affective associations can be effective and manipulative, how absence or presence of a direct experience of climate extremes makes individuals distort probabilities, and how gradual changes are easy to underestimate.

Risk and uncertainty are also relevant to the dimension of equity, in relation to sustainability, because various regions of the world and communities within those regions experience unequal degrees of climate risk and uncertainty. Better information about the distribution of risks between regions and countries would affect the policy response and negotiations. Lecocq and Shalizi (2007) argue that the absence of information about the location and extent of impacts raises incentives for mitigation, and Lecocq and Hourcade (2012) show that the optimal level of mitigation may also increase.

Incorporating risk in the evaluation of sustainability of a development pathway is challenging and has been analyzed in a small literature. In particular, Baumgärtner and Quaas (2009) and Martinet (2011) propose to define thresholds for well-being or for various natural or man-made stocks and to assess sustainability by the probability that thresholds will be crossed in the foreseeable future. However, a decision maker may not find it sufficient to check that the risk of unsustainability is below a given threshold, and may also want to know the likelihood of the bad scenarios and the harm incurred by the population in these scenarios.

### 4.7.2 Socio-economic evaluation

Chapter 3 has reviewed the principles of social and economic evaluation and equity in a general way. In 3.6.1 it recalls that there is now a consensus that methods of cost-benefit analysis that simply add up monetary-equivalent gains and losses are consistent and applicable only under very specific assumptions (constant marginal utility of income and absence of priority for the worse off) which are empirically dubious and ethically controversial. It is thus necessary to introduce weights in such summations (see Equation 3.6.2) that embody suitable ethical concerns and restore consistency of the evaluation. Adler (2011) makes a detailed argument in favour of this 'social welfare function' approach to cost-benefit analysis. This approach is followed by Anthoff et al. (2009), refining previous use of equity weights by Fankhauser et al. (1997) and Tol (1999). An advantage of a well-specified methodology for the choice of equity weights is the ability to reach more precise conclusions than when all possible weights are spanned. It also makes it possible to transparently relate conclusions to ethical assumptions such as the degree of priority to the worse off.

Chapter 3 (Section 3.4) describes the general concepts of social welfare and individual well-being. In applications to the assessment of development paths and sustainability, empirical measures are needed.

**4**

Several methods are discussed in Stiglitz et al. (2009) and Adler (2011). In particular, the capability approach (Sen, 2001, 2009) is well known for its broad measure of well-being that synthesizes multiple dimensions of human life and incorporates considerations of autonomy and freedom. Most applications of it do not directly rely on individual preferences (Alkire, 2010). Fleurbaey and Blanchet (2013) defend an approach that relies on individual preferences, in a similar fashion as money-metric utilities. Some authors (e.g., Layard et al., 2008) even propose to use satisfaction levels obtained from happiness surveys directly as utility numbers. This is controversial because different individuals use different standards when they answer questions about their satisfaction with life (Graham, 2009).

One reason why well-being may be useful as a guiding principle in the assessment of sustainability, as opposed to a more piecemeal analysis of each pillar, is that it helps evaluate the weak versus strong sustainability distinction. As explained in Section 4.2, weak sustainability assumes that produced capital can replace natural capital, whereas strong sustainability requires natural capital to be preserved. From the standpoint of well-being, the possibility to substitute produced capital for natural capital depends on the consequences on living beings. If the well-being of humans depends directly on natural capital, if there is option value in preserving natural capital because it may have useful properties that have yet to be discovered, or if non-human living beings depend on natural capital for their flourishing, this gives powerful reasons to support a form of strong sustainability.

Additionally, Chapter 3 (in particular Sections 3.3 and 3.5) mentions other aspects of equity that are relevant to policy debates and international negotiations on climate responses. Chapter 3 discusses these issues at the level of ethical principles, and given the importance of such issues in policy debates about mitigation efforts, Section 4.6 develops how these principles have been applied to the issue of burden sharing in climate regime.

# 4.8 Implications for subsequent chapters

The primary implication of this chapter as a framing for subsequent chapters is to underscore the importance of explicitly scrutinizing the candidate mitigation technologies, measures, and policies for their broader equity and sustainability implications. Indeed, the relevant stakeholders and decision makers have various priorities, in particular regarding economic and human development, which may align or conflict with prospective climate actions. Equitable and sustainable development provides a broader overarching framework within which to examine climate strategies as one of the multiple interacting challenges confronting society. Ultimately, it is a framework within which society can consider the fundamental question of its development pathway.

## 4.8.1 Three levels of analysis of sustainability consequences of climate policy options

Various definitions and indicators of SD have been introduced in this chapter (in particular in Section 4.2, 4.5). This subsection offers a simple taxonomy of approaches for the assessment of sustainability.

**Long-term evolution of the three pillars.** The outcomes of climate policy options can generally be observed in the three spheres related to the three pillars of SD: the economic, the social, and the environmental sphere. Sustainability in the economy refers to the preservation of standards of living and the convergence of developing economies toward the level of developed countries. Sustainability in the social sphere refers to fostering the quality of social relations and reducing causes of conflicts and instability, such as excessive inequalities and poverty, lack of access to basic resources and facilities, and discriminations. Sustainability in the environmental sphere refers to the conservation of biodiversity, habitat, natural resources, and to the minimization of ecosystem impacts more generally.

**Long-term evolution of well-being.** The way the three spheres (and pillars) flourish can be viewed as contributing to sustaining well-being for humans as well as for other living creatures. Human well-being depends on economic, social, and natural goods, and the other living beings depend on the quality of the ecological system. It may therefore be convenient to summarize the multiple relevant considerations by saying that the ultimate end result, for sustainability assessment, is the well-being of all living beings. Measuring well-being is considered difficult for humans because there are controversies about how best to depict individual well-being, and about how to aggregate over the whole population. However, as explained in Sections 3.4 and 4.7, many of the difficulties have been exaggerated in the literature, and practical methodologies have been developed. Truly enough, it still remains difficult to assess the well-being of all living beings, humans and non-humans together.

But, even if current methodologies fall short of operationalizing comprehensive measures of well-being of that sort, it is useful for experts who study particular sectors to bear in mind that a narrow notion of living standards for humans does not cover all the aspects of well-being for the purposes of assessing sustainability. It is also useful to try to assess how various interactions between the three spheres can impact on well-being. When there are tradeoffs between different aspects of the economic, social, and ecological dimensions, one has to make an assessment of their relative priorities. Well-being is the overarching notion that helps thinking about such issues.

**Current evolution of capacities.** Sustainability can also be assessed in terms of capital or capacities, as suggested by some indicators such as genuine savings (Section 4.2). Preserving the resources transmitted to the future generation is a key step in guaranteeing a sustainable path. Again, it is useful to think of the capacities underlying the functioning of the three spheres: economic, social, environmental. The eco-

nomic sphere needs various forms of productive capital and raw materials, infrastructures, and a propitious environment, but also human capital, institutions, governance, and knowledge. The social sphere needs various forms of institutions and resources for sharing goods and connecting people, which involve certain patterns of distribution of economic resources, transmission of knowledge, and forms of interaction, coordination, and cooperation. The ecological sphere needs to keep the bases of its health, including habitat, climate, and biological integrity. In general, climate policy options can affect capacities in all of these spheres, to varying degrees.

## 4.8.2   Sustainability and equity issues in subsequent chapters

As discussed in this chapter (Sections 4.2 and 4.5), sustainability is a property of a development pathway as a whole. And some of the literature reviewed in the subsequent chapters (6–16) actually discusses development pathways and the sustainability thereof. In addition, Chapters 6–16 discuss individual issues relevant to SD and equity. Based on a detailed description of SD and equity issues (rooted in the 'three pillars' approach for SD, see Section 4.8.1), this section provides

**Table 4.1 |** Overview of SD and equity issues as addressed in Chapters 5–16 of the WGIII AR5.

| SD and equity issues | Chapter | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| **EQUITY** | | | | | | | | | | | | |
| • Distribution (within and between countries and generations) | 5.3.3 | 6.3,6.6 | 7.9.1 | 8.10.1 | 9.7.1 | | 11.7.1 | 12.6 | 13.2.2.3 13.4.2.4 13.13.1.2 | 14.1.3 | 15.5.2.3 15.5.2.4 | |
| • Procedural equity (Participation/involvement, including institutional issues) | | 6.3,6.6 | | | | | 11.7.1 11.8.2 11.9.3 | 12.5.2.3 12.6.1 | 13.2.2.4 | | 15.2.1 | |
| **ECONOMIC** | | | | | | | | | | | | |
| • Employment | 5.7.2 | 6.6.2.4 | 7.9.1 | 8.7.1 | 9.7.2.1 | 10.8.1 | 11.7.1 11.13.6 | 12.4.2 12.5.2.1 | | 14.1.3 | | |
| • Standards of living | 5.3.3 | 6.3.1.2 | 7.10.2 | 8.2.2.1 | 9.7.2.5 | 10.8.1 | 11.7.1 | 12.5.2.1 | | | | |
| • Financing | | | 7.10.2 | | 9.10.3.3 | | 11.7.1 | 12.6.2 | 13.11.1 | 14.3.7 14.4.4 | | 16.8 |
| • Innovation | 5.6.1 | 6.5.1 | 7.9.1 | 8.7.3 | | 10.8.4 | 11.3.1 11.13.6 | 12.2.1.3 | 13.9 | 14.3.6 | 15.6 | |
| • Path-dependence and lock-ins | 5.6.3 | 6.3.6.4 6.4.3 | 7.9.1 7.10.5 | 8.4 | 9.4.3 | | 11.3.2 | 12.3.2.1 12.4.1 | | 14.3.2 | | |
| • Energy Security | 5.3.4 | 6.6.2.2 | 7.9.1 | 8.7.1 | 9.7.2.2 | 10.8.1 | 11.13.6 | 12.8.2 | | 14.4.3 | | |
| **SOCIAL** | | | | | | | | | | | | |
| • Poverty (alleviation) | | 6.6.2.3 | 7.9.1 7.10.3 | 8.7.1 | 9.7.2.5 | | 11.7.1 11.8.1 11.13.6 | | | 14.1.3 | | |
| • Access to and affordability of basic services | | 6.6.2.3 | 7.9.1 | 8.7.1 | 9.7.1 | | 11.A.6 | 12.4.2.4 12.5.2.1 | | 14.3.2.1 | | |
| • Food security | 5.3.5 5.7.2 | 6.3.5 | 7.9.4 | | | | 11.7.1 11.13.6/7 | | | | | |
| • Education and learning | | | 7.9.1 | | | | | | 13.10 | | 15.10 | 16.3 |
| • Health | 5.7.1 | 6.6.2.1 | 7.9.2; 7.9.3 | 8.7.1 | 9.7.3.1 9.7.3.2 | 10.8.1 | 11.7.1 11.13.6 | 12.8.1 12.8.3/4 | | | | |
| • Displacements | | | 7.9.4 | | | 10.8.1 | 11.7.1 11.13.6 | | | | | |
| • Quality of life | | | 7.9.4 | 8.7.1 | 9.7.1 | 10.8.1 | 11.A.6 | 12.8.2/3 | | | | |
| • Gender impacts | | | 7.9.1 (Box) | | 9.7.1 | | 11.7 11.13.5 | | | | | |
| **ENVIRONMENTAL** | | | | | | | | | | | | |
| • Ecosystem impacts and biodiversity conservation | 5.7.2 | 6.6.2.6 | 7.9.2 | 8.7.1 | 9.7.1 | 10.8.1 | 11.7.2 11.13.6/7 | 12.5.1 12.8.1/4 | | 14.3.5 | 15.5.6 | |
| • Water, soils, and other natural resources | 5.5.2 | 6.6.2.5 | 7.9.2; 7.9.3 | 8.7.2 | 9.7.3.3 | 10.8.1 | 11.7.2 11.8.3 11.13.6 | 12.6.1 12.8.4 | | | | |

**4**

a map and a reader's guide for the report from the SD and equity perspective. Table 4.1 shows where those issues are addressed throughout the report. It is supplemented in this section by a brief outline of how each chapter from 6–16 deals with them.

The present section is broader than, and a complement to, Section 6.6 and Table 6.7, which sum up and discuss key co-benefits and adverse side-effects in Chapters 7–12. It is broader in two ways. First, the present section covers all chapters, not just the sectoral chapters. Second, the present section reviews not only where co-benefits and adverse side-effects are discussed (the "development in the climate lens" approach as in Sathaye et al., 2007), but also where the implications of key development policies for mitigation and mitigative capacity are discussed ("climate in the development lens"), and where integrated development paths, including but not limited to climate mitigation, are analyzed. On the other hand, Section 6.6 and Table 6.7 provide a more detailed description of many sorts of co-benefits and adverse side-effects (not all of which directly bear on SD).

The review conducted in the present section leads to three key messages. First, SD and equity issues are pervasive throughout the chapters, reflecting growing literature and attention paid to the topic. Second, a large part of the discussion remains framed within the framework of co-benefits and adverse side-effects. Although extremely important and useful, it has been noted above (Section 4.2) that co-benefits and adverse side-effects are only a building block towards a full SD assessment—which is about integrating the different dimensions in a comprehensive pathway framework. Third, while some topics, such as health co-benefits and adverse side-effects associated with mitigation policies, appear already well covered in the literature, others remain scarcely addressed. In particular, distributional issues (both distributional implications of mitigation policies and implications of different distributional settings for climate policies), employment, and social cohesiveness, have limited coverage—despite being among the key SD goals that policymakers will consider.

The following paragraphs briefly describe how each chapter (from 5 to 16) deals with SD and equity issues. Chapter 5 analyzes the drivers of GHG emissions, and many of these drivers have to do with basic characteristics of the development pathway (population, economic growth, behaviours, technology) that impact sustainability perspectives (5.3, 5.5, 5.6). It also provides a brief overview of co-benefits (in particular in health) and adverse side-effects (5.7) and takes a system perspective to understand the linkages between emissions and the various drivers (5.8)—such a systemic view is congenial to the comprehensive approach to SD discussed in 4.2.

Chapter 6 analyzes distributional consequences of different international burden sharing regimes (6.3.6.6). This chapter also highlights the contrast between the literature suggesting that mitigation might increase the rural-urban gap and deteriorate the living standards of large sections of the population in developing countries, and the SD literature stating that policy and measures aligned to 'development' and

'climate' objectives can deliver substantial co-benefits (Box 6.2). Section 6.5.2 discusses underlying factors that enable or prevent mitigation. Section 6.6.1 summarizes Chapters 7–12 information on co-benefits and adverse side-effects, while 6.6.2 attempts to link transformation pathway studies with other key development priorities, including air pollution and health (6.6.2.1), energy security (6.6.2.2), energy access (6.6.2.3), employment (6.6.2.4), biodiversity (6.6.2.5), water use (6.6.2.6). Section 6.6.2.7 reviews scenario studies analyzing the interactions between mitigation, air quality, and energy security objectives.

Chapter 7 reviews the literature on the co-benefits, risks, and spillovers of mitigation in the energy sector, with emphasis on employment, energy security and energy access (7.9.1), and health and environmental issues (7.9.2). It also puts energy mitigation options into a broader development context, notably by examining how special mechanisms such as microfinance can help lifting rural populations out of the energy poverty trap and increase the deployment of low carbon energy technologies (7.10.2). It stresses that poverty itself is shaping energy systems in Least Developed Countries (LDCs) and creating obstacles (e.g., legal barriers, or vandalism, in informal settlements) to the distribution of electricity (7.10.3). It also highlights the implications of the long life duration of energy supply fixed capital stock (7.10.5).

Chapter 8 emphasizes the importance of the transport sector both for human development and for mitigation (8.1.1). There are many potential co-benefits associated with mitigation actions in the transport sector, with respect to equitable mobility access, health and local air pollution, traffic congestion, energy security, and road safety (8.7.1). It is, however, difficult to assess the social value of such benefits, and there are risks and uncertainties (8.7.2). The chapter analyzes the special uncertainties and concerns of developing countries, where efforts are made to develop or improve institutional effectiveness to support integrated planning (involving transportation, land use, energy, agriculture and public health authorities) that uses transportation as a driver for developing economic and social resilience (8.9.2). Finally, Chapter 8 mentions the concerns with market-based policies having differential impacts across population groups (8.10.1).

Chapter 9 lists the co-benefits and adverse side-effects associated with buildings, notably in terms of employment (9.7.2.1), energy security (9.7.2.2), fuel poverty alleviation (9.7.2.5), and health (9.7.3.1 and 9.7.3.2). Detailed analysis is also conducted on path dependence and lock-in effects associated with the building stock (9.4.2) and with financing issues, as they relate to the particular situations of developing countries (9.10.4).

Chapter 10 discusses the co-benefits and adverse side-effects associated with mitigation actions in the industry sector, focusing mostly on macroeconomic and health benefits (10.8.1). The chapter also focuses on employment impacts of eco-innovation and investment, noting that substantial impacts require job support mechanisms, and that the distributional effects of these policies and across different countries remain unclear (10.10.2).

Chapter 11 frames the discussion of mitigation options in the Agriculture, Forestry, and Other Land Use (AFOLU) sector within a systemic development context (11.4.1). It thoroughly examines the socio-economic impacts of changes in land use (11.7.1). Increasing land rents and food prices due to a reduction in land availability for agriculture, and increasing inequity and land conflicts are serious concerns (11.7.1). Special care for small holders and equity issues, including gender, should accompany mitigation projects (Box 11.6). Bioenergy deployment can have strong distributional impacts, mediated by global market dynamics, including policy regulations and incentives, the production model and deployment scale, and place-specific factors such as land tenure security, labour and financial capabilities. It can raise and diversify farm incomes and increase rural employment, but can also cause smallholders, tenants and herders to lose access to productive land, while other social groups such as workers, investors, company owners, biofuels consumers, would benefit (bioenergy appendix).

Chapter 12 naturally adopts a systemic perspective in dealing with human settlements (12.1, 12.4, 12.5.1), and discusses procedural equity issues in the context of city governance (12.6). It notes that a high-density city, depending heavily upon land-based public-private financing, faces issues of real estate speculation and housing affordability (12.6.2). Adapted tax policies can help integrate market incentives with policy objectives such as sustainable transit financing, affordable housing, and environmental protection. Section 12.8 focuses more specifically on the co-benefits of mitigation options in human settlements, notably in terms of improved health, but also regarding quality of life (noise, urban heat island effect) and energy security and efficiency.

Chapter 13 provides a detailed examination of various international agreements and mechanisms through the lens of distributional impacts, noting the complex interaction between equity and participation in voluntary cooperation processes (13.2). The chapter discusses the distributional impacts of the Kyoto Protocol as well as various proposals for multilateral systems (global permit market, global tax, technology-oriented schemes) (13.13), linkages (13.7.2), and more decentralized initiatives such as trade sanctions (13.8) and geo-engineering (13.4.4). Chapter 13 further discusses advantages and limitations of linking negotiations on mitigation and negotiations on other development objectives (13.3.3). Links with policies and institutions related to other development goals are not discussed, except for relationships between mitigation and international trade regulation (13.8). Finally, human rights and rights of nature are discussed in so far as they might support legal challenges to greenhouse gases emissions (13.5.2.2).

Chapter 14 firmly embeds its analysis of climate policies at the regional level within the context of possible development paths, highlighting significant regional differences (14.1.2, 14.1.3). Given heterogeneity of capacities between countries, it argues that regional cooperation on climate change can help to foster mitigation that considers distributional aspects. In particular, high inequalities in poor regions raise difficult distributional questions regarding the costs and benefits of mitigation policies (14.1.3). Mitigation opportunities are discussed in the context of the broader development objectives, with regard to energy access (14.3.2), urbanization (14.3.3), consumption patterns (14.3.4), agriculture and land-use (14.3.5), and technological development (14.3.6). Relationships between mitigation options and regional trade agreements—not a development objective per se but an instrument for achieving economic growth—are also examined (14.4.2). Finally, Chapter 14 examines the geographical concentration of CDM projects (14.3.7).

In analyzing policies at the national and subnational level, Chapter 15 provides a detailed analysis of the relationships between climate change mitigation and other development goals. While it notes the practical importance of co-benefits in the design of climate policies (15.2.4), it also shows that certain measures set up with primarily other development objectives have important implications for climate change mitigation, either directly in terms of emission reductions, or indirectly in terms of provision of public goods necessary for mitigation policies to be effective (15.3.4, 15.5.2, 15.5.6). In addition, the chapter highlights the importance of designing policy packages that jointly address different development objectives, and discusses in depth the opportunities but also the difficulties of such association (15.7.2, 15.11). Chapter 15 insists on the fact that whether a policy is adopted or not, and what outcome it finally has strongly depends on local circumstances (notably institutions), and on the process by which the decision is made (15.8.2, 15.9). Finally, this chapter notes that while the distributional incidence of taxes has been studied quite extensively, much less is known about the distributional incidence of other policies (15.13).

Availability of resources for investment is critical for supporting any development path. The literature reviewed in Chapter 16 notes that there are barriers to investment in many countries, not specific to mitigation—although mitigation activities have specific characteristics (size, perceived risks, etc.) that make their financing even more difficult (16.8). However, Chapter 16 notes that the literature on financing remains limited, and focuses quite narrowly on energy mitigation policies. There is very little evaluation, both at the micro and macro level, of how investment flows in other sectors (such as transportation or housing), could be redirected in relation with mitigation.

## 4.9    Gaps in knowledge and data

The current literature and data in the area of sustainable development and equity has gaps that could be better addressed. The points below highlight questions and connections that may serve as openings for future research.

- The relationship between countries' human capital levels and their national and international engagement in climate change policy would benefit from additional studies.

- There are many open questions about how developing countries can best pull together the resources and capabilities to achieve SD and mitigation objectives and how to leverage international cooperation to support this process.

- Not much is known about the desirability and feasibility of various economic and policy frameworks for the compensation of foregone benefits from exploiting fossil fuels in resource-rich countries.

- In the efforts made toward an evaluation of funding necessary to implement UNFCCC mitigation and adaptation activities, harmonized and clear methodologies and processes are still missing as a basis for accurate estimates.

- It is still difficult to assess the unrealized potential for reducing the environmental impact of economic activity and to understand how this potential can be realized.

- For technology transitions, knowledge remains insufficient for a comparative assessment of alternative innovation and diffusion systems and an assessment of the interplay between property rights, markets and government action, taking account of local circumstances and constraints.

- The relative importance in a SD transition of changes in values, as opposed to standard economic instruments influencing behaviours and economic activity, remains hard to assess.

- Not much is known about the relative potential of frugality (lifestyles and consumption patterns involving lower expenditures on goods and services) versus ecologically-conscious behaviour (lifestyles and consumption patterns involving fewer material resources and less environmental harm without necessarily reducing expenditure) for promoting SD and equity.

- The non-economic motivations for climate-friendly behaviours are not well understood, particularly with regard to the respective role of social considerations or values (e.g. universalism regarding fellow human beings) versus ecological considerations (universalism regarding the environment), and the extent to which these drivers can be separated.

- The predictive power of values regarding ecologically conscious consumer behaviour is often low, typically less than 20%, due to a range of factors operating at different levels. The causes of this 'value-action gap' regarding, especially, behaviours that increase or limit GHG emissions are not well understood.

- The measurement of well-being, for the purpose of public policy, remains a controversial field, which suggests a need to further explore the potential uses of subjective data, and also seek ways to improve the quality of data on well-being.

- The empirical economic models used in the context of climate policy could substantially improve by integrating transition issues (short-medium term) into long-term analysis, and also by adopting a sequential structure compatible with the resolution of uncertainty over time.

- The current methodologies for the construction of scenarios do not yet deliver sufficiently detailed and sufficiently long-term data in order to assess development paths at the bar of sustainability and equity. The studies of SD impacts of sectoral measures in terms of co-benefits are seldom integrated into a comprehensive assessment of sustainability of the general development path.

- A better understanding of the distributional impacts of prospective climate policies would provide guidance for designing equitable policies, and insight into the present political economic landscape wherein some actors support climate action and others oppose it.

## 4.10   Frequently Asked Questions

### FAQ 4.1   Why does the IPCC need to think about sustainable development?

Climate change is one among many (some of them longstanding) threats to SD, such as the depletion of natural resources, pollution hazards, inequalities, or geopolitical tensions. As policymakers are concerned with the broader issues of SD, it is important to reflect on how climate risks and policies fit in the general outlook. This report studies the interdependence between policy objectives via the analysis of co-benefits and adverse side-effects. More broadly, it examines how climate policy can be conceived as a component of the transition of nations toward SD pathways (Sections 4.2, 4.6, 4.8). Many factors determine the development pathway. Among the main factors that can be influenced by policy decisions, one can list governance, human and social capital, technology, and finance. Population size, behaviours and values are also important factors. Managing the transition toward SD also requires taking account of path dependence and potential favourable or unfavourable lock-ins (e.g., via infrastructures), and attention to the political economy in which all of these factors are embedded (Sections 4.3, 4.4, 4.5).

**FAQ 4.2   The IPCC and UNFCCC focus primarily on GHG emissions within countries. How can we properly account for all emissions related to consumption activities, even if these emissions occur in other countries?**

For any given country, it is possible to compute the emissions embodied in its consumption or those emitted in its productive sector. The consumption-based framework for GHG emission accounting allocates the emissions released during the production and distribution (i.e., along the supply chain) of goods and services to the final consumer and the nation (or another territorial unit) in which they resides, irrespective of the geographical origin of these products. The territorial or production-based framework allocates the emissions physically produced within a nation's territorial boundary to that nation. The difference in emissions inventories calculated based on the two frameworks are the emissions embodied in trade. Consumption-based emissions are more strongly associated with GDP than are territorial emissions. This is because wealthier countries satisfy a higher share of their final consumption of products through net imports compared to poorer countries. (Section 4.4)

**FAQ 4.3   What kind of consumption has the greatest environmental impact?**

The relationship between consumer behaviours and their associated environmental impacts is well understood. Generally, higher consumption lifestyles have greater environmental impact, which connects distributive equity issues with the environment. Beyond that, research has shown that food accounts for the largest share of consumption-based GHG emissions (carbon footprints) with nearly 20 % of the global carbon footprint, followed by housing, mobility, services, manufactured products, and construction. Food and services are more important in poor countries, while mobility and manufactured goods account for the highest carbon footprints in rich countries. (Section 4.4)

**FAQ 4.4   Why is equity relevant in climate negotiations?**

The international climate negotiations under the UNFCCC are working toward a collective global response to the common threat of climate change. As with any cooperative undertaking, the total required effort will be allocated in some way among countries, including both domestic action and international financial support. At least three lines of reasoning have been put forward to explain the relevance of equity in allocating this effort: (1) a *moral* justification that draws upon widely applied ethical principles, (2) a *legal* justification that appeals to existing treaty commitments and soft law agreements to cooperate on the basis of stated equity principles, and (3) an *effectiveness* justification that argues that an international collective arrangement that is perceived to be fair has greater legitimacy and is more likely to be internationally agreed and domestically implemented, reducing the risks of defection and a cooperative collapse. (Sections 4.2, 4.6)

# References

**Adger W.N. (2003).** Social capital, collective action, and adaptation to climate change. *Economic Geography* **79**, 387–404. ISSN: 0013–0095.

**Adger W.N. (2006).** *Fairness in Adaptation to Climate Change.* MIT Press, 337 pp. ISBN: 9780262012270.

**Adger W.N., K. Brown, D.R. Nelson, F. Berkes, H. Eakin, C. Folke, K. Galvin, L. Gunderson, M. Goulden, K. O'Brien, J. Ruitenbeek, and E.L. Tompkins (2011).** Resilience implications of policy responses to climate change. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 757–766. doi: 10.1002/wcc.133, ISSN: 17577799.

**Adger W.N., and A. Jordan (2009).** Sustainability: exploring the processes and outcomes of governance. In: *Governing Sustainability.* Cambridge University Press, Cambridge, pp. 3–31. ISBN: 9780521732437.

**Adger W.N., I. Lorenzoni, and K. O'Brien (2009).** *Adapting to Climate Change. Thresholds, Values, Governance.* Cambridge University Press, Cambridge (GBR), 514 pp. ISBN: 9780521764858.

**Adler M. (2011).** *Well-Being and Fair Distribution : Beyond Cost-Benefit Analysis.* Oxford University Press, New York, ISBN: 9780195384994.

**AEIC (2010).** *A Business Plan for Americas Energy Future.* American Energy Innovation Council.

**Agarwal A., and S. Narain (1991).** Global Warming in an Unequal World: A Case of Environmental Colonialism. Centre for Science and the Environment.

**Agyeman J., and B. Evans (2004).** "Just sustainability": the emerging discourse of environmental justice in Britain? *Geographical Journal* **170**, 155–164. doi: 10.1 111/j.0016–7398.2004.00117.x, ISSN: 1475–4959.

**Ahuvia A.C., and D.C. Friedman (1998).** Income, Consumption, and Subjective Well-Being: Toward a Composite Macromarketing Model. *Journal of Macromarketing* **18**, 153 –168. doi: 10.1177/0276146798018000207.

**Aitken M. (2012).** Changing climate, changing democracy: a cautionary tale. *Environmental Politics* **21**, 211–229.

**Akimoto K., F. Sano, A. Hayashi, T. Homma, J. Oda, K. Wada, M. Nagashima, K. Tokushige, and T. Tomoda (2012).** Consistent assessments of pathways toward sustainable development and climate stabilization. *Natural Resources Forum*, n/a–n/a. doi: 10.1111/j.1477–8947.2012.01460.x, ISSN: 1477–8947.

**Akyüz Y. (2012).** *Key Issues in the Organisation of and Government Intervention in Finance to Developing Countries: Lessons from Recent Experiences, South Centre Policy Brief Number 14.* Available at: http://www.southcentre.int/wp-content/uploads/2013/06/PB14_National-Financial-Policy_EN.pdf.

**Alkire S. (2010).** *Human Development: Definitions, Critiques, and Related Concepts.* UNDP. Available at: http://hdr.undp.org/sites/default/files/hdrp_2010_01.pdf.

**Altieri M.A., and C.I. Nicholls (2013).** The adaptation and mitigation potential of traditional agriculture in a changing climate. 1 pp. Available at: http://download.springer.com/static/pdf/926/art%253A10.1007%252Fs10584–013–0909-y.pdf?auth66=1391853737_3541d2d72e48128788ea7ac7e3e49b46&ext=.pdf.

**Aminzadeh S.C. (2006).** Moral Imperative: The Human Rights Implications of Climate Change, A. *Hastings International and Comparative Law Review* **30**, 231. Available at: http://heinonline.org/HOL/Page?handle=hein.journals/hasint30&id=243&div=&collection=journals.

**Andreassen B.A., and S.P. Marks** (eds.) **(2007).** *Development As a Human Right: Legal, Political, and Economic Dimensions.* FXB Center for Health and Human Rights, 350 pp. ISBN: 0674021215.

**Anthoff D., C. Hepburn, and R.S.J. Tol (2009).** Equity weighting and the marginal damage costs of climate change. *Ecological Economics* **68**, 836–849. doi: 10.1016/j.ecolecon.2008.06.017, ISSN: 09218009.

**Arbuckle Jr. J.G., L.W. Morton, and J. Hobbs (2013).** Farmer beliefs and concerns about climate change and attitudes toward adaptation and mitigation: Evidence from Iowa. *Climatic Change* **118**, 551–563. doi: 10.1007/s10584–013–0700–0, ISSN: 01650009.

**Armitage D., F. Berkes, A. Dale, E. Kocho-Schellenberg, and E. Patton (2011).** Co-management and the co-production of knowledge: Learning to adapt in Canada's Arctic. *Global Environmental Change* **21**, 995–1004. doi: 10.1016/j.gloenvcha.2011.04.006, ISSN: 0959–3780.

**Aronsson T., P.-O. Johansson, and K.-G. Löfgren (1997).** *Welfare Measurement, Sustainability, and Green National Accounting : A Growth Theoretical Approach.* Edward Elgar Pub., Cheltenham UK ;Brookfield Vt. US, ISBN: 9781858984858.

**Arrow K.J., P. Dasgupta, L.H. Goulder, K.J. Mumford, and K. Oleson (2012).** Sustainability and the measurement of wealth. *Environment and Development Economics* **17**, 317–353. doi: 10.1017/S1355770X12000137.

**Arrow K.J., William R. Cline, Karl-Goran Mäler, Mohan Munasinghe, R. Squitieri, and Joseph E. Stiglitz (1996).** Intertemporal Equity, Discounting, and Economic Efficiency. In: *Climate Change 1995: Economic and Social Dimensions of Climate Change. Contribution of Working Group III to the Second Assessment Report of the Intergovernmental Panel on Climate Change [J.P. Bruce, H. Lee, E.F. Haites (eds.)].* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 125–144. Available at: http://www.ipcc.ch/ipccreports/sar/wg_III/ipcc_sar_wg_III_full_report.pdf.

**Arthur W.B. (1989).** Competing Technologies, Increasing Returns, and Lock-In by Historical Events. *The Economic Journal* **99**, 116–131. ISSN: 00130133.

**Asheim G. (2007).** *Justifying, Characterizing, and Indicating Sustainability.* Springer, Dordrecht, the Netherlands, 269 pp. ISBN: 9781402061998.

**Asheim G.B., W. Buchholz, and B. Tungodden (2001).** Justifying Sustainability. *Journal of Environmental Economics and Management* **41**, 252–268. doi: 10.1006/jeem.2000.1137, ISSN: 0095–0696.

**Asheim G., T. Mitra, and B. Tungodden (2012).** Sustainable recursive social welfare functions. *Economic Theory* **49**, 267–292.

**Assadourian E. (2010).** Transforming Cultures: From Consumerism to Sustainability. *Journal of Macromarketing* **30**, 186 –191. doi: 10.1177/0276146710361932.

**Atkinson A.B. (1970).** On the measurement of inequality. *Journal of Economic Theory* **2**, 244–263.

**Attfield R.** (Ed.) **(2008).** *The Ethics of the Environment.* Ashgate, Farnham, England ; Burlington, VT, 620 pp. ISBN: 9780754627869.

**Ayres R.U., and E.H. Ayres (2009).** *Crossing the Energy Divide: Moving from Fossil Fuel Dependence to a Clean-Energy Future.* Wharton School Publishing, Upper Saddle River, NJ, USA, 254 pp. ISBN: 9780137039012.

**Baer P. (2006).** Adaptation: Who Pays Whom? In: *Fairness in Adaptation to Climate Change.* W.N. Adger, (ed.), MIT Press, Cambridge, MA; London, UK ISBN: 9780262012270.

**Baer P. (2013).** Who should pay for climate change? "Not me." *Chicago Journal of International Law* **13**, 508–523.

**Baer P., T. Athanasiou, S. Kartha, and E. Kemp-Benedict (2010).** Greenhouse Development Rights: A Framework for Climate Protection that is "More Fair" than Equal per Capita Emissions Rights. In: *Climate Ethics: Essential Readings.* S.M. Gardiner, S. Caney, D. Jamieson, H. Shue, (eds.), Oxford University Press, New York, pp. 215–230. ISBN: 9780195399622.

**Baer P., S. Kartha, T. Athanasiou, and E. Kemp-Benedict (2009).** The Green-house Development Rights Framework: Drawing Attention to Inequality within Nations in the Global Climate Policy Debate. *Development and Change* **40**, 1121–1138. doi: 10.1111/j.1467–7660.2009.01614.x, ISSN: 1467–7660.

**Bakam I., B.B. Balana, and R. Matthews (2012).** Cost-effectiveness analysis of policy instruments for greenhouse gas emission mitigation in the agricultural sector. *Journal of Environmental Management* **112**, 33–44. doi: 10.1016/j.jenv-man.2012.07.001, ISSN: 0301–4797.

**Balsiger J., and B Debarbieux (2011).** Major challenges in regional environmental governance research and practice. *Procedia—Social and Behavioral Sciences* **14**, 1–8. doi: 10.1016/j.sbspro.2011.03.010, ISSN: 1877–0428.

**Bamberg S., and G. Möser (2007).** Twenty years after Hines, Hungerford, and Tomera: A new meta-analysis of psycho-social determinants of pro-environmental behaviour. *Journal of Environmental Psychology* **27**, 14–25. doi: 10.1016/j.jenvp.2006.12.002, ISSN: 0272–4944.

**Banai A., M. Ronzoni, and C. Schemmel (2011).** *Social Justice, Global Dynamics. Theoretical and Empirical Perspectives.* Routledge, Oxon, 238 pp. ISBN: 978–0415575690.

**Bankoff G., G. Frerks, and D. Hilhorst (2004).** *Mapping Vulnerability. Disastres, Development & People.* Earthscan, London, 236 pp. ISBN: 1853839647.

**Banuri T. (2009).** Climate change and sustainable development. *Natural Resources Forum* **33**, 257–258. doi: 10.1111/j.1477–8947.2009.01270.x, ISSN: 01650203.

**Barbier E. (2011).** The policy challenges for green economy and sustainable economic development. *Natural Resources Forum* **35**, 233–245. doi: 10.1111/j.1477–8947.2011.01397.x, ISSN: 01650203.

**De Barcellos M.D., A. Krystallis, M.S. de Melo Saab, J.O. Kügler, and K.G. Grunert (2011).** Investigating the gap between citizens' sustainability attitudes and food purchasing behaviour: empirical evidence from Brazilian pork consumers. *International Journal of Consumer Studies* **35**, 391–402. doi: 10.1111/j.1470–6431.2010.00978.x, ISSN: 1470–6431.

**Bark R.H., D.E. Garrick, C.J. Robinson, and S. Jackson (2012).** Adaptive basin governance and the prospects for meeting Indigenous water claims. *Environmental Science & Policy* **19–20**, 169–177. doi: 10.1016/j.envsci.2012.03.005, ISSN: 1462–9011.

**Barker T., and S. Serban Scrieciu (2010).** Modeling Low Climate Stabilization with E3MG: Towards a "New Economics" Approach to Simulating Energy-Environment-Economy System Dynamics. *The Energy Journal* **31**, 137–164. doi: 10.5547/ISSN0195–6574-EJ-Vol31-NoSI-6, ISSN: 01956574.

**Barr S. (2006).** Environmental action in the home: Investigating the "value-action" gap. *Geography* **91**, 43–54. Available at: http://www.jstor.org/discover/10.2307/40574132?uid=2944120&uid=3737864&uid=2134&uid=2129&uid=2&uid=70&uid=3&uid=2927840&uid=67&uid=62&uid=5910216&sid=21103328704377.

**Barrett S. (2005).** *Environment And Statecraft: The Strategy of Environmental Treaty-Making.* Oxford University Press, 460 pp. ISBN: 9780199286096.

**Barton J.R. (2013).** Climate Change Adaptive Capacity in Santiago de Chile: Creating a Governance Regime for Sustainability Planning. *International Journal of Urban and Regional Research* **37**, 1865–2242. doi: 10.1111/1468–2427.12033.

**Baumgärtner S., and M.F. Quaas (2009).** Ecological-economic viability as a criterion of strong sustainability under uncertainty. *Ecological Economics* **68**, 2008–2020. doi: 10.1016/j.ecolecon.2009.01.016, ISSN: 09218009.

**Baumol W.J. (2002).** *The Free Market Innovation Machine: Analyzing the Growth Miracle of Capitalism.* Princeton University Press, New Jersey, NJ, USA, 348 pp. ISBN: 9780691096155.

**Bazilian M., P. Nussbaumer, E. Haites, M.I. Levi, M. Howells, and K.K. Yum-kella (2010).** Understanding the Scale of Investment for Universal Energy Access. *Geopolitics of Energy* **32**, 21–42.

**Bebbington A. (1999).** Capitals and capabilities: A framework for analyzing peasant viability, rural livelihoods and poverty. *World Development* **27**, 2021–2044. doi: 10.1016/S0305–750X(99)00104–7, ISSN: 0305–750X.

**Beg N., J.C. Morlot, O. Davidson, Y. Afrane-Okesse, L. Tyani, F. Denton, Y. Sokona, J.P. Thomas, E.L. La Rovere, J.K. Parikh, K. Parikh, and A. Atiq Rahman (2002).** Linkages between climate change and sustainable development. *Climate Policy* **2**, 129–144. doi: 10.1016/S1469–3062(02)00028–1, ISSN: 1469–3062.

**Bejan A. (2002).** Fundamentals of exergy analysis, entropy generation minimization, and the generation of flow architecture. *International Journal of Energy Research* **26**, 0–43. doi: 10.1002/er.804, ISSN: 1099–114X.

**Bell R., S. Taylor, and M. Marmot (2010).** Global Health Governance: Commission on Social Determinants of Health and the Imperative for Change. *The Journal of Law, Medicine & Ethics* **38**, 470–485. doi: 10.1111/j.1748–720X.2010.00506.x, ISSN: 1748–720X.

**Benveniste E., and G.W. Downs (2007).** The Empire's New Clothes: Political Economy and the Fragmentation of International Law. *Stanford Law Review* **60**, 595–631. Available at: http://papers.ssrn.com/abstract=976930.

**Bergek A., S. Jacobsson, B. Carlsson, S. Lindmark, and A. Rickne (2008).** Analyzing the functional dynamics of technological innovation systems: A scheme of analysis. *Research Policy* **37**, 407–429. doi: 10.1016/j.respol.2007.12.003, ISSN: 0048–7333.

**Berkhout F. (2012).** Adaptation to climate change by organizations. *Wiley Interdisciplinary Reviews: Climate Change* **3**, 91–106. doi: 10.1002/wcc.154, ISSN: 17577780.

**Bhander G.S., M. Hauschild, and T. McAloone (2003).** Implementing life cycle assessment in product development. *Environmental Progress* **22**, 255–267. doi: 10.1002/ep.670220414, ISSN: 1547–5921.

**Biermann F. (2007).** "Earth system governance" as a crosscutting theme of global change research. *Global Environmental Change-Human and Policy Dimensions* **17**, 326–337. doi: 10.1016/j.gloenvcha.2006.11.010, ISSN: 0959–3780.

**Biermann F., K. Abbott, S. Andresen, K. Backstrand, S. Bernstein, M.M. Betsill, H. Bulkeley, B. Cashore, J. Clapp, C. Folke, A. Gupta, J. Gupta, P.M. Haas, A. Jordan, N. Kanie, T. Kluvankova-Oravska, L. Lebel, D. Liverman, J. Meadowcroft, R.B. Mitchell, P. Newell, S. Oberthur, L. Olsson, P. Pattberg, R. Sanchez-Rodriguez, H. Schroeder, A. Underdal, S. Camargo Vieira, C. Vogel, O.R. Young, A. Brock, and R. Zondervan (2012).** Navigating the Anthropocene: Improving Earth System Governance. *Science* **335**, 1306–1307. doi: 10.1126/science.1217255, ISSN: 0036–8075.

**Biermann F., M.M. Betsill, J. Gupta, N. Kanie, L. Lebel, D. Liverman, H. Schroeder, and B. Siebenhüner (2009).** *Earth System Governance: People, Places and the Planet. Science and Implementation Plan of the Earth System Governance Project. Earth System Governance Report 1, IHDP Report 20.* International Human Dimensions Programme, Bonn.

**Biesbroek G.R., R.J. Swart, and W.G.M. van der Knaap (2009).** The mitigation–adaptation dichotomy and the role of spatial planning. *Habitat International* **33**, 230–237. doi: 10.1016/j.habitatint.2008.10.001, ISSN: 0197–3975.

**Bizikova L., J. Robinson, and S. Cohen (2007).** Linking climate change and sustainable development at the local level. *Climate Policy* **7**, 271–277.

**Bjorvatn K., M.R. Farzanegan, and F. Schneider (2012).** Resource Curse and Power Balance: Evidence from Oil-Rich Countries. *World Development* **40**, 1308–1316. doi: 10.1016/j.worlddev.2012.03.003, ISSN: 0305–750X.

**Black I. (2010).** Sustainability through anti-consumption. *Journal of Consumer Behaviour* **9**, 403–411. doi: 10.1002/cb.340, ISSN: 1479–1838.

**Blalock G., and P.J. Gertler (2009).** How firm capabilities affect who benefits from foreign technology. *Journal of Development Economics* **90**, 192–199. doi: 10.1016/j.jdeveco.2008.11.011, ISSN: 0304–3878.

**Le Blanc D. (2010).** Sustainable consumption and production: Policy efforts and challenges. *Natural Resources Forum* **34**, 1–3. doi: 10.1111/j.1477–8947.2010 .01292.x, ISSN: 1477–8947.

**Bloom D.E. (2011).** Seven billion and counting. *Science* **333**, 562–569.

**Bloom D.E., and D. Canning (2000).** Public health—The health and wealth of nations. *Science* **287**, 1207–+. doi: 10.1126/science.287.5456.1207, ISSN: 0036–8075.

**Von Blottnitz H., and M.A. Curran (2007).** A review of assessments conducted on bio-ethanol as a transportation fuel from a net energy, greenhouse gas, and environmental life cycle perspective. *Journal of Cleaner Production* **15**, 607–619. doi: 10.1016/j.jclepro.2006.03.002, ISSN: 0959–6526.

**Bodansky D. (2010).** *Climate Change and Human Rights: Unpacking the Issues.* Social Science Research Network, Rochester, NY. Available at: http://papers. ssrn.com/abstract=1581555.

**Bode S. (2004).** Equal emissions per capita over time—a proposal to combine responsibility and equity of rights for post-2012 GHG emission entitlement allocation. *European Environment* **14**, 300–316. doi: 10.1002/eet.359, ISSN: 1099–0976.

**Böhm S., M.C. Misoczky, and S. Moog (2012).** Greening Capitalism? A Marxist Critique of Carbon Markets. *Organization Studies* **33**, 1617–1638. doi: 10.1177/0170840612463326, ISSN: 0170–8406, 1741–3044.

**Bolwig S., and P. Gibbon (2010).** Counting Carbon in The Marketplace: Part 1—Overview Paper. In: *Counting Carbon in the Market Place.* OECD, Paris Available at: http://www.oecd.org/dataoecd/29/40/42886201.pdf.

**Bolwig S., P. Gibbon, and S. Jones (2009).** The Economics of Smallholder Organic Contract Farming in Tropical Africa. *World Development* **37**, 1094–1104. doi: 10.1016/j.worlddev.2008.09.012, ISSN: 0305–750X.

**Bolwig S., S. Ponte, A. Du Toit, L. Riisgaard, and N. Halberg (2010).** Integrating Poverty and Environmental Concerns into Value-Chain Analysis: A Conceptual Framework. *Development Policy Review* **28**, 173–194. doi: 10.1111/j.1467–76 79.2010.00480.x, ISSN: 1467–7679.

**Bolwig S., L. Riisgaard, P. Gibbon, and S. Ponte (2013).** Challenges of Agro-Food Standards Conformity: Lessons from East Africa and Policy Implications. *European Journal of Development Research* **25**, 408–427. doi: 10.1057/ejdr.2013.8, ISSN: 0957–8811.

**Bongaarts J. (2009).** Human population growth and the demographic transition. *Philosophical Transactions of the Royal Society B-Biological Sciences* **364**, 2985–2990. doi: 10.1098/rstb.2009.0137, ISSN: 0962–8436.

**Bongaarts J., and S. Sinding (2011).** Population Policy in Transition in the Developing World. *Science* **333**, 574–576. doi: 10.1126/science.1207558, ISSN: 0036–8075.

**Bonvillian W.B., and C. Weiss (2009).** Stimulating Innovation in Energy Technology. *Issues in Science and Technology* **26**, 51–56. ISSN: 0748–5492.

**Botzen W.J.W., J.M. Gowdy, and J.C.J.M. van den Bergh (2008).** Cumulative $CO_2$ emissions: shifting international responsibilities for climate debt. *Climate Policy* **8**, 569–576. doi: 10.3763/cpol.2008.0539.

**Bowen K.J., K. Ebi, and S. Friel (2013).** Climate change adaptation and mitigation: next steps for cross-sectoral action to protect global health. **18**, 1–8. doi: 10.1007/s11027–013–9458-y, ISSN: 1573–1596.

**Bowen K.J., and S. Friel (2012).** Climate change adaptation: Where does global health fit in the agenda? *Globalization and Health* **8**, 10. doi: 10.1186/1744–8603–8-10, ISSN: 1744–8603.

**Bowen K.J., S. Friel, K. Ebi, C.D. Butler, F. Miller, and A.J. McMichael (2011).** Governing for a Healthy Population: Towards an Understanding of How Decision-Making Will Determine Our Global Health in a Changing Climate. *International Journal of Environmental Research and Public Health* **9**, 55–72. doi: 10.3390/ijerph9010055, ISSN: 1660–4601.

**Bows A., and J. Barrett (2010).** Cumulative emission scenarios using a consumption-based approach: a glimmer of hope? *Carbon Management* **1**, 161–175. doi: 10.4155/cmt.10.11, ISSN: 1758–3004.

**Boyd E., N. Hultman, J.T. Roberts, E. Corbera, J. Cole, A. Bozmoski, J. Ebeling, R. Tippman, P. Mann, K. Brown, and D.M. Liverman (2009).** Reforming the CDM for sustainable development: lessons learned and policy futures. *Environmental Science & Policy* **12**, 820–831. doi: 10.1016/j.envsci.2009.06.007, ISSN: 1462–9011.

**Brenton P., G. Edwards-Jones, and M.F. Jensen (2009).** Carbon Labelling and Low-income Country Exports: A Review of the Development Issues. *Development Policy Review* **27**, 243–267. doi: 10.1111/j.1467–7679.2009.00445.x, ISSN: 1467–7679.

**Bretschger L. (2005).** Economics of technological change and the natural environment: How effective are innovations as a remedy for resource scarcity? *Ecological Economics* **54**, 148–163. doi: 10.1016/j.ecolecon.2004.12.026, ISSN: 0921–8009.

**Bridger J.C., and A.E. Luloff (2001).** Building the Sustainable Community: Is Social Capital the Answer? *Sociological Inquiry* **71**, 458–472. doi: 10.1111/j.1475–682X.2001.tb01127.x, ISSN: 1475–682X.

**Brown K. (2009).** Human development and environmental governance: a reality check. In: *Governing Sustainability.* Cambridge University Press, Cambridge, pp. 32–52. ISBN: 9780521732437.

**Brulle R.J., and L.E. Young (2007).** Advertising, Individual Consumption Levels, and the Natural Environment, 1900–2000. *Sociological Inquiry* **77**, 522–542. doi: 10.1111/j.1475–682X.2007.00208.x, ISSN: 1475–682X.

**Brunner R., and A. Lynch (2010).** *Adaptive Governance and Climate Change.* American Meteorological Society, Boston, Mass., xix, 404 pp. ISBN: 9781878220974.

**Bryan E., C. Ringler, B. Okoba, J. Koo, M. Herrero, and S. Silvestri (2012).** Can agriculture support climate change adaptation, greenhouse gas mitigation and rural livelihoods? Insights from Kenya. *Climatic Change* **118**, 151–165. doi: 10. 1007/s10584–012–0640–0, ISSN: 0165–0009, 1573–1480.

**Bryan E., C. Ringler, B. Okoba, C. Roncoli, S. Silvestri, and M. Herrero (2013).** Adapting agriculture to climate change in Kenya: Household strategies and determinants. *Journal of Environmental Management* **114**, 26–35. doi: 10.1016/j.jenvman.2012.10.036, ISSN: 03014797.

**Buck S.J. (1998).** *The Global Commons: An Introduction.* Island Press, 225 pp. ISBN: 9781559635516.

**Bumpus A.G., and D.M. Liverman (2008).** Accumulation by decarbonization and the governance of carbon offsets. *Economic Geography* **84**, 127–155. ISSN: 0013–0095.

**Burch S., and J. Robinson (2007).** A framework for explaining the links between capacity and action in response to global climate change. *Climate Policy* **7**, 304–316.

**Camfield L., and S.M. Skevington (2008).** On Subjective Well-being and Quality of Life. *Journal of Health Psychology* **13**, 764 –775. doi: 10.1177/1359105308093860.

**Campbell E. (2011).** The agroecosystem role in climate change mitigation and adaptation. *Carbon Management* **2**, 501–503. doi: 10.4155/cmt.11.51, ISSN: 17583004.

**Caney S. (2005).** Cosmopolitan Justice, Responsibility, and Global Climate Change. *Leiden Journal of International Law* **18**, 747–775. ISSN: 09221565.

**Caney S. (2006).** Environmental Degradation, Reparations, and the Moral Significance of History. *Journal of Social Philosophy* **37**, 464–482. doi: 10.1111/j.146 7–9833.2006.00348.x, ISSN: 1467–9833.

**Caney S. (2009).** Justice and the distribution of greenhouse gas emissions. *Journal of Global Ethics* **5**, 125–146. doi: 10.1080/17449620903110300, ISSN: 1744–9626.

**Caney S. (2010).** Climate change and the duties of the advantaged. *Critical Review of International Social and Political Philosophy* **13**, 203–228. doi: 10.1080/13698230903326331, ISSN: 1369–8230.

**Cannon T., and D. Müller-Mahn (2010).** Vulnerability, resilience and development discourses in context of climate change. *Natural Hazards* **55**, 621–635. doi: 10. 1007/s11069–010–9499–4, ISSN: 0921–030X, 1573–0840.

**Cao J. (2008).** *Reconciling Human Development and Climate Protection: Perspectives from Developing Countries on Post-2012 International Climate Change Policy.* Belfer Center for Science and International Affairs, Kennedy School of Government, Harvard University, Cambridge, MA. Available at: http://belfer-center.ksg.harvard.edu/publication/18685/reconciiing_human_development_ and_climate_protection.html.

**Caole A.J., and E.M. Hoover (1958).** *Population Growth and Economic Development in Low Income Countries.* Princeton University Press, Princeton, 385 pp.

**Cass D. (1965).** Optimum Growth in an Aggregative Model of Capital Accumulation. *The Review of Economic Studies* **32**, 233–240. doi: 10.2307/2295827, ISSN: 0034–6527, 1467–937X.

**CASS/DRC Joint Project Team (2011).** Equitable access to sustainable development: Carbon budget account proposal. In: *Equitable access to sustainable development: Contribution to the body of scientific knowledge.* BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 35–58. Available at: http://www.erc.uct.ac.za/Basic_Experts_Paper.pdf.

**Chai A., and A. Moneta (2012).** Back to Engel? Some evidence for the hierarchy of needs. *Journal of Evolutionary Economics* **22**, 649–676. doi: 10.1007/s00191– 012–0283–3, ISSN: 0936–9937, 1432–1386.

**Chakravarty S., A. Chikkatur, H. de Coninck, S. Pacala, R. Socolow, and M. Tavoni (2009).** Sharing global $CO_2$ emission reductions among one billion high emitters. *Proceedings of the National Academy of Sciences* **106**, 11884–11888. doi: 10.1073/pnas.0905232106, ISSN: 0027–8424, 1091–6490.

**Chapin F.S., S.R. Carpenter, G.P. Kofinas, C. Folke, N. Abel, W.C. Clark, P. Olsson, D.M.S. Smith, B. Walker, O.R. Young, F. Berkes, R. Biggs, J.M. Grove, R.L. Naylor, E. Pinkerton, W. Steffen, and F.J. Swanson (2010).** Ecosystem stewardship: sustainability strategies for a rapidly changing planet. *Trends in Ecology & Evolution* **25**, 241–249. doi: 10.1016/j.tree.2009.10.008, ISSN: 0169–5347.

**Chertow M.R. (2007).** "Uncovering" Industrial Symbiosis. *Journal of Industrial Ecology* **11**, 11–30. doi: 10.1162/jiec.2007.1110, ISSN: 1530–9290.

**Chertow M.R., and D.R. Lombardi (2005).** Quantifying Economic and Environmental Benefits of Co-Located Firms. *Environmental Science and Technology* **39**, 6535–6541.

**Cherubini F., N.D. Bird, A. Cowie, G. Jungmeier, B. Schlamadinger, and S. Woess-Gallasch (2009).** Energy- and greenhouse gas-based LCA of biofuel and bioenergy systems: Key issues, ranges and recommendations. *Resources, Conservation and Recycling* **53**, 434–447. doi: 10.1016/j.resconrec.2009.03.013, ISSN: 0921–3449.

**Chotray V., and G. Stoker (2009).** *Governance Theory and Practice: A Cross-Disciplinary Approach.* Palgrave Macmillan, London.

**Clark D.A. (2009).** Capability approach. In: *The Elgar Companion to Development Studies.* Edward Elgar, pp. 32–44. ISBN: 9781843764755.

**Clark W.C., and N.M. Dickson (2003).** Sustainability science: The emerging research program. *Proceedings of the National Academy of Sciences* **100**, 8059–8061. doi: 10.1073/pnas.1231333100, ISSN: 0027–8424, 1091–6490.

**Clark A.E., P. Frijters, and M.A. Shields (2008).** Relative income, happiness, and utility: An explanation for the Easterlin paradox and other puzzles. *Journal of Economic Literature* **46**, 95–144.

**Cleveland M., and M. Laroche (2007).** Acculturaton to the global consumer culture: Scale development and research paradigm. *Journal of Business Research* **60**, 249–259. doi: 10.1016/j.jbusres.2006.11.006, ISSN: 0148–2963.

**Cline W.R. (1992).** *The Economics of Global Warming.* Institute for International Economics, Washington, DC.

**Clô S. (2010).** Grandfathering, auctioning and Carbon Leakage: Assessing the inconsistencies of the new ETS Directive. *Energy Policy* **38**, 2420–2430. doi: 10.1016/j.enpol.2009.12.035, ISSN: 0301–4215.

**Coase R.H. (1960).** The problem of social cost. *Journal of Law and Economics* **3**, 1–44. Available at: http://onlinelibrary.wiley.com/doi/10.1002/97804707521 35.ch1/summary.

**Colfer C.J.P. (2011).** Marginalized Forest Peoples' Perceptions of the Legitimacy of Governance: An Exploration. *World Development* **39**, 2147–2164. doi: 10.1016/j.worlddev.2011.04.012, ISSN: 0305–750X.

**Collier P., and B. Goderis (2012).** Commodity prices and growth: An empirical investigation. *European Economic Review* **56**, 1241–1260. doi: 10.1016/j.euroecorev.2012.04.002, ISSN: 0014–2921.

**Colombo M.G., and L. Grilli (2005).** Founders' human capital and the growth of new technology-based firms: A competence-based view. *Research Policy* **34**, 795–816. doi: 10.1016/j.respol.2005.03.010, ISSN: 0048–7333.

**Conway E.M., and N. Oreskes (2011).** *Merchants of Doubt: How a Handful of Scientists Obscured the Truth on Issues from Tobacco Smoke to Global Warming.* Bloomsbury Press, 457 pp. ISBN: 9781408828779.

**Corbera E. (2012).** Problematizing REDD+ as an experiment in payments for ecosystem services. *Current Opinion in Environmental Sustainability* **4**, 612–619. doi: 10.1016/j.cosust.2012.09.010, ISSN: 1877–3435.

**Corbera E., and H. Schroeder (2011).** Governing and implementing REDD+. *Environmental Science & Policy* **14**, 89–99. doi: 10.1016/j.envsci.2010.11.002, ISSN: 1462–9011.

**Corner A., D. Venables, A. Spence, W. Poortinga, C. Demski, and N. Pidgeon (2011).** Nuclear power, climate change and energy security: Exploring British public attitudes. *Energy Policy* **39**, 4823–4833. doi: 10.1016/j.enpol.2011.06.037, ISSN: 0301–4215.

**Correa C. (2011).** *The Role of Intellectual Property Rights in Global Economic Governance.* Initiative for Policy Dialogue Working Paper Series, Columbia University and UNDP.

**Corsten M., E. Worrell, M. Rouw, and A. van Duin (2013).** The potential contribution of sustainable waste management to energy use and greenhouse gas emission reduction in the Netherlands. *Resources, Conservation and Recycling* **77**, 13–21. doi: 10.1016/j.resconrec.2013.04.002, ISSN: 0921–3449.

**Cranston G.R., G.P. Hammond, and R.C. Johnson (2010).** Ecological Debt: Exploring the Factors that Affect National Footprints. *Journal of Environmental Policy & Planning* **12**, 121–140. doi: 10.1080/15239081003719193, ISSN: 1523–908X.

**Creyts J.C., and V.P. Carey (1999).** Use of extended exergy analysis to evaluate the environmental performance of machining processes. *Proceedings of the Institution of Mechanical Engineers, Part E: Journal of Process Mechanical Engineering* **213**, 247–264. doi: 10.1243/0954408991529861, ISSN: 0954–4089, 2041–3009.

**Crutzen P.J. (2006).** Albedo enhancement by stratospheric sulfur injections: A contribution to resolve a policy dilemma? *Climatic Change* **77**, 211–219. doi: 10.1007/s10584–006–9101-y, ISSN: 0165–0009.

**Csutora M. (2012).** One More Awareness Gap? The Behaviour–Impact Gap Problem. *Journal of Consumer Policy* **35**, 145–163. doi: 10.1007/s10603–012–918 7–8, ISSN: 0168–7034.

**Daly H.E. (1996).** *Beyond Growth: The Economics of Sustainable Environment.* Beacon Press, Boston, Mass., 264 pp. ISBN: 0807047090  9780807047095  0807047082  9780807047088.

**Dasgupta P. (1993).** *An Inquiry into Well-Being and Destitution.* Oxford University Press, Oxford,UK 680 pp.

**Dasgupta P., and K.-G. Mäler (2000).** Net national product, wealth, and social well-being. *Environment and Development Economics* **5**, 69–93. ISSN: 1469–4395.

**Davis S.J., and K. Caldeira (2010).** Consumption-based accounting of $CO_2$ emissions. *Proceedings of the National Academy of Sciences* **107**, 5687–5692.

**Deacon R. (2011).** The Political Economy of the Natural Resources Curse: A Survey of Theory and Evidence. *Foundations and Trends® in Microeconomics* **7**, 111–208. doi: 10.1561/0700000042, ISSN: 1547–9846, 1547–9854.

**Deaton A.S. (2008).** Income, Health, and Well-Being around the World: Evidence from the Gallup World Poll. *Journal of Economic Perspectives* **22**, 53–72.

**DeCanio S.J., and A. Fremstad (2010).** *Game Theory and Climate Diplomacy.* E3 Network, Portland, OR, USA. Available at: http://www.e3network.org/papers/Basic_Game_Anlaysis.pdf.

**Dechezleprêtre A., M. Glachant, and Y. Ménière (2009).** Technology transfer by CDM projects: A comparison of Brazil, China, India and Mexico. *Energy Policy* **37**, 703–711. doi: 10.1016/j.enpol.2008.10.007, ISSN: 0301–4215.

**Dellink R., M. den Elzen, H. Aiking, E. Bergsma, F. Berkhout, T. Dekker, and J. Gupta (2009).** Sharing the burden of financing adaptation to climate change. *Global Environmental Change* **19**, 411–421. doi: 10.1016/j.gloenvcha.2009.07.009, ISSN: 0959–3780.

**Delmas M.A., and N. Nairn-Birch (2011).** Is the tail wagging the dog? An empirical analysis of corporate carbon footprints and financial performance. Institute of the Environment and Sustainability, University of California. Available at: http://escholarship.org/uc/item/3k89n5b7.

**Denton F., and T. Wilbanks (2014).** Climate-Resilient Pathways: Adaptation, Mitigation, and Sustainable Development. In: *Climate Change 2014: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the IPCC Fifth Assessment Report.* Cambridge University Press, Cambridge, UK and New York, NY USA.

**Diaz H.L., R.D. Drumm, J. Ramirez-Johnson, and H. Oidjarv (2002).** Social capital, economic development and food security in Peru's mountain region. *International Social Work* **45**, 481–495. ISSN: 0020–8728.

**Diaz-Maurin F., and M. Giampietro (2013).** A "Grammar" for assessing the performance of power-supply systems: Comparing nuclear energy to fossil energy. *Energy* **49**, 162–177. doi: 10.1016/j.energy.2012.11.014, ISSN: 03605442.

**Dietz S., and E. Neumayer (2007).** Weak and strong sustainability in the SEEA: Concepts and measurement. *Ecological Economics* **61**, 617–626. doi: 10.1016/j.ecolecon.2006.09.007, ISSN: 09218009.

**Dietzenbacher E., and K. Mukhopadhyay (2007).** An Empirical Examination of the Pollution Haven Hypothesis for India: Towards a Green Leontief Paradox? *Environmental and Resource Economics* **36**, 427–449. doi: 10.1007/s10640–00 6–9036–9, ISSN: 0924–6460, 1573–1502.

**Dingwerth K., and P. Pattberg (2009).** World Politics and Organizational Fields: The Case of Transnational Sustainability Governance. *European Journal of International Relations* **15**, 707–743. doi: 10.1177/1354066109345056, ISSN: 1354–0661.

**Dinica V. (2009).** Biomass power: Exploring the diffusion challenges in Spain. *Renewable and Sustainable Energy Reviews* **13**, 1551–1559. doi: 10.1016/j.rser.2008.10.002, ISSN: 1364–0321.

**Dixit A.K., and J.E. Stiglitz (1977).** Monopolistic Competition and Optimum Product Diversity. *The American Economic Review* **67**, 297–308. ISSN: 0002–8282.

**Dobson A. (1991).** *The Green Reader: Essays toward a Sustainable Society.* Mercury House, San Francisco, 280 pp. ISBN: 1562790102.

**Dobson A. (2007).** Environmental citizenship: towards sustainable development. *Sustainable Development* **15**, 276–285. doi: 10.1002/sd.344, ISSN: 09680802, 10991719.

**Doh S., and C.L. McNeely (2012).** A multi-dimensional perspective on social capital and economic development: an exploratory analysis. *Annals of Regional Science* **49**, 821–843. doi: 10.1007/s00168–011–0449–1, ISSN: 0570–1864.

**Dore R. (2008).** Financialization of the global economy. *Industrial and Corporate Change* **17**, 1097–1112. doi: 10.1093/icc/dtn041, ISSN: 0960–6491, 1464–3650.

**Dosi G. (1982).** Technological paradigms and technological trajectories: A suggested interpretation of the determinants and directions of technical change. *Research Policy* **11**, 147–162. doi: 10.1016/0048–7333(82)90016–6, ISSN: 0048–7333.

**Dosi G., and R.R. Nelson (1994).** An introduction to evolutionary theories in economics. *Journal of Evolutionary Economics* **4**, 153–172. doi: 10.1007/BF01236366, ISSN: 0936–9937, 1432–1386.

**Dreyer L., M. Hauschild, and J. Schierbeck (2010).** Characterisation of social impacts in LCA. *The International Journal of Life Cycle Assessment* **15**, 247–259. doi: 10.1007/s11367–009–0148–7, ISSN: 0948–3349.

**Druckman A., and T. Jackson (2009).** The carbon footprint of UK households 1990–2004: A socio-economically disaggregated, quasi-multi-regional input–output model. *Ecological Economics* **68**, 2066–2077. doi: 10.1016/j.ecolecon.2009.01.013, ISSN: 0921–8009.

**Druckman A., and T. Jackson (2010).** The bare necessities: How much household carbon do we really need? *Ecological Economics* **69**, 1794–1804. doi: 10.1016/j.ecolecon.2010.04.018, ISSN: 0921–8009.

**Dryzek J.S., R.B. Norgaard, and D. Schlosberg (2011).** *The Oxford Handbook of Climate Change and Society.* Oxford University Press, 743 pp. ISBN: 9780199566600.

**Duflo E. (2001).** Schooling and labour market consequences of school construction in Indonesia. *American Economic Review* **91**, 795–813.

**Duflou J.R., K. Kellens, T. Devoldere, W. Deprez, and Wim Dewulf (2010).** Energy related environmental impact reduction opportunities in machine design: case study of a laser cutting machine. *International Journal of Sustainable Manufacturing* **2**, 80–98. doi: 10.1504/IJSM.2010.031621.

**Duflou J.R., J.W. Sutherland, D. Dornfeld, C. Herrmann, J. Jeswiet, S. Kara, M. Hauschild, and K. Kellens (2012).** Towards energy and resource efficient manufacturing: A processes and systems approach. *CIRP Annals—Manufacturing Technology* **61**, 587–609. doi: 10.1016/j.cirp.2012.05.002, ISSN: 0007–8506.

**Dunning J.H. (1981).** Explaining the international position of countries towards a dynamic or developmental approach. *Weltwirtshaftliches Archiv*, 30–64.

**Dusyk N., T. Berkhout, S. Burch, S. Coleman, and J. Robinson (2009).** Transformative energy efficiency and conservation: a sustainable development path approach in British Columbia, Canada. *Energy Efficiency* **2**, 387–400. doi: 10.1007/s12053–009–9048–8, ISSN: 1570–646X, 1570–6478.

**Dyson T. (2006).** Population and Development. In: *The Elgar Companion to Development Studies.* Edward Elgar, Cheltenham, pp. 436–441. ISBN: 978 1 84376475 5.

**Easterlin R.A. (1973).** Does Money Buy Happiness? *The Public Interest* **30**, 3–10.

**Easterlin R.A. (1995).** Will raising the incomes of all increase the happiness of all? *Journal of Economic Behavior & Organization* **27**, 35–47. doi: 10.1016/0167–2681(95)00003-B, ISSN: 0167–2681.

**Easterlin R.A., L.A. McVey, M. Switek, O. Sawangfa, and J.S. Zweig (2010).** The happiness-income paradox revisited. *Proceedings of the National Academy of Sciences* **107**, 22463–22468. doi: 10.1073/pnas.1015962107, ISSN: 0027–8424, 1091–6490.

**Easterly W. (2002).** *The Elusive Quest for Growth: Economists' Adventures and Misadventures in the Tropics.* The MIT Press. Available at: http://ideas.repec.org/b/mtp/titles/0262550423.html.

**Easterly W. (2009).** How the Millennium Development Goals are Unfair to Africa. *World Development* **37**, 26–35. doi: 10.1016/j.worlddev.2008.02.009, ISSN: 0305–750X.

**Eckersley R. (2004).** *The Green State. Rethinking Democracy and Sovereignty.* MIT Press, Cambridge, Massachusetts, USA, 348 pp.

**Eckersley R. (2012).** Moving Forward in the Climate Negotiations: Multilateralism or Minilateralism? *Global Environmental Politics* **12**, 24–42. doi: 10.1162/GLEP_a_00107, ISSN: 1526–3800.

**Edwards-Jones G., K. Plassmann, E.H. York, B. Hounsome, D.L. Jones, and L. Milà i Canals (2009).** Vulnerability of exporting nations to the development of a carbon label in the United Kingdom. *Environmental Science & Policy* **12**, 479–490. doi: 10.1016/j.envsci.2008.10.005, ISSN: 1462–9011.

**EGTT (2008).** *UNFCCC Guidebook on Preparing Technology Transfer Projects for Financing.* Expert Group on Technology Transfer, United Nations Framework Convention on Climate Change, Bonn. Available at: http://unfccc.int/ttclear/jsp/Guidebook.jsp.

**Ehrlich P.R., and J. Holdren (1971).** Impact of population growth. *Science* **171**, 1212–1217.

**Ehrlich P.R., P.M. Kareiva, and G.C. Daily (2012).** Securing natural capital and expanding equity to rescale civilization. *Nature* **486**, 68–73. doi: 10.1038/nature11157, ISSN: 0028–0836.

**Elkington J. (1998).** *Cannibals with Forks: The Triple Bottom Line of 21st Century Business.* New Society Publishers, Gabriola Island, BC; Stony Creek, CT, 424 pp. ISBN: 0865713928 9780865713925.

**Den Elzen M.G.J., J. Fuglestvedt, N. Höhne, C. Trudinger, J. Lowe, B. Matthews, B. Romstad, C.P. de Campos, and N. Andronova (2005).** Analysing countries' contribution to climate change: scientific and policy-related choices. *Environmental Science & Policy* **8**, 614–636. doi: 10.1016/j.envsci.2005.06.007, ISSN: 1462–9011.

**Epstein G.A. (2005).** *Financialization and the World Economy.* Edward Elgar Publishing, 472 pp. ISBN: 9781781008263.

**Erickson P., A. Owen, and E. Dawkins (2012).** Low-Greenhouse-Gas Consumption Strategies and Impacts on Developing Countries. *In: Stockholm Environment Institute Working Papers* **2012–01**. Available at: http://www.sei-international.org/publications?pid=2082.

**Etienne C., and A. Asamoa-Baah (2010).** *WHO The World Health Report—Health Systems Financing: The Path to Universal Coverage.* Available at: http://www.cabdirect.org/abstracts/20113115509.html;jsessionid=A44C51F9AD7E7857E3633E148127D338.

**Fankhauser S., R.S.J. Tol, and D.W. Pearce (1997).** The aggregation of climate change damages: a welfare theoretic approach. *Environmental and Resource Economics* **10**, 249–266.

**FAO (2012).** *The State of Food Insecurity in the World 2012.* Food and Agriculture Organisation, Rome, Italy.

**Farmer R., C. Nourry, and A. Venditti (2012).** *The Inefficient Markets Hypothesis: Why Financial Markets Do Not Work Well in the Real World.* National Bureau of Economic Research,

**Farrell J., and P. Klemperer (2007).** Chapter 31 Coordination and Lock-In: Competition with Switching Costs and Network Effects. In: *Handbook of Industrial Organization.* Elsevier, pp. 1967–2072. ISBN: 1573–448X.

**Fermann G. (1994).** Climate Change, Burden-sharing Criteria, and Competing Conceptions of Responsibility. *International Challenges* **13**, 28–34.

**Finkbeiner M. (2009).** Carbon footprinting—opportunities and threats. *The International Journal of Life Cycle Assessment* **14**, 91–94. doi: 10.1007/s11367–009–0064-x, ISSN: 0948–3349, 1614–7502.

**Finnveden G., M.Z. Hauschild, T. Ekvall, J. Guinée, R. Heijungs, S. Hellweg, A. Koehler, D. Pennington, and S. Suh (2009).** Recent developments in Life Cycle Assessment. *Journal of Environmental Management* **91**, 1–21. doi: 10.1016/j.jenvman.2009.06.018, ISSN: 0301–4797.

**4**

**Fischer J., R. Dyball, I. Fazey, C. Gross, S. Dovers, P.R. Ehrlich, R.J. Brulle, C. Christensen, and R.J. Borden (2012).** Human behavior and sustainability. *Frontiers in Ecology and the Environment* **10**, 153–160. doi: 10.1890/110079, ISSN: 1540–9295.

**Fischer J., A.D. Manning, W. Steffen, D.B. Rose, K. Daniell, A. Felton, S. Garnett, B. Gilna, R. Heinsohn, D.B. Lindenmayer, B. MacDonald, F. Mills, B. Newell, J. Reid, L. Robin, K. Sherren, and A. Wade (2007).** Mind the sustainability gap. *Trends in Ecology & Evolution* **22**, 621–624. doi: 10.1016/j. tree.2007.08.016, ISSN: 01695347.

**Fleurbaey M. (2009).** Beyond GDP: The quest for a measure of social welfare. *Journal of Economic Literature* **47**, 1029–1075.

**Fleurbaey M., and D. Blanchet (2013).** *Beyond GDP: Measuring Welfare and Assessing Sustainability.* Oxford University Press, Oxford ; New York, 320 pp. ISBN: 9780199767199.

**Flint R.W., and M.J.E. Danner (2001).** The nexus of sustainability & social equity: Virginia's Eastern Shore as a local example of global issues. *International Journal of Economic Development* **3**. Available at: http://www.spaef.com/article/1055/The-Nexus-of-Sustainability-&-Social-Equity:-Virginia%27s-Eastern-Shore-%28USA%29-as-a-Local-Example-of-Global-Issues.

**Folke C. (2007).** Social–ecological systems and adaptive governance of the commons. *Ecological Research* **22**, 14–15. doi: 10.1007/s11284–006–0074–0, ISSN: 0912–3814, 1440–1703.

**Folke C., S.R. Carpenter, B. Walker, M. Scheffer, F.S. Chapin, and J. Rockström (2010).** Resilience thinking: integrating resilience, adaptability and transformability. *Ecology and Society* **15**, 20. Available at: http://www.ecologyandsociety. org/vol15/iss4/art20/.

**Folke C., T. Hahn, P. Olsson, and J. Norberg (2005).** Adaptive governance of social-ecological systems. *Annual Review of Environment and Resources* **30**, 441–473. doi: 10.1146/annurev.energy.30.050504.144511, ISSN: 1543–5938, 1545–2050.

**Folke C., A. Jansson, J. Rockstrom, P. Olsson, S.R. Carpenter, F.S. Chapin, A.-S. Crepin, G. Daily, K. Danell, J. Ebbesson, T. Elmqvist, V. Galaz, F. Moberg, M. Nilsson, H. Osterblom, E. Ostrom, A. Persson, G. Peterson, S. Polasky, W. Steffen, B. Walker, and F. Westley (2011a).** Reconnecting to the Biosphere. *Ambio* **40**, 719–738. doi: 10.1007/s13280–011–0184-y, ISSN: 0044–7447.

**Folke C., Å. Jansson, J. Rockström, P. Olsson, S.R. Carpenter, F. Stuart Chapin, A.-S. Crépin, G. Daily, K. Danell, J. Ebbesson, T. Elmqvist, V. Galaz, F. Moberg, M. Nilsson, H. Österblom, E. Ostrom, Å. Persson, G. Peterson, S. Polasky, W. Steffen, B. Walker, and F. Westley (2011b).** Reconnecting to the Biosphere. *AMBIO: A Journal of the Human Environment* **40**, 719–738. doi: 10.1007/s13280–011–0184-y, ISSN: 0044–7447.

**Da Fonseca I.F., M. Bursztyn, and B.S. Allen (2012).** Trivializing sustainability: Environmental governance and rhetorical free-riders in the Brazilian Amazon. *Natural Resources Forum* **36**, 28–37. doi: 10.1111/j.1477–8947.2012.01441. x, ISSN: 1477–8947.

**Foray D. (1997).** The dynamic implications of increasing returns: Technological change and path dependent inefficiency. *International Journal of Industrial Organization* **15**, 733–752. doi: 10.1016/S0167–7187(97)00009-X, ISSN: 0167–7187.

**Fouquet R. (2010).** The slow search for solutions: Lessons from historical energy transitions by sector and service. *Energy Policy* **38**, 6586–6596. doi: 10.1016/j. enpol.2010.06.029, ISSN: 0301–4215.

**Frantz C.M., and F.S. Mayer (2009).** The Emergency of Climate Change: Why Are We Failing to Take Action? *Analyses of Social Issues and Public Policy* **9**, 205–222. doi: 10.1111/j.1530–2415.2009.01180.x, ISSN: 1530–2415.

**Fu, Jiafeng, Zhuang, Guiyang, and Gao, Qingxian (2010).** Clarification on the concept of "low-carbon economy" and construction of evaluation indicator system. *China Population, Resources and Environment* **20**.

**Fujita M., P. Krugman, and A.J. Venables (1999).** *The Spatial Economy.* MIT Press, Cambridge, Mass., 381 pp.

**Fukuyama F. (2002).** Social Capital and Development: The Coming Agenda. *The SAIS Review of International Affairs* **22**, 23–37.

**Gadgil M., F. Berkes, and C. Folke (1993).** Indigenous Knowledge for Biodiversity Conservation. *AMBIO: A Journal of the Human Environment* **22**, 151–156.

**GAIA (2012).** *On the Road to Zero Waste: Successes and Lessons from around the World.* GAIA—Global Alliance for Incinerator Alternatives, Quezon City, Phillipines, 88 pp. Available at: www.no-burn.org.

**Gallopín G.C. (2006).** Linkages between vulnerability, resilience, and adaptive capacity. *Global Environmental Change* **16**, 293–303. doi: 10.1016/j.gloenvcha.2006.02.004, ISSN: 09593780.

**Gallup Organisation (2008a).** *Public Opinion in the European Union.* European Commission, Brussels.

**Gallup Organisation (2008b).** *Attitudes of European Citizens towards the Environment.* European Commission, Brussels. Available at: http://ec.europa. eu/public_opinion/archives/ebs/ebs_295_en.pdf.

**Gamarnikow E., and A. Green (1999).** Social Capital and the Educated Citizen. *The School Field* **10**, 103–126.

**Gardiner S.M. (2011a).** Climate Justice. In: *Climate Change and Society.* J.S. Dryzek, R.B. Norgaard, D. Schlosberg, (eds.), Oxford University Press, pp. 309–322.

**Gardiner S.M. (2011b).** *A Perfect Moral Storm: The Ethical Tragedy of Climate Change.* Oxford University Press, 509 pp. ISBN: 9780195379440.

**Gatersleben B., E. White, W. Abrahamse, T. Jackson, and D. Uzzell (2010).** Values and sustainable lifestyles. *Architectural Science Review* **53**, 37–50. doi: 10.3763/asre.2009.0101, ISSN: 0003–8628.

**GEA (2012).** *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

**Geels F. (2002).** Technological transitions as evolutionary reconfiguration processes: a multi-level perspective and a case-study. *Research Policy* **31**, 1257–1274. doi: 10.1016/S0048–7333(02)00062–8.

**Geels F.W. (2006).** The hygienic transition from cesspools to sewer systems (1840–1930): The dynamics of regime transformation. *Research Policy* **35**, 1069–1082. doi: 10.1016/j.respol.2006.06.001, ISSN: 0048–7333.

**Geels F.W., and J. Schot (2007).** Typology of sociotechnical transition pathways. *Research Policy* **36**, 399–417. doi: 10.1016/j.respol.2007.01.003, ISSN: 0048–7333.

**German Advisory Council on Global Change (2009).** *Solving the Climate Dilemma: The Budget Approach Special Report* (C. Hay and T. Cullen, Trans.). WBGU, Berlin, Germany. Available at: http://www.wbgu.de/en/special-reports/sr-2009-budget-approach/.

**Gibbon P., S. Ponte, and E. Lazaro** (eds.) **(2010).** *Global Agro-Food Trade and Standards.* Palgrave Macmillan, London, 256 pp.

**Giddens A. (2009).** *The Politics of Climate Change.* Polity Press, Cambridge, 256 pp.

Giddings B., B. Hopwood, and G. O'Brien (2002). Environment, economy and society: fitting them together into sustainable development. *Sustainable Development* **10**, 187–196. doi: 10.1002/sd.199, ISSN: 1099–1719.

Gimmon E., and J. Levie (2010). Founder's human capital, external investment, and the survival of new high-technology ventures. *Research Policy* **39**, 1214–1226. doi: 10.1016/j.respol.2010.05.017, ISSN: 0048–7333.

Gladwin T.N., J.J. Kennelly, and T.-S. Ause (1995). Shifting paradigms for sustainable development: Implications for management theory and research. *Academy of Management Review* **20**, 874–907.

Goeminne G., and E. Paredis (2010). The concept of ecological debt: some steps towards an enriched sustainability paradigm. *Environment, Development and Sustainability* **12**, 691–712. doi: 10.1007/s10668–009–9219-y, ISSN: 1387–585X, 1573–2975.

Goerner S.J., B. Lietaer, and R.E. Ulanowicz (2009). Quantifying economic sustainability: Implications for free-enterprise theory, policy and practice. *Ecological Economics* **69**, 76–81. doi: 10.1016/j.ecolecon.2009.07.018, ISSN: 09218009.

Goklany I.M. (2007). Integrated strategies to reduce vulnerability and advance adaptation, mitigation, and sustainable development. *Mitigation and Adaptation Strategies for Global Change* **12**, 755–786. doi: 10.1007/s11027–007–90 98–1, ISSN: 1381–2386, 1573–1596.

Gollier C. (2013). The Debate on Discounting: Reconciling Positivists and Ethicists. *Chicago Journal of International Law* **13**, 551–566.

Gonzalez Miguez J.D., and A. Santhiago de Oliveira (2011). The importance of historical responsibility in the context of the international regime on climate change. In: *Equitable access to sustainable development: Contribution to the body of scientific knowledge*. BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 23–34. Available at: http://www.erc.uct.ac.za/Basic_Experts_Paper.pdf.

Graham C. (2009). *Happiness Around the World: The Paradox of Happy Peasants and Miserable Millionaires*. Oxford University Press, Oxford, 272 pp.

Grantham Institute, and Carbon Tracker Initiative (2013). *Unburnable Carbon 2013: Wasted Capital and Stranded Assets*. Available at: http://carbontracker.live.kiln.it/Unburnable-Carbon-2-Web-Version.pdf.

Grasso M. (2010). An ethical approach to climate adaptation finance. *Global Environmental Change* **20**, 74–81. doi: 10.1016/j.gloenvcha.2009.10.006, ISSN: 0959–3780.

Griffin P.A., D.H. Lont, and Y. Sun (2012). The Relevance to Investors of Greenhouse Gas Emission Disclosures. *UC Davis Graduate School of Management Research Papers* **11**, 1–58. Available at: http://ssrn.com/abstract=1735555 or http://dx.doi.org/10.2139/ssrn.1735555.

Grist N. (2008). Positioning climate change in sustainable development discourse. *Journal of International Development* **20**, 783–803. doi: 10.1002/jid.1496, ISSN: 09541748.

De Groot R. (2006). Function-analysis and valuation as a tool to assess land use conflicts in planning for sustainable, multi-functional landscapes. *Landscape and Urban Planning* **75**, 175–186. doi: 10.1016/j.landurbplan.2005.02.016, ISSN: 0169–2046.

Grothmann T., and A. Patt (2005). Adaptive capacity and human cognition: The process of individual adaptation to climate change. *Global Environmental Change Part A* **15**, 199–213. doi: doi: 10.1016/j.gloenvcha.2005.01.002, ISSN: 0959–3780.

Group of 7 Heads of State (1979). G7 Economic Summit Declaration, Tokyo, 1979. Available at: http://www.g8.utoronto.ca/summit/1979tokyo/communique.html.

Grubb M. (1989). *The Greenhouse Effect: Negotiating Targets*. Wiley, NJ, USA, 70 pp. ISBN: 9780905031309.

Grubb M. (1990). The Greenhouse Effect: Negotiating Targets. *International Affairs* **66**, 67–89.

Grubb M. (2013). *Planetary Economics: Energy, Climate Change and the Three Domains of Sustainable Development*. Routledge, New York, 544 pp. ISBN: 9780415518826.

Grubb M.J., and J. Sebenius (1992). Participation, allocation, and adaptability in international tradeable emission permit systems for greenhouse gas control. In: *Climate Change: Designing a Tradeable Permit System*. Organization for Economic Co-operation and Development, Paris, France.

Grübler A., and Y. Fujii (1991). Intergenerational and spatial equity issues of carbon accounts. *Energy for Sustainable Development* **16**, 1397–1416.

Guivarch C., R. Crassous, O. Sassi, and S. Hallegate (2011). The costs of climate policies in a second-best world with labour market imperfections. *Climate Policy* **11**, 768–788. doi: 10.3763/cpol.2009.0012, ISSN: 1469–3062.

Gupta N. (2011). Globalization does lead to change in consumer behavior: An empirical evidence of impact of globalization on changing materialistic values in Indian consumers and its aftereffects. *Asia Pacific Journal of Marketing and Logistics* **23**, 251–269. doi: 10.1108/13555851111143204, ISSN: Asia Pacific Journal of Marketing and Logistics.

Gutowski T.G., M.S. Branham, J.B. Dahmus, A.J. Jones, A. Thiriez, and D.P. Sekulic (2009). Thermodynamic Analysis of Resources Used in Manufacturing Processes. *Environmental Science & Technology* **43**, 1584–1590. doi: 10.1021/es8016655, ISSN: 0013–936X.

Haden V.R., M.T. Niles, M. Lubell, J. Perlman, and L.E. Jackson (2012). Global and Local Concerns: What Attitudes and Beliefs Motivate Farmers to Mitigate and Adapt to Climate Change? *PLoS ONE* **7**. doi: 10.1371/journal.pone.0052882, ISSN: 19326203.

Ha-Duong M., M.J. Grubb, and J.-C. Hourcade (1997). Influence of socioeconomic inertia and uncertainty on optimal $CO_2$-emission abatement. *Nature* **390**, 270–273. doi: 10.1038/36825, ISSN: 0028–0836.

Hallegatte S., J.-C. Hourcade, and P. Dumas (2007). Why economic dynamics matter in assessing climate change damages: Illustration on extreme events. *Ecological Economics* **62**, 330–340. doi: 10.1016/j.ecolecon.2006.06.006.

Halsnaes K., A. Markandya, and P. Shukla (2011). Introduction: Sustainable Development, Energy, and Climate Change. *World Development* **39**, 983–986. doi: 10.1016/j.worlddev.2010.01.006, ISSN: 0305–750X.

Halsnæs K., P.R. Shukla, and A. Garg (2008). Sustainable development and climate change: Lessons from country studies. *Climate Policy* **8**, 202–219. doi: 10. 3763/cpol.2007.0475.8.2.202, ISSN: 14693062.

Hamilton K., and G. Atkinson (2006). *Wealth, Welfare and Sustainability: Advances in Measuring Sustainable Development*. Edward Elgar, Cheltenham, 224 pp. ISBN: 9781848441750.

Hamilton K., and M. Clemens (1999). Genuine Savings Rates in Developing Countries. *The World Bank Economic Review* **13**, 333 –356. doi: 10.1093/wber/13.2.333.

Hanss D., and G. Böhm (2010). Can I make a difference? The role of general and domain-specific self-efficacy in sustainable consumption decisions. *Umweltpsychologie* 14, 46–74. Available at: http://www.academia.edu/2021220/Can_I_make_a_difference_The_role_of_general_and_domain-specific_self-efficacy_in_sustainable_consumption_decisions.

Hardin G. (1968). The Tragedy of the Commons. *Science* 162, 1243–1248. doi: 10.1126/science.162.3859.1243, ISSN: 0036–8075, 1095–9203.

Harris P.G. (1996). Considerations of equity and international environmental institutions. *Environmental Politics* 5, 274–301. doi: 10.1080/09644019608414265, ISSN: 0964–4016.

Harris P.G. (1999). Common But Differentiated Responsibility: The Kyoto Protocol and United States Policy. *New York University Environmental Law Journal* 7, 28. Available at: http://heinonline.org.ezproxy.library.tufts.edu/HOL/Page?handle=hein.journals/nyuev7&id=36&div=&collection=journals.

Harry S., and M. Morad (2013). Sustainable development and climate change: Beyond mitigation and adaptation. *Local Economy* 28, 358–368. doi: 10.1177/0269094213476663, ISSN: 02690942.

Hartzell-Nichols L. (2011). Responsibility for meeting the costs of adaptation. *Wiley Interdisciplinary Reviews: Climate Change* 2, 687–700. doi: 10.1002/wcc.132, ISSN: 1757–7799.

Hauschild (2005). Assessing Environmental Impacts in a Life-Cycle Perspective. *Environmental Science & Technology* 39, 81A–88A. doi: 10.1021/es053190s, ISSN: 0013–936X.

Hauschild M.Z., L.C. Dreyer, and A. Jørgensen (2008). Assessing social impacts in a life cycle perspective—Lessons learned. *CIRP Annals—Manufacturing Technology* 57, 21–24. doi: 10.1016/j.cirp.2008.03.002, ISSN: 0007–8506.

Hauschild M.Z., J. Jeswiet, and L. Alting (2004). Design for Environment — Do We Get the Focus Right? *CIRP Annals—Manufacturing Technology* 53, 1–4. doi: 10.1016/S0007–8506(07)60631–3, ISSN: 0007–8506.

Hayakawa N., Y. Wakazono, T. Kato, Y. Suzuoki, and Y. Kaya (1999). Minimizing Energy Consumption in Industry by Cascade Use of Waste Energy. *IEEE Transactions on Energy Conversion* 14, 795–801.

Healy T., and S. Cote (2001). *The Well-Being of Nations: The Role of Human and Social Capital. Education and Skills.* Organisation for Economic Cooperation and Development, Paris, France. Available at: http://www.eric.ed.gov/ERICWebPortal/detail?accno=ED453111.

Herrmann I.T., and M.Z. Hauschild (2009). Effects of globalisation on carbon footprints of products. *CIRP Annals—Manufacturing Technology* 58, 13–16. doi: 10.1016/j.cirp.2009.03.078, ISSN: 0007–8506.

Herrmann C., S. Thiede, S. Kara, and J. Hesselbach (2011). Energy oriented simulation of manufacturing systems—Concept and application. *CIRP Annals—Manufacturing Technology* 60, 45–48. doi: 10.1016/j.cirp.2011.03.127, ISSN: 0007–8506.

Hertwich E.G. (2011). THE LIFE CYCLE ENVIRONMENTAL IMPACTS OF CONSUMPTION. *Economic Systems Research* 23, 27–47. doi: 10.1080/09535314.2010.536905, ISSN: 0953–5314.

Hertwich E.G., and G.P. Peters (2009). Carbon Footprint of Nations: A Global, Trade-Linked Analysis. *Environ. Sci. Technol.* 43, 6414–6420. doi: 10.1021/es803496a, ISSN: 0013–936X.

Heyward C. (2007). Equity and international climate change negotiations: a matter of perspective. *Climate Policy* 7, 518–534.

Hill M. (2013). Adaptive Capacity, Adaptive Governance and Resilience. Advances in Global Change Research. In: *Climate Change and Water Governance*. Springer Netherlands, pp. 29–51. ISBN: 978–94–007–5795–0, 978–94–007–5796–7.

Höhne N., and K. Blok (2005). Calculating Historical Contributions To Climate Change--Discussing The "Brazilian Proposal." *Climatic Change* 71, 141–173. doi: 10.1007/s10584–005–5929–9, ISSN: 01650009.

Höhne N., H. Blum, J. Fuglestvedt, R.B. Skeie, A. Kurosawa, G. Hu, J. Lowe, L. Gohar, B. Matthews, A.C.N. de Salles, and C. Ellermann (2011). Contributions of individual countries' emissions to climate change and their uncertainty. *Climatic Change* 106, 359–391. doi: 10.1007/s10584–010–9930–6, ISSN: 0165–0009, 1573–1480.

Höhne N., M.G.J. den Elzen, and M. Weiss (2006). Common but differentiated convergence (CDC): A new conceptual approach to long-term climate policy. *Climate Policy* 6, 181–199. doi: 10.1080/14693062.2006.9685594.

Holling C.S. (1973). Resilience and Stability of Ecological Systems. *Annual Review of Ecology and Systematics* 4, 1–23. doi: 10.2307/2096802, ISSN: 0066–4162.

Holling C.S. (ed.) (1978). Adaptive environmental assessment and management. John Wiley & Sons, Chichester, UK, 377 pp. ISBN 0 471 99632 7.

Homma T., K. Akimoto, and T. Tomoda (2012). Quantitative evaluation of time-series GHG emissions by sector and region using consumption-based accounting. *Energy Policy* 51, 816–827. doi: 10.1016/j.enpol.2012.09.031, ISSN: 0301–4215.

Hourcade J.C., M. Jaccard, C. Bataille, and F. Ghersi (2006). Hybrid Modeling: New Answers to Old Challenges. *The Energy Journal* 2, 1–12. Available at: http://halshs.archives-ouvertes.fr/halshs-00471234.

Hovi J., D.F. Sprinz, and A. Underdal (2009). Implementing Long-Term Climate Policy: Time Inconsistency, Domestic Politics, International Anarchy. *Global Environmental Politics* 9, 20–39. doi: 10.1162/glep.2009.9.3.20, ISSN: 1526–3800.

Howarth R.B., and R.B. Norgaard (1992). Environmental Valuation Under Sustainable Development. *American Economic Review* 82, 473–477.

HSBC Global Research (2013). *Oil & Carbon Revisited: Value at Risk from '"unburnable"' Reserves.* HSBC Bank PLC, London, UK. Available at: http://gofossilfree.org/files/2013/02/HSBCOilJan13.pdf.

Hudson J., and A. Minea (2013). Innovation, Intellectual Property Rights, and Economic Development: A Unified Empirical Investigation. *World Development* 46, 66–78. doi: 10.1016/j.worlddev.2013.01.023, ISSN: 0305750X.

Hufty M. (2011). Investigating Policy Processes: The Governance Analytical Framework (GAF). *Research Sustainable Development: Foundations, Experiences, and Perspectives*, 403–424.

Hulme M. (2009). *Why We Disagree about Climate Change*. Cambridge University Press, Cambridge, 427 pp.

Humphreys S. (Ed.) (2009). *Human Rights and Climate Change*. Cambridge University Press, 348 pp. Available at: http://www.cambridge.org/gb/knowledge/isbn/item/713745/?site_locale=en_GB.

Huneke M.E. (2005). The face of the un-consumer: An empirical examination of the practice of voluntary simplicity in the United States. *Psychology and Marketing* 22, 527–550. doi: 10.1002/mar.20072, ISSN: 1520–6793.

IEA (2012a). CO₂ Emissions from Fuel Combustion. Beyond 2020 Online Database. 2012 Edition. Available at: http://wds.iea.org/wds/pdf/documentation_co2_2012.pdf.

IEA (2012b). *World Energy Outlook 2012*. IEA, Paris, France.

ILO (2010). *Climate Change and Labour: The Need for a "Just Transition."* International Journal of Labour Research, Geneva, Switzerland, 318 pp. ISBN: 2076–9806.

IPCC (1990). *Climate Change 1990: IPCC First Assessment Report.* Cambridge University Press, Cambridge, UK; New York, USA, and Melbourne, Australia. Available at: http://www.ipcc.ch/ipccreports/1992%20IPCC%20Supplement/IPCC_1990_and_1992_Assessments/English/ipcc_90_92_assessments_far_overview.pdf

IPCC (1995). *Climate Change 1995: IPCC Second Assessment.* Cambridge University Press, Cambridge, UK; New York, USA, and Melbourne, Australia, 63 pp. Available at: http://www.ipcc.ch/pdf/climate-changes-1995/ipcc-2nd-assessment/2nd-assessment-en.pdf.

IPCC (2000). *Special Report on Emissions Scenarios* [N. Nakicenovic, R. Swart (eds.)]. Cambridge University Press, UK, 570 pp. Available at: http://ipcc.ch/publications_and_data/publications_and_data_reports.shtml.

IPCC (2001). *Third Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://ipcc.ch/publications_and_data/publications_and_data_reports.shtml

IPCC (2007). *Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://ipcc.ch/publications_and_data/publications_and_data_reports.shtml.

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

IPCC (2012a). *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaption.* A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (eds.)] Cambridge University Press, Cambridge, UK, and New York, NY, USA, 582 pp.

IPCC (2012b). *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T.F. Stocker, Q. Dahe, J. Minx, K. Mach, G.-K. Plattner, S. Schlömer, G. Hansen, M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, Pp. 99. Potsdam, Germany.

IPCC (2014). *Climate Change 2014: Impacts, Adaptation, and Vulnerability—Working Group II Contribution to the Fifth Assessment Report.* Cambridge University Press, Cambridge, UK and New York, NY, USA.

Isaac M., and D.P. van Vuuren (2009). Modeling global residential sector energy demand for heating and air conditioning in the context of climate change. *Energy Policy* 37, 507–521. doi: 10.1016/j.enpol.2008.09.051, ISSN: 0301–4215.

Iyer S. (2006). Human Capital. In: *The Elgar Companion to Development Studies.* Edward Elgar, Cheltenham, pp. 240–245. ISBN: 978 1 84376 475 5.

Jabareen Y. (2006). A New Conceptual Framework for Sustainable Development. *Environment, Development and Sustainability* 10, 179–192. doi: 10.1007/s10668–006–9058-z, ISSN: 1387–585X, 1573–2975.

Jackson T. (2005a). *Motivating Sustainable Consumption: A Review of Evidence on Consumer Behaviour and Behavioural Change. A Report to the Sustainable Development Research Network.* University of Surrey, Centre for Environmental Strategies, Surrey. Available at: http://hiveideas.com/attachments/044_motivatingscfinal_000.pdf.

Jackson T. (2005b). Live Better by Consuming Less?: Is There a "Double Dividend" in Sustainable Consumption? *Journal of Industrial Ecology* 9, 19–36. doi: 10.1162/1088198054084734, ISSN: 1530–9290.

Jackson T. (2009). *Prosperity without Growth?—The Transition to a Sustainable Economy.* Sustainable Development Commission, London. Available at: http://www.sd-commission.org.uk/data/files/publications/prosperity_without_growth_report.pdf.

Jackson T. (2011a). Societal transformations for a sustainable economy. *Natural Resources Forum* 35, 155–164. doi: 10.1111/j.1477–8947.2011.01395.x, ISSN: 1477–8947.

Jackson A.L.R. (2011b). Renewable energy vs. biodiversity: Policy conflicts and the future of nature conservation. *Global Environmental Change* 21, 1195–1208. doi: 10.1016/j.gloenvcha.2011.07.001, ISSN: 0959–3780.

Jacobsson S., and A. Bergek (2011). Innovation system analyses and sustainability transitions: Contributions and suggestions for research. *Environmental Innovation and Societal Transitions* 1, 41–57. doi: 10.1016/j.eist.2011.04.006, ISSN: 2210–4224.

Jacoby H., M. Babiker, S. Paltsev, and J. Reilly (2009). Sharing the burden of GHG reductions. In: *Post-Kyoto international climate policy : implementing architectures for agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge ISBN: 9780521137850  0521137853  9780521129527  0521129524.

Jacques P.J., R.E. Dunlap, and M. Freeman (2008). The organisation of denial: Conservative think tanks and environmental scepticism. *Environmental Politics* 17, 349–385. doi: 10.1080/09644010802055576, ISSN: 0964–4016.

Jaeger C.C., L. Paroussos, D. Mangalagiu, R. Kupers, A. Mandel, and J.D. Tabara (2011). *A New Growth Path for Europe: Generating Prosperity and Jobs in the Low-Carbon Economy (Synthesis Report).* Postdam, Germany, 149 pp. ISBN: 978–3-941663–09–1.

Jaffe A.B., R.G. Newell, and R.N. Stavins (2005). A tale of two market failures: Technology and environmental policy. *Ecological Economics* 54, 164–174. doi: 10.1016/j.ecolecon.2004.12.027, ISSN: 0921–8009.

Jagers S., and G. Duus-Otterstrom (2008). Dual climate change responsibility: on moral divergences between mitigation and adaptation. *Environmental Politics* 17, 576–591. doi: 10.1080/09644010802193443, ISSN: 0964–4016.

Jagers S.C., and J. Stripple (2003). Climate governance beyond the state. *Global Governance* 9, 385–399. ISSN: 1075–2846.

Jakob M., and R. Marschinski (2012). Interpreting trade-related $CO_2$ emission transfers. *Nature Climate Change* 3, 19–23. doi: 10.1038/nclimate1630, ISSN: 1758–678X, 1758–6798.

Jamieson D. (2001). Climate Change and Global Environmental Justice. In: *Changing the Atmosphere: Expert Knowledge and Environmental Governance.* The MIT Press, Cambridge, MA, pp. 287–308.

Jamieson D. (2013). Climate change, consequentialism and the road ahead. *Chicago Journal of International Law* 13, 439–468.

4

Janetos A.C., E. Malone, E. Mastrangelo, K. Hardee, and A. de Bremond (2012). Linking climate change and development goals: framing, integrating, and measuring. *Climate and Development* 4, 141–156. doi: 10.1080/17565529.2012.726195, ISSN: 1756–5529, 1756–5537.

Jänicke M. (2012). Dynamic governance of clean-energy markets: how technical innovation could accelerate climate policies. *Journal of Cleaner Production* 22, 50–59. doi: 10.1016/j.jclepro.2011.09.006, ISSN: 0959–6526.

Jasanoff S. (2004). *Earthly Politics: Local and Global in Environmental Governance*. MIT Press, Cambridge, MA, 372 pp. ISBN: 9780262600590.

Jayaraman T., T. Kaniktar, and M. D'Souza (2011). Equitable access to sustainable development: An Indian approach. In: *Equitable access to sustainable development: Contribution to the body of scientific knowledge*. BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 59–77. Available at: http://www.erc.uct.ac.za/Basic_Experts_Paper.pdf.

Jinnah S. (2011). Climate Change Bandwagoning: The Impacts of Strategic Linkages on Regime Design, Maintenance, and Death. *Global Environmental Politics* 11, 1–9. doi: 10.1162/GLEP_a_00065, ISSN: 1526–3800.

Johnston M., and H. Hesseln (2012). Climate change adaptive capacity of the Canadian forest sector. *Forest Policy and Economics* 24, 29–34. doi: 10.1016/j.forpol.2012.06.001, ISSN: 13899341.

Jonas H. (1985). *The Imperative of Responsibility: In Search of an Ethics for the Technological Age*. University of Chicago Press, Chicago, IL, 267 pp. ISBN: 9780226405971.

Jones N., C.P. Halvadakis, and C.M. Sophoulis (2011). Social capital and household solid waste management policies: a case study in Mytilene, Greece. *Environmental Politics* 20, 264–283. doi: 10.1080/09644016.2011.551032, ISSN: 0964–4016, 1743–8934.

Jones C.M., and D.M. Kammen (2011). Quantifying Carbon Footprint Reduction Opportunities for U.S. Households and Communities. *Environmental Science & Technology* 45, 4088–4095. doi: 10.1021/es102221h, ISSN: 0013–936X.

Jones B.F., and B.A. Olken (2005). Do Leaders Matter? National Leadership and Growth Since World War II. *The Quarterly Journal of Economics* 120, 835–864. doi: 10.1093/qje/120.3.835, ISSN: 0033–5533, 1531–4650.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010.* European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

Jupesta J., R. Boer, G. Parayil, Y. Harayama, M. Yarime, J.A.P. de Oliveira, and S.M. Subramanian (2011). Managing the transition to sustainability in an emerging economy: Evaluating green growth policies in Indonesia. *Environmental Innovation and Societal Transitions* 1, 187–191. doi: 10.1016/j.eist.2011.08.001, ISSN: 2210–4224.

Kahneman D., and A. Deaton (2010). High income improves evaluation of life but not emotional well-being. *Proceedings of the National Academy of Sciences* 107, 16489–16493. doi: 10.1073/pnas.1011492107, ISSN: 0027–8424, 1091–6490.

Kahneman D., E. Diener, and N. Schwarz (2003) *Well-Being : The Foundations of Hedonic Psychology*. Russell Sage Foundation, New York, 608 pp. ISBN: 9780871544230.

Kals E., and J. Maes (2011). *Justice and Conflicts*. Springer, New York, 452 pp. ISBN: 9783642190346.

Kara S., and W. Li (2011). Unit process energy consumption models for material removal processes. *CIRP Annals—Manufacturing Technology* 60, 37–40. doi: 10.1016/j.cirp.2011.03.018, ISSN: 0007–8506.

Kartha S., P. Baer, T. Athanasiou, and E. Kemp-Benedict (2009). The Greenhouse Development Rights framework. *Climate and Development* 1, 147–165. doi: 10.3763/cdev.2009.0010, ISSN: 1756–5529.

Kates R.W. (2001). Sustainability Science. *Science* 292, 641–642. doi: 10.1126/science.1059386, ISSN: 00368075, 10959203.

Kates R.W., W.R. Travis, and T.J. Wilbanks (2012). Transformational adaptation when incremental adaptations to climate change are insufficient. *Proceedings of the National Academy of Sciences* 109, 7156–7161. doi: 10.1073/pnas.1115521109, ISSN: 0027–8424, 1091–6490.

Kellstedt P.M., S. Zahran, and A. Vedlitz (2008). Personal Efficacy, the Information Environment, and Attitudes Toward Global Warming and Climate Change in the United States. *Risk Analysis* 28, 113–126. doi: 10.1111/j.1539–6924.2008.01010.x, ISSN: 1539–6924.

Kemp R. (1994). Technology and the transition to environmental sustainability: The problem of technological regime shifts. *Futures* 26, 1023–1046. doi: 10.1016/0016–3287(94)90071-X, ISSN: 0016–3287.

Kenny G. (2011). Adaptation in agriculture: Lessons for resilience from eastern regions of New Zealand. *Climatic Change* 106, 441–462. doi: 10.1007/s10584–010–9948–9, ISSN: 01650009.

Keskitalo E.C.H., H. Dannevig, G.K. Hovelsrud, J.J. West, and A.G. Swartling (2011). Adaptive capacity determinants in developed states: Examples from the Nordic countries and Russia. *Regional Environmental Change* 11, 579–592. doi: 10.1007/s10113–010–0182–9, ISSN: 14363798.

Keyzer M., and L. Wesenbeeck (2007). The Millennium Development Goals, How Realistic are They? *De Economist* 155, 139–139. doi: 10.1007/s10645–006–90 39–5, ISSN: 0013–063X, 1572–9982.

Khan B.Z. (2005). *The Democratization of Invention: Patents and Copyrights in American Economic Development, 1790–1920*. Cambridge University Press, Cambridge; New York, 342 pp. ISBN: 052181135X 9780521811354 9780521747202 0521747201.

Khor M. (2011). Risks and uses of the green economy concept in the context of sustainable development, poverty and equity. *South Centre Research Paper*. Available at: http://www.twnside.org.sg/title2/uncsd2012/RP40_GreenEcon_concept_MKJul11.pdf.

Kilbourne W.E. (2010). Facing the Challenge of Sustainability in a Changing World: An Introduction to the Special Issue. *Journal of Macromarketing* 30, 109 –111. doi: 10.1177/0276146710363726.

Kjellen B. (2008). *A New Diplomacy for Sustainable Development*. Routledge, London, 208 pp.

Knox J.H. (2009). Linking Human Rights and Climate Change at the United Nations. *Harvard Environmental Law Review* 33, 477. Available at: http://www.law.harvard.edu/students/orgs/elr/vol33_2/Knox.pdf.

Kolk A., D. Levy, and J. Pinkse (2008). Corporate Responses in an Emerging Climate Regime: The Institutionalization and Commensuration of Carbon Disclosure. *European Accounting Review* 17, 719–745. doi: 10.1080/09638180802489121, ISSN: 0963–8180.

Kolmes S.A. (2011). Climate Change: A Disinformation Campaign. *Environment: Science and Policy for Sustainable Development* 53, 33–37. doi: 10.1080/00139157.2011.588553, ISSN: 0013–9157.

Kooiman J. (2003). *Governing as Governance*. Sage Publications, Inc, London, Thousand Oaks, New Delhi, 264 pp. ISBN: 978–0761940364.

Koopmans T.C. (1965). On the Concept of Optimal Economic Growth. *Pontificiae Academiae Scientiarum Scripta Varia* **28**. Available at: http://econpapers.repec.org/paper/cwlcwldpp/163.htm.

Krausmann F., S. Gingrich, N. Eisenmenger, K.-H. Erb, H. Haberl, and M. Fischer-Kowalski (2009). Growth in global materials use, GDP and population during the 20th century. *Ecological Economics* **68**, 2696–2705. doi: 10.1016/j.ecolecon.2009.05.007, ISSN: 0921–8009.

Krippner G.R. (2005). The financialization of the American economy. *Socio-Economic Review* **3**, 173–208. doi: 10.1093/SER/mwi008, ISSN: 1475–1461, 1475–147X.

Krugman P.R. (1979). Increasing returns, monopolistic competition, and international trade. *Journal of International Economics* **9**, 469–479. doi: 10.1016/0022–1996(79)90017–5, ISSN: 0022–1996.

Kvaløy B., H. Finseraas, and O. Listhaug (2012). The publics' concern for global warming: A cross-national study of 47 countries. *Journal of Peace Research* **49**, 11–22. doi: 10.1177/0022343311425841, ISSN: 0022–3433, 1460–3578.

Lal R., J.A. Delgado, P.M. Groffman, N. Millar, C. Dell, and A. Rotz (2011). Management to mitigate and adapt to climate change. *Journal of Soil and Water Conservation* **66**, 276–282. doi: 10.2489/jswc.66.4.276, ISSN: 00224561.

Lane M.S. (2012). *Eco-Republic: What the Ancients Can Teach Us about Ethics, Virtue, and Sustainable Living*. Princeton University Press, Princeton, NJ, 245 pp. ISBN: 9780691151243.

Lange A., A. Löschel, C. Vogt, and A. Ziegler (2010). On the self-interested use of equity in international climate negotiations. *European Economic Review* **54**, 359–375. doi: 10.1016/j.euroecorev.2009.08.006, ISSN: 0014–2921.

Larsen R.K., Å.G. Swartling, N. Powell, B. May, R. Plummer, L. Simonsson, and M. Osbeck (2012). A framework for facilitating dialogue between policy planners and local climate change adaptation professionals: Cases from Sweden, Canada and Indonesia. *Environmental Science & Policy* **23**, 12–23. doi: 10.1016/j.envsci.2012.06.014, ISSN: 1462–9011.

Lastovicka J.L., L.A. Bettencourt, R.S. Hughner, and R.J. Kuntze (1999). Lifestyle of the Tight and Frugal: Theory and Measurement. *Journal of Consumer Research* **26**, 85–98. doi: 10.1086/209552, ISSN: 0093–5301, 1537–5277.

Laukkonen J., P.K. Blanco, J. Lenhart, M. Keiner, B. Cavric, and C. Kinuthia-Njenga (2009). Combining climate change adaptation and mitigation measures at the local level. *Habitat International* **33**, 287–292. doi: 10.1016/j.habitatint.2008.10.003, ISSN: 01973975.

Laurent A., S.I. Olsen, and M.Z. Hauschild (2012). Limitations of Carbon Footprint as Indicator of Environmental Sustainability. *Environmental Science & Technology* **46**, 4100–4108. doi: 10.1021/es204163f, ISSN: 0013–936X.

Lawn P.A. (2003). A theoretical foundation to support the Index of Sustainable Economic Welfare (ISEW), Genuine Progress Indicator (GPI), and other related indexes. *Ecological Economics* **44**, 105–118. doi: 10.1016/S0921–8009(02)00258–6, ISSN: 09218009.

Layard R. (2005). *Happiness: Lessons from a New Science*. Penguin, London, 320 pp. ISBN: 978–0143037019.

Layard R., G. Mayraz, and S. Nickell (2008). The marginal utility of income. *Journal of Public Economics* **92**, 1846–1857.

Leadley P., H.M. Pereira, R. Alkemade, J.F. Fernandez-Manjarrés, V. Proença, J.P.W. Scharlemann, and M.J. Walpole (2010). *Biodiversity Scenarios: Projections of 21st Century Change in Biodiversity and Associated Ecosystem Services : A Technical Report for the Global Biodiversity Outlook 3*. UNEP/Earthprint, 136 pp. ISBN: 9789292252182.

Lebel L., and S. Lorek (2008). Enabling Sustainable Production-Consumption Systems. *Annual Review of Environment and Resources* **33**, 241–275. doi: 10.1146/annurev.environ.33.022007.145734.

Lecocq F., and J.-C. Hourcade (2012). Unspoken ethical issues in the climate affair: Insights from a theoretical analysis of negotiation mandates. *Economic Theory* **49**, 445–471. doi: 10.1007/s00199–010–0589-z, ISSN: 0938–2259, 1432–0479.

Lecocq F., J.-C. Hourcade, and M. Ha Duong (1998). Decision making under uncertainty and inertia constraints: sectoral implications of the when flexibility. *Energy Economics* **20**, 539–555. doi: 10.1016/S0140–9883(98)00012–7.

Lecocq F., and Z. Shalizi (2007). *Balancing Expenditures on Mitigation of and Adaptation to Climate Change—An Exploration of Issues Relevant to Developing Countries*. World Bank.

Lee R. (2011). The Outlook for Population Growth. *Science* **333**, 569–573. doi: 10.1126/science.1208859, ISSN: 0036–8075.

Lee K.-H. (2012). Carbon accounting for supply chain management in the automobile industry. *Journal of Cleaner Production*, 1–11. doi: 10.1016/j.jclepro.2012.02.023, ISSN: 0959–6526.

Leiserowitz A., R.W. Kates, and T.M. Parris (2005). Do Global Attitudes and Behaviors Support Sustainable Development? *Environment* **47**, 22–38.

Lenzen M., J. Murray, F. Sack, and T. Wiedmann (2007). Shared producer and consumer responsibility — Theory and practice. *Ecological Economics* **61**, 27–42. doi: 10.1016/j.ecolecon.2006.05.018, ISSN: 0921–8009.

Lenzen M., and G.M. Peters (2010). How City Dwellers Affect Their Resource Hinterland. *Journal of Industrial Ecology* **14**, 73–90. doi: 10.1111/j.1530–9290.2009.00190.x, ISSN: 1530–9290.

Lenzen M., M. Wier, C. Cohen, H. Hayami, S. Pachauri, and R. Schaeffer (2006). A comparative multivariate analysis of household energy requirements in Australia, Brazil, Denmark, India and Japan. *Energy* **31**, 181–207. doi: 10.1016/j.energy.2005.01.009, ISSN: 0360–5442.

Levin S.A. (2000). *Fragile Dominion: Complexity and the Commons*. Perseus, Cambridge, Mass, 272pp. ISBN: 073820319X 9780738203195 0738201111 9780738201115.

Levin K., B. Cashore, S. Bernstein, and G. Auld (2012). Overcoming the tragedy of super wicked problems: constraining our future selves to ameliorate global climate change. *Policy Sciences* **45**, 123–152. doi: 10.1007/s11077–012–9151–0, ISSN: 0032–2687, 1573–0891.

Li Y., and C.N. Hewitt (2008). The effect of trade between China and the UK on national and global carbon dioxide emissions. *Energy Policy* **36**, 1907–1914. doi: 10.1016/j.enpol.2008.02.005, ISSN: 0301–4215.

Li Y., and B. Zhang (2008). Development Path of China and India and the Challenges for their Sustainable Growth. *The World Economy* **31**, 1277–1291. doi: 10.1111/j.1467–9701.2008.01128.x, ISSN: 1467–9701.

Liebowitz S.J., and S.E. Margolis (1995). Path Dependence, Lock-in, and History. *Journal of Law, Economics, & Organization* **11**, 205–226. ISSN: 8756–6222.

Lobell D.B., U.L.C. Baldos, and T.W. Hertel (2013). Climate adaptation as mitigation: The case of agricultural investments. *Environmental Research Letters* **8**. doi: 10.1088/1748–9326/8/1/015012, ISSN: 17489318.

4

Locatelli B., V. Evans, A. Wardell, A. Andrade, and R. Vignola (2011). Forests and climate change in latin America: Linking adaptation and mitigation. *Forests* **2**, 431–450. doi: 10.3390/f2010431, ISSN: 19994907.

Lohmann L. (2008). Carbon Trading, Climate Justice and the Production of Ignorance: Ten examples. *Development* **51**, 359–365. ISSN: 1011–6370.

Lohmann L. (2009). Climate as Investment. *Development and Change* **40**, 1063–1083. doi: 10.1111/j.1467–7660.2009.01612.x, ISSN: 0012–155X.

Lohmann L. (2010). Uncertainty Markets and Carbon Markets: Variations on Polanyian Themes. *New Political Economy* **15**, 225–254. doi: 10.1080/13563460903290946, ISSN: 1356–3467.

Lorenzoni I., S. Nicholson-Cole, and L. Whitmarsh (2007). Barriers perceived to engaging with climate change among the UK public and their policy implications. *Global Environmental Change* **17**, 445–459. doi: 10.1016/j.gloenvcha.2007.01.004, ISSN: 0959–3780.

Lovell H., H. Bulkeley, and D. Liverman (2009). Carbon offsetting: sustaining consumption? *Environment and Planning A* **41**, 2357–2379. doi: 10.1068/a40345, ISSN: 0308–518X.

Lutz W., and S. KC (2010). Dimensions of global population projections: what do we know about future population trends and structures? *Philosophical Transactions of the Royal Society B-Biological Sciences* **365**, 2779–2791. doi: 10.1098/rstb.2010.0133, ISSN: 0962–8436.

MacDonald G., H. Abarbanel, and P. Carruthers (1979). *JASON. Long Term Impact of Atmospheric Carbon Dioxide on Climate. Technical Report*. SRI International, Arlington, VA, US. Available at: http://www.osti.gov/energycitations/product.biblio.jsp?osti_id=5829641.

Manne A.S., and G. Stephan (2005). Global climate change and the equity–efficiency puzzle. *Energy* **30**, 2525–2536. doi: 10.1016/j.energy.2004.07.007, ISSN: 0360–5442.

Manzini E., and C. Vezzoli (2003). *Product-Service Systems and Sustainability: Opportunities for Sustainable Solutions*. United Nations Environment Programme, Division of Technology Industry and Economics, Paris. Available at: http://www.unep.org/resourceefficiency/Portals/24147/scp/design/pdf/pss-imp-7.pdf.

Marginson D., and L. McAulay (2008). Exploring the debate on short-termism: a theoretical and empirical analysis. *Strategic Management Journal* **29**, 273–292. doi: 10.1002/smj.657, ISSN: 1097–0266.

Markussen P., and G.T. Svendsen (2005). Industry lobbying and the political economy of GHG trade in the European Union. *Energy Policy* **33**, 245–255. doi: 10.1016/S0301–4215(03)00238–6, ISSN: 0301–4215.

Martinet V. (2011). A characterization of sustainability with indicators. *Journal of Environmental Economics and Management* **61**, 183–197. doi: 10.1016/j.jeem.2010.10.002, ISSN: 00950696.

Martinet V. (2012). *Economic Theory and Sustainable Development: What Can We Preserve for Future Generations?* Routledge, London; New York, 203 pp. ISBN: 9780415544771.

Martínez E., F. Sanz, S. Pellegrini, E. Jiménez, and J. Blanco (2009). Life cycle assessment of a multi-megawatt wind turbine. *Renewable Energy* **34**, 667–673. doi: 10.1016/j.renene.2008.05.020, ISSN: 0960–1481.

Martinez-Alier J., G. Kallis, S. Veuthey, M. Walter, and L. Temper (2010). Social Metabolism, Ecological Distribution Conflicts, and Valuation Languages. *Ecological Economics* **70**, 153–158.

Martínez-Alier J., U. Pascual, F.-D. Vivien, and E. Zaccaï (2010). Sustainable de-growth: Mapping the context, criticisms and future prospects of an emergent paradigm. *Ecological Economics* **69**, 1741–1747. doi: 10.1016/j.ecolecon.2010.04.017, ISSN: 0921–8009.

Marvel M.R., and G.T. Lumpkin (2007). Technology entrepreneurs' human capital and its effects on innovation radicalness. *Entrepreneurship Theory and Practice* **31**, 807–828. doi: 10.1111/j.1540–6520.2007.00209.x, ISSN: 1042–2587.

Maslow A.H. (1970). *Motivation and Personality*. Harper & Row, New York, 336 pp. ISBN: 978–0060419875.

Matthew R.A., and A. Hammill (2009). Sustainable development and climate change. *International Affairs* **85**, 1117–1128. doi: 10.1111/j.1468–2346.2009.00852.x, ISSN: 1468–2346.

McCright A.M., and R.E. Dunlap (2011). Cool dudes: The denial of climate change among conservative white males in the United States. *Global Environmental Change* **21**, 1163–1172. doi: 10.1016/j.gloenvcha.2011.06.003, ISSN: 0959–3780.

McDonald S., C. Oates, M. Thyne, P. Alevizou, and L.-A. McMorland (2009). Comparing sustainable consumption patterns across product sectors. *International Journal of Consumer Studies* **33**, 137–145. doi: 10.1111/j.1470–6431.2009.00755.x, ISSN: 1470–6431.

McFadden J.E., T.L. Hiller, and A.J. Tyre (2011). Evaluating the efficacy of adaptive management approaches: Is there a formula for success? *Journal of Environmental Management* **92**, 1354–1359. doi: 10.1016/j.jenvman.2010.10.038, ISSN: 0301–4797.

McShane K. (2007). Why Environmental Ethics Shouldn't Give Up on Intrinsic Value. *Environmental Ethics* **29**, 43–61.

Meade J.E. (1967). Population explosion, the standard of living and social conflict. *The Economic Journal* **77**, 233–255.

Meadows D.H., J. Randers, and D. Meadows (2004). *Limits to Growth: The 30-Year Update*. Chelsea Green, 338 pp. ISBN: 1931498857.

Mehlum H., K. Moene, and R. Torvik (2006). Cursed by resources or institutions? *World Economy* **29**, 1117–1131. doi: 10.1111/j.1467–9701.2006.00808.x, ISSN: 0378–5920.

Meyer A. (2004). Briefing: Contraction and convergence. *Proceedings of the ICE—Engineering Sustainability* **157**, 189–192. doi: 10.1680/ensu.2004.157.4.189, ISSN: 1478–4629, 1751–7680.

Meyer L.H. (2012). Why Historical Emissions Should Count. *Chicago Journal of International Law* **13**, 597. Available at: http://heinonline.org.ezproxy.library.tufts.edu/HOL/Page?handle=hein.journals/cjil13&id=603&div=&collection=journals.

Meyer L.H., and D. Roser (2010). Climate justice and historical emissions. *Critical Review of International Social and Political Philosophy* **13**, 229–253. doi: 10.1080/13698230903263349, ISSN: 1369–8230.

Milanović B., P.H. Lindert, and J.G. Williamson (2007). *Measuring Ancient Inequality*. National Bureau of Economic Research. **13550**.

Millennium Ecosystem Assessment (2005). *Ecosystems and Human Well-Being: Synthesis*. Island Press, Washington, DC, 137 pp. ISBN: 1597260401.

Mitchell D. (2008). *A Note on Rising Food Prices*. World Bank—Development Economics Group (DEC). Available at: http://papers.ssrn.com/abstract=1233058.

Mitchell J., and C. Coles (eds.) (2011). *Markets and Rural Poverty: Upgrading in Value Chains*. Taylor & Francis UK, London, 292 pp. ISBN: 1849713138.

**4**

Mitchell S.M., and C.G. Thies (2012). Resource Curse in Reverse: How Civil Wars Influence Natural Resource Production. *International Interactions* **38**, 218–242. doi: 10.1080/03050629.2012.658326, ISSN: 0305–0629.

Moisander J., A. Markkula, and K. Eräranta (2010). Construction of consumer choice in the market: challenges for environmental policy. *International Journal of Consumer Studies* **34**, 73–79. doi: 10.1111/j.1470–6431.2009.00821.x, ISSN: 1470–6431.

Mokyr J. (1992). *The Lever of Riches: Technological Creativity and Economic Progress*. Oxford University Press, Oxford, 368 pp. ISBN: 0195074777.

Mori K., and A. Christodoulou (2012). Review of sustainability indices and indicators: Towards a new City Sustainability Index (CSI). *Environmental Impact Assessment Review* **32**, 94–106. doi: 10.1016/j.eiar.2011.06.001, ISSN: 01959255.

Mori A.S., T.A. Spies, K. Sudmeier-Rieux, and A. Andrade (2013). Reframing ecosystem management in the era of climate change: Issues and knowledge from forests. *Biological Conservation* **165**, 115–127. doi: 10.1016/j.biocon.2013.05.020, ISSN: 00063207.

Moser P. (2013). Patents and Innovation: Evidence from Economic History. *Journal of Economic Perspectives* **27**, 23–44. doi: 10.1257/jep.27.1.23, ISSN: 0895–3309.

Moss R.H., J.A. Edmonds, K.A. Hibbard, M.R. Manning, S.K. Rose, D.P. van Vuuren, T.R. Carter, S. Emori, M. Kainuma, T. Kram, G.A. Meehl, J.F.B. Mitchell, N. Nakicenovic, K. Riahi, S.J. Smith, R.J. Stouffer, A.M. Thomson, J.P. Weyant, and T.J. Wilbanks (2010). The next generation of scenarios for climate change research and assessment. *Nature* **463**, 747–756. doi: 10.1038/nature08823, ISSN: 0028–0836.

Müller B. (1999). *Justice in Global Warming Negotiations: How to Obtain a Procedurally Fair Compromise*. Oxford Institute for Energy Studies, Oxford, UK. Available at: http://www.oxfordenergy.org/1998/03/justice-in-global-warming-negotiations-how-to-obtain-a-procedurally-fair-compromise/.

Müller B., N. Höhne, and C. Ellermann (2009). Differentiating (historic) responsibilities for climate change. *Climate Policy* **9**, 593–611. doi: 10.3763/cpol.2008.0570, ISSN: 1469–3062.

Muradian R., M. Walter, and J. Martinez-Alier (2012). Hegemonic transitions and global shifts in social metabolism: Implications for resource-rich countries. Introduction to the special section. *Global Environmental Change*. doi: 10.1016/j.gloenvcha.2012.03.004, ISSN: 0959–3780.

Murdiyarso D. (2010). Climate and development—the challenges in delivering the promises: an editorial essay. *Wiley Interdisciplinary Reviews: Climate Change* **1**, 765–769. doi: 10.1002/wcc.19, ISSN: 17577780.

Negro S.O., F. Alkemade, and M.P. Hekkert (2012). Why does renewable energy diffuse so slowly? A review of innovation system problems. *Renewable and Sustainable Energy Reviews* **16**, 3836–3846. doi: 10.1016/j.rser.2012.03.043, ISSN: 1364–0321.

Nelson R.R., and S.G. Winter (2002). Evolutionary Theorizing in Economics. *The Journal of Economic Perspectives* **16**, 23–46. ISSN: 0895–3309.

Nemet G.F., and D.M. Kammen (2007). US energy research and development: Declining investment, increasing need, and the feasibility of expansion. *Energy Policy* **35**, 746–755. doi: 10.1016/j.enpol.2005.12.012, ISSN: 0301–4215.

Neumayer E. (2000). In defence of historical accountability for greenhouse gas emissions. *Ecological Economics* **33**, 185–192. doi: 10.1016/S0921–8009(00)00135-X, ISSN: 0921–8009.

Neumayer E. (2010). *Weak versus Strong Sustainability: Exploring the Limits of Two Opposing Paradigms*. Edward Elgar, Cheltenham, UK; Northhampton, MA, 272 pp. ISBN: 9781848448728.

Newell P., and D. Mulvaney (2013). The political economy of the "just transition." *The Geographical Journal* **179**, 132–140. doi: 10.1111/geoj.12008, ISSN: 1475–4959.

Newell P., and M. Paterson (2010). *Climate Capitalism. Global Warming and the Transformation of the Global Economy*. Cambridge University Press, Cambridge.

Norenzayan A. (2011). Explaining Human Behavioral Diversity. *Science* **332**, 1041–1042. doi: 10.1126/science.1207050, ISSN: 0036–8075, 1095–9203.

Norgaard K.M. (2011). *Living in Denial: Climate Change, Emotions, and Everyday Life*. MIT Press, Cambridge, MA, 300 pp. ISBN: 9780262515856.

Van Notten P.W., J. Rotmans, M.B.. van Asselt, and D.S. Rothman (2003). An updated scenario typology. *Futures* **35**, 423–443. doi: 10.1016/S0016–3287(02)00090–3, ISSN: 0016–3287.

O'Neill B.C., L.F. MacKellar, and W. Lutz (2001). *Population and Climate Change*. Cambridge University Press, Cambridge, 288 pp. ISBN: 0521018021.

Oberheitmann A. (2010). A new post-Kyoto climate regime based on per-capita cumulative $CO_2$-emission rights—rationale, architecture and quantitative assessment of the implication for the $CO_2$-emissions from China, India and the Annex-I countries by 2050. *Mitigation and Adaptation Strategies for Global Change* **15**, 137–168. doi: 10.1007/s11027–009–9207–4, ISSN: 1381–2386, 1573–1596.

Ockwell D.G., R. Haum, A. Mallett, and J. Watson (2010). Intellectual property rights and low carbon technology transfer: Conflicting discourses of diffusion and development. *Global Environmental Change* **20**, 729–738. doi: 10.1016/j.gloenvcha.2010.04.009, ISSN: 0959–3780.

OECD (2011). *Towards Green Growth*. OECD Publishing, Paris, 142 pp. ISBN: 9789264094970.

Oishi S., S. Kesebir, and E. Diener (2011). Income Inequality and Happiness. *Psychlogical Science* **22**, 1095–1100. doi: 10.1177/0956797611417262.

Okereke C. (2008). *Global Justice and Neoliberal Environmental Governance*. Routledge, London, 242 pp. ISBN: 0415599466.

Okereke C. (2010). Climate justice and the international regime. *Wiley Interdisciplinary Reviews-Climate Change* **1**, 462–474. doi: 10.1002/wcc.52, ISSN: 1757–7780.

Okereke C. (2011). Moral Foundations for Global Environmental and Climate Justice. *Royal Institute of Philosophy Supplements* **69**, 117–135. doi: 10.1017/S1358246111000245.

Okereke C., H. Bulkeley, and H. Schroeder (2009). Conceptualizing Climate Governance Beyond the International Regime. *Global Environmental Politics* **9**, 58–74. doi: 10.1162/glep.2009.9.1.58, ISSN: 1526–3800.

Okereke C., and K. Dooley (2010). Principles of justice in proposals and policy approaches to avoided deforestation: Towards a post-Kyoto climate agreement. *Global Environmental Change-Human and Policy Dimensions* **20**, 82–95. doi: 10.1016/j.gloenvcha.2009.08.004, ISSN: 0959–3780.

Okereke C., and D. McDaniels (2012). To what extent are EU steel companies susceptible to competitive loss due to climate policy? *Energy Policy* **46**, 203–215. doi: 10.1016/j.enpol.2012.03.052, ISSN: 0301–4215.

Osbaldiston R., and J.P. Schott (2012). Environmental Sustainability and Behavioral Science: Meta-Analysis of Proenvironmental Behavior Experiments. *Environment and Behavior* **44**, 257–299. doi: 10.1177/0013916511402673, ISSN: 0013–9165.

**4**

Ostrom E. (1990). *Governing the Commons: The Evolution of Institutions for Collective Action.* Cambridge University Press, Cambridge, UK, 302 pp. ISBN: 9780521405997.

Ostrom E. (1998). A Behavioral Approach to the Rational Choice Theory of Collective Action: Presidential Address, American Political Science Association, 1997. *The American Political Science Review* 92, 1–22. doi: 10.2307/2585925, ISSN: 0003–0554.

Ostrom E. (2008). Frameworks and theories of environmental change. *Global Environmental Change* 18, 249–252. doi: 10.1016/j.gloenvcha.2008.01.001, ISSN: 0959–3780.

Ostrom E. (2010). Polycentric systems for coping with collective action and global environmental change. *Global Environmental Change* 20, 550–557. Available at: http://www.sciencedirect.com/science/article/pii/S0959378010000634.

Ostrom E., J. Burger, C.B. Field, R.B. Norgaard, and D. Policansky (1999). Revisiting the Commons: Local Lessons, Global Challenges. *Science* 284, 278–282. doi: 10.1126/science.284.5412.278, ISSN: 0036–8075, 1095–9203.

Paavola J., and W.N. Adger (2006). Fair adaptation to climate change. *Ecological Economics* 56, 594–609. doi: 10.1016/j.ecolecon.2005.03.015, ISSN: 0921–8009.

Pachauri S., A. Brew-Hammond, D.F. Barnes, D.H. Bouille, S. Gitonga, V. Modi, G. Prasad, A. Rath, and H. Zerriffi (2012). Chapter 19 - Energy Access for Development. In: *Global Energy Assessment - Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp.1401–1458. Available at: http://www.iiasa.ac.at/web/home/research/Flagship-Projects/Global-Energy-Assessment/Chapte19.en.html.

Page S.E. (2006). Path dependence. *Quarterly Journal of Political Science* 1, 87–115. doi: 10.1561/100.00000006.

Paillard S., S. Treyer, and B. Dorin (2010). *Agrimonde: Scénarios et défis pour nourrir le monde en 2050.* Editions Quae, 298 pp. ISBN: 9782759208883.

Palley T. (2007). Financialization: What it is and Why it Matters. *PERI Working Papers.* Available at: http://scholarworks.umass.edu/peri_workingpapers/135.

Pan J., J. Phillips, and Y. Chen (2008). China's balance of emissions embodied in trade: approaches to measurement and allocating international responsibility. *Oxford Review of Economic Policy* 24, 354–376. doi: 10.1093/oxrep/grn016.

Pan X., F. Teng, and G. Wang (2013). Sharing emission space at an equitable basis: Allocation scheme based on the equal cumulative emission per capita principle. *Applied Energy.* doi: 10.1016/j.apenergy.2013.07.021, ISSN: 0306–2619.

Pandey D., M. Agrawal, and J. Pandey (2011). Carbon footprint: current methods of estimation. *Environmental Monitoring and Assessment* 178, 135–160. doi: 10.1007/s10661–010–1678-y, ISSN: 0167–6369.

Parry M. (2009). Climate change is a development issue, and only sustainable development can confront the challenge. *Climate and Development* 1, 5–9. doi: 10.3763/cdev.2009.0012, ISSN: 17565529.

Parthan B., M. Osterkorn, M. Kennedy, S.J. Hoskyns, M. Bazilian, and P. Monga (2010). Lessons for low-carbon energy transition: Experience from the Renewable Energy and Energy Efficiency Partnership (REEEP). *Energy for Sustainable Development* 14, 83–93. doi: 10.1016/j.esd.2010.04.003, ISSN: 0973–0826.

Paterson M. (2009). Global governance for sustainable capitalism? The political economy of global environmental governance. In: *Governing Sustainability.* Cambridge University Press, Cambridge, pp. 99–122. ISBN: 9780521732437.

Pattberg P. (2010). Public-private partnerships in global climate governance. *Wiley Interdisciplinary Reviews-Climate Change* 1, 279–287. doi: 10.1002/wcc.38, ISSN: 1757–7780.

Patzelt H. (2010). CEO human capital, top management teams, and the acquisition of venture capital in new technology ventures: An empirical analysis. *Journal of Engineering and Technology Management* 27, 131–147. doi: 10.1016/j.jengtecman.2010.06.001, ISSN: 0923–4748.

De Paula Gomes M.S., and M.S. Muylaert de Araujo (2011). Artificial cooling of the atmosphere-A discussion on the environmental effects. *Renewable & Sustainable Energy Reviews* 15, 780–786. doi: 10.1016/j.rser.2010.07.045, ISSN: 1364–0321.

Pelling M. (2010). *Adaptation to Climate Change: From Resilience to Transformation.* Taylor & Francis US, 220 pp. ISBN: 9780415477505.

Pendergast S.M., J.A. Clarke, and G.C. van Kooten (2011). Corruption, Development and the Curse of Natural Resources. *Canadian Journal of Political Science-Revue Canadienne De Science Politique* 44, 411–437. doi: 10.1017/S0008423911000114, ISSN: 0008–4239.

Penetrante A.M. (2011). Politics of Equity and Justice in Climate Change Negotiations in North-South Relations. Hexagon Series on Human and Environmental Security and Peace. In: *Coping with Global Environmental Change, Disasters and Security.* H.G. Brauch, Ú.O. Spring, C. Mesjasz, J. Grin, P. Kameri-Mbote, B. Chourou, P. Dunay, J. Birkmann, (eds.), Springer Berlin Heidelberg, pp. 1355–1366. ISBN: 978–3-642–17775–0, 978–3-642–17776–7.

Pepper M., T. Jackson, and D. Uzzell (2009). An examination of the values that motivate socially conscious and frugal consumer behaviours. *International Journal of Consumer Studies* 33, 126–136. doi: 10.1111/j.1470–6431.2009.00753 .x, ISSN: 1470–6431.

Pereira R.M., P.W. Leadley, V. Proença, R. Alkemade, J.P.W. Scharlemann, J.F. Fernandez-Manjarrés, M.B. Araújo, P. Balvanera, R. Biggs, W.W.L. Cheung, L. Chini, H.D. Cooper, E.L. Gilman, S. Guénette, G.C. Hurtt, H.P. Huntington, G.M. Mace, T. Oberdorff, C. Revenga, P. Rodrigues, R.J. Scholes, U.R. Sumaila, and M. Walpole (2010). Scenarios for Global Biodiversity in the 21st Century. *Science* 330, 1496–1501. doi: 10.1126/science.1196624, ISSN: 0036–8075, 1095–9203.

Peters G.P. (2010). Carbon footprints and embodied carbon at multiple scales. *Current Opinion in Environmental Sustainability* 2, 245–250. doi: 10.1016/j.cosust.2010.05.004, ISSN: 1877–3435.

Peters G.P., S.J. Davis, and R. Andrew (2012). A synthesis of carbon in international trade. *Biogeosciences* 9, 3247–3276. doi: 10.5194/bg-9–3247–2012, ISSN: 1726–4189.

Peters G.P., and E.G. Hertwich (2008a). $CO_2$ Embodied in International Trade with Implications for Global Climate Policy. *Environmental Science & Technology* 42, 1401–1407. doi: 10.1021/es072023k, ISSN: 0013–936X.

Peters G.P., and E.G. Hertwich (2008b). Post-Kyoto greenhouse gas inventories: production versus consumption RID B-1012–2008. *Climatic Change* 86, 51–66. doi: 10.1007/s10584–007–9280–1, ISSN: 0165–0009.

Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011). Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences* 108, 8903–8908. doi: 10.1073/pnas.1006388108, ISSN: 0027–8424, 1091–6490.

**Peters G.P., C.L. Weber, D. Guan, and K. Hubacek (2007)**. China's Growing CO₂ Emissions: A Race between Increasing Consumption and Efficiency Gains. *Environmental Science & Technology* 41, 5939–5944. doi: 10.1021/es070108f, ISSN: 0013–936X.

**Pezzey J.C.V. (2004)**. One-sided sustainability tests with amenities, and changes in technology, trade and population. *Journal of Environmental Economics and Management* 48, 613–631. doi: 10.1016/j.jeem.2003.10.002, ISSN: 0095–0696.

**Pezzey J.C.V., and F. Jotzo (2012)**. Tax-versus-trading and efficient revenue recycling as issues for greenhouse gas abatement. *Journal of Environmental Economics and Management* 64, 230–236. doi: 10.1016/j.jeem.2012.02.006, ISSN: 0095–0696.

**Pezzey J.C.V., and M. Toman (2002)**. Progress and problems in the economics of sustainability. In: *International Yearbook of Environmental and Resource Economics 2002/2003*. Edward Elgar Publishing.

**Pickering J., and C. Barry (2012)**. On the concept of climate debt: its moral and political value. *Critical Review of International Social and Political Philosophy* 15, 667–685. doi: 10.1080/13698230.2012.727311, ISSN: 1369–8230.

**Picketts I.M., J. Curry, and E. Rapaport (2012)**. Community Adaptation to Climate Change: Environmental Planners' Knowledge and Experiences in British Columbia, Canada. *Journal of Environmental Policy and Planning* 14, 119–137. doi: 10.1080/1523908X.2012.659847, ISSN: 1523908X.

**Pidgeon N.F., I. Lorenzoni, and W. Poortinga (2008)**. Climate change or nuclear power—No thanks! A quantitative study of public perceptions and risk framing in Britain. *Global Environmental Change-Human and Policy Dimensions* 18, 69–85. doi: 10.1016/j.gloenvcha.2007.09.005, ISSN: 0959–3780.

**Pimentel D., A. Marklein, M.A. Toth, M.N. Karpoff, G.S. Paul, R. McCormack, J. Kyriazis, and T. Krueger (2009)**. Food Versus Biofuels: Environmental and Economic Costs. *Human Ecology* 37, 1–12. doi: 10.1007/s10745–009–9215–8, ISSN: 0300–7839.

**Pimentel D., and M.G. Paoletti (2009)**. Developing a 21st Century View of Agriculture and the Environment (N. Ferry and A.M.R. Gatehouse, eds.). Cabi Publishing-C a B Int, Wallingford, ISBN: 978–1-84593–409–5.

**Pinkse J., and A. Kolk (2012)**. Addressing the climate change-sustainable development nexus: The role of multistakeholder partnerships. *Business and Society* 51, 176–210. doi: 10.1177/0007650311427426, ISSN: 00076503.

**Plassmann K., A. Norton, N. Attarzadeh, M.P. Jensen, P. Brenton, and G. Edwards-Jones (2010)**. Methodological complexities of product carbon footprinting: a sensitivity analysis of key variables in a developing country context. *Environmental Science & Policy* 13, 393–404. doi: 10.1016/j.envsci.2010.03.013, ISSN: 1462–9011.

**Plevin R.J., M. O'Hare, A.D. Jones, M.S. Torn, and H.K. Gibbs (2010)**. Greenhouse Gas Emissions from Biofuels' Indirect Land Use Change Are Uncertain but May Be Much Greater than Previously Estimated. *Environmental Science & Technology* 44, 8015–8021. doi: 10.1021/es101946t, ISSN: 0013–936X.

**Van der Ploeg F. (2011)**. Natural Resources: Curse or Blessing? *Journal of Economic Literature* 49, 366–420. doi: 10.1257/jel.49.2.366, ISSN: 0022–0515.

**Pogutz S., and V. Micale (2011)**. Sustainable consumption and production. *Society and Economy* 33, 29–50. doi: 10.1556/SocEc.33.2011.1.5, ISSN: 1588–9726, 1588–970X.

**Polasky S., S.R. Carpenter, C. Folke, and B. Keeler (2011)**. Decision-making under great uncertainty: environmental management in an era of global change. *Trends in Ecology & Evolution* 26, 398–404. doi: 10.1016/j.tree.2011.04.007, ISSN: 0169–5347.

**Polsky C., and H. Eakin (2011)**. Global change vulnerability assessments: Definitions, challenges, and opportunities. In: *The Oxford Handbook of Climate Change and Society*. Oxford University Press, ISBN: 9780199566600.

**Pope J., D. Annandale, and A. Morrison-Saunders (2004)**. Conceptualising sustainability assessment. *Environmental Impact Assessment Review* 24, 595–616. doi: 10.1016/j.eiar.2004.03.001, ISSN: 01959255.

**Posner E.A., and C.R. Sunstein (2007)**. Climate Change Justice. *Georgetown Law Journal* 96, 1565. Available at: http://scholar.google.de/scholar_url?hl=en&q=http://www.researchgate.net/publication/46454164_Climate_Change_Justice/file/d912f50cb1a9fe6752.pdf&sa=X&scisig=AAGBfm3m6Af53l7vFkH56i8_u5DEYAFhOQ&oi=scholarr&ei=SYnnUuWCEsWUswby74Eg&ved=0CCkQgAMoADAA.

**Posner E.A., and D. Weisbach (2010)**. *Climate Change Justice*. Princeton University Press, Princeton, NJ, 231 pp. ISBN: 9780691137759.

**Posner E.A., and D. Weisbach (2012)**. International Paretianism: A Defense. Available at: http://papers.ssrn.com/abstract=2120650.

**Poteete A.R. (2009)**. Is Development Path Dependent or Political? A Reinterpretation of Mineral-Dependent Development in Botswana. *Journal of Development Studies* 45, 544–571. doi: 10.1080/00220380802265488, ISSN: 0022–0388, 1743–9140.

**Potts M. (2007)**. Population and environment in the twenty-first century. *Population and Environment* 28, 204–211. doi: 10.1007/s11111–007–0045–6, ISSN: 0199–0039.

**Poumadere M., R. Bertoldo, and J. Samadi (2011)**. Public perceptions and governance of controversial technologies to tackle climate change: nuclear power, carbon capture and storage, wind, and geoengineering. *Wiley Interdisciplinary Reviews-Climate Change* 2, 712–727. doi: 10.1002/wcc.134, ISSN: 1757–7780.

**Pow C.-P. (2011)**. Living it up: Super-rich enclave and transnational elite urbanism in Singapore. *Geoforum* 42, 382–393. doi: 10.1016/j.geoforum.2011.01.009, ISSN: 0016–7185.

**Prescott-Allen R. (1980)**. *How to Save the World: Strategy for World Conservation*. Barnes and Noble Books, Totowa, N.J., 150 pp. ISBN: 0389200115 9780389200116.

**Rajamani L. (2000)**. The Principle of Common but Differentiated Responsibility and the Balance of Commitments under the Climate Regime. *Review of European Community & International Environmental Law* 9, 120–131. doi: 10.1111/1467–9388.00243, ISSN: 1467–9388.

**Rao N., and P. Baer (2012)**. "Decent Living" Emissions: A Conceptual Framework. *Sustainability* 4, 656–681. doi: 10.3390/su4040656, ISSN: 2071–1050.

**Rao K.U., and V.V.N. Kishore (2010)**. A review of technology diffusion models with special reference to renewable energy technologies. *Renewable and Sustainable Energy Reviews* 14, 1070–1078. doi: 10.1016/j.rser.2009.11.007, ISSN: 1364–0321.

**Rasch P.J., P.J. Crutzen, and D.B. Coleman (2008)**. Exploring the geoengineering of climate using stratospheric sulfate aerosols: The role of particle size. *Geophysical Research Letters* 35. doi: 10.1029/2007GL032179, ISSN: 0094–8276.

**Raskin P.D., C. Electris, and R.A. Rosen (2010)**. The Century Ahead: Searching for Sustainability. *Sustainability* 2, 2626–2651. doi: 10.3390/su2082626, ISSN: 2071–1050.

Rawls J. (2000). *A Theory of Justice*. Belknap, Cambridge Mass., 560 pp. ISBN: 9780674000773.

Rayner S. (2010). How to eat an elephant: a bottom-up approach to climate policy. *Climate Policy* 10, 615–621. doi: 10.3763/cpol.2010.0138, ISSN: 1469–3062.

Republic of Korea (2009). *Road to Our Future: Green Growth, National Strategy and the Five-Year Plan (2009–2013)*. Presidential Commission on Green Growth, Seoul. Available at: http://www.greengrowthknowledge.org/sites/default/files/downloads/resource/Road_to_Our_Future_GG_Republic_of_Korea.pdf.

Rezai A., L. Taylor, and R. Mechler (2013). Ecological macroeconomics: An application to climate change. *Ecological Economics* 85, 69–76. doi: 10.1016/j.ecolecon.2012.10.008, ISSN: 0921–8009.

Riisgaard L. (2009). Global Value Chains, Labor Organization and Private Social Standards: Lessons from East African Cut Flower Industries. *World Development* 37, 326–340. doi: 10.1016/j.worlddev.2008.03.003, ISSN: 0305–750X.

Ringius L., A. Torvanger, and A. Underdal (2002). Burden Sharing and Fairness Principles in International Climate Policy. *International Environmental Agreements: Politics, Law and Economics* 2, 1–22. doi: 10.1023/A:1015041613785.

Rist G. (2003). *The History of Development: From Western Origins to Global Faith*. Zed Books, London, UK, 308 pp. ISBN: 9781842771815.

Rival L. (2010). Ecuador's Yasuni-ITT Initiative The old and new values of petroleum. *Ecological Economics* 70, 358–365. doi: 10.1016/j.ecolecon.2010.09.007, ISSN: 0921–8009.

Rive N., A. Torvanger, and J.S. Fuglestvedt (2006). Climate agreements based on responsibility for global warming: Periodic updating, policy choices, and regional costs. *Global Environmental Change* 16, 182–194. doi: 10.1016/j.gloenvcha.2006.01.002, ISSN: 0959–3780.

Roberts J.T., and B.C. Parks (2007). *A Climate of Injustice. Global Inequality, North-South Politics, and Climate Policy*. MIT Press, Cambridge Mass., 404 pp.

Roberts J.T., and B.C. Parks (2009). Ecologically Unequal Exchange, Ecological Debt, and Climate Justice The History and Implications of Three Related Ideas for a New Social Movement. *International Journal of Comparative Sociology* 50, 385–409. doi: 10.1177/0020715209105147, ISSN: 0020–7152, 1745–2554.

Robinson J., M. Bradley, P. Busby, D. Connor, A. Murray, B. Sampson, and W. Soper (2006). Climate change and sustainable development: realizing the opportunity. *Ambio* 35, 2–8. doi: 0044–7447.

Rockström J., W. Steffen, K. Noone, A. Persson, F.S. Chapin, E.F. Lambin, T.M. Lenton, M. Scheffer, C. Folke, H.J. Schellnhuber, B. Nykvist, C.A. de Wit, T. Hughes, S. van der Leeuw, H. Rodhe, S. Sorlin, P.K. Snyder, R. Costanza, U. Svedin, M. Falkenmark, L. Karlberg, R.W. Corell, V.J. Fabry, J. Hansen, B. Walker, D. Liverman, K. Richardson, P. Crutzen, and J.A. Foley (2009a). A safe operating space for humanity. *Nature* 461, 472–475. doi: 10.1038/461472a, ISSN: 0028–0836.

Rockström J., W. Steffen, K. Noone, A. Persson, F.S. Chapin, E.F. Lambin, T.M. Lenton, M. Scheffer, C. Folke, H.J. Schellnhuber, B. Nykvist, C.A. de Wit, T. Hughes, S. van der Leeuw, H. Rodhe, S. Sorlin, P.K. Snyder, R. Costanza, U. Svedin, M. Falkenmark, L. Karlberg, R.W. Corell, V.J. Fabry, J. Hansen, B. Walker, D. Liverman, K. Richardson, P. Crutzen, and J.A. Foley (2009b). Planetary boundaries: Exploring the safe operating space for humanity. *Ecology and Society* 14.

Roemer J., and K. Suzumura (2002). Intergenerational equity and sustainability. *Ecological Economics* 41, 69–83.

Rohan M.J. (2000). A Rose by Any Name? The Values Construct. *Personality and Social Psychology Review* 4, 255–277. doi: 10.1207/S15327957PSPR0403_4, ISSN: 1088–8683, 1532–7957.

Roitner-Schobesberger B., I. Darnhofer, S. Somsook, and C.R. Vogl (2008). Consumer perceptions of organic foods in Bangkok, Thailand. *Food Policy* 33, 112–121. doi: 10.1016/j.foodpol.2007.09.004, ISSN: 0306–9192.

Romer P.M. (1990). Endogenous Technological Change. *Journal of Political Economy* 98, S71–S102. ISSN: 0022–3808.

Romero-Lankao P. (2012). Governing Carbon and Climate in the Cities: An Overview of Policy and Planning Challenges and Options. *European Planning Studies* 20, 7–26. doi: 10.1080/09654313.2011.638496, ISSN: 09654313.

Rosenau J.N. (1990). *Turbulence in World Politics: A Theory of Change and Continuity*. Princeton University Press, Princeton, 504 pp. ISBN: 9780691023083.

Rosenzweig C., and F.N. Tubiello (2007). Adaptation and mitigation strategies in agriculture: an analysis of potential synergies. *Mitigation and Adaptation Strategies for Global Change* 12, 855–873. doi: 10.1007/s11027–007–9103–8, ISSN: 1381–2386, 1573–1596.

Rothstein B. (2005). *Social Traps and the Problem of Trust*. Cambridge University Press, Cambridge, UK, 244 pp. ISBN: 0521848296.

Rudd M.A. (2000). Live long and prosper: collective action, social capital and social vision. *Ecological Economics* 34, 131–144. doi: 10.1016/S0921–8009(00)00152-X, ISSN: 0921–8009.

Sachs, Wolfgang (1999). *Planet Dialectics: Explorations in Environment and Development*. Zed Books Ltd., London, UK and New York, NY, 230 pp. ISBN: 1 85649 700 3.

Sacks D.W., B. Stevenson, and J. Wolfers (2010). *SUBJECTIVE WELL-BEING, INCOME, ECONOMIC DEVELOPMENT AND GROWTH*. NBER. Available at: http://www.nber.org/papers/w16441.

Sæverud I.A., and J.B. Skjærseth (2007). Oil Companies and Climate Change: Inconsistencies between Strategy Formulation and Implementation? *Global Environmental Politics* 7, 42–62. doi: 10.1162/glep.2007.7.3.42, ISSN: 1526–3800.

Sagar A.D., C. Bremner, and M.J. Grubb (2009). Climate Innovation Centres: A partnership approach to meeting energy and climate challenges. *Natural Resources Forum* 33, 274–284.

Sagar A.D., and J.P. Holdren (2002). Assessing the global energy innovation system: some key issues. *Energy Policy* 30, 465–469. doi: 10.1016/S0301–4215(0 1)00117–3, ISSN: 0301–4215.

Samaras C., and K. Meisterling (2008). Life Cycle Assessment of Greenhouse Gas Emissions from Plug-in Hybrid Vehicles: Implications for Policy. *Environmental Science & Technology* 42, 3170–3176. doi: 10.1021/es702178s, ISSN: 0013–936X.

Sandler T. (2010). Overcoming Global and Regional Collective Action Impediments. *Global Policy* 1, 40–50. doi: 10.1111/j.1758–5899.2009.00002.x, ISSN: 17585880.

Sanne C. (2002). Willing consumers—or locked-in? Policies for a sustainable consumption. *Ecological Economics* 42, 273–287. doi: 10.1016/S0921–8009(02)0 0086–1, ISSN: 0921–8009.

Sanwal M. (2010). Climate change and global sustainability: The need for a new paradigm for international cooperation. *Climate and Development* 2, 3–8. doi: 10.3763/cdev.2010.0030, ISSN: 1756–5529.

Sanwal M. (2011). Climate change and the Rio +20 summit: A developing country perspective. *Climate and Development* 3, 89–93. doi: 10.1080/17565529.2011.582274, ISSN: 1756–5529.

Sarewitz D. (2011). Does climate change knowledge really matter? *Wiley Interdisciplinary Reviews: Climate Change* 2, 475–481. doi: 10.1002/wcc.126, ISSN: 17577780.

Sassi O., R. Crassous, J.C. Hourcade, V. Gitz, H. Waisman, and C. Guivarch (2010). IMACLIM-R: a modelling framework to simulate sustainable development pathways. *International Journal of Global Environmental Issues* 10, 5. doi: 10.1504/IJGENVI.2010.030566, ISSN: 1466–6650, 1741–5136.

Sathaye J., O. Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, S. Kadner, M. Mirza, H. Rudnik, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]*. Cambridge University Press, UK and New York, NY USA, pp. 707–790.

Sathaye J., A. Najam, J. Robinson, R. Schaeffer, Y. Sokona, R. Swart, H. Winkler, C. Cocklin, T. Heller, F. Lecocq, J. Llanes-Regueiro, J. Pan, G. Petschel-Held, and S. Rayner (2007). Sustainable development and mitigation. In: *Climate Change 2007: Mitigation of Climate Change. Contribution of Working Group III to the Fourth Assessment Report of the IPCC [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]*. Cambridge University Press, UK and New York, NY USA, pp. 692–743. Available at: http://www.ipcc.ch/publications_and_data/ar4/wg3/en/ch12.html.

Schäfer W. (2009). Some Talk, No Action (Yet): Interdependence, Domestic Interests and Hierarchical EU Governance in Climate Policy. *Swiss Political Science Review* 15, 683–713. doi: 10.1002/j.1662–6370.2009.tb00150.x, ISSN: 14247755.

Scheidel A., and A.H. Sorman (2012). Energy transitions and the global land rush: Ultimate drivers and persistent consequences. *Global Environmental Change*. doi: 10.1016/j.gloenvcha.2011.12.005, ISSN: 0959–3780.

Scherbov S., W. Lutz, and W.C. Sanderson (2011). The Uncertain Timing of Reaching 8 Billion, Peak World Population, and Other Demographic Milestones. *Population and Development Review* 37, 571–+. doi: 10.1111/j.1728–4457.2011.00435.x, ISSN: 0098–7921.

Schmidheiny S., and WBSCD (1992). *Changing Course: A Global Business Perspective on Development and the Environment*. MIT Press, Cambridge, MA, 373 pp. ISBN: 0–262–69153–1.

Schmidt-Bleek F. (2008). Factor 10: The future of stuff. *Sustainability: Science, Practice, & Policy* 4. Available at: http://sspp.proquest.com/archives/vol4iss1/editorial.schmidt-bleek.html.

Schoeneberger M., G. Bentrup, H. De Gooijer, R. Soolanayakanahally, T. Sauer, J. Brandle, X. Zhou, and D. Current (2012). Branching out: Agroforestry as a climate change mitigation and adaptation tool for agriculture. *Journal of Soil and Water Conservation* 67, 128A–136A. doi: 10.2489/jswc.67.5.128A, ISSN: 00224561.

Schokkaert E. (2009). The capabilities approach. In: *The Handbook of Rational and Social Choice*. P. Anand, P.K. Pattanaik, C. Puppe, (eds.), Oxford University Press, pp. 542–566.

Schopenhauer A. (1819). *Le monde comme volonté et comme représentation (Die Welt als Wille und Vorstellung) trad. A. Bureau, 1966*. Presses Universitaires de France, Paris, 1434 pp. ISBN: 2130545467.

Schrader U., and J. Thøgersen (2011). Putting Sustainable Consumption into Practice. *Journal of Consumer Policy* 34, 3–8. doi: 10.1007/s10603–011–915 4–9, ISSN: 0168–7034, 1573–0700.

Schroeder H., M.T. Boykoff, and L. Spiers (2012). Equity and state representations in climate negotiations. *Nature Climate Change* 2, 834–836. doi: 10.1038/nclimate1742, ISSN: 1758–678X.

Schultz T.W. (1961). Investment in Human Capital. *The American Economic Review* 51, 1–17.

Schultz T.P. (1995). *Investment in Women's Human Capital*. The University of Chicago Press, Chicago, 468 pp. ISBN: 0226740889.

Schultz T.P. (2003). Human capital, schooling and health. *Economics and Human Biology* 1, 207–221.

Schwartz S.H., and W. Bilsky (1987). Toward a universal psychological structure of human values. *Journal of Personality and Social Psychology* 53, 550–562. doi: 10.1037/0022–3514.53.3.550, ISSN: 1939–1315(Electronic);0022–3514(Print).

Scott K.N. (2013). International Law in the Anthropocene: Responding to the Geoengineering Challenge. *Michigan Journal of International Law* 34, 309–358. ISSN: 1980–2702.

Scrieciu S., A. Rezai, and R. Mechler (2013). On the economic foundations of green growth discourses: the case of climate change mitigation and macroeconomic dynamics in economic modeling. *Wiley Interdisciplinary Reviews: Energy and Environment* 2, 251–268. doi: 10.1002/wene.57, ISSN: 2041–840X.

Sen A.K. (1997). Editorial: Human Capital and Human Capability. *World Development* 25, 1959–1961.

Sen A.K. (2001). *Development as Freedom*. Oxford University Press, Oxford; New York, 384 pp. ISBN: 0192893300 9780192893307.

Sen A.K. (2009). *The Idea of Justice*. Belknap Press of Harvard University Press, Cambridge, Mass., 496 pp. ISBN: 9780674036130 0674036131.

Seres S., E. Haites, and K. Murphy (2009). Analysis of technology transfer in CDM projects: An update. *Energy Policy* 37, 4919–4926. doi: 10.1016/j.enpol.2009.06.052, ISSN: 0301–4215.

Shackley S., C. McLachlan, and C. Gough (2005). The public perception of carbon dioxide capture and storage in the UK: results from focus groups and a survey. *Climate Policy* 4, 377–398. ISSN: 1469–3062.

Shalizi Z., and F. Lecocq (2009). *Climate Change and the Economics of Targeted Mitigation in Sectors with Long-Lived Capital Stock*. World Bank, Washington, D.C., 41 pp. Available at: http://www-wds.worldbank.org/external/default/WDSContentServer/IW3P/IB/2009/09/23/000158349_20090923161232/Rendered/PDF/WPS5063.pdf.

Shalizi Z., and F. Lecocq (2010). To Mitigate or to Adapt: Is that the Question? Observations on an Appropriate Response to the Climate Change Challenge to Development Strategies. *The World Bank Research Observer* 25, 295–321. doi: 10.1093/wbro/lkp012.

Shalizi Z., and F. Lecocq (2014). The economics of targeted mitigation in infrastructure. *Climate Policy* 14, Issue 2, 187–208.

Sharma A., A. Saxena, M. Sethi, V. Shree, and Varun (2011). Life cycle assessment of buildings: A review. *Renewable and Sustainable Energy Reviews* 15, 871–875. doi: 10.1016/j.rser.2010.09.008, ISSN: 1364–0321.

Shaw D., and T. Newholm (2002). Voluntary simplicity and the ethics of consumption. *Psychology and Marketing* 19, 167–185. doi: 10.1002/mar.10008, ISSN: 1520–6793.

Shiva V. (2008). *Soil Not Oil: Environmental Justice in a Time of Climate Crisis*. South End Press, Cambridge Mass., 200 pp. ISBN: 978–0896087828.

Shrader-Frechette K. (2011). Climate Change, Nuclear Economics, and Conflicts of Interest. *Science and Engineering Ethics* **17**, 75–107. doi: 10.1007/s11948–009–9181-y, ISSN: 1353–3452.

Shue H. (1993). Subsistence Emissions and Luxury Emissions. *Law & Policy* **15**, 39–60. doi: 10.1111/j.1467–9930.1993.tb00093.x, ISSN: 1467–9930.

Shue H. (1999). Global Environment and International Inequality, Global Environment and International Inequality. *International Affairs, International Affairs* **75**, 531–545. doi: 10.1111/1468–2346.00092, 10.1111/1468–2346.00092, ISSN: 1468–2346, 1468–2346.

Shui B., and R.C. Harriss (2006). The role of $CO_2$ embodiment in US–China trade. *Energy Policy* **34**, 4063–4068. doi: 10.1016/j.enpol.2005.09.010, ISSN: 0301–4215.

Shukla P.R., S. Dhar, and D. Mahapatra (2008). Low-carbon society scenarios for India. *Climate Policy* **8**, S156–S176. doi: 10.3763/cpol.2007.0498, ISSN: 1469–3062.

Sinden G. (2009). The contribution of PAS 2050 to the evolution of international greenhouse gas emission standards. *The International Journal of Life Cycle Assessment* **14**, 195–203. doi: 10.1007/s11367–009–0079–3, ISSN: 0948–3349, 1614–7502.

Singer P. (2004). *One World: The Ethics of Globalization*. Yale University Press, New Haven, CT, 264 pp. ISBN: 9780300103052.

Smith K.R. (1991). Allocating Responsibility for Global Warming: The Natural Debt Index. *Ambio* **20**, 95–96. ISSN: 0044–7447.

Smith D., D. Martino, Z. Cai, D. Gwary, H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, B. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, U. Schneider, and S. Towprayoon (2007). Policy and technological constraints to implementation of greenhouse gas mitigation options in agriculture. *Agriculture Ecosystems & Environment* **118**, 6–28. doi: 10.1016/j.agee.2006.06.006, ISSN: 0167–8809.

Smith H.A., and K. Sharp (2012). Indigenous climate knowledges. *Wiley Interdisciplinary Reviews: Climate Change* **3**, 467–476. doi: 10.1002/wcc.185, ISSN: 17577780.

Smith K.R., J. Swisher, and D. Ahuja (1993). Who pays (to solve the problem and how much)? Working Paper No. 1991–22, World Bank Environment Department. In: *The Global Greenhouse Regime: Who Pays?* P. Hayes, K.R. Smith, (eds.), Earthscan, Oxford, UK, pp. 70–98. ISBN: 9781853831362.

Sneddon C., R.B. Howarth, and R.B. Norgaard (2006). Sustainable development in a post-Brundtland world. *Ecological Economics* **57**, 253–268. doi: 10.1016/j.ecolecon.2005.04.013, ISSN: 0921–8009.

Sobrevila C. (2008). *The Role of Indigenous Peoples in Biodiversity Conservation: The Role of Natural but Often Forgotten Partners*. The World Bank, Washington D.C., 84 pp.

Soimakallio S., J. Kiviluoma, and L. Saikku (2011). The complexity and challenges of determining GHG (greenhouse gas) emissions from grid electricity consumption and conservation in LCA (life cycle assessment)—A methodological review. *Energy* **36**, 6705–6713. doi: 10.1016/j.energy.2011.10.028, ISSN: 0360–5442.

Sokka L., S. Pakarinen, and M. Melanen (2011). Industrial symbiosis contributing to more sustainable energy use—an example from the forest industry in Kymenlaakso, Finland. *Journal of Cleaner Production* **19**, 285–293. doi: 10.1016/j.jclepro.2009.08.014, ISSN: 0959–6526.

Solow R.M. (1956). A Contribution to the Theory of Economic Growth. *The Quarterly Journal of Economics* **70**, 65–94. ISSN: 00335533.

Solow R.M. (2000). Toward a Macroeconomics of the Medium Run. *The Journal of Economic Perspectives* **14**, 151–158. ISSN: 0895–3309.

Soroos M.S. (1997). *The Endangered Atmosphere: Preserving a Global Commons*. University of South Carolina Press, Columbia, SC, 339 pp. ISBN: 1570031606.

Southerton D. (2012). Habits, routines and temporalities of consumption: From individual behaviours to the reproduction of everyday practices. *Time & Society*. doi: 10.1177/0961463X12464228, ISSN: 0961–463X, 1461–7463.

Speth J.G., and P. Haas (2006). *Global Environmental Governance: Foundations of Contemporary Environmental Studies*. Island Press, Washington, D.C., 192 pp. ISBN: 1597260819.

Springmann M. (2012). A look inwards: Carbon tariffs versus internal improvements in emissions-trading systems. *Energy Economics* **34, Supplement 2**, S228–S239. doi: 10.1016/j.eneco.2012.08.039, ISSN: 0140–9883.

Srinivasan U.T., S.P. Carey, E. Hallstein, P.A.T. Higgins, A.C. Kerr, L.E. Koteen, A.B. Smith, R. Watson, J. Harte, and R.B. Norgaard (2008). The debt of nations and the distribution of ecological impacts from human activities. *Proceedings of the National Academy of Sciences* **105**, 1768 –1773. doi: 10.1073/pnas.0709562104.

Standard & Poor's (2013). *What A Carbon-Constrained Future Could Mean For Oil Companies' Creditworthiness*. Standard & Poor's Financial Services LLC. Available at: http://www.carbontracker.org/wp-content/uploads/downloads/2013/03/SnPCT-report-on-oil-sector-carbon-constraints_Mar0420133.pdf.

Starkey R. (2011). Assessing common(s) arguments for an equal per capita allocation. *The Geographical Journal* **177**, 112–126. doi: 10.1111/j.1475–4959.2010 .00359.x, ISSN: 1475–4959.

Stechemesser K., and E. Guenther (2012). Carbon accounting: a systematic literature review. *Journal of Cleaner Production*. doi: 10.1016/j.jclepro.2012.02.021, ISSN: 0959–6526.

Steckel J.C., M. Kalkuhl, and R. Marschinski (2010). Should carbon-exporting countries strive for consumption-based accounting in a global cap-and-trade regime? *Climatic Change* **100**, 779–786. doi: 10.1007/s10584–010–9825–6, ISSN: 0165–0009, 1573–1480.

Steffen W., J. Grinevald, P. Crutzen, and J. McNeill (2011). The Anthropocene: conceptual and historical perspectives. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **369**, 842–867. doi: 10.1098/rsta.2010.0327, ISSN: 1364–503X, 1471–2962.

Stern N.H., and G.B. Treasury (2007). *The Economics of Climate Change: The Stern Review*. Cambridge University Press, 713 pp. ISBN: 9780521700801.

Stevenson H., and J.S. Dryzek (2012). The discursive democratisation of global climate governance. *Environmental Politics* **21**, 189–210. doi: 10.1080/09644016.2012.651898, ISSN: 0964–4016.

Stevenson B., and J. Wolfers (2008). Economic growth and subjective well-being: reassessing the Easterlin Paradox. In: *Brookings Papers on Economic Activity: Spring 2008*. Brookings Institution Press, Washington, D.C., pp. 1–102.

Stiglitz J.E. (2002). *Globalization And Its Discontents*. W.W. Norton, New York and London, 282 pp. ISBN: 0–393–05124–2.

Stiglitz J.E., A. Sen, and J.-P. Fitoussi (2009). *Report by the Commission on the Measurement of Economic Performance and Social Progress*. Paris, 2632–2637 pp. Available at: http://www.stiglitz-sen-fitoussi.fr/documents/rapport_anglais.pdf.

**Stoll-Kleemann S., T. O'Riordan, and C.C. Jaeger (2001).** The psychology of denial concerning climate mitigation measures: Evidence from Swiss focus groups. *Global Environmental Change-Human and Policy Dimensions* **11**, 107–117. doi: 10.1016/S0959–3780(00)00061–3, ISSN: 0959–3780.

**Stone C. (2004).** Common but Differentiated Responsibilities in International Law. *American Journal of International Law* **98**, 276–301. Available at: http://www.jstor.org/stable/10.2307/3176729.

**Sullivan R., and A. Gouldson (2012).** Does voluntary carbon reporting meet investors' needs? *Journal of Cleaner Production*, 1–8. doi: 10.1016/j.jclepro.2012.02.020, ISSN: 0959–6526.

**Sundarakani B., R. de Souza, M. Goh, S.M. Wagner, and S. Manikandan (2010).** Modeling carbon footprints across the supply chain. *International Journal of Production Economics* **128**, 43–50. doi: 10.1016/j.ijpe.2010.01.018, ISSN: 0925–5273.

**Swan T.W. (1956).** ECONOMIC GROWTH and CAPITAL ACCUMULATION. *Economic Record* **32**, 334–361. doi: 10.1111/j.1475–4932.1956.tb00434.x, ISSN: 1475–4932.

**Swanson D., S. Barg, S. Tyler, H. Venema, S. Tomar, S. Bhadwal, S. Nair, D. Roy, and J. Drexhage (2010).** Seven tools for creating adaptive policies. *Technological Forecasting and Social Change* **77**, 924–939. doi: 10.1016/j.techfore.2010.04.005, ISSN: 0040–1625.

**Swart R., J. Robinson, and S. Cohen (2003).** Climate change and sustainable development: expanding the options. *Climate Policy* **3**, S19–S40. doi: 10.1016/j.clipol.2003.10.010, ISSN: 14693062.

**Swim J., S. Clayton, T. Doherty, R. Gifford, G. Howard, J. Reser, P. Stern, and E.U. Weber (2009).** Psychology and Global Climate Change: Addressing a Multi-faceted Phenomenon and Set of Challenges. Available at: http://www.apa.org/science/about/publications/climate-change.aspx.

**Di Tella R., and R. MacCulloch (2010).** Happiness Adaption to Income beyond "Basic Needs." In: *International Differences in Well-Being*. E. Diener, J. Helliwell, D.M. Kahneman, (eds.), Oxford University Press, New YorkISBN: 0199732736.

**Terjesen S. (2007).** Building a better rat trap: Technological innovation, human capital, and the irula. *Entrepreneurship Theory and Practice* **31**, 953–963. doi: 10.1111/j.1540–6520.2007.00204.x, ISSN: 1042–2587.

**Thampapillai D.J. (2011).** Value of sensitive in-situ environmental assets in energy resource extraction. *Energy Policy* **39**, 7695–7701. doi: 10.1016/j.enpol.2011.09.006, ISSN: 0301–4215.

**Thøgersen J. (2002).** Promoting green consumer behavior with eco-labels. In: *New Tools for Environmental Protection: Education, Information, and Voluntary Measures*. T. Dietz, P.C. Stern, (eds.), National Academies Press, Washington, D.C., pp. 83–104. ISBN: 9780309084222.

**Thøgersen J. (2005).** How May Consumer Policy Empower Consumers for Sustainable Lifestyles? *Journal of Consumer Policy* **28**, 143–177. doi: 10.1007/s10603–005–2982–8, ISSN: 0168–7034, 1573–0700.

**Thøgersen J. (2009).** Consumer decision-making with regard to organic food products. In: *Traditional Food Production and Rural Sustainable Development: A European Challenge*. M.T. de N. Vaz, P. Nijkamp, J.L. Rastoin, (eds.), Ashgate Publishing, Farnham, pp. 173–194. ISBN: 9780754674627.

**Thøgersen J. (2010).** Country Differences in Sustainable Consumption: The Case of Organic Food. *Journal of Macromarketing* **30**, 171–185. doi: 10.1177/0276146710361926, ISSN: 0276–1467, 1552–6534.

**Thøgersen J., A.-K. Jørgensen, and S. Sandager (2012).** Consumer Decision Making Regarding a "Green" Everyday Product. *Psychology and Marketing* **29**, 187–197. doi: 10.1002/mar.20514, ISSN: 1520–6793.

**Thøgersen J., and Y. Zhou (2012).** Chinese consumers' adoption of a "green" innovation—The case of organic food. *Journal of Marketing Management* **28**, 313–333. doi: 10.1080/0267257X.2012.658834, ISSN: 0267–257X.

**Thornton P.K., and P.J. Gerber (2010).** Climate change and the growth of the livestock sector in developing countries. *Mitigation and Adaptation Strategies for Global Change* **15**, 169–184. doi: 10.1007/s11027–009–9210–9, ISSN: 13812386.

**Thuiller W. (2007).** Biodiversity: Climate change and the ecologist. *Nature* **448**, 550–552. doi: 10.1038/448550a, ISSN: 0028–0836, 1476–4687.

**Tol R.S.J. (1999).** The marginal costs of greenhouse gas emissions. *Energy Journal* **20**, 61–81.

**Tompkins E.L., and W.N. Adger (2005).** Defining response capacity to enhance climate change policy. *Environmental Science & Policy* **8**, 562–571. doi: 10.1016/j.envsci.2005.06.012, ISSN: 1462–9011.

**Tonello M. (2006).** *Revisiting Stock Market Short-Termism.* Social Science Research Network, Rochester, N.Y. Available at: http://papers.ssrn.com/abstract=938466.

**Truffer B., and L. Coenen (2012).** Environmental Innovation and Sustainability Transitions in Regional Studies. *Regional Studies* **46**, 1–21. doi: 10.1080/00343404.2012.646164, ISSN: 0034–3404.

**Truman H.S. (1949).** Inaugural Address, Thursday, January 20, 1949. Available at: http://www.bartleby.com/124/pres53.html.

**Tsai T. (2008).** The impact of social capital on regional waste recycling. *Sustainable Development* **16**, 44–55. doi: 10.1002/sd.326, ISSN: 09680802, 10991719.

**Tubi A., I. Fischhendler, and E. Feitelson (2012).** The effect of vulnerability on climate change mitigation policies. *Global Environmental Change-Human and Policy Dimensions* **22**, 472–482. doi: 10.1016/j.gloenvcha.2012.02.004, ISSN: 0959–3780.

**Tukker A., M.J. Cohen, K. Hubacek, and O. Mont (2010a).** The Impacts of Household Consumption and Options for Change. *Journal of Industrial Ecology* **14**, 13–30. doi: 10.1111/j.1530–9290.2009.00208.x, ISSN: 1530–9290.

**Tukker A., M.J. Cohen, K. Hubacek, and O. Mont (2010b).** Sustainable Consumption and Production. *Journal of Industrial Ecology* **14**, 1–3. doi: 10.1111/j.1530–9290.2009.00214.x, ISSN: 1530–9290.

**Tukker A., M.J. Cohen, U. Zoysa, E. Hertwich, P. Hofstetter, A. Inaba, S. Lorek, and E. Stø (2006).** The Oslo Declaration on Sustainable Consumption. *Journal of Industrial Ecology* **10**, 9–14. doi: 10.1162/108819806775545303, ISSN: 1530–9290.

**Turner II B.L. (2010).** Vulnerability and resilience: Coalescing or paralleling approaches for sustainability science? *Global Environmental Change* **20**, 570–576. doi: 10.1016/j.gloenvcha.2010.07.003, ISSN: 09593780.

**U.S. National Research Council Committee on Atmospheric Sciences (1966).** *Weather and Climate Modification Problems and Prospects: Final Report of the Panel on Weather and Climate Modification.* National Academy of Sciences, Washington, DC, USA.

**UK Government Office for Science (2011).** *Foresight: Migration and Global Environmental Change (2011) Final Project Report.* London. Available at: http://www.bis.gov.uk/foresight/our-work/projects/published-projects/global-migration/reports-publications.

UN (2010). *China and a Sustainable Future: Towards a Low Carbon Economy and Society*. China Translation and Publishing Corporation, Beijin. Available at: http://planipolis.iiep.unesco.org/upload/China/China_HDR_2009_2010.pdf.

UNCSD (2001). *Indicators of Sustainable Development: Framework and Methodologies*. United Nations Commission on Sustainable Development, New York, USA.

UNEP (1972). *Report of the United Nations Conference on Human Environment*. UNEP.

UNEP (1997). *Environment Outlook-1*. UNEP and Oxford University Press, New York and Oxford, UK.

UNEP (2000). *Global Environment Outlook*. UNEP and Earthscan, London, UK.

UNEP (2002). *Global Environment Outlook-3*. UNEP and Earthscan, London and Sterling, VA, US.

UNEP (2011). *Decoupling Natural Resource Use and Environmental Impacts from Economic Growth*. United Nations Environment Programme. Available at: http://www.unep.org/resourcepanel/decoupling/files/pdf/Decoupling_Report_English.pdf.

UNFCCC (2002). *Report of the Conference of the Parties on Its Seventh Session, Held at Marrakech from 29 October to 10 November 2001*. UNFCCC.

United Nations (1992a). *United Nations Framework Convention on Climate Change*. Rio de Janeiro. Available at: http://unfccc.int/files/essential_background/background_publications_htmlpdf/application/pdf/conveng.pdf.

United Nations (1992b). *Rio Declaration on Environment and Development*. Available at: http://www.unep.org/Documents.Multilingual/Default.asp?documentid=78&articleid=1163.

United Nations (1992c). Agenda 21. United Nations Conference on Environment & Development. Available at: http://www.unep.org/Documents.Multilingual/Default.asp?DocumentID=52&ArticleID=52&l=en.

United Nations (1997). *Programme for Further Implementation of Agenda 21 and the Commitments to the Rio Declaration Principles*.

United Nations (2000). *United Nations Millennium Declaration*. New York. Available at: http://www.un.org/millennium/declaration/ares552e.htm.

United Nations (2002). *Plan of Implementation*. Johannesburg, South Africa.

United Nations (2011a). Millennium Development Goals Report 2011. United Nations, New York. Available at: http://www.un.org/millenniumgoals/pdf/(2011_E)%20MDG%20Report%202011_Book%20LR.pdf.

United Nations (2011b). *World Population Prospects, the 2010 Revision*. Available at: http://esa.un.org/wpp/Documentation/WPP%202010 %20publications.htm.

United Nations (2012a). *The Future We Want*. Available at: http://uncsd2012.org/thefuturewewant.html.

United Nations (2012b). A 10-year framework of programmes on sustainable consumption and production patterns. A/CONF.216/5. Available at: http://www.unep.org/resourceefficiency/Policy/SCPPoliciesandthe10YFP/The10YearFrameworkProgrammesonSCP/tabid/102563/Default.aspx.

United Nations Development Programme (2013). *Human Development Report 2013: The Rise of the South : Human Progress in a Diverse World*. 202 pp. ISBN: 9211263409 9789211263404 9211263468 9789211263466.

United Nations Environment Programme, European Patents Office, and International Centre for Trade and Sustainable Development (2010). *Patents and Clean Energy: Bridging the Gap between Evidence and Policy*. Munich, Germany.

UNPRI (2012). *Investing in the Sustainable Economy*. United Nations Principles for Responsible Investment, London, UK.

Vanclay J.K., J. Shortiss, S. Aulsebrook, A.M. Gillespie, B.C. Howell, R. Johanni, M.J. Maher, K.M. Mitchell, M.D. Stewart, and J. Yates (2010). Customer Response to Carbon Labelling of Groceries. *Journal of Consumer Policy* 34, 153–160. doi: 10.1007/s10603–010–9140–7, ISSN: 0168–7034, 1573–0700.

Vermeulen S.J., P.K. Aggarwal, A. Ainslie, C. Angelone, B.M. Campbell, A.J. Challinor, J.W. Hansen, J.S.I. Ingram, A. Jarvis, P. Kristjanson, C. Lau, G.C. Nelson, P.K. Thornton, and E. Wollenberg (2012). Options for support to agriculture and food security under climate change. *Environmental Science and Policy* 15, 136–144. doi: 10.1016/j.envsci.2011.09.003, ISSN: 14629011.

Victor D. (1998). The Regulation of Greenhouse Gases: Does Fairness Matter? In: *Fair weather? Equity concerns in climate change*. F.L. Tóth, (ed.), Earthscan, London ISBN: 1853835579 9781853835575 1853835587 9781853835582.

Victor D.G. (2004). *The Collapse Of The Kyoto Protocol And The Struggle To Slow Global Warming*. Princeton University Press, New Haven, CT, 219 pp. ISBN: 9780691102063.

Visschers V.H.M., and M. Siegrist (2012). Fair play in energy policy decisions: Procedural fairness, outcome fairness and acceptance of the decision to rebuild nuclear power plants. *Energy Policy* 46, 292–300. doi: 10.1016/j.enpol.2012.03.062, ISSN: 0301–4215.

Vlek C., and L. Steg (2007). Human behavior and environmental sustainability: Problems, driving forces, and research topics. *Journal of Social Issues* 63, 1–19. doi: 10.1111/j.1540–4560.2007.00493.x, ISSN: 0022–4537.

Vogel C., S.C. Moser, R.E. Kasperson, and G.D. Dabelko (2007). Linking vulnerability, adaptation, and resilience science to practice: Pathways, players, and partnerships. *Global Environmental Change* 17, 349–364. doi: 10.1016/j.gloenvcha.2007.05.002, ISSN: 0959–3780.

Wada K., F. Sano, K. Akimoto, and T. Homma (2012). Assessment of Copenhagen pledges with long-term implications. *Energy Economics* 34, Supplement 3, S481–S486. doi: 10.1016/j.eneco.2012.01.001, ISSN: 0140–9883.

Waisman H., J. Rozenberg, and J.C. Hourcade (2013). Monetary compensations in climate policy through the lens of a general equilibrium assessment: The case of oil-exporting countries. *Energy Policy*. doi: 10.1016/j.enpol.2013.08.055, ISSN: 0301–4215.

Walker G., and H. Bulkeley (2006). Geographies of environmental justice. *Geoforum* 37, 655–659. doi: 10.1016/j.geoforum.2005.12.002, ISSN: 0016–7185.

Wallquist L., V.H.M. Visschers, and M. Siegrist (2010). Impact of Knowledge and Misconceptions on Benefit and Risk Perception of CCS. *Environmental Science & Technology* 44, 6557–6562. doi: 10.1021/es1005412, ISSN: 0013–936X.

Walters C.J., and C.S. Holling (1990). Large-Scale Management Experiments and Learning by Doing. *Ecology* 71, 2060–2068. doi: 10.2307/1938620, ISSN: 0012–9658.

Wang B. (2010). Can CDM bring technology transfer to China?—An empirical study of technology transfer in China's CDM projects. *Energy Policy* 38, 2572–2585. doi: 10.1016/j.enpol.2009.12.052, ISSN: 0301–4215.

Wang Can, Chen Jining, and Zou Ji (2005). Impact assessment of $CO_2$ mitigation on China economy based on a CGE model. *Journal of Tsinghua University (Science and Technology)* 12.

Wang Ke (2008). Technological Change Simulation and Its Application in Climate Change Policy Analysis Based on a CGE Model. Tsinghua University.

Wang S., C. Wang, and Y. Xu (2013). *Intellectual Property Rights and Climate Change*. Social Sciences Academic Press.

Warren R. (2011). The role of interactions in a world implementing adaptation and mitigation solutions to climate change. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **369**, 217–241. doi: 10.1098/rsta.2010.0271, ISSN: 1364503X.

Watson A., R. Matt, K. Knotek, D. Williams, and L. Yung (2011). Traditional wisdom: protecting relationships with wilderness as a cultural landscape. *Ecology and Society* **16**, 1–14.

Weale A. (2009). Governance, government and the pursuit of sustainability. In: *Governing Sustainability*. Cambridge University Press, Cambridge, pp. 55–75.

Weber E.U., and E.J. Johnson (2009). Mindful Judgment and Decision Making. *Annual Review of Psychology* **60**, 53–85. doi: 10.1146/annurev. psych.60.110707.163633.

Weber E.U., and E.J. Johnson (2012). Psychology and behavioral economics. Lessons for the design of a green growth strategy. *Policy Research Working Paper, The World Bank*, 1–47.

Wei T., S. Yang, J.C. Moore, P. Shi, X. Cui, Q. Duan, B. Xu, Y. Dai, W. Yuan, X. Wei, Z. Yang, T. Wen, F. Teng, Y. Gao, J. Chou, X. Yan, Z. Wei, Y. Guo, Y. Jiang, X. Gao, K. Wang, X. Zheng, F. Ren, S. Lv, Y. Yu, B. Liu, Y. Luo, W. Li, D. Ji, J. Feng, Q. Wu, H. Cheng, J. He, C. Fu, D. Ye, G. Xu, and W. Dong (2012). Developed and developing world responsibilities for historical climate change and $CO_2$ mitigation. *Proceedings of the National Academy of Sciences* **109**, 12911–12915. doi: 10.1073/pnas.1203282109, ISSN: 0027–8424, 1091–6490.

Weitzman M.L. (1976). On the Welfare Significance of National Product in a Dynamic Economy. *The Quarterly Journal of Economics* **90**, 156 –162. doi: 10.2307/1886092.

Von Weizsäcker E., K. Hargroves, M.H. Smith, C. Desha, and P. Stasinopoulos (2009). *Factor Five: Transforming the Global Economy through 80% Improvements in Resource Productivity*. Earthscan/The Natural Edge Project, London and Sterling, VA, US, 448 pp. ISBN: 9781844075911.

Von Weizsäcker E., A.B. Lovins, and L.H. Lovins (1997). *Factor Four: Doubling Wealth, Halving Resource Use—A Report to the Club of Rome*. Earthscan, London, 224 pp. ISBN: 9781864448380.

Welsch H. (1993). A $CO_2$ agreement proposal with flexible quotas. *Energy Policy* **21**, 748–756. doi: 10.1016/0301–4215(93)90145–6, ISSN: 0301–4215.

Wenzel H., M.Z. Hauschild, and L. Alting (1997). *Environmental Assessment of Products: Volume 1: Methodology, Tools and Case Studies in Product Development*. Springer, 568 pp. ISBN: 9780792378594.

Wewerinke M., and V.P. Yu III (2010). *ADDRESSING CLIMATE CHANGE THROUGH SUSTAINABLE DEVELOPMENT AND THE PROMOTION OF HUMAN RIGHTS*. South Centre, Geneva, Switzerland. Available at: http://www.southcentre.int/wp-content/uploads/2013/05/RP34_Climate-Change-Sustainable-Development-and-Human-Rights_EN.pdf.

Weyant J.P. (2011). Accelerating the development and diffusion of new energy technologies: Beyond the "valley of death." *Energy Economics* **33**, 674–682. doi: 10.1016/j.eneco.2010.08.008, ISSN: 0140–9883.

Whitmarsh L. (2009). Behavioural responses to climate change: Asymmetry of intentions and impacts. *Journal of Environmental Psychology* **29**, 13–23.

Wick K., and E. Bulte (2009). The Curse of Natural Resources. In: *Annual Review of Resource Economics*. Annual Reviews, Palo Alto, pp. 139–155. ISBN: 978–0–8243–4701–7.

Wiedmann T.O., M. Lenzen, and J.R. Barrett (2009). Companies on the Scale. *Journal of Industrial Ecology* **13**, 361–383. doi: 10.1111/j.1530–9290.2009.00 125.x, ISSN: 1530–9290.

Wilbanks T.J. (2005). Issues in developing a capacity for integrated analysis of mitigation and adaptation. *Environmental Science & Policy* **8**, 541–547. doi: 10.1016/j.envsci.2005.06.014, ISSN: 1462–9011.

Williams B.K. (2011). Adaptive management of natural resources—framework and issues. *Journal of Environmental Management* **92**, 1346–1353. doi: 10.1016/j.jenvman.2010.10.041, ISSN: 0301–4797.

Wilson E.O. (1978). *On Human Nature*. Harvard University Press, Cambridge, MA, 292 pp. ISBN: 9780674016385.

Wing H.D.J.I.S. (1999). Adjustment Time, Capital Malleability and Policy Cost. *The Energy Journal* **20**. doi: 10.5547/ISSN0195–6574-EJ-Vol20-NoSI-4, ISSN: 01956574.

Winkler H., K. Baumert, O. Blanchard, S. Burch, and J. Robinson (2007). What factors influence mitigative capacity? *Energy Policy* **35**, 692–703. doi: 10.1016/j.enpol.2006.01.009, ISSN: 0301–4215.

Winkler H., B. Brouns, and S. Kartha (2006). Future mitigation commitments: differentiating among non-Annex I countries. *Climate Policy* **5**, 469–486. doi: 10.1 080/14693062.2006.9685572, ISSN: 1469–3062.

Winkler H., T. Letete, and A. Marquard (2011). A South African approach—responsibility, capability and sustainable development. In: *Equitable access to sustainable development: Contribution to the body of scientific knowledge*. BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 78–91. Available at: http://www.erc.uct.ac.za/Basic_Experts_Paper.pdf.

Wittenben B.B.F., C. Okereke, S.B. Banerjee, and D.L. Levy (2012). Climate Change and the Emergence of New Organizational Landscapes. *Organization Studies* **33**, 1431–1450. doi: 10.1177/0170840612464612, ISSN: 0170–8406.

Wolf J., W.N. Adger, I. Lorenzoni, V. Abrahamson, and R. Raine (2010). Social capital, individual responses to heat waves and climate change adaptation: An empirical study of two UK cities. *Global Environmental Change-Human and Policy Dimensions* **20**, 44–52. doi: 10.1016/j.gloenvcha.2009.09.004, ISSN: 0959–3780.

Wolf J., I. Allice, and T. Bell (2013). Values, climate change, and implications for adaptation: Evidence from two communities in Labrador, Canada. *Global Environmental Change* **23**, 548–562. doi: 10.1016/j.gloenvcha.2012.11.007, ISSN: 0959–3780.

Wolf J., and S.C. Moser (2011). Individual understandings, perceptions, and engagement with climate change: insights from in-depth studies across the world. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 547–569. doi: 10.1002/wcc.120, ISSN: 17577780.

Wollenberg E. (2012). *Climate Change Mitigation and Agriculture*. Earthscan, London; New York, 456 pp. ISBN: 9781849713924 1849713928 9781849713931 1849713936 9780203144510 0203144511.

Wolsink M. (2007). Planning of renewables schemes: Deliberative and fair decision-making on landscape issues instead of reproachful accusations of non-cooperation. *Energy Policy* **35**, 2692–2704. doi: 10.1016/j.enpol.2006.12.002, ISSN: 0301–4215.

Wood P.J., and F. Jotzo (2011). Price floors for emissions trading. *Energy Policy* **39**, 1746–1753. doi: 10.1016/j.enpol.2011.01.004, ISSN: 0301–4215.

Woolcock M. (1998). Social capital and economic development: Toward a theoretical synthesis and policy framework. *Theory and Society* **27**, 151–208. doi: 10.1023/A:1006884930135, ISSN: 0304–2421.

Woolcock M., and D. Narayan (2000). Social Capital: Implications for Development Theory, Research, and Policy. *The World Bank Research Observer* **15**, 225–249. doi: 10.1093/wbro/15.2.225, ISSN: 0257–3032, 1564–6971.

World Bank (2003). *World Development Report 2003: Sustainable Development in a Dynamic World.* World Bank, Washington, D.C.

World Bank (2010). *World Development Report 2010: Development and Climate Change.* World Bank, Washington, D.C., 424 pp. ISBN: 978–0-8213–7987–5.

World Bank (2011). *The Changing Wealth of Nations. Measuring Sustainable Development in the New Millenium.* World Bank, Washington DC,

World Commission on Environment and Development (1987). *Our Common Future.* Oxford University Press, Oxford, UK.

Yarime M. (2009). Public coordination for escaping from technological lock-in: its possibilities and limits in replacing diesel vehicles with compressed natural gas vehicles in Tokyo. *Journal of Cleaner Production* **17**, 1281–1288. doi: 10.1016/j.jclepro.2009.03.010, ISSN: 0959–6526.

Yigitcanlar T., and K. Velibeyoglu (2008). Knowledge-Based Urban Development: The Local Economic Development Path of Brisbane, Australia. *Local Economy* **23**, 195–207. doi: 10.1080/02690940802197358, ISSN: 0269–0942.

Young O.R. (2012). *On Environmental Governance: Sustainability, Efficiency, and Equity.* Paradigm Publishers, Boulder, CO, 192 pp. ISBN: 1612051324.

Young O.R. (2013). Does Fairness Matter in International Environmental Governance? Creating an Effective and Equitable Climate Regime. In: *Toward a New Climate Agreement: Conflict, Resolution and Governance.* C. Todd, J. Hovi, D. McEvoy, (eds.), Routledge, London ISBN: 0415643791.

Young W., K. Hwang, S. McDonald, and C.J. Oates (2010). Sustainable consumption: green consumer behaviour when purchasing products. *Sustainable Development* **18**, 20–31. doi: 10.1002/sd.394, ISSN: 1099–1719.

Yue C., and S. Wang (2012). The National Development Rights Framework Bridging the gap between developed and developing countries.

Yung W.K.C., H.K. Chan, J.H.T. So, D.W.C. Wong, A.C.K. Choi, and T.M. Yue (2011). A life-cycle assessment for eco-redesign of a consumer electronic product. *Journal of Engineering Design* **22**, 69–85. doi: 10.1080/09544820902916597, ISSN: 0954–4828.

Zelli F. (2011). The fragmentation of the global climate governance architecture. *Wiley Interdisciplinary Reviews-Climate Change* **2**, 255–270. doi: 10.1002/wcc.104, ISSN: 1757–7780.

Zografos C., and J. Martinez-Alier (2009). The politics of landscape value: a case study of wind farm conflict in rural Catalonia. *Environment and Planning A* **41**, 1726–1744. doi: 10.1068/a41208, ISSN: 0308–518X.

# 5

# Drivers, Trends and Mitigation

**Coordinating Lead Authors:**

Gabriel Blanco (Argentina), Reyer Gerlagh (Netherlands), Sangwon Suh (Republic of Korea/USA)

**Lead Authors:**

John Barrett (UK), Heleen C. de Coninck (Netherlands), Cristobal Felix Diaz Morejon (Cuba), Ritu Mathur (India), Nebojsa Nakicenovic (IIASA/Austria/Montenegro), Alfred Ofosu Ahenkorah (Ghana), Jiahua Pan (China), Himanshu Pathak (India), Jake Rice (Canada), Richard Richels (USA), Steven J. Smith (USA), David I. Stern (Australia), Ferenc L. Toth (IAEA/Hungary), Peter Zhou (Botswana)

**Contributing Authors:**

Robert Andres (USA), Giovanni Baiocchi (UK/Italy), William Michael Hanemann (USA), Michael Jakob (Germany), Peter Kolp (IIASA/Austria), Emilio la Rovere (Brazil), Thomas Michielsen (Netherlands/UK), Keisuke Nansai (Japan), Mathis Rogner (Austria), Steven Rose (USA), Estela Santalla (Argentina), Diana Ürge-Vorsatz (Hungary), Tommy Wiedmann (Germany/Australia), Thomas Wilson (USA)

**Review Editors:**

Marcos Gomes (Brazil), Aviel Verbruggen (Belgium)

**Chapter Science Assistants:**

Joseph Bergesen (USA), Rahul Madhusudanan (USA)

**This chapter should be cited as:**

Blanco G., R. Gerlagh, S. Suh, J. Barrett, H.C. de Coninck, C.F. Diaz Morejon, R. Mathur, N. Nakicenovic, A. Ofosu Ahenkora, J. Pan, H. Pathak, J. Rice, R. Richels, S.J. Smith, D.I. Stern, F.L. Toth, and P. Zhou, 2014: Drivers, Trends and Mitigation. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**5**

# Contents

Executive Summary .......................................................................................................................... 354

**5.1    Introduction and overview** ................................................................................................. 356

**5.2    Global trends in stocks and flows of greenhouse gases and short-lived species** ............... 357

    **5.2.1    Sectoral and regional trends in GHG emissions** ............................................................ 357

    **5.2.2    Trends in aerosols and aerosol/tropospheric ozone precursors** ...................................... 360

    **5.2.3    Emissions uncertainty** .................................................................................................. 361
        5.2.3.1    Methods for emissions uncertainty estimation ........................................................ 361
        5.2.3.2    Fossil carbon dioxide emissions uncertainty .......................................................... 361
        5.2.3.3    Other greenhouse gases and non-fossil fuel carbon dioxide .................................. 363
        5.2.3.4    Total greenhouse gas uncertainty .......................................................................... 363
        5.2.3.5    Sulphur dioxide and aerosols ................................................................................ 363
        5.2.3.6    Uncertainties in emission trends ............................................................................ 363
        5.2.3.7    Uncertainties in consumption-based carbon dioxide emission accounts ................ 364

**5.3    Key drivers of global change** ............................................................................................. 364

    **5.3.1    Drivers of global emissions** .......................................................................................... 364
        5.3.1.1    Key drivers .......................................................................................................... 365

    **5.3.2    Population and demographic structure** .......................................................................... 368
        5.3.2.1    Population trends .................................................................................................. 368
        5.3.2.2    Trends in demographic structure ............................................................................ 369

    **5.3.3    Economic growth and development** ................................................................................ 371
        5.3.3.1    Production trends .................................................................................................. 371
        5.3.3.2    Consumption trends .............................................................................................. 373
        5.3.3.3    Structural change .................................................................................................. 375

    **5.3.4    Energy demand and supply** ............................................................................................ 375
        5.3.4.1    Energy demand .................................................................................................... 375
        5.3.4.2    Energy efficiency and Intensity .............................................................................. 376
        5.3.4.3    Carbon-intensity, the energy mix, and resource availability .................................... 378

    **5.3.5    Other key sectors** ........................................................................................................ 380
        5.3.5.1    Transport .............................................................................................................. 380
        5.3.5.2    Buildings .............................................................................................................. 383
        5.3.5.3    Industry ................................................................................................................ 383
        5.3.5.4    Agriculture, Forestry, Other Land Use .................................................................... 383
        5.3.5.5    Waste .................................................................................................................. 385

**5.4**     **Production and trade patterns** ............................................................. 385

     5.4.1     Embedded carbon in trade ..................................................... 385

     5.4.2     Trade and productivity ......................................................... 386

**5.5**     **Consumption and behavioural change** .................................................. 387

     5.5.1     Impact of behaviour on consumption and emissions .......................... 387

     5.5.2     Factors driving change in behaviour ............................................ 388

**5.6**     **Technological change** ..................................................................... 389

     5.6.1     Contribution of technological change to mitigation ............................. 389
              5.6.1.1     Technological change: a drive towards higher or lower emissions? ..................... 390
              5.6.1.2     Historical patterns of technological change ......................................... 390

     5.6.2     The rebound effect .............................................................. 390

     5.6.3     Infrastructure choices and lock in ............................................. 391

**5.7**     **Co-benefits and adverse side-effects of mitigation actions** ........................... 392

     5.7.1     Co-benefits ..................................................................... 392

     5.7.2     Adverse side-effects ............................................................ 393

     5.7.3     Complex issues in using co-benefits and adverse side-effects to inform policy .......... 393

**5.8**     **The system perspective: linking sectors, technologies and consumption patterns** .............. 394

**5.9**     **Gaps in knowledge and data** ............................................................. 395

**5.10**     **Frequently Asked Questions** .............................................................. 396

**References** ...................................................................................... 398

# Executive Summary

Chapter 5 analyzes the anthropogenic greenhouse gas (GHG) emission trends until the present and the main drivers that explain those trends. The chapter uses different perspectives to analyze past GHG-emissions trends, including aggregate emissions flows and per capita emissions, cumulative emissions, sectoral emissions, and territory-based vs. consumption-based emissions. In all cases, global and regional trends are analyzed. Where appropriate, the emission trends are contextualized with long-term historic developments in GHG emissions extending back to 1750.

### GHG-emissions trends

**Anthropogenic GHG emissions have increased from 27 ($\pm$3.2) to 49 ($\pm$4.5) GtCO$_2$eq/yr (+80%) between 1970 and 2010; GHG emissions during the last decade of this period were the highest in human history** (high confidence).[1] GHG emissions grew on average by 1 GtCO$_2$eq (2.2%) per year between 2000 and 2010, compared to 0.4 GtCO$_2$eq (1.3%) per year between 1970 and 2000. [Section 5.2.1]

**CO$_2$ emissions from fossil fuel combustion and industrial processes contributed about 78% of the total GHG emission increase from 1970 to 2010, with similar percentage contribution for the period 2000–2010** (high confidence). Fossil fuel-related CO$_2$ emissions for energy purposes increased consistently over the last 40 years reaching 32 ($\pm$2.7) GtCO$_2$/yr, or 69% of global GHG emission in 2010.[2] They grew further by about 3% between 2010 and 2011 and by about 1–2% between 2011 and 2012. Agriculture, deforestation, and other land use changes have been the second-largest contributors whose emissions, including other GHGs, have reached 12 GtCO$_2$eq/yr (low confidence), 24% of global GHG emissions in 2010. Since 1970, CO$_2$ emissions increased by about 90%, and methane (CH$_4$) and nitrous oxide (N$_2$O) increased by about 47% and 43%, respectively. Fluorinated gases (F-gases) emitted in industrial processes continue to represent less than 2% of anthropogenic GHG emissions. Of the 49 ($\pm$4.5) GtCO$_2$eq/yr in total anthropogenic GHG emissions in 2010, CO$_2$ remains the major anthropogenic GHG accounting for 76% (38$\pm$3.8 GtCO$_2$eq/yr) of total anthropogenic GHG emissions in 2010. 16% (7.8$\pm$1.6 GtCO$_2$eq/yr) come from methane (CH$_4$), 6.2% (3.1$\pm$1.9 GtCO$_2$eq/yr) from nitrous oxide (N$_2$O), and 2.0% (1.0$\pm$0.2 GtCO$_2$eq/yr) from fluorinated gases. [5.2.1]

**Over the last four decades GHG emissions have risen in every region other than Economies in Transition, though trends in the different regions have been dissimilar** (high confidence). In Asia, GHG emissions grew by 330% reaching 19 GtCO$_2$eq/yr in

2010, in Middle East and Africa (MAF) by 70%, in Latin America (LAM) by 57%, in the group of member countries of the Organisation for Economic Co-operation and Development (OECD-1990) by 22%, and in Economies in Transition (EIT) by 4%.[3] Although small in absolute terms, GHG emissions from international transportation are growing rapidly. [5.2.1]

**Cumulative fossil CO$_2$ emissions (since 1750) more than tripled from 420 GtCO$_2$ by 1970 to 1300 GtCO$_2$ ($\pm$8%) by 2010** (high confidence). Cumulative CO$_2$ emissions associated with agriculture, deforestation, and other land use change (AFOLU) have increased from about 490 GtCO$_2$ in 1970 to approximately 680 GtCO$_2$ ($\pm$45%) in 2010. Considering cumulative CO$_2$ emissions from 1750 to 2010, the OECD-1990 region continues to be the major contributor with 42%; Asia with 22% is increasing its share. [5.2.1]

**In 2010, median per capita emissions for the group of high-income countries (13 tCO$_2$eq/cap) is almost 10 times that of low-income countries (1.4 tCO$_2$eq/cap)** (robust evidence, high agreement). Global average per capita GHG emissions have shown a stable trend over the last 40 years. This global average, however, masks the divergence that exists at the regional level; in 2010 per capita GHG emissions in OECD-1990 and EIT are between 1.9 and 2.7 times higher than per capita GHG emissions in LAM, MAF, and Asia. While per capita GHG emissions in LAM and MAF have been stable over the last four decades, in Asia they have increased by more than 120%. [5.2.1]

**The energy and industry sectors in upper-middle income countries accounted for 60% of the rise in global GHG emissions between 2000 and 2010** (high confidence). From 2000–2010, GHG emissions grew in all sectors, except in AFOLU where positive and negative emission changes are reported across different databases and uncertainties in the data are high: energy supply (+36%, to 17 GtCO$_2$eq/yr), industry (+39%, to 10 GtCO$_2$eq/yr), transport (+18%, to 7.0 GtCO$_2$eq/yr), buildings (+9%, to 3.2 GtCO$_2$eq/yr), AFOLU (+8%, to 12 GtCO$_2$eq/yr).[4] Waste GHG emissions increased substantially but remained close to 3% of global GHG emissions. [5.3.4, 5.3.5]

**In the OECD-1990 region, territorial CO$_2$ emissions slightly decreased between 2000 and 2010, but consumption-based CO$_2$ emissions increased by 5%** (robust evidence, high agreement). In most developed countries, both consumption-related emissions and GDP are growing. There is an emerging gap between territorial,

---

[1]   Values with $\pm$ provide uncertainty ranges for a 90% confidence interval.

[2]   Unless stated otherwise, all emission shares are calculated based on global warming potential with a 100-year time horizon. See also Section 3.9.6 for more information on emission metrics.

[3]   The country compositions of OECD-1990, EIT, LAM, MAF, and ASIA are defined in Annex II.2 of the report. In Chapter 5, both 'ASIA' and 'Asia' refer to the same group of countries in the geographic region Asia. The region referred to excludes Japan, Australia and New Zealand; the latter countries are included in the OECD-1990 region.

[4]   These numbers are from the Emissions Database for Global Atmospheric Research (EDGAR) database (JRC/PBL, 2013). These data have high levels of uncertainty and differences between databases exist.

production-related emissions, and consumption-related emissions that include $CO_2$ embedded in trade flows. The gap shows that a considerable share of CO2 emissions from fossil fuels combustion in developing countries is released in the production of goods exported to developed countries. By 2010, however, the developing country group has overtaken the developed country group in terms of annual $CO_2$ emissions from fossil fuel combustion and industrial processes from both production and consumption perspectives. [5.3.3]

The trend of increasing fossil $CO_2$ emissions is robust (*very high confidence*). Five different fossil fuel $CO_2$ emissions datasets—harmonized to cover fossil fuel, cement, bunker fuels, and gas flaring—show $\pm 4\%$ differences over the last three decades. Uncertainties associated with estimates of historic anthropogenic GHG emissions vary by type of gas and decrease with the level of aggregation. Global $CO_2$ emissions from fossil fuels have relatively low uncertainty, assessed to be $\pm 8\%$. Uncertainty in fossil $CO_2$ emissions at the country level reaches up to 50%. [5.2.1, 5.2.3]

### GHG-emissions drivers

Per capita production and consumption growth is a major driver for worldwide increasing GHG emissions (*robust evidence, high agreement*). Global average economic growth, as measured through GDP per capita, grew by 100%, from 4800 to 9800 Int$_{2005}$/cap yr between 1970 and 2010, outpacing GHG-intensity improvements. At regional level, however, there are large variations. Although different in absolute values, OECD-1990 and LAM showed a stable growth in per capita income of the same order of magnitude as the GHG-intensity improvements. This led to almost constant per capita emissions and an increase in total emissions at the rate of population growth. The EIT showed a decrease in income around 1990 that together with decreasing emissions per output and a very low population growth led to a decrease in overall emissions until 2000. The MAF showed a decrease in GDP per capita, but a high population growth rate led to an increase in overall emissions. Emerging economies in Asia showed very high economic growth rates at aggregate and per capita levels leading to the largest growth in per capita emissions despite also having the highest emissions per output efficiency improvements. [5.3.3]

Reductions in the energy intensity of economic output during the past four decades have not been sufficient to offset the effect of GDP growth (*high confidence*). Energy intensity has declined in all developed and large developing countries due mainly to technology, changes in economic structure, the mix of energy sources, and changes in the participation of inputs such as capital and labour used. At the global level, per capita primary energy consumption rose by 30% from 1970–2010; due to population growth, total energy use has increased by 130% over the same period. Countries and regions with higher income per capita tend to have higher energy use per capita; per capita energy use in the developing regions is only about 25% of that in the developed economies on average. Growth rates in energy use per capita in developing countries, however, are much higher than those in developed countries. [5.3.4]

The decreasing carbon intensity of energy supply has been insufficient to offset the increase in global energy use (*high confidence*). Increased use of coal since 2000 has reversed the slight decarbonization trends exacerbating the burden of energy-related GHG emissions. Estimates indicate that coal, and unconventional gas and oil resources are large, suggesting that decarbonization would not be primarily driven by the exhaustion of fossil fuels, but by economics and technological and socio-political decisions. [5.3.4, 5.8]

Population growth aggravates worldwide growth of GHG emissions (*high confidence*). Global population has increased by 87% from 1970 reaching 6.9 billion in 2010. The population has increased mainly in Asia, Latin America, and Africa, but the emissions increase for an additional person varies widely, depending on geographical location, income, lifestyle, and the available energy resources and technologies. The gap in per capita emissions between the top and bottom countries exceeds a factor of 50. The effects of demographic changes such as urbanization, ageing, and household size have indirect effects on emissions and smaller than the direct effects of changes in population size. [5.3.2]

Technological innovation and diffusion support overall economic growth, and also determine the energy intensity of economic output and the carbon intensity of energy (*medium confidence*). At the aggregate level, between 1970 and 2010, technological change increased income and resources use, as past technological change has favoured labour-productivity increase over resource efficiency [5.6.1]. Innovations that potentially decrease emissions can trigger behavioural responses that diminish the potential gains from increased efficiency, a phenomenon called the 'rebound effect' [5.6.2]. Trade facilitates the diffusion of productivity-enhancing and emissions-reducing technologies [5.4].

Infrastructural choices have long-lasting effects on emissions and may lock a country in a development path for decades (*medium evidence, medium agreement*). As an example, infrastructure and technology choices made by industrialized countries in the post-World War II period, at low-energy prices, still have an effect on current worldwide GHG emissions. [5.6.3]

Behaviour affects emissions through energy use, technological choices, lifestyles, and consumption preferences (*robust evidence, high agreement*). Behaviour is rooted in individuals' psychological, cultural, and social orientations that lead to different lifestyles and consumption patterns. Across countries, strategies and policies have been used to change individual choices, sometimes through changing the context in which decisions are made; a question remains whether such policies can be scaled up to macro level. [5.5]

Co-benefits may be particularly important for policymakers because the benefits can be realized faster than can benefits from reduced climate change, but they depend on assumptions about future trends (*medium evidence, high agreement*). Policies

5

addressing fossil fuel use may reduce not only $CO_2$ emissions but also sulphur dioxide ($SO_2$) emissions and other pollutants that directly affect human health, but this effect interacts with future air pollution policies. Some mitigation policies may also produce adverse side-effects, by promoting energy supply technologies that increase some forms of air pollution. A comprehensive analysis of co-benefits and adverse side-effects is essential to estimate the actual costs of mitigation policies. [5.7]

**Policies can be designed to act upon underlying drivers so as to decrease GHG emissions** (*limited evidence, medium agreement*). Policies can be designed and implemented to affect underlying drivers. From 1970–2010, in most regions and countries, policies have proved insufficient in influencing infrastructure, technological, or behavioural choices at a scale that curbs the upward GHG-emissions trends. [5.6, 5.8]

# 5.1    Introduction and overview

The concentration of greenhouse gases, including $CO_2$ and methane ($CH_4$), in the atmosphere has been steadily rising since the beginning of the Industrial Revolution (Etheridge et al., 1996, 2002; NRC, 2010). Anthropogenic $CO_2$ emissions from the combustion of fossil fuels have been the main contributor to rising $CO_2$-concentration levels in the atmosphere, followed by $CO_2$ emissions from land use, land use change, and forestry (LULUCF).

Chapter 5 analyzes the anthropogenic greenhouse gas (GHG)-emission trends until the present and the main drivers that explain those trends. This chapter serves as a reference for assessing, in following chapters, the potential future emissions paths, and mitigation measures.

For a systematic assessment of the main drivers of GHG-emission trends, this and subsequent chapters employ a decomposition analysis based on the IPAT and Kaya identities (see Box 5.1).

Chapter 5 first considers the immediate drivers, or factors in the decomposition, of total GHG emissions. For energy, the factors are population, gross domestic product (GDP) (production) and gross national expenditure (GNE) (expenditures) per capita, energy intensity of production and expenditures, and GHG-emissions intensity of energy. For other sectors, the last two factors are combined into GHG-emissions intensity of production or expenditures. Secondly, it considers the underlying drivers defined as the processes, mechanisms, and characteristics of society that influence emissions through the factors, such as fossil fuels endowment and availability, consumption patterns, structural and technological changes, and behavioural choices.

Underlying drivers are subject to policies and measures that can be applied to, and act upon them. Changes in these underlying drivers, in turn, induce changes in the immediate drivers and, eventually, in the GHG-emissions trends.

The effect of immediate drivers on GHG emissions can be quantified through a straight decomposition analysis; the effect of underlying drivers on immediate drivers, however, is not straightforward and, for that reason, difficult to quantify in terms of their ultimate effects on GHG emissions. In addition, sometimes immediate drivers may affect underlying drivers in a reverse direction. Policies and measures in turn affect these interactions. Figure 5.1 reflects the interconnections among GHG emissions, immediate drivers, underlying drivers, and policies and measures as well as the interactions across these three groups through the dotted lines.

Past trends in global and regional GHG emissions from the beginning of the Industrial Revolution are presented in Section 5.2, *Global trends in greenhouse gases and short-lived species*; sectoral breakdowns of emissions trends are introduced later in Section 5.3.4, *Energy demand and supply,* and Section 5.3.5, *Other key sectors,* which includes transport, buildings, industry, forestry, agriculture, and waste sectors.

The decomposition framework and its main results at both global and regional levels are presented in Section 5.3.1, *Drivers of global emissions*. Immediate drivers or factors in the decomposition identity are discussed in Section 5.3.2, *Population and demographic structure,* Section 5.3.3, *Economic growth and development*, and Section 5.3.4, *Energy demand and supply*. Past trends of the immediate drivers are identified and analyzed in these sections.

At a deeper level, the underlying drivers that influence immediate drivers that, in turn, affect GHG emissions trends, are identified and discussed in Section 5.4, *Production and trade patterns*, Section 5.5, *Consumption and behavioural change*, and Section 5.6, *Technological change*. Underlying drivers include individual and societal choices as well as infrastructure and technological changes.

Section 5.7, *Co-benefits and adverse side-effects of mitigation actions,* identifies the effects of mitigation policies, measures or actions on other development aspects such as energy security, and public health.

Section 5.8, *The system perspective: linking sectors, technologies and consumption patterns,* synthesizes the main findings of the chapter and highlights the relevant interactions among and across immediate and underlying drivers that may be key for the design of mitigation policies and measures.

Finally, Section 5.9, *Gaps in knowledge and data,* addresses shortcomings in the dataset that prevent a more thorough analysis or limit the time span of certain variables. The section also discussed the gaps in the knowledge on the linkages among drivers and their effect on GHG emissions.



**Figure 5.1 |** Interconnections among GHG emissions, immediate drivers, underlying drivers, and policies and measures. Immediate drivers comprise the factors in the decomposition of emissions. Underlying drivers refer to the processes, mechanisms, and characteristics that influence emissions through the factors. Policies and measures affect the underlying drivers that, in turn, may change the factors. Immediate and underlying drivers may, in return, influence policies and measures.

## 5.2 Global trends in stocks and flows of greenhouse gases and short-lived species

### 5.2.1 Sectoral and regional trends in GHG emissions

Between 1970 and 2010, global warming potential (GWP)-weighted territorial GHG emissions increased from 27 to 49 GtCO₂eq, an 80%

increase (Figure 5.2). Total GHG emissions increased by 8 GtCO₂eq over the 1970s, 6 GtCO₂eq over the 1980s, and by 2 GtCO₂ over the 1990s, estimated as linear trends. Emissions growth accelerated in the 2000s for an increase of 10 GtCO₂eq. The average annual GHG-growth rate over these decadal periods was 2.0%, 1.4%, 0.6%, and 2.2%.[5] The main regional changes underlying these global trends were the reduction in GHG emissions in the Economies in Transition (EIT) region

---

[5]   Note that there are different methods to calculate the average annual growth rate. Here, for convenience of the reader, we take the simple linear average of the annual growth rates $g_i$ within the period considered.

5

starting in the 1990s and the rapid increase in GHG emissions in Asia in the 2000s. Emissions values in Section 5.2 are from the Emissions Database for Global Atmospheric Research (EDGAR) (JRC/PBL, 2013) unless otherwise noted. As in previous assessments, the EDGAR inventory is used because it provides the only consistent and comprehensive estimate of global emissions over the last 40 years. The EDGAR emissions estimates for specific compounds are compared to other results in the literature below.

Similar trends were seen for fossil $CO_2$ emissions, where a longer record exists. The absolute growth rate over the last decade was 8 $GtCO_2$/decade, which was higher than at any point in history (Boden et al., 2012). The relative growth rate for per capita $CO_2$ emissions over the last decade is still smaller than the per capita growth rates at previous points in history, such as during the post-World War II economic expansion. Absolute rates of $CO_2$ emissions growth, however, are higher than in the past due to an overall expansion of the global economy due to population growth.

Carbon dioxide ($CO_2$) is the largest component of anthropogenic GHG emissions (Figure 1.3 in Chapter 1). $CO_2$ is released during the combustion of fossil fuels such as coal, oil, and gas as well as the production of cement (Houghton, 2007). In 2010, $CO_2$, including net land-use-change emissions, comprised over 75% (38±3.8 $GtCO_2$eq/yr) of 100-year GWP-weighted anthropogenic GHG emissions (Figure 1.3). Between

1970–2010, global anthropogenic fossil $CO_2$ emissions more than doubled, while methane ($CH_4$) and nitrous oxide ($N_2O$) each increased by about 45%, although there is evidence that $CH_4$ emissions may not have increased over recent decades (see Section 5.2.3). In 2010, their shares in total GHG emissions were 16% (7.8±1.6 $GtCO_2$eq/yr) and 6.2% (3.1±1.9 $GtCO_2$eq/yr) respectively. Fluorinated gases, which represented about 0.4% in 1970, increased to comprise 2% (1.0±0.2 $GtCO_2$eq/yr) of GHG emissions in 2010. Some anthropogenic influences on climate, such as chlorofluorocarbons and aviation contrails, are not discussed in this section, but are assessed in the Intergovernmental Panel on Climate Change (IPCC) Working Group I (WGI) contribution to the Fifth Assessment Report (AR5) (Boucher and Randall, 2013; Hartmann et al., 2013). Forcing from aerosols and ozone precursor compounds are considered in the next section.

Following general scientific practice, 100-year GWPs from the IPCC Second Assessment Report (SAR) (Schimel et al., 1996) are used as the index for converting GHG emission estimates to common units of $CO_2$-equivalent emissions in this section (please refer to Annex II.9.1 for the exact values). There is no unique method of comparing trends for different climate-forcing agents (see Sections 1.2.5 and 3.9.6). A change to 20- or 500-year GWP values would change the trends by ±6%. Similarly, use of updated GWPs from the IPCC Fourth Assessment Report (AR4) or AR5, which change values by a smaller amount, would not change the overall conclusions in this section. The largest absolute



**Figure 5.2** | Left panel: GHG emissions per region over 1970 – 2010. Emissions include all sectors, sources and gases, are territorial (see Box 5.2), and aggregated using 100-year GWP values. Right panel: The same data presented as per capita GHG emissions. Data from JRC/PBL (2013) and IEA (2012). Regions are defined in Annex II.2.

impact of a change in index values is on the weight given to methane, whose emission trends are particularly uncertain (Section 5.2.3; Kirschke et al., 2013).

Global per capita GHG emissions (Figure 5.2, right panel) have shown little trend over the last 40 years. The most noticeable regional trend over the last two decades in terms of per capita GHG emissions is the increase in Asia. Per capita emissions in regions other than EIT were fairly flat until the last several years when per capita emissions have decreased slightly in Latin America (LAM) and the group of member countries of the Organisation for Economic Co-operation and Development in 1990 (OECD-1990).

Fossil $CO_2$ emissions have grown substantially over the past two centuries (Figure 5.3, left panels). Fossil $CO_2$ emissions over 2002–2011 were estimated at 30 ±8 % $GtCO_2$/yr (Andres et al., 2012), (90 % confidence interval). Emissions in the 2000s as compared to the 1990s were higher in all regions, except for EIT, and the rate of increase was largest in ASIA. The increase in developing countries is due to an industrialization process that historically has been energy-intensive; a pattern similar to what the current OECD countries experienced before 1970. The figure also shows a shift in relative contribution. The OECD-1990 countries contributed most to the pre-1970 emissions, but in 2010 the developing countries and ASIA in particular, make up the major share of emissions.

$CO_2$ emissions from fossil fuel combustion and industrial processes made up the largest share (78 %) of the total emission increase from 1970 to 2010, with a similar percentage contribution between 2000 and 2010. In 2011, fossil $CO_2$ emissions were 3 % higher than in 2010, taking the average of estimates from Joint Research Centre (JRC)/ Netherlands Environmental Assessment Agency (PBL) (Olivier et al., 2013), U.S. Energy Information Administration (EIA), and Carbon Dioxide Information Analysis Center (CDIAC) (Macknick, 2011). Preliminary estimates for 2012 indicate that emissions growth has slowed to 1.4 % (Olivier et al., 2013) or 2 % (BP, 2013), as compared to 2012.

Land-use-change (LUC) emissions are highly uncertain, with emissions over 2002–2011 estimated to be 3.3 ±50–75 % $GtCO_2$/yr (Ciais et al., 2013). One estimate of LUC emissions by region is shown in Figure 5.3, left panel (Houghton et al., 2012), disaggregated into sub-regions using Houghton (2008), and extended to 1750 using regional trends from Pongratz et al. (2009). LUC emissions were comparable to or greater than fossil emissions for much of the last two centuries, but are of the order of 10 % of fossil emissions by 2010. LUC emissions appear to be declining over the last decade, with some regions showing net carbon uptake, although estimates do not agree on the rate or magnitude of these changes (Figure 11.6). Uncertainty estimates in Figure 5.3 follow Le Quéré et al.(2012) and WGI (Ciais et al., 2013).



**Figure 5.3** | Upper-left panel: $CO_2$ emissions per region over 1750–2010, including emissions from fossil fuel combustion, cement production, and gas flaring (territorial, Boden et al., 2012). Lower-left panel: an illustrative estimate of $CO_2$ emissions from AFOLU over 1750–2010 (Houghton e al., 2012). Right panels show cumulative $CO_2$ emissions over selected time periods by region. Whisker lines give an indication of the range of emission results. Regions are defined in Annex II.2.

Cumulative $CO_2$ emissions, which are a rough measure of the impact of past emissions on atmospheric concentrations, are also shown in Figure 5.3 (right panels). About half of cumulative fossil $CO_2$ emissions to 2010 were from the OECD-1990 region, 20 % from the EIT region, 15 % from the ASIA region, and the remainder from LAM, MAF, and international shipping (not shown). The cumulative contribution of LUC emissions was similar to that of fossil fuels until the late 20th century. By 2010, however, cumulative fossil emissions are nearly twice that of cumulative LUC emissions. Note that the figures for LUC are illustrative, and are much more uncertain than the estimates of fossil $CO_2$ emissions. Cumulative fossil $CO_2$ emissions to 2011 are estimated to be 1340 ± 110 GtCO$_2$, while cumulative LUC emissions are 680 ± 300 GtCO$_2$ (WGI Table 6.1). Cumulative uncertainties are, conservatively, estimated across time periods with 100 % correlation across years. Cumulative per capita emissions are another method of presenting emissions in the context of examining historical responsibility (see Chapters 3 and 13; Teng et al., 2011).

Methane is the second most important greenhouse gas, although its apparent impact in these figures is sensitive to the index used to convert to $CO_2$ equivalents (see Section 3.9.6). Methane emissions are due to a wide range of anthropogenic activities including the production and transport of fossil fuels, livestock, and rice cultivation, and the decay of organic waste in solid waste landfills. The 2005 estimate of $CH_4$ emissions from JRC/PBL (2013) of 7.3 GtCO$_2$eq is 7 % higher than the 6.8 GtCO$_2$eq estimates of US EPA (2012) and Höglund-Isaksson et al. (2012), which is well within an estimated 20 % uncertainty (Section 5.2.3).

The third most important anthropogenic greenhouse gas is $N_2O$, which is emitted during agricultural and industrial activities as well as during combustion and human waste disposal. Current estimates are that about 40 % of total $N_2O$ emissions are anthropogenic. The 2005 estimate of $N_2O$ emissions from JRC/PBL (2013) of 3.0 GtCO$_2$eq is 12 % lower than the 3.4 GtCO$_2$ estimate of US EPA (2012), which is well within an estimated 30 to 90 % uncertainty (Section 5.2.3).

In addition to $CO_2$, $CH_4$, and $N_2O$, the F-gases are also greenhouse gases, and include hydrofluorocarbons, perfluorocarbons, and sulphur hexafluoride. These gases, sometimes referred to as High Global Warming Potential gases ('High GWP gases'), are typically emitted in smaller quantities from a variety of industrial processes. Hydrofluorocarbons are mostly used as substitutes for ozone-depleting substances (i.e., chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), and halons). Emissions uncertainty for these gases varies, although for those gases with known atmospheric lifetimes, atmospheric measurements can be inverted to obtain an estimate of total global emissions. Overall, the uncertainty in global F-gas emissions have been estimated to be 20 % (UNEP, 2012, appendix), although atmospheric inversions constrain emissions to lower uncertainty levels in some cases (Section 5.2.3).

Greenhouse gases are emitted from many societal activities, with global emissions from the energy sector consistently increasing the most each decade over the last 40 years (see also Figure 5.18). A notable change over the last decade is high growth in emissions from the industrial sector, the second highest growth by sector over this period. Subsequent sections of this chapter describe the main trends and drivers associated with these activities and prospects for future mitigation options.

## 5.2.2   Trends in aerosols and aerosol/tropospheric ozone precursors

In addition to GHGs, aerosols and tropospheric ozone also contribute to trends in climate forcing. Because these forcing agents are shorter lived and heterogeneous, their impact on climate is not discussed in terms of concentrations, but instead in terms of radiative forcing, which is the change in the radiative energy budget of the Earth (Myhre et al., 2014). A positive forcing, such as that due to increases in GHGs, tends to warm the system while a negative forcing represents a cooling effect. Trends for the relevant emissions are shown in the Figure 5.4.

Aerosols contribute a net negative, but uncertain, radiative forcing (IPCC, 2007a; Myhre et al., 2014) estimated to total −0.90 W/m$^2$ (5–95 % range: −1.9 to −0.1 W/m$^2$). Trends in atmospheric aerosol loading, and the associated radiative forcing, are influenced primarily by trends in primary aerosol, black carbon (BC) and organic carbon (OC), and precursor emissions (primarily sulphur dioxide ($SO_2$)), although trends in climate and land-use also impact these forcing agents.

Sulphur dioxide is the largest anthropogenic source of aerosols, and is emitted by fossil fuel combustion, metal smelting, and other industrial processes. Global sulphur emissions peaked in the 1970s, and have generally decreased since then. Uncertainty in global $SO_2$ emissions over this period is estimated to be relatively low (±10 %), although regional uncertainty can be higher (Smith et al., 2011).

A recent update of carbonaceous aerosol emissions trends (BC and OC) found an increase from 1970 through 2000, with a particularly notable increase in BC emissions from 1970 to 1980 (Lamarque et al., 2010). A recent assessment indicates that BC and OC emissions may be underestimated (Bond et al., 2013). These emissions are highly sensitive to combustion conditions, which results in a large uncertainty (+100 %/−50 %; Bond et al., 2007). Global emissions from 2000 to 2010 have not yet been estimated, but will depend on the trends in driving forces such as residential coal and biofuel use, which are poorly quantified, and petroleum consumption for transport, but also changes in technology characteristics and the implementation of emission reduction technologies.

Because of the large uncertainty in aerosol forcing effects, the trend in aerosol forcing over the last two decades is not clear (Shindell et al., 2013).



**Figure 5.4 |** Left panel: Global trends for air pollutant and methane emissions from anthropogenic and open burning, normalized to 1970 values. Short-timescale variability, in carbon monoxide (CO) and non-methane volatile organic compounds (NMVOC) in particular, is due to grassland and forest burning. Data from JRC/PBL (2013), except for $SO_2$ (Smith et al., 2011; Klimont et al., 2013), and BC/OC (Lamarque et al., 2010). Right panel: contribution of each emission species in terms of top of the atmosphere radiative forcing (adapted from Myhre et al., 2014, Figure 8.17). The aerosol indirect effect is shown separately as there is uncertainty as to the contribution of each species. Species not included in the left panel are shown in grey (included for reference).

Tropospheric ozone contributes a positive forcing and is formed by chemical reactions in the atmosphere. Ozone concentrations are impacted by a variety of emissions, including $CH_4$, nitrogen oxides ($NO_x$), carbon monoxide (CO), and volatile organic hydrocarbons (VOC) (Myhre et al., 2014). Global emissions of ozone precursor compounds are also thought to have increased over the last four decades. Global uncertainty has not been quantified for these emissions. An uncertainty of 10–20% for 1990 $NO_x$ emissions has been estimated in various European countries (Schöpp et al., 2005).

### 5.2.3    Emissions uncertainty

#### 5.2.3.1    Methods for emissions uncertainty estimation

There are multiple methods of estimating emissions uncertainty (Marland et al., 2009), although almost all methods include an element of expert judgement. The traditional uncertainty estimation method, which compares emissions estimates to independent measurements, fails because of a mismatch in spatial and temporal scales. The data required for emission estimates, ranging from emission factors to fuel consumption data, originate from multiple sources that rarely have well characterized uncertainties. A potentially useful input to uncertainty estimates is a comparison of somewhat independent estimates of emissions, ideally over time, although care must be taken to assure that data cover the same source categories (Macknick, 2011; Andres et al., 2012). Formal uncertainty propagation can be useful as

well (UNEP, 2012; Elzen et al., 2013) although one poorly constrained element of such analysis is the methodology for aggregating uncertainty between regions. Uncertainties in this section are presented as 5–95% confidence intervals, with values from the literature converted to this range where necessary assuming a Gaussian uncertainty distribution.

Total GHG emissions from EDGAR as presented here are up to 5–10% lower over 1970–2004 than the earlier estimates presented in AR4 (IPCC, 2007a). The lower values here are largely due to lower estimates of LUC $CO_2$ emissions (by 0–50%) and $N_2O$ emissions (by 20–40%) and fossil $CO_2$ emissions (by 0–5%). These differences in these emissions are within the uncertainty ranges estimated for these emission categories.

#### 5.2.3.2    Fossil carbon dioxide emissions uncertainty

Carbon dioxide emissions from fossil fuels and cement production are considered to have relatively low uncertainty, with global uncertainty recently assessed to be 8% (Andres et al., 2012). Uncertainties in fossil-fuel $CO_2$ emissions arise from uncertainty in fuel combustion or other activity data and uncertainties in emission factors, as well as assumptions for combustion completeness and non-combustion uses. Default uncertainty estimates (two standard deviations) suggested by the IPCC (2006) for fossil fuel combustion emission factors are lower for fuels that have relatively uniform properties (−3%/+5% for motor gasoline, −2%/+1% for gas/diesel oil) and higher for

**5**

fuels with more diverse properties (−15%/+18% petroleum coke, −10%/+14% for lignite). Some emissions factors used by country inventories, however, differ from the suggested defaults by amounts that are outside the stated uncertainty range because of local fuel practices (Olivier et al., 2011). In a study examining power plant emissions in the United States, measured $CO_2$ emissions were an average of 5% higher than calculated emissions, with larger deviations for individual plants (Ackerman and Sundquist, 2008). A comparison of five different fossil fuel $CO_2$ emissions datasets, harmonized to cover most of the same sources (fossil fuel, cement, bunker fuels, gas flaring) shows ±4% differences over the last three decades (Macknick, 2011). Uncertainty in underlying energy production and consumption statistics, which are drawn from similar sources for existing emission

estimates, will contribute further to uncertainty (Gregg et al., 2008; Guan et al., 2012).

Uncertainty in fossil $CO_2$ emissions increases at the country level (Marland et al., 1999; Macknick, 2011; Andres et al., 2012), with differences between estimates of up to 50%. Figure 5.5 compares five estimates of fossil $CO_2$ emissions for several countries. For some countries the estimates agree well while for others more substantial differences exist. A high level of agreement between estimates, however, can arise due to similar assumptions and data sources and does not necessarily imply an equally low level of uncertainty. Note that differences in treatment of biofuels and international bunker fuels at the country level can contribute to differences seen in this comparison.



**Figure 5.5 |** Upper panels: five estimates of $CO_2$ emissions for the three countries with the largest emissions (and complete time series), including fossil fuel combustion, cement production, and gas flaring. Middle panels: the three countries with the largest percentage variation between estimates. Lower panel: global emissions ($MtCO_2$). Emissions data are harmonized data from Macknick (2011; downloaded Sept 2013), IEA (2012) and JRC/PBL (2013). Note that the vertical scales differ significantly between plots.

### 5.2.3.3   Other greenhouse gases and non-fossil fuel carbon dioxide

Uncertainty is particularly large for sources without a simple relationship to activity factors, such as emissions from LUC (Houghton et al., 2012; see also Chapter 11 for a comprehensive discussion), fugitive emissions of $CH_4$ and fluorinated gases (Hayhoe et al., 2002), and biogenic emissions of $CH_4$ and $N_2O$, and gas flaring (Macknick, 2011). Formally estimating uncertainty for LUC emissions is difficult because a number of relevant processes are not characterized well enough to be included in estimates (Houghton et al., 2012).

Methane emissions are more uncertain than $CO_2$, with fewer global estimates (US EPA, 2012; Höglund-Isaksson et al., 2012; JRC/PBL, 2013). The relationship between emissions and activity levels for $CH_4$ are highly variable, leading to greater uncertainty in emission estimates. Leakage rates, for example, depend on equipment design, environmental conditions, and maintenance procedures. Emissions from anaerobic decomposition (ruminants, rice, landfill) also are dependent on environmental conditions.

Nitrogen oxide emission factors are also heterogeneous, leading to large uncertainty. Bottom-up (inventory) estimates of uncertainty of 25 % (UNEP, 2012) are smaller than the uncertainty of 60 % estimated by constraining emissions with atmospheric concentration observation and estimates of removal rates (Ciais et al., 2013).

Unlike $CO_2$, $CH_4$, and $N_2O$, most fluorinated gases are purely anthropogenic in origin, simplifying estimates. Bottom up emissions, however, depend on assumed rates of leakage, for example, from refrigeration units. Emissions can be estimated using concentration data together with inverse modelling techniques, resulting in global uncertainties of 20–80 % for various perfluorocarbons (Ivy et al., 2012), 8–11 % for sulphur hexafluoride ($SF_6$) (Rigby et al., 2010), and ±6–11 % for HCFC-22 (Saikawa et al., 2012).[6]

### 5.2.3.4   Total greenhouse gas uncertainty

Estimated uncertainty ranges for GHGs range from relatively low for fossil fuel $CO_2$ (±8 %), to intermediate values for $CH_4$ and the F-gases (±20 %), to higher values for $N_2O$ (±60 %) and net LUC $CO_2$ (50–75 %). Few estimates of total GHG uncertainty exist, and it should be noted that any such estimates are contingent on the index used to convert emissions to $CO_2$ equivalent values. The uncertainty estimates quoted here are also not time-dependent. In reality, the most recent data is generally more uncertain due to the preliminary nature of much of the information used to calculate estimates. Data for historical periods can also be more uncertain due to less extensive data collection infrastructure and the lack of emission factor measurements for technologies no longer in use. Uncertainty can also change over time due to changes in regional and sector contributions.

An illustrative uncertainty estimate of around 10 % for total GHG emissions can be obtained by combining the uncertainties for each gas assuming complete independence (which may underestimate actual uncertainty). An estimate of 7.5 % (90 percentile range) was provided by the United Nations Environment Programme (UNEP) Gap Report (UNEP, 2012, appendix), which is lower largely due to a lower uncertainty for fossil $CO_2$.

### 5.2.3.5   Sulphur dioxide and aerosols

Uncertainties in $SO_2$ and carbonaceous aerosol (BC and OC) emissions have been estimated by Smith et al. (2011) and Bond et al. (2004, 2007). Sulphur dioxide emissions uncertainty at the global level is relatively low because uncertainties in fuel sulphur content are not well correlated between regions. Uncertainty at the regional level ranges up to 35 %. Uncertainties in carbonaceous aerosol emissions, in contrast, are high at both regional and global scales due to fundamental uncertainty in emission factors. Carbonaceous aerosol emissions are highly state-dependent, with emissions factors that can vary by over an order of magnitude depending on combustion conditions and emission controls. A recent assessment indicated that BC emissions may be substantially underestimated (Bond et al., 2013), supporting the literature estimates of high uncertainty for these emissions.

### 5.2.3.6   Uncertainties in emission trends

For global fossil $CO_2$, the increase over the last decade as well as previous decades was larger than estimated uncertainties in annual emissions, meaning that the trend of increasing emissions is robust. Uncertainties can, however, impact the trends of fossil emissions of specific countries if increases are less rapid and uncertainties are sufficiently high.

Quantification of uncertainties is complicated by uncertainties not only in annual uncertainty determinations but also by potential year-to-year uncertainty correlations (Ballantyne et al., 2010, 2012). For fossil $CO_2$, these correlations are most closely tied to fuel use estimates, an integral part of the fossil $CO_2$ emission calculation. For other emissions, errors in other drivers or emission factors may have their own temporal trends as well. Without explicit temporal uncertainty considerations, the true emission trends may deviate slightly from the estimated ones.

In contrast to fossil-fuel emissions, uncertainties in global LUC emissions are sufficiently high to make trends over recent decades uncertain in direction and magnitude (see also Chapter 11).

While two global inventories both indicate that anthropogenic methane emissions have increased over the last three decades, a recent

---

[6]   HCFC-22 is regulated under the Montreal Protocol but not included in fluorinated gases totals reported in this chapter as it is not included in the Kyoto Protocol.

5

assessment combining atmospheric measurements, inventories, and modelling concluded that anthropogenic methane emissions are likely to have been flat or have declined over this period (Kirschke et al., 2013). The EDGAR inventory estimates an 86-Mt-$CH_4$ (or 30 %) increase over 1980–2010 and the EPA (2012) historical estimate has a 26-Mt-$CH_4$ increase from 1990–2005 (with a further 18-Mt-$CH_4$ projected increase to 2010). (Kirschke et al., 2013) derives either a 5-Mt increase or a net 15-Mt decrease over this period, which indicates the inventories may be overestimating the increase in anthropogenic methane emissions. These results suggest that estimates of methane emission uncertainties of 20 % (UNEP, 2012; Kirschke et al., 2013) for anthropogenic emissions may be too low, since the differences in trend between inventories and the inversion synthesis are of this magnitude.

Overall, global $SO_2$ emissions have decreased over the last two decades, decreasing again in recent years following an increase from about 2000–2005 (Klimont et al., 2013). Global trends in carbonaceous aerosols over the past decade have not been estimated, however, BC and OC emissions from fuel combustion in China and India were estimated to have increased over 2000–2010 (Lu et al., 2011).

### 5.2.3.7    Uncertainties in consumption-based carbon dioxide emission accounts

Consumption-based $CO_2$ emission accounts reallocate part of the territorial $CO_2$ emissions associated with the production of exports to the countries where they are eventually consumed (Peters, 2008; Minx et al., 2009). Different techniques and assumptions have been applied in modelling consumption-based $CO_2$ emissions including aggregation or disaggregation of production sectors (Lenzen, 2011; Lindner et al., 2012, 2013); consideration of price and deflation effects (Dietzenbacher and Hoen, 1998; Dietzenbacher and Wagener, 1999); use of balancing techniques for data discrepancies (Rey et al., 2004; Lenzen et al., 2009, 2010); simplifying multi-regional input-output models (Nansai et al., 2009a); and use of domestic production structure as a proxy for imports (Suh, 2005). Different models and assumptions result in substantially different estimates of consumption-based $CO_2$ emissions, but a direct comparison between these remains a gap in the literature.

Uncertainties in consumption-based emission accounts arise from various sources (Lenzen et al., 2010) including (1) uncertainty in the territory-based emission estimates (see previous sections); (2) uncertainties in input-output and international trade statistics (Lenzen et al., 2010); and (3) uncertainties in the definitions, level of aggregation, and assumptions underlying the model (Peters and Solli, 2010; Kanemoto et al., 2012; Andres et al., 2012).

There has been little quantitative analysis of this at the global level, with only a few comparisons across different versions of the same dataset (Andrew and Peters, 2013) and direct comparisons between studies (Andres et al., 2012). However, there have been detailed stud-

ies at the country level (Lenzen et al., 2010) and many of the mechanisms of uncertainty are understood.

The few quantitative studies on the uncertainty and model spread on global analyses confirm that the uncertainty in consumption-based emissions are larger than territorial emissions, though trends over time are likely to be robust (Andres et al., 2012). The uncertainty in territorial emission estimates is a key driver for the uncertainty in consumption-based emissions, and differences in definition and system boundaries can lead to important differences (Peters and Solli, 2010). A detailed assessment of the uncertainty due to different supply chain models is lacking, and this remains a large gap in the literature. Based on model comparisons, particularly for large countries or regions, the uncertainties may be less important than the uncertainties in territorial emission estimates used as inputs.

## 5.3    Key drivers of global change

### 5.3.1    Drivers of global emissions

This section analyzes drivers of the global trends in GHG emissions that were discussed in Section 5.2. In general, drivers are the elements that directly or indirectly contribute to GHG emissions. While there is no general consensus in the literature, some researchers distinguish proximate versus underlying or ultimate drivers (see e.g., Angel et al., 1998; Geist and Lambin, 2002), where proximate drivers are generally the activities that are directly or closely related to the generation of GHGs and underlying or ultimate drivers are the ones that motivate the proximate drivers.

There is neither a unique method to identify the drivers of climate change, nor can the drivers always be objectively defined: human activities manifest themselves through a complex network of interactions, and isolating a clear cause-and-effect for a certain phenomenon purely through the lens of scientific observation is often difficult. Therefore, the term, 'driver' may not represent an exact *causality* but is used to indicate an *association* to provide insights on what constitutes overall changes in global GHG emissions.

In the literature, studies recognize various factors as main drivers to GHG emissions including consumption (Morioka and Yoshida, 1995; Munksgaard et al., 2001; Wier et al., 2001; Hertwich and Peters, 2009), international trade (Weber and Matthews, 2007; Peters and Hertwich, 2008; Li and Hewitt, 2008; Yunfeng and Laike, 2010; Peters et al., 2011; Jakob and Marschinski, 2013), population growth (Ehrlich and Holdren, 1971; O'Neill et al., 2010), economic growth (Grossman and Krueger, 1994; Arrow et al, 1996; Stern et al., 1996; Lim et al., 2009; Blodgett and Parker, 2010; Carson, 2010), structural change to a service econ-



**Figure 5.6 |** Territorial GHG emissions per region over 1970 – 2010. Note that only the bottom-right panel for the World has a different scale for its vertical axis. Fossil energy $CO_2$ indicates emissions from fossil fuel combustion. Emissions are aggregated using 100-year GWP values. Data from JRC/PBL (2013) and IEA (2012). Regions are defined in Annex II.2 | The direct emission data from JRC/PBL (2013) (see Annex II.9) represents land-based $CO_2$ emissions from forest and peat fires and decay that approximate to $CO_2$ flux from anthropogenic emission sources in the FOLU sub-sector. For a more detailed representation of Agriculture and FOLU (AFOLU) GHG flux, see Section 11.2 and Figures 11.2 and 11.6.

omy (Suh, 2006; Nansai et al., 2009b), and energy consumption (Wier, 1998; Malla, 2009; Bolla and Pendolovska, 2011). Each of these topics will be discussed in more depth, starting in Section 5.3.2.

Obviously many drivers of GHG emissions are interlinked with each other, and furthermore, many of these drivers can be further decomposed into various subcomponents. For example, transportation emissions are an important driver of increasing GHG emissions globally. But there is a wide regional variation in its significance. Furthermore, the increase in vehicle miles driven per capita or changes in fuel economy of average vehicle fleet can also be referred to as a driver, while these drivers are underlying to the higher-level driver, namely changes to transportation emissions. Therefore, drivers to GHG emissions can only be understood in the context of scale, level of detail, and the framework under which the factors contributing to GHG emissions are analyzed.

### 5.3.1.1     Key drivers

Figure 5.6 shows that, globally AFOLU emissions have increased by 12 % between 1970 and 2010. The AFOLU emissions have been more pronounced in non-OECD-1990 regions and dominate total GHG emissions from MAF and LAM regions. Major increases in global GHG emission have been, however, associated with $CO_2$ emissions from fossil energy (+108 % between 1970 and 2010), which has been growing more rapidly since AR4 (IPCC, 2007b).

Figure 5.7 shows this increase in fossil energy $CO_2$ decomposed into changes in population (+87 %), per capita GDP adjusted with Purchasing Power Parity (PPP) (+103 %), energy intensity in GDP (−35 %) and $CO_2$ intensity of energy (−15 %) between 1970 and 2010. Over the last decade, however, the long trend of decreasing carbon intensity in energy has been broken, and it increased by 1.7 %. In short, the

**5**



**Figure 5.7 |** Four factor decomposition of territorial $CO_2$ emission from fossil fuel combustion at regional level over 1970–2010. Note that only the bottom-right panel for the World has a different scale for its vertical axis. Data from IEA (2012) and JRC/PBL (2013); based on PPP-adjusted GDP. Regions are defined in Annex II.2.

improvements in energy intensity of GDP that the world has achieved over the last four decades could not keep up with the continuous growth of global population resulting in a closely synchronous behaviour between GDP per capita and $CO_2$ emission during the period.

At a regional scale, all regions but Asia show 5 % to 25 % reduction in $CO_2$ intensity of energy consumption, while Asia increased $CO_2$ intensity of energy consumption by 44 % between 1970 and 2010. Energy intensity of GDP declined significantly in the EIT, ASIA, and OECD-1990 (39 %–55 %) and moderately in LAM (9 %), while in MAF it increased by 41 %. Energy intensity of GDP may increase as an economy enters into an industrialization process, while it generally decreases as the industrialization process matures and as the share of service sector in the economy grows (Nansai et al., 2007; Henriques and Kander, 2010). In all regions, population growth has been a persistent trend. The EIT region showed the lowest population growth rate over the last four decades (16 %), whereas MAF marked 188 % increase in population during the

same period. ASIA gained the most to its population from 1.9 billion to 3.7 billion during the period. Purchasing Power Parity (PPP-) adjusted GDP also grew in all regions ranging from 43 % (MAF), about two-fold (OECD-1990, EIT, and LAM) to a remarkable six-fold increase (ASIA) over the last four decades. In general, the use of PPP-adjusted GDP instead of Market Exchange Rate (MER)-based GDP gives more weight to developing economies and their GDP growth (Raupach et al., 2007).

In summary, the improvements in energy intensity in GDP over the last four decades could not keep up with the stable and persistent upward trends in GDP per capita and population. In particular, a strong growth in GDP per capita in ASIA combined with its population growth has been the most significant factors to the increase in GHG emissions during the period.

Global $CO_2$ emissions from fossil energy are decomposed into three factors using territorial and consumption accounts. Figure 5.8 high-



**Figure 5.8 |** Three factor decomposition of consumption-based and territorial $CO_2$ emission from fossil fuel combustion for Asia (left) and OECD (right) over 1990−2010. Data from IEA (2012) and JRC/PBL (2013). Regions are defined in Annex II.2.

lights the case of ASIA and OECD-1990, where the gap between the two approaches is largest, over the 1990–2010 period. Based on a territorial accounting, OECD-1990 increased its $CO_2$ emissions from fossil energy only by 6% from 1990 to 2010. The increase in $CO_2$ emission from fossil energy embodied in consumption by OECD-1990, however, is more significant (22%) during the period. On the other hand, $CO_2$ emission embodied in consumption by ASIA increased by 175% during the period, while its territorial emissions increased by 197% during the

period. Increasing international trade played an important role in this result, which will be elaborated in Section 5.4.

The strong correlation between GDP and $CO_2$ emissions can be identified from the historical trajectories of $CO_2$ emissions and GDP (Figure 5.9). Although there are notable exceptions (EIT), regional $CO_2$ emission trajectories are closely aligned with the growth in GDP. On average, 1% of world GDP increase has been associated with 0.39% increase in fossil energy $CO_2$ emission during the 1970–2010 period. Over the last two decades, however, 1% of world GDP increase has been accompanied with 0.49% increase in fossil energy $CO_2$ emission (1990–2010) due largely to the rapid growth of the energy-intensive non-OECD Asian economy.

Overall, the growth in production and consumption outpaced the reduction in $CO_2$ emissions intensity of production and that embodied in consumption. Together with the growth in population, global $CO_2$ emissions from fossil energy maintained a stable upward trend, which characterizes the overall increase in global GHG emissions over the last two decades.

**Figure 5.9 |** Regional trajectories of territorial $CO_2$ emissions from fossil fuel combustion versus GDP over 1970−2010. Data from IEA (2012) and JRC/PBL (2013). Regions are defined in Annex II.2.

**5**

## Box 5.1 | IPAT and Kaya decomposition methods

The IPAT (Ehrlich and Holdren, 1971) and Kaya (Kaya, 1990) identities provide two common frameworks in the literature for analyzing emission drivers by decomposing overall changes in GHG emissions into underlying factors. The Kaya identity is a special case of the more general IPAT identity (Ehrlich and Holdren, 1971). The IPAT identity decomposes an impact (I, e.g., total GHG emissions) into population (P), affluence (A, e.g., income per capita) and technology (T, e.g., GHG emission intensity of production or consumption). The Kaya identity deals with a subset of GHG emissions, namely $CO_2$ emissions from fossil fuel combustion, which is the dominant part of the anthropogenic GHG emissions and their changes at a global level (Figure 5.6). While global GHG emissions measured in GWP 100 have increased in all three categories, namely fossil energy $CO_2$, AFOLU, and other over the last four decades, fossil energy $CO_2$ dominates the absolute growth of GHG emissions in all regions and the world during the period. Two approaches to GHG accounting are distinguished in the literature, namely territorial and consumption accounts (see Box 5.2 for the definition). The Kaya identity for territorial $CO_2$ emissions can be written as:

(1) Territorial $CO_2$ emissions =

$$\text{population} \times \frac{GDP}{\text{population}} \times \frac{\text{Energy}}{\$GDP} \times \frac{CO_2 \text{ emission}}{\text{Energy}}$$

In other words, $CO_2$ emissions are expressed as a product of four underlying factors: (1) population, (2) per capita GDP (GDP/population), (3) energy intensity of GDP (Energy/GDP),

and (4) $CO_2$ intensity of energy ($CO_2$ emissions/energy) (Raupach et al., 2007; Steckel et al., 2011). Also even simpler decomposition forms can be found in the literature (Raupach et al., 2007). They are obtained when any two or three adjoining factors in the four-factor Kaya identity in equation (1) are merged. For example, merging energy intensity of GDP and $CO_2$ intensity of energy into $CO_2$ intensity of GDP, a three-factor decomposition can be written as:

(2) Territorial $CO_2$ emissions =

$$\text{population} \times \frac{GDP}{\text{population}} \times \frac{CO_2 \text{ emission}}{GDP}$$

Similarly, consumption-based $CO_2$ emissions can be decomposed such that

(3) Consumption − based $CO_2$ emissions =

$$\text{population} \times \frac{GNE}{\text{population}} \times \frac{\text{consumption} - \text{based } CO_2 \text{ emission}}{GNE}$$

In this case, consumption-based $CO_2$ emissions are decomposed into (1) population, (2) per capita consumption (GNE/population; GNE = Gross National Expenditure), and (3) embodied $CO_2$ intensity of consumption (consumption-based $CO_2$ emission/GNE). The Kaya identity can also be expressed as a ratio between two time periods to show relative change in $CO_2$ emissions and its contributing factors (Raupach et al., 2007).

## 5.3.2    Population and demographic structure

### 5.3.2.1    Population trends

In the second half of the 19th century, global population increased at an average annual rate of 0.55 %, but it accelerated after 1900. Population size and age composition are driven by fertility and mortality rates, which in turn depend on a range of factors, including income, education, social norms, and health provisions that keep changing over time, partly in response to government policies. Section 4.3.1 discusses these processes in depth. Figure 5.10 presents the main outcomes. Between 1970 and 2010, global population has increased by 87 %, from 3.7 billion to 6.9 billion (Wang et al., 2012a). The underlying process is the demographic transition in which societies move from a relatively stable population level at high fertility and mortality rates, through a period of declined mortality rates and fast population growth, and only at a later stage followed by a decline in fertility rates with a more stable population size.



**Figure 5.10 |** Trends in regional and global population growth 1850−2010 | Global data up to 1950 (grey from (UN, 1999). Regional data from 1950 onwards from UN WPP (2012). Regions are defined in Annex II.2.



**Figure 5.11** | Regional trends in population and GHG emissions (left panel) and for each region the four most populous countries in 2010 (right panel). Regions are defined in Annex II.2 | Grey diagonals connect points with constant emission intensity. Major GHG-emitting regions or countries are in the upper half. A shift to the right presents population growth. A steep line presents a growth in per capita emissions, while a flat line presents decreasing per capita emissions between 1971 and 2010 | Right panel: The small labels refer to 1970, the large labels to 2010 | Data from JRC/PBL (2013) and IEA (2012). (Note the log-log plot.)

Each person added to the global population increases GHG emissions, but the additional contribution varies widely depending on the socio-economic and geographic conditions of the additional person. There is a 91-fold difference in per capita $CO_2$ emissions from fossil fuels between the highest and lowest emitters across the nine global regions analyzed by Raupach et al. (2007). Global $CO_2$ emissions from fossil fuel combustion have been growing at about the growth rate of global population in most of the 1970–2010 period, but emissions growth accelerated toward the end of the period (Figure 5.7).

Aggregating population and GHG emissions data according to the five IPCC Representative Concentration Pathways (RC) regions (see Annex II.2), Figure 5.11 shows that between 1971 and 2010 population growth was fastest in the MAF; GHG emissions have increased most in ASIA while changes in population and emissions were modest in OECD-1990 and EIT. The evolution of total population and per capita GHG emissions in the same period is shown in Figure 5.11. With some fluctuations, per capita emissions have declined slightly from rather high levels in the OECD-1990 countries and the EIT, decreased somewhat from relatively lower levels in LAM and especially in the MAF, while more than doubled in ASIA. These trends raise concerns about the future: per capita emissions decline slowly in high-emission regions (OECD-1990 and EIT) while fast increasing per capita emissions are combined with relatively fast population and per capita income growth in ASIA (JRC/PBL, 2013).

There is a substantial number of empirical econometric studies that assess the role of various demographic attributes; an early example is (Dietz and Rosa, 1997). Those reviewed by O'Neill et al. (2012) confirm

earlier observations that GHG emissions increase with the population size, although the elasticity values (percent increase in emissions per 1 % increase in population size) vary widely: from 0.32 (Martínez-Zarzoso and Maruotti, 2011) to 2.78 (Martínez-Zarzoso et al., 2007) (for the eight new European Union countries of Central Europe). Differences in statistical estimation techniques and data sets (countries included, time horizon covered, the number and kind of variables included in the regression model and their possible linkages to excluded variables) explain this wide range. Most recent studies find more than proportional increase of emissions triggered by the increase in population. Yet the literature presents contradicting results concerning whether population growth in rich or poor countries contributes more to increasing GHG emissions: Poumanyvong and Kaneko (2010) estimate elasticities ranging from 1.12 (high-income) to 1.23 (middle-income) to 1.75 (low-income) countries while Jorgenson and Clark (2010) find a value of 1.65 for developed and 1.27 for developing groups of countries.

### 5.3.2.2    Trends in demographic structure

**Urbanization**
Income, lifestyles, energy use (amount and mix), and the resulting GHG emissions differ considerably between rural and urban populations. The global rate of urbanization has increased from 13 % (1900) to 36 % (1970) to 52 % (2011), but the linkages between urbanization and GHG-emissions trends are complex and involve many factors including the level of development, rate of economic growth, availability of energy resources and technologies, and urban form and infrastructure.

**5**

Comparable direct measures of the effect of urbanization on emissions remain difficult due to challenges of defining consistent system boundaries, including administrative or territorial, functional or economic, and morphological or land use boundaries. Moreover, because urban areas are typically much smaller than the infrastructure (e.g., transport, energy) in which they are embedded, strict territorial emissions accounting such as that used for nations, omits important emissions sources such as from energy production (Chavez and Ramaswami, 2013). An alternative is to measure the effect of urbanization indirectly, through statistical analysis of national emission data and its relation to national urbanization trends. An analysis of the effects of urbanization on energy use and $CO_2$ emissions over the period 1975–2005 for 99 countries, divided into three groups based on GDP per capita, and explicitly considering the shares of industry and services and the energy intensity in the $CO_2$ emissions, concludes that the effects depend on the stage of development. The impact of urbanization on energy use is negative (elasticity of $-0.132$) in the low-income group, while positive (0.507) in the medium-income group, and strongly positive (0.907) in the high-income group. Emissions (for given energy use) are positively affected in all three income groups (between 0.358 and 0.512) (Poumanyvong and Kaneko, 2010). Consistent with this conclusion, a set of multivariate decomposition studies reviewed by O'Neill et al. (2012) estimate elasticity values between 0.02 and 0.76, indicating almost negligible to significant but still less than proportional increases in GHG emissions as a result of urbanization. In China, between 1992 and 2007, urbanization and the related lifestyle changes contributed to increasing energy-related $CO_2$ emissions (Minx et al., 2011).

Many studies observe that GHG emissions from urban regions vary significantly between cities, but that measurements are also widely dispersed due to differences in accounting methods, the coverage of GHGs and their sources, and the definition of urban areas (Dhakal, 2009). A comparison of GHG emissions in 10 global cities by considering geophysical characteristics (climate, resources, gateway status (port of entry and distribution centre for larger regions due to its geographic location), and technical features (urban design, electricity generation, waste processing) finds various outstanding determinants. For example, the level of household income is important because it affects the threshold temperature for heating and cooling of the residential area. The use of high versus low-carbon sources for electricity production, such as nuclear power, is an important determinant of urban GHG emissions in several global cities in the examined sample. Other determinants include connectivity, accessibility of destination and origin, and ability to use alternative transportation modes including mass transit, bicycling, or walking. GHG emissions associated with aviation and marine fuels reflect the gateway status of cities that, in turn, is linked to the overall urban economic activity (Kennedy et al., 2009).

An extended analysis of the urbanization-emissions linkage in 88 countries between 1975 and 2003 finds a diverse picture. In 44 countries, urbanization is found to be not a statistically significant contributor to emissions. In the other 44 countries, all other things equal, in the early phase of urbanization (at low-urbanization levels) emis-

sions increased, while further urbanization at high-urbanization levels was associated with decreasing emissions (Martínez-Zarzoso and Maruotti, 2011). This also confirms that in fast-growing and urbanizing developing countries, urban households tend to be far ahead of rural households in the use of modern energy forms and use much larger shares of commercial energy. Urbanization thereby involves radical increases in household electricity demand and in $CO_2$ emissions as long as electricity supply comes from fossil fuelled, especially coal based power plants. Transition from coal to low-carbon electricity could mitigate the fast increasing $CO_2$ emissions associated with the combination of fast urbanization and the related energy transition in these countries.

The literature is divided about the contribution of urbanization to GHG emissions. Most top-down studies find increasing emissions as urbanization advances, while some studies identify an inverted U-shaped relationship between the two. Bottom-up studies often identify economic structure, trade typology, and urban form as central determinants that are more important than the fraction of people in urban areas (see Chapter 12). These findings are important to consider when extrapolating past emission trends, based on past urbanization, to the future, together with other related aspects.

### Age structure and household size

Studies of the effect of age structure (especially ageing) on GHG emissions fall into two main categories with seemingly contradicting results: overall macroeconomic studies, and household-level consumption and energy use patterns of different age groups. A national-scale energy-economic growth model calculates for the United States that ageing tends to reduce long-term $CO_2$ emissions significantly relative to a baseline path with equal population levels (Dalton et al., 2008). Lower labour force participation and labour productivity would slow economic growth in an ageing society, leading to lower energy consumption and GHG emissions (O'Neill et al., 2010). In contrast, studies taking a closer look at the lifestyles and energy consumption of different age groups find that older generations tend to use more energy and emit above average GHGs per person. A study of the impacts of population, incomes, and technology on $CO_2$ emissions in the period 1975–2000 in over 200 countries and territories finds that the share of the population in the 15–64 age group has a different impact on emissions between different income groups: the impact is negative for high-income countries and positive for low-income levels (Fan et al., 2006). This is consistent with the finding that (in the United States) energy intensity associated with the lifestyles of the 20–34 and the above 65 retirement-age cohorts tends to be higher than that of the 35–64 age group, largely explained by the fact that this middle-age cohort tends to live in larger households characterized by lower-energy intensity on a per person basis and that residential energy consumption and electricity consumption of the 65+ age group tends to be higher (Liddle and Lung, 2010). Similar results emerge for 14 'foundational' European Union countries between 1960 and 2000: an increasing share of the 65+ age group in the total population leads to increasing energy consumption although the aggregated data disguise micro-level processes:

ageing may well influence the structure of production, consumption, transport, social services, and their location (York, 2007). Several studies assessed above indicate that part of the increasing emissions with age is due to the differences in household size. A five-country multivariate analysis of household energy requirement confirms this (Lenzen et al., 2006). Immigration is not explicitly considered in these studies, probably because it does not make much difference.

It remains an open question by how much the household-level effects of increasing $CO_2$ emissions as a result of ageing population will counterbalance the declining emissions as a result of slower economic growth caused by lower labour force participation and productivity. The balance is varied and depends on many circumstances. The most important is changes in labour participation: increasing retirement age in response to higher life expectancy will keep former retirement-age cohorts (60+) economically active, which means that the implications of ageing for incomes, lifestyles, energy use, and emissions are 'postponed' and the ratio of active/retired population changes less. Other important aspects include the macroeconomic structure, key export and import commodity groups, the direction and magnitude of financial transfers on the macro side, and on the health status, financial profile, and lifestyle choices and possibilities of the elderly at the household level. This makes it difficult to draw firm conclusions about the ageing-emissions linkages.

Despite the widely varying magnitudes and patterns of household energy use due to differences in geographical and technological characteristics, lifestyles, and population density, most studies tend to indicate that past trends of increasing age, smaller household size, and increasing urbanization were positive drivers for increasing energy use, and associated GHG emissions.

### 5.3.3   Economic growth and development

#### 5.3.3.1   Production trends

This section reviews the role of income per capita as a driver of emissions while reserving judgement on the appropriateness of GDP per capita as an indicator of development or welfare (see Kubiszewski et al., 2013). Global trends in per capita GDP and GHG emissions vary dramatically by region as shown in Figure 5.12. Economic growth was strongest in ASIA averaging 5.0 % per annum over the 1970–2010 period. Economic growth averaged 1.9 % p.a. in the OECD-1990, but was below the global average of 1.8 % in the remaining regions. The MAF and the reforming economies saw setbacks in growth related to the changing price of oil and the collapse of the centrally planned economies, respectively. However, all regions showed a decline in emissions intensity over time. Emissions per capita grew in ASIA and were fairly constant in LAM, OECD-1990, and EIT, as well as globally, and declined in MAF. The levels of GDP and emissions per capita also vary tremendously globally as shown in Figure 5.12.

Per capita emissions are positively correlated with per capita income. But per capita emissions have declined in all regions but ASIA over time, so that there has been convergence in the level of per capita





**Figure 5.12 |** Regional trends in per capita production and GHG emissions (left panel), and for each region the four most populous countries in 2010 (right panel). Regions are defined in Annex II.2. Grey diagonals connect points with constant emission intensity (emissions/GDP). A shift to the right presents income growth. A flat or downwards line presents a decrease in energy intensity, 1971 and 2010. Right panel: The small labels refer to 1970, the large labels to 2010. The figure shows a clear shift to the right for some countries: increasing income at similar per capita emission levels. The figures also show the high income growth for Asia associated with substantial emissions increase. Data from JRC/PBL (2013) and IEA (2012).

emissions over time. Despite this convergence, there is still a wide variation in per capita emissions levels among countries at a common level of income per capita due to structural and institutional differences (Pellegrini and Gerlagh, 2006; Matisoff, 2008; Stern, 2012).

The nature of the relationship between growth and the environment and identification of the causes of economic growth are both uncertain and controversial (Stern, 2011). The sources of growth are important because the degree to which economic growth is driven by technological change versus accumulation of capital and increased use of resources will strongly affect its impact on emissions. In particular, growth in developing countries might be expected to be more emissions-intensive than growth through innovation in technologically leading developed economies (Jakob et al., 2012). However, despite this, energy use per capita is strongly linearly correlated with income per capita across countries (Krausmann et al., 2008; see also Figure 5.15). The short-run effects of growth are slightly different; it seems that energy intensity rises or declines more slowly in the early stages of business cycles, such as in the recovery from the global financial crisis in 2009–2010, and then declines more rapidly in the later stages of business cycles (Jotzo et al., 2012).

Mainstream economic theory (Aghion and Howitt, 2009), and empirical evidence (e.g., Caselli, 2005) point to technological change and increases in human capital per worker as the key underlying drivers of per capita economic output growth in the long run. Technological change encompasses both quality improvements in products and efficiency improvements in production. Human capital is increased through improving workers' skills through education and training. While mainstream growth and development economics does not allocate much role for increasing energy and resource use as drivers of economic growth (Toman and Jemelkova, 2003), many researchers in energy and ecological economics do (Stern, 2011).

Productivity is lower in developing countries than developed countries (Caselli, 2005; Parente and Prescott, 2000). Developing countries can potentially grow faster than developed countries by adopting technologies developed elsewhere and 'catch up' to the productivity leaders (Parente and Prescott, 2000). Income per capita has risen in most countries of the world in the last several decades but there is much variation over time and regions, especially among low- and middle-income countries (Durlauf et al., 2005). The highest growth rates are found for countries that are today at middle-income levels such as China and India (and before them Singapore, South Korea, etc.), which are in the process of converging to high-income levels. But many developing countries have not participated in convergence to the developed world and some have experienced negative growth in income per capita. Therefore, there is both convergence among some countries and divergence among others and a bi-modal distribution of income globally (Durlauf et al., 2005). A large literature attempts to identify why some countries succeed in achieving economic growth and development and others not (Durlauf et al., 2005; Caselli, 2005; Eberhardt and Teal, 2011). But there seems to be little



**Figure 5.13** | Growth rates of per capita income and GHG emissions. The figure shows the correlation between the average annual growth rate of per capita income and per capita emissions from 1970–2010, for all countries with more than 1 million people by 2010 | Points along the grey lines have either constant emissions intensity or emissions intensity declining at 2 %, 4 % or 6 % per annum. The size of the circles is proportional to countries' emissions. The figure shows that fast growing economies also tend to have increasing emissions, while slower growing economies tend to have declining per capita emissions. This is despite quite rapidly declining emissions intensity in some fast growing economies (upper right corner). Regions are defined in Annex II.2 | Data from JRC/PBL (2013) and IEA (2012).

consensus as yet (Eberhardt and Teal, 2011). A very large number of variables could have an effect on growth performance and disentangling their effects is statistically challenging because many of these variables are at least partially endogenous (Eberhardt and Teal, 2011). This incomplete understanding of the drivers of economic growth makes the development of future scenarios on income levels a difficult task.

Ecological economists such as Ayres and Warr (2009) often ascribe to energy the central role in economic growth (Stern, 2011). Some economic historians, such as Wrigley (2010), Allen (2009), and to some degree Pomeranz (2000), argue that limited availability of energy resources can constrain economic growth and that the relaxation of the constraints imposed by dependence of pre-industrial economies on biomass energy and muscle power sources alone, with the adoption of fossil energy was critical for the emergence of the Industrial Revolution in the 18th and 19th centuries. Stern and Kander (2012) develop a simple growth model including an energy input and econometrically estimate it using 150 years of Swedish data. They find that since the beginning of the 19th century constraints imposed on economic growth by energy availability have declined as energy became more abundant, technological change improved energy efficiency, and the quality of fuels improved. A large literature has attempted using time series analysis to test whether energy use causes economic growth or vice versa, but results are significantly varied and no firm conclusions can be drawn yet (Stern, 2011).

5

The effect of economic growth on emissions is another area of uncertainty and controversy. The environmental Kuznets curve hypothesis proposes that environmental impacts tend to first increase and then eventually decrease in the course of economic development (Grossman and Krueger, 1994). This theory has been very popular among economists but the econometric evidence has not been found to be very robust (Wagner, 2008; Gallagher, 2009; Vollebergh et al., 2009; Stern, 2010) and in any case, even early studies found that carbon emissions continue to rise with increasing income (e.g., Shafik, 1994). More recent research (Brock and Taylor, 2010) has attempted to disentangle the effects of economic growth and technological change. Rapid catch-up growth in middle-income countries tends to overwhelm the effects of emissions-reducing technological change resulting in strongly rising emissions. But in developed countries economic growth is slower and hence the effects of technological change are more apparent and emissions grow slower or decline. This narrative is illustrated by Figure 5.13. Almost all countries had declining emissions intensity over time but in more rapidly growing economies, this was insufficient to overcome the effect of the expansion of the economy. As a result, though there is much variation in the rate of decline of emissions intensity across countries, there is, in general, a strong positive correlation between the rates of growth of emissions and income per capita. The rapidly growing countries tend to be middle- and lower-income countries and hence there is a tendency for per capita emissions to grow in poorer countries and decline in wealthier ones (Brock and Taylor, 2010).

In conclusion, while economic growth increases the scale of the economy in the Kaya decomposition and, therefore, should increase emissions, the technological change that is the main underlying driver of growth tends to reduce emissions. This has resulted in a tendency for slower growing or declining emissions per capita in wealthier, slower growing, economies, and global convergence in emissions per capita.

### 5.3.3.2    Consumption trends

Production and consumption are closely connected, but when we study their effect on GHG emissions, we find subtle but important differences. Box 5.2 presents two methods: one for allocating GHG emissions to production (territories), and the other to consumption. Between 1990 and 2010, emissions from Annex B countries decreased by 8 % when taking a territorial perspective (production) to carbon accounting, while over the same period, emissions related to consumption in Annex B increased by 5 % (Wiedmann et al., 2010; Peters et al., 2011, 2012; Caldeira and Davis, 2011; Andrew et al, 2013). In a similar vein, as Figure 5.14 shows, while territorial emissions from non-OECD Asian countries together surpassed those of the OECD-1990 countries in 2009, for consumption-based emissions, the OECD countries as a group contributed more than all non-OECD Asian countries together for every year between 1990 and 2010. The difference between the two methods also shows up in the trends for the per capita emissions. The OECD-1990 territorial per capita emissions declined over 1990–2010, while consumption-based emissions increased. By 2010, per capita territorial emissions for OCED countries are three times those for non-OECD Asian countries, but per capita consumption-related emissions differ by a factor of five. The overall picture shows a

---

## Box 5.2 | Definitions of territorial and consumption-based emissions

The United Nations Framework Convention on Climate Change (UNFCCC) requires countries to submit, following the IPCC guidelines, annual National GHG Emissions Inventories to assess the progress made by individual countries on GHG emissions and removals taking place within national (including administered) territories and offshore areas over which the country has jurisdiction (IPCC, 1997; House of Commons, 2012). These inventories are called 'territorial-based emission inventories'.

*Consumption-based emissions* allocate emissions to the consumers in each country, usually based on final consumption as in the System of National Accounting but also as trade-adjusted emissions (Peters and Hertwich, 2008; DEFRA, 2012). Conceptually, consumption-based inventories can be thought of as consumption equals production minus emissions from the production of exports (see reviews by Wiedmann et al., 2007; Wiedmann, 2009; Barrett et al., 2013). The methodology employed is predominately 'Multi-Regional Input-Output Analysis' (MRIO).

*Note on Uncertainty*—There is increased uncertainty in consumption-based emission estimates. MRIO datasets combine data from different data sets, often large and incoherent. As a result, uncertainties arise in relation to calibration, balancing, and harmonisation; use of different time periods; different currencies; different country classifications; levels of disaggregation, inflation, and raw data errors (Lenzen et al., 2004, 2010; Peters, 2007; Weber and Matthews, 2008; Peters et al., 2012). Production-based emissions data are a key input to the MRIO models that can vary for some countries significantly between databases (Peters et al., 2012). A process of harmonization can greatly reduce the necessary manipulations, and hence, uncertainties reflected in inconsistent reporting practices in different countries and regions (Peters and Solli, 2010; House of Commons, 2012; Barrett et al., 2013). For a detailed description in the variation of MRIO models, please read Peters et al.(2012). Peters et al (2012) concludes that estimates from different studies are robust and that the variation between estimates relates to different input data and approaches to assign emissions to trade and not uncertainty.



**Figure 5.14** | Territory-based versus consumption-based $CO_2$ emissions in five world regions, from 1990 to 2010 | The left panel presents total emissions, while the right panel presents per capita emissions. The blue areas indicate that a region is a net importer of embodied $CO_2$ emissions. The yellow area indicates a region is a net exporter of embodied $CO_2$ | Data from Lenzen et al. (2010). Regions are defined in Annex II.2.

substantial gap between territorial and consumption-based emissions, due to emissions embedded in trade. For the OECD-1990 countries, the gap amounts to 2.6 GtCO₂ in 2010. The data shows that the reduction in territorial emissions that has been achieved in the OECD-1990 countries has been more than negated by an increase in emissions in other countries, but related with consumption in OECD-1990 countries. Furthermore, while countries with a Kyoto Protocol commitment did reduce emissions over the accounting period by 7 %, their share of imported over domestic emissions increased by 14 % (Peters et al., 2011; Aichele and Felbermayr, 2012).

Numerous studies have used a structural decomposition analysis to quantify the factors for changes in GHG emissions over time in both developed and developing countries (De Haan, 2001; Peters et al., 2007; Baiocchi and Minx, 2010; Wood, 2009; Weber, 2009). The analysis has been used to separate factors such as the intensity per output, shifts in production structure, as well as changes in the composition and the level of consumption. In all of these studies, increasing levels of consumption is the main contributor to increasing emissions. Specifically, all the studies show that reductions in emissions resulting from

improvements in emissions intensity and changes in the structure of production and consumption have been offset by significant increases in emissions, resulting from the volume of consumption, resulting in an overall increase in emissions (De Haan, 2001; Peters et al., 2007; Baiocchi and Minx, 2010). For example, De Haan (2001) demonstrates for the Netherlands that final demand increased by 31 % over 11 years (1987–1998), Peters et al. (2007) demonstrate an increase of consumption by 129 % over 10 years for China, and Baiocchi and Minx (2010) show for the United Kingdom that final demand increased by 49 % between 1992 and 2004. In all these cases, the increase in final demand was greater than the emission reduction caused by structural change and efficiency improvements, leading to an overall increase in consumption-related emissions.

Calculating emissions based on a consumption-based approach sketches a more negative view on the decoupling of economic growth from greenhouse gas emissions. According to York (2007), territorial emissions showed a relative decoupling; emissions grew by 0.73 % for every 1 % increase in GDP per capita from 1960–2008. However, the elasticity of consumption-based emissions with respect to economic

growth will have to be revised upwards for OECD-1990 countries, given that their consumption emissions grew at a faster rate than territorial ones (Peters et al., 2011). In this sense, there is less decoupling in industrialized nations.

### 5.3.3.3 Structural change

Changes in the structure of the economy—shares of each economic or industry sector in the output of the economy—might also affect emissions. Over the course of economic development, as income grows, the share of agriculture in the value of production and employment tends to decline and the share of services increases (Syrquin and Chenery, 1989). The share of manufacturing tends to follow an inverted U-shaped path (Hettige et al., 2000). The income levels at which these transitions occur differ across countries. For example, China's share of services in GDP and employment is small and its agriculture share large, given its income level (World Bank, 2011), while India has a relatively large service sector (Deb Pal et al., 2012). Between 1970 and 2010 the global share of agriculture in GDP has declined from 9 % to 3 % while the share of services increased from 53 % to 71 %. Industry declined from 38 % to 26 % of GDP (World Bank, 2011). Schäfer (2005) shows that there are similar changes in the sectoral composition of energy use. The share of total energy use used in services increases in the course of economic development while that of industry follows an inverted U-shaped curve. The share of residential energy use declines with rising per capita income.

The shift from the industrial sector to services reduces energy use and emissions less than commonly thought. Partly, this is due to strong gains in productivity in manufacturing. The productivity gain can be observed through the price of manufactured goods, which has historically fallen relative to the price of services. Because of the price decline, it appears that the share of manufacturing industry in the economy is falling when, in real output terms, it is constant or increasing (Kander, 2005). Part of the productivity gain in manufacturing is due to improvements in energy efficiency, which reduce energy intensity in the sector (Kander, 2005). Also, not all service sectors are low in energy intensity. Transport is clearly energy-intensive and retail and other service sectors depend on energy-intensive infrastructure.

In Austria and the United Kingdom, the transition of the industrial society into a service economy or post-industrial society did not lead to dematerialization (Krausmann et al., 2008), but instead it was systematically linked to an increase in per capita energy and material consumption as all parts of the economy shifted from traditional to modern methods of production. Further evidence (Henriques and Kander, 2010) for 10 developed countries (United States, Japan, and eight European countries), and three emerging economies (India, Brazil, and Mexico), indicates a minor role for structural change in reducing energy intensity, while the decline in energy intensity within industries is found to be the main driver of aggregate energy inten-

sity. Yet the decomposition is sensitive to the level of disaggregation. A classic result in the growth-accounting literature (Jorgenson and Griliches, 1967) is that a finer disaggregation of inputs and outputs leads to lower estimates for technological change and a larger role for substitution between inputs and structural change. This is confirmed by Wing (2008), who found that structural change between industries explained most of the decline in energy intensity in the United States (1958–2000), especially before 1980 (Stern, 2011). An alternative perspective is provided by the literature on consumption-based emissions (see Section 5.3.3.2). Baiocchi and Minx (2010) show that the shift to a service economy in the United Kingdom was partly achieved by off-shoring emissions-intensive industrial activities and thus reducing industrial activity, and that the service sector uses imported emissions-intensive goods. Both of these offset the reduction in emissions from shifting toward the service sector in the United Kingdom. Likewise, Suh (2006) and Nansai et al. (2009b) show that if the entire supply chain is considered, the emissions intensity of services is much higher than if only the final production of services is considered.

The reform of centrally planned economies has been an important factor driving changes in GHG emissions. Emissions and energy intensity were high in China, the former Soviet Union, and many Eastern European countries prior to reform, and declined as their economies were reformed. China serves as a case in point. Its energy intensity was very high compared to similar but market-oriented countries before 1980, but China's energy intensity decreased sharply between 1980 and 2000, as it opened its economy through market-based reforms (Ma and Stern, 2008). Energy and emissions intensity rose and then fell again from 2000 to the present as at first easy options for energy efficiency improvements were exhausted and later new policies to improve energy and carbon intensity were put in place. On the other hand, China's carbon intensity of energy supply has increased steadily since at least 1970 (Stern and Jotzo, 2010). Sectoral shifts played only a small role in these large movements of the past three decades (Ma and Stern, 2008; Steckel et al., 2011), though they were important in the rise in emissions intensity from 2000 to 2005 (Minx et al., 2011).

In conclusion, the role of an increase in share of the service sector in output in reducing emissions is probably quite small, but finer-grained structural change could be important and economy-wide reforms contribute much to the adoption of more energy- and emissions-efficient production processes.

### 5.3.4 Energy demand and supply

### 5.3.4.1 Energy demand

Globally, per capita primary energy use, as estimated by the International Energy Agency (IEA) method (see Annex II.9), rose by 31 % from 1971–2010; however the five world regions exhibited two dif-

5

ferent pathways during this period, as seen in Figure 5.15 (left). In the OECD-1990 and EIT, energy use per capita rose by 13–14%, while the other regions increased their per capita energy use at a much higher rate: LAM by 60%, MAF by 90%, and ASIA by 200%. Nevertheless, the 2010 per capita energy use in these three regions still remains at less than half of the OECD-1990 and EIT countries 40 years ago.

The two pathways in per capita energy use are also reflected when looking at energy intensity over time (Figure 5.15 right). The measurement of energy intensity, i.e., ratio of energy use per unit of GDP and its limitations, are discussed in the following section. The differences in pathways between the OECD-1990 and EIT versus ASIA, LAM, and MAF illustrate the energy intensity gap between the industrialized and developing countries. In Figure 5.16, we show a similar chart for individual countries. Combining the left and right panels, we see that improvements in energy intensity have slowed the growth in energy use substantially, but have been insufficient to offset the growth in the scale of the economy (Stern, 2012).

The effects of the oil price shocks in 1973 and 1979 and perhaps 2008 (Hamilton, 2009) are particularly visible as dips in the OECD trend. These price shocks do not appear, however, to have reversed the upward trend in per capita primary energy use in the regions. In the long run, per capita energy consumption has increased with income and over time since the onset of the Industrial Revolution in Northern Europe (Gales et al., 2007) and the United States (Grübler, 2008; Tol et al., 2009) and since the Second World War in southern Europe (Gales et al., 2007).

Changes in total energy use can be decomposed to reflect the effects of growth in population and income per capita and changes in energy intensity, all of which are discussed in detail in other sections of this chapter as well as in Chapter 7.

The relationship between economic growth and energy use is complicated and variable over time. The provision of energy services is one of the necessary conditions for economic growth, yet in turn, economic growth increases the demand for energy services (Grübler et al., 2012). As income increases, so does energy use. This phenomenon, coupled with population growth, has resulted in global total primary energy use increasing by 130% between 1971 and 2010, and almost 50 times since 1800 (Nakicenovic et al., 1998; Grübler, 2008).

#### 5.3.4.2    Energy efficiency and Intensity

Energy efficiency can be defined as the ratio of the desired (usable) energy output for a specific task or service to the energy input for the given energy conversion process (Nakicenovic et al., 1996). For example, for an automobile engine, this is the mechanical energy at the crankshaft or the wheels divided by the energy input of gasoline. This definition of energy efficiency is called the first-law efficiency. Other approaches often define energy efficiency in relative terms, such as the ratio of minimum energy required by the current best practice technology to actual energy use, everything else being constant (Stern, 2012).





**Figure 5.15 |** Historical trend (1971–2010) by region in per capita primary energy (left panel), and primary energy intensity of GDP (right panel), against GDP per capita on the horizontal axis. Grey diagonals connect points with constant energy intensity (left panel) and constant per capita primary energy use (right panel). Note that both axes are logarithmic. Source: IEA (2012); UN WPP (2012); World Bank (2012). Regions are defined in Annex II.2.

In 2005, the global first-law efficiency of converting primary energy sources (such as coal or natural gas) to final energy forms (such as electricity or heat) was about 67 % (i.e., 330 EJ over 496 EJ). The efficiency of further converting final energy forms into useful energy is lower, with an estimated global average of 51 % (i.e., 169 EJ over 330 EJ). Thus, approximately one-third of global primary energy use is dissipated to the environment in the form of waste heat or what is colloquially termed energy 'losses' (Grübler et al., 2012).

The theoretical potential for efficiency improvements is thus very large (Grübler et al., 2012). However, efficiency improvements can lead to additional demand, a side-effect called the rebound effect, discussed later in Section 5.6.2, which needs to be taken into account (Pao and Tsai, 2010).

Economic studies, including those based on the Kaya identity (Nakicenovic and Swart, 2000), often use energy intensity—the ratio of energy use per dollar of GDP—as an indicator of how effectively energy is used to produce goods and services, also known as its

inverse: the energy productivity. However, energy intensity depends on many factors other than technical efficiencies, as discussed in the remainder of this section, and is not an appropriate proxy of actual energy (conversion) efficiency (Ang, 2006; Filippini and Hunt, 2011; Stern, 2012; Grübler et al., 2012).

Energy intensity metrics yield valuable insights into potentials for efficiency improvements related to various activities (Fisher and Nakicenovic, 2008; Grübler et al., 2012). Energy intensity measured at the economy-wide level is an attractive indicator because of its simplicity and ease of comparability across systems and time (e.g., national economies, regions, cities, etc.). However, the indicator is affected by a number of issues, including in relation to the way definitions are made and measurements are performed (Ang, 2006; Filippini and Hunt, 2011). Many factors besides technical efficiency drive energy intensity differences.

Energy intensities are strongly affected by energy and economic accounting conventions, which are not always disclosed prominently in the reporting reference. For energy, the largest influences on the metrics are whether primary or final energy are used in the calculations, and whether or not non-commercial energy[7] is included (Grübler et al., 2012; see Figure 5.16).

Figure 5.16 illustrates these differences in the evolution of historical primary energy intensity for four major world economies: China, India, Japan, and the United States. It shows the different ways energy intensity of GDP can be measured.

To see how the inclusion of non-commercial energy affects energy intensity, we take the United States as an example, as its PPP and MER GDP are the same by definition. The thin green curve shows United States commercial energy intensity. According to Grübler et al. (2012), commercial energy intensities increase during the early phases of industrialization, as traditional, less-efficient energy forms are replaced by commercial energy. Once this substitution is completed, commercial energy intensity peaks and starts to decline. This phenomenon is sometimes called the 'hill of energy intensity' (Grübler et al., 2012). These peaks are observed to be lower for countries reaching this transition stage now, promising lower energy intensity in developing countries that still have to reach the peak (Gales et al., 2007; Lescaroux, 2011; Reddy and Goldemberg, 1990; Nakicenovic et al., 1998). More important than this 'hill' in commercial energy intensities is, however, a pervasive trend toward overall lower total energy (including also non-commercial energy) intensities over time and across all countries (Grübler et al., 2012). It is interesting to note that despite the relatively wide upper and lower bounds of initial energy intensity among the investigated countries, they all exhibit very similar rates of energy



**Figure 5.16** | Energy intensity improvements and per capita GDP—USA (1800–2008), Japan (1885–2008), India (1950–2008), and China (1970–2008). Source: Grübler et al., 2012. Note: Energy intensities (in MJ per USD) are always shown for total primary energy (bold lines), and commercial primary energy only (thin lines), and per unit of GDP expressed at market exchange rates (MER in USD$_{2005}$), and for China, India, and Japan also at purchasing power parities (PPP in Int$_{2005}$). For the United States, MER and PPP are identical.

---

[7]   Non-commercial energy is energy that is not commercially traded such as the traditional biomass or agricultural residues, which are of particular importance in developing countries.

5

intensity improvements independent of whether they are on a more or less energy-intensive development trajectory.

The most important accounting factor is the exchange rate used for converting income measured in local national currencies to internationally comparable currency units based on either MER or PPP exchange rates (both illustrated in Figure 5.16) (Grübler et al., 2012). In the cases of India and China, MER energy intensities are very high, similar to the energy intensities of the industrialized countries more than 100 years ago. This gives the appearance of very high energy intensity of GDP in developing countries. However, China and India's PPP-measured GDPs are much higher, meaning that with the same dollar amount, a Chinese or Indian consumer can purchase more goods and services in developing countries than in industrialized countries. The PPP-measured energy intensities are thus much lower for developing countries, indicating substantially higher energy effectiveness in these countries than would be calculated using MER (Grübler et al., 2012). A further limitation of GDP accounting, especially for developing countries, is the exclusion of 'grey economies' in official statistics, which would increase GDP.

Countries with long-term statistical records show improvements in total energy intensities by a factor of five or more since 1800, corresponding to an global annual average decline of total energy intensities of about 0.75–1 % (Gilli et al., 1990; Fouquet, 2008). Improvement rates can be much faster over periods of a few decades, as illustrated in the case of China, which exhibited a steep decline (2–3 %/year for PPP- and MER-based energy intensities, respectively) between 1979 and 2000 before the trend flattened (Stern and Jotzo, 2010). Faster economic growth leads to a faster turnover of the capital stock of an economy, thus offering more opportunities to switch to more energy-efficient technologies. The reverse also applies for the economies in transition (Eastern Europe and the former Soviet Union in the 1990s) or recession; that is, with declining GDP, energy intensities increase.

Energy intensity has declined globally in all developed and major developing countries including India and China (Steckel et al., 2011). When traditional (non-commercial) biomass fuels are included in the measure of energy input, energy intensity has declined over time in most investigated countries (Gales et al., 2007). However, historical improvements in energy intensities have been not sufficient to fully offset GDP growth, resulting in increased energy consumption over time (Bruckner et al., 2010). The literature indicates some albeit inconsistent convergence in energy intensities among developed economies, but not for both developed and developing countries (Le Pen and Sévi, 2010; Mulder and de Groot, 2012).

Changes in energy intensity over time can be decomposed into the effects of structural change (the shift to more or less energy-intensive industries), changes in the mix of energy sources, technological change, and the quantities of other inputs such as capital and labour used (Stern, 2012; Wang, 2011). Globally, structural changes play a smaller role in determining trends in energy use and $CO_2$ emissions,

though they can be important in individual countries (Cian et al., 2013). More generally for countries and regions, energy intensity is also affected by the substitution of capital and other inputs for energy (Stern, 2012). The drivers of energy intensity trends are difficult to isolate. For example, in the United States, most researchers find that technological change has been the dominant factor in reducing energy intensity (Metcalf, 2008). Similar results have been found for Sweden (Kander, 2005) and China (Ma and Stern, 2008; Steckel et al., 2011). However, Wing (2008) finds that structural change explained most of the decline in energy intensity in the United States (1958–2000), especially before 1980, and Kaufmann (2004) attributes the greatest part of the decline to substitution towards higher-quality energy sources, in particular electricity that produces more output per Joule. Similarly, Liao et al. (2007) conclude that structural change, instead of technological change, is the most dominant factor in reducing energy intensity in China.

Some differences in energy intensity among countries are easily explained. Countries with cold winters and formerly centrally planned economies tend to be more energy-intensive economies, though the latter have improved energy intensities significantly in recent decades through reform of energy markets (Stern, 2012). The role of economic structure, resource endowments, and policies explain much of the differences in energy intensities (Ramachandra et al., 2006; Matisoff, 2008; Wei et al., 2009; Stern, 2012; Davidsdottir and Fisher, 2011). There is no clear one-to-one link between overall energy intensity and energy efficiency in production (Filippini and Hunt, 2011), though there is evidence for the role of energy prices. Higher energy prices are associated with lower levels of energy consumption and are significantly determined by policy. Countries that have high electricity prices tend to have lower demand for electricity, and vice-versa (Platchkov and Pollitt, 2011), with a price elasticity of demand for total energy use between −0.2 and −0.45 for the OECD countries between 1978 and 2006 (Filippini and Hunt, 2011).

### 5.3.4.3   Carbon-intensity, the energy mix, and resource availability

Carbon intensity is calculated as the ratio of emissions of $CO_2$ per unit of primary or final energy, whereas decarbonization refers to the rate at which the carbon intensity of energy decreases. Throughout the 20th century, the choice of fossil-fuels for energy has progressed towards less carbon intensive fuels and to conversion of energy to more usable forms (e.g., electricity) (Grübler et al., 2012). Hydrogen-rich fuels release, during combustion, more energy for every carbon atom that is oxidized to $CO_2$ (Grübler et al., 1999). The result is a shift from fuels such as coal with a high-carbon content to energy carriers with a lower-carbon content such as natural gas[8], as well as the introduction of near-zero carbon energy sources, such as renewables, including sus-

---

[8]   For further detailed information on carbon emissions for various combustible fuels, see IPCC (1997) and IPCC (2006).

 

**Figure 5.17 |** Left Panel: Structural change in world primary energy (in percent) over 1850−2008 illustrating the substitution of traditional biomass (mostly non-commercial) by coal and later by oil and gas. The emergence of hydro, nuclear and new renewables is also shown. Source: Nakicenovic et al. (1998) and Grübler (2008). Right panel: Decarbonization of primary energy (PE) use worldwide over 1850−2008 (kg of $CO_2$ emitted per GJ). The black line shows carbon intensities of all primary energy sources, orange line of commercial energy sources without biomass $CO_2$ emissions, assuming they have all been taken up by the biosphere under a sustainable harvesting regime (biomass re-growth absorbing the $CO_2$ released from biomass burning) and the green line shows global decarbonization without biomass and its $CO_2$ emissions. Note: For comparison, the specific emission factors (OECD/IPCC default emission factors, lower-heating value (LHV) basis) for biomass (wood fuel), coal, crude oil, and natural gas are also shown (coloured squares). Source: updated from Grübler et al. (2012).

tainably managed biomass (biogenic carbon is reabsorbed through new growth), and nuclear, and consequently further decarbonization of energy systems (Grübler and Nakićenović, 1996; Grübler, 2008). Decarbonization can also affect the emissions of other GHGs and radiatively active substances such as aerosols. Figure 5.17 (left panel) shows the historical dynamics of primary energy. It indicates that the changes in primary energy are very slow, because it took more than half a century to replace coal as the dominant source of energy.

Figure 5.17 (right panel) illustrates the historical trend of global decarbonization of primary energy since 1850 in terms of the average carbon emissions per unit of primary energy (considering all primary energy sources, commercial energy sources with and without biomass). Historically, traditional biomass emissions related to LUCs, i.e., from deforestation to land for food and energy crops, have far exceeded carbon releases from energy-related biomass burning, which indicates that in the past, biomass, like fossil fuels, has also contributed significantly to increases in atmospheric concentrations of $CO_2$ (Grübler et al., 2012).

The global rate of decarbonization has been on average about 0.3 % annually, about six times too low to offset the increase in global energy use of approximately 2 % annually (Grübler et al., 2012). A significant slowing of decarbonization trends since the energy crises of the 1970s is noteworthy, particularly the rising carbon intensities as a result of increased use of coal starting in 2000 (IEA, 2009; Stern and Jotzo, 2010; Steckel et al., 2011). Recent increases in natural gas, in particular shale gas use, will tend to partially offset the carbonization trends.

Some future scenarios foresee continuing decarbonization over the next several decades as natural gas and non-fossil energy sources increase their share in total primary energy use. Other scenarios antici-

pate a reversal of decarbonization in the long term as more easily accessible sources of conventional oil and gas are replaced by more carbon-intensive alternatives such as coal and unconventional oil and gas (Fisher et al., 2007). Nonetheless, almost all scenarios anticipate an increase in future demand for energy services. The increase in energy demand means higher primary energy requirements and, depending on the rates of future energy-efficiency improvements, higher emissions. Therefore, energy-efficiency improvements alone will not be sufficient to significantly reduce GHG emissions, and it is thus essential to accelerate the worldwide rate of decarbonization. Current evidence indicates that further decarbonization will not be primarily driven by the exhaustion of fossil fuels, but rather by economics, technological and scientific advances, socio-political decisions, and other salient driving forces. Furthermore, new information and communication technologies (ICTs) can help reduce the energy needs and associated emissions to improve the efficiency measures as a result of better management of energy generation and end-use, e.g., emergence of smart grids and better control of end-use devices.

Fossil fuel reserves and resources make up the hydrocarbon endowments, which as a whole are not known with a high degree of certainty. Reserves are the part of global fossil occurrences that are known with high certainty and can be extracted using current technologies at prevailing prices. Thus, the quantification and classification of reserves relies on the dynamic balance between geological assurance, technological possibilities, and economic feasibility. There is little controversy that oil and gas occurrences are abundant, whereas the reserves are more limited, with some 50 years of production for oil and about 70 years for natural gas at the current rates of extraction (Rogner et al., 2012). Reserve additions have shifted to inherently more challenging and potentially costlier locations, with technological progress outbalancing potentially diminishing returns (Nakicenovic et al., 1998; Rogner et al., 2012).

5

In general, estimates of the resources of unconventional gas, oil, and coal are huge (GEA, 2012; Rogner et al., 2012) ranging for oil resources to be up to 20,000 EJ or almost 120 times larger than current global production; natural gas up to 120,000 EJ or 1300 times current production, whereas coal resources might be as large as 400,000 EJ or 3500 times larger than current production. However, global resources are unevenly distributed and are concentrated in some regions and not others (U.S. Energy Information Administration, 2010). These upper estimates of global hydrocarbon endowments indicate that their ultimate depletion cannot be the relied upon to limit global $CO_2$ emissions. For example, the carbon embedded in oil and gas reserves exceeds the current carbon content of the atmosphere. The emissions budget for stabilizing climate change at 2 °C above pre-industrial levels is about the same as the current carbon content of the atmosphere, meaning that under this constraint only a small fraction of reserves can be exploited (Meinshausen et al., 2009). Chapter 7 of this report discusses in detail the current and future availability of global energy resources (see also Table 7.2).

## 5.3.5    Other key sectors

This section briefly describes GHG emission trends for the other main economic sectors (transport, buildings, industry, AFOLU, and waste) and the correlation between emissions and income, showing marked differences between sectors and countries. The following sections provide short discussions of trends and drivers by sector, while the following chapters (7–11) provide detailed analyses. Note that in Chapter 5, we consider only direct emissions for the buildings sector, whereas Chapter 9 also includes indirect emissions.

GHG emissions grew in all sectors, except in AFOLU where positive and negative emission changes are reported across different databases and uncertainties in the data are high (see Section 11.2). As is clear from Figure 5.18, high-income countries contribute mostly to emissions associated with transport (Chapter 8) and buildings (Chapter 9). Low and lower middle-income countries contribute the largest share of emissions associated with AFOLU (Chapter 11). Between 2000 and 2010, emissions by upper middle-income countries from energy (+3.5 $GtCO_2e/yr$) and industry (+2.4 $GtCO_2e/yr$) more than doubled, and by 2010, emissions from industry in upper middle-income countries have passed those from high-income countries.

The large increase in energy and industry emissions in upper middle-income countries is consistent with the observed income growth and the correlation between emissions and income for these sectors (Figure 5.19). There is a robust positive relation between income and emissions, particularly for annual income levels between 1000 and 10,000 Int$_{2005}$/cap, while for transport, the correlation between income and emissions continues into higher-income levels. We find no positive correlation between income and emissions for AFOLU.

In 2010, the typical high-income country (median of the high-income group, population-weighted) had per capita emissions of 13 $tCO_2eq/cap$ yr, while per capita emissions in the typical low-income country were only about one-tenth of that value, at 1.4 $tCO_2eq/cap$ yr. But, there is a large variation among countries that have similar income levels. The per capita emissions in high-income countries range from 8.2 to 21 $tCO_2eq/cap$ yr, for the (population weighted) 10 and 90 percentile, respectively. Many low-income countries (median income of 1,200 Int$_{2005}$/cap) have low per capita emissions (median of 1.4 $tCO_2eq/yr$), but for the low-income country group, average per capita emissions (4.3 $tCO_2eq/yr$) are pulled up by a few countries with very high emissions associated with land-use.

### 5.3.5.1    Transport

Global transport GHG emissions[9] grew from 2.8 $GtCO_2eq$ in 1970 to 7 $GtCO_2eq$ in 2010 (JRC/PBL, 2013). The OECD-1990 countries contributed the largest share of the emissions (i.e., 60 % in 1970, 56 % in 1990, and 46 % in 2010) but the highest growth rates in transport emissions were in the upper middle-income countries and international bunkers. The overall picture shows that transport emissions have steadily increased but show a marked decrease around 2008/2009.

Increasing demand for passenger and freight transport, urban development and sprawl, lack of rail and bus transit and cycle infrastructure in many regions, transport behaviour constrained by lack of modal choice in some regions, a high fuel-consuming stock of vehicles, relatively low oil prices, and the limited availability of low-carbon fuels have been the principal drivers of transport sector $CO_2$ emission growth over the past few decades (Jolley, 2004; Davies et al., 2007; IPCC, 2007; Timilsina and Shrestha, 2009; Ubaidillah, 2011; Wang et al., 2011 Chapter 8).

The marked growth rate of international transport emissions after 2002 coincides with growth in Chinese exporting industries suggesting an influence of trade policies and world trade agreements on transport emissions (Olivier et al., 2011).

The high oil prices of 2008 and the global recession in 2009 both resulted in a decrease in fossil fuel consumption for the OECD countries, with $CO_2$ emissions declining by 2.0 % in 2008, and an estimated 6.3 % in 2009. GHG emissions in non-OECD countries were not affected (US EIA, 2011).

There is a strong correlation between per capita transport emissions and per capita incomes and alignment of the two variables is sharper in the high-income countries (Figure 5.19) as the demand for personal transportation increases as standards of living rise and economic activity increases (US EIA, 2011).

---

[9]    Consisting of direct $CO_2$, $CH_4$, $N_2O$, and F-gases (Freight Vision, 2009).



**Figure 5.18 |** Regional and sector distribution of GHG emission trends. Regions are defined in Annex II.2 | The figure shows annual GHG emissions for the six key sectors discussed in Sections 5.3.4 and 5.3.5 | The left-lower panel presents global sector emissions to assess the relative contribution. Decadal growth rates are projected on the charts for emissions exceeding 0.2 GtCO₂eq/yr. The direct emission data from JRC/PBL (2013) and IEA (2012) (see Annex II.9) represents land-based CO₂ emissions from forest and peat fires and decay that approximate to CO₂ flux from anthopogenic emission sources in the Forestry and Other Land Use (FOLU) sub-sector. For a more detailed representation of Agriculture and FOLU (AFOLU) GHG flux see Section 11.2 and Figures 11.2 and 11.6.



**Figure 5.19 |** The relation between income and GHG emissions for the six key sectors discussed in Sections 5.3.4 and 5.3.5 | The left-lower panel presents the relation for emissions aggregated over all sectors. Each circle is one country, for the year 2010 | The area of a circle is proportional to the aggregate emissions for that country and sector, using the same scale consistently over all panels. The bubble size is bounded from below for visual ease. Note the logarithmic scales on both x and y axes. For most sectors apart from AFOLU, there is a clear positive relation between income and emissions. Data from JRC/PBL (2013) and IEA (2012). The direct emission data from JRC/PBL (2013) (see Annex II.9) represents land-based $CO_2$ emissions from forest and peat fires and decay that approximate to $CO_2$ flux from anthropogenic emission sources in the Forestry and Other Land Use (FOLU) sub-sector. For a more detailed representation of Agriculture and FOLU (AFOLU) GHG flux see Section 11.2 and Figures 11.2 and 11.6 | Regions are defined in Annex II.2.

### 5.3.5.2    Buildings

Building sector emissions grew from 2.5 $GtCO_2eq$ in 1970 to 3.2 $GtCO_2eq$ in 2010 with emissions growth rates in OECD-1990 countries being largely negative. Positive-emission growth rates were registered in the upper and lower middle-income countries, although the largest contribution to buildings emissions still came from OECD-1990 countries (Figure 5.18).

Per capita buildings emissions and per capita income are positively correlated. Considering a life-cycle assessment starting with manufacturing of building materials to demolition, over 80 % of GHG emissions take place during the building operation phase (UNEP, 2009) largely from consumption of electricity for heating, ventilation, and air conditioning (HVAC), water heating, lighting, and entertainment (US DOE, 2008). On average, most residential energy in developed countries is consumed for space heating, particularly in cold climates. 58 % of the demand for energy in buildings was contributed by space heating in 1990 and 53 % in 2005, while water heating contributed 17 % in 1990 and 16 % in 2005, appliances 16 % and 21 %, respectively, and cooking and lighting about 5 % (IEA, 2008; UNEP, 2009). In low-income countries, a large proportion of operational energy is derived from polluting fuels, mainly wood and other biomass, such as dung and crop residues, and a high number of people (2.4 billion) still use biomass for cooking and heating (International Energy Agency, 2002, 2006).

### 5.3.5.3    Industry

Direct emissions from industry (excluding waste/waste water and AFOLU contributions[10]) grew from 5.4 $GtCO_2eq/yr$ in 1970 to 8.8 $GtCO_2eq/yr$ in 2010. The contribution of OECD countries dominated these emissions at the start of the period with over 57 % of the total but declined to 24 % of the total in 2010. The middle-income countries have become the major emitters, particularly after 2000 (Figure 5.18) when the annual growth rate in emissions increased very significantly in the middle income countries. There is a positive correlation between per capita emissions from industry and per capita income up to an income level of 10,000 Int$$_{2005}$/cap. Beyond that income level, the correlation decreases due to improvements in energy efficiency in the industrialized OECD countries (European Environment Agency, 2009).

Energy use in industry, which is the major source of emissions from the sector, has grown in both absolute and relative terms in the OECD-1990 region and in relative terms in EIT countries driven by changes in income, the level of industrial output, fuel switching, and structural changes (International Energy Agency, 2003). There has also been a complex restructuring and relocation of the production and consumption of goods and supply of services that has shaped the location of industrial emissions, resulting in the shift of emissions to some non-OECD Asian economies (De Backer and Yamano, 2012; Backer and Yamano, 2007).

The production of energy-intensive industrial goods including cement, steel, aluminium has grown dramatically. From 1970 to 2012, global annual production of cement increased 500 %; aluminium 400 %; steel 150 %, ammonia 250 %; and paper 200 % (USGS, 2013); with energy-intensive industries increasingly being located in developing nations (IPCC, 2007a). Rapid growth in export industries has also driven emissions growth, and since 2001, China dominates in production of goods for own consumption and export (Weber et al., 2008; see Chapter 10).

Non-energy industrial emissions such as perfluorocarbon (PFC) emissions have declined in many OECD countries, while trends in $SF_6$ emissions vary and HFC emissions have increased very rapidly, driven more by use in refrigeration equipment (International Energy Agency, 2003).

### 5.3.5.4    Agriculture, Forestry, Other Land Use

Emission of GHGs in the AFOLU sector increased by 20 % from 9.9 $GtCO_2eq$ in 1970 to 12 $GtCO_2eq$ in 2010 (Figure 5.18) contributing about 20–25 % of global emissions in 2010 (JRC/PBL, 2013). Both the agriculture sub-sector and the FOLU sub-sector showed an increase in emissions during the period 1970–2010, but there is substantial uncertainty and variation between databases (see Section 5.2.3); Chapter 11 provides an overview of other estimates. In the agriculture sub-sector, $CH_4$ from enteric fermentation and rice cultivation, and nitrous oxide ($N_2O$) mainly from soil, application of synthetic fertilizer and manure, and manure management made the largest contribution ($\geq$ 80 %) to total emissions in 2010. Between 1970 and 2010, emissions of $CH_4$ increased by 20 %, whereas emissions of $N_2O$ increased by 45–75 %. Though total global emissions increased, per capita emissions went down from 2.5 tonnes in 1970 to 1.7 tonnes in 2010 because of growth in population. Per capita

---

[10]   Industry emissions including emissions from waste and waste water are reported in Section 10.2 in Chapter 10.

**5**

emissions decreased in LAM, MAF, and EIT countries, whereas in ASIA and OECD-1990 countries, it remained almost unchanged. There was no clear relation between emissions in the AFOLU sector and per capita income (Figure 5.19).

Between 2000 and 2010, emission in the AFOLU sector marginally increased from 11.0 GtCO$_2$eq to 11.9 GtCO$_2$eq (Figure 5.18), but per capita emissions marginally decreased from 1.8 tCO$_2$eq/cap yr to 1.7 tCO$_2$eq/cap yr (JRC/PBL, 2013).

Drivers of emissions included increased livestock numbers linked to increased demand for animal products, area under agriculture, deforestation, use of fertilizer, area under irrigation, per capita food availability, consumption of animal products, and increased human and animal populations. Global agricultural land increased by 7 %, from 4560 Mha to 4900 Mha between 1970 and 2010 (FAOSTAT, 2013). Global population increased by about 90 % from 3.6 to 6.9 billion during the period. As a result, per capita cropland availability declined by about 50 %, from 0.4 ha to 0.2 ha. On the other hand, crop productivity increased considerably during the period. For example, cereal pro-

duction has doubled from 1.2 Gt to 2.5 Gt and the average yield of cereals increased from 1600 kg ha$^{-1}$ to 3000 kg ha$^{-1}$. To enable this increase, use of nitrogenous fertilizer increased by 230 % from 32 Mt in 1970 to 106 Mt in 2010 (FAOSTAT, 2013), which was a major driver for increased N$_2$O emission (Spark et al., 2012). During the past 40 years, there has been increase in irrigated cropped area (Foley et al., 2005). Population of cattle, sheep, and goats increased 1.4-fold and that of pigs and poultry 1.6 and 3.7-fold, respectively (FAOSTAT, 2014). This has increased GHG emissions directly and also through manure production (Davidson, 2009). Global per capita food availability and consumption of animal products increased, particularly in Asia (FAO-STAT, 2013).

Emissions in the AFOLU sector increased during the last four decades with marginal increase in the last decade (2000–2010). The continued growth in world population causing greater demand for food with reduced per capita land availability will have significant impact on emission. Further details of emissions, more on forestry and land use, and opportunities for mitigation in the AFOLU sector are discussed in Chapter 11.

---

## Box 5.3 | Trends and drivers of GHG emissions in Least Developed Countries

Almost 90 % of 1970–2010 GHG emissions in the Least Developed Countries (LDCs) are generated by agriculture, forestry, and other land use activities (AFOLU) (Figure 5.20), and emissions have increased by 0.6 % per year in these countries during the last four decades. For the LDCs, the primary activities within AFOLU include subsistence farming and herding, and use of wood as fuel for cooking and heating (Golub et al., 2008; Dauvergne and Neville, 2010; Erb et al., 2012).

The effects of population growth on energy use and emissions are, in relative terms, greater in the LDCs and developing countries than in the developed countries (Poumanyvong and Kaneko, 2010). The dominance of AFOLU over buildings, industry, and transport as sources of emissions for LDC (Figure 5.20) suggests population growth as a major contributor to the growth in LDC emissions. Yet the low historic emissions growth of 0.6 % annually is substantially below population growth of 2.5 % annually. Changes in land use with regard to biofuels (Ewing and Msangi, 2009) and agricultural practices (Mann et al., 2009; Bryan et al., 2013) may also have affected the increase in emissions.

Changes in future trends of GHG emissions in LDCs will depend on the pace of urbanization and industrialization in the LDCs. Although currently most LDCs continue to have a large share of rural population, the rate of urbanization is progressing rapidly.

This pattern is expected to lead to increasing access to and use of energy and emissions (Parikh and Shukla, 1995; Holtedahl and Joutz, 2004; Alam et al., 2008; Liu, 2009) particularly since early stages of urbanization and industrialization are associated with higher emissions than later stages (Martínez-Zarzoso and Maruotti, 2011).



**Figure 5.20 |** Territorial GHG emissions per sector in LDCs over 1970–2010 aggregated using 100-year GWP values. The figure shows that for all sectors apart from AFOLU, emissions have increased sharply in relative terms. Yet AFOLU presents the largest share of emissions. Data from JRC/PBL (2013) and IEA (2012). The direct emission data from JRC/PBL (2013) (see Annex II.9) represents land-based CO$_2$ emissions from forest and peat fires and decay that approximate to CO$_2$ flux from anthropogenic emission sources in the Forestry and Other Land Use (FOLU) sub-sector. For a more detailed representation of Agriculture and FOLU (AFOLU) GHG flux see Section 11.2 and Figures 11.2 and 11.6.

#### 5.3.5.5    Waste

Total global emissions from waste almost doubled from 1970–2010 (Figure 5.18), while in the period 2000–2010, the increment was 13 % (1278 MtCO₂eq vs. 1446 MtCO₂eq) (JRC/PBL, 2013). In 2010 GHG emissions from waste represented 3.0 % of total GHG emissions from all sources (1446 MtCO₂eq), compared to 2.6 % in 1970 (734 MtCO₂eq) (JRC/PBL, 2013). The main sources of waste GHG emissions were solid waste disposal on land (46 % of total waste GHG emissions in 1970 and 43 % in 2010) and wastewater handling (51 % of total waste GHG emissions in 1970 and 54 % in 2010), waste incineration (mainly CO₂) and other sources are of minor importance (JRC/PBL, 2013).

Since 1998 waste GHG emissions from ASIA are greater than from OECD-1990 countries (mainly wastewater emissions). While in 1970 emissions from OECD-1990 countries represented 50 % of emissions (364 MtCO₂eq) and ASIA 27 % (199 MtCO₂eq), in 2010 ASIA represented 41 % of waste GHG emissions (596 MtCO₂eq) and OECD-1990 27 % (391 MtCO₂eq) (Figure 5.18) (JRC/PBL, 2013). The main GHG from waste is CH₄—mainly emitted from municipal solid waste disposal on land and from wastewater—representing 91 % of the total in 1970 (90 % in 2010), followed by N₂O (7 % in 1970, 8 % in 2010) (Monni et al., 2006; JRC/PBL, 2013).

Waste generation is closely related to population, urbanization, and affluence (see also Section 10.14). Waste generation rates are correlated with different indicators of affluence, including GDP per capita, energy consumption per capita, and private final consumption per capita (Monni et al., 2006; Bogner et al., 2008). Similarly Sjöström and Östblom (2009) remark that waste quantities have grown steadily along with GDP over recent decades. Moreover they report that the total quantity of municipal waste per capita increased by 29 % in North America, 35 % in OECD, and 54 % in the EU15 from 1980 to 2005 (Sjöström and Östblom, 2009).

There are many uncertainties concerning estimation of past, current, and future emissions, as well as the mitigation potential in the waste sector, the most important relating to the poor quality of the activity data needed for estimation of emissions (Monni et al., 2006; Bogner et al., 2008).

## 5.4    Production and trade patterns

### 5.4.1    Embedded carbon in trade

Between 1971 and 2010, world trade has grown by 6 % a year on average, meaning it doubled nearly every 12 years (World Trade Organisation, 2011), outpacing the growth of world GDP, which was 3.1 %

per year on average. The ratio of world exports of goods and commercial services to GDP in real terms has increased substantially; steadily since 1985, and by nearly one-third between 2000 and 2008, before dropping in 2009 as world trade fell as a result of the Global Financial Crisis (World Trade Organisation, 2011). While information on the size of physical trade is more limited, Dittrich and Bringezu (2010) estimate that between 1970 and 2005, the physical tonnage of international trade grew from 5.4 to 10 Gt. Statistics on CO₂ emissions associated with international shipping support these findings (Heitmann and Khalilian, 2011); international shipping has grown at a rate of 3.1 % per annum for the past three decades (Eyring et al., 2010), and there is evidence of a recent acceleration in seaborne trade suggesting that trade, measured in ton-miles, has increased by 5.2 % per annum (on average) between 2002 and 2007. This is further supported by van Renssen (2012), who observes a doubling of shipping and aviation emissions between 1990 and 2010.

Trade has increased the developing countries' participation in the global economy. According to the World Trade Organization, "From 1990 to 2008, the volume of exports from developing countries grew consistently faster than exports from developed countries, as did the share of developing countries' exports in the value of total world exports". Between 2000 and 2008, the volume of developing countries' exports almost doubled, while world exports increased by 50 %. Non-OECD Asia is by far the most important exporting region in the developing country group, with a 10 % share of world exports in 1990 (USD 335 million), which increased to 21 % (USD 2603 million) in 2009 (World Trade Organisation, 2011).

The consumption accounts presented in Section 5.3.3.2 showed that between 1990 and 2000, global CO₂ emissions increased by about 10 %, and by a further 29 % between 2000 and 2008 (Le Quere et al., 2009; Peters et al., 2011). Over the full period, all of the growth in CO₂ emissions occurred in non-Annex B countries while CO₂ emissions in Annex B countries stabilized. Partly, this was due to the collapse of the former Soviet Union in the early 1990s, which reduced emissions in these countries between 1990 and 2000. But the pattern also relates to the rapid increase in international trade between Annex B and non-Annex B countries. Twenty percent of the growth in CO₂ emissions in non-Annex B countries can, through trade, be attributed to the increased demand for products by Annex B countries (Peters et al., 2011).

In 1990, the global CO₂ emissions associated with exported products was 4.3 GtCO₂ (Peters et al., 2011). This figure includes the CO₂ emissions through the whole supply chain associated with the production of the final product, using the 'Environmentally Extended Multi-Region Input-Output Analysis' (Davis and Caldeira, 2010; Minx et al., 2009). In 2008, this figure had increased to 7.8 GtCO₂, (average annual increase of 4.3 %) (Peters et al., 2011). Between 1990 and 2000, the growth in the embedded CO₂ emissions of products being traded grew by 10 %. Between 2000 and 2008, CO₂ emissions embedded in trade grew by a further 26 %, demonstrating a more recent and rapid increase (Peters et al., 2011). In 2005, China accounted for 25 % of the total global CO₂

5

**Box 5.4 | Definition of carbon leakage**

Carbon leakage refers to phenomena whereby the reduction in emissions (relative to a benchmark) are offset by an increase outside the jurisdiction (Peters and Hertwich, 2008; Barrett et al., 2013). Leakage can occur at a number of levels, be it a project, state, province, nation, or world region. This can occur through:

• **Changes in the relative prices** whereby national climate regulation reduces demand for fossil fuels, thereby causing a fall in world prices resulting in an increase in demand outside the jurisdiction

• **Relocation of industry** where a firm relocates their operation to another nation due to less favourable financial benefits

in the original jurisdiction brought about by the reduction measures

• **Nested regulation** where, for example, the European Union imposes an aggregate cap on emissions meaning that the efforts of individual countries exceed the cap freeing up allowances in other country under the scheme

• **Weak consumption leakage** describes the increase of emissions in one country as a consequence of actions or policies that are unrelated to climate policy (such as a changed quantity or composition of imports) in another country.

emissions embedded in exports, with China's exported emissions at 1.7 Gt (Weber et al., 2008) compared to the global total of 6.8 Gt (Peters et al., 2011). In terms of total $CO_2$ emissions due to the production of goods and services that were finally consumed in another country, a number of papers suggest that this represents between 20 % and 26 % of total global emissions in 2004 (Davis and Caldeira, 2010; Peters et al., 2011).

Trade explains the divergence between territorial and consumption-based emissions in OECD countries to the extent that it has resulted in an increase of emissions in the exporting countries. The associated increase in emissions in exporting countries (mostly non Annex B) is often defined in the literature as 'weak leakage' (see Box 5.4) (Davis and Caldeira, 2010; Rothman, 2000; Peters and Hertwich, 2008; Weber and Peters, 2009; Strømman et al., 2009; Peters, 2010; Yunfeng and Laike, 2010). Lenzen et al. (2010) confirm these findings along with numerous national-level studies (Wiedmann et al., 2010; Hong et al., 2007; Liu et al., 2011; Ackerman et al., 2007; Weber and Matthews, 2007; Mäenpää and Siikavirta, 2007; Muñoz and Steininger, 2010; Minx et al., 2011).

Trade has allowed countries with a higher than global average emission intensity to import lower emission intensity goods and vice versa. For example, exports from China have a carbon intensity four times higher than exports from the United States (Davis and Caldeira, 2010). Net exports of carbon could occur due to (i) a current account surplus, (ii) a relatively high energy intensity of production, (iii) a relatively high carbon intensity of energy production, and (iv) specialization in the export of carbon-intensive products (Jakob et al., 2013). Jakob and Marchinski (2013) argue that further analysis is required to better understand the gap in consumption and territorial emissions, and to assess the validity of possible but different causes.

Calculating emissions embodied in trade tells us the amount of emissions generated to produce goods and services that are consumed

elsewhere, but it doesn't allow us to establish a causal interpretation. In particular, it doesn't allow identifying which fraction of observed changes in regional emissions can be attributed to regulatory changes undertaken elsewhere, such as adoption of climate measures in one region (often called 'strong carbon leakage' in the literature). Due to the sparse data available, only a few empirical studies exist. (Aichele and Felbermayr, 2012, 2013) provide evidence for a strong carbon leakage effect resulting from the Kyoto protocol. Most estimates of how GHG emissions could react to regional regulatory changes have so far relied on numerical modelling. These studies find a wide variety of rates of leakage (i.e., the fraction of unilateral emission reductions that are offset by increases in other regions), with one study demonstrating that under some specific assumptions, leakages rates could even exceed 100 % (Babiker, 2005). However, it has also been pointed out that energy represents a small fraction of the total cost for most industries and therefore leakage should not be expected to render unilateral climate policies grossly ineffective (Hourcade et al., 2008; Jakob, 2011). This is confirmed by recent model comparison of 12 computable general equilibrium models. Boehringer et al. (2012) finds leakage rates between 5 % and 19 %, with a mean value of 12 %. However, taking into account (non-energy related) industrial process emissions, which are not included in the latter model comparison, may result in higher leakage rates, as some of the most energy—as well as trade-intensive sectors are also important sources of industrial process emissions (Bednar-Fried et al., 2012) find that accounting for industrial process emissions raises the leakage rate by one-third.

## 5.4.2    Trade and productivity

Trade does not only affect emissions through its effect on consumption patterns, the relocation of production, and emissions for international transport, it also affects emissions through its effect on innovation and the exchange of technologies between trading partners. Section 5.6

assesses the literature on innovation while this section assesses the theoretical and empirical literature on channels through which trade (broadly defined as trade in goods and foreign direct investment) affects productivity (Havrylyshyn, 1990).

At the aggregate level, trade can improve productivity through increased allocative efficiency. Furthermore, trade increases the international flow of intermediate goods (Hummels et al., 2001; Koopman et al., 2008), allowing for the production of higher-quality final products with the same amount of emissions and other inputs (Rutherford and Tarr, 2002). Though, trade may impede productivity growth in developing countries if it causes them to specialize in low-tech labour and energy intensive sectors with little scope for productivity improvements. Trade can also increase income inequality in developing countries. For example, because the least skill-intensive industries in developed countries often become the most skill-intensive sectors in developing countries (Zhu and Trefler, 2005; Meschi and Vivarelli, 2009), developing countries can experience a negative impact on productivity growth (Persson and Tabellini, 1994).

At the sector level, trade liberalization increases competition in import-competing sectors, and causes the least-productive firms in these sectors to collapse or exit (Pavcnik, 2002). Therefore, through this mechanism, trade liberalization can cause job losses, especially for those working in the previously protected sectors. At the same time, trade can also increase productivity, energy-efficiency, and research and development (R&D) incentives in import-competing sectors: trade intensifies import-competition and increases the remaining firms' domestic market shares, both of which are associated with higher R&D efforts—possibly because firms with large market shares use innovation to deter entry (Blundell et al., 1999).

Aside allocation and competition effects, trade can increase productivity growth through knowledge spillovers. Multinationals do more R&D than purely domestic firms, thus Foreign Direct Investment (FDI) can increase the knowledge stock of the recipient country. Moreover, the entry of foreign multinationals facilitates the diffusion of energy-saving technologies if domestic firms reverse-engineer their products or hire away their employees (Keller and Yeaple, 2009). In addition to these horizontal spillovers, foreign entrants have an incentive to share their knowledge with domestic suppliers and customers to improve the quality of domestically sourced inputs to enable domestic customers to make better use of their products (Javorcik, 2004).

Turning to empirical analyses, there are many studies that estimate the effect of trade on sector overall productivity or the international diffusion of specific technologies, but little that quantify the effect of trade, through productivity, on emissions. Empirical work, mostly focusing on labour and total factor productivity, suggests that trade openness indeed enhances productivity. Coe and Helpman (1995) and Edwards (2001) find that foreign R&D has a larger positive effect for countries with a higher import volume, and that for small countries, foreign R&D matters more for domestic productivity than

domestic R&D. Keller (2000) finds that imports from high-productivity countries lead to more productivity growth than imports from low-productivity countries. According to Kim (2000), trade liberalization increased total factor productivity growth by 2 percentage points in Korea between 1985–1988. For United States firms, FDI spillovers accounted for 14% of productivity growth between 1987–1996 (Keller and Yeaple, 2009).

With regards to specifically environmental applications, Verdolini and Galeotti (2011a) and Bosetti and Verdolini (2012) constructed and tested a model to show that the factors that impede international trade in physical goods, such as geographic distance, also hinder the diffusion of environmentally benign technologies. Reppelin-Hill (1998) finds that the Electric Arc Furnace, a technology for cleaner steel production, diffused faster in countries that are more open to trade. Trade reduces global energy efficiency if it relocates production to countries that have a comparative advantage in unskilled labour but low-energy efficiency (Li and Hewitt, 2008). Lastly, Mulder and De Groot (2007) document a convergence of energy-productivity across OECD countries over time. The results may be attributable to knowledge diffusion through trade, but the authors do not estimate a link between convergence and trade.

## 5.5   Consumption and behavioural change

Behaviour is an underlying driver affecting the factors in the decom-position of anthropogenic GHG emissions. Although it is difficult to delineate and attribute the effects of behaviour unambiguously, there is empirical evidence of variation in behaviour and consumption patterns across regions, social groups, and over time, and its connection to, e.g., energy and emission intensity of consumption.

This section reviews the evidence of how behaviour affects energy use and emissions through technological choices, lifestyles, and consumption preferences. It focuses on behaviour of consumers and producers, delineates the factors influencing behaviour change, and reviews policies and measures that have historically been effective in changing behaviour for the benefit of climate change mitigation.

### 5.5.1   Impact of behaviour on consumption and emissions

Consumer choices with regard to food, mobility, and housing, and more generally consumption patterns affect the environmental impact and GHG emissions associated with the services (Faber et al., 2012). Consumption patterns are shaped not only by economic forces, but also by technological, political, cultural, psychological, and environ-

**5**

mental factors. For example, domestic energy use and travel choices are intrinsically related to social identity, status, and norms (Layton et al., 1993; Black et al., 2001; Steg et al., 2001; Exley and Christie, 2002). Senses of security, clean environment, family ties, and friendships are also viewed as important factors in determining consumption patterns (Chitnis and Hunt, 2012). The cultural context in which an individual lives and the inherent values of a society also shape the intrinsic motivation underlying consumer choices (Fuhrer et al., 1995; Chawla, 1998, 1999). As an example, the high proportion of people following a vegetarian diet in India can be attributed to its cultures and religions, resulting in lower GHG emissions per caloric intake (Ghosh, 2006). Similar explanations are given for India's relatively low levels of waste generation coupled with higher levels of waste recycling and re-use (Ghosh, 2006). Cross-cultural differences are also revealed at higher-income levels. In some high-income countries people appreciate high-density neighbourhoods and public transport more as compared to other countries (Roy and Pal, 2009).

Studies indicate that approximately one-third of food produced for human consumption (about 1.3 billion tonnes per year) is wasted globally, adding to GHG emissions for food production (Gustavsson et al., 2011). It is estimated that substantially more food is wasted in the developed countries than in developing countries. In Europe and North America, per capita food waste by consumers is estimated at 95–115 kg/year, while in sub-Saharan Africa and South/Southeast Asia is about 6–11 kg/year (Gustavsson et al., 2011). There is significant inter-regional variation with regard to the stage of the food chain at which wastage occurs. About 40 % of food wastage in medium- and high-income countries is generated at the consumer and retail stages, while in low-income countries food waste at the consumer level is much smaller and food waste in the early and middle stages of the food supply chain reaches about 40 %. Food losses and waste in low-income countries are attributed to financial, managerial, and technical limitations, while consumer behaviour and lack of coordination between different actors in the supply chain influence food wastage in the high-income countries (Gustavsson et al., 2011).

Empirical evidence indicates that per capita energy consumption varies widely across regions (see Sections 5.3 and 5.4), resulting in significantly different $CO_2$ emissions in per capita terms and per unit economic activity, but that GDP per capita does not explain all variation (see Figures 5.16 and 5.19). While part of this variability can be attributed, inter alia, to population density, infrastructure and resource endowments, social and cultural predispositions, such as lifestyle, also influence the choice and consumption levels of energy and materials (Marechal, 2009; Tukker et al., 2010; Sovacool and Brown, 2010). Historic data show a clear increase at the global level of key consumption activities of households that contribute to emissions, such as personal travel by car, intake of meat and fossil fuel consumption (Mont and Plepys, 2008). Energy intensity, which depends on behaviour at the individual and economy-wide level, is therefore one of the key determinants of emissions in the decomposition analysis. Behaviour is not only

an implicit and relevant driver of emissions, but also equally important a potential agent for change in emissions.

Apart from individuals and households, companies and organizations also contribute to emissions, through both direct and indirect use of energy. Businesses, policy makers, as well as non-governmental consumer organizations also play a role in inducing behaviour change and therefore indirectly changing emissions. Studies show that environmental values are important determinants of willingness to accept climate change policy measures, and that values and norms are required for climate policy support within public and private organizations (Biel and Lundqvist, 2012).

Technological solutions directed at improving resource productivity may not be sufficient for curbing the environmental impact of consumption (Hunt and Sendhil, 2010). Complementary to eco-efficiency in production, sustainable development strategies may need to support sufficiency in consumption, shifting from a culture of consumerism without limits to a society with less materialistic aspirations (Mont and Plepys, 2008). This implies an addition to the focus on more environmentally sound products and services; finding happiness with lower levels of material consumption, especially in higher-income countries (Hunt and Sendhil, 2010).

### 5.5.2   Factors driving change in behaviour

The literature differentiates between efficiency behaviours, (1) the purchase of more or less energy-efficient equipment (e.g., insulation), and (2) curtailment behaviours that involve repetitive efforts to reduce energy use, such as lowering thermostat settings (Gardner and Stern, 1996). It is suggested that the energy saving potential through efficiency behaviour is greater than that through curtailment behaviour. However, energy-efficient appliances can lead to an increase in demand for the service due to the lower cost of these services, discussed in Section 5.6.2.

Behavioural economics studies anomalies in consumer's energy choices but it is also used to design approaches aimed at influencing and modifying those behaviours (see Sections 2.4 and 3.10.1). There is evidence that consumers consistently fail to choose appliances that offer energy savings, which, according to engineering estimates, more than compensate for their higher capital cost. In analyses of appliance choices, Hausman (1979) and subsequent studies found implicit consumer discount rates ranging from 25 % to over 100 % (Train, 1985; Sanstad et al., 2006). A variety of explanations have been offered, including consumer uncertainty regarding savings, lack of liquidity and financing constraints, other hidden costs, and the possibility that the engineering estimates may overstate energy savings in practice. Recent ideas draw on bounded rationality, the notion that consumers 'satisfice' rather than 'optimize' (Simon, 1957), the importance of non-price product attributes and consumers' perceptions thereof (Lan-

caster, 1965; Van den Bergh, 2008), and asymmetric information and the principal-agent problem (Akerlof, 1970; Stiglitz, 1988). From psychology and behavioural economics come notions such as loss aversion (consumers place more weight on avoiding a loss than on securing a gain of the same magnitude (Kahneman et al., 1982); see Greene (2011) for an application to energy efficiency), attention[11] and the role of salience[12] (Fiske and Morling, 1996), priming (Richardson-Klavehn and Bjork, 1988), affect (Slovic et al., 2002), norms[13] (Axelrod, 2006), a present-bias in inter-temporal decision making (O'Donoghue and Rabin, 2008; DellaVigna, 2009), and mental accounts (separate decision making for subsets of commodities; Thaler, 1999). The literature is not unanimous, though, regarding the magnitude of the 'energy efficiency gap' (Allcott and Greenstone, 2012).

Ayres et al. (2009) estimate that non-price, peer-comparison interventions can induce a consumption response equivalent to a 17–29 % price increase.[14] Newell et al. (1999) provides evidence that the United States room air conditioners energy efficiency gain since 1973 is only about one quarter induced by higher energy prices, while another quarter is due to raised government standards and labelling.

Behavioural interventions can be aimed at voluntary behavioural change by targeting an individual's perceptions, preferences, and abilities, or at changing the context in which decisions are made. Such non-price context interventions have been used across countries with varying degrees of success to bring about behaviour change in consumption choices and patterns of energy use. These include antecedent strategies (involving commitment, goal setting, information or modelling) and consequence strategies (feedback or rewards) (Abrahamse et al., 2005; Fischer, 2008). As an example, the Property Assessed Clean Energy (PACE) program tackles the high-discount rate that residential energy users ascribe to investments associated with energy-efficiency retrofits of buildings through providing local governments financing for retrofits of buildings repayable through a supplement to property taxes (Ameli and Kammen, 2012). Various United States and United Kingdom government agencies and the private sector, including some electric and water utilities, have developed strategies collected under the rubrics Nudge (Thaler and Sunstein, 2009) and Mindspace (Dolan et al., 2012). These programs involve elements such as increasing the salience of financial incentives, invoking norms, providing information on social comparisons, and modifying the choice architecture (the structure of the choice) including the default alternative.[15] Laboratory studies and small-scale pilots have

demonstrated a potential role for behavioural interventions, but there is uncertainty on the scalability of these interventions and the level of impacts they can achieve (Hunt and Sendhil, 2010).

The state of awareness and concern about climate change and the willingness to act is an important underlying driver for voluntary reduction in energy consumption by individuals. Some studies indicate that the provision of information, or awareness creation by itself, is unlikely to bring about significant change in consumption behaviour and reduction in emissions (Van Houwelingen and Van Raaij, 1989; Kollmuss and Agyeman, 2002; Jackson, 2005). Other studies indicate that awareness creation and provision of information facilitates the deployment of energy-efficient technologies. The establishing of benchmarks for the energy consumption of homes and commercial buildings may contribute to reduce information asymmetries in the marketplace and to lower the discount rates used by consumers to evaluate future efficiency gains (Cox et al., 2013). Coller and Williams (1999) suggest that information about energy consumption will result in a 5 % decline in discount rates for energy decisions made by the median population, an estimate that is adopted by Cox et al. (2013).

Rewards are seen to have effectively encouraged energy conservation, though with possibly short-lived effects (Dwyer and Leeming, 1993; Geller, 2002). Feedback has also proven to be useful, particularly when given frequently (Becker et al., 1981), while a combination of strategies is generally found to be more effective than applying any one strategy (Abrahamse et al., 2005).

Ability to change, or opportunities, is also essential, and can be constrained by institutional and physical structures. Old habits are also seen as a strong barrier to changing energy behaviours (Pligt, 1985; Kollmuss and Agyeman, 2002; Mont and Plepys, 2008; Whitmarsh, 2009).

# 5.6    Technological change

## 5.6.1    Contribution of technological change to mitigation

The AR4 acknowledged the importance of technological change as a driver for climate change mitigation (IPCC, 2007a). It also gave an extensive review of technological change and concluded, among other things, that there is a relationship between environmental regulation and innovative activity on environmental technologies, but that policy is not the only determinant for technological change. It also discussed the debate around technology push and market pull for technological change, the role of different actors and market failures around technological innovation. Since 2007, more studies have documented improvements of energy efficiency and the impact of different drivers, including technological change, on energy intensity (e.g., Fan and Xia; Sheinbaum et al., 2011; Wu et al., 2012).

---

[11]    For example, Allcott (2011) indicates that 40 % of US consumers do not consider a vehicle's gasoline consumption when purchasing a car.

[12]    Chetty et al. (2009) show that consumers' reaction to taxes depends on the visibility and salience of the tax.

[13]    Responsiveness to norm-based messages has been demonstrated in a number of domains (e.g., Frey and Meier, 2004; Cialdini et al., 2006; Salganik et al., 2006; Goldstein et al., 2008; Cai et al., 2009).

[14]    Similarly, with household water use, Ferraro and Price (2011) find that the social-comparison effect is equivalent to what would be expected if average prices were to increase by 12 % to 15 %.

[15]    UK Cabinet Office (2012).

**5**

#### 5.6.1.1 Technological change: a drive towards higher or lower emissions?

Previous assessment reports have focused on the contribution of technological change in reducing GHG emissions. The rising emissions in emerging economies and accompanied rapid technological change, however, point at a question of whether technological change might also lead to rising emissions—in developed and developing countries. Due to a combination of rebound effects (see Section 5.6.2) and an observed tendency towards cost-saving innovations, the rebound effect could be enhanced so much that energy-saving technological change could indirectly lead to an increase in emissions (Fisher-Vanden and Ho, 2010). Probably more importantly, technological change may favour non-mitigation issues over reduction of GHG emissions. For example, compact cars in the 1930s have a similar fuel consumption rate to compact cars in the 1990s, but have far advanced in terms of speed, comfort, safety, and air pollution (Azar and Dowlatabadi, 1999).

The energy sector is of great importance to technological change and climate change mitigation. Changes in the energy intensity that are not related to changes in the relative price of energy are often called changes in the autonomous energy-efficiency index (Kaufmann, 2004; Stern, 2011). How do macro-economic factors affect differences in energy efficiency between countries and changes over time? Using country-based case study approach, the general trend at the macro-level over the 20th century in the United States, the United Kingdom, Japan, and Austria has been to greater energy efficiency (Warr et al., 2010).

Recent research investigates the factors that affect the adoption of energy-efficiency policies or energy-efficiency technology (Matisoff, 2008; Fredriksson et al., 2004; Gillingham et al., 2009; Linares and Labandeira, 2010; Wei et al., 2009; Popp, 2011; Stern, 2011). Differences in endowments, preferences, or the state of technology create differences in the adoption of energy-efficiency technologies across countries and among individuals over time. The rate of adoption may also be influenced by market failures such as environmental externalities, information access, and liquidity constraints in capital markets, and behavioural factors. Behavioural factors are discussed in Section 5.5.2. The variation of implementation of energy-efficiency measures varies greatly, both between countries and between sectors and industries, especially if developing countries are taken into account (Sanstad et al., 2006).

#### 5.6.1.2 Historical patterns of technological change

There is ample evidence from historical studies, for instance in the United States, Germany, and Japan, that technological change can affect energy use (Carley, 2011b; Welsch and Ochsen, 2005; Unruh, 2000). In Japan, it has also shown to be a driver for reduction of $CO_2$ emissions (Okushima and Tamura, 2010). Technological change is also a dominant factor in China's fast-declining energy intensity until 2003

(Ma and Stern, 2008); but between 2003 and 2010, energy intensity declined only slightly (IEA, 2012).

Technological change in the energy sector is best studied. Several studies find that technological change in energy was particularly pronounced in periods with a great political sense of urgency and/or energy price hikes, such as during oil crises (Okushima and Tamura, 2010; Karanfil and Yeddir-Tamsamani, 2010). Wilbanks (2011) analyzes the discovery of innovations and argues that only with a national sense of threat and the entailing political will it is worthwhile and possible to set up an "exceptional R&D" effort in the field of climate change mitigation. Aghion et al. (2012) conclude an increase in clean technology patenting in the auto industry as a consequence of policy-induced increases in energy prices. In a study on 38 countries, Verdolini and Galeotti (2011b) find that technological opportunity and policy, proxied by energy prices, affect the flow of knowledge and technological spillovers.

There is more evidence supporting the conclusion that policy matters as a part of systemic developments. Dechezleprêtre (2008) find that the Kyoto Protocol has a positive impact on patenting and cross-border technology transfer, although they did not evaluate the impact of those on emissions. In a study on photovoltaic (PV) technology in China, a policy-driven effort to catch up in critical technological areas related to manufacturing proved successful, although it also mattered that capabilities could be built through the returning of a Chinese diaspora (de la Tour et al., 2011). Calel and Dechezleprêtre (2012) show that the European Union Emissions Trading System led to an increase in climate technology-related patents in the European Union.

### 5.6.2 The rebound effect

Section 3.9.5 distinguishes between 'direct' and 'indirect' rebound effects. Direct rebounds appear when, for example, an energy-efficient car has lower-operating costs encouraging the owner to drive further (Sorrell, 2007). In addition, this could apply to a company where new, more energy efficient technology reduces costs and leads to an increase in production. Indirect rebounds (Lovins, 1988; Sorrell, 2007) appear when increased real income is made available by saving energy costs that are then used to invest or purchase other goods and services that emit GHG emissions (Berkhout et al., 2000; Thomas and Azevedo, 2013). For example, savings in fuel due to a more-efficient car provides more disposable income that could be spent on an additional holiday. These could include substitution or income effects or changes in consumption patterns (Thomas and Azevedo, 2013). Economy-wide changes include market price effects, economic growth effects, and adjustments in capital stocks that result in further increases in long-run demand response for energy (Howarth, 1997).

Rebound effects are context-specific, making it difficult to generalize on their relative size and importance. Being context-specific means that there is evidence of both negative rebound effects where further

energy saving is induced beyond the initial savings and 'backfire' where the rebound effects exceed the initial saving (Gillingham et al., 2013; Chakravarty et al., 2013; Saunders, 2013). There is much debate on the size of the rebound effect with considerably more evidence on direct rebounds than on indirect rebounds. There are numerous studies relying predominately on econometric techniques to evaluate rebounds. A comprehensive review of 500 studies suggests that direct rebounds are likely to be over 10 % and could be considerably higher (i.e., 10 % less savings than the projected saving from engineering principles). Other reviews have shown larger ranges with Thomas and Azevedo (2013) suggesting between 0 and 60 %. For household-efficiency measures, the majority of studies show rebounds in developed countries in the region of 20–45 % (the sum of direct and indirect rebound effects), meaning that efficiency measures achieve 65–80 % of their original purposes (Greening et al., 2000; Bentzen, 2004; Sorrell, 2007; Sorrell et al., 2009; Haas and Biermayr, 2000; Berkhout et al., 2000; Schipper and Grubb, 2000; Freire González, 2010). For private transport, there are some studies that support higher rebounds, with Frondel et al. (2012) findings rebounds of between 57 and 62 %.

There is evidence to support the claim that rebound effects can be higher in developing countries (Wang et al., 2012b; Fouquet, 2012; Chakravarty et al., 2013). Roy (2000) argues that rebound effects in the residential sector in India and other developing countries can be expected to be larger than in developed economies because high-quality energy use is still small in households in India and demand is very elastic (van den Bergh, 2010; Stern, 2011; Thomas and Azevedo, 2013). However, there is considerable uncertainty of the precise scale of rebound effects in developing countries with more research required (Thomas and Azevedo, 2013; Chakravarty et al., 2013). In terms of developed countries, Fouquet (2012) provides evidence on diminishing rebound effects in developed countries due to less inelastic demand for energy.

While generalization is difficult, a circumstance where rebounds are high is when energy costs form a large proportion of total costs (Sorrell, 2007). Rebounds effects are often diminished where energy-efficiency improvements are coupled with an increase in energy prices. For industry, targeted carbon-intensity improvements can reduce costs and therefore prices and subsequently increase output (Barker et al., 2007). Therefore, the relative scale of the saving is a good indicator of the potential size of the rebound effect. In conclusion, rebound effects cannot be ignored, but at the same time do not make energy-efficiency measures completely redundant. By considering the size of the rebound effect, a more-realistic calculation of energy-efficiency measures can be achieved providing a clearer understanding of their contribution to climate policy. Particular attention is required where efficiency saving are made with no change in the unit cost of energy.

## 5.6.3    Infrastructure choices and lock in

Infrastructure in a broad sense covers physical, technological, and institutional categories but is often narrowed down to long-lasting and capital-intensive physical assets to which public access is allowed, such as transport infrastructure (Ballesteros et al., 2010; Cloete and Venter, 2012). The assessment in this part focuses on the narrower physical part. Among physical infrastructure are buildings, roads and bridges, ports, airports, railways, power, telecom, water supply and waste water treatment, irrigation systems, and the like. Energy consumption and $CO_2$ emissions vary greatly between different types of infrastructure. Infrastructure choices reflect the practice at the time of investment but they have long-lasting consequences. The infrastructure and technology choices made by industrialized countries in the post-World War II period, at low energy prices, still have an effect on current worldwide GHG emissions. Davis et al. (2010) estimate the commitment to future emissions and warming by existing $CO_2$-emitting devices, totalling to 500 (280–700) $GtCO_2$ between 2010 and 2060, and an associated warming of 1.3 °C (1.1 °C to 1.4 °C).

Transport is a case in point. Air, rail, and road transport systems all rely on a supporting infrastructure, and compete for distances in the range of 1500 km. Of these options, railways typically have the lowest emissions, but they require substantial infrastructure investments. Similarly, for urban transport, public transport requires substantial infrastructure investments to provide mobility with relatively low-emission intensities. At the same time, existing roads are designed for use for decades and consequently automobiles remain a major means for mobility. In United States cities, 20–30 % of the land-area is used for roads, the corresponding share for major cities in Asia is 10–12 % (Banister and Thurstain-Goodwin, 2011; Banister, 2011a; b). But the emerging mega-cities around the world are associated with population expansion and large-scale increase in infrastructure supply. Investment in urban physical investment in these emerging megacities will have a significant long-lasting impact on GHG emissions. Investment in waste disposal facilities (incinerators) is an example of a path dependency and lock-in of an industry barrier that will prevent material efficiency strategies for a long period of time. A recent study proves how this lock-in effect in places such as Denmark, Sweden, Germany, or the Netherlands is threatening recycling and encouraging the shipment of waste that otherwise could be treated locally with less environmental cost (Sora and Ventosa, 2013).

Carley (2011a) provides historical evidence from the United States electricity sector indicating that crucial drivers—market, firm, government, and consumer—can work together to improve efficiency, but that they can also lead to "persistent market and policy failures that can inhibit the diffusion of carbon-saving technologies despite their apparent environmental and economic advantages" (Unruh, 2000, 2002).

Avoiding the lock-in in emission-intensive physical infrastructure is highly important to reduce emissions not only in the short run but also far into the future. At the planning stage, when choice of materials and construction are made, a forward-looking life-cycle assessment can help to reduce undesired lock-in effects with respect to the construction and operation of large physical infrastructure.

## 5.7 Co-benefits and adverse side-effects of mitigation actions

The implementation of mitigation policies and measures can have positive or negative effects on broader economic, social, and/or environmental objectives—and vice versa. As both co-benefits and adverse side-effects occur, the net effect is sometimes difficult to establish (Holland, 2010).[16] The extent to which co-benefits and adverse side-effects will materialize in practice as well as their net effect on social welfare differ greatly across regions, and is strongly dependent on local circumstances, implementation practices, as well as the scale and pace of the deployment of the different mitigation measures (see Section 6.6). Section 4.8 relates co-benefits to sustainable development, Section 5.2 covers the historic emission trends of many substances related to air quality co-benefits and adverse side-effects, Section 6.6 covers the forward-looking perspective, and the sectoral dimensions are discussed in Sections 7.9, 8.7, 9.7, 10.8, and 11.7. While Section 12.8 focuses on co-effects in cities, Chapter 15 considers the policy implications. This section looks at co-benefits and adverse effects from a macro-perspective to understand their role in decision making for climate change mitigation and sustainable development. We focus on cross-sectoral air pollution literature and the role of pollutant emission trends and briefly discuss the difficulty for assessing the role of co-benefits and adverse effects as an underlying driver when it plays a role for GHG-mitigation decisions. Figure 5.21 offers a picture of the connection between climate change and other social and environmental objectives through policies affecting the emissions of various substances. The following chapters will assess many of these interactions between air pollutants associated with the combustion of fossil fuels and their direct and indirect impacts.

The quantitative key findings of the AR4 were three-fold: First, the reduction of fossil fuel combustion will lead to the reduction of a number of air pollutants that interact with a number of policy objectives (see Figure 7.8). Second, the policy costs of achieving air pollution objectives through direct control measures decrease as a result of mitigation policies. Third, monetized health benefits counterbalance a substantial fraction of mitigation costs, even exceeding them in certain cases, particularly in developing countries (Barker et al., 2008). The next section will assess new literature that relates to the third finding while the post-AR4 literature on the first two findings is presented in the sector chapters and summarized in Section 6.6.



**Figure 5.21 |** Impacts of and links between selected substances emitted to the atmosphere. Adopted from (UNEP, 2012).

### 5.7.1 Co-benefits

A substantial share of estimated co-benefits is related to improving health through limiting air pollution while reducing GHG emissions. Estimates in the literature for the monetized air quality co-benefits from climate change mitigation range from 2 to 930 $USD_{2010}/tCO_2$, and co-benefits in developing countries around twice those in industrialized countries (see Nemet et al., 2010a) for a review and (West et al., 2013) for the high estimate. The gap between developing and industrialized countries results from lower levels of air pollution control and higher pollution levels in the former countries, and thus the greater potential for improving health, particularly in the transport and household energy demand sectors (Markandya et al., 2009; Nemet et al., 2010b; West et al., 2013; Shukla and Dhar, 2011). In industrialized countries, substantial reductions in air pollutant emissions have already occurred in the absence of climate policy and further tightening of air regulations is underway (Rao et al., 2013). If climate policy provides only small incremental reductions, then the co-benefit is small (see Section 3.6.3), while large emission reductions are expected to yield substantial air quality co-benefits and associated cost savings (see Section 6.6.2).

Much of the literature assessed in AR4 did not explicitly analyze policies targeted at reducing air pollution—thereby neglecting the associated opportunity costs of mitigation polices (Bollen et al., 2009; Edenhofer et al., 2013). But for countries and regions that do not have or do not enforce current air quality regulations, it is important to consider expected future air pollution policies. Rapidly industrializing developing countries may follow the pattern of developed countries and adopt regulations to improve local air quality (and provide immediate local

---

[16]  Co-benefits and adverse side-effects describe co-effects without yet evaluating the net effect on overall social welfare. Please refer to Sections 3.6.3 and 4.8.2 as well as to the glossary in Annex I.



**Figure 5.22 |** Trends for $SO_2$ per $CO_2$ emissions per region over 2000–2010 | For $CO_2$: territorial, excluding AFOLU and Waste. Data Source: JRC/PBL, 2013. For $SO_2$, data source: Klimont et al., 2013. Regions are defined in Annex II.2.

health and environmental benefits) before focusing on climate policy (Nemet et al., 2010b; Klimont et al., 2013). If this is indeed the case, the co-benefits of climate policy will be much smaller. Figure 5.22 shows the declining trend in $SO_2$-emission intensity per $CO_2$ emissions (see Section 5.2 for trends in global $SO_2$ emissions). It shows that assumptions about the extrapolation of the historic trends into the future will be a major determinant of future co-benefits estimates (Burtraw and Evans, 2003; Bell et al., 2008), see Section 6.6.2.7 for an example from the scenario literature).

Due to a lack of a counterfactual historic baseline for other policies, it is not possible to determine a clean ex-post measure for the co-benefits of climate policies such as the Kyoto Protocol. But it is clear that drivers for fossil fuel combustion affect both $CO_2$ emissions and $SO_2$ emissions (see van Vuuren et al., 2006).

### 5.7.2    Adverse side-effects

There are also adverse side-effects associated with mitigation. A comprehensive discussion is given in the following chapters (6–12), while this section presents some examples in the context of air pollution. While many low-carbon energy supply technologies perform better than pulverized coal technologies for most air pollutants, some solar energy technologies, for example, have comparable or even higher life-cycle emissions of $SO_2$ (see Figure 7.8 in Section 7.9.2). Desulphurization of existing coal power plants, however, requires additional consumption of coal in the thermal power sector implying higher $CO_2$ emissions for a given electricity output (Pan, 2013). While $CO_2$ capture processes reduce $SO_2$ emissions at the same time, some carbon dioxide capture and storage (CCS) technologies would imply an increase in $NO_x$ and/or ammonia ($NH_3$) emissions (Koornneef et al., 2012).

For the displacement of fossil-based transport fuels with biofuels, many studies indicate lower carbon monoxide and hydrocarbon emissions, but $NO_x$ emissions are often higher. Next-generation biofuels are expected to improve performance, such as the low particulate matter emissions from lignocellulosic ethanol (see Hill et al., 2009; Sathaye et al., 2011; and Sections 8.7 and 11. A.6). In the buildings sector, the most important health risks derive from insufficient ventilation practices in air-tight buildings (Section 9.7).

### 5.7.3    Complex issues in using co-benefits and adverse side-effects to inform policy

Mitigation options that improve productivity of energy, water, or land use yield, in general, positive benefits. The impact of most mitigation actions depend on a wider socio-economic context within which the action is implemented (Sathaye et al., 2007). A complete incorporation of co-benefits and adverse side-effects into climate policy is compli-

---

**Box 5.5 | The Chinese experience with co-benefits from a cross-sectoral perspective[1]**

Pan et al. (Pan et al., 2011) estimate the amount of green jobs in three sectors (energy, transportation, and forestry) and the result suggests a number at least 4.5 million in 2020 in China. The wind power industry in China, including power generation and turbine manufacturing, has created 40,000 direct jobs annually between 2006 and 2010 (Pan et al., 2011). Beijing's ambitious metro-system plan, which includes 660 km by 2015 and another 340 km during 2016–2020,could bring more than 437,000 jobs each year (Pan et al., 2011). China's forestation activities could create as many as 1.1 million direct and indirect jobs annually during 2011–2020 to achieve its 2020 goals (Pan et al., 2011).

In 2007, China called for a more environmentally friendly and resource-saving models of production and consumption (Pan, 2012). Twelve out of 17 mandatory targets in the 12th five-year (2011–2015) plan are related to the protection of natural resources and the environment; the rest are related to the improvement of social welfare (Pan, 2012). The actions taken under the five-year plan include progressive pricing for electricity consumption; implementation of energy consumption quota, disaggregated emission targets; emissions-trading schemes; initiatives for eco-cities and low-carbon cities; and upgraded building codes with improved enforcement (Pan, 2012).

[1]    See Sections 7.9, 8.7, 9.7, 10.9, and 11.8 for sectoral effects.

cated, but it is part of a shift of the development paradigm towards sustainability (Pan, 2012).

Co-benefits are pervasive and inseparable (Grubb et al., 2013). It is not possible to 'separate' each benefit with different decisions: both technically and politically, most decisions involve multiple dimensions. In addition, most suggested policy changes involve large changes in the policy environment as opposed to the concept of marginal changes (see also Section 3.6.3). Finally, many effects are measured in very different metrics or are not quantified at all. As an example, whereas local air quality co-benefits are measured in health terms, energy security is typically measured with indicators of the sufficiency of domestic resources (e.g., dependence on fossil fuel imports) and resilience of energy supply (see Sections 6.6 and 7.9 for details). All these characteristics make a comprehensive analysis of co-benefits and adverse side-effects of a particular policy or measure challenging. This is why a synthesis of results from different research communities is crucial for robust decision making (see Section 6.6).

Despite the difficulties, side-effects from climate policy are important for policy design (see Section 15.2.4). Costs of mitigation policies are over- or under-estimated when co-benefits and adverse side-effects are not included (see Sections 3.6.3 and 6.3.6). Co-benefits estimates are particularly important for policymakers because most of the climate benefits are realized decades into the future while most co-benefits, such as improvement in air quality, are realized immediately (Barker et al., 2008; Nemet et al., 2010b; Shindell et al., 2012; Jack and Kinney, 2010; Henriksen et al., 2011).

## 5.8   The system perspective: linking sectors, technologies and consumption patterns

Between 1970 and 2010 global greenhouse gas emissions have increased by approximately 80 %. The use of fossil fuels for energy purposes has been the major contributor to GHG emissions. Emissions growth can be decomposed in population growth and per capita emissions growth. Population growth is a major immediate driver for global GHG-emissions trends. Global population grew from 3.7 to 6.9 billion. The largest growth rates are found in MAF.

GHG emissions can be attributed to regions according to the territorial location of emissions, or alternatively emissions can be attributed to the consumption of goods and services, and located to regions where consumption takes place. There is an emerging gap between territorial and consumption-based emissions, signalling a trend where a considerable share of $CO_2$ emissions from fossil fuel combustion in developing countries is released in the production of goods and ser-

vices exported to developed countries. At a regional level, OECD-1990 is the largest net importer of $CO_2$ embedded in trade, while ASIA is the largest net exporter. This emerging gap opens questions about the apparent decoupling between economic growth and GHG emissions in several Annex I countries; when consumption-related emissions are taking into account both GDP and GHG emissions have grown. Yet, a robust result is that, between 2000 and 2010, the developing country group has overtaken the developed country group in terms of annual $CO_2$ emissions from fossil fuel combustion and industrial processes, from both territorial and consumption perspectives.

When considering per capita emissions, rather than aggregate GHG emissions, other trends become visible. Global average per capita GHG emissions have shown a rather stable trend over the last 40 years. This global average, however, masks differences between regions and sectors. A strong correlation appears between per capita income and per capita GHG emissions both from a cross-country comparison on income and emission levels, and when considering income and emissions growth. The relation is most clearly for the sectors' energy, industry, and transport (Section 5.3.5), and holds despite the reduction in the average emission intensity of production, from 1.5 to 0.73 kgCO$_2$eq/Int\$$_{2005}$ over the same 40-year period.

ASIA had low per capita emission levels in 1970, but these increased steadily, by more than 150 %. The EIT region showed a rapid increase in per capita emissions between 1970 and 1990, and a sharp drop immediately after 1990. In 2010, per capita emissions are comparable in ASIA, LAM, and MAF (5.2, 6.4, and 5.4 tCO$_2$eq/yr, respectively) but per capita GHG emissions in OECD-1990 and EIT are still higher by a factor of 2 to 3 (14.1 and 11.9 tCO$_2$eq/yr, respectively). Also, between 1970 and 2010, per capita land-use related emissions decreased, but fossil fuel-related emissions increased. Regions vary greatly with respect to the income trends. The OECD-1990 and LAM countries showed a stable growth in per capita income, which was in the same order of magnitude as the GHG-intensity improvements, so that per capita emissions remained almost constant and total emissions increased by the rate of population growth. The EIT showed a decrease in income around 1990, which together with decreasing emissions per output and a very low population growth led to a robust decrease in overall emissions. The MAF sector also shows a decrease in GDP per capita but a high population growth led to a robust increase in overall emissions. Emerging economies in Asia showed very high economic growth rates; rapidly expanding industries resulted in sharply increasing emissions. In 2010, ASIA emitted more than half of worldwide industry-related emissions. ASIA showed both the highest economy-wide efficiency improvements measured as output per emissions, and the largest growth in per capita emissions.

The underlying drivers for economic growth are diverse and vary among regions and countries. Technological change and human capital are key underlying drivers, but some authors also underscore the availability of energy resources to play a central role in economic growth. Economic growth is strongly correlated to growth in energy use, and

the direction of causality is not clearly established. At the global level, per capita primary energy consumption rose by 29 % from 1970 to 2010, but due to population growth total energy use has increased much more–140 % over the same period.

Energy-related GHG emissions can be further decomposed in two additional immediate drivers: energy intensity and carbon intensity. Energy intensity has declined globally in all developed and major developing countries including India and China. This decline can be explained through technological changes, the effects of structural changes, and the substitution of other inputs such as capital and labour used. These historical improvements in energy intensities, however, have not been enough to compensate the effect of GDP growth, thus, increasing energy consumption over time as a result.

In addition, energy resources have historically become less carbon-intensive, though increased use of coal, relative to other resources, since 2000 has changed the trends exacerbating the burden of energy-related GHG emissions. Estimates of the resources of coal and conventional plus unconventional gas and oil are very large; indicating that resource scarcity has not been and will not be an underlying driver for decarbonization.

The immediate drivers that directly affect GHG emissions, namely population, GDP per capita, energy intensity and carbon intensity, are affected, in turn, by underlying drivers as described in Figure 5.1. These underlying drivers include resource availability, development status and goals, level of industrialization and infrastructure, international trade, urbanization, technological changes, and behavioural choices. Among these, infrastructure, technological changes and behavioural choices appear to be critical but, even though their influences on other drivers is well established, the magnitude of this impact remains difficult to quantify.

Co-benefits have large potential to contribute to emission reductions, but its historic contribution is not established. Infrastructural choices have long-lasting effects directing the development path to higher or lower energy and carbon intensities. Infrastructure also guides the choices in technological innovation. Technological change affects both income and emission intensity of income; it can lead to both increasing and decreasing GHG emissions. Historically, innovation increased income but also resource use, as past technological change has favoured labour productivity increase over resource efficiency. There is clear empirical evidence that prices and regulation affect the direction of innovations. Innovations that increase energy efficiency of appliances often also lead to increased use of these appliances, diminishing the potential gains from increased efficiency, a process called 'rebound effect'.

Behaviour and life-styles are important underlying drivers affecting the emission intensity of expenditures through consumption choices and patterns for transportation modes, housing, and food. Behaviour and lifestyles are very diverse, rooted in individuals' psychological traits, cultural, and social context, and values that influence priorities and

actions concerning climate change mitigation. Environmental values are found to be important for the support of climate change policies and measures. Chapter 4 discusses formal and civil institutions and governance in the context of incentivizing behavioural change. There are many empirical studies based on experiments showing behavioural interventions to be effective as an instrument in emission reductions, but not much is known about the feasibility of scaling up experiments to the macro economy level.

As described across the different sections of the chapter, factors and drivers are interconnected and influence each other and, many times, the effects of an individual driver on past GHG emissions are difficult to quantify. Yet historic trends reveal some clear correlations. Historically, population growth and per capita income growth have been associated with increasing energy use and emissions. Technological change is capable to substantially reduce emissions, but historically, labour productivity has increased more compared to resource productivity leading to increased emissions. Regulations and prices are established as directing technological change towards lower emission intensities. Behavioural change is also established as a potentially powerful underlying driver, but not tested at the macro level. Policies and measures can be designed and implemented to affect drivers but at the same time these drivers influence the type of policies and measures finally adopted. Historic policies and measures have proved insufficient to curb the upward GHG emissions trends in most countries. Future policies need to provide more support for emission reductions compared to policies over the period 1970–2010, if the aim is to change the future GHG emissions trends.

## 5.9    Gaps in knowledge and data

- **There is a need for a more timely and transparent update of emission estimates.** The collection and processing of statistics of territorial emissions for almost all countries since 1970, as used in Section 5.2, is far from straightforward. There are multiple data sources, which rarely have well-characterized uncertainties. Uncertainty is particularly large for sources without a simple relationship to activity factors, such as emissions from LUC, fugitive emissions, and gas flaring. Formally estimating uncertainty for LUC emissions is difficult because a number of relevant processes are not well-enough characterized to be included in estimates. Additionally, the dependence of the attribution of emissions to sectors and regions on the relative weight given to various GHGs is often not specified.

- **The calculation of consumption-based emissions (in addition to territorial emissions) is dependent on strong assumptions.** The calculations require an additional layer of processing on top of the territorial emissions, increasing uncertainties without a clear

**5**

characterization of the uncertainties. The outcomes presented in Sections 5.3.3.1 and 5.3.3.2 are only available for years since 1990.

- **Empirical studies that connect GHG emissions to specific policies and measures or underlying drivers often cannot be interpreted in terms of causality, have attribution problems, and provide competing assessments.** Statistical association is not the same as a chain of causality, and there are competing explanations for correlations. Studies can attribute changes in emissions to changes of activities when all other things are kept equal, but historically, all other things rarely are equal. Section 5.3 identifies population, income, the economic structure, the choice of energy sources related to energy resource availability and energy price policies as proximate and underlying drivers of greenhouse gas emissions. But for most demography variables other than the population level, the literature provides competing assessments; different studies find different significant associations, and at different levels. Underlying drivers work in concert and cannot be assessed independently. From a cause-effect perspective, there is, for instance, no conclusive answer whether ageing, urbanization, and increasing population density as such lead to increasing or decreasing emissions; this depends on other underlying drivers as well. The results from the literature are often limited to a specific context and method. Our understanding could benefit from a rigorous methodological comparison of different findings (Sections 5.3.2, 5.6, 5.7).

- **It is debated whether greenhouse gas emissions have an 'autonomous' tendency to stabilize at higher income levels** (Section 5.3.3.1). It is agreed that economic growth increases emissions at low- and middle-income levels. With respect to energy, there are competing views whether energy availability is a driver for economic growth, or inversely that economic growth jointly with energy prices drives energy use, or that the causality depends on the stage of development (Sections 5.3.3.1 and 5.3.4).

- **The net effect of trade, behaviour, and technological change as a determinant of a global increase or decrease of emissions is not established** (Sections 5.4.2, 5.6.1, 5.7). There is evidence that the social, cultural, and behavioural context is an important underlying driver, and there are case studies that identify emission reductions for specific policies and technologies. For technology, empirical studies that ask whether innovations have been emission-saving or emission-increasing are limited in scope (Section 5.6.1). There is a rich theory literature on the potential of innovations to make production energy—or emission efficient—but evidence on the macro-effects and the rebound effect is still context-dependent (Section 5.6.2). How much carbon is exactly locked in existing physical infrastructure is uncertain and gaps of knowledge exist in how long physical infrastructure like housing, plants, and transport infrastructure typically remains in place in which geographical context (Section 5.6.3). Finally, most if not all of the literature on co-benefits and risk tradeoffs focuses on

future potential gains. There is a total absence of empirical assessment about the role that co-benefits and adverse sideeffects have played, historically, in policy formation and GHG emissions (Section 5.7).

## 5.10   Frequently Asked Questions

### FAQ 5.1   Based on trends in the recent past, are GHG emissions expected to continue to increase in the future, and if so, at what rate and why?

Past trends suggest that GHG emissions are likely to continue to increase. The exact rate of increase cannot be known but between 1970 and 2010, emissions increased 79 %, from 27 Gt of GHG to over 49 Gt (Figure 5.2). Business-as-usual would result in that rate continuing. The UN DESA World Population Division expects human population to increase at approximately the rate of recent decades (Section 5.3.2.1) of this report. The global economy is expected to continue to grow (Sections 5.3.3 and 5.4.1), as well as energy consumption per person (Sections 5.3.4.1 and 5.5.1). The latter two factors already vary greatly among countries (Figure 5.16), and national policies can affect future trajectories of GHG emissions directly as well as indirectly through policies affecting economic growth and (energy) consumption (Section 5.5). The existing variation and sensitivity to future policy choices make it impossible to predict the rate of increase in GHG emissions accurately, but past societal choices indicate that with projected economic and population growth, emissions will continue to grow (Section 5.8).

### FAQ 5.2   Why is it so hard to attribute causation to the factors and underlying drivers influencing GHG emissions?

Factors influencing GHG emissions interact with each other directly and indirectly, and each factor has several aspects. Most things people produce, consume, or do for recreation result in GHG emissions (Sections 5.3 and 5.5). For example, the food chain involves land use, infrastructure, transportation, and energy production systems (Section 5.3). At each stage, emissions can be influenced by available agricultural and fishing technologies (Section 5.6), by intermediaries along the supply chain (Section 5.4), by consumers and by technology choices (Section 5.5). Technology and choice are not independent: available technologies affect prices, prices affect consumer preferences, and consumer preferences can influence the development and distribution of technologies (Sections 5.5). Policies, culture, traditions, and economic factors intervene at every stage. The interaction of these factors makes it difficult to isolate their individual contributions to carbon emissions

growth or mitigation (Section 5.8). This interaction is both a cause for optimism, because it means there are many pathways to lower emissions, and a challenge because there will be many potential points of failure in even well-designed plans for mitigation.

### FAQ 5.3   What options, policies, and measures change the trajectory of GHG emissions?

The basic options are to have individuals consume less, consume things that require less energy, use energy sources that have lower-carbon content, or have fewer people. Although inhabitants of the most developed countries have the option to consume less, most of the human population is located in less-developed countries and economies in transition where population growth is also higher (Section 5.3.2). In these countries, achieving a 'middle-class lifestyle' will involve consuming more rather than less (Section 5.3.3.2). Accepting that population will continue to grow, choices will involve changes in technology and human behaviour, so that the production and use of products and services is associated with lower rates of GHG emissions (technology Section 5.6), and consumers choose products, services, and activities with lower-unit GHG emissions (behaviour Section 5.5).

### FAQ 5.4   What considerations constrain the range of choices available to society and their willingness or ability to make choices that would contribute to lower GHG emissions?

Choices are constrained by what is available, what is affordable, and what is preferred (Section 5.3.3). For a given product or service, less carbon-intensive means of provision need to be available, priced accessibly, and appeal to consumers (Section 5.3.4.2). Availability is constrained by infrastructure and technology, with a need for options that are energy-efficient and less-dependent on fossil fuels (Section 5.3.5). The choice of what to consume given the availability of accessible and affordable options is constrained by preferences due to culture, awareness, and understanding of the consequences in terms of emissions reduction (Sections 5.5.1, 5.5.2). All of these constraints can be eased by the development of alternative energy generation technologies and distribution systems (Section 5.6), and societies that are well-informed about the consequences of their choices and motivated to choose products, services, and activities that will reduce GHG emissions (Sections 5.5.3, 5.7).

# References

Abrahamse W., L. Steg, C. Vlek, and T. Rothengatter (2005). A review of intervention studies aimed at household energy conservation. *Journal of Environmental Psychology* 25, 273–291.

Ackerman F., M. Ishikawa, and M. Suga (2007). The carbon content of Japan-US trade. *Energy Policy* 35, 4455–4462.

Ackerman K.V., and E.T. Sundquist (2008). Comparison of two US power-plant carbon dioxide emissions data sets. *Environmental Science & Technology* 42, 5688–5693. doi: 10.1021/Es800221q, ISSN: 0013-936X.

Aghion P., A. Dechezleprêtre, D. Hemous, R. Martin, and J. Van Reenen (2012). *Carbon Taxes, Path Dependency and Directed Technical Change: Evidence from the Auto Industry*. London, UK, 76 pp.

Aghion P., and P. Howitt (2009). *The Economics of Growth*. MIT Press, Cambridge Mass. ISBN: 9780262012638.

Aichele R., and G. Felbermayr (2012). Kyoto and the carbon footprint of nations. *J. Environmental Economics and Management* 63, 336–354.

Aichele R., and G. Felbermayr (2013). Estimating the effects of Kyoto on bilateral trade flows using matching econometrics. *The World Economy*. doi: 0.1111/twec.12053.

Akerlof G.A. (1970). The market for "lemons": Quality uncertainty and the market mechanism. *The Quarterly Journal of Economics* 84, 488–500. doi: 10.2307/1879431, ISSN: 00335533.

Alam S.S., A. Khatibi, M.I.S. Ahmad, and H.B. Ismail (2008). Factors affecting e-commerce adoption in the electronic manufacturing companies in Malaysia. *International Journal of Commerce and Management* 17, 125–139. doi: 10.1108/10569210710776503, ISSN: 1056-9219.

Allcott H. (2011). Social norms and energy conservation. *Journal of Public Economics* 95, 1082–1095. doi: 10.1016/j.jpubeco.2011.03.003, ISSN: 0047-2727.

Allcott H., and M. Greenstone (2012). *Is There an Energy Efficiency Gap?* National Bureau of Economic Research, Available at: http://www.nber.org/papers/w17766.

Allen R. (2009). *The British Industrial Revolution in Global Perspective*. Cambridge Univ. Press, Cambridge [u.a.], ISBN: 9780521687850.

Ameli N., and D.M. Kammen (2012). Clean energy deployment: addressing financing cost. *Environmental Research Letters* 7, 034008. doi: 10.1088/1748-9326/7/3/034008, ISSN: 1748-9326.

Andres R.J., T.A. Boden, F.-M. Bréon, P. Ciais, S. Davis, D. Erickson, J.S. Gregg, A. Jacobson, G. Marland, J. Miller, T. Oda, J.G.J. Olivier, M.R. Raupach, P. Rayner, and K. Treanton (2012). A synthesis of carbon dioxide emissions from fossil-fuel combustion. *Biogeosciences* 9, 1845–1871. doi: 10.5194/bg-9-1845-2012, ISSN: 1726-4189.

Andrew R.M., and G.P. Peters (2013). A multi-region input–output table based on the global trade analysis project database (gtap-Mrio). *Economic Systems Research* 25, 99–121. doi: 10.1080/09535314.2012.761953, ISSN: 0953-5314.

Ang B.W. (2006). Monitoring changes in economy-wide energy efficiency: From energy-GDP ratio to composite efficiency index. *Energy Policy* 34, 574–582. doi: 16/j.enpol.2005.11.011, ISSN: 0301-4215.

Angel D.P., S. Attoh, D. Kromm, J. Dehart, R. Slocum, and S. White (1998). The drivers of greenhouse gas emissions: what do we learn from local case studies? *Local Environment* 3, 263–277.

Arrow et al K. (1996). Economic growth, carrying capacity, and the environment. *Ecological Applications* 6, 13–15. Available at: http://www.jstor.org/stable/2269539.

Axelrod R. (2006). Robert Axelrod. 1986. An evolutionary approach to norms. American Political Science Review 80 (December): 1095–1111. *The American Political Science Review* 100, 682–683. doi: 10.2307/27644412, ISSN: 0003-0554.

Ayres I., S. Raseman, and A. Shih (2009). *Evidence from Two Large Field Experiments That Peer Comparison Feedback Can Reduce Residential Energy Usage*. National Bureau of Economic Research, Cambridge, MA. Available at: http://www.nber.org/papers/w15386.

Ayres R., and B. Warr (2009). *The Economic Growth Engine: How Energy and Work Drive Material Prosperity*. Edward Elgar, Cheltenham, UK, ISBN: 9781848441828.

Azar C., and H. Dowlatabadi (1999). A review of technical change in assessment of climate policy. *Annual Review of Energy and the Environment* 24, 513–544. doi: 10.1146/annurev.energy.24.1.513, ISSN: 1056-3466, 1056–3466.

Babiker M.H. (2005). Climate change policy, market structure, and carbon leakage. *Journal of International Economics* 65, 421–445. Available at: http://ideas.repec.org/a/eee/inecon/v65y2005i2p421-445.html.

De Backer K., and N. Yamano (2012). *International Comparative Evidence on Global Value Chains*. Organisation for Economic Co-Operation and Development, Paris. Available at: http://www.oecd-ilibrary.org/content/workingpaper/5k9bb2vcwv5j-en.

Backer K.D., and N. Yamano (2007). *The Measurement of Globalisation Using International Input-Output Tables*. OECD Publishing. Available at: http://ideas.repec.org/p/oec/stiaaa/2007-8-en.html.

Baiocchi G., and J.C. Minx (2010). Understanding changes in the UK's $CO_2$ emissions: a global perspective. *Environmental Science & Technology* 44, 1177–1184. doi: 10.1021/es902662h, ISSN: 0013-936X.

Ballantyne A.P., C.B. Alden, J.B. Miller, P.P. Tans, and J.W.C. White (2012). Increase in observed net carbon dioxide uptake by land and oceans during the past 50 years. *Nature* 488, 70–72. doi: 10.1038/nature11299, ISSN: 0028-0836.

Ballantyne A.P., D.R. Greenwood, J.S.S. Damsté, A.Z. Csank, J.J. Eberle, and N. Rybczynski (2010). Significantly warmer Arctic surface temperatures during the Pliocene indicated by multiple independent proxies. *Geology* 38, 603–606. doi: 10.1130/G30815.1, ISSN: 0091-7613, 1943–2682.

Ballesteros A., S. Nakhooda, J. Werksman, and K. Hurlburt (2010). Power, responsibility, and accountability: Rethinking the legitimacy of institutions for climate finance. *Climate Law* 1, 261–312. doi: 10.3233/CL-2010-013.

Banister D. (2011a). The trilogy of distance, speed and time. *Journal of Transport Geography* 19, 950–959. doi: 10.1016/j.jtrangeo.2010.12.004, ISSN: 0966-6923.

Banister D. (2011b). Cities, mobility and climate change. *Journal of Transport Geography* 19, 1538–1546. doi: 10.1016/j.jtrangeo.2011.03.009, ISSN: 0966-6923.

Banister D., and M. Thurstain-Goodwin (2011). Quantification of the non-transport benefits resulting from rail investment. *Journal of Transport Geography* 19, 212–223. doi: 10.1016/j.jtrangeo.2010.05.001, ISSN: 0966-6923.

Barker T., A. Alharthi, M. Amann, L. Cifuentes, J. Drexhage, R. Duan, O. Edenhofer, B. Flannery, M. Grubb, M. Hoogwijk, F.I. Ibitoye, C.J. Jepma, W.A. Pizer, and K. Yamaji (2008). Mitigation from a cross-sectoral perspective. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.), Cambridge University Press, Cambridge, United Kingdom.

Barker T., P. Ekins, and T. Foxon (2007). The macro-economic rebound effect and the UK economy. *Energy Policy* 35, 4935–4946. doi: 10.1016/j.enpol.2007.04.009, ISSN: 0301-4215.

Barrett J., K. Roelich, T. Wiedmann, J. Minx, and A. Owen (2013). Learning from the past, evaluating futures? Sustainable consumption and production evidence and applications in the UK. *Environment and Planning*.

Becker L.J., C. Seligman, R.H. Fazio, and J.M. Darley (1981). Relating attitudes to residential energy use. *Environment and Behavior* 13, 590–609. doi: 10.1177/0013916581135004, ISSN: 0013-9165, 1552–390X.

Bednar-Friedl B., T. Schinko, and K.W. Steininger (2012). The relevance of process emissions for carbon leakage: A comparison of unilateral climate policy options with and without border carbon adjustment. *Energy Economics* 34, Supplement 2, 168–180. doi: 10.1016/j.eneco.2012.08.038, ISSN: 0140-9883.

Bell M.L., D.L. Davis, L.A. Cifuentes, A.J. Krupnick, R.D. Morgenstern, and G.D. Thurston (2008). Ancillary human health benefits of improved air quality resulting from climate change mitigation. *Environmental Health* 7, 41. doi: 10.1186/1476-069X-7-41, ISSN: 1476-069X.

Bentzen J. (2004). Estimating the rebound effect in US manufacturing energy consumption. *Energy Economics* 26, 123–134. doi: 10.1016/S0140-9883(03)00047-1, ISSN: 0140-9883.

Van den Bergh J.C.J.M. (2010). Energy conservation more effective with rebound policy. *Environmental and Resource Economics* 48, 43–58. doi: 10.1007/s10640-010-9396-z, ISSN: 0924-6460.

Van den Bergh J.C.J. (2008). Environmental regulation of households: An empirical review of economic and psychological factors. *Ecological Economics* 66, 559–574.

Berkhout P.H.G., J.C. Muskens, and J.W. Velthuijsen (2000). Defining the rebound effect. *Energy Policy* 28, 425–432. doi: 10.1016/S0301-4215(00)00022-7, ISSN: 0301-4215.

Biel A., and L.J.J. Lundqvist (2012). *From Kyoto to the Town Hall: Making International and National Climate Policy Work at the Local Level.* Routledge (Oxford, UK), 152 pp. ISBN: 9781136565182.

Black C., A. Collins, and M. Snell (2001). Encouraging walking: The case of journey-to-school trips in compact urban areas. *Urban Studies* 38, 1121–1141. doi: 10.1080/00420980124102, ISSN: 0042-0980, 1360–063X.

Blodgett J., and L. Parker (2010). Greenhouse Gas Emission Drivers: Population, Economic Development and Growth, and Energy Use. Congressional Report Service, Washington, D.C. Available at: http://www.cnie.org/NLE/CRSreports/10Apr/RL33970.pdf.

Blundell R., R. Griffith, and J. van Reenen (1999). Market share, market value and innovation in a panel of British manufacturing firms. *Review of Economic Studies* 66, 529–554.

Boden T.A., G. Marland, and R.J. Andres (2012). *Global, Regional, and National Fossil-Fuel CO_2 Emissions.* Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, Tenn., U.S.A.

Boehringer C., T. Rutherford, and E. Balistreri (2012). The role of border carbon adjustment in unilateral climate policy, insights from an EMF model comparison. *Energy Economics*.

Bogner J., R. Pipatti, S. Hashimoto, C. Diaz, K. Mareckova, L. Diaz, P. Kjeldsen, S. Monni, A. Faaij, Q. Gao, T. Zhang, M.A. Ahmed, R.T.M. Sutamihardja, and R. Gregory (2008). Mitigation of global greenhouse gas emissions from waste: conclusions and strategies from the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report. Working Group III (Mitigation). *Waste Management & Research* 26, 11–32. doi: 10.1177/0734242X07088433, ISSN: 0734-242X, 1096–3669.

Bolla V., and V. Pendolovska (2011). Driving Forces Behind EU-27 Greenhouse Gas Emissions over the Decade 1999–2008. Eurostat. Available at: http://epp.eurostat.ec.europa.eu/cache/ITY_OFFPUB/KS-SF-11-010/EN/KS-SF-11-010-EN.PDF.

Bollen J., B. Guay, S. Jamet, and J. Corfee-Morlot (2009). *Co-Benefits of Climate Change Mitigation Policies: Literature Review and New Results.* OECD Publishing, Paris, France. Available at: http://ideas.repec.org/p/oec/ecoaaa/693-en.html.

Bond T.C., E. Bhardwaj, R. Dong, R. Jogani, S.K. Jung, C. Roden, D.G. Streets, and N.M. Trautmann (2007). Historical emissions of black and organic carbon aerosol from energy-related combustion, 1850–2000. *Global Biogeochemical Cycles* 21. doi: 10.1029/2006gb002840, ISSN: 0886-6236.

Bond T.C., S.J. Doherty, D.W. Fahey, P.M. Forster, T. Berntsen, B.J. DeAngelo, M.G. Flanner, S. Ghan, B. Karcher, D. Koch, S. Kinne, Y. Kondou, P.K. Quinn, M.C. Sarofim, M.G. Schultz, C. Venkataraman, H. Zhang, S. Zhang, N. Bellouin, S.K. Guttikunda, P.K. Hopke, M.Z. Jacobson, J.W. Kaiser, Z. Klimont, U. Lohmann, J.P. Schwarz, D. Shindell, T. Storelvmo, S.G. Warren, and C.S. Zender (2013). Bounding the role of black carbon in the climate system: A scientific assessment. *Journal of Geophysical Research* 118, 5380–5552.

Bond T.C., D.G. Streets, K.F. Yarber, S.M. Nelson, J.-H. Woo, and Z. Klimont (2004). A technology-based global inventory of black and organic carbon emissions from combustion. *Journal of Geophysical Research* 109, D14203.

Bosetti V., and E. Verdolini (2012). Heterogeneous Firms Trading In Ideas: An Application to Energy Technologies. Available at: http://graduateinstitute.ch/files/live/sites/iheid/files/sites/cies/shared/publications/InnovationWorkshop/VB_EV_Heterogenous_Geneva.pdf.

Boucher O., and D. Randall (2013). *Chapter 7: Clouds and Aerosols.* In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [T.F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. 40 Xia, V. Bex, P.M. Midgley, (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA.

BP (2013). *BP Statistical Review of World Energy.* British Petroleum, UK. Available at: http://www.bp.com/content/dam/bp/pdf/statistical-review/statistical_review_of_world_energy_2013.pdf.

Brock W., and M. Taylor (2010). The Green Solow model. *Journal of Economic Growth* 15, 127–153. doi: 10.1007/s10887-010-9051-0, ISSN: 1381-4338.

Bruckner T., O. Edenhofer, H.S. Matthews, M. Haller, M. Lüken, N. Bauer, and N. Nakicenovic (2010). Robust options for decarbonization. In: *Global Sustainability: A Nobel Cause.* H.-J. Schellnhuber, M. Molina, N. Stern, V. Huber, S. Kadner (eds.), Cambridge University Press, pp. 189–204.

5

Bryan J.E., P.L. Shearman, G.P. Asner, D.E. Knapp, G. Aoro, and B. Lokes (2013). Extreme differences in forest degradation in Borneo: comparing practices in Sarawak, Sabah, and Brunei. *PloS One* 8, e69679. doi: 10.1371/journal.pone.0069679, ISSN: 1932-6203.

Burtraw D., and D. Evans (2003). *The Evolution of NOx Control Policy for Coal-Fired Power Plants in the United States*. Resources for the Future, Washington, D.C. Available at: http://ideas.repec.org/p/rff/dpaper/dp-03-23.html.

Cai H., Y. Chen, and H. Fang (2009). Observational Learning: Evidence from a Randomized Natural Field Experiment. *American Economic Review* 99, 864–82. Available at: http://ideas.repec.org/a/aea/aecrev/v99y2009i3p864-82.html.

Caldeira K., and S.J. Davis (2011). Accounting for carbon dioxide emissions: A matter of time. *Proceedings of the National Academy of Sciences* 108, 8533–8534. doi: 10.1073/pnas.1106517108.

Calel R., and A. Dechezleprêtre (2012). *Environmental Policy and Directed Technological Change: Evidence from the European Carbon Market*. Centre for Climate Change Economics and Policy/Grantham Research Institute on Climate Change and the Environment, London, UK, 35 pp. Available at: http://www.lse.ac.uk/GranthamInstitute/publications/WorkingPapers/Papers/70-79/WP75_environmental-policy-european-carbon-market.pdf.

Carley S. (2011a). Historical analysis of U.S. electricity markets: Reassessing carbon lock-in. *Energy Policy* 39, 720–732. doi: 10.1016/j.enpol.2010.10.045, ISSN: 0301-4215.

Carley S. (2011b). Historical analysis of U.S. electricity markets: Reassessing carbon lock-in. *Energy Policy* 39, 720–732. doi: 10.1016/j.enpol.2010.10.045, ISSN: 0301-4215.

Carson R.T. (2010). The environmental Kuznets curve: Seeking empirical regularity and theoretical structure. *Review of Environmental Economics and Policy* 4, 3–23. doi: 10.1093/reep/rep021.

Caselli F. (2005). Chapter 9 Accounting for cross-country income differences. In: *Handbook of Economic Growth*. P. Aghion, S. Durlauf (eds.), Elsevier, pp. 679–741. ISBN: 978-0-444-52041-8.

Chakravarty D., S. Dasgupta, and J. Roy (2013). Rebound effect: how much to worry? *Current Opinion in Environmental Sustainability* 5, 216–228. doi: 10.1016/j.cosust.2013.03.001, ISSN: 1877-3435.

Chavez A., and A. Ramaswami (2013). Articulating a trans-boundary infrastructure supply chain greenhouse gas emission footprint for cities: Mathematical relationships and policy relevance. *Energy Policy* 54, 376–384. doi: 10.1016/j.enpol.2012.10.037, ISSN: 0301-4215.

Chawla L. (1998). Significant life experiences revisited: A review of research on sources of environmental sensitivity. *The Journal of Environmental Education* 29, 11–21. doi: 10.1080/00958969809599114, ISSN: 0095-8964.

Chawla L. (1999). Life paths into effective environmental action. *The Journal of Environmental Education* 31, 15–26. doi: 10.1080/00958969909598628, ISSN: 0095-8964.

Chetty R., A. Looney, and K. Kroft (2009). *Salience and Taxation: Theory and Evidence*. Board of Governors of the Federal Reserve System, Washington, D.C. Available at: http://ideas.repec.org/p/fip/fedgfe/2009-11.html.

Chitnis M., and L.C. Hunt (2012). What drives the change in UK household energy expenditure and associated $CO_2$ emissions? Implication and forecast to 2020. *Applied Energy* 94, 202–214. Available at: http://ideas.repec.org/a/eee/appene/v94y2012icp202-214.html.

Ciais P., C. Sabine, G. Bala, L. Bopp, V. Brovkin, J. Canadell, A. Chhabra, R. DeFries, J. Galloway, M. Heimann, C. Jones, C. Le Quéré, R. Myneni, S. Piao, and P. Thornton (2013). Carbon and other biochemical cycles. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)].* Cambridge University Press: Cambridge, United Kingdom and New York, USA.

Cialdini R.B., N.J. Goldstein, and V. Griskevicius (2006). Social norms: An underestimated and underemployed lever for managing climate change. Available at: http://143.236.32.231/cnr-ap/UWEXLAKES/Documents/ecology/shoreland/marketing/social_norms_griskevicius.pdf.

Cian D., Enrica, M. Schymura, E. Verdolini, and S. Voigt (2013). *Energy Intensity Developments in 40 Major Economies: Structural Change or Technology Improvement?* Social Science Research Network, Rochester, NY. Available at: http://papers.ssrn.com/abstract=2264708.

Cloete B., and F. Venter (2012). Carbon Lock-in: Infrastructure Investment Research Piece. NPC Low Carbon Economy Work Programme. Available at: http://www.dnaeconomics.com/assets/Usematthew/Infrastructure_Lock_In_Paper_June_2012_final2.pdf.

Coe D., and E. Helpman (1995). International R&D spillovers. *European Economic Review* 39, 859–887.

Coller M., and M.B. Williams (1999). Eliciting individual discount rates. *Experimental Economics* 2, 107–127. doi: 10.1007/BF01673482, ISSN: 1386-4157, 1573–6938.

Cox M., M.A. Brown, and X. Sun (2013). Energy benchmarking of commercial buildings: a low-cost pathway toward urban sustainability. *Environmental Research Letters* 8, 035018. doi: 10.1088/1748-9326/8/3/035018, ISSN: 1748-9326.

Dalton M., B. O'Neill, A. Prskawetz, L. Jiang, and J. Pitkin (2008). Population aging and future carbon emissions in the United States. *Energy Economics* 30, 642–675. doi: 10.1016/j.eneco.2006.07.002, ISSN: 0140-9883.

Dauvergne P., and K.J. Neville (2010). Forests, food, and fuel in the tropics: the uneven social and ecological consequences of the emerging political economy of biofuels. *The Journal of Peasant Studies* 37, 631–660. doi: 10.1080/03066150.2010.512451, ISSN: 0306-6150.

Davidsdottir B., and M. Fisher (2011). The odd couple: The relationship between state economic performance and carbon emissions economic intensity. *Energy Policy* 39, 4551–4562. doi: 10.1016/j.enpol.2011.04.030, ISSN: 0301-4215.

Davidson E.A. (2009). The contribution of manure and fertilizer nitrogen to atmospheric nitrous oxide since 1860. *Nature Geoscience* 2, 659–662. doi: 10.1038/ngeo608, ISSN: 1752-0894.

Davies J., M. Grant, J. Venezia, and J. Aamidor (2007). US Transportation Sector Greenhouse Gas Emissions: Trends, Uncertainties and Methodological Improvements. In: *TRB 2007 Annual Meeting*. Available at: http://www.uvm.edu/~transctr/pdf/email/Davies%20Article.pdf.

Davis S.J., and K. Caldeira (2010). Consumption-based accounting of $CO_2$ emissions. *Proceedings of the National Academy of Sciences* 107, 5687–5692. doi: 10.1073/pnas.0906974107, ISSN: 0027-8424, 1091–6490.

Davis S.J., K. Caldeira, and H.D. Matthews (2010). Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science* 329, 1330–1333. doi: 10.1126/science.1188566, ISSN: 0036-8075, 1095–9203.

Dechezleprêtre A., M. Glanchant, I. Hascic, N. Johnstone, and Y. Meniere (2008). *Invention and Transfer of Climate Change Mitigation Technologies on a Global Scale: A Study Drawing on Patent Data*. MPT, Cerna and AFD, France, 48 pp. Available at: http://www.cerna.ensmp.fr/images/stories/file/Poznan/final_report_090112.pdf.

DEFRA (2012). *2012 Guidelines to Defra/DECC's GHG Conversion Factors for Company Reporting: Methodology Paper for Emission Factors*. Department for Environment Food and Rural Affairs (DEFRA) UK. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/69568/pb13792-emission-factor-methodology-paper-120706.pdf.

DellaVigna S. (2009). Psychology and economics: Evidence from the field. *Journal of Economic Literature* 47, 315–72. Available at: http://ideas.repec.org/a/aea/jeclit/v47y2009i2p315-72.html.

Dhakal S. (2009). Urban energy use and carbon emissions from cities in China and policy implications. *Energy Policy* 37, 4208–4219. doi: 10.1016/j.enpol.2009.05.020, ISSN: 0301-4215.

Dietz T., and E.A. Rosa (1997). Effects of population and affluence on $CO_2$ emissions. *Proceedings of the National Academy of Sciences* 94, 175–179. Available at: http://www.pnas.org/content/94/1/175.abstract.

Dietzenbacher E., and A.R. Hoen (1998). Deflation of input-output tables from the user's point of view: A heuristic approach. *Review of Income and Wealth* 44, 111–22. Available at: http://ideas.repec.org/a/bla/revinw/v44y1998i1p111-22.html.

Dietzenbacher E., and H.-J. Wagener (1999). Prices in the two Germanies. *Journal of Comparative Economics* 27, 131–149. Available at: http://ideas.repec.org/a/eee/jcecon/v27y1999i1p131-149.html.

Dittrich M., and S. Bringezu (2010). The physical dimension of international trade: Part 1: Direct global flows between 1962 and 2005. *Ecological Economics* 69, 1838–1847.

Dolan P., M. Hallsworth, D. Halpern, D. King, R. Metcalfe, and I. Vlaev (2012). Influencing behaviour: The mindspace way. *Journal of Economic Psychology* 33, 264–277. doi: 10.1016/j.joep.2011.10.009, ISSN: 0167-4870.

Durlauf S., P. Johnson, and J. Temple (2005). Chapter 8 Growth econometrics. In: *Handbook of Economic Growth*. P. Aghion, S. Durlauf (eds.), Elsevier, pp. 555–677. ISBN: 978-0-444-52041-8.

Dwyer W.O., and F.C. Leeming (1993). Critical review of behavioral interventions to preserve the environment research since 1980. *Environment and Behavior* 25, 275–321.

Eberhardt M., and F. Teal (2011). Econometrics for grumblers: A new look at the literature on cross-country empirics. *Journal of Economic Surveys* 25, 109–155. doi: 10.1111/j.1467-6419.2010.00624.x, ISSN: 1467-6419.

Edenhofer O., K. Seyboth, F. Creutzig, and S. Schlömer (2013). On the Sustainability of Renewable Energy Sources. *Annual Review of Environment and Resources* 38, 169–200. doi: 10.1146/annurev-environ-051012-145344.

Edwards S. (2001). Openness, productivity and growth: What do we really know? *The Economic Journal* 108, 383–398.

Ehrlich P.R., and J.P. Holdren (1971). Impact of population growth. *Science* 171, 1212–1217. doi: 10.1126/science.171.3977.1212, ISSN: 0036-8075, 1095–9203.

Elzen M.G.J., J.G.J. Olivier, N. Höhne, and G. Janssens-Maenhout (2013). Countries' contributions to climate change: effect of accounting for all greenhouse gases, recent trends, basic needs and technological progress. *Climatic Change* 121, 397–412. doi: 10.1007/s10584-013-0865-6, ISSN: 0165-0009 1573–1480.

Erb K.-H., H. Haberl, and C. Plutzar (2012). Dependency of global primary bioenergy crop potentials in 2050 on food systems, yields, biodiversity conservation and political stability. *Energy Policy* 47, 260–269. doi: 10.1016/j.enpol.2012.04.066, ISSN: 0301-4215.

Etheridge D.M., L.P. Steele, R.J. Francey, and R.L. Langenfelds (2002). *Historical $CH_4$ Records Since About 1000 A.D. From Ice Core Data*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy,

Etheridge D.M., L.P. Steele, R.L. Langenfelds, R.J. Francey, J.-M. Barnola, and V.I. Morgan (1996). Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *Journal of Geophysical Research: Atmospheres* 101, 4115–4128. doi: 10.1029/95JD03410, ISSN: 2156-2202.

European Environment Agency (2009). *Greenhouse Gas Emission Trends and Projections in Europe 2009*. EEA—European Environment Agency Denmark. Available at: http://www.eea.europa.eu/publications/eea_report_2009_9.

Ewing M., and S. Msangi (2009). Biofuels production in developing countries: assessing tradeoffs in welfare and food security. *Environmental Science & Policy* 12, 520–528. doi: 10.1016/j.envsci.2008.10.002, ISSN: 1462-9011.

Exley S., and I. Christie (2002). Off the buses? In: *British Social Attitudes: The 19th Report British social attitudes: The 19th report*. SAGE Publications Ltd, London, UK, pp. 1–26. ISBN: 9780761974543, 9781849208659.

Eyring V., I.S.A. Isaksen, T. Berntsen, W.J. Collins, J.J. Corbett, O. Endresen, R.G. Grainger, J. Moldanova, H. Schlager, and D.S. Stevenson (2010). Transport impacts on atmosphere and climate: Shipping. *Atmospheric Environment* 44, 4735–4771. doi: 10.1016/j.atmosenv.2009.04.059, ISSN: 1352-2310.

Faber J., A. Schroten, M. Bles, M. Sevenster, and A. Markowska (2012). *Behavioural Climate Change Mitigation Options and Their Appropriate Inclusion in Quantitative Longer Term Policy Scenarios*. European Environment Agency, Denmark. Available at: http://ec.europa.eu/clima/policies/roadmap/docs/main_report_en.pdf.

Fan Y., L.-C. Liu, G. Wu, and Y.-M. Wei (2006). Analyzing impact factors of $CO_2$ emissions using the STIRPAT model. *Environmental Impact Assessment Review* 26, 377–395. doi: 10.1016/j.eiar.2005.11.007, ISSN: 0195-9255.

Fan Y., and Y. Xia Exploring energy consumption and demand in China. *Energy* 40, 23–30.

FAOSTAT (2014). *Food and Agriculture Organization of the United Nations*. Available at: faostat.fao.org.

Ferraro P.J., and M.K. Price (2011). *Using Non-Pecuniary Strategies to Influence Behavior: Evidence from a Large Scale Field Experiment*. National Bureau of Economic Research, Cambridge, MA. Available at: http://www.nber.org/papers/w17189.

Filippini M., and L.C. Hunt (2011). Energy demand and energy efficiency in the OECD countries: A stochastic demand frontier approach. *The Energy Journal* 32. doi: 10.5547/ISSN0195-6574-EJ-Vol32-No2-3, ISSN: 01956574.

5

**Fisher B.S., and N. Nakicenovic (2008).** Issues related to mitigation in the long term context. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)].* Cambridge University Press, Cambridge, UK, and New York, USA.

**Fisher-Vanden K., and M.S. Ho (2010).** Technology, development, and the environment. *Journal of Environmental Economics and Management* 59, 94–108. doi: 10.1016/j.jeem.2009.08.002, ISSN: 0095-0696.

**Fiske S.T., and B. Morling (1996).** Stereotyping as a function of personal control motives and capacity constraints: The odd couple of power and anxiety. Handbook of Motivation and Cognition. In: *Handbook of motivation and cognition, Vol. 3: The interpersonal context.* R.M. Sorrentino, E.T. Higgins (eds.), Guilford Press, New York, NY, US, pp. 322–346. ISBN: 1-57230-052-3 (Hardcover).

**Foley J.A., R. DeFries, G.P. Asner, C. Barford, G. Bonan, S.R. Carpenter, F.S. Chapin, M.T. Coe, G.C. Daily, H.K. Gibbs, J.H. Helkowski, T. Holloway, E.A. Howard, C.J. Kucharik, C. Monfreda, J.A. Patz, I.C. Prentice, N. Ramankutty, and P. Snyder (2005).** Global consequences of land use. *Science* 309, 570–574.

**Fouquet R. (2008).** *Heat, Power and Light: Revolutions in Energy Services.* Edward Elgar Publishing, UK, ISBN: 978 1 84542 660 6.

**Fouquet R. (2012).** Trends in income and price elasticities of transport demand (1850–2010). *Energy Policy* 50, 62–71. doi: 10.1016/j.enpol.2012.03.001, ISSN: 0301-4215.

**Fredriksson P.G., H.R.J. Vollebergh, and E. Dijkgraaf (2004).** Corruption and energy efficiency in OECD countries: Theory and evidence. *Journal of Environmental Economics and Management* 47, 207–231. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=703969.

**Freight Vision (2009).** *Freight Transport Foresight 2050. Transport Related Emission Trends 2000–2050: Deliverable 4.4.* 7th Research Framework Program, DG TREN, Helsinki, Finland. Available at: http://www.freightvision.eu/files/D4.4.pdf.

**Freire González J. (2010).** Empirical evidence of direct rebound effect in Catalonia. *Energy Policy* 38, 2309–2314. doi: 10.1016/j.enpol.2009.12.018, ISSN: 0301-4215.

**Frey B.S., and S. Meier (2004).** Pro-social behavior in a natural setting. *Journal of Economic Behavior & Organization* 54, 65–88. Available at: http://ideas.repec.org/a/eee/jeborg/v54y2004i1p65-88.html.

**Frondel M., N. Ritter, and C. Vance (2012).** Heterogeneity in the rebound effect: Further evidence for Germany. *Energy Economics* 34, 461–467. doi: 10.1016/j.eneco.2011.10.016, ISSN: 0140-9883.

**Fuhrer U., F.G. Kaiser, J. Seiler, and M. Maggi (1995).** From social representations to environmental concern: the influence of face to face versus mediated communication. *Fuhrer U (ed.) Ökologisches Handeln Als Sozialer Prozess*, 61–75.

**Gales B., A. Kander, P. Malanima, and M. Rubio (2007).** North versus south: Energy transition and energy intensity in Europe over 200 years. *European Review of Economic History* 11, 219–253. doi: 10.1017/S1361491607001967.

**Gallagher K.P. (2009).** Economic globalization and the environment. *Annual Review of Environment and Resources* 34, 279–304. doi: 10.1146/annurev.environ.33.021407.092325.

**Gardner G.T., and P.C. Stern (1996).** *Environmental Problems and Human Behavior.* Allyn and Bacon, Boston, MA, 392 pp. ISBN: 9780205156054.

**GEA (2012).** *Global Energy Assessment, Toward a More Sustainable Future.* Cambridge University Press, Cambridge, UK, and New York, USA, 1885 pp. ISBN: 9780521182935.

**Geist H., and E. Lambin (2002).** Proximate causes and underlying driving forces of tropical deforestation. *BioScience* 52, 143–150. Available at: http://dx.doi.org/10.1641/0006-3568(2002)052%5B0143:PCAUDF%5D2.0.CO;2.

**Geller E. (2002).** Chapter 34: The challenge of increasing proenvironmental behavior. *Handbook of Environmental Psychology.*

**Ghosh P. (2006).** A partnership for a decarbonised energy future. *World Affairs the Journal of International Issues* 10.

**Gilli P.V., N. Nakicenovic, A. Grübler, and F.L. Bodda (1990).** *Technischer Fortschritt, Strukturwandel und Effizienz der Energieanwendung: Trends weltweit und in Österreich.* Österreichische Elektrizitätswirtschafts-AG Verbundgesellschaft, 331 pp.

**Gillingham K., M.J. Kotchen, D.S. Rapson, and G. Wagner (2013).** Energy policy: The rebound effect is overplayed. *Nature* 493, 475–476. doi: 10.1038/493475a, ISSN: 0028-0836.

**Gillingham K., R.G. Newell, and K. Palmer (2009).** Energy efficiency economics and policy. *Annual Review of Resource Economics* 1, 597–620. doi: 10.1146/annurev.resource.102308.124234, ISSN: 1941-1340, 1941–1359.

**Goldstein N.J., R.B. Cialdini, and V. Griskevicius (2008).** A room with a viewpoint: Using social norms to motivate environmental conservation in hotels. *Journal of Consumer Research* 35, 472–482. Available at: http://ideas.repec.org/a/ucp/jconrs/v35y2008i3p472-482.html.

**Golub A., T. Hertel, and B. Sohngen (2008).** *Land Use Modeling in Recursively-Dynamic GTAP Framework.* Center for Global Trade Analysis, Department of Agricultural Economics, Purdue University. Available at: https://www.gtap.agecon.purdue.edu/resources/download/3679.pdf.

**Greene D.L. (2011).** Uncertainty, loss aversion, and markets for energy efficiency. *Energy Economics* 33, 608–616. doi: 10.1016/j.eneco.2010.08.009, ISSN: 0140-9883.

**Greening L.A., D.L. Greene, and C. Difiglio (2000).** Energy efficiency and consumption—the rebound effect—a survey. *Energy Policy* 28, 389–401. ISSN: 0301-4215.

**Gregg J.S., R.J. Andres, and G. Marland (2008).** China: Emissions pattern of the world leader in $CO_2$ emissions from fossil fuel consumption and cement production. *Geophysical Research Letters* 35. doi: 10.1029/2007gl032887, ISSN: 0094-8276.

**Grossman G.M., and A.B. Krueger (1994).** *Economic Growth and the Environment.* National Bureau of Economic Research. Available at: http://www.nber.org/papers/w4634.

**Grubb M., J.C. Hourcade, and K. Neuhoff (2013).** *Planetary Economics: Energy, Climate Change and the Three Domains of Sustainable Development.* Rutledge, Oxford and New York. ISBN: 9780415518826, 0415518822.

**Grübler A. (2008).** Energy Transitions. *Encyclopedia of Earth.* Environmental Information Coalition, National Council for Science and the Environment, Washington, DC. Available at: http://www.eoearth.org/article/Energy_transitions.

**Grübler A., T.B. Johansson, L. Mundaca, N. Nakicenovic, S. Pachauri, K. Riahi, H.H. Rogner, and L. Strupeit (2012).** Chapter 1—Energy primer. In: *Global Energy Assessment.* IIASA and Cambridge University Press, Cambridge, UK ISBN: 9781107005198.

Grübler A., and N. Nakićenović (1996). Decarbonizing the global energy system. *Technological Forecasting and Social Change* 53, 97–110. doi: 10.1016/0040-1625(96)00049-2, ISSN: 0040-1625.

Grübler A., N. Nakicenovic, and D.G. Victor (1999). Modeling technological change: implications for the global environment. *Annual Review of Energy and the Environment* 24, 545–569. Available at: http://www.annualreviews.org/doi/abs/10.1146/annurev.energy.24.1.545.

Guan D.B., Z. Liu, Y. Geng, S. Lindner, and K. Hubacek (2012). The gigatonne gap in China's carbon dioxide inventories. *Nature Climate Change* 2, 672–675. doi: 10.1038/Nclimate1560, ISSN: 1758-678X.

Gustavsson J., C. Cederberg, U. Sonesson, R. van Otterdijk, and A. Meybeck (2011). *Global Food Losses and Food Waste-FAO Report*. Food and Agriculture Organization (FAO) of the United Nations. Available at: http://www.2degreesnetwork.com/preview/resource/global-food-losses-and-food-waste-fao-report/.

De Haan M. (2001). A structural decomposition analysis of pollution in the Netherlands. *Economic Systems Research* 13, 181–196. doi: 10.1080/09537320120052452, ISSN: 0953-5314.

Haas R., and P. Biermayr (2000). The rebound effect for space heating empirical evidence from Austria. *Energy Policy* 28, 403–410. Available at: http://ideas.repec.org/a/eee/enepol/v28y2000i6-7p403-410.html.

Hamilton J.D. (2009). Causes and consequences of the oil shock of 2007–08. *Brookings Papers on Economic Activity* 2009, 215–284. Available at: http://www.brookings.edu/~/media/Projects/BPEA/Spring%202009/2009a_bpea_hamilton.PDF.

Hartmann J., A.J. West, P. Renforth, P. Köhler, C.L. De La Rocha, D.A. Wolf-Gladrow, H.H. Dürr, and J. Scheffran (2013). Enhanced chemical weathering as a geoengineering strategy to reduce atmospheric carbon dioxide, supply nutrients, and mitigate ocean acidification: Enhanced weathering. *Reviews of Geophysics* 51, 113–149. doi: 10.1002/rog.20004, ISSN: 87551209.

Hausman J.A. (1979). Individual discount rates and the purchase and utilization of energy-using durables. *The Bell Journal of Economics* 10, 33–54.

Havrylyshyn O. (1990). Trade policy and productivity gains in developing countries: A survey of the literature. *The World Bank Research Observer* 5, 1–24. doi: 10.1093/wbro/5.1.1.

Hayhoe K., H.S. Kheshgi, A.K. Jain, and D.J. Wuebbles (2002). Substitution of natural gas for coal: Climatic effects of utility sector emissions. *Climatic Change* 54, 107–139. doi: 10.1023/A:1015737505552, ISSN: 0165-0009.

Heitmann N., and S. Khalilian (2011). Accounting for carbon dioxide emissions from international shipping: Burden sharing under different UNFCCC allocation options and regime scenarios. *Marine Policy* 35, 682–691. doi: 10.1016/j.marpol.2011.02.009, ISSN: 0308-597X.

Henriksen C., K. Hussey, and P. Holm (2011). Exploiting soil-management strategies for climate mitigation in the European Union: Maximizing "win-win" solutions across policy regimes. *Ecology and Society* 16, 22.

Henriques S.T., and A. Kander (2010). The modest environmental relief resulting from the transition to a service economy. *Ecological Economics* 70, 271–282. doi: 10.1016/j.ecolecon.2010.08.010, ISSN: 0921-8009.

Hertwich E.G., and G.P. Peters (2009). Carbon footprint of nations: A global, trade-linked analysis. *Enviromental Science & Technology* 43, 6414–6420. doi: 10.1021/es803496a, ISSN: 0013-936X.

Hettige H., M. Mani, and D. Wheeler (2000). Industrial pollution in economic development: the environmental Kuznets curve revisited. *Journal of Development Economics* 62, 445–476. doi: 10.1016/S0304-3878(00)00092-4, ISSN: 0304-3878.

Hill J., S. Polasky, E. Nelson, D. Tilman, H. Huo, L. Ludwig, J. Neumann, H. Zheng, and D. Bonta (2009). Climate change and health costs of air emissions from biofuels and gasoline. *Proceedings of the National Academy of Sciences (PNAS), Washington, D*.C. doi: 10.1073/pnas.0812835106, ISSN: 0027-8424, 1091–6490.

Höglund-Isaksson L., W. Winiwarter, P. Purohit, P. Rafaj, W. Schöpp, and Z. Klimont (2012). EU low carbon roadmap 2050: Potentials and costs for mitigation of non-$CO_2$ greenhouse gas emissions. *Energy Strategy Reviews* 1, 97–108. doi: 10.1016/j.esr.2012.05.004, ISSN: 2211-467X.

Holland S.P. (2010). *Spillovers from Climate Policy*. National Bureau of Economic Research. Available at: http://www.nber.org/papers/w16158.

Holtedahl P., and F.L. Joutz (2004). Residential electricity demand in Taiwan. *Energy Economics* 26, 201–224. Available at: http://ideas.repec.org/a/eee/eneeco/v26y2004i2p201-224.html.

Hong L., Z. Pei Dong, H. Chunyu, and W. Gang (2007). Evaluating the effects of embodied energy in international trade on ecological footprint in China. *Ecological Economics* 62, 136–148.

Houghton R.A. (2007). Balancing the global carbon budget. *Annual Review of Earth and Planetary Sciences* 35, 313–347. doi: 10.1146/annurev.earth.35.031306.140057.

Houghton R.A. (2008). Carbon Flux to the Atmosphere from Land-Use Changes: 1850–2005. *TRENDS: A Compendium of Data on Global Change*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, Tenn., U.S.A.

Houghton R.A., G.R. van der Werf, R.S. DeFries, M.C. Hansen, J.I. House, C. Le Quéré, J. Pongratz, and N. Ramankutty (2012). Chapter G2 Carbon emissions from land use and land-cover change. *Biogeosciences Discussions* 9, 835–878. doi: 10.5194/bgd-9-835-2012, ISSN: 1810-6285.

Hourcade J., D. Demailly, K. Neuhoff, and M. Sato (2008). *Differentiation and Dynamics of EU ETS Industrial Competitiveness Impacts: Final Report*. Institute for Sustainable Development and International Relations (IDDRI), Paris, France. Available at: http://www.iddri.org/Evenements/Interventions/070622_workshopberlin_Competitiveness_interim_report.pdf.

House of Commons (2012). *Consumption-Based Emissions Reporting. Twelfth Report of Session 2010–12*. House of Commons Energy and Climate Change Committee, London, UK. Available at: http://www.publications.parliament.uk/pa/cm201012/cmselect/cmenergy/1646/1646vw.pdf.

Van Houwelingen J.H., and W.F. Van Raaij (1989). The effect of goal-setting and daily electronic feedback on in-home energy use. *Journal of Consumer Research* 16, 98–105.

Howarth R.B. (1997). Energy efficiency and economic growth. *Contemporary Economic Policy* XV. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=49080.

Hummels D., J. Ishii, and K.-M. Yi (2001). The nature and growth of vertical specialization in world trade. *Journal of International Economics* 54, 75–96.

Hunt A., and M. Sendhil (2010). Behavior and energy policy. *Science* 327, 1204–1205. Available at: www.sciencemag.org.

IEA (2009). *World Energy Outlook 2009*. OECD, Paris, ISBN: 978-92-64-06130-9.

**5**

**IEA (2012).** CO$_2$ Emissions from Fuel Combustion. Beyond 2020 Online Database. Available at: http://data.iea.org.

**International Energy Agency (2002).** *World Energy Outlook 2002*. Organisation for Economic Co-operation and Development, Paris, ISBN: 9789264198357.

**International Energy Agency (2003).** *World Energy Outlook 2003*. Organisation for Economic Co-operation and Development, Paris, ISBN: 9789264019065.

**International Energy Agency (2006).** *World Energy Outlook 2006*. Organisation for Economic Co-operation and Development, Paris, ISBN: 9789264109896.

**International Energy Agency (2008).** *World Energy Outlook 2008*. Organisation for Economic Co-operation and Development, Paris, ISBN: 9789264045606.

**IPCC (1997).** *IPCC Guidelines for National Greenhouse Gas Inventories. Vol.3. Greenhouse Gas Inventory Reference Manual. Revised 1996*. Intergovernmental Panel on Climate Change, Japan. Available at: http://www.ipcc-nggip.iges.or.jp/public/gl/invs6.html.

**IPCC (2006).** *2006 IPCC Guidelines for National Greenhouse Gas Inventories, Prepared by the National Greenhouse Gas Inventories Programme [Eggleston H. S., Buendia L., Miwa K., Ngara T. and Tanabe K. (eds.)]*. Intergovernmental Panel on Climate Change, Japan. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.htm.

**IPCC (2007a).** *Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II and III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, Pachauri, R.K and Reisinger, A. (eds.)]*. IPCC, Geneva, Switzerland, 52 pp. Available at: www.ipcc.ch.

**IPCC (2007b).** *Climate Change 2007—Mitigation of Climate Change: Working Group III Contribution to the Fourth Assessment Report of the IPCC [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]*. Cambridge University Press, Cambridge, UK, and New York, USA, 863 pp. ISBN: 9781139468640.

**Ivy D.J., M. Rigby, M. Baasandorj, J.B. Burkholder, and R.G. Prinn (2012).** Global emission estimates and radiative impact of C4F10, C5F12, C6F14, C7F16 and C8F18. *Atmospheric Chemistry and Physics* **12**, 7635–7645. doi: 10.5194/Acp-12-7635-2012, ISSN: 1680-7316.

**Jack D.W., and P.L. Kinney (2010).** Health co-benefits of climate mitigation in urban areas. *Current Opinion in Environmental Sustainability* **2**, 172–177. doi: 10.1016/j.cosust.2010.06.007, ISSN: 1877-3435.

**Jackson T. (2005).** Live better by consuming less? Is there a "double dividend" in sustainable consumption? *Journal of Industrial Ecology* **9**, 19–36. doi: 10.1162/1088198054084734, ISSN: 1530-9290.

**Jakob M.A. (2011).** Reframing International Climate Policy: Essays on Development Issues and Fragmented Regimes, Ein neuer Analyserahmen für die internationale Klimapolitik: Essays zu Entwicklungsfragen und fragmentierten Regimen. Available at: http://opus4.kobv.de/opus4-tuberlin/frontdoor/index/index/docId/2949.

**Jakob M., M. Haller, and R. Marschinski (2012).** Will history repeat itself? Economic convergence and convergence in energy use patterns. *Energy Economics* **34**, 95–104. doi: 10.1016/j.eneco.2011.07.008, ISSN: 0140-9883.

**Jakob M., R. Marschinski, M. Hübler (2013).** Between a Rock and a Hard Place: A Trade-Theory Analysis of Leakage under Production- and Consumption-Based Policies. *Environmental and Resource Economics* **56**, 47–72.

**Jakob M., and R. Marschinski (2013).** Interpreting trade-related CO$_2$ emission transfers. *Nature Climate Change* **3**, 19–23. doi: 10.1038/nclimate1630, ISSN: 1758-678X.

**Javorcik B.S. (2004).** Does foreign direct investment increase the productivity of domestic firms? In search of spillovers through backward linkages. *American Economic Review* **94**, 605–627.

**Jolley A. (2004).** New Technologies, Industry Developments and Emission Trends in Key Sectors: The Land Transportation Sector. Victoria University, Melbourne, AU. Available at: http://vuir.vu.edu.au/390/.

**Jorgenson A.K., and B. Clark (2010).** Assessing the temporal stability of the population/environment relationship in comparative perspective: a cross-national panel study of carbon dioxide emissions, 1960–2005. *Population and Environment* **32**, 27–41. doi: 10.1007/s11111-010-0117-x, ISSN: 0199-0039, 1573–7810.

**Jorgenson D.W., and Z. Griliches (1967).** The explanation of productivity change. *The Review of Economic Studies* **34**, 249–283. doi: 10.2307/2296675, ISSN: 0034-6527.

**Jotzo F., P.J. Burke, P.J. Wood, A. Macintosh, and D.I. Stern (2012).** Decomposing the 2010 global carbon dioxide emissions rebound. *Nature Climate Change* **2**, 213–214. doi: 10.1038/nclimate1450, ISSN: 1758-678X.

**JRC/PBL (2013).** *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

**Kahneman D., P. Slovic, and A. Tversky (eds.) (1982).** *Judgment under Uncertainty: Heuristics and Biases*. Cambridge University Press, Cambridge, UK, and New York, USA. 544 pp. ISBN: 0521284147.

**Kander A. (2005).** Baumol's disease and dematerialization of the economy. *Ecological Economics* **55**, 119–130. doi: 10.1016/j.ecolecon.2004.10.008, ISSN: 0921-8009.

**Kanemoto K., M. Lenzen, G.P. Peters, D.D. Moran, and A. Geschke (2012).** Frameworks for comparing emissions associated with production, consumption, and international trade. *Environmental Science & Technology* **46**, 172–179. doi: 10.1021/es202239t, ISSN: 0013-936X.

**Karanfil F., and Y. Yeddir-Tamsamani (2010).** Is technological change biased toward energy? A multi-sectoral analysis for the French economy. *Energy Policy* **38**, 1842–1850. Available at: http://ideas.repec.org/a/eee/enepol/v38y2010i4p1842-1850.html.

**Kaufmann R.K. (2004).** The mechanisms for autonomous energy efficiency increases: A cointegration analysis of the US energy/GDP ratio. *The Energy Journal* **25**, 63–86. ISSN: 01956574.

**Kaya Y. (1990).** Impact of Carbon Dioxide Emission Control on GNP Growth: Interpretation of Proposed Scenarios. Paris.

**Keller W. (2000).** Do trade patterns and technology flows affect productivity growth? *The World Bank Economic Review* **14**, 17–47.

**Keller W., and S. Yeaple (2009).** Multinational enterprises, international trade, and productivity growth: Firm level evidence from the United States. *Review of Economics and Statistics* **91**, 821–831.

**Kennedy C., J. Steinberger, B. Gasson, Y. Hansen, T. Hillman, M. Havránek, D. Pataki, A. Phdungsilp, A. Ramaswami, and G.V. Mendez (2009).** Greenhouse gas emissions from global cities. *Environmental Science and Technology* **43**, 7297–7302. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-70349617486&partnerID=40&md5=37442767d9f4778060f56bc8e97f98c2.

Kim E. (2000). Trade liberalization and productivity growth in Korean manufacturing industries: price protection, market power, and scale efficiency. *Journal of Development Economics* 62, 55–83.

Kirschke S., P. Bousquet, P. Ciais, M. Saunois, J.G. Canadell, E.J. Dlugokencky, P. Bergamaschi, D. Bergmann, D.R. Blake, L. Bruhwiler, P. Cameron-Smith, S. Castaldi, F. Chevallier, L. Feng, A. Fraser, M. Heimann, E.L. Hodson, S. Houweling, B. Josse, P.J. Fraser, P.B. Krummel, J.-F. Lamarque, R.L. Langenfelds, C. Le Quéré, V. Naik, S. O'Doherty, P.I. Palmer, I. Pison, D. Plummer, B. Poulter, R.G. Prinn, M. Rigby, B. Ringeval, M. Santini, M. Schmidt, D.T. Shindell, I.J. Simpson, R. Spahni, L.P. Steele, S.A. Strode, K. Sudo, S. Szopa, G.R. van der Werf, A. Voulgarakis, M. van Weele, R.F. Weiss, J.E. Williams, and G. Zeng (2013). Three decades of global methane sources and sinks. *Nature Geoscience* 6, 813–823. doi: 10.1038/ngeo1955, ISSN: 1752-0894 1752–0908.

Klimont Z., S.J. Smith, and J. Cofala (2013). The last decade of global anthropogenic sulfur dioxide: 2000–2011 emissions. *Environmental Research Letters* 8, 014003. doi: 10.1088/1748-9326/8/1/014003, ISSN: 1748-9326.

Kollmuss A., and J. Agyeman (2002). Mind the Gap: Why do people act environmentally and what are the barriers to pro-environmental behavior? *Environmental Education Research* 8, 239–260. doi: 10.1080/13504620220145401, ISSN: 1350-4622.

Koopman R., Z. Wang, and S.-J. Wei (2008). How Much of Chinese Exports is Really Made In China? Assessing Domestic Value-Added When Processing Trade is Pervasive. National Bureau of Economic Research, Cambridge, MA. Available at: http://www.nber.org/papers/w14109.

Koornneef J., A. Ramírez, W. Turkenburg, and A. Faaij (2012). The environmental impact and risk assessment of CO₂ capture, transport and storage—An evaluation of the knowledge base. *Progress in Energy and Combustion Science* 38, 62–86. doi: 10.1016/j.pecs.2011.05.002, ISSN: 0360-1285.

Krausmann F., H. Schandl, and R.P. Sieferle (2008). Socio-ecological regime transitions in Austria and the United Kingdom. *Ecological Economics* 65, 187–201. doi: 10.1016/j.ecolecon.2007.06.009, ISSN: 0921-8009.

Kubiszewski I., R. Costanza, C. Franco, P. Lawn, J. Talberth, T. Jackson, and C. Aylmer (2013). Beyond GDP: Measuring and achieving global genuine progress. *Ecological Economics* 93, 57–68. doi: 10.1016/j.ecolecon.2013.04.019, ISSN: 0921-8009.

Lamarque J.F., T.C. Bond, V. Eyring, C. Granier, A. Heil, Z. Klimont, D.S. Lee, C. Liousse, A. Mieville, B. Owen, M. Schultz, D. Shindell, S.J. Smith, E. Stehfest, J. van Aardenne, O. Cooper, M. Kainuma, N. Mahowald, J.R. McConnell, K. Riahi, and D. van Vuuren (2010). Historical (1850–2000) gridded anthropogenic and biomass burning emissions of reactive gases and aerosols: methodology and application. *Atmospheric Chemistry and Physics* 10, 7017–7039.

Lancaster K. (1965). The theory of qualitative linear systems. *Econometrica* 33, 395–408. doi: 10.2307/1909797, ISSN: 0012-9682.

Layton D., E. Jenkins, S. Macgill, and A. Davey (1993). *Inarticulate Science? Perspectives on the Public Understanding of Science and Some Implications for Science Education*. Studies in Education, ISBN: 090548455X, 9780905484556.

Lenzen M. (2011). Aggregation versus disaggregation in input-output analysis of the environment. *Economic Systems Research* 23, 73–89. ISSN: 0953-5314.

Lenzen M., B. Gallego, and R. Wood (2009). Matrix balancing under conflicting information. *Economic Systems Research* 21, 23–44. doi: 10.1080/09535310802688661, ISSN: 0953-5314.

Lenzen M., L.-L. Pade, and J. Munksgaard (2004). CO₂ multipliers in multi-region input-output models. *Economic Systems Research* 16, 391–412. doi: 10.1080/0953531042000304272, ISSN: 0953-5314.

Lenzen M., M. Wier, C. Cohen, H. Hayami, S. Pachauri, and R. Schaeffer (2006). A comparative multivariate analysis of household energy requirements in Australia, Brazil, Denmark, India and Japan. *Energy* 31, 181–207. doi: 10.1016/j.energy.2005.01.009, ISSN: 0360-5442.

Lenzen M., R. Wood, and T. Wiedmann (2010). Uncertainty analysis for multi-region input–output models—a case study of the Uk's carbon footprint. *Economic Systems Research* 22, 43–63. doi: 10.1080/09535311003661226, ISSN: 0953-5314.

Lescaroux F. (2011). Dynamics of final sectoral energy demand and aggregate energy intensity. *Energy Policy* 39, 66–82. doi: 10.1016/j.enpol.2010.09.010, ISSN: 0301-4215.

Li Y., and C.N. Hewitt (2008). The effect of trade between China and the UK on national and global carbon dioxide emissions. *Energy Policy* 36, 1907–1914. doi: 10.1016/j.enpol.2008.02.005, ISSN: 0301-4215.

Liao H., Y. Fan, and Y.-M. Wei (2007). What induced China's energy intensity to fluctuate: 1997–2006? *Energy Policy* 35, 4640–4649. doi: 10.1016/j.enpol.2007.03.028, ISSN: 0301-4215.

Liddle B. (2011). Consumption-driven environmental impact and age structure change in OECD countries: A cointegration-STIRPAT analysis. *Demographic Research* 24, 749–770. Available at: www.demographic-research.org/Volumes/Vol24/30/.

Liddle B., and S. Lung (2010). Age-structure, urbanization, and climate change in developed countries: Revisiting STIRPAT for disaggregated population and consumption-related environmental impacts. *Population and Environment* 31, 317–343. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77952429903&partnerID=40&md5=44342c066f5991af0d9456a5b996feac.

Lim H.-J., S.-H. Yoo, and S.-J. Kwak (2009). Industrial CO₂ emissions from energy use in Korea: A structural decomposition analysis. *Energy Policy* 37, 686–698. doi: 10.1016/j.enpol.2008.10.025, ISSN: 0301-4215.

Linares P., and X. Labandeira (2010). Energy efficiency: Economics and policy. *Journal of Economic Surveys* 24, 573–592. Available at: http://econpapers.repec.org/article/blajecsur/v_3a24_3ay_3a2010_3ai_3a3_3ap_3a573-592.htm.

Lindner S., J. Legault, and D. Guan (2012). Disaggregating input–output models with incomplete information. *Economic Systems Research* 24, 329–347. doi: 10.1080/09535314.2012.689954, ISSN: 0953-5314.

Lindner S., J. Legault, and D. Guan (2013). Disaggregating the electricity sector of China's input–output table for improved environmental life-cycle assessment. *Economic Systems Research* 25, 300–320. doi: 10.1080/09535314.2012.746646, ISSN: 0953-5314.

Liu Z. (2009). Thinking of Economic Transformation of Coal Resource-Based Cities in Shanxi. Available at: http://old.sxgov.cn/qj/nr/622963.shtml (in Chinese).

Liu L.-C., G. Wu, J.-N. Wang, and Y.-M. Wei (2011). China's carbon emissions from urban and rural households during 1992–2007. *Journal of Cleaner Production* 19, 1754–1762. doi: 10.1016/j.jclepro.2011.06.011, ISSN: 0959-6526.

Lovins A.B. (1988). Energy saving from the adoption of more efficient appliances: Another view. *The Energy Journal* 9, 155–162. ISSN: 0195-6574.

Lu Z., Q. Zhang, and D.G. Streets (2011). Sulfur dioxide and primary carbonaceous aerosol emissions in China and India, 1996–2010. *Atmospheric Chemistry and Physics* 11, 9893–9864. doi: 10.5194/acp-11-9839-2011.

5

**Ma C., and D.I. Stern (2008).** China's changing energy intensity trend: A decomposition analysis. *Energy Economics* 30, 1037–1053. doi: 10.1016/j.eneco.2007.05.005, ISSN: 0140-9883.

**Macknick J. (2011).** Energy and CO₂ emission data uncertainties. *Carbon Management* 2, 189–205. doi: 10.4155/Cmt.11.10, ISSN: 1758-3004.

**Mäenpää I., and H. Siikavirta (2007).** Greenhouse gases embodied in the international trade and final consumption of Finland: An input–output analysis. *Energy Policy* 35, 128–143. doi: 10.1016/j.enpol.2005.10.006, ISSN: 0301-4215.

**Malla S. (2009).** CO₂ emissions from electricity generation in seven Asia-Pacific and North American countries: A decomposition analysis. *Energy Policy* 37, 1–9. doi: 10.1016/j.enpol.2008.08.010, ISSN: 0301-4215.

**Mann W., L. Lipper, T. Tennigkeit, N. McCarthy, and G. Branca (2009).** *Food Security and Agricultural Mitigation in Developing Countries: Options for Capturing Synergies.* Food and Agriculture Organization (FAO) of the United Nations, Rome, Italy. Available at: http://www.fao.org/docrep/012/i1318e/i1318e00.pdf.

**Marechal K. (2009).** An evolutionary perspective on the economics of energy consumption: the crucial role of habits. *Journal of Economic Issues* XLIII, 69–88.

**Markandya A., B.G. Armstrong, S. Hales, A. Chiabai, P. Criqui, S. Mima, C. Tonne, and P. Wilkinson (2009).** Public health benefits of strategies to reduce greenhouse-gas emissions: low-carbon electricity generation. *The Lancet* 374, 2006–2015. doi: 10.1016/S0140-6736(09)61715-3, ISSN: 01406736.

**Marland G., R.J. Andres, T.A. Boden, C.A. Johnston, and A. Brenkert (1999).** *Global, Regional, and National CO₂ Emission Estimates from Fossil Fuel Burning, Cement Production, and Gas Flaring: 1751–1996.* In: Trends Online: A Compendium of Data on Global Change. Oak Ridge National Laboratory, Oak Ridge, TN. Available at: http://cdiac.esd.ornl.gov/ftp/ndp030.

**Marland G., K. Hamal, and M. Jonas (2009).** How uncertain are estimates of CO₂ emissions? *Journal of Industrial Ecology* 13, 4–7. doi: 10.1111/J.1530-9290.2009.00108.X, ISSN: 1088-1980.

**Martínez-Zarzoso I., and A. Maruotti (2011).** The impact of urbanization on CO₂ emissions: Evidence from developing countries. *Ecological Economics* 70, 1344–1353. doi: 10.1016/j.ecolecon.2011.02.009, ISSN: 0921-8009.

**Matisoff D.C. (2008).** The adoption of state climate change policies and renewable portfolio standards: regional diffusion or internal determinants? *Review of Policy Research* 25, 527–546. doi: 10.1111/j.1541-1338.2008.00360.x, ISSN: 1541-1338.

**Meinshausen M., N. Meinshausen, W. Hare, S.C.B. Raper, K. Frieler, R. Knutti, D.J. Frame, and M.R. Allen (2009).** Greenhouse-gas emission targets for limiting global warming to 2°C. *Nature* 458, 1158–1162. doi: 10.1038/nature08017, ISSN: 0028-0836.

**Meschi E., and M. Vivarelli (2009).** Trade and Income Inequality in Developing Countries. *World Development* 37, 287–302.

**Metcalf G.E. (2008).** An empirical analysis of energy intensity and its determinants at the state level. *The Energy Journal* 29, 1–26. ISSN: 01956574.

**Minx J.C., G. Baiocchi, G.P. Peters, C.L. Weber, D. Guan, and K. Hubacek (2011).** A "carbonizing dragon": China's fast growing CO₂ emissions revisited. *Environmental Science & Technology* 45, 9144–9153. doi: 10.1021/es201497m, ISSN: 0013-936X.

**Minx J.C., T. Wiedmann, R. Wood, G.P. Peters, M. Lenzen, A. Owen, K. Scott, J. Barrett, K. Hubacek, G. Baiocchi, A. Paul, E. Dawkins, J. Briggs, D. Guan, S. Suh, and F. Ackerman (2009).** Input-output analysis and carbon footprinting: An overview of applications. *Economic Systems Research* 21, 187–216. doi: 10.1080/09535310903541298, ISSN: 0953-5314, 1469–5758.

**Monni S., R. Pipatti, A. Lehtilla, I. Savolainen, and S. Syri (2006).** *Global Climate Change Mitigation Scenarios for Solid Waste Management.* Technical Research Centre of Finland VTT Publications, Espoo. Available at: http://www.vtt.fi/inf/pdf/publications/2006/P603.pdf.

**Mont O., and A. Plepys (2008).** Sustainable consumption progress: should we be proud or alarmed? *Journal of Cleaner Production* 16, 531–537.

**Morioka T., and N. Yoshida (1995).** Comparison of carbon dioxide emission patterns due to consumers' expenditure in UK and Japan. *Journal of Global Environmental Engineering* 1, 59–78.

**Mulder P., and H. de Groot (2007).** Sectoral energy- and labour-productivity convergence. In: *Sustainable Resource Use and Economic Dynamics.* Springer, pp. 165–190.

**Munksgaard J., K.A. Pedersen, and M. Wier (2001).** Changing consumption patterns and CO₂ reduction. *International Journal of Environment and Pollution* 15, 146–158.

**Muñoz P., and K.W. Steininger (2010).** Austria's CO₂ responsibility and the carbon content of its international trade. *Ecological Economics* 69, 2003–2019. doi: 10.1016/j.ecolecon.2010.05.017, ISSN: 0921-8009.

**Myhre G., D. Shindell, F.-M. Brèon, W. Collins, J. Fuglestvedt, J. Huang, D. Koch, J.-F. Lamarque, D. Lee, B. Mendoza, T. Nakajima, A. Robock, G. Stephens, T. Takemura, and Zhang (2014).** Anthropogenic and natural radiative forcing. In: *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)].* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA

**Nakicenovic N., P.V. Gilli, and R. Kurz (1996).** Regional and global exergy and energy efficiencies. *Energy* 21, 223–237. doi: 10.1016/0360-5442(96)00001-1, ISSN: 0360-5442.

**Nakicenovic N., A. Grübler, and A. McDonald (1998).** *Global Energy Perspectives.* Cambridge University Press, Cambridge, UK, and New York, USA, 267 pp.

**Nakicenovic N., and R. Swart (2000).** *Special Report on Emissions Scenarios: A Special Report of Working Group III of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, UK, and New York, USA, 612 pp. ISBN: 0521804930.

**Nansai K., S. Kagawa, Y. Kondo, S. Suh, R. Inaba, and K. Nakajima (2009a).** Improving the completeness of product carbon footprints using a global link input-output model: the case of Japan. *Economic Systems Research* 21, 267–290. doi: 10.1080/09535310903541587, ISSN: 1469-5758.

**Nansai K., S. Kagawa, S. Suh, M. Fujii, R. Inaba, and S. Hashimoto (2009b).** Material and energy dependence of services and its implications for climate change. *Environmental Science & Technology* 43, 4241–4246. doi: 10.1021/es8025775, ISSN: 0013-936X.

**Nansai K., S. Kagawa, S. Suh, R. Inaba, and Y. Moriguchi (2007).** Simple indicator to identify the environmental soundness of growth of consumption and technology: "eco-velocity of consumption." *Environmental Science & Technology* 41, 1465–1472. ISSN: 0013-936X.

**Nemet G.F., T. Holloway, and P. Meier (2010a).** Implications of incorporating air-quality co-benefits into climate change policymaking. *Environmental Research Letters* 5, 014007. ISSN: 1748-9326.

Nemet G.F., T. Holloway, and P. Meier (2010b). Implications of incorporating air-quality co-benefits into climate change policymaking. *Environmental Research Letters* 5, 014007. doi: 10.1088/1748-9326/5/1/014007, ISSN: 1748-9326.

Newell R.G., A.B. Jaffe, and R.N. Stavins (1999). The Induced Innovation Hypothesis and Energy-Saving Technological Change. *The Quarterly Journal of Economics* 114, 941 –975. doi: 10.1162/003355399556188.

NRC (2010). *Advancing the Science of Climate Change, Report in Brief*. National Research Council, National Academies Press, Washington, D.C. 528 pp. ISBN: 0-309-14588-0.

O'Donoghue T., and M. Rabin (2008). Procrastination on long-term projects. *Journal of Economic Behavior & Organization* 66, 161–175. Available at: http://ideas.repec.org/a/eee/jeborg/v66y2008i2p161-175.html.

O'Neill B.C., M. Dalton, R. Fuchs, L. Jiang, S. Pachauri, and K. Zigova (2010). Global demographic trends and future carbon emissions. *Proceedings of the National Academy of Sciences of the United States of America* 107, 17521–17526. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-78049252451&partnerID=40&md5=7da8389d593807dde90debe5f3704457.

O'Neill B.C., B. Liddle, L. Jiang, K.R. Smith, S. Pachauri, M. Dalton, and R. Fuchs (2012). Demographic change and carbon dioxide emissions. *Lancet* 380, 157–164. doi: 10.1016/S0140-6736(12)60958-1.

Okushima S., and M. Tamura (2010). What causes the change in energy demand in the economy?: The role of technological change. *Energy Economics* 32, **Supplement 1**, S41–S46. doi: 10.1016/j.eneco.2009.03.011, ISSN: 0140-9883.

Olivier J.G.J., G. Janssens-Maenhout, M. Muntean, and J.A.H.W. Peters (2013). *Trends in Global $CO_2$ Emissions: 2013 Report*. PBL Netherlands Environmental Assessment Agency, The Hague, Netherlands, ISBN: 978-94-91506-51-2.

Olivier J.G.J., G. Janssens-Maenhout, J.A.H.W. Peters, and J. Wilson (2011). *Long-Term Trend in Global $CO_2$ Emissions*. PBL Netherlands Environmental Assessment Agency: The Hague; JRC European Commission: Belgium.

Deb Pal B., S. Pohit, and J. Roy (2012). Social Accounting Matrix for India. *Economic Systems Research* 24, 77–99. doi: 10.1080/09535314.2011.618824, ISSN: 0953-5314.

Pan J. (2012). From industrial toward ecological in China. *Science* 336, 1397–1397. doi: 10.1126/science.1224009, ISSN: 0036-8075, 1095–9203.

Pan J. (2013). An urgent need for a low carbon approach to environmental pollution control. *Environmental Protection (in Chinese)* No. 12.

Pan J., H. Ma, Y. Zhang, L. Mastny, and Worldwatch Institute (2011). *Green Economy and Green Jobs in China: Current Status and Potentials for 2020*. Worldwatch Institute, Washington, DC, ISBN: 9780983543701 0983543704.

Pao H.-T., and C.-M. Tsai (2010). $CO_2$ emissions, energy consumption and economic growth in BRIC countries. *Energy Policy* 38, 7850–7860. doi: 10.1016/j.enpol.2010.08.045, ISSN: 0301-4215.

Parente S., and E. Prescott (2000). *Barriers to Riches*. MIT Press, Cambridge, MA, ISBN: 9780262161930.

Parikh J., and V. Shukla (1995). Urbanization, energy use and greenhouse effects in economic development: Results from a cross-national study of developing countries. *Global Environmental Change* 5, 87–103. doi: 10.1016/0959-3780(95)00015-G, ISSN: 0959-3780.

Pavcnik N. (2002). Trade liberalization, exit, and productivity improvements: Evidence from Chilean plants. *Review of Economic Studies* 69, 245–276.

Pellegrini L., and R. Gerlagh (2006). Corruption, democracy, and environmental policy an empirical contribution to the debate. *The Journal of Environment & Development* 15, 332–354. doi: 10.1177/1070496506290960, ISSN: 1070-4965, 1552–5465.

Le Pen Y., and B. Sévi (2010). On the non-convergence of energy intensities: Evidence from a pair-wise econometric approach. *Ecological Economics* 69, 641–650. doi: 10.1016/j.ecolecon.2009.10.001, ISSN: 0921-8009.

Persson T., and G. Tabellini (1994). Is inequality harmful for growth? *American Economic Review* 84, 600–621.

Peters G.P. (2007). Efficient algorithms for Life Cycle Assessment, Input-Output Analysis, and Monte-Carlo Analysis. *The International Journal of Life Cycle Assessment* 12, 373–380. doi: 10.1065/lca2006.06.254, ISSN: 0948-3349, 1614–7502.

Peters G.P. (2008). From production-based to consumption-based national emission inventories. *Ecological Economics* 65, 13–23. doi: 10.1016/j.ecolecon.2007.10.014, ISSN: 0921-8009.

Peters G.P. (2010). Managing carbon leakage. *Carbon Management* 1, 35–37.

Peters G.P., and E.G. Hertwich (2008). $CO_2$ embodied in international trade with implications for global climate policy. *Environmental Science & Technology* 42, 1401–1407. doi: 10.1021/es072023k, ISSN: 0013-936X.

Peters G.P., G. Marland, C. Le Quéré, T. Boden, J.G. Canadell, and M.R. Raupach (2012). Rapid growth in $CO_2$ emissions after the 2008–2009 global financial crisis. *Nature Climate Change* 2, 2–4. doi: 10.1038/nclimate1332.

Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011). Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences* 108, 8903–8908. doi: 10.1073/pnas.1006388108, ISSN: 0027-8424, 1091–6490.

Peters G., and C. Solli (2010). *Global Carbon Footprints: Methods and Import/Export Corrected Results from the Nordic Countries in Global Carbon Footprint Studies*. Nordic Council of Ministers, Copenhagen, ISBN: 9789289321594 9289321598.

Peters G.P., C.L. Weber, D. Guan, and K. Hubacek (2007). China's Growing $CO_2$ Emissions-A Race between Increasing Consumption and Efficiency Gains. *Environmental Science & Technology* 41, 5939–5944. doi: 10.1021/es070108f, ISSN: 0013-936X.

Platchkov L.M., and M.G. Pollitt (2011). The economics of energy (and electricity) demand. *Cambridge Working Papers in Economics*. Available at: http://econpapers.repec.org/paper/camcamdae/1137.htm.

Pligt J. van der (1985). Energy conservation: Two easy ways out. *Journal of Applied Social Psychology* 15, 3–15. doi: 10.1111/j.1559-1816.1985.tb00890.x, ISSN: 1559-1816.

Pomeranz K. (2000). *The Great Divergence: China, Europe, and the Making of the Modern World*. Princeton University Press, Princeton, N.J. ISBN: 9780691090108.

Pongratz J., C.H. Reick, T. Raddatz, and M. Claussen (2009). Effects of anthropogenic land cover change on the carbon cycle of the last millennium. *Global Biogeochemical Cycles* 23. doi: 10.1029/2009GB003488, ISSN: 1944-9224.

Popp D. (2011). International technology transfer, climate change, and the clean development mechanism. *Review of Environmental Economics and Policy* 5, 131–152.

Poumanyvong P., and S. Kaneko (2010). Does urbanization lead to less energy use and lower $CO_2$ emissions? A cross-country analysis. *Ecological Economics* 70, 434–444. doi: 10.1016/j.ecolecon.2010.09.029, ISSN: 0921-8009.

Le Quéré C., R.J. Andres, T. Boden, T. Conway, R.A. Houghton, J.I. House, G. Marland, G.P. Peters, G. van der Werf, A. Ahlström, R.M. Andrew, L. Bopp, J.G. Canadell, P. Ciais, S.C. Doney, C. Enright, P. Friedlingstein, C. Huntingford, A.K. Jain, C. Jourdain, E. Kato, R.F. Keeling, K. Klein Goldewijk, S. Levis, P. Levy, M. Lomas, B. Poulter, M.R. Raupach, J. Schwinger, S. Sitch, B.D. Stocker, N. Viovy, S. Zaehle, and N. Zeng (2012). The global carbon budget 1959–2011. *Earth System Science Data Discussions* 5, 1107–1157. doi: 10.5194/essdd-5-1107-2012, ISSN: 1866-3591.

Le Quere C., M.R. Raupach, J.G. Canadell, and G. Marland et al. (2009). Trends in the sources and sinks of carbon dioxide. *Nature Geoscience* 2, 831–836. doi: 10.1038/ngeo689, ISSN: 1752-0894.

Ramachandra T.V., Y. Loerincik, and B.V. Shruthi (2006). Intra and inter country energy intensity trends. *The Journal of Energy and Development* 31, 43–84.

Rao S., S. Pachauri, F. Dentener, P. Kinney, Z. Klimont, K. Riahi, and W. Schoepp (2013). Better air for better health: Forging synergies in policies for energy access, climate change and air pollution. *Global Environmental Change* 23, 1122–1130. doi: 10.1016/j.gloenvcha.2013.05.003, ISSN: 0959-3780.

Raupach M.R., G. Marland, P. Ciais, C. Le Quéré, J.G. Canadell, G. Klepper, and C.B. Field (2007). Global and regional drivers of accelerating $CO_2$ emissions. *Proceedings of the National Academy of Sciences* 104, 10288–10293. doi: 10.1073/pnas.0700609104.

Reddy A.K.N., and J. Goldemberg (1990). Energy for the developing world. *Scientific American* 263, 110–18. ISSN: ISSN-0036–8733.

Renssen S. van (2012). Stuck on shipping. *Nature Climate Change* 2, 767–768. doi: 10.1038/nclimate1723, ISSN: 1758-678X.

Reppelin-Hill V. (1998). Trade and environment: An empirical analysis of the technology effect in the steel industry. *Journal of Environmental Economics and Management* 38, 283–301.

Rey S., G. West, and M. Janikas (2004). Uncertainty in integrated regional models. *Economic Systems Research* 16, 259–277. Available at: http://ideas.repec.org/a/taf/ecsysr/v16y2004i3p259-277.html.

Richardson-Klavehn A., and R. Bjork (1988). Measures of memory. *Annual Review of Psychology*, 475–543.

Rigby M., J. Muhle, B.R. Miller, R.G. Prinn, P.B. Krummel, L.P. Steele, P.J. Fraser, P.K. Salameh, C.M. Harth, R.F. Weiss, B.R. Greally, S. O'Doherty, P.G. Simmonds, M.K. Vollmer, S. Reimann, J. Kim, K.R. Kim, H.J. Wang, J.G.J. Olivier, E.J. Dlugokencky, G.S. Dutton, B.D. Hall, and J.W. Elkins (2010). History of atmospheric SF6 from 1973 to 2008. *Atmospheric Chemistry and Physics* 10, 10305–10320. doi: 10.5194/Acp-10-10305-2010, ISSN: 1680-7316.

Rogner H.H., R.F. Aguilera, C.L. Archer, R. Bertani, S.C. Bahattacharya, M.B. Dusseault, L. Gagnon, H. Haberl, M. Hoogwijk, A. Johnson, M.L. Rogner, H. Wagner, and V. Yakushev (2012). Chapter 7—Energy resources and potentials. In: *Global Energy Assessment—Toward a Sustainable Future*. IIASA and Cambridge University Press, Vienna, Austria, and Cambridge, UKISBN: 9781107005198.

Rothman D.S. (2000). Measuring environmental values and environmental impacts: Going from the local to the global. *Climatic Change* 44, 351–376. doi: 10.1023/A:1005645301478, ISSN: 0165-0009.

Roy J. (2000). The rebound effect: some empirical evidence from India. *Energy Policy* 28, 433–438. Available at: http://ideas.repec.org/a/eee/enepol/v28y2000i6-7p433-438.html.

Roy J., and S. Pal (2009). Lifestyles and climate change: link awaiting activation. *Current Opinion in Environmental Sustainability* 1, 192–200. doi: 10.1016/j.cosust.2009.10.009, ISSN: 1877-3435.

Rutherford T.F., and D.G. Tarr (2002). Trade liberalization, product variety and growth in a small open economy: a quantitative assessment. *Journal of International Economics* 56, 247–272. doi: 10.1016/S0022-1996(01)00121-0.

Saikawa E., M. Rigby, R.G. Prinn, S.A. Montzka, B.R. Miller, L.J.M. Kuijpers, P.J.B. Fraser, M.K. Vollmer, T. Saito, Y. Yokouchi, C.M. Harth, J. Muhle, R.F. Weiss, P.K. Salameh, J. Kim, S. Li, S. Park, K.R. Kim, D. Young, S. O'Doherty, P.G. Simmonds, A. McCulloch, P.B. Krummel, L.P. Steele, C. Lunder, O. Hermansen, M. Maione, J. Arduini, B. Yao, L.X. Zhou, H.J. Wang, J.W. Elkins, and B. Hall (2012). Global and regional emission estimates for HCFC-22. *Atmospheric Chemistry and Physics* 12, 10033–10050. doi: 10.5194/Acp-12-10033-2012, ISSN: 1680-7316.

Salganik M.J., P.S. Dodds, and D.J. Watts (2006). Experimental study of inequality and unpredictability in an artificial cultural market. *Science* 311, 854–856. doi: 10.1126/science.1121066, ISSN: 0036-8075, 1095–9203.

Sanstad A.M. Hanemann, and M. Auffhammer (2006). *Chapter 6: End-Use Energy Efficiency in a "Post-Carbon" California Economy: Policy Issues and Research Frontiers. In: Managing Greenhouse Gas Emissions in California. The California Climate Change Center, University of California-Berkeley, CA.*

Sathaye J., O. Lucon, A. Rahman, J.M. Christensen, F. Denton, J. Fujino, G. Heath, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable energy in the context of sustainable development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)].* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://srren.ipcc-wg3.de/report/IPCC_SRREN_Ch09.

Sathaye J., A. Najam, C. Cocklin, T. Heller, F. Lecocq, J. Llanes-Regueiro, J. Pan, G. Petschel-Held, S. Rayner, and J. Robinson (2007). Sustainable development and mitigation. *Climate Change 2007: Mitigation of Climate Change*, 691–743. Available at: http://eprints.jcu.edu.au/2967/.

Saunders H.D. (2013). Historical evidence for energy efficiency rebound in 30 US sectors and a toolkit for rebound analysts. *Technological Forecasting and Social Change* 80, 1317–1330. doi: 10.1016/j.techfore.2012.12.007, ISSN: 0040-1625.

Schäfer A. (2005). Structural change in energy use. *Energy Policy* 33, 429–437. doi: 10.1016/j.enpol.2003.09.002, ISSN: 0301-4215.

Schimel D., D. Alves, I. Enting, M. Heimann, R. Joos, D. Raynaud, T. Wigley, M. Prather, R. Derwent, D. Ehhalt, R. Fraser, E. Sanhueza, X. Zhou, R. Jonas, R. Charlson, H. Rohde, S. Sadasivan, K.R. Shine, Y. Fouquart, V. Ramaswamy, S. Solomon, and J. Srinivasan (1996). Radiative forcing of climate change. In: *Climate Change 1995: The Science of Climate Change [J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds.)].* Cambridge University Press, Cambridge, pp. 65–131.

Schipper L., and M. Grubb (2000). On the rebound? Feedback between energy intensities and energy uses in IEA countries. *Energy Policy* 28, 367–388. doi: 10.1016/S0301-4215(00)00018-5, ISSN: 0301-4215.

Schöpp W., Z. Klimont, R. Suutari, and J. Cofala (2005). Uncertainty analysis of emission estimates in the RAINS integrated assessment model. *Environmental Science and Policy* 8, 601–613.

Shafik N. (1994). Economic Development and Environmental Quality: An Econometric Analysis. *Oxford Economic Papers* 46, 757–73.

Sheinbaum C., B.J. Ruíz, and L. Ozawa (2011). Energy consumption and related $CO_2$ emissions in five Latin American countries: Changes from 1990 to 2006 and perspectives. *Energy* 36, 3629–3638. doi: 10.1016/j.energy.2010.07.023, ISSN: 0360-5442.

Shindell D., J.C.I. Kuylenstierna, E. Vignati, R. van Dingenen, M. Amann, Z. Klimont, S.C. Anenberg, N. Muller, G. Janssens-Maenhout, F. Raes, J. Schwartz, G. Faluvegi, L. Pozzoli, K. Kupiainen, L. Höglund-Isaksson, L. Emberson, D. Streets, V. Ramanathan, K. Hicks, N.T.K. Oanh, G. Milly, M. Williams, V. Demkine, and D. Fowler (2012). Simultaneously Mitigating Near-Term Climate Change and Improving Human Health and Food Security. *Science* 335, 183–189. doi: 10.1126/science.1210026, ISSN: 0036-8075, 1095–9203.

Shindell D.T., J.F. Lamarque, M. Schulz, M. Flanner, C. Jiao, M. Chin, P.J. Young, Y.H. Lee, L. Rotstayn, N. Mahowald, G. Milly, G. Faluvegi, Y. Balkanski, W.J. Collins, A.J. Conley, S. Dalsoren, R. Easter, S. Ghan, L. Horowitz, X. Liu, G. Myhre, T. Nagashima, V. Naik, S.T. Rumbold, R. Skeie, K. Sudo, S. Szopa, T. Takemura, A. Voulgarakis, J.H. Yoon, and F. Lo (2013). Radiative forcing in the ACCMIP historical and future climate simulations. *Atmospheric Chemistry and Physics* 13, 2939–2974. doi: 10.5194/Acp-13-2939-2013, ISSN: 1680-7316.

Shukla P., and S. Dhar (2011). Climate agreements and India: aligning options and opportunities on a new track. *International Environmental Agreements: Politics, Law and Economics* 11, 229–243.

Simon H.A. (1957). *Models of Man: Social and Rational; Mathematical Essays on Rational Human Behavior in Society Setting*. Wiley, New York, 312 pp.

Sjöström M., and G. Östblom (2009). *Future Waste Scenarios for Sweden Based on a CGE-Model*. National Institute of Economic Research, Stockholm, Sweden. Available at: http://ideas.repec.org/p/hhs/nierwp/0109.html.

Slovic P., M. Finucane, E. Peters, and D.G. MacGregor (2002). Rational actors or rational fools: implications of the affect heuristic for behavioral economics. *The Journal of Socio-Economics* 31, 329–342. doi: 10.1016/S1053-5357(02)00174-9, ISSN: 1053-5357.

Smith S.J., J. van Aardenne, Z. Klimont, R. Andres, A.C. Volke, and S. Delgado Arias (2011). Anthropogenic sulfur dioxide emissions: 1850–2005. *Atmospheric Chemistry and Physics*, 11(3):1101–1116.

Sora M.J., and I.P. Ventosa (2013). *Incineration Overcapacity and Waste Shipping in Europe the End of the Proximity Principle?* Global Alliance for Incinerator Alternatives (GAIA), Phillipines, USA, Chile. Available at: http://www.no-burn.org/downloads/Incineration%20overcapacity%20and%20waste%20shipping%20in%20Europe%20the%20end%20of%20the%20proximity%20principle%20-January%202013-1.pdf.

Sorrell S. (2007). The Rebound Effect: An Assessment of the Evidence for Economy-Wide Energy Savings from Improved Energy Efficiency. The UK Energy Research Centre (UKERC), London, UK. Available at: http://www.ukerc.ac.uk/support/tiki-index.php?page=ReboundEffect.

Sorrell S., J. Dimitropoulos, and M. Sommerville (2009). Empirical estimates of the direct rebound effect: A review. *Energy Policy* 37, 1356–1371. Available at: http://ideas.repec.org/a/eee/enepol/v37y2009i4p1356-1371.html.

Sovacool B.K., and M.A. Brown (2010). Twelve metropolitan carbon footprints: A preliminary comparative global assessment. *Energy Policy* 38, 4856–4869. doi: 10.1016/j.enpol.2009.10.001, ISSN: 0301-4215.

Steckel J.C., M. Jakob, R. Marschinski, and G. Luderer (2011). From carbonization to decarbonization?—Past trends and future scenarios for China's $CO_2$ emissions. *Energy Policy* 39, 3443–3455. doi: 10.1016/j.enpol.2011.03.042, ISSN: 0301-4215.

Steg L., C. Vlek, and G. Slotegraaf (2001). Instrumental-reasoned and symbolic-affective motives for using a motor car. *Transportation Research Part F: Traffic Psychology and Behaviour* 4, 151–169. doi: 10.1016/S1369-8478(01)00020-1, ISSN: 1369-8478.

Stern D.I. (2010). Between estimates of the emissions-income elasticity, *Ecological Economics* 69, 2173–2182.

Stern D.I. (2011). The role of energy in economic growth. *Annals of the New York Academy of Sciences* 1219, 26–51. doi: 10.1111/j.1749-6632.2010.05921.x, ISSN: 1749-6632.

Stern D.I. (2012). Modeling international trends in energy efficiency. *Energy Economics* 34, 2200–2208. doi: 10.1016/j.eneco.2012.03.009, ISSN: 0140-9883.

Stern D.I., M.S. Common, and E.B. Barbier (1996). Economic growth and environmental degradation: The environmental Kuznets curve and sustainable development. *World Development* 24, 1151–1160. doi: 10.1016/0305-750X(96)00032-0, ISSN: 0305-750X.

Stern D.I., and F. Jotzo (2010). How ambitious are China and India's emissions intensity targets? *Energy Policy* 38, 6776–6783. doi: 10.1016/j.enpol.2010.06.049, ISSN: 0301-4215.

Stern D.I., and A. Kander (2012). The role of energy in the industrial revolution and modern economic growth. *Energy Journal* 33, 127–154. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1759705.

Stiglitz J.E. (1988). *Principal and Agent*. John M. Olin Program for the Study of Economic Organization and Public Policy, Department of Economics/Woodrow Wilson School of Public and International Affairs, Princeton University, Princeton, NJ, 30 pp.

Strømman A.H., E.G. Hertwich, and F. Duchin (2009). Shifting trade patterns as a means of reducing global carbon dioxide emissions. *Journal of Industrial Ecology* 13, 38–57. doi: 10.1111/j.1530-9290.2008.00084.x, ISSN: 1530-9290.

Sue Wing I. (2008). Explaining the declining energy intensity of the U.S. economy. *Resource and Energy Economics* 30, 21–49. doi: 10.1016/j.reseneeco.2007.03.001, ISSN: 0928-7655.

Suh S. (2005). Developing a sectoral environmental database for input-output analysis: the comprehensive environmental data archive of the US. *Economic Systems Research* 17, 449–469. ISSN: 0953-5314.

Suh S. (2006). Are services better for climate change? *Environmental Science & Technology* 40, 6555–6560. doi: 10.1021/es0609351, ISSN: 0013-936X.

Syrquin M., and H. Chenery (1989). Three Decades of Industrialization. *The World Bank Economic Review* 3, 145–181. doi: 10.1093/wber/3.2.145.

Teng H., G. Branstator, and G.A. Meehl (2011). Predictability of the Atlantic overturning circulation and associated surface patterns in two CCSM3 climate change ensemble experiments. *Journal of Climate* 24, 6054–6076. Available at: http://journals.ametsoc.org/doi/abs/10.1175/2011JCLI4207.1.

Thaler R.H. (1999). Mental accounting matters. *Journal of Behavioral Decision Making* 12, 183–206. doi: 10.1002/(SICI)1099-0771(199909)12:3<183::AID-BDM318>3.0.CO;2-F, ISSN: 1099-0771.

Thaler R.H., and C.R. Sunstein (2009). *Nudge: Improving Decisions About Health, Wealth, and Happiness*. Penguin Books, New York, 320 pp. ISBN: 014311526X.

**5**

**409**

Thomas B.A., and I.L. Azevedo (2013). Estimating direct and indirect rebound effects for U.S. households with input–output analysis Part 1: Theoretical framework. *Ecological Economics* 86, 199–210. doi: 10.1016/j.ecolecon.2012.12.003, ISSN: 0921-8009.

Timilsina G.R., and A. Shrestha (2009). Transport sector $CO_2$ emissions growth in Asia: Underlying factors and policy options. *Energy Policy* 37, 4523–4539. doi: 10.1016/j.enpol.2009.06.009, ISSN: 0301-4215.

Tol R.S.J., S.W. Pacala, and R.H. Socolow (2009). Understanding long-term energy use and carbon dioxide emissions in the USA. *Journal of Policy Modeling* 31, 425–445. doi: 10.1016/j.jpolmod.2008.12.002, ISSN: 0161-8938.

Toman M.A., and B. Jemelkova (2003). Energy and economic development: An assessment of the state of knowledge. *The Energy Journal* 24, 93–112. ISSN: 01956574.

De la Tour A., M. Glachant, and Y. Ménière (2011). Innovation and international technology transfer: The case of the Chinese photovoltaic industry. *Energy Policy* 39, 761–770. doi: 10.1016/j.enpol.2010.05.050, ISSN: 0301-4215.

Train K. (1985). Discount rates in consumers' energy-related decisions: a review of the literature. *Energy* 10, 1243–1253. ISSN: 03605442.

Tukker A., M.J. Cohen, K. Hubacek, and O. Mont (2010). The impacts of household consumption and options for change. *Journal of Industrial Ecology* 14, 13–30.

U.S. Energy Information Administration (2010). *Annual Energy Review 2009.* Washington, D.C. Available at: http://www.eia.gov/totalenergy/data/annual/archive/038409.pdf.

Ubaidillah N.Z. (2011). The relationship between income and environment in UK's road transport sector. Is there an EKC? In: 2011 International Conference on Economics and Finance Research, IPEDR Vol. 4, IACSIT Press, Singapore. Available at: http://www.ipedr.com/vol4/20-F00040.pdf.

UN (1999). *The World at Six Billion. United Nations, Department of Economic and Social Affairs, New York.* Available at: http://www.un.org/esa/population/publications/sixbillion/sixbillion.htm.

UN WPP (2012). *World Population Prospects, the 2012 Revision.* United Nations Department of Economic and Social Affairs New York. Available at: http://esa.un.org/unpd/wpp/index.htm.

UNEP (2009). *UNEP 2008 Annual Report.* United Nations Environment Programme New York. Available at: http://www.unep.org/PDF/AnnualReport/2008/AnnualReport2008_en_web.pdf.

UNEP (2012). The Emissions Gap Report 2012: A UNEP Synthesis Report. United Nations Environment Programme. Available at: http://www.unep.org/pdf/2012gapreport.pdf.

Unruh G.C. (2000). Understanding carbon lock-in. *Energy Policy* 28, 817–830. doi: 10.1016/S0301-4215(00)00070-7, ISSN: 0301-4215.

Unruh G.C. (2002). Escaping carbon lock-in. *Energy Policy* 30, 317–325. doi: 10.1016/S0301-4215(01)00098-2, ISSN: 0301-4215.

US DOE (2008). *Energy Efficiency Trends in Residential and Commercial Buildings.* US Department of Energy, Washington, D.C. Available at: http://apps1.eere.energy.gov/buildings/publications/pdfs/corporate/bt_stateindustry.pdf.

US EIA (2011). *International Energy Outlook.* U.S. Energy Information Administration, Washington, D.C., 300 pp. ISBN: 9780160894459.

US EPA (2012). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2010.* US Environmental Protection Agency, Washington, D.C. Available at: http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2012-Main-Text.pdf.

Verdolini E., and M. Galeotti (2011a). At home and abroad: An empirical analysis of innovation and diffusion in energy technologies. *Journal of Economics and Management* 61, 119–134.

Verdolini E., and M. Galeotti (2011b). At home and abroad: An empirical analysis of innovation and diffusion in energy technologies. *Journal of Environmental Economics and Management* 61, 119–134. Available at: http://ideas.repec.org/a/eee/jeeman/v61y2011i2p119-134.html.

Van Vuuren D.P., J. Cofala, H.E. Eerens, R. Oostenrijk, C. Heyes, Z. Klimont, M.G.J. den Elzen, and M. Amann (2006). Exploring the ancillary benefits of the Kyoto Protocol for air pollution in Europe. *Energy Policy* 34, 444–460. doi: 10.1016/j.enpol.2004.06.012, ISSN: 0301-4215.

Wagner M. (2008). The carbon Kuznets curve: A cloudy picture emitted by bad econometrics? *Resource and Energy Economics* 30, 388–408. doi: 10.1016/j.reseneeco.2007.11.001, ISSN: 0928-7655.

Wang C. (2011). Sources of energy productivity growth and its distribution dynamics in China. *Resource and Energy Economics* 33, 279–292. doi: 10.1016/j.reseneeco.2010.06.001, ISSN: 0928-7655.

Wang H., L. Dwyer-Lindgren, K.T. Lofgren, J.K. Rajaratnam, J.R. Marcus, A. Levin-Rector, C.E. Levitz, A.D. Lopez, and C.J. Murray (2012a). Age-specific and sex-specific mortality in 187 countries, 1970–2010: a systematic analysis for the Global Burden of Disease Study 2010. *The Lancet* 380, 2071–2094. doi: 10.1016/S0140-6736(12)61719-X, ISSN: 0140-6736.

Wang H., P. Zhou, and D.Q. Zhou (2012b). An empirical study of direct rebound effect for passenger transport in urban China. *Energy Economics* 34, 452–460. doi: 10.1016/j.eneco.2011.09.010, ISSN: 0140-9883.

Wang W.W., M. Zhang, and M. Zhou (2011). Using LMDI method to analyze transport sector $CO_2$ emissions in China. *Energy* 36, 5909–5915. doi: 10.1016/j.energy.2011.08.031, ISSN: 0360-5442.

Warr B., R. Ayres, N. Eisenmenger, F. Krausmann, and H. Schandl (2010). Energy use and economic development: A comparative analysis of useful work supply in Austria, Japan, the United Kingdom and the US during 100 years of economic growth. *Ecological Economics* 69, 1904–1917. doi: 10.1016/j.ecolecon.2010.03.021, ISSN: 0921-8009.

Weber C.L. (2009). Measuring structural change and energy use: Decomposition of the US economy from 1997 to 2002. *Energy Policy* 37, 1561–1570. doi: 10.1016/j.enpol.2008.12.027, ISSN: 0301-4215.

Weber C., and S. Matthews (2007). Embodied environmental emissions in U.S. international trade, 1997–2004. *Environmental Science & Technology* 41, 4875–4881. doi: 10.1021/es0629110, ISSN: 0013-936X.

Weber C.L., and H.S. Matthews (2008). Quantifying the global and distributional aspects of American household carbon footprint. *Ecological Economics* 66, 379–391. doi: 10.1016/j.ecolecon.2007.09.021, ISSN: 0921-8009.

Weber C.L., and G.P. Peters (2009). Climate change policy and international trade: Policy considerations in the US. *Energy Policy* 37, 432–440. doi: 10.1016/j.enpol.2008.09.073, ISSN: 0301-4215.

Weber C.L., G.P. Peters, D. Guan, and K. Hubacek (2008). The contribution of Chinese exports to climate change. *Energy Policy* 36, 3572–3577. doi: 10.1016/j.enpol.2008.06.009, ISSN: 0301-4215.

Wei C., J. Ni, and M. Shen (2009). Empirical analysis of provincial energy efficiency in china. *China & World Economy* 17, 88–103. doi: 10.1111/j.1749-124X.2009.01168.x, ISSN: 1749-124X.

**Welsch H., and C. Ochsen (2005).** The determinants of aggregate energy use in West Germany: factor substitution, technological change, and trade. *Energy Economics* **27**, 93–111. Available at: http://ideas.repec.org/a/eee/eneeco/v27y2005i1p93-111.html.

**West J.J., S.J. Smith, R.A. Silva, V. Naik, Y. Zhang, Z. Adelman, M.M. Fry, S. Anenberg, L.W. Horowitz, and J.-F. Lamarque (2013).** Co-benefits of mitigating global greenhouse gas emissions for future air quality and human health. *Nature Climate Change* **3**, 885–889. doi: 10.1038/nclimate2009, ISSN: 1758-678X.

**Whitmarsh L. (2009).** Behavioural responses to climate change: Asymmetry of intentions and impacts. *Journal of Environmental Psychology* **29**, 13–23.

**Wiedmann T. (2009).** A review of recent multi-region input–output models used for consumption-based emission and resource accounting. *Ecological Economics* **69**, 211–222. doi: 10.1016/j.ecolecon.2009.08.026, ISSN: 0921-8009.

**Wiedmann T., M. Lenzen, K. Turner, and J. Barrett (2007).** Examining the global environmental impact of regional consumption activities--Part 2: Review of input-output models for the assessment of environmental impacts embodied in trade. *Ecological Economics* **61**, 15–26. Available at: http://ideas.repec.org/a/eee/ecolec/v61y2007i1p15-26.html.

**Wiedmann T., R. Wood, J. Minx, M. Lenzen, D. Guan, and R. Harris (2010).** A carbon footprint time series of the UK—results from a multi-region input-output model. *Economic Systems Research* **22**, 19–42. Available at: http://dx.doi.org/10.1080/09535311003612591.

**Wier M. (1998).** Sources of changes in emissions from energy: a structural decomposition analysis. *Economic Systems Research* **10**, 99–112.

**Wier M., M. Lenzen, J. Munksgaard, and S. Smed (2001).** Effects of household consumption patterns on $CO_2$ requirements. *Economic Systems Research* **13**, 259–274.

**Wilbanks T.J. (2011).** Inducing transformational energy technological change. *Energy Economics* **33**, 699–708. Available at: http://ideas.repec.org/a/eee/eneeco/v33y2011i4p699-708.html.

**Wood R. (2009).** Structural decomposition analysis of Australia's greenhouse gas emissions. *Energy Policy* **37**, 4943–4948. doi: 10.1016/j.enpol.2009.06.060, ISSN: 0301-4215.

**World Bank (2011).** *World Development Indicators*. World Bank, Washington, D.C. Available at: http://data.worldbank.org/data-catalog/world-development-indicators.

**World Bank (2012).** World Development Indicators | Data. Available at: http://data.worldbank.org/data-catalog/world-development-indicators.

**World Trade Organisation (2011).** *International Trade Statistics, 2011*. Geneva, Switzerland. Available at: http://www.wto.org/english/res_e/statis_e/its2011_e/its11_toc_e.htm.

**Wrigley E. (2010).** *Energy and the English Industrial Revolution*. Cambridge University Press, Cambridge and New York, ISBN: 9780521766937.

**Wu F., L.W. Fan, P. Zhou, and D.Q. Zhou (2012).** Industrial energy efficiency with $CO_2$ emissions in China: A non-parametric analysis. *Energy Policy* **49**, 164–172.

**York R. (2007).** Demographic trends and energy consumption in European Union Nations, 1960–2025. *Social Science Research* **36**, 855–872. doi: 10.1016/j.ssresearch.2006.06.007, ISSN: 0049-089X.

**Yunfeng Y., and Y. Laike (2010).** China's foreign trade and climate change: A case study of $CO_2$ emissions. *Energy Policy* **38**, 350–356. doi: 10.1016/j.enpol.2009.09.025, ISSN: 0301-4215.

**Zhu S.C., and D. Trefler (2005).** Trade and inequality in developing countries: a general equilibrium analysis. *Journal of International Economics* **65**, 21–48.

# 6

# Assessing Transformation Pathways

**Coordinating Lead Authors:**
Leon Clarke (USA), Kejun Jiang (China)

**Lead Authors:**
Keigo Akimoto (Japan), Mustafa Babiker (Sudan/Saudi Arabia), Geoffrey Blanford (USA/Germany), Karen Fisher-Vanden (USA), Jean-Charles Hourcade (France), Volker Krey (IIASA/Germany), Elmar Kriegler (Germany), Andreas Löschel (Germany), David McCollum (IIASA/USA), Sergey Paltsev (Belarus/USA), Steven Rose (USA), Priyadarshi R. Shukla (India), Massimo Tavoni (Italy), Bob van der Zwaan (Netherlands), Detlef P. van Vuuren (Netherlands)

**Contributing Authors:**
Hannes Böttcher (Austria/Germany), Katherine Calvin (USA), Katie Daenzer (USA), Michel den Elzen (Netherlands), Subash Dhar (India/Denmark), Jiyong Eom (Republic of Korea), Samuel Hoeller (Germany), Niklas Höhne (Germany), Nathan Hultman (USA), Peter Irvine (UK/Germany), Jessica Jewell (IIASA/USA), Nils Johnson (IIASA/USA), Amit Kanudia (India), Agnes Kelemen (Hungary), Klaus Keller (Germany/USA), Peter Kolp (IIASA/Austria), Mark Lawrence (USA/Germany), Thomas Longden (Australia/Italy), Jason Lowe (UK), André Frossard Pereira de Lucena (Brazil), Gunnar Luderer (Germany), Giacomo Marangoni (Italy), Nigel Moore (Canada/Germany), Ionna Mouratiadou (Greece/Germany), Nils Petermann (Germany), Philip Rasch (USA), Keywan Riahi (IIASA/Austria), Joeri Rogelj (Switzerland/Belgium), Michiel Schaeffer (Netherlands/USA), Stefan Schäfer (Germany), Jan Sedlacek (Switzerland), Laura Sokka (Finland), Christoph von Stechow (Germany), Ian Sue Wing (Trinidad and Tobago/USA), Naomi Vaughan (UK), Thilo Wiertz (Germany), Timm Zwickel (Germany)

**Review Editors:**
Wenying Chen (China), John Weyant (USA)

**Chapter Science Assistant:**
Laura Sokka (Finland)

**6**

**This chapter should be cited as:**

Clarke L., K. Jiang, K. Akimoto, M. Babiker, G. Blanford, K. Fisher-Vanden, J.-C. Hourcade, V. Krey, E. Kriegler, A. Löschel, D. McCollum, S. Paltsev, S. Rose, P.R. Shukla, M. Tavoni, B.C.C. van der Zwaan, and D.P. van Vuuren, 2014: Assessing Transformation Pathways. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

6

Executive Summary ......................................................................................................... 418

## 6.1    Introduction ......................................................................................................... 420

6.1.1    Framing and evaluating transformation pathways ............................................................. 420

6.1.2    New mitigation scenarios since AR4 ............................................................................... 420
        6.1.2.1    Non-idealized international implementation scenarios ........................................... 421
        6.1.2.2    Limited technology scenarios ....................................................................... 421

## 6.2    Tools of analysis .................................................................................................. 422

6.2.1    Overview of integrated modelling tools ............................................................................ 422

6.2.2    Overview of the scenario ensemble for this assessment ..................................................... 423

6.2.3    Uncertainty and the interpretation of large scenario ensembles ............................................ 423

6.2.4    Interpretation of model inability to produce particular scenarios ......................................... 424

## 6.3    Climate stabilization: Concepts, costs and implications for the macro economy, sectors and technology portfolios, taking into account differences across regions ............ 424

6.3.1    Baseline scenarios ..................................................................................................... 424
        6.3.1.1    Introduction to baseline scenarios .................................................................. 424
        6.3.1.2    The drivers of baseline energy-related emissions ................................................ 424
        6.3.1.3    Baseline emissions projections from fossil fuels and industry .................................. 425
        6.3.1.4    Baseline $CO_2$ emissions from land use and emissions of non-$CO_2$ gases .................. 426
        6.3.1.5    Baseline radiative forcing and cumulative carbon emissions .................................... 428

6.3.2    Emissions trajectories, concentrations, and temperature in transformation pathways ................. 428
        6.3.2.1    Linking between different types of scenarios ...................................................... 428
        6.3.2.2    The timing of emissions reductions: The influence of technology, policy, and overshoot ........... 433
        6.3.2.3    Regional roles in emissions reductions ............................................................ 434
        6.3.2.4    Projected $CO_2$ emissions from land use ........................................................ 435
        6.3.2.5    Projected emissions of other radiatively important substances ................................. 436
        6.3.2.6    The link between concentrations, radiative forcing, and temperature ......................... 438

6.3.3    Treatment of impacts and adaptation in transformation pathways ....................................... 441

6.3.4    Energy sector in transformation pathways ....................................................................... 443

6.3.5    Land and bioenergy in transformation pathways ............................................................... 445

**6**

6.3.6   **The aggregate economic implications of transformation pathways** ....................................... **448**
        6.3.6.1   Overview of the aggregate economic implications of mitigation .................................... 448
        6.3.6.2   Global aggregate costs of mitigation in idealized implementation scenarios......................... 449
        6.3.6.3   The implications of technology portfolios for aggregate global economic costs..................... 453
        6.3.6.4   Economic implications of non-idealized international mitigation policy implementation............ 459
        6.3.6.5   The interactions between policy tools and their implementation, pre-existing taxes,
                  market failures, and other distortions................................................................. 455
        6.3.6.6   Regional mitigation costs and effort-sharing regimes ............................................... 456

6.4   **Integrating long- and short-term perspectives** ...................................................... **462**

      6.4.1   **Near-term actions in a long-term perspective** ............................................................. **462**

      6.4.2   **Near-term emissions and long-term transformation pathways** ............................................. **462**

      6.4.3   **The importance of near-term technological investments and development of institutional capacity** .... **464**

6.5   **Integrating technological and societal change** ....................................................... **466**

      6.5.1   **Technological change**........................................................................................ **466**

      6.5.2   **Integrating societal change** ................................................................................ **467**

6.6   **Sustainable development and transformation pathways, taking into
      account differences across regions**....................................................................... **468**

      6.6.1   **Co-benefits and adverse side-effects of mitigation measures:
              Synthesis of sectoral information and linkages to transformation pathways** ........................... **472**

      6.6.2   **Transformation pathways studies with links to other policy objectives** ................................... **472**
              6.6.2.1   Air pollution and health......................................................................... 473
              6.6.2.2   Energy security................................................................................. 475
              6.6.2.3   Energy access................................................................................... 476
              6.6.2.4   Employment..................................................................................... 476
              6.6.2.5   Biodiversity conservation ...................................................................... 476
              6.6.2.6   Water use ....................................................................................... 477
              6.6.2.7   Integrated studies of multiple objectives ...................................................... 477

6.7   **Risks of transformation pathways**...................................................................... **478**

6.8   **Integrating sector analyses and transformation scenarios** ......................................... **478**

      6.8.1   **The sectoral composition of GHG emissions along transformation pathways**............................... **478**

      6.8.2   **Mitigation from a cross-sectoral perspective: Insights from integrated models** .......................... **479**

      6.8.3   **Decarbonizing energy supply**............................................................................... **480**

6.8.4      Energy demand reductions and fuel switching in end-use sectors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 480

6.8.5      Options for bioenergy production, reducing land-use change emissions,
           and creating land-use GHG sinks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484

6.9        Carbon and radiation management and other geo-engineering options
           including environmental risks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484

6.9.1      Carbon dioxide removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485
           6.9.1.1    Proposed carbon dioxide removal methods and characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485
           6.9.1.2    Role of carbon dioxide removal in the context of transformation pathways . . . . . . . . . . . . . . . . . . . 486

6.9.2      Solar radiation management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
           6.9.2.1    Proposed solar radiation management methods and characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . 486
           6.9.2.2    The relation of solar radiation management to climate policy and transformation pathways . . . . . . . 487

6.9.3      Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489

6.10       Gaps in knowledge and data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489

6.11       Frequently Asked Questions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 491

# Executive Summary

Stabilizing greenhouse gas (GHG) concentrations will require large-scale transformations in human societies, from the way that we produce and consume energy to how we use the land surface. A natural question in this context is what will be the 'transformation pathway' towards stabilization; that is, how do we get from here to there? The topic of this chapter is transformation pathways. The chapter is primarily motivated by three questions. First, what are the near-term and future choices that define transformation pathways, including the goal itself, the emissions pathway to the goal, technologies used for and sectors contributing to mitigation, the nature of international coordination, and mitigation policies? Second, what are the key characteristics of different transformation pathways, including the rates of emissions reductions and deployment of low-carbon energy, the magnitude and timing of aggregate economic costs, and the implications for other policy objectives such as those generally associated with sustainable development? Third, how will actions taken today influence the options that might be available in the future? As part of the assessment in this chapter, data from over 1000 new scenarios published since the IPCC Fourth Assessment Report (AR4) were collected from integrated modelling research groups, many from large-scale model intercomparison studies. In comparison to AR4, new scenarios, both in this AR5 dataset and more broadly in the literature assessed in this chapter, consider more ambitious concentration goals, a wider range of assumptions about technology, and more possibilities for delays in additional global mitigation beyond that of today and fragmented international action.

**Atmospheric concentrations in baseline scenarios collected for this assessment (scenarios without additional efforts to constrain emissions beyond those of today) all exceed 450 parts per million (ppm) carbon dioxide-equivalent (CO$_2$eq) by 2030 and lie above the RCP 6.0 representative concentration pathway in 2100 (770 ppm CO$_2$eq in 2100); the majority lie below the RCP 8.5 concentration pathway in 2100 (1330 ppm CO$_2$eq in 2100)** (*high confidence*). The scenario literature does not systematically explore the full range of uncertainty surrounding development pathways and the possible evolution of key drivers such as population, technology, and resources. However, the baseline scenarios do nonetheless strongly suggest that absent explicit efforts at mitigation, cumulative CO$_2$ emissions since 2010 will exceed 700 GtCO$_2$ by 2030, exceed 1500 GtCO$_2$ by 2050, and potentially be well over 4000 GtCO$_2$ by 2100. [Section 6.3.1]

**Scenarios can be distinguished by the long-term concentration level they reach by 2100; however, the degree to which concentrations exceed (overshoot) this level before 2100 is also important** (*high confidence*). The large majority of scenarios produced in the literature that reach about 450 ppm CO$_2$eq by 2100 are characterized by concentration overshoot facilitated by the deployment of carbon dioxide removal (CDR) technologies. Many scenarios have been constructed to reach about 550 ppm CO$_2$eq by 2100 without overshoot.

Scenarios with more overshoot exhibit less mitigation today, but they often rest on the assumption that future decision makers deploy CDR technologies at large scale. An assessment in this chapter of geophysical climate uncertainties consistent with the dynamics of Earth System Models assessed in Working Group I (WG I) provides estimates of the temperature implications of different emissions pathways. This assessment found that the likelihood of exceeding temperature goals this century increases with peak concentration levels, which are higher in overshoot scenarios. [6.3.2]

**All major-emitting regions make substantial reductions from their baseline CO$_2$eq emissions over the century in scenarios that bring atmospheric concentrations to about 550 ppm CO$_2$eq or below by 2100** (*high confidence*). In most scenarios collected for this assessment that reach concentrations of about 550 ppm CO$_2$eq by 2100, global CO$_2$eq emissions are reduced by more than 50 %, and in some cases by more than 100 %, by the end of the century relative to 2010 levels. The CO$_2$eq emissions are brought to near or below zero by 2100 in the majority of the scenarios reaching concentrations of about 450 ppm CO$_2$eq by 2100. In large part because baseline emissions from the countries not part of the Organisation for Economic Cooperation and Development (OECD) in 1990 are projected to outstrip those from the OECD-1990 countries, the total CO$_2$eq reductions from baseline occurring in the non-OECD-1990 countries are larger than in the OECD-1990 countries, particularly in scenarios that cost-effectively allocate emissions reductions across countries. Emissions peak earlier in the OECD-1990 countries than in the non-OECD-1990 countries in these cost-effective scenarios. [6.3.2]

**Bringing concentrations to about 550 ppm CO$_2$eq or below by 2100 will require large-scale changes to global and national energy systems, and potentially to the use of land; these changes are inconsistent with both long- and short-term trends** (*high confidence*). Accelerated electrification of energy end use, coupled with decarbonization of the majority of electricity generation by 2050 and an associated phaseout of freely emitting coal generation, is a common feature of scenarios reaching about 550 ppm CO$_2$eq or less by 2100. Scenarios suggest that sectors currently using liquid fuel are more costly to decarbonize than electricity and may be among the last sectors to be decarbonized for deep CO$_2$ emissions reductions. Scenarios articulate very different changes in the land surface, reflecting different assumptions about the potential for bioenergy production, afforestation, and reduced deforestation. Studies indicate a large potential for energy use reductions, but also demonstrate that these reductions will not be sufficient by themselves to constrain GHG emissions. [6.3.4, 6.3.5, 6.8]

**Estimates of the aggregate economic costs of mitigation vary widely, but increase with stringency of mitigation** (*high confidence*). Most studies collected for this assessment that are based on the idealized assumptions that all countries of the world begin mitigation immediately, there is a single global carbon price applied to well-functioning markets, and key technologies are available, estimate

6

that reaching about 450 ppm $CO_2$eq by 2100 would entail global consumption losses of 1–4 % in 2030 (median of 1.7 %), 2–6 % in 2050 (median of 3.4 %), and 3–11 % in 2100 (median of 4.8 %) relative to what would happen without mitigation. These consumption losses correspond to an annual average reduction of consumption growth of 0.06 to 0.20 percentage points from 2010 to 2030 (median of 0.09), 0.06 to 0.17 percentage points from 2050 (median of 0.09), and 0.04 to 0.14 percentage points over the century (median of 0.06). To put these losses in context, studies assume annual average consumption growth rates without mitigation between 1.9 % and 3.8 % per year until 2050 and between 1.6 % and 3.0 % per year over the century. These growth rates correspond to increases in total consumption from roughly four-fold to over ten-fold over the century. Costs for maintaining concentrations at around 550 ppm $CO_2$eq are estimated to be roughly one-third to two-thirds lower. Substantially higher and lower cost estimates have been obtained based on assumptions about less idealized policy implementations, interactions with pre-existing distortions, non-climate market failures, or complementary policies. (Limits on technology and delayed mitigation are discussed below.) [6.3.6]

**Effort-sharing frameworks could help address distributional issues and decouple regional mitigation investments from financial burdens, but could be associated with significant international financial flows** (*medium confidence*). In the absence of effort-sharing frameworks, cost-effectively allocating emissions across countries would yield an uneven distribution of mitigation costs. Scenarios indicate that this would lead to higher relative costs in developing economies as well as for many fossil fuel exporters. Studies exploring effort-sharing frameworks in the context of a global carbon market estimate that the financial flows to ameliorate this asymmetry could be on the order of hundreds of billions of USD per year before mid-century to bring concentrations to about 450 ppm $CO_2$eq in 2100. [6.3.6]

**Emissions through 2030 will have strong implications for the challenges of, and options for, bringing concentrations to about 450 to about 500 ppm $CO_2$eq by the end of the twenty-first century** (*high confidence*). The vast majority of cost-effective scenarios leading to 2100 concentrations of about 450 to about 500 ppm $CO_2$eq are characterized by 2030 emissions roughly between 30 $GtCO_2$eq and 50 $GtCO_2$eq. Scenarios with emissions above 55 $GtCO_2$eq in 2030 are predominantly driven by delays in additional mitigation relative to what would be most cost-effective. These scenarios are characterized by substantially higher rates of emissions reductions from 2030 to 2050, a larger reliance on CDR technologies in the long term, and higher transitional and long-term economic impacts. Due to these challenges, many models with 2030 emissions in this range could not produce scenarios reaching about 450 ppm $CO_2$eq in 2100. Studies confirm that delaying additional mitigation through 2030 has substantially larger influence on the subsequent challenges of mitigation than delaying only through 2020. [6.3.2, 6.4]

**The availability of key technologies and improvements in the cost and performance of these technologies will have important implications for the challenge of achieving concentration goals** (*high confidence*). Many models in recent multi-model comparisons could not produce scenarios reaching approximately 450 ppm $CO_2$eq by 2100 with broadly pessimistic assumptions about key mitigation technologies. Large-scale deployment of CDR technologies in particular is relied upon in many of these scenarios in the second-half of the century. For those models that could produce such scenarios, pessimistic assumptions about important technologies for decarbonizing non-electric energy supply significantly increased the discounted global mitigation costs of reaching about 450 ppm and about 550 ppm $CO_2$eq by the end of the century, with the effect being larger for more stringent goals. These studies also showed that reducing energy demand can potentially decrease mitigation costs significantly. [6.3.2, 6.3.4, 6.3.6, 6.4]

**Mitigation efforts will influence the costs of meeting other policy objectives. Recent studies indicate that climate policies significantly reduce the costs of reaching energy security and air quality objectives** (*medium evidence, high agreement*). The associated economic implications for these objectives are not taken into account in most scenario studies. Sectoral studies suggest that the potential for co-benefits of energy end-use mitigation measures outweighs the potential for adverse side-effects, whereas the evidence suggests this may not be the case for all supply-side and AFOLU measures. The overall welfare implications associated with these additional objectives have not been assessed thoroughly in the literature. [6.6]

**There is uncertainty about the potential of geoengineering by CDR or solar radiation management (SRM) to counteract climate change, and all techniques carry risks and uncertainties** (*high confidence*). A range of different SRM and CDR techniques has been proposed, but no currently existing technique could fully replace mitigation or adaptation efforts. Nevertheless, many low-GHG concentration scenarios rely on two CDR techniques, afforestation and biomass energy with carbon dioxide capture and storage (BECCS), which some studies consider to be comparable with conventional mitigation methods. Solar radiation management could reduce global mean temperatures, but with uneven regional effects, for example on temperature and precipitation, and it would not address all of the impacts of increased $CO_2$ concentrations, such as ocean acidification. Techniques requiring large-scale interventions in the earth system, such as ocean fertilization or stratospheric aerosol injections, carry significant risks. Although proposed geoengineering techniques differ substantially from each other, all raise complex questions about costs, risks, governance, and ethical implications of research and potential implementation. [6.9]

Despite the advances in our understanding of transformation pathways since AR4, many avenues of inquiry remain unanswered. Important future research directions include the following: development of a broader set of socioeconomic and technological storylines to support development of scenarios; scenarios explicitly pursuing a wider set of climate goals, including those related to temperature change; more mitigation scenarios that include impacts from, and adaptations

to, a changing climate, including energy and land use systems critical for mitigation; expanded treatment of the benefits and risks of CDR and SRM options; expanded treatment of co-benefits and adverse side-effects of mitigation pathways; improvements in the treatment and understanding of mitigation options and responses in end-use sectors in transformation pathways; and more sophisticated treatments of land use and land use-based mitigation options in mitigation scenarios. [6.10]

# 6.1   Introduction

## 6.1.1   Framing and evaluating transformation pathways

Stabilizing greenhouse gas (GHG) concentrations at any level will require deep reductions in GHG emissions. Net global $CO_2$ emissions, in particular, must eventually be brought to or below zero. Emissions reductions of this magnitude will require large-scale transformations in human societies, from the way that we produce and consume energy to how we use the land surface. The more ambitious the stabilization goal, the more rapid this transformation must occur. A natural question in this context is what will be the transformation pathway toward stabilization; that is, how do we get from here to there?

The topic of this chapter is transformation pathways. The chapter is motivated primarily by three questions. First, what are the near-term and future choices that define transformation pathways including, for example, the goal itself, the emissions pathway to the goal, the technologies used for and sectors contributing to mitigation, the nature of international coordination, and mitigation policies? Second, what are the key decision making outcomes of different transformation pathways, including the magnitude and international distribution of economic costs and the implications for other policy objectives such as those associated with sustainable development? Third, how will actions taken today influence the options that might be available in the future?

Two concepts are particularly important for framing any answers to these questions. The first is that there is no single pathway to stabilization of GHG concentrations at any level. Instead, the literature elucidates a wide range of transformation pathways. Choices will govern which pathway is followed. These choices include, among other things, the long-term stabilization goal, the emissions pathway to meet that goal, the degree to which concentrations might temporarily overshoot the goal, the technologies that will be deployed to reduce emissions, the degree to which mitigation is coordinated across countries, the policy approaches used to achieve these goals within and across countries, the treatment of land use, and the manner in which mitigation is meshed with other policy objectives such as sustainable development.

The second concept is that transformation pathways can be distinguished from one another in important ways. Weighing the characteristics of different pathways is the way in which deliberative decisions about transformation pathways would be made. Although measures of aggregate economic implications have often been put forward as key deliberative decision making factors, these are far from the only characteristics that matter for making good decisions. Transformation pathways inherently involve a range of tradeoffs that link to other national and policy objectives such as energy and food security, the distribution of economic costs, local air pollution, other environmental factors associated with different technology solutions (e.g., nuclear power, coal-fired carbon dioxide capture and storage (CCS)), and economic competitiveness. Many of these fall under the umbrella of sustainable development.

A question that is often raised about particular stabilization goals and transformation pathways to those goals is whether the goals or pathways are 'feasible'. In many circumstances, there are clear physical constraints that can render particular long-term goals physically impossible. For example, if additional mitigation beyond that of today is delayed to a large enough degree and carbon dioxide removal (CDR) options are not available (see Section 6.9), a goal of reaching 450 ppm $CO_2$eq by the end of the 21st century can be physically impossible. However, in many cases, statements about feasibility are bound up in subjective assessments of the degree to which other characteristics of particular transformation pathways might influence the ability or desire of human societies to follow them. Important characteristics include economic implications, social acceptance of new technologies that underpin particular transformation pathways, the rapidity at which social and technological systems would need to change to follow particular pathways, political feasibility, and linkages to other national objectives. A primary goal of this chapter is to illuminate these characteristics of transformation pathways.

## 6.1.2   New mitigation scenarios since AR4

Since the IPCC Fourth Assessment Report (AR4), the integrated modelling community has produced a range of new transformation pathway scenarios. Major advances include an increase in the number of scenarios exploring the following: low-concentration goals such as 450 ppm $CO_2$eq; overshoot emissions trajectories with and without CDR technologies; a variety of international mitigation policy configurations, including fragmented action and delays in additional mitigation beyond that of today; and the implications of variations in technology cost, performance, and availability. The literature also includes a small but growing set of scenarios and research exploring the linkage between mitigation and other policy objectives, an increasingly sophisticated treatment of the role of land use in mitigation, and scenarios exploring non-market approaches to mitigation. Two particularly important categories for the discussion in this chapter are non-idealized international implementation scenarios and scenarios with limits

6

on technology cost, performance, or availability. These categories of scenarios are discussed in more detail below.

### 6.1.2.1   Non-idealized international implementation scenarios

At the time of AR4, the majority of mitigation scenarios were based on the idealized assumption that mitigation is undertaken where and when it is least expensive. Such 'idealized implementation' scenarios assume the imposition of a global price on carbon that reaches across countries, permeates all economic sectors within countries, and rises over time in a way that will minimize discounted economic costs over a long period of time, typically through 2100. These are often referred to as 'cost-effective' scenarios, because they lead to the lowest aggregate global mitigation costs under idealized assumptions about the functioning of markets and economies (see Section 6.3.6). However, the reality of international strategies for mitigation is one of different countries taking on mitigation at different times and using different and independent implementation approaches. Responding to this reality, the research community has produced a large set of 'non-idealized' international implementation scenarios for reaching long-term concentration goals. Often, but not always, non-idealized implementation is focused on the coming decades, with a transition toward idealized implementation in the long run. In addition to individual papers (for example, Richels et al., 2007; Edmonds et al., 2008; Luderer et al., 2014b; Rogelj et al., 2013a), there have been a number of multi-model projects exploring non-idealized implementation scenarios (Table 6.1). This chapter relies heavily on those multi-model studies.

There are a number of ways that scenarios may deviate from the idealized implementation, but two are most prominent in the new literature. One set of scenarios includes those in which near-term mitigation is inconsistent with—typically less than—what would be called for to minimize the discounted, century-long costs of meeting a long-term goal such as 450 ppm $CO_2$eq by 2100. These scenarios are intended to capture the implications of 'delayed action' or 'delayed mitigation' or 'constrained near-term ambition'. Mitigation is not undertaken 'when' it would be least expensive. The other set of scenarios includes those in which the price on carbon is not consistent across countries. Some countries reduce emissions more aggressively than others, particularly in the near-term, so that mitigation is not undertaken 'where' it is least expensive. These scenarios are intended to capture the implications of 'fragmented action' or 'delayed participation'. Non-idealized international implementation scenarios may include one or both of these deviations.

### 6.1.2.2   Limited technology scenarios

Scenario research prior to AR4 emphasized the importance of technology in constraining the costs of mitigation. A range of individual papers had made initial explorations of this space for more than a decade before AR4. Since AR4, however, a range of new studies have emerged including large model intercomparison studies, that have focused on the implications of limitations on technology cost, performance, availability on the cost and other characteristics of meeting concentration goals such as 450 ppm $CO_2$eq by 2100. The large model intercomparison studies include Energy Modeling Forum (EMF) 27 (Krey et al., 2014; Kriegler et al., 2014a), ADAM (Adaptation and Mitigation Strategies: Supporting European Climate Policy) (Edenhofer et al., 2010), RECIPE (Report on Energy and Climate Policy in Europe) (Luderer et al., 2012a; Tavoni et al., 2012), and AMPERE (Assessment of Climate Change Mitigation Pathways and Evaluation of the Robustness of Mitigation Cost Estimates) (Riahi et al., 2014). In addition to the large model intercomparison studies, a number of individual

**Table 6.1 |** Multi-model studies exploring non-idealized international implementation

| Multi-Model Study | Description |
|---|---|
| EMF 22 (Clarke et al., 2009) | Delayed participation (fragmented action) scenarios in which Organisation for Economic Co-operation and Development (OECD) countries begin mitigation immediately; Brazil, Russia, India, and China begin after 2030; remaining countries begin after 2050. Scenarios meet various 2100 concentration goals, with and without overshooting the concentration goal. |
| EMF 27 (Blanford et al., 2014; Kriegler et al., 2014a) | Delayed and limited participation scenario with Annex I adopting 80% emissions reductions until 2050, non-Annex I adopting a global 50% emissions reduction by 2050 after 2020, and resource exporting countries not undertaking emissions reductions. |
| AMPERE (Kriegler et al., 2014c; Riahi et al., 2014) | Two studies: AMPERE WP2 focused on delayed mitigation scenarios with the world following moderate mitigation until 2030, and adopting long-term concentration goals thereafter. AMPERE WP3 focused on delayed participation scenarios with EU27 or EU27 and China acting immediately and the remaining countries transitioning from moderate policies to a global carbon pricing regime (without mitigation goal) between 2030 and 2050. |
| LIMITS (Kriegler et al., 2013b; Tavoni et al., 2013) | Delayed mitigation scenarios with the world following two levels of moderate fragmented action through 2020 or 2030, and adopting two long-term concentration goals thereafter. Three different effort-sharing schemes are considered. |
| RoSE (Luderer et al., 2014a) | Delayed mitigation scenarios with the world following moderate fragmented action in the near term and adopting a long-term concentration goal after 2020 or 2030. |

Note: The Energy Modeling Forum (EMF) 27, AMPERE (Assessment of Climate Change Mitigation Pathways and Evaluation of the Robustness of Mitigation Cost Estimates), LIMITS (Low Climate Impact Scenarios and the Implications of Required Tight Emission Control Strategies), and RoSE (Roadmaps Towards Sustainable Energy Futures) studies also included scenarios of moderate fragmented action throughout the 21st century without the goal of meeting any specific long-term concentration.

research papers and reports have explored this space since AR4, typically constrained to a single model (Richels et al., 2007; Calvin et al., 2009a; Krey and Riahi, 2009; van Vliet et al., 2009; Riahi et al., 2012; Luderer et al., 2013; Rogelj et al., 2013b). In many cases, these studies have simply assumed that particular technologies, such as CCS or nuclear power, may not be available. In others, studies have put constraints on resource supplies, for example, the supply of bioenergy. In others, they have called for variations in cost and performance of different technologies. Many have also explored the implications of energy end-use improvements.

# 6.2   Tools of analysis

## 6.2.1   Overview of integrated modelling tools

The long-term scenarios assessed in this chapter were generated primarily by large-scale, integrated models that can project key characteristics of transformation pathways to mid-century and beyond. These models represent many of the most relevant interactions among important human systems (e.g., energy, agriculture, the economic system), and often represent important physical processes associated with climate change (e.g., the carbon cycle). Other approaches to explore transformation pathways include qualitative scenario methods and highly aggregated modelling tools, such as those used for cost-benefit analysis (see Box 6.1 on cost-benefit analysis, p. 394). These other approaches provide a different level of quantitative information about transformation pathways than scenarios from large-scale integrated models.

All integrated models share some common traits. Most fundamentally, integrated models are simplified, stylized, numerical approaches to represent enormously complex physical and social systems. They take in a set of input assumptions and produce outputs such as energy system transitions, land-use transitions, economic effects of mitigation, and emissions trajectories. Important input assumptions include population growth, baseline economic growth, resources, technological change, and the mitigation policy environment. The models do not structurally represent many social and political forces that can influence the way the world evolves (e.g., shocks such as the oil crisis of the 1970s). Instead, the implications of these forces enter the model through assumptions about, for example, economic growth and resource supplies. The models use economics as the basis for decision making. This may be implemented in a variety of ways, but it fundamentally implies that the models tend toward the goal of minimizing the aggregate economic costs of achieving mitigation outcomes, unless they are specifically constrained to behave otherwise. In this sense, the scenarios tend towards normative, economics-focused descriptions of the future. The models typically assume fully functioning markets and competitive market behavior, meaning that factors such as non-market

transactions, information asymmetries, and market power influencing decisions are not effectively represented. Maintaining a long-term, integrated, and often global perspective involves tradeoffs in terms of the detail at which key processes can be represented in integrated models. Hence, the models do not generally represent the behaviour of certain important system dynamics, such as economic cycles or the operation of electric power systems important for the integration of solar and wind power, at the level of detail that would be afforded by analyses that the focus exclusively on those dynamics.

Beyond these and other similarities, integrated modelling approaches can be very different, and these differences can have important implications for the variation among scenarios that emerge from different models. The following paragraphs highlight a number of key differences in model structure. To provide insight into the implications of these tradeoffs, potential implications for aggregate economic costs are provided as examples, when appropriate.

**Economic coverage and interactions.** Models differ in terms of the degree of detail with which they represent the economic system and the degree of interaction they represent across economic sectors. *Full-economy* models (e.g., general equilibrium models) represent interactions across all sectors of the economy, allowing them to explore and understand ripple effects from, for example, the imposition of a mitigation policy, including impacts on overall economic growth. *Partial-economy* models, on the other hand, take economic activity as an input that is unresponsive to policies or other changes such as those associated with improvements in technology. These models tend to focus more on detailed representations of key systems such as the energy system. All else equal, aggregate economic costs would tend to be higher in full-economy models than in partial-economy models because full-economy models include feedbacks to the entire economy. On the other hand, full-economy models may include more possibilities for substitution in sectors outside of those represented in partial-economy models, and this would tend to reduce aggregate economic costs.

**Foresight.** *Perfect-foresight* models (e.g., intertemporal optimization models) optimize over time, so that all future decisions are taken into account in today's decisions. In contrast, *recursive-dynamic* models make decisions at each point in time based only on the information in that time period. In general, perfect-foresight models would be likely to allocate emissions reductions more efficiently over time than recursive-dynamic models, which should lead to lower aggregate costs.

**Representation of trade.** Models differ in terms of how easy it is for goods to flow across regions. On one end of the spectrum are models assuming goods are homogeneous and traded easily at one world price (Heckscher-Ohlin) or that there is one global producer (quasi-trade). On the other end of the spectrum are models assuming a preference for domestic goods over imported goods (Armington) or models without explicit trade across regions (e.g., models with import supply functions). In general, greater flexibility to trade will result in

lower-aggregate mitigation costs because the global economy is more flexible to undertake mitigation where it is least expensive. More generally, many partial-equilibrium models include trade only in carbon permits and basic energy commodities. These models are not capable of exploring the full nature of carbon leakage that might emerge from mitigation policies, and particularly those associated with fragmented international action.

**Model flexibility.** The *flexibility* of models describes the degree to which they can change course. Model flexibility is not a single, explicit choice for model structure. Instead, it is the result of a range of choices that influence, for example, how easily capital can be reallocated across sectors including the allowance for premature retirement of capital stock, how easily the economy is able to substitute across energy technologies, whether fossil fuel and renewable resource constraints exist, and how easily the economy can extract resources. The complexity of the different factors influencing model flexibility makes clear delineations of which models are more or less flexible difficult. Evaluation and characterization of model flexibility is an area of current research (see Kriegler et al., 2014b). Greater flexibility will tend to lower mitigation costs.

**Sectoral, regional, technology, and GHG detail.** Models differ dramatically in terms of the detail at which they represent key sectors and systems. These differences influence not only the way that the models operate, but also the information they can provide about transformation pathways. Key choices include the number of regions, the degree of technological detail in each sector, which GHGs are represented and how, whether land use is explicitly represented, and the sophistication of the model of earth system process such as the carbon cycle. Some models include only $CO_2$ emissions, many do not treat land-use change (LUC) and associated emissions, and many do not have submodels of the carbon cycle necessary to calculate $CO_2$ concentrations. In addition, although the scenarios in this chapter were generated from global models that allow for the implications of mitigation for international markets to be measured, regional models can provide finer detail on the implications for a specific region's economy and distributional effects. The effects of detail on aggregate mitigation costs are ambiguous

**Representation of technological change.** Models can be categorized into two groups with respect to technological change. On one end of the spectrum, models with *exogenous technological change* take technology as an input that evolves independently of policy measures or investment decisions. These models provide no insight on how policies may induce advancements in technology. On the other end of the spectrum, models with *endogenous technological change* (also known as *induced technological change*) allow for some portion of technological change to be influenced by deployment rates or investments in research and development (R&D). Models featuring endogenous technological change are valuable for understanding how the pace of technological change might be influenced by mitigation policies.

### 6.2.2   Overview of the scenario ensemble for this assessment

The synthesis in this chapter is based on a large set of new scenarios produced since AR4. The number of models has increased and model functionality has significantly improved since AR4, allowing for a broader set of scenarios in the AR5 ensemble. The majority of these scenarios were produced as part of multi-model comparisons. Most model intercomparison studies produce publicly available databases that include many of the key outputs from the studies. Although crucial for our understanding of transformation pathways, these intercomparison exercises are not the only source of information on transformation pathways. A range of individual studies has been produced since AR4, largely assessing transformation pathways in ways not addressed in the model intercomparison exercises. For the purposes of this assessment, an open call was put forward for modellers to submit scenarios not included in the large model intercomparison databases. These scenarios, along with those from many of the model intercomparison studies, have been collected in a database that is used extensively in this chapter. A summary of the models and model intercomparison exercises that generated the scenarios referenced in this chapter can be found in Annex II.10.

### 6.2.3   Uncertainty and the interpretation of large scenario ensembles

The interpretation of large ensembles of scenarios from different models, different studies, and different versions of individual models is a core component of the assessment of transformation pathways in this chapter. Indeed, many of the tables and figures represent ranges of results across all these dimensions.

There is an unavoidable ambiguity in interpreting ensemble results in the context of uncertainty. On the one hand, the scenarios assessed in this chapter do not represent a random sample that can be used for formal uncertainty analysis. Each scenario was developed for a specific purpose. Hence, the collection of scenarios included in this chapter does not necessarily comprise a set of 'best guesses.' In addition, many of these scenarios represent sensitivities, particularly along the dimensions of future technology availability and the timing of international action on climate change, and are therefore highly correlated. Indeed, most of the scenarios assessed in this chapter were generated as part of model intercomparison exercises that impose specific assumptions, often regarding long-term policy approaches to mitigation, but also in some cases regarding fundamental drivers like technology, population growth, and economic growth. In addition, some modelling groups have generated substantially more scenarios than others, introducing a weighting of scenarios that can be difficult to interpret. At the same time, however, with the exception of pure sensitivity studies, the scenarios were generated by experts making informed judgements about how key forces might evolve in the future and how important systems interact. Hence, although they are not explicitly representative of uncertainty, they do

6

provide real and often clear insights about our lack of knowledge about key forces that might shape the future (Fischedick et al., 2011; Krey and Clarke, 2011). The synthesis in this chapter does not attempt to resolve the ambiguity associated with ranges of scenarios, and instead focuses simply on articulating the most robust and valuable insights that can be extracted given this ambiguity. However, wherever possible, scenario samples are chosen in such a way as to reduce bias, and these choices are made clear in the discussion and figure legends.

### 6.2.4    Interpretation of model inability to produce particular scenarios

A question that is often raised about particular stabilization goals and transformation pathways is whether the goals or pathways are 'feasible' (see Section 6.1). Integrated models can be helpful in informing this question by providing information about key elements of transformation pathways that might go into assessments of feasibility, such as rates of deployment of energy technologies, rates of reductions in global and regional emissions, aggregate economic costs, financial flows among regions, and links to other policy objectives such as energy security or energy prices. However, beyond cases where physical laws might be violated to achieve a particular scenario (for example, a 2100 carbon budget is exceeded prior to 2100 with no option for negative emissions), these integrated models cannot determine feasibility in an absolute sense.

This is an important consideration when encountering situations in which models are incapable of producing scenarios. Many models have been unable to achieve particularly aggressive concentration goals such as reaching 450 ppm $CO_2$eq by 2100, particularly under challenging technological or policy constraints. In some cases, this may be due to the violation of real physical laws, the most common of which is when the cumulative carbon budget associated with meeting a long-term goal is exceeded without options to remove carbon from the atmosphere. Frequently, however, instances of model infeasibility arise from pushing models beyond the boundaries of what they were built to explore, for example, rates of change in the energy system that exceed what the model can represent, or carbon prices sufficiently high that they conflict with the underlying computational structure. Indeed, in many cases, one model may be able to produce scenarios while another will not, and model improvements over time may result in feasible scenarios that previously were infeasible. Hence, although these model infeasibilities cannot generally be taken as an indicator of feasibility in an absolute sense, they are nonetheless valuable indicators of the challenge associated with achieving particular scenarios. For this reason, whenever possible, this chapter highlights those situations where models were unable to produce scenarios.

Unfortunately, this type of result can be difficult to fully represent in an assessment because, outside of model intercomparison studies intended explicitly to identify these circumstances, only scenarios that could actually be produced (as opposed that could not be produced)

are generally published. Whether certain circumstances are under-represented because they have been under-examined or because they have been examined and the scenarios failed is a crucial distinction, yet one that it is currently not possible to fully report. Model infeasibilities can bias results in important ways, for example, the costs of mitigation, because only those models producing scenarios can provide estimated costs (Tavoni and Tol, 2010).

## 6.3    Climate stabilization: Concepts, costs and implications for the macro economy, sectors and technology portfolios, taking into account differences across regions

### 6.3.1    Baseline scenarios

#### 6.3.1.1    Introduction to baseline scenarios

Baseline scenarios are projections of GHG emissions and their key drivers as they might evolve in a future in which no explicit actions are taken to reduce GHG emissions. Baseline scenarios play the important role of establishing the projected scale and composition of the future energy, economic, and land-use systems as a reference point for measuring the extent and nature of required mitigation for a given climate goal. Accordingly, the resulting estimates of mitigation effort and costs in a particular mitigation scenario are always conditional upon the associated baseline.

Although the range of emissions pathways across baseline scenarios in the literature is broad, it may not represent the full potential range of possibilities. There has been comparatively little research formally constructing or eliciting subjective probabilities for comprehensive ranges of the key drivers of baseline emissions in a country-specific context, and this remains an important research need for scenario development. As discussed in Section 6.2, although the range of assumptions used in the literature conveys some information regarding modellers' expectations about how key drivers might evolve and the associated implications, several important factors limit its interpretation as a true uncertainty range. An important distinction between scenarios in this regard is between those that are based on modellers' 'default' assumptions and those that are harmonized across models within specific studies. The former can be considered a better, although still imperfect, representation of modellers' expectations about the future, while, as is discussed below, the latter consider specific alternative views that in some cases span a larger range of possible outcomes.

### 6.3.1.2   The drivers of baseline energy-related emissions

As discussed in Chapter 5, the drivers of the future evolution of energy-related emissions in the baseline can be summarized by the terms of the Kaya identity: population, per capita income, energy intensity of economic output, and carbon intensity of energy. At the global level, baseline projections from integrated models are typically characterized by modest population growth stabilizing by the end of the century, fast but decelerating growth in income, decline in energy intensity, and modest changes in carbon intensity with ambiguous sign (Figure 6.1).

There is comparatively little variation across model scenarios in projected population growth, with virtually all modelling studies relying

on central estimates (UN, 2012). One exception is the RoSE project (Bauer et al., 2014b; Calvin et al., 2014b; De Cian et al., 2014), which explicitly considers high population scenarios, as well as the storyline beneath the representative concentration pathways (RCP) 8.5 scenario. Among the majority of default population projections, there are some minor differences across models, for example, the extent to which declining rates for certain regions in coming decades are incorporated. On the other hand, there is substantially more variation in model projections of per capita income, with a few scenarios harmonized at both the low and high ends of the range, and energy intensity, for which two studies (AMPERE and EMF27) specified alternative 'fast' decline baselines. Still, the interquartile range of default assumptions for both indicators is narrow, suggesting that many scenarios are based on a



**Figure 6.1 |** Global baseline projection ranges for Kaya factors. Scenarios harmonized with respect to a particular factor are depicted with individual lines. Other scenarios are depicted as a range with median emboldened; shading reflects interquartile range (darkest), 5th—95th percentile range (lighter), and full range (lightest), excluding one indicated outlier in panel a) Scenarios are filtered by model and study for each indicator to include only unique projections. Model projections and historic data are normalized to 1 in 2010. Gross domestic product (GDP) is aggregated using base-year market exchange rates. Energy and carbon intensity are measured with respect to total primary energy. Sources: UN (2012), WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9; Heston et al. (2012), World Bank (2013), BP (2013).

**6**

similar underlying narrative. Models project a faster global average growth rate in the future as dynamic emerging economies constitute an increasing share of global output. Energy intensity declines more rapidly than in the past, with an especially marked departure from the historical trend for 'fast' energy intensity decline scenarios. Carbon intensity, typically viewed as a lead outcome driven by resource and technology cost assumptions, is projected in most baseline scenarios to change relatively little over time, but there are exceptions in both directions. Declining carbon intensity could result from rapid improvements in renewable technologies combined with rising fossil fuel prices. Conversely, the fossil share in energy could rise with favourable resource discoveries, or the fossil mix could become more carbon intensive, for example, due to replacement of conventional petroleum with heavier oil sands or coal-to-liquids.

While all models assume increasing per capita income and declining energy intensity, broad ranges are projected and high uncertainty remains as to what rates might prevail. Most models describe income growth as the result of exogenous improvement over time in labour productivity. The processes of technological advance by which such improvement occurs are only partially understood. Changes in aggregate energy intensity over time are the net result of several trends, including both improvements in the efficiency of energy end-use technology and structural changes in the composition of energy demand. Structural changes can work in both directions: there may be increased demand for energy-intensive services such as air-conditioning as incomes rise, while on the production side of the economy, there may be shifts to less energy-intensive industries as countries become wealthier. Although increasing energy intensity has been observed for some countries during the industrialization stage, the net effect is usually negative, and in general energy intensity has declined consistently over time. Both efficiency improvements and structural change can be driven by changes in energy prices, but to a significant extent both are driven by other factors such as technological progress and changing preferences with rising incomes. Most integrated models are able to project structural and technological change only at an aggregate level, although some include explicit assumptions for certain sectors (Sugiyama et al., 2014).

Because of limited variation in population and carbon-intensity projections, the relative strength of the opposing effects of income growth and energy intensity decline (summarized by changes in per capita energy), plays the most important role in determining the growth of emissions in the baseline scenario literature (see Blanford et al., 2012). Assumptions about the evolution of these factors vary strongly across regions. In general, rates of change in population, income, energy intensity, and per capita energy are all expected to be greater in developing countries than in currently developed countries in coming decades, although this pattern has not necessarily prevailed in the past 40 years, as non-OECD-1990 countries had slower energy intensity decline than OECD-1990 countries (Figure 6.2). Among default energy-intensity scenarios, assumed rates of change appear to be positively correlated between income and energy intensity, so that equiv-



**Figure 6.2 |** Average rates of change between 2010 and 2050 in baseline scenarios for GDP per capita and energy intensity of GDP in OECD-1990 and Non-OECD-1990. There are 62 of 77 unique default intensity scenarios and 22 of 24 unique fast intensity scenarios plotted. Omitted are scenarios without OECD-1990 break-out. Sources: UN (2012), WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9; Heston et al. (2012), World Bank (2013), BP (2013).

alent per capita energy outcomes are realized through varying combinations of these two indicators. The harmonized shift in the energy intensity decline rate leads to very low per capita energy rates, with global per capita energy use declining in a few cases (Figure 6.2). Projected emissions are essentially the product of per capita energy and carbon intensity projections, with most variation in future emissions scenarios explained by variation in per capita energy; the highest emissions projections arise from instances with high levels in both indicators (Figure 6.3).

### 6.3.1.3    Baseline emissions projections from fossil fuels and industry

Based on the combination of growing population, growing per capita energy demand, and a lack of significant reductions in carbon intensity of energy summarized in the previous section, global baseline emissions of $CO_2$ from fossil fuel and industrial (FF&I) sources are projected to continue to increase throughout the 21st century (Figure 6.4, left panel). Although most baseline scenarios project a deceleration in emissions growth, especially compared to the rapid rate observed in the past decade, none is consistent in the long run with the pathways in the two most stringent RCP scenarios (Sections 2.6 and 4.5), with the majority falling between the 6.0 and 8.5 pathways (see IPCC (2013), Chapter 12 for a discussion of the RCP study). The RCP 8.5 pathway has higher emissions than all but a few published baseline scenarios. Projections for baseline FF&I $CO_2$ emissions in 2050 range from only slightly higher than current levels (in scenarios with explicit assumptions about fast energy intensity decline) to nearly triple current levels.




**Figure 6.3 |** Indexed change through 2050 in carbon intensity of energy and per capita energy use in baseline scenarios. Color reflects indexed 2050 global fossil fuel and indus-trial (FF&I) $CO_2$ emissions according to key in right panel showing histogram of plotted scenarios. For default population projections, emissions are correlated with chart position; exceptions with high population are noted. Source: UN (2012), WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9; BP (2013).



**Figure 6.4 |** Global FF&I $CO_2$ emissions in baseline scenarios with default growth assumptions (grey range) and fast energy intensity decline (gold range) (left panel), and for OECD-1990 vs. non-OECD-1990 (right panel) from 1970 to 2100. RCP scenarios are shown for comparison with the global baseline ranges. Scenarios are depicted as ranges with median emboldened; shading reflects interquartile range (darkest), 5th—95th percentile range (lighter), and full extremes (lightest). Absolute projections are subject to variation in reported base-year emissions arising from different data sources and calibration approaches (Chaturvedi et al., 2012). Some of the range of variation in reported 2010 emissions reflects dif-ferences in regional definitions. Sources: WG III AR5 Scenario Database (Annex II.10), van Vuuren et al. (2011a). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9.

A common characteristic of all baseline scenarios is that the major-ity of emissions over the next century occur among non-OECD-1990 countries (Figure 6.4, right panel). Because of its large and growing population and projected rates of economic growth relatively faster than the industrialized OECD-1990 countries, this region is projected to have the dominant share of world energy demand over the course of the next century. While the range of emissions projected in the OECD-1990 region remains roughly constant (a few models have higher growth projections), nearly all growth in future baseline emissions is projected to occur in the non-OECD-1990 countries. It is important to note that while a baseline by construction excludes explicit climate policies, management of non-climate challenges, particularly in the context of sustainable development, will likely impact baseline GHG pathways. Many of these policy objectives (but likely not all) are taken

into account in baseline scenarios, such as reductions in local air pol-lution and traditional biomass use and fuel switching more generally away from solids towards refined liquids and electricity. Section 6.6 provides more details on this issue.

### 6.3.1.4    Baseline $CO_2$ emissions from land use and emissions of non-$CO_2$ gases

Baseline projections for global land-use related carbon emissions and sequestration (also referred to as net Agriculture, Forestry and Other Land Use (AFOLU) $CO_2$ emissions) are made by a smaller subset of models. Net AFOLU $CO_2$ emissions have greater historical uncertainty than FF&I emissions as discussed in Section 11.2 (Pan et al., 2011;

**6**

Houghton et al., 2012). Baseline projections for land-use related $CO_2$ emissions reflect base-year uncertainty and suggest declining annual net $CO_2$ emissions in the long run (Figure 6.5, left panel). In part, projections are driven by technological change, as well as projected declining rates of agriculture area expansion, a byproduct of decelerating population growth. Though uncertain, the estimated contribution of land-use related carbon over the coming century is small relative to emissions from fossil fuels and industry, with some models projecting a net sink late in the century. For non-$CO_2$ GHGs, the contribution in $CO_2$eq terms is larger than land-use $CO_2$, with projected emissions increasing over time (Figure 6.5, left panel). Along with fugitive methane and a few industrial sources, land-use related activities are projected to be a major driver on non-$CO_2$ emissions, accounting for roughly 50% of total methane ($CH_4$) emissions and 90% of nitrous oxide ($N_2O$) emissions. Total $CO_2$eq emissions are projected as the sum of FF&I $CO_2$, land-use related $CO_2$, and non-$CO_2$ (Figure 6.5, right panel), with FF&I $CO_2$ constituting around 80%.

#### 6.3.1.5    Baseline radiative forcing and cumulative carbon emissions

The emissions pathways for all of the emissions from the scenarios collected for this assessment were run through a common version of the MAGICC model to obtain estimates of $CO_2$eq concentrations (Section 6.3.2). As a result of projected increasing emissions in the scenarios, radiative forcing from all sources continues to grow throughout the century in all baseline scenarios, exceeding 550 $CO_2$eq (3.7 W/m$^2$) between 2040 and 2050, while 450 $CO_2$eq (2.6 W/m$^2$) is surpassed between 2020 and 2030 (Figure 6.6, left panel). Again, the majority of baseline forcing scenarios fall below the RCP 8.5 path but above RCP 6.0. Total forcing projections include the highly uncertain contribution of aerosols and other non-gas agents, which are based on the MAGICC model's median estimates of forcing as a function of aerosol emissions

(for scenarios that do not project emissions of these substances, emissions were prescribed from other sources; see Annex II.10). Due to variation in driver assumptions, which may not reflect true uncertainty, baseline scenarios could lead to a range of long-term climate outcomes, with cumulative carbon emissions from 1751 to 2100 reaching between 1.5 and 3 TtC (Figure 6.6, right panel). Noting that all of the baseline scenarios reviewed here include improvements to technology throughout the economy, there is strong evidence that, conditional on rates of growth assumed in the literature, technological change in the absence of explicit mitigation policies is not sufficient to bring about stabilization of GHG concentrations.

### 6.3.2    Emissions trajectories, concentrations, and temperature in transformation pathways

#### 6.3.2.1    Linking between different types of scenarios

There are important differences among long-term scenarios that complicate comparison between them. One difference is the nature of the goal itself. The majority of long-term scenarios focus on reaching long-term radiative forcing or GHG concentration goals. However, scenarios based on other long-term goals have also been explored in the literature. This includes scenarios focused on specific policy formulations (e.g., goal of 50% emission reduction in 2050 (G8, 2009) or the pledges made in the context of United Nations Framework Convention on Climate Change (UNFCCC) (UNFCCC, 2011a; b)), those based on cumulative emissions goals over a given period, those based on prescribed carbon prices, and those resulting from cost-benefit analysis (see Box 6.1 for a discussion of cost-benefit analysis scenarios). A second important difference is that some scenarios include all relevant forcing agents, while others only cover a subset of gases or focus only on $CO_2$. Finally, some scenarios

---

**Box 6.1 | Cost benefit analysis scenarios**

Cost-benefit studies (e.g. Tol, 1997; Nordhaus and Boyer, 2000; Hope, 2008) monetize the impacts of climate change and then balance the economic implications of mitigation and climate damages to identify the optimal trajectory of emissions reductions that will maximize total welfare. There are other frameworks of analysis for considering impacts as well (Bradford, 1999; Barrett, 2008; Keller et al., 2008b). For example, risk assessment is also often used to determine overall goals. A theoretical discussion of cost-benefit analysis, including models that have conducted these analyses, can be found in both Chapters 2 and 3. One important characteristic of cost-benefit analyses is that the bulk of research in this domain has been conducted using highly-aggregate models that do not have the structural detail necessary to explore the

nature of energy system or agricultural and land-use transitions that are the focus of this chapter. For this reason, they are not assessed in this chapter. In contrast, the scenarios explored here rely on more detailed integrated models and have been implemented in a cost-effectiveness framework, meaning that they are designed to find a least-cost approach to meeting a particular goal, such as a concentration goal in 2100. Additionally, the scenarios and models described in this chapter typically examine mitigation independent from potential feedbacks from climate impacts and adaptation responses. A discussion of studies that do incorporate impacts into their assessment of transformation pathways, and a characterization of how these feedbacks might affect mitigation strategies, is provided in Section 6.3.3.



**Figure 6.5 |** Global $CO_2$-equivalent emissions in baseline scenarios by component (left panel) and total (right panel) for baseline scenarios. Net AFOLU $CO_2$ and total non-$CO_2$ ($CH_4$, $N_2O$, and F-gases) projections are shown for individual models from EMF27. The FF&I $CO_2$ projections are depicted in detail above (see Fig.6.4); the range is truncated here. FF&I $CO_2$ includes $CO_2$ from AFOLU fossil fuel use. Total $CO_2eq$ emissions* are shown for all baseline scenarios with full coverage, depicted as a range with median emboldened; shading reflects interquartile range (darkest), 5th–95th percentile range (lighter), and full range (lightest). Sources: WG III AR5 Scenario Database (Annex II.10); historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9.

**Note:** In this chapter, $CO_2eq$ emissions are constructed using Global Warming Potentials (GWPs) over a 100-year time horizon derived from the IPCC Second Assessment Report (see Annex II.9.1 for the GWP values of the different GHGs). A discussion about different GHG metrics can be found in Sections 1.2.5 and 3.9.6.



**Figure 6.6 |** Total radiative forcing (left panel) and cumulative carbon emissions since 1751 (right panel) in baseline scenario literature compared to RCP scenarios. Forcing was estimated ex-post from models with full coverage the median output from the MAGICC results. Secondary axis in the left panel expresses forcing in $CO_2eq$ concentrations. Scenarios are depicted as ranges with median emboldened; shading reflects interquartile range (darkest), 5th–95th percentile range (lighter), and full range (lightest). Sources: WG III AR5 Scenario Database (Annex II.10); Boden et al. (2013); Houghton (2008); van Vuuren et al. (2011a).

allow concentrations to temporarily exceed long-term goals (overshoot scenarios), while others are formulated so that concentrations never exceed the long-term goal ('not-to-exceed scenarios').

Despite these differences, it is necessary for the purposes of assessment to establish comparability across scenarios. To this end, scenarios assessed here have been grouped according to several key parameters (Table 6.2) (for more detail on this process, see Annex II.10). The main criterion for grouping is the full radiative forcing level in 2100, expressed in $CO_2$eq concentrations. (Full radiative forcing here includes GHGs, halogenated gases, tropospheric ozone, aerosols, and land-use related albedo change). Radiative-forcing levels are often used as goal in scenarios, and the RCPs have been formulated in terms of this indicator (Moss et al., 2010; van Vuuren et al., 2011a). The scenario categories were chosen to relate explicitly to the four RCPs. A similar table in AR4 (Table 3.5) presented equilibrium values rather than 2100 values. Equilibrium values (as presented in AR4) and 2100 concentration and temperature values (as presented in this report) cannot easily be compared given the wide range of possible post-2100 trajectories and the lags in the physical processes that govern both. In particular, equilibrium values assume that concentrations stay constant after 2100, while many scenarios in the literature since AR5 show increasing or decreasing concentrations in 2100. Thus, it is more appropriate to focus on 21st century values to avoid relying on additional assumptions about post-2100 dynamics.

Another issue that complicates comparison across scenarios reported in the literature is that the Earth-System components (e.g., the carbon cycle and climate system) of integrated models can vary substantially (van Vuuren et al., 2009b). Hence, similar emissions pathways may arrive at identical 2100 $CO_2$eq concentration levels and climate outcomes in different models. To provide consistency in this regard across the scenarios assessed in the scenario database for AR5 (Annex II.10), and to facilitate the comparison with the assessment in Working Group I (WG I), the variation originating from the use of different models was removed by running all the scenarios in the database with at least information on Kyoto gas emissions through a standard reduced-form climate model called MAGICC (see Meinshausen et al., 2011a; b; c; Rogelj et al., 2012). For each scenario, MAGICC was run multiple times using a distribution of Earth-System parameters, creating an ensemble of MAGICC runs. The resulting median concentration from this distribution was used to classify each scenario (see Section 6.3.2.6 for more on this process and a discussion of temperature outcomes). This means that the median concentration information reported here does not reflect uncertainty by Earth-System components, unless mentioned otherwise, and it also means that the concentrations may differ from those that were originally reported in the literature for the individual models and scenarios.

The consistency of the MAGICC model version used here and the more comprehensive general circulation models used in the WGI report (IPCC, 2013) is discussed in Section 6.3.2.6, where MAGICC is also used to produce probabilistic temperature estimates. The $CO_2$eq concentration in 2010 based on the parameters used in this version of MAGICC is roughly consistent with the 2011 radiative forcing estimate from WGI.

**Table 6.2 |** Definition of $CO_2$eq concentration categories used in this assessment, the mapping used to allocate scenarios based on different metrics to those categories, and the number of scenarios that extend through 2100 in each category. [Note: This table shows the mapping of scenarios to the categories; Table 6.3. shows the resulting characteristics of the categories using this mapping. The table only covers the scenarios with information for the full 21st century. The mapping of scenarios based on 2011–2050 cumulative total $CO_2$eq emissions is described in the Methods and Metrics Annex.

| $CO_2$-equivalent concentration in 2100 (ppm $CO_2$eq) (based on full radiative forcing)[1] | | Secondary categorization criteria[2] | | | No of scenarios extending through 2100 | |
|---|---|---|---|---|---|---|
| $CO_2$eq concentration (ppm) | Radiative forcing (W/m²) | Kyoto gas only $CO_2$eq concentration in 2100 (ppm) | Cumulative total $CO_2$ emissions 2011–2100 (GtCO₂) | Corresponding RCP[3] | Total[4] | With Overshoot Greater than 0.4 W/m² |
| 430–480 | 2.3–2.9 | 450–500 | <950 | RCP 2.6 | 114 (114) | 72 (72) |
| 480–530 | 2.9–3.45 | 500–550 | 950–1500 | | 251 (257) | 77 (77) |
| 530–580 | 3.45–3.9 | 550–600 | 1500–1950 | | 198 (222) | 22 (22) |
| 580–650 | 3.9–4.5 | 630–670 | 1950–2600 | RCP 4.5 | 102 (109) | 8 (8) |
| 650–720 | 4.5–5.1 | 670–750 | 2600–3250 | | 27 (27) | 0 (0) |
| 720–1000 | 5.1–6.8 | 750–1030 | 3250–5250 | RCP 6 | 111 (120) | 0 (0) |
| > 1000 | > 6.8 | > 1030 | > 5250 | RCP 8.5 | 160 (166) | 0 (0) |

[1]   Scenarios with information for the full 21st century were categorized in different categories based on their 2100 full radiative forcing/$CO_2$eq concentration level (including GHGs and other radiatively active substances).

[2]   If insufficient information was available to calculate full forcing, scenarios were categorized, in order of preference, by 2100 Kyoto gas forcing or cumulative $CO_2$ emissions in the 2011–2100 period. Scenarios extending only through 2050 were categorized based on cumulative $CO_2$ emissions in the 2011–2050 period. Those scenarios are not included in this table. (See the Methods and Metrics Annex for more information.)

[3]   The column indicates the corresponding RCP falling within the scenario category based on 2100 $CO_2$ equivalent concentration.

[4]   Number of scenarios in the respective category, which report at least total $CO_2$ emissions (and potentially other GHGs and other radiatively active substances) to 2100. Numbers in parentheses denote all scenarios in the respective category, including those scenarios that report only $CO_2$ emissions from fossil fuels and industry (but not land-use $CO_2$).

**Table 6.3 |** Key characteristics of the scenarios categories introduced in Table 6.2. For all parameters, the 10th to 90th percentile of the scenarios are shown.[1] Source: WG III AR5 Scenario Database (Annex II.10).

| $CO_2$-equivalent concentration in 2100 (ppm $CO_2$eq)[2] | Subcategories | Cumulative $CO_2$ emissions[3] (Gt$CO_2$) 2011–2050 | 2011–2100 | $CO_2$eq. emissions in 2050 relative to 2010 (%)[4] | $CO_2$eq emissions in 2100 relative to 2010 (%) | Concentration (ppm)[5] $CO_2$ in 2100 | Peak $CO_2$eq. | Temperature (relative to 1850–1900)[6,7] 2100 Temperature (°C) | Probability of Exceeding 1.5 °C (%) | Probability of Exceeding 2 °C (%) | Probability of Exceeding 3 °C (%) | Probability of Exceeding 4 °C (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 430–480 | Total range | 550–1300 | 630–1180 | −72 to −41 | −118 to −78 | 390–435 | 465–530 | 1.5–1.7 (1.0–2.8) | 49–86 | 12–37 | 1–3 | 0–1 |
| | *Overshoot < 0.4 W/m²* | *550–1030* | *630–1180* | *−72 to −49* | *−94 to −78* | *390–435* | *465–500* | *1.5–1.7 (1.1–2.3)* | *49–72* | *12–22* | *1–2* | *0–0* |
| | *Overshoot > 0.4 W/m²* | *920–1300* | *670–1180* | *−66 to −41* | *−118 to −103* | *400–435* | *505–530* | *1.6–1.7 (1.1–2.8)* | *76–86* | *22–37* | *1–3* | *0–1* |
| 480–530 | Total range | 860–1600 | 960–1550 | −57 to 4⁸ | −179 to −127 | 425–460 | 505–575 | 1.7–2.1 (1.2–3.3) | 80–96 | 32–61 | 3–10 | 0–2 |
| | *Overshoot < 0.4 W/m²* | *870–1240* | *960–1490* | *−57 to −2* | *−103 to −76* | *425–460* | *505–560* | *1.8–2.0 (1.2–3.2)* | *81–94* | *32–56* | *3–10* | *0–2* |
| | *Overshoot > 0.4 W/m²* | *1060–1600* | *1020–1500* | *−54 to 4⁸* | *−179 to −98* | *425–460* | *530–575* | *1.8–2.1 (1.2–3.3)* | *86–96* | *38–61* | *3–10* | *1–2* |
| | *No exceedance of 530 ppm CO₂eq* | *860–1180* | *960–1430* | *−57 to −42* | *−107 to −73* | *425–455* | *505–530* | *1.7–1.9 (1.2–2.9)* | *80–87* | *32–40* | *3–4* | *0–1* |
| | *Exceedance of 530 ppm CO₂eq* | *1130–1530* | *990–1550* | *−55 to −25* | *−114 to −90* | *425–460* | *535–575* | *1.8–2.1 (1.2–3.3)* | *88–96* | *39–61* | *4–10* | *1–2* |
| 530–580 | Total range | 1070–1780 | 1170–2240 | −47 to 7 | −184 to −59 | 425–520 | 540–640 | 2.0–2.3 (1.4–3.6) | 93–99 | 54–84 | 8–19 | 1–3 |
| | *Overshoot < 0.4 W/m²* | *1090–1490* | *1400–2190* | *−47 to −12* | *−86 to −60* | *465–520* | *545–585* | *2.0–2.2 (1.4–3.6)* | *93–96* | *55–71* | *8–14* | *1–2* |
| | *Overshoot > 0.4 W/m²* | *1540–1780* | *1170–2080* | *−7 to 7* | *−184 to −98* | *425–505* | *590–640* | *2.1–2.2 (1.4–3.6)* | *95–99* | *63–84* | *8–19* | *1–3* |
| | *No exceedance of 580 ppm CO₂eq* | *1070–1460* | *1240–2240* | *−47 to −19* | *−81 to −59* | *450–520* | *540–575* | *2.0–2.2 (1.4–3.6)* | *93–95* | *54–70* | *8–13* | *1–2* |
| | *Exceedance of 580 ppm CO₂eq* | *1420–1750* | *1170–2100* | *−16 to 7* | *−183 to −86* | *425–510* | *585–640* | *2.1–2.3 (1.4–3.6)* | *95–99* | *66–84* | *8–19* | *1–3* |
| 580–650 | Total range | 1260–1640 | 1870–2440 | −38 to 24 | −134 to −50 | 500–545 | 585–690 | 2.3–2.6 (1.5–4.2) | 96–100 | 74–93 | 14–35 | 2–8 |
| 650–720 | Total range | 1310–1750 | 2570–3340 | −11 to 17 | −54 to −21 | 565–615 | 645–710 | 2.6–2.9 (1.8–4.5) | 99–100 | 88–95 | 26–43 | 4–10 |
| 720–1000 | Total range | 1570–1940 | 3620–4990 | 18 to 54 | −7 to 72 | 645–780 | 765–935 | 3.1–3.7 (2.1–5.8) | 100–100 | 97–100 | 55–83 | 14–39 |
| > 1000 | Total range | 1840–2310 | 5350–7010 | 52 to 95 | 74 to 178 | 810–975 | 1075–1285 | 4.1–4.8 (2.8–7.8) | 100–100 | 100–100 | 92–98 | 53–75 |

[1]  Italicized text in blue shows results of the subset of the scenarios from column one. One subcategory distinguishes scenarios that have a large overshoot (i.e., a maximum forcing during the 21st century that is > 0.4 W/m² higher than its 2100 forcing) from those that do not have a large overshoot. The second set of subcategories shows whether a scenario exceeds the maximum equivalent concentration level of its category somewhere before 2100. For categories above 580 ppm $CO_2$eq, the information in the row 'total range' refers to the 10th to 90th percentiles for the total set of scenarios in the category. For the categories below 580 ppm $CO_2$eq, the total range is based on the 10th to 90th percentiles of the subcategories (the lowest and highest values from the subcategories).

[2]  The $CO_2$eq concentration includes the forcing of all GHGs including halogenated gases and tropospheric ozone, as well as aerosols and albedo change (calculated on the basis of the total forcing from a simple carbon cycle/climate model MAGICC).

[3]  For comparison of the cumulative $CO_2$ emissions estimates assessed here with those presented in WGI AR5, an amount of 515 [445 to 585] GtC (1890 [1630 to 2150] Gt$CO_2$), was already emitted by 2011 since 1870 (WGI Section 12.5). Note that cumulative $CO_2$ emissions are presented here for different periods of time (2011–2050 and 2011–2100) while cumulative $CO_2$ emissions in WGI AR5 are presented as total compatible emissions for the RCPs (2012–2100) or for total compatible emissions for remaining below a given temperature target with a given likelihood. (WGI Table SPM.3, WGI SPM.E.8)

[4]  The global 2010 emissions are 31 % above the 1990 emissions (consistent with the historic GHG emission estimates presented in this report). $CO_2$eq emissions include the basket of Kyoto gases ($CO_2$, CH4, N2O as well as F-gases).

[5]  The assessment in WGIII AR5 involves a large number of scenarios published in the scientific literature and is thus not limited to the RCPs. To evaluate the $CO_2$eq concentration and climate implications of these scenarios, the MAGICC model was used in a probabilistic mode (see Annex II). For a comparison between MAGICC model results and the outcomes of the models used in WGI AR5, see WGI Sections 12.4.1.2, 12.4.8 and Section 6.3.2.6 of this report. Reasons for differences with WGI AR5 SPM Table.2 include the difference in reference year (1986–2005 vs. 1850–1900 here), difference in reporting year (2081–2100 vs 2100 here), set-up of simulation (CMIP5 concentration-driven versus MAGICC emission-driven here), and the wider set of scenarios (RCPs versus the full set of scenarios in the WGIII AR5 scenario database here).

[6]  Temperature change in 2100 is provided for a median estimate of the MAGICC calculations, which illustrates differences between the emissions pathways of the scenarios in each category. The range of temperature change in the parentheses includes in addition also the carbon cycle and climate system uncertainties as represented by the MAGICC model (see 6.3.2.6 for further details). The temperature data compared to the 1850–1900 reference year was calculated by taking all projected warming relative to 1986–2005, and adding 0.61 °C for 1986–2005 compared to 1850–1900, based on HadCRUT4, as also applied in WGI Table SPM.2.

[7]  Temperature change is reported for the year 2100, which is not directly comparable to the equilibrium warming reported in WGI AR4 (see Table 3.5; see also Section 6.3.2). For the 2100 temperature estimates, the transient climate response (TCR) is the most relevant system property. The assumed 90 % range of the TCR for MAGICC is 1.2–2.6 °C (median 1.8 °C). This compares to the 90 % range of TCR between 1.2–2.4 °C for CMIP5 (WGI Section 9.7) and an assessed *likely* range of 1–2.5 °C from multiple lines of evidence reported in the WGI AR5 (Box 12.2 in Section 12.5).

[8]  The high estimate is influenced by multiple scenarios from the same model in this category with very large net negative $CO_2$eq emissions of about 40 Gt$CO_2$eq/yr in the long term. The higher bound $CO_2$eq emissions estimate, excluding extreme net negative emissions scenarios and thus comparable to the estimates from the other rows in the table, is about −19 % in 2050 relative to 2010.

6

To compare scenarios with different coverage of relevant substances or goals, a set of relationships was developed to map scenarios with only sufficient information to assess Kyoto gas forcing or with information only on cumulative $CO_2$ budgets to the full-forcing $CO_2$eq concentration categories (Table 6.2 and Method and Metrics Annex). Scenarios without full forcing information and that extend to the end of the century were mapped, in order of preference, by Kyoto gas forcing in 2100 or by cumulative $CO_2$ budgets from 2011 to 2100. In addition, scenarios that only extend to mid-century were mapped according to cumulative $CO_2$ budgets from 2011 to 2050. These mappings allow for a practical, though still imperfect, means to compare between scenarios with different constructions.

The categories leading to $CO_2$eq concentration above 720 ppm contain mostly baseline scenarios and some scenarios with very modest mitigation policies (Figure 6.7). The categories from 580–720 ppm $CO_2$eq contain a small number of baseline scenarios at the upper end of the range, some scenarios based on meeting long-term concentra-

tion goals such as 650 ppm $CO_2$eq by 2100, and a number of scenarios without long-term concentration goals but based instead on emissions goals. There has been a substantial increase in the number of scenarios in the two lowest categories since AR4 (Fisher et al., 2007). The RCP 2.6 falls in the 430–480 ppm $CO_2$eq category based on its forcing level by 2100. A limited number of studies (Rogelj et al 2013a,b; Luderer et al, 2013) have explored emissions scenarios leading to concentrations below 430 ppm $CO_2$eq by 2100. These scenarios were not submitted to the AR5 database.

This mapping between different types of scenarios allows for roughly comparable assessments of characteristics of scenarios, grouped by 2100 full-forcing $CO_2$eq concentration, across the full database of scenarios collected for AR5 (Table 6.3.). The cumulative $CO_2$ budgets from 2011 to 2100 in each category in Table 6.3 span a considerable range. This variation in $CO_2$ budgets results from the range of concentration levels assigned to each category, the timing of emission reductions, and variation in non-$CO_2$ emissions, including aerosols. Although this leads



**Figure 6.7 |** Emissions pathways for total $CO_2$ and Kyoto gases for the various categories defined in Table 6.2. The bands indicate the 10th to 90th percentile of the scenarios included in the database. The grey bars to the right of the top panels indicate the 10th to 90th percentile for baseline scenarios (see Section 6.3.1). The bottom panels show for the combined categories 430–530 ppm and 530–650 ppm $CO_2$eq the scenarios with and without net negative emissions larger than 20 GtCO2eq/yr. Source: WG III AR5 Scenario Database (Annex II.10).

to a wider range of $CO_2$ budgets than for the scenarios used in WG I (SPM Figure 10), the central estimates for the period 2011–2100 are very consistent. (Temperature results are discussed in Section 6.3.2.6).

An important distinction between scenarios is the degree to which concentrations exceed the 2100 goal before decreasing to reach it. Table 6.3 includes subcategories for scenarios in which concentrations exceed their 2100 level by more than 0.4 W/m$^2$ and scenarios that sometime during the century overshoot the upper-bound concentration level of the category. Both subcategories result in different emission profiles and temperature outcomes compared to those that do not meet these criteria (see Section 6.3.2.6 regarding temperature outcomes).

### 6.3.2.2    The timing of emissions reductions: The influence of technology, policy, and overshoot

There are many different emissions pathways associated with meeting 2100 $CO_2$eq concentrations (Figure 6.7). For all categories below a 2100 $CO_2$eq concentration of 720 ppm $CO_2$eq, emissions are reduced in the long-run relative to current levels. The decision on timing of emission reductions is a complex one. Model scenarios are typically designed to find the least-cost pathway to meet a long-term goal, in some cases under specific constraints, such as the availability of certain technologies or the timing or extent of international participation. Because models differ in, among other things, technology representations and baseline assumptions, there are clear differences among scenarios with regards to the timing of emissions reductions and the allocation of reductions across gases.

Three interrelated factors are particularly important determinants of emissions profiles in the modelling literature: (1) the degree of overshoot, (2) technology options and associated deployment decisions, and (3) policy assumptions. Overshoot scenarios scenarios entail less mitigation today in exchange for greater reductions later (Wigley, 2005; Meinshausen et al., 2006; den Elzen and van Vuuren, 2007; Nusbaumer and Matsumoto, 2008). Overshooting a long-term concentration goal, however, may lead to higher transient temperature change than if the goal is never exceeded (Section 6.3.2.6). Overshoot is particularly important for concentration goals that are close to today's levels. The majority of scenarios reaching 480 ppm $CO_2$eq or below by 2100, for instance, rely on overshoot pathways. Those that do not include overshoot, need faster emissions reductions (and associated energy system changes) during the next 1–2 decades (Calvin et al., 2009b).

The second consideration is technology. The most critical set of technologies in the context of the timing of emission reductions is CDR technologies, which can be used to generate negative emissions (van Vuuren et al., 2007; Edenhofer et al., 2010; Azar et al., 2010, 2013; van Vuuren and Riahi, 2011; Tavoni and Socolow, 2013). In most model studies in the literature, negative emissions are generated via the use of biomass energy with carbon dioxide capture and storage (BECCS),

and to a lesser extent, afforestation, though in principle other options could potentially result in negative emissions as well (see Section 6.9). CDR technologies have not been applied yet at large scale. The potential of afforestation is limited, and the use of BECCS is ultimately constrained by the potential for CCS and biomass supply (van Vuuren et al., 2013). CDR technologies have two key implications for transformation pathways. One is that by removing emissions from the atmosphere, CDR technologies can compensate for residual emissions from technologies and sectors with more expensive abatement. The second is that CDR technologies can create net negative emissions flows, which allow faster declines in concentrations in the second half of the century and thus facilitate higher near-term emissions, effectively expanding the potential scope for overshoot. In model comparison studies, many of the models that could not produce scenarios leading to concentrations of about 450 ppm $CO_2$eq by 2100, particularly in combination with delayed or fragmented policy approaches, did not include CDR techniques (Clarke et al., 2009). The vast majority of scenarios with overshoot of greater than 0.4 W/m$^2$ (greater than 20 ppm $CO_2$eq) deploy CDR technologies to an extent that net global $CO_2$ emissions become negative. Evidence is still mixed whether CDR technologies are essential for achieving very low GHG concentration goals (Rose et al., 2013). A limited number of studies have explored scenarios with net negative emissions as large as 20 $GtCO_2$ per year or more (lower panels Figure 6.7), which allow for very substantial delays in emission reductions. However, the majority of studies have explored futures with smaller, but often still quite substantial, contributions of CDR technologies. Technology portfolio assumptions other than CDR technologies (e.g., regarding renewables, CCS, efficiency, and nuclear power) can also have implications for emissions trajectories, although these are often less pronounced and may in fact shift mitigation earlier or later (Rogelj et al., 2012; Eom et al., 2014; Krey et al., 2014; Kriegler et al., 2014a; Riahi et al., 2014).

The third consideration is policy structure. Since AR4, scenario studies have increasingly focused on the outcomes of fragmented international action and global delays in emission reduction (Clarke et al., 2009; van Vliet et al., 2012; Kriegler et al., 2013b; Tavoni et al., 2013; Rogelj et al., 2013a; see Riahi et al., 2014). Considering both idealized implementation and non-idealized implementation scenarios, a considerable range of 2020 and 2030 emissions can be consistent with specific long-term goals. Although studies show that low long-term concentration goals could still be met with near-term emissions above those in idealized scenarios, initial periods of delay are typically followed by periods rapid reductions in subsequent decades (Kriegler et al., 2014c; Riahi et al., 2014). This has important implications for costs and technology transitions, among other things (see Section 6.3.5). In general, delays in mitigation decrease the options for meeting long-term goals and increase the risk of foreclosing on certain long-term goals (Riahi et al., 2014).

The intersection of these three factors—overshoot, CDR technologies, and delayed mitigation—can be viewed in the context of emissions pathways over the next several decades, for example, the emissions

**6**

level in 2030 (Figure 6.8). For a given range of forcing at the end of the century, pathways with the lowest levels in 2030 have higher emissions in the long run and slower rates of decline in the middle of the century. On the other hand, high emissions in 2030 leads to more rapid declines in the medium term and lower or eventually net negative emissions in the long-run, with the pattern exaggerated in a few extreme scenarios exploring deployment of CDR of 20 $GtCO_2$/yr or more. (See Section 6.4 for a more thorough discussion of the relationship between near-term actions and long-term goals.) Deeper long-term goals also interact with these factors. For example, scenarios leading to concentrations below 430 ppm $CO_2$eq by 2100 (Rogelj et al., 2013a,b; Luderer et al., 2013) feature large-scale application of CDR technologies in the long-term, and most of them have deep emission reductions in the near term.

A final observation is that the characteristics of emissions profiles discussed here are, in many cases, driven by the cost-effectiveness framing of the scenarios. A more comprehensive consideration of timing would also include, among other things, considerations of the tradeoff between the risks related to both transient and long-term climate change, the risks associated with deployment of specific technologies and expectation of the future developments of these technologies, short-term costs and transitional challenges, flexibility in achieving climate goals, and the linkages between emissions reductions and a wide range of other policy objectives (van Vuuren and Riahi, 2011; Krey et al., 2014; Riahi et al., 2014).

### 6.3.2.3    Regional roles in emissions reductions

The contribution of different regions to mitigation is directly related to the formulation of international climate policies. In idealized implementation scenarios, which assume a uniform global carbon price, the extent of mitigation in each region depends most heavily on relative baseline emissions, regional mitigation potentials, and terms of trade effects. All of these can vary significantly across regions (van Vuuren et al., 2009a; Clarke et al., 2012; Tavoni et al., 2013; Chen et al., 2014; van Sluisveld et al., 2013). In this idealized implementation environment, the carbon budgets associated with bringing concentrations to between 430 and 530 ppm $CO_2$eq in 2100 are generally highest in Asia, smaller in the OECD-1990, and lowest for other regions (Figure 6.9, left panel). However, the ranges for each of these vary substantially across scenarios. Mitigation in terms of relative reductions from baseline emissions is distributed more similarly between OECD-1990, ASIA, and Economies in Transition (EIT) across scenarios (Figure 6.9, right panel). The Middle East and Africa (MAF) region and especially Latin America (LAM) have the largest mitigation potential. In absolute terms, the remaining emissions in the mitigation scenarios are largest in Asia (Figure 6.9, left panel) as are the absolute emissions reductions (Figure 6.9, right panel), due to the size of this region. It is important to note that the mitigation costs borne by different regions and countries do not need to translate directly from the degree of emissions reductions, because the use of effort-sharing schemes can reallocate economic costs (see Section 6.3.6.6).



**Figure 6.8 |** Emissions pathways from three model comparison exercises with explicit 2030 emissions goals. Mitigation scenarios are shown for scenarios reaching 430–530 ppm $CO_2$eq in 2100 (left panel) and 530–650 ppm $CO_2$eq in 2100 (right panel). Scenarios are distinguished by their 2030 emissions: < 50 $GtCO_2$eq, 50–55 $GtCO_2$eq, and > 55 $GtCO_2$eq. Individual emissions pathways with net negative emissions of > 20 $GtCO_2$/yr in the second-half of the century are shown as solid black lines. The full range of the scenarios in the AR5 database is given as dashed black lines. (Source: Scenarios from intermodelling comparisons with explicit interim goals (AMPERE: Riahi et al. (2014); LIMITS: Kriegler et al. (2013b), ROSE: Luderer et al. (2014a), and WG III AR5 Scenario Database (Annex II.10)).




**Figure 6.9** | Regional carbon budget (left panel) and relative mitigation effort (right panel) for mitigation scenarios reaching 430–530 ppm CO$_2$eq in 2100, based on cumulative CO$_2$ emissions from 2010 to 2100. Carbon budgets below 0 and relative mitigation above 100 % can be achieved via negative emissions. The number of scenarios is reported below the regional acronyms. The number of scenarios outside the figure range is noted at the top. Source: WG III AR5 Scenario Database (Annex II.10), idealized implementation and default technology cases.

The transient emission reductions implications also vary across regions in idealized implementation scenarios (Table 6.4). In general, emissions peak in the OECD-1990 sooner than in other countries with higher baseline growth. Similarly, emissions are reduced in the OECD-1990 countries by 2030 relative to today, but they may increase in other regions, particularly the fast-growing Asian and MAF regions.

Deviations from the idealized implementation, either through global delays in mitigation or delays by particular countries or regions, will lead to different regional contributions to emissions reductions. When mitigation is undertaken by a subset of regions, it will have implications on other non-participating countries through energy markets, terms of trade, technology spillovers, and other leakage channels. Multi model ensembles have shown leakage rates of energy-related emissions to be relatively contained, often below 20 % (Arroyo-Curras et al., 2014; Babiker, 2005; Bauer et al., 2014a; Blanford et al., 2014; Böhringer et al., 2012; Bosetti and De Cian, 2013; Kriegler et al., 2014c). Policy instruments such as border carbon adjustment can effectively reduce these effects further (Böhringer et al., 2012). Leakage in land use, on the other hand, could be substantial, though fewer studies have quantified it (Calvin et al., 2009).

### 6.3.2.4    Projected CO$_2$ emissions from land use

Net AFOLU CO$_2$ emissions (see Figure 6.5) result from an interplay between the use of land to produce food and other non-energy products, to produce bioenergy, and to store carbon in land. Land-management practices can also influence CO$_2$ emissions (see Section 6.3.5). Currently about 10–20 % of global CO$_2$ emissions originate from land

use and LUC. In general, most scenarios show declining CO$_2$ emissions from land use as a result of declining deforestation rates, both with and without mitigation (see also Section 6.3.1.4). In fact, many scenarios project a net uptake of CO$_2$ as a result of reforestation after 2050 (Figure 6.10).

Scenarios provide a wide range of outcomes for the contribution of CO$_2$ emissions from land use (see Section 11.9 for a sample from a model intercomparison study). However, one difficulty in interpreting this range is that many scenarios were developed from models that do not explicitly look at strategies to reduce net AFOLU CO$_2$ emissions. Nonetheless, the spread in net AFOLU emissions still reflects the implications of land-use related mitigation activities—bioenergy, avoided deforestation, and afforestation—in both models that explicitly represent land use and those that do not (see Section 6.3.5 for a detailed discussion). Some studies emphasize a potential increase in net AFOLU emissions due to bioenergy production displacing forests (van Vuuren et al., 2007; Searchinger et al., 2008; Wise et al., 2009; Melillo et al., 2009; Reilly et al., 2012). Others show a decrease in net AFOLU emissions as a result of decreased deforestation, forest protection, and/or net afforestation enacted as a mitigation measure (e.g. Wise et al., 2009; Popp et al., 2011b; Riahi et al., 2011; Reilly et al., 2012). Wise et al. (2009) show a range of results from a single model, first focusing mitigation policy on the energy sector, thereby emphasizing the bioenergy production effect, and then focusing policy more broadly to also encourage afforestation and slow deforestation. Reilly et al. (2012) conduct a similar analysis, but with more policy design alternatives. However, policies to induce large-scale land-related mitigation will be challenging and actual implementation will affect costs and net benefits (Lubowski and Rose, 2013) (see Section 6.3.5, Section 6.8 and Chapter 11).

**6**

**Table 6.4** | Regional peak year of $CO_2$ emission and emissions reductions in 2030 over 2010, for 430–530 and 530–650 ppm $CO_2$eq scenarios. Negative values for emissions reductions indicate that 2030 emissions are higher than in 2010. Figures are averages across models. The numbers in parenthesis show the interquartile range across scenarios. The number of underlying scenarios is the same as in Figure 6.9. Source: WG III AR5 Scenario Database (Annex II.10), idealized implementation and default technology scenarios.

|  |  | OECD-1990 | ASIA | LAM | MAF | EIT |
|---|---|---|---|---|---|---|
| Peak year of emissions | 430–530 ppm $CO_2$eq | 2010 (2010/2010) | 2020 (2015/2030) | 2015 (2010/2020) | 2020 (2010/2030) | 2014 (2010/2015) |
| Peak year of emissions | 530–650 ppm $CO_2$eq | 2014 (2010/2015) | 2030 (2030/2030) | 2020 (2010/2030) | 2034 (2020/2040) | 2016 (2010/2020) |
| 2030 Emission reductions w.r.t. 2010 | 430–530 ppm $CO_2$eq | 32 % (23/40 %) | −1 % (−15/14 %) | 35 % (16–59 %) | 8 % (−7/18 %) | 32 % (18/40 %) |
| 2030 Emission reductions w.r.t. 2010 | 530–650 ppm $CO_2$eq | 14 % (6/21 %) | −34 % (−43/−26 %) | 9 % (−17/41 %) | −22 % (−41/−12 %) | 8 % (−5/16 %) |

### 6.3.2.5   Projected emissions of other radiatively important substances

Beyond $CO_2$, the scenario literature has focused most heavily on the mitigation opportunities for the gases covered by the Kyoto protocol, including the two most important non-$CO_2$ gases, $CH_4$ and $N_2O$. Attention is also increasingly being paid to the climate consequences of other emissions such as aerosols and ozone precursors (e.g. Shindell et al., 2012; Rose et al., 2014b). Although several models have produced projections of aerosol forcing and have incorporated these emissions into the constraint on total forcing, most of them do not have specific mitigation measures for these emissions.

For non-$CO_2$ Kyoto gases, the relative depth and timing of emissions reductions are influenced by two primary factors: (1) the abatement potential and costs for reducing emissions of different greenhouse forcers, and (2) the strategies for making tradeoffs between them. With respect to abatement potential and costs, studies indicate that in the short run, there are many low-cost options to reduce non-$CO_2$ gases relative to opportunities to reduce $CO_2$ emissions. Partially as a result, studies indicate that short-term reduction strategies may rely more heavily in the near term on non-$CO_2$ gases than in the long run (Weyant et al., 2006; Lucas et al., 2007). In the longer run, emission reductions, particularly for $CH_4$ and $N_2O$, are expected to be constrained by several hard-to-mitigate sources such as livestock and the application of fertilizers. This ultimately results in lower reduction rates than for $CO_2$ for the lower concentration categories despite slower growth in baseline projections (see Figure 6.11, and also discussed by Lucas et al., 2007). For scenarios resulting in 430–480 $CO_2$eq concentration in 2100, $CH_4$ reductions in 2100 are about 50 % compared to 2005. For



**Figure 6.10** | Net AFOLU $CO_2$ emissions in mitigation scenarios. The left panel shows cumulative net $CO_2$ emission (2011−2100) from energy/industry (horizontal axis) and AFOLU (land use) (vertical axis). The right panel shows net $CO_2$ emission from land use as function of time. FF&I $CO_2$ includes $CO_2$ from AFOLU fossil fuel use. Source: WG III AR5 Scenario Database (Annex II.10).



**Figure 6.11** | Emissions reductions for different GHGs in 2030, 2050, and 2100. The left panel shows 2010 historic emissions and the bars in the right panel indicate changes compared to 2010 (AR5 Scenario Database). FF&I $CO_2$ includes $CO_2$ from AFOLU fossil fuel use. Source: WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9.

$N_2O$, the most stringent scenarios result in emission levels just below today's level. For halogenated gases, emission growth is significantly reduced for the lower concentration categories, but variation among models is large, ranging from a 90 % reduction to a 100 % increase compared to 2005.

Strategies for making tradeoffs across greenhouse forcers must account for differences in both radiative effectiveness and atmospheric lifetime and the associated impacts on near-term and long-term climate change. They must also consider relationships between gases in terms of common sources and non-climate impacts such as air pollution control. Models handle these tradeoffs differently, but there are essentially two classes of approaches. Most models rely on exogenous metrics such as Global Warming Potentials (GWPs) (discussed further below) and trade off abatement among gases based on metric-weighted prices. Other models make the tradeoff on the basis of economic optimization over time and the physical characterization of the gases within the model with respect to a specified goal such as total forcing (e.g. Manne and Richels, 2001). Even within these classes of approaches and among them lead to very different results, especially with respect to the timing of mitigation for short-lived substances. Several studies have looked into the role of these substances in mitigation (Shine et al., 2007; Berntsen et al., 2010; UNEP and WMO, 2011; Myhre et al.,

2011; McCollum et al., 2013a; Rose et al., 2014a). Studies can be found that provide argument for early emission reduction as well as a more delayed response of short-lived forcers. Arguments for early reductions emphasize the near-term benefits for climate and air pollution associated with ozone and particulate matter. An argument for a delayed response is that, in the context of long-term climate goals, reducing short-lived forcers now has only a very limited long-term effect (Smith and Mizrahi, 2013).

Model analysis has also looked into the impact of using different substitution metrics (see Section 3.9.6 for a theoretical discussion the implication of various substitution metrics and Section 8.7 of the WGI report for the physical aspects of substitution metrics). In most current climate policies, emission reductions are allocated on the basis of GWPs for a time of horizon of 100 years. Several papers have explored the use of metrics other than 100-year GWPs, including updated GWP values and Global Temperature Change Potential (GTP) values (Smith et al., 2012; Reisinger et al., 2012; Azar and Johansson, 2014). Quantitative studies show that the choice of metrics is critical for the timing of $CH_4$ emission reductions among the Kyoto gases, but that it rarely has a strong impact on overall global costs. The use of dynamic GTP values (as alternative to GWPs) has been shown to postpone emissions reductions of short-lived gases. Using different

**6**

estimates for 100-year GWP from the various previous IPCC Assessment Reports has no major impact on transition pathways.

#### 6.3.2.6   The link between concentrations, radiative forcing, and temperature

The assessment in this chapter focuses on scenarios that result in alternative $CO_2eq$ concentrations by the end of the century. However, temperature goals are also an important consideration in policy discussions. This raises the question of how the scenarios assessed in

this chapter relate to possible temperature outcomes. One complication for assessing this relationship is that scenarios can follow different concentration pathways to the same end-of-century goal (see Section 6.3.2.2), and this will lead to different temperature responses. A second complication is that several uncertainties confound the relationship between emissions and temperature responses, including uncertainties about the carbon cycle, climate sensitivity, and the transient climate response (see WG I, Box 12.2). This means that the temperature outcomes of different concentration pathways assessed here (see Section 6.3.2.1) are best expressed in terms of a range of probable temperature outcomes (see Chapter



**Figure 6.12 |** Comparison of CMIP5 results (as presented in Working Group I) and MAGICC output for global temperature increase. Note that temperature increase is presented relative to the 1986−2005 average in this figure (see also Figure 6.13). Panel a) shows concentration-driven runs for the RCP scenarios from MAGICC (lines) and one-standard deviation ranges from CMIP5 models. Panel b) compares 2081−2100 period projections from MAGICC with CMIP5 for scenarios driven by prescribed RCP concentrations (four left-hand bars of both model categories) and the RCP 8.5 run with prescribed emissions (fifth bar; indicated by a star). Panel c) shows temperature increases for the concentration-driven runs of a subset of CMIP5 models against cumulative $CO_2$ emissions back-calculated by these models from the prescribed $CO_2$ concentration pathways (full lines) and temperature increase projected by the MAGICC model against cumulative $CO_2$ emissions (dotted lines) (based on WG I Figure SPM.10). Cumulative emissions are calculated from 2000 onwards. Source: WG I AR5 (Section 12.5.4.2, Figure 12.46, TFE.8 Figure 1) and MAGICC calculations (RCP data (van Vuuren et al., 2011a), method as in Meinshausen et al., 2011c).

2 and Section 6.2.3 for a discussion of evaluating scenarios under uncertainty). The definition of the temperature goals themselves forms a third complication. Temperature goals might be defined in terms of the long-term equilibrium associated with a given concentration, in terms of the temperature in a specific year (e.g., 2100), or based on never exceeding a particular level. Finally, the reference year, often referred to as 'pre-industrial', is ambiguous given both the lack of real measurements and the use of different reference periods. Given all of these complications, a range of emissions pathways can be seen as consistent with a particular temperature goal (see also Figure 6.12, 6.13, and 6.14).

Because of the uncertain character of temperature outcomes, probabilistic temperature information has been created for the scenarios in the AR5 database that have reported information on at least $CO_2$, $CH_4$, $N_2O$ and sulphur aerosol emissions. Several papers have introduced methods for probabilistic statements on temperature increase for emission scenarios (Meinshausen, 2006; Knutti et al., 2008; Schaeffer et al., 2008; Zickfeld et al., 2009; Allen et al., 2009; Meinshausen et al., 2009; Ramanathan and Xu, 2010; Rogelj et al., 2011). For this assessment, the method described by Rogelj et al. (2012) and Schaeffer et al. (2014) is used, which employs the MAGICC model based on the probability distribution of input parameters from Meinshausen (2009) (see also Meinshausen et al., 2011c).



Figure 6.13 | Changes in global temperature for the scenario categories above 1850–1900 reference level as calculated by MAGICC. (Observed temperatures in the 1985–2006 period were about 0.61 deg C above the reference level—see e.g. WG1 Table SPM.2). Panel a) shows temperature increase relative reference as calculated by MAGICC (10th to 90th percentile for median MAGICC outcomes). Panel b) shows 2081–2100 temperature levels for the scenario categories and RCPs for the MAGICC outcomes. The bars for the scenarios used in this assessment include both the 10th to 90th percentile range for median MAGICC outcomes (colored portion of the bars) and the 16th to 84th percentile range of the full distribution of MAGICC outcomes from these scenarios, which also captures the Earth-System uncertainty. The bars for the RCPs are based on the 16th to 84th of MAGICC outcomes based on the RCP emissions scenarios, capturing only the Earth-System uncertainty. Panel c) shows relationship between cumulative $CO_2$ emissions in the 2011–2100 period and median 2081–2100 temperature levels calculated by MAGICC. Panel d indicates the median temperature development of overshoot (> 0.4 W/m²) and non-overshoot scenarios for the first two scenario categories (25th to 75th percentile of scenario outcomes). Source: WG III AR5 Scenario Database (Annex II.10).



**Figure 6.14 |** The probability of staying below temperature levels for the different scenario categories as assessed by the MAGICC model (representing the statistics of 600 different climate realizations for each emission scenario). Panel a) probability in 2100 of being below 2 °C versus probability of staying below 2 °C throughout the 21st century. Open dots indicate overshoot scenarios (> 0.4 W/m²). Panel b) probability of staying below 1.5, 2.0, and 2.5 °C (10th to 90th percentile) during 21st century. Panel c) relationship between peak concentration and the probability of exceeding 2 °C during the 21st century. Panel d) relationship between 2100 concentration and the probability of exceeding 2 °C in 2100. Source: WG III AR5 Scenario Database (Annex II.10).

MAGICC was run 600 times for each scenario. Probabilistic temperature statements are based on the resulting distributions (see also the Methods and Metrics Annex; and the underlying papers cited). Because the temperature distribution of these runs is based on a single probability distribution in a single modelling framework, resulting probabilistic temperature statements should be regarded as indicative.

An important consideration in the evaluation of this method is the consistency between the distributions of key parameters used here and the outcome of the WG I research regarding these same parameters. Carbon-cycle parameters in the MAGICC model used in this chapter are based on Earth-System Coupled Model Intercomparison Project (CMIP) 4 model results from AR4, and a probability density function (PDF) for climate sensitivity is assumed that corresponds to the assessment of IPCC AR4 (Meehl et al., 2007; Rogelj et al., 2012, Box 10.2). The MAGICC output based on this approach has been shown to be consistent with the output of the CMIP5 Earth-System models (see also WG I Sections 12.4.1.2 and 12.4.8). The MAGICC model captures the temperature outcomes of the CMIP5 models reasonably well, with median estimates close to the middle of the CMIP5 uncertainty ranges (see panels a and b in Figure 6.12).

For lower-emission scenarios, the MAGICC uncertainty range is more narrow, mainly due to the larger range methodologies representing non-$CO_2$ forcings in the CMIP5 models, as well as the fact that MAGICC does not reflect all of the structural uncertainty represented by the range of CMIP5 models (see panels a and b in Figure 6.12, and WG I Figure 12.8 and Section 12.4.1.2). Uncertainty ranges are largest for emissions-driven runs (only available for RCP 8.5 from CMIP5 models), since uncertainties in carbon-cycle feedbacks play a larger role (see also WG I Section 12.4.8.1). The relationship between the cumulative $CO_2$ emissions and the transient temperature increase from MAGICC is well aligned with the CMIP5 model results for the RCP pathways (Figure 6.12 panel c, and WG I Section 12.5.4.2, Figure 12.46, TFE.8 Figure 1). WG I has estimated that a cumulative $CO_2$ emissions budget of around 1000 GtCO$_2$ from 2011 onward is associated with a likely (> 66 %) chance of maintaining temperature change to less than 2 °C. For the database of scenarios assessed here, the majority of scenarios with a greater than 66 % chance of limiting temperature change to less than 2 °C, based on the MAGICC analysis, are those that reach between 430 and 480 ppm $CO_2$eq, and these are associated with cumulative emissions over the century of 630–1180 GtCO$_2$ (Table 6.3). The two budgets are not fully comparable, however, since the WG I budget relates to the cumulative emissions at the time of peak warming which are higher than the cumulative emissions until 2100 in overshoot scenarios with net negative emissions by the end of the century. In addition, the WGI AR5 estimate is based on a single scenario for non-$CO_2$ substances, whereas the database assessed here considers a much wider range of non-$CO_2$ emissions.

Based on the results of the MAGICC analysis, temperature outcomes are similar across all scenarios in the next few decades, in part due to physical inertia in the climate system (Figure 6.13, panel a). In the second half of the century, however, temperatures diverge. Scenarios leading to 2100 concentrations over 1000 ppm $CO_2$eq lead to a temperature increase of about 3 to 6 °C (66th percentile of the distribution of temperature outcomes), while scenarios with 2100 concentrations between 430–480 ppm $CO_2$eq lead to a temperature increase of about 1.3 to 2.2 °C (66th percentile of the distribution of temperature outcomes) (Figure 6.13, panels a and b). Cumulative $CO_2$ emissions for all scenarios in the database correlate well to the temperature level—see also WG I Section 12.5.4 (Figure 6.13, panel c). However, there is some variation due to differences in emissions of other forcing agents, in particular $CH_4$ and sulphur, along with the timing of emissions reduction and the associated extent of overshoot. In general, both the 2100 temperatures and the relationship between the cumulative emissions and 2100 temperature change are roughly consistent with the correlation for the RCPs in WG I (Figure 6.13, panel c). Scenarios that overshoot the 2100 concentration goal by more than 0.4 W/m² result in higher levels of temperature increase mid-century and prolonged periods of relatively rapid rates of change in comparison to those without overshoot or with less overshoot (Figure 6.13, panel d). By 2100, however, the different scenarios converge.

Defining temperature goals in terms of the chance of exceeding a particular temperature this century accounts for both the 2100 concentra-

tion and the pathway to get to this concentration (Figure 6.14). Overshoot scenarios of greater than 0.4 W/m² have a higher probability of exceeding 2 °C prior to 2100 than in 2100 (Figure 6.14, panel a). In general, the results suggest that the peak concentration during the 21st century is a fundamental determinant of the probability of remaining below a particular temperature goal (Figure 6.14, panel c). The $CO_2$eq concentration in 2100, on the other hand, is a proxy for the probability of exceeding end-of-the-century temperature goals (panel d). Based on the MAGICC results, only scenarios leading to 2100 concentrations of 430–480 ppm and a small number of scenarios leading to 2100 concentrations of 480–530 ppm have a probability of greater than 66 % probability of maintaining temperature change below 2 °C throughout the century. Scenarios that reach 2100 concentrations between 530 and 580 ppm $CO_2$eq have less than a 33 % probability of limiting transient temperature change to below 2 °C over the course of the century, based on the MAGICC results.

Other temperature levels in addition to 2 °C are relevant for mitigation strategy. Based on the MAGICC results, scenarios leading to concentrations between 430 and 480 ppm $CO_2$eq have less than a 50 % probability of maintaining temperature change below 1.5 °C throughout the 21st century, and many have less than a 33 % probability of achieving this goal. As noted in Section 6.3.2.1, there are scenarios in the literature that reach levels below 430 ppm $CO_2$eq by 2100, but these were not submitted to the database used for this assessment. Using the same methods for assessing temperature implications of scenarios as used in this assessment, the associated studies found that these scenarios have a probability (also based on MAGICC) of more than 66 % of remaining below 1.5 °C, after peaking earlier in the century (e.g., Luderer et al., 2013, Rogelj et al., 2013a,b).[1] In contrast, the scenarios submitted to this assessment that lead to $CO_2$eq concentration below 580 ppm to $CO_2$eq by 2100 have more than a 50 % probability of limiting temperature change to below 2.5 °C during the 21st century, based on the MAGICC results, and many have more than a 66 % probability. (Section 6.9 discusses how the use of geoengineering techniques can change the relationships between GHG emissions and radiative forcing.)

### 6.3.3   Treatment of impacts and adaptation in transformation pathways

The importance of considering impacts and adaptation responses when assessing the optimal level of mitigation in a cost-benefit framework has been well studied in highly-aggregated models (see Box 6.1. on cost-benefit analysis). However the role impacts and adaptation in scenarios from large-scale integrated models has seen far less treatment. Mitigation, impacts, and adaptation are interlinked in several important

---

[1]   In these scenarios, the cumulative $CO_2$ emissions range between 680–800 GtCO$_2$ from 2011 to 2050 and 90–310 GtCO$_2$ from 2011 to 2100. Global $CO_2$eq emissions in 2050 are between 70 % and 95 % below 2010 emissions, and they are between 110 % and 120 % below 2010 emissions in 2100.

ways and should, ideally, be considered jointly in the context of achieving concentration goals such as those explored in this chapter. A few studies from large-scale integrated models consider mitigation, impacts, and adaptation simultaneously in their construction of scenarios (see Reilly et al., 2007; Isaac and van Vuuren, 2009; Chum et al., 2011; Nelson et al., 2014; Calvin et al., 2013; Zhou et al., 2013; Dowling, 2013). In the vast majority of cases, however, the scenarios discussed in this chapter do not consider these linkages, and this is considered a major gap in the transformation pathways literature. (For a summary of integrated models that capture impacts and adaptation, see, e.g., Füssel (2010) and Fisher-Vanden et al. (2013). For a comprehensive discussion of climate impacts, adaptation, and vulnerability, see IPCC WG II AR5). Major efforts are now underway to incorporate impacts and adaptation into large-scale integrated models, but these efforts must overcome a range of challenges, including incorporating the sectoral and regional character of impact and adaptation into integrated models, which have higher spatial aggregation, and a lack of data and empirical evidence on impacts and adaptation required for model inputs.

Omitting climate impacts and adaptation responses from scenarios is likely to lead to biased results for three main reasons. First, climate impacts could influence the effectiveness of mitigation options. For instance, electricity production could be affected by changes in cooling water availability (Schaeffer et al., 2012) or air temperature, changes in precipitation will alter hydroelectric power, and climate change could impact biofuel crop productivities (Chum et al., 2011). Unfor-

tunately, the set of modelling studies that explore these issues is limited (Fisher-Vanden et al., 2011), so there is insufficient evidence today to draw broad conclusions about how the omission of impacts and adaptation responses would alter mitigation options and the resulting scenarios reviewed in this chapter. Second, adaptation responses to climate change could themselves alter emissions from human activities, either increasing or decreasing the emissions reductions required to reach GHG-concentration goals. For example, a warmer climate is likely to lead to higher demand for air conditioning (Mansur et al., 2008), which will lead to higher emissions if this increased electricity demand is met by electric power generated with fossil fuels. On the other hand, a warmer climate will lead to reductions in heating demand, which would lower emissions from fuels used in heating. Also, impacts could potentially lead to lower economic growth and thus lower emissions. Further, because electricity is relatively easier to decarbonize than solid, liquid, or gaseous fuels, changing in heating and cooling demands could reduce the economic costs of mitigation (Isaac and van Vuuren, 2009; Zhou et al., 2013). Climate change will also change the ability of the terrestrial biosphere to store carbon. Again, there is a limited number of studies that account for this adaptive response to climate change (Bosello et al., 2010b; Eboli et al., 2010; Anthoff et al., 2011) or optimal mitigation levels when adaptation responses are included (Patt et al., 2009). Finally, mitigation strategies will need to compete with adaptation strategies for scarce investment and R&D resources, assuming these occur contemporaneously. A number of studies account for competition for investment and R&D resources. In a cost benefit framework, several modelling studies



**Figure 6.15 |** Cumulative global coal, oil, and gas use between 2010 and 2100 in baseline and mitigation scenarios compared to reserves and resources. Estimates of reserves and resources ('R+R') are shown as shaded areas and historical cumulative use until 2010 is shown as dashed black line. Dots correspond to individual scenarios, of which the number in each sample is indicated at the bottom of each panel. Note that the horizontal distribution of dots does not have a meaning, but avoids overlapping dots. Source: WG III AR5 Scenario Database (Annex II.10). Includes only scenarios based on idealized policy implementation. Reserve, resource, and historical cumulative use from Table 7.1 in Section 7.4.1.

(Bosello et al., 2010a, 2010b; de Bruin et al., 2009) adaptation, and mitigation are both decision variables and compete for investment resources. Competition for investment resources is also captured in studies measuring the economic impacts of climate impacts, but rather than competing with mitigation investments, competition is between investment in adaptation and consumption (Bosello et al., 2007) and other capital investments (Darwin and Tol, 2001). Some simulation studies that estimate the economic cost of climate damages add adaptation cost to the cost of climate impacts and do not capture crowding out of other expenditures, such as investment and R&D (Hope, 2006). No existing study, however, examines how this crowding out will affect an economy's ability to invest in mitigation options to reach concentration goals.

### 6.3.4    Energy sector in transformation pathways

The fundamental transformation required in the energy system to meet long-term concentration goals is a phase-out in the use of freely emitting fossil fuels, the timing of which depends on the concentration goal (Fischedick et al., 2011). Baseline scenarios indicate that scarcity of fossil fuels alone will not be sufficient to limit CO$_2$eq concentrations to levels such as 450, 550, or 650 ppm by 2100 (Verbruggen and Al Marchohi, 2010; Riahi et al., 2012; Bauer et al., 2014b; Calvin et al., 2014b; McCollum et al., 2014a, see also Section 7.4.1). Mitigation scenarios indicate that meeting long-term goals will most significantly reduce coal use, followed by unconventional oil and gas use, with conventional oil and gas affected the least (Bauer et al., 2014a, 2014b; McCollum et al., 2014a) (Figure 6.15). This will lead to strong re-allocation effects on international energy markets (Section 6.3.6.6).

The reduction in freely emitting fossil fuels necessary for mitigation is not necessarily equal to the reduction in fossil fuels more generally, however, because fossil resources can be used in combination with CCS to serve as a low-carbon energy source (McFarland et al., 2009; Bauer et al., 2014b; McCollum et al., 2014a, see also Sections 7.5.5 and 7.11.2). This means that the total use of fossil fuels can exceed the use of freely emitting fossil fuels.

To accommodate this reduction in freely emitting fossil fuels, transformations of the energy system rely on a combination of three high-level strategies: (1) decarbonization of energy supply, (2) an associated switch to low-carbon energy carriers such as decarbonized electricity, hydrogen, or biofuels in the end-use sectors, and (3) reductions in energy demand. The first two of these can be illustrated in terms of changes in the carbon intensity of energy. The last can be illustrated in terms of energy intensity of GDP, energy per capita, or other indexed measures of energy demand.

The integrated modelling literature suggests that the first of these two (carbon intensity of energy) will make the largest break from past trends in the long run on pathways toward concentration goals (Figure 6.16). The fundamental reason for this is that the ultimate potential for end-use demand reduction is limited; some energy will always be required to provide energy services. Bringing energy system CO$_2$ emissions down toward zero, as is ultimately required for meeting any concentration goal, requires a switch from carbon-intensive (e.g., direct use of coal, oil, and natural gas) to low-carbon energy carriers (most prominently electricity, but also heat and hydrogen) in the end-use sectors in the long run.

At the same time, integrated modelling studies also sketch out a dynamic in which energy intensity reductions equal or outweigh decar-




**Figure 6.16 |** Final energy intensity of GDP (left panel) and carbon intensity of primary energy (right panel) in mitigation and baseline scenarios, normalized to 1 in 2010 showing the full scenario range. GDP is aggregated using base-year market exchange rates. Sources: WGIII AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9; Heston et al. (2012); World Bank (2013); BP (2013).



**Figure 6.17** | Development of carbon-intensity vs. final energy-intensity reduction relative to 2010 in selected baseline and mitigation scenarios reaching 530–580 ppm and 430–480 ppm $CO_2$eq concentrations in 2100 (left panel) and relative to baseline in the same scenarios (right panel). Consecutive dots represent 10-year time steps starting in 2010 at the origin and going out to 2100. Source: WG III AR5 Scenario Database (Annex II.10). Sample includes only 2100 scenarios with idealized policy implementation for which a baseline, a 530–580 ppm and a 430–480 ppm $CO_2$eq scenario are available from the same set.

bonization of energy supply in the near term when the supply system is still heavily reliant on largely carbon-intensive fossil fuels, and then the trend is reversed over time (Figure 6.17, see Fisher et al. (2007, Figure 3.21)). At the most general level, this results directly from assumptions about the flexibility to achieve end-use demand reductions relative to decarbonization of supply in integrated models (Kriegler et al., 2014b), about which there is a great deal of uncertainty (see Section 6.8). More specifically, one reason for this dynamic is that fuel-switching takes time to take root as a strategy because there is little incentive to

switch, say, to electricity early on when electricity may still be very carbon-intensive. As electricity generation decreases in carbon-intensity through the use of low-carbon energy sources (see Section 7.11.3), there is an increasing incentive to increase its use relative to sources associated with higher emissions, such as natural gas. A second factor is that there may be low-cost demand reduction options available in the near term, although there is limited consensus on the costs of reducing energy demand. Indeed, much of the energy reduction takes place in baseline scenarios. Of importance, these trends can be very



**Figure 6.18** | Global low-carbon primary energy supply (direct equivalent, see Annex II.4) vs. total final energy use by 2030 and 2050 for idealized implementation scenarios. Low-carbon primary energy includes fossil energy with CCS, nuclear energy, bioenergy, and non-biomass renewable energy. Source: WG III AR5 Scenario Database (Annex II.10). Sample includes baseline and idealized policy implementation scenarios. Historical data from IEA (2012a).

regional in character. For example, the value of fuel-switching will be higher in countries that already have low-carbon electricity portfolios.

The decarbonization of the energy supply will require a significant scaleup of low-carbon energy supplies, which may impose significant challenges (see Section 7.11.2). The deployment levels of low-carbon energy technologies are substantially higher than today in the vast majority of scenarios, even under baseline conditions, and particularly for the most stringent concentration categories. Scenarios based on an idealized implementation approach in which mitigation begins immediately across the world and with a full portfolio of supply options indicate a scaleup of anywhere from a modest increase to upwards of three times today's low-carbon energy by 2030 to bring concentrations to about 450 ppm $CO_2$eq by 2100. A scaleup of anywhere from roughly a tripling to over seven times today's levels in 2050 is consistent with this same goal Figure 6.18, Section 7.11.4). The degree of scaleup depends critically on the degree of overshoot, which allows emissions reductions to be pushed into the future.

The degree of low-carbon energy scaleup also depends crucially on the degree that final energy use is altered along a transformation pathway. All other things being equal, higher low-carbon energy technology deployment tends to go along with higher final energy use and vice versa (Figure 6.18, Figure 7.11). Final energy demand reductions will occur both in response to higher energy prices brought about by mitigation as well as by approaches to mitigation focused explicitly on reducing energy demand. Hence, the relative importance of energy supply-and-demand technologies varies across scenarios (Riahi et al., 2012).

A major advance in the literature since AR4 is the assessment of scenarios with limits on available technologies or variations in the cost and performance of key technologies. These scenarios are intended as a rough proxy for economic and various non-economic obstacles faced by technologies. Many low-carbon supply technologies, such as nuclear power, $CO_2$ storage, hydro, or wind power, face public acceptance issues and other barriers that may limit or slow down their deployment (see Section 7.9.4). In general, scenarios with limits on available technologies or variations in their cost and performance demonstrate the simple fact that reductions in the availability and/or performance or an increase in costs of one technology will necessarily result in increases in the use of other options. The more telling result of these scenarios is that limits on the technology portfolio available for mitigation can substantially increase the costs of meeting long-term goals. Indeed, many models cannot produce scenarios leading to 450 ppm $CO_2$eq when particularly important technologies are removed from the portfolio. This topic is discussed in more detail in Section 6.3.6.3.

Delays in climate change mitigation both globally and at regional levels simply alter the timing of the deployment of low-carbon energy sources and demand reductions. As noted in Sections 6.3.2 and 6.4, less mitigation over the coming decades will require greater emissions reductions in the decades that follow to meet a particular long-term climate goal. The nature of technology transitions follows the emissions dynamic

directly. Delays in mitigation in the near term will lower the rate of energy system transformation over the coming decades but will call for a more rapid transformation in the decades that follow. Delays lead to higher utilization of fossil fuels, and coal in particular, in the short run, which can be prolonged after the adoption of stringent mitigation action due to carbon lock-ins. To compensate for the prolonged use of fossil fuels over the next decades, fossil fuel use—particularly oil and gas—would need to be reduced much more strongly in the long run. One study found that this leads to a reduction in overall fossil energy use over the century compared to a scenario of immediate mitigation (Bauer et al., 2014a). Another study (Riahi et al., 2014) found that if 2030 emissions are kept to below 50 Gt$CO_2$eq, then low-carbon energy deployment is tripled between 2030 and 2050 in most scenarios reaching concentrations of about 450 ppm $CO_2$eq by 2100. In contrast, if emissions in 2030 are greater than 55 Gt$CO_2$eq in 2030, then low-carbon energy deployment increases by five-fold in most scenarios meeting this same long-term concentration goal (see Section 7.11.4, specifically Figure 7.15).

Beyond these high-level characteristics of the energy system transformation lie a range of more detailed characteristics and tradeoffs. Important issues include the options for producing low-carbon energy and the changes in fuels used in end uses, and the increase in electricity use in particular, both with and without mitigation. These issues are covered in detail in Section 6.8 and Chapter 7 through 12.

### 6.3.5   Land and bioenergy in transformation pathways

Scenarios suggest a substantial cost-effective, and possibly essential, role for land in transformation pathways (Section 6.3.2.4 and Section 11.9), with baseline land-use emissions and sequestration an important uncertainty (Section 6.3.1.4). Changes in land use and management will result from a confluence of factors, only some of which are due to mitigation. The key forces associated with mitigation are (1) the demand for bioenergy, (2) the demand to store carbon in land by reducing deforestation, encouraging afforestation, and altering soil management practices, and (3) reductions in non-$CO_2$ GHG emissions by changing management practices. Other forces include demand for food and other products, such as forest products, land for growing urban environments, and protecting lands for environmental, aesthetic, and economic purposes. Currently, only a subset of models explicitly model LUC in scenarios. The development of fully integrated land use models is an important area of model development.

Scenarios from integrated models suggest the possibility of very different landscapes relative to today, even in the absence of mitigation. Projected global baseline changes in land cover by 2050 typically exhibit increases in non-energy cropland and decreases in 'other' land, such as abandoned land, other arable land, and non-arable land (Figure 6.19). On the other hand, projected baseline pasture and forest land exhibit both increases and decreases. The projected increases in

non-energy cropland and decreases in forest area through 2050 are typically projected to outpace historical changes from the previous 40 years (+165 and −105 million hectares of crop and forest area changes, respectively, from 1961–2005 (Food and Agriculture Organization of the United Nations (FAO), 2012). Energy cropland is typically projected to increase as well, but there is less agreement across scenarios. Overall, baseline projections portray large differences across models in the amount and composition of the land converted by agricultural land expansion. These baseline differences are important because they represent differences in the opportunity costs of land use and management changes for mitigation. (See Chapter 11.9 for regional baseline, and mitigation, land cover projections for a few models and scenarios.)

Mitigation generally induces greater land cover conversion than in baseline scenarios, but for a given level of mitigation, there is large variation in the projections (Figure 6.19). Projections also suggest additional land conversion with tighter concentration goals, but declining additional conversion with increased mitigation stringency. This is consistent with the declining relative role of land-related mitigation with the stringency of the mitigation goal (Rose et al., 2012). However, additional land conversion with more stringent goals could be substantial if there are only bioenergy incentives (see below).

A common, but not universal, characteristic of mitigation scenarios is an expansion of energy cropland to support the production of modern bioenergy. There is also a clear tradeoff in the scenarios between energy cropland cover and other cover types. Most scenarios project reduced non-energy cropland expansion, relative to baseline expansion, with some projections losing cropland relative to today. On the other hand, there are projected pasture changes of every kind. Forest changes depend on the incentives and constraints considered in each scenario. Some of the variations in projected land cover change are attributable to specific assumptions, such as fixed pasture acreage, prioritized food provision, land availability constraints for energy crops, and the inclusion or exclusion of afforestation options (e.g. Popp et al., 2014). Others are more subtle outcomes of combinations of modeling assumption and structure, such as demands for food and energy, land productivity and heterogeneity, yield potential, land-production options, and land-conversion costs.

Which mitigation activities are available or incentivized has important implications for land conversion (Figure 6.19). Bioenergy incentives alone can produce energy cropland expansion, with increased forest and other land conversion (Wise et al., 2009; Reilly et al., 2012). In general, forest land contraction results when increased demand for energy crops is not balanced by policies that incentivize or protect the storage



**Figure 6.19** | Global land cover change by 2050 from 2005 for a sample of baseline and mitigation scenarios with different technology assumptions. 'REM-MAg' = REMIND-MAgPIE. Sources: EMF27 Study (Kriegler et al., 2014a), Reilly et al. (2012), Melillo et al. (2009), Wise et al. (2009). Notes: default (see Section 6.3.1) fossil fuel, industry, and land mitigation technology incentives assumed except as indicated by the following—'bioe' = only land-based mitigation incentive is for modern bioenergy, 'nobioe' = land incentives but not for modern bioenergy, 'bioe+land' = modern bioenergy and land carbon stocks incentives, 'bioe+agint' = modern bioenergy incentive and agricultural intensification response allowed, 'lowbio' = global modern bioenergy constrained to 100 EJ/year, 'noccs' = CCS unavailable for fossil or bioenergy use. Other land cover includes abandoned land, other arable land, and non-arable land.

of carbon in terrestrial systems. However, the degree of this forest conversion will depend on a range of factors, including the potential for agricultural intensification and underlying modelling approaches. For example, Melillo et al. (2009) find twice as much forest land conversion by 2050 when they ignore agricultural intensification responses. Forest land expansion is projected when forests are protected, there are constraints on bioenergy deployment levels, or there are combined incentives for bioenergy and terrestrial carbon stocks (e.g., Wise et al., 2009; Reilly et al., 2012, and GCAM-EMF27 in Figure 6.19). Differences in forest land expansion result largely from differences in approaches to incorporating land carbon in the mitigation regime. For example, in Figure 6.19, GCAM-EMF27 (all variants), Wise et al. (2009) (low bioe+land) and Reilly et al. (2012)(low bioe and bioe+land) include an explicit price incentive to store carbon in land, which serves to encourage afforestation and reduce deforestation of existing forests, and discourage energy cropland expansion. In contrast, other scenarios consider only avoided deforestation (REMIND-MAgPIE-EMF27), or land conversion constraints (IMAGE-EMF27). Both protect existing forests, but neither encourages afforestation. In other studies, Melillo et al. (2009) protect existing natural forests based on profitability and Popp et al. (2011a) (not shown) impose conservation policies that protect forest regardless of cost. The explicit pricing of land carbon incentives can lead to large land use carbon sinks in scenarios, and an afforestation incentive or constraint on bioenergy use can result in less land conversion from bioenergy, but not necessarily less land conversion as afforestation may increase.

An important issue with respect to bioenergy, and therefore to land transformation, is the availability and use of BECCS. As discussed in Section 6.3.2, BECCS could be valuable for reaching lower-concentration levels, in part by facilitating concentration overshoot. The availability of CCS could therefore also have land-use implications. Constraints on the use of CCS would prohibit BECCS deployment. However, CCS (for BECCS as well as fossil energy with CCS) may not increase land conversion through 2050 relative to scenarios without BECCS. Instead, the presence of BECCS could decrease near-term energy crop expansion as some models project delayed mitigation with BECCS (Rose et al., 2014a, 6.3.2.2). In addition to biomass feedstock requirements, BECCS land considerations include bioenergy CCS facility land, as well as optimal siting relative to feedstock, geologic storage, and infrastructure.

As noted above, land transformation is tightly linked to the role of bioenergy in mitigation. To understand bioenergy's role in transformation pathways, it is important to understand bioenergy's role within the energy system. The review by Chum et al. (2011) estimated technical potential for bioenergy of 300 and 500 EJ/year in 2020 and 2050, respectively, and deployment of 100 to 300 EJ of biomass for energy globally in 2050, while Rose et al. (2012) found bioenergy contributing up to 15 % of cumulative primary energy over the century under climate policies. Rose et al. (2014a) analyze more recent results from 15 models (Figure 6.20). They find that modelled bioenergy structures vary substantially across models, with differences in feedstock assumptions, sustainability constraints, and conversion technologies. Nonetheless, the scenarios project increasing deployment of, and dependence on, bioenergy with tighter climate change goals, both in a given year as well as earlier in time. Shares of total primary energy increase under climate policies due to both increased deployment of bioenergy and



**Figure 6.20 |** Annual global modern biomass primary energy supply and bioenergy share of total primary energy supply (top panels) and BECCS share of modern bioenergy (bottom panels) in baseline, 550 ppm and 450 ppm CO$_2$eq scenarios in 2030, 2050, and 2100. Source: Rose et al. (2014a). Notes: All scenarios shown assume idealized implementation. Results for 15 models shown (3 models project to only 2050). Also, some models do not include BECCS technologies and some no more than biopower options.

shrinking energy systems. Bioenergy's share of total regional electricity and liquid fuels is projected to be up to 35 % and 75 %, respectively, by 2050. However, there is no single vision about where biomass is cost-effectively deployed within the energy system (electricity, liquid fuels, hydrogen, and/or heat), due in large part to uncertainties about relative technology options and costs over time. (See Chapter 7 for more detail on bioenergy's role in energy supply.) As noted above, the availability of CCS, and therefore BECCS, has important implications for bioenergy deployment. In scenarios that do include BECCS technologies, BECCS is deployed in greater quantities and earlier in time the more stringent the goal, potentially representing 100 % of bioenergy in 2050 (Figure 6.20).

Models universally project that the majority of biomass supply for bioenergy and bioenergy consumption will occur in developing and transitional economies. For instance, one study (Rose et al., 2014a) found that 50–90 % of global bioenergy primary energy is projected to come from non-OECD countries in 2050, with the share increasing beyond 2050. Developing and transitional regions are also projected to be the home of the majority of agricultural and forestry mitigation.

Finally, a number of integrated models have explicitly modelled land use with full emissions accounting, including indirect land cover change and agricultural intensification. These models have suggested that it could be cost-effective to tradeoff lower land carbon stocks from land cover change and increase $N_2O$ emissions from agricultural intensification for the long-run climate change management benefits of bioenergy (Popp et al., 2014; Rose et al., 2014a).

Overall, the integrated modelling literature suggests opportunities for large-scale global deployment of bioenergy and terrestrial carbon gains. However, the transformations associated with mitigation will be challenging due to the regional scale of deployments and implementation issues, including institution and program design, land use and regional policy coordination, emissions leakage, biophysical and economic uncertainties, and potential non-climate social implications. Among other things, bioenergy deployment is complicated by a variety of social concerns, such as land conversion and food security (See Section 6.6 and the Chapter 11 Bioenergy Annex). Coordination between land-mitigation policies, regions, and activities over time will affect forestry-, agricultural-, and bioenergy-mitigation costs and net GHG mitigation effectiveness. When land options and bioenergy are included in mitigation scenarios, it is typically under the assumption of a highly idealized implementation, with immediate, global, and comprehensive availability of land-related mitigation options. In these cases, models are assuming a global terrestrial carbon-stock incentive or global forest-protection policy, global incentives for bioenergy feedstocks, and global agriculture-mitigation policies. They also assume no uncertainty, risk, or transactions costs. For a discussion of these issues, see Lubowski and Rose (2013). The literature has begun exploring more realistic policy contexts and found that there is likely less available mitigation potential in the near term than previously estimated, and possibly unavoidable emissions leakage associated with getting

programs in place, as well as with voluntary mitigation supply mechanisms (Section 11.9, Section 6.8). Additional exploration into the need for and viability of large-scale land-based mitigation is an important area for future research.

### 6.3.6    The aggregate economic implications of transformation pathways

#### 6.3.6.1    Overview of the aggregate economic implications of mitigation

Mitigation will require a range of changes, including behavioural changes and the use of alternative technologies. These changes will affect economic output and the consumption of goods and services. The primary source of information on these costs over multi-decade or century-long time horizons are integrated models such as those reviewed in this chapter.

Mitigation will affect economic conditions through several avenues, only some of which are included in estimates from integrated models. To a first-order, mitigation involves reductions in the consumption of energy services, and perhaps agricultural products, and the use of more expensive technologies. This first-order effect is the predominant feature and focus of the integrated modelling estimates discussed in this chapter and will lead to aggregate economic losses. However, mitigation policies may interact with pre-existing distortions in labour, capital, energy, and land markets, and failures in markets for technology adoption and innovation, among other things. These interactions might increase or decrease economic impacts (Sections 3.6.3 and 6.3.6.5).

Estimates of the potential aggregate economic effects from mitigation are generally expressed as deviations from a counter-factual baseline scenario without mitigation policies; that is, the difference in economic conditions relative to what would have happened without mitigation. They can be expressed in terms of changes in these economic conditions at a particular point in time (for example, reductions in total consumption or GDP at a given point in time) or in terms of reductions in the growth rates leading to these economic conditions (for example, reductions in the rate of consumption or GDP growth). The estimates, and those discussed in this section, generally do not include the benefits from reducing climate change, nor do they consider the interactions between mitigation, adaptation, and climate impacts (Section 6.3.3). In addition, the estimates do not take into account important co-benefits and adverse side-effects from mitigation, such as impacts on land use and health benefits from reduced air pollution (Sections 11.13.6 and 6.6).

A wide range of methodological issues attends the estimation of aggregate economic costs in integrated models, one of which is the metric itself. (For more discussion on these issues in estimating aggregate economic costs, see Annex II.3.2 on mitigation costs met-

**6**

rics and Chapter 3.) A change in welfare due to changes in household consumption is commonly measured in terms of equivalent and compensating variation, but other, more indirect cost measures such as GDP losses, consumption losses, and area under the marginal abatement cost function are more widely used (Paltsev and Capros, 2013). For consistency, results in this section are presented preferentially in terms of cost measures commonly reported by the models: consumption losses and GDP losses for general-equilibrium models, and area under the marginal abatement cost function or reduction of consumer and producer surplus (in the following summarized with the term abatement cost) for partial-equilibrium models. These cost metrics differ in terms of whether or not general equilibrium effects in the full economy have been taken into account and whether or not the direct impact on households or the intermediate impact on economic output is measured. They are therefore treated separately in this chapter.

Emissions prices (carbon prices) are also assessed in this chapter. However, they are not a proxy for aggregate economic costs for two primary reasons. First, emissions prices measure marginal cost, that is, the cost of an additional unit of emissions reduction. In contrast, total economic costs represent the costs of all mitigation that has taken place. Second, emissions prices can interact with other policies and measures, such as regulatory policies or subsidies directed at low-carbon technologies, and will therefore indicate a lower marginal cost than is actually warranted if mitigation is achieved partly by these other measures.

Different methods can be used to sum costs over time. For this purpose, in the absence of specific information from individual models about the discount rate used in studies, the estimates of net present value (NPV) costs in this chapter are aggregated ex-post using a discount rate of 5 %. This is roughly representative of the average interest rate that underlies the discounting approach in most models (Kriegler et al., 2014a). Other rates could have been used to conduct this ex-post aggregation. Since mitigation costs tend to rise over time, lower (higher) rates would lead to higher (lower) aggregate costs than what are provided here. However, it is important to note that constructing NPV metrics based on other rates is not the same as actually evaluating scenarios under alternative discounting assumptions and will not accurately reflect aggregate costs under such assumptions.

Estimates of aggregate economic effects from integrated models vary substantially. This arises because of differences in assumptions about driving forces such as population and economic growth and the policy environment in the baseline, as well as differences in the structures and scopes of the models (Section 6.2). In addition, aggregate economic costs are influenced by the future cost, performance, and availability of mitigation technologies (Section 6.3.6.3), the nature of international participation in mitigation (Section 6.3.6.4), and the policy instruments used to reduce emissions and the interaction between these instruments and pre-existing distortions and market failures (Section 6.3.6.5).

### 6.3.6.2    Global aggregate costs of mitigation in idealized implementation scenarios

A valuable benchmark for exploring aggregate economic mitigation costs is estimates based on the assumption of a stylized implementation approach in which a ubiquitous price on carbon and other GHGs is applied across the globe in every sector of every country and rises over time in a way that minimizes the discounted sum of costs over time. These 'idealized implementation' scenarios are included in most studies as a benchmark against which to compare results based on less-idealized circumstances. One reason that these idealized scenarios have been used as a benchmark is that the implementation approach provides the lowest costs under idealized implementation conditions of efficient global markets in which there are no pre-existing distortions or interactions with other, non-climate market failures. For this reason, they are often referred to as 'cost-effective' scenarios. However, the presence of pre-existing market distortions, non-climate market failures, and complementary policies means that the cost of the idealized approach could be lower or higher than in an idealized implementation environment, and that the idealized approach may not be the least-cost strategy (see Section 6.3.6.5). Most of the idealized implementation scenarios assessed here consider these additional factors only to a limited degree or not at all, and the extent to which a non-idealized implementation environment is accounted for varies between them.

A robust result across studies is that aggregate global costs of mitigation tend to increase over time and with stringency of the concentration goal (Figure 6.21). According to the idealized implementation scenarios collected in the WG III AR5 Scenario Database (Annex II.10), the central 70 % (10 out of 14) of global consumption loss estimates for reaching levels of 430–480 ppm $CO_2$eq by 2100 range between 1 % to 4 % in 2030, 2 % to 6 % in 2050, and 3 % to 11 % in 2100 relative to consumption in the baseline (Figure 6.21, panel c). These consumption losses correspond to an annual average reduction of consumption growth by 0.06 to 0.20 percentage points from 2010 to 2030 (median of 0.09), 0.06 to 0.17 percentage points through 2050 (median of 0.09), and 0.04 to 0.14 percentage points over the century (median of 0.06). To put these losses in context, studies assume annual average consumption growth rates without mitigation between 1.9 % and 3.8 % per year until 2050 and between 1.6 % and 3.0 % per year over the century. These growth rates correspond to increases in total consumption by roughly a factor of 2 to 4.5 by 2050, and from roughly four-fold to over ten-fold over the century (values are based on global projections in market exchange rates).

An important caveat to these results is that they do not account for a potential model bias due to the fact that higher-cost models may have not been able to produce low-concentration scenarios and have therefore not reported results for these scenarios (see discussion of model failures in Section 6.2, and Tavoni and Tol, 2010). They also do not capture uncertainty in model parameter assumptions (Webster et al., 2012). Since scenario samples for different concentration levels do not come from precisely the same models, it is informative to look at the cost changes between different concentration levels as projected by



a) Carbon Prices 2020–2100
$CO_2$ Price [$USD_{2010}/tCO_2$]
b) Average Carbon Prices (2015-2100, 5% Discount Rate)
430–480 ppm $CO_2$eq
480–530 ppm $CO_2$eq
530–580 ppm $CO_2$eq
580–650 ppm $CO_2$eq
650–720 ppm $CO_2$eq
Percentile
Max
75th
Median
25th
Min
c) Consumption Losses 2020–2100
Consumption Loss [% Baseline Consumption]
d) Mitigation Costs (NPV 2015-2100, 5% Discount Rate)
[% Baseline Economy]
Consumption Losses
GDP Losses
Abatement Costs
e) GDP Losses 2020–2100
GDP Loss [% Baseline GDP]
f) Abatement Costs 2020–2100
Abatement Costs [% Baseline GDP]
2020
2030
2050
2100

⇒

Figure 6.21 | Global mitigation costs of idealized implementation scenarios. Panels show the development of (a) carbon prices, (c) consumption losses, (e) GDP losses and (f) abatement costs over time, and (b) the average carbon price (2015–2100), and (d) the NPV mitigation costs (2015–2100) discounted at a 5% discount rate. Costs are expressed as a fraction of economic output—or in the case of consumption losses—consumption in the baseline. The number of scenarios included in the boxplots is indicated at the bottom of the panels, 2030 numbers also apply for 2020 and 2050. The number of scenarios outside the figure range is noted at the top. One model shows NPV consumption losses of 13%/9.5%, and GDP losses of 15%/11% for 430–480/530–580 ppm $CO_2$eq (see text). Source: WG III AR5 Scenario Database (Annex II.10).The scenario selection includes all idealized implementation scenarios that reported costs or carbon prices to 2050 or 2100 (only the latter are included in aggregate cost and price plots) after removal of similar scenarios (in terms of reaching similar goals with similar overshoots and assumptions about baseline emissions) from the same model.

individual models within a given study (Figure 6.22). This can partly remove model bias, although the bias from a lack of models that could not produce low-concentration scenarios remains. The large majority of studies in the scenario database for AR5 report a factor 1.5 to 3 higher global consumption and GDP losses, and 2 to 4 times higher abatement costs, for scenarios reaching 430–530 ppm $CO_2$eq by 2100 compared to the 530–650 ppm $CO_2$eq range.

Aggregate economic costs vary substantially, even in idealized scenarios. The variation of cost estimates for individual $CO_2$eq concentration ranges can be attributed, among other things, to differences in assumptions about driving forces such as population and GDP and differences in model structure and scope (see Section 6.2 for a discussion of model differences). Diagnostic studies have indicated that the assumed availability and flexibility of low-carbon technologies to substitute fossil energy is a key factor influencing the level of carbon prices for a given level of emissions reductions (Kriegler et al., 2014a). The extent to which carbon prices translate into mitigation costs through higher energy prices is another factor that differs between models. Both the variation of carbon prices and the variation of the economic impact of higher prices are major determinants of the observed range of aggregate economic costs for a given amount of emissions reductions. Assumptions about the implementation environment can be another important driver of costs. For example, the highest consumption and GDP losses in the scenario sample are from a model with an emphasis on market imperfections, infrastructure lock-ins, and myopia (Waisman et al., 2012).

It is possible to control for several key sources of variation by relating mitigation costs to cumulative emissions reductions from baseline emissions (Figure 6.23). As expected, carbon prices and mitigation costs increase with the amount of mitigation. Since different models have different capabilities for deep emissions reductions, the inter-model spread in carbon price and cost estimates increases as well. In other words, scenarios indicate greater consensus regarding the nature of mitigation costs at higher-concentration levels than those at lower levels. This increase in variation reflects the challenge associated with modelling energy and other human systems that are dramatically different than those of today.

### 6.3.6.3  The implications of technology portfolios for aggregate global economic costs

Because technology will underpin the transition to a low-carbon economy, the availability, cost, and performance of technologies will exert an influence on economic costs. Several multi-model studies and a wide range of individual model studies have explored this space (see Section 6.1.2.2). A precise understanding of the implications of technology availability on costs is confounded by several factors. One issue is that the sensitivities among technologies are not necessarily comparable across models or scenarios. Some models do not represent certain technologies such as BECCS and therefore do not exhibit a strong cost increase if these options are restricted. These models may instead have difficulties in achieving tighter concentration goals regardless of the restriction (Krey et al., 2014). In addition, assumptions about cost and performance can vary across models, even within a single, multi-model study. Moreover, many limited technology scenarios are characterized by frequent model infeasibilities, as shown by the fraction of models in the EMF27 study (Kriegler et al., 2014a) able to meet a particular goal with different technology combinations at the bottom of Figure 6.24. (See Section 6.2.4 regarding interpretation of model infeasibility).

Despite these limitations, the literature broadly confirms that mitigation costs are heavily influenced by the availability, cost, and performance of mitigation technologies. In addition, these studies indicate that the influence of technology on costs generally increases with increasing stringency of the concentration goal (Figure 6.24). The effect on mitigation costs varies by technology, however, as the ranges reported by the different models tend to strongly overlap (Figure 6.24, Krey et al., 2014), reflecting the general variation of mitigation costs across models (Section 6.3.6.2, Fisher et al., 2007). In general, models have been able to produce scenarios leading to about 550 ppm $CO_2$eq by 2100, even under limited technology assumptions. However, many models could not produce scenarios leading to about 450 ppm $CO_2$eq by 2100 with limited technology portfolios, particularly when assumptions preclude or limit the use of BECCS (Azar et al., 2006; van Vliet et al., 2009; Krey et al., 2014; Kriegler et al., 2014a).

As noted above, the lack of availability of CCS is most frequently associated with the most significant cost increase (Edenhofer et al., 2010; Tavoni et al., 2012; Krey et al., 2014; Kriegler et al., 2014a; Riahi et al., 2014), particularly for concentration goals approaching 450 ppm $CO_2$eq, which are characterized by often substantial overshoot. One fundamental reason for this is that the combination of biomass with CCS can serve as a CDR technology in the form of BECCS (Azar et al., 2006; Krey and Riahi, 2009; van Vliet et al., 2009; Edmonds et al., 2013; Kriegler et al., 2013a; van Vuuren et al., 2013) (see Sections 6.3.2 and 6.9). In addition to the ability to produce negative emissions when coupled with bioenergy, CCS is a versatile technology that



**Figure 6.22 |** Carbon price (left panel) and global mitigation cost changes (right panel) for idealized implementation scenarios relative to a reference concentration category (530–650 ppm CO₂eq in 2100). Results for NPV costs are shown by consumption losses, GDP losses, and abatement costs. Results are based on pairs of idealized implementation scenarios, one in the 530–650 ppm CO₂eq range and one in a neighbouring concentration range, from a single model and study. Cost changes were calculated on the basis of NPV economic costs (discounted at 5 % per year) and carbon price changes on the basis of average discounted values for the period 2015–2100. See Figure 6.21 caption for further explanation on the presentation of results. Source: WG III AR5 Scenario Database (Annex II.10).



**Figure 6.23 |** Average carbon prices (left panel) and global mitigation costs (right panel) as a function of residual cumulative CO₂ emissions expressed as fraction of cumulative baseline emissions over the period 2011–2100. Emissions reductions relative to baseline can be deduced by subtracting the fraction of residual cumulative emissions from unity. Mitigation costs are reported in NPV consumption losses in percent baseline consumption for general equilibrium (GE) models and abatement costs in percent baseline GDP for partial equilibrium (PE) models. A discount rate of 5 % per year was used for calculating average carbon prices and net present value mitigation costs. See description of Figure 6.21 for the selection of scenarios. Source: WG III AR5 Scenario Database (Annex II.10).



**Figure 6.24** | Relative increase of NPV mitigation costs (period 2015–2100, 5% discount rate) from technology portfolio variations compared to a scenario with default technology availability. Scenario names on the horizontal axis indicate the technology variation relative to the default assumptions: Low Energy Intensity = higher energy intensity improvements leading to energy demand reductions of 20–30% by 2050 and 35–45% by 2100 relative to the default baseline; No CCS = unavailability of CCS; Nuclear Phase Out = No addition of nuclear power plants beyond those under construction; existing plants operated until the end of their lifetime; Limited Solar/Wind = a maximum of 20% global electricity generation from solar and wind power in any year of these scenarios; Limited Bioenergy = maximum of 100 EJ/yr of modern bioenergy supply globally; Conventional Energy Future = combining pessimistic assumptions for renewable energy (Limited Solar/Wind + Limited Bioenergy); Energy efficiency and Renewables = combining low energy intensity with non-availability of CCS and nuclear phase-out; Limited Technology Future = all supply-side options constrained and energy intensity developing in line with historical records in the baseline. Source: EMF27 study, adapted from (Kriegler et al., 2014a). Only those scenarios from the EMF27 study are included that reached the 430–480 and 530–580 ppm CO₂eq concentration ranges or were close to it (see footnotes in the figure).

can be combined with electricity, synthetic fuel, and hydrogen production from several feedstocks and in energy-intensive industries such as cement and steel. The CCS can also act as bridge technology that is compatible with existing fossil-fuel dominated supply structures (see Sections 7.5.5, 7.9, and 6.9 for a discussion of challenges and risks of CCS and CDR). Bioenergy shares some of these characteristics with CCS. It is also an essential ingredient for BECCS, and it can be applied in various sectors of the energy system, including for the provision of liquid low-carbon fuels for transportation (see Chapter 11, Bioenergy Annex for a discussion of related challenges and risks). In contrast, those options that are largely confined to the electricity sector (e.g., wind, solar, and nuclear energy) and heat generation tend to show a lower value, both because they cannot be used to generate negative emissions and because there are a number of low-carbon electricity supply options available that can generally substitute each other (Krey et al., 2014).

Scenarios also suggest that energy end-use technologies and measures have an important influence on mitigation costs. For example, in the EMF27 and AMPERE multi-model studies, reductions in the final energy demand of 20–30% by 2050 and 35–45% by 2100 led to reductions in the cumulative discounted aggregate mitigation costs

on the order of 50% (Krey et al., 2014; Kriegler et al., 2014a; Riahi et al., 2014). An important caveat to these results is that the costs of achieving these reductions were not considered nor were the policy or technology drivers that led to them. Energy end-use measures are important not just for reducing energy consumption, but also for facilitating the use of low-carbon fuels. For example, a number of studies (Kyle and Kim, 2011; Riahi et al., 2012; Pietzcker et al., 2014; McCollum et al., 2014b) show that allowing electricity or hydrogen in transportation lowers mitigation costs by opening up additional supply routes to the transportation sector (see Section 6.8 for more on this topic). An increasing ability to electrify the end-use sectors and transport in particular, in turn, tends to reduce the importance of CCS and bioenergy technologies for achieving lower-concentration goals such as 450 ppm CO₂eq.

### 6.3.6.4 Economic implications of non-idealized international mitigation policy implementation

Research has consistently demonstrated that delaying near-term global mitigation as well as reducing the extent of international participation in mitigation can significantly affect aggregate economic costs of miti-

**6**

gation. One way in which aggregate mitigation costs are increased is by delaying near-term global mitigation relative to what would be warranted in the hypothetical idealized case that a long-term goal was adopted and a least-cost approach to reach the global mitigation goal was implemented immediately. This represents one manifestation of not undertaking mitigation 'when' it is least expensive (Keppo and Rao, 2007; Bosetti et al., 2009b; Krey and Riahi, 2009; Jakob et al., 2012; Kriegler et al., 2013b; Luderer et al., 2013; Rogelj et al., 2013b; Riahi et al., 2014). In scenarios in which near-term global mitigation is limited, the increase in mitigation costs is significantly and positively related to the gap in short-term mitigation with respect to the idealized scenarios (Figure 6.25). Costs are lower in the near-term, but increase more rapidly in the transition period following the delayed mitigation, and are also higher in the longer term. Future mitigation costs are higher because delays in near-term mitigation not only require deeper reductions in the long run to compensate for higher emissions in the short term, but also produce a larger lock-in in carbon infrastructure, increasing the challenge of these accelerated emissions reduction rates. The effects of delay on mitigation costs increase with the stringency of the mitigation goal. Studies suggest that important transitional economic metrics other than aggregate costs—for example,

reduced growth rates in economic output and consumption, escalating energy prices, and increasing carbon rents—may be more affected by delayed mitigation than aggregate costs (Kriegler et al., 2013b; Luderer et al., 2014a).

Studies have consistently found that delays through 2030 have substantially more profound aggregate economic implications than delays through 2020, both in terms of higher transitional impacts due to more rapidly increasing mitigation costs at the time of adopting the long-term strategy and higher long-term costs (Kriegler et al., 2013b; Rogelj et al., 2013a; Luderer et al., 2014a). This is directly related to prolonged delays in mitigation leading to both larger carbon lock-ins and higher short term emissions that need to be compensated by deeper emissions cuts in the long run (Sections 6.3.2 and 6.4). Moreover, delayed mitigation further increases the dependence on the full availability of mitigation options, especially on CDR technologies such as BECCS (Luderer et al., 2013; Rogelj et al., 2013b; Riahi et al., 2014). (See Section 6.3.6.3, Section 6.4).

Fragmented action or delayed participation by particular countries—that is, not undertaking mitigation 'where' it is least expen-



**Figure 6.25 |** Mitigation costs increase as a function of reduced near-term mitigation effort, expressed as relative change to immediate mitigation (idealized implementation) scenarios (referred to as the 'mitigation gap'). Cost increase is shown both in the medium term (2030–2050, left panel) and in the long term (2050–2100, right panel), calculated on undiscounted costs. The mitigation gap is calculated from cumulative $CO_2$ mitigation to 2030. Blue and yellow dots show scenarios reaching concentration goals of 430–530 ppm and 530–650 ppm $CO_2$eq, respectively. The shaded area indicates the range for the whole scenario set (two standard deviations). The bars in the lower panel indicate the mitigation gap range where 75% of scenarios with 2030 emissions, respectively, above and below 55 $GtCO_2$ are found. Not all model simulations of delayed additional mitigation until 2030 could reach the lower concentration goal of 430–530 ppm $CO_2$eq (for 2030 emissions above 55 $GtCO_2$eq, 29 of 48 attempted simulations could reach the goal; for 2030 emissions below 55 $GtCO_2$eq, 34 of 51 attempted simulations could reach the goal). Source: WG III AR5 Scenario Database (Annex II.10), differences between delayed mitigation to 2020 and 2030 and immediate mitigation categories.

sive—has also been broadly shown to increase global mitigation costs (Edmonds et al., 2008; Calvin et al., 2009b; Clarke et al., 2009; Tol, 2009; Richels et al., 2009; Bosetti et al., 2009d; van Vliet et al., 2009; Kriegler et al., 2014c). Fragmented action will influence aggregate global economic costs not only because of misallocation of mitigation across countries, but also through emissions leakage and trade-related spillover effects (Arroyo-Curras et al., 2014; Babiker, 2005; Bauer et al., 2014a; Blanford et al., 2014; Böhringer et al., 2012; Bosetti and De Cian, 2013; Kriegler et al., 2014c). The range and strength of these adverse effects and risks depends on the type of policy intervention and the stringency of the mitigation effort. Border carbon adjustments have been found to reduce economic impacts of exposed industries, but not to yield significant global cost savings (Böhringer et al., 2012). Some studies have indicated that the increased costs from fragmented action could be counterbalanced by increased incentives to carry out innovation, though only to a limited extent (Di Maria and Werf, 2007; Golombek and Hoel, 2008; Gerlagh et al., 2009; De Cian and Tavoni, 2012; De Cian et al., 2014).

Multi model studies have indeed found that the smaller the proportion of total global emissions included in a climate regime due to fragmented action, the higher the costs and the more challenging it becomes to meet any long-term goal. For example, only 2 (5) of 10 participating models could produce 450 ppm $CO_2$eq overshoot (550 ppm $CO_2$eq not to exceed) scenarios under the regional fragmentation assumptions in the EMF22 scenarios (Clarke et al., 2009). In these scenarios, the Annex I countries began mitigation immediately, followed by major emerging economies in 2030, and the rest of the world in 2050 (see Table 6.1, (Clarke et al., 2009) (see Section 6.2 for a discussion of model infeasibility). Discounted global aggregate mitigation costs over the century increased by 50 % or more than double for those models that could produce these scenarios (Figure 6.26).

In general, when some countries act earlier than others, the increased costs of fragmented action fall on early actors. However, aggregate economic costs can also increase for late entrants, even taking into account their lower near-term mitigation (Clarke et al., 2009; Jakob et al., 2012). Late entrants benefit in early periods from lower mitigation; however, to meet long-term goals, they must then reduce emissions more quickly once they begin mitigation, in just the same way that global emissions must undergo a more rapid transition if they are delayed in total. The increased costs of this rapid and deep mitigation can be larger than the reduced costs from delaying near-term mitigation (Figure 6.26). The degree to which the late entrants' mitigation costs increase with fragmented action depends on the extent of carbon-intensive technologies and infrastructure put in place during the period during which they delay reductions and the speed at which emissions must be reduced after they begin emissions reductions. Indeed, in the face of a future mitigation commitment it is optimal to anticipate emissions reductions, reducing the adjustment costs of confronting mitigation policy with a more carbon-intensive capital stock (Bosetti et al., 2009a; Richels et al., 2009). In addition, countries may incur costs from international mitigation policy even if they do not participate, for example, from a loss of fossil fuel revenues (Blanford et al., 2014).

### 6.3.6.5    The interactions between policy tools and their implementation, pre-existing taxes, market failures, and other distortions

The aggregate economic costs reported in Section 6.3.6.2 have assumed an idealized policy implementation and in many cases an idealized implementation environment with perfectly functioning economic markets devoid of market failures, institutional constraints, and pre-existing tax distortions. Many models represent some of these distortions, but most models represent only a small portion of possible distortions and market failures. The reality that assumptions of idealized implementation and idealized implementation environment will not be met in practice means that real-world aggregate mitigation costs could be very different from those reported here.

Under the assumption of a perfect implementation environment, economic analysis has long demonstrated that the way to minimize the aggregate economic costs of mitigation is to undertake mitigation where and when it is least expensive (Montgomery, 1972). This implies that policies be flexible and comprehensive with a ubiquitous price on GHG emissions, as might be achieved by a cap-and-trade policy or carbon tax (Goulder and Parry, 2008). The literature presented thus far in this section has assumed such an approach. Even



**Figure 6.26 |** Impact of fragmented action on the relative mitigation costs of three representative regions: Annex I without Russia; Brasil, Russia, India, and China (BRIC); and Rest of World (ROW) from the EMF22 Study. In this study, Annex I (without Russia) joins immediately, BRIC in 2030, and ROW in 2050 (see Table 6.1). The vertical axis shows the increase in mitigation costs between full participation and fragmented action scenarios. Thus, values above 0 indicate that fragmented action increases costs. Mitigation costs are calculated relative to baseline over 2015–2100 both in NPV at 5 % discount rate (left bars) and as maximum losses over the century (right bars). Source: EMF22 data base.

scenarios with fragmented or limited near-term emissions reductions have typically assumed efficient, full-economy carbon prices for all countries undertaking mitigation. However, real-world approaches may very well deviate from this approach. For example, some policies may only address particular sectors, such as power generation; other policies may regulate the behaviour of particular sectors through command and control measures, for example, through renewable portfolio standards for power generation or fuel economy standards for transport.

In an idealized implementation environment, the literature shows that approaches that exclude sectors or regulate reductions by sector will lead to higher aggregate mitigation costs, particularly for goals requiring large emissions reductions where coverage and flexibility are most important (Paltsev et al., 2008). A wide range of recent studies have corroborated this general result, including the large scale multi-model comparison studies such as EMF22 (Böhringer et al., 2009), EMF24 (Fawcett et al., 2014), and EMF28 (Knopf et al., 2013) along with a wide range of individual papers. As an example, a survey of results (OECD, 2009) indicates that exempting energy-intensive industries increases mitigation costs for achieving concentrations of 550 ppm by 50 % in 2050, and that excluding non-$CO_2$ GHG emissions increases the mitigation costs by 75 % in 2050. The EMF22 study (Böhringer et al., 2009) find that differential prices for the European Union (EU) Emission Trading Scheme (ETS) and non-ETS emissions in the EU and the inclusion of a renewable portfolio standard could double the mitigation costs for the EU goals for 2020. Wise et al. (2009) found that the failure to include changes in land use emissions in mitigation policy could double global carbon prices in a 450 ppm $CO_2$ scenario. At the same time, it is important to recognize that mitigation may not be the only objective of these sectoral approaches and regulatory policies. They may also be designed to address other policy priorities such as energy security and local environmental concerns.

Climate policies will interact with pre-existing policy structures as well as with other market failures beyond the market failure posed by climate change—that is, a non-idealized implementation environment—and these interactions can either increase or decrease policy costs. A number of authors have argued that costs could be much lower or even negative compared to those produced by studies assuming idealized policy and implementation environments (Bosquet, 2000; Bye et al., 2002; Waisman et al., 2012). The results of these studies rest on one or several assumptions—that mitigation policy be used not only to address the climate externality, but also to achieve other policy priorities such as sustainable development; the use of mitigation policy instruments for the correction of the implementation environment including removal of market failures and pre-existing distortions; and/or on optimistic views of climate-related innovation and technology development, adoption, and penetration.

Because technology is so critical to the economic costs of mitigation, the economic costs and efficacy of climate policies more generally will necessarily be influenced by market failures in markets for technology

adoption and those for development and R&D (Jaffe, 2012). There are numerous market failures, such as research and adoption spillovers, limited foresight, limited information, and imperfect capital markets, which can cause underinvestment in mitigation technologies, discussed in more detail in Section 15.6 (Thollander et al., 2010; Allcott, 2011, 2013; Kalkuhl et al., 2012, among many others). Studies indicate aggregate mitigation costs could be lower if these market failures could be removed through complementary policies (Jaffe et al., 2005; Thollander et al., 2010). Additionally, literature that focuses in particular on failures in markets for investments in technology and R&D has found large reductions in aggregate mitigation costs as a result of correcting these failures, for example, through the recycling of revenue from climate policies or otherwise using public funds (Bosquet, 2000; Edenhofer et al., 2010; Waisman et al., 2012). The literature has also shown the value of related complementary policies to enhance labor flexibility (Guivarch et al., 2011) or impact the mobility of demand, such as transportation infrastructures or urban and fiscal policies lowering real estate prices and urban sprawl (Waisman et al., 2012).

Interactions with pre-existing policies and associated distortions will also influence economic costs. The EU ETS offers an example where an efficient policy tool (cap-and-trade system) that is applied on partial sectors (partial coverage) and interacts with pre-existing distortions (high energy taxes) and other energy policies (renewable energy requirements) is affected by over-allocation of permits and slower than expected economic growth (Ellerman and Buchner, 2008; Ellerman, 2010; Batlle et al., 2012). Paltsev et al (2007) show that pre-existing distortions (e.g., energy taxes) can greatly increase the cost of a policy that targets emission reduction. In contrast, literature has also looked into the use of carbon revenues to reduce pre-existing taxes (generally known as the 'double dividends' literature). This literature indicates that total mitigation costs can be reduced through such recycling of revenues (Goulder, 1995; Bovenberg and Goulder, 1996). Nonetheless, a number of authors have also cautioned against the straight generalization of such results indicating that the interplay between carbon policies and pre-existing taxes can differ markedly across countries showing empirical cases where a 'double dividend' does not exist as discussed in Section 3.6.3.3 (Fullerton and Metcalf, 1997; Babiker et al., 2003; Metcalf et al., 2004).

### 6.3.6.6    Regional mitigation costs and effort-sharing regimes

The costs of climate change mitigation will not be identical across countries (Clarke et al., 2009; Hof et al., 2009; Edenhofer et al., 2010; Lüken et al., 2011; Luderer et al., 2012b; Tavoni et al., 2013; Aboumahboub et al., 2014; Blanford et al., 2014). The regional variation in costs will be influenced by the nature of international participation in mitigation, regional mitigation potentials, and transfer payments across regions. In the idealized setting of a universal carbon price leading to reductions where they would be least expensive, and in the absence

of transfer payments, the total aggregate economic costs of mitigation would vary substantially across countries and regions. In results collected from modelling studies under these circumstances, relative aggregate costs in the OECD-1990, measured as a percentage change from, or relative to, baseline conditions, are typically lower than the global average, those in Latin America are typically around the global average, and those in other regions are higher than the global average (Figure 6.27) (Clarke et al., 2009; Tavoni et al., 2013).

The variation in these relative regional costs can be attributed to several factors (Stern et al., 2012; Tavoni et al., 2013). First, costs are driven by relative abatement with respect to emissions in a baseline, or no-policy, scenario, which are expected to be higher in developing countries (see Section 6.3.2 for more discussion). Second, developing countries are generally characterized by higher energy and carbon intensities due to the structure of economies in economic transition. This induces a higher economic feedback for the same level of mitigation (Luderer et al., 2012b). Third, domestic abatement is only one determinant of policy costs, since international markets would interact with climate policies (Leimbach et al., 2010). For some regions, notably the fossil energy exporting countries, higher costs would originate from unfavourable terms of trade effects of the mitigation policy (OECD, 2008; Luderer et al., 2012a; Massetti and Tavoni, 2011; Aboumahboub et al., 2014; Blanford et al., 2014), while some regions could experience increased bio-energy exports (Persson et al., 2006; Wise et al., 2009; Leimbach et al., 2010). A final consideration is that the total costs (as opposed to costs measured as a percentage change from baseline conditions) and associated mitigation investments are also heavily influenced by baseline emissions, which are projected to be larger in the developing regions than the developed regions (see Section 6.3.1).

A crucial consideration in the analysis of the aggregate economic costs of mitigation is that the mitigation costs borne in a region can be separated from who pays those costs. Under the assumption of efficient markets, effort-sharing schemes have the potential to yield a more equitable cost distribution between countries (Ekholm et al., 2010b; Tavoni et al., 2013). Effort-sharing approaches will not meaningfully change the globally efficient level of regional abatement, but can substantially influence the degree to which mitigation costs or investments might be borne within a given country or financed by other countries (e.g. Edenhofer et al., 2010). A useful benchmark for consideration of effort-sharing principles is the analysis of a framework based on the creation of endowments of emission allowances and the ability to freely exchange them in an international carbon market. Within this framework, many studies have analyzed different effort-sharing allocations according to equity principles and other indicators (see Section 3.3, Section 4.6.2) (den Elzen and Höhne, 2008, 2010; Höhne et al., 2014).

Comparing emission allocation schemes from these proposals is complex because studies explore different regional definitions, timescales, starting points for calculations, and measurements to assess emission allowances such as $CO_2$ only or as $CO_2$eq (see Höhne et al., 2014). The range of results for a selected year and concentration goal is relatively large due to the fact that the range includes fundamentally different effort-sharing approaches and other variations among the assumptions of the studies.

Nonetheless, it is possible to provide a general comparison and characterization of these studies. To allow comparison of substantially different proposals, Höhne et al. (2014) developed a categorization into seven cat-




**Figure 6.27 |** Regional mitigation costs relative to global average for scenarios reaching 430–530 ppm $CO_2$eq in 2100 (left panel) and 530–650 ppm $CO_2$eq in 2100 (right panel). Values above (below) 1 indicate that the region has relative mitigation costs higher (lower) than global average. Relative costs are computed as the cumulative costs of mitigation over the period 2020–2100, discounted at a 5% discount rate, divided by cumulative discounted economic output over that period. Scenarios assume no carbon trading across regions. The numbers below the regions names indicate the number of scenarios in each box plot. Source: WGIII AR5 Scenario Database (Annex II.10), idealized implementation and default (see Section 6.3.1) technology scenarios.

**6**

**Table 6.5 |** Categories of effort-sharing proposals. Source: Höhne et al. (2014)

| Categories | Responsibility | Capability | Equality | Description | References |
|---|---|---|---|---|---|
| Responsibility | X | | | The concept to use historical emissions to derive emission goals was first directly proposed by Brazil in the run-up of the Kyoto negotiations (UNFCCC, 1997), without allocations. Allowances based only on this principle were quantified by only a few studies. | Berk and den Elzen (2001)*, Den Elzen et al. (2005); Den Elzen and Lucas (2005) |
| Capability | | X | | Frequently used for allocation relating reduction goals or reduction costs to GDP or human development index (HDI). This includes also approaches that are focused exclusively on basic needs. | Den Elzen and Lucas (2005); Knopf et al. (2011); Jacoby et al. (2009); Miketa and Schrattenholzer (2006); Kriegler et al. (2013b) and Tavoni et al. (2013)** |
| Equality | | | X | A multitude of studies provide allocations based on immediate or converging per capita emissions (e.g. Agarwal and Narain, 1991; Meyer, 2000). Later studies refine the approach using also per capita distributions within countries (e.g. Chekravarty et al., 2009). | Berk and den Elzen (2001)*, Kriegler et al. (2013b) and Tavoni et al. (2013)**; Böhringer and Welsch (2006); Bows and Anderson (2008); Chekravarty et al. (2009); Criqui et al.(2003); Den Elzen and Lucas (2005); Den Elzen and Meinshausen (2006); Den Elzen et al (2005, 2008); Edenhofer et al. (2010); Hof et al. (2010b); Höhne and Moltmann (2008, 2009); Knopf et al.(2009, 2011); Kuntsi-Reunanen and Luukkanen (2006); Nabel et al. (2011); Miketa and Schrattenholzer (2006); Peterson and Klepper (2007); Onigkeit et al (2009); Van Vuuren et al. (2009a, 2010) |
| Responsibility, capability, and need | X | X | | Recent studies used responsibility and capability explicitly as a basis, e.g., Greenhouse Development Rights (Baer et al., 2008); or 'Responsibility, Capability, and Sustainable Development'(Winkler et al., 2011) | Baer et al. (2008); Baer (2013); Höhne and Moltmann (2008, 2009); Winkler et al. (2011) |
| Equal cumulative per capita emissions | X | | X | Several studies allocate equal cumulative per capita emission rights based on a global carbon budget (Pan, 2005, 2008). Studies diverge on how they assign the resulting budget for a country to individual years. | Bode (2004); Nabel et al. (2011); Jayaraman et al. (2011); Schellnhuber et al. (2009); |
| Staged approaches | X | X | X | A suite of studies propose or analyze approaches, where countries take differentiated commitments in various stages. Also approaches based on allocation for sectors such as the Triptych approach (Phylipsen et al., 1998) or sectoral approaches are included here. Categorization to a stage and the respective commitments are determined by indicators using all four equity principles. Finally, studies using equal percentage reduction goals, also called grandfathering, are also placed in this category. | Bosetti and Frankel (2012); Criqui et al. (2003); Den Elzen and Lucas (2005); Den Elzen and Meinshausen (2006); Den Elzen et al (2007, 2008, 2012); Hof et al.(2010a); Höhne and Moltmann (2008, 2009); Höhne et al.(2005, 2006); Knopf et al. (2011); Vaillancourt and Waaub (2004); Peterson and Klepper (2007); Böhringer and Welsch (2006); Knopf et al.(2011) Berk and den Elzen (2001) |
| Equal Marginal Abatement Costs (for reference) | | | | Modelling studies often use the allocations that would emerge from a global carbon price as a reference case for comparing other allocations. | Peterson and Klepper (2007), Van Vuuren et al. (2009a), Kriegler et al. (2013b) and Tavoni et al. (2013)** |

*    Not included in the quantitative results, because either too old or pending clarifications of the data.
**  This is a model comparison study of seven integrated models as part of the LIMITS research project: PBL, IIASA, FEEM, ECN*, PIK, PNNL, NIES*. Each of these models represents one data point. Some of these model studies are more extensively described in a particular model study (Kober et al., 2014).

egories based on three equity principles (see Chapter 4): responsibility, capability, and equality (Table 6.5). The first three categories represent these equity principles alone. The following three categories represent combinations of these principles. 'Equal cumulative per capita emissions' combines equality (per capita) with responsibility (cumulative accounting for historical emissions); 'responsibility, capability, and need' includes approaches that put high emphasis on historical responsibility and at the

same time on capability plus the need for sustainable development; 'staged approaches' includes those that already constitute a compromise over several principles. Finally, the last category, 'equal marginal abatement costs' (implemented in the models as uniform carbon tax with no compensatory transfers), represents the initial allocation to that which would emerge from a global price on carbon. This is used as a reference against which to compare the implications of other regimes.

The range of allowances can be substantial even within specific categories of effort sharing, depending on the way the principle is implemented (Figure 6.28). For some effort-sharing categories, the ranges are smaller because only a few studies were found. Despite the ranges within a category, distributional impacts differ significantly with underlying criteria for effort sharing.

The concentration goal is significant for the resulting emissions allowances (Figure 6.29). Indeed, for many regions, the concentration goal is of equal or larger importance for emission allowances than the effort-sharing approach. For concentration levels between 430 and 480 in 2100, the allowances in 2030 under all effort-sharing approaches in OECD-1990 are approximately half of 2010 emissions with a large range, roughly two-thirds in the EITs, roughly at the 2010 emissions level or slightly below in ASIA, slightly above the 2010 level in the Middle East and Africa, and well below the 2010 level in Latin America. For these same concentration levels, allowances in OECD-1990 and EITs are a fraction of today's emissions in 2050, and allowances for Asia and Latin America are approximately half of 2010 emission levels in 2050. For higher concentration levels, most studies show a

significant decline in allowances below current levels for OECD-1990 and EITs by 2050. Most studies show a decline in allowances below current levels for the Latin America region, mostly increasing above current levels for the Africa and Middle East region, and an inconsistent picture for ASIA.

The creation of endowments of emissions allowances would generate payment transfers across regions in a global carbon market. These transfer payments would depend on the regional abatement opportunities, the distribution of allowances, and the concentration goal. To the extent that regional mitigation levels represent the cost-effective mitigation strategy across regions, the size of these allocations relative to domestic emissions provide an indication of the degree to which allowances would be transferred to or from any region. If allocations are higher than the 'equal marginal abatement cost' allocation in a particular country, then the country could possibly improve its financial position by reducing emissions and selling the remaining allowances. If allocations are lower than the 'equal marginal abatement cost' allocation, the country could possibly purchase allowances and therefore provide transfers.

## Box 6.2 | Least-developed countries in integrated models

There are significant data and information deficits pertaining to least-developed countries(LDCs) and limits to the modelling of the specific features and characteristics of LDCs. For this reason, the integrated modelling literature provides relatively little information on the specific implications of transformation pathways for LDCs. Based on the limited available literature, LDCs contribute little to future GHG emissions until 2050 even though they are projected to grow faster than global emissions. Post-2050 emissions trends for LDCs depend on highly uncertain projections of their long-term economic growth prospects. One study in the available integrated modelling literature suggests that LDC's contribution to global emissions increases by about 50% between 2000 and 2100 (Calvin et al., 2009b).The mitigation challenges for LDCs are particularly significant given their ambitions for economic growth, poverty alleviation, and sustainable development on the one hand, and their limited means for mitigation in terms of technology and finance on the other hand. Tradeoffs can include, among other things, a prolonged use of traditional bioenergy and a reduction in final energy use. Potential synergies include accelerated electrification (Calvin et al., 2014a).

The literature on the transformation pathways has also indicated the need for large deployment of low-carbon technologies. These projections pose critical challenges and uncertainties for LDCs when taking into account issues related to deployment, institutions and program design, and non-climate socioeconomic implications. In particular, many scenarios rely on technologies with potentially large land footprints, such as bioenergy and

afforestation or reforestation, to achieve mitigation goals. The scenarios surveyed in the chapter universally project the majority of bioenergy primary energy will occur in developing economies (50—90% in non-OECD in 2050, see Section 6.3.5). These abatement patterns imply significant challenges for developing countries in general, and LDCs in particular, where large land-use abatement potentials lie.

The literature related to effort-sharing and distributional implications of mitigation in LDCs is relatively scarce. The literature suggests that there are tradeoffs between food security and mitigation (e.g. Reilly et al., 2012) with negative impacts for poor, developing countries due to the high share of their incomes spent on food. Mitigation might increase the rural-urban gap and deteriorate the living standards of large sections of the population in developing countries (e.g. Liang and Wei, 2012). In contrast, policy and measures aligned to development and climate objectives can deliver substantial co-benefits and help avoid climate risks in developing countries (Shukla et al., 2009). Modelling studies that use the 'low carbon society' framework arrive at a similar conclusion about co-benefits in developing countries and LDCs (Kainuma et al., 2012; Shrestha and Shakya, 2012). Spillover effects from trade-related mitigation policies may pose certain risks for LDCs such as induced factor mobility, unemployment, and international transport-related impacts on food and tourism sectors (Nurse, 2009; ICTSD, 2010; Pentelow and Scott, 2011). Downscaling of integrated modelling to the level of LDCs is a key area for future research.

6



**Figure 6.28 |** Emission allowances in 2030 relative to 2010 emissions by effort-sharing category for mitigation scenarios reaching 430–480 ppm CO₂eq in 2100. GHG emissions (all gases and sectors) in GtCO₂eq in 1990 and 2010 were 13.4 and 14.2 for OECD-1990, 8.4 and 5.6 for EIT, 10.7 and 19.9 for ASIA, 3.0 and 6.2 for MAF, 3.3 and 3.8 for LAM. Emissions allowances are shown compared to 2010 levels, but this does not imply a preference for a specific base-year. For the OECD-1990 in the category 'responsibility, capability, need' the emission allowances in 2030 is −106% to −128% (20th to 80th percentile) below 2010 level (therefore not shown here). The studies with the 'Equal cumulative per capita emissions' approaches do not have the regional representation MAF. For comparison in orange: 'Equal marginal abatement cost' (allocation based on the imposition of a global carbon price) and baseline scenarios. Source: Adapted from Höhne et al.(2014). Studies were placed in this CO₂eq concentration range based on the level that the studies themselves indicate. The pathways of the studies were compared with the characteristics of the range, but concentration levels were not recalculated.



**Figure 6.29 |** Emission allowances in 2050 relative to 2010 emissions for different 2100 CO₂eq concentration ranges by all effort-sharing categories except 'equal marginal abatement costs'. For comparison in orange: baseline scenarios. Source: Adapted from Höhne et al. (2014). Studies were placed in the CO₂eq concentration ranges based on the level that the studies themselves indicate. The pathways of the studies were compared with the characteristics of the ranges, but concentration levels were not recalculated.

Multi-model studies indicate that the size of the carbon market transfers would be significant in relation to the total global aggregate economic costs of mitigation, of the order of hundreds of billions of United States dollars per year before mid-century (Clarke et al., 2009; Luderer et al., 2012b; Tavoni et al., 2013). Transfers through emissions allowances are also particularly high if the carbon price is high, because the transfers are based on the quantity of the allowances traded and the price of those allowances. Higher prices are associated with more ambitious mitigation. For some regions, financial flows could be on the same order of magnitude as the investment requirements for emissions reductions (McCollum et al., 2013b). Transfers are particularly high for some regions for the categories 'equal per capita cumulative emissions' and 'responsibility, capability, and need' in general and for 'staged approaches' in some of studies.

The transfers associated with different effort-sharing schemes have a direct impact on the regional distribution of mitigation policy costs (Luderer et al., 2012b). These costs are sensitive both to local abatement costs and to size and direction of transfers, both of which are related to the effort-sharing scheme as well as the carbon price and the associated climate goal (Russ and Criqui, 2007; den Elzen et al., 2008; Edenhofer et al., 2010; Ekholm et al., 2010b; Luderer et al., 2012b). Given the large uncertainty about future transfers and carbon prices, the regional distribution of costs under different sharing schemes varies widely (Luderer et al., 2012b; Tavoni et al., 2013). For example, emerging economies like China could incur relatively high expenditures (den Elzen et al., 2012; Johansson et al., 2014), but this would change when cumulative past emissions are also accounted for (Jiahua, 2008; Ding et al., 2009; He et al., 2009). Moreover, the uneven regional distribution of relative mitigation costs observed in Figure 6.27 in the case without transfers is not significantly alleviated when emissions rights are equalized per capita by 2050 and the concentration goal is stringent, as shown in Figure 6.30.

Optimal transfers can also be devised as a way to provide economic incentives to regions to participate in international climate agreements. When accounting for the strategic behaviour of the various regions and countries, the literature suggests that climate coalitions, which are self-enforcing and stable, can indeed be effective only in the presence of significant compensatory payments across regions (Finus et al., 2003; Nagashima et al., 2009; Bréchet et al., 2011). Transfers would also occur in the case that different regional social costs of carbon were equalized to maximize efficiency (Landis and Bernauer, 2012).

The impacts of mitigation policies on global fossil fuel trade depend on the type of fuel, time horizon, and stringency of mitigation efforts. Recent model intercomparison studies focusing on low-concentration goals (430–530 $CO_2$eq in 2100) have found an unambiguous decrease in coal trade over the first half of the century (Cherp et al., 2014; Jewell et al., 2013). In contrast, studies indicate that natural gas trade could potentially increase over the coming decades as gas serves as a transi-



**Figure 6.30** | Regional mitigation costs relative to global average for a 450 ppm $CO_2$eq concentration goal for a per capita effort-sharing scheme from the LIMITS multi-model study. Values above (below) 1 indicate that the region has relative mitigation costs higher (lower) than global average ones. Values below 0 are possible for regions who are large net sellers of carbon allowances. Mitigation costs are computed relative to the baseline, over 2020–2100 in NPV at a 5% discount rate. Emission allocations are based on linear convergence from 2020 levels to equal per capita by 2050, with per capita equalization thereafter. Regions are allowed to trade emission rights after 2020 without any constraint. Source: WG III AR5 Scenario Database (Annex II.10), LIMITS per capita scenarios.

tion fuel and substitutes for coal (Cherp et al., 2014). Studies present a less clear picture regarding the future of oil trade for concentration goals in this range. In general, however, studies find oil trade to be less sensitive to mitigation policy than coal and gas trade through 2030, and perhaps even to 2050 (Bauer et al., 2014a, 2014b; Cherp et al., 2014; Jewell et al., 2013; McCollum et al., 2014a).

These changes in trade patterns will have important implications for the future trade revenues of fossil-exporting countries. There is high agreement among integrated models that revenues from coal trade are likely to fall for major exporters (Lüken et al., 2011; Bauer et al., 2014a, 2014b). For oil and gas, on the other hand, the effect of stringent climate policies on export revenues is less clear, with results varying across models. Notwithstanding these differences, the general conclusion of recent intercomparison exercises is that there is likely to be a decrease in oil and gas revenues for exporting countries over the first half of the century (IEA, 2009; Haurie and Vielle, 2010; Bauer et al., 2014a, 2014b; Tavoni et al., 2013; McCollum et al., 2014a). There are several studies that diverge from the bulk of the literature and argue that conventional oil exporters could in the short-term benefit from climate policies under certain conditions related to the cost of oil alternatives (biofuels and unconventional oil), the price elasticity of oil and the cost of backstop technologies (Persson et al., 2007; Johansson et al., 2009; Nemet and Brandt, 2012). Because exporters of these resources can benefit from the cheaper extraction costs and less carbon-intensive nature of conventional oil (relative to unconventional oil deposits and coal- or gas-derived liquids), mitiga-

tion efforts could potentially have a positive impact on export revenues for conventional oil. These dynamics depend critically on future commodity prices. No global studies have, as yet, systematically explored the impact of stringent climate policies on unconventional gas trade and export revenues, particularly those where methane leakage from extraction activities could be an issue. The deployment of fossil fuels is generally higher in scenarios with CCS. The availability of CCS would thus reduce the adverse effect of mitigation on the value of fossil fuel assets.

## 6.4    Integrating long- and short-term perspectives

### 6.4.1    Near-term actions in a long-term perspective

Stabilizing atmospheric concentrations of GHGs and radiative forcing is a long-term endeavour. Whether a particular long-term mitigation goal will be met, and what the costs and other implications will be of meeting it, will depend on decisions to be made and uncertainties to be resolved over many decades in the future. For this reason, transformation pathways to long-term climate goals are best understood as a process of sequential decision making and learning. The most relevant decisions are those that must be made in the near term with the understanding that new information and opportunities for strategic adjustments will arrive often in the future, but largely beyond the reach of those making decisions today. An important question for decision makers today is therefore how near-term decisions will influence choices available to future decision makers. Some decisions may maintain a range of future options, while others may constrain the future set of options for meeting long-term climate goals.

### 6.4.2    Near-term emissions and long-term transformation pathways

A key outcome of current decision making will be the level of near-term global emissions. Scenarios can provide important insights into the implications of the near-term (i.e., 2020–2030) emissions level for long-term climate outcomes. As discussed in Section 6.1.2, a number of multi-model studies have been designed specifically for this purpose, exploring delays in global mitigation, in which near-term emissions are held fixed to particular levels, and fragmented action, in which only a subset of regions initially respond to a long-term goal (see Table 6.1). These scenarios are typically designed as counterpoint to idealized implementation scenarios in which mitigation begins immediately, timing of reductions is unconstrained, and full participation is assumed from the outset. This distinction is essential

for characterizing the relationship between the path emissions follow through 2030 and the possible climate outcomes through the end of the century. Among idealized implementation scenarios with 2100 concentrations in the range of 430–530 ppm $CO_2$eq, emissions in 2020 fall almost exclusively below the range of global GHG emissions implied by the Cancún Pledges (see Section 13.13.1.3 for more details), as in Rogelj et al. (2013a) (Figure 6.31, top panel). However, several scenarios with delayed mitigation imposed either through global delays or delayed participation have 2020 emissions in the possible range of the Cancún Agreements and in some cases 2030 emissions even higher than this range while still remaining consistent with the long-term goal (the cost implications of delay are discussed in Section 6.3.6.4).

A second distinction that can play a critical role is the extent to which CDR options are available and deployed. In scenarios designed with a forcing goal applied only at the end of the century, particularly concentrations in the range of 430–530 ppm $CO_2$eq, idealized implementation scenarios often choose to temporarily overshoot the 2100 concentration (Section 6.3.2). As noted in Section 6.3.2, CDR options, typically represented in integrated models by BECCS but also afforestation in some cases, facilitate more rapid declines in emissions, amplifying this overshoot pattern (Krey et al., 2014). A large number of scenarios reaching $CO_2$eq concentrations below 530 ppm by 2100 deploy CDR technologies at large enough scales that net global emissions become negative in the second half of the century. The availability of CDR options, as well as the representation of intertemporal flexibility, varies significantly across models and studies. The spread in reliance on CDR options across scenarios reveals a strong impact on the timing of emissions pathways. In scenarios reaching the the 2100 concentration range of 430–530 ppm $CO_2$eq in which global net $CO_2$ emissions remain positive through the century, near-term emissions are generally lower than if the scenario deploys CDR technologies to a large enough scale to lead to net negative total global $CO_2$ emissions later in the century (Figure 6.31, top panel). More generally, the scenarios indicate that a reliance on large-scale CDR, whether or not emissions become net negative, leads to higher near-term emissions (van Vuuren and Riahi, 2011).

The interaction between delayed mitigation and CDR options is also important. Very few scenarios are available to demonstrate emissions pathways consistent with 2100 concentrations of 430–530 ppm $CO_2$eq in which mitigation effort is delayed in some form and global carbon emissions do not become net negative. Whether these circumstances are not represented because they have been under-examined or because they have been examined and the scenarios failed is a crucial distinction, yet one that is currently not possible to fully report (see discussion of model infeasibility in Section 6.3.2). However, there are instances where the combination of delay and limited options for CDR has been explored and has resulted in model infeasibilities (Luderer et al., 2013; Rogelj et al., 2013b; Riahi et al., 2014), which supports the notion that this combination presents important challenges. For example, in the AMPERE study, seven out of nine models could not produce



**Figure 6.31 |** Near-term global GHG emissions from mitigation scenarios reaching 430–530 ppm $CO_2$eq (top panel) and 530–650 ppm $CO_2$eq (bottom panel) in 2100. Includes only scenarios for which temperature exceedance probabilities were calculated (see Section 6.3.2). Individual model results are indicated with a data point when 2 °C exceedance probability, based on the MAGICC results, is below 50 % for top panel or when 2.5 °C exceedance probability is below 50 % for bottom panel. For these below-50% scenarios the interquartile range is shown by a black rectangular frame. Colours refer to scenario classification in terms of whether net $CO_2$ emissions become negative before 2100 (Negative vs. No Negative) and the timing of international participation in climate mitigation (Immediate vs. Delay 2020/2030). Number of reported individual results is shown in legend. The range of global GHG emissions in 2020 implied by the Cancún Pledges is based on an analysis of alternative interpretations of national pledges (see Section 13.13.1.3 for details). Source: WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9. Note: Only four reported scenarios were produced based on delayed mitigation without net negative emissions while still lying below 530 ppm $CO_2$eq by 2100. They do not appear in the top panel because the model had insufficient coverage of non-gas species to enable a temperature calculation (see Section 6.3.2). Delay in these scenarios extended only to 2020, and their emissions fell in the same range as the 'No Negative/Immediate' category. Note: Delayed scenarios include both delayed global action and fragmented action scenarios.

**6**

a scenario with global delay through 2030 and a restriction on CCS technology that reached 450 $CO_2$eq by 2100 (one of the remaining two had net negative global emissions through other channels and the other did not run past 2050). Several individual modelling team studies have also explored this space, and have found situations in which they could not reach solutions for more ambitious goals and delayed mitigation or constrained technology, including O'Neill et al. (2010), Edmonds et al. (2008), and Edmonds et al. (2013). Studies have found that delayed reductions through 2020 do not have as substantial an effect on the cost and challenge more broadly of meeting 2100 concentration levels such as 450 ppm $CO_2$eq as delayed reductions through 2030 (Kriegler et al., 2013b; Luderer et al., 2013; Rogelj et al., 2013b)

The implications of delayed mitigation, CDR options, and overshoot for possible temperature outcomes are also significant. Numerous studies have attempted to place the possible outcome of the Cancún Agreements in the context of longer-term climate goals (Höhne et al., 2012; UNEP, 2012). Due to the factors discussed above, but also variation in assumptions about baseline growth, mitigation costs, tradeoffs between sectors such as energy and land use, and the evolution of non-gas forcing agents, models have found that a wide range of near-term emissions could be consistent with a given long-term outcome. Among scenarios with 2100 concentrations between 430 and 530 ppm $CO_2$eq, focusing on those scenarios in the AR5 database for which temperature implications were calculated (see Section 6.3.2), near-term global emissions range from 22 to 56 GtCO$_2$eq in 2020 and from 18 to 66 GtCO$_2$eq in 2030 (Figure 6.31, top panel). However, based on the MAGICC results, not all pathways in this range are consistent with at least a 50 % chance of remaining below 2 °C, in particular those that rely on net negative global emissions. Pathways reaching the same 2100 concentration with higher emissions in 2030 tend to have more overshoot; when forcing stays higher for longer, the likelihood of reaching a temperature threshold increases. Based on the MAGICC results, very few scenarios in the 430–530 ppm $CO_2$eq range have a 50 % chance of remaining below 1.5 °C, and none with delay or limited deployment of CDR technologies; most have a probability between 0 and 25 %. A few studies have explored scenarios that lead to concentrations below 430 ppm $CO_2$eq in 2100 (e.g., Luderer et al., 2013, Rogelj et al., 2013a, b), some of which have been found to have more than a 66 % chance of returning to 1.5 °C by the end of the century after peaking at higher levels; these scenarios are characterized by immediate emissions reductions followed by very low mid-century emissions and extensive deployment of CDR technologies. Based on the MAGICC results, nearly all scenarios reaching 2100 concentrations in the range of 530–650 ppm $CO_2$eq, have a greater than 50 % chance of exceeding 2 °C by 2100, but many have a probability of less than 50 % of exceeding 2.5 °C (Figure 6.31, bottom panel). Because of the higher long-term forcing range, some growth in emissions can occur, and the preferred least-cost range is similar to the delayed range and largely consistent with the global GHG emissions reductions through 2020 implied by the Cancún Pledges (see Section 13.13.1.3).

Whether due to delayed mitigation or widespread use of CDR options or some combination of the two, higher levels of emissions in the near-term imply an emissions pathway shifted in time, resulting in steeper reductions later to remain consistent with a given long-term forcing goal. As discussed in Section 6.3.2, emissions in 2030 have been used as a rough indicator for understanding the relationship between near-term and long-term mitigation. Higher emissions in 2030 require more rapid decreases in emissions from 2030 through 2050, both to make up for the larger cumulative emissions up through 2030 and because emissions must be reduced from a higher 2030 level (Figure 6.32). Emissions decline rates for any scenario that meets 2100 concentration goals such as 450 or 550 ppm $CO_2$eq must at some point push beyond historical experience, because emissions have in general followed growth, with past instances of decline associated only with large-scale disruptions such as the collapse of the Soviet Union or special cases of policy intervention such as France and Sweden (see Chapter 5). Less mitigation over the coming decades will only exacerbate the required departure from the past to meet long-term goals—pathways with emissions above 55 GtCO$_2$eq in 2030 indicate decline rates between 2030 and 2050 of around 6 % for scenarios in the range of 430–530 ppm $CO_2$eq in 2100 (Figure 6.32).

### 6.4.3 The importance of near-term technological investments and development of institutional capacity

While it is clear that some mitigation effort in the near term is crucial to preserve the option of achieving low-concentration goals, whether these goals are met in the long run depends to a greater extent on the potential for deep GHG-emissions reductions several decades from now. Thus efforts to begin the transformation to lower concentrations must also be directed toward developing the technologies and institutions that will enable deep future emissions cuts rather than exclusively on meeting particular near-term goals. The way in which countries begin low-carbon technology deployment and the implementation of climate change mitigation policies may well turn out to be quite different from the approach that proves best in the long run. The benefit of beginning to create and improve technologies as well as to develop appropriate institutional capacity today is that these present-day activities create opportunities to make early and mid-course corrections.

The likelihood of a unified global policy for a deep GHG-emissions reduction is low for the near future. Rather, the expectation is that a 'mosaic' of national and regional policies will emerge over the years to come. Individual countries will bring different views and values to bear on their decisions, which will likely lead to a wide variety of policy approaches, some more economically efficient than others. Flexible market-based policies with maximal sectoral and geographic coverage are generally understood to deliver emissions reductions at the lowest economic cost (see Section 6.3.6.5 for a discussion of issues that influence the efficiency of implementation approaches). Although the added

GHG Emissions Pathways to 2030 of Mitigation Scenarios Reaching 430-530 ppm CO$_2$eq in 2100

Implications for the Pace of Annual Average CO$_2$ Emissions Reductions from 2030 to 2050 Depending on Different 2030 GHG Emissions Levels





**Figure 6.32** | The implications of different 2030 GHG emissions levels for the pace of CO$_2$ emissions reductions to 2050 in mitigation scenarios reaching 430–530 ppm CO$_2$eq by 2100. Left-hand panel shows the development of GHG emissions to 2030. Right-hand panel denotes the corresponding annual CO$_2$ emissions reduction rates for the period 2030–2050. The scenarios are grouped according to different emissions levels by 2030 (colored in dark, medium and light green). The range of global GHG emissions in 2020 implied by the Cancún Pledges is based on an analysis of alternative interpretations of national pledges (see Section 13.13.1.3 for details). The right-hand panel compares the median and interquartile range across scenarios from recent intermodelling comparisons with explicit 2030 interim goals with the range of scenarios in the WG III AR5 Scenario Database (Annex II.10). Extreme scenarios with very high net negative emissions (>20 GtCO$_2$/yr) in 2100 are reported separately as diamonds. Annual rates of historical emissions change between 1900-2010 (sustained over a period of 20 years) and average annual emissions change between 2000-2010 are shown in grey. Sources: Intermodelling comparisons with explicit interim goals (AMPERE: Riahi et al., 2013; LIMITS: Kriegler et al., 2013b; ROSE: Luderer et al., 2013) and the WG III AR5 Scenario Database (Annex II.10). Historic data: JRC/PBL (2013), IEA (2012a), see Annex II.9. Note: Only scenarios with default technology assumptions are shown. Scenarios with non-optimal timing of mitigation due to exogenous carbon price trajectories are excluded.

cost of inefficient policies in the near term may be smaller than in the long-term when mitigation requirements will be much larger, their implementation now may lead to 'institutional lock-in' if policy reform proves difficult. Thus a near-term focus on developing institutions to facilitate flexible mitigation strategies, as well as political structures to manage the large capital flows associated with carbon pricing (see e.g. Kober et al., 2014), could provide substantial benefits over the coming decades when mitigation efforts reach their full proportions.

R&D investments to bring down the costs of low-emitting technology options, combined with early deployment of mitigation technologies to improve long-term performance through learning-by-doing, are among the most important steps that can be taken in the near term (see e.g. Sagar and van der Zwaan, 2006). R&D investments are important for bringing down the costs of known low-carbon energy alternatives to the current use of predominantly fossil fuels, to develop techniques that today only exist on the drawing board, or for generating new concepts

that have not yet been invented. Early deployment of climate change mitigation technologies can lead to both incremental and fundamental improvements in their long-term performance through the accumulation of experience or learning by doing. Mitigation policy is essential for spurring R&D and learning by doing, because it creates commitments to future GHG-emissions reductions that create incentives today for investments in these drivers of technological innovation, and avoids further lock-in of long-lived carbon-intensive capital stock.

Even if policies requiring GHG-emissions reductions are not implemented immediately, market participants may act in anticipation of future mitigation. Commitments to emissions reductions in the future will create incentives for investments in climate change mitigation technologies today, which can serve both to reduce current emissions and avoid further lock-in of long-lived carbon-intensive capital stock and infrastructure (see, for example, Bosetti et al., 2009c; Richels et al., 2009).

**6**

# 6.5 Integrating technological and societal change

Technological change occurs as innovations create new possibilities for processes and products, and market demand shifts over time in response to changes in preferences, purchasing power, and other societal factors. Societal changes can be viewed as both a requirement for and a result of global climate change mitigation. Because the use of improved and new technologies is an inherent element of society's transformation required for climate change mitigation, technological and societal changes necessarily interact. Their analysis therefore needs to be integrated.

## 6.5.1 Technological change

The development and deployment of technology is central to long-term mitigation, since established fossil fuel-based energy supply will need to be replaced by new low-carbon energy techniques. The importance of technological change raises key questions about whether current technology is sufficient for deep GHG-emissions reductions, the best ways to improve the technologies needed for deep emissions reductions, and the degree to which current efforts in this regard are adequate to the upcoming challenge. Essential questions also surround the appropriate timing of investments in technological change relative to other efforts to reduce GHG emissions.

A primary question regarding technological change is whether current technology is sufficient for the deep emissions reductions ultimately needed to stabilize GHG concentrations. Arguments have been made on both sides of this debate (see Hoffert et al. (2002), and Pacala and Socolow (2004), for complementary perspectives on this question). The integrated modelling literature provides limited information regarding the sufficiency of current technology, because virtually all baseline and mitigation scenarios assume that technology will improve significantly over time, especially for technologies with a large potential for advancement (see Riahi et al., 2013, and van der Zwaan et al., 2013, for two recent cross-model comparison examples). There is generally more agreement about the rate of incremental cost and performance improvements for mature technologies than for emerging technologies upon which transformation pathways may depend (see McCollum et al., 2013b, for a cross-model study on the investment dimension of this matter). Nonetheless, the literature makes clear that improvements in technology and the availability of advanced technologies can dramatically alter the costs of climate change mitigation (see also Section 6.3.6.3). The current scientific literature also emphasizes that the development and deployment of CDR technologies (see Section 6.9), are a further requirement for particular transformation pathways, for example those leading to 450 ppm $CO_2$eq by 2100 yet assuming substantial near-term delays in mitigation.

Various steps can be observed in the life of a technology, from invention through innovation, demonstration, commercialization, diffusion, and maturation (see e.g. Grübler et al., 1999). Both investments in R&D and the accumulation of experience through learning by doing play important roles in the mechanisms behind technological change. These forces are complemented by economies of scale. All these drivers of technological change are complementary yet are interlinked (Clarke and Weyant, 2002; Goulder and Mathai, 2000; Sagar and van der Zwaan, 2006; Stoneman, 2013).

Although technological change has received extensive attention and analysis in the context of transformation pathways (for recent examples, see IPCC, 2011; GEA, 2012), a clear systematic understanding of the subject matter is still not available. For this reason, most of the scenarios developed since the 1970s for energy and climate change analysis make exogenous assumptions about the rate of technological change. Only since the late 1990s has the effect of induced innovation been considered in a subset of integrated models used for the development of these scenarios (such as in Messner, 1997; Goulder and Schneider, 1999; van der Zwaan et al., 2002; Carraro et al., 2003). This restricted treatment is due to limitations in the ability to represent the complexity of technological change, and also results from the incomplete empirical evidence on the magnitude of the effects of technological change (Popp, 2006b). More recently, empirical data on technological change have been incorporated in some integrated models (see e.g., Fisher-Vanden, 2008), which advances the endogenous representation of technological progress. Unsettled issues remain, however, including the proper accounting for opportunity costs of climate-related knowledge generation, the treatment of knowledge spillovers and appropriability, and the empirical basis for parameterizing technological relationships (Gillingham et al., 2008).

The relation between mitigation and innovation, and the presence of market failures associated with both, raises the question of the proper combination of innovation and mitigation policy for reducing GHG emissions over the long term. The modelling literature broadly indicates that relying solely on innovation policies would not be sufficient to stabilize GHG concentrations (see e.g. Bosetti et al., 2011; Kalkuhl et al., 2013), as evidenced by the fact that although most reference scenarios assume substantial technological change, none of them lead to emissions reductions on the level of those needed to bring $CO_2$eq concentrations to levels such as 650 ppm $CO_2$eq or below by 2100 (see Section 6.3.2). Climate policies such as carbon pricing could induce significant technological change, provided the policy commitment is credible, long term, and sufficiently strong (Popp, 2006a; Bosetti et al., 2011), while at the same time contributing to emission reductions. The positive effect of climate policies on technological change, however, does not necessarily obviate the need for specific policies aimed at incentivizing R&D investments. Market failures associated with innovation provide the strongest rationale for subsidizing R&D (see Section 15.6).

The joint use of R&D subsidies and climate policies has been shown to possibly generate further advantages, with some studies indi-

cating benefits of the order of 10–30% overall climate control cost reductions (D. Popp, 2006; V. Bosetti et al., 2011). Climate-specific R&D instruments can step up early innovation and ultimately reduce mitigation costs (Gerlagh et al., 2009), although R&D subsidies could raise the shadow value of $CO_2$ in the short term because of rebound effects from stimulating innovation (Otto and Reilly, 2008) (See Section 6.3.6.5 for further discussion of combining policy instruments to reduce aggregate mitigation costs). In the absence of explicit efforts to address innovation market failures, carbon taxes might be increased or differentiated across regions to indirectly address the under provision of R&D (Golombek and Hoel, 2008; Hart, 2008; Greaker and Pade, 2009; Heal and Tarui, 2010; De Cian and Tavoni, 2012).

Although there is no definitive conclusion on the subject matter, several studies suggest that the benefits of increased technological change for climate change mitigation may be sufficiently high to justify upfront investments and policy support in innovation and diffusion of energy efficiency and low-carbon mitigation technologies (see e.g. Dowlatabadi, 1998; Newell et al., 1999; Nordhaus, 2002; Buonanno et al., 2003; Gerlagh and van der Zwaan, 2003). For example, it has been suggested that the current rates of investments are relatively low and that an average increase several times from current clean energy R&D expenditures may be closer towards optimality to stabilize GHG concentrations (Popp, 2006a; Nemet and Kammen, 2007; Bosetti et al., 2009a; IEA, 2010a; Marangoni and M. Tavoni, 2014) (Table 6.6). Bridging a possible 'R&D gap' is particularly important and challenging, given that public energy R&D investments in OECD countries have generally been decreasing as a share of total research budgets over the past 30 years (from 11% down to 4%, according to recent International Energy Agency (IEA) R&D statistics). On the other hand, in the private sector the rate of innovation (if measured by clean energy patents) seems to have accelerated over the past 10 years.

An unequivocal call for energy innovation policy can be questioned, however, when all inventive activities are accounted for. It might also not be straightforward to determine the overall effect of mitigation policy on technological innovation, since low-carbon energy R&D may crowd out other inventive activity and result in lower overall welfare (Goulder and Schneider, 1999). The degree of substitutability between different inputs of production has been shown to drive the outcome of scenarios from integrated models (Otto et al., 2008; Acemoglu et al., 2009; Carraro et al., 2010). Innovation is found to play an important role in attempts to hedge against future uncertainties such as related to climate change impacts, technological performance and policy implementation (Loschel, 2002; Bohringer and Löschel, 2006; Baker and Shittu, 2008; Bosetti and Tavoni, 2009).

## 6.5.2        Integrating societal change

Individual behaviour, social preferences, historical legacies, and institutional structures can influence the use of technologies and mitigation more generally. Technological transitions necessarily encompass more than simply improving and deploying technology. Because they co-evolve with technologies, social determinants of individual and collective behaviours can be either causes or consequences of transformation pathways. Moreover, governance and policies can influence these factors and thereby affect transformation pathways. This more complex framing of transformation pathways implies the need for a broader perspective on mitigation that explicitly considers the obstacles to deployment and mitigation more generally.

Research on these societal change elements is analytically diverse and often country-specific, which complicates comparative modelling exercises of the type reviewed in this chapter. The difficulty in representing these processes in models has meant that societal change research has often been divorced from the literature on transformation pathways. However, significant bodies of literature show how societal changes can affect the costs and acceptability of mitigation, and the interactions of climate policies and other dimensions of public policies beyond the energy sector.

Non-optimal or real world institutional conditions can influence how technological pathways evolve even under an economy-wide price on carbon. Because of the heterogeneity of the carbon impact of different sectors, the impact of a carbon price differs widely across sectors (Smale et al., 2006; Houser et al., 2009; Fischer and Fox, 2011; Monjon and Quirion, 2011) Demailly et al., 2008). Even in less energy-intensive sectors, pre-existing characteristics in the national econ-

Table 6.6 | Preliminary findings on energy efficiency and clean energy R&D investments, as suggested in the literature to date, and as needed to attain concentration goals. For reference, current public R&D expenditures are approximately 10 Billion USD/yr.

| Study | Foreseen total clean energy R&D investments | Notes |
|---|---|---|
| Nemet and Kammen (2007) based on Davis and Owens (2003) | 17–27 Billion USD/yr | For the period 2005–2015 |
| IEA (2010a) | 50–100 Billion USD/yr | To achieve the 'Blue Map' scenario in 2050. Roughly half of the investments are reserved for advanced vehicle R&D. |
| Bosetti et al. (2009a) | 70–90 Billion USD/yr | Average to 2050 for a range of climate concentration goals. A large share is reserved for low-carbon fuel R&D. |

**6**

omy—such as inflexible labour markets—can complicate the deployment of technologies (Guivarch et al., 2011). A further obstacle is the uneven impacts of a carbon price on household purchasing power, particularly for lower-income brackets (Combet et al., 2010; Grainger and Kolstad, 2010).

Policy uncertainty can have implications for low-carbon technology investment. High levels of uncertainty force risk-averse firms not to adopt technologies by merit order in terms of net present value (Kahneman and Tversky, 1979; Pindyck, 1982; Majd and Pindyck, 1987). Hallegatte et al. (2008) show the importance of the difference in investment rules in a managerial economy (Roe, 1994) and a shareholder economy (Jensen, 1986). Hadjilambrinos (2000) and Finon and Romano (2009) show how differences in regulatory regimes may explain differences in technological choices in the electricity industries. Bosetti et al. (2011) show that investment uncertainty increases the costs and reduces the pace of transformation pathways. Perceived policy risks can not only dampen investment but can also encourage perverse outcomes such as non-additionality in the CDM (Hultman et al., 2012b). This raises the potential for linking mitigation policies, energy sector regulatory reforms, and financial policies to increase the risk-averse returns of mitigation investments (Hourcade and Shukla, 2013).

Changes in institutional structures will be required to facilitate the technological change envisaged in the scenarios reviewed in this chapter. Historically, political and institutional pre-conditions, changing decision routines, and organizational skills help explain why countries with similar dependence on oil imports adopted very different energy responses to oil shocks (Hourcade and Kostopoulou, 1994; Hultman et al., 2012a). Similar issues arise in a low-carbon transition. New policies and institutional structures might be developed to manage infrastructures such as those associated with large quantities of intermittent resources on the electric grid, $CO_2$ transport and storage, dispersed generation or storage of electricity, or nuclear waste and materials.

Although modelling exercises have been able to assess the possible changes in the energy supply portfolio and the pressures to deploy energy efficiency technologies, such changes are difficult in practice to separate from the evolution of preference and lifestyles. The literature on energy-efficiency investments highlights the frequent incongruity between perceived economic benefits for energy efficiency and actual consumer behaviour that seems often to ignore profitable investments. Such behaviour has been shown to stem from perceived unreliability, unfounded expectations for maintenance, information failures, property rights, split incentives, and differentiation across income.

Finally, social factors influence the changes in the way energy systems couple with other large-scale systems of production such as the built environment, transportation, and agriculture. The way that energy is used and consumed in urban areas (such as in transportation, heat-

ing, and air-conditioning) is often driven by the structure and form of the urban infrastructure (Leck, 2006). Recent modelling exercises demonstrated the tradeoff between commuting costs and housing costs and their impact on the urban sprawl and the mobility needs (Gusdorf and Hallegatte, 2007; Gusdorf et al., 2008). In many cases, the price of real estate is as powerful a driver of mobility demand as the price of transportation fuel, and therefore affects the price of carbon needed for meeting a given climate objective (Waisman et al., 2012; Lampin et al., 2013). The transport contribution to carbon can be affected by, for example, just-in-time processes and geographical splits of the productive chains (Crassous and Hourcade, 2006).

## 6.6 Sustainable development and transformation pathways, taking into account differences across regions

Averting the adverse social and environmental effects of climate change is fundamental to sustainable development (WCED, 1987, and Chapter 4). Yet, climate change is but one of many challenges facing society in the 21st century. Others include, for instance, providing access to clean, reliable, and affordable energy services to the world's poorest; maintaining stable and plentiful employment opportunities; limiting air pollution, health damages, and water impacts from energy and agriculture; alleviating energy security concerns; minimizing energy-driven land use requirements and biodiversity loss; and maintaining the security of food supplies. A complex web of interactions and feedback effects links these various policy objectives, all of which are important for sustainable development (see Section 4.8 and Table 4.1).

Implementation of mitigation policies and measures therefore may be adequately described within a multi-objective framework and may be aligned with other objectives to maximize synergies and minimize tradeoffs. Because the relative importance of individual objectives differs among diverse stakeholders and may change over time, transparency on the multiple effects that accrue to different actors at different points of time is important for decision making (see Sections 2.4, 3.6.3, 3.7.1, and 4.8).

Although the scientific literature makes very clear that a variety of policies and measures exist for mitigating climate change, the impacts of each of these options along other, non-climate dimensions have received less attention. To the extent these mitigation side-effects are positive, they can be deemed 'co-benefits'; if adverse, they imply 'risks' with respect to the other non-climate objectives (see Annex I for definitions). Despite their importance for mitigation strategies, side-effects are often not monetized or even quantified in analyses of climate change (see e.g. Levine et al., 2007).

**Table 6.7 |** Potential co-benefits (green arrows ↑) and adverse side-effects (orange arrows ↓) of the main sectoral mitigation measures; arrows pointing up/down denote a positive/negative effect on the respective objective or concern; a question mark (?) denotes an uncertain net effect. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale (see Tables 7.3, 8.4, 9.7, 10.5, 11.9, 11.12). Column two provides the contribution of different sectoral mitigation strategies to stringent mitigation scenarios reaching atmospheric $CO_2$eq concentrations of 430–530 ppm in 2100. The interquartile ranges of the scenario results for the year 2050 show that there is flexibility in the choice of mitigation strategies within and across sectors consistent with low-concentration goals (see Sections 6.4 and 6.8). Scenario results for energy supply and end-use sectors are based on the AR5 Scenario Database (see Annex II.10). For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3, and 14.4.2. The uncertainty qualifiers in brackets denote the level of evidence and agreement on the respective effects. Abbreviations for evidence: l = limited, m = medium, r = robust; for agreement: l = low, m = medium, h = high.

| Sectoral mitigation measures | Integrated model results for stringent mitigation scenarios Deployment[1] 2010 | Deployment[1] 2050 | Rate of change [%/yr] | Effect on additional objectives/concerns Economic | Social | Environmental | Other |
|---|---|---|---|---|---|---|---|
| **Energy Supply** | **2010** | **2050** | | *For possible upstream effects of biomass supply for bioenergy, see AFOLU.* | | | |
| **Nuclear replacing coal power** | 10 EJ/yr | (4–22) *17–47* EJ/yr | (−2–2) *1–4* | ↑ Energy security (reduced exposure to fuel price volatility) **(m/m)** ↑ Local employment impact (but uncertain net effect) **(m/m)** ↓ Legacy cost of waste and abandoned reactors **(m/h)** | Health impact via ↓ Air pollution and coal mining accidents **(m/h)** ↓ Nuclear accidents and waste treatment, uranium mining and milling **(m/l)** ↓ Safety and waste concerns **(r/h)** | Ecosystem impact via ↑ Air pollution **(m/h)** and coal mining **(l/h)** ↓ Nuclear accidents **(m/m)** | Proliferation risk **(m/m)** |
| **Renewable energy (wind, photovoltaic (PV), concentrated solar power (CSP), hydro, geothermal, bioenergy) replacing coal** | 62 EJ/yr | (66–125) *194–282* EJ/yr | (0.2–2) *3–4* | ↑ Energy security (resource sufficiency, diversity in the near/medium term) **(r/m)** ↑ Local employment impact (but uncertain net effect) **(m/m)** ↑ Irrigation, flood control, navigation, water availability (for multipurpose use of reservoirs and regulated rivers) **(m/h)** ↑ Extra measures to match demand (for PV, wind and some CSP) **(r/h)** | Health impact via ↓ Air pollution (except bioenergy) **(r/h)** ↓ Coal mining accidents **(m/h)** ↑ Contribution to (off-grid) energy access **(m/l)** ? Project-specific public acceptance concerns (e.g., visibility of wind) **(l/m)** ↓ Threat of displacement (for large hydro) **(m/h)** | Ecosystem impact via ↓ Air pollution (except bioenergy) **(m/h)** ↓ Coal mining **(l/h)** ↓ Habitat impact (for some hydro) **(m/m)** ↓ Landscape and wildlife impact (for wind) **(m/m)** ↓ Water use (for wind and PV) **(m/m)** ↑ Water use (for bioenergy, CSP, geothermal, and reservoir hydro) **(m/h)** | Higher use of critical metals for PV and direct drive wind turbines **(r/m)** |
| **Fossil CCS replacing coal** | 0 Gt $CO_2$/yr stored | (0) *4–12* $CO_2$/yr stored | (0) *NA* | ↑ Preservation vs. lock-in of human and physical capital in the fossil industry **(m/m)** | Health impact via ↓ Risk of $CO_2$ leakage **(m/m)** ↓ Upstream supply-chain activities **(m/h)** ↑ Safety concerns ($CO_2$ storage and transport) **(m/h)** | ↑ Ecosystem impact via upstream supply-chain activities **(m/m)** ↑ Water use **(m/h)** | Long-term monitoring of $CO_2$ storage **(m/h)** |
| **BECCS replacing coal** | 0 Gt $CO_2$/yr | (0) *0–6* $CO_2$/yr | *NA* | *See fossil CCS where applicable. For possible upstream effect of biomass supply, see agriculture, forestry, and other land use (AFOLU).* | | | |
| **Methane leakage prevention, capture or treatment** | NA | NA | NA | ↑ Energy security (potential to use gas in some cases) **(l/h)** | Health impact via reduced ↓ air pollution **(m/m)** ↑ Occupational safety at coal mines **(m/m)** | ↓ Ecosystem impact via reduced air pollution **(l/m)** | |

[1] Deployment levels for baseline scenarios (in parentheses) and stringent mitigation scenarios leading to 430–530 ppm $CO_2$eq in 2100 (in italics). Ranges correspond to the 25th to 75th percentile interquartile across the scenario ensemble of the AR5 Scenario Database (for mitigation scenarios, only assuming idealized policy implementation). Data for 2010 is historic data from IEA (2012c, 2012d).

| Sectoral mitigation measures | Integrated model results for stringent mitigation scenarios | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|---|
| | | Economic | Social | Environmental | Other |
| **Transport** | Scenario results | *For possible upstream effects of low-carbon electricity, see Energy Supply. For possible upstream effects of biomass supply, see AFOLU.* | | | |
| **Reduction of fuel carbon intensity: electricity, hydrogen (H₂), compressed natural gas (CNG), biofuels** | *Interquartile ranges for the whole sector in 2050 with 430–530ppm CO₂eq concentrations in 2100 (see Figures 6.37 & 6.38):* | ↑ Energy security (diversification, reduced oil dependence and exposure to oil price volatility) (**m/m**) ↑ Technological spillovers (e.g., battery technologies for consumer electronics) (**l/l**) | Health impact via urban air pollution by ? CNG, biofuels: net effect unclear (**m/l**) ↓ Electricity, H₂: reducing most pollutants (**r/h**) ↑ Diesel: potentially increasing pollution (**l/m**) ↓ Health impact via reduced noise (electrification and fuel cell LDVs) (**m/h**) ↓ Road safety (silent electric LDVs at low speed) (**l/l**) | ↓ Ecosystem impact of electricity and hydrogen via ↓ Urban air pollution (**m/m**) ↑ Material use (unsustainable resource mining) (**l/l**) ? Ecosystem impact of biofuels: *see AFOLU* | |
| **Reduction of energy intensity** | *1) Final energy low-carbon fuel shares 27–41%* | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**m/m**) | ↓ Health impact via reduced urban air pollution (**r/h**) ↑ Road safety (via increased crash-worthiness) (**m/m**) | ↓ Ecosystem and biodiversity impact via reduced urban air pollution (**m/h**) | |
| **Compact urban form and improved transport infrastructure** **Modal shift** | *2) Final energy reduction relative to baseline 20–45%* | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**m/m**) ↑ Productivity (reduced urban congestion and travel times, affordable and accessible transport) (**m/h**) ? Employment opportunities in the public transport sector vs car manufacturing jobs (**l/m**) | Health impact for non-motorized modes via ↑ Increased physical activity (**r/h**) ↓ Potentially higher exposure to pollution (**r/h**) ↓ Noise (modal shift and travel reduction) (**r/h**) ↑ Equitable mobility access to employment opportunities, particularly in developing countries (DCs) (**r/h**) ↑ Road safety (via modal shift and/or infrastructure for pedestrians and cyclists) (**r/h**) | Ecosystem impact via reduced ↓ Urban air pollution (**m/m**) ↓ Land-use competition (**m/m**) | |
| **Journey distance reduction and avoidance** | | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (**r/h**) ↑ Productivity (reduced urban congestion, travel times, walking) (**r/h**) | ↓ Health impact (for non-motorized transport modes) (**r/h**) | Ecosystem impact via ↓ Urban air pollution (**r/h**) ↓ New/shorter shipping routes (**r/h**) ↑ Land-use competition from transport infrastructure (**r/h**) | |
| **Buildings** | Scenario results | *For possible upstream effects of fuel switching and RES, see Energy Supply.* | | | |
| **Fuel switching, incorporation of renewable energy, green roofs, and other measures reducing GHG emissions intensity** | *Interquartile ranges for the whole sector in 2050 with 430–530ppm CO₂eq concentrations in 2100 (see Figures 6.37 & 6.38):* *1) Final energy low-carbon fuel shares 51–60%* | ↑ Energy security (**m/m**) ↑ Employment impact (**m/m**) ↓ Lower need for energy subsidies (**l/m**) ↑ Asset values of buildings (**l/m**) | Fuel poverty (residential) via ↓ Energy demand (**m/h**) ↓ Energy cost (**m/h**) ↑ Energy access (for higher energy cost) (**l/m**) ↑ Productive time for women/children (for replaced traditional cookstoves) (**m/h**) | Health impact in residential buildings via ↓ Outdoor air pollution (**r/h**) ↓ Indoor air pollution (in DCs) (**r/h**) ↓ Fuel poverty (**r/h**) ↑ Ecosystem impact (less outdoor air pollution) (**r/h**) ↑ Urban biodiversity (for green roofs) (**m/m**) | Reduced Urban Heat Island (UHI) effect (**l/m**) |
| **Retrofits of existing buildings (e.g., cool roof, passive solar, etc.)** **Exemplary new buildings** **Efficient equipment** | *2) Final energy reduction relative to baseline 14–35%* | ↑ Energy security (**m/m**) ↑ Employment impact (**m/m**) ↑ Productivity (for commercial buildings) (**m/h**) ↓ Lower need for energy subsidies (**l/l**) ↑ Asset values of buildings (**l/m**) ↓ Disaster resilience (**l/m**) | Fuel poverty (for retrofits and efficient equipment) (**m/h**) ↑ Energy access (higher cost for housing due to the investments needed) (**l/m**) ↑ Thermal comfort (for retrofits and exemplary new buildings) (**m/h**) ↑ Productive time for women and children (for replaced traditional cookstoves) (**m/h**) | Health impact via ↓ Outdoor air pollution (**r/h**) ↓ Indoor air pollution (for efficient cookstoves) (**r/h**) ↑ Improved indoor environmental conditions (**m/h**) ↓ Fuel poverty (**r/h**) ↓ Insufficient ventilation (**m/m**) ↑ Ecosystem impact (less outdoor air pollution) (**r/h**) ↓ Water consumption and sewage production (**l/l**) | Reduced UHI effect (retrofits and new exemplary buildings) (**l/m**) |
| **Behavioural changes reducing energy demand** | | ↑ Energy security (**m/h**) ↓ lower need for energy subsidies (**l/l**) | | ↓ Health impact via less outdoor air pollution (**m/h**) and improved indoor environmental conditions (**m/h**) ↑ Ecosystem impact (less outdoor air pollution) (**r/h**) | |

| Sectoral mitigation measures | Integrated model results for stringent mitigation scenarios | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|---|
| | | **Economic** | **Social** | **Environmental** | **Other** |
| **Industry** | Scenario results | *For possible upstream effects of low-carbon energy supply (incl CCS), see energy supply and of biomass supply, see AFOLU.* | | | |
| $CO_2$ and non-$CO_2$ GHG emissions intensity reduction | Interquartile ranges for the whole sector in 2050 with 430–530 ppm $CO_2$eq concentrations in 2100 (see Figures 6.37 & 6.38): | ↑ Competitiveness and productivity (**m/h**) | ↓ Health impact via reduced local air pollution and better work conditions (for perfluorinated compounds (PFCs) from aluminium) (**m/m**) | ↓ Ecosystem impact via reduced local air pollution and reduced water pollution (**m/m**)<br>↓ Water conservation (**l/m**) | |
| Technical energy efficiency improvements via new processes and technologies | 1) Final energy low-carbon fuel shares: 44–57 % | ↑ Energy security (via lower energy intensity) (**m/m**)<br>↑↓ Employment impact (**l/m**)<br>↑ Competitiveness and productivity (**m/m**)<br>↑ Technological spillovers in DCs (due to supply chain linkages) (**l/l**) | ↓↑ Health impact via reduced local pollution (**l/m**)<br>↑ New business opportunities (**m/m**)<br>↑↓ Water availability and quality (**l/l**)<br>↓↑ Safety, working conditions and job satisfaction (**m/m**) | ↓↑ Ecosystem impact via:<br>↓ Fossil fuel extraction (**l/l**)<br>↓ Local pollution and waste (**m/m**) | |
| Material efficiency of goods, recycling | 2) Final energy reduction relative to baseline: 22–38 % | ↓ National sales tax revenue in medium term (**l/l**)<br>↑ Employment impact in waste recycling market (**l/l**)<br>↓ Competitiveness in manufacturing (**l/l**)<br>↑ New infrastructure for industrial clusters (**l/l**) | ↓↑ Health impacts and safety concerns (**m/m**)<br>↑ New business opportunities (**m/m**)<br>↓↑ Local conflicts (reduced resource extraction) (**m/m**) | ↓ Ecosystem impact via reduced local air and water pollution and waste material disposal (**m/m**)<br>↓ Use of raw/virgin materials and natural resources implying reduced unsustainable resource mining (**l/l**) | |
| Product demand reductions | | ↑ National sales tax revenue (medium term) (**l/l**) | ↑ Wellbeing via diverse lifestyle choices (**l/l**) | ↑ Post-consumption waste (**l/l**) | |
| **AFOLU** | Scenario results | *Note: co-benefits and adverse side-effects depend on the development context and the scale of the intervention (size).* | | | |
| **Supply side:** Forestry, land-based agriculture, livestock, integrated systems and bioenergy (**marked by** ↑)<br><br>**Demand side:** Reduced losses in the food supply chain, changes in human diets, changes in demand for wood and forestry products | Ranges for cumulative land-related emissions reductions relative to baseline for $CH_4$, $CO_2$ and $N_2O$ in idealized implementation scenarios with 450 $CO_2$eq ppm concentrations in 2100 (see Table 11.10):<br>$CH_4$:  2–18 %<br>$CO_2$:  −104–423 %<br>$N_2O$:  8–17 % | ↑ Employment impact via<br>↑ Entrepreneurship development (**m/h**)<br>↓↑ Use of less labor-intensive technologies in agriculture<br>↓↑ Diversification of income sources and access to markets (**r/h**)<br>↑ Additional income to (sustainable) landscape management (**m/h**)<br>↓↑ Income concentration (**m/m**)<br>↑↓ Energy security (resource sufficiency) (**m/h**)<br>↑ Innovative financing mechanisms for sustainable resource management (**m/m**)<br>↑ Technology innovation and transfer (**m/m**) | ↑↑ Food-crops production through integrated systems and sustainable agriculture intensification (**r/h**)<br>↓↑ Food production (locally) due to large-scale monocultures of non-food crops (**r/l**)<br>↑ Cultural habitats and recreational areas via (sustainable) forest management and conservation (**m/m**)<br>↑ Human health and animal welfare e.g., through less pesticides, reduced burning practices and practices like agroforestry and silvo-pastoral systems (**m/h**)<br>↓ Human health when using burning practices (in agriculture or bioenergy) (**m/m**)<br>↑ Gender, intra- and inter-generational equity via<br>↑ Participation and fair benefit sharing (**r/h**)<br>↑ Concentration of benefits (**m/m**) | ↑ Provision of ecosystem services via<br>↑ Ecosystem conservation and sustainable management as well as sustainable agriculture (**r/h**)<br>↓ Large-scale monocultures (**r/l**)<br>↓↑ Land use competition (**r/m**)<br>↓↑ Soil quality (**r/h**)<br>↓ Erosion (**r/h**)<br>↑ Ecosystem resilience (**m/h**)<br>↓ Albedo and evaporation (**r/h**) | *Institutional aspects:*<br>↑↓ Tenure and use rights at the local level (for indigenous people and local communities) especially when implementing activities in natural forests (**r/h**)<br>↑↓ Access to participative mechanisms for land management decisions (**r/h**)<br>↑ Enforcement of existing policies for sustainable resource management (**r/h**) |
| **Human Settlements and Infrastructure** | | *For co-benefits and adverse side-effects of compact urban form and improved transport infrastructure, see also Transport.* | | | |
| Compact development and infrastructure | | ↑ Innovation, productivity and efficient resource use and delivery (**r/h**)<br>↑ Higher rents and property values (**r/h**) | ↑ Health from increased physical activity: *see Transport* | ↑ Preservation of open space (**m/m**) | |
| Increased accessibility | | ↑ Commute savings (**r/h**) | ↑ Health from increased physical activity: *see Transport*<br>↑ Social interaction and mental health (**m/m**) | ↑ Air quality and reduced ecosystem and health impacts (**m/h**) | |
| Mixed land use | | ↑ Commute savings (**r/h**)<br>↑ Higher rents and property values (**m/m**) | ↑ Health from increased physical activity (**r/h**)<br>↑ Social interaction and mental health (**l/m**) | ↑ Air quality and reduced ecosystem and health impacts (**m/h**) | |

### 6.6.1 Co-benefits and adverse side-effects of mitigation measures: Synthesis of sectoral information and linkages to transformation pathways

One source of information on side-effects emerges from literature exploring the nature of individual technological or sectoral mitigation measures. These studies are covered in Chapters 7–12. Based on those assessments, Table 6.7 provides an aggregated but qualitative overview of the potential co-benefits and adverse side-effects that could be realized if certain types of mitigation measures are enacted in different sectors: energy supply-side transformations; technological and behavioural changes in the transport, buildings, and industry end-use sectors; and modified agriculture, forestry, and land use practices. These co-benefits and adverse side-effects can be classified by the nature of their sustainable development implications: economic, social, or environmental (see Sections 4.2 and 4.8 for a discussion of the three pillars of sustainable development). Other types of impacts are also possible and are highlighted in the table where relevant.

Whether or not any of these side-effects actually materialize, and to what extent, will be highly case- and site-specific, as they will depend importantly on local circumstances and the scale, scope, and pace of implementation, among other factors. Measures undertaken in an urbanized area of the industrialized world, for instance, may not yield the same impacts as when enacted in a rural part of a developing country (Barker et al., 2007). Such detailed considerations are not reflected in Table 6.7, which is meant to give an aggregated sense of the potential co-benefits and adverse side-effects throughout the world when mitigation policies are in place. Details are discussed in each of the respective sectoral chapters (see Chapters 7–12). Note that in addition to the *qualitative* information on potential side-effects summarized below, Table 6.7 also provides *quantitative* information for each sector regarding the mid-century contribution of the respective (group of) mitigation measures to reach stringent mitigation goals (see Sections 6.8, 7.11, and 11.9 for the underlying data).

The compilation of sectoral findings in Table 6.7 suggests that the potential for co-benefits clearly outweighs that of adverse side-effects in the case of energy end-use mitigation measures (transport, buildings, and industry), whereas the evidence suggests this may not be the case for all supply-side and AFOLU measures. Although no single category of mitigation measures is completely devoid of risk, Table 6.7 highlights that certain co-benefits are valid across all sectors. For instance, by contributing to a phaseout of conventional fossil fuels, nearly all mitigation measures have major health and environmental benefits for society, owing to significant reductions in both outdoor and indoor air pollution, and lead to improved energy security at the national level for most countries. In addition to the many sector-specific co-benefits and adverse side-effects, sectoral employment and productivity gains, technological spillovers, and more equitable energy/mobility access offer examples of co-benefits that are possible across all demand sectors. While energy demand reductions additionally mitigate risks associated

with energy supply technologies (see also Rogelj et al., 2013b), the upstream effects of fuel switching are more complex and depend to a large extent on local circumstances (see Section 7.11).

Moreover, while nearly all mitigation measures for reducing (fuel) carbon and energy intensity have higher up-front investment requirements than conventional technologies, their often lower operating costs, and sometimes even lifecycle costs, can contribute to reduced energy service prices for consumers, depending on local and national institutional settings (see Section 7.9.1). If, on the other hand, energy prices rise as a consequence, so do the political challenges of implementation, such as those associated with the provision of universal energy access and associated economic, social, environmental, and health risks for the poorest members of society (Markandya et al., 2009; Sathaye et al., 2011; Rao, 2013). Well-designed policies are thus important to avoid perverse incentives of climate policies, including increasing traditional biomass use for heating and cooking (see Bollen et al., 2009a, b, and Section 9.7.1).

In addition to furthering the achievement of various global goals for sustainability, namely those of the major environmental conventions (e.g., the United Nations' Convention to Combat Desertification (UNCCD, 2004), Convention on Biological Diversity (CBD, 1992), 'Sustainable Energy for All' initiative, and the Millennium Development Goals (MDG)), mitigation can potentially yield positive side-effects in the impacts, adaptation, and vulnerability (IAV) dimensions (see Section 6.6.2.5 and 11.7, Haines et al., 2009; Rogelj et al., 2013c). For instance, decentralized renewable energy systems can help to build adaptive capacity in rural communities (Venema and Rehman, 2007), and sustainable agricultural practices (e.g., conservation tillage and water management) can improve drought resistance and soil conservation and fertility (Uprety et al., 2012).

### 6.6.2 Transformation pathways studies with links to other policy objectives

As indicated above, the overall nature and extent of the co-benefits and risks arising from global transformation pathways depends importantly on which mitigation options are implemented and how. The full systems-level welfare impacts for multi-objective decision making are therefore best viewed from an integrated perspective that permits the full accounting of the impacts of each of the objectives on social welfare (see Section 3.5.3) (Bell et al., 2008; Sathaye et al., 2011; Rao et al., 2013). Taking such a perspective poses a significant challenge, since the costs of mitigation need to be weighed against the multiple benefits and adverse side-effects for the other objectives. To complicate matters further, these other objectives are traditionally measured in different units (e.g., health benefits of reduced air pollution in terms of deaths avoided). In addition, combining the different objectives into a single overall welfare formulation implies subjective choices about the ranking or relative importance of policy priorities. Such a ranking is highly dependent on the policy context (see Sections 2.4 and 3.6.3).

Since AR4, a number of scenario studies have been conducted to shed light on the global implications of transformation pathways for other objectives. Earlier scenario literature primarily focused on the health and ecosystem benefits of mitigation via reduced air pollution; some evidence of co-benefits for employment and energy security was also presented in AR4. More recent studies have broadened their focus to include energy security, energy access, biodiversity conservation, water, and land-use requirements (see Section 11.13.7 for a review of scenario studies focusing on water and land use and implications for food security). Many of these newer analyses use globally consistent methods, meaning they employ long-term, multi-region frameworks that couple models of both bio-geophysical and human processes, thereby permitting the consideration of targeted policies for the additional objectives in their own right. While the majority of these studies focus on two-way interactions (e.g., the effect of mitigation on air pollution in a given country or across groups of countries—or vice versa), a few recent analyses have looked at three or more objectives simultaneously (Section 6.6.2.7). Important to note in this context is that many of the non-technical measures listed in Table 6.7 (e.g., behavioral changes) are not fully taken into account by models, though the state-of-the-art continues to improve.

### 6.6.2.1    Air pollution and health

Greenhouse gas and air pollutant emissions typically derive from the same sources, such as power plants, factories, and cars. Hence, mitigation strategies that reduce the use of fossil fuels typically result in major cuts in emissions of black carbon (BC), sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$), and mercury (Hg), among other harmful species. Together with tropospheric ozone and its precursors (mainly deriving from AFOLU and fossil fuel production/transport processes), these pollutants separately or jointly cause a variety of detrimental health and ecosystem effects at various scales (see Section 7.9.2). The magnitude of these effects varies across pollutants and atmospheric concentrations (as well as the concentrations of pollutants created via further chemical reactions) and is due to different degrees of population exposure, whether indoor or outdoor or in urban or rural settings (see Barker et al., 2007; Bollen et al., 2009b; Markandya et al., 2009; Smith et al., 2009; Sathaye et al., 2011; GEA, 2012). The term 'fine particulate matter ($PM_{2.5}$)' is frequently used to refer to a variety of air pollutants that are extremely small in diameter and therefore cause some of the most serious health effects.

The literature assessed in AR4 focused on air pollution reductions in individual countries and regions, pointing to large methodological differences in, for example, the type of pollutants analyzed, sectoral focus, and the treatment of existing air pollution policy regimes. As confirmed by recent literature (Friel et al., 2009; Wilkinson et al., 2009; Woodcock et al., 2009; Markandya et al., 2009; Haines et al., 2009; Smith et al., 2009; Nemet et al., 2010), AR4 showed that the

monetized air quality co-benefits from mitigation are of a similar order of magnitude as the mitigation costs themselves (see Sections 3.6.3 and 5.7.1). For instance, taking into account new findings on the relationship between chronic mortality and exposure to PM and ozone as well as the effect of slowing climate change on air quality, West et al. (2013) calculate global average monetized co-benefits of avoided mortality of 55–420 $USD_{2010}/tCO_2$. They find that the values for East Asia far exceed the marginal mitigation costs in 2030. (See Section 5.7 for a broader review of this issue, as well as a discussion of the importance of baseline conditions for these results.) Furthermore, it has been noted that reductions in certain air pollutants can potentially increase radiative forcing (see Sections 1.2.5, 5.2, and WG I Chapter 7). This is an important adverse side-effect, and one that is not discussed here due to the lack of scenario studies addressing the associated tradeoff between health and climate benefits.

The available evidence indicates that transformation pathways leading to 430–530 ppm $CO_2$eq in 2100 will have major co-benefits in terms of reduced air pollution (Figure 6.33, top right panel). Recent integrated modelling studies agree strongly with earlier findings by van Vuuren et al. (2006) and Bollen et al. (2009a) in this regard. For example, Rose et al. (2014b) find that national air pollution policies may no longer be binding constraints on pollutant emissions depending on the stringency of climate policies. In China, for instance, mitigation efforts consistent with a global goal of 3.7 W/m² (2.8 W/m²) in 2100 result in $SO_2$ emissions 15 to 55 % (25–75 %) below reference levels by 2030 and 40 to 80 % (55–80 %) by 2050. Chaturvedi and Shukla (2014) find similar results for India. Globally, Rafaj et al. (2013b) calculate that stringent mitigation efforts would simultaneously lead to near-term (by 2030) reductions of $SO_2$, $NO_x$, and $PM_{2.5}$ on the order of 40 %, 30 %, and 5 %, respectively, relative to a baseline scenario. Riahi et al. (2012) find that by further exploiting the full range of opportunities for energy efficiency and ensuring access to modern forms of energy for the world's poorest (hence less indoor/household air pollution), the near-term air pollution co-benefits of mitigation could be even greater: 50 % for $SO_2$, 35 % for $NO_x$, and 30 % for $PM_{2.5}$ by 2030. Additionally, Amann et al. (2011) and Rao et al. (2013) find significant reductions in air quality control costs due to mitigation policies (see Section 6.6.2.7). Riahi et al. (2012) further estimate that stringent mitigation efforts can help to reduce globally aggregated disability-adjusted life years (DALYs) by more than 10 million by 2030, a decrease of one-third compared to a baseline scenario. The vast majority of these co-benefits would accrue in urban households of the developing world. Similarly, West et al. (2013) find that global mitigation (RCP 4.5) can avoid 0.5 ± 0.2, 1.3 ± 0.5, and 2.2 ± 0.8 million premature deaths in 2030, 2050, and 2100, relative to a baseline scenario that foresees decreasing PM and ozone ($O_3$) concentrations. Regarding mercury, Rafaj et al. (2013a) show that under a global mitigation regime, atmospheric releases from anthropogenic sources can be reduced by 45 % in 2050, relative to a a baseline scenario without climate measures.

6

## Co-Benefits of Climate Change Mitigation for Energy Security and Air Quality



**LIMITS Model Inter-Comparison**
Impact of Climate Policy on Energy Security

**IPCC AR5 Scenario Ensemble**
Impact of Climate Policy on Air Pollutant Emissions (Global, 2005-2050)

Energy Security Levels of GEA Scenarios in Bottom Panel

Air Quality Levels of GEA Scenarios in Bottom Panel

## Policy Costs of Achieving Different Objectives

Global Energy Assessment Scenario Ensemble (n=624)



**Figure 6.33 |** Co-benefits of mitigation for energy security and air quality in scenarios with stringent climate policies (reaching 430–530 ppm CO$_2$eq concentrations in 2100). Upper panels show co-benefits for different energy security indicators and air pollutant emissions. Lower panel shows related global policy costs of achieving the energy security, air quality, and mitigation objectives, either alone (w, x, y) or simultaneously (z). Integrated approaches that achieve these objectives simultaneously show the highest cost-effectiveness due to synergies (w+x+y>z). Policy costs are given as the increase in total energy system costs relative to a no-policy baseline; hence, they only capture the mitigation component and do not include the monetized co-benefits of, for example, reduced health impacts or climate damages. In this sense, costs are indicative and do not represent full uncertainty ranges. Sources: LIMITS model intercomparison (Jewell et al., 2013; Tavoni et al., 2013), WGIII AR5 Scenario Database (Annex II.10, includes only scenarios based on idealized policy implementation and full technology availability), Global Energy Assessment (GEA) scenarios (Riahi et al., 2012; McCollum et al., 2013a).

Several studies published since AR4 have analyzed the potential climate impacts of methane mitigation and local air pollutant emissions control (West et al., 2006, 2007; Shine et al., 2007; Reilly et al., 2007; Ramanathan and Carmichael, 2008; Jerrett et al., 2009; Anenberg et al., 2012). For instance, Shindell et al. (2012) identify 14 different methane and BC mitigation measures that, in addition to slowing the growth in global temperatures in the medium term (~0.5 °C lower by 2050, central estimate), lead to important near-term (2030) co-benefits for health (avoiding 0.7 to 4.7 million premature deaths from outdoor air pollution globally) and food security (increasing annual crop yields globally by 30 to 135 million metric tons due to ozone reductions; see Section 11.13.7 for a further discussion of the relationship between mitigation and food security). Smith and Mizrahi (2013) also acknowledge the important co-benefits of reducing certain short-lived climate forcers (SLCF) but at the same time conclude that (1) the near-to-medium term climate impacts of these measures are likely to be relatively modest (0.16 °C lower by 2050, central estimate; 0.04–0.35 °C considering the various uncertainties), and (2) the additional climate benefit of targeted SLCF measures after 2050 is comparatively low.

#### 6.6.2.2 Energy security

A number of analyses have studied the relationship between mitigation and energy security. The assessment here focuses on energy security concerns that relate to (1) the sufficiency of resources to meet national energy demand at competitive and stable prices, and (2) the resilience of energy supply (see Section 7.9.1 for a broader discussion). A number of indicators have been developed to quantitatively express these concerns (Kruyt et al., 2009; Jewell, 2011; Jewell et al., 2014). The most common indicators of sufficiency of energy supply are energy imports (see SRREN (IPCC, 2011) Figure 9.6) and the adequacy of the domestic resource base (Gupta, 2008; Kruyt et al., 2009; Le Coq and Paltseva, 2009; IEA, 2011; Jewell, 2011; Jewell et al., 2013). Resilience of energy systems is commonly measured by the diversity of energy sources and carriers (Stirling, 1994, 2010; Grubb et al., 2006; Bazilian and Roques, 2009; Skea, 2010) and the energy intensity of GDP (Gupta, 2008; Kruyt et al., 2009; Jewell, 2011; Cherp et al., 2012).

Recent studies show that mitigation policies would likely increase national energy sufficiency and resilience (Figure 6.33, top left panel). Mitigation policies lead to major reductions in the import dependency of many countries, thus making national and regional energy systems less

vulnerable to price volatility and supply disruptions (Criqui and Mima, 2012; Shukla and Dhar, 2011; Jewell et al., 2013). One multi-model study finds that in stringent mitigation scenarios, global energy trade would be 10–70 % lower by 2050 and 40–74 % by 2100 than in the baseline scenario (Jewell et al., 2013). Most of the decrease in regional import dependence would appear after 2030 since mitigation decreases the use of domestic coal in the short term, which counteracts the increase in domestic renewables (Akimoto et al., 2012; Jewell et al., 2013). At the same time mitigation leads to much lower extraction rates for fossil resources (Kruyt et al., 2009; Jewell et al., 2013; McCollum et al., 2014a). The IEA, for example, finds that rapid deployment of energy efficiency technologies could reduce oil consumption by as much as 13 million barrels a day (IEA, 2012). Mitigation actions could thus alleviate future energy price volatility, given that perceptions of resource scarcity are a key driver of rapid price swings. This would mean that domestic fossil resources could act as a 'buffer of indigenous resources' (Turton and Barreto, 2006). Improved energy security of importers, however, could adversely impact the 'demand security' of exporters (Luft, 2013); indeed, most of the modeling literature indicates that climate mitigation would decrease oil export revenues of oil exporters (IEA, 2009; Haurie and Vielle, 2010; Bauer et al., 2014a, 2014b; Tavoni et al., 2013; McCollum et al., 2013a). However, three recent studies argue that if the cost of alternatives to conventional oil is high enough, conventional oil exporters could benefit from climate policies, particularly in the near term (Persson et al. 2007; Johansson et al. 2009; Nemet and Brandt, 2012). Although there is broad agreement in the literature about the overall negative effect on oil export revenues, the distribution of this effect will differ between exporters of conventional vs unconventional oil exporters. (See Section 6.3.6.6 regarding the impacts that these trade shifts would have on major energy exporters.)

Studies also indicate that mitigation would likely increase the resilience of energy systems (Figure 6.33, top left panel). The diversity of energy sources used in the transport and electricity sectors would rise relative to today and to a baseline scenario in which fossils remain dominant (Grubb et al., 2006; Riahi et al., 2012; Cherp et al., 2014; Jewell et al., 2013). Additionally, energy trade would be much less affected by fluctuations in GDP growth and by uncertainties in fossil resource endowments and energy demand growth (Cherp et al., 2014; Jewell et al., 2013). These developments (mitigation and energy-efficiency improvements) would make energy systems more resilient to various types of shocks and stresses and would help insulate economies from price volatility and supply disruptions (see Chapters 8–10).

**6**

### 6.6.2.3    Energy access

According to the literature, providing universal energy access (see Section 7.9.1 for a broader discussion) would likely result in negligible impacts on GHG emissions globally (PBL, 2012; Riahi et al., 2012). Rogelj et al (2013c) find that the United Nation's (UN) energy access goals for 2030 are fully consistent with stringent mitigation measures while other scenario analyses indicate that deployment of renewable energy in LDCs can help to promote access to clean, reliable, and affordable energy services (Kaundinya et al., 2009; Reddy et al., 2009). In addition, a number of recent integrated modelling studies ensure, by design, that developing country household final energy consumption levels are compatible with minimal poverty thresholds (Ekholm et al., 2010a; van Ruijven et al., 2011; Daioglou et al., 2012; Narula et al., 2012; Krey et al., 2012). An important message from these studies is that the provision of energy access in developing countries should not be confused with broader economic growth. The latter could have a pronounced GHG affect, particularly in today's emerging economies (see Section 6.3.1.3).

The primary risk from mitigation is that an increase in energy prices for the world's poor could potentially impair the transition to universal energy access by making energy less affordable (see Sections 6.6.1 and 7.9.1). A related concern is that increased energy prices could also delay structural changes and the build-up of physical infrastructure (Goldemberg et al., 1985; Steckel et al., 2013; Jakob and Steckel, 2014). Isolating these effects has proven to be difficult in the integrated modelling context because these models typically aggregate consumption losses from climate policies (see Section 6.3.6).

### 6.6.2.4    Employment

The potential consequences of climate policies on employment are addressed in the scientific literature in different ways. One strand of literature analyzes the employment impacts associated with the deployment of specific low-carbon technologies, such as renewables or building retrofits (see Sections 7.9.1 and 9.7.2.1). This literature often finds a significant potential for *gross* job creation, either directly or indirectly; however, a number of issues are left unresolved regarding the methodologies used in computing those impacts on one hand and the gap between this potential and *net* employment impacts in a particular sector on the other hand (see Wei et al., 2010). The net effect is typically addressed in general equilibrium literature. Although many integrated models used to develop long-term scenarios are general equilibrium models, they usually assume full employment and are therefore not well-suited to addressing gross versus net employment-related questions.

According to the literature, employment benefits from mitigation depend on the direction and strength of income/output and substitution impacts of mitigation. These impacts are governed by two inter-related sets of factors related to mitigation technologies and general

equilibrium effects. One set involves the characteristics of mitigation technologies, including (1) their costs per job created, which determines the crowding out of jobs in other sectors when capital is constrained (Frondel et al., 2010); (2) the portion of the low-carbon technologies that is imported, which determines domestic job creation and the net positive impact on the trade balance; and (3) the availability of skills in the labor force, as well as its capacity to adapt (Babiker and Eckaus, 2007; Fankhauser et al., 2008; Guivarch et al., 2011), which determines the pace of job creation and the real cost of low-carbon technology deployment in terms of increased wages due to skilled labor scarcities.

A second set of factors encompasses all the general equilibrium effects, some of which are triggered by the above parameters and others by the net income effects of higher carbon prices (see Section 3.6.3). Recycling the revenues from carbon pricing and subsequently lowering labor taxes changes the relative prices of labor and energy (and to a lesser extent the costs of production inputs), which in turn leads to a redirection of technology choices and innovation towards more labor-intensive techniques. In addition, by contributing to higher energy costs, climate policies change the relative prices of energy- and non-energy intensive goods and services, thereby causing households to consume more of the latter. These mechanisms operate differently in developed, emerging, and developing economies, particularly with respect to the various forms of informal labor. Some of the mechanisms operate over the medium (more labor-intensive techniques) and long term (structural change) (Fankhauser et al., 2008). Others, however, operate over the short term and might therefore be influenced by near-term mitigation policies.

### 6.6.2.5    Biodiversity conservation

The concept of biodiversity can be interpreted in different ways. Measuring it therefore presents a challenge. One indicator that has been used in the integrated modelling literature for assessing the biodiversity implications of global transformation pathways is that of mean species abundance (MSA), which uses the species composition and abundance of the original ecosystem as a reference situation. According to PBL (2012), globally averaged MSA declined continuously from approximately 76 % in 1970 to 68 % in 2010 (relative to the undisturbed states of ecosystems). This was mostly due to habitat loss resulting from conversion of natural systems to agriculture uses and urban areas.

The primary biodiversity-related side-effects from mitigation involve the potentially large role of reforestation and afforestation efforts and of bioenergy production. These elements of mitigation strategy could either impose risks or lead to co-benefits, depending on where and how they are implemented (see Table 6.7). The integrated modelling literature does not at this time provide an explicit enough treatment of these issues to effectively capture the range of transformation pathways. One study (PBL, 2012) suggests that it is possible to stabilize average global biodiversity at the 2020/2030 level (MSA =

65 %) by 2050 even if land-use mitigation measures are deployed. Such an achievement represents more than a halving of all biodiversity loss projected to occur by mid-century in the baseline scenario and is interpreted to be in accordance with the Aichi Biodiversity Targets (CBD, 2010). Of critical importance in this regard are favourable institutional and policy mechanisms for reforestation/afforestation and bioenergy that complement mitigation actions (as described in Section 11.13).

### 6.6.2.6   Water use

The last decades have seen the world's freshwater resources come under increasing pressure. Almost three billion people live in water-scarce regions (Molden, 2007), some two billion in areas of severe water stress in which demand accounts for more than 40 % of total availability (PBL, 2012). Water withdrawals for energy and industrial processes (currently 20 % globally) and municipal applications (10 %) are projected to grow considerably over the next decades, jointly surpassing irrigation (70 %) as the primary water user by 2050 (Alcamo and Henrichs, 2002; Shiklomanov and Rodda, 2003; Molden, 2007; Fischer et al., 2007; Shen et al., 2008; Bruinsma, 2011). This growth is projected to be greatest in areas already under high stress, such as South Asia.

Renewable energy technologies such as solar PV and wind power will reduce freshwater withdrawals for thermal cooling relative to fossil alternatives. On the other hand, CCS and some forms of renewable energy, especially bioenergy, could demand a significant amount of water (see Table 6.7 and Section 7.9.2). For bioenergy in particular, the overall effect will depend importantly on which feedstocks are grown, where, and if they require irrigation (see Section 11.13.7). Similarly, reforestation and afforestation efforts, as well as attempts to avoid deforestation, will impact both water use and water quality. The net effects could be either positive (Townsend et al., 2012) or negative (Jackson et al., 2005), depending on the local situation (see Section 11.7).

When accounting for the system dynamics and relative economics between alternative mitigation options (both in space and time), recent integrated modelling scenarios generally indicate that stringent mitigation actions, combined with heightened water-use efficiency measures, could lead to significant reductions in global water demand over the next several decades. PBL (2012), for instance, calculates a 25 % reduction in total demand by 2050, translating to an 8 % decline in the number of people living in severely water-stressed regions worldwide. Other studies by Hanasaki et al. (2013) and Hejazi et al. (2013) find the co-benefits from mitigation to be of roughly the same magnitude: reductions of 1.0–3.9 % and 1.2–5.5 %, respectively, in 2050. Hejazi et al. (2013) note, however, that water scarcity could be exacerbated if mitigation leads to more intensive production of bioenergy crops. In contrast, Akimoto et al. (2012) find that stringent mitigation increases water-stressed populations globally (+3 % in

2050) as a result of decreases in annual water availability in places like South Asia.

### 6.6.2.7   Integrated studies of multiple objectives

Integrated scenario research is just beginning to assess multiple sustainable development objectives in parallel. This emerging literature generally finds that mitigation goals can be achieved more cost-effectively if the objectives are integrated and pursued simultaneously rather than in isolation. Recent examples of such studies include Bollen et al. (2010) and the Global Energy Assessment (GEA) (McCollum et al., 2011, 2013a; Riahi et al., 2012). These two analyses are unique from other integrated studies (see e.g., Shukla et al., 2008; Skea and Nishioka, 2008; Strachan et al., 2008; IEA, 2011; Shukla and Dhar, 2011; PBL, 2012; Akimoto et al., 2012; Howells et al., 2013) because they attempt to quantify key interactions in economic terms on a global scale, employing varying methodologies to assess the interactions between climate change, air pollution, and energy security policies. Bollen et al. (2010) employ a cost-benefit social welfare optimization approach while the GEA study employs a cost-effectiveness approach (see Section 3.7.2.1). Despite these differences, the two studies provide similar insights. Both suggest that near-term synergies can be realized through decarbonization and energy efficiency and that mitigation policy may be seen as a strategic entry point for reaping energy security and air quality co-benefits. The GEA study in particular finds major cost savings from mitigation policy in terms of reduced expenditures for imported fossil fuels and end-of-pipe air pollution control equipment (see bottom panel of Figure 6.33). The magnitude of these co-benefits depends importantly on the future stringency of energy security and air pollution policies in the absence of mitigation policy. If these are more aggressive than currently planned, then the co-benefits would be smaller.

Another class of sustainable development scenarios are the Low-Carbon Society (LCS) assessments (Kainuma et al., 2012), which collectively indicate that explicit inclusion of mitigation co-benefits in the cost calculation results in a lower-carbon price in the LCS scenarios than in a scenario that only considers mitigation costs (Shukla et al., 2008). A key message from these studies is that co-benefits are neither automatic nor assured, but result from conscious and carefully coordinated policies and implementation strategies, such as lifestyle changes, green manufacturing processes, and investments into energy efficient devices, recycling measures, and other targeted actions (Shukla and Chaturvedi, 2012).

Finally, studies suggest that co-benefits could influence the incentives for global climate agreements discussed in Section 13.3 (Pittel and Rübbelke, 2008; Bollen et al., 2009b; Wagner, 2012). At the present time, however, international policy regimes for mitigation and its important co-benefits remain separate (Holloway et al., 2003; Swart et al., 2004; Nemet et al., 2010; Rao et al., 2013). Dubash et al. (2013) propose a methodology for operationalizing co-benefits in mitigation policy formulation, thus helping to bring the varied policy objectives closer together (see Section 15.2).

# 6.7    Risks of transformation pathways

Mitigation will be undertaken within the context of a broad set of policy objectives, existing societal structures, institutional frameworks, and physical infrastructures. The relationship between these broader characteristics of human societies and the particular implications of mitigation activities will be both complex and uncertain. Mitigation will also take place under uncertainty about the underlying physical processes that govern the climate. All of these indicate that there is a range of different risks associated with different transformation pathways.

The various risks associated with transformation pathways can be grouped into several categories, and many of these are discussed elsewhere in this chapter. One set of risks is associated with the linkage of mitigation with other policy objectives, such as clean air, energy security, or energy access. These linkages may be positive (co-benefits) or negative (risks). These relationships are discussed in Section 6.6. Another set of risks is associated with the possibility that particular mitigation measures might be taken off the table because of perceived negative side-effects and that stabilization will prove more challenging that what might have been expected (Strachan and Usher, 2012). These issues are discussed in Section 6.3 as well as elsewhere in the chapter, including Section 6.9 for CDR options. Another risk is that the economic costs may be higher or lower than anticipated, because the implications of mitigation cannot be understood with any degree of certainty today, for a wide range of reasons. This issue is discussed in Section 6.3.6. It is important to emphasize that both the economic costs and the economic benefits of mitigation are uncertain. One of the most fundamental risks associated with mitigation is that any transformation pathway may not maintain temperatures below a particular threshold, such as 2 °C or 1.5 °C above preindustrial levels due to limits in our understanding of the relationship between emissions and concentrations and, more importantly, the relationship between GHG concentrations and atmospheric temperatures. This topic is discussed in Section 6.3.2.

A broad risk that underpins all the mitigation scenarios in this chapter is that every long-term pathway depends crucially not just on actions by today's decision makers, but also by future decision-makers and future generations. Indeed, mitigation must be framed within a sequential-decision making not just because it is good practice, but more fundamentally because decision makers today cannot make decisions for those in the future. A consistent risk is that future decision makers may not undertake the mitigation that is required to meet particular long-term goals. In this context, actions today can be seen as creating or limiting options to manage risk rather than leading to particular goals. This topic is discussed in Sections 6.3 and 6.4 through the exploration of the consequences of different levels of near-term mitigation. This issue is particularly important in the context of scenarios that lead to concentration goals such as 450 ppm $CO_2$eq by 2100. The vast majority of these scenarios temporarily overshoot the long-term goal and then

descend to it by the end of the century through increasing emissions reductions. When near-term mitigation is not sufficiently strong, future mitigation must rely heavily on CDR technologies such as BECCS, putting greater pressure on future decision makers and highlighting many uncertainties and risks surrounding these technologies. While these scenarios are possible in a physical sense, they come with a very large risk that future decision makers will not take on the ambitious action that would ultimately be required. Indeed, studies have shown that delayed and fragmented mitigation can lead to a relaxation of long-term goals if countries that delay their participation in a global mitigation strategy are not willing or unable to pick up the higher costs of compensating higher short-term emissions (Blanford et al., 2014; Kriegler et al., 2014c).

# 6.8    Integrating sector analyses and transformation scenarios

## 6.8.1    The sectoral composition of GHG emissions along transformation pathways

Options for reducing GHG emissions exist across a wide spectrum of human activities. The majority of these options fall into three broad areas: energy supply, energy end-use, and AFOLU. The primary focus of energy supply options is to provide energy from low- or zero-carbon energy sources; that is, to decarbonize energy supply. Options in energy end-use sectors focus either on reducing the use of energy and/or on using energy carriers produced from low-carbon sources, including electricity generated from low-carbon sources. Direct options in AFOLU involve storing carbon in terrestrial systems (for example, through afforestation). This sector is also the source of bio-energy. Options to reduce non-$CO_2$ emissions exist across all these sectors, but most notably in agriculture, energy supply, and industry.

These sectors and the associated options are heavily interlinked. For example, energy demand reductions may be evident not only as direct emissions reductions in the end-use sectors but also as emissions reductions from the production of energy carriers such as electricity ('indirect emissions', see Annex A.II.5). Replacing fossil fuels in energy supply or end-use sectors by bioenergy reduces emissions in these sectors, but may increase land-use emissions in turn (see Chapter 11, Bioenergy Appendix). In addition, at the most general level, sectoral mitigation actions are linked by the fact that reducing emissions through a mitigation activity in one sector reduces the required reductions from mitigation activities in other sectors to meet a long-term $CO_2$-equivalent concentration goal.

The precise set of mitigation actions taken in any sector will depend on a wide range of factors, including their relative economics, policy struc-

tures, and linkages to other objectives (see Section 6.6) and interactions among measures across sectors. Both integrated models, such as those assessed in this chapter, and sectorally focused research, such as that assessed in Chapters 7–11, offer insights into the options for mitigation across sectors. The remainder of this section first assesses the potential for mitigation within the sectors based on integrated studies and then in each of the emitting sectors based on the combined assessments from sectoral and integrated studies. Important questions are how consistent the results from integrated modelling studies are with sectorally-focused literature and how they complement each other.

### 6.8.2 Mitigation from a cross-sectoral perspective: Insights from integrated models

Integrated models are a key source of research on the tradeoffs and synergies in mitigation across sectors. In scenarios from these models, energy sector emissions are the dominant source of GHG emissions in baseline scenarios, and these emissions continue to grow over time relative to net AFOLU $CO_2$ emissions and non-$CO_2$ GHG emissions (Section 6.3.1 and Figure 6.34). Within the energy sector, direct emissions from energy supply, and electricity generation in particular, are larger than the emissions from any single end-use sector (Figure 6.34). Direct

emissions, however, do not provide a full representation of the importance of different activities causing the emissions, because the consumption of energy carriers such as electricity by the end-use sectors, leads to indirect emissions from the production of those energy carriers (consumption-based approach). An alternative perspective is to allocate these indirect energy supply emissions to the end-use sectors that use these supplies (see, for example, in Figure 6.34). At present, indirect emissions from electricity use are larger than direct emissions in buildings and constitute an important share of industrial emissions while they are small in transport compared to direct $CO_2$ emissions.

In mitigation scenarios from integrated models, decarbonization of the electricity sector takes place at a pace more rapid than reduction of direct emissions in the energy end-use sectors (see Sections 7.11.3 and Figure 6.35). For example, in 450ppm $CO_2$eq scenarios, the electricity sector is largely decarbonized by 2050, whereas deep reductions in direct emissions in the end-use sectors largely arise beyond mid-century. More so than any other energy supply technology, the availability of BECCS and its role as a primary CDR technology (Sections 6.3.2 and 6.9) has a substantial effect on this dynamic, allowing for energy supply sectors to serve as a net negative emissions source by mid-century and allowing for more gradual emissions reductions in other sectors. In contrast, sectoral studies show available pathways to deep reductions in emissions (both direct and indirect) already by mid-century (see, e.g., Chapter 9).



**Figure 6.34** | Direct (left panel) and direct and indirect emissions (right panel) of $CO_2$ and non-$CO_2$ GHGs across sectors in baseline scenarios. Note that in the case of indirect emissions, only electricity emissions are allocated from energy supply to end-use sectors. In the left panel electricity sector emissions are shown ("Electricity*") in addition to energy supply sector emissions which they are part of, to illustrate their large role on the energy supply side. The numbers at the bottom refer to the number of scenarios included in the ranges that differ across sectors and time due to different sectoral resolution and time horizon of models. Source: WG III AR5 Scenario Database (Annex II.10). Includes only baseline scenarios. Note that scenarios from the AMPERE study were excluded due to large overlap with the EMF27 study. Historical data: JRC/PBL (2013), IEA (2012), see Annex II.9 and Annex II.5.

6

Within the end-use sectors, deep emissions reductions in transport are generally the last to emerge in integrated modelling studies because of the assumption that options to switch to low-carbon energy carriers in transport are more limited than in buildings and industry, and also because of the expected high growth for mobility and freight transport (Section 8.9.1). In the majority of baseline scenarios from integrated models, net AFOLU $CO_2$ emissions largely disappear by mid-century, with some models projecting a net sink after 2050 (Section 6.3.1.4). There is a wide uncertainty in the role of afforestation and reforestation in mitigation, however. In some mitigation scenarios the AFOLU sectors can become a significant carbon sink (Section 6.3.2.4).

### 6.8.3    Decarbonizing energy supply

Virtually all integrated modelling studies indicate that decarbonization of electricity is critical for mitigation, but there is no general consensus regarding the precise low-carbon technologies that might support this decarbonization (Fischedick et al., 2011; Clarke et al., 2012) (Section 7.11.3). These studies have presented a wide range of combinations of renewable energy sources (Krey and Clarke, 2011; Luderer et al., 2014b), nuclear power (Bauer et al., 2012; Rogner and Riahi, 2013), and CCS-based technologies (McFarland et al., 2009; Bauer et al., 2014a; McCollum et al., 2014a; van der Zwaan et al., 2014) as both

viable and cost-effective (see Section 7.11). The breadth of different, potentially cost-effective strategies raises the possibility not only that future costs and performances of competing electricity technologies are uncertain today, but also that regional circumstances, including both energy resources and links to other regional objectives (e.g., national security, local air pollution, energy security, see Section 6.6), might be as important decision making factors as economic costs (Krey et al., 2014). The one exception to this flexibility in energy supply surrounds the use of BECCS. CDR technologies such as BECCS are fundamental to many scenarios that achieve low-$CO_2$ emissions, particularly those based on substantial overshoot as might occur if near-term mitigation is delayed (Sections 6.3.2 and 6.4). In contrast to the electricity sector, decarbonization of the non-electric energy-supply sector (e.g., liquid fuels supply) is progressing typically at much lower pace (Section 7.11.3, Figures 7.14 and 7.15) and could therefore constitute a bottleneck in the transformation process.

### 6.8.4    Energy demand reductions and fuel switching in end-use sectors

The two major groups of options in energy end-use sectors are those that focus on reducing the use of energy and/or those that focus on using energy carriers produced from low-carbon sources. Three important issues are therefore the potential for fuel switching, the potential





**Figure 6.35 |** Direct emissions of $CO_2$ and non-$CO_2$ GHGs across sectors in mitigation scenarios that reach around 450 (430—480) ppm $CO_2$eq concentrations in 2100 with using CCS (left panel) and without using CCS (right panel). The numbers at the bottom of the graphs refer to the number of scenarios included in the ranges that differ across sectors and time due to different sectoral resolution and time horizon of models. White dots in the right panel refer to emissions of individual scenarios to give a sense of the spread within the ranges shown due to the small number of scenarios. Source: WG III AR5 Scenario Database (Annex II.10). Includes only scenarios based on idealized policy implementation that provide emissions at the sectoral level. Note that scenarios from the AMPERE study were excluded due to large overlap with the EMF27 study. Historical data: JRC/PBL (2013), IEA (2012), see Annex II.9.

for reductions of energy use per unit of output/service, and the relationship and timing between the two. In general, as discussed in Section 6.3.4, integrated studies indicate that energy intensity (per unit of GDP) reductions outweigh decarbonization of energy supply in the near term when the energy-supply system is still heavily reliant on largely carbon-intensive fossil fuels (Figure 6.17). Over time, the mitigation dynamic switches to one focused on carbon-intensity reductions (see AR4, Fisher et al., 2007, Section 3.3.5.2). From the perspective of end-use sectors, decarbonization of energy involves both the decarbonization of existing sources, for example, by producing electricity from low-carbon sources or using liquid fuels made from bioenergy, and an increase in the use of lower-carbon fuels, for example, through an increase in the use of electricity (Edmonds et al., 2006; Kyle et al., 2009; Sugiyama, 2012; Williams et al., 2012; Krey et al., 2014; Yamamoto et al., 2014). It should be noted that there is generally an autonomous increase in electrification in baseline scenarios that do not assume any climate policies, which reflects a trend toward more convenient grid-based fuels due to higher affluence (Nakicenovic et al., 1998; Schäfer, 2005), as well as electricity typically showing a slower cost increase over time compared to other energy carriers (Edmonds et al., 2006; Krey et al., 2014).

The comparison between integrated and sectoral studies is difficult with regard to the timing and tradeoffs between fuel switching and energy reduction, because few sectoral studies have attempted to look concurrently at both fuel switching and energy-reduction strategies. Instead, the majority of sectoral studies have focused most heavily on energy reduction, asking how much energy use for a particular activity can be reduced with state-of-the-art technology. One reason for this focus on energy reduction is that sectoral research is more commonly focused on near-term actions based on available mitigation technologies and, in the near-term, major fuel sources such as liquid fuels and electricity may have high-carbon intensities. This means that energy reductions will have substantial near-term

mitigation effects. In the longer term, however, these fuel sources will be largely decarbonized along low-concentration transformation pathways, meaning that energy reductions will not so clearly lead to reductions in indirect emissions (note that this does not mean they do not continue to be important, because they decrease the need for utilizing energy sources and the associated co-benefits and risks, see Section 6.6).

This evolution can be clearly seen through a comparison of direct and indirect emissions in end-use sectors in integrated modelling scenarios (Figure 6.36). In 2010, the largest part of emissions from the buildings sector are the indirect emissions from electricity. This trend continues in baseline scenarios (Figure 6.36). However, in deep emission-reduction scenarios, indirect emissions from electricity are largely eliminated by 2050, and in many scenarios, the electricity sector even becomes a sink for $CO_2$ through the use of BECCS (Figure 6.35, left panel). There are only minimal indirect emissions from electricity in the transport sector today and by 2050 in mitigation scenarios. Those scenarios that decarbonize the transportation sector through electrification do so by taking advantage of a largely decarbonized electricity sector. The industrial sector lies between the buildings and transport sectors. Of importance, the observed trends can be very regional in character. For example, the value of electrification will be higher in countries or regions that already have low-carbon electricity portfolios.

The primary distinction between sectoral studies and integrated modelling studies with regard to end-use options for fuel switching and end-use reductions is that integrated models typically represent end-use options at a more aggregated scale than sectoral studies. In addition, however, there is an important difference in the way that the two types of studies attempt to ascertain opportunities (see Section 8.9). Long-term mitigation scenarios from integrated models achieve reductions from baseline emissions based almost exclusively on the imposition of a carbon price and generally assume functioning markets and may not



**Figure 6.36 |** Direct $CO_2$ emissions vs. indirect $CO_2$ emissions from electricity in the transport, buildings, and industry sectors in 2050 for baseline and mitigation scenarios reaching 430–480 ppm and 530–580 ppm $CO_2$eq in 2100. Source: WG III AR5 Scenario Database (Annex II.10). Includes only scenarios based on idealized policy implementation that provide emissions at the sectoral level. Historical data from JRC/PBL (2013), IEA (2012a), see Annex II.9.

**6**

fully represent existing barriers, in particular in end-use sectors. In contrast, sectoral studies explore options for energy-demand reduction based on engineering and/or local details and do so based on cost-effectiveness calculations regarding a typically much richer portfolio of tailored options. They also recognize that there are many boundaries to consumer rationality and thus not all options that are cost-effective happen automatically in a baseline, but are mobilized by mitigation policies. It is also challenging to compare the potential for energy reductions across sectoral and integrated studies, because of difficulties to discern the degree of mitigation that has occurred in the baseline itself in these studies. Therefore any comparisons must be considered approximate at best. It is important to note that the emphasis on economic instruments like carbon pricing in integrated studies leads to a negative correlation between energy-demand reduction and the option of switching to low-carbon energy carriers at modest cost. Therefore, integrated studies that foresee a significant potential for switching to electricity, for example, in an end-use sector at modest costs, usually show a lower need for reducing energy demand in this sector and the other way around. It should also be noted that there is not always a clear cut distinction between sectoral and integrated studies. Some sectoral studies, in particular those that provide estimates for both energy savings and fuel switching, are in fact integrated studies with considerable sectoral detail such as the IEA World Energy Outlook (IEA, 2010b, 2012b) or the Energy Technology Perspectives report (IEA, 2008, 2010c) (see Annex II.10).

In general, in the transport sector, the opportunities for energy-use reductions and fuel switching are broadly consistent between integrated and sectoral studies (Figures 6.37 and 6.38, Section 8.9). However, the underlying mechanisms utilized in these studies may be different. Comprehensive transport sector studies tend to include technical efficiency measures, switching to low-carbon fuels, behavioural changes that affect both the modal split and the amount of transport services demanded, and a broader set of infrastructural characteristics such as compact cities. In integrated studies, these factors are not always addressed explicitly, and the focus is usually on technical efficiency measures, fuel switching and service demand reduction. Regarding fuel choice, the majority of integrated studies indicate a continued reliance on liquid and gaseous fuels, supported by an increase in the use of bioenergy up to 2050. Many integrated studies also indicate substantial shares of electricity through, for example, the use of electric vehicles for light-duty transportation, usually during the second-half of the century. Hydrogen has also been identified by numerous studies as a potential long-term solution should storage, production, and distribution challenges be overcome (Section 8.9.1). While electricity and hydrogen achieve substantial shares in some scenarios, many integrated modelling scenarios show no dominant transport fuel source in 2100. This prevails in scenarios leading to 430–530 ppm $CO_2$eq concentration levels in 2100 with the median values for the share of electricity and hydro-



**Figure 6.37 |** Sectoral final energy demand reduction relative to baseline in the energy end-use sectors, transport, buildings, and industry by 2030 and 2050 in mitigation scenarios reaching 430–530 ppm and 530–650 ppm $CO_2$eq in 2100 (see Section 6.3.2) compared to sectoral studies assessed in Chapters 8–10. Filled circles correspond to sectoral studies with full sectoral coverage while empty circles correspond to studies with only partial sectoral coverage (e.g., heating and cooling only for buildings). Source: WG III AR5 Scenario Database (Annex II.10). Includes only scenarios based on idealized policy implementation. Sectoral studies as provided by Chapters 8, 9, and 10, see Annex II.10.



**Figure 6.38** | Development of final energy low-carbon fuel shares in the energy end-use sectors transport, buildings, and industry by 2030 and 2050 in baseline and mitigation scenarios reaching 430–530 ppm and 530–650 ppm $CO_2$eq in 2100 (see Section 6.3.2) compared to sectoral studies assessed in Chapters 8–10. Low-carbon fuels include electricity, hydrogen, and liquid biofuels in transport, electricity in buildings and electricity, heat, hydrogen, and bioenergy in industry. Filled symbols correspond to sectoral studies with additional climate policies whereas empty symbols correspond to studies with baseline assumptions. Source: WG III AR5 Scenario Database (Annex II.10). Includes only scenarios based on idealized policy implementation. Sectoral studies as provided by Chapters 8, 9, and 10, see Annex II.10. Historical data from IEA (2012c; d).

gen in 2100 being 22 % and 25 % of final energy, respectively (Section 8.9.1, Figure 8.9.4).

Detailed building sector studies indicate energy savings potential by 2050 on the upper end of what integrated studies show (Section 9.8.2, Figure 9.19), and both sectoral and integrated studies show modest opportunities for fuel switching due to the already high level of electricity consumption in the buildings sector, particularly in developed countries (Figures 6.37 and 6.38). Building sector studies have focused largely on identifying options for saving energy whereas fuel switching as a means for reducing emissions is not considered in detail by most studies. In general, both sectoral and integrated studies indicate that electricity will supply a dominant share of building energy demand over the long term, especially if heating demand decreases due to a combination of efficiency gains, better architecture and climate change. Best case new buildings can reach 90 % lower space heating and cooling energy use compared to the existing stock (Section 9.3.3), while for existing buildings, deep retrofits can achieve heating and cooling energy savings in the range of 50–90 % (Section 9.3.4).

Detailed industry sector studies tend to be more conservative regarding savings in industrial final energy compared to baseline, but on the other hand foresee a greater potential for switching to low-carbon

fuels, including electricity, heat, hydrogen and bioenergy than integrated studies (Figures 6.37 and 6.38). Sectoral studies, which are often based on micro unit-level analyses, indicate that the broad application of best available technologies for energy reduction could lead to about 25 % of energy savings in the sector with immediate deployment and similar contributions could be achieved with new innovations and deployment across a large number of production processes (Section 10.4). Integrated models in general (with exceptions, see Section 10.10.1) treat the industry sector in a more aggregated fashion and mostly do not provide detailed sub-sectoral material flows, options for reducing material demand, and price-induced inter-input substitution possibilities explicitly (Section 10.10.1). Similar to the transportation sector, there is no single perceived near- or long-term configuration for industrial energy (see Sections 10.4 and 10.7). Multiple pathways may be pursued or chosen depending on process selection and technology development. For the industry sector to achieve near-zero emission with carbonaceous energy, carriers will need CCS facilities though market penetration of this technology is still highly uncertain and only limited examples are in place so far. Some integrated studies indicate a move toward electricity whereas others indicate a continued reliance on liquid or solid fuels, largely supported through bioenergy (Section 10.10.1, Figure 10.14). Due to the heterogeneous character of the industry sector a coherent comparison between sectoral and integrated studies remains difficult.

6

### 6.8.5 Options for bioenergy production, reducing land-use change emissions, and creating land-use GHG sinks

As noted in Section 6.3.5, land use has three primary roles in mitigation: bioenergy production, storage of carbon in terrestrial systems, mitigation of non-$CO_2$ GHGs. It also influences mitigation through biogeophysical factors such as albedo. Integrated modelling studies are the primary means by which the tradeoffs and synergies between these different roles, in particular the first two, might unfold over the rest of the century. The integrated modelling studies sketch out a wide range of ways in which these forces might affect the land surface, from widespread afforestation under comprehensive climate policies to widespread deforestation if carbon storage on land is not included in the mitigation policy (Sections 6.3.5 and 11.9).

Sectoral studies complement integrated modelling studies by exploring the ability of policy and social structures to support broad changes in land-use practices over time (Section 11.6). In general, sectoral studies point to the challenges associated with making large-scale changes to the land surface in the name of mitigation, such as challenges associated with institutions, livelihoods, social and economic concerns, and technology and infrastructure. These challenges raise questions about transformation pathways (Section 11.6). For example, although increasing the land area covered by natural forests could enhance biodiversity and a range of other ecosystem services, afforestation occurring through large-scale plantations could negatively impact biodiversity, water, and other ecosystem services (Sections 11.7 and 11.13.6). Similarly, the use of large land areas for afforestation or dedicated feedstocks for bioenergy could increase food prices and compromise food security if land normally used for food production is converted to bioenergy or forests (Section 11.4). The degree of these effects is uncertain and depends on a variety of sector-specific details regarding intensification of land use, changes in dietary habits, global market interactions, and biophysical characteristics and dynamics. The implications of transformation pathways that rely heavily on reductions of non-$CO_2$ GHGs from agriculture depend on whether mitigation is achieved through reduced absolute emissions, or through reduced emissions per unit of agricultural product (Section 11.6), and the role of large-scale intensive agriculture, which has often not been implemented sustainably (e.g., large areas of monoculture food or energy crops or intensive livestock production, potentially damaging ecosystem services). Furthermore, sector studies are beginning to elucidate implementation issues, such as the implications of staggered and/or partial regional adoption of land mitigation policies, as well as institutional design. For example, realizing large-scale bioenergy without compromising the terrestrial carbon stock might require strong institutional conditions, such as an implemented and enforced global price on land carbon. Finally, sector studies will continue to provide revised and new characterizations of mitigation technologies that can be evaluated in a portfolio context (Section 11.9).

## 6.9 Carbon and radiation management and other geo-engineering options including environmental risks

Some scientists have argued that it might be useful to consider, in addition to mitigation and adaptation measures, various intentional interventions into the climate system as part of a broader climate policy strategy (Keith, 2000; Crutzen, 2006). Such technologies have often been grouped under the blanket term 'geoengineering' or, alternatively, 'climate engineering' (Keith, 2000; Vaughan and Lenton, 2011). Calls for research into these technologies have increased in recent years (Caldeira and Keith, 2010; Science and Technology Committee, 2010), and several assessments have been conducted (Royal Society, 2009; Edenhofer et al., 2011; Ginzky et al., 2011; Rickels et al., 2011). Two categories of geoengineering are generally distinguished. Removal of GHGs, in particular carbon dioxide termed 'carbon dioxide removal' or CDR, would reduce atmospheric GHG concentrations. The boundary between some mitigation and some CDR methods is not always clear (Boucher et al., 2011, 2013). 'Solar radiation management' or SRM technologies aim to increase the reflection of sunlight to cool the planet and do not fall within the usual definitions of mitigation and adaptation. Within each of these categories, there is a wide range of techniques that are addressed in more detail in Sections 6.5 and 7.7 of the WG I report.

Many geoengineering technologies are presently only hypothetical. Whether or not they could actually contribute to the avoidance of future climate change impacts is not clear (Blackstock et al., 2009; Royal Society, 2009). Beyond open questions regarding environmental effects and technological feasibility, questions have been raised about the socio-political dimensions of geoengineering and its potential implications for climate politics (Barrett, 2008; Royal Society, 2009; Rickels et al., 2011). In the general discussion, geoengineering has been framed in a number of ways (Nerlich and Jaspal, 2012; Macnaghten and Szerszynski, 2013; Luokkanen et al., 2013; Scholte et al., 2013), for instance, as a last resort in case of a climate emergency (Blackstock et al., 2009; McCusker et al., 2012), or as a way to buy time for implementing conventional mitigation (Wigley, 2006; Institution of Mechanical Engineers, 2009; MacCracken, 2009). Most assessments agree that geoengineering technologies should not be treated as a replacement for conventional mitigation and adaptation due to the high costs involved for some techniques, particularly most CDR methods, and the potential risks, or pervasive uncertainties involved with nearly all techniques (Royal Society, 2009; Rickels et al., 2011). The potential role of geoengineering as a viable component of climate policy is yet to be determined, and it has been argued that geoengineering could become a distraction from urgent mitigation and adaptation measures (Lin; Preston, 2013).

6

## 6.9.1   Carbon dioxide removal

### 6.9.1.1   Proposed carbon dioxide removal methods and characteristics

Proposed CDR methods involve removing $CO_2$ from the atmosphere and storing the carbon in land, ocean, or geological reservoirs. These methods vary greatly in their estimated costs, risks to humans and the environment, potential scalability, and notably in the depth of research about their potential and risks. Some techniques that fall within the definition of CDR are also regarded as mitigation measures such as afforestation and BECCS (see Glossary). The term 'negative emissions technologies' can be used as an alternative to CDR (McGlashan et al., 2012; McLaren, 2012; Tavoni and Socolow, 2013).

The WG I report (Section 6.5.1) provides an extensive but not exhaustive list of CDR techniques (WG I Table 6.14). Here only techniques that feature more prominently in the literature are covered. This includes (1) increased land carbon sequestration by reforestation and afforestation, soil carbon management, or biochar (see WG III Chapter 11); (2) increased ocean carbon sequestration by ocean fertilization; (3) increased weathering through the application of ground silicates to soils or the ocean; and (4) chemical or biological capture with geological storage by BECCS or direct air capture (DAC). CDR techniques can be categorized in alternative ways. For example, they can be categorized (1) as industrial technologies versus ecosystem manipulation; (2) by the pathway for carbon dioxide capture (e.g. McLaren, 2012; Caldeira et al., 2013); (3) by the fate of the stored carbon (Stephens and Keith, 2008); and (4) by the scale of implementation (Boucher et al., 2013). Removal of other GHGs, e.g., $CH_4$ and $N_2O$, have also been proposed (Boucher and Folberth, 2010; de Richter and Caillol, 2011; Stolaroff et al., 2012).

All CDR techniques have a similar slow impact on rates of warming as mitigation measures (van Vuuren and Stehfest, 2013) (see WG I Section 6.5.1). An atmospheric 'rebound effect' (see WG I Glossary) dictates that CDR requires roughly twice as much $CO_2$ removed from the atmosphere for any desired net reduction in atmospheric $CO_2$ concentration, as some $CO_2$ will be returned from the natural carbon sinks (Lenton and Vaughan, 2009; Matthews, 2010). Permanence of the storage reservoir is a key consideration for CDR efficacy. Permanent (larger than tens of thousands of years) could be geological reservoirs while non-permanent reservoirs include oceans and land (the latter could, among others, be affected by the magnitude of future climate change) (see WG I Section 6.5.1). Storage capacity estimates suggest geological reservoirs could store several thousand GtC; the oceans a few thousand GtC in the long term, and the land may have the potential to store the equivalent to historical land-use loss of $180 \pm 80$ GtC (also see Table 6.15 of WG I)(IPCC, 2005; House et al., 2006; Orr, 2009; Matthews, 2010).

Ocean fertilization field experiments show no consensus on the efficacy of iron fertilization (Boyd et al., 2007; Smetacek et al., 2012). Modelling studies estimate between 15 ppm and less than 100 ppm drawdown of $CO_2$ from the atmosphere over 100 years (Zeebe and Archer, 2005; Cao and Caldeira, 2010) while simulations of mechanical upwelling suggest 0.9 Gt/yr (Oschlies et al., 2010). The latter technique has not been field tested. There are a number of possible risks including downstream decrease in productivity, expanded regions of low-oxygen concentration, and increased $N_2O$ emissions (See WG I Section 6.5.3.2) (low confidence). Given the uncertainties surrounding effectiveness and impacts, this CDR technique is at a research phase with no active commercial ventures. Furthermore, current international governance states that marine geoengineering including ocean fertilization is to be regulated under amendments to the London Convention/London Protocol on the Prevention of Marine Pollution by Dumping of Wastes and Other Matter, only allowing legitimate scientific research (Güssow et al., 2010; International Maritime Organization, 2013).

Enhanced weathering on land using silicate minerals mined, crushed, transported, and spread on soils has been estimated to have a potential capacity, in an idealized study, of 1 GtC/yr (Köhler et al., 2010). Ocean-based weathering CDR methods include use of carbonate or silicate minerals processed or added directly to the ocean (see WG I Section 6.5.2.3). All of these measures involve a notable energy demand through mining, crushing, and transporting bulk materials. Preliminary hypothetical cost estimates are in the order of 23–66 USD/$tCO_2$ (Rau and Caldeira, 1999; Rau et al., 2007) for land and 51–64 USD/$tCO_2$ for ocean methods (McLaren, 2012). The confidence level on the carbon cycle impacts of enhanced weathering is low (WG I Section 6.5.3.3).

The use of CCS technologies (IPCC, 2005) with biomass energy also creates a carbon sink (Azar et al., 2006; Gough and Upham, 2011). BECCS is included in the RCP 2.6 (van Vuuren et al., 2007, 2011b) and a wide range of scenarios reaching similar and higher concentration goals. From a technical perspective, BECCS is very similar to a combination of other techniques that are part of the mitigation portfolio: the production of bio-energy and CCS for fossil fuels. Estimates of the global technical potential for BECCS vary greatly ranging from 3 to more than 10 $GtCO_2$/yr (Koornneef et al., 2012; McLaren, 2012; van Vuuren et al., 2013), while initial cost estimates also vary greatly from around 60 to 250 USD/$tCO_2$ (McGlashan et al., 2012; McLaren, 2012). Important limiting factors for BECCS include land availability, a sustainable supply of biomass and storage capacity (Gough and Upham, 2011; McLaren, 2012). There is also a potential issue of competition for biomass under bioenergy-dependent mitigation pathways.

Direct air capture uses a sorbent to capture $CO_2$ from the atmosphere and the long-term storage of the captured $CO_2$ in geological reservoirs (GAO, 2011; McGlashan et al., 2012; McLaren, 2012). There are a number of proposed capture methods including adsorption of $CO_2$ using amines in a solid form and the use of wet scrubbing systems based on calcium

or sodium cycling. Current research efforts focus on capture methodologies (Keith et al., 2006; Baciocchi et al., 2006; Lackner, 2009; Eisenberger et al., 2009; Socolow et al., 2011) with storage technologies assumed to be the same as CCS (IPCC, 2005). A U.S. Government Accountability Office (GAO) (2011) technology assessment concluded that all DAC methods were currently immature. A review of initial hypothetical cost estimates, summarizes 40–300 USD/tCO$_2$ for supported amines and 165–600 USD/tCO$_2$ for sodium or calcium scrubbers (McLaren, 2012) reflecting an ongoing debate across very limited literature. Carbon dioxide captured through CCS, BECCS, and DAC are all intended to use the same storage reservoirs (in particular deep geologic reservoirs), potentially limiting their combined use under a transition pathway.

### 6.9.1.2   Role of carbon dioxide removal in the context of transformation pathways

Two of the CDR techniques listed above, BECCS and afforestation, are already evaluated in the current integrated models. For concentration goals on the order of 430–530 ppm CO$_2$eq by 2100, BECCS forms an essential component of the response strategy for climate change in the majority of scenarios in the literature, particularly in the context of concentration overshoot. As discussed in Section 6.2.2, BECCS offers additional mitigation potential, but also an option to delay some of the drastic mitigation action that would need to happen to reach lower GHG-concentration goals by the second half of the century. In scenarios aiming at such low-concentration levels, BECCS is usually competitive with conventional mitigation technologies, but only after these have been deployed at very large scale (see Azar et al., 2010; Tavoni and Socolow, 2013). At same time, BECCS applications do not feature in less ambitious mitigation pathways (van Vuuren et al., 2011a). Key implications of the use of BECCS in transition pathways is that emission reduction decisions are directly related to expected availability and deployment of BECCS in the second half of the century and that scenarios might temporarily overshoot temperature or concentration goals.

The vast majority of scenarios in the literature show CO$_2$ emissions of LUC become negative in the second half of the century—even in the absence of mitigation policy (see Section 6.3.2). This is a consequence of demographic trends and assumptions on land-use policy. Additionally afforestation as part of mitigation policy is included in a smaller set of models. In these models, afforestation measures increase for lower-concentration categories, potentially leading to net uptake of carbon of around 10 GtCO$_2$/yr.

There are broader discussions in the literature regarding the technological challenges and potential risks of large-scale BECCS deployment. The potential role of BECCS will be influenced by the sustainable supply of large-scale biomass feedstock and feasibility of capture, transport, and long-term underground storage of CO$_2$ as well as the perceptions of these issues. The use of BECCS faces large challenges in financing, and currently no such plants have been built and tested at scale. Integrated modeling studies have therefore explored the sensi-

tivities regarding the availability of BECCS in the technology portfolio by limiting bioenergy supply or CCS storage (Section 6.3.6.3).

Only a few papers have assessed the role of DAC in mitigation scenarios (e.g. Keith et al., 2006; Keller et al., 2008a; Pielke Jr, 2009; Nemet and Brandt, 2012; Chen and Tavoni, 2013). These studies generally show that the contribution of DAC hinges critically on the stringency of the concentration goal, the costs relative to other mitigation technologies, time discounting and assumptions about scalability. In these models, the influence of DAC on the mitigation pathways is similar to that of BECCS (assuming similar costs). That is, it leads to a delay in short-term emission reduction in favour of further reductions in the second half of the century. Other techniques are even less mature and currently not evaluated in integrated models.

There are some constraints to the use of CDR techniques as emphasized in the scenario analysis. First of all, the potential for BECCS, afforestation, and DAC are constrained on the basis of available land and/or safe geologic storage potential for CO$_2$. Both the potential for sustainable bio-energy use (including competition with other demands, e.g., food, fibre, and fuel production) and the potential to store > 100 GtC of CO$_2$ per decade for many decades are very uncertain (see previous section) and raise important societal concerns. Finally, the large-scale availability of CDR, by shifting the mitigation burden in time, could also exacerbate inter-generational impacts.

## 6.9.2   Solar radiation management

### 6.9.2.1   Proposed solar radiation management methods and characteristics

SRM geoengineering technologies aim to lower the Earth's temperature by reducing the amount of sunlight that is absorbed by the Earth's surface, and thus countering some of the GHG induced global warming. Most techniques work by increasing the planetary albedo, thus reflecting a greater fraction of the incoming sunlight back to space. A number of SRM methods have been proposed:

- Mirrors (or sunshades) placed in a stable orbit between the Earth and Sun would directly reduce the insolation the Earth receives (Early, 1989; Angel, 2006). Studies suggest that such a technology is unlikely to be feasible within the next century (Angel, 2006).

- Stratospheric aerosol injection would attempt to imitate the global cooling that large volcanic eruptions produce (Budyko and Miller, 1974; Crutzen, 2006; Rasch et al., 2008). This might be achieved by lofting sulphate aerosols (or other aerosol species) or their precursors to the stratosphere to create a high-altitude reflective layer that would need to be continually replenished. Section 7.7.2.1 of WG I assessed that there is medium confidence that up to 4 W/m$^2$ of forcing could be achieved with this approach.

- Cloud brightening might be achieved by increasing the albedo of certain marine clouds through the injection of cloud condensation nuclei, most likely sea salt, producing an effect like that seen when ship-tracks of brighter clouds form behind polluting ships (Latham, 1990; Latham et al., 2008, 2012). Section 7.7.2.2 of WG I assessed that too little was known about marine cloud brightening to provide a definitive statement on its potential efficacy, but noted that it might be sufficient to counter the radiative forcing that would result from a doubling of $CO_2$ levels.

- Various methods have been proposed that could increase the albedo of the planetary surface, for example in urban, crop, and desert regions (President's Science Advisory Committee. Environmental Pollution Panel, 1965; Gaskill, 2004; Hamwey, 2007; Ridgwell et al., 2009). These methods would likely only be possible on a much smaller scale than those listed above. Section 7.7.2.3 of WG I discusses these approaches.

This list is non-exhaustive and new proposals for SRM methods may be put forward in the future. Another method that is discussed alongside SRM methods aims to increase outgoing thermal radiation through the modification of cirrus clouds (Mitchell and Finnegan, 2009) (see WG I Section 7.7.2.4).

As SRM geoengineering techniques only target the solar radiation budget of the Earth, the effects of $CO_2$ and other GHGs on the Earth System would remain, for example, greater absorption and re-emission of thermal radiation by the atmosphere (WG I Section 7.7), an enhanced $CO_2$ physiological effect on plants (WG I Section 6.5.4), and increased ocean acidification (Matthews et al., 2009). Although SRM geoengineering could potentially reduce the global mean surface air temperature, no SRM technique could fully return the climate to a pre-industrial or low-$CO_2$-like state. One reason for this is that global mean temperature and global mean hydrological cycle intensity cannot be simultaneously returned to a pre-industrial state (Govindasamy and Caldeira, 2000; Robock et al., 2008; Schmidt et al., 2012; Kravitz et al., 2013; MacMartin et al., 2013; Tilmes et al., 2013). Section 7.7.3 of WG I details the current state of knowledge on the potential climate consequences of SRM geoengineering. In brief, simulation studies suggest that some SRM geoengineering techniques applied to a high-$CO_2$ climate could create climate conditions more like those of a low-$CO_2$ climate (Moreno-Cruz et al., 2011; MacMartin et al., 2013), but the annual mean, seasonality, and interannual variability of climate would be modified compared to the pre-industrial climate (Govindasamy and Caldeira, 2000; Lunt et al., 2008; Robock et al., 2008; Ban-Weiss and Caldeira, 2010; Moreno-Cruz et al., 2011; Schmidt et al., 2012; Kravitz et al., 2013; MacMartin et al., 2013). SRM geoengineering that could reduce global mean temperatures would reduce thermosteric sea-level rise and would likely also reduce glacier and ice-sheet contributions to sea-level rise (Irvine et al., 2009, 2012; Moore et al., 2010).

Model simulations suggest that SRM would result in substantially altered global hydrological conditions, with uncertain consequences for specific regional responses such as precipitation and evaporation in monsoon regions (Bala et al., 2008; Schmidt et al., 2012; Kravitz et al., 2013; Tilmes et al., 2013). In addition to the imperfect cancellation of GHG-induced changes in the climate by SRM, $CO_2$ directly affects the opening of plant stomata, and thus the rate of transpiration of plants and in turn the recycling of water over continents, soil moisture, and surface hydrology (Bala et al., 2007; Betts et al., 2007; Boucher et al., 2009; Spracklen et al., 2012).

Due to these broadly altered conditions that would result from an implementation of geoengineering, and based on experience from studies of the detection and attribution of climate change, it may take many decades of observations to be certain whether SRM is responsible for a particular regional trend in climate (Stone et al., 2009; MacMynowski et al., 2011). These detection and attribution problems also imply that field testing to identify some of the climate consequences of SRM geoengineering would require deployment at a sizeable fraction of full deployment for a period of many years or even decades (Robock et al., 2010; MacMynowski et al., 2011).

It is important to note that in addition to affecting the planet's climate, many SRM methods could have serious non-climatic side-effects. Any stratospheric aerosol injection would affect stratospheric chemistry and has the potential to affect stratospheric ozone levels. Tilmes et al. (2009) found that sulphate aerosol geoengineering could delay the recovery of the ozone hole by decades (WG I Section 7.7.2.1). Stratospheric aerosol geoengineering would scatter light, modifying the optical properties of the atmosphere. This would increase the diffuse-to-direct light ratio, which would make the sky appear hazier (Kravitz et al., 2012), reduce the efficacy of concentrated solar power facilities (Murphy, 2009), and potentially increase the productivity of some plant species, and preferentially those below the canopy layer, with unknown long-term ecosystem consequences (Mercado et al., 2009). The installations and infrastructure of SRM geoengineering techniques may also have some negative effects that may be particularly acute for techniques that are spatially extensive, such as desert albedo geoengineering. SRM would have very little effect on ocean acidification and the other direct effects of elevated $CO_2$ concentrations that are likely to pose significant risks (see WG I Section 6.5.4).

### 6.9.2.2 The relation of solar radiation management to climate policy and transformation pathways

A key determinant of the potential role, if any, of SRM in climate policy is that some methods might act relatively quickly. For example, stratospheric aerosol injection could be deployable within months to years, if and when the technology is available, and the climate response to the resulting changes in radiative forcing could occur on a timescale of a decade or less (e.g. Keith, 2000; Matthews and Caldeira, 2007; Royal Society, 2009; Swart and Marinova, 2010; Goes et al., 2011). Mitigating GHG emissions would affect global mean temperatures only on a multi-decadal to centennial time-scale because of the inertia

6

in the carbon cycle (van Vuuren and Stehfest, 2013). Hence, it has been argued that SRM technologies could potentially complement mitigation activities, for example, by countering global GHG radiative forcing while mitigation activities are being implemented, or by providing a back-up strategy for a hypothetical future situation where short-term reductions in radiative forcing may be desirable (Royal Society, 2009; Rickels et al., 2011). However, the relatively fast and strong climate response expected from some SRM techniques would also impose risks. The termination of SRM geoengineering forcing either by policy choice or through some form of failure would result in a rapid rise of global mean temperature and associated changes in climate, the magnitude of which would depend on the degree of SRM forcing that was being exerted and the rate at which the SRM forcing was withdrawn (Wigley, 2006; Matthews and Caldeira, 2007; Goes et al., 2011; Irvine et al., 2012; Jones et al., 2013). It has been suggested that this risk could be minimized if SRM geoengineering was used moderately and combined with strong CDR geoengineering and mitigation efforts (Ross and Matthews, 2009; Smith and Rasch, 2012). The potential of SRM to significantly impact the climate on short time-scales, at potentially low cost, and the uncertainties and risks involved in this raise important socio-political questions in addition to natural scientific and technological considerations in the section above.

The economic analysis of the potential role of SRM as a climate change policy is an area of active research and has, thus far, produced mixed and preliminary results (see Klepper and Rickels, 2012). Estimates of the direct costs of deploying various proposed SRM methods differ significantly. A few studies have indicated that direct costs for some SRM methods might be considerably lower than the costs of conventional mitigation, but all estimates are subject to large uncertainties because of questions regarding efficacy and technical feasibility (Coppock, 1992; Barrett, 2008; Blackstock et al., 2009; Robock et al., 2009; Pierce et al., 2010; Klepper and Rickels, 2012; McClellan et al., 2012).

However, SRM techniques would carry uncertain risks, do not directly address some impacts of anthropogenic GHG emissions, and raise a range of ethical questions (see WG III Section 3.3.8) (Royal Society, 2009; Goes et al., 2011; Moreno-Cruz and Keith, 2012; Tuana et al., 2012). While costs for the implementation of a particular SRM method might potentially be low, a comprehensive assessment would need to consider all intended and unintended effects on ecosystems and societies and the corresponding uncertainties (Rickels et al., 2011; Goes et al., 2011; Klepper and Rickels, 2012). Because most proposed SRM methods would require constant replenishment and an increase in their implementation intensity if emissions of GHGs continue, the result of any assessment of climate policy costs is strongly dependent on assumptions about the applicable discount rate, the dynamics of deployment, the implementation of mitigation, and the likelihood of risks and side-effects of SRM (see Bickel and Agrawal, 2011; Goes et al., 2011). While it has been suggested that SRM technologies may 'buy time' for emission reductions (Rickels et al., 2011), they cannot substitute for emission reductions in the long term because they do not address concentrations of GHGs and would only partially and imperfectly compensate for their impacts.

The acceptability of SRM as a climate policy in national and international socio-political domains is uncertain. While international commitment is required for effective mitigation, a concern about SRM is that direct costs might be low enough to allow countries to unilaterally alter the global climate (Bodansky, 1996; Schelling, 1996; Barrett, 2008). Barrett (2008) and Urpelainen (2012) therefore argue that SRM technologies introduce structurally obverse problems to the 'free-rider' issue in climate change mitigation. Some studies suggest that deployment of SRM hinges on interstate cooperation, due to the complexity of the climate system and the unpredictability of outcomes if states do not coordinate their actions (Horton, 2011). In this case, the political feasibility of an SRM intervention would depend on the ability of state-level actors to come to some form of agreement.

The potential for interstate cooperation and conflict will likely depend on the institutional context in which SRM is being discussed, as well as on the relative importance given to climate change issues at the national and international levels. Whether a broad international agreement is possible is a highly contested subject (see Section 13.4.4) (SRMGI, 2012). Several researchers suggest that a UN-based institutional arrangement for decision making on SRM would be most effective (Barrett, 2008; Virgoe, 2009; Zürn and Schäfer, 2013). So far there are no legally binding international norms that explicitly address SRM, although certain general rules and principles of international law are applicable (see WG II, Chapter 13, p.37). States parties to the UN Convention on Biological Diversity have adopted a non-binding decision on geoengineering that establishes criteria that could provide guidance for further development of international regulation and governance (CBD Decision IX/16 C (ocean fertilization) and Decision X/33(8)(w); see also LC/LP Resolutions LC-LP.1(2008) and LC-LP.2(2010), preamble).

Commentators have identified the governance of SRM technologies as a significant political and ethical challenge, especially in ensuring legitimate decision making, monitoring, and control (Victor, 2008; Virgoe, 2009; Bodansky, 2012). Even if SRM would largely reduce the global temperature rise due to anthropogenic climate change, as current modelling studies indicate, it would also imply a spatial and temporal redistribution of risks. SRM thus introduces important questions of intra- and intergenerational justice, both distributive and procedural (see Wigley, 2006; Matthews and Caldeira, 2007; Goes et al., 2011; Irvine et al., 2012; Tuana et al., 2012; Bellamy et al., 2012; Preston, 2013). Furthermore, since the technologies would not remove the need for emission reductions, in order to effectively ameliorate climate change over a longer-term SRM regulation would need to be based on a viable relation between mitigation and SRM activities, and consider the respective and combined risks of increased GHG concentrations and SRM interventions. The concern that the prospect of a viable SRM technology may reduce efforts to mitigate and adapt has featured prominently in discussions to date (Royal Society, 2009; Gardiner, 2011; Preston, 2013).

Whether SRM field research or even deployment would be socially and politically acceptable is also dependent on the wider discursive con-

text in which the topic is being discussed. Bellamy et al. (2013) show that the success of mitigation policies is likely to have an influence on stakeholder acceptability of SRM. While current evidence is limited to few studies in a very narrow range of cultural contexts, in a first review of early studies on perceptions of geoengineering, Corner et al. (2012) find that participants of different studies tend to prefer CDR over SRM and mitigation over geoengineering. Considerations that influence opinions are, amongst others, the perceived 'naturalness' of a technology, its reversibility, and the capacity for responsible and transparent governance (Corner et al., 2012). Furthermore, the way that the topic is framed in the media and by experts plays an important role in influencing opinions on SRM research or deployment (Luokkanen et al., 2013; Scholte et al., 2013). The direction that future discussions may take is impossible to predict, since deepened and highly differentiated information is rapidly becoming available (Corner et al., 2012; Macnaghten and Szerszynski, 2013).

### 6.9.3      Summary

Despite the assumption of some form of negative $CO_2$ emissions in many scenarios, including those leading to 2100 concentrations approaching 450 ppm $CO_2$eq, whether proposed CDR or SRM geoengineering techniques can actually play a useful role in transformation pathways is uncertain as the efficacy and risks of many techniques are poorly understood at present. CDR techniques aim to reduce $CO_2$ (or potentially other GHG) concentrations. A broad definition of CDR would cover afforestation and BECCS, which are sometimes classified as mitigation techniques, but also proposals that are very distinct from mitigation in terms of technical maturity, scientific understanding, and risks such as ocean iron fertilization. The former are often included in current integrated models and scenarios and are, in terms of their impact on the climate, directly comparable with techniques that are considered to be conventional mitigation, notably fossil CCS and bio-energy use. Both BECCS and afforestation may play a key role in reaching low-GHG concentrations, but at a large scale have substantial land-use demands that may conflict with other mitigation strategies and societal needs such as food production. Whether other CDR techniques would be able to supplement mitigation at any significant scale in the future depends upon efficacy, cost, and risks of these techniques, which at present are highly uncertain. The properties of potential carbon storage reservoirs are also critically important, as limits to reservoir capacity and longevity will constrain the quantity and permanence of $CO_2$ storage. Furthermore, some CDR techniques such as ocean iron fertilization may pose transboundary risks. The impacts of CDR would be relatively slow: climate effects would unfold over the course of decades.

In contrast to CDR, SRM would aim to cool the climate by shielding sunlight. These techniques would not reduce elevated GHG concentrations, and thus not affect other consequences of high-GHG concentrations, such as ocean acidification. Some SRM proposals could potentially cause a large cooling within years, much quicker than mitigation or CDR, and a few studies suggest that costs might be considerably lower than

CDR for some SRM techniques. It has thus been suggested that SRM could be used to quickly reduce global temperatures or to limit temperature rise while mitigation activities are being implemented. However, to avoid warming, SRM would need to be maintained as long as GHG concentrations remain elevated. Modelling studies show that SRM may be able to reduce global average temperatures but would not perfectly reverse all climatic changes that occur due to elevated GHG concentrations, especially at local to regional scales. For example, SRM is expected to weaken the global hydrological cycle with consequences for regional precipitation patterns and surface hydrology, and is expected to change the seasonality and variability of climate. Because the potential climate impacts of any SRM intervention are uncertain and evidence is very limited, it is too early to conclude how effective SRM would be in reducing climate risks. SRM approaches may also carry significant non-climatic side-effects. For example, sulphate aerosol injection would modify stratospheric chemistry, potentially reducing ozone levels, and would change the appearance of the sky. The risks of SRM interventions and large-scale experiments, alongside any potential benefits, raise a number of ethical and political questions that would require public engagement and international cooperation to address adequately.

## 6.10    Gaps in knowledge and data

The questions that motivate this chapter all address the broad characteristics of possible long-term transformation pathways toward stabilization of GHG concentrations. The discussion has not focused on today's global or country-specific technology strategies, policy strategies, or other elements of a near-term strategy. It is therefore within this long-term strategic context that gaps in knowledge and data should be viewed.

Throughout this chapter, a number of areas of further development have been highlighted. Several areas would be most valuable to further the development of information and insights regarding long-term transformation pathways. These include the following: development of a broader set of socioeconomic and technological storylines to support the development of future scenarios; scenarios pursuing a wider set of climate goals including those related to temperature change; more mitigation scenarios that include impacts from, and adaptations to, a changing climate, including energy and land-use systems critical for mitigation; expanded treatment of the benefits and risks of CDR and SRM options; expanded treatment of co-benefits and risks of mitigation pathways; improvements in the treatment and understanding of mitigation options and responses in end-use sectors in transformation pathways; and more sophisticated treatments of land use and land use-based mitigation options in mitigation scenarios. In addition, a major weakness of the current integrated modelling suite is that regional definitions are often not comparable across models. An impor-

**6**

# 6.11   Frequently Asked Questions

### FAQ 6.1   Is it possible to bring climate change under control given where we are and what options are available to us? What are the implications of delaying mitigation or limits on technology options?

Many commonly discussed concentration goals, including the goal of reaching 450 ppm $CO_2$eq by the end of the 21st century, are both physically and technologically possible. However, meeting long-term climate goals will require large-scale transformations in human societies, from the way that we produce and consume energy to how we use the land surface, that are inconsistent with both long-term and short-term trends. For example, to achieve a 450 ppm $CO_2$eq concentration by 2100, supplies of low-carbon energy—energy from nuclear power, solar power, wind power, hydroelectric power, bioenergy, and fossil resources with carbon dioxide capture and storage—might need to increase five-fold or more over the next 40 years. The possibility of meeting any concentration goal therefore depends not just on the available technologies and current emissions and concentrations, but also on the capacity of human societies to bear the associated economic implications, accept the associated rapid and large-scale deployment of technologies, develop the necessary institutions to manage the transformation, and reconcile the transformation with other policy priorities such as sustainable development. Improvements in the costs and performance of mitigation technologies will ease the burden of this transformation. If the world's countries cannot take on sufficiently ambitious mitigation over the next 20 years, or obstacles impede the deployment of important mitigation technologies at large scale, goals such as 450 ppm $CO_2$eq by 2100 may no longer be possible.

### FAQ 6.2   What are the most important technologies for mitigation? Is there a silver bullet technology?

Limiting $CO_2$eq concentrations will require a portfolio of options, because no single option is sufficient to reduce $CO_2$eq concentrations and eventually eliminate net $CO_2$ emissions. A portfolio approach can be tailored to local circumstances to take into account other priorities such as those associated with sustainable development. Technology options include a range of energy supply technologies such as nuclear power, solar energy, wind power, and hydroelectric power, as well as bioenergy and fossil resources with carbon dioxide capture and storage. In addition, a range of end-use technologies will be needed to reduce energy consumption, and therefore the need for low-carbon energy, and to allow the use of low-carbon fuels in transportation, buildings, and industry. Halting deforestation and encouraging an increase in forested land will help to halt or reverse LUC $CO_2$ emissions. Furthermore, there are opportunities to reduce non-$CO_2$ emissions from land use and industrial sources. Many of these options must be deployed to some degree to stabilize $CO_2$eq concentrations. At the same time, although a portfolio approach is necessary, if emissions reductions are too modest over the coming two decades, it may no longer be possible to reach a goal of 450 ppm $CO_2$eq by the end of the century without large-scale deployment of carbon dioxide removal technologies. Thus, while no individual technology is sufficient, carbon dioxide removal technologies could become necessary in such a scenario.

### FAQ 6.3   How much would it cost to bring climate change under control?

Aggregate economic mitigation cost metrics are an important criterion for evaluating transformation pathways and can indicate the level of difficulty associated with particular pathways. However, the broader socio-economic implications of mitigation go beyond measures of aggregate economic costs, as transformation pathways involve a range of tradeoffs that link to other policy priorities. Global mitigation cost estimates vary widely due to methodological differences along with differences in assumptions about future emissions drivers, technologies, and policy conditions. Most scenario studies collected for this assessment that are based on the idealized assumptions that all countries of the world begin mitigation immediately, there is a single global carbon price applied to well-functioning markets, and key technologies are available, find that meeting a 430–480 ppm $CO_2$eq goal by century's end would entail a reduction in the amount global consumers spend of 1–4 % in 2030, 2–6 % in 2050, and 3–11 % in 2100 relative to what would happen without mitigation. To put these losses in context, studies assume that consumption spending might grow from four- to over ten-fold over the century without mitigation. Less ambitious goals are associated with lower costs this century. Substantially higher and lower estimates have been obtained by studies that consider interactions with pre-existing distortions, non-climate market failures, and complementary policies. Studies explicitly exploring the implications of less-idealized policy approaches and limited technology performance or availability have consistently produced higher cost estimates. Delaying mitigation would reduce near-term costs; however subsequent costs would rise more rapidly to higher levels.

# References

Aboumahboub T., L. Luderer, E. Kriegler, M. Leimbach, Bauer, Pehl, and L. Baumstark (2014). On the regional distribution of climate mitigation costs: the impact of delayed cooperative action. *Climate Change Economics* 5 (1), 1440002 doi: 10.1142/S2010007814400028.

Acemoglu D., P. Aghion, L. Bursztyn, and D. Hemous (2009). *The Environment and Directed Technical Change*. National Bureau of Economic Research, 60 pp.

Agarwal A., and S. Narain (1991). *Global Warming in an Unequal World: A Case of Environmental Colonialism*. Centre for Science and Environment (CSE), New Delhi, India, 37 pp.

Akimoto K., F. Sano, A. Hayashi, T. Homma, J. Oda, K. Wada, M. Nagashima, K. Tokushige, and T. Tomoda (2012). Consistent assessments of pathways toward sustainable development and climate stabilization. *Natural Resources Forum* 36, 231–244. doi: 10.1111/j.1477-8947.2012.01460.x, ISSN: 1477-8947.

Alcamo J., and T. Henrichs (2002). Critical regions: A model-based estimation of world water resources sensitive to global changes. *Aquatic Sciences* 64, 352–362. doi: 10.1007/PL00012591, ISSN: 1015-1621.

Allcott H. (2011). Consumers' Perceptions and Misperceptions of Energy Costs. *American Economic Review* 101, 98–104. doi: 10.1257/aer.101.3.98.

Allcott H. (2013). The Welfare Effects of Misperceived Product Costs: Data and Calibrations from the Automobile Market. *American Economic Journal: Economic Policy* 5, 30–66. doi: 10.1257/pol.5.3.30.

Allen M., D.J. Frame, C. Huntingford, C.D. Jones, J.A. Lowe, M. Meinshausen, and N. Meinshausen (2009). Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature* 458, 1163–1166. Available at: http://adsabs.harvard.edu/abs/2009Natur.458.1163A.

Anenberg S.C., J. Schwartz, D. Shindell, M. Amann, G. Faluvegi, Z. Klimont, G. Janssens-Maenhout, L. Pozzoli, R. Van Dingenen, and E. Vignati (2012). Global air quality and health co-benefits of mitigating near-term climate change through methane and black carbon emission controls. *Environmental Health Perspectives* 120, 831.

Angel R. (2006). Feasibility of cooling the Earth with a cloud of small spacecraft near the inner Lagrange point (L1). *Proceedings of the National Academy of Sciences of the United States of America* 103, 17184–17189. doi: 10.1073/pnas.0608163103, ISSN: 0027-8424.

Anthoff D., S. Rose, R. Tol, and S. Waldhoff (2011). Regional and sectoral estimates of the social cost of carbon: An application of FUND. *Economics Discussion Paper*, 31.

Arroyo-Curras, T., N. Bauer, E. Kriegler, J. Schwanitz, G. Luderer, T. Aboumahboub, A. Giannousakis, and J. Hilaire (2014). Carbon Leakage in a Fragmented Climate Regime: The Dynamic Response of Global Energy Markets. *Technological Forecasting and Social Change*. In press. doi: 10.1016/j.techfore.2013.10.002.

Azar C., and D.J.A. Johansson (2012). On the relationship between metrics to compare greenhouse gases—the case of IGTP, GWP and SGTP. *Earth System Dynamics* 3, 139–147. doi: 10.5194/esd-3-139-2012, ISSN: 2190-4987.

Azar C., D.J.A. Johansson, and N. Mattsson (2013). Meeting global temperature targets—the role of bioenergy with carbon capture and storage. *Environmental Research Letters* 8, 034004. ISSN: 1748-9326.

Azar C., K. Lindgren, E. Larson, and K. Möllersten (2006). Carbon Capture and Storage From Fossil Fuels and Biomass—Costs and Potential Role in Stabilizing the Atmosphere. *Climatic Change* 74, 47–79. doi: 10.1007/s10584-005-3484-7, ISSN: 0165-0009.

Azar C., K. Lindgren, M. Obersteiner, K. Riahi, D.P. van Vuuren, M.G.J. den Elzen, K. Möllersten, and E.D. Larson (2010). The feasibility of low $CO_2$ concentration targets and the role of bio-energy with carbon capture and storage (BECCS). *Climatic Change* 100, 195–202. doi: 10.1007/s10584-010-9832-7.

Babiker M.H. (2005). Climate change policy, market structure, and carbon leakage. *Journal of International Economics* 65, 421–445. Available at: http://www.sciencedirect.com/science/article/pii/S0022199604000467.

Babiker M.H., and R.S. Eckaus (2007). Unemployment effects of climate policy. *Environmental Science & Policy* 10, 600–609. doi: 10.1016/j.envsci.2007.05.002, ISSN: 1462-9011.

Babiker M.H., G.E. Metcalf, and J. Reilly (2003). Tax distortions and global climate policy. *Journal of Environmental Economics and Management* 46, 269–287. doi: 10.1016/S0095-0696(02)00039-6, ISSN: 0095-0696.

Baciocchi R., G. Storti, and M. Mazzotti (2006). Process design and energy requirements for the capture of carbon dioxide from air. *Chemical Engineering and Processing: Process Intensification* 45, 1047–1058. doi: 10.1016/j.cep.2006.03.015, ISSN: 0255-2701.

Baer P. (2013). The greenhouse development rights framework for global burden sharing: reflection on principles and prospects. *Wiley Interdisciplinary Reviews: Climate Change* 4, 61–71. doi: 10.1002/wcc.201, ISSN: 1757-7799.

Baer P., T. Athanasiou, S. Kartha, and E. Kemp-Benedict (2008). *The Greenhouse Development Rights Framework: The Right to Development in a Climate Constrained World*. Heinrich Böll Foundation, Christian Aid, EcoEquity, and the Stockholm Environment Institute, Berlin and Albany, CA, 11 pp.

Baker E., and E. Shittu (2008). Uncertainty and endogenous technical change in climate policy models. *Energy Economics* 30, 2817–2828.

Bala G., K. Caldeira, M. Wickett, T. Phillips, D. Lobell, C. Delire, and A. Mirin (2007). Combined climate and carbon-cycle effects of large-scale deforestation. *Proceedings of the National Academy of Sciences* 104, 6550–6555. ISSN: 0027-8424.

Bala G., P.B. Duffy, and K.E. Taylor (2008). Impact of geoengineering schemes on the global hydrological cycle. *Proceedings of the National Academy of Sciences* 105, 7664–7669. doi: 10.1073/pnas.0711648105.

Barker T., I. Bashmakov, A. Alharthi, M. Amann, L. Cifuentes, J. Drexhage, M. Duan, O. Edenhofer, B. Flannery, M. Grubb, M. Hoogwijk, F.I. Ibitoye, C.J. Jepma, W.A. Pizer, and K. Yamaji (2007). Mitigation from a cross-sectoral perspective. In: *Climate Change 2007—Mitigation*. Cambridge University Press, Cambridge, pp. 619–690.

Barrett S. (2008). The incredible economics of geoengineering. *Environmental and Resource Economics* 39, 45–54. Available at: http://www.springerlink.com/index/a91294x25w065vk3.pdf.

Batlle C., I.J. Pérez-Arriaga, and P. Zambrano-Barragán (2012). Regulatory design for RES-E support mechanisms: Learning curves, market structure, and burden-sharing. *Modeling Transport (Energy) Demand and Policies* 41, 212–220. doi: 10.1016/j.enpol.2011.10.039, ISSN: 0301-4215.

Bauer N., V. Bosetti, M. Hamdi-Cherif, A. Kitous, D. McCollum, A. Méjean, S. Rao, H. Turton, L. Paroussos, S. Ashina, K. Calvin, K. Wada, and D. van Vuuren (2014a). $CO_2$ emission mitigation and fossil fuel markets: Dynamic and international aspects of climate policies. *Technological Forecasting and Social Change*. In Press. doi: 10.1016/j.techfore.2013.09.009, ISSN: 0040-1625.

Bauer N., R.J. Brecha, and G. Luderer (2012). Economics of nuclear power and climate change mitigation policies. *Proceedings of the National Academy of Sciences* 109 (42). doi: 10.1073/pnas.1201264109.

Bauer N., I. Mouratiadou, G. Luderer, L. Baumstark, R.J. Brecha, O. Edenhofer, and E. Kriegler (2014b). Global fossil energy markets and climate change mitigation—an analysis with ReMIND. *Climatic Change*. In press, doi: 10.1007/s10584-013-0901-6, ISSN: 0165-0009, 1573–1480.

Bazilian M., and F. Roques (2009). *Analytical Methods for Energy Diversity and Security: Portfolio Optimization in the Energy Sector: A Tribute to the Work of Dr. Shimon Awerbuch*. Elsevier Science, New York, 364 pp. ISBN: 0080915310.

Bell M., D. Davis, L. Cifuentes, A. Krupnick, R. Morgenstern, and G. Thurston (2008). Ancillary human health benefits of improved air quality resulting from climate change mitigation. *Environmental Health* 7, 41. Available at: http://www.ehjournal.net/content/7/1/41.

Bellamy R., J. Chilvers, N.E. Vaughan, and T.M. Lenton (2012). A review of climate geoengineering appraisals. *Wiley Interdisciplinary Reviews-Climate Change* 3, 597–615. doi: 10.1002/wcc.197, ISSN: 1757-7780.

Bellamy R., J. Chilvers, N.E. Vaughan, and T.M. Lenton (2013). "Opening up" geoengineering appraisal: Multi-Criteria Mapping of options for tackling climate change. *Global Environmental Change* 23, 926–937. doi: 10.1016/j.gloenvcha.2013.07.011, ISSN: 09593780.

Berk M.M., and M.G.J. den Elzen (2001). Options for differentiation of future commitments in climate policy: how to realise timely participation to meet stringent climate goals? *Climate Policy* 1, 465–480. doi: 10.3763/cpol.2001.0148, ISSN: 1469-3062.

Berntsen T., K. Tanaka, and J. Fuglestvedt (2010). Does black carbon abatement hamper $CO_2$ abatement? *Climatic Change* 103, 627–633. doi: 10.1007/s10584-010-9941-3, ISSN: 0165-0009.

Betts R.A., O. Boucher, M. Collins, P.M. Cox, P.D. Falloon, N. Gedney, D.L. Hemming, C. Huntingford, C.D. Jones, D.M.H. Sexton, and M.J. Webb (2007). Projected increase in continental runoff due to plant responses to increasing carbon dioxide. *Nature* 448, 1037–41. doi: 10.1038/nature06045, ISSN: 0028-0836.

Bickel J.E., and S. Agrawal (2011). Reexamining the economics of aerosol geoengineering. *Climatic Change*, 1–14. ISSN: 0165-0009.

Blackstock J.J., D.S. Battisti, K. Caldeira, D.M. Eardley, J.I. Katz, D. Keith, A.A.N. Patrinos, D. Schrag, R.H. Socolow, and S.E. Koonin (2009). *Climate Engineering Responses to Climate Emergencies*. Novim, Santa Barbara, California, 66 pp. Available at: http://tinyurl.com/m4w3ca.

Blanford G., E. Kriegler, and M. Tavoni (2014). Harmonization vs. Fragmentation: Overview of Climate Policy Scenarios in EMF27. *Climatic Change* 123, 383–396. doi: 10.1007/s10584-013-0951-9.

Blanford G.J., S.K. Rose, and M. Tavoni (2012). Baseline projections of energy and emissions in Asia. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* 34, 284–292. doi: 10.1016/j.eneco.2012.08.006, ISSN: 0140-9883.

Bodansky D. (1996). May we engineer the climate? *Climatic Change* 33, 309–321. doi: 10.1007/bf00142579, ISSN: 0165-0009.

Bodansky D. (2012). The who, what, and wherefore of geoengineering governance. *Climatic Change* 121, 1–13. ISSN: 0165-0009.

Bode S. (2004). Equal emissions per capita over time—a proposal to combine responsibility and equity of rights for post-2012 GHG emission entitlement allocation. *European Environment* 14, 300–316. doi: 10.1002/eet.359, ISSN: 1099-0976.

Boden T.A., G. Marland, and R.J. Andres (2013). *Global, Regional, and National Fossil-Fuel $CO_2$ Emissions*. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, Tenn, 539–551 pp. Available at: http://cdiac.ornl.gov/trends/emis/overview_2010.html.

Böhringer C., E.J. Balistreri, and T.F. Rutherford (2012). The role of border carbon adjustment in unilateral climate policy: Overview of an Energy Modeling Forum study (EMF 29). *Energy Economics* 34, Supplement 2, 97–110. doi: 10.1016/j.eneco.2012.10.003, ISSN: 0140-9883.

Böhringer C., and A. Löschel (2006). Promoting Renewable Energy in Europe: A Hybrid Computable General Equilibrium Approach. *The Energy Journal/Hybrid Modeling* 27, 135–150. ISSN: 0195-6574.

Böhringer C., T.F. Rutherford, and R.S.J. Tol (2009). THE EU 20/20/2020 targets: An overview of the EMF22 assessment. *Energy Economics* 31, 268–273. doi: 16/j.eneco.2009.10.010, ISSN: 0140-9883.

Böhringer C., and H. Welsch (2006). Burden sharing in a greenhouse: egalitarianism and sovereignty reconciled. *Applied Economics* 38, 981–996. doi: 10.1080/00036840500399453, ISSN: 0003-6846.

Bollen J., B. Guay, S. Jamet, and J. Corfee-Morlot (2009a). *Co-Benefits of Climate Change Mitigation Policies*. OECD Publishing, Paris, France, 47 pp. Available at: /content/workingpaper/224388684356.

Bollen J., S. Hers, and B.C.C. van der Zwaan (2010). An integrated assessment of climate change, air pollution, and energy security policy. *Energy Policy* 38, 4021–4030. doi: 10.1016/j.enpol.2010.03.026, ISSN: 0301-4215.

Bollen J., B.C.C. van der Zwaan, C. Brink, and H. Eerens (2009b). Local air pollution and global climate change: A combined cost-benefit analysis. *Resource and Energy Economics* 31, 161–181. doi: 10.1016/j.reseneeco.2009.03.001, ISSN: 0928-7655.

Bosello F., C. Carraro, and E. De Cian (2010a). An Analysis of Adaptation as a Response to Climate Change. In: *Smart Solutions to Climate Change*. B. Lomborg, (ed.). Cambridge University Press, Cambridge.

Bosello F., C. Carraro, and E. De Cian (2010b). Climate Policy and the Optimal Balance between Mitigation, Adaptation and Unavoided Damage. *Climate Change Economics* 1, 71–92.

Bosello F., R. Roson, and R. Tol (2007). Economy-wide Estimates of the Implications of Climate Change: Sea Level Rise. *Environmental and Resource Economics* 37, 549–571.

Bosetti V., C. Carraro, R. Duval, and M. Tavoni (2011). What should we expect from innovation? A model-based assessment of the environmental and mitigation cost implications of climate-related R&D. *Energy Economics* 33, 1313–1320. doi: 10.1016/j.eneco.2011.02.010, ISSN: 0140-9883.

Bosetti V., C. Carraro, E. Massetti, A. Sgobbi, and M. Tavoni (2009a). Optimal energy investment and R&D strategies to stabilize atmospheric greenhouse gas concentrations. *Resource and Energy Economics* 31, 123–137. doi: 10.1016/j.reseneeco.2009.01.001, ISSN: 0928-7655.

Bosetti V., C. Carraro, A. Sgobbi, and M. Tavoni (2009b). Delayed action and uncertain stabilisation targets. How much will the delay cost? *Climatic Change* **96**, 299–312. doi: 10.1007/s10584-009-9630-2, ISSN: 0165-0009.

Bosetti V., C. Carraro, and M. Tavoni (2009c). A Chinese commitment to commit: can it break the negotiation stall? *Climatic Change* **97**, 297–303.

Bosetti V., C. Carraro, and M. Tavoni (2009d). Climate change mitigation strategies in fast-growing countries: The benefits of early action. *Energy Economics* **31, Supplement 2**, 144–151. doi: 10.1016/j.eneco.2009.06.011, ISSN: 0140-9883.

Bosetti V., and E. De Cian (2013). A Good Opening: The Key to Make the Most of Unilateral Climate Action. *Environmental and Resource Economics* **56**, 255–276. doi: 10.1007/s10640-013-9643-1, ISSN: 0924-6460, 1573–1502.

Bosetti V., and J. Frankel (2012). Politically Feasible Emissions Targets to Attain 460 ppm $CO_2$ Concentrations. *Review of Environmental Economics and Policy* **6**, 86–109. doi: 10.1093/reep/rer022.

Bosetti V., and M. Tavoni (2009). Uncertain R&D, backstop technology and GHGs stabilization. *Energy Economics* **31**, 18–26.

Bosquet B. (2000). Environmental tax reform: does it work? A survey of the empirical evidence. *Ecological Economics* **34**, 19–32. doi: 10.1016/S0921-8009(00)00173-7, ISSN: 0921-8009.

Boucher O., and G.A. Folberth (2010). New Directions: Atmospheric methane removal as a way to mitigate climate change? *Atmospheric Environment* **44**, 3343–3345. doi: 10.1016/j.atmosenv.2010.04.032, ISSN: 1352-2310.

Boucher O., P.M. Forster, N. Gruber, M. Ha-Duong, M.G. Lawrence, T.M. Lenton, A. Maas, and N.E. Vaughan (2013). Rethinking climate engineering categorization in the context of climate change mitigation and adaptation. *Wiley Interdisciplinary Reviews: Climate Change* **5**, 23–35. doi: 10.1002/wcc.261, ISSN: 1757-7799.

Boucher O., Gruber, N., and Blackstock (2011). Summary of the Synthesis Session. IPCC Expert Meeting Report on Geoengineering. In: *IPCC Expert Meeting Report on Geoengineering.* IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, pp. 99.

Boucher O., A. Jones, and R.A. Betts (2009). Climate response to the physiological impact of carbon dioxide on plants in the Met Office Unified Model HadCM3. *Climate Dynamics* **32**, 237–249. doi: 10.1007/s00382-008-0459-6, ISSN: 0930-7575.

Bovenberg A., and L. Goulder (1996). Optimal environmental taxation in the presence of other taxes: General equilibrium analyses. *American Economic Review* **86**, 985–1006. ISSN: 0002-8282.

Bows A., and K. Anderson (2008). Contraction and convergence: an assessment of the CCOptions model. *Climatic Change* **91**, 275–290. doi: 10.1007/s10584-008-9468-z, ISSN: 0165-0009.

Boyd P.W., T. Jickells, C.S. Law, S. Blain, E.A. Boyle, K.O. Buesseler, K.H. Coale, J.J. Cullen, H.J.W. de Baar, M. Follows, M. Harvey, C. Lancelot, M. Levasseur, N.P.J. Owens, R. Pollard, R.B. Rivkin, J. Sarmiento, V. Schoemann, V. Smetacek, S. Takeda, A. Tsuda, S. Turner, and A.J. Watson (2007). Mesoscale Iron Enrichment Experiments 1993–2005: Synthesis and Future Directions. *Science* **315**, 612–617. Available at: http://www.sciencemag.org/content/315/5812/612.abstract.

BP (2013). *BP Statistical Review of World Energy*. BP, London, 48 pp. Available at: http://www.bp.com/en/global/corporate/about-bp/statistical-review-of-world-energy-2013.html.

Bradford D.F. (1999). On the uses of benefit-cost reasoning in choosing policy toward global climate change. In: *Discounting and intergenerational equity*. J.P. Weyant, P. Portney, (eds.). RFF Press, Washington DC, USA, pp. 37–44. ISBN: 0915707896.

Bréchet T., F. Gerard, and H. Tulkens (2011). Efficiency vs. stability in climate coalitions: a conceptual and computational appraisal. *Energy Journal* **32**, 49. Available at: http://www.uclouvain.be/cps/ucl/doc/core/documents/E2M2_123.pdf.

De Bruin K.C., R.B. Dellink, and R.S.J. Tol (2009). AD-DICE: an implementation of adaptation in the DICE model. *Climatic Change* **95**, 63–81. doi: 10.1007/s10584-008-9535-5, ISSN: 0165-0009, 1573–1480.

Bruinsma J. (2011). The resources outlook: by how much do land, water and crop yields need to increase by 2050? In: *Looking ahead in world food and agriculture: Perspectives to 2050.* P. Conforti, (ed.). Food and Agriculture Organization of the United Nations. Rome, Italy, pp. 1–33.

Budyko M.I., and D.H. Miller (1974). *Climate and Life*. Academic Press, New York, 508 pp.

Buonanno P., C. Carraro, and M. Galeotti (2003). Endogenous induced technical change and the costs of Kyoto. *Resource and Energy Economics* **25**, 11–34. Available at: http://ideas.repec.org/a/eee/resene/v25y2003i1p11-34.html.

Bye B., S. Kverndok, and K. Rosendahl (2002). Mitigation costs, distributional effects, and ancillary benefits of carbon policies in the Nordic countries, the U.K., and Ireland. *Mitigation and Adaptation Strategies for Global Change* **7**, 339–366. doi: 10.1023/A:1024741018194, ISSN: 1381-2386.

Caldeira K., G. Bala, and L. Cao (2013). The Science of Geoengineering. *Annual Review of Earth and Planetary Sciences* **41**, 231–256. doi: 10.1146/annurev-earth-042711-105548, ISSN: 0084-6597.

Calvin K., S. Pachauri, E. De Cian, I. Mouratiadou (2014a). The effect of African growth on future global energy, emissions, and regional development. *Climatic Change*. In press. doi: 10.1007/s10584-013-0964-4.

Calvin K., J. Edmonds, B. Bond-Lamberty, L. Clarke, S.H. Kim, P. Kyle, S.J. Smith, A. Thomson, and M. Wise (2009a). 2.6: Limiting climate change to 450 ppm $CO_2$ equivalent in the 21st century. *Energy Economics* **31**, 107–120. ISSN: 0140-9883.

Calvin K., P. Patel, A. Fawcett, L. Clarke, K. Fisher-Vanden, J. Edmonds, S.H. Kim, R. Sands, and M. Wise (2009b). The distribution and magnitude of emissions mitigation costs in climate stabilization under less than perfect international cooperation: SGM results. *Energy Economics* **31**, 187–197. doi: 16/j.eneco.2009.06.014, ISSN: 0140-9883.

Calvin K., M. Wise, L. Clarke, J. Edmonds, P. Kyle, P. Luckow, and A. Thomson (2013). Implications of simultaneously mitigating and adapting to climate change: initial experiments using GCAM. *Climatic Change* **117**, 545–560. doi: 10.1007/s10584-012-0650-y, ISSN: 0165-0009.

Calvin K., M. Wise, P. Luckow, P. Kyle, L. Clarke, and J. Edmonds (2014b). Implications of uncertain future fossil energy resources on bioenergy use and terrestrial carbon emissions. *Climatic Change*. In press. doi: 10.1007/s10584-013-0923-0

Cao L., and K. Caldeira (2010). Can ocean iron fertilization mitigate ocean acidification? *Climatic Change* **99**, 303–311. doi: 10.1007/s10584-010-9799-4, ISSN: 0165-0009.

Carraro C., E. De Cian, L. Nicita, E. Massetti, and E. Verdolini (2010). Environmental policy and technical change: A survey. *International Review of Environmental and Resource Economics* **4**, 163–219. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77958611711&partnerID=40&md5=0596bb1762ab82596c68d8245efeca7e.

Carraro C., R. Gerlagh, and B.C.C. van der Zwaan (2003). Endogenous technical change in environmental macroeconomics. *Resource and Energy Economics* **25**, 1–10. Available at: http://ideas.repec.org/a/eee/resene/v25y2003i1p1-10.html.

CBD (1992). *Convention on Biological Diversity (CBD)*. Available at: http://www.cbd.int/convention/.

CBD (2010). *COP 10 Decision X/2: Strategic Plan for Biodiversity 2011–2020*. Secretariat of the Convention on Biological Diversity, Aichi.

Chakravarty S., A. Chikkatur, H. de Coninck, S. Pacala, R. Socolow, and M. Tavoni (2009). Sharing global $CO_2$ emission reductions among one billion high emitters. *Proceedings of the National Academy of Sciences* **106**, 11884–11888. doi: 10.1073/pnas.0905232106.

Chaturvedi V., and P. Shukla (2014). Role of energy efficiency in climate change mitigation policy for India: assessment of co-benefits and opportunities within an integrated assessment modeling framework. *Climatic Change* **123**, 597–609. doi: 10.1007/s10584-013-0898-x, ISSN: 0165-0009.

Chaturvedi V., S. Waldhoff, L. Clarke, and S. Fujimori (2012). What are the starting points? Evaluating base-year assumptions in the Asian Modeling Exercise. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, 261–271. doi: 10.1016/j.eneco.2012.05.004, ISSN: 0140-9883.

Chen C., and M. Tavoni (2013). Direct air capture of $CO_2$ and climate stabilization: A model based assessment. *Climatic Change* **118**, 59–72. doi: 10.1007/s10584-013-0714-7, ISSN: 0165-0009.

Chen W., X. Yin, and H. Zhang (2014). Towards low carbon development in China: a comparison of national and global models. *Climatic Change*. In press. doi: 10.1007/s10584-013-0937-7, ISSN: 0165-0009.

Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012). Chapter 5—Energy and Security. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 325–384. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Cherp A., J. Jewell, V. Vinichenko, N. Bauer, and E. Cian (2014). Global energy security under different climate policies, GDP growth rates and fossil resource availabilities. *Climatic Change* **In press**. doi: 10.1007/s10584-013-0950-x, ISSN: 0165-0009.

Chum H., A. Faaij, J. Moreira, G. Berndes, P. Dhamija, H. Dong, and B. Gabrielle (2011). Bioenergy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 209–332.

De Cian E., S. Carrara, and M. Tavoni (2014). Innovation benefits from nuclear phase-out: can they compensate the costs? *Climatic Change* **123**, 637–650. doi: 10.1007/s10584-013-0870-9.

De Cian E., and M. Tavoni (2012). Do technology externalities justify restrictions on emission permit trading? *Resource and Energy Economics* **34**, 624–646. doi: 10.1016/j.reseneeco.2012.05.009, ISSN: 0928-7655.

Clarke L., J. Edmonds, V. Krey, R. Richels, S.K. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *Energy Economics* **31**, 64–81. ISSN: 0140-9883.

Clarke L., V. Krey, J. Weyant, and V. Chaturvedi (2012). Regional energy system variation in global models: Results from the Asian Modeling Exercise scenarios. *Energy Economics* **34**, 293–305. doi: 10.1016/j.eneco.2012.07.018, ISSN: 0140-9883.

Combet E., F. Ghersi, J.C. Hourcade, and D. Thery (2010). Carbon Tax and Equity, the importance of Policy Design. In: *Critical Issues in Environmental Taxation*. Oxford University Press, Oxford, pp. 277–295.

Coppock R. (1992). Policy implications of greenhouse warming. *AIP Conference Proceedings* **247**, 222–236. doi: 10.1063/1.41930.

Le Coq C., and E. Paltseva (2009). Measuring the security of external energy supply in the European Union. *Energy Policy* **37**, 4474–4481. doi: 10.1016/j.enpol.2009.05.069, ISSN: 0301-4215.

Corner A., N. Pidgeon, and K. Parkhill (2012). Perceptions of geoengineering: public attitudes, stakeholder perspectives, and the challenge of "upstream" engagement. *Wiley Interdisciplinary Reviews-Climate Change* **3**, 451–466. doi: 10.1002/wcc.176, ISSN: 1757-7780.

Crassous R., and J.-C. Hourcade (2006). Endogenous Structural Change and Climate Targets Modeling Experiments with Imaclim-R. *The Energy Journal* **1**, 259–276. Available at: http://ideas.repec.org/a/aen/journl/2006se-a13.html.

Criqui P., A. Kitous, M.M. Berk, M.G.J. den Elzen, B. Eickhout, P. Lucas, D.P. van Vuuren, N. Kouvaritakis, and D. Vanregemorter (2003). *Greenhouse Gas Reduction Pathways in the UNFCCC Process up to 2025-Technical Report*. European Commission, DG Environment, Brussels, Belgium, 104 pp.

Criqui P., and S. Mima (2012). European climate—energy security nexus: A model based scenario analysis. *Modeling Transport (Energy) Demand and Policies* **41**, 827–842. doi: 10.1016/j.enpol.2011.11.061, ISSN: 0301-4215.

Crutzen P. (2006). Albedo Enhancement by Stratospheric Sulfur Injections: A Contribution to Resolve a Policy Dilemma? *Climatic Change* **77**, 211–220. doi: 10.1007/s10584-006-9101-y, ISSN: 0165-0009.

Daioglou V., B.J. van Ruijven, and D.P. van Vuuren (2012). Model projections for household energy use in developing countries. *7th Biennial International Workshop "Advances in Energy Studies"* **37**, 601–615. doi: 10.1016/j.energy.2011.10.044, ISSN: 0360-5442.

Darwin R., and R. Tol (2001). Estimates of the Economic Effects of Sea Level Rise. *Environmental and Resource Economics* **19**, 113–129.

de Richter R., and S. Caillol (2011). Fighting global warming: The potential of photocatalysis against $CO_2$, $CH_4$, $N_2O$, CFCs, tropospheric $O_3$, BC and other major contributors to climate change. *Journal of Photochemistry and Photobiology C: Photochemistry Reviews* **12**, 1–19. doi: 10.1016/j.jphotochemrev.2011.05.002, ISSN: 1389-5567.

Ding Z.L., X.N. Duan, Q.S. Ge, and Z.Q. Zhang (2009). Control of atmospheric $CO_2$ concentrations by 2050: A calculation on the emission rights of different countries. *Science in China Series D: Earth Sciences* **52**, 1447–1469. Available at: http://www.springerlink.com/index/jr264276077q161j.pdf.

Dowlatabadi H. (1998). Sensitivity of climate change mitigation estimates to assumptions about technical change. *Energy Economics* **20**, 473–493. doi: 10.1016/S0140-9883(98)00009-7, ISSN: 0140-9883.

Dowling P. (2013). The impact of climate change on the European energy system. *Energy Policy* 60, 406–417. doi: 10.1016/j.enpol.2013.05.093, ISSN: 0301-4215.

Dubash N.K., D. Raghunandan, G. Sant, and A. Sreenivas (2013). Indian Climate Change Policy. *Economic & Political Weekly* 48, 47.

Early J.T. (1989). Space-based solar shield to offset greenhouse effect. *Journal of the British Interplanetary Society* 42, 567–569. ISSN: 0007-084X.

Eboli F., R. Parrado, and R. Roson (2010). Climate-change feedback on economic growth: explorations with a dynamic general equilibrium model. *Environment and Development Economics* 15, 515–533. doi: 10.1017/S1355770X10000252.

Edenhofer O., B. Knopf, T. Barker, L. Baumstark, E. Bellevrat, B. Chateau, P. Criqui, M. Isaac, A. Kitous, S. Kypreos, M. Leimbach, K. Lessmann, B. Magne, S. Scrieciu, H. Turton, and D. Van Vuuren (2010). The economics of low stabilization: Model comparison of mitigation strategies and costs. *Energy Journal* 31, 11–48. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77749319301&partnerID=40&md5=8553abeac6ecffe853fbc430f7b17972.

Edenhofer O., R. Pichs-Madruga, Y. Sokon, Christopher Field, V. Barros, T.F. Stocker, and al. (2011). *IPCC Expert Meeting on Geoengineering: Meeting Report*. Intergovernmental Panel on Climate Change, Lima, Peru, 108 pp. Available at: http://www.ipcc.ch/pdf/supporting-material/EM_GeoE_Meeting_Report_final.pdf.

Edmonds J., L. Clarke, J. Lurz, and M. Wise (2008). Stabilizing $CO_2$ concentrations with incomplete international cooperation. *Climate Policy* 8, 355–376.

Edmonds J., P. Luckow, K. Calvin, M. Wise, J. Dooley, P. Kyle, S. Kim, P. Patel, and L. Clarke (2013). Can radiative forcing be limited to 2.6 Wm–2 without negative emissions from bioenergy and $CO_2$ capture and storage? *Climatic Change* 118, 29–43. doi: 10.1007/s10584-012-0678-z, ISSN: 0165-0009.

Edmonds J.A., T. Wilson, M.A. Wise, and J.P. Weyant (2006). Electrification of the Economy and $CO_2$ Emissions Mitigation. *Environmental Economics and Policy Studies* 7, 175–203.

Eisenberger P., R. Cohen, G. Chichilnisky, N. Eisenberger, R. Chance, and C. Jones (2009). Global Warming and Carbon-Negative Technology: Prospects for a Lower-Cost Route to a Lower-Risk Atmosphere. *Energy & Environment* 20, 973–984. doi: 10.1260/095830509789625374.

Ekholm T., V. Krey, S. Pachauri, and K. Riahi (2010a). Determinants of household energy consumption in India. *The Socio-Economic Transition towards a Hydrogen Economy—Findings from European Research, with Regular Papers* 38, 5696–5707. doi: 10.1016/j.enpol.2010.05.017, ISSN: 0301-4215.

Ekholm T., S. Soimakallio, S. Moltmann, N. Höhne, S. Syri, and I. Savolainen (2010b). Effort sharing in ambitious, global climate change mitigation scenarios. *Energy Policy* 38, 1797–1810. doi: 16/j.enpol.2009.11.055, ISSN: 0301-4215.

Ellerman A.D. (2010). *Pricing Carbon: The European Union Emissions Trading Scheme*. Cambridge University Press, Cambridge UK, 390 pp. ISBN: 0521196477.

Ellerman A.D., and B. Buchner (2008). Over-Allocation or Abatement? A Preliminary Analysis of the EU ETS Based on the 2005–06 Emissions Data. *Environmental and Resource Economics* 41, 267–287. doi: 10.1007/s10640-008-9191-2, ISSN: 0924-6460.

Den Elzen M.G.J., A.M. Beltran, A.F. Hof, B. van Ruijven, and J. van Vliet (2012). Reduction targets and abatement costs of developing countries resulting from global and developed countries' reduction targets by 2050. *Mitigation and Adaptation Strategies for Global Change* 18, 491–512.

Den Elzen M., and N. Höhne (2008). Reductions of greenhouse gas emissions in Annex I and non-Annex I countries for meeting concentration stabilisation targets. *Climatic Change* 91, 249–274. doi: 10.1007/s10584-008-9484-z, ISSN: 0165-0009.

Den Elzen M., and N. Höhne (2010). Sharing the reduction effort to limit global warming to 2°C. *Climate Policy* 10, 247–260. doi: 10.3763/cpol.2009.0678, ISSN: 1469-3062.

Den Elzen M.G.J., N. Höhne, B. Brouns, H. Winkler, and H.E. Ott (2007). Differentiation of countries' future commitments in a post-2012 climate regime: An assessment of the "South–North Dialogue" Proposal. *Environmental Science & Policy* 10, 185–203. doi: 10.1016/j.envsci.2006.10.009, ISSN: 1462-9011.

Den Elzen M., and P. Lucas (2005). The FAIR model: A tool to analyse environmental and costs implications of regimes of future commitments. *Environmental Modeling & Assessment* 10, 115–134. doi: 10.1007/s10666-005-4647-z, ISSN: 1420-2026.

Den Elzen M., P. Lucas, and D. van Vuuren (2005). Abatement costs of post-Kyoto climate regimes. *Energy Policy* 33, 2138–2151. doi: 10.1016/j.enpol.2004.04.012, ISSN: 0301-4215.

Den Elzen M.G.J., P.L. Lucas, and D.P. Vuuren (2008). Regional abatement action and costs under allocation schemes for emission allowances for achieving low CO 2-equivalent concentrations. *Climatic Change* 90, 243–268. Available at: http://www.springerlink.com/index/q14328j1822q4723.pdf.

Den Elzen M., and M. Meinshausen (2006). Meeting the EU 2°C climate target: global and regional emission implications. *Climate Policy* 6, 545–564. doi: 10.1080/14693062.2006.9685620, ISSN: 1469-3062.

Den Elzen M.G.J., and D. van Vuuren (2007). Peaking profiles for achieving long-term temperature targets with more likelihood at lower costs. *Proceedings of the National Academy of Sciences* 104, 17931 –17936. doi: 10.1073/pnas.0701598104.

Eom J., J.A. Edmonds, V. Krey, N. Johnson, T. Longden, G. Luderer, K. Riahi, and D. van Vuuren (2014). The Impact of Near-term Climate Policy Choices on Technology and Emissions Transition Pathways. *Technological Forecasting and Social Change [in Press]*. doi: 10.1016/j.techfore.2013.09.017.

Fankhauser S., F. Sehlleier, and N. Stern (2008). Climate change, innovation and jobs. *Climate Policy* 8, 421–429. doi: 10.3763/cpol.2008.0513, ISSN: 1469-3062.

Fawcett A., L. Clarke, S. Rausch, and J. Weyant (2014). Overview of the EMF 24 Policy Scenarios. *The Energy Journal* 35. doi: 10.5547/01956574.35.SI1.3.

Finon D., and E. Romano (2009). Electricity market integration: Redistribution effect versus resource reallocation. *Energy Policy* 37, 2977–2985. doi: 10.1016/j.enpol.2009.03.045, ISSN: 0301-4215.

Finus M., E. Van Ierland, and R. Dellink (2003). *Stability of Climate Coalitions in a Cartel Formation Game*. Fondazione Eni Enrico Mattei (FEEM), Italy. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=447461.

Fischedick M., R. Schaeffer, A. Adedoyin, M. Akai, T. Bruckner, L. Clarke, V. Krey, I. Savolainen, S. Teske, D. Urge-Vorsatz, R. Wright, and G. Luderer (2011). Chapter 10: Mitigation potential and costs. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, pp. 74.

6

**6**

Fischer C., and A.K. Fox (2011). The Role of Trade and Competitiveness Measures in US Climate Policy. *American Economic Review* 101, 258–62. doi: 10.1257/aer.101.3.258.

Fischer G., F.N. Tubiello, H. van Velthuizen, and D.A. Wiberg (2007). Climate change impacts on irrigation water requirements: Effects of mitigation, 1990–2080. *Greenhouse Gases—Integrated Assessment* 74, 1083–1107. doi: 10.1016/j.techfore.2006.05.021, ISSN: 0040-1625.

Fisher B.S., N. Nakicenovic, K. Alfsen, J. Corfee Morlot, F. de la Chesnaye, J.-C. Hourcade, K. Jiang, M. Kainuma, E. La Rovere, A. Matysek, A. Rana, K. Riahi, R. Richels, S.K. Rose, D. van Vuuren, and R. Warren (2007). Issues related to mitigation in the long term context. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Inter-governmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds)]. Cambridge University Press, Cambridge, UK, pp. 82.

Fisher-Vanden K. (2008). Introduction to the special issue on technological change and the environment. *Energy Economics* 30, 2731–2733. doi: 10.1016/j.eneco.2008.08.001, ISSN: 0140-9883.

Fisher-Vanden K., I. Sue Wing, E. Lanzi, and D. Popp (2011). Modeling Climate Change Impacts and Adaptation: Recent Approaches. Pennsylvania State University, 45 pp.

Fisher-Vanden K., I. Sue Wing, E. Lanzi, and D. Popp (2013). Modeling climate change feedbacks and adaptation responses: recent approaches and shortcomings. *Climatic Change* 117, 481–495. doi: 10.1007/s10584-012-0644-9, ISSN: 0165-0009.

Food and Agriculture Organization of the United Nations (FAO) (2012). FAOSTAT database. Available at: http://faostat.fao.org/.

Friel S., A.D. Dangour, T. Garnett, K. Lock, Z. Chalabi, I. Roberts, A. Butler, C.D. Butler, J. Waage, A.J. McMichael, and A. Haines (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: food and agriculture. *The Lancet* 374, 2016–2025. doi: 10.1016/S0140-6736(09)61753-0, ISSN: 0140-6736.

Frondel M., N. Ritter, C.M. Schmidt, and C. Vance (2010). Economic impacts from the promotion of renewable energy technologies: The German experience. *Energy Policy* 38, 4048–4056. doi: 10.1016/j.enpol.2010.03.029, ISSN: 0301-4215.

Fullerton D., and G.E. Metcalf (1997). Environmental Taxes and the Double-Dividend Hypothesis: Did You Really Expect Something for Nothing. *Chicago-Kent Law Review* 73, 221.

Füssel H. (2010). Modeling impacts and adaptation in global IAMs. *Wiley Interdisciplinary Reviews: Climate Change* 1, 288–303. doi: 10.1002/wcc.40, ISSN: 1757-7799.

G8 (2009). Responsible Leadership for a Sustainable Future. L'Aquila Summit, L'Aquila. 40 pp.

GAO (2011). *Technology Assessment: Climate Engineering: Technical Status, Future Directions, and Potential Responses*. United States Government Accountability Office (GAO), USA, 135 pp. Available at: http://www.gao.gov/assets/330/322208.pdf.

Gardiner S.M. (2011). Some Early Ethics of Geoengineering the Climate: A Commentary on the Values of the Royal Society Report. *Environmental Values* 20, 163–188. doi: 10.3197/096327111x12997574391689, ISSN: 0963-2719.

Gaskill A. (2004). Summary of Meeting with US DOE to discuss Geoengineering options to prevent abrupt and long-term climate change. Available at: http://www.see.ed.ac.uk/~shs/Climate%20change/Geo-politics/Gaskill%20DOE.pdf.

GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA, and the International Institute for Applied Systems Analysis, Laxenburg, Austria [ISBN 9781107005198 (hardback); ISBN 9780521182935 (paperback)], 1882 pp.

Gerlagh R., S. Kverndokk, and K.E. Rosendahl (2009). Optimal timing of climate change policy: Interaction between carbon taxes and innovation externalities. *Environmental and Resource Economics* 43, 369–390.

Gerlagh R., and B.C.C. van der Zwaan (2003). Gross world product and consumption in a global warming model with endogenous technological change. *Resource and Energy Economics* 25, 35–57. Available at: http://ideas.repec.org/a/eee/resene/v25y2003i1p35-57.html.

Gillingham K., R. Newell, and W.A. Pizer (2008). Modeling endogenous technological change for climate policy analysis. *Energy Economics* 30, 2734–2753.

Ginzky H., F. Harmann, K. Kartschall, W. Leujak, K. Lipsius, C. Mäder, S. Schwermer, and G. Straube (2011). *Geoengineering. Effective Climate Protection or Megalomania*. German Federal Environment Agency, Berlin, Germany, 48 pp.

Goes M., N. Tuana, and K. Keller (2011). The economics (or lack thereof) of aerosol geoengineering. *Climatic Change* 109, 719–744. doi: 10.1007/s10584-010-9961-z, ISSN: 0165-0009.

Goldemberg J., T.B. Johansson, A.K.N. Reddy, and R.H. Williams (1985). Basic needs and much more with one kilowatt per capita (energy). *Ambio* 14, 190–200. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0022170501&partnerID=40&md5=08df48b968bb18d199133d1bcc3e0c3a.

Golombek R., and M. Hoel (2008). Endogenous technology and tradable emission quotas. *Resource and Energy Economics* 30, 197–208.

Gough C., and P. Upham (2011). Biomass energy with carbon capture and storage (BECCS or Bio-CCS). *Greenhouse Gases: Science and Technology* 1, 324–334. doi: 10.1002/ghg.34, ISSN: 2152-3878.

Goulder L.H. (1995). Environmental taxation and the double dividend: A reader's guide. *International Tax and Public Finance* 2, 157–183. doi: 10.1007/BF00877495, ISSN: 0927-5940.

Goulder L.H., and K. Mathai (2000). Optimal $CO_2$ Abatement in the Presence of Induced Technological Change. *Journal of Environmental Economics and Management* 39, 1–38. Available at: http://ideas.repec.org/a/eee/jeeman/v39y2000i1p1-38.html.

Goulder L.H., and I.W.H. Parry (2008). Instrument Choice in Environmental Policy. *Review of Environmental Economics and Policy* 2, 152–174. Available at: http://ideas.repec.org/a/oup/renvpo/v2y2008i2p152-174.html.

Goulder L.H., and S.H. Schneider (1999). Induced technological change and the attractiveness of $CO_2$ abatement policies. *Resource and Energy Economics* 21, 211–253. Available at: http://ideas.repec.org/a/eee/resene/v21y1999i3-4p211-253.html.

Govindasamy B., and K. Caldeira (2000). Geoengineering Earth's radiation balance to mitigate $CO_2$-induced climate change. *Geophysical Research Letters* 27, 2141–2144. doi: 10.1029/1999gl006086, ISSN: 0094-8276.

Grainger C.A., and C.D. Kolstad (2010). Who Pays a Price on Carbon? *Environmental and Resource Economics* 46, 359–376.

Greaker M., and L.L. Pade (2009). Optimal carbon dioxide abatement and technological change: should emission taxes start high in order to spur R&D? *Climatic Change* 96, 335–355.

Grubb M., L. Butler, and P. Twomey (2006). Diversity and security in UK electricity generation: The influence of low-carbon objectives. *Energy Policy* 34, 4050–4062. doi: 10.1016/j.enpol.2005.09.004.

Grübler A., N. Nakicenovic, and D.G. Victor (1999). Dynamics of energy technologies and global change. *Energy Policy* 27, 247–280. Available at: http://ideas.repec.org/a/eee/enepol/v27y1999i5p247-280.html.

Guivarch C., R. Crassous, O. Sassi, and S. Hallegatte (2011). The costs of climate policies in a second-best world with labour market imperfections. *Climate Policy* 11, 768–788. doi: 10.3763/cpol.2009.0012, ISSN: 1469-3062.

Gupta E. (2008). Oil vulnerability index of oil-importing countries. *Energy Policy* 36, 1195–1211. doi: 10.1016/j.enpol.2007.11.011, ISSN: 0301-4215.

Gusdorf F., and S. Hallegatte (2007). Compact or spread-out cities: Urban planning, taxation, and the vulnerability to transportation shocks. *Energy Policy* 35, 4826–4838. doi: 10.1016/j.enpol.2007.04.017, ISSN: 0301-4215.

Gusdorf F., S. Hallegatte, and A. Lahellec (2008). Time and space matter: How urban transitions create inequality. *Local Evidence on Vulnerabilities and Adaptations to Global Environmental Change* 18, 708–719. doi: 10.1016/j. gloenvcha.2008.06.005, ISSN: 0959-3780.

Güssow K., A. Proelss, A. Oschlies, K. Rehdanz, and W. Rickels (2010). Ocean iron fertilization: Why further research is needed. *Marine Policy* 34, 911–918. doi: 10.1016/j.marpol.2010.01.015, ISSN: 0308-597X.

Hadjilambrinos C. (2000). Understanding technology choice in electricity industries: a comparative study of France and Denmark. *Energy Policy* 28, 1111–1126.

Haines A., A.J. McMichael, K.R. Smith, I. Roberts, J. Woodcock, A. Markandya, B.G. Armstrong, D. Campbell-Lendrum, A.D. Dangour, M. Davies, N. Bruce, C. Tonne, M. Barrett, and P. Wilkinson (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: overview and implications for policy makers. *The Lancet* 374, 2104–2114. doi: 10.1016/S0140-6736(09)61759-1, ISSN: 0140-6736.

Hallegatte S., M. Ghil, P. Dumas, and J.-C. Hourcade (2008). Business cycles, bifurcations and chaos in a neo-classical model with investment dynamics. *Journal of Economic Behavior & Organization* 67, 57–77.

Hamwey R. (2007). Active Amplification of the Terrestrial Albedo to Mitigate Climate Change: An Exploratory Study. *Mitigation and Adaptation Strategies for Global Change* 12, 419–439. doi: 10.1007/s11027-005-9024-3.

Hanasaki N., S. Fujimori, T. Yamamoto, S. Yoshikawa, Y. Masaki, Y. Hijioka, M. Kainuma, Y. Kanamori, T. Masui, K. Takahashi, and S. Kanae (2013). A global water scarcity assessment under Shared Socio-economic Pathways: Part 2 Water availability and scarcity. *Hydrology and Earth System Sciences* 17, 2393–2413. doi: 10.5194/hess-17-2393-2013.

Hart R. (2008). The timing of taxes on $CO_2$ emissions when technological change is endogenous. *Journal of Environmental Economics and Management* 55, 194–212.

Haurie A., and M. Vielle (2010). A Metamodel of the Oil Game under Climate Treaties. *Information Systems and Operational Research* 48, 215–228. doi: 10.3138/infor.48.4.215.

He J., W. Chen, F. Teng, and B. Liu (2009). Long-term climate change mitigation target and carbon permit allocation. *Advances in Climate Change Research* 5, 78–85.

Heal G., and N. Tarui (2010). Investment and emission control under technology and pollution externalities. *Resource and Energy Economics* 32, 1–14.

Hejazi M.I., J. Edmonds, L. Clarke, P. Kyle, E. Davies, V. Chaturvedi, J. Eom, M. Wise, P. Patel, and K. Calvin (2013). Integrated assessment of global water scarcity over the 21st century; Part 2: Climate change mitigation policies. *Hydrology and Earth System Sciences Discussions* 10, 3383–3425. doi: 10.5194/hessd-10-3383-2013.

Heston A., R. Summers, and B. Aten (2012). Penn World Table Version 7.1. Center for International Comparisons of Production, Income and Prices at the University of Pennsylvania.

Hof A., M.J. den Elzen, and D. Vuuren (2010a). Including adaptation costs and climate change damages in evaluating post-2012 burden-sharing regimes. *Mitigation and Adaptation Strategies for Global Change* 15, 19–40. doi: 10.1007/s11027-009-9201-x, ISSN: 1381-2386.

Hof A.F., M.G.J. den Elzen, and D.P. Van Vuuren (2009). Environmental effectiveness and economic consequences of fragmented versus universal regimes: what can we learn from model studies? *International Environmental Agreements: Politics, Law and Economics* 9, 39–62. Available at: http://www. springerlink.com/index/du1682182j417227.pdf.

Hof A.F., D.P. van Vuuren, and M.G.J. den Elzen (2010b). A quantitative minimax regret approach to climate change: Does discounting still matter? *Ecological Economics* 70, 43–51. doi: 16/j.ecolecon.2010.03.023, ISSN: 0921-8009.

Hoffert M.I., K. Caldeira, G. Benford, D.R. Criswell, C. Green, H. Herzog, A.K. Jain, H.S. Kheshgi, K.S. Lackner, J.S. Lewis, H.D. Lightfoot, W. Manheimer, J.C. Mankins, M.E. Mauel, L.J. Perkins, M.E. Schlesinger, T. Volk, and T.M.L. Wigley (2002). Advanced Technology Paths to Global Climate Stability: Energy for a Greenhouse Planet. *Science* 298, 981–987. doi: 10.1126/science.1072357.

Höhne N., M.G.J. den Elzen, and D. Escalante (2014). Regional GHG reduction targets based on effort sharing: a comparison of studies. *Climate Policy* 14, 122–147. doi: 10.1080/14693062.2014.849452.

Höhne N., M. den Elzen, and M. Weiss (2006). Common but differentiated convergence (CDC): a new conceptual approach to long-term climate policy. *Climate Policy* 6, 181–199. doi: 10.1080/14693062.2006.9685594, ISSN: 1469-3062.

Höhne N., J. Kejun, J. Rogelj, L. Segafredo, R.S. da Motta, P.R. Shukla, J.V. Fenhann, J.I. Hansen, A. Olhoff, and M.B. Pedersen (2012). *The Emissions Gap Report 2012: A UNEP Sythesis Report*. United Nations Environment Programme, Nairobi, Kenya, 62 pp. ISBN: 978-92-807-3303-7.

Höhne N., and S. Moltmann (2008). *Distribution of Emission Allowances under the Greenhouse Development Rights and Other Effort Sharing Approaches*. Heinrich-Böll-Stiftung, Berlin, Germany, 67 pp.

Höhne N., and S. Moltmann (2009). *Sharing the Effort under a Global Carbon Budget*. ECOFYS Gmbh, Cologne, Germany, 40 pp.

Höhne N., D. Phylipsen, S. Ullrich, and K. Blok (2005). *Options for the Second Commitment Period of the Kyoto Protocol*. Umweltbundesamt/German Federal Environmental Agency, Berlin, Germany.

Holloway T., A. Fiore, and M.G. Hastings (2003). Intercontinental Transport of Air Pollution: Will Emerging Science Lead to a New Hemispheric Treaty? *Environmental Science & Technology* 37, 4535–4542. doi: 10.1021/es034031g, ISSN: 0013-936X.

Hope C. (2006). The Marginal Impact of $CO_2$ from PAGE2002: An Integrated Assessment Model Incorporating the IPCC's Five Reasons for Concern. *The Integrated Assessment Journal* 6, 19–56.

Hope C. (2008). Optimal carbon emissions and the social cost of carbon over time under uncertainty. *Integrated Assessment* 8. Available at: http://journals.sfu.ca/int_assess/index.php/iaj/article/view/273.

Horton J.B. (2011). Geoengineering and the Myth of Unilateralism : Pressures and Prospects for International Cooperation. *Stanford Journal of Law, Science & Policy* 5, 56–69.

Houghton R.A. (2008). Carbon Flux to the Atmosphere from Land-Use Changes 1850–2005. In: *TRENDS: A Compendium of Data on Global Change.* Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, Tenn, USA, pp. 74.

Houghton R.A., J.I. House, J. Pongratz, G.R. van der Werf, R.S. DeFries, M.C. Hansen, C. Le Quéré, and N. Ramankutty (2012). Carbon emissions from land use and land-cover change. *Biogeosciences* 9, 5125–5142. doi: 10.5194/bg-9-5125-2012, ISSN: 1726-4189.

Hourcade J.-C., and M. Kostopoulou (1994). Quelles politiques face aux chocs énergétiques. France, Italie, Japon, RFA: quatre modes de résorption des déséquilibres. *Futuribles* 189, 7–27.

Hourcade J.-C., and P. Shukla (2013). Triggering the low-carbon transition in the aftermath of the global financial crisis. *Climate Policy* 13, 22–35. doi: 10.1080/14693062.2012.751687, ISSN: 1469-3062.

House K.Z., D.P. Schrag, C.F. Harvey, and K.S. Lackner (2006). Permanent carbon dioxide storage in deep-sea sediments. *Proceedings of the National Academy of Sciences* 103, 12291–12295. Available at: http://www.pnas.org/content/103/33/12291.abstract.

Houser T., R. Bradley, B. Childs, J. Werksman, and R. Heilmayr (2009). *Leveling the Carbon Playing Field: International Competition and US Climate Policy Design.* Peterson Institute for International Economics, World Resource Institute, Washington, DC.

Howells M., S. Hermann, M. Welsch, M. Bazilian, R. Segerstrom, T. Alfstad, D. Gielen, H. Rogner, G. Fischer, H. van Velthuizen, D. Wiberg, C. Young, R.A. Roehrl, A. Mueller, P. Steduto, and I. Ramma (2013). Integrated analysis of climate change, land-use, energy and water strategies. *Nature Climate Change* 3, 621–626. ISSN: 1758-678X.

Hultman N.E., E.L. Malone, P. Runci, G. Carlock, and K.L. Anderson (2012a). Factors in low-carbon energy transformations: Comparing nuclear and bioenergy in Brazil, Sweden, and the United States. *Strategic Choices for Renewable Energy Investment* 40, 131–146. doi:10.1016/j.enpol.2011.08.064, ISSN: 0301-4215.

Hultman N.E., S. Pulver, L. Guimarães, R. Deshmukh, and J. Kane (2012b). Carbon market risks and rewards: Firm perceptions of CDM investment decisions in Brazil and India. *Energy Policy* 40, 90–102. doi: 10.1016/j.enpol.2010.06.063, ISSN: 0301-4215.

ICTSD (2010). *International Transport, Climate Change and Trade—What Are the Options for Regulating Emissions from Aviation and Shipping and What Will Be Their Impact on Trade?* International Centre for Trade and Sustainable Development, Geneva, Switzerland, 12 pp.

IEA (2008). *Energy Technology Perspectives 2008 : Scenarios & Strategies to 2050.* International Energy Agency, Paris, 646 pp. ISBN: 9789264041424.

IEA (2009). *World Energy Outlook 2009.* Organisation for Economic Cooperation and Development/International Energy Agency, Paris, 698 pp.

IEA (2010a). *Global Gaps in Clean Energy RD&D: Updates and Recommendations for International Collaboration.* International Energy Agency. Available at: http://www.iea.org/publications/freepublications/publication/global_gaps.pdf.

IEA (2010b). *World Energy Outlook 2010.* Organisation for Economic Cooperation and Development/International Energy Agency, Paris, 738 pp. ISBN: 978-92-64-08624-1.

IEA (2010c). *Energy Technology Perspectives 2010—Scenarios and Strategies to 2050.* Organisation for Economic Cooperation and Development/International Energy Agency, Paris, France, 710 pp. ISBN: 9789264085978.

IEA (2011). *World Energy Outlook 2011 Special Report: Energy for All.* Organisation for Economic Cooperation and Development/International Energy Agency, Paris, France, 52 pp. Available at: http://www.iea.org/publications/freepublications/publication/weo2011_energy_for_all.pdf.

IEA (2012a). *CO₂ Emissions from Fuel Combustion. Beyond 2020 Online Database. 2012 Edition.* International Energy Agency, Paris, 138 pp. Available at: http://data.iea.org.

IEA (2012b). *World Energy Outlook 2012.* Organisation for Economic Cooperation and Development/International Energy Agency, Paris, 690 pp. ISBN: 978-92-64-18084-0.

IEA (2012c). *Energy Balances of Non-OECD Countries.* International Energy Agency, Paris, 554 pp. ISBN: 978-92-64-08414-8.

IEA (2012d). *Energy Balances of OECD Countries.* International Energy Agency, Paris, 330 pp. ISBN: 978-92-64-17382-8.

Institution of Mechanical Engineers (2009). Geoengineering. **Environment Policy Statement 09/02.**

International Maritime Organization (2013). Report of the thirty-fifth consultative meeting and the eighth meeting of contracting parties. Available at: http://www.imo.org/MediaCentre/SecretaryGeneral/Secretary-GeneralsSpeechesToMeetings/Pages/LC35LP8.aspx.

IPCC (2005). *IPCC Special Report on Carbon Dioxide Capture and Storage.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [B. Metz, O. Davidson, H. de Coninck, M. Loos, and L. Meyer (eds.)].Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 443 pp. Available at: https://www.ipcc.ch/pdf/special-reports/srccs/srccs_wholereport.pdf.

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

IPCC (2013). *Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [T.F. Stocker, D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1535 pp.

Irvine P.J., D.J. Lunt, E.J. Stone, and A. Ridgwell (2009). The fate of the Greenland Ice Sheet in a geoengineered, high $CO_2$ world. *Environmental Research Letters* 4. doi: 10.1088/1748-9326/4/4/045109, ISSN: 1748-9326.

Irvine P.J., R.L. Sriver, and K. Keller (2012). Tension between reducing sea-level rise and global warming through solar-radiation management. *Nature Climate Change* 2, 97–100. doi: 10.1038/nclimate1351, ISSN: 1758-678X.

Isaac M., and D.P. van Vuuren (2009). Modeling global residential sector energy demand for heating and air conditioning in the context of climate change. *Energy Policy* 37, 507–521. doi: 10.1016/j.enpol.2008.09.051, ISSN: 0301-4215.

Jackson R.B., E.G. Jobbágy, R. Avissar, S.B. Roy, D.J. Barrett, C.W. Cook, K.A. Farley, D.C. le Maitre, B.A. McCarl, and B.C. Murray (2005). Trading Water for Carbon with Biological Carbon Sequestration. *Science* 310, 1944–1947. doi: 10.1126/science.1119282.

Jacoby H.D., M.H. Babiker, S. Paltsev, and J.M. Reilly (2009). Sharing the Burden of GHG Reductions. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.). Cambridge University Press, ISBN: 0521138000.

Jaffe A.B. (2012). Technology policy and climate change. *Climate Change Economics* 03, 1250025. doi: 10.1142/S201000781250025X, ISSN: 2010-0078, 2010–0086.

Jaffe A.B., R.G. Newell, and R.N. Stavins (2005). A tale of two market failures: Technology and environmental policy. *Technological Change and the Environment Technological Change* 54, 164–174. doi: 10.1016/j.ecolecon.2004.12.027, ISSN: 0921-8009.

Jakob M., G. Luderer, J. Steckel, M. Tavoni, and S. Monjon (2012). Time to act now? Assessing the costs of delaying climate measures and benefits of early action. *Climatic Change* 114, 79–99. Available at: http://www.springerlink.com/index/113470145513L749.pdf.

Jakob M., J.C. Steckel (2014). How climate change mitigation could harm development in poor countries. *WIREs Clim Change*, 5: 161–168. doi: 10.1002/wcc.260

Jayaraman T., T. Kanitkar, and T. Dsouza (2011). Equitable access to sustainable development: An Indian approach. In: *Equitable access to sustainable development: Contribution to the body of scientific knowledge: A paper by experts from BASIC countries*. BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 97.

Jensen M.C. (1986). Agency costs of free cash flow, corporate finance, and takeovers. *The American Economic Review* 76, 323–329. ISSN: 0002-8282.

Jerrett M., R.T. Burnett, C.A. Pope, K. Ito, G. Thurston, D. Krewski, Y. Shi, E. Calle, and M. Thun (2009). Long-Term Ozone Exposure and Mortality. *New England Journal of Medicine* 360, 1085–1095. doi: 10.1056/NEJMoa0803894, ISSN: 0028-4793.

Jewell J. (2011). *The IEA Model of Short-Term Energy Security (MOSES): Primary Energy Sources and Secondary Fuels*. OECD Publishing, Paris, France, 48 pp. Available at: http://www.iea.org/publications/freepublications/publication/moses_paper.pdf.

Jewell J., A. Cherp, and K. Riahi (2014). Energy security under de-carbonization energy scenarios. *Energy Policy* 65, 743–760. doi: 10.1016/j.enpol.2013.10.051i.

Jewell J., A. Cherp, V. Vinichenko, N. Bauer, T. Kober, D. McCollum, D. Van Vuuren, and B.C.C. van der Zwaan (2013). Energy security of China, India, the E.U. and the U.S. under long-term scenarios: Results from six IAMs. *Climate Change Economics* 4, 1340011.

Jiahua P. (2008). Carbon Budget for Basic Needs Satisfaction: implications for international equity and sustainability [J]. *World Economics and Politics* 1, 003. Available at: http://en.cnki.com.cn/Article_en/CJFDTOTAL-SJJZ200801003.htm.

Johansson D.J., C. Azar, K. Lindgren, and T.A. Persson (2009). OPEC strategies and oil rent in a climate conscious world. *Energy Journal* 30, 23–50. ISSN: 0195-6574.

Johansson D.J.A., P.L. Lucas, M. Weitzel, E.O. Ahlgren, A.B. Bazaz, W. Chen, M.G.J. den Elzen, J. Ghosh, M. Grahn, Q.M. Liang, S. Peterson, B.K. Pradhan, B.J. van Ruijven, P.R. Shukla, D.P. van Vuuren and Y-M. Wei (2014). Multi-model analyses of the economic and energy implications for China and India in a post-Kyoto climate regime. *Mitigation and Adaptation Strategies for Global Change*. doi: 10.1007/s11027-014-9549-4.

Jones A., J.M. Haywood, K. Alterskjær, O. Boucher, J.N.S. Cole, C.L. Curry, P.J. Irvine, D. Ji, B. Kravitz, J. Egill Kristjánsson, J.C. Moore, U. Niemeier, A. Robock, H. Schmidt, B. Singh, S. Tilmes, S. Watanabe, and J.-H. Yoon (2013). The impact of abrupt suspension of solar radiation management (termination effect) in experiment G2 of the Geoengineering Model Intercomparison Project (GeoMIP). *Journal of Geophysical Research: Atmospheres* 118, 9743–9752. doi: 10.1002/jgrd.50762, ISSN: 2169-8996.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR)—Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Bilthoven, Netherlands. Available at: http://edgar.jrc.ec.europa.eu.

Kahneman D., and A. Tversky (1979). Prospect theory: An analysis of decision under risk. *Econometrica: Journal of the Econometric Society*, 263–291.

Kainuma M., P.R. Shukla, and K. Jiang (2012). Framing and modeling of a low carbon society: An overview. *Energy Economics* 34, **Supplement 3**, 316–324. doi: 10.1016/j.eneco.2012.07.015, ISSN: 0140-9883.

Kalkuhl M., O. Edenhofer, and K. Lessmann (2012). Learning or Lock-In: Optimal Technology Policies to Support Mitigation. *SSRN eLibrary* 34, 1–23. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1824232.

Kalkuhl M., O. Edenhofer, and K. Lessmann (2013). Renewable energy subsidies: Second-best policy or fatal aberration for mitigation? *Resource and Energy Economics* 35, 217–234. doi: 10.1016/j.reseneeco.2013.01.002, ISSN: 0928-7655.

Kaundinya D.P., P. Balachandra, and N.H. Ravindranath (2009). Grid-connected versus stand-alone energy systems for decentralized power—A review of literature. *Renewable and Sustainable Energy Reviews* 13, 2041–2050. doi: 10.1016/j.rser.2009.02.002, ISSN: 1364-0321.

Keith D.W. (2000). Geoengineering the Climate: History and Prospect. *Annual Review of Energy and the Environment* 25, 245–284. doi: 10.1146/annurev.energy.25.1.245, ISSN: 1056-3466.

Keith D.W., M. Ha-Duong, and J.K. Stolaroff (2006). Climate strategy with CO 2 capture from the air. *Climatic Change* 74, 17–45. Available at: http://www.springerlink.com/index/Y81415636R82065G.pdf.

Keller K., D. McInerney, and D. Bradford (2008a). Carbon dioxide sequestration: how much and when? *Climatic Change* 88, 267–291. doi: 10.1007/s10584-008-9417-x, ISSN: 0165-0009.

Keller K., G. Yohe, and M. Schlesinger (2008b). Managing the risks of climate thresholds: Uncertainties and needed information. *Climatic Change* 91 (1–2), 5–10.

Keppo I., and S. Rao (2007). International climate regimes: Effects of delayed participation. *Technological Forecasting and Social Change* 74, 962–979. Available at: http://www.sciencedirect.com/science/article/B6V71-4KXDR29-1/1/2e6ef11afdf377e999fcd606740dca00.

Klepper G., and W. Rickels (2012). The Real Economics of Climate Engineering. *Economics Research International*. doi: 0.1155/2012/316564. Available at: http://www.hindawi.com/journals/econ/aip/316564/.

Knopf B., Y.-H.H. Chen, E. De Cian, H. Förster, A. Kanudia, I. Karkatsouli, I. Keppo, T. Koljonen, K. Schumacher, and D. Van Vuuren (2013). Beyond 2020—Strategies and costs for transforming the European energy system. *Climate Change Economics* **4**, 2–38. doi: 10.1142/S2010007813500140.

Knopf B., O. Edenhofer, T. Barker, N. Bauer, L. Baumstark, B. Chateau, P. Criqui, A. Held, M. Isaac, M. Jakob, E. Jochem, A. Kitous, S. Kypreos, M. Leimbach, B. Magne, S. Mima, W. Schade, S. Scrieciu, H. Turton, and D. van Vuuren (2009). The economics of low stabilisation: implications for technological change and policy. In: *Making climate change work for us.* Cambridge University Press, Cambridge, pp. 35.

Knopf B., G. Luderer, and O. Edenhofer (2011). Exploring the feasibility of low stabilization targets. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 617–626. doi: 10.1002/wcc.124, ISSN: 1757-7799.

Knutti R., M.R. Allen, P. Friedlingstein, J.M. Gregory, G.C. Hegerl, G.A. Meehl, M. Meinshausen, J.M. Murphy, G.-K. Plattner, S.C.B. Raper, T.F. Stocker, P.A. Stott, H. Teng, and T.M.L. Wigley (2008). A Review of Uncertainties in Global Temperature Projections over the Twenty-First Century. *Journal of Climate* **21**, 2651–2663. doi: 10.1175/2007JCLI2119.1, ISSN: 0894-8755.

Kober T., B.C.C. van der Zwaan, and H. Rösler (2014). Emission Certificate Trade and Costs under Regional Burden-Sharing Regimes for a 2 C Climate Change Control Target. *Climate Change Economics* **5**, 1440001.

Köhler P., J. Hartmann, and D.A. Wolf-Gladrow (2010). Geoengineering potential of artificially enhanced silicate weathering of olivine. *Proceedings of the National Academy of Sciences* **107**, 20228–20233. ISSN: 0027-8424.

Koornneef J., P. van Breevoort, C. Hamelinck, C. Hendriks, M. Hoogwijk, K. Koop, M. Koper, T. Dixon, and A. Camps (2012). Global potential for biomass and carbon dioxide capture, transport and storage up to 2050. *International Journal of Greenhouse Gas Control* **11**, 117–132. doi: 10.1016/j.ijggc.2012.07.027, ISSN: 1750-5836.

Kravitz B., K. Caldeira, O. Boucher, A. Robock, P.J. Rasch, K. Alterskjær, D.B. Karam, J.N. Cole, C.L. Curry, and J.M. Haywood (2013). Climate model response from the geoengineering model intercomparison project (geomip). *Journal of Geophysical Research: Atmospheres* **118**, 8320–8332. ISSN: 2169-8996.

Kravitz B., D.G. MacMartin, and K. Caldeira (2012). Geoengineering: Whiter skies? *Geophysical Research Letters* **39**. doi: 10.1029/2012gl051652, ISSN: 0094-8276.

Krey V., and L. Clarke (2011). Role of renewable energy in climate mitigation: A synthesis of recent scenarios. *Climate Policy* **11**, 1131–1158.

Krey V., G. Luderer, L. Clarke, and E. Kriegler (2014). Getting from here to there—energy technology transformation pathways in the EMF27 scenarios. *Climatic Change* **123**, 369–382. doi: DOI 10.1007/s10584–013–0947–5.

Krey V., B.C. O'Neill, B. van Ruijven, V. Chaturvedi, V. Daioglou, J. Eom, L. Jiang, Y. Nagai, S. Pachauri, and X. Ren (2012). Urban and rural energy use and carbon dioxide emissions in Asia. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34**, Supplement 3, 272–283. doi: 10.1016/j.eneco.2012.04.013, ISSN: 0140-9883.

Krey V., and K. Riahi (2009). Implications of delayed participation and technology failure for the feasibility, costs, and likelihood of staying below temperature targets—Greenhouse gas mitigation scenarios for the 21st century. *Energy Economics* **31**, Supplement 2, 94–106. doi: 10.1016/j.eneco.2009.07.001, ISSN: 0140-9883.

Kriegler E., O. Edenhofer, L. Reuster, G. Luderer, and D. Klein (2013a). Is atmospheric carbon dioxide removal a game changer for climate change mitigation? *Climatic Change* **118**, 45–57. doi: 10.1007/s10584-012-0681-4, ISSN: 0165-0009.

Kriegler E., J. Weyant, G.J. Blanford, V. Krey, L. Clarke, J. Edmonds, A. Fawcett, G. Luderer, K. Riahi, R. Richels, S. Rose, M. Tavoni, and D.P. van Vuuren (2014a). The Role of Technology for Achieving Climate Policy Objectives: Overview of the EMF 27 Study on global technology and climate policy strategies. *Climatic Change* **123**, 353–367. doi: 10.1007/s10584-013-0953-7.

Kriegler E., N. Petermann, V. Krey, V.J. Schwanitz, G. Luderer, S. Ashina, V. Bosetti, J. Eom, A. Kitous, A. Méjean, L. Paroussos, F. Sano, H. Turton, C. Wilson, and D.P. van Vuuren (2014b). Diagnostic indicators for integrated assessment models of climate policies. *Technological Forecasting and Social Change.* In press. doi: 10.1016/j.techfore.2013.09.020.

Kriegler E., K. Riahi, N. Bauer, V.J. Schanitz, N. Petermann, V. Bosetti, A. Marcucci, S. Otto, L. Paroussos, S. Rao, T.A. Currás, S. Ashina, J. Bollen, J. Eom, M. Hamdi-Cherif, T. Longden, A. Kitous, A. Méjean, F. Sano, and M. Schaeffer (2014c). Making or breaking climate targets: The AMPERE study on staged accession scenarios for climate policy. *Technological Forecasting and Social Change.* In press. doi: 10.1016/j.techfore.2013.09.021.

Kriegler E., M. Tavoni, T. Aboumahboub, G. Luderer, K. Calvin, G. DeMaere, V. Krey, K. Riahi, H. Rösler, M. Schaeffer, and D.P. Van Vuuren (2013b). What does the 2 °C target imply for a global climate agreement in 2020? The LIMITS study on Durban Platform scenarios. *Climate Change Economics* **4**, 1340008. doi: 10.1142/S2010007813400083.

Kruyt B., D.P. van Vuuren, H.J.M. de Vries, and H. Groenenberg (2009). Indicators for energy security. *Energy Policy* **37**, 2166–2181. doi: 10.1016/j.enpol.2009.02.006.

Kuntsi-Reunanen E., and J. Luukkanen (2006). Greenhouse gas emission reductions in the post-Kyoto period: Emission intensity changes required under the "contraction and convergence" approach. *Natural Resources Forum* **30**, 272–279. doi: 10.1111/j.1477-8947.2006.00119.x, ISSN: 1477-8947.

Kyle P., L. Clarke, G. Pugh, M. Wise, K. Calvin, J. Edmonds, and S. Kim (2009). The value of advanced technology in meeting 2050 greenhouse gas emissions targets in the United States. *Energy Economics* **31**, 254–267. doi: 16/j.eneco.2009.09.008, ISSN: 0140-9883.

Kyle P., and S.H. Kim (2011). Long-term implications of alternative light-duty vehicle technologies for global greenhouse gas emissions and primary energy demands. *Energy Policy* **39**, 3012–3024. doi: 10.1016/j.enpol.2011.03.016, ISSN: 0301-4215.

Lackner K.S. (2009). Capture of carbon dioxide from ambient air. *The European Physical Journal Special Topics* **176**, 93–106. doi: 10.1140/epjst/e2009-01150-3, ISSN: 1951-6355.

Lampin L.B.A., F. Nadaud, F. Grazi, and J.-C. Hourcade (2013). Long-term fuel demand: Not only a matter of fuel price. *Energy Policy* **62**, 780–787. doi: 10.1016/j.enpol.2013.05.021, ISSN: 0301-4215.

Landis F., and T. Bernauer (2012). Transfer payments in global climate policy. *Nature Climate Change* **2**, 628–633. Available at: http://go.nature.com/49jj2ys.

Latham J. (1990). Control of global warming? *Nature* **347**, 339–340. doi: 10.1038/347339b0.

**6**

Latham J., K. Bower, T. Choularton, H. Coe, P. Connolly, G. Cooper, T. Craft, J. Foster, A. Gadian, L. Galbraith, H. Iacovides, D. Johnston, B. Launder, B. Leslie, J. Meyer, A. Neukermans, B. Ormond, B. Parkes, P. Rasch, J. Rush, S. Salter, T. Stevenson, H.L. Wang, Q. Wang, and R. Wood (2012). Marine cloud brightening. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **370**, 4217–4262. doi: 10.1098/rsta.2012.0086, ISSN: 1364-503X.

Latham J., P. Rasch, C.-C. Chen, L. Kettles, A. Gadian, A. Gettelman, H. Morrison, K. Bower, and T. Choularton (2008). Global temperature stabilization via controlled albedo enhancement of low-level maritime clouds. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **366**, 3969–3987. doi: 10.1098/rsta.2008.0137.

Leck E. (2006). The impact of urban form on travel behavior: a meta-analysis. *Berkeley Planning Journal* **19**, 37–58. Available at: http://escholarship.org/uc/item/20s78772#page-22.

Leimbach M., N. Bauer, L. Baumstark, and O. Edenhofer (2010). Mitigation costs in a globalized world: climate policy analysis with REMIND-R. *Environmental Modeling and Assessment* **15**, 155–173.

Lenton T.M., and N.E. Vaughan (2009). The radiative forcing potential of different climate geoengineering options. *Atmospheric Chemistry and Physics* **9**, 5539–5561. doi: 10.5194/acp-9-5539-2009.

Levine M., D. Urge-Vorsatz, K. Blok, L. Geng, D. Harvey, S. Lang, G. Levermore, A. Mongameli Mehlwana, S. Mirasgedis, A. Novikova, J. Rilling, and J. Yoshino (2007). Residential and commercial buildings. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 389–446.

Liang Q.M., and Y.-M. Wei (2012). Distributional impacts of taxing carbon in China: Results from the CEEPA model. *Applied Energy* **92**, 545–551. doi: 10.1016/j.apenergy.2011.10.036.

Lin A. Does Geoengineering Present a Moral Hazard? *Ecology Law Quarterly* **40**, 673.

Loschel A. (2002). Technological change in economic models of environmental policy: a survey. *Ecological Economics* **43**, 105–126. doi: 10.1016/S0921-8009(02)00209-4.

Lubowski R.N., and S.K. Rose (2013). The potential of REDD+: Economic modeling insights and issues. *Review of Environmental Economics and Policy* **7**, 67–90.

Lucas P.L., D. van Vuuren, J.G.J. Olivier, and M.G.J. den Elzen (2007). Long-term reduction potential of non-CO$_2$ greenhouse gases. *Environmental Science & Policy* **10**, 85–103. doi: 16/j.envsci.2006.10.007, ISSN: 1462-9011.

Luderer G., C. Bertram, K. Calvin, E. Cian, and E. Kriegler (2014a). Implications of weak near-term climate policies on long-term mitigation pathways. *Climatic Change*. In press. doi: 10.1007/s10584-013-0899-9, ISSN: 0165-0009.

Luderer G., V. Bosetti, M. Jakob, M. Leimbach, J. Steckel, H. Waisman, and O. Edenhofer (2012a). The economics of decarbonizing the energy system—results and insights from the RECIPE model intercomparison. *Climatic Change* **114**, 9–37. doi: 10.1007/s10584-011-0105-x, ISSN: 0165-0009.

Luderer G., E. DeCian, J.-C. Hourcade, M. Leimbach, H. Waisman, and O. Edenhofer (2012b). On the regional distribution of mitigation costs in a global cap-and-trade regime. *Climatic Change* **114**, 59–78. doi: 10.1007/s10584-012-0408-6, ISSN: 0165-0009.

Luderer G., V. Krey, K. Calvin, J. Merrick, S. Mima, R. Pietzcker, J.V. Vliet, and K. Wada (2014b). The role of renewable energy in climate change mitigation: results from the EMF 27 scenarios. *Climatic Change* **123**, 427–441. doi: 10.1007/s10584-013-0924-z.

Luderer G., R.C. Pietzcker, C. Bertram, E. Kriegler, M. Meinshausen, and O. Edenhofer (2013). Economic mitigation challenges: how further delay closes the door for achieving climate targets. *Environmental Research Letters* **8**, 034033. ISSN: 1748-9326.

Luft G. (2013). To drill or not to drill. *Foreign Policy*. May 27, 2013

Lüken M., O. Edenhofer, B. Knopf, M. Leimbach, G. Luderer, and N. Bauer (2011). The role of technological availability for the distributive impacts of climate change mitigation policy. *Energy Policy* **39**, 6030–6039. doi: 10.1016/j.enpol.2011.07.002.

Lunt D.J., A. Ridgwell, P.J. Valdes, and A. Seale (2008). "Sunshade world": a fully coupled GCM evaluation of the climatic impacts of geoengineering. *Geophysical Research Letters* **35**. ISSN: 1944-8007.

Luokkanen M., S. Huttunen, and M. Hilden (2013). Geoengineering, news media and metaphors: Framing the controversial. *Public Understanding of Science*. doi: 10.1177/0963662513475966, ISSN: 0963-6625 (Print) 0963-6625.

MacCracken M.C. (2009). On the possible use of geoengineering to moderate specific climate change impacts. *Environmental Research Letters* **4**, 045107–045107. doi: 10.1088/1748-9326/4/4/045107.

MacMartin D.G., D.W. Keith, B. Kravitz, and K. Caldeira (2013). Management of trade-offs in geoengineering through optimal choice of non-uniform radiative forcing. *Nature Climate Change* **3**, 365–368. doi: 10.1038/nclimate1722, ISSN: 1758-678X.

MacMynowski D.G., D.W. Keith, K. Caldeira, and H.J. Shin (2011). Can we test geoengineering? *Energy & Environmental Science* **4**, 5044–5052. doi: 10.1039/C1ee01256h, ISSN: 1754-5692.

Macnaghten P., and B. Szerszynski (2013). Living the global social experiment: An analysis of public discourse on solar radiation management and its implications for governance. *Global Environmental Change* **23**, 465–474. doi: 10.1016/j.gloenvcha.2012.12.008, ISSN: 09593780.

Majd S., and R.S. Pindyck (1987). Time to build, option value, and investment decisions. *Journal of Financial Economics* **18**, 7–27.

Manne A.S., and R.G. Richels (2001). An alternative approach to establishing trade-offs among greenhouse gases. *Nature* **410**, 675–677. doi: 10.1038/35070541, ISSN: 0028-0836.

Mansur E., R. Mendelsohn, and W. Morrison (2008). Climate change adaptation: A study of fuel choice and consumption in the US energy sector. *Journal of Environmental Economics and Management* **55**, 175–193.

Marangoni G., and M. Tavoni (2014). The clean energy R&D strategy for 2°C. *Climate Change Economics* **5**, 1440003.

Di Maria C., and E. Werf (2007). Carbon leakage revisited: unilateral climate policy with directed technical change. *Environmental and Resource Economics* **39**, 55–74. doi: 10.1007/s10640-007-9091-x, ISSN: 0924-6460, 1573–1502.

Markandya A., B.G. Armstrong, S. Hales, A. Chiabai, P. Criqui, S. Mima, C. Tonne, and P. Wilkinson (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: low-carbon electricity generation. *The Lancet* **374**, 2006–2015. ISSN: 0140-6736.

6

Massetti E., and M. Tavoni (2011). The Cost Of Climate Change Mitigation Policy In Eastern Europe And Former Soviet Union. *Climate Change Economics* 2, 341–370. Available at: http://www.worldscientific.com/doi/pdf/10.1142/S2010007811000346.

Matthews H.D. (2010). Can carbon cycle geoengineering be a useful complement to ambitious climate mitigation? *Carbon Management* 1, 135–144. doi: 10.4155/cmt.10.14, ISSN: 1758-3004.

Matthews H.D., and K. Caldeira (2007). Transient climate—carbon simulations of planetary geoengineering. *Proceedings of the National Academy of Sciences* 104, 9949–9954. doi: 10.1073/pnas.0700419104.

Matthews H.D., L. Cao, and K. Caldeira (2009). Sensitivity of ocean acidification to geoengineered climate stabilization. *Geophysical Research Letters* 36. doi: 10.1029/2009gl037488, ISSN: 0094-8276.

McClellan J., D.W. Keith, and J. Apt (2012). Cost analysis of stratospheric albedo modification delivery systems. *Environmental Research Letters* 7, 034019. ISSN: 1748-9326.

McCollum D., N. Bauer, K. Calvin, A. Kitous, and K. Riahi (2014a). Fossil resource and energy security dynamics in conventional and carbon-constrained worlds. *Climatic Change* 123, 413–426. doi: 10.1007/s10584-013-0939-5.

McCollum D.L., V. Krey, P. Kolp, Y. Nagai, and K. Riahi (2014b). Transport electrification: a key element for energy system transformation and climate stabilization. *Climatic Change* 123, 651–664. doi: DOI 10.1007/s10584–013–0969-z.

McCollum D., V. Krey, and K. Riahi (2011). An integrated approach to energy sustainability. *Nature Climate Change* 1, 428–429. doi: 10.1038/nclimate1297, ISSN: 1758-6798.

McCollum D., V. Krey, K. Riahi, P. Kolp, A. Grubler, M. Makowski, and N. Nakicenovic (2013a). Climate policies can help resolve energy security and air pollution challenges. *Climatic Change* 119, 479–494. doi: 10.1007/s10584-013-0710-y, ISSN: 0165-0009.

McCollum D., Y. Nagai, K. Riahi, G. Marangoni, K. Calvin, R. Pietzcker, J. Van Vliet, and B.C.C. van der Zwaan (2013b). Energy investments under climate policy: a comparison of global models. *Climate Change Economics* 4, 1340010.

McCusker K.E., D.S. Battisti, and C.M. Bitz (2012). The Climate Response to Stratospheric Sulfate Injections and Implications for Addressing Climate Emergencies. *Journal of Climate* 25, 3096–3116. doi: 10.1175/Jcli-D-11-00183.1, ISSN: 0894-8755.

McFarland J.R., S. Paltsev, and H.D. Jacoby (2009). Analysis of the Coal Sector under Carbon Constraints. *Climate Change and Energy Policy* 31, 404–424. doi: 10.1016/j.jpolmod.2008.09.005, ISSN: 0161-8938.

McGlashan N., N. Shah, B. Caldecott, and M. Workman (2012). High-level techno-economic assessment of negative emissions technologies. *Special Issue: Negative Emissions Technology* 90, 501–510. doi: 10.1016/j.psep.2012.10.004, ISSN: 0957-5820.

McLaren D. (2012). A comparative global assessment of potential negative emissions technologies. *Special Issue: Negative Emissions Technology* 90, 489–500. doi: 10.1016/j.psep.2012.10.005, ISSN: 0957-5820.

Meehl G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh, R. Knutti, J.M. Murphy, and A. Noda (2007). Global climate projections. In: *Climate change: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747–845.

Meinshausen M. (2006). What does a 2°C target mean for greenhouse gas concentrations? A brief analysis based on multi-gas emission pathways and several climate sensitivity uncertainty estimates. In: *Avoiding Dangerous Climate Change: Key Vulnerabilities of the Climate System and Critical Thresholds; Part II. General Perspectives on Dangerous Impacts; Part III. Key Vulnerabilities for Ecosystems and Biodiversity; Part IV. Socio-Economic Effects; Part V. Regional Perspectives; Part VI. Emission Pathways; Part VII. Technological Options.* H. Schellnhuber, W.P. Cramer, (eds.). Cambridge University Press, pp. 265–279.

Meinshausen M., B. Hare, T.M. Wigley, D. Vuuren, M.J. Elzen, and R. Swart (2006). Multi-gas Emissions Pathways to Meet Climate Targets. *Climatic Change* 75, 151–194. doi: 10.1007/s10584-005-9013-2, ISSN: 0165-0009.

Meinshausen M., N. Meinshausen, W. Hare, S.C.B. Raper, K. Frieler, R. Knutti, D.J. Frame, and M.R. Allen (2009). Greenhouse-gas emission targets for limiting global warming to 2 degrees C. *Nature* 458, 1158–1162. doi: 10.1038/nature08017, ISSN: 1476-4687.

Meinshausen M., S.C.B. Raper, and T.M.L. Wigley (2011a). Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 1: Model description and calibration. *Atmospheric Chemistry and Physics* 11, 1417–1456. doi: 10.5194/acp-11-1417-2011.

Meinshausen M., S.J. Smith, K. Calvin, J.S. Daniel, M.L.T. Kainuma, J.-F. Lamarque, K. Matsumoto, S.A. Montzka, S.C.B. Raper, K. Riahi, A. Thomson, G.J.M. Velders, and D. van Vuuren (2011b). The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Climatic Change* 109, 213–241. doi: 10.1007/s10584-011-0156-z, ISSN: 0165-0009, 1573–1480.

Meinshausen M., T.M.L. Wigley, and S.C.B. Raper (2011c). Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 2: Applications. *Atmospheric Chemistry and Physics* 11, 1457–1471. doi: 10.5194/acp-11-1457-2011, ISSN: 1680-7324.

Melillo J.M., J.M. Reilly, D.W. Kicklighter, A.C. Gurgel, T.W. Cronin, S. Paltsev, B.S. Felzer, X. Wang, A.P. Sokolov, and C.A. Schlosser (2009). Indirect Emissions from Biofuels: How Important? *Science* 326, 1397–1399. doi: 10.1126/science.1180251.

Mercado L.M., N. Bellouin, S. Sitch, O. Boucher, C. Huntingford, M. Wild, and P.M. Cox (2009). Impact of changes in diffuse radiation on the global land carbon sink. *Nature* 458, 1014–1017. ISSN: 0028-0836.

Messner S. (1997). Endogenized technological learning in an energy systems model. *Journal of Evolutionary Economics* 7, 291–313. doi: 10.1007/s001910050045.

Metcalf G., M. Babiker, and J. Reilly (2004). A Note on Weak Double Dividends. *Topics in Economic Analysis and Policy* 4. doi: 10.2202/1538-0653.1275.

Meyer A. (2000). *Contraction & Convergence: The Global Solution to Climate Change.* Green Books, Bristol, UK, ISBN: 1870098943.

Miketa A., and L. Schrattenholzer (2006). Equity implications of two burden-sharing rules for stabilizing greenhouse-gas concentrations. *Energy Policy* 34, 877–891. doi: 10.1016/j.enpol.2004.08.050, ISSN: 0301-4215.

Mitchell D.L., and W. Finnegan (2009). Modification of cirrus clouds to reduce global warming. *Environmental Research Letters* 4, 1–9. doi: 10.1088/1748-9326/4/4/045102, ISSN: 1748-9326.

Molden D. (2007). *Comprehensive Assessment of Water Management in Agriculture*. London: Earthscan, and Colombo: International Water Management Institute, 48 pp. ISBN: 978–1–84407–396–2.

Monjon S., and P. Quirion (2011). Addressing leakage in the EU ETS: Border adjustment or output-based allocation? *Ecological Economics* 70, 1957–1971. doi: 10.1016/j.ecolecon.2011.04.020, ISSN: 0921-8009.

Montgomery W.D. (1972). Markets in licenses and efficient pollution control programs. *Journal of Economic Theory* 5, 395–418. Available at: http://ideas.repec.org/a/eee/jetheo/v5y1972i3p395-418.html.

Moore J.C., S. Jevrejeva, and A. Grinsted (2010). Efficacy of geoengineering to limit 21st century sea-level rise. *Proceedings of the National Academy of Sciences* 107, 15699–15703. doi: 10.1073/pnas.1008153107.

Moreno-Cruz J.B., and D.W. Keith (2012). Climate policy under uncertainty: a case for solar geoengineering. *Climatic Change* 121, 431–444. doi: 10.1007/s10584-012-0487-4, ISSN: 0165-0009.

Moreno-Cruz J.B., K.L. Ricke, and D.W. Keith (2011). A simple model to account for regional inequalities in the effectiveness of solar radiation management. *Climatic Change* 110, 649–668. doi: 10.1007/s10584-011-0103-z, ISSN: 0165-0009 1573–1480.

Moss R., J.A. Edmonds, K.A. Hibbard, M.R. Manning, S.K. Rose, D. van Vuuren, T.R. Carter, S. Emori, M. Kainuma, T. Kram, G.A. Meehl, J.F.B. Mitchell, N. Nakicenovic, K. Riahi, S.J. Smith, R.J. Stouffer, A.M. Thomson, J.P. Weyant, and T.J. Wilbanks (2010). The next generation of scenarios for climate change research and assessment. *Nature* 463, 747–756. doi: 10.1038/nature08823, ISSN: 0028-0836.

Murphy D.M. (2009). Effect of Stratospheric Aerosols on Direct Sunlight and Implications for Concentrating Solar Power. *Environmental Science & Technology* 43, 2784–2786. doi: 10.1021/es802206b, ISSN: 0013-936X.

Myhre G., J.S. Fuglestvedt, T.K. Berntsen, and M.T. Lund (2011). Mitigation of short-lived heating components may lead to unwanted long-term consequences. *Atmospheric Environment* 45, 6103–6106. doi: 10.1016/j.atmosenv.2011.08.009, ISSN: 1352-2310.

Nabel J.E.M.S., J. Rogelj, C.M. Chen, K. Markmann, D.J.H. Gutzmann, and M. Meinshausen (2011). Decision support for international climate policy—The PRIMAP emission module. *Environmental Modelling & Software* 26, 1419–1433. doi: 10.1016/j.envsoft.2011.08.004, ISSN: 1364-8152.

Nagashima M., R. Dellink, E. van Ierland, and H.-P. Weikard (2009). Stability of international climate coalitions—A comparison of transfer schemes. *Ecological Economics* 68, 1476–1487. doi: 10.1016/j.ecolecon.2008.10.006, ISSN: 0921-8009.

Nakicenovic N., A. Grubler, and A. McDonald (1998). *Global Energy Perspectives*. Cambridge University Press, Cambridge, 299 pp.

Narula K., Y. Nagai, and S. Pachauri (2012). The role of Decentralized Distributed Generation in achieving universal rural electrification in South Asia by 2030. *Energy Policy* 47, 345–357. doi: 10.1016/j.enpol.2012.04.075, ISSN: 0301-4215.

Nelson G.C., H. Valin, R.D. Sands, P. Havlík, H. Ahammad, D. Deryng, J. Elliott, S. Fujimori, T. Hasegawa, and E. Heyhoe (2014). Climate change effects on agriculture: Economic responses to biophysical shocks. *Proceedings of the National Academy of Sciences*. In press. doi: 10.1073/pnas.1222465110.

Nemet G.F., and A.R. Brandt (2012). Willingness to pay for a climate backstop: Liquid fuel producers and direct $CO_2$ air capture. *The Energy Journal* 33, 59–81. Available at: http://ideas.repec.org/a/aen/journl/33-1-a03.html.

Nemet G.F., T. Holloway, and P. Meier (2010). Implications of incorporating air-quality co-benefits into climate change policymaking. *Environmental Research Letters* 5, 014007. ISSN: 1748-9326.

Nemet G.F., and D.M. Kammen (2007). U.S. energy research and development: Declining investment, increasing need, and the feasibility of expansion. *Energy Policy* 35, 746–755. doi: 10.1016/j.enpol.2005.12.012, ISSN: 0301-4215.

Nerlich B., and R. Jaspal (2012). Metaphors We Die By? Geoengineering, Metaphors, and the Argument From Catastrophe. *Metaphor and Symbol* 27, 131–147. doi: 10.1080/10926488.2012.665795, ISSN: 1092-6488.

Newell R.G., A.B. Jaffe, and R.N. Stavins (1999). The Induced Innovation Hypothesis and Energy-Saving Technological Change. *The Quarterly Journal of Economics* 114, 941–975. doi: 10.1162/003355399556188.

Nordhaus W.D. (2002). Modeling induced innovation in climate change policy. In: *Technological Change and the Environment*. A. Grubler, N. Nakicenivic, W.D. Nordhaus (eds.). RFF Press, Washington, DC, pp. 33.

Nordhaus W.D., and J. Boyer (2000). *Warming the World: Economic Models of Global Warming*. MIT Press, Cambridge, Massachusetts, 244 pp. ISBN: 9780262640541.

Nurse K. (2009). *Trade, Climate Change and Tourism: Responding to Ecological and Regulatory Challenges*. International Centre for Trade and Sustainable Development, Geneva, Switzerland, 4 pp.

Nusbaumer J., and K. Matsumoto (2008). Climate and carbon cycle changes under the overshoot scenario. *Global and Planetary Change* 62, 164–172. doi: 10.1016/j.gloplacha.2008.01.002, ISSN: 0921-8181.

O'Neill B.C., K. Riahi, and I. Keppo (2010). Mitigation implications of midcentury targets that preserve long-term climate policy options. *Proceedings of the National Academy of Sciences of the United States of America* 107, 1011–1016. doi: 10.1073/pnas.0903797106.

OECD (2008). *OECD Environmental Outlook to 2030*. Organisation for Economic Cooperation and Development, Paris, France.

OECD (2009). *The Economics of Climate Change Mitigation: Policies and Options for Global Action beyond 2012*. Organisation for Economic Cooperation and Development, Paris, France, ISBN: 9789264050600.

Onigkeit J., N. Anger, and B. Brouns (2009). Fairness aspects of linking the European emissions trading scheme under a long-term stabilization scenario for $CO_2$ concentration. *Mitigation and Adaptation Strategies for Global Change* 14, 477–494. doi: 10.1007/s11027-009-9177-6, ISSN: 1381-2386.

Orr F.M. (2009). Onshore Geologic Storage of $CO_2$. *Science* 325, 1656–1658. doi: 10.1126/science.1175677.

Oschlies A., M. Pahlow, A. Yool, and R.J. Matear (2010). Climate engineering by artificial ocean upwelling: Channelling the sorcerer's apprentice. *Geophysical Research Letters* 37, L04701. doi: 10.1029/2009GL041961, ISSN: 1944-8007.

Otto V.M., A. Löschel, and J. Reilly (2008). Directed technical change and differentiation of climate policy. *Energy Economics* 30, 2855–2878. doi: 10.1016/j.eneco.2008.03.005, ISSN: 0140-9883.

Otto V.M., and J. Reilly (2008). Directed technical change and the adoption of $CO_2$ abatement technology: The case of $CO_2$ capture and storage. *Energy Economics* 30, 2879–2898. Available at: http://ideas.repec.org/a/eee/eneeco/v30y2008i6p2879-2898.html.

Pacala S., and R. Socolow (2004). Stabilization wedges: Solving the climate problem for the next 50 years with current technologies. *Science* 305, 968–972. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-4043100553&partnerID=40&md5=70dd98a14b5b13a84f5a0218fa08f628.

Paltsev S., and P. Capros (2013). Cost concepts for climate change mitigation. *Climate Change Economics* 4, 1340003.

Paltsev S., J. Reilly, H.D. Jacoby, A.C. Gurgel, G.E. Metcalf, A.P. Sokolov, and J.F. Holak (2008). Assessment of US GHG cap-and-trade proposals. *Climate Policy* 8, 395–420. Available at: http://globalchange.mit.edu/pubs/abstract.php?publication_id=988.

Paltsev S., J. Reilly, H.D. Jacoby, and K.H. Tay (2007). How (and why) do climate policy costs differ among countries? In: *Human-Induced Climate Change*. M.E. Schlesinger, H.S. Kheshgi, J. Smith, F.C. de la Chesnaye, J.M. Reilly, T. Wilson, C. Kolstad, (eds.). Cambridge University Press, Cambridge, UK and New York, US, pp. 282–293. ISBN: 9780511619472.

Pan J. (2005). Meeting Human Development Goals with Low Emissions : An Alternative to Emissions Caps for post-Kyoto from a Developing Country Perspective. *International Environmental Agreements: Politics, Law and Economics* 5, 89–104. doi: 10.1007/s10784-004-3715-1, ISSN: 1567-9764.

Pan J. (2008). Welfare dimensions of climate change mitigation. *Global Environmental Change* 18, 8–11. doi: 10.1016/j.gloenvcha.2007.11.001, ISSN: 0959-3780.

Pan Y., R.A. Birdsey, J. Fang, R. Houghton, P.E. Kauppi, W.A. Kurz, O.L. Phillips, A. Shvidenko, S.L. Lewis, J.G. Canadell, P. Ciais, R.B. Jackson, S.W. Pacala, A.D. McGuire, S. Piao, A. Rautiainen, S. Sitch, and D. Hayes (2011). A Large and Persistent Carbon Sink in the World's Forests. *Science* 333, 988–993. doi: 10.1126/science.1201609.

Patt A.G., D. van Vuuren, F. Berkhout, A. Aaheim, A.F. Hof, M. Isaac, and R. Mechler (2009). Adaptation in integrated assessment modeling: where do we stand? *Climatic Change* 99, 383–402. doi: 10.1007/s10584-009-9687-y, ISSN: 0165-0009, 1573–1480.

PBL (2012). *Roads from Rio+20. Pathways to Achieve Global Sustainability Goals by 2050*. Netherlands Environmental Assessment Agency (PBL). The Hague, 286 pp.

Pentelow L., and D.J. Scott (2011). Aviation's inclusion in international climate policy regimes: Implications for the Caribbean tourism industry. *Developments in Air Transport and Tourism* 17, 199–205. doi: 10.1016/j.jairtraman.2010.12.010, ISSN: 0969-6997.

Persson T.A., C. Azar, D. Johansson, and K. Lindgren (2007). Major oil exporters may profit rather than lose, in a carbon-constrained world. *Energy Policy* 35, 6346–6353. doi: 10.1016/j.enpol.2007.06.027, ISSN: 0301-4215.

Persson T.A., C. Azar, and K. Lindgren (2006). Allocation of $CO_2$ emission permits—Economic incentives for emission reductions in developing countries. *Energy Policy* 34, 1889–1899. Available at: http://www.sciencedirect.com/science/article/pii/S0301421505000601.

Peterson S., and G. Klepper (2007). *Distribution Matters: Taxes vs. Emissions Trading in Post Kyoto Climate Regimes*. Kiel Institute for the World Economy, Kiel, Germany, 26 pp. Available at: http://hdl.handle.net/10419/4076.

Phylipsen G., J. Bode, K. Blok, H. Merkus, and B. Metz (1998). A Triptych sectoral approach to burden differentiation; GHG emissions in the European bubble. *Energy Policy* 26, 929–943. doi: 10.1016/S0301-4215(98)00036-6, ISSN: 0301-4215.

Pielke Jr R.A. (2009). An idealized assessment of the economics of air capture of carbon dioxide in mitigation policy. *Environmental Science & Policy* 12, 216–225. Available at: http://www.sciencedirect.com/science/article/pii/S1462901109000161.

Pierce J.R., D.K. Weisenstein, P. Heckendorn, T. Peter, and D.W. Keith (2010). Efficient formation of stratospheric aerosol for climate engineering by emission of condensible vapor from aircraft. *Geophysical Research Letters* 37. doi: 10.1029/2010gl043975, ISSN: 0094-8276.

Pietzcker R., T. Longden, W. Chen, S. Fu, E. Kriegler, P. Kyle, and G. Luderer (2014). Long-term transport energy demand and climate policy: Alternative visions on Transport Decarbonization in Energy-Economy Models. *Energy* 64, 95–108. doi: 10.1016/j.energy.2013.08.059.

Pindyck R.S. (1982). Adjustment costs, uncertainty, and the behavior of the firm. *The American Economic Review* 72, 415–427.

Pittel K., and D.T.G. Rübbelke (2008). Climate policy and ancillary benefits: A survey and integration into the modelling of international negotiations on climate change. *Ecological Economics* 68, 210–220. doi: 10.1016/j.ecolecon.2008.02.020, ISSN: 0921-8009.

Popp A., S. Rose, K. Calvin, D. Vuuren, J. Dietrich, M. Wise, E. Stehfest, F. Humpenöder, P. Kyle, J. Vliet, N. Bauer, H. Lotze-Campen, D. Klein, and E. Kriegler (2014). Land-use transition for bioenergy and climate stabilization: model comparison of drivers, impacts and interactions with other land use based mitigation options. *Climatic Change* 123, 495–509. doi: 10.1007/s10584-013-0926-x, ISSN: 0165-0009.

Popp A., J.P. Dietrich, H. Lotze-Campen, D. Klein, N. Bauer, M. Krause, T. Beringer, D. Gerten, and O. Edenhofer (2011a). The economic potential of bioenergy for climate change mitigation with special attention given to implications for the land system. *Environmental Research Letters* 6, 034017. doi: 10.1088/1748-9326/6/3/034017, ISSN: 1748-9326.

Popp D., I. Hascic, and N. Medhi (2011b). Technology and the diffusion of renewable energy. *Energy Economics* 33, 648–662. doi: 10.1016/j.eneco.2010.08.007, ISSN: 0140-9883.

Popp D. (2006a). ENTICE-BR: The effects of backstop technology R&D on climate policy models. *Energy Economics* 28, 188–222.

Popp D. (2006b). Innovation in climate policy models: Implementing lessons from the economics of R&D. *Energy Economics* 28, 596–609. doi: 10.1016/j.eneco.2006.05.007, ISSN: 0140-9883.

President's Science Advisory Committee. Environmental Pollution Panel (1965). *Restoring the Quality of Our Environment: Report*. White House, Washington, DC, 20 pp.

Preston C.J. (2013). Ethics and geoengineering: reviewing the moral issues raised by solar radiation management and carbon dioxide removal. *Wiley Interdisciplinary Reviews-Climate Change* 4, 23–37. doi: 10.1002/wcc.198, ISSN: 1757-7780.

Rafaj P., I. Bertok, J. Cofala, and W. Schöpp (2013a). Scenarios of global mercury emissions from anthropogenic sources. *Atmospheric Environment* 79, 472–479. doi: 10.1016/j.atmosenv.2013.06.042, ISSN: 1352-2310.

Rafaj P., W. Schöpp, P. Russ, C. Heyes, and M. Amann (2013b). Co-benefits of post-2012 global climate mitigation policies. *Mitigation and Adaptation Strategies for Global Change* 18, 801–824. doi: 10.1007/s11027-012-9390-6, ISSN: 1381-2386.

Ramanathan V., and G. Carmichael (2008). Global and regional climate changes due to black carbon. *Nature Geoscience* 1, 221–227. doi: 10.1038/ngeo156, ISSN: 1752-0894.

Ramanathan V., and Y. Xu (2010). The Copenhagen Accord for limiting global warming: criteria, constraints, and available avenues. *Proceedings of the National Academy of Sciences of the United States of America* 107, 8055–8062. doi: 10.1073/pnas.1002293107.

Rao N.D. (2013). Distributional impacts of climate change mitigation in Indian electricity: The influence of governance. *Energy Policy* 61, 1344–1356. doi: 10.1016/j.enpol.2013.05.103, ISSN: 0301-4215.

Rao S., S. Pachauri, F. Dentener, P. Kinney, Z. Klimont, K. Riahi, and W. Schoepp (2013). Better air for better health: Forging synergies in policies for energy access, climate change and air pollution. *Global Environmental Change* 23, 1122–1130. doi: 10.1016/j.gloenvcha.2013.05.003, ISSN: 0959-3780.

Rasch P.J., S. Tilmes, R.P. Turco, A. Robock, L. Oman, C.C. Chen, G.L. Stenchikov, and R.R. Garcia (2008). An overview of geoengineering of climate using stratospheric sulphate aerosols. *Philosophical Transactions of the Royal Society a-Mathematical Physical and Engineering Sciences* 366, 4007–4037. doi: 10.1098/rsta.2008.0131, ISSN: 1364-503X.

Rau G.H., and K. Caldeira (1999). Enhanced carbonate dissolution: a means of sequestering waste $CO_2$ as ocean bicarbonate. *Energy Conversion and Management* 40, 1803–1813. doi: 10.1016/S0196-8904(99)00071-0, ISSN: 0196-8904.

Rau G.H., K.G. Knauss, W.H. Langer, and K. Caldeira (2007). Reducing energy-related $CO_2$ emissions using accelerated weathering of limestone. *Energy* 32, 1471–1477. doi: 10.1016/j.energy.2006.10.011, ISSN: 0360-5442.

Reddy B.S., P. Balachandra, and H.S.K. Nathan (2009). Universalization of access to modern energy services in Indian households—Economic and policy analysis. *Energy Policy* 37, 4645–4657. doi: 10.1016/j.enpol.2009.06.021, ISSN: 0301-4215.

Reilly J., J. Melillo, Y. Cai, D. Kicklighter, A. Gurgel, S. Paltsev, T. Cronin, A. Sokolov, and A. Schlosser (2012). Using Land To Mitigate Climate Change: Hitting the Target, Recognizing the Trade-offs. *Environmental Science & Technology* 46, 5672–5679. doi: 10.1021/es2034729, ISSN: 0013-936X.

Reilly J., S. Paltsev, B. Felzer, X. Wang, D. Kicklighter, J. Melillo, R. Prinn, M. Sarofim, A. Sokolov, and C. Wang (2007). Global economic effects of changes in crops, pasture, and forests due to changing climate, carbon dioxide, and ozone. *Energy Policy* 35, 5370–5383. doi: 10.1016/j.enpol.2006.01.040, ISSN: 0301-4215.

Reisinger A., P. Havlik, K. Riahi, O. Vliet, M. Obersteiner, and M. Herrero (2012). Implications of alternative metrics for global mitigation costs and greenhouse gas emissions from agriculture. *Climatic Change* 117, 677–690. doi: 10.1007/s10584-012-0593-3, ISSN: 0165-0009.

Riahi K., F. Dentener, D. Gielen, A. Grubler, J. Jewell, Z. Klimont, V. Krey, D. McCollum, S. Pachauri, S. Rao, B. van Ruijven, D.P. van Vuuren, and C. Wilson (2012). Chapter 17—Energy Pathways for Sustainable Development. In: *Global Energy Assessment—Toward a Sustainable Future*.Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 1203–1306. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Riahi K., E. Kriegler, N. Johnson, C. Bertram, M. den Elzen, J. Eom, M. Schaeffer, J. Edmonds, and et al. (2014). Locked into Copenhagen Pledges—Implications of short-term emission targets for the cost and feasibility of long-term climate goals. *Technological Forecasting and Social Change.* In press. doi: 10.1016/j.techfore.2013.09.016.

Riahi K., S. Rao, V. Krey, C. Cho, V. Chirkov, G. Fischer, G. Kindermann, N. Nakicenovic, and P. Rafaj (2011). RCP 8.5—A scenario of comparatively high greenhouse gas emissions. *Climatic Change* 109, 33–57. doi: 10.1007/s10584-011-0149-y, ISSN: 0165-0009, 1573–1480.

Richels R.G., G.J. Blanford, and T.F. Rutherford (2009). International climate policy: a "second best" solution for a "second best" world? *Climatic Change* 97, 289–296. doi: 10.1007/s10584-009-9730-z, ISSN: 0165-0009, 1573–1480.

Richels R., T. Rutherford, G. Blanford, and L. Clarke (2007). Managing the transition to climate stabilization. *Climate Policy* 7, 409–428.

Rickels W., G. Klepper, J. Dovern, G. Betz, N. Brachatzek, S. Cacean, K. Güssow, J. Heintzenberg, S. Hiller, C. Hoose, G. Klepper, T. Leisner, A. Oschlies, U. Platt, A. Proelß, O. Renn, W. Rickels, S. Schäfer, and M. Zürn (2011). *Large-Scale International Interventions into the Climate System? Assessing the Climate Engineering Debate. Scoping Report Conducted on Behalf of the German Federal Ministry of Education and Research (BMBF).* Kiel Earth Institute, Kiel, 170 pp.

Ridgwell A., J.S. Singarayer, A.M. Hetherington, and P.J. Valdes (2009). Tackling Regional Climate Change By Leaf Albedo Bio-geoengineering. *Current Biology* 19, 146–150. doi: 10.1016/j.cub.2008.12.025, ISSN: 0960-9822.

Robock A., M. Bunzl, B. Kravitz, and G.L. Stenchikov (2010). A Test for Geoengineering? *Science* 327, 530–531. doi: 10.1126/science.1186237, ISSN: 0036-8075.

Robock A., A. Marquardt, B. Kravitz, and G. Stenchikov (2009). Benefits, risks, and costs of stratospheric geoengineering. *Geophysical Research Letters* 36, L19703. Available at: http://www.agu.org/pubs/crossref/2009/2009GL039209.shtml.

Robock A., L. Oman, and G.L. Stenchikov (2008). Regional climate responses to geoengineering with tropical and Arctic SO2 injections. *Journal of Geophysical Research-Atmospheres* 113, D16101. doi: 10.1029/2008JD010050, ISSN: 0148-0227.

Roe M.J. (1994). *Strong Managers, Weak Owners: The Political Roots of American Corporate Finance.* Princeton University Press (Princeton, NJ), 342 pp. ISBN: 0691036837.

Rogelj J., W. Hare, J. Lowe, D. van Vuuren, K. Riahi, B. Matthews, T. Hanaoka, K. Jiang, and M. Meinshausen (2011). Emission pathways consistent with a 2 °C global temperature limit. *Nature Climate Change* 1, 413–418. doi: 10.1038/nclimate1258, ISSN: 1758-678X.

Rogelj J., D.L. McCollum, B.C. O/'Neill, and K. Riahi (2013a). 2020 emissions levels required to limit warming to below 2 degrees. *Nature Climate Change* 3, 405–412. doi: 10.1038/nclimate1758, ISSN: 1758-678X.

Rogelj J., D.L. McCollum, A. Reisinger, M. Meinshausen, and K. Riahi (2013b). Probabilistic cost estimates for climate change mitigation. *Nature* 493, 79–83. doi: 10.1038/nature11787, ISSN: 0028-0836.

Rogelj J., D.L. McCollum, and K. Riahi (2013c). The UN's "Sustainable Energy for All" initiative is compatible with a warming limit of 2 °C. *Nature Climate Change* 3, 545–551. ISSN: 1758-678X.

6

Rogelj J., M. Meinshausen, and R. Knutti (2012). Global warming under old and new scenarios using IPCC climate sensitivity range estimates. *Nature Climate Change* **2**, 248–253. doi: 10.1038/nclimate1385, ISSN: 1758-678X.

Rogner M., and K. Riahi (2013). Future nuclear perspectives based on MESSAGE integrated assessment modeling. *Energy Strategy Reviews* **1**, 223–232. doi: 10.1016/j.esr.2013.02.006.

Rose S.K., H. Ahammad, B. Eickhout, B. Fisher, A. Kurosawa, S. Rao, K. Riahi, and D.P. van Vuuren (2012). Land-based mitigation in climate stabilization. *Energy Economics* **34**, 365–380. doi: 10.1016/j.eneco.2011.06.004, ISSN: 0140-9883.

Rose S.K., E. Kriegler, R. Bibas, K. Calvin, D. Popp, D. Van Vuuren, and J. Weyant (2014a). Bioenergy in energy transformation and climate management. *Climatic Change* **123**, 477–493. doi: 10.1007/s10584-013-0965-3.

Rose S.K., R. Richels, S. Smith, K. Riahi, J. Strefler, and D. van Vuuren (2014b). Non-Kyoto Radiative Forcing in Long-Run Greenhouse Gas Emissions and Climate Change Scenarios. *Climatic Change* **123**, 511–525. doi: 10.1007/s10584-013-0955-5.

Ross A., and D.H. Matthews (2009). Climate engineering and the risk of rapid climate change. *Environmental Research Letters* **4**, 7. doi: 10.1088/1748-9326/4/4/045103.

Royal Society (2009). *Geoengineering the Climate: Science, Governance and Uncertainty*. The Royal Society, London, 98 pp.

Van Ruijven B.J., D.P. van Vuuren, B.J.M. de Vries, M. Isaac, J.P. van der Sluijs, P.L. Lucas, and P. Balachandra (2011). Model projections for household energy use in India. *Clean Cooking Fuels and Technologies in Developing Economies* **39**, 7747–7761. doi: 10.1016/j.enpol.2011.09.021, ISSN: 0301-4215.

Russ P., and P. Criqui (2007). Post-Kyoto CO$_2$ emission reduction: The soft landing scenario analysed with POLES and other world models. *Energy Policy* **35**, 786–796. Available at: http://www.sciencedirect.com/science/article/pii/S0301421506001145.

Sagar A.D., and B.C.C. van der Zwaan (2006). Technological innovation in the energy sector: R&D, deployment, and learning-by-doing. *Energy Policy* **34**, 2601–2608. doi: 10.1016/j.enpol.2005.04.012.

Sathaye J., O. Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 84.

Schaeffer M., L. Gohar, E. Kriegler, J. Lowe, K. Riahi, and D. Van Vuuren (2014). Mid- and long-term climate projections for fragmented and delayed-action scenarios. *Technological Forecasting and Social Change*. In Press. doi: 10.1016/j.techfore.2013.09.013.

Schaeffer M., T. Kram, M. Meinshausen, D. van Vuuren, and W.L. Hare (2008). Near-linear cost increase to reduce climate-change risk. *Proceedings of the National Academy of Sciences* **105**, 20621–20626. doi: 10.1073/pnas.0802416106.

Schaeffer R., A.S. Szklo, A.F. Pereira de Lucena, B.S. Moreira Cesar Borba, L.P. Pupo Nogueira, F.P. Fleming, A. Troccoli, M. Harrison, and M.S. Boulahya (2012). Energy sector vulnerability to climate change: A review. *Energy* **38**, 1–12. doi: 10.1016/j.energy.2011.11.056, ISSN: 0360-5442.

Schäfer A. (2005). Structural change in energy use. *Energy Policy* **33**, 429–437. doi: 10.1016/j.enpol.2003.09.002, ISSN: 0301-4215.

Schelling T.C. (1996). The economic diplomacy of geoengineering. *Climatic Change* **33**, 303–307. doi: 10.1007/bf00142578, ISSN: 0165-0009.

Schellnhuber H.J., D. Messner, C. Leggewie, R. Leinfelder, N. Nakicenovic, S. Rahmstorf, S. Schlacke, J. Schmid, and R. Schubert (2009). *Solving the Climate Dilemma: The Budget Approach*. Berlin, Germany, 25 pp.

Schmidt H., K. Alterskjær, D. Bou Karam, O. Boucher, A. Jones, J.E. Kristjánsson, U. Niemeier, M. Schulz, A. Aaheim, F. Benduhn, M. Lawrence, and C. Timmreck (2012). Solar irradiance reduction to counteract radiative forcing from a quadrupling of CO$_2$: climate responses simulated by four earth system models. *Earth System Dynamics* **3**, 63–78. doi: 10.5194/esd-3-63-2012, ISSN: 2190-4987.

Scholte S., E. Vasileiadou, and A.C. Petersen (2013). Opening up the societal debate on climate engineering: how newspaper frames are changing. *Journal of Integrative Environmental Sciences* **10**, 1–16. doi: 10.1080/1943815X.2012.759593, ISSN: 1943-815X.

Searchinger T., R. Heimlich, R.A. Houghton, F. Dong, A. Elobeid, J. Fabiosa, S. Tokgoz, D. Hayes, and T.-H. Yu (2008). Use of U.S. Croplands for Biofuels Increases Greenhouse Gases Through Emissions from Land-Use Change. *Science* **319**, 1238–1240. doi: 10.1126/science.1151861.

Shen Y., T. Oki, N. Utsumi, S. Kanae, and N. Hanasaki (2008). Projection of future world water resources under SRES scenarios: water withdrawal/Projection des ressources en eau mondiales futures selon les scénarios du RSSE: prélèvement d'eau. *Hydrological Sciences Journal* **53**, 11–33. doi: 10.1623/hysj.53.1.11, ISSN: 0262-6667.

Shiklomanov I.A., and J.C. Rodda (2003). *World Water Resources at the Beginning of the 21st Century*. Center for Ecology and Hydrology, Cambridge, UK, 25 pp.

Shindell D., J.C.I. Kuylenstierna, E. Vignati, R. van Dingenen, M. Amann, Z. Klimont, S.C. Anenberg, N. Muller, G. Janssens-Maenhout, F. Raes, J. Schwartz, G. Faluvegi, L. Pozzoli, K. Kupiainen, L. Höglund-Isaksson, L. Emberson, D. Streets, V. Ramanathan, K. Hicks, N.T.K. Oanh, G. Milly, M. Williams, V. Demkine, and D. Fowler (2012). Simultaneously Mitigating Near-Term Climate Change and Improving Human Health and Food Security. *Science* **335**, 183–189. doi: 10.1126/science.1210026.

Shine K.P., T.K. Berntsen, J.S. Fuglestvedt, R.B. Skeie, and N. Stuber (2007). Comparing the climate effect of emissions of short- and long-lived climate agents. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **365**, 1903–1914. doi: 10.1098/rsta.2007.2050.

Shrestha R.M., and S.R. Shakya (2012). Benefits of low carbon development in a developing country: Case of Nepal. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34**, **Supplement 3**, 503–512. doi: 10.1016/j.eneco.2012.03.014, ISSN: 0140-9883.

Shukla P.R., and V. Chaturvedi (2012). Low carbon and clean energy scenarios for India: Analysis of targets approach. *Energy Economics* **34**, 487–495. doi: 10.1016/j.eneco.2012.05.002, ISSN: 0140-9883.

**Shukla P.R., and S. Dhar (2011).** Climate agreements and India: aligning options and opportunities on a new track. *International Environmental Agreements: Politics, Law and Economics* **11**, 229–243.

**Shukla P.R., S. Dhar, and D. Mahapatra (2008).** Low-carbon society scenarios for India. *Climate Policy* **8**, 156–176. doi: 10.3763/cpol.2007.0498, ISSN: 1469-3062.

**Shukla P.R., A. Garg, and S. Dhar (2009).** Integrated regional assessment for South Asia: A Case Study. In: Knight, C.G. & Jäger, J. (eds.). *Integrated Regional Assessment of Climate Change.* Cambridge University Press, Cambridge UK and New York, NY.

**Skea J. (2010).** Valuing diversity in energy supply. *Large-Scale Wind Power in Electricity Markets with Regular Papers* **38**, 3608–3621. doi: 10.1016/j.enpol.2010.02.038, ISSN: 0301-4215.

**Skea J.I.M., and S. Nishioka (2008).** Policies and practices for a low-carbon society. *Climate Policy* **8**, 5–16. doi: 10.3763/cpol.2008.0487, ISSN: 1469-3062.

**Van Sluisveld, M.A.E., D.E.H.J. Gernaat, S. Ashina, K.V. Calvin, A. Garg, M. Isaac, P.L. Lucas, I. Mouratiadou, S.A.C. Otto, S. Rao, P.R. Shukla, J. Van Vliet and D.P. Van Vuuren (2013).** A multi-model analysis of post-2020 mitigation efforts of five major economies. *Climate Change Economics* **4** (4), 1340012. doi: 10.1142/S2010007813400125.

**Smale R., M. Hartley, C. Hepburn, J. Ward, and M. Grubb (2006).** The impact of $CO_2$ emissions trading on firm profits and market prices. *Climate Policy* **6**, 31–48.

**Smetacek V., C. Klaas, V.H. Strass, P. Assmy, M. Montresor, B. Cisewski, N. Savoye, A. Webb, F. d'Ovidio, J.M. Arrieta, U. Bathmann, R. Bellerby, G.M. Berg, P. Croot, S. Gonzalez, J. Henjes, G.J. Herndl, L.J. Hoffmann, H. Leach, M. Losch, M.M. Mills, C. Neill, I. Peeken, R. Rottgers, O. Sachs, E. Sauter, M.M. Schmidt, J. Schwarz, A. Terbruggen, and D. Wolf-Gladrow (2012).** Deep carbon export from a Southern Ocean iron-fertilized diatom bloom. *Nature* **487**, 313–319. doi: 10.1038/nature11229, ISSN: 0028-0836.

**Smith K.R., M. Jerrett, H.R. Anderson, R.T. Burnett, V. Stone, R. Derwent, R.W. Atkinson, A. Cohen, S.B. Shonkoff, D. Krewski, C.A. Pope III, M.J. Thun, and G. Thurston (2009).** Public health benefits of strategies to reduce greenhouse-gas emissions: health implications of short-lived greenhouse pollutants. *The Lancet* **374**, 2091–2103. doi: 10.1016/S0140-6736(09)61716-5, ISSN: 0140-6736.

**Smith S.M., J.A. Lowe, N.H.A. Bowerman, L.K. Gohar, C. Huntingford, and M.R. Allen (2012).** Equivalence of greenhouse-gas emissions for peak temperature limits. *Nature Climate Change* **2**, 535–538. doi: 10.1038/nclimate1496, ISSN: 1758-678X.

**Smith S.J., and A. Mizrahi (2013).** Near-term climate mitigation by short-lived forcers. *Proceedings of the National Academy of Sciences* **110**, 14202–14206. Available at: http://www.pnas.org/content/110/35/14202.abstract.

**Smith S.J., and P.J. Rasch (2012).** The long-term policy context for solar radiation management. *Climatic Change* **121**, 487–497. doi: 10.1007/s10584-012-0577-3.

**Socolow R.H., M. Desmond, R. Aines, J. Blackstock, O. Bolland, T. Kaarsberg, L. Lewis, and et al. (2011).** *Direct Air Capture of $CO_2$ with Chemicals: A Technology Assessment for the APS Panel on Public Affairs.* The American Physical Society, Washington DC, 100 pp.

**Spracklen D.V., S.R. Arnold, and C.M. Taylor (2012).** Observations of increased tropical rainfall preceded by air passage over forests. *Nature* **489**, 282–285. ISSN: 1476-4687.

**SRMGI (2012).** *Solar Radiation Management. The Governance of Research.* EDF; The Royal Society; TWAS, Washington, DC, 70 pp. Available at: http://www.srmgi.org/files/2012/01/DES2391_SRMGI-report_web_11112.pdf.

**Steckel J.C., R.J. Brecha, M. Jakob, J. Strefler, and G. Luderer (2013).** Development without energy? Assessing future scenarios of energy consumption in developing countries. *Ecological Economics* **90**, 53–67. doi: 10.1016/j.ecolecon.2013.02.006, ISSN: 0921-8009.

**Stephens J., and D. Keith (2008).** Assessing geochemical carbon management. *Climatic Change* **90**, 217–242. doi: 10.1007/s10584-008-9440-y, ISSN: 0165-0009.

**Stern D.I., J.C.V. Pezzey, and N.R. Lambie (2012).** Where in the world is it cheapest to cut carbon emissions? *Australian Journal of Agricultural and Resource Economics* **56**, 315–331. doi: 10.1111/j.1467-8489.2011.00576.x, ISSN: 1467-8489.

**Stirling A. (1994).** Diversity and ignorance in electricity supply investment: Addressing the solution rather than the problem. *Energy Policy* **22**, 195–216. doi: 10.1016/0301-4215(94)90159-7, ISSN: 0301-4215.

**Stirling A. (2010).** Multicriteria diversity analysis: A novel heuristic framework for appraising energy portfolios. *Energy Security—Concepts and Indicators with Regular Papers* **38**, 1622–1634. doi: 10.1016/j.enpol.2009.02.023, ISSN: 0301-4215.

**Stolaroff J.K., S. Bhattacharyya, C.A. Smith, W.L. Bourcier, P.J. Cameron-Smith, and R.D. Aines (2012).** Review of Methane Mitigation Technologies with Application to Rapid Release of Methane from the Arctic. *Environmental Science & Technology* **46**, 6455–6469. doi: 10.1021/es204686w, ISSN: 0013-936X.

**Stone D.A., M.R. Allen, P.A. Stott, P. Pall, S.K. Min, T. Nozawa, and S. Yukimoto (2009).** The Detection and Attribution of Human Influence on Climate. *Annual Review of Environment and Resources* **34**, 1–16. doi: 10.1146/annurev.environ.040308.101032, ISSN: 1543-5938.

**Strachan N., T. Foxon, and J. Fujino (2008).** Low-Carbon Society (LCS) modelling. *Climate Policy* **8**, 3–4. doi: 10.3763/cpol.2008.0538, ISSN: 1469-3062.

**Strachan N., and W. Usher (2012).** Failure to achieve stringent carbon reduction targets in a second-best policy world. *Climatic Change* **113**, 121–139. doi: 10.1007/s10584-011-0267-6, ISSN: 0165-0009.

**Sugiyama M. (2012).** Climate change mitigation and electrification. *Energy Policy* **44**, 464–468. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84858282448&partnerID=40&md5=8eb2b2c62b2fa5f1a4266d0796931bcf.

**Sugiyama M., O. Akashi, K. Wada, A. Kanudia, J. Li, and J. Weyant (2014).** Energy efficiency potentials for global climate change mitigation. *Climatic Change* **123**, 397–411. doi: 10.1007/s10584-013-0874-5.

**Swart R., M. Amann, F. Raes, and W. Tuinstra (2004).** A Good Climate for Clean Air: Linkages between Climate Change and Air Pollution. An Editorial Essay. *Climatic Change* **66**, 263–269. doi: 10.1023/B:CLIM.0000044677.41293.39, ISSN: 0165-0009.

**Swart R., and N. Marinova (2010).** Policy options in a worst case climate change world. *Mitigation and Adaptation Strategies for Global Change* **15**, 531–549. doi: 10.1007/s11027-010-9235-0, ISSN: 1381-2386.

**Tavoni M., E. De Cian, G. Luderer, J. Steckel, and H. Waisman (2012).** The value of technology and of its evolution towards a low carbon economy. *Climatic Change* **114**, 39–57. doi: 10.1007/s10584-011-0294-3.

**6**

Tavoni M., E. Kriegler, T. Aboumahboub, K. Calvin, G. DeMaere, T. Kober, J. Jewell, P. Lucas, G. Luderer, D. McCollum, G. Marangoni, K. Riahi, and D. Van Vuuren (2013). The distribution of the major economies' effort in the Durban platform scenarios. *Climate Change Economics* **4**, 1340009.

Tavoni M., and R. Socolow (2013). Modeling meets science and technology: an introduction to a special issue on negative emissions. *Climatic Change* **118**, 1–14. doi: 10.1007/s10584-013-0757-9, ISSN: 0165-0009.

Tavoni M., and R.S.J. Tol (2010). Counting only the hits? The risk of underestimating the costs of stringent climate policy. *Climatic Change* **100**, 769–778. doi: 10.1007/s10584-010-9867-9, ISSN: 0165-0009.

Thollander P., J. Palm, and P. Rohdin (2010). Categorizing barriers to energy efficiency: an interdisciplinary perspective. In: *Energy efficiency*. Sciyo, Croatia. ISBN: 978-953-307-137-4.

Tilmes S., J. Fasullo, J. Lamarque, D.R. Marsh, M. Mills, K. Alterskjær, H. Muri, J.E. Kristjánsson, O. Boucher, and M. Schulz (2013). The hydrological impact of geoengineering in the Geoengineering Model Intercomparison Project (GeoMIP). *Journal of Geophysical Research: Atmospheres* **118**, 11–036. ISSN: 2169-8996.

Tilmes S., R.R. Garcia, D.E. Kinnison, A. Gettelman, and P.J. Rasch (2009). Impact of geoengineered aerosols on the troposphere and stratosphere. *Journal of Geophysical Research-Atmospheres* **114**, D12305. doi: 10.1029/2008JD011420, ISSN: 0148-0227.

Tol R.S.J. (1997). On the optimal control of carbon dioxide emissions: an application of FUND. *Environmental Modeling & Assessment* **2**, 151–163. Available at: http://dx.doi.org/10.1023/A%3A1019017529030.

Tol R.S. (2009). The feasibility of low concentration targets: An application of FUND. *Energy Economics* **31**, 121–130.

Townsend P.V., R.J. Harper, P.D. Brennan, C. Dean, S. Wu, K.R.J. Smettem, and S.E. Cook (2012). Multiple environmental services as an opportunity for watershed restoration. *Forest Policy and Economics* **17**, 45–58. doi: 10.1016/j.forpol.2011.06.008, ISSN: 1389-9341.

Tuana N., R.L. Sriver, T. Svoboda, R. Olson, P.J. Irvine, J. Haqq-Misra, and K. Keller (2012). Towards Integrated Ethical and Scientific Analysis of Geoengineering: A Research Agenda. *Ethics, Policy & Environment* **15**, 136–157. doi: 10.1080/21550085.2012.685557, ISSN: 2155-0085.

Turton H., and L. Barreto (2006). Long-term security of energy supply and climate change. *Energy Policy* **34**, 2232–2250. doi: 10.1016/j.enpol.2005.03.016, ISSN: 0301-4215.

UNCCD (2004). United Nations Convention to Combat Desertification (UNCCD). Available at: http://www.unccd.int/en/Pages/default.aspx.

UNEP (2012). *The Emissions Gap Report 2012: UNEP Synthesis Report*. United Nations Environment Programme (UNEP), Nairobi, Kenya, 62 pp. Available at: http://igitur-archive.library.uu.nl/milieu/2013-0903-200557/2012gapreport.pdf.

UNEP and WMO (2011). *Integrated Assessment of Black Carbon and Tropospheric Ozone*. United Nations Environment Programme and World Meteorological Organisation, Nairobi, Kenya,

UNFCCC (1997). *Paper No 1: Brazil; Proposed Elements of a Protocol to the United Nations Framework Convention on Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany, 58 pp.

UNFCCC (2011a). Compilation of economy-wide emission reduction targets to be implemented by Parties included in Annex I to the Convention. *UNFCCC/SB/2011/INF.1/Rev.1*.

UNFCCC (2011b). Compilation of information on nationally appropriate mitigation actions to be implemented by Parties not included. *UNFCCC/FCCC/AWGLCA/2011/INF.1*.

Uprety D.C., S. Dhar, D. Hongmin, B. Kimball, A. Garg, and J. Upadhyay (2012). *Technologies for Green House Gas Mitigation in Agriculture*. UNEP Risoe Centre, Risoe DTU National Laboratory for Sustainable Energy, Nairobi, Kenya, 138 pp.

Urpelainen J. (2012). Geoengineering and global warming: a strategic perspective. *International Environmental Agreements-Politics Law and Economics* **12**, 375–389. doi: 10.1007/s10784-012-9167-0, ISSN: 1567-9764.

Vaillancourt K., and J.-P. Waaub (2004). Equity in international greenhouse gases abatement scenarios: A multicriteria approach. *Management of the Future MCDA: Dynamic and Ethical Contributions* **153**, 489–505. doi: 10.1016/S0377-2217(03)00170-X, ISSN: 0377-2217.

Vaughan N., and T. Lenton (2011). A review of climate geoengineering proposals. *Climatic Change* **109**, 745–790. doi: 10.1007/s10584-011-0027-7, ISSN: 0165-0009.

Venema H.D., and I.H. Rehman (2007). Decentralized renewable energy and the climate change mitigation-adaptation nexus. *Mitigation and Adaptation Strategies for Global Change* **12**, 875–900. doi: 10.1007/s11027-007-9104-7, ISSN: 1381-2386.

Verbruggen A., and M. Al Marchohi (2010). Views on peak oil and its relation to climate change policy. *Energy Policy* **38**, 5572–5581. doi: 10.1016/j.enpol.2010.05.002, ISSN: 0301-4215.

Victor D.G. (2008). On the regulation of geoengineering. *Oxford Review of Economic Policy* **24**, 322–336. doi: 10.1093/oxrep/grn018, ISSN: 0266-903X.

Virgoe J. (2009). International governance of a possible geoengineering intervention to combat climate change. *Climatic Change* **95**, 103–119. doi: 10.1007/s10584-008-9523-9, ISSN: 0165-0009.

Van Vliet J., M. Berg, M. Schaeffer, D. Vuuren, M. Elzen, A. Hof, A. Mendoza Beltran, and M. Meinshausen (2012). Copenhagen Accord Pledges imply higher costs for staying below 2°C warming. *Climatic Change* **113**, 551–561. doi: 10.1007/s10584-012-0458-9, ISSN: 0165-0009.

Van Vliet J., M.G.J. den Elzen, and D.P. van Vuuren (2009). Meeting radiative forcing targets under delayed participation. *Energy Economics* **31**, 152–162. doi: 16/j.eneco.2009.06.010, ISSN: 0140-9883.

Van Vuuren D., J. Cofala, H.E. Eerens, R. Oostenrijk, C. Heyes, Z. Klimont, M.G.J. den Elzen, and M. Amann (2006). Exploring the ancillary benefits of the Kyoto Protocol for air pollution in Europe. *Energy Policy* **34**, 444–460. doi: 10.1016/j.enpol.2004.06.012, ISSN: 0301-4215.

Van Vuuren D.P., S. Deetman, J. Vliet, M. Berg, B.J. Ruijven, and B. Koelbl (2013). The role of negative $CO_2$ emissions for reaching 2°C—insights from integrated assessment modelling. *Climatic Change* **118**, 15–27. doi: 10.1007/s10584-012-0680-5, ISSN: 0165-0009.

Van Vuuren D., J. Edmonds, M. Kainuma, K. Riahi, A. Thomson, K. Hibbard, G.C. Hurtt, T. Kram, V. Krey, J.-F. Lamarque, T. Masui, M. Meinshausen, N. Nakicenovic, S.J. Smith, and S.K. Rose (2011a). The representative concentration pathways: an overview. *Climatic Change* **109**, 5–31. doi: 10.1007/s10584-011-0148-z, ISSN: 0165-0009, 1573–1480.

Van Vuuren D., M.G.J. den Elzen, P.L. Lucas, B. Eickhout, B.J. Strengers, B. Ruijven, S. Wonink, and R. Houdt (2007). Stabilizing greenhouse gas concentrations at low levels: an assessment of reduction strategies and costs. *Climatic Change* **81**, 119–159. doi: 10.1007/s10584-006-9172-9, ISSN: 01650009.

Van Vuuren D., M. Hoogwijk, T. Barker, K. Riahi, S. Boeters, J. Chateau, S. Scrieciu, J. van Vliet, T. Masui, T. Blok, E. Blomen, and T. Kram (2009a). Comparison of top-down and bottom-up estimates of sectoral and regional greenhouse gas emission reduction potentials. *Energy Policy* 37, 5125–5139. doi: 16/j.enpol.2009.07.024, ISSN: 0301-4215.

Van Vuuren D.P., M. Isaac, M.G. den Elzen, E. Stehfest, and J. van Vliet (2010). Low stabilization scenarios and implications for major world regions from an integrated assessment perspective. *The Energy Journal* 31, 165–192.

Van Vuuren D., J. Lowe, E. Stehfest, L. Gohar, A.F. Hof, C. Hope, R. Warren, M. Meinshausen, and G.-K. Plattner (2009b). How well do integrated assessment models simulate climate change? *Climatic Change* 104, 255–285. doi: 10.1007/s10584-009-9764-2, ISSN: 0165-0009, 1573–1480.

Van Vuuren D., and K. Riahi (2011). The relationship between short-term emissions and long-term concentration targets. *Climatic Change* 104, 793–801. doi: 10.1007/s10584-010-0004-6, ISSN: 0165-0009.

Van Vuuren D.P., and E. Stehfest (2013). If climate action becomes urgent: the importance of response times for various climate strategies. *Climatic Change* 121, 473–486. doi: 10.1007/s10584-013-0769-5, ISSN: 0165-0009.

Van Vuuren D., E. Stehfest, M.G.J. den Elzen, T. Kram, J. van Vliet, S. Deetman, M. Isaac, K. Klein Goldewijk, A. Hof, A. Mendoza Beltran, R. Oostenrijk, and B. Ruijven (2011b). RCP2.6: exploring the possibility to keep global mean temperature increase below 2°C. *Climatic Change* 109, 95–116. doi: 10.1007/s10584-011-0152-3, ISSN: 0165-0009, 1573–1480.

Wagner F. (2012). Mitigation here and now or there and then: the role of co-benefits. *Carbon Management* 3, 325–327. doi: 10.4155/cmt.12.37, ISSN: 1758-3004.

Waisman H., C. Guivarch, F. Grazi, and J. Hourcade (2012). The Imaclim-R model: infrastructures, technical inertia and the costs of low carbon futures under imperfect foresight. *Climatic Change* 114, 101–120. doi: 10.1007/s10584-011-0387-z, ISSN: 0165-0009.

WCED (1987). *Our Common Future, From One Earth to One World (Brundtland Report)*. United Nations World Commission on Environment and Development, Oslo, 300 pp.

Webster M., A. Sokolov, J. Reilly, C. Forest, S. Paltsev, A. Schlosser, C. Wang, D. Kicklighter, M. Sarofim, J. Melillo, R. Prinn, and H. Jacoby (2012). Analysis of climate policy targets under uncertainty. *Climatic Change* 112, 569–583. doi: 10.1007/s10584-011-0260-0, ISSN: 0165-0009.

Wei M., S. Patadia, and D.M. Kammen (2010). Putting renewables and energy efficiency to work: How many jobs can the clean energy industry generate in the US? *Energy Policy* 38, 919–931. doi: 10.1016/j.enpol.2009.10.044, ISSN: 0301-4215.

Ban-Weiss G.A., and K. Caldeira (2010). Geoengineering as an optimization problem. *Environmental Research Letters* 5, 034009. ISSN: 1748-9326.

West J.J., A.M. Fiore, L.W. Horowitz, and D.L. Mauzerall (2006). Global health benefits of mitigating ozone pollution with methane emission controls. *Proceedings of the National Academy of Sciences of the United States of America* 103, 3988–3993. Available at: http://www.pnas.org/content/103/11/3988. abstract.

West J.J., A.M. Fiore, V. Naik, L.W. Horowitz, M.D. Schwarzkopf, and D.L. Mauzerall (2007). Ozone air quality and radiative forcing consequences of changes in ozone precursor emissions. *Geophysical Research Letters* 34, L06806. doi: 10.1029/2006GL029173, ISSN: 1944-8007.

West J.J., S.J. Smith, R.A. Silva, V. Naik, Y. Zhang, Z. Adelman, M.M. Fry, S. Anenberg, L.W. Horowitz, and J.-F. Lamarque (2013). Co-benefits of mitigating global greenhouse gas emissions for future air quality and human health. *Nature Climate Change* 3, 885–889.

Weyant J., F.C. de la Chesnaye, and G.J. Blanford (2006). Overview of EMF-21: Multigas Mitigation and Climate Policy. *The Energy Journal* **Multi-Greenhouse Gas Mitigation and Climate Policy**, 1–32.

Wigley T.M.L. (2005). The Climate Change Commitment. *Science* 307, 1766–1769. doi: 10.1126/science.1103934.

Wigley T.M.L. (2006). A Combined Mitigation/Geoengineering Approach to Climate Stabilization. *Science* 314, 452–454. doi: 10.1126/science.1131728, ISSN: 0036-8075, 1095–9203.

Wilkinson P., K.R. Smith, M. Davies, H. Adair, B.G. Armstrong, M. Barrett, N. Bruce, A. Haines, I. Hamilton, T. Oreszczyn, I. Ridley, C. Tonne, and Z. Chalabi (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: household energy. *The Lancet* 374, 1917–1929. doi: 10.1016/S0140-6736(09)61713-X, ISSN: 0140-6736.

Williams J.H., A. DeBenedictis, R. Ghanadan, A. Mahone, J. Moore, W.R. Morrow III, S. Price, and M.S. Torn (2012). The technology path to deep greenhouse gas emissions cuts by 2050: The pivotal role of electricity. *Science* 335, 53–59. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84855488361&partnerID=40&md5=5d8e91d91b6592a2157cc3fceff978ab.

Winkler H., T. Letete, and A. Marquard (2011). A South African approach—responsibility, capability and sustainable development. In: *Equitable access to sustainable development: contribution to the body of scientific knowledge*. BASIC expert group, Beijing, Brasilia, Cape Town and Mumbai, pp. 97.

Wise M., K. Calvin, A. Thomson, L. Clarke, B. Bond-Lamberty, R. Sands, S.J. Smith, A. Janetos, and J. Edmonds (2009). Implications of Limiting $CO_2$ Concentrations for Land Use and Energy. *Science* 324, 1183 –1186. doi: 10.1126/science.1168475.

Woodcock J., P. Edwards, C. Tonne, B.G. Armstrong, O. Ashiru, D. Banister, S. Beevers, Z. Chalabi, Z. Chowdhury, A. Cohen, O.H. Franco, A. Haines, R. Hickman, G. Lindsay, I. Mittal, D. Mohan, G. Tiwari, A. Woodward, and I. Roberts (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: urban land transport. *The Lancet* 374, 1930–1943. doi: 10.1016/S0140-6736(09)61714-1, ISSN: 0140-6736.

World Bank (2013). *International Comparison Program Database*. World Bank, Washington DC, USA. Available at: http://data.worldbank.org/indicator/NY.GDP.MKTP.PP.KD.

Yamamoto H., M. Sugiyama, and J. Tsutsui (2014). Role of end-use technologies in long-term GHG reduction scenarios developed with the BET model. *Climatic Change* 123, 583–596. doi: DOI 10.1007/s10584–013–0938–6.

Zeebe R.E., and D. Archer (2005). Feasibility of ocean fertilization and its impact on future atmospheric $CO_2$ levels. *Geophysical Research Letters* 32, L09703. doi: 10.1029/2005GL022449, ISSN: 1944-8007.

Zhou Y., J. Eom, and L. Clarke (2013). The effect of global climate change, population distribution, and climate mitigation on building energy use in the U.S. and China. *Climatic Change* 119, 979–992. doi: 10.1007/s10584-013-0772-x, ISSN: 0165-0009.

**6**

Zickfeld K., M. Eby, H.D. Matthews, and A.J. Weaver (2009). Setting cumulative emissions targets to reduce the risk of dangerous climate change. *Proceedings of the National Academy of Sciences* **106**, 16129 –16134. doi: 10.1073/pnas.0805800106.

Zürn M., and S. Schäfer (2013). The Paradox of Climate Engineering. *Global Policy* **4**, 266–277. doi: 10.1111/1758-5899.12004.

Van der Zwaan B.C.C., R. Gerlagh, G. Klaassen, and L. Schrattenholzer (2002). Endogenous technological change in climate change modelling. *Energy Economics* **24**, 1–19. Available at: http://ideas.repec.org/a/eee/eneeco/v24y2002i1p1-19.html.

Van der Zwaan B.C.C., H. Rösler, T. Kober, T. Aboumahboub, K.V. Calvin, D.E.H.J. Gernaat, G. Marangoni, and D. McCollum (2014). A Cross-model Comparison of Global Long-term Technology Diffusion under a 2°C Climate Change Control Target. *Climate Change Economics* **04**, 1340013. doi: 10.1142/S2010007813400137.

# 7

# Energy Systems

**Coordinating Lead Authors:**
Thomas Bruckner (Germany), Igor Alexeyevich Bashmakov (Russian Federation), Yacob Mulugetta (Ethiopia/UK)

**Lead Authors:**
Helena Chum (Brazil/USA), Angel De la Vega Navarro (Mexico), James Edmonds (USA), Andre Faaij (Netherlands), Bundit Fungtammasan (Thailand), Amit Garg (India), Edgar Hertwich (Austria/Norway), Damon Honnery (Australia), David Infield (UK), Mikiko Kainuma (Japan), Smail Khennas (Algeria/UK), Suduk Kim (Republic of Korea), Hassan Bashir Nimir (Sudan), Keywan Riahi (Austria), Neil Strachan (UK), Ryan Wiser (USA), Xiliang Zhang (China)

**Contributing Authors:**
Yumiko Asayama (Japan), Giovanni Baiocchi (UK/Italy), Francesco Cherubini (Italy/Norway), Anna Czajkowska (Poland/UK), Naim Darghouth (USA), James J. Dooley (USA), Thomas Gibon (France/Norway), Haruna Gujba (Ethiopia/Nigeria), Ben Hoen (USA), David de Jager (Netherlands), Jessica Jewell (IIASA/USA), Susanne Kadner (Germany), Son H. Kim (USA), Peter Larsen (USA), Axel Michaelowa (Germany/Switzerland), Andrew Mills (USA), Kanako Morita (Japan), Karsten Neuhoff (Germany), Ariel Macaspac Hernandez (Philippines/Germany), H-Holger Rogner (Germany), Joseph Salvatore (UK), Steffen Schlömer (Germany), Kristin Seyboth (USA), Christoph von Stechow (Germany), Jigeesha Upadhyay (India)

**Review Editors:**
Kirit Parikh (India), Jim Skea (UK)

**Chapter Science Assistant:**
Ariel Macaspac Hernandez (Philippines/Germany)

**7**

**This chapter should be cited as:**

Bruckner T., I.A. Bashmakov, Y. Mulugetta, H. Chum, A. de la Vega Navarro, J. Edmonds, A. Faaij, B. Fungtammasan, A. Garg, E. Hertwich, D. Honnery, D. Infield, M. Kainuma, S. Khennas, S. Kim, H.B. Nimir, K. Riahi, N. Strachan, R. Wiser, and X. Zhang, 2014: Energy Systems. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

Executive Summary......................................................................................................... 482

7.1        Introduction ...................................................................................................... 518

7.2        Energy production, conversion, transmission and distribution ....................... 519

7.3        New developments in emission trends and drivers ......................................... 522

7.4        Resources and resource availability................................................................. 524

           7.4.1     Fossil fuels .............................................................................................. 524

           7.4.2     Renewable energy.................................................................................. 525

           7.4.3     Nuclear energy....................................................................................... 526

7.5        Mitigation technology options, practices and behavioral aspects.................. 527

           7.5.1     Fossil fuel extraction, conversion, and fuel switching ........................ 527

           7.5.2     Energy efficiency in transmission and distribution .............................. 528

           7.5.3     Renewable energy technologies ........................................................... 528

           7.5.4     Nuclear energy ...................................................................................... 530

           7.5.5     Carbon dioxide capture and storage (CCS) ......................................... 532

7.6        Infrastructure and systemic perspectives......................................................... 534

           7.6.1     Electrical power systems ....................................................................... 534
                     7.6.1.1     System balancing—flexible generation and loads .................... 534
                     7.6.1.2     Capacity adequacy.................................................................... 535
                     7.6.1.3     Transmission and distribution................................................... 535

           7.6.2     Heating and cooling networks ............................................................. 535

           7.6.3     Fuel supply systems .............................................................................. 536

           7.6.4     $CO_2$ transport ........................................................................................ 536

**7.7**     **Climate change feedback and interaction with adaptation**............................................. 537

**7.8**     **Costs and potentials**.................................................................................................. 538

      **7.8.1**    Potential emission reduction from mitigation measures.................................... 538

      **7.8.2**    Cost assessment of mitigation measures.......................................................... 542

      **7.8.3**    Economic potentials of mitigation measures..................................................... 543

**7.9**     **Co-benefits, risks and spillovers**................................................................................ 544

      **7.9.1**    Socio-economic effects....................................................................................... 544

      **7.9.2**    Environmental and health effects....................................................................... 546

      **7.9.3**    Technical risks..................................................................................................... 549

      **7.9.4**    Public perception................................................................................................ 551

**7.10**    **Barriers and opportunities**......................................................................................... 551

      **7.10.1**   Technical aspects................................................................................................ 551

      **7.10.2**   Financial and investment barriers and opportunities........................................ 552

      **7.10.3**   Cultural, institutional, and legal barriers and opportunities............................. 552

      **7.10.4**   Human capital capacity building........................................................................ 553

      **7.10.5**   Inertia in energy systems physical capital stock turnover................................. 553

**7.11**    **Sectoral implication of transformation pathways and sustainable development**............... 554

      **7.11.1**   Energy-related greenhouse gas emissions......................................................... 554

      **7.11.2**   Energy supply in low-stabilization scenarios.................................................... 555

      **7.11.3**   Role of the electricity sector in climate change mitigation............................... 559

      **7.11.4**   Relationship between short-term action and long-term targets.......................... 562

**7.12**   **Sectoral policies**.................................................................................................... 564

    **7.12.1**   **Economic instruments**......................................................................... 565

    **7.12.2**   **Regulatory approaches**....................................................................... 567

    **7.12.3**   **Information programmes** ................................................................... 567

    **7.12.4**   **Government provision of public goods or services**........................................ 567

    **7.12.5**   **Voluntary actions** ............................................................................. 568

**7.13**   **Gaps in knowledge and data**.................................................................................. 568

**7.14**   **Frequently Asked Questions**.................................................................................. 568

**References** ................................................................................................................. 570

**7**

# Executive Summary

The *energy systems* chapter addresses issues related to the mitigation of greenhouse gas emissions (GHG) from the *energy supply sector*. The energy supply sector, as defined in this report, comprises all energy extraction, conversion, storage, transmission, and distribution processes that deliver *final energy* to the end-use sectors (industry, transport, and building, as well as agriculture and forestry). Demand side measures in the energy end-use sectors are discussed in chapters 8–11.

The energy supply sector is the largest contributor to global greenhouse gas emissions (*robust evidence, high agreement*). In 2010, the energy supply sector was responsible for approximately 35 % of total anthropogenic GHG emissions. Despite the United Nations Framework Convention on Climate Change (UNFCCC) and the Kyoto Protocol, GHG emissions grew more rapidly between 2000 and 2010 than in the previous decade. Annual GHG-emissions growth in the global energy supply sector accelerated from 1.7 % per year from 1990–2000 to 3.1 % per year from 2000–2010. The main contributors to this trend were a higher energy demand associated with rapid economic growth and an increase of the share of coal in the global fuel mix. [7.2, 7.3]

In the baseline scenarios assessed in AR5, direct $CO_2$ emissions of the energy supply sector increase from 14.4 $GtCO_2$/yr in 2010 to 24–33 $GtCO_2$/yr in 2050 (25–75th percentile; full range 15–42 $GtCO_2$/yr), with most of the baseline scenarios assessed in AR5 showing a significant increase (*medium evidence, medium agreement*). The lower end of the full range is dominated by scenarios with a focus on energy intensity improvements that go well beyond the observed improvements over the past 40 years. The availability of fossil fuels alone will not be sufficient to limit $CO_2$-equivalent ($CO_2$eq) concentrations to levels such as 450 ppm, 550 ppm, or 650 ppm. [6.3.4, Figures 6.15, 7.4, 7.11.1, Figure TS 15]

Multiple options exist to reduce energy supply sector GHG emissions (*robust evidence, high agreement*). These include energy efficiency improvements and fugitive emission reductions in fuel extraction as well as in energy conversion, transmission, and distribution systems; fossil fuel switching; and low-GHG energy supply technologies such as renewable energy (RE), nuclear power, and carbon dioxide capture and storage (CCS). [7.5, 7.8.1, 7.11]

The stabilization of GHG concentrations at low levels requires a fundamental transformation of the energy supply system, including the long-term substitution of unabated[1] fossil fuel conversion technologies by low-GHG alternatives (*robust evidence, high agreement*). Concentrations of $CO_2$ in the atmosphere can only be stabilized if global (net) $CO_2$ emissions peak and decline

[1] These are fossil fuel conversion technologies not using carbon dioxide capture and storage technologies.

toward zero in the long term. Improving the energy efficiencies of fossil power plants and/or the shift from coal to gas will not by itself be sufficient to achieve this. Low-GHG energy supply technologies are found to be necessary if this goal is to be achieved. [ 7.5.1, 7.8.1, 7.11]

Decarbonizing (i.e. reducing the carbon intensity of) electricity generation is a key component of cost-effective mitigation strategies in achieving low-stabilization levels (430–530 ppm $CO_2$eq); in most integrated modelling scenarios, decarbonization happens more rapidly in electricity generation than in the industry, buildings and transport sectors (*medium evidence, high agreement*). In the majority of low-stabilization scenarios, the share of low-carbon electricity supply (comprising RE, nuclear and CCS) increases from the current share of approximately 30 % to more than 80 % by 2050, and fossil fuel power generation without CCS is phased out almost entirely by 2100. [7.11]

Since the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4), many RE technologies have demonstrated substantial performance improvements and cost reductions, and a growing number of RE technologies have achieved a level of maturity to enable deployment at significant scale (*robust evidence, high agreement*). Some technologies are already economically competitive in various settings. While the levelized cost of photovoltaic (PV) systems fell most substantially between 2009 and 2012, a less marked trend has been observed for many other RE technologies. Regarding electricity generation alone, RE accounted for just over half of the new electricity-generating capacity added globally in 2012, led by growth in wind, hydro, and solar power. Decentralized RE supply to meet rural energy needs has also increased, including various modern and advanced traditional biomass options as well as small hydropower, PV, and wind.

RE technology policies have been successful in driving the recent growth of RE. Nevertheless many RE technologies still need direct support (e.g., feed-in tariffs, RE quota obligations, and tendering/bidding) and/or indirect support (e.g., sufficiently high carbon prices and the internalization of other externalities) if their market shares are to be significantly increased. Additional enabling policies are needed to address issues associated with the integration of RE into future energy systems (*medium evidence, medium agreement*). [7.5.3, 7.6.1, 7.8.2, 7.12, 11.13]

There are often co-benefits from the use of RE, such as a reduction of air pollution, local employment opportunities, few severe accidents compared to some other forms of energy supply, as well as improved energy access and security (*medium evidence, medium agreement*). At the same time, however, some RE technologies can have technology- and location-specific adverse side-effects, though those can be reduced to a degree through appropriate technology selection, operational adjustments, and siting of facilities. [7.9]

Infrastructure and integration challenges vary by RE technology and the characteristics of the existing background energy system (*medium evidence, medium agreement*). Operating experience and studies of medium to high penetrations of RE indicate that these issues can be managed with various technical and institutional tools. As RE penetrations increase, such issues are more challenging, must be carefully considered in energy supply planning and operations to ensure reliable energy supply, and may result in higher costs. [7.6, 7.8.2]

Nuclear energy is a mature low-GHG emission source of baseload power, but its share of global electricity generation has been declining (since 1993). Nuclear energy could make an increasing contribution to low-carbon energy supply, but a variety of barriers and risks exist (*robust evidence, high agreement*). Its specific emissions are below 100 gCO$_2$eq per kWh on a lifecycle basis and with more than 400 operational nuclear reactors worldwide, nuclear electricity represented 11 % of the world's electricity generation in 2012, down from a high of 17 % in 1993. Pricing the externalities of GHG emissions (carbon pricing) could improve the competitiveness of nuclear power plants. [7.2, 7.5.4, 7.8.1, 7.12]

Barriers to and risks associated with an increasing use of nuclear energy include operational risks and the associated safety concerns, uranium mining risks, financial and regulatory risks, unresolved waste management issues, nuclear weapon proliferation concerns, and adverse public opinion (*robust evidence, high agreement*). New fuel cycles and reactor technologies addressing some of these issues are under development and progress has been made concerning safety and waste disposal (*medium evidence, medium agreement*). [7.5.4, 7.8.2, 7.9, 7.11]

Carbon dioxide capture and storage technologies could reduce the lifecycle GHG emissions of fossil fuel power plants (*medium evidence, medium agreement*). While all components of integrated CCS systems exist and are in use today by the fossil fuel extraction and refining industry, CCS has not yet been applied at scale to a large, commercial fossil fuel power plant. A variety of pilot and demonstrations projects have led to critical advances in the knowledge of CCS systems and related engineering, technical, economic and policy issues. CCS power plants could be seen in the market if they are required for fossil fuel facilities by regulation or if they become competitive with their unabated counterparts, for instance, if the additional investment and operational costs, caused in part by efficiency reductions, are compensated by sufficiently high carbon prices (or direct financial support). Beyond economic incentives, well-defined regulations concerning short- and long-term responsibilities for storage are essential for a large-scale future deployment of CCS. [7.5.5, 7.8.1]

Barriers to large-scale deployment of CCS technologies include concerns about the operational safety and long-term integrity of CO$_2$ storage as well as transport risks (*limited evidence, medium agreement*). There is, however, a growing body of literature on how to ensure the integrity of CO$_2$ wells, on the potential consequences of a pressure buildup within a geologic formation caused by CO$_2$ storage (such as induced seismicity), and on the potential human health and environmental impacts from CO$_2$ that migrates out of the primary injection zone (*limited evidence, medium agreement*). [7.5.5, 7.9]

Combining bioenergy with CCS (BECCS) offers the prospect of energy supply with large-scale net negative emissions, which plays an important role in many low-stabilization scenarios, while it entails challenges and risks (*limited evidence, medium agreement*). These challenges and risks include those associated with the upstream provision of the biomass that is used in the CCS facility as well as those associated with the CCS technology itself. BECCS faces large challenges in financing and currently no such plants have been built and tested at scale. [7.5.5, 7.8.2, 7.9, 7.12, 11.13]

GHG emissions from energy supply can be reduced significantly by replacing current world average coal-fired power plants with modern, highly efficient natural gas combined-cycle (NGCC) power plants or combined heat and power (CHP) plants, provided that natural gas is available and the fugitive emissions associated with its extraction and supply are low or mitigated (*robust evidence, high agreement*). Lifecycle assessments indicate a reduction of specific GHG emissions of approximately 50 % for a shift from a current world-average coal power plant to a modern NGCC plant depending on natural gas upstream emissions. Substitution of natural gas for renewable energy forms increases emissions. Mitigation scenarios with low-GHG concentration targets (430–530 ppm CO$_2$eq) require a fundamental transformation of the energy system in the long term. In mitigation scenarios reaching about 450 ppm CO$_2$eq by 2100, natural gas power generation without CCS typically acts as a bridge technology, with deployment increasing before peaking and falling to below current levels by 2050 and declining further in the second half of the century (*robust evidence, high agreement*). [7.5.1, 7.8, 7.9, 7.11]

Direct GHG emissions from the fossil fuel chain can be reduced through various measures (*medium evidence, high agreement*). These include the capture or oxidation of coal bed methane, the reduction of venting and flaring in oil and gas systems, as well as energy efficiency improvements and the use of low-GHG energy sources in the fuel chain. [7.5.1]

Greenhouse gas emission trading and GHG taxes have been enacted to address the market externalities associated with GHG emissions (*high evidence, high agreement*). In the longer term, GHG pricing can support the adoption of low-GHG energy technologies due to the resulting fuel- and technology-dependent mark up in marginal costs. Technology policies (e.g., feed-in tariffs, quotas, and tendering/bidding) have proven successful in increasing the share of RE technologies (*medium evidence, medium agreement*). [7.12]

The success of energy policies depends on capacity building, the removal of financial barriers, the development of a solid legal

**7**

framework, and sufficient regulatory stability (*robust evidence, high agreement*). Property rights, contract enforcement, and emissions accounting are essential for the successful implementation of climate policies in the energy supply sector. [7.10, 7.12]

**The energy infrastructure in developing countries, especially in Least Developed Countries (LDCs), is still undeveloped and not diversified** (*robust evidence, high agreement*). There are often co-benefits associated with the implementation of mitigation energy technologies at centralized and distributed scales, which include local employment creation, income generation for poverty alleviation, as well as building much-needed technical capability and knowledge transfer. There are also risks in that the distributive impacts of higher prices for low-carbon energy might become a burden on low-income households, thereby undermining energy-access programmes, which can, however, be addressed by policies to support the poor. [7.9, 7.10]

**Although significant progress has been made since AR4 in the development of mitigation options in the energy supply sector, important knowledge gaps still exist that can be reduced with further research and development (R&D).** These especially comprise the technological challenges, risks, and co-benefits associated with the upscaling and integration of low-carbon technologies into future energy systems, and the resulting costs. In addition, research on the economic efficiency of climate-related energy policies, and especially concerning their interaction with other policies applied in the energy sector, is limited. [7.13]

# 7.1    Introduction

The energy supply sector is the largest contributor to global greenhouse gas (GHG) emissions. In 2010, approximately 35% of total anthropogenic GHG emissions were attributed to this sector. Despite the United Nations Framework Convention on Climate Change (UNFCCC) and the Kyoto Protocol, annual GHG-emissions growth from the global energy supply sector accelerated from 1.7% per year in 1990–2000 to 3.1% in 2000–2010 (Section 7.3). Rapid economic growth (with the associated higher demand for power, heat, and transport services) and an increase of the share of coal in the global fuel mix were the main contributors to this trend.

The *energy supply sector*, as defined in this chapter (Figure 7.1), comprises all energy extraction, conversion, storage, transmission, and distribution processes with the exception of those that use final energy to provide energy services in the end-use sectors (industry, transport, and building, as well as agriculture and forestry). Concerning *energy statistics data* as reported in Sections 7.2 and 7.3, power, heat, or fuels that are generated on site for own use exclusively are not accounted for in the assessment of the energy supply sector. Note that many scenarios in the literature do not provide a sectoral split of energy-related

emissions; hence, the discussion of transformation pathways in Section 7.11 focuses on aggregated *energy-related emissions* comprising the supply and the end-use sectors.

The allocation of cross-cutting issues among other chapters allows for a better understanding of the Chapter 7 boundaries (see Figure 7.1). The importance of energy for social and economic development is reviewed in Chapters 4 and 5 and to a lesser degree in Section 7.9 of this chapter. Chapter 6 presents long-term transformation pathways and futures for energy systems.

Transport fuel supply, use in vehicles, modal choice, and the local infrastructure are discussed in Chapter 8. Building integrated power and heat generation as well as biomass use for cooking are addressed in Chapter 9. Responsive load issues are dealt with by chapters 8–10. Chapter 7 considers mitigation options in energy-extraction industries (oil, gas, coal, uranium, etc.), while other extractive industries are addressed in Chapter 10. Together with aspects related to bioenergy usage, provision of biomass is discussed in Chapter 11, which covers land uses including agriculture and forestry. Only energy supply sector-related policies are covered in Chapter 7 while the broader and more-detailed climate policy picture is presented in Chapters 13–15.

The derivation of least-cost mitigation strategies must take into account the interdependencies between energy demand and supply. Due to the selected division of labor described above, Chapter 7 does not discuss demand-side measures from a technological point of view. Tradeoffs between demand- and supply-side options, however, are considered by the integrated models (IAM) that delivered the transformation pathways collected in the WGIII AR5 Scenario Database (see Annex II.10 and, concerning energy supply aspects, Section 7.11).

Chapter 7 assesses the literature evolution of energy systems from earlier Intergovernmental Panel on Climate Change (IPCC) reports, comprising the Special Report on Carbon Dioxide Capture and Storage (IPCC, 2005), the Fourth Assessment Report (AR4) (IPCC, 2007), and the Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (IPCC, 2011a). Section 7.2 describes the current status of global and regional energy markets. Energy-related GHG-emissions trends together with associated drivers are presented in Section 7.3. The next section provides data on energy resources. Section 7.5 discusses advances in the field of mitigation technologies. Issues related to the integration of low-carbon technologies are covered in Section 7.6, while Section 7.7 describes how climate change may impact energy demand and supply. Section 7.8 discusses emission-reduction potentials and related costs. Section 7.9 covers issues of co-benefits and adverse side effects of mitigation options. Mitigation barriers are dealt with in Section 7.10. The implications of various transformation pathways for the energy sector are covered in Section 7.11. Section 7.12 presents energy supply sector-specific policies. Section 7.13 addresses knowledge gaps and Section 7.14 summarizes frequently asked questions (FAQ).



**Figure 7.1** | Illustrative energy supply paths shown in order to illustrate the boundaries of the energy supply sector as defined in this report. The self-generation of heat and power in the end-use sectors (i.e., transport, buildings, industry, and Agriculture, Forestry, and Other Land Use (AFOLU)) is discussed in Chapters 8–11.

## 7.2    Energy production, conversion, transmission and distribution

The energy supply sector converts over 75 % of total primary energy supply (TPES) into other forms, namely, electricity, heat, refined oil products, coke, enriched coal, and natural gas. Industry (including non-energy uses) consumes 84 % of final use of coal and peat, 26 % of petroleum products, 47 % of natural gas, 40 % of electricity, and 43 % of heat. Transportation consumes 62 % of liquid fuels final use. The building sector is responsible for 46 % of final natural gas consumption, 76 % of combustible renewables and waste, 52 % of electricity

use, and 51 % of heat (Table 7.1). Forces driving final energy-consumption evolution in all these sectors (Chapters 8–11) have a significant impact on the evolution of energy supply systems, both in scale and structure.

The energy supply sector is itself the largest energy user. Energy losses assessed as the difference between the energy inputs to (78 % of the TPES) and outputs from this sector (48.7 % of TPES) account for 29.3 % of TPES (Table 7.1). The TPES is not only a function of end users' demand for higher-quality energy carriers, but also the relatively low average global efficiency of energy conversion, transmission, and distribution processes (only 37 % efficiency for fossil fuel power and just 83 % for fossil fuel district heat generation). However, low efficiencies and large own energy use of the energy sector result in high

**Table 7.1 |** 2010 World Energy Balance (EJ on a net calorific value basis applying the *direct equivalent method*).
Source: See IEA (2012a) for data, methodology, and definitions. International Energy Agency (IEA) data were modified to convert to primary energy by applying the *direct equivalent method* (see Annex II.4). Negative numbers in energy sector reflect energy spent or lost, while positive ones indicate that specific forms of energy were generated.

| Supply and consumption | Coal and peat | Crude oil | Oil products | Gas | Nuclear | Hydro | Geothermal, Solar, etc. | Combustible renewables and waste | Electricity | Heat | Total* | Share in TPES (%) | Share in FEC (%) | Conversion efficiency* and losses (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | 150.56 | 170.38 | 0.00 | 113.84 | 9.95 | 12.38 | 2.91 | 53.47 | | 0 | 0.04 | 513.52 | 101.20% | | |
| Imports | 26.83 | 96.09 | 44.12 | 34.21 | | | | 0.45 | 2.12 | 0.00 | 203.81 | 39.92% | | |
| Exports | −28.52 | −92.59 | −46.55 | −34.60 | | | | | −0.33 | −2.08 | 0.00 | −204.73 | −40.10% | | |
| Stock Changes | −3.34 | 0.27 | 0.26 | 0.75 | | | | | −0.02 | | | −2.09 | −0.41% | | |
| **Total Primary Energy Supply (TPES)** | 145.52 | 174.14 | −2.17 | 114.20 | 9.95 | 12.38 | 2.91 | 53.51 | 0.04 | 0.04 | 510.52 | 100.00% | | |
| *Share in total TPES (%)* | *28.51%* | *34.11%* | *−0.43%* | *22.37%* | *1.95%* | *2.42%* | *0.57%* | *10.48%* | *0.01%* | | *100.00%* | | | |
| Transfers | 0.00 | −6.56 | 7.51 | | | | | 0.00 | | | 0.95 | −0.19% | | |
| Statistical Differences | −2.07 | 0.47 | −1.13 | −0.07 | | | −0.01 | −0.02 | 0.28 | 0.00 | −2.55 | 0.50% | | |
| Electricity Plants | −82.68 | −1.45 | −8.44 | −29.54 | −9.89 | −12.38 | −1.61 | −2.65 | 65.37 | −0.01 | −83.28 | 16.31% | | 37.13% |
| Combined Heat and Power Plants | −6.75 | | −0.94 | −12.76 | −0.06 | 0 | −0.02 | −1.47 | 6.85 | 5.86 | −9.31 | 1.82% | | 57.72% |
| *Electricity generation (TWh)* | *8698* | *28* | *961* | *4768* | *2756* | *3437* | *450* | *332* | | *2* | *21431* | | | |
| *Share in electricity generation (%)* | *40.58%* | *0.13%* | *4.49%* | *22.25%* | *12.86%* | *16.04%* | *2.10%* | *1.55%* | *0.01%* | | *100.00%* | | | |
| Heat Plants | −4.34 | −0.03 | −0.54 | −3.77 | | | −0.34 | −0.44 | −0.01 | 7.05 | −2.42 | 0.47% | | 83.28% |
| Gas Works | −0.37 | | −0.15 | 0.12 | | | | | | | −0.40 | 0.08% | | 22.79% |
| Oil Refineries | | −164.70 | 162.86 | −0.03 | | | | | | | −1.87 | 0.37% | | 98.86% |
| Coal Transformation | −9.19 | 0.00 | −0.13 | 0.00 | | | | 0.00 | | | −9.33 | 1.83% | | |
| Liquefaction Plants | −0.68 | 0.33 | 0.00 | −0.30 | | | | | | | −0.65 | 0.13% | | 33.69% |
| Other Transformation | 0.00 | 0.01 | −0.01 | −0.09 | | | | −2.22 | | −0.01 | −2.33 | | | 0.30% |
| Energy Industry Own Use | −3.61 | −0.42 | −8.81 | −11.53 | | | −0.01 | −0.56 | −6.10 | −1.43 | −32.46 | 6.36% | | 6.36% |
| Losses | −0.11 | | −0.01 | −1.03 | | | | −0.01 | −6.44 | −0.89 | −8.49 | 1.66% | | 1.66% |
| **Total energy sector** | **−107.73** | **−173.18** | **151.33** | **−58.94** | **−9.95** | **−12.38** | **−1.98** | **−7.35** | **60.02** | **10.56** | **−149.60** | **29.30%** | | |
| *Share of energy sector in TPES by fuels (%)* | *74.03%* | *99.45%* | *7.08%* | *51.61%* | *100.00%* | *100.00%* | *68.00%* | *13.74%* | *8.17%* | *18.21%* | *−29.30%* | | | |
| **Total Final Consumption (TFC)** | **35.72** | **1.44** | **148.02** | **55.19** | **0.00** | **0.00** | **0.92** | **46.14** | **60.35** | **10.60** | **358.37** | **70.20%** | **100.0%** | |
| *Share of energy carriers in TFC (%)* | *9.97%* | *0.40%* | *41.30%* | *15.40%* | *0.00%* | *0.00%* | *0.26%* | *12.87%* | *16.84%* | *2.96%* | *100.00%* | | | |
| Industry | 28.38 | 0.52 | 12.98 | 19.42 | | | 0.02 | 8.20 | 24.26 | 4.61 | 98.39 | 19.27% | 27.46% | |
| Transport | 0.14 | 0.00 | 91.94 | 3.73 | | | | 2.41 | 0.97 | 0.00 | 99.20 | 19.43% | 27.68% | |
| Buildings | 4.25 | 0.03 | 13.13 | 25.15 | | | 0.48 | 35.10 | 31.46 | 5.37 | 114.96 | 22.52% | 32.08% | |
| Agriculture/forestry/fishing | 0.46 | 0.00 | 4.51 | 0.25 | | | 0.03 | 0.31 | 1.58 | 0.14 | 7.29 | 1.43% | 2.03% | |
| Non-Specified | 0.98 | 0.25 | 0.60 | 0.26 | | | 0.39 | 0.11 | 2.07 | 0.49 | 5.15 | 1.01% | 1.44% | |
| Non-Energy Use | 1.51 | 0.63 | 24.87 | 6.38 | | | | | | | 33.38 | 6.54% | 9.32% | |

*Only for fossil fuel-powered generation. Totals may not add up due to rounding.



**Figure 7.2 |** Contribution of energy sources to global and regional primary energy use *increments*. Notes: Modern biomass contributes 40% of the total biomass share. Underlying data from IEA (2012a) for this figure have been converted using the direct equivalent method of accounting for primary energy (see Annex.II.4). Legend: OECD-1990 (OECD-1990), Asia (ASIA), Economies in Transition (EIT), Middle East and Africa (MAF), and Latin America (LAM),total primary energy supply (TPES).

indirect multiplication effects of energy savings from end users. One argument (Bashmakov, 2009) is that in estimating indirect energy efficiency effects, transformation should be done not only for electricity, for which it is regularly performed, but also for district heating as well as for any activity in the energy supply sector, and even for fuels transportation. Based on this argument, global energy savings multiplication factors are much higher if assessed comprehensively and are equal to 1.07 for coal and petroleum products, 4.7 for electricity, and 2.7 for heat.

Between 2000–2010, TPES grew by 27% globally (2.4% per annum), while for the regions it was 79% in Asia, 47% in Middle East and Africa (MAF), 32% in Latin America (LAM), 13% in Economies in Transition (EIT), and it was nearly stable for the countries of the Organisation for Economic Co-operation and Development 1990 (OECD90)[2] (IEA, 2012a). After 2010, global TPES grew slower (close to 2% per annum over 2010–2012) with Asia, MAF, and LAM show-

ing nearly half their 2000–2010 average annual growth rates and declining energy use in EIT and OECD90 (BP, 2013; Enerdata, 2013). Thus all additional energy demand after 2000 was generated outside of the OECD90 (Figure 7.2). The dynamics of the energy markets evolution in Asia differs considerably from the other markets. This region accounted for close to 70% of the global TPES increment in 2000–2010 (over 90% in 2010–2012), for all additional coal demand, about 70% of additional oil demand, over 70% of additional hydro, and 25% of additional wind generation (IEA, 2012a; BP, 2013; Enerdata, 2013). Between 2000–2010, China alone more than doubled its TPES and contributed to over half of the global TPES increment, making it now the leading energy-consuming nation.

Led by Asia, global coal consumption grew in 2000–2010 by over 4% per annum and a slightly slower rate in 2010–2012. Coal contributed 44% of the growth in energy use and this growth alone matched the total increase in global TPES for 1990–2000 (Figure 7.2). Power generation remains the main global coal renaissance driver (US DOE, 2012). China is the leading coal producer (47% of world 2012 production), followed by the United States, Australia, Indonesia, and India (BP,

---

[2]    For regional aggregation, see Annex II.2

**7**

2013). Competitive power markets flexible to gas and coal price spreads are creating stronger links between gas and coal markets driving recent coal use down in the USA, but up in EU (IEA, 2012b).

Although use of liquid fuels has grown in non-OECD countries (mostly in Asia and the MAF), falling demand in the OECD90 has seen oil's share of global energy supply continue to fall in 2000–2012. Meeting demand has required mobilization of both conventional and unconventional liquid supplies. Relatively low transportation costs have given rise to a truly global oil market with 55 % of crude consumption and 28 % of petroleum products being derived from cross-border trade (Table 7.1). The Organization of the Petroleum Exporting Countries (OPEC) in 2012 provided 43 % of the world's total oil supply keeping its share above its 1980 level; 33 % came from the Middle East (BP, 2013). The most significant non-OPEC contributors to production growth since 2000 were Russia, Canada, United States, Kazakhstan, Brazil, and China (GEA, 2012; IEA, 2012b; US DOE, 2012; BP, 2013). Growing reliance on oil imports raises concerns of Asia and other non-OECD regions about oil prices and supply security (IEA, 2012b).

In the global gas balance, the share of unconventional gas production (shale gas, tight gas, coal-bed methane, and biogas) grew to 16 % in 2011 (IEA, 2012c). The shale gas revolution put the United States (where the share of unconventional gas more than doubled since 2000, and reached 67 % in 2011) on top of the list of major contributors to additional (since 2000) gas supply, followed by Qatar, Iran, China, Norway, and Russia (BP, 2013; US DOE, 2013a). Although the 2000–2010 natural gas consumption increments are more widely distributed among the regions than for oil and coal, gas increments in Asia and the MAF dominate. The low energy density of gas means that transmission and storage make up a large fraction of the total supply chain costs, thus limiting market development. Escalation of Liquefied Natural Gas (LNG) markets to 32 % of international gas trade in 2012 (BP, 2013) has, however, created greater flexibility and opened the way to global trade in gas (MIT, 2011). Growth in United States natural gas production and associated domestic gas prices decline have resulted in the switching of LNG supplies to markets with higher prices in South America, Europe, and Asia (IEA, 2012b). Nevertheless, natural gas supply by pipelines still delivers the largest gas volumes in North America and in Europe (US DOE, 2012; BP, 2013).

Renewables contributed 13.5 % of global TPES in 2010 (Table 7.1). The share of renewables in global electricity generation approached 21 % in 2012 (BP, 2013; Enerdata, 2013), making them the third-largest contributor to global electricity production, just behind coal and gas, with large chances to become the second-largest contributor well before 2020. Greatest growth during 2005–2012 occurred in wind and solar with generation from wind increasing 5-fold, and from solar photovoltaic, which grew 25-fold. By 2012, wind power accounted for over 2 % of world electricity production (gaining 0.3 % share each year since 2008). Additional energy use from solar and wind energy was driven mostly by two regions, OECD90 and Asia, with a small contribution

from the rest of the world (IEA, 2012d). In 2012, hydroelectricity supplied 16.3 % of world electricity (BP, 2013).

New post-2000 trends were registered for nuclear's role in global energy systems. In recent years, the share of nuclear energy in world power generation has declined. Nuclear electricity represented 11 % of the world's electricity generation in 2012, down from a high of 17 % in 1993; its contribution to global TPES is declining since 2002 (IEA, 2012b; BP, 2013). Those trends were formed well before the incident at the Fukushima nuclear plants in March 2011 and following revision of policies towards nuclear power by several governments (IEA, 2012e). Growing nuclear contribution to TPES after 2000 was observed only in EIT and Asia (mostly in Russia and China).

Additional information on regional total and per-capita energy consumption and emissions, historic emissions trends and drivers, and embedded (consumption-based) emissions is reported in Chapter 5.

## 7.3 New developments in emission trends and drivers

In 2010, the energy supply sector accounts for 49 % of all energy-related GHG emissions[3] (JRC/PBL, 2013) and 35 % of anthropogenic GHG emissions, up 13 % from 22 % in 1970, making it the largest sectoral contributor to global emissions. According to the Historic Emission Database, Emissions Database for Global Atmospheric Research (EDGAR)/International Energy Agency (IEA) dataset, 2000–2010 global energy supply sector GHG emissions increased by 35.7 % and grew on average nearly 1 % per year faster than global anthropogenic GHG emissions. Despite the UNFCCC and the Kyoto Protocol, GHG emissions grew more rapidly between 2000 and 2010 than in the previous decade. Growth in the energy supply sector GHG emissions accelerated from 1.7 % per year from 1990–2000 to 3.1 % per year from 2000–2010 (Figure 7.3). In 2012, the sector emitted 6 % more than in 2010 (BP, 2013), or over 18 GtCO$_2$eq. In 2010, 43 % of CO$_2$ emissions from fuel combustion were produced from coal, 36 % from oil, and 20 % from gas (IEA, 2012f).

Emissions from electricity and heat generation contributed 75 % of the last decade increment followed by 16 % for fuel production and transmission and 8 % for petroleum refining. Although sector emissions were predominantly CO$_2$, also emitted were methane (of which 31 % is attributed to mainly coal and gas production and transmission), and

---

[3]   The remaining energy-related emissions occur in the consumer sectors (see Figure 7.1). The IEA reports energy sector share at 46 % (IEA, 2012f).



**Figure 7.3** | Energy supply sector GHG emissions by subsectors. Table shows average annual growth rates of emissions over decades and the shares (related to absolute emissions) of different emission sources. Right-hand graph displays contribution of different drivers (POP = population, GDP = gross domestic product, FEC = final energy consumption, TPES = total primary energy supply) to energy supply sector GHG (GHGs) decadal emissions increments. It is based on (IEA, 2012a). The large graph and table are based on the Historic Emission Database EDGAR/IEA dataset (IEA, 2012g; JRC/PBL, 2013).

indirect nitrous oxide (of which 9 % comes from coal and fuel-wood combustion) (IEA, 2012f).[4]

Decomposition analysis (Figure 7.3), shows that population growth contributed 39.7 % of additional sector emissions in 2000–2010, with Gross Domestic Product (GDP) per capita 72.4 %. Over the same period, energy intensity decline (final energy consumption (FEC) per unit of GDP) reduced the emissions increment by 45.4 %. Since electricity production grew by 1 % per year faster than TPES, the ratio of TPES/FEC increased contributing 13.1 % of the additional emissions. Sector carbon intensity relative to TPES was responsible for 20.2 % of additional energy supply sector GHG emissions.

In addition to the stronger TPES growth, the last decade was marked by a lack of progress in the decarbonization of the global fuel mix. With 3.1 % annual growth in energy supply sector emissions, the decade with the strongest-ever mitigation policies was the one with the strongest emissions growth in the last 30 years.

Carbon intensity decline was fastest in OECD90 followed closely by EIT in 1990–2000, and by LAM in 2000–2010 (IEA, 2012a; US DOE, 2012); most developing countries show little or no decarbonization. Energy decarbonization in OECD90 (−0.4 % per annum in 2000–2010) was smaller than the three previous decades, but enough to compensate their small TPES increment keeping 2010 emissions below 2000 levels. In non-OECD90 countries, energy-related emissions increased on average from 1.7 % per year in 1990–2000 to 5.0 % in 2000–2010 due to TPES growth accompanied by a 0.6 % per annum growth in energy carbon intensity, driven largely by coal demand in Asia (IEA, 2012b). As a result, in 2010 non-OECD90 countries' energy supply sector GHG emissions were 2.3fold that for OECD90 countries.

In 1990, OECD90 was the world's highest emitter of energy supply sector GHGs (42 % of the global total), followed by the EIT region (30 %).

---

[4]  As in the case with energy, there is some disagreement on the historical level of global energy- related GHG emissions (See Andres et al., 2012). Moreover, emission data provided by IEA or EDGAR often do not match data from national communications to UNFCCC. For example, Bashmakov and Myshak (2012) argue that EDGAR does not provide adequate data for Russian GHG emissions: according to national communication, energy-related $CO_2$ emissions in 1990–2010 are 37 % down while EDGAR reports only a 28 % decline.

**7**



**Figure 7.4** | Energy supply sector GHG emissions by subsectors and regions: OECD90, ASIA countries, Economies in Transition (EIT), Africa and the Middle East (MAF), and Latin America (LAM). Right-hand graph shows contribution of different regions to decadal emissions increments. Source: Historic Emission Database EDGAR/IEA (IEA, 2012g; JRC/PBL, 2013).

By 2010, Asia had become the major emitter with 41 % share. China's emissions surpassed those of the United States, and India's surpassed Russia's (IEA, 2012f). Asia accounted for 79 % of additional energy supply sector emissions in 1990–2000 and 83 % in 2000–2010, followed well behind by the MAF and LAM regions (Figure 7.4). The rapid increase in energy supply sector GHG emissions in developing Asia was due to the region's economic growth and increased use of fossil fuels. The per-capita energy supply sector GHGs emissions in developing countries are below the global average, but the gap is shrinking, especially for Asia (Figure 7.4). The per-capita energy supply sector $CO_2$ emissions of Asia (excluding China) in 2010 was only 0.75 $tCO_2$, against the world average of 2.06 $tCO_2$, while the 2010 Chinese energy supply sector $CO_2$ emissions per capita of 2.86 $tCO_2$ exceeded the 2.83 $tCO_2$ of OECD-Europe (IEA, 2012f).

Another region with large income-driven energy supply sector GHG emissions in 2000–2010 was EIT, although neutralized by improvements in energy intensity there. This region was the only one that managed to decouple economic growth from energy supply sector emis-

sions; its GDP in 2010 being 10 % above the 1990 level, while energy supply sector GHG emissions declined by 29 % over the same period. Additional information on regional total and per-capita emissions, historic emissions trends and drivers and embedded (consumption based) emissions is reported in Chapter 5.

## 7.4    Resources and resource availability

### 7.4.1    Fossil fuels

Table 7.2 provides a summary of fossil fuel resource estimates in terms of energy and carbon contents. Fossil fuel resources are not fixed; they are a dynamically evolving quantity. The estimates shown span quite a range reflecting the general uncertainty associated with limited knowl-

Table 7.2 | Estimates of fossil reserves and resource, and their carbon content. Source: (Rogner et al. 2012)*.

| | Reserves | | Resources | |
|---|---|---|---|---|
| | [EJ] | [Gt C] | [EJ] | [Gt C] |
| Conventional oil | 4,900–7,610 | 98–152 | 4,170–6,150 | 83–123 |
| Unconventional oil | 3,750–5,600 | 75–112 | 11,280–14,800 | 226–297 |
| Conventional gas | 5,000–7,100 | 76–108 | 7,200–8,900 | 110–136 |
| Unconventional gas | 20,100–67,100 | 307–1,026 | 40,200–121,900 | 614–1,863 |
| Coal | 17,300–21,000 | 446–542 | 291,000–435,000 | 7,510–11,230 |
| Total | 51,050–108,410 | 1,002–1,940 | 353,850–586,750 | 8,543–13,649 |

* Reserves are those quantities able to be recovered under existing economic and operating conditions (BP, 2011); resources are those where economic extraction is potentially feasible (UNECE, 2010a).

edge and boundaries. Changing economic conditions, technological progress, and environmental policies may expand or contract the economically recoverable quantities altering the balance between future reserves and resources.

Coal reserve and resource estimates are subject to uncertainty and ambiguity, especially when reported in mass units (tonnes) and without a clear distinction of their specific energy contents, which can vary considerably. For both reserves and resources, the quantity of hard (black) coal significantly outnumbers the quantity of lignite (brown coal), and despite resources being far greater than reserves, the possibility for resources to cross over to reserves is expected to be limited since coal reserves are likely to last around 100 years at current rates of production (Rogner et al., 2012).

Cumulative past production of *conventional* oil falls between the estimates of the remaining reserves, suggesting that the peak in conventional oil production is imminent or has already been passed (Höök et al., 2009; Owen et al., 2010; Sorrell et al., 2012). Including resources extends conventional oil availability considerably. However, depending on such factors as demand, the depletion and recovery rates achievable from the oil fields (IEA, 2008a; Sorrell et al., 2012), even the higher range in reserves and resources will only postpone the peak by about two decades, after which global conventional oil production is expected to begin to decline, leading to greater reliance on unconventional sources.

Unconventional oil resources are larger than those for conventional oils. Large quantities of these in the form of shale oil, heavy oil, bitumen, oil (tar) sands, and extra-heavy oil are trapped in sedimentary rocks in several thousand basins around the world. Oil prices in excess of $USD_{2010}$ 80/barrel are probably needed to stimulate investment in unconventional oil development (Engemann and Owyang, 2010; Rogner et al., 2012; Maugeri, 2012).

Unlike oil, natural gas reserve additions have consistently outpaced production volumes and resource estimations have increased steadily since the 1970s (IEA, 2011a). The global natural gas resource base is vast and more widely dispersed geographically than oil. Unconven-

tional natural gas reserves, i.e., coal bed methane, shale gas, deep formation and tight gas are now estimated to be larger than conventional reserves and resources combined. In some parts of the world, supply of unconventional gas now represents a significant proportion of gas withdrawals, see Section 7.2.

For climate change, it is the $CO_2$ emitted to the atmosphere from the burning of fossil fuels that matters. When compared to the estimated $CO_2$ budgets of the emission scenarios presented in Chapter 6 (Table 6.2), the estimate of the total fossil fuel reserves and resources contains sufficient carbon, if released, to yield radiative forcing above that required to limit global mean temperature change to less than 2 °C. The scenario analysis carried out in Section 6.3.4 illustrates in detail that the availability of fossil fuels alone will not be sufficient to limit $CO_2$eq concentration to levels such as 450 ppm, 550 ppm, or 650 ppm [Figure 6.15]. Mitigation scenarios are further discussed in Section 7.11 and Chapter 6.

### 7.4.2       Renewable energy

For the purpose of AR5, renewable energy (RE) is defined as in the SRREN (IPCC, 2011a) to include bioenergy, direct solar energy, geothermal energy, hydropower, ocean energy, and wind energy.[5] The technical potential for RE is defined in Verbruggen et al. (2011) as "the amount of renewable energy output obtainable by full implementation of demonstrated technologies or practices." A variety of practical, land use, environmental, and/or economic constraints are sometimes used in estimating the technical potential of RE, but with little uniformity across studies in the treatment of these factors, including costs. Definitions of technical potential therefore vary by study (e.g., Verbruggen et al., 2010), as do the data, assumptions, and methods used to estimate it (e.g., Angelis-Dimakis et al., 2011). There have also been ques-

---

[5] Note that, in practice, the RE sources as defined here are sometimes extracted at a rate that exceeds the natural rate of replenishment (e.g., some forms of biomass and geothermal energy). Most, but not all, RE sources impose smaller GHG burdens than do fossil fuels when providing similar energy services (see Section 7.8.1).

525

tions raised about the validity of some of the 'bottom up' estimates of technical potential for RE that are often reported in the literature, and whether those estimates are consistent with real physical limits (e.g., de Castro et al., 2011; Jacobson and Archer, 2012; Adams and Keith, 2013). Finally, it should be emphasized that technical potential estimates do not seek to address all practical or economic limits to deployment; many of those additional limits are noted at the end of this section, and are discussed elsewhere in Chapter 7.

Though comprehensive and consistent estimates for each individual RE source are not available, and reported RE technical potentials are not always comparable to those for fossil fuels and nuclear energy due to differing study methodologies, the SRREN (IPCC, 2011a) concludes that the aggregated global technical potential for RE as a whole is significantly higher than global energy demands. Figure 7.12 (shown in Section 7.11) summarizes the ranges of global technical potentials as estimated in the literature for the different RE sources, as reported in IPCC (2011a). The technical potential for solar is shown to be the largest by a large magnitude, but sizable potential exists for many forms of RE. Also important is the regional distribution of the technical potential. Though the regional distribution of each source varies (see, e.g., IPCC, 2011a), Fischedick et al. (2011) reports that the technical potential of RE as a whole is at least 2.6 times as large as the 2007 total primary energy demand in all regions of the world.

Considering all RE sources *together*, the estimates reported by this literature suggest that global and regional technical potentials are unlikely to pose a physical constraint on the combined contribution of RE to the mitigation of climate change (also see GEA, 2012). Additionally, as noted in IPCC (2011b), "Even in regions with relatively low levels of technical potential for any individual renewable energy source, there are typically significant opportunities for increased deployment compared to current levels". Moreover, as with other energy sources, all else being equal, continued technological advancements can be expected to increase estimates of the technical potential for RE in the future, as they have in the past (Verbruggen et al., 2011).

Nonetheless, the long-term percentage contribution of some *individual* RE sources to climate change mitigation may be limited by the available technical potential if deep reductions in GHG emissions are sought (e.g., hydropower, bioenergy, and ocean energy), while even RE sources with seemingly higher technical potentials (e.g., solar, wind) will be constrained in certain regions (see Fischedick et al., 2011). Additionally, as RE deployment increases, progressively lower-quality resources are likely to remain for incremental use and energy conversion losses may increase, e.g., if conversion to alternative carriers such as hydrogen is required (Moriarty and Honnery, 2012). Competition for land and other resources among different RE sources may impact aggregate technical potentials, as might concerns about the carbon footprint and sustainability of the resource (e.g., biomass) as well as

materials demands (cf. Annex Bioenergy in Chapter 11; de Vries et al., 2007; Kleijn and van der Voet, 2010; Graedel, 2011). In other cases, economic factors, environmental concerns, public acceptance, and/or the infrastructure required to manage system integration (e.g., investments needed to accommodate variable output or transmit renewable electricity to load centres) are likely to limit the deployment of individual RE technologies before absolute technical resource potential limits are reached (IPCC, 2011a).

### 7.4.3    Nuclear energy

The average uranium (U) concentration in the continental Earth's crust is about 2.8 ppm, while the average concentration in ocean water is 3 to 4 ppb (Bunn et al., 2003). The theoretically available uranium in the Earth's crust is estimated at 100 teratonnes (Tt) U, of which 25 Tt U occur within 1.6 km of the surface (Lewis, 1972). The amount of uranium dissolved in seawater is estimated at 4.5 Gt (Bunn et al., 2003). Without substantial research and development (R&D) efforts to develop vastly improved and less expensive extraction technologies, these occurrences do not represent practically extractable uranium. Current market and technology conditions limit extraction of conventional uranium resources to concentrations above 100 ppm U.

Altogether, there are 4200 EJ (or 7.1 MtU) of identified conventional uranium resources available at extraction costs of less than USD 260/kgU (current consumption amounts to about 53,760 tU per year). Additional conventional uranium resources (yet to be discovered) estimated at some 4400 EJ can be mobilized at costs larger than USD 260/kgU (NEA and IAEA, 2012). Present uranium resources are sufficient to fuel existing demand for more than 130 years, and if all conventional uranium occurrences are considered, for more than 250 years. Reprocessing of spent fuel and recycling of uranium and plutonium in used fuel would double the reach of each category (IAEA, 2009). Fast breeder reactor technology can theoretically increase uranium utilization 50-fold or even more with corresponding reductions in high-level waste (HLW) generation and disposal requirements (IAEA, 2004). However, reprocessing of spent fuel and recycling is not economically competitive below uranium prices of $USD_{2010}$ 425/kgU (Bunn et al., 2003). Thorium is a widely distributed slightly radioactive metal. Although the present knowledge of the world's thorium resource base is poor and incomplete, it is three to four times more abundant than uranium in the Earth's outer crust (NEA, 2006). Identified thorium resource availability is estimated at more than 2.5 Mt at production costs of less than $USD_{2010}$ 82/kgTh (NEA, 2008).

Further information concerning reactor technologies, costs, risks, co-benefits, deployment barriers and policy aspects can be found in Sections 7.5.4, 7.8.2, 7.9, 7.10, and 7.12, respectively.

# 7.5    Mitigation technology options, practices and behavioral aspects

Climate change can only be mitigated and global temperature be stabilized when the total amount of $CO_2$ emitted is limited and emissions eventually approach zero (Allen et al., 2009; Meinshausen et al., 2009). Options to reduce GHG emissions in the energy supply sector reduce the lifecycle GHG-emissions intensity of a unit of final energy (electricity, heat, fuels) supplied to end users. Section 7.5 therefore addresses options to replace unabated fossil fuel usage with technologies without direct GHG emissions, such as renewable and nuclear energy sources, and options to mitigate GHG emissions from the extraction, transport, and conversion of fossil fuels through increased efficiency, fuel switching, and GHG capture. In assessing the performance of these options, lifecycle emissions have to be considered. Appropriate policies need to be in place to ensure that the adoption of such options leads to a reduction and ultimate phaseout of freely emitting (i.e., unabated) fossil technologies and not only to reduced additional energy consumption, as indicated in Section 7.12.

Options discussed in this section put some emphasis on electricity production, but many of the same options could be used to produce heat or transport fuels or deliver heating and transportation services through electrification of those demands. The dedicated provision of transport fuels is treated in Chapter 8, of heat for buildings is covered in Chapter 9, and of heat for industrial processes in Chapter 10. Options to reduce final energy demand are addressed in Chapters 8–12. Options covered in this section mainly address technology solutions. Behavioural issues in the energy supply sector often concern the selection of and investment in technology, and these issues are addressed in Sections 7.10, 7.11, and 7.12. Costs and emission-reduction potentials associated with the options are discussed in Section 7.8, whereas co-benefits and risks are addressed in Section 7.9.

## 7.5.1    Fossil fuel extraction, conversion, and fuel switching

Several important trends shape the opportunity to mitigate emissions associated with the extraction, transport, and conversion of fossil fuels: (1) new technologies that make accessible substantial reservoirs of shale gas and unconventional oil; (2) a renewed focus on fugitive methane emissions, especially those associated with gas production; (3) increased effort required to find and extract oil; and (4) improved technologies for energy efficiency and the capture or prevention of methane emissions in the fuel supply chain. Carbon dioxide capture technologies are discussed in Section 7.5.5.

A key development since AR4 is the rapid deployment of hydraulic-fracturing and horizontal-drilling technologies, which has increased and diversified the gas supply and allowed for a more extensive switching of power and heat production from coal to gas (IEA, 2012b); this is an important reason for a reduction of GHG emissions in the United States. At the same time, the increasing utilization of gas has raised the issue of fugitive emissions of methane from both conventional and shale gas production. While some studies estimate that around 5 % of the produced gas escapes in the supply chain, other analyses estimate emissions as low as 1 % (Stephenson et al., 2011; Howarth et al., 2011; Cathles et al., 2012). Central emission estimates of recent analyses are 2 %—3 % (+/−1 %) of the gas produced, where the emissions from conventional and unconventional gas are comparable (Jaramillo et al., 2007; O'Sullivan and Paltsev, 2012; Weber and Clavin, 2012). Fugitive emissions depend to a significant degree on whether low-emission practices, such as the separation and capture of hydrocarbons during well completion and the detection and repair of leaks throughout gas extraction and transport, are mandated and how they are implemented in the field (Barlas, 2011; Wang et al., 2011; O'Sullivan and Paltsev, 2012). Empirical research is required to reduce uncertainties and to better understand the variability of fugitive gas emissions (Jackson et al., 2013) as well as to provide a more-global perspective. Recent empirical research has not yet resolved these uncertainties (Levi, 2012; Petron et al., 2012). The main focus of the discussion has been drilling, well completion, and gas product, but gas grids (Ryerson et al., 2013) and liquefaction (Jaramillo et al., 2007) are also important.

There has also been some attention to fugitive emissions of methane from coal mines (Su et al., 2011; Saghafi, 2012) in connection with opportunities to capture and use or treat coal-seam gas (Karacan et al., 2011). Emission rates vary widely based on geological factors such as the age of the coal and previous leakage from the coal seam (Moore, 2012).

Taking into account revised estimates for fugitive methane emissions, recent lifecycle assessments indicate that specific GHG emissions are reduced by one half (on a per-kWh basis) when shifting from the current world-average coal-fired power plant to a modern natural gas combined-cycle (NGCC) power plant, evaluated using the 100-year global warming potentials (GWP) (Burnham et al., 2012), as indicated in Figure 7.6 (Section 7.8). This reduction is the result of the lower carbon content of natural gas (15.3 gC/MJ compared to, e.g., 26.2 gC/MJ for sub-bituminous coal) and the higher efficiency of combined-cycle power plants (IEA, 2011a). A better appreciation of the importance of fugitive emissions in fuel chains since AR4 has resulted in a downward adjustment of the estimated benefit from fuel switching. More modest emissions reductions result when shifting from current average coal plants to the best available coal technology or less-advanced gas power plants. Climate mitigation consistent with the Cancun Agreement requires a reduction of emissions rates below that of NGCC plants by the middle of this century (Figure 7.7, Section 7.8.2 and Figure 7.9, Section 7.11), but natural gas may play a role as a transition fuel in combination with variable renewable sources (Levi, 2013).

**7**

Combined heat and power (CHP) plants are capable of recovering a share of the waste heat that is otherwise released by power plants that generate only electricity. The global average efficiency of fossil-fuelled power plants is 37%, whereas the global average efficiency of CHP units is 58% if both power and the recovered heat are taken into account (see Table 7.1 in 7.2). State of the art CHP plants are able to approach efficiencies over 85% (IEA, 2012b). The usefulness of decentralized cogeneration units is discussed in (Pehnt, 2008). Further emissions reductions from fossil fuel systems are possible through $CO_2$ capture and storage (Section 7.5.5).

Producing oil from unconventional sources and from mature conventional oil fields requires more energy than producing it from virgin conventional fields (Brandt and Farrell, 2007; Gagnon, Luc et al., 2009; Lechtenböhmer and Dienst, 2010). Literature indicates that the net energy return on investment has fallen steadily for conventional oil to less than 10 GJ/GJ (Guilford et al.; Brandt et al., 2013). For oil sands, the net energy return ratio of the product delivered to the customer is about 3 GJ/GJ invested (Brandt et al., 2013), with similar values expected for oil shale (Dale et al., 2013). As a result, emissions associated with synthetic crude production from oil sands are higher than those from most conventional oil resources (Charpentier et al., 2009; Brandt, 2011). These emissions are related to extra energy requirements, fugitive emissions from venting and flaring (Johnson and Coderre, 2011), and land use (Rooney et al., 2012). Emissions associated with extraction of oil sands and refining to gasoline are estimated to be 35–55 $gCO_2eq/MJ$ fuel, compared to emissions of 20 $gCO_2eq/MJ$ for the production and refining of regular petroleum and 70 $gCO_2eq/MJ$ associated with combusting this fuel (Burnham et al., 2012). Overall, fossil fuel extraction and distribution are currently estimated to contribute 5%–10% of total fossil-fuel-related GHG emissions (Alsalam and Ragnauth, 2011; IEA, 2011a; Burnham et al., 2012). Emissions associated with fuel production and transmission can be reduced through higher energy efficiency and the use of lower-carbon energy sources in mines, fields, and transportation networks (IPIECA and API, 2007; Hasan et al., 2011), the capture and utilization (UNECE, 2010b), or treatment (US EPA, 2006; IEA, 2009a; Karacan et al., 2011; Karakurt et al., 2011; Su et al., 2011) of methane from coal mining, the reduction of venting and flaring from oil and gas production (IPIECA and API, 2009; Johnson and Coderre, 2011), and leak detection and repair for natural gas systems (Goedbloed, 2011; Wilwerding, 2011).

## 7.5.2    Energy efficiency in transmission and distribution

Electrical losses associated with the high-voltage transmission system are generally less than losses within the lower-voltage distribution system mainly because the total length of transmission lines is far less than that for distribution in most power systems, and that currents and thus losses are lower at high voltages. These losses are due to a combination of cable or line losses and transformer losses and vary with the nature of the power system, particularly its geographical layout. Losses

as a fraction of power generated vary considerably between countries, with developed countries tending to have lower losses, and a number of developing countries having losses of over 20% in 2010 according to IEA online data (IEA, 2010a). Combined transmission and distribution losses for the OECD countries taken together were 6.5% of total electricity output in 2000 (IEA, 2003a), which is close to the EU average (European Copper Institute, 1999).

Approximately 25% of all losses in Europe, and 40% of distribution losses, are due to distribution transformers (and these losses will be similar in OECD countries); therefore, use of improved transformer designs can make a significant impact (see European Copper Institute, 1999 and in particular Appendix A therein). Roughly a further 25% of losses are due to the distribution system conductors and cables. An increase in distributed generation can reduce these losses since generation typically takes place closer to loads than with central generation and thus the electricity does not need to travel so far (Méndez Quezada et al., 2006; Thomson and Infield, 2007). However, if a large amount of distributed power generation is exported back into the main power system to meet more distant loads, then losses can increase again. The use of greater interconnection to ease the integration of time varying renewables into power systems would be expected to increase the bulk transfer of power over considerable distances and thus the losses (see Section 7.6.1). High-voltage direct current transmission (HVDC) has the potential to reduce transmission losses and is cost-effective for very long above-ground lines. However, sub-sea HVDC has lower losses over 55 to 70 kms (Barberis Negra et al., 2006) and will most likely be used for the connection of large offshore wind farms due to the adverse reactive power characteristics of long sub-sea alternating current (AC) transmission cables.

Crude oil transportation from upstream production facilities to refineries and subsequent moving of petroleum products to service stations or end user is an energy-consuming process if it is not effectively performed (PetroMin Pipeliner, 2010). Pipelines are the most efficient means to transport fluids. Additives can ease the flow of oil and reduce the energy used (Bratland, 2010). New pumps technology, pipeline pigging facilities, chemicals such as pour point depressants (for waxy crude oil), and drag-reducing agents are good examples of these technologies that increase the pipeline throughput.

Finally, it is worth noting that the decarbonization of heat through heat pumps and transport through an increased use of electric vehicles (EVs), could require major additions to generation capacity and aligned with this, an improved transmission and distribution infrastructure. Exactly how much will depend on whether these new loads are controlled and rescheduled through the day by demand-side management (see Section 8.3.4.2 for more detail).

## 7.5.3    Renewable energy technologies

Only a small fraction of the renewable energy (RE) technical potential has been tapped so far (see Section 7.4.2; IPCC 2011a), and most—but

not all—forms of RE supply have low lifecycle GHG emissions in comparison to fossil fuels (see Section 7.8.1). Though RE sources are often discussed together as a group, the specific conversion technologies used are numerous and diverse. A comprehensive survey of the literature is available in IPCC (2011a). Renewable energy sources are capable of supplying electricity, and some sources are also able to supply thermal and mechanical energy, as well as produce fuels that can satisfy multiple energy service needs (Moomaw et al., 2011b).

Many RE sources are primarily deployed within larger, centralized energy networks, but some technologies can be—and often are—deployed at the point of use in a decentralized fashion (Sathaye et al., 2011; Sims et al., 2011; REN21, 2013). The use of RE in the transport, buildings, and industrial sectors—as well as in agriculture, forestry, and human settlements—is addressed more fully in Chapters 8–12.

Fischedick et al. (2011) find that, while there is no obvious single dominant RE technology likely to be deployed at a global level, bioenergy, wind, and solar may experience the largest incremental growth. The mix of RE technologies suited to a specific location, however, will depend on local conditions, with hydropower and geothermal playing a significant role in certain countries.

Because some forms of RE are primarily used to produce electricity (e.g., Armaroli and Balzani, 2011), the ultimate contribution of RE to overall energy supply may be dictated in part by the future electrification of transportation and heating/cooling or by using RE to produce other energy carriers, e.g., hydrogen (Sims et al., 2011; Jacobson and Delucchi, 2011; see also other chapters of AR5).

The performance and cost of many RE technologies have advanced substantially in recent decades and since AR4 (e.g., IPCC, 2011a; Arent et al., 2011). For example, improvements in photovoltaic (PV) technologies and manufacturing processes, along with changed market conditions (i.e., manufacturing capacity exceeding demand) and reduced non-hardware costs, have substantially reduced PV costs and prices. Continued increases in the size and therefore energy capture of individual wind turbines have reduced the levelized cost of land-based wind energy and improved the prospects for future reductions in the cost of offshore wind energy. Concentrated solar thermal power (CSP) technologies, some together with thermal storage or as gas/CSP hybrids, have been installed in a number of countries. Research, development, and demonstration of enhanced geothermal systems has continued, enhancing the prospects for future commercial deployments. Performance improvements have also been made in cropping systems, logistics, and multiple conversion technologies for bioenergy (see 11.13). IPCC (2011a) provides further examples from a broader array of RE technologies.

As discussed in IPCC (2011a), a growing number of RE technologies have achieved a level of technical and economic maturity to enable deployment at significant scale (with some already being deployed at significant scale in many regions of the world), while others are less mature and not yet widely deployed. Most hydropower technologies, for example, are technically and economically mature. Bioenergy technologies, meanwhile, are diverse and span a wide range; examples of mature technologies include conventional biomass-fuelled power plants and heating systems as well as ethanol production from sugar and starch, while many lignocellulose-based transport fuels are at a pre-commercial stage (see Section 11.13). The maturity of solar energy ranges from the R&D stage (e.g., fuels produced from solar energy), to relatively more technically mature (e.g., CSP), to technically mature (e.g., solar heating and wafer-based silicon PV); however, even the technologies that are more technically mature have not all reached a state of economic competitiveness. Geothermal power and heat technologies that rely on hydrothermal resources use mature technologies (though reservoir risks remain substantial), whereas enhanced geothermal systems continue to undergo R&D with some limited demonstration plants now deployed. Except for certain types of tidal barrages, ocean energy technologies are also at the demonstration phase and require additional R&D. Traditional land-based wind technologies are mature, while the use of wind energy in offshore locations is increasing but is typically more costly than land-based wind.

With regard to traditional biomass, the conversion of wood to charcoal in traditional kilns results in low-conversion efficiencies. A wide range of interventions have tried to overcome this challenge by promoting more efficient kilns, but the adoption rate has been limited in many countries, particularly in sub-Saharan Africa (Chidumayo and Gumbo, 2013). Although not yielding large GHG savings in global terms, increasing the efficiency of charcoal production offers local benefits such as improved charcoal delivery and lower health and environmental impacts (FAO, 2010).

Because the cost of energy from many (but not all) RE technologies has historically been higher than market energy prices (e.g. Fischedick et al., 2011; Section 7.8), public R&D programmes have been important, and government policies have played a major role in defining the amount and location of RE deployment (IEA, 2011b; Mitchell et al., 2011; REN21, 2013). Additionally, because RE relies on natural energy flows, some (but not all) RE technologies must be located at or near the energy resource, collect energy from diffuse energy flows, and produce energy output that is variable and—though power-output forecasting has improved—to some degree unpredictable (IPCC, 2011b).

The implications of these characteristics for infrastructure development and network integration are addressed in Section 7.6.1.

Renewable energy currently constitutes a relatively small fraction of global energy supply, especially if one excludes traditional biomass. However, RE provided almost 21 % of global electricity supply in 2012, and RE deployment has increased significantly since the AR4 (see Section 7.2). In 2012, RE power capacity grew rapidly: REN21 (2013) reports that RE accounted for just over half of the new electricity-gen-





**Figure 7.5** | Selected indicators of recent global growth in RE deployment (REN21, 2013). Note: A better metric of the relative contribution of RE would be based on energy supply, not installed capacity, especially because of the relatively low capacity factors of some RE sources. Energy supply statistics for power plants constructed in the most recent years, however, are not available.

erating capacity added globally in 2012.[6] As shown in Figure 7.5, the fastest-growing sources of RE power capacity included wind power (45 GW added in 2012), hydropower (30 GW), and PV (29 GW).[7]

In aggregate, the growth in cumulative renewable electricity capacity equalled 8% from 2010 to 2011 and from 2011 to 2012 (REN21, 2013). Biofuels accounted for 3.4% of global road transport fuel demand in 2012 (REN21, 2013); though growth was limited from 2010 to 2012, growth since the IPCC's AR4 has been substantial. By the end of 2012, the use of RE in hot water/heating markets included 293 GWth of modern biomass, 255 GWth of solar, and 66 GWth of geothermal heating (REN21, 2013).

Collectively, developing countries host a substantial fraction of the global renewable electricity generation capacity, with China adding more capacity than any other country in 2012 (REN21, 2013). Cost reductions for PV have been particularly sizable in recent years, resulting in and reflecting strong percentage growth rates (albeit from a small base), with the majority of new installations through 2012 coming from Europe (and to a lesser degree Asia and North America) but with manufacturing shifting to Asia (REN21, 2013; see also Section 7.8). The United States and Brazil accounted for 61% and 26%, respectively, of global bioethanol production in 2012, while China led in the use of solar hot water (REN21, 2013).

Decentralized RE to meet rural energy needs, particularly in the less-developed countries, has also increased, including various modern and advanced traditional biomass options as well as small hydropower, PV, and wind, thereby expanding and improving energy access (IPCC, 2011a; REN21, 2013).

### 7.5.4    Nuclear energy

Nuclear energy is utilized for electricity generation in 30 countries around the world (IAEA, 2013a). There are 434 operational nuclear reactors with a total installed capacity of 371 GWe as of September 2013 (IAEA, 2013a). Nuclear electricity represented 11% of the world's electricity generation in 2012, with a total generation of 2346 TWh (IAEA, 2013b). The 2012 share of global nuclear electricity generation is down from a high of 17% in 1993 (IEA, 2012b; BP, 2013). The United States, France, Japan, Russia, and Korea (Rep. of)—with 99, 63, 44, 24, and 21 GW$_e$ of nuclear power, respectively—are the top five countries in installed nuclear capacity and together represent 68% of total global nuclear capacity as of September 2013 (IAEA, 2013a). The majority of the world's reactors are based on light-water technology of similar concept, design, and fuel cycle. Of the reactors worldwide, 354 are light-water reactors (LWR), of which 270 are pressurized water reactors (PWR) and 84 are boiling water reactors (BWR) (IAEA, 2013a). The remaining reactor types consist of 48 heavy-water reactors (PHWR), 15 gas-cooled reactors (GCR), 15 graphite-moderated reactors (RBMK/LWGR), and 2 fast breeder reactors (FBR) (IAEA, 2013a). The choice of reactor technologies has implications for safety, cost, and nuclear fuel cycle issues.

Growing demand for electricity, energy diversification, and climate change mitigation motivate the construction of new nuclear reactors.

---

[6]   A better metric would be based on energy supply, not installed capacity, especially because of the relatively low capacity factors of some RE sources. Energy supply statistics for power plants constructed in 2012, however, are not available.

[7]   REN21 (2013) estimates that biomass power capacity increased by 9 GW in 2012, CSP by 1 GW, and geothermal power by 0.3 GW.

The electricity from nuclear power does not contribute to direct GHG emissions. There are 69 reactors, representing 67 GWe of capacity, currently under construction in 14 countries (IAEA, 2013a). The bulk of the new builds are in China, Russia, India, Korea (Rep. of), and the United States—with 28, 10, 7, 5, and 3 reactors under construction, respectively (IAEA, 2013a). New reactors consist of 57 PWR, 5 PHWR, 4 BWR, 2 FBR, and one high-temperature gas-cooled reactor (HTGR) (IAEA, 2013a).

Commercial reactors currently under construction—such as the Advanced Passive-1000 (AP-1000, USA-Japan), Advanced Boiling Water Reactor (ABWR, USA-Japan), European Pressurized Reactor (EPR, France), Water-Water Energetic Reactor-1200 (VVER-1200, Russia), and Advanced Power Reactor-1400 (APR-1400, Rep. of Korea)—are Gen III and Gen III+ reactors that have evolutionary designs with improved active and passive safety features over the previous generation of reactors (Cummins et al., 2003; IAEA, 2006; Kim, 2009; Goldberg and Rosner, 2011).

Other more revolutionary small modular reactors (SMR) with additional passive safety features are under development (Rosner and Goldberg, 2011; IAEA, 2012a; Vujic et al., 2012; World Nuclear Association, 2013). The size of these reactors is typically less than 300 MWe, much smaller than the 1000 MWe or larger size of current LWRs. The idea of a smaller reactor is not new, but recent SMR designs with low power density, large heat capacity, and heat removal through natural means have the potential for enhanced safety (IAEA, 2005a, 2012a). Additional motivations for the interest in SMRs are economies of manufacturing from modular construction techniques, shorter construction periods, incremental power capacity additions, and potential for improved financing (Rosner and Goldberg, 2011; Vujic et al., 2012; World Nuclear Association, 2013). Several SMR designs are under consideration. Light-water SMRs are intended to rely on the substantial experience with current LWRs and utilize existing fuel-cycle infrastructure. Gas-cooled SMRs that operate at higher temperatures have the potential for increased electricity generation efficiencies relative to LWRs and industrial applications as a source of high-temperature process heat (EPRI, 2003; Zhang et al., 2009). A 210 MWe demonstration high-temperature pebble-bed reactor (HTR-PM) is under construction in China (Zhang et al., 2009). While several countries have interest in the development of SMRs, their widespread adoption remains uncertain.

The choice of the nuclear fuel cycle has a direct impact on uranium resource utilization, nuclear proliferation, and waste management. The use of enriched uranium fuels for LWRs in a once-through fuel cycle dominates the current nuclear energy system. In this fuel cycle, only a small portion of the uranium in the fuel is utilized for energy production, while most of the uranium remains unused. The composition of spent or used LWR fuel is approximately 94% uranium, 1% plutonium, and 5% waste products (ORNL, 2012). The uranium and converted plutonium in the spent fuel can be used as new fuel through reprocessing. While the ultimate availability of natural uranium resources is uncertain (see Section 7.4.3), dependence on LWRs and the once-through fuel cycle implies greater demand for natural uranium. Transition to ore grades of lower uranium concentration for increasing uranium supply could result in higher extraction costs (Schneider and Sailor, 2008). Uranium ore costs are a small component of nuclear electricity costs, however, so higher uranium extraction cost may not have a significant impact on the competitiveness of nuclear power (IAEA, 2012b).

The necessity for uranium enrichment for LWRs and the presence of plutonium in the spent fuel are the primary proliferation concerns. There are differing national policies for the use or storage of fissile plutonium in the spent fuel, with some nations electing to recycle plutonium for use in new fuels and others electing to leave it intact within the spent fuel (IAEA, 2008a). The presence of plutonium and minor actinides in the spent fuel leads to greater waste-disposal challenges as well. Heavy isotopes such as plutonium and minor actinides have very long half-lives, as high as tens to hundreds of thousands of years (NRC, 1996), which require final waste-disposal strategies to address safety of waste disposal on such great timescales. Alternative strategies to isolate and dispose of fission products and their components apart from actinides could have significant beneficial impact on waste-disposal requirements (Wigeland et al., 2006). Others have argued that separation and transmutation of actinides would have little or no practical benefit for waste disposal (NRC, 1996; Bunn et al., 2003).

Alternative nuclear fuel cycles, beyond the once-through uranium cycle, and related reactor technologies are under investigation. Partial recycling of used fuels, such as the use of mixed-oxide (MOX) fuels where U-235 in enriched uranium fuel is replaced with recycled or excess plutonium, is utilized in some nations to improve uranium resource utilization and waste-minimization efforts (OECD and NEA, 2007; World Nuclear Association, 2013). The thorium fuel cycle is an alternative to the uranium fuel cycle, and the abundance of thorium resources motivates its potential use (see Section 7.4.3). Unlike natural uranium, however, thorium does not contain any fissile isotopes. An external source of fissile material is necessary to initiate the thorium fuel cycle, and breeding of fissile U-233 from fertile Th-232 is necessary to sustain the fuel cycle (IAEA, 2005b).

Ultimately, full recycling options based on either uranium or thorium fuel cycles that are combined with advanced reactor designs—including fast and thermal neutron spectrum reactors—where only fission products are relegated as waste can significantly extend nuclear resources and reduce high-level wastes (GIF, 2002, 2009; IAEA, 2005b). Current drawbacks include higher economic costs, as well as increased complexities and the associated risks of advanced fuel cycles and reactor technologies. Potential access to fissile materials from widespread application of reprocessing technologies further raises proliferation concerns. The advantages and disadvantages of alternative reprocessing technologies are under investigation.

There is not a commonly accepted, single worldwide approach to dealing with the long-term storage and permanent disposal of high-level waste. Regional differences in the availability of uranium ore and land resources, technical infrastructure and capability, nuclear fuel cost, and societal

**7**

acceptance of waste disposal have resulted in alternative approaches to waste storage and disposal. Regardless of these differences and the fuel cycle ultimately chosen, some form of long-term storage and permanent disposal, whether surface or geologic (subsurface), is required.

There is no final geologic disposal of high-level waste from commercial nuclear power plants currently in operation, but Finland and Sweden are the furthest along in the development of geologic disposal facilities for the direct disposal of spent fuel (Posiva Oy, 2011, 2012; SKB, 2011). In Finland, construction of the geologic disposal facility is in progress and final disposal of spent fuel is to begin in early 2020 (Posiva Oy, 2012). Other countries, such as France and Japan, have chosen to reprocess spent fuel to use the recovered uranium and plutonium for fresh fuel and to dispose of fission products and other actinides in a geologic repository (OECD and NEA, 2007; Butler, 2010). Yet others, such as Korea (Rep. of), are pursuing a synergistic application of light and heavy water reactors to reduce the total waste by extracting more energy from used fuels (Myung et al., 2006). In the United States, waste-disposal options are currently under review with the termination of the Yucca Mountain nuclear waste repository in Nevada (CRS, 2012). Indefinite dry cask storage of high-level waste at reactor sites and interim storage facilities are to be pursued until decisions on waste disposal are resolved.

The implementation of climate change mitigation policies increases the competiveness of nuclear energy technologies relative to other technology options that emit GHG emissions (See 7.11, Nicholson et al., 2011). The choice of nuclear reactor technologies and fuel cycles will affect the potential risks associated with an expanded global response of nuclear energy in addressing climate change.

Nuclear power has been in use for several decades. With low levels of lifecycle GHG emissions (see Section 7.8.1), nuclear power contributes to emissions reduction today and potentially in the future. Continued use and expansion of nuclear energy worldwide as a response to climate change mitigation require greater efforts to address the safety, economics, uranium utilization, waste management, and proliferation concerns of nuclear energy use (IPCC, 2007, Chapter 4; GEA, 2012).

Research and development of the next-generation nuclear energy system, beyond the evolutionary LWRs, is being undertaken through national and international efforts (GIF, 2009). New fuel cycles and reactor technologies are under investigation in an effort to address the concerns of nuclear energy use. Further information concerning resources, costs, risks and co-benefits, deployment barriers, and policy aspects can be found in Sections 7.4.3, 7.8.2, 7.9, 7.10, and 7.12.

### 7.5.5   Carbon dioxide capture and storage (CCS)

As of mid-2013, CCS has not yet been applied at scale to a large, commercial fossil-fired power generation facility. However, all of the components of integrated CCS systems exist and are in use today by the hydrocarbon exploration, production, and transport, as well as the petrochemical refining sectors.

A 'complete end-to-end CCS system' captures $CO_2$ from large (e.g., typically larger than 0.1 $MtCO_2$/year) stationary point sources (e.g., hydrocarbon-fuelled power plants, refineries, cement plants, and steel mills), transports and injects the compressed $CO_2$ into a suitable deep (typically more than 800 m below the surface) geologic structure, and then applies a suite of measurement, monitoring, and verification (MMV) technologies to ensure the safety, efficacy, and permanence of the captured $CO_2$'s isolation from the atmosphere (IPCC, 2005; Herzog, 2011). As of mid 2013, five large end-to-end commercial CCS facilities were in operation around the world. Collectively, they have stored more than 30 $MtCO_2$ over their lifetimes (Eiken et al., 2011; Whittaker et al., 2011; MIT, 2013). All of them capture a high-purity $CO_2$ stream from industrial (i.e., non-electricity-generating) facilities such as natural gas processing plants. The near-term deployment of CCS is likely to arise in just these kinds of industrial facilities that produce high-purity (which connotes relatively inexpensive to capture) $CO_2$ waste streams that would otherwise be vented to the atmosphere and/or in situations where the captured $CO_2$ can be used in a value-added manner as is the case with $CO_2$-driven tertiary hydrocarbon recovery (IPCC, 2005; Bakker et al., 2010; Vergragt et al., 2011).

In the long term, the largest market for CCS systems is most likely found in the electric power sector, where the cost of deploying CCS (measured on a USD/$tCO_2$ basis) will be much higher and, as a result, will be done solely for the purpose of isolating anthropogenic $CO_2$ from the atmosphere. However, this is unlikely to occur without sufficiently stringent limits on GHG emissions to make it economic to incur these additional costs, regulatory mandates that would require the use of CCS (for example, on new facilities), or sufficient direct or indirect financial support (IPCC, 2005; Herzog, 2011).

Research aimed at improving the performance and cost of $CO_2$ capture systems for the electric power sector is significant across three broad classes of $CO_2$ capture technologies: pre-combustion (Rubin et al., 2007; Figueroa et al., 2008), post-combustion (Lin and Chen, 2011; Padurean et al., 2011; Versteeg and Rubin, 2011), and oxyfuel capture (Scheffknecht et al., 2011; Wall et al., 2011).

The risks associated with a large-scale deployment of CCS technologies include concerns about the lifecycle toxicity of some capture solvents (IEAGHG, 2010; Korre et al., 2010; Corsten et al., 2013), the operational safety and long-term integrity of $CO_2$ storage sites (Birkholzer et al., 2009; Oruganti and Bryant, 2009; Juanes et al., 2010, 2012; Morris et al., 2011; Mazzoldi et al., 2012), as well as risks associated with $CO_2$ transport via dedicated pipelines (Aines et al., 2009; Mazzoldi et al., 2012).

There is, however, a growing body of literature on how to minimize capture risks and to ensure the integrity of $CO_2$ wells (Carey et al.,

2007, 2010; Jordan and Benson, 2009; Crow et al., 2010; Zhang and Bachu, 2011; Matteo and Scherer, 2012), as well as on using detailed measurement, monitoring, and verification data to lower the threshold for detecting any leakage out of the intended injection zone (Hovorka et al., 2006; Gilfillan et al., 2009; Jordan and Benson, 2009; Eiken et al., 2011). The literature is also quantifying potential consequences of a pressure buildup within a formation caused by $CO_2$ storage such as induced seismicity (Juanes et al., 2012; Mazzoldi et al., 2012; NAS, 2013a), the potential human health impacts (Roberts et al., 2011; de Lary et al., 2012; Atchley et al., 2013), and environmental consequences from $CO_2$ that might migrate out of the primary injection zone (Gaus, 2010; Romanak et al., 2012; Zheng et al., 2012) as well as mechanisms for actively managing the storage formation such as withdrawing formation waters to reduce pressure buildup (Esposito and Benson, 2012; Réveillère et al., 2012; Sullivan et al., 2013).

The deployment of CCS at a scale of 100s of $GtCO_2$ over the course of this century (which is consistent with the stabilization scenarios described in Chapter 6 and in Section 7.11) would imply that large, regional, deep-geologic basins would have to accommodate multiple large-scale $CO_2$ injection projects (Bachu, 2008; Nicot, 2008; Birkholzer and Zhou, 2009; Juanes et al., 2010) while taking into account other industrial activities in the region that could impact the integrity of $CO_2$ storage reservoirs (Elliot and Celia, 2012). The peer-reviewed literature that has looked at these large CCS deployment scenarios stress the need for good $CO_2$ storage site selection that would explicitly address the cumulative far-field pressure effects from multiple injection projects in a given basin.

A considerable body of practical engineering and scientific knowledge has been generated from the first five large-scale, complete CCS deployments as well as from numerous smaller-scale CCS field experiments and technology demonstrations (Cavanagh et al., 2010; IEAGHG, 2011; NETL, 2012). In particular, a key advance has been the field testing of MMV technologies to monitor injected $CO_2$ in a variety of settings. These real-world MMV deployments are the beginnings of a broader portfolio of MMV technologies that can be matched to site-specific geology and project- and jurisdiction-specific MMV needs (Mathieson et al., 2010; Vasco et al., 2010; Sato et al., 2011). The value of high-quality MMV data is becoming clearer as these data allow for the active management of a geologic $CO_2$ storage formation and can provide operators and regulators with the ability to detect possible leakage out of the target formation at low levels, which, in turn, can reduce the probability and magnitude of adverse events (Dooley et al., 2010; Torvanger et al., 2012; Buscheck et al., 2012; Schloemer et al., 2013).

As noted by Bachu (2008), Krevor et al., (2012), and IPCC (2005), there are a number of key physical and chemical processes that work in concert to help ensure the efficacy of deep-geologic $CO_2$ storage over time. The accumulated knowledge from the five commercial CCS facilities mentioned above, from many smaller field experiments and technology demonstrations, and from laboratory-based research suggests a

declining long-term risk profile for $CO_2$ stored in deep-geologic reservoirs once active $CO_2$ injection into the reservoir has ceased (Hovorka et al., 2006; Gilfillan et al., 2009; Jordan and Benson, 2009). Torvanger et al. (2012) builds upon this accumulated knowledge and concludes, "only in the most unfortunate conditions could such $CO_2$ escape [from deep-geologic $CO_2$ storage reservoirs and] compromise [humanity's ability to not exceed a] maximum 2.5 °C warming."

Further information concerning transport risks, costs, deployment barriers, and policy aspects can be found in Sections 7.6.4, 7.8.2, 7.10, and 7.12, respectively. The use of CCS in the industrial sector is described in Section 10.4.

The direct $CO_2$ emissions from biogenic feedstock combustion broadly correspond to the amount of atmospheric $CO_2$ sequestered through the growth cycle of bioenergy production.[8] A net removal of atmospheric $CO_2$ therefore would result, once the direct emissions are captured and stored using CCS technologies (see Section 11.13, Figure 11.22). As a consequence, a combination of bio-energy and CCS (BECCS) generally will result in net negative emissions (see IEA, 2011c, 2012c; IEAGHG, 2011). Currently, two small-scale examples of commercial precursors to BECCS are capturing $CO_2$ emissions from ethanol production facilities for enhanced oil recovery in close-proximity facilities (DiPietro and Balash, 2012).

BECCS is one of the few technologies that is capable of removing past $CO_2$ emissions remaining in the atmosphere. As this enhances the 'when' (i.e., temporal) flexibility during the design of mitigation scenarios considerably, BECCS plays a prominent role in many of the low-stabilization pathways discussed in Chapter 6 and Section 7.11. Potential risks associated with BECCS technologies are related to those associated with the upstream provision of the used biomass[9] (see Section 11.13) as well as those originating from the capture, transport, and long-term underground storage of $CO_2$ that would be emitted otherwise (see above).

---

[8]  Non-vanishing life-cycle emissions originate from fossil fuels used during the planting, regrowth, and harvesting cycle and potential emissions from land-use and management change, among others. The lifecycle emissions depend on the type of feedstock, specific location, scale and practices of biomass production, and on the dynamics and management of land use. In some cases, if biomass growth accumulates carbon in the soil and holds requiring equilibrium, additional carbon sequestration can occur, but these may be short-term effects. Indirect emissions relate more directly to the use of food crops for energy than to the use of lignocellulosic biomass (see Section 11.13). Short rotation species (herbaceous plants) wastes have near-zero net emissions cycles.

[9]  BECCS costs can be reduced by using large-scale biomass conversion facilities, which, in turn, require the development of cost-effective and low-emitting large-scale feedstock and supply logistics (Section 11.13.3).

# 7.6    Infrastructure and systemic perspectives

## 7.6.1    Electrical power systems

Reducing GHG emissions from the electric power sector will require infrastructure investments and changes in the operations of power systems—these will both depend on the mitigation technologies employed. The fundamental reliability constraints that underpin this process are the requirements that power supply and electricity demand remain in balance at all times (system balancing), that adequate generation capacity is installed to meet (peak) residual demand (capacity adequacy)[10], and that transmission and distribution network infrastructure is sufficient to deliver generation to end users (transmission and distribution). Studies of high variable RE penetration (Mason et al., 2010; Delucchi and Jacobson, 2011; Denholm and Hand, 2011; Huva et al., 2012; Elliston et al., 2012; Haller et al., 2012; Rasmussen et al., 2012; Budischak et al., 2013) and the broader literature (summarized in Sims et al., 2011) suggest that integrating significant RE generation technology is technically feasible, though economic and institutional barriers may hinder uptake. Integrating high penetrations of RE resources, particularly those that are intrinsically time variable, alongside operationally inflexible generation is expected to result in higher system-balancing costs. Compared to other mitigation options variable renewable generation will contribute less to capacity adequacy, and, if remote from loads, will also increase transmission costs. The determination of least-cost portfolios of those options that facilitate the integration of fluctuating power sources is a field of active and ongoing research (Haller et al., 2012; Steinke et al., 2013).

### 7.6.1.1    System balancing—flexible generation and loads

Variable RE resources may increase the need for system balancing beyond that required to meet variations in demand. Existing generating resources can contribute to this additional flexibility. An IEA assessment shows the amount of variable RE electricity that can be accommodated using *'existing'* balancing resources exceeds 20 % of total annual electricity supply in seven regions and is above 40 % in two regions and one country (IEA, 2011d). Higher RE penetrations will require additional flexible resources (De Vos et al., 2013). Surplus renewable supply can be curtailed by switching off unwanted plants or through regulation of the power output, but with corresponding economic consequences (Brandstätt et al., 2011; Jacobsen and Schröder, 2012).

Some low-carbon power technologies (such as nuclear) have relatively high up-front and low operating costs, making them attractive for baseload operation rather than providing flexible generation to assist in system balancing. Depending on the pattern of electricity demand, a relatively high share of energy can be provided by these baseload technologies but at some point, further increases in their penetration will require part-loaded operation,[11] load following, time shifting of demand (via load management or demand response), and/or deployment of storage where it is cost-effective (Knapp, 1969; Johnson and Keith, 2004; Chalmers et al., 2009; Pouret et al., 2009).

Part-load operation of nuclear plants is possible as in France, though in other regions it may be restricted by institutional barriers (Perez-Arriaga and Batlle, 2012). Load following by nuclear power plants is more challenging and must be considered at the design stage (NEA, 2011a, 2012; Greenblatt et al., 2012). Flexible operation of a CCS-fitted generation plant is also an active area of research (Chalmers and Gibbins, 2007; Nord et al., 2009; Cohen et al., 2011). Operational flexibility of combined heat and power (CHP) plants may be constrained by heat loads, though thermal storages and complementary heat sources can mitigate this effect (e.g., Lund and Andersen, 2005; Christidis et al., 2012; Blarke, 2012; Nuytten et al., 2013), however, the capital intensity of CHP will favor high load factors. Reservoir hydropower can be useful in balancing due to its flexibility.

Certain combinations may present further challenges (Ludig et al., 2011): high shares of variable RE power, for example, may not be ideally complemented by nuclear, CCS, and CHP plants (without heat storage). If those plants cannot be operated in a flexible manner, additional flexibility is required and can be obtained from a number of sources including investment in new flexible generation, improvements in the flexibility of existing power plants, demand response, and storage as summarized in the SRREN (Sims et al., 2011). Obtaining flexibility from fossil generation has a cost (see Section 7.8.2) and can affect the overall GHG reduction potential of variable RE (Pehnt et al., 2008; Fripp, 2011; Wiser et al., 2011; Perez-Arriaga and Batlle, 2012). Demand response[12] is of increasing interest due to its potentially low cost (see chapter 9 and 10; IEA, 2003b; Depuru et al., 2011; Cook et al., 2012; Joung and Kim, 2013; Procter, 2013), albeit some emphasize its limitation compared to flexible conventional supply technologies (Cutter et al., 2012). Smart meters and remote controls are key components of the so-called smart grid where information technology is used to improve the operation of power systems, especially with resources located at the distribution level (IEA, 2011e).

Energy storage might play an increasing role in the field of system balancing (Zafirakis et al., 2013). Today pumped hydro storage is the only widely deployed storage technology (Kanakasabapathy, 2013). Other storage technologies including compressed air energy storage (CAES) and batteries may be deployed at greater scale within centralized power systems in the future (Pickard et al., 2009a; b; Roberts and Sand-

---

[10]    Sometimes called resource adequacy.

[11]    In the field of RE this is called "curtailment".

[12]    Demand response is load management triggered by power price signals derived from the spot market prices or other control signals (IEA, 2003b).

berg, 2011), and the latter can be decentralized. These short-term storage resources can be used to compensate the day-night cycle of solar and short-term fluctuation of wind power (Denholm and Sioshansi, 2009; Chen et al., 2009; Loisel et al., 2010; Beaudin et al., 2010). With the exception of pumped hydro storage, full (levelized) storage costs are still high, but storage costs are expected to decline with technology development (IEA, 2009b; Deane et al., 2010; Dunn et al., 2011; EIA, 2012). 'Power to heat' and 'power to gas' ($H_2$ or methane) technologies might allow for translating surplus renewable electricity into other useful final energy forms (see Sections 7.6.2 and 7.6.3).

### 7.6.1.2 Capacity adequacy

One measure of reliability in a power system is the probability that demand will exceed available generation. The contribution of different generation technologies to ensuring the availability of sufficient generation is called the capacity credit or capacity value (Keane et al., 2011). The capacity credit of nuclear, thermal plants with CCS, geothermal, and large hydro is expected to be higher than 90 % (i.e., within 10 % of the plant nameplate capacity) as long as fuel supply and cooling water is sufficient and maintenance is scheduled outside critical periods. Variable RE will generally have a lower capacity credit that depends on the correlation between generation availability and periods of high demand. The capacity credit of wind power, for instance, ranges from 5 % to 40 % of the nameplate capacity (Mason et al., 2010; Holttinen et al., 2011); ranges of capacity credits for other RE resources are summarized in Sims et al. (2011).

The addition of significant plants with low capacity credit can lead to the need for a higher planning-reserve margin (defined as the ratio of the sum of the nameplate capacity of all generation to peak demand) to ensure the same degree of system reliability. If specifically tied to RE generation, energy storage can increase the capacity credit of that source; for example, the capacity credit of CSP with thermal storage is greater than without thermal storage (Madaeni et al., 2011).

### 7.6.1.3 Transmission and distribution

Due to the geographical diversity of RE resources, connecting RE sources to the existing transmission system may require the installation of additional transmission capacity and strengthening the existing system if significantly greater power flows are required across the system (Sims et al., 2011). Increased interconnection and strengthened transmission systems provide power system operators the capability to move surplus generation in one region to meet otherwise unmet demand in another, exploiting the geographical diversity of both loads and generation (Rasmussen et al., 2012). Although there will be a need for additional transmission capacity, its installation often faces institutional challenges, and it can be visually intrusive and unpopular in the affected areas. Infrastructure challenges are particularly acute for RE deployment in developing countries, which is why stand-alone

decentralized generation, such as with solar home systems, is often favored.

Transmission considerations applied to CCS plants have to reflect the tradeoff between the cost of electrical transmission and the cost of pipeline transport of $CO_2$ to final depositories (Svensson et al., 2004; Benson et al., 2005; Herzog et al., 2005; Spiecker et al., 2011). Transmission investments may also be needed for future nuclear plants if these are located at some distance from load centers due to public perceptions of health and safety, access to cooling water, or other factors.

Distributed generation (DG), where small generating units (often renewable technologies, cogeneration units, or fuel cells) are connected directly to the electricity distribution system and near loads, may not have the same need for expansion of the transmission system. The net impact of DG on distribution networks depends on the local penetration level, the location of DG relative to loads, and temporal coincidence of DG generation and loads (Cossent et al., 2011). As DG grows, system operators would like to have increased visibility and controllability of DG to ensure overall system reliability. Smart grids might include components to facilitate the integration of various DG technologies, allow for more active control of the distribution network, and improve the market value of DG through aggregation into virtual power plants (Pudjianto et al., 2007; Clastres, 2011; IEA, 2011e; Wissner, 2011; Ardito et al., 2013; Hashmi et al., 2013).

## 7.6.2 Heating and cooling networks

Globally, 15.8 EJ were used in 2010 (2.6 % of global TPES) to produce nearly 14.3 EJ[13] of district heat for sale at CHP (44 %) and heat-only boilers (56 %) (Table 7.1). After a long decline in the 1990s, district heat returned to a growing trajectory in the last decade, rising by about 21 % above the year-2000 level (IEA, 2012a). This market is dominated by the Russian Federation with a 42 % share in the global heat generation, followed by Ukraine, United States, Germany, Kazakhstan, and Poland. Natural gas dominates in the fuel balance of heat generation (46 %), followed by coal (40 %), oil (5 %), biofuels and waste (5 %), geothermal and other renewables (2.4 %), and a small contribution from nuclear. Development of intelligent district heating and cooling networks in combination with (seasonal) heat storage allows for more flexibility and diversity (combination of wind and CHP production in Denmark) and facilitates additional opportunities for low-carbon technologies (CHP, waste heat use, heat pumps, and solar heating and cooling) (IEA, 2012a). In addition, excess renewable electricity can be converted into heat to replace what otherwise would have been produced by fossil fuels (Meibom et al., 2007).

Statistically reported average global efficiency of heat generation by heat-only boilers is 83 %, while it is possible to improve it to 90–95 %

---

[13]   UNES reports lower number. For 2008 this sources assess the total production of district heat equal to 10.7 EJ (UNES, 2011).

**7**

depending on fuel used. About 6.9 % of globally generated heat for sale is lost in heating networks (Table 7.1). In some Russian and Ukrainian municipal heating systems, such losses amount to 20–25 % as a result of excessive centralization of many district heating systems and of worn and poorly maintained heat supply systems (Bashmakov, 2009).

The promotion of district heating and cooling system should also account for future technology developments that impact the district heating sector (building heat demand reduction, high-efficiency single-housing boilers, heat-pump technology, cogeneration reciprocating engines, or fuel cells, etc.), which may allow switching to more-efficient decentralized systems (GEA, 2012). District heating and cooling systems could be more energy and economically efficient when heat or coldness load density is high through the development of tri-generation, the utilization of waste heat by communities or industrial sites, if heat (cooling) and power loads show similar patterns, and if heat-loss control systems are well-designed and managed (see 9.4.1.1).

### 7.6.3      Fuel supply systems

As noted in Section 7.5.1, fossil fuel extraction and distribution contributes around 5–10 % of total fossil fuel related GHG emissions. It has also been noted that specific emissions from this sector will increase due to increased energy requirements of extraction and processing of oil and gas from mature fields and unconventional sources, and the mining of coal from deeper mines. The fuel supply system supporting this sector does, however, provide opportunities to reduce GHG emissions by enabling the delivery of low-carbon fuels (such as biofuels, biogas, renewable $H_2$, or renewable methane).

Opportunities for delivery of liquid fuels are likely limited to fuels such as biodiesel and ethanol at points in the system that enable either storage or blending before transport to distribution nodes, which is discussed in Section 8.3.3; for gaseous fuels, supply of low-carbon fuels could occur across much of the gas delivery network.

More than 50 countries transport high-pressure natural gas through pipe networks greater than 1,000 km in length (Central Intelligence Agency, 2011). Although individual layout varies, connected to these are the lower-pressure networks that distribute gas for power generation, industry, and domestic use. Because of their ability to carry natural gas substitutes, these networks provide an opportunity to expand production of these gases; depending on the availability of resources, estimates suggest substitutes could replace 17.4 EJ of natural gas used in Europe by 2020 (IPCC, 2011a). Low $CO_2$-emitting natural gas substitutes can be produced from surplus fluctuating renewable electricity generation, e.g., 'power to methane' (Sterner, 2009; Arvizu et al., 2011), from other renewable sources such as biomass and waste, or via coal when combined with CCS; CCS can be added to gas production from biomass to further enhance the $CO_2$-mitigation potential (Carbo et al., 2011). Provided the substitute natural gas meets the relevant gas quality standard (IEA Bioenergy, 2006, 2009; IPCC, 2011a),

and gas cleanup may be required to achieve this, there are no technical barriers to the injection of gas substitutes into the existing gas networks (Hagen et al., 2001). Biomethane produced from a variety of sources is already being injected into a number of natural gas networks (IEA Bioenergy, 2011; IPCC, 2011a).

The existing natural gas network also has the potential to transport and distribute hydrogen provided the injected fraction remains below 20 % by volume, although estimates vary (Naturalhy 2004). Limiting factors are gas quality standard and equipment compliance, pipeline integrity (failure, fire, and explosion) and end-user safety (Naturalhy, 2004; Tabkhi et al., 2008). Where the pipelines are suitable and more-frequent inspections can be undertaken, a higher fraction of hydrogen can be carried, although the lower volumetric energy density of hydrogen will reduce energy flow, unless gas pressure can be increased. If required, hydrogen separation is possible via a range of existing technologies.

For dedicated hydrogen delivery, transport distance is an important consideration; pipelines are favoured over shorter delivery distances and at high flow rates, while batch delivery of liquid hydrogen is favoured by long distances (Yang and Ogden, 2007). Hydrogen can be produced from renewable sources such as wind and solar (IEA, 2006; Moriarty and Honnery, 2007; Gahleitner, 2013) as well as biomass. Its production from intermittent renewable sources can provide greater system flexibility; drawbacks are the additional cost and reduced overall efficiency in energy delivery (Mason and Zweibel, 2007; Honnery and Moriarty, 2009; IPCC, 2011a).

### 7.6.4      $CO_2$ transport

There are more than 6,300 km of existing $CO_2$ pipeline in the U.S and much has been learned from the decades of operational experience obtained from these existing $CO_2$ pipeline systems (Dooley et al., 2011). There is a growing body of research that describes the magnitude and region-specific nature of future $CO_2$ transport systems. Specifically, there are a growing number of bottom-up studies that examine spatial relationships between where $CO_2$ capture units might be located and the very heterogeneous distribution, capacity, and quality of candidate geologic storage reservoirs. For example, the work of Dahowski et al., (2005, 2012) suggests that more than 90 % of the large stationary $CO_2$ point sources in the United States are within 160 km of at least one candidate geologic storage reservoir and 80 % of China's large stationary point sources are within 80 km of at least one candidate storage reservoir. For regions like these, the proximity of most large stationary $CO_2$ point sources to large and geographically distributed geologic $CO_2$ storage reservoirs suggests that—at least early on in the commercial deployment of CCS technologies—facilities might rely on dedicated pipelines linking the $CO_2$ source to an appropriate sink. The work of Johnson and Ogden (2011) suggests that once there is a critical density of $CO_2$ capture and storage projects in a region, a more-integrated national pipeline network may evolve. For other regions, especially Western/Northern

Europe, Japan, and Korea, where onshore storage options are not widely distributed, more care is needed in planning pipeline networks given the geographical (and political) challenges of linking distributed $CO_2$ sources to the available/usable predominantly offshore geologic storage options. This requires longer-term planning as well as political/legal agreements between countries in those regions as more coordination and cross-boundary transport will be necessary/desired (Huh et al., 2011; Ogawa et al., 2011; Strachan et al., 2011; ZEP, 2011a). While pipelines are likely to be the transport mode of choice for onshore and most offshore storage projects (IPCC, 2005), in certain circumstances, transporting $CO_2$ by large ocean going vessels could be a technically feasible and cost-effective option (Aspelund et al., 2006; Decarre et al., 2010; Ozaki and Ohsumi, 2011; Yoo et al., 2011).

The United States oil and gas industry has more than 40 years of experience associated with transporting large volumes of $CO_2$ via dedicated commercial pipelines (IPCC, 2005; Meyer, 2007). Available data suggests that these $CO_2$ pipelines have safety records that are as good or better than large interstate natural gas pipelines, their closest industrial analogue (Gale and Davison, 2004; IPCC, 2005; Cole et al., 2011). There is also a growing body of work combining pipeline fluid flow, pipeline engineering models, and atmospheric dispersion models suggesting that the hazard associated with potential ruptures in $CO_2$ pipelines is likely to be small for most plausible releases to the atmosphere (Aines et al., 2009; Koornneef et al., 2010; Mazzoldi et al., 2011). Although much can be learned from existing $CO_2$ pipeline systems, knowledge gaps exist for systems that integrate multiple $CO_2$ source points. Because of their impact on pipeline integrity, gas stream properties and flow management, impurity control is emerging as a major design feature of these systems (Oosterkamp and Ramsen, 2008; Cole et al., 2011) with particular importance given to limiting the amount of water in the gas stream at its source to avoid corrosion.

Estimates for the cost of transporting, injecting into a suitable formation, site closure, and long-term post-injection monitoring are summarized at the end of Section 7.8.2. Options for $CO_2$ geologic storage are presented in Section 7.5.5 and a discussion of the cost of $CO_2$ capture is presented in Section 7.8.2.

# 7.7 Climate change feedback and interaction with adaptation

Climate change will affect heating and cooling energy demands (see also Chapter 9.5; Arent et al., 2014), thereby also influencing energy supply needs. The effect on overall energy demand will vary geographically (Mideksa and Kallbekken, 2010; Pilli-Sihvola et al., 2010; Wan et al., 2011). Many studies indicate that demand for electricity will increase because of greater need for space cooling, while demand for

natural gas and oil will decline because of less need for space heating (Isaac and van Vuuren, 2009; Akpinar-Ferrand and Singh, 2010; Arent et al., 2014). Peak electricity demand could also increase, especially as a result of extreme events, requiring a disproportionate increase in energy infrastructure (US EPA, 2008). Although impacts on energy demands outside of heating and cooling are less clear, possible effects include increased energy use for climate-sensitive processes, such as pumping water for irrigated agriculture and municipal uses (US EPA, 2008; Aromar and Sattherwaite, 2014). As another example, reductions or changes to surface water flows could increase energy demand for desalination (Boyé, 2008; Scholes and Settele, 2014).

In addition to impacting energy supply through changes in energy demand, climate change will have various impacts on the potential future role of mitigation technologies in the energy supply sector. Though these impacts are summarized here, further details on potential impacts, as well as a summary of how conventional higher-carbon energy supplies might be affected, are available in the WGII AR5 report, especially but not limited to Chapter 10 (Arent et al., 2014).

Though the impact of climate change on the primary resource base for fossil fuels is likely to be small (World Bank, 2011a), RE sources can be particularly sensitive to climate change impacts. In general, any impacts are expected to increase with the level of climate change, but the nature and magnitude of these effects are technology-dependent and somewhat uncertain, and they may vary substantially on regional and local levels (IPCC, 2011a; Schaeffer et al., 2012; Arent et al., 2014). The SRREN SPM (IPCC, 2011a, p. 12), summarizes the available literature as follows:

> "The future technical potential for bioenergy could be influenced by climate change through impacts on biomass production such as altered soil conditions, precipitation, crop productivity, and other factors. The overall impact of a global mean temperature change of less than 2 °C on the technical potential of bioenergy is expected to be relatively small on a global basis. However, considerable regional differences could be expected and uncertainties are larger and more difficult to assess compared to other RE options due to the large number of feedback mechanisms involved. For solar energy, though climate change is expected to influence the distribution and variability of cloud cover, the impact of these changes on overall technical potential is expected to be small. For hydropower the overall impacts on the global technical potential is expected to be slightly positive. However, results also indicate the possibility of substantial variations across regions and even within countries. Research to date suggests that climate change is not expected to greatly impact the global technical potential for wind energy development but changes in the regional distribution of the wind energy resource may be expected. Climate change is not anticipated to have significant impacts on the size or geographic distribution of geothermal or ocean energy resources."

7

A decline in renewable resource potential in one area could lead to a shift in the location of electricity-generation technologies over time to areas where the resource has not degraded. Long-lived transmission and other infrastructure built to accommodate these technologies, however, may be stranded. The longer lifetimes of hydropower dams may mean that these facilities are also less adaptable to climate changes such as changes in local precipitation; nonetheless, dams also offer the opportunity for energy and water storage that may provide climate-adaptation benefits (Kumar et al., 2011; Schaeffer et al., 2012).

Climate change may also impact the design and operation of energy sourcing and delivery facilities (e.g., US DOE, 2013b). Offshore infrastructure, including gas and oil wells but also certain RE facilities such as offshore wind power plants, are vulnerable to extreme weather events (Karl et al., 2009; Wiser et al., 2011; World Bank, 2011a; Rose et al., 2012; Arent et al., 2014). Production losses from thermal power plants (whether low- or high-carbon facilities) and efficiency losses from energy-delivery infrastructures increase when temperatures exceed standard design criteria (Schaeffer et al., 2012; Sathaye et al., 2013). Some power-generation facilities will also be impacted by changes in access to and the temperature of cooling water, while both power-generation facilities and energy-delivery infrastructures can be impacted by sea-level rise and extreme weather events (Kopytko and Perkins, 2011; Schaeffer et al., 2012; Arent et al., 2014). Adaptation strategies include infrastructure relocation and reinforcement, cooling-facility retrofit, and proactive water-resource management (Rübbelke and Vögele, 2011; Arent et al., 2014).

Finally, interdependencies between the energy supply sector and other sectors of the economy are important to consider (de Lucena et al., 2009). For example, if climate change detrimentally impacts crop yields, bioenergy potential may decline and costs may rise because more land is demanded for food crop production (Porter and Xie 2014; 11.13). Climate change may also exacerbate water and energy tensions across sectors and regions, potentially impacting hydropower (either positively or negatively, depending on whether the potential climate-adaptation benefits of hydropower facilities are realized) and other technologies that require water (Kumar et al., 2011; Arent et al., 2014; Cisneros and Oki, 2014).

# 7.8    Costs and potentials

## 7.8.1    Potential emission reduction from mitigation measures

When assessing the potential of different mitigation opportunities, it is important to evaluate the options from a lifecycle perspective to take into account the emissions in the fuel chain and the manufacturing of the energy conversion technology (Annex II.6.3). This section contains a review of life-cycle GHG emissions associated with different energy supply technologies per unit of final energy delivered, with a focus on electricity generation (Figure 7.6).

The largest lifecycle GHG emissions are associated with the combustion of coal. Lifecycle assessments reviewed in SRREN (IPCC, 2011a), showed a range of 675–1689 $gCO_2eq/kWh$ electricity. Corresponding ranges for oil and gas were 510–1170 $gCO_2eq/kWh$ and 290–930 $gCO_2eq/kWh$[14]. For the AR5, the performance of prospective new fossil fuel power plants was assessed, taking into account a revised assessment of fugitive methane emission from coal mining and natural gas supply (Section 7.5.1). According to this assessment, modern-to-advanced hard coal power plants show a range of 710–950 $gCO_2eq/kWh$, while natural gas combined-cycle plants have emissions in the range of 410–650 $gCO_2eq/kWh$, with high uncertainty and variability associated with methane emissions from gas production (Section 7.5.1; Annex II.6). Compared to a separate provision of heat, cooling, and power from stand-alone fossil fuel-based facilities, combined heat and power plants reduce emissions by one quarter (Pehnt, 2008). The transformation pathways that achieve a stabilization of the global temperature consistent with the Cancun Agreement (Chapter 6, Section 7.11, Figure 7.9), however, are based on emissions intensities approaching zero in the second half of the 21st century, so that the employment of technologies with even lower emissions (than the one mentioned for gas-fired power and combined heat and power plants) is called for if these goals are to be achieved.

A number of power supply technologies offer very low lifecycle GHG emissions (Figure 7.6). The use of CCS is expected to reduce GHG emissions to 70–290 $gCO_2eq/kWh$ for coal (98–396 $gCO_2eq/kWh$ in SRREN). For gas power, the literature specifies 120–170 $gCO_2eq/kWh$ assuming a leakage of 1% of natural gas (Koornneef et al., 2008; Singh et al., 2011; Corsten et al., 2013), while SRREN specified 65–245 $gCO_2eq/kWh$. According to the literature, natural gas leakage is between 0.8%–5.5% (Burnham et al., 2012) (see Section 7.5.1 for a discussion and more references), resulting in emissions between 90 and 370 $gCO_2eq/kWh$ (Figure 7.6). Most of these assessments assume that 90% of the $CO_2$ in the flue gas is captured, while the remaining emissions are mainly connected to the fuel chain. The upper range of emissions for CCS-based power plants is flexible since plants can be designed to capture less, something that results in lower cost and less equipment required. (Figure 7.6).

Renewable heat and power generation and nuclear energy can bring more significant reductions in GHG emissions. The information provided here has been updated from the data provided in SRREN, taking into account new findings and reviews, where available. The ranges of harmonized lifecycle greenhouse gas emissions reported in the literature are 18–180 $gCO_2eq/kWh$ for PV (Kim et al., 2012; Hsu et al., 2012), 9–63 $gCO_2eq/kWh$ for CSP (Burkhardt et al.,

---

[14]    All reported SRREN numbers are from Table A.II.4 in Moomaw et al.(2011)



**Figure 7.6 |** Comparative lifecycle greenhouse gas emissions from electricity supplied by commercially available technologies (fossil fuels, renewable, and nuclear power) and projected emissions of future commercial plants of currently pre-commercial technologies (advanced fossil systems with CCS and ocean energy). The figure shows distributions of lifecycle emissions (harmonization of literature values for WGIII AR5 and the full range of published values for SRREN for comparison) and typical contributions to lifecycle emissions by source (cf. the notes below). Note that percentiles were displayed for RE and traditional coal and gas in the SRREN, but not for coal CCS and gas CCS. In the latter cases, the entire range is therefore shown. For fossil technologies, fugitive emissions of methane from the fuel chain are the largest indirect contribution and hence shown separately. For hydropower, the variation in biogenic methane emissions from project to project are the main cause of the large range. See also Annex II and Annex III.

$\Rightarrow$

Abbreviations: AR5—IPCC WG III Fifth Assessment Report, CCS—$CO_2$ capture and storage, IGCC—integrated coal gasification combined cycle, PC—pulverized hard coal, PV—photovoltaic, SRREN—IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation. Sources: SRREN (IPCC, 2011a), Wind (Arvesen and Hertwich, 2012), PV (Kim et al., 2012; Hsu et al., 2012), CSP (Burkhardt et al., 2012), ocean and wave (Walker and Howell, 2011; Kelly et al., 2012), geothermal power (Sathaye et al., 2011), hydropower (Sathaye et al., 2011; Hertwich, 2013), nuclear power (Warner and Heath, 2012), bioenergy (Cherubini et al., 2012).

Notes: Harmonized values have been used where available and the mean values of the typical contributions are shown for the set of those cases where the data base allowed the separation. For world average coal and gas, the uncertainty range represents the uncertainty in the mean; the range of the underlying distribution is much larger. For the fossil fuel technologies, all fugitive methane emissions were calculated based on the range provided by (Burnham et al., 2012), infrastructure and supplies are based on (Singh et al., 2011), and direct emissions are based on (Singh et al., 2011; Corsten et al., 2013). For bioenergy, ranges include global climate impacts of $CO_2$ emissions from combustion of regenerative biomass (i.e., biogenic $CO_2$) and the associated changes in surface albedo following ecosystem disturbances, quantified according to the IPCC framework for emission metrics (see the 4th IPCC Assessment Report, Forster et al., 2007) and using global warming potentials (GWP) with TH = 100 years as characterization factors (Cherubini et al., 2012; Section 11.13.4). These impacts are site-specific and generally more significant for long rotation species. The category 'Biogas' includes cases where manure, dedicated crops (e.g., maize), or a mixture of both are used as feedstocks. In addition to the variability in the substrates, the large range in the results reflects different degrees of $CH_4$ emissions from leakage and digestate storage, with the latter that can be reduced in closed storage systems (Boulamanti et al., 2013). No contribution analysis was available for this category. For methodological issues, see Annex II.6 and Section 11.13.4, for a discussion of the data sources see Annex II.9.3. The numbers are presented in Table A.III.2.

2012), and 4–110 $gCO_2eq$/kWh for nuclear power (Warner and Heath, 2012). The harmonization has narrowed the ranges down from 5–217 $gCO_2eq$/kWh for PV, 7–89 $gCO_2eq$/kWh for CSP, and 1–220 $gCO_2eq$/kWh for nuclear energy. A new literature review for wind energy published since 2002 reports 7–56 $gCO_2eq$/kWh, where the upper part of the range is associated with smaller turbines (< 100 kW) (Arvesen and Hertwich, 2012), compared to 2–81 $gCO_2eq$/kWh reported in SRREN. For all of these technologies, at least five studies are reviewed. The empirical basis for estimating the emissions associated with geothermal and ocean energy is much weaker. SRREN reported 6–79 $gCO_2eq$/kWh for geothermal power and 2–23 $gCO_2eq$/kWh for ocean energy (IPCC, 2011a). For ocean power, Figure 7.6 shows only the results of newer assessments, which range between 10–30 $gCO_2eq$/kWh for tidal barrages, marine current turbines, and wave power (Walker and Howell, 2011; Kelly et al., 2012). For RE, emissions are mainly associated with the manufacturing and installation of the power plants, but for nuclear power, uranium enrichment can be significant (Warner and Heath, 2012). Generally, the ranges are quite wide reflecting differences in local resource conditions, technology, and methodological choices of the assessment. The lower end of estimates often reflects incomplete systems while the higher end reflects poor local conditions or outdated technology.

Lifecycle direct global climate impacts of bioenergy in Figure 7.6 come from the peer-reviewed literature from 2010 to 2012 (reviewed in Section 11.13.4) and are based on a range of electric conversion efficiencies of 30 %–50 %. The category 'Biomass-dedicated and crop residues' includes perennial grasses like switchgrass and miscanthus, short-rotation species like willow and eucalyptus, and agricultural byproducts like wheat straw and corn stover. 'Biomass-forest wood' refers to sustainably harvested forest biomass from long-rotation species in various climate regions. The range in 'Biomass-forest wood' is representative of various forests and climates, e.g., aspen forest in Wisconsin (US), mixed forest in Pacific Northwest (US), pine forest in Saskatchewan (Canada), and spruce forest in Southeast Norway. Impacts from biogenic $CO_2$ and albedo are included in the same manner as the other GHGs, i.e., converted to $gCO_2eq$ after characterization of emissions from combustion with case-specific GWPs (Cherubini et al., 2012). In areas affected by seasonal snow cover, the cooling contribution from the temporary change in surface albedo can be larger than the warming associated

with biogenic $CO_2$ fluxes and the bioenergy system can have a net negative impact (i.e., cooling). Change in soil organic carbon can have a substantial influence on the overall GHG balance of bioenergy systems, especially for the case 'Biomass–dedicated and crop residues', but are not covered here due to their high dependence on local soil conditions and previous land use (Don et al., 2012; Gelfand et al., 2013).

The climate effect of hydropower is very project-specific. Lifecycle emissions from fossil fuel combustion and cement production related to the construction and operation of hydropower stations reported in the literature fall in the range of up to 40 $gCO_2eq$/kWh for the studies reviewed in the SRREN (Kumar et al, 2011) and 3–7 $gCO_2eq$/kWh for studies reviewed in (Dones et al., 2007). Emissions of biogenic $CH_4$ result from the degradation of organic carbon primarily in hydropower reservoirs (Tremblay et al., 2005; Barros et al., 2011; Demarty and Bastien, 2011), although some reservoirs act as sinks (Chanudet et. al 2011). Few studies appraise net emissions from freshwater reservoirs, i.e., adjusting for pre-existing natural sources and sinks and unrelated anthropogenic sources (Kumar et al, 2011, Section 5.6.3.2). A recent meta-analysis of 80 reservoirs indicates that $CH_4$ emission factors are log-normally distributed, with the majority of measurements being below 20 $gCO_2eq$/kWh (Hertwich, 2013), but emissions of approximately 2 $kgCO_2eq$/kWh coming from a few reservoirs with a large area in relation to electricity production and thus low power intensity (W/m$^2$) (Abril et al., 2005; Kemenes et al., 2007, 2011). The global average emission rate was estimated to be 70 $gCO_2eq$/kWh (Maeck et al., 2013; Hertwich, 2013). Due to the high variability among power stations, the average emissions rate is not suitable for the estimation of emissions of individual countries or projects. Ideas for mitigating existing methane emissions have been presented (Ramos et al., 2009; Stolaroff et al., 2012).

The literature reviewed in this section shows that a range of technologies can provide electricity with less than 5 % of the lifecycle GHG emissions of coal power: wind, solar, nuclear, and hydropower in suitable locations. In the future, further reductions of lifecycle emissions on these technologies could be attained through performance improvements (Caduff et al., 2012; Dale and Benson, 2013) and as a result of a cleaner energy supply in the manufacturing of the technologies (Arvesen and Hertwich, 2011).

### Scenarios Reaching 430-530 ppm $CO_2$eq in 2100 in Integrated Models





**7**

### Currently Commercially Available Technologies



### Pre-commercial Technologies

Global Average Direct Emission Intensity, 2010

[1] Assuming biomass feedstocks are dedicated energy plants and crop residues and 80-95% coal input.

[2] Assuming feedstocks are dedicated energy plants and crop residues.

[3] Direct emissions of biomass power plants are shown explicitly, but included in the lifecycle emissions. Lifecycle emissions include albedo effect.

[4] LCOE of nuclear include front and back-end fuel costs as well as decommissioning costs.

[5] Transport and storage costs of CCS are set to 10 $USD_{2010}$/$tCO_2$.

[6] Carbon price levied on direct emissions. Effects shown where significant.



**Figure 7.7** | Specific direct and lifecycle emissions (gCO₂eq/kWh) and levelized cost of electricity (LCOE in USD$_{2010}$/MWh) for various power-generating technologies (cf. Figure 7.6 for lifecycle; Annex III, Section A.III.2 for data and assumptions and Annex II, Section A.II.3.1 and Section A.II.9.3 for methodological issues). The upper left graph shows global averages of specific direct $CO_2$ emissions (gCO₂/kWh) of power generation in 2030 and 2050 for the set of 430–530 ppm scenarios that are contained in the AR5 database (cf. Annex II, Section A.II.10). The global average of specific direct $CO_2$ emissions (gCO₂/kWh) of power generation in 2010 is shown as a vertical line (IEA, 2013a).

Note: The inter-comparability of LCOE is limited. For details on general methodological issues and interpretation see Annexes as mentioned above.

## 7.8.2    Cost assessment of mitigation measures

Though there are limits to its use as a tool for comparing the competitiveness of energy supply technologies, the concept of 'levelized costs of energy' (LCOE, also called levelized unit costs or levelized generation costs)[15] is frequently applied (IEA, 2005, 2010b, 2011a; GEA, 2012).

Figure 7.7 shows a current assessment of the private cost[16] of various low-carbon power supply technologies in comparison to their conventional counterparts.

The LCOE ranges are broad as values vary across the globe depending on the site-specific (renewable) energy resource base, on local fuel and feedstock prices as well as on country and site-specific projected costs of investment, and operation and maintenance. Investment decisions therefore should not be based on the LCOE data provided here; instead, site-, project-, and investor-specific conditions are to be considered. Integration costs, time-dependent revenue opportunities (especially in the case of intermittent renewables), and relative environmental impacts (e.g., external costs) play an important role as well (Heptonstall, 2007; Fischedick et al., 2011; Joskow, 2011; Borenstein, 2012; Edenhofer et al., 2013; Hirth, 2013).

The LCOE of many low-carbon technologies changed considerably since the release of the AR4. Even compared to the numbers published in the SRREN (IPCC, 2011a), the decline of LCOE of some RE technologies have been significant.[17] The LCOE of (crystalline silicon) photovoltaic systems, for instance, fell by 57 % since 2009. Compared to PV, a similar, albeit less-extreme trend towards lower LCOE (from the second quarter of 2009 to the first quarter of 2013) has been observed for onshore wind (−15 %), land-fill gas (−16 %), municipal solid waste (−15 %), and biomass gasification (−26 %) (BNEF and Frankfurt School-UNEP Centre, 2013).

Due to their rapid cost decline, some RE sources have become an economical solution for energy supply in an increasing number of countries (IRENA, 2013). Under favourable conditions (see Figure 7.7), large-scale hydropower (IEA, 2008b), larger geothermal projects (> 30 MWe) (IEA, 2007), and wind onshore power plants (IEA, 2010c) are already competitive. The same is true for selected off-grid PV applications (IEA, 2010d, 2011b). As emphasized by the SRREN (2011a) and IEA (IEA, 2008b, 2011b, 2012h) support policies, however, are still necessary in order to promote the deployment of many RE in most regions of the world.

Continuous cost reductions are not always a given (see BNEF and Frankfurt School-UNEP Centre, 2013), as illustrated by the recent increase in costs of offshore wind (+44 %) and technologies in an early stage of their development (marine wave and tidal, binary plant geothermal systems). This however, does not necessarily imply that technological learning has stopped. As observed for PV and wind onshore (see SRREN, IPCC, 2011a), phases characterized by an increase of the price might be followed by a subsequent decline, if, for instance, a shortage of input material is eliminated or a 'shake out' due to increasing supplier competition is happening (Junginger et al., 2005, 2010). In contrast, a production overcapacity as currently observed in the PV market might result in system prices that are temporarily below production costs (IEA, 2013a). A critical discussion of the solar photovoltaic grid-parity issue can be found in IEA (2013b).

While nuclear power plants, which are capable of delivering baseload electrical energy with low lifecycle emissions, have low operating costs (NEA, 2011b), investments in nuclear power are characterized by very large up-front investment costs, and significant technical, market, and regulatory risks (IEA, 2011a). Potential project and financial risks are illustrated by the significant time and cost over-runs of the two novel European Pressurized Reactors (EPR) in Finland and France (Kessides, 2012). Without support from governments, investments in new nuclear power plants are currently generally not economically attractive within liberalized markets, which have access to relatively cheap coal and/or gas (IEA, 2012b). Carbon pricing could improve the competitiveness of nuclear power plants (NEA, 2011b). The post Fukushima assessment of the economics and future fate of nuclear power is mixed. According to the IEA, the economic performance and future prospects of nuclear power might be significantly affected (IEA, 2011a, 2012b). Joskow and Parsons (2012) assesses that the effect will be quite modest at the global level, albeit based on a pre-Fukushima baseline evolution, which is a moderate one itself.

---

[15]   A basic description of this concept, including its merits and shortcomings, can be found in Annex II of this report.

[16]   Beyond variations in carbon prices, additional external costs are not considered in the following. Although the term 'private' will be omitted in the remainder of this section, the reader should be aware that all costs discussed here are private costs. An extended discussion of external costs is given in Fischedick et al., (2011).

[17]   The subsequent percent values in LCOE data refer to changes between the second quarter (Q2) of 2009 and the first quarter (Q1) of 2013 (BNEF and Frankfurt School-UNEP Centre, 2013). Although the SRREN was published in 2011, the cost data base used there refers to 2009.

As there is still no commercial large-scale CCS power plant in operation today, the estimation of their projected costs has to be carried on the basis of design studies and few existing pilot projects. The associated problems are described in (Yeh and Rubin, 2010; Global CCS Institute, 2011; Rubin, 2012). The CCS technologies applied in the power sector will only become competitive with unabated technologies if the additional equipment attached to the power plant and their decreased efficiency as well as the additional cost for $CO_2$ transport and storage is compensated by sufficiently high carbon prices or direct financial support (Lohwasser and Madlener, 2011; IEA, 2013c). BECCS faces large challenges in financing and currently no such plants have been built and tested at scale (see Section 7.5.5).

The deployment of CCS requires infrastructure for long-term storage of waste products, which includes direct $CO_2$ transport and storage costs, along with costs associated with long-term measurement, monitoring, and verification. The related cost of transport and storage (excluding capture costs) are unlikely to exceed USD $15/tCO_2$ for the majority of CCS deployment scenarios (Herzog et al., 2005; Herzog, 2011; ZEP, 2011b) and some estimates are below USD $5/tCO_2$ (McCoy and Rubin, 2008; Dahowski et al., 2011). Figure 7.7 relies on an assumed cost of USD $10/tCO_2$.

System integration costs (cf. Section 7.6.1, and not included in Figure 7.7) typically increase with the level of deployment and are dependent on the mitigation technology and the state of the background energy system. From the available evidence, these costs appear to be greater for variable renewable technologies than they are for dispatchable power plants (Hirth, 2013). The costs comprise (1) balancing costs (originating from the required flexibility to maintain a balance between supply and demand), (2) capacity adequacy costs (due to the need to ensure operation even at peak times of the residual load), and (3) transmission and distribution costs.

(1) Based on assessments carried out for OECD countries, the provision of additional balancing reserves increases the system costs of wind energy by approximately USD 1 to 7/MWh for wind energy market shares of up to approximately 30% of annual electricity demand (IEA, 2010e, 2011d; Wiser et al., 2011; Holttinen et al., 2011). Balancing costs for PV are in a similar range (Hoke and Komor, 2012).

(2) As described in Section 7.6.1, the contribution of variable renewables like wind, solar, and tidal energy to meeting peak demand is less than the resources' nameplate capacity. Still, determining the cost of additional conventional capacity needed to ensure that peak demands are met is contentious (Sims et al., 2011). Estimates of this cost for wind power range from USD 0 to 10/MWh (IEA, 2010e, 2011d; Wiser et al., 2011). Because of the coincidence of solar generation with air-conditioning loads, solar at low-penetration levels can in some regions displace a larger amount of capacity, per unit of energy generated, than other supply options, yielding estimates of infrastructure savings as high as USD 23/MWh greater than the savings from baseload supply options (Mills et al., 2011).

(3) Estimates of the additional cost of transmission infrastructure for wind energy in OECD countries are often in the range of USD 0 to 15/MWh, depending on the amount of wind energy supply, region, and study assumptions (IEA, 2010e, 2011d; Wiser et al., 2011; Holttinen et al., 2011). Infrastructure costs are generally higher for time-variable and location-dependent RE, at least when developed as large centralized plants, than for other sources of energy supply (e.g., Sims et al., 2007; Hoogwijk et al., 2007; Delucchi and Jacobson, 2011). If mitigation technologies can be deployed near demand centres within the distribution network, or used to serve isolated autonomous systems (e.g., in less developed countries), such deployments may defer or avoid the need for additional transmission and distribution, potentially reducing infrastructure costs relative to a BAU scenario.[18]

### 7.8.3    Economic potentials of mitigation measures

Quantifying the economic potential of major GHG-mitigation options is problematic due to the definition of welfare metrics, broader impacts throughout the energy-economic system, and the background energy system carbon intensity, and energy prices (see Sections 3.4.3 and 3.7.1 for a general discussion). Three major approaches to reveal the economic potentials of mitigation measures are discussed in the literature:

One approach is to use energy supply cost curves, which summarize energy resource estimates (GEA, 2012) into a production cost curve on an annual or cumulative basis. Uncertainties associated with energy cost curves include the relationship between confirmed reserves and speculative resources, the impact of unconventional sources of fuels, future technological change and energy market structures, discounting, physical conditions (e.g., wind speeds), scenarios (e.g., land-use tradeoffs in energy vs. food production) and the uneven data availability on global energy resources. Illustrative renewable resource cost curves are discussed in Section 10.4 and Figure 10.29 of Fischedick et al., (2011).

A second and broader approach are marginal abatement cost (MAC) curves. The MAC curves (discussed in Section 3.9.3) discretely rank mitigation measures according to their GHG emission abatement cost (in USD/$tCO_2$) for a given amount of emission reduction (in million $tCO_2$). The MAC curves have become a standard policy communication tool in assessing cost-effective emissions reductions (Kesicki and Ekins, 2011). There is wide heterogeneity (discussed in detail in Section 3.9.3) in the method of construction, the use of experts vs. models, and the year/region to which the MAC is applied. Recent global

---

[18]    The ability for distributed resources to defer distribution investments depends on the correlation of the generation profile and load, as well as on location-specific factors (Mendez et al., 2006; Thomson and Infield, 2007; Hernández et al., 2008; Wang et al., 2010; Agah and Abyaneh, 2011). At higher penetrations of distributed generation, additional distribution infrastructure may be required (e.g., Cossent et al., 2011).

**7**

MAC curve studies (van Vuuren et al., 2004; IEA, 2008c; Clapp et al., 2009; Nauclér and Enkvist, 2009) give overall mitigation potentials ranging from 20–100 % of the baseline for costs up to USD 100/tCO$_2$. These MACs can be a useful summary mechanism but improved treatment of interactions between mitigation measures and the path-dependency of potential cost reductions due to technological learning (e.g., Luderer et al., 2012), as well as more sophisticated modelling of interactions throughout the energy systems and wider economy are required.

A third approach—utilized in the AR5—overcomes these shortcomings through integrated modelling exercises in order to calculate the economic potential of specific supply-side mitigation options. These models are able to determine the economic potential of single options within the context of (other) competing supply-side and demand-side mitigation options by taking their interaction and potential endogenous learning effects into account. The results obtained in this way are discussed in Chapter 6; the different deployment paths of various supply-side mitigation options as part of least-cost climate protection strategies are shown in Section 7.11.

# 7.9    Co-benefits, risks and spillovers

Besides economic cost aspects, the final deployment of mitigation measures will depend on a variety of additional factors, including synergies and tradeoffs across mitigation and other policy objectives. The implementation of mitigation policies and measures can have positive or negative effects on these other objectives–and vice versa. To the extent these side-effects are positive, they can be deemed 'co-benefits'; if adverse and uncertain, they imply risks.[19]

Co-benefits, adverse side effects, technical risks and uncertainties associated with alternative mitigation measures and their reliability (Sections 7.9.1–7.9.3) as well as public perception thereof (Section 7.9.4) can affect investment decisions, individual behaviour as well as priority setting of policymakers. Table 7.3 provides an overview of the potential co-benefits and adverse side effects of the main mitigation measures that are assessed in this chapter. In accordance with the three sustainable development pillars described in Chapter 4, the table

presents effects on objectives that may be economic, social, environmental, and health-related.

## 7.9.1    Socio-economic effects

There is an increasing body of work showing that the implementation of energy mitigation options can lead to a range of socio-economic co-benefits for, e.g., employment, energy security, and better access to energy services in rural areas (Shrestha and Pradhan, 2010; IPCC, 2011a; UNEP, 2011).

**Employment.** Analysis by Cai et al. (2011) shows that as a result of the increased share of renewable energy in China, the power sector registered 472,000 net job gains in 2010. For the same amount of power generated, solar PV requires as many as 18 and 7 times more jobs than nuclear and wind, respectively. Using conservative assumptions on local content of manufacturing activities, van der Zwaan et al. (2013) show that renewable sources of power generation could account for about 155,000 direct and 115,000 indirect jobs in the Middle East by 2050. Examples of Germany and Spain are also noteworthy where 500 to 600 thousand people could be employed in the renewable energy supply sector in each country by 2030 (Lehr et al., 2012; Ruiz-Romero et al., 2012) while the net effect is less clear. Wei et al. (2010) also found that over 4 million full-time jobs could be created by 2030 from the combined effect of implementing aggressive energy-efficiency measures coupled with meeting a 30 % renewable energy target. An additional 500,000 jobs could be generated by increasing the share of nuclear power to 25 % and CCS to 10 % of overall total generation capacity. In line with these trends, Kenley et al. (2009) show that adding 50,000 megawatts by 2020 of new nuclear generating capacity in the United States would lead to 117,000 new jobs, 250,000 indirect jobs, and an additional 242,000 non-nuclear induced jobs. Relating to CCS, although development in this sector could deliver additional employment (Yuan and Lyon, 2012; Bezdek and Wendling, 2013), safeguarding jobs in the fossil-based industry is expected to be the main employment co-benefit (Frankhauser et al., 2008). Whilst recognizing the growing contribution of mitigation options for employment, some sobering studies have highlighted that this potentially carries a high cost. In the PV sector in Germany, for example, the cost per job created can be as high as USD$_{2010}$ 236,000 (€175,000 in 2008) (Frondel et al., 2010), underlining that continued employment and welfare gains will remain dependent on the level and availability of support and financing mechanisms (Alvarez et al., 2010; Furchtgott-Roth, 2012; Böhringer et al., 2013). Furthermore, given the higher cost of electricity generation from RE and CCS-based fossil fuels, at least in the short-term, jobs in energy-intensive economic sectors are expected to be affected (Delina and Diesendorf, 2013). The structure of the economy and wage levels will nonetheless influence the extent of industry restructuring and its impact of labour redeployment.

**Energy security.** As discussed in Section 6.6.2.2, energy security can generally be understood as "low vulnerability of vital energy systems"

---

[19]  Co-benefits and adverse side-effects describe effects in non-monetary units without yet evaluating the net effect on overall social welfare. Please refer to the respective Sections in the framing chapters as well as to the glossary in Annex I for concepts and definitions—particularly Sections 2.4, 3.6.3, and 4.8. The extent to which co-benefits and adverse side-effects will materialize in practice as well as their net effect on social welfare will differ greatly across regions, and depend on local circumstances, implementation practices, as well as the scale and pace of the deployment of the different measures.

**Table 7.3 |** Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the energy supply sector. Arrows pointing up/down denote positive/negative effect on the respective objective/concern; a question mark (?) denotes an uncertain net effect. Please refer to Sections 11.7 and 11.13.6 for possible upstream effects of biomass supply on additional objectives. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale (see Section 6.6). For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3, and 14.4.2. Numbers correspond to references listed below the table.

| Mitigation measures | Effect on additional objectives/concerns | | | |
|---|---|---|---|---|
| | **Economic** | **Social (including health)** | **Environmental** | **Other** |
| **Nuclear replacing coal power** | ↑ Energy security (reduced exposure to fuel price volatility)[1]<br>↑ Local employment impact (but uncertain net effect)[2]<br>↓ Legacy cost of waste and abandoned reactors[3] | Health impact via<br>↓ Air pollution[4] and coal-mining accidents[5]<br>↑ Nuclear accidents[6] and waste treatment, uranium mining and milling[7]<br>↓ Safety and waste concerns[8] | Ecosystem impact via<br>↓ Air pollution[4] and coal mining[10]<br>↑ Nuclear accidents[11] | Proliferation risk[12] |
| **RE (wind, PV, CSP, hydro, geothermal, bioenergy) replacing coal** | ↑ Energy security (resource sufficiency, diversity in the near/medium term)[13]<br>↑ Local employment impact (but uncertain net effect)[14]<br>↑ Irrigation, flood control, navigation, water availability (for multipurpose use of reservoirs and regulated rivers)[15]<br>↓ Extra measures to match demand (for PV, wind, and some CSP)[16] | Health impact via<br>↓ Air pollution (except bioenergy)[17]<br>↓ Coal-mining accidents[18]<br>↑ Contribution to (off-grid) energy access[19]<br>? Project-specific public acceptance concerns (e.g., visibility of wind)[20]<br>↓ Threat of displacement (for large hydro)[21] | Ecosystem impact via<br>↓ Air pollution (except bioenergy)[22]<br>↓ Coal mining[23]<br>↓ Habitat impacts (for some hydro)[24]<br>↓ Landscape and wildlife impact (for wind)[25]<br>↑ Water use (for wind and PV)[26]<br>↓ Water use (for bioenergy, CSP, geo-thermal, and reservoir hydro)[27] | Higher use of critical metals for PV and direct drive wind turbines[28] |
| **Fossil CCS replacing coal** | ↑↑ Preservation vs. lock-in of human and physical capital in the fossil industry[29] | Health impact via<br>↓ Risk of CO$_2$ leakage[30]<br>↑ Upstream supply-chain activities[31]<br>↓ Safety concerns (CO$_2$ storage and transport)[32] | Ecosystem impact via upstream supply-chain activities[33]<br>↑ Water use[34] | Long-term monitoring of CO$_2$ storage[35] |
| **BECCS replacing coal** | *See fossil CCS where applicable. For possible upstream effect of biomass supply, see Sections 11.7 and 11.13.6* | | | |
| **Methane leakage prevention, capture, or treatment** | ↑ Energy security (potential to use gas in some cases)[36] | ↓ Occupational safety at coal mines[37]<br>↓ Health impact via reduced air pollution[38] | ↓ Ecosystem impact via reduced air pollution[39] | |

References: [1]Adamantiades and Kessides (2009); Rogner (2010, 2012a; b). For the low share of fuel expenditures in LCOE, see IAEA (2008b) and Annex III. For the energy security effects of a general increase in nuclear power, see NEA (2010) and Jewell (2011a). [2]Cai et al. (2011); Wei et al. (2010); Kenley et al. (2009); McMillen et al. (2011). [3]Marra and Palmer (2011); Greenberg, (2013a); Schwenk-Ferrero (2013a); Skipperud et al. (2013); Tyler et al. (2013a). [4]Smith and Haigler (2008); Smith et al. (2012b); Smith et al. (2013); Gohlke et al. (2011); Rückerl et al. (2011), and WGII Section 11.9 on health impacts from air pollution attributable to coal; Solli et al. (2006); Dones et al. (2007); Dones et al. (2005); Simons and Bauer (2012) on air pollution attributable to nuclear; see Section 7.9.2 for comparison. [5]See Section 7.9.3 and references cited therein: Epstein et al. (2010); Burgherr et al. (2012); Chen et al. (2012); Chan and Griffiths (2010); Asfaw et al. (2013). [6]See Section 7.9.3, in particular Cairdis et al. (2006); Balonov et al. (2010); Moomaw et al. (2011a); WHO (2013). [7]Abdelouas (2006); Al-Zoughool and Kewski (2009) cited in Sathaye et al. (2011a); Smith et al. (2013); Schnelzer et al. (2010); Tirmarche (2012); Brugge and Buchner (2011). [8]Visschers and Siegrist (2012); Greenberg (2013a); Kim et al. (2013); Visschers and Siegrist (2012); see Section 7.9.4 and references cited therein: Bickerstaff et al. (2008); Sjoberg and Drottz-Sjoberg (2009); Corner et al. (2011); Ahearne (2011). [9]Simons and Bauer (2012) for comparison of nuclear and coal. See Section 7.9.2 and references cited therein for ecological impacts of coal: Galloway et al. (2008); Doney (2010); Hertwich et al. (2010); Rockstrom et al. (2009); van Grinsven et al. (2013) for eutrophication and acidification; Emberson et al. (2012); van Geothem et al. (2013) for photooxidants; IEA (2011a); Pacyna et al. (2007) for increased metal emissions; and Nagajyoti et al. (2010); Sevcikova et al. (2011); Mahboob (2013) for the ecosystem effects of those emissions. [10]Adibee et al. (2013); Cormier et al. (2013); Smith et al. (2013), and reference cited therein: Palmer et al. (2010). [11]Møller et al. (2012); Hiyama et al. (2013); Mousseau and Møller (2013); Møller and Mousseau (2013); Møller et al. (2011). [12]von Hippel et al. (2011, 2012); Sagan (2011); Yim and Li (2013); Adamantiades and Kessides (2009); Rogner (2010). [13]Sathaye et al. (2011); McCollum et al. (2013b); Jewell et al. (2014); Cherp et al. (2013). [14]van der Zwaan et al. (2013); Cai et al. (2011); Lehr et al. (2012); Ruiz-Romero et al. (2012); Böhringer et al. (2012); Sathaye et al. (2011) and references cited therein, e.g., Frondel et al. (2010) and Barbier (2009). [15]Kumar et al. (2011); Schaeffer et al. (2012); Smith et al. (2013); WCD (2000) and Moore et al. (2010), cited in Sathaye et al. (2011a). [16]IEA (2011d); Williams et al. (2012); Sims et al. (2011); Holttinen et al. (2011); Rasmussen et al. (2012). [17]Sathaye et al. (2011); Smith, GEA (2012); Smith et al. (2013); Figure 7.8, Annex II and references cited therein. [18]Section 7.9.3, especially Moomaw et al. (2011a); Chen et al. (2012); Burgherr et al. (2012). [19]Pachauri et al. (2012); Sathaye et al. (2011); Kanagawa and Nakata (2008); Bazilian et al. (2012); Sokona et al. (2012); Byrne et al. (2007); D'Agostino et al. (2011); Pachauri et al. (2012); Díaz et al. (2013); van der Vleuten et al. (2013); Nguyen, (2007); Narula et al. (2012); Sudhakara-Reddy et al. (2009). [20]Lovich and Ennen (2013); Sathaye et al. (2011); Wiser et al. (2011). [21]Bao (2010); Scudder (2005); Kumar et al. (2011); Sathaye et al. (2011a) and references cited therein: Richter et al. (2010); Smith et al. (2013) and references cited therein: Hwang et al. (2011); McDonald-Wilmsen and Webber (2010); Finley-Brook and Thomas (2010). [22]See Section 7.9.2 and references cited therein for ecological impacts of coal: Galloway et al., (2008); Doney, (2010); Hertwich et al., (2010); Rockstrom et al. (2009); van Grinsven (2013) for eutrophication

and acidification; Emberson et al. (2012) and van Geothem et al. (2013) for photooxidants. See Arversen and Hertwich (2011, 2012) for wind, Fthenakis et al. (2008) and Laleman et al. (2011) for PV, Becerralopez and Golding (2007) and Moomaw et al. (2011a) for CSP, and Moomaw et al. (2011b) for a general comparison. [23]See footnote 10 on ecosystem impact from coal mining. [24]Kumar et al. (2011); Alho (2011); Kunz et al. (2011); Smith et al. (2013); Ziv et al. (2012). [25]Wiser et al. (2011); Lovich and Ennen (2013); Garvin et al. (2011); Grodsky et al. (2011); Dahl et al. (2012); de Lucas et al. (2012); Dahl et al. (Dahl et al., 2012); Bayer et al. (2011). [26]Pachauri et al. (2012); Fthenakis and Kim (2010); Sathaye et al. (2011); Moomaw et al. (2011a); Meldrum et al. (2013). [27]Pachauri et al. (2012); Fthenakis and Kim (2010); Sathaye et al. (2011); Moomaw et al. (2011a); Meldrum et al. (2013); Berndes (2008); Pfister et al. (2011); Fingerman et al. (2011); Mekonnen and Hoekstra (2012); Bayer et al. (2013a). [28]Section 7.9.2, Kleijn and van der Voet (2010); Graedel (2011); Zuser and Rechberger (2011); Fthenakis and Anctil (2013); Ravikumar and Malghan (2013); Pihl et al. (2012); Hoenderdaal et al. (2013). [29]Vergragt et al. (2011); Markusson et al. (2012); IPCC (2005); Benson et al. (2005); Fankhauser et al. (2008); Shackley and Thompson (2012). [30]Atchley et al. (2013)—simarly applicable to animal health; Apps et al. (2010); Siirila et al. (2012); Wang and Jaffe (2004). [31]Koorneef et al. (2011); Singh et al. (2011); Hertwich et al (2008); Veltman et al. (2010); Corsten et al.(2013). [32]Ashworth et al. (2012); Einsiedel et al. (2013); IPCC (2005); Miller et al. (2007); de Best-Waldhober et al. (2009); Shackley et al. (2009); Wong-Parodi and Ray (2009); Waööquist et al. (2009, 2010); Reiner and Nuttall (2011). [33]Koorneef et al. (2011); Singh et al. (2011); Hertwich et al (2008); Veltman et al. (2010); Corsten et al.(2013). [34]Zhai et al. (2011); Koorneef et al. (2011); Sathaye et al. (2011); Moomaw et al. (2011a). [35]Haszeldine et al. (2009); Sauer et al. (2013); Kudryavtsev et al. (2012); Held and Edenhofer (2009). [36]Wilkinson (2011); Song and Liu (2012). [37]Karacan et al. (2011); Deng et al. (2013); Wang et al. (2012); Zhang et al. (2013); Cheng et al. (2011). [38]IEA, (2009c); Jerrett et al. (2009); Shindell (2013); Smith et al. (2013), and references cited therein: Kim et al. (2013); Ito et al. (2005); Ji et al. (2011). [39]Van Dingenen et al. (2009); Shindell et al. (2012); van Goethem et al. (2013).

(Cherp et al., 2012). Energy security concerns can be grouped as (1) the sufficiency of resources to meet national energy demand at competitive and stable prices, and (2) the resilience of the energy supply.[20] Since vital energy systems and their vulnerabilities differ from one country to another, the concept of energy security also differs between countries (Chester, 2009; Cherp and Jewell, 2011; Winzer, 2012). Countries with a high share of energy imports in total imports (or export earnings) are relatively more vulnerable to price fluctuations and historically have focused on curtailing energy imports (GNESD, 2010; Jain, 2010; Sathaye et al., 2011), but more recently, also building the resilience of energy supply (IEA, 2011a; Jewell, 2011b). For energy importers, climate policies can increase the sufficiency of national energy demand by decreasing imports and energy intensity while at the same time increasing the domestic resource buffer and the diversity of energy supply (Turton and Barreto, 2006; Costantini et al., 2007; Kruyt et al., 2009; McCollum et al., 2013a; Jewell et al., 2014). Energy-exporting countries are similarly interested in stable and competitive global prices, but they have the opposite interest of maintaining or increasing energy export revenues (Sathaye et al., 2011; Cherp and Jewell, 2011). There is uncertainty over how climate policies would impact energy export revenues and volumes as discussed in Section 6.3.6.6. One of the biggest energy security issues facing developing countries is the necessity to dramatically expand energy systems to support economic growth and development (Kuik et al., 2011; Cherp et al., 2012), which makes energy security in low- and middle-income countries closely related to the energy-access challenge, discussed in the next paragraphs and in Section 6.6.2.3.

**Rural development.** In various developing countries such as India, Nepal, Brazil, and parts of Africa, especially in remote and rural areas, some renewables are already cost-competitive options for increasing energy access (Nguyen, 2007; Goldemberg et al., 2008; Cherian, 2009; Sudhakara Reddy et al., 2009; Walter et al., 2011; Narula et al., 2012). Educational benefits as a function of rural electrification (Kanagawa and Nakata, 2008), and enhanced support for the produc-

tive sector and income generation opportunities (Bazilian et al., 2012; Sokona, Y. et al., 2012; Pachauri et al., 2013) are some of the important co-benefits of some mitigation options. However, the co-benefits may not be evenly distributed within countries and local jurisdictions. While there is a regressive impact of higher energy prices in developed countries (Grainger and Kolstad, 2010), the empirical evidence is more mixed for developing countries (Jakob and Steckel, 2013). The impact depends on the type of fuel used by different income groups, the redistribution of the revenues through, e.g., a carbon tax, and in what way pro-poor measures are able to mitigate adverse effects (Casillas and Kammen, 2010) (see Section 15.5.2.3 for a discussion of the distributional incidence of fuel taxes). Hence, regulators need to pay attention that the distributive impacts of higher prices for low-carbon electricity (fuel) do not become a burden on low-income rural households (Rao, 2013). The success of energy access programmes will be measured against affordability and reliability criteria for the poor.

Other positive spillover effects from implementation of renewable energy options include technology trade and knowledge transfer (see Chapter 13), reduction in the exposure of a regional economy to the volatility of the price of fossil fuels (Magnani and Vaona, 2013; see Chapter 14), and enhanced livelihoods conditions at the household level (Cooke et al., 2008; Oparaocha and Dutta, 2011).

### 7.9.2    Environmental and health effects

Energy supply options differ with regard to their overall environmental and health impacts, not only their GHG emissions (Table 7.3). Renewable energies are often seen as environmentally benign by nature; however, no technology—particularly in large scale application—comes without environmental impacts. To evaluate the relative burden of energy systems within the environment, full energy supply chains need to be considered on a lifecycle basis, including all system components, and across all impact categories.

To avoid creating new environmental and health problems, assessments of mitigation technologies need to address a wide range of issues, such as land and water use, as well as air, water, and soil pollution, which are often location-specific. Whilst information is scarce

---

[20]   These dimensions are roughly in line with the treatment of energy security in the SRREN albeit with terminology based on recent literature—along the lines of the *sovereignty* and *robustness* perspectives on the one hand and *resilience* on the other described by Cherp and Jewell (2011). It is also very similar to the IEA's distinction between energy system *risks* and *resilience capacities* (IEA, 2011a; Jewell, 2011b).

## Box 7.1 | Energy systems of LDCs: Opportunities & challenges for low-carbon development

One of the critical indicators of progress towards achieving development goals in the Least Developed Countries (LDCs) is the level of access to modern energy services. It is estimated that 79 % of the LDC population lacked access to electricity in 2009, compared to a 28 % average in the developing countries (WHO and UNDP, 2009). About 71 % of people in LDCs relied exclusively on biomass burning for cooking in 2009. The dominance of subsistence agriculture in LDCs as the mainstay of livelihoods, combined with a high degree of population dispersal, and widespread income poverty have shaped the nature of energy systems in this category of countries (Banuri, 2009; Sokona, Y. et al., 2012). The LDCs from sub-Saharan Africa and parts of Asia, with limited access to fossil-based electricity (and heat), would need to explore a variety of appropriate sustainable technologies to fuel their development goals (Guruswamy, 2011). In addition to deploying fossil-based and renewable technologies, improved biomass cooking from biogas and sustainably produced wood for charcoal will remain essential in LDCs (Guruswamy, 2011).

Bioenergy production from unsustainable biomass harvesting, for direct combustion and charcoal production is commonly practiced in most LDCs. The net GHG emissions from these practices is significant (FAO, 2011), and rapid urbanization trends is likely to intensify harvesting for wood, contributing further to rises in GHG emissions, along with other localized environmental impacts. However, important initiatives from multilateral organizations and from the private sector with innovative business models are improving agricultural productivity for food and creating bioenergy development opportunities. One example produces liquid biofuels for stove cooking while creating, near cities, agroforestry zones with rows of fast-growing leguminous trees/shrubs and alleys planted with annual crop rotations, surrounded by a forestry shelterbelt zone that contains indigenous trees and oilseed trees and provides business opportunities across the value chain including for women (WWF-UK, 2011). The mixture of crops and trees produces food with higher nutritive values, enables clean biofuels production for stove cooking, develops businesses, and simultaneously avoids GHG emissions from deforestation to produce charcoal for cooking (Zvinavashe et al., 2011). A dearth of documented information and a lack of integration of outcomes of the many successful

specific projects that show improved management practices of so-called traditional forest biomass resource into sustainably managed forest propagate the impression that all traditional biomass is unsustainable. As more data emerge, the record will be clarified. Holistic biomass programmes that address the full value chain, from sustainable production of wood-based fuels to their processing, conversion, distribution, and marketing, and use with the potential to reduce future GHG emissions are currently being promoted (see Box 11.6). Other co-benefits associated with these programmes include reduced burden of fuel collection, employment, and improved health conditions of the end users (Reddy et al., 2000; Lambrou and Piana, 2006; Hutton et al., 2007; Anenberg et al., 2013; Owen et al., 2013). The LDC contribution to climate stabilization requires minimizing future GHG emissions while meeting unmet (or suppressed) energy demand, which is likely to rise. For example, though emissions levels remain low, the rate of growth in emissions in Africa is currently above the world average, and the continent's share of global emissions is likely to increase in the coming decades (Canadell et al., 2009). Whilst growth in GHG emissions is expected as countries build their industrial base and consumption moves beyond meeting basic needs, minimizing this trend will involve exploring new opportunities for scaling up modern energy access where possible by embracing cleaner and more-efficient energy options that are consistent with regional and global sustainability goals. One such opportunity is the avoidance of associated natural gas flaring in oil- and gas-producing developing countries where venting and flaring amounts to 69 % of world total of 150 billion cubic metres—representing 1.2 % of global $CO_2$ emissions (Farina, 2011; GGFR and World Bank, 2011). For a country such as Nigeria, which flares about 15 billion m³ of gas—sufficient to meet its energy needs along with the current needs of many neighbouring countries (Dung et al., 2008), this represents an opportunity towards a low-carbon pathway (Hassan and Kouhy, 2013). Collier and Venables (2012) argue that while abundant natural endowments in renewable and fossil resources in Africa and other LDCs should create opportunities for green energy development, energy sourcing, conversion, distribution, and usage are economic activities that require the fulfilment of factors such as capital, governance capacity, and skills (see Box 1.1).

and often difficult to generalize, tradeoffs among the different types of impacts, affecting different species, and at different times, become important in carrying out the assessments (Sathaye et al., 2011). Also, the analysis has to go beyond marginal changes (see Section 3.6.3) in the existing system to address alternative futures. Environmental and health implications of different low-carbon technologies as they are understood today are briefly discussed below.

Combustion-related emissions cause substantial human health and ecological impacts. Exposure to outdoor particulate matter emitted directly or formed from products of incomplete combustion, i.e., sulphur, nitrogen oxides, and ammonia, lead to cardiovascular disease, chronic and acute respiratory illness, lung cancer, and other health damages, causing in the order of 3.2 million premature deaths per year (Pope et al., 2009; Lim et al., 2012; Smith et al., 2012a). Despite air pollution policies,



**Figure 7.8** | Life-cycle inventory results of the production of 1 kWh of electricity for important air pollutants contributing to particulate matter (PM) exposure, the leading cause of health impact from air pollution. The technology modelling considers state-of-the-art pollution control equipment for fossil power plants. Data sources: Arvesen and Hertwich (2011); Burkhardt et al. (2011); Whitaker (2013), Dones et al. (2005); Singh et al. (2011). Abbreviations: PC = pulverized coal, PV = photovoltaic, CSP = concentrating solar power, Poly-Si = polycrystalline silicon, CIGS = copper indium gallium selenide thin film, CdTe = cadmium telluride thin film, IGCC = integrated gasification combined cycle, CCS = $CO_2$ capture and storage, SCPC = supercritical pulverized coal, NGCC = natural gas combined cycle, PWR = pressurized water reactor.

the exposure to ambient air pollution of 80 % of the world's population is estimated to exceed the World Health Organization (WHO) recommendation of 10 μg/m³ for PM2.5 (Brauer et al., 2012; Rao et al., 2013).[21] Sulphur and nitrogen oxides are involved in the acidification of fresh water and soils; and nitrogen oxides in the eutrophication of water bodies (Galloway et al., 2008; Doney, 2010), both threatening biodiversity (Rockstrom et al., 2009; Hertwich et al., 2010; van Grinsven et al., 2013). Volatile organic compounds and nitrogen oxides cause the formation of photochemical oxidants (summer smog), which impact human health (Lim et al., 2012) and ecosystems (Emberson et al., 2012; van Goethem et al., 2013).[22] Coal is an important source of mercury (IEA, 2011a) and other toxic metals (Pacyna et al., 2007), harming ecosystems (Nagajyoti et al., 2010; Sevcikova et al., 2011; Mahboob, 2013),

and potentially also human health (van der Voet et al., 2012; Tchounwou et al., 2012). Many of these pollutants can be significantly reduced through various types of pollution control equipment, but even with this equipment in place, some amount of pollution remains. In addition, surface mining of coal and tar sand causes substantial land use and mining waste (Yeh et al., 2010; Elliott Campbell et al., 2012; Jordaan, 2012).

Reducing fossil fuel combustion, especially coal combustion, can reduce many forms of pollution and may thus yield co-benefits for health and ecosystems. Figure 7.8 indicates that most renewable power projects offer a reduction of emissions contributing to particulate matter exposure even compared to modern fossil fuel-fired power plants with state-of-the-art pollution control equipment.

Ecological and health impacts of renewable energy have been comprehensively assessed in the SRREN, which also provides a review of life-cycle assessments of nuclear and fossil-based power generation (Sathaye et al., 2011). Renewable energy sources depend on large areas to harvest energy, so these technologies have a range of eco-

---

[21] See WGII 11.9 (Smith et al., 2014) and Chapter 4 of the Global Energy Assessment "Energy and Health" (Smith et al., 2012) for a recent overview of human health effects associated with air pollution.

[22] See Chapter 3 of the Global Energy Assessment "Energy and Environment" (Emberson et al., 2012) for a recent overview of environmental effects associated with air pollution.

logical impacts related to habitat change, which—depending on site characteristics and the implementation of the technology—may be higher than that of fossil fuel-based systems (Sathaye et al., 2011). For wind power plants, collisions with raptors and bats, as well as site disturbance during construction cause ecological concerns (Garvin et al., 2011; Grodsky et al., 2011; Dahl et al., 2012). Adjustments in the location, design and operation of facilities can mitigate some of these damages (Arnett et al., 2011; de Lucas et al., 2012). For hydropower plants, dams present an obstacle to migratory species (Alho, 2011; Ziv et al., 2012). The large-scale modification of river flow regimes affects the amount and timing of water release, reduces seasonal flooding, and sediment and nutrient transport to flood plains (Kunz et al., 2011). These modifications result in a change of habitat of species adapted to seasonal flooding or living on flood plains (Young et al., 2011). Geothermal (Bayer et al., 2013b) and concentrating solar power (CSP) (Damerau et al., 2011) can cause potential concerns about water use/pollution, depending on design and technological choices.

Wind, ocean, and CSP need more iron and cement than fossil fuel fired power plants, while photovoltaic power relies on a range of scarce materials (Burkhardt et al., 2011; Graedel, 2011; Kleijn et al., 2011; Arvesen and Hertwich, 2011). Furthermore, mining and material processing is associated with environmental impacts (Norgate et al., 2007), which make a substantial contribution to the total life-cycle impacts of renewable power systems. There has been a significant concern about the availability of critical metals and the environmental impacts associated with their production. Silver, tellurium, indium, and gallium have been identified as metals potentially constraining the choice of PV technology, but not presenting a fundamental obstacle to PV deployment (Graedel, 2011; Zuser and Rechberger, 2011; Fthenakis and Anctil, 2013; Ravikumar and Malghan, 2013). Silver is also a concern for CSP (Pihl et al., 2012). The limited availability of rare earth elements used to construct powerful permanent magnets, especially dysprosium and neodymium, may limit the application of efficient direct-drive wind turbines (Hoenderdaal et al., 2013). Recycling is necessary to ensure the long-term supply of critical metals and may also reduce environmental impacts compared to virgin materials (Anctil and Fthenakis, 2013; Binnemans et al., 2013). With improvements in the performance of renewable energy systems in recent years, their specific material demand and environmental impacts have also declined (Arvesen and Hertwich, 2011; Caduff et al., 2012).

While reducing atmospheric GHG emissions from power generation, CCS will increase environmental burdens associated with the fuel supply chains due to the energy, water, chemicals, and additional equipment required to capture and store $CO_2$. This is likely to increase the pressure on human health and ecosystems through chemical mechanisms by 0–60% compared to the best available fossil fuel power plants (Singh, et al., 2011). However, these impacts are considered to be lower than the ecological and human health impacts avoided through reduced climate change (Singh et al., 2012). Uncertainties and risks associated with long-term storage also have to be considered (Sections 7.5.5 and 7.9.3; Ketzer et al., 2011; Koornneef et al., 2011).

For an overview of mitigation options and their unresolved challenges, see Section 7.5.

The handling of radioactive material[23] poses a continuous challenge to the operation of the nuclear fuel chain and leads to releases of radionuclides. The most significant routine emissions of radionuclides occurs during fuel processing and mining (Simons and Bauer, 2012). The legacy of abandoned mines, sites, and waste storage causes some concerns (Marra and Palmer, 2011; Greenberg, 2013b; Schwenk-Ferrero, 2013; Skipperud et al., 2013; Tyler et al., 2013).

Epidemiological studies indicate an increase in childhood leukemia of populations living within 5 km of a nuclear power plant in a minority of sites studied (Kaatsch et al., 2008; Raaschou-Nielsen et al., 2008; Laurier et al., 2008; Heinävaara et al., 2010; Spycher et al., 2011; Koerblein and Fairlie, 2012; Sermage-Faure et al., 2012), so that the significance of a potential effect is not resolved (Fairlie and Körblein, 2010; Laurier et al., 2010).

Thermal power plants with high cooling loads and hydropower reservoirs lead to reduced surface water flows through increased evaporation (IPCC, 2008; Dai, 2011), which can adversely affect the biodiversity of rivers (Hanafiah et al., 2011) and wetlands (Amores et al., 2013; Verones et al., 2013).

While any low-carbon energy system should be subject to scrutiny to assure environmental integrity, the outcome must be compared against the performance of the current energy system as a baseline, and well-designed low-carbon electricity supply outperforms fossil-based systems on most indicators. In this context, it should be noted that the environmental performance of fossil-based technologies is expected to decline with increasing use of unconventional resources with their associated adverse environmental impacts of extraction (Jordaan et al., 2009; Yeh et al., 2010).

### 7.9.3    Technical risks

Within the context of sustainable development, a comprehensive assessment of energy supply and mitigation options needs to take into account technical risks, especially those related to accidents risks. In the event of accidents, fatality and injury may occur among workers and residents. Evacuation and resettlements of residents may also take place. This section, therefore, updates the risk assessment presented in Chapter 9 of the SRREN (IPCC, 2011a): "Accidental events can be triggered by natural hazards (e.g., Steinberg et al., 2008; Kaiser et al., 2009; Cozzani et al., 2010), technological failures (e.g., Hirschberg et al., 2004; Burgherr et al., 2008), purposefully malicious action (e.g., Giroux, 2008), and human errors (e.g., Meshkati, 2007; Ale et al., 2008)", (IPCC, 2011a, p. 745). An analysis of the fatalities caused by

---

[23]    Accidents are addressed in Section 7.9.3.

large accidents (≥ 5 fatalities or ≥ 10 injured or ≥ 200 evacuated) recorded in the Energy-Related Severe Accident Database (ENSAD) (Burgherr et al., 2011), as presented in SRREN, allows for a comparison of the potential impacts. The analysis in SRREN included accidents in the fuel chain, such as coal mining and oil shipping, 1970–2008.

SRREN indicates high fatality rates (> 20 fatalities per PWh)[24] associated with coal, oil, and hydropower in non-OECD countries and low fatalities (< 2 fatalities per PWh) associated with renewable and nuclear power in OECD countries (Figure 9.12 in Sathaye et al., 2011). Coal and oil power in OECD countries and gas power everywhere were associated with impacts on the order of 10 fatalities per PWh.

Coal mining accidents in China were identified to have contributed to 25,000 of the historical total of 33,000 fatalities in severe accidents from 1970–2008 (Epstein et al., 2010; Burgherr et al., 2012). New analysis indicates that the accident rate in Chinese coal mining has been reduced substantially, from 5670 deaths in 2001 to 1400 in 2010, or from 5.1 to 0.76 fatalities per Mt coal produced (Chen et al., 2012). The majority of these fatalities is apparently associated with smaller accidents not covered in the ENSAD database. In China, accident rates in smaller coal mines are higher than those in larger mines (Chan and Griffiths, 2010), and in the United States, less profitable mines have higher rates than more profitable ones (Asfaw et al., 2013). A wide range of research into underlying causes of accidents and measures to prevent future accidents is currently under way.

For oil and gas, fatalities related to severe accidents at the transport and distribution stage are a major component of the accident related external costs. Over 22,000 fatalities in severe accidents for the oil chain were reported, 4000 for LPG, and 2800 for the natural gas chain (Burgherr et al., 2011, 2012). Shipping and road transport of fuels are associated with the highest number of fatalities, and accident rates in non-OECD countries are higher than those in OECD countries (Eckle and Burgherr, 2013).

For hydropower, a single event, the 1975 Banqiao/Shimantan dam failure in China, accounted for 26,000 immediate fatalities. Remaining fatalities from large hydropower accidents amount to nearly 4000, but only 14 were recorded in OECD countries (Moomaw et al., 2011a; Sathaye et al., 2011).

Severe nuclear accidents have occurred at Three-Mile Island in 1979, Chernobyl in 1986, and Fukushima in 2011. For Three-Mile Island, no fatalities or injuries were reported. For Chernobyl, 31 immediate fatalities occurred and 370 persons were injured (Moomaw et al., 2011a). Chernobyl resulted in high emissions of iodine-131, which has caused measureable increases of thyroid cancer in the surrounding areas (Cardis et al., 2006). The United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) identified 6000 thyroid cases in indi-

viduals who were below the age of 18 at the time of the accident, 15 of which had resulted in mortalities (Balonov et al., 2011). A significant fraction of these are above the background rate. Epidemiological evidence for other cancer effects does not exist; published risk estimates often assume a linear no-threshold dose-response relationship, which is controversial (Tubiana et al., 2009). Between 14,000 and 130,000 cancer cases may potentially result (Cardis et al., 2006), and up to 9,000 potential fatalities in the Ukraine, Belarus, and Russia in the 70 years after the accident (Hirschberg et al., 1998). The potential radiation-induced increase in cancer incidence in a population of 500 million would be too low to be detected by an epidemiological study and such estimates are neither endorsed nor disputed by UNSCEAR (Balonov et al., 2011). Adverse effects on other species have been reported within the 30-km exclusion zone (Alexakhin et al., 2007; Møller et al., 2012; Geras'kin et al., 2013; Mousseau and Møller, 2013).

The Fukushima accident resulted in much lower radiation exposure. Some 30 workers received radiation exposure above 100 mSv, and population exposure has been low (Boice, 2012). Following the linear, no-threshold assumption, 130 (15–1100) cancer-related mortalities, and 180 (24–1800) cancer-related morbidities have been estimated (Ten Hoeve and Jacobson, 2012). The WHO does not estimate cancer incidence from low-dose population exposure, but identifies the highest attributable risk to be thyroid cancer in girls exposed during infancy in the Fukushima prefecture, with an increase of a maximum of 70 % above relatively low background rates. In the highest exposed locations, leukemia in boys may increase by 5 % above background, and breast cancer in girls by 4 % (WHO, 2013).

Design improvements for nuclear reactors have resulted in so-called Generation III+ designs with simplified and standardized instrumentation, strengthened containments, and 'passive' safety designs seeking to provide emergency cooling even when power is lost for days. Nuclear power reactor designs incorporating a 'defence-in-depth' approach possess multiple safety systems including both physical barriers with various layers and institutional controls, redundancy, and diversification—all targeted at minimizing the probability of accidents and avoiding major human consequences from radiation when they occur (NEA, 2008).

The fatality rates of non-hydro RE technologies are lower than those of fossil chains, and are comparable to hydro and nuclear power in developed countries. Their decentralized nature limits their capacity to have catastrophic impacts.

As indicated by the SRREN, accidents can result in the contamination of large land and water areas with radionuclides or hydrocarbons. The accidental releases of crude oil and its refined products into the maritime environment have been substantially reduced since the 1970s through technical measures, international conventions, national legislations, and increased financial liabilities (see e.g. Kontovas et al., 2010; IPCC, 2011a; Sathaye et al., 2011). Still, oil spills are common and can affect both marine and freshwater resources (Jernelöv, 2010;

---

Rogowska and Namiesnik, 2010). Furthermore, increased drilling in deep offshore waters (e.g., Gulf of Mexico, Brazil) and extreme environments (e.g., the Arctic) poses a risk of potentially high environmental and economic impacts (Peterson et al., 2012; Moreno et al., 2013; Paul et al., 2013). Leakage of chemicals used in hydraulic fracturing during shale gas and geothermal operations can potentially contaminate local water flows and reservoirs (Aksoy et al., 2009; Kargbo et al., 2010; Jackson et al., 2013). Further research is needed to investigate a range of yet poorly understood risks and risk factors related to CCS storage (see Sections 7.5.5 and 7.9.4). Risks of $CO_2$ transport are discussed in Section 7.6.4.

## 7.9.4    Public perception[25]

Although public concerns are often directed at higher-GHG-emitting energy sources, concerns also exist for lower-emitting sources, and opposition can impede their deployment. Although RE sources often receive relatively wide public support, public concerns do exist, which, because of the diversity of RE sources and applications, vary by technology (Sathaye et al., 2011). For bioenergy, concerns focus on direct and indirect land use and related GHG emissions, deforestation, and possible competition with food supplies (e.g., Chum et al., 2011; and Bioenergy Annex of chapter 11). For hydropower, concerns include the possibility of the displacement of human populations, negative environmental impacts, and altered recreational opportunities (e.g., Kumar et al., 2011). For wind energy, concerns primarily relate to visibility and landscape impacts as well as potential nuisance effects, such as noise (e.g., Wiser et al., 2011). For solar energy, land area requirements can be a concern for large, utility-scale plants (e.g., Arvizu et al., 2011). For ocean energy, sea area requirements are a concern (e.g., Lewis et al., 2011). Concerns for geothermal energy include the possibility of induced local seismicity and impacts on natural—especially recreational—areas (e.g., Goldstein et al., 2011).

For nuclear energy, anxieties often focus on health and safety (e.g., accidents, disposal of wastes, decommissioning) and proliferation (e.g., terrorism, civil unrest). Further, perceptions are dependent on how the debate around nuclear is framed relative to other sources of energy supply (e.g., Bickerstaff et al., 2008; Sjoberg and Drottsz-Sjoberg, 2009; Corner et al., 2011; Ahearne, 2011; Visschers and Siegrist, 2012; Greenberg, 2013b; Kim et al., 2013).

Among CCS technologies, early[26] misgivings include the ecological impacts associated with different storage media, the potential for accidental release and related storage effectiveness of stored $CO_2$, and the perception that CCS technologies do not prevent all of the non-GHG social and environmental impacts of fossil energy sources (e.g., IPCC, 2005; Miller et al., 2007; de Best-Waldhober et al., 2009; Shackley et al., 2009; Wong-Parodi and Ray, 2009; Wallquist et al., 2009, 2010; Reiner and Nuttall, 2011; Ashworth et al., 2012; Einsiedel et al., 2013). For natural gas, the recent increase in the use of unconventional extraction methods, such as hydraulic fracturing, has created concerns about potential risks to local water quality and public health (e.g., US EPA, 2011; IEA, 2012i).

Though impacts, and related public concerns, cannot be entirely eliminated, assessing, minimizing and mitigating impacts and concerns are elements of many jurisdictions' planning, siting, and permitting processes. Technical mitigation options show promise, as do procedural techniques, such as ensuring the availability of accurate and unbiased information about the technology, its impacts and benefits; aligning the expectations and interests of different stakeholders; adjusting to the local societal context; adopting benefit-sharing mechanisms; obtaining explicit support at local and national levels prior to development; building collaborative networks; and developing mechanisms for articulating conflict and engaging in negotiation (e.g., Ashworth et al., 2010; Fleishman, De Bruin, and Morgan, 2010; Mitchell et al., 2011; Terwel et al., 2010).

# 7.10    Barriers and opportunities

## 7.10.1    Technical aspects

From a global perspective, the large number of different technologies that are available to mitigate climate change (Section 7.5.) facilitates the achievement of prescribed climate protection goals. Given that many different combinations of the mitigation technologies are often feasible, least-cost portfolios can be determined that select those options that interact in the best possible way (Chapter 6, Section 7.11). On a local scale and/or concerning specific technologies, however, technological barriers might constrain their mitigation potential. These limits are discussed in Sections 7.4, 7.5, 7.6, and 7.9.

---

[25]   Other portions of this chapter and AR5 contain discussions of actual ecological and environmental impacts of various energy sources. Although not addressed here, energy transmission infrastructure can also be the focus of public concern. See also Chapters 2, 6, and 10, which cover issues of public acceptance through complementary lenses.

[26]   Knowledge about the social acceptability of CCS is limited due to the early state of the technologies' deployment, though early research has deepened our understanding of the issues related to CCS significantly (de Best-Waldhober et al., 2009; Malone et al., 2010; Ter Mors et al., 2010; Corry and Reiner, 2011. See also Section 2.6.6.2)

### 7.10.2 Financial and investment barriers and opportunities

The total global investment in the energy supply sector in 2010 is estimated to be USD 1,076 to 1,350 billion per year, of which 43–48 % is invested in the power sector and 37–50 % is invested in fossil extraction. In the power sector, 49–55 % of the investments is used for power generation and 45–51 % is used for transmission and distribution (see Section 16.2.2).

The total investment in renewables excluding hydropower in 2012 was USD 244 billion, which was six times the level in 2004. Out of this total, USD 140 billion was for solar and USD 80 billion for wind power. The total was down 12 % from a record USD 279 billion in 2011 in part due to changes in support policies and also due to sharp reductions in renewable energy technology costs. Total investment in developed countries fell 29 % in 2012 to USD 132 billion, while investment in developing countries rose 19 % to USD 112 billion. The investment in renewables is smaller than gross investment on fossil-fuel plants (including replacement plant) at USD 262 billion, but much larger than net investment in fossil-fuel technologies, at USD 148 billion. The amount of installed capacity of renewables excluding hydropower was 85 GW, up from 2011's 80 GW (BNEF and Frankfurt School-UNEP Centre, 2013; REN21, 2013).

Additional investments required in the energy supply sector by 2050 are estimated to be USD 190 billion to USD 900 billion/year to limit the temperature increase below 2 °C (about 0.30 % to 1.4 % of world GDP in 2010) (GEA, 2012; IEA, 2012h; Kainuma et al., 2013). The additional investment costs from both supply and demand sides are estimated to about USD 800 billion/year according to McCollum et al. (2014). With a greater anticipated increase in energy demands, developing countries are expected to require more investments than the developed countries (see also Chapter 6 and Chapter 16).

Investment needs in the energy supply sector increase under low-GHG scenarios. However, this should be set in the context of the total value of the world's financial stock, which (including global stock market capitalization) stood at more than USD 210 trillion at the end of 2010 (Roxburgh et al., 2011). Moreover, the investment needs described above would be offset, to a degree, by the lower operating costs of many low-GHG energy supply sources, as well as those due to energy-efficiency improvements in the end-use sectors (IEA, 2012h).

Though only a fraction of the available private-sector capital stock would be needed to cover the costs of low-GHG energy supply even in aggressive GHG-reduction scenarios, private capital will not be mobilized automatically for such purposes. For this reason, various measures—such as climate investment funds, carbon pricing, feed-in tariffs, RE quotas and RE-tendering/bidding schemes, carbon offset markets, removal of fossil fuel subsidies and private/public initiatives aimed at lowering barriers for investors—are currently being implemented (see Section 7.12, chapters 13, 14, and Section 15.2), and still

more measures may be needed to achieve low-GHG stabilization scenarios. Uncertainty in policies is also a barrier to investment in low-GHG energy supply sources (United Nations, 2010; World Bank, 2011b; IEA, 2012h; IRENA, 2012a; BNEF and Frankfurt School-UNEP Centre, 2013).

Investment in LDCs may be a particular challenge given their less-developed capital markets. Multilateral development banks and institutions for bilateral developmental cooperation will have an important role towards increasing levels of confidence for private investors. Innovative insurance schemes to address regulatory and policy barriers could encourage participation of more diverse types of institutional investors (Patel, 2011). Building capacity in local governments in developing countries for designing and implementing appropriate policies and regulations, including those for efficient and transparent procurement for infrastructure investment, is also important (World Economic Forum, 2011; IRENA, 2012a; Sudo, 2013).

Rural areas in LDCs are often characterized by very low population densities and income levels. Even with the significant decline in the price of PV systems, investment cost barriers are often substantial in these areas (IPCC, 2011b). Micro-finance mechanisms (grants, concessional loans) adapted to the pattern of rural activities (for instance, installments correlated with income from agriculture) may be necessary to lift rural populations out of the energy poverty trap and increase the deployment of low-carbon energy technologies in these areas (Rao et al., 2009; Bazilian et al., 2012; IRENA, 2012c).

### 7.10.3 Cultural, institutional, and legal barriers and opportunities

Managing the transition from fossil fuels to energy systems with a large penetration of low-carbon technologies and improved energy efficiency will pose a series of challenges and opportunities, particularly in the case of poor countries. Depending on the regions and the development, barriers and opportunities may differ dramatically.

Taking the example in the United States, Sovacool (Sovacool, 2009) points to significant social and cultural barriers facing renewable power systems as policymakers continue to frame electricity generation as a mere technical challenge. He argues that in the absence of a wider public discourse around energy systems and challenging entrenched values about perceived entitlements to cheap and abundant forms of electricity, RE and energy-efficiency programmes will continue to face public acceptability problems. Indeed, attitudes towards RE in addition to rationality are driven by emotions and psychological issues. To be successful, RE deployment, as well as information and awareness efforts and strategies need to take this explicitly into account (Sathaye et al., 2011). Legal regulations and procedures are also impacting on the deployment of nuclear energy, CCS, shale gas, and renewable energy. However, the fundamental reasons (environment, health, and safety) may differ according to the different types of energy. The under-

lying risks are discussed in Sections 7.5 and 7.9, and enabling policies to address them are in Section 7.12.

A huge barrier in the case of poor, developing countries is the cultural, economic, and social gap between rural and urban areas (Khennas, 2012). For instance, cooking fuels, particularly firewood, is widely used in rural areas because it is a suitable fuel for these communities in addition to its access without payment apart from the time devoted to its collection. Indeed, values such as time have different perceptions and opportunity costs depending on the social and geographical context. Furthermore, legal barriers are often hindering the penetration of modern energy services and distorting the economics of energy systems. For instance, informal settlements in poor peripheral urban areas mean legal barriers to get access to electricity. Land tenancy issues and illegal settlements are major constraints to energy access, which are often overcome by illegal power connections with an impact on the safety of the end users and economic loss for the utility due to meter tampering. In addition, in many slums, there is a culture of non-payment of the bills (UN Habitat and GENUS, 2009). Orthodox electrification approaches appear to be inefficient in the context of urban slums, particularly in sub-Saharan Africa. Adopting a holistic approach encompassing cultural, institutional, and legal issues in the formulation and implementation of energy policies and strategies is increasingly perceived particularly in sub-Saharan Africa as essential to addressing access to modern energy services. In South Africa, the Electricity Supply Commission (ESKOM), the large utility in Africa, implemented a holistic Energy Losses Management Program (UN Habitat and GENUS, 2009), with strong community involvement to deal with the problem of energy loss management and theft. As a result prepayment was successfully implemented as it gives poor customers a daily visibility of consumption and a different culture and understanding of access to modern energy services.

### 7.10.4   Human capital capacity building

Lack of human capital is widely recognized as one of the barriers to development, acquisition, deployment, and diffusion of technologies required for meeting energy-related $CO_2$ emissions reduction targets (IRENA, 2012d). Human capacity is critical in providing a sustainable enabling environment for technology transfer in both the host and recipient countries (Barker et al., 2007; Halsnæs et al., 2007). Human workforce development has thus been identified as an important near-term priority (IEA, 2010c).

There is increasing concern in the energy supply sector in many countries that the current educational system is not producing sufficient qualified workers to fill current and future jobs, which increasingly require science, technology, engineering, and mathematics (STEM) skills. This is true not only in the booming oil and gas and traditional power industries, but also in the rapidly expanding RE supply sector (NAS, 2013b). Skilled workforce in the areas of RE and decentralized energy systems, which form an important part of 'green jobs'

(Strietska-Ilina et al., 2011), requires different skill sets for different technologies and local context, and hence requires specific training (Moomaw et al., 2011b). Developing the skills to install, operate, and maintain the RE equipment is exceedingly important for a successful RE project, particularly in developing countries (UNEP, 2011), where shortages of teachers and trainers in subjects related to the fast-growing RE supply sector have been reported (Strietska-Ilina et al., 2011) (ILO and EU, 2011). Well-qualified workers will also be required on other low-carbon energy technologies, particularly nuclear and CCS—should there be large-scale implementation (Creutzig and Kammen, 2011; NAS, 2013b).

Apart from technology-oriented skills, capacity for decision support and policymaking in the design and enactment stages is also essential, particularly on assessing and choosing technology and policy options, and designing holistic policies that effectively integrate renewable energy with other low-carbon options, other policy goals, and across different but interconnected sectors (Mitchell et al., 2011; Jagger et al., 2013).

To avoid future skill shortages, countries will need to formulate short- and long-term capacity development strategies based on well-informed policy decisions, and adequate information on labour market and skill needs in the context of low-carbon transition and green jobs (Strietska-Ilina et al., 2011; Jagger et al., 2013). But producing a skilled workforce with the right skills at the right time requires additional or alternatives to conventional approaches. These include, but are not limited to, increased industry-education-government partnership, particularly with industry organizations, in job demand forecasting, designing education and training curricula, augmenting available skills with specific skills, and adding energy supply sector experience in education and training (Strietska-Ilina et al., 2011; NAS, 2013b).

### 7.10.5   Inertia in energy systems physical capital stock turnover

The long life of capital stock in energy supply systems (discussed in detail in Section 5.6.3) gives the possibility of path-dependant carbon lock-in (Unruh, 2002). The largest contribution to GHG emissions from existing high-carbon energy capital stock is in the global electricity sector, which is also characterized by long-lived facilities—with historical plant lifetimes for coal, natural gas, and oil plant of 38.6, 35.8, and 33.8 years, respectively (Davis et al., 2010). Of the 1549 GW investments (from 2000–2010) in the global electricity sector (EIA, 2011), 516 GW (33.3 %) were coal and 482 GW (31.1 %) were natural gas. Only 34 GW (2.2 %) were nuclear investments, with combined renewable source power plants at 317 GW (20.5 %). The investment share for RE power plants accelerated toward the end of the decade. The transport, industrial, commercial, and residential sectors generally have smaller technology sizes, shorter lifetimes, and limited plant level data for directly emitting GHG facilities; however, in combina-

tion, contribute over half of the GHG emissions from existing primary energy capital stock (Davis et al., 2010).

Long-lived fossil energy system investments represent an *effective* (high-carbon) lock-in. Typical lifetime of central fossil-fuelled power plants are between 30 and 40 years; those of electricity and gas infrastructures between 25–50 years (Philibert and Pershing, 2002). Although such capital stock is not an irreversible investment, premature retirement (or retrofitting with CCS if feasible) is generally expensive. Examples include low natural gas prices in the United States due to shale gas production making existing coal plants uneconomic to run, or merit order consequences of new renewable plants, which endanger the economic viability of dispatchable fossil fuel power plants in some European countries under current market conditions (IEA, 2013b). Furthermore, removal of existing fossil plants must overcome inertia from existing providers, and consider wider physical, financial, human capital, and institutional barriers.

Explicit analysis of path dependency from existing energy fossil technologies (450 ppm scenario, IEA, 2011a) illustrates that if current trends continue, by 2015 at least 90 % of the available 'carbon budget' will be allocated to existing energy and industrial infrastructure, and in a small number of subsequent years there will be extremely little room for manoeuvre at all (IEA, 2011a, Figure 6.12).

Effective lock-in from long-lived energy technologies is particularly relevant for future investments by developing economies, which are projected to account for over 90 % of the increase in primary energy demand by 2035 (IEA, 2011a). The relative lack of existing energy capital in many developing countries bolsters the potential opportunities to develop a low-carbon energy system, and hence reduce the effective carbon lock-in from broader energy infrastructures (e.g., oil refineries, industrial heat provision, transport networks) (Guivarch and Hallegatte, 2011), or the very long-lived capital stock embodied in buildings and urban patterns (Jaccard and Rivers, 2007).

# 7.11 Sectoral implication of transformation pathways and sustainable development

This section reviews long-term integrated scenarios and transformation pathways with regard to their implication for the global energy system. Focus is given to energy-related $CO_2$ emissions and the required changes to the energy system to achieve emissions reductions compatible with a range of long-term climate targets. Aggregated *energy-related emissions*, as primarily discussed in this section, comprise the *full energy system*, including energy sourcing, conversion, transmission, as well as the supply of energy carries to

the end-use sectors *and* their use in the end-use sectors. Aggregated energy-related emissions are further split into emissions from electricity generation and the rest of the energy system.[27,28] This section builds upon about 1200 emissions scenarios, which were collated by Chapter 6 in the WGIII AR5 Scenario Database (Section 6.2.2 and Annex II.10). The scenarios were grouped into baseline and mitigation scenarios. As described in more detail in Section 6.3.2, the scenarios are further categorized into bins based on 2100 concentrations: between 430–480 ppm $CO_2$eq, 480–530 ppm $CO_2$eq, 530–580 ppm $CO_2$eq, 580–650 ppm $CO_2$eq, 650–720 ppm $CO_2$eq, 720–1000 ppm $CO_2$eq, and > 1000 ppm $CO_2$eq by 2100. An assessment of geophysical climate uncertainties consistent with the dynamics of Earth System Models assessed in WG I found that the most stringent of these scenarios—leading to 2100 concentrations between 430 and 480 ppm $CO_2$eq—would lead to an end-of-century median temperature change between 1.5 to 1.7 °C compared to pre-industrial times, although uncertainties in understanding of the climate system mean that the possible temperature range is much wider than this. These scenarios were found to maintain temperature change below 2 °C over the course of the century with a *likely* chance. Scenarios in the concentration category of 650–720 ppm $CO_2$eq correspond to comparatively modest mitigation efforts, and were found to lead to median temperature rise of approximately 2.6–2.9 °C in 2100 (see Section 6.3.2 for details).

## 7.11.1   Energy-related greenhouse gas emissions

In the baseline scenarios assessed in AR5, direct $CO_2$ emissions of the *energy supply sector* increase from 14.4 Gt$CO_2$/yr in 2010 to 24–33 Gt$CO_2$/yr in 2050 (25–75th percentile; full range 15–42 Gt$CO_2$/yr), with most of the baseline scenarios assessed in AR5 showing a significant increase. The lower end of the full range is dominated by scenarios with a focus on energy intensity improvements that go well beyond the observed improvements over the past 40 years [Figure TS 15].

In absence of climate change mitigation policies,[29] *energy-related* $CO_2$ emissions (i.e. those taking into account the emissions of the energy

---

37   Note that the other Sections in Chapter 7 are focusing on the *energy supply sector*, which comprises only energy extraction, conversion, transmission, and distribution. As noted in Section 7.3, $CO_2$ emissions from the energy supply sector are the most important source of climate forcing. Climate forcing associated with emissions from non-$CO_2$ greenhouse gases (e.g., $CH_4$ and $N_2O$) of the energy supply sector is smaller than for $CO_2$. For the most part, non-$CO_2$ greenhouse gases are emitted by other non-energy sectors, though $CH_4$ is released in primary energy sourcing and supply as a bi-product of oil, gas, and coal production as well as in the transmission and distribution of methane to markets. While its share in total GHG emissions is relatively small, the energy supply sector is, however, a major source of sulphur and other aerosol emissions. (See also Section 6.6)

28   The mitigation scenarios in the WGIII AR5 Scenario Database do not provide information on energy-related emissions of non-$CO_2$ gases. The assessment in this section thus focuses on $CO_2$ emissions only.

29   Beyond those already in effect.



**Figure 7.9 |** Global development of annual $CO_2$ emissions for the full energy system including energy supply, and end uses (upper panel), and the split between electricity and non-electric emissions (lower panels). The baseline emissions range (grey) is compared to the range of emissions from mitigation scenarios grouped according to their long-term $CO_2$eq concentration level by 2100. Shaded areas correspond to the 25th–75th percentile of the scenarios in the WGIII AR5 Scenario Database and dashed lines to the median across the scenarios. 'Non-electric' comprises emissions from the full chain of non-electric conversion processes as well as emissions from fossil fuels supplied to the end-use sectors. The upper panel includes in addition also the representative concentration pathways (RCPs) (black lines, see Chapter 6, Table 6.2). Source: WGIII AR5 Scenario Database (See Section 6.2.2 and Annex II.10). Note: Some scenarios report industrial process emissions (e.g., $CO_2$ released from cement manufacture beyond energy-related emissions) as part of the energy system.

supply sector *and those in the* end-use sectors) are expected to continue to increase from current levels to about 55–70 GtCO₂ by 2050 (25th–75th percentile of the scenarios in the WGIII AR5 Scenario Database, see Figure 7.9).[30] This corresponds to an increase of between 80 % and 130 % compared to emissions of about 30 GtCO₂ in the year 2010. By the end of the 21st century, emissions could grow further, the 75th percentile of scenarios reaching about 90 GtCO₂.[31,32]

The stabilization of GHG concentrations requires fundamental changes in the global energy system relative to a baseline scenario. For example, in mitigation scenarios reaching 450 ppm CO₂eq concentrations in 2100, CO₂ emissions from the energy supply sec-

tor decline over the next decades, reach 90 % below 2010 levels between 2040 and 2070 and in many scenarios decline to below zero thereafter. As discussed in Section 7.11.4, unlike traditional pollutants, CO₂ concentrations can only be stabilized if global emissions peak and in the long term, decline toward zero. The lower the concentration at which CO₂ is to be stabilized, the sooner and lower is the peak. For example, in the majority of the scenarios compatible with a long-term concentration goal of below 480 ppm CO₂eq, energy-related emissions peak between 2020 and 2030, and decline to about 10–15 GtCO₂ by 2050 (Figure 7.9). This corresponds to emissions reductions by 2050 of 50–70 % compared to the year 2010, and 75–90 % compared to the business-as-usual (25th–75th percentile).

### 7.11.2    Energy supply in low-stabilization scenarios

While stabilizing CO₂eq concentrations requires fundamental changes to the global energy supply systems, a portfolio of measures is available that includes the reduction of final energy demand through

---

[30]  Note that the total energy-related emissions include in some scenarios also fossil fuel emissions from industrial processes, such as the use of fossil fuel feedstocks for lubricants, asphalt, or cement production. A split between energy and industrial process emissions is not available from the WGIII AR5 Scenario Database.

[31]  The full uncertainty range of the WGIII AR5 Scenario Database includes high-emissions scenarios approaching 80 GtCO₂ by 2050, and almost 120 GtCO₂ by 2100.

[32]  If not otherwise mentioned, ranges refer to the 25th—75th percentile of the WGIII AR5 Scenario Database.

7



**Figure 7.10 |** Development of annual primary energy supply (EJ) in three illustrative baseline scenarios (left-hand panel); and the change in primary energy compared to the baseline to meet a long-term concentration target between 430 and 530 ppm $CO_2$eq. Source: ReMIND (RoSE: Bauer et al., 2013); GCAM (AME: Calvin et al., 2012); MESSAGE (GEA: Riahi et al., 2012).*

*        Note that 'Savings' is calculated as the residual reduction in total primary energy.



| 1 | 2 | 3 | 4 |
|---|---|---|---|
| High energy demand scenarios show higher levels of oil supply. | In high energy demand scenarios, alternative liquid and hydrogen technologies are scaled up more rapidly. | High energy demand scenarios show a more rapid up-scaling of CCS technologies but a more rapid phase-out of unabated fossil fuel conversion technologies. | In high energy demand scenarios non-fossil electricity generation technologies are scaled up more rapidly. |

**Figure 7.11 |** Influence of energy demand on the deployment of energy supply technologies for stringent mitigation scenarios (430–530 ppm $CO_2$eq) in 2050. Blue bars for 'low energy demand' show the deployment range of scenarios with limited growth of final energy of < 20 % in 2050 compared to 2010. Red bars show the deployment range of technologies in case of 'high energy demand' (> 20 % growth in 2050 compared to 2010). For each technology, the median-, interquartile-, and full-deployment range is displayed. (Source: WGIII AR5 Scenario Database; see Annex II.10).

Notes: Scenarios assuming technology restrictions and scenarios with final energy in the base-year outside ±5 % of 2010 inventories are excluded. Ranges include results from many different integrated models. Multiple scenario results from the same model were averaged to avoid sampling biases. For further details see Chapter 6.

enhanced efficiency or behavioural changes as well as fuel switching (e.g., from coal to gas) and the introduction of low-carbon supply options such as renewables, nuclear, CCS, in combination with fossil or biomass energy conversion processes, and finally, improvements in the efficiency of fossil fuel use. These are discussed in Section 7.5 as well as in Chapters 8–10.

Figure 7.10 shows three examples of alternative energy system transformation pathways that are consistent with limiting $CO_2$eq concentrations to about 480 ppm $CO_2$eq by 2100. The scenarios from the three selected models are broadly representative of different strategies for how to transform the energy system. In absence of new policies to reduce GHG emissions, the energy supply portfolio of the scenarios continues to be dominated by fossil fuels. Global energy supply in the three baseline scenarios increases from present levels to 900–1200 EJ/yr by 2050 (left-hand panels of Figure 7.10). Limiting concentrations to low levels requires the rapid and pervasive replacement of fossil fuel without CCS (see the negative numbers at the right-hand panels of Figure 7.10). Between 60 and 300 EJ of fossil

fuels are replaced across the three scenarios over the next two decades (by 2030). By 2050 fossil energy use is 230–670 EJ lower than in non-climate-policy baseline scenarios.[33]

The three scenarios achieve their concentration goals using different portfolios. These differences reflect the wide range in assumptions about technology availability and the policy environment.[34] While the pace of the transformation differs across the scenarios (and depends also on the carbon-intensity and energy-demand development in the baseline), all three illustrative scenarios show the importance of measures to reduce energy demand over the short term. For instance, by

---

[33]  The numbers refer to the replacement of freely emitting (unabated) fossil fuels without CCS. The contribution of fossil fuels with CCS is increasing in the mitigation scenarios.

[34]  For example, the MESSAGE scenario corresponds to the so-called "efficiency" case of the Global Energy Assessment, which depicts low energy demand to test the possibility of meeting the concentration goal even if nuclear power were phased out. GCAM on the other hand imposed no energy supply technology availability constraints and assumed advances across a broad suite of technologies.

2030, between 40–90% of the emissions reductions are achieved through energy-demand savings, thus reducing the need for fossil fuels. The long-term contribution of energy-demand savings differs, however, significantly across the three scenarios. For instance, in MESSAGE about 1200 EJ of fossil fuels are replaced through efficiency and demand-side improvements by 2100, compared to about 400 EJ in the GCAM scenario.

Achieving concentrations at low levels (430–530 ppm CO$_2$eq) requires significant up-scaling of low-carbon energy supply options. The up-scaling of low-carbon options depends greatly on the development of energy demand, which determines the overall 'size' of the system. Hence, scenarios with greater emphasis on efficiency and other measures to limit energy demand, generally show less pervasive and rapid up-scaling of supply-side options (see right-side panels of Figure 7.11). Figure 7.11 compares stringent mitigation scenarios with low and comparatively high global energy demands by 2050. The higher energy-demand scenarios are generally accompanied by higher deployment rates for low-carbon options and more rapid phaseout of freely emitting fossil fuels without CCS. Moreover, and as also shown by Figure 7.11, high energy demand leads to a further 'lock-in' into fossil-intensive oil-supply infrastructures, which puts additional pressure on the supply system of other sectors that need to decarbonize more rapidly to compensate for the increased emissions from oil prod-

ucts. The results confirm the importance of measures to limit energy demand (Wilson et al, 2013) to increase the flexibility of energy supply systems, thus reducing the risk that stringent mitigation stabilization scenarios might get out of reach (Riahi et al., 2013). Note also that even at very low concentration levels, a significant fraction of energy supply in 2050 may be provided by freely emitting fossil energy (without CCS).

The projected deployment of renewable energy technologies in the mitigation scenarios (Figure 7.12), with the exception of biomass, is well within the estimated global technical potentials assessed by the IPCC (2011a). As illustrated in Figure 7.12, global technical potentials of, for instance, wind, solar, geothermal, and ocean energy are often more than an order of magnitude larger than the projected deployment of these technologies by 2050. Also for hydropower the technical potentials are larger than the projected deployment, whereas for biomass, projected global deployment is within the wide range of global technical potential estimates. Considering the large up-scaling in the mitigation scenarios, global technical potentials of biomass and hydropower seem to be more limiting than for other renewables (Figure 7.12). That said, considering not only global potentials, but also regional potentials, other renewable energy sources may also be limited by technical potentials under mitigation scenarios (Fischedick et al., 2011).



**Figure 7.12 |** Comparison of global technical potentials of renewable energy sources (Moomaw et al., 2011b) and deployment of renewable energy technologies in integrated model scenarios in 2050 (WGIII AR5 Scenario Database, see Annex II.10). Solar energy and biomass are displayed as primary energy as they can serve multiple uses. Note that the figure is presented in logarithmic scale due to the wide range of assessed data. Integrated model mitigation scenarios are presented for different ranges of CO$_2$eq concentration levels (see Chapter 6).

Notes: The reported technical potentials refer to the total worldwide annual RE supply. Any potential that is already in use is not deducted. Renewable energy power sources could also supply heating applications, whereas solar and biomass resources are represented in terms of primary energy because they could be used for multiple (e.g., power, heat, and transport) services. The ranges were derived by using various methodologies and the given values refer to different years in the future. As a result, the displayed ranges cannot be strictly compared across different technologies. Additional information concerning data sources and additional notes that should be taken into account in interpreting the figure, see Moomaw et al. (2011b). Contribution of ocean energy in the integrated model scenarios is less than 0.1 EJ and thus outside the logarithmic scale of the figure. Note that not all scenarios report deployment for all RE sources. The number of assessed scenarios differs thus across RE sources and scenario categories. The abbreviation 'n.a.' indicates lack of data for a specific concentration category and RE. Scenarios assuming technology restrictions are excluded.

Additionally, reaching the global deployment levels as projected by the mitigation scenarios requires addressing potential environmental concerns, public acceptance, the infrastructure requirements to manage system integration and deliver renewable energy to load centres, and other barriers (see Section 7.4.2, 7.6, 7.8, 7.9, 7.10; IPCC, 2011a). Competition for land and other resources among different renewables may also impact aggregate technical potentials as well as deployment levels, as might concerns about the carbon footprint and sustainability of the resource (e. g., biomass) as well as materials demands (cf. Annex Bioenergy in Chapter 11; de Vries et al., 2007; Kleijn and van der Voet, 2010; Graedel, 2011). In many mitigation scenarios with low demand, nuclear energy supply is projected to increase in 2050 by about a factor of two compared to today, and even a factor of 3 or more in case of relatively high energy demand (Figure 7.11). Resource endowments will not be a major constraint for such an expansion, however, greater efforts will be necessary to improve the safety, uranium utilization, waste management, and proliferation concerns of nuclear energy use (see also Sections 7.5.4, 7.4.3, 7.8, 7.9, and 7.10).

Integrated models (see Section 6.2) tend to agree that at about USD 100–150/$tCO_2$ the electricity sector is largely decarbonized with a significant fraction being from CCS deployment (Krey and Riahi, 2009; Luckow et al., 2010; Wise et al., 2010). Many scenarios in the WGIII AR5 Scenario Database achieve this decarbonization at a carbon tax of approximately USD 100/$tCO_2$. This price is sufficient, in most scenarios, to produce large-scale utilization of bioenergy with CCS (BECCS) (Krey and Riahi, 2009; Azar et al., 2010; Luckow et al., 2010; Edmonds et al., 2013). BECCS in turn allows net removal of $CO_2$ from the atmosphere while simultaneously producing electricity (Sections 7.5.5 and 11.13). In terms of large-scale deployment of CCS in the power sector, Herzog (2011, p. 597), and many others have noted that "Significant challenges remain in growing CCS from the megatonne level where it is today to the gigatonne level where it needs to be to help mitigate global climate change. These challenges, none of which are showstoppers, include lowering costs, developing needed infrastructure, reducing subsurface uncertainty, and addressing legal and regulatory issues". In addition, the up-scaling of BECCS, which plays a prominent role in many of the stringent mitigation scenarios in the literature, will require overcoming potential technical barriers to increase the size of biomass plants. Potential adverse side effects related to the biomass feedstock usage remain the same as for biomass technologies without CCS (Sections 7.5.5, 11.13, particularly 11.7, 11.13.6, and 11.13.7).

Over the past decade, a standardized geologic $CO_2$ storage-capacity methodology for different types of deep geologic formations (Bachu et al., 2007; Bradshaw et al., 2007; Kopp et al., 2009; Orr, 2009; Goodman et al., 2011; De Silva et al., 2012) has been developed and applied in many regions of the world. The resulting literature has been surveyed by Dooley (2013), who reports that, depending on the quality of the underlying data used to calculate a region's geologic $CO_2$ storage capacity, and on the type and stringency of various engineering and economic constraints, global theoretical $CO_2$ storage could be as much

as 35,000 $GtCO_2$, global effective storage capacity is 13,500 $GtCO_2$, global practical storage capacity is 3,900 $GtCO_2$, and matched geologic $CO_2$ storage capacity for those regions of the globe where this has been computed is 300 $GtCO_2$. Dooley (2013) compared these estimates of geologic storage capacity to the potential demand for storage capacity in the 21st century by looking across more than 100 peer-reviewed scenarios of CCS deployment. He concludes that a lack of geologic storage space is unlikely to be the primary impediment to CCS deployment as the average demand for geologic $CO_2$ storage for scenarios that have end-of-century $CO_2$ concentrations of 400–500 ppm ranges from 448 $GtCO_2$ to 1,000 $GtCO_2$.

Energy system response to a prescribed climate policy varies across models and regions. There are multiple alternative transition pathways, for both the global energy system as a whole, and for individual regional energy systems. In fact the special circumstances encountered by individual regions imply greater regional variety in energy mitigation portfolios than in the global portfolio (Calvin et al., 2012; Bauer et al., 2013).

### 7.11.3     Role of the electricity sector in climate change mitigation

Electrification of the energy system has been a major driver of the historical energy transformation from an originally biomass-dominated energy system in the 19th century to a modern system with high reliance on coal and gas (two of the major sources of electricity generation today). Many mitigation scenario studies (Edmonds et al., 2006; as well as the AR5 database; cf. Sections 6.3.4 and 6.8) have three generic components: (1) decarbonize power generation; (2) substitute electricity for direct use of fossil fuels in buildings and industry (see Sections 9.3 and 10.4), and in part for transportation fuels (Chapter 8); and (3) reduce aggregate energy demands through technology and other substitutions.

Most scenarios in the WGIII AR5 Scenario Database report a continuation of the global electrification trend in the future (Figure 7.13). In the baseline scenario (assuming no new climate policies) most of the demand for electricity continues to be in the residential, commercial, and industry sectors (see Chapters 9 and 10), while transport sectors rely predominantly on liquid fuels (Section 8.9). Biofuels and electricity both have the potential to provide transport services without fossil fuel emissions. The relative contribution of each depends at least in part on the character of technologies that evolve to provide transport services with each fuel.

Electricity production is the largest single sector emitting fossil fuel $CO_2$ at present and in baseline scenarios of the future. A variety of mitigation options exist in the electricity sector, including renewables (wind, solar energy, biomass, hydro, geothermal), nuclear, and the possibility of fossil or biomass with CCS. The electricity sector plays a major role in mitigation scenarios with deep cuts of GHG emissions. Many mitiga-



**Figure 7.13 |** Share of electricity in total final energy for the year 2050 in baseline scenarios and five different levels of mitigation stringency (long-term concentration levels in ppm $CO_2$eq by 2100). Colored bars show the interquartile range and white bars indicate the full range across the baseline and mitigation scenarios (See Section 6.3.2). Dashed horizontal line shows the electricity share for the year 2010. Source: WGIII AR5 Scenario Database (see Annex II.10). Scenarios assuming technology restrictions are excluded.

tion scenario studies report an acceleration of the electrification trend in mitigation scenarios (Figure 7.13).

Mitigation scenario studies indicate that the decarbonization of the electricity sector may be achieved at a much higher pace than in the rest of the energy system (Figure 7.14). In the majority of stringent mitigation scenarios (430–480 ppm and 480–530 ppm), the share of low-carbon energy increases from presently about 30 % to more than 80 % by 2050. In the long term (2100), fossil-based electricity generation without CCS is phased out entirely in these scenarios.

Figure 7.15 shows the evolution over time of transformation pathways for primary energy supply, electricity supply, and liquid fuels supply for reference scenarios and low-concentration scenarios (430–530 ppm $CO_2$eq). The development of the full scenario ensemble is further compared to the three illustrative mitigation scenarios by the ReMIND, MESSAGE, and GCAM models discussed in Section 7.11.2 (see Figure 7.10). The effect of climate policy plays out differently in each of the three supply domains. In aggregate, mitigation leads to a reduction in primary energy demands. However, two distinctly different mitigation portfolios emerge—one in which hydro-carbon fuels, including biomass, BECCS, and fossil CCS play a prominent role; and the other where, taken together, non-biomass renewables and nuclear power take center stage. In both instances, the share of fossil energy without CCS declines to less than 20 % of the total by 2100. Note that in the scenarios examined here, the major branch point occurs around the 2050 period, while the foundations are laid in the 2030 to 2050 period.

Electricity generation is a somewhat different story. While as previously noted, electricity generation decarbonizes rapidly and completely (in many scenarios emissions actually become negative), taken together, non-biomass renewables and nuclear power always play an important role. The role of CCS varies greatly, but even when CCS becomes extremely important to the overall mitigation strategy, it never exceeds half of power generation. By 2050, the contribution of fossil CCS technologies is in most scenarios larger than BECCS (see Figure 7.11). In contrast to the overall scale of primary energy supply, which falls in climate policy scenarios relative to baseline scenarios, the scale of power generation can be higher in the presence of climate policy depending on whether the pace of electrification proceeds more or less rapidly than the rate of end-use energy demand reductions. With regards to the deployment of individual non-biomass renewables or different CCS technologies, see also Figure 7.11 and Figure 7.12.

Liquid fuels are presently supplied by refining petroleum. Many scenarios report increasing shares for liquids derived from other primary



**Figure 7.14 |** Share of low-carbon energy in total primary energy, electricity and liquid supply sectors for the year 2050. Colored bars show the interquartile range and white bars indicate the full range across the baseline and mitigation scenarios for different $CO_2$eq ppm concentration levels in 2100 (Section 6.3.2). Dashed horizontal lines show the low-carbon share for the year 2010. Low-carbon energy includes nuclear, renewables, fossil fuels with CCS and bioenergy with CCS: WGIII AR5 Scenario Database (see Annex II.10). Scenarios assuming technology restrictions are excluded.

a) Primary Energy
Primary Energy Shares
(Three Illustrative Scenarios)
GCAM
MESSAGE
REMIND
Primary Energy Shares
(AR5 Scenarios)
ALL Non-Biomass
Renewables and Nuclear
Renewables + Nuclear
Biomass + BECCS + Fossil CCS
ALL Fossil Fuels
(w/o CCS)
Fossil Fuels (w/o CCS)
ALL Biomass,
BECCS, Fossil CCS
Total Primary Energy
(AR5 Scenarios)
Primary Energy [EJ/yr]
Renewables and Nuclear
Biomass + BECCS + Fossil CCS
Fossil Fuels (w/o CCS)
430-530 ppm $CO_2$eq (AR5 Scenarios)
Baselines (AR5 Scenarios)
Three Illustrative Scenarios
2030
2050
2100
b) Electricity Generation
Electricity Shares
(Three Illustrative Scenarios)
GCAM
MESSAGE
REMIND
Electricity Shares
(AR5 Scenarios)
ALL Non-Biomass
Renewables and Nuclear
Renewables + Nuclear
Biomass + BECCS + Fossil CCS
ALL Fossil Fuels
(w/o CCS)
Fossil Fuels (w/o CCS)
ALL Biomass,
BECCS, Fossil CCS
Total Electricity Supply
(AR5 Scenarios)
Electricity [EJ/yr]
Renewables and Nuclear
Biomass + BECCS + Fossil CCS
Fossil Fuels (w/o CCS)
430-530 ppm $CO_2$eq (AR5 Scenarios)
Baselines (AR5 Scenarios)
Three Illustrative Scenarios
2030
2050
2100



## c) Liquid Fuels Supply



**Figure 7.15 |** Transition Pathways for the Aggregate Energy Supply Transformation System (a), Electricity Supply (b), and the Supply of Liquid Fuels (c): 2010 to 2100 for baseline and stringent mitigation scenarios (430–530 ppm CO$_2$eq). The pathways of three illustrative scenarios (cases A, B, and C) are highlighted for comparison. The illustrative pathways correspond to the same scenarios as shown in Figure 7.10. Dashed lines in the middle panels show the development to 2030 and 2050, and are indicative only for central trends across the majority of the scenarios. Source: WGIII AR5 Scenario Database (see Section 6.2.2 and Annex II.10) and three illustrative scenarios from ReMIND (Rose: Bauer et al., 2013); GCAM (AME: Calvin et al., 2012); and the MESSAGE model (GEA: Riahi et al., 2012).

Note: Scenarios assuming technology restrictions and scenarios with significant deviations for the base-year (2010) are excluded.

energy feedstocks such as bioenergy, coal, and natural gas. This transition is gradual, and becomes more pronounced in the second half of the century. Like aggregate primary energy supply, the supply of liquid fuels is reduced in climate policy scenarios compared with baseline scenarios. In addition, the primary feedstock shifts from petroleum and other fossil fuels to bioenergy.

### 7.11.4    Relationship between short-term action and long-term targets

The relationship between near-term actions and long-term goals is complex and has received a great deal of attention in the research literature. Unlike short-lived species (e.g., CH$_4$, CO, NO$_x$, and SO$_2$) for which stable concentrations are associated with stable emissions, stable concentrations of CO$_2$ ultimately in the long term require net emis-

sions to decline to zero (Kheshgi et al., 2005).[35] Two important implications follow from this observation.

First, it is cumulative emissions over the entire century that to a first approximation determines the CO$_2$ concentration at the end of the century, and therefore no individual year's emissions are critical (for cumulative CO$_2$ emissions consistent with different concentration goals see Section 6.3.2, and Meinshausen et al, 2009). For any stable concentration of CO$_2$, emissions must peak and then decline toward zero, and for low concentrations, some period of negative emissions may prove necessary.

---

[35]    The precise relationship is subject to uncertainty surrounding processes in both the oceans and on land that govern the carbon cycle. Processes to augment ocean uptake are constrained by international agreements.

Second, minimization of global social cost implies an immediate initiation of global emissions mitigation, relative to a reference, no-climate-policy scenario, with a marginal value of carbon that rises exponentially (Hotelling, 1931; Peck and Wan, 1996). The consequence of this latter feature is that emissions abatement and the deployment of mitigation technologies grows over time. When only a long-term state, e.g., a fixed level of radiative forcing in a specific year such as 2.6 Wm$^{-2}$ in 2100, is prescribed, the interim path can theoretically take on any value before the target year. 'Overshoot scenarios' are scenarios for which target values are exceeded during the period before the target date. They are possible because carbon is removed from the atmosphere by the oceans over an extended period of time, and can be further extended by the ability of society to create negative emissions through sequestration in terrestrial systems (Section 7.5, Chapter 11), production of bioenergy in conjunction with CCS technology (Section 7.5.5), and/or direct air capture (DAC). See for example, Edmonds, et al. (2013).

Even so, the bounded nature of the cumulative emissions associated with any long-term $CO_2$ concentration limit creates a derived limit on near-term emissions. Beyond some point, the system cannot adjust sufficiently to achieve the goal. Early work linking near-term actions with long-term goals was undertaken by researchers such as Swart, et al. (1998), the 'safe landing' concept, and Bruckner, et al., (1999), the 'tolerable windows' concept. O'Neill, et al., (2010) and Rogelj et al., (2013) assessed the relationship between emissions levels in 2020 and 2050 to meet a range of long-term targets (in 2100). They identified 'emissions windows' through which global energy systems would need to pass to achieve various concentration goals.

Recent intermodel comparison projects AMPERE, LIMITS and RoSE (Bauer et al., 2013; Eom et al., 2013; Kriegler et al., 2013; Luderer et al., 2013; Riahi et al., 2013; Tavoni et al., 2014) have explored the implications of different near-term emissions targets for the attainability and costs of reaching low-concentrations levels of 430–530 ppm $CO_2$eq. The studies illustrate that the pace of the energy transformation will strongly depend on the attainable level of emissions in the near term (Figure 7.16). Scenarios that achieve comparatively lower global emissions levels by 2030 (< 50 GtCO$_2$eq) show a more gradual transformation to 2050 corresponding to about a doubling of the low-carbon energy share every 20 years. Scenarios with higher 2030 emissions levels (> 55 GtCO$_2$eq) lead to a further 'lock-in' into GHG-intensive energy infrastructures without any significant change in terms of the low-carbon energy share by 2030. This poses a significant challenge for the time period between 2030 and 2050, where the low-carbon share in these scenarios would need to be rapidly scaled by nearly a factor of four (from about 15 % to about 60 % in 20 years).



**Figure 7.16 |** The up-scaling of low-carbon energy in scenarios meeting different 2100 $CO_2$eq concentration levels (left panel). The right panel shows the rate of up-scaling for different levels of emissions in 2030 in mitigation scenarios reaching 450 to 500 (430–530) ppm $CO_2$eq concentrations by 2100. Colored bars show the interquartile range and white bars indicate the full range across the scenarios, excluding those with large net negative global emissions (> 20 GtCO$_2$/yr) see Section 6.3.2 for more details). Scenarios with large net negative global emissions are shown as individual points. The arrows indicate the magnitude of zero- and low-carbon energy supply up-scaling from 2030 to 2050. Zero- and low-carbon energy supply includes renewables, nuclear energy, fossil energy with CCS, and bioenergy with CCS (BECCS). Note: Only scenarios that apply the full, unconstrained mitigation technology portfolio of the underlying models (default technology assumption) are shown. Scenarios with exogenous carbon price assumptions are excluded in both panels. In the right panel, scenarios with policies affecting the timing of mitigation other than 2030 interim targets are also excluded. Sources: WGIII AR5 Scenario Database (see Annex II.10). The right panel builds strongly upon scenarios from multimodel comparisons with explicit 2030 emissions targets: AMPERE: Riahi et al. (2013), Eom et al. (2013); LIMITS: Kriegler et al. (2013), ROSE: Luderer et al. (2013).



**Figure 7.17 |** Annual Levels of Geological Carbon Dioxide Storage in cost-effective mitigation scenarios reaching 430–530 ppm $CO_2$eq. Source: AMPERE intermodelling comparison; Eom et al. (2013), Riahi et al. (2013). Source: Reprinted from *Technological Forecasting and Social Change*, Eom J. et al., "The impact of near-term climate policy choices on technology and emission transition pathways", 2013, with permission from Elsevier.

Eom et al. (2013) indicates that such rapid transformations due to delays in near-term emissions reductions would pose enormous challenges with respect to the up-scaling of individual technologies. The study shows that depending on the assumptions about the technology portfolio, a quadrupling of the low-carbon share over 20 years (2030–2050) would lead on average to the construction of 29 to 107 new nuclear plants per year. While the lower-bound estimate corresponds to about the observed rate of nuclear power installations in the 1980s (Wilson et al., 2013), the high estimate is historically unprecedented. The study further indicates an enormous requirement for the future up-scaling of RE technologies. For instance, solar power is projected in the models to increase by 50–360 times of the year-2011 global solar capacity between 2030 and 2050. With respect to the attainability of such high deployment rates, the recent study by Wilson et al. (2013) indicates that the diffusion of successful technologies in the past has been generally more rapid than the projected technology diffusion by integrated models.

As shown in Figure 7.17, cost-effective pathways (without delay) show a remarkable near-term up-scaling (between 2008 and 2030) of CCS technologies by about three orders of magnitude from the current CCS facilities that store a total of 5 $MtCO_2$ per year (see also, Sathre et al., 2012). The deployment of CCS in these scenarios is projected to accelerate even further reaching $CO_2$ storage rates of about half to double current global $CO_2$ emissions from fossil fuel and industry by 2100. The majority of the models indicate that in absence of this CCS potential, the transformation to low-GHG concentrations (about 480 ppm $CO_2$eq) might not be attainable if mitigation is delayed to 2030 (Riahi et al., 2013). Delays in mitigation thus reduce technology choices, and as a result some of the currently optional technologies might become 'a must' in the future (Riahi et al., 2012, 2013; Rogelj et al., 2013). It should be noted that even at the level of CCS deployment as depicted by the cost-effective scenarios, $CO_2$ storage capacity is unlikely to be a

major limiting factor for CCS (see 7.11.2.), however, various concerns related to potential ecological impacts, accidental release of $CO_2$, and related storage effectiveness of CCS technologies might pose barriers to deployment. (See Section 7.9)

# 7.12    Sectoral policies

The stabilization of GHG concentrations at a level consistent with the Cancun agreement requires a fundamental transformation of the energy supply system, and the long-term substitution of freely emitting (i.e., unabated)[36] fossil fuel conversion technologies by low-carbon alternatives (Chapter 6, Section 7.11). Studies that have analyzed current policies plus the emission reduction pledges under the Cancun agreement have found that global GHG emissions are expected to grow (den Elzen et al., 2011; IEA, 2011a; e.g., Carraro and Massetti, 2012). As a consequence, additional policies must be enacted and/or the coverage and stringency of the existing ones must be increased if the Cancun agreement is to be fulfilled.

Currently, most countries combine instruments from three domains: economic instruments to guide investments of profit-maximizing firms, information and regulation approaches to guide choices where economic instruments are politically not feasible or not fully reflected in satisficing behaviour of private actors, and innovation and infrastructure policies reflecting public investment in long-term transformation needs (Grubb et al., 2013). This section discusses the outcome of *existing climate policies* that address the energy supply sector in terms of

---

[36]    These are those not using carbon dioxide capture and storage technologies.

their GHG-emission reduction, their influence on the *operation,* and (via changed investments) on the *structure* of the energy system, as well as the associated side effects. The policy categories considered in the following are those introduced in Section 3.8. The motivation behind the policies (e.g., their economic justification) and problems arising from enacting multiple policies simultaneously are discussed in Sections 3.8.6, 3.8.7, 15.3, and 15.7. A general evaluation of the performance of the policies is carried out in Section 15.5.

## 7.12.1   Economic instruments

GHG pricing policies, such as GHG-emission trading schemes (ETS) and GHG-emission taxes, have been frequently proposed to address the market externalities associated with GHG emissions (see Sections 3.8 and 15.5). In the power sector, GHG pricing has primarily been pursued through emission trading mechanisms and, to a lower extent, by carbon taxes (Sumner et al., 2009; IEA, 2010f; Lin and Li, 2011). Economic instruments associated with the provision of transport fuels and heat are discussed in chapters 8–10.

The existence of GHG (allowance or tax) prices increases the cost of electricity from fossil-fuelled power plants and, as a consequence, average electricity prices. The short-term economic impacts of power price increases for industrial and private consumers have been widely discussed (Parry, 2004; Hourcade et al., 2007). To address the associated distributional impacts, various compensation schemes have been proposed (IEA, 2010f; Burtraw et al., 2012; EU Commission, 2012). The impact of an emission trading scheme on the profitability of power generation can vary. Allowances that are allocated for free lead to windfall gains (Keats and Neuhoff, 2005; IEA, 2010f). With full auctioning, the impact on profitability can vary between different power stations (Keppler and Cruciani, 2010).

From an *operational* point of view, what counts is the *fuel- and technology-dependent* mark up in the marginal costs of fossil fuel power plants due to GHG prices. Power plants with low specific GHG emissions (e.g., combined cycle gas turbines) will see a smaller increase of their marginal costs compared to those with higher specific emissions (e.g., coal power plants). The resulting influence on the relative competiveness of different power plants and the associated effect on the generation mix depends, in part, on fuel prices (which help set the marginal cost reference levels) and the stringency of the GHG-emission cap or tax (defining the GHG price) (IEA, 2010f).

Although GHG taxes are expected to have a high economic efficiency (see Section 15.5.2), explicit GHG taxes that must be obeyed by the power sector (e.g., as part of an economy-wide system) have only been enacted in a couple of countries (WEC, 2008; Tanaka, 2011). In contrast, taxes on fuels are common (Section 15.5.2). Concerning *operational decisions,* GHG taxes, taxes or charges on input fuels and emission permit schemes are equal as long as the resulting (explicit or implicit) GHG price is the same. Concerning *investment decisions*

(especially those made under uncertainty), there are differences that are discussed as part of the 'prices versus quantities' debate (see Weitzman, 1974, 2007; OECD, 2009). Due to some weaknesses of existing ETSs and associated uncertainties, there is a renewed interest in hybrid systems, which combine the merits of both approaches by introducing price caps (serving as 'safety valves') and price floors into emission trading schemes to increase their flexibility in the context of uncertain costs (Pizer, 2002; Philibert, 2008). Concerning the issue of potential intertemporal and spatial leakages, as discussed in the Green Paradox literature (Section 15.5.2.4), differences between tax and GHG ETSs exist as well. Options to address these issues are discussed in Section 15.5.3.8 and Kalkuhl and Edenhofer (2013).

The EU ETS[37] is perhaps the world's most-prominent example of a GHG trading scheme, and the GHG prices observed in that market, in combination with other policies that have been enacted simultaneously, have been effective in changing *operating and investment choices* in a way that has allowed the *short-term* fulfilment of the sector-specific GHG reduction goals (Ellerman et al., 2010; IEA, 2010f). The significant associated emission reductions compared to the baseline are discussed in Section 14.4.2.1. Shortcomings of emissions trading in general, and the EU ETS in particular (e.g., the high GHG price volatility and the resulting lack of stable price signals), are addressed by (Grubb et al., 2006; Neuhoff et al., 2006; Åhman et al., 2007; Kettner et al., 2008; Ellerman et al., 2010; IEA, 2010f; Pahle et al., 2011). According to the IEA (2010f), these shortcomings can be mitigated by setting long-term emission caps that are consistent with given GHG concentration stabilization goals and by avoiding a free allocation of allowances to power producers. A general discussion of the performance of GHG trading schemes is given in Section 15.5.3, including programs outside Europe. The main factors that have contributed to the low EU ETS carbon prices currently observed include caps that are modest in comparison to the Cancun agreement, relatively low electricity demand due to the economic crisis in the EU, increasing shares of RE, as well as an unexpected high inflow of certificates from CDM projects (IEA, 2013c).

In the longer term and provided that sufficiently stringent emissions caps are set, GHG pricing (potentially supplemented by technology support, see Section 15.6) can support low-emitting technologies (e.g., RE, nuclear power, and CCS) due to the fuel- and technology-dependent mark-up in the marginal costs of fossil fuel power plants:

(a) The economic performance of nuclear power plants, for instance, can be improved by the establishment of GHG pricing schemes (NEA, 2011b; Linares and Conchado, 2013).

(b) CCS technologies applied in the power sector will only become competitive with their freely emitting (i.e., unabated) counterparts if the additional investment and operational costs associated with the CCS technology are compensated for by sufficiently high carbon prices

---

[37]   For additional information on the history and general success of this policy see Sections 14.4.2.1, and 15.5.3.

or direct financial support (Herzog, 2011; IEA, 2013c). In terms of the price volatility seen in the ETS, Oda and Akimoto (2011) analyzed the influence of carbon price volatility on CCS investments and concluded that carbon prices need to be higher to compensate for the associated uncertainty. The provision of capital grants, investment tax credits, credit guarantees, and/or insurance are considered to be suitable means to support CCS technologies as long as they are in their early stages of development (IEA, 2013c).

(c) Many RE technologies still need direct (e.g., price-based or quantity-based deployment policies) or indirect (e.g., sufficiently high carbon prices and the internalization of other externalities) support if their market shares are to be increased (see Section 7.8.2; IPCC, 2011a; IRENA, 2012a). To achieve this goal, specific RE deployment policies have been enacted in a large number of countries (Halsnæs et al., 2012; Zhang et al., 2012; REN21, 2013). These policies are designed to facilitate the process of bringing RE technologies down the learning curve (IEA, 2011f; IRENA, 2012a). Taken together, RE policies have been successful in driving an escalated growth in the deployment of RE (IPCC, 2011a). Price-based mechanisms (such as feed-in tariffs (FITs)) and quantity-based systems (such as quotas or renewable portfolio standards, RPS, and tendering/bidding) are the most common RE deployment policies in the power sector (Section 15.6, Halsnæs et al., 2012; REN21, 2013). With respect to their success and efficiency, the SRREN SPM (IPCC, 2011a, p.25) notes "that some feed in tariffs have been effective and efficient at promoting RE electricity, mainly due to the combination of long-term fixed price or premium payments, network connections, and guaranteed purchase of all RE electricity generated. Quota policies can be effective and efficient if designed to reduce risk; for example, with long-term contracts". Supported by Klessmann et al. (2013), a new study confirms: "Generally, it can be concluded that support schemes, which are technology specific, and those that avoid unnecessary risks in project revenues, are more effective and efficient than technology-neutral support schemes, or schemes with higher revenue risk" (Ragwitz and Steinhilber, 2013).

Especially in systems with increasing and substantial shares of RE and "despite the historic success of FITs, there is a tendency to shift to tender-based systems because guaranteed tariffs without a limit on the total subsidy are difficult to handle in government budgets. Conversely a system with competitive bidding for a specified amount of electricity limits the total amount of subsidy required" (Halsnæs et al., 2012, p.6). A renewed tendency to shift to tender-based systems with public competitive bidding to deploy renewables is observed by REN21 (2013) as well. Assessing the economic efficiency of RE policies requires a clear distinction between whether a complete macroeconomic assessment is intended (i.e., one where competing mitigation options are taken into account as well) or whether prescribed and time-dependent RE shares are to be achieved in a cost-effective manner. In addition, the planning horizon must be clearly stated. RE policies might be considered to be inefficient in a short-term (myopic) perspective, while they could be potentially justified in an intertemporal setting where a dynamic optimization over a couple of decades is carried out (see Section 15.6, IEA,

2011f; SRREN Sections 11.1.1 and 11.5.7.3 in IPCC, 2011a; Kalkuhl et al., 2012, 2013).

Issues related to synergetic as well as adverse interactions of RE policies with GHG policies (Halsnæs et al., 2012) are discussed in detail in Section 15.7 and SRREN Sections 11.1.1 and 11.5.7.3. A new line of reasoning shows that delayed emission-pricing policies can be partially compensated by near-term support of RE (Bauer et al., 2012). The macroeconomic burden associated with the promotion of RE is emphasized by Frondel et al. (2010). The relationship between RE policy support and larger power markets is also an area of focus. Due to the 'merit order effect', RE can, in the short term, reduce wholesale electricity prices by displacing power plants with higher marginal costs (Bode, 2006; Sensfuß et al., 2008; Woo et al., 2011; Würzburg et al., 2013), though in the long term, the impact may be more on the temporal profile of wholesale prices and less on overall average prices. The promotion of low-carbon technologies can have an impact on the economics of backup power plants needed for supply security. The associated challenges and options to address them are discussed in Lamont, (2008); Sáenz de Miera et al., (2008); Green and Vasilakos, (2011); Hood, (2011); Traber and Kemfert, (2011); IEA, (2012b, 2013b; c); and Hirth, (2013).

According to Michaelowa et al., (2006); Purohit and Michaelowa, (2007); Restuti and Michaelowa, (2007); Bodas Freitas et al., (2012); Hultman et al., (2012); Zhang et al., (2012); and Spalding-Fecher et al., (2012), the emissions credits generated by the Clean Development Mechanism (CDM) have been a significant incentive for the expansion of renewable energy in developing countries.

Zavodov (2012), however, has questioned this view and argues that CDM in its current form is not a reliable policy tool for long-term RE development plans. In addition, CCS has been accepted as an eligible measure under the CDM by the UN (IEA, 2010g).

The phaseout of inefficient fossil fuel subsidies as discussed during the G-20 summit meetings in 2009, 2010, 2011, and 2012 will have a visible influence on global energy-related carbon emissions (Bruvoll et al., 2011; IEA, 2011g, 2013c). Removing these subsidies could lead to a 13% decline in $CO_2$ emissions and generate positive spillover effects by reducing global energy demand (IMF, 2013). In addition, inefficiently low pricing of externalities (e.g., environmental and social costs of electricity production) in the energy supply sector introduces a bias against the development of many forms of low-carbon technologies (IRENA, 2012a).

A mitigation of GHG emissions in *absolute terms* is only possible through policies/measures that either reduce the amount of fossil fuel carbon oxidized and/or that capture and permanently remove GHGs from fossil fuel extraction, processing, and use from the atmosphere (Sections 7.5, 7.11). The deployment of renewable or nuclear energy or energy efficiency as such does not guarantee that fossil fuels will not be burned (in an unabated manner). The interplay between growth in energy demand, energy-efficient improvements, the usage of low-

carbon energy, and fossil fuel is discussed in detail in SRREN Chapter 1 (Figure 1.14), and Chapter 10 (IPCC, 2011a).

The question whether or not the deployment of low-carbon technologies *substitutes fossil fuels that otherwise would have emitted GHG* have to take into account the complexity of economic systems and human behaviour (York, 2012). A central aspect in this context is the rebound effect, which is extensively discussed in Sections 3.9.5 and 5.6.2. Spillover effects that are highly related to this issue are discussed in Section 6.3.6. To constrain the related adverse effects, carefully drafted packages combining GHG pricing schemes with technology policies in a way that avoids negative interactions have been proposed (see SRREN Chapter 11 in IPCC, 2011a).

### 7.12.2    Regulatory approaches

The formulation of low-carbon technologies targets can help technology companies to anticipate the scale of the market and to identify opportunities for their products and services (Lester and Neuhoff, 2009), thus, motivating investments in innovation and production facilities while reducing costs for low-carbon technologies. Currently, for instance, about 138 countries have renewable targets in place. More than half of them are developing countries (REN21, 2013).

The success of energy policies heavily depends on the development of an underlying solid legal framework as well as a sufficient regulatory stability (Reiche et al., 2006; IPCC, 2011a). Property rights, contract enforcement, appropriate liability schemes, and emissions accounting are essential for a successful implementation of climate policies. For example, well-defined responsibilities for the long-term reliability of geologic storages are an important pre-requisite for successful CCS applications (IEA, 2013c), while non-discriminatory access to the grid is of similar importance for RE.

Concerning the promotion of RE, the specific challenges that are faced by developing countries and countries with regulated markets are addressed by IRENA (2012a); IRENA, (2012b); Kahrl (2011); and Zhang et al. (2012). Renewable portfolio standards (or quota obligations, see Section 15.5.4.1) are usually combined with the trading of green certificates and therefore have been discussed under the topic of economic instruments (see Section 7.12.1). Efficiency and environmental performance standards are usual regulatory instruments applied to fossil fuel power plants.

In the field of nuclear energy, a stable policy environment comprising a regulatory and institutional framework that addresses operational safety and the appropriate management of nuclear waste as well as long-term commitments to the use of nuclear energy are requested to minimize investment risks for new nuclear power plants (NEA, 2013).

To regain public acceptance after the Fukushima accident, comprehensive safety reviews have been carried out in many countries. Some of

them included 'stress tests', which investigated the capability of existing and projected reactors to cope with extreme natural and man-made events, especially those lying outside the reactor design assumptions. As a result of the accident and the subsequent investigations, a "radical revision of the worst-case assumptions for safety planning" is expected to occur (Rogner, 2013, p. 291).

### 7.12.3    Information programmes

Though information programs play a minor role in the field of power plant-related energy efficiency improvements and fossil fuel switching, awareness creation, capacity building, and information dissemination to stakeholders outside of the traditional power plant sector plays an important role especially in the use of decentralized RE in LDCs (IRENA, 2012c). Other low-carbon technologies like CCS and nuclear would require specifically trained personnel (see Section 7.10.4). Furthermore, enhanced transparency of information improves public and private decisions and can enhance public perception (see Section 7.9.4).

### 7.12.4    Government provision of public goods or services

Public energy-related R&D expenditures in the IEA countries peaked in 2009 as a result of economic stimulus packages, but soon after suffered a substantial decline. Although R&D spending is now again rising, energy-related expenditures still account for less than 5 % of total government R&D—compared to 11 % that was observed in 1980 (IEA, 2012j). Nuclear has received significant support in many countries and the share of research, development, and demonstration (RD&D) for RE has increased, but public R&D for CSS is lower, and does not reflect its potential importance (see Section 7.11) for the achievement of negative emissions (von Stechow et al., 2011; Scott et al., 2013) IEA, 2012j).

Although private R&D expenditures are seldom disclosed,[38] they are estimated to represent a large share of the overall spending for RD&D activities (IEA, 2012j). Private R&D investments are not only stimulated by R&D policies. Additional policies (e.g., deployment policies, see 7.12.1 and Section 15.6) addressing other parts of the innovation chain as well as broad GHG pricing policies might assist in triggering private investments in R&D (IPCC, 2011a; Rogge et al., 2011; Battelle, 2012).

The integration of variable RE poses additional challenges, as discussed earlier in Section 7.6, with a variety of possible technical and institutional responses. Many of these technical and institutional measures require an enabling regulatory framework facilitating their application. Infrastructure challenges, e.g., grid extension, are particularly acute

---

[38]   A rare exception is the annual forecast of Battelle (2012).

**7**

for RE deployment in developing countries, sometimes preventing deployment (IRENA, 2012a). Governments can play a prominent role in providing the infrastructure (e.g., transmissions grids or the provision of district heating and cooling systems) that is needed to allow for a transformation of energy systems towards lower GHG emissions (IEA, 2012b; Grubb et al., 2013).

### 7.12.5    Voluntary actions

Voluntary agreements (see Section 15.5.7.4) have been frequently applied in various sectors around the globe, though they often have been replaced by mandatory schemes in the long-term (Halsnæs et al., 2012). According to Chapter 15, their success is mixed. "Voluntary agreements had a positive effect on energy efficiency improvements, but results in terms of GHG emissions reductions have been modest, with the exception of Japan, where the status of these voluntary agreements has also been much more 'binding' than in other countries in line with Japanese cultural traditions" (Halsnæs et al., 2012, p. 13; IPCC, 2007; Yamaguchi, 2012).

# 7.13    Gaps in knowledge and data

Gaps in knowledge and data are addressed to identify those that can be closed through additional research and others that are inherent to the problems discussed and are therefore expected to persist. Chapter 7 is confronted by various gaps in knowledge, especially those related to methodological issues and availability of data:

- The diversity of energy statistic and GHG emission accounting methodologies as well as several years delay in the availability of energy statistics data limit reliable descriptions of current and historic energy use and emission data on a global scale (Section 7.2, 7.3).

- Although fundamental problems in identifying fossil fuel and nuclear resource deposits, the extent of potential carbon storage sites, and technical potentials of RE are acknowledged, the development of unified and consistent reporting schemes, the collection of additional field data, and further geological modelling activities could reduce the currently existing uncertainties (Section 7.4).

- There is a gap in our knowledge concerning fugitive $CH_4$ emissions as well as adverse environmental side effects associated with the increasing exploitation of unconventional fossil fuels. As novel technologies are applied in these fields, research could help reduce the gap. Operational and supply chain risks of nuclear power plants, the safety of CCS storage sites and adverse side effects

of some RE, especially biomass and hydropower, are often highly dependent on the selected technologies and the locational and regulatory context in which they are applied. The associated risks are therefore hard to quantify, although further research could, in part, reduce the associated knowledge gaps (Section 7.5).

- There is limited research on the integration issues associated with high levels of low-carbon technology utilization (Section 7.6).

- Knowledge gaps pertain to the regional and local impacts of climate change on the technical potential for renewable energy and appropriate adaptation, design, and operational strategies to minimize the impact of climate change on energy infrastructure (Section 7.7).

- The current literature provides a limited number of comprehensive studies on the economic, environmental, social, and cultural implications that are associated with low-carbon energy paths. Especially, there is a lack of consistent and comprehensive global surveys concerning the current cost of sourcing and using unconventional fossil fuels, RE, nuclear power, and the expected ones for CCS and BECCS. In addition, there is a lack of globally comprehensive assessments of the external cost of energy supply and GHG-related mitigation options (Sections 7.8, 7.9, 7.10).

- Integrated decision making requires further development of energy market models as well as integrated assessment modelling frameworks, accounting for the range of possible cobenefits and tradeoff between different policies in the energy sector that tackle energy access, energy security, and/or environmental concerns (Section 7.11).

- Research on the effectiveness and cost-efficiency of climate-related energy policies and especially concerning their interaction with other policies in the energy sector is limited (Section 7.12).

# 7.14    Frequently Asked Questions

### FAQ 7.1   How much does the energy supply sector contribute to the GHG emissions?

The energy supply sector comprises all energy extraction, conversion, storage, transmission, and distribution processes with the exception of those that use final energy in the demand sectors (industry, transport, and building). In 2010, the energy supply sector was responsible for 46 % of all energy-related GHG emissions (IEA, 2012b) and 35 % of anthropogenic GHG emissions, up from 22 % in 1970 (Section 7.3).

In the last 10 years, the growth of GHG emissions from the energy supply sector has outpaced the growth of all anthropogenic GHG emissions by nearly 1 % per year. Most of the primary energy delivered to the sector is transformed into a diverse range of final energy products including electricity, heat, refined oil products, coke, enriched coal, and natural gas. A significant amount of energy is used for transformation, making the sector the largest consumer of energy. Energy use in the sector results from end-user demand for higher-quality energy carriers such as electricity, but also the relatively low average global efficiency of energy conversion and delivery processes (Sections 7.2, 7.3).

Increasing demand for high-quality energy carriers by end users in many developing countries has resulted in significant growth in the sectors' GHG emission, particularly as much of this growth has been fuelled by the increased use of coal in Asia, mitigated to some extent by increased use of gas in other regions and the continued uptake of low-carbon technologies. While total output from low-carbon technologies, such as hydro, wind, solar, biomass, geothermal, and nuclear power, has continued to grow, their share of global primary energy supply has remained relatively constant; fossil fuels have maintained their dominance and carbon dioxide capture and storage (CCS) has yet to be applied to electricity production at scale (Sections 7.2, 7.5).

Biomass and hydropower dominate renewable energy, particularly in developing countries where biomass remains an important source of energy for heating and cooking; per capita emissions from many developing countries remain lower than the global average. Renewable energy accounts for one-fifth of global electricity production, with hydroelectricity taking the largest share. Importantly, the last 10 years have seen significant growth in both wind and solar, which combine to deliver around one-tenth of all renewable electricity. Nuclear energy's share of electricity production declined from maximum peak of 17 % in 1993 to 11 % in 2012 (Sections 7.2, 7.5).

## FAQ 7.2   What are the main mitigation options in the energy supply sector?

The main mitigation options in the energy supply sector are energy efficiency improvements, the reduction of fugitive non-$CO_2$ GHG emissions, switching from (unabated) fossil fuels with high specific GHG emissions (e.g., coal) to those with lower ones (e.g., natural gas), use of renewable energy, use of nuclear energy, and carbon dioxide capture and storage (CCS). (Section 7.5).

No single mitigation option in the energy supply sector will be sufficient to hold the increase in global average temperature change below 2 °C above pre-industrial levels. A combination of some, but not necessarily all, of the options is needed. Significant emission reductions can be achieved by energy-efficiency improvements and fossil fuel switching, but they are not sufficient by themselves to provide the deep cuts needed. Achieving deep cuts will require more intensive use of low-GHG technologies such as renewable energy, nuclear energy, and CCS.

Using electricity to substitute for other fuels in end-use sectors plays an important role in deep emission cuts, since the cost of decarbonizing power generation is expected to be lower than that in other parts of the energy supply sector (Chapter 6, Section 7.11).

While the combined global technical potential of low-carbon technologies is sufficient to enable deep cuts in emissions, there are local and regional constraints on individual technologies (Sections 7.4, 7.11). The contribution of mitigation technologies depends on site- and context-specific factors such as resource availability, mitigation and integration costs, co-benefits/adverse side effects, and public perception (Sections 7.8, 7.9, 7.10). Infrastructure and integration challenges vary by mitigation technology and region. While these challenges are not in general technically insurmountable, they must be carefully considered in energy supply planning and operations to ensure reliable and affordable energy supply (Section 7.6).

## FAQ 7.3   What barriers need to be overcome in the energy supply sector to enable a transformation to low-GHG emissions?

The principal barriers to transforming the energy supply sector are mobilizing capital investment; lock-in to long-lived high-carbon systems; cultural, institutional, and legal aspects; human capital; and lack of perceived clarity about climate policy (Section 7.10).

Though only a fraction of available private-sector capital investment would be needed to cover the costs of future low-GHG energy supply, a range of mechanisms—including climate investment funds, carbon pricing, removal of fossil fuel subsidies and private/public initiatives aimed at lowering barriers for investors—need to be utilized to direct investment towards energy supply (Section 7.10.2).

Long-lived fossil energy system investments represent an effective (high-carbon) lock-in. The relative lack of existing energy capital in many developing countries therefore provides opportunities to develop a low-carbon energy system (Section 7.10.5).

A holistic approach encompassing cultural, institutional, and legal issues in the formulation and implementation of energy supply strategies is essential, especially in areas of urban and rural poverty where conventional market approaches are insufficient. Human capital capacity building—encompassing technological, project planning, and institutional and public engagement elements—is required to develop a skilled workforce and to facilitate wide-spread adoption of renewable, nuclear, CCS, and other low-GHG energy supply options (Sections 7.10.3, 7.10.4).

Elements of an effective policy aimed at achieving deep cuts in $CO_2$ emissions would include a global carbon-pricing scheme supplemented by technology support, regulation, and institutional development tailored to the needs to individual countries (notably less-developed countries) (Section 7.12, Chapters 13–15).

# References

**Abdelouas A. (2006).** Uranium mill tailings: Geochemistry, mineralogy, and environmental impact. *Elements* **2**, 335–341.

**Abril G., F. Guérin, S. Richard, R. Delmas, C. Galy-Lacaux, P. Gosse, A. Tremblay, L. Varfalvy, M.A. Dos Santos, and B. Matvienko (2005).** Carbon dioxide and methane emissions and the carbon budget of a 10-year old tropical reservoir (Petit Saut, French Guiana). *Global Biogeochem. Cycles* **19**. doi: 10.1029/2005GB002457.

**Adamantiades A., and I. Kessides (2009).** Nuclear power for sustainable development: Current status and future prospects. *Energy Policy* **37**, 5149–5166.

**Adams A.S., and D.W. Keith (2013).** Are global wind power resource estimates overstated? *Environmental Research Letters* **8**, 015021. doi: 10.1088/1748-9326/8/1/015021, ISSN: 1748-9326.

**Adibe N., M. Osanloo, and M. Rahmanpour (2013).** Adverse effects of coal mine waste dumps on the environment and their management. *Environmental Earth Sciences* **70**, 1581–1592.

**Agah S.M.M., and H.A. Abyaneh (2011).** Quantification of the distribution transformer life extension value of distributed generation. *IEEE Transactions on Power Delivery* **26**, 1820–1828. doi: 10.1109/TPWRD.2011.2115257, ISSN: 0885-8977.

**Ahearne J.F. (2011).** Prospects for nuclear energy. *Energy Economics* **33**, 572–580. doi: 16/j.eneco.2010.11.014, ISSN: 0140-9883.

**Åhman M., D. Burtraw, J. Kruger, and L. Zetterberg (2007).** A ten-year rule to guide the allocation of EU emission allowances. *Energy Policy* **35**, 1718–1730.

**Aines R.D., M.J. Leach, T.H. Weisgraber, M.D. Simpson, S. Friedmann, and C.J. Burton (2009).** Quantifying the potential exposure hazard due to energetic releases of $CO_2$ from a failed sequestration well. *Energy Procedia* **1**, 2421–2429. doi: http://dx.doi.org/10.1016/j.egypro.2009.02.003.

**Akpinar-Ferrand E., and A. Singh (2010).** Modeling increased demand of energy for air conditioners and consequent $CO_2$ emissions to minimize health risks due to climate change in India. *Environmental Science & Policy* **13**, 702–712.

**Aksoy N., C. Şimşe, and O. Gunduz (2009).** Groundwater contamination mechanism in a geothermal field: A case study of Balcova, Turkey. *Journal of Contaminant Hydrology* **103**, 13–28.

**Ale B.J.M., H. Baksteen, L.J. Bellamy, A. Bloemhof, L. Goossens, A. Hale, M.L. Mude, J.I.H. Oh, I.A. Papazoglou, J. Post, and J.Y. Whiston (2008).** Quantifying occupational risk: The development of an occupational risk model. *Safesty Science* **46**, 176–185.

**Alexakhin R.M., N.I. Sanzharova, S.V. Fesenko, S.I. Spiridonov, and A.V. Panov (2007).** Chernobyl radionuclide distribution, migration, and environmental and agricultural impacts. *Health Physics* **93**, 418–426. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-37349067417&partnerID=40&md5=9a7b6d1acd16987f8113ea83768c23e7.

**Alho C.J.R. (2011).** Environmental effects of hydropower reservoirs on wild mammals and freshwater turtles in amazonia: A review. *Oecologia Australis* **15**, 593–604. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80052867044&partnerID=40&md5=99294977641dd31eaad3a128fd651e6d.

**Allen M.R., D.J. Frame, C. Huntingford, C.D. Jones, J.A. Lowe, M. Meinshausen, and N. Meinshausen (2009).** Warming caused by cumulative carbon emissions towards the trillionth tonne. *Nature* **458**, 1163–1166.

**Alsalam J., and S. Ragnauth (2011).** *Draft Global Antropogenic Non- $CO_2$ Greenhouse Gas Emissions: 1990–2030.* US EPA, Washington. Available at: http://www.epa.gov/climatechange/Downloads/EPAactivities/EPA_NonCO2_Projections_2011_draft.pdf.

**Alvarez G.C., R.M. Jara, and J.R.R. Julian (2010).** Study of the effects on employment of public aid to renewable energy sources. *Procesos de Mercado. Universidad Rey Juan Carlos* **VII**. ISSN: 1697-6797–13.

**Amores M.J., F. Verones, C. Raptis, R. Juraske, S. Pfister, F. Stoessel, A. Antón, F. Castells, and S. Hellweg (2013).** Biodiversity impacts from salinity increase in a coastal wetland. *Environmental Science and Technology* **47**, 6384–6392. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84879211765&partnerID=40&md5=dc52468ee59667b56dd36b635eb5e0be.

**Anctil A., and V. Fthenakis (2013).** Critical metals in strategic photovoltaic technologies: Abundance versus recyclability. *Progress in Photovoltaics: Research and Applications* **21**, 1253–1259. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84883053696&partnerID=40&md5=0287b3b2e3fcb1b53a1c91e77c770b59.

**Andres R.J., T.A. Boden, F.M. Bréon, P. Ciais, S. Davis, D. Erickson, J.S. Gregg, A. Jacobson, G. Marland, J. Miller, T. Oda, J.G.J. Olivier, M.R. Raupach, P. Rayner, and K. Treanton (2012).** A synthesis of carbon dioxide emissions from fossil-fuel combustion. *Biogeosciences* **9**, 1845–1871. doi: 10.5194/bg-9-1845-2012.

**Anenberg S.C., K. Balakrishnan, J. Jetter, O. Masera, S. Mehta, J. Moss, and V. Ramanathan (2013).** Cleaner Cooking Solutions to Achieve Health, Climate, and Economic Cobenefits. *Environmental Science & Technology* **47**, 3944–3952.

**Angelis-Dimakis A., M. Biberacher, J. Dominguez, G. Fiorese, S. Gadocha, E. Gnansounou, G. Guariso, A. Kartalidis, L. Panichelli, I. Pinedo, and M. Robba (2011).** Methods and tools to evaluate the availability of renewable energy sources. *Renewable and Sustainable Energy Reviews* **15**, 1182–1200. doi: 10.1016/j.rser.2010.09.049, ISSN: 1364-0321.

**Apps J.A., L. Zheng, Y. Zhang, T. Xu, and J.T. Birkholzer (2010).** Evaluation of potential changes in groundwater quality in response to $CO_2$ leakage from deep geologic storage. *Transport in Porous Media* **82**, 215–246. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-76749137129&partnerID=40&md5=f5417af7652df88f0f16ed28c7be7766.

**Ardito L., G. Procaccianti, G. Menga, and M. Morisio (2013).** Smart Grid Technologies in Europe: An Overview. *Energies* **6**, 251–281.

**Arent D., R. Tol, E. Faust, J. Hella, S. Kumar, K. Strzepek, F. Toth, and D. Yan (2014).** Chapter 10. Key Economic Sectors and Services. In: *Climate Change 2013: Impacts, Adaptation, and Vulnerability. Fifth Assessment Report of Working Group II.* Cambride University Press, Cambridge, UK.

**Arent D., A. Wise, and R. Gelman (2011).** The status and prospects of renewable energy for combating global warming. *Energy Economics* **33**, 584–593. doi: 10.1016/j.eneco.2010.11.003, ISSN: 0140-9883.

**Armaroli N., and V. Balzani (2011).** Towards an electricity-powered world. *Energy Environ. Sci.* **4**, 3193–3222. doi: 10.1039/C1EE01249E.

**Arnett E.B., M.M.P. Huso, M.R. Schirmacher, and J.P. Hayes (2011).** Altering turbine speed reduces bat mortality at wind-energy facilities. *Frontiers in Ecology and the Environment* **9**, 209–214. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79955607686&partnerID=40&md5=4cf56647fe02d70061e2e13659dc7e1d.

Aromar R., and D. Sattherhwaite (2014). Chapter 8—Urban Areas. In: *Climate Change 2013: Impacts, Adaptation, and Vulnerability. Fifth Assessment Report of Working Group II*. Cambride University Press, Cambridge, UK.

Arvesen A., and E.G. Hertwich (2011). Environmental implications of large-scale adoption of wind power: a scenario-based life cycle assessment. *Environmental Research Letters* 6, 045102. doi: 10.1088/1748-9326/6/4/045102, ISSN: 1748-9326.

Arvesen A., and E.G. Hertwich (2012). Assessing the life cycle environmental impacts of wind power: A review of present knowledge and research needs. *Renewable and Sustainable Energy Reviews*. doi: dx.doi.org/10.1016/j.rser.2012.06.023.

Arvizu D., P. Balaya, L. Cabeza, T. Hollands, A. Jäger-Waldau, M. Kondo, C. Konseibo, V. Meleshko, W. Stein, Y. Tamaura, H. Xu, and R. Zilles (2011). Direct Solar Energy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Asfaw A., C. Mark, and R. Pana-Cryan (2013). Profitability and occupational injuries in U.S. underground coal mines. *Accident Analysis and Prevention* 50, 778–786. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84870292672&partnerID=40&md5=cdc9949f18f6ef8a8986edb9e26db15c.

Ashworth P., N. Boughen, M. Mayhew, and F. Millar (2010). From research to action: Now we have to move on CCS communication. *International Journal of Greenhouse Gas Control* 4, 426–433. doi: 10.1016/j.ijggc.2009.10.012, ISSN: 1750-5836.

Ashworth P., J. Bradbury, S. Wade, C.F.J. Ynke Feenstra, S. Greenberg, G. Hund, and T. Mikunda (2012). What's in store: Lessons from implementing CCS. *International Journal of Greenhouse Gas Control* 9, 402–409.

Aspelund A., M.J. Mølnvik, and G. de Koeijer (2006). Ship Transport of $CO_2$: Technical Solutions and Analysis of Costs, Energy Utilization, Exergy Efficiency and $CO_2$ Emissions. *Chemical Engineering Research and Design* 84, 847–855. doi: 10.1205/cherd.5147, ISSN: 0263-8762.

Atchley A., Z. Nie, and S. Durucan (2013). Human Health Risk Assessment of $CO_2$ Leakage into Overlying Aquifers Using a Stochastic, Geochemical Reactive Transport Approach. *Environmental Science & Technology* 47, 5954–5962. doi: 10.1021/es400316c.

Azar C., K. Lindgren, M. Obersteiner, M. Riahi, D. Vuuren, K. Elzen, K. Möllersten, and E. Larson (2010). The feasibility of low $CO_2$ concentration targets and the role of bio-energy with carbon capture and storage (BECCS). *Climate Change* 100, 195–202.

Bachu S. (2008). $CO_2$ storage in geological media: Role, means, status and barriers to deployment. *Progress in Energy and Combustion Science* 34, 254–273. doi: 10.1016/j.pecs.2007.10.001.

Bachu S., D. Bonijoly, J. Bradshaw, R. Burruss, S. Holloway, N.P. Christensen, and O.M. Mathiassen (2007). $CO_2$ storage capacity estimation: Methodology and gaps. *International Journal of Greenhouse Gas Control* 1, 430–443. doi: 10.1016/S1750-5836(07)00086-2, ISSN: 1750-5836.

Bakker S., H. de Coninck, and H. Groenenberg (2010). Progress on including CCS projects in the CDM: Insights on increased awareness, market potential and baseline methodologies. *International Journal of Greenhouse Gas Control* 4, 321–326. doi: 10.1016/j.ijggc.2009.10.011, ISSN: 1750-5836.

Balonov M., G.R. Howe, A. Bouville, A. Guskova, V. Ivanov, J. Kenigsberg, I. Likhtarev, F. Mettler, R. Shore, G. Thomas, R. Tirmarche, and L. Zablotska (2011). Annex D—Health Effects due to Radiation from the Chernobyl Accident. In: *Sources and Effects of Ionizing Radiation—UNSCEAR 2008—Report to the General Assembly with Scientific Annnexes*. UNSCEAR, (ed.), United Nations Scientific Committee on the Effects of Atomic Radiation, New York, ISBN: 978-92-1-142280-1.

Banuri T. (2009). Climate change and sustainable development. *Natural Resources Forum* 33, 254–258.

Bao G. (2010). Study on the ecological impacts of hydropower resettlement in the Nujiang area. *Journal of Hydroelectric Engineering* 29, 120–124.

Barberis Negra N., J. Todorovic, and T. Ackermann (2006). Loss evaluation of HVAC and HVDC transmission solutions for large offshore wind farms. *Electric Powers Systems Research* 76, 916–927.

Barbier E.B. (2009). *Rethinking the Economic Recovery: A Global Green New Deal*. UNEP, Nairobi. Available at: http://www.sustainable-innovations.org/GE/UNEP%20%5B2009%5D%20A%20global%20green%20new%20deal.

Barker T., L. Bernstein, J.E. Bogner, I. Bashmakov, P.R. Bosch, R. Dave,, O.R. Davidson, B.S. Fisher, S. Gupta, K. Halsnæs, G.J. Heij, S. Kahn Ribeiro, S. Kobayashi, M.D. Levine, D.L. Martino, O. Masera, B. Metz, L.A. Meyer, G.-J. Nabuurs, N. Nakicenovic, H. -H. Rogner, J. Roy, J. Sathaye, R. Schock, P. Shukla, R.E.H. Sims, P. Smith, D.A. Tirpak, D. Urge-Vorsatz, and D. Zhou (2007). Technical Summary. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 35–37 pp.

Barlas S. (2011). Green Completions for Shale Gas Come to Fore as Methane Emissions Reduction Tool. *Pipeline and Gas Journal* 238. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84856189359&partnerID=40&md5=1f262679bef24e2d935db76da69a757f.

Barros N., J. Cole J., L.J. Tranvik, Y.T. Prairie, D. Bastviken, V.L.M. Huszar, P. del Giorgio, and F. Roland (2011). Carbon emission from hydroelectric reservoirs linked to reservoir age and latitude. *Nature Geoscience* 4, 593–596. doi: 10.1038/ngeo1211.

Bashmakov I. (2009). Resource of energy efficiency in Russia: scale, costs, and benefits. *Energy Efficiency* 2, 369–386. Available at: www.mdpi.com/journal/sustainability.

Bashmakov I., and A. Myshak (2012). *Factors Driving Russian Energy Related GHG Emissions. Analysis Based on National GHG Inventory Data*. Roshydromet and Russian Academy of Sciences, Moscow, 130 pp.

Battelle (2012). *2012 Global R&D Funding Forecast*. Battelle, Columbus, OH. Available at: http://battelle.org/docs/default-document-library/2012_global_forecast.pdf.

Bauer N., L. Baumstark, and M. Leimbach (2012). The REMIND-R model: the role of renewables in the low-carbon transformation—first-best vs. second-best worlds. *Climatic Change* 114, 145–168.

Bauer N., I. Mouratiadou, L. Baumstark, R.J. Brecha, O. Edenhofer, and E. Kriegler (2013). Global Fossil Energy Markets and Climate Change Mitigation—An Analysis with ReMIND. *Climatic Change*, 14. doi: DOI 10.1007/s10584-013-0901-6, ISSN: 1573-1480.

Bayer P., L. Rybach, P. Blum, and R. Brauchler (2013a). Review on life cycle environmental effects of geothermal power generation. *Renewable and Sustainable Energy Reviews* 26, 446–463. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84879985527&partnerID=40&md5=ac2d3106b1942a8f7344b3880afdb9ea.

Bayer P., L. Rybach, P. Blum, and R. Brauchler (2013b). Review of life cycle environmental effects of geothermal power generation. *Renewable and Sustainable Energy Reviews*, 446–463.

Bazilian M., P. Nussbaumer, C. Eibs-Singer, A. Brew-Hammond, V. Modi, B. Sovacool, V. Ramana, and P.K. Aqrawi (2012). Improving Access to Modern Energy Services: Insights from Case Studies. *The Electricity Journal* 25, 93–114.

Beaudin M., H. Zareipour, A. Schellenberglabe, and W. Rosehart (2010). Energy storage for mitigating the variability of renewable electricity sources: An updated review. *Energy for Sustainable Development* 14, 302–314. doi: 10.1016/j.esd.2010.09.007, ISSN: 0973-0826.

Becerralopez H., and P. Golding (2007). Dynamic exergy analysis for capacity expansion of regional power-generation systems: Case study of far West Texas. *Energy* 32, 2167–2186. doi: 10.1016/j.energy.2007.04.009, ISSN: 03605442.

Benson S., P. Cook, J. Anderson, S. Bachu, H. Nimir, B. Basu, J. Bradshaw, G. Deguchi, J. Gale, G. von Goerne, W. Heidug, S. Holloway, R. Kamal, D. Keith, P. Lloyd, P. Rocha, B. Senior, J. Thomson, T. Torp, T. Wildenborg, M. Wilson, F. Zarlenga, and D. Zhou (2005). Underground Geological Storage. In: *IPCC Special Report on Carbon Dioxide Capture and Storage*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [Metz, B., O. Davidson, H.C. de Coninck, M. Loos, and L.A. Meyer (eds.)]. Cambridge, UK and New York, NY, USA, pp. 442. Available at: http://www.ipcc.ch/publications_and_data/_reports_carbon_dioxide.htm.

Berndes G. (2008). Future Biomass Energy Supply: The Consumptive Water Use Perspective. *International Journal of Water Resources Development* 24, 235–245. doi: 10.1080/07900620701723489, ISSN: 0790-0627, 1360–0648.

De Best-Waldhober M., D. Daamen, and A. Faaij (2009). Informed and uninformed public opinions on $CO_2$ capture and storage technologies in the Netherlands. *International Journal of Greenhouse Gas Control* 3, 322–332. doi: 10.1016/j.ijggc.2008.09.001, ISSN: 1750-5836.

Bezdek R., and R.M. Wendling (2013). The return on investment of the clean coal technology program in the USA. *Energy Policy* 54, 104–112.

Bickerstaff K., I. Lorenzoni, N.F. Pidgeon, W. Poortinga, and P. Simmons (2008). Reframing nuclear power in the UK energy debate: nuclear power, climate change mitigation and radioactive waste. *Public Understanding of Science* 17, 145 –169. doi: 10.1177/0963662506066719.

Binnemans K., P.T. Jones, B. Blanpain, T. Van Gerven, Y. Yang, A. Walton, and M. Buchert (2013). Recycling of rare earths: A critical review. *Journal of Cleaner Production* 51, 1–22. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84879926400&partnerID=40&md5=40216849dbbe602d34c655b01a6453d1.

Birkholzer J.T., and Q. Zhou (2009). Basin-scale hydrogeologic impacts of $CO_2$ storage: Capacity and regulatory implications. *International Journal of Greenhouse Gas Control* 3, 745–756. doi: 10.1016/j.ijggc.2009.07.002, ISSN: 1750-5836.

Birkholzer J.T., Q. Zhou, and C.-F. Tsang (2009). Large-scale impact of $CO_2$ storage in deep saline aquifers: A sensitivity study on pressure response in stratified systems. *International Journal of Greenhouse Gas Control* 3, 181–194. doi: 10.1016/j.ijggc.2008.08.002, ISSN: 1750-5836.

Blarke M.B. (2012). Towards an intermittency-friendly energy system: Comparing electric boilers and heat pumps in distributed cogeneration. *Applied Energy* 91, 349–365. doi: 10.1016/j.apenergy.2011.09.038, ISSN: 0306-2619.

BNEF, and Frankfurt School-UNEP Centre (2013). *Global Trends in Renewable Energy Investment 2013*. Bloomberg New Energy Finance and Frankfurt School—UNEP Centre, Frankfurt am Main.

Bodas Freitas I., E. Dantas, and M. Iizuka (2012). The Kyoto mechanisms and the diffusion of renewable energy technologies in the BRICS. *Energy Policy* 42, 118–128.

Bode S. (2006). On the impact of renewable energy support schemes on power prices. *HWWI Research Paper* 4.

Böhringer C., A. Keller, and E. van der Werf (2013). Are green hopes too rosy? Employment and welfare impacts of renewable energy promotion. *Energy Economics* 36, 277–285.

Boice J.J. (2012). Radiation Epidemiology: A Perspective on Fukushima. *Journal of Radiological Protection* 32, N33–N40.

Borenstein S. (2012). The Private and Public Economics of Renewable Electricity Generation. *Journal of Economic Perspectives, American Economic Association* 26, 67–92.

Boulamanti A., S.D. Maglio, J. Giuntoli, and A. Agostini (2013). Influence of different practices on biogas sustainability. *Biomass and Bioenergy* 53, 149–161.

Boyé H. (2008). Water, energy, desalination & climate change in the Mediterranean. Blue Plan, Regional Activity Center. Available at: http://www.planbleu.org/publications/Regional_study_desalination_EN.pdf.

BP (2011). *BP Statistical Review of World Energy*. Available at: http://www.bp.com/statisticalreview.

BP (2012). *BP Statistical Review of World Energy*. Available at: http://www.bp.com/statisticalreview.

BP (2013). *BP Statistical Review of World Energy*. Available at: http://www.bp.com/en/global/corporate/about-bp/statistical-review-of-world-energy-2013.html.

Bradshaw J., S. Bachu, D. Bonijoly, R. Burruss, S. Holloway, N.P. Christensen, and O.M. Mathiassen (2007). $CO_2$ storage capacity estimation: Issues and development of standards. *International Journal of Greenhouse Gas Control* 1, 62–68. doi: 10.1016/S1750-5836(07)00027-8, ISSN: 1750-5836.

Brandstätt C., G. Brunekreeft, and K. Jahnke (2011). How to deal with negative power price spikes?—Flexible voluntary curtailment agreements for large-scale integration of wind. *Energy Policy* 39, 3732–3740.

Brandt A.R. (2011). Variability and Uncertainty in Life Cycle Assessment Models for Greenhouse Gas Emissions from Canadian Oil Sands Production. *Environ. Sci. Technol.* 46, 1253–1261. doi: 10.1021/es202312p, ISSN: 0013-936X.

Brandt A.R., J. Englander, and S. Bharadwaj (2013). The energy efficiency of oil sands extraction: Energy return ratios from 1970 to 2010. *Energy* 55, 693–702. doi: 10.1016/j.energy.2013.03.080, ISSN: 0360-5442.

Brandt A.R., and A.E. Farrell (2007). Scraping the bottom of the barrel: Greenhouse gas emission consequences of a transition to low-quality and synthetic petroleum resources. *Climatic Change* 84, 241–263. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-36148957478&partnerID=40&md5=0fe496aff8dd3db95377fd6f476e6daa.

Bratland O. (2010). *Pipe Flow 2—Multi-Phase Flow Assurance*. Available at: http://www.drbratland.com/free-book-pipe-flow-2-multi-phase-flow-assurance/.

Brauer M., M. Amann, R.T. Burnett, A. Cohen, F. Dentener, M. Ezzati, S.B. Henderson, M. Krzyzanowski, R.V. Martin, R. Van Dingenen, A. Van Donkelaar, and G.D. Thurston (2012). Exposure assessment for estimation of the global burden of disease attributable to outdoor air pollution. *Environmental Science and Technology* 46, 652–660. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84863420410&partnerID=40&md5=266280b5d8a2a681d4fc23174f8439dc.

Bruckner T., G. Petschel-Held, G. Toth, F.L. Fussel, C. Helm, M. Leimbach, and H.J. Schnellnhuber (1999). Climate change decision-support and the tolerable windows approach. *Environmental Modeling and Assessment* 4, 217–234.

Brugge D., and V. Buchner (2011). Health effects of uranium: new research findings. *Reviews on Environmental Health* 26. doi: 10.1515/REVEH.2011.032, ISSN: 2191-0308, 0048–7554.

Bruvoll A., S.J. Magne, and H. Vennemo (2011). *Reforming Environmentally Harmful Subsidies. How to Counteract Distributional Impacts.* TemaNord, Nordic Council of Ministers, Copenhagen. Available at: http://www.norden.org/en/publications/publikationer/2011-551.

Budischak C., D. Sewell, H. Thomson, L. Mach, D.E. Veron, and W. Kempton (2013). Cost-minimized combinations of wind power, solar power and electrochemical storage, powering the grid up to 99.9% of the time. *Journal of Power Sources* 225, 60–74. doi: 10.1016/j.jpowsour.2012.09.054, ISSN: 0378-7753.

Bunn M., S. Fetter, J. Holdren, and B. van der Zwaan (2003). *The Economics of Reprocessing vs. Direct Disposal of Spent Nuclear Fuel. Project on Managing the Atom.* Belfer Center for Science and International Affairs, John F. Kennedy School of Government, Harvard University, Cambridge, MA.

Burgherr P., P. Eckle, and S. Hirschberg (2012). Comparative assessment of severe accident risks in the coal, oil and natural gas chains. *Reliability Engineering and System Safety* 105, 97–103. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84863987998&partnerID=40&md5=535fbc23cfa28af76f6d5fc814c41eec.

Burgherr P., P. Eckle, S. Hirschberg, and E. Cazzoli (2011). *Final Report on Severe Accident Risks Including Key Indicators.* Paul Scherrer Institute, Villingen, Switzerland. Available at: http://gabe.web.psi.ch/pdfs/secure/SECURE_Deliverable_D5_7_2_Severe_Accident_Risks.pdf.

Burgherr P., S. Hirschberg, and E. Cazzoli (2008). *Final Report on Quantification of Risk Indicators for Sustainability Assessment of Future Electricity Supply Options.* New Energy Externalities Developments for Sustainability, Brussels, Belgium.

Burkhardt J.J., G. Heath, and E. Cohen (2012). Life Cycle Greenhouse Gas Emissions of Trough and Tower Concentrating Solar Power Electricity Generation. *Journal of Industrial Ecology* 16, S93–S109. doi: 10.1111/j.1530-9290.2012.00474.x, ISSN: 1530-9290.

Burkhardt J.J., G.A. Heath, and C.S. Turchi (2011). Life Cycle Assessment of a Parabolic Trough Concentrating Solar Power Plant and the Impacts of Key Design Alternatives. *Environmental Science & Technology* 45, 2457–2464.

Burnham A., J. Han, C.E. Clark, M. Wang, J.B. Dunn, and I. Palou-Rivera (2012). Life-cycle greenhouse gas emissions of shale gas, natural gas, coal, and petroleum. *Environmental Science and Technology* 46, 619–627.

Burtraw D., J. Blonz, and M. Walls (2012). Social Safety Nets and US Climate Policy Costs. *Climate Policy* 12, 1–17.

Buscheck T.A., Y. Sun, M. Chen, Y. Hao, T.J. Wolery, W.L. Bourcier, B. Court, M.A. Celia, S. Julio Friedmann, and R.D. Aines (2012). Active CO2 2 reservoir management for carbon storage: Analysis of operational strategies to relieve pressure buildup and improve injectivity. *International Journal of Greenhouse Gas Control* 6, 230–245. doi: 10.1016/j.ijggc.2011.11.007. ISSN: 1750-5836.

Butler D. (2010). France digs deep for nuclear waste. *Nature* 466, 804–805.

Byrne J., A. Zhou, B. Shen, and K. Hughes (2007). Evaluating the potential of small-scale renewable energy options to meet rural livelihoods needs: A GIS- and lifecycle cost-based assessment of Western China's options. *Energy Policy* 35, 4391–4401. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-34248585361&partnerID=40&md5=4a339fa5ad37c5eff458b1f5a2695dd8.

Caduff M., M.A.J. Huijbregts, H.J. Althaus, A. Koehler, and S. Hellweg (2012). Wind power electricity: The bigger the turbine, the greener the electricity? *Environmental Science and Technology* 46, 4725–4733. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84860454335&partnerID=40&md5=4d1a8548e3f31657fca9e0ee75800b40.

Cai W., C. Wang, J. Chen, and S. Wang (2011). Green economy and green jobs: Myth or reality? The case of China's power generation sector. *Energy Economics* 36, 277–285.

Calvin K., L. Clarke, V. Krey, G. Blanford, K. Jiang, M. Kainuma, E. Kriegler, G. Luderer, and P.R. Shukla (2012). The role of Asia in mitigating climate change: Results from the Asia modeling exercise. *Energy Economics* 34, 251–260.

Canadell J.G., M.R. Raupach, and R.A. Houghton (2009). Anthropogenic CO2 emissions in Africa. *Biogeosciences* 6, 463–468.

Carbo M.C., R. Smit, B. van der Drift, and D. Jansen (2011). Bio energy with CCS (BECCS): Large potential for BioCO2 at low CO2 avoidance cost. *Energy Procedia* 4, 2950–2954. doi: 10.1016/j.egypro.2011.02.203, ISSN: 1876-6102.

Cardis E., D. Krewski, M. Boniol, V. Drozdovitch, S. Darby, E.S. Gilbert, S. Akiba, J. Benichou, J. Ferlay, S. Gandini, C. Hill, G. Howe, A. Kesminiene, M. Mosner, M. Sanchez, H. Storm, L. Voisin, and P. Boyle (2006). Estimates of the Cancer Burden in Europe from Radioactive Fallout from the Chernobyl Accident. *International Journal of Cancer* 119, 1224–1235. doi: 10.1002/ijc.22037.

Carey J.W., R. Svec, R. Grigg, J. Zhang, and W. Crow (2010). Experimental investigation of wellbore integrity and CO2-brine flow along the casing-cement microannulus. *International Journal of Greenhouse Gas Control* 4, 272–282. doi: 10.1016/j.ijggc.2009.09.018, ISSN: 1750-5836.

Carey J.W., M. Wigand, S.J. Chipera, G. WoldeGabriel, R. Pawar, P.C. Lichtner, S.C. Wehner, M.A. Raines, and J.G.D. Guthrie (2007). Analysis and performance of oil well cement with 30 years of CO2 exposure from the SACROC Unit, West Texas, USA. *International Journal of Greenhouse Gas Control* 1, 75–85. doi: 10.1016/s1750-5836(06)00004-1, ISSN: 1750-5836.

Carraro C., and E. Massetti (2012). Beyond Copenhagen: a realistic climate policy in a fragmented world. *Climatic Change* 110. doi: 10.1007/s10584-011-0125-6.

Casillas C.E., and D.M. Kammen (2010). Environment and development. The energy-poverty-climate nexus. *Science* 330, 1181–1182.

De Castro C., M. Mediavilla, L.J. Miguel, and F. Frechoso (2011). Global wind power potential: Physical and technological limits. *Energy Policy* 39, 6677–6682. doi: 10.1016/j.enpol.2011.06.027, ISSN: 0301-4215.

Cathles L., L. Brown, M. Taak, and A. Hunter (2012). A Commentary on "The Greenhouse-gas Footprint of Natural Gas in Shale Formations" by R.W. Howarth, R. Santoro, and Anthony Ingraffea. *Climate Change* 113, 525–535.

**Cavanagh A.J., R.S. Haszeldine, and M.J. Blunt (2010).** Open or closed? A discussion of the mistaken assumptions in the Economides pressure analysis of carbon sequestration. *Journal of Petroleum Science and Engineering* **74**, 107–110. doi: 10.1016/j.petrol.2010.08.017.

**Central Intelligence Agency (2011).** *The World Factbook.* Available at: https://www.cia.gov/library/publications/the-world-factbook/fields/2117.html#as.

**Chalmers H., and J. Gibbins (2007).** Initial evaluation of the impact of post-combustion capture of carbon dioxide on supercritical pulverised coal power plant part load performance. *Fuel* **86**, 2109–2123. doi: 10.1016/j.fuel.2007.01.028, ISSN: 0016-2361.

**Chalmers, M. Lucquiaud, J. Gibbins, and M. Leach (2009).** Flexible operation of coal fired power plants with postcombustion capture of carbon dioxide. *Journal of Environmental Engineering* **135**, 449. doi: 10.1061/(ASCE)EE.1943-7870.0000007, ISSN: 07339372.

**Chan E.Y.Y., and S.M. Griffiths (2010).** The epidemiology of mine accidents in China. *The Lancet* **376**, 575–577. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77956049158&partnerID=40&md5=67e5dc9aab2067a0d5b35f9ba8db397f.

**Charpentier A.D., J.A. Bergerson, and H.L. MacLean (2009).** Understanding the Canadian oil sands industry's greenhouse gas emissions. *Environmental Research Letters* **4**. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-67650269786&partnerID=40&md5=234b9d5805675dea858bcbae040ff8c5.

**Chen H., T.N. Cong, W. Yang, C. Tan, Y. Li, and Y. Ding (2009).** Progress in electrical energy storage system: A critical review. *Progress in Natural Science* **19**, 291–312. doi: 10.1016/j.pnsc.2008.07.014, ISSN: 1002-0071.

**Chen H., H. Qi, R. Long, and M. Zhang (2012).** Research on 10-year tendency of China coal mine accidents and the characteristics of human factors. *Safety Science* **50**, 745–750. doi: 10.1016/j.ssci.2011.08.040, ISSN: 0925-7535.

**Cheng Y.P., L. Wang, and X.L. Zhang (2011).** Environmental impact of coal mine methane emissions and responding strategies in China. *International Journal of Greenhouse Gas Control* **5**, 157–166. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-78650973741&partnerID=40&md5=dd17524e9d2471b14771b630cb577c57.

**Cherian A. (2009).** *Bridging the Divide Between Poverty Reduction and Climate Change through Sustainable and Innovative Energy Technologies.* Environment and Energy Group, United Nations Development Programme, New York, NY, USA.

**Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012).** Energy and Security. In: *Global Energy Assessment: Toward a Sustainable Future.* N. Nakicenovic, A. Patwardhan, L. Gomez-Echeverri, T. Johansson (eds.). Cambridge Univeristy Press, Laxenburg, Austria; Cambridge, UK & New York, USA, pp. 325–384.

**Cherp A., and J. Jewell (2011).** The Three Perspectives on Energy Security: Intellectual History, Disciplinary Roots and the Potential for Integration. *Current Opinion in Environmental Sustainability* **3**, 202–212. doi: 10.1016/j.cosust.2011.07.001.

**Cherp A., J. Jewell, V. Vinichenko, N. Bauer, and E. De Cian (2013).** Global energy security under different climate policies, GDP growth rates and fossil resource availabilities. *Climatic Change.* doi: 10.1007/s10584-013-0950-x.

**Cherubini F., R. Bright, and A. Strømman (2012).** Site-specific global warming potentials of biogenic $CO_2$ for bioenergy: Contributions from carbon fluxes and albedo dynamics. *Environmental Research Letters* **7**. doi: 10.1088/1748-9326/7/4/045902.

**Chester L. (2009).** Conceptualising Energy Security and Making Explicit Its Polysemic Nature. *Energy Policy* **38**, 887–895. doi: 10.1016/j.enpol.2009.10.039.

**Chidumayo E.N., and D.J. Gumbo (2013).** The environmental impacts of charcoal production in tropical ecosystems of the world: A synthesis. *Energy for Sustainable Development* **17**, 86–94.

**Christidis A., C. Koch, L. Pottel, and G. Tsatsaronis (2012).** The contribution of heat storage to the profitable operation of combined heat and power plants in liberalized electricity markets. *Energy* **41**, 75–82.

**Chum H., A. Faaij, J. Moreira, G. Berndes, P. Dhamija, H. Dong, B. Gabrielle, G. Goss Eng, W. Lucht, M. Mapako, O. Masera Cerutti, T. McIntyre, T. Minowa, and K. Pingoud (2011).** Bioenergy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**Cisneros B.J., and T. Oki (2014).** Chapter 3. Freshwater Resources. In: *Climate Change 2013: Impacts, Adaptation, and Vulnerability. Fifth Assessment Report of Working Group II.* Cambridge Univeristy Press, Cambridge, UK.

**Clapp C., K. Karousakis, B. Buchner, and J. Chateau (2009).** *National and Sectoral GHG Mitigation Potential: A Comparison Across Models.* Organisation for Economic Co-Operation and Development, Paris.

**Clastres C. (2011).** Smart grids: Another step towards competition, energy security and climate change objectives. *Energy Policy* **39**, 5399–5408.

**Cohen S., H. Chalmers, M. Webber, and C. King (2011).** Comparing combustion $CO_2$ capture operation at retrofitted coal-fired power plants in the Texas and Great Britain electric grids. *Environmental Research Letters* **6**, 024001. doi: 10.1088/1748-9326/6/2/024001, ISSN: 1748-9326.

**Cole I.S., P. Corrigan, S. Sim, and N. Birbilis (2011).** Corrosion of pipelines used for $CO_2$ transport in CCS: Is it a real problem? *International Journal of Greenhouse Gas Control* **5**, 749–756. doi: 10.1016/j.ijggc.2011.05.010, ISSN: 1750-5836.

**Collier P., and A.J. Venables (2012).** Greening Africa? Technologies, endowments and the latecomer effect. *Energy Economics* **34**, S75–S84.

**Cook B., J. Gazzano, Z. Gunay, L. Hiller, S. Mahajan, A. Taskan, and S. Vilogorac (2012).** The smart meter and a smarter consumer: quantifying the benefits of smart meter implementation in the United States. *Chemistry Central Journal* **6**, 1–16.

**Cooke P., G. Kohlin, and W.F. Hyde (2008).** Fuelwood, Forests and Community Management: Evidence from Household Studies. *Environment and Development Economics* **13**, 103–135.

**Cormier S., S. Wilkes, and L. Zheng (2013).** Relationship of land use and elevated ionic strength in Appalachian watersheds. *Environmental Toxicology and Chemistry* **32**, 296–303. doi: 10.1002/etc.2055.

**Corner A., D. Venables, A. Spence, W. Poortinga, C. Demski, and N. Pidgeon (2011).** Nuclear power, climate change and energy security: Exploring British public attitudes. *Energy Policy* **39**, 4823–4833.

Corry O., and D. Reiner (2011). *Evaluating Global Carbon Capture and Storage (CCS) Communication Materials: A Survey of Global CCS Communications*. Cambridge—Judge Business School, 46 pp. Available at: http://www.globalccsinstitute.com/publications/evaluating-global-ccs-communications.

Corsten M., A. Ramírez, L. Shen, J. Koornneef, and A. Faaij (2013). Environmental impact assessment of CCS chains—Lessons learned and limitations from LCA literature. *International Journal of Greenhouse Gas Control* 13, 59–71. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84872421378&partnerID=40&md5=1aed2b9726e322bc529253388cdd0749.

Cossent R., L. Olmos, T. Gómez, C. Mateo, and P. Frías (2011). Distribution network costs under different penetration levels of distributed generation. *European Transactions on Electrical Power* 21, 1869–1888. doi: 10.1002/etep.503, ISSN: 1546-3109.

Costantini V., F. Gracceva, A. Markandya, and G. Vicini (2007). Security of energy supply: Comparing scenarios from a European Perspective. *Energy Policy* 35, 210–226.

Cozzani V., M. Campedela, E. Renni, and E. Krausmann (2010). Industrial accidents triggered by flood events: Analysis of past accidents. *Journal of Hazardous Materials* 175, 501–509.

Creutzig F.S., and D.M. Kammen (2011). The Post-Copenhagen Roadmap Towards Sustainability: Differentiated Geographic Approaches, Integrated Over Goals. *Innovations: Technology, Governance, Globalization* 4, 301–321.

Crow W., J.W. Carey, S. Gasda, D. Brian Williams, and M. Celia (2010). Wellbore integrity analysis of a natural $CO_2$ producer. *International Journal of Greenhouse Gas Control* 4, 186–197. ISSN: 17505836 (ISSN).

CRS (2012). *Closing Yucca Mountain: Litigation Associated with Attempts to Abandon the Planned Nuclear Waste Repository*. Congressional Research Service, Washington, DC,

Cummins W.E., M.M. Corletti, and T.L. Schulz (2003). Westinghouse AP1000 Advanced Passive Plant. In: *Proceedings of International Congress on Advances in Nuclear Power Plants (ICAPP '03)*. Cordoba, Spain.

Cutter E., C.W. Woo, F. Kahrl, and A. Taylor (2012). Maximizing the Value of Responsive Load. *The Electricity Journal* 25, 6–16.

D'Agostino A.L., B.K. Sovacool, and M.J. Bambawale (2011). And then what happened? A retrospective appraisal of China's Renewable Energy Development Project (REDP). *Renewable Energy* 36, 3154–3165. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79957827651&partnerID=40&md5=86b4ff42ed6acd6e3a601a2778c05c31.

Dahl E.L., K. Bevanger, T. Nygård, E. Røskaft, and B.G. Stokke (2012). Reduced breeding success in white-tailed eagles at Smøla windfarm, western Norway, is caused by mortality and displacement. *Biological Conservation* 145, 79–85. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84856235825&partnerID=40&md5=482f29339d3c94ae1e4000559314cd31.

Dahowski R.T., C. Davidson, and J. Dooley (2011). Comparing large scale CCS deployment potential in the USA and China: A detailed analysis based on country-specific $CO_2$ transport & storage cost curves. *Energy Procedia* 4, 2732–2739. doi: 10.1016/j.egypro.2011.02.175, ISSN: 1876-6102.

Dahowski R.T., C.L. Davidson, X. Li, and N. Wei (2012). A $70/tCO_2$ greenhouse gas mitigation backstop for China's industrial and electric power sectors: Insights from a comprehensive CCS cost curve. *International Journal of Greenhouse Gas Control* 11, 73–85.

Dahowski R., J. Dooley, C. Davidson, S. Bachu, and N. Gupta (2005). *Building the Cost Curves for CO2 Storage: North America*. IEA Greenhouse Gas R&D Programme, Cheltenham, UK.

Dai A. (2011). Drought under global warming: a review. *Wiley Interdisciplinary Reviews: Climate Change* 2, 45–65.

Dale M., and S.M. Benson (2013). Energy Balance of the Global Photovoltaic (PV) Industry—Is the PV Industry a Net Electricity Producer? *Environmental Science & Technology* 47, 3482–3489. doi: 10.1021/es3038824, ISSN: 0013-936X.

Dale A.T., V. Khanna, R.D. Vidic, and M.M. Bilec (2013). Process based lifecycle assessment of natural gas from the marcellus shale. *Environmental Science & Technology* 47, 5459–5466. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84878225327&partnerID=40&md5=fb3390ca2c94400b0e0ee8de6299ae0f.

Damerau K., K. Williges, A.G. Patt, and P. Gauché (2011). Costs of reducing water use 326 of concentrating solar power to sustainable levels: Scenarios for North Africa. *Energy Policy* 39, 4391–4398.

Davis S.J., K. Caldeira, and H.D. Matthews (2010). Future $CO_2$ emissions and climate change from existing energy infrastructure. *Science* 329, 1330–3. doi: 10.1126/science.1188566, ISSN: 1095-9203 0036–8075.

Deane J.P., B.P. Gallachóir, and E.J. McKeogh (2010). Techno-economic review of existing and new pumped hydro energy storage plant. *Renewable and Sustainable Energy Reviews* 14, 1293–1302. doi: 10.1016/j.rser.2009.11.015, ISSN: 1364-0321.

Decarre S., J. Berthiaud, N. Butin, and J.-L. Guillaume-Combecave (2010). $CO_2$ maritime transportation. *International Journal of Greenhouse Gas Control* 4, 857–864. doi: 10.1016/j.ijggc.2010.05.005, ISSN: 1750-5836.

Delina L.L., and M. Diesendorf (2013). Is wartime mobilisation a suitable policy model for rapid national climate mitigation? *Energy Policy* 58, 371–380.

Delucchi M., and M. Jacobson (2011). Providing all global energy with wind, water, and solar power, Part II: Reliability, system and transmission costs, and policies. *Energy Policy* 39, 1170–1190. doi: 16/j.enpol.2010.11.045, ISSN: 0301-4215.

Demarty M., and J. Bastien (2011). GHG emissions from hydroelectric reservoirs in tropical and equatorial regions: Review of 20 years of $CH_4$ emission measurements. *Energy Policy* 39, 4197–4206.

Deng J., Y. Xu, H. Jiang, and S. Hu (2013). Safe and effective production of coal mine promoted by coalbed methane reclamation. *Advanced Materials Research* 616–618, 310–315. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84871877312&partnerID=40&md5=217e31c02bcddd08098b40dcb9790525.

Denholm P., and M. Hand (2011). Grid flexibility and storage required to achieve very high penetration of variable renewable electricity. *Energy Policy* 39, 1817–1830. doi: 16/j.enpol.2011.01.019, ISSN: 0301-4215.

Denholm P., and R. Sioshansi (2009). The value of compressed air energy storage with wind in transmission-constrained electric power systems. *Energy Policy* 37, 3149–3158.

Depuru S.S.S.R., L. Wang, and V. Devabhaktuni (2011). Smart meters for power grid: Challenges, issues, advantages and status. *Renewable and Sustainable Energy Reviews* 15, 2736–2742.

**7**

**DERA (2011).** *Kurzstudie—Reserven, Ressourcen und Verfügbarkeit von Energierohstoffen 2011.* Deutsche Rohstoff Agentur (DERA), Bundesanstalt fuer Geowissenschaften und Rohstoffe, 92 pp. Available at: http://www.bgr.bund.de/DE/Themen/Energie/Downloads/Energiestudie-Kurzf-2011.pdf?__blob=publicationFile&v=3.

**Díaz P., C.A. Arias, M. Gomez-Gonzalez, D. Sandoval, and R. Lobato (2013).** Solar home system electrification in dispersed rural areas: A 10-year experience in Jujuy, Argentina. *Progress in Photovoltaics: Research and Applications* **21,** 297–307. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84876670064&partnerID=40&md5=0ced5c8b1b981a40d233b22f1a4ad6ec.

**Van Dingenen R., F.J. Dentener, F. Raes, M.C. Krol, L. Emberson, and J. Cofala (2009).** The global impact of ozone on agricultural crop yields under current and future air quality legislation. *Atmospheric Environment* **43,** 604–618. doi: 10.1016/j.atmosenv.2008.10.033, ISSN: 1352-2310.

**DiPietro P., and P. Balash (2012).** A Note on Sources of $CO_2$ Supply for Enhanced-Oil-Recovery Operations. *SPE Economics & Management* **4,** 69–74.

**Don A., B. Osborne, A. Hastings, U. Skiba, M. Carter, J. Drewer, H. Flessa, A. Freibauer, N. Hyvönen, M. Jones, G. Lanigan, Ü. Mander, A. Monti, S. Nijakou Djomo, J. Valentine, K. Walter, W. Zegada-Lizarazu, and T. Zenone (2012).** Land-use change to bioenergy production in Europe: implications for the greenhouse gas balance and soil carbon. *GCB Bioenergy* **4,** 372–391.

**Dones R., C. Bauer, R. Bolliger, B. Burger, M. Faist, Emmenegger, R. Frischknecht, T. Heck, N. Jungbluth, and A. Röder (2007).** *Life Cycle Inventories of Energy Systems: Results for Current Systems in Switzerland and Other UCTE Countries.* Swiss Centre for Life Cycle Inventories, Dübendorf, CH.

**Dones R., T. Heck, M.F. Emmenegger, and N. Jungbluth (2005).** Life cycle inventories for the nuclear and natural gas energy systems, and examples of uncertainty analysis. *International Journal of Life Cycle Assessment* **10,** 10–23. Available at: ://000226379900003.

**Doney S.C. (2010).** The Growing Human Footprint on Coastal and Open-Ocean Biogeochemistry. *Science* **328,** 1512–1516. doi: 10.1126/science.1185198, ISSN: 0036-8075, 1095–9203.

**Dooley J.J. (2013).** Estimating the supply and demand for deep geologic $CO_2$ storage capacity over the course of the 21st Century: A meta analysis of the literature. *Energy Procedia* **37,** 5141–5150.

**Dooley J., R. Dahowski, and C. Davidson (2011).** $CO_2$-driven Enhanced Oil Recovery as a Stepping Stone to What? An MIT Energy Initiative and Bureau of Economic Geology at UT Austin Symposium. In: *Role of Enhanced Oil Recovery in Accelerating the Deployment of Carbon Capture and Storage.* E.J. Moniz, S.W. Tinker, (eds.), MIT Press, Cambridge, MA, pp. 196.

**Dooley J., C. Trabucchi, and L. Patton (2010).** Design considerations for financing a national trust to advance the deployment of geologic $CO_2$ storage and motivate best practices. *International Journal of Greenhouse Gas Control* **4,** 381–387. doi: 10.1016/j.ijggc.2009.09.009, ISSN: 1750-5836.

**Dung E., S. Leonardo, and T. Agusomu (2008).** The effect of gas flaring on crops in the Niger Delta, Nigeria. *GeoJournal* **73,** 297–305.

**Dunn B., H. Kamath, and J. Tarascon (2011).** Electrical energy storage for the grid: A battery of choices. *Science* **334,** 928–935.

**Eckle P., and P. Burgherr (2013).** Bayesian Data Analysis of Severe Fatal Accident Risk in the Oil Chain. *Risk Analysis* **33,** 146–160. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84872415471&partnerID=40&md5=6589ab7e0beb90ef0f27a497eea47f1b.

**Edenhofer O., L. Hirth, B. Knopf, M. Pahle, S. Schloemer, E. Schmid, and F. Ueckerdt (2013).** On the economics of renewable energy sources. *Energy Economics* **40,** 12–23.

**Edmonds J.A., P.W. Luckow, K.V. Calvin, M.A. Wise, J.J. Dooley, G.P. Kyle, S.H. Kim, P.L. Patel, and L.E. Clarke (2013).** Can radiative forcing be limited to 2.6 W$^{m-2}$ without negative emissions from bioenergy AND $CO_2$ capture and storage? *Climate Change* **118,** 29–43. doi: 10.1007/s10584-012-0678-z.

**Edmonds J., T. Wilson, M. Wise, and J. Weyant (2006).** Electrification of the Economy and $CO_2$ Emissions Mitigation. *Journal of Environmental Economics and Policy Studies* **7,** 175–203.

**EIA (2011).** *Retrospective Review: Annual Energy Outlook 2010.* US Department of Energy, Energy Information Administration, Washington, DC.

**EIA (2012).** *Annual Energy Outlook 2012. With Projections to 2035.* U.S. Energy Information Administration, Office of Integrated and International Energy Analysis, Washington, DC. Available at: http://www.eia.gov/forecasts/archive/aeo12/index.cfm.

**Eiken O., P. Ringrose, C. Hermanrud, B. Nazarian, T.A. Torp, and L. Høier (2011).** Lessons learned from 14 years of CCS operations: Sleipner, In Salah and Snøhvit. *Energy Procedia* **4,** 5541–5548. doi: 10.1016/j.egypro.2011.02.541, ISSN: 1876-6102.

**Einsiedel E.F., A.D. Boyd, J. Medlock, and P. Ashworth (2013).** Assessing sociotechnical mindsets: Public deliberations on carbon capture and storage in the context of energy sources and climate change. *Energy Policy* **53,** 149–158.

**Ellerman A.D., F.J. Convery, and C. de Perthuis (2010).** *Pricing Carbon: The European Union Emissions Trading Scheme.* Cambridge University Press, Cambridge.

**Elliot T., and M. Celia (2012).** Potential restrictions for $CO_2$ sequestration sites due to shale and tight gas production. *Environmental Science and Technology* **46,** 1–16. doi: 10.1021/es2040015.

**Elliott Campbell J., J.F. Fox, and P.M. Acton (2012).** Terrestrial carbon losses from mountaintop coal mining offset regional forest carbon sequestration in the 21st century. *Environmental Research Letters* **7.** Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84871840367&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a2.

**Elliston B., M. Diesendorf, and I. MacGill (2012).** Simulations of scenarios with 100 % renewable electricity in the Australian National Electricity Market. *Energy Policy* **45,** 606–613. doi: 10.1016/j.enpol.2012.03.011, ISSN: 0301-4215.

**Den Elzen M., A. Hof, and M. Roelfsema (2011).** The emissions gap between the Copenhagen pledges and the 2 8C climate goal: Options for closing and risks that could widen the gap. *Global Environmental Change* **21,** 733–743. doi: 10.1016/j.gloenvcha.2011.01.006.

**Emberson L., K. He, J. Rockström, M. Amann, J. Barron, R. Corell, S. Feresu, R. Haeuber, K. Hicks, F.X. Johnson, A. Karlqvist, Z. Klimont, I. Mylvakanam, W.W. Song, H. Vallack, and Z. Qiang (2012).** Chapter 3—Energy and Environment. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 191–254. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

**Enerdata (2013).** *Global Energy Statistical Yearbook. 2013.* Enerdata, Grenoble, France. Available at: http://www.enerdata.net/enerdatauk/press-and-publication/publications/world-energy-statistics-supply-and-demand.php.

**Engemann K.M., and M.T. Owyang (2010).** Unconventional Oil Stuck in a Rock and a Hard Place. *The Regional Economist* July, 14–15. Available at: http://www.stlouisfed.org/publications/pub_assets/pdf/re/2010/c/oil.pdf.

Eom J., J. Edmonds, V. Krey, N. Johnson, K. Riahi, and D. van Vuuren (2013). The Impact of Near-term Climate Policy Choices on Technology and Emissions Transition Pathways. *Technological Forecasting & Social Change.* doi: http://dx.doi.org/10.1016/j.techfore.2013.09.017.

EPRI (2003). *High Temperature Gas-Cooled Reactors for the Production of Hydrogen: An Assessment in Support of the Hydrogen Economy.* Electric Power Research Institute (EPRI), Palo Alto, California.

Epstein P.R., J.J. Buonocore, K. Eckerle, M. Hendryx, B.M. Stout III, A.R. Heinberg, R.W. Clapp, B. May, N.L. Reinhart, M.M. Ahern, S.K. Doshi, and L. Glustrom (2010). Full cost accounting for the life cycle of coal. *Ann. N.Y. Acad. Sci.* **1219**, 73–98.

Esposito A., and S.M. Benson (2012). Evaluation and development of options for remediation of $CO_2$ leakage into groundwater aquifers from geologic carbon storage. *International Journal of Greenhouse Gas Control* **7**, 62–73.

EU Commission (2012). *COMMUNICATION FROM THE COMMISSION, Guidelines on Certain State Aid Measures in the Context of the Greenhouse Gas Emission Allowance Trading Scheme Post-2012.* EU Commission, Brussels, Belgium.

European Copper Institute (1999). *The Scope for Energy Saving in the EU through the Use of Energy-Efficient Electricity Distribution Transformers.* European Copper Institute and European Commission Directorate-General for Energy DGXVII, Brussels, Belgium. Available at: http://www.seai.ie/Archive1/Files_Misc/REP-009THERMIEFinalreport.pdf.

Fairlie I., and A. Körblein (2010). Review of epidemiology studies of childhood leukaemia near nuclear facilities: Commentary on Laurier et al. *Radiation Protection Dosimetry* **138**, 194–195. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77950199313&partnerID=40&md5=ac27757a0c9916dcc674bb04633f9ce8.

Fankhauser S., F. Sehlleier, and N. Stern (2008). Climate change, innovation and jobs. *Climate Policy* **8**, 421–429.

FAO (2010). *What Woodfuels Can Do to Mitigate Climate Change.* Food and Agriculture Organization of the United Nations, Rome, Italy, ISBN: 978-92-5-106653-9.

FAO (2011). *Highlights on Wood Charcoal: 2004–2009.* Food and Agriculture Organization of the United Nations. Available at: http://faostat.fao.org/Portals/_faostat/documents/pdf/ wood%20charcoal.pdf.

Farina R. (2011). *Recent Global Trends and Policy Considerations.* GE Energy. Available at: http://www.genewscenter.com/ImageLibrary/DownloadMedia.ashx?MediaDetailsID=3691.

Figueroa J.D., T. Fout, S. Plasynski, H. McIlvried, and R.D. Srivastava (2008). Advances in $CO_2$ capture technology. *International Journal of Greenhouse Gas Control* **2**, 9–20.

Fingerman K.R., G. Berndes, S. Orr, B.D. Richter, and P. Vugteveen (2011). Impact assessment at the bioenergy-water nexus. *Biofuels, Bioproducts and Biorefining* **5**, 375–386. doi: 10.1002/bbb.294, ISSN: 1932104X.

Finley-Brook M., and C. Thomas (2010). From malignant neglect to extreme intervention: treatment of displaced indigenous populations in two large hydro projects in Panama. *Water Altern.* **3**, 269–290.

Fischedick M., R. Schaeffer, A. Adedoyin, M. Akai, T. Bruckner, L. Clarke, V. Krey, I. Savolainen, S. Teske, D. Ürge-Vorsatz, and R. Wright (2011). Mitigation Potential and Costs. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Fleishman L.A., W.B. De Bruin, and M.G. Morgan (2010). Informed Public Preferences for Electricity Portfolios with CCS and Other Low-Carbon Technologies. *Risk Analysis* **30**, 1399–1410. doi: 10.1111/j.1539-6924.2010.01436.x, ISSN: 1539-6924.

Forster P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz, and R.V. Dorland (2007). Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007—The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M. Tignor, H.L. Miller (eds.)]. Cambridge University Press, New York, NY. Available at: file://localhost/Users/rjp/literature/i/IPCC%20AR4/ar4-wg1-chapter2.pdf.

Frankhauser S., F. Sehlleier, and N. Stern (2008). Climate change, innovation and jobs. *Climate Policy* **8**, 421–429.

Fripp M. (2011). Greenhouse Gas Emissions from Operating Reserves Used to Backup Large-Scale Wind Power. *Environmental Science & Technology* **45**, 9405–9412. doi: 10.1021/es200417b.

Frondel M., N. Ritter, C.M. Schmidt, and C. Vance (2010). Economic impacts from the promotion of renewable energy technologies: The German experience. *Energy Policy* **38**, 4048–4056.

Fthenakis V., and A. Anctil (2013). Direct te mining: Resource availability and impact on cumulative energy demand of CdTe PV life cycles. *IEEE Journal of Photovoltaics* **3**, 433–438. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84871746775&partnerID=40&md5=bc385e07cc93b1ea40204 2635e9491c1.

Fthenakis V., and H.C. Kim (2010). Life-cycle uses of water in U.S. electricity generation. *Renewable and Sustainable Energy Reviews* **14**, 2039–2048. doi: 10.1016/j.rser.2010.03.008, ISSN: 1364-0321.

Fthenakis V.M., H.C. Kim, and E. Alsema (2008). Emissions from Photovoltaic Life Cycles. *Environmental Science & Technology* **42**, 2168–2174. doi: 10.1021/es071763q, ISSN: 0013-936X, 1520–5851.

Furchtgott-Roth D. (2012). The elusive and expensive green job. *Energy Economics* **34**, 43–52.

Gagnon, Luc, Hall, Charles A.S., and Brinker, Lysle (2009). A Preliminary Investigation of Energy Return on Energy Investment for Global Oil and Gas Production. *Energies* **2**, 490–503. doi: 10.3390/en20300490.

Gahleitner G. (2013). Hydrogen from renewable electricity: An international review of power-to-gas pilot plants for stationary applications. *International Journal of Hydrogen Energy* **38**, 2039–2061. doi: 10.1016/j.ijhydene.2012.12.010, ISSN: 0360-3199.

Gale J., and J. Davison (2004). Transmission of $CO_2$ safety and economic considerations. *Energy* **29**, 1319–1328. doi: 10.1016/j.energy.2004.03.090, ISSN: 0360-5442.

Galloway J.N., A.R. Townsend, J.W. Erisman, M. Bekunda, Z. Cai, J.R. Freney, L.A. Martinelli, S.P. Seitzinger, and M.A. Sutton (2008). Transformation of the Nitrogen Cycle: Recent Trends, Questions, and Potential Solutions. *Science* **320**, 889–892. doi: 10.1126/science.1136674, ISSN: 0036-8075, 1095–9203.

Garvin J.C., C.S. Jennelle, D. Drake, and S.M. Grodsky (2011). Response of raptors to a windfarm. *Journal of Applied Ecology* **48**, 199–209. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-78650947882&partnerID=40&md5=19b7713a1d723460adeb4a0800a9b3e9.

Gaus I. (2010). Role and impact of $CO_2$–rock interactions during $CO_2$ storage in sedimentary rocks. *International Journal of Greenhouse Gas Control* **4**, 73–89. doi: http://dx.doi.org/10.1016/j.ijggc.2009.09.015.

GEA (2012). *Global Energy Assessment* (Rogner, R.F. Aguilera, C.L. Archer, R. Bertani, S.C. Bhattacharya, M.B. Dusseault, L. Gagnon, and V. Yakushev, Eds.). Cambridge University Press and International Institute for Applied Systems Analysis, Cambridge, UK & New York, NY, Vienna, Austria.

Gelfand I., R. Sahajpal, X. Zhang, R.C. Izaurralde, K. Gross, and G.P. Robertson (2013). Sustainable bioenergy production from marginal lands in the US Midwest. *Nature* **493**, 514–517.

Geras'kin S., T. Evseeva, and A. Oudalova (2013). Effects of long-term chronic exposure to radionuclides in plant populations. *Journal of Environmental Radioactivity* **121**, 22–32. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84876735275&partnerID=40&md5=750da9a24481103c23f3e7ab9a43491b.

GGFR, and World Bank (2011). *Improving Energy Efficiency and Mitigating Impact on Climate Change*. Global Gas Flaring Reduction Partnership and the World Bank, Washington, DC.

GIF (2002). *A Technology Roadmap for Generation IV Nuclear Energy Systems*. US DOE Nuclear Energy Research Advisory Committee and the Generation IV International Forum.

GIF (2009). *GIF R&D Outlook for Generation IV Nuclear Energy Systems*. OECD Nuclear Energy Agency, Paris, France.

Gilfillan S.M.V., B.S. Lollar, G. Holland, D. Blagburn, S. Stevens, M. Schoell, M. Cassidy, Z. Ding, Z. Zhou, G. Lacrampe-Couloume, and C.J. Ballentine (2009). Solubility trapping in formation water as dominant $CO_2$ sink in natural gas fields. *Nature* **458**, 614–618. doi: 10.1038/nature07852, ISSN: 0028-0836.

Giroux J. (2008). Turmoil in the Delta: trends and implications. *Perspectives on Terrorism* **2**, 11–22.

Global CCS Institute (2011). *The Global Status of CCS: 2011*. Global CCS Institute, Canberra, Australia, 156 pp. Available at: www.globalccsinstitute.com/resources/publications/global-status-ccs-2011.

GNESD (2010). *Achieving Energy Security in Developing Countries*. Global Network on Energy for Sustainable Development, Roskilde, Denmark.

Goedbloed J. (2011). Snapping emissions. *Hydrocarbon Engineering* **16**, 39–42. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80053340973&partnerID=40&md5=7d24c832f4441ecbcdef020480b05cb5.

Van Goethem T.M.W.J., L.B. Azevedo, R. van Zelm, F. Hayes, M.R. Ashmore, and M.A.J. Huijbregts (2013). Plant Species Sensitivity Distributions for ozone exposure. *Environmental Pollution* **178**, 1–6. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84875208139&partnerID=40&md5=6d40e84c48fb09ad14a2a8c218f6025f.

Gohlke J., R. Thomas, A. Woodward, D. Campbell-Lendrum, A. Prüss-Üstün, S. Hales, and C. Portier (2011). Estimating the Global Public Health Implications of Electricity and Coal Consumption. *Environmental Health Perspectives* **119**, 821–826. doi: 10.1289/ehp.1002241.

Goldberg S., and R. Rosner (2011). *Nuclear Reactors: Generation to Generation*. American Academy of Arts & Sciences, Cambridge, MA.

Goldemberg J., S.T. Coelho, and P. Guardabassi (2008). The sustainability of ethanol production from sugarcane. *Energy Policy* **36**, 2086–2097. doi: 10.1016/j.enpol.2008.02.028, ISSN: 0301-4215.

Goldstein B., G. Hiriart, R. Bertani, C. Bromley, L. Guitiérrez-Negrín, E. Huenges, and H. Muraoka (2011). Geothermal Energy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Goodman A., A. Hakala, G. Bromhal, D. Deel, T. Rodosta, S. Frailey, M. Small, D. Allen, V. Romanov, J. Fazio, N. Huerta, D. McIntyre, B. Kutchko, and G. Guthrie (2011). U.S. DOE methodology for the development of geologic storage potential for carbon dioxide at the national and regional scale. *International Journal of Greenhouse Gas Control* **5**, 952–965. doi: 10.1016/j.ijggc.2011.03.010, ISSN: 1750-5836.

Graedel T.E. (2011). On the Future Availability of the Energy Metals. *Annual Review of Materials Research* **41**, 323–335.

Grainger C.A., and C.D. Kolstad (2010). Who Pays a Price on Carbon? *Environmental and Resource Economics* **46**, 359–376. Available at: http://link.springer.com/article/10.1007/s10640-010-9345-x#page-1.

Green R., and N. Vasilakos (2011). The Long-Term Impact of Wind Power on Electricity Prices and Generating Power. *SSRN Scholarly Paper* **ID 1851311**. Available at: http://papers.ssrn.com/abstract=1851311.

Greenberg M. (2013a). *Nuclear Waste Management, Nuclear Power, and Energy Choices. Public Preferences, Perceptions, and Trust*. Springer, London; New York. ISBN: 9781447142317 1447142314.

Greenberg M. (Ed.) (2013b). Managing the Nuclear Legacies. Lecture Notes in Energy. In: *Nuclear Waste Management, Nuclear Power, and Energy Choices: Public Preferences, Perceptions, and Trust*. Springer, Berlin, pp. 1–14. ISBN: 978–1–4471–4231–7.

Greenblatt J., J. Long, and B. Hannegan (2012). *California's Energy Future—Electricity from Renewable Energy and Fossil Fuels with Carbon Capture and Sequestration*. California Council of Science and Technology. Available at: http://ccst.us/publications/2012/2012ccs.pdf.

Van Grinsven H.J.M., M. Holland, B.H. Jacobsen, Z. Klimont, M.A. Sutton, and W. Jaap Willems (2013). Costs and benefits of nitrogen for europe and implications for mitigation. *Environmental Science and Technology* **47**, 3571–3579. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84876235709&partnerID=40&md5=0354bd4b11466e40b60ab65d7ab78a00.

Grodsky S.M., M.J. Behr, A. Gendler A., D. Drake, B.D. Dieterle, R.J. Rudd, and N.L. Walrath (2011). Investigating the causes of death for wind turbine-associated bat fatalities. *Journal of Mammalogy* **92**, 917–925.

Grubb M., R. Betz, and K. Neuhoff (Eds.) (2006). *National Allocation Plans in the EU Emissions Trading Scheme: Lessons and Implications for Phase II*. Earthscan, London.

Grubb M., K. Neuhoff, and J. Hourcade (2013). *Planetary Economics: The Three Domains of Sustainable Energy Development*. Earthscan/Taylor & Francis, London.

Guilford M.C., C.A.S. Hall, P. O'Connor, and C. Cleveland A new long term assessment of energy return on investment (EROI) for U.S. oil and gas discovery and production. *Sustainability* 3, 1866–1887.

Guivarch C., and S. Hallegatte (2011). Existing infrastructure and the 2°C target. *Climatic Change* 109, 801–805. doi: 10.1007/s10584-011-0268-5, ISSN: 0165-0009 1573–1480.

Guruswamy L. (2011). Energy poverty. *Annual Review of Environment and Resources* 36, 139–161. doi: 10.1146/annurev-environ-040610-090118.

Hagen M., E. Polman, A. Myken, J. Jensen, O. Jönsson, A. Biomil, and A. Dahl (2001). *Adding Gas from Biomass to the Gas Grid: Contract No: XVII/4.1030/Z/99–412*. Available at: http://gasunie.eldoc.ub.rug.nl/root/2001/2044668/.

Haller M., S. Ludig, and N. Bauer (2012). Decarbonization scenarios for the EU and MENA power system: Considering spatial distribution and short term dynamics of renewable generation. *Energy Policy* 47, 282–290. doi: 10.1016/j.enpol.2012.04.069, ISSN: 0301-4215.

Halsnæs K., A. Garg, J. Christensen, H. Ystanes Føyn, M. Karavai, E. La Rovere, M. Bramley, X. Zhu, C. Mitchell, J. Roy, K. Tanaka, H. Katayama, C. Mena, I. Obioh, I. Bashmakov, S. Mwakasonda, M.-K. Lee, M. Vinluan, Y.J. Huang, and L. Segafredo (2012). Climate change mitigation policy paradigms—national objectives and alignments. *Mitigation and Adaptation Strategies for Global Change*. doi: 10.1007/s11027-012-9426-y.

Halsnæs K., P. Shukla, D. Ahuja, G. Akumu, R. Beale, J. Edmonds, C. Gollier, A. Grubler, M. Ha Duong, A. Markandya, M. McFarland, T. Sugiyama, and A. Villavicencio (2007). Framing Issues. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds)]*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Hanafiah M.M., M.A. Xenopoulos, S. Pfister, R. S.E.W. Leuven, and M.A.J. Huijbregts (2011). Characterization Factors for Water Consumption and Greenhouse Gas Emissions Based on Freshwater Fish Species Extinction. *Environmental Science & Technology* 45, 5272–5278. doi: 10.1021/es1039634, ISSN: 0013-936X.

Hasan M.M.F., I.A. Karimi, and C.M. Avison (2011). Preliminary synthesis of fuel gas networks to conserve energy and preserve the environment. *Industrial and Engineering Chemistry Research* 50, 7414–7427. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79958791351&partnerID=40&md5=94863df106afcb12e3bcef728dea9ded. Hashmi M., S. Hänninen, and K. Mäki (2013). Developing smart grid concepts, architectures and technological demonstrations worldwide—A literature survey. *International Review of Electrical Engineering* 8, 236–252.

Hassan A., and R. Kouhy (2013). Gas flaring in Nigeria: Analysis of changes and its consequent carbon emission and reporting. *Accounting Forum* 37, 124–134.

Heinävaara S., S. Toikkanen, K. Pasanen, P.K. Verkasalo, P. Kurttio, and A. Auvinen (2010). Cancer incidence in the vicinity of Finnish nuclear power plants: An emphasis on childhood leukemia. *Cancer Causes and Control* 21, 587–595. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77953291916&partnerID=40&md5=d5acd53679a23cc72fe40b01ca4b962d.

Held H., and O. Edenhofer (2009). CCS-Bonds as a superior instrument to incentivize secure carbon sequestration. *Energy Procedia* 1, 4559–4566.

Heptonstall (2007). *A Review of Electricity Unit Cost Estimates*. UK Energy Research Centre, London, UK.

Hernández J.C., A. Medina, and F. Jurado (2008). Impact comparison of PV system integration into rural and urban feeders. *Energy Conversion and Management* 49, 1747–1765. doi: 10.1016/j.enconman.2007.10.020, ISSN: 0196-8904.

Hertwich E.G. (2013). Addressing Biogenic Greenhouse Gas Emissions from Hydropower in LCA. *Environmental Science & Technology* 47, 9604–9611. doi: 10.1021/es401820p, ISSN: 0013-936X.

Hertwich E.G., M. Aaberg, B. Singh, and A.H. Strømman (2008). Life-cycle assessment of carbon dioxide capture for enhanced oil recovery. *Chinese Journal of Chemical Engineering* 16, 343–353. ISSN: 1004-9541.

Hertwich E.G., E. van der Voet, M. Huijbregts, S. Sangwon, A. Tukker, P. Kazmierczyk, M. Lenzen, J. McNeely, and Y. Moriguchi (2010). *Environmental Impacts of Consumption and Production: Priority Products and Materials*. UNEP, Paris, France.

Herzog H. (2011). Scaling up carbon dioxide capture and storage: From megatons to gigatons. *Energy Economics* 33, 597–604. doi: 10.1016/j.eneco.2010.11.004, ISSN: 0140-9883.

Herzog H., K. Smekens, P. Dadhich, J. Dooley, Y. Fujii, O. Hohmeyer, and K. Riahi (2005). Cost and economic potential. In: *IPCC Special Report on Carbon Dioxide Capture and Storage*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [Metz, B., O. Davidson, H.C. de Coninck, M. Loos, and L.A. Meyer (eds)].Cambridge, UK and New York, NY, USA, pp. 442. Available at: http://www.ipcc.ch/publications_and_data/_reports_carbon_dioxide.htm.

Von Hippel F., M. Bunn, A. Diakov, M. Ding, R. Goldston, T. Katsuta, M.V. Ramana, T. Suzuki, and Y. Suyuan (2012). Chapter 14—Nuclear Energy. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, pp. 1069–1130.

Von Hippel D., P. Hayes, J. Kang, and T. Katsuta (2011). Future regional nuclear fuel cycle cooperation in East Asia: Energy security costs and benefits. *Energy Policy* 39, 6867–6881. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80054866834&partnerID=40&md5=c1b5a17e2ca785182cd2b80a2b72a62c.

Hirschberg S., P. Burgherr, G. Spiekerman, and R. Dones (2004). Severe accidents in the energy sector: comparative perspective. *Journal of Hazardous Materials* 111, 57–65.

Hirschberg S., G. Spiekerman, and R. Dones (1998). *Severe Accidents in the Energy Sector*. Paul Scherrer Institut, Villingen, Switzerland.

Hirth L. (2013). The Market Value of Variable Renewables: The Effect of Solar-Wind Power Variability on their Relative Price. *Energy Economics* 38, 218–236. doi: 10.1016/j.eneco.2013.02.004.

Hiyama A., C. Nohara, W. Taira, S. Kinjo, M. Iwata, and J.M. Otaki (2013). The Fukushima nuclear accident and the pale grass blue butterfly: Evaluating biological effects of long-term low-dose exposures. *BMC Evolutionary Biology* 13. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84881286117&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a43.

Hoenderdaal S., L. Tercero Espinoza, F. Marscheider-Weidemann, and W. Graus (2013). Can a dysprosium shortage threaten green energy technologies? *Energy* 49, 344–355. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84871722979&partnerID=40&md5=c44b160f41640e6498255 5d578f5ce79.

Hoke A., and P. Komor (2012). Maximizing the Benefits of Distributed Photovoltaics. *The Electricity Journal* 25, 55–67. doi: 10.1016/j.tej.2012.03.005, ISSN: 1040-6190.

Holttinen H., P. Meibom, A. Orths, B. Lange, M. O'Malley, J.O. Tande, A. Estanqueiro, E. Gomez, L. Söder, G. Strbac, J.C. Smith, and F. van Hulle (2011). Impacts of large amounts of wind power on design and operation of power systems, results of IEA collaboration. *Wind Energy* 14, 179–192. doi: 10.1002/we.410, ISSN: 1099-1824.

Honnery D., and P. Moriarty (2009). Estimating global hydrogen production from wind. *International Journal of Hydrogen Energy* 34, 727–736. doi: 10.1016/j.ijhydene.2008.11.001, ISSN: 0360-3199.

Hood C. (2011). *Electricity Market Design for Decarbonisation*. IEA/OECD, Paris, France, 15–20 pp.

Hoogwijk M., D. van Vuuren, B. de Vries, and W. Turkenburg (2007). Exploring the impact on cost and electricity production of high penetration levels of intermittent electricity in OECD Europe and the USA, results for wind energy. *Energy* 32, 1381–1402. doi: 16/j.energy.2006.09.004, ISSN: 0360-5442.

Höök M., R. Hirsch, and K. Aleklett (2009). Giant oil field decline rates and their influence on world oil production. *Energy Policy* 37, 2262–2272. doi: 10.1016/j.enpol.2009.02.020, ISSN: 0301-4215.

Hotelling H. (1931). The Economics of Exhaustible Resources. *Journal of Political Economy* 39, 137–175.

Hourcade J.C., D. Demailly, K. Neuhoff, and S. Sato (2007). *Differentiation and Dynamics of EU ETS Industrial Competitiveness, Climate Strategies. Climate Strategies Report*. Climate Strategies, London, UK. Available at: http://www.climatestrategies.org/component/reports/category/17/37.html.

Hovorka S.D., S.M. Benson, C. Doughty, B.M. Freifeld, S. Sakurai, T.M. Daley, Y.K. Kharaka, M.H. Holtz, R.C. Trautz, H.S. Nance, L.R. Myer, and K.G. Knauss (2006). Measuring permanence of $CO_2$ storage in saline formations: the Frio experiment. *Environmental Geosciences* 13, 105–121. doi: 10.1306/eg.11210505011.

Howarth R., R. Santoro, and A. Ingraffea (2011). Methane and the Greenhouse-gas Footprint of Natural Gas from Shale Formations. *Climate Change* 106, 679–690. doi: 10.1007/s10584-011-0061-5.

Hsu D., P. O'Donoughue, V. Fthenakis, G. Heath, H.-C. Kim, P. Sawyer, J.-K. Choi, and D. Turney (2012). Life Cycle Greenhouse Gas Emissions of Crystalline Silicon Photovoltaic Electricity Generation. *Journal of Industrial Ecology* Special Issue: Meta-Analysis of Life Cycle Assessments, S122–S135.

Huh D.-G., Y.-C. Park, D.-G. Yoo, and S.-H. Hwang (2011). $CO_2$ Geological storage potential in Korea. *Energy Procedia* 4, 4881–4888.

Hultman N., S. Pulver, L. Guimaraes, R. Deshmukh, and J. Kane (2012). Carbon market risks and rewards: Firm perceptions of CDM investment decisions in Brazil and India. *Energy Policy* 40, 90–102.

Hutton G., E. Rehfuess, and F. Tediosi (2007). Evaluation of the Costs and Benefits of Interventions to Reduce Indoor Air Pollution. *Energy for Sustainable Development* 11, 34–43.

Huva R., R. Dargaville, and S. Caine (2012). Prototype large-scale renewable energy system optimisation for Victoria, Australia. *Energy* 41, 326–334. doi: 10.1016/j.energy.2012.03.009, ISSN: 0360-5442.

Hwang S., Y. Cao, and J. Xi (2011). The short-term impact of involuntary migration in China's Three Gorges: a prospective study. *Soc. Indc. Res.* 101, 73–92.

IAEA (2004). *Status of Advanced Light Water Reactor Designs*. International Atomic Energy Agency, Vienna, Austria. Available at: http://www-pub.iaea.org/MTCD/publications/PDF/te_1391_web.pdf.

IAEA (2005a). *Innovative Small and Medium Sized Reactors: Design Features, Safety Approaches and R&D Trends*. International Atomic Energy Agency, Vienna, Austria.

IAEA (2005b). *Thorium Fuel Cycle—Potential Benefits and Challenges*. International Atomic Energy Agency, Vienna, Austria.

IAEA (2008a). *Advanced Nuclear Plant Design Options to Cope with External Events*. International Atomic Energy Agency (IAEA), Vienna, Austria.

IAEA (2008a). *Spent Fuel Reprocessing Options*. International Atomic Energy Agency, Vienna, Austria.

IAEA (2008b). *Financing of New Nuclear Power Plants. Technical Report*. IAEA, Vienna, Austria.

IAEA (2009). *Classification of Radioactive Waste—General Safety Guide*. International Atomic Energy Agency, Vienna, Austria.

IAEA (2012a). *Nuclear Power Reactors in the World 2012 Edition*. International Atomic Energy Agency (IAEA), Vienna, Austria.

IAEA (2012b). *Climate Change and Nuclear Power 2012*. International Atomic Energy Agency, Vienna, Austria.

IAEA (2013a). *The Power Reactor Information System (PRIS) and Its Extension to Non-Electrical Applications, Decommissioning and Delayed Projects Information*. International Atomic Energy Agency, Vienna, Austria. Available at: http://www.iaea.org/PRIS/WorldStatistics/OperationalReactorsByCountry.aspx.

IAEA (2013b). *Energy, Electricity and Nuclear Power Estimate for the Period up to 2050*. International Atomic Energy Agency, Vienna, Austria.

IEA (2003a). *World Energy Investment Outlook 2003*. International Energy Agency. OECD, Paris, France. Available at: http://www.worldenergyoutlook.org/media/weowebsite/2008-1994/weo2003.pdf.

IEA (2003b). *The Power to Choose. Demand Response in Liberalised Electricity Markets*. International Energy Agency, Paris, France.

IEA (2005). *Projected Costs of Generating Electricity*. International Energy Agency. OECD, Paris, France.

IEA (2006). *Hydrogen Production and Storage: R&D Priorities and Gaps*. International Energy Agency, Paris. Available at: http://www.iea.org/publications/freepublications/publication/hydrogen.pdf.

IEA (2007). *Renewables in Global Energy Supply: An IEA Fact Sheet*. International Energy Agency. OECD, Paris, France.

IEA (2008a). *World Energy Outlook 2008*. International Energy Agency, Paris, France.

IEA (2008b). *Deploying Renewable Energies: Principles for Effective Policies*. International Energy Agency. OECD, Paris, France.

IEA (2008c). *Energy Technology Perspectives 2008: Scenarios and Strategies to 2050*. International Energy Agency, Paris, France.

IEA (2009a). *Coal Mine Methane in Russia—Capturing the Safety and Environmental Benefits*. International Energy Agency, Paris, France.

IEA (2009b). *Prospects for Large-Scale Energy Storage in Decarbonised Power Grids*. IEA, Paris, France.

IEA (2009c). *World Energy Outlook 2009*. International Energy Agency. OECD, Paris, France.

IEA (2010a). *Energy Balances of Non-OECD Countries*. International Energy Agency, Paris, France, 554 pp.

IEA (2010b). *Projected Costs of Generating Electricity—2010 Edition*. International Energy Agency, Paris, France.

IEA (2010c). *Energy Technology Perspectives 2010: Scenarios and Strategies to 2050*. International Energy Agency, Paris, France.

IEA (2010d). *Technology Roadmap Solar Photovoltaic Energy*. International Energy Agency, Paris, France.

IEA (2010e). *World Energy Outlook 2010*. International Energy Agency, Paris, France. Available at: http://www.worldenergyoutlook.org/media/weo2010.pdf.

IEA (2010f). *Reviewing Existing and Proposed Emissions Trading Systems*. IEA/OECD, Paris, France.

IEA (2010g). *Carbon Capture and Storage Legal and Regulatory Review: Edition 1*. International Energy Agency, Paris, France, 66 pp.

IEA (2011a). *World Energy Outlook 2011*. International Energy Agency, Paris, France.

IEA (2011b). *Deploying Renewables 2011: Best and Future Policy Practice*. OECD/IEA, Paris, France.

IEA (2011c). *Combining Bioenergy with CCS. Reporting and Accounting for Negative Emissions under UNFCCC and the Kyoto Protocol*. OECD/IEA, Paris, France.

IEA (2011d). *Harnessing Variable Renewables: A Guide to the Balancing Challenge*. International Energy Agency, Paris, France.

IEA (2011e). *Technology Roadmap. Smart Grids*. International Energy Agency, Paris, France.

IEA (2011f). *Summing up the Parts. Combining Policy Instruments for Least-Cost Climate Mitigation Strategies*. IEA, OECD, Paris, France.

IEA (2011g). *Energy Technology Perspectives 2010. Scenarios & Strategies to 2050*. IEA/OECD, Paris, France.

IEA (2012a). *Energy Balances of Non-OECD Countries*. International Energy Agency, Paris, France, 538 pp.

IEA (2012b). *World Energy Outlook 2012*. IEA/OECD, Paris, France.

IEA (2012c). *A Policy Strategy for Carbon Capture and Storage*. IEA/OECD, Paris, France.

IEA (2012d). *Renewables Information 2012*. IEA/OECD, Paris, France.

IEA (2012e). *Electricity Information 2012*. IEA/OECD, Paris, France.

IEA (2012f). $CO_2$ *Emission from Fuel Combustion*. International Energy Agency. OECD, Paris, France.

IEA (2012g). $CO_2$ *Emissions from Fuel Combustion. Beyond 2020 Online Database*. IEA, Paris, France. Available at: http://data.iea.org.

IEA (2012h). *Energy Technology Perspectives 2012: Pathways to a Clean Energy Systems*. International Energy Agency, Paris, France.

IEA (2012i). *Golden Rules for a Golden Age of Gas*. International Energy Agency, Paris, France,

IEA (2012j). *Tracking Clean Energy Progress. Energy Technology Perspectives 2012 Excerpt as IEA Input to the Clean Energy Ministerial*. Paris, France.

IEA (2013a). $CO_2$ *Emissions from Fuel Combustion*. Organisation for Economic Co-operation and Development/International Energy Agency, Paris, France, 546 pp. ISBN: 978-92-64-17475-7.

IEA (2013b). *World Energy Outlook*. OECD/IEA, Paris, France.

IEA (2013c). *Redrawing the Energy-Climate Map*. International Energy Agency, Paris, France. Available at: http://www.iea.org/publications/freepublications/publication/RedrawingEnergyClimateMap_2506.pdf.

IEA Bioenergy (2006). *Biogas Upgrading to Vehicle Fuel Standards and Grid Injection*. IEA Bioenergy Task 37. Available at: http://www.iea-biogas.net/files/daten-redaktion/download/publi-task37/upgrading_report_final.pdf.

IEA Bioenergy (2009). *Biogas Upgrading Technologies-Developments and Innovations*. IEA Bioenergy Task 37. Available at: http://www.iea-biogas.net/files/daten-redaktion/download/publi-task37/upgrading_rz_low_final.pdf.

IEA Bioenergy (2011). *IEA Biogas Task 37 Country Reports and Plant Lists*. IEA Bioenergy Task 37. Available at: http://www.iea-biogas.net/country-reports.html.

IEAGHG (2010). *Environmental Evaluation of CCS Using Life Cycle Assessment (LCA)*. IEA Greenhouse Gas R&D Programme, Cheltenham, UK.

IEAGHG (2011). *Potentials for Biomass and Carbon Dioxide Capture and Storage*. IEA Greenhouse Gas R&D Programme, Cheltenham, UK. Available at: http://www.eenews.net/assets/2011/08/04/document_cw_01.pdf.

ILO and EU (2011). *Skills and Occupational Needs in Renewable Energy (2011)*. International Labor Organization and European Union, Geneva.

IMF (2013). *Energy Subsidy Reform: Lessons and Implications*. IMF, International Monetary Fund, Washington DC.

IPCC (2005). *IPCC Special Report on Carbon Dioxide Capture and Storage*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [Metz, B., O. Davidson, H.C. de Coninck, M. Loos, and L.A. Meyer (eds.)].Cambridge, UK and New York, NY, USA, pp. 442.

IPCC (2007). *Climate Change 2007: Mitigation of Climate Change. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]*. Cambridge University Press, Cambridge, UK, 851 pp. ISBN: 9780521880114.

IPCC (2008). *Climate Change and Water* Technical Paper of the Intergovernmental Panel on Climate Change [Bates B.C., Z.W. Kundewicz, S. Wu, and J.P. Palutikof (eds.)]. IPCC Secretariat, Geneva, Switzerland, 210 pp.

IPCC (2011a). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

IPCC (2011b). Summary for Policymakers. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPIECA, and API (2007). *Oil and Natural Gas Industry Guidelines for Greenhouse Gas Reduction Projects. Part II: Carbon Capture and Geological Storage Emissions Reduction Family*. International Petroleum Industry Environmental Conservation Association and American Petroleum Institute, Washington, DC.

IPIECA, and API (2009). *Oil and Natural Gas Industry Guidelines for Greenhouse Gas Reduction Projects. Part III: Flare Reduction Project Family*. International Petroleum Industry Environmental Conservation Association and American Petroleum Institute, Washington, DC.

7

IRENA (2012a). *Financial Mechanisms and Investment Frameworks for Renewables in Developing Countries*. International Renewable Energy Agency, Abu Dhabi. Available at: http://www.irena.org/DocumentDownloads/Publications/IRENA%20report%20-%20Financial%20Mechanisms%20for%20Developing%20Countries.pdf.

IRENA (2012b). *IRENA Handbook on Renewable Energy Nationally Appropriate Mitigation Actions (NAMAs) for Policy Makers and Project Developers*. International Renewable Energy Agency, Abu Dhabi. Available at: http://www.irena.org/DocumentDownloads/Publications/Handbook_RE_NAMAs.pdf.

IRENA (2012c). Renewable Energy Jobs & Access. International Renewable Energy Agency. Available at: http://www.irena.org/DocumentDownloads/Publications/Renewable_Energy_Jobs_and_Access.pdf.

IRENA (2012d). *Capacity Building Strategic Framework for IRENA (2012- 2015)*. International Renewable Energy Agency, Abu Dhabi.

IRENA (2013). *Renewable Power Generation Costs in 2012: An Overview*. International Renewable Energy Agency, Abu Dhabi. Available at: https://www.irena.org/DocumentDownloads/Publications/Overview_Renewable%20Power%20Generation%20Costs%20in%202012.pdf.

Isaac M., and D. van Vuuren (2009). Modeling global residential sector energy demand for heating and air conditioning in the context of climate change. *Energy Policy* 37, 507–521.

Ito K., S. De Leon, and M. Lippmann (2005). Associations between ozone and daily mortality: analysis and meta-analysis. *Epidemiology* 16, 446–457.

Jaccard M., and N. Rivers (2007). Heterogeneous capital stocks and the optimal timing for $CO_2$ abatement. *Resource and Energy Economics* 29, 1–16. doi: 10.1016/j.reseneeco.2006.03.002, ISSN: 09287655.

Jackson R.B., A. Vengosh, T.H. Darrah, N.R. Warner, A. Down, R.J. Poreda, S.G. Osborn, K. Zhao, and J.D. Karr (2013). Increased stray gas abundance in a subset of drinking water wells near Marcellus shale gas extraction. *Proceedings of the National Academy of Sciences of the United States of America* 110, 11250–11255. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84879916912&partnerID=40&md5=a5154dc6ba25d9463acf06c3f9b65c9b.

Jacobsen H.K., and S.T. Schröder (2012). Curtailment of renewable generation: Economic optimality and incentives. *Energy Policy* 49, 663–675.

Jacobson M.Z., and C.L. Archer (2012). Saturation wind power potential and its implications for wind energy. *Proceedings of the National Academy of Sciences* 109, 15679–15684. doi: 10.1073/pnas.1208993109, ISSN: 0027-8424, 1091–6490.

Jacobson M.Z., and M.A. Delucchi (2011). Providing all global energy with wind, water, and solar power, Part I: Technologies, energy resources, quantities and areas of infrastructure, and materials. *Energy Policy* 39, 1154–1169. doi: 16/j.enpol.2010.11.040, ISSN: 0301-4215.

Jagger N., T. Foxon, and A. Gouldson (2013). Skills constraints and the low carbon transition. *Climate Policy* 13. doi: 10.1080/14693062.2012.709079.

Jain G. (2010). Energy security issues at household level in India. *Energy Policy* 38, 2835–2845.

Jain A.A., R.R. Koford, A.W. Hancock, and G.G. Zenner (2011). Bat mortality and activity at a Northern Iowa wind resource area. *American Midland Naturalist* 165, 185–200.

Jakob M., and J.C. Steckel (2013). Why mitigation could harm developing countries. *WIREs Climate Change*.

Jaramillo P., W.M. Griffin, and H.S. Matthews (2007). Comparative Life-Cycle Air Emissions of Coal, Domestic Natural Gas, LNG, and SNG for Electricity Generation. *Environmental Science and Technology* 42.

Jernelöv A. (2010). The threats from oil spills: Now, then, and in the future. *Ambio* 39, 353–266.

Jerrett M., R.T. Burnett, C.A. Pope, K. Ito, G. Thurston, D. Krewski, Y. Shi, E. Calle, and M. Thun (2009). Long-Term Ozone Exposure and Mortality. *New England Journal of Medicine* 360, 1085–1095. doi: 10.1056/NEJMoa0803894, ISSN: 0028-4793.

Jewell J. (2011a). Ready for Nuclear Energy? an Assessment of Capacities and Motivations for Launching New National Nuclear Power Programs. *Energy Policy* 39, 1041–1055. doi: 10.1016/j.enpol.2010.10.041.

Jewell J. (2011b). *The IEA Model of Short-Term Energy Security (MOSES)*. OECD/IEA, Paris, France.

Jewell J., A. Cherp, and K. Riahi (2014). Energy security under de-carbonization scenarios: An assessment framework and evaluation under different technology and policy choices. *Energy Policy* 65, 743–760.

Ji M., D.S. Cohan, and M.L. Bell (2011). Meta-analysis of the association between short-term exposure to ambient ozone and respiratory hospital admissions. *Environmental Research Letters* 6, 21779304.

Johnson M.R., and A.R. Coderre (2011). An analysis of flaring and venting activity in the Alberta upstream oil and gas industry. *Journal of the Air and Waste Management Association* 61, 190–200. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79952923425&partnerID=40&md5=15740cb2aa7c50701a34c94363c7bb42.

Johnson T.L., and D.W. Keith (2004). Fossil Electricity and $CO_2$ Sequestration: How Natural Gas Prices, Initial Conditions and Retrofits Determine the Cost of Controlling $CO_2$ Emissions. *Energy Policy* 32, 367–382.

Johnson N., and J. Ogden (2011). Detailed spatial modeling of carbon capture and storage (CCS) infrastructure deployment in the southwestern United States. *Energy Procedia* 4, 2693–2699. doi: 10.1016/j.egypro.2011.02.170, ISSN: 1876-6102.

Jordaan S.M. (2012). Land and water impacts of oil sands production in Alberta. *Environmental Science and Technology* 46, 3611–3617. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84859363548&partnerID=40&md5=e1afa2d7969972e3d1b0da443abac80f.

Jordaan S.M., D.W. Keith, and B. Stelfox (2009). Quantifying land use of oil sands production: a life cycle perspective. *Environmental Research Letters* 4, 024004.

Jordan P., and S. Benson (2009). Well blowout rates and consequences in California Oil and Gas District 4 from 1991 to 2005: implications for geological storage of carbon dioxide. *Environmental Geology* 57, 1103–1123. doi: 10.1007/s00254-008-1403-0, ISSN: 0943-0105.

Joskow P.L. (2011). Comparing the Costs of Intermittent and Dispatchable Electricity Generating Technologies. *American Economic Review: Papers & Proceedings* 100, 238–241.

Joskow P., and E. Parsons (2012). The Future of Nuclear Power After Fukushima. *Economics of Energy & Environmental Policy* 1, 99–113.

Joung M., and J. Kim (2013). Assessing demand response and smart metering impacts on long-term electricity market prices and system reliability. *Applied Energy* 101, 441–448.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

Juanes R., B.H. Hager, and H.J. Herzog (2012). No geologic evidence that seismicity causes fault leakage that would render large-scale carbon capture and storage unsuccessful. *Proceedings of the National Academy of Sciences* **109**. doi: 1073/pnas.1215026109.

Juanes R., C. MacMinn, and M. Szulczewski (2010). The Footprint of the $CO_2$ Plume during Carbon Dioxide Storage in Saline Aquifers: Storage Efficiency for Capillary Trapping at the Basin Scale. *Transport in Porous Media* **82**, 19–30. doi: 10.1007/s11242-009-9420-3, ISSN: 0169-3913.

Junginger M., A. Faaij, and R. Turkenburg (2005). Globale xperience curves for wind farms. *Energy Policy* **33**, 133–150.

Junginger M., W. van Sark, and A. Faaij (Eds.) (2010). *Technological Learning in the Energy Sector—Lessons for Policy, Industry and Science*. Edward Elgar, Cheltenham, UK.

Kaatsch P., C. Spix, R. Schulze-Rath, S. Schmiedel, and M. Blettner (2008). Leukaemia in young children living in the vicinity of German nuclear power plants. *International Journal of Cancer* **122**, 721–726. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-38349023141&partnerID=40&md5=04cff46a59fa295b31a181027e55f7db.

Kahrl F., J. Williams, D. Jianhua, and H. Junfeng (2011). Challenges to China's transition to a low carbon electricity system. *Energy Policy* **39**, 4032–4041.

Kainuma M., K. Miwa, T. Ehara, O. Akashi, and Y. Asayama (2013). A low carbon society: global visions, pathways, and challenges. *Climate Policy* **13**, 5–21. doi: http://dx.doi.org/10.1080/14693062.2012.738016.

Kaiser M.J., Y. Yu, and C.J.J. Jablonowski (2009). Modeling lost production from destroyed platforms in the 2004–2005 Gulf of Mexico hurricane seasons. *Energy* **34**, 1156–1171.

Kalkuhl M., and O. Edenhofer (2013). Managing the climate rent: How can regulators implement intertemporally efficient mitigation policies? *Natural Resource Modelling* Early View. doi: dx.doi.org/10.1111/nrm.12018.

Kalkuhl M., O. Edenhofer, and K. Lessman (2013). Renewable Energy Subsidies: Second-best Policy or Fatal Aberration for Mitigation? *Resource and Energy Economics* **35**, 217–234. doi: dx.doi.org/10.1016/j.reseneeco.2013.01.002.

Kalkuhl M., O. Edenhofer, and K. Lessmann (2012). Learning or Lock-in: Optimal Technology Policies to Support Mitigation. *Resource and Energy Economics* **34**, 1–23. doi: dx.doi.org/10.1016/j.reseneeco.2011.08.001.

Kanagawa M., and T. Nakata (2008). Assessment of Access to Electricity and the Socio-Economic Impacts in Rural Areas of Developing Countries. *Energy Policy* **36**, 2016–2029. doi: 10.1016/j.enpol.2008.01.041.

Kanakasabapathy P. (2013). Economic impact of pumped storage power plant on social welfare of electricity market. *International Journal of Electric Power & Energy Systems* **45**, 187–193.

Karacan C.Ö., F.A. Ruiz, M. Cotè, and S. Phipps (2011). Coal mine methane: A review of capture and utilization practices with benefits to mining safety and to greenhouse gas reduction. *International Journal of Coal Geology* **86**, 121–156. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79954570672&partnerID=40&md5=c0284b08d84df709d09a301b303458d1.

Karakurt I., G. Aydin, and K. Aydiner (2011). Mine ventilation air methane as a sustainable energy source. *Renewable and Sustainable Energy Reviews* **15**, 1042–1049. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-78649965532&partnerID=40&md5=ce8c461e22c6740d2b968a9c6e720126.

Kargbo D.M., R.G. Wilhelm, and D.J. Campbell (2010). Natural gas plays in the Marcellus Shale: challenges and potential opportunities. *Environmental Science & Technology* **44**, 5679–5684.

Karl T., J. Melillo, and T. Peterson (Eds.) (2009). *Global Climate Change Impacts in the United States*. Cambridge University Press, Cambridge, UK, 188 pp.

Keane A., M. Milligan, C.J. Dent, B. Hasche, C. D'Annunzio, K. Dragoon, H. Holttinen, N. Samaan, L. Soder, and M. O'Malley (2011). Capacity Value of Wind Power. *IEEE Transactions on Power Systems* **26**, 564–572. doi: 10.1109/TPWRS.2010.2062543, ISSN: 0885-8950.

Keats K., and K. Neuhoff (2005). Allocation of carbon emissions certificates in the power sector: How generators profit from grandfathered rights. *Climate Policy* **5**, 61–78.

Kelly K.A., M.C. McManus, and G.P. Hammond (2012). An energy and carbon life cycle assessment of tidal power case study: The proposed Cardiff-Weston severn barrage scheme. *Energy* **44**, 692–701. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84864373242&partnerID=40&md5=87f550eefe7f8c19c75440d5fec8d54b.

Kemenes A., B.R. Forsberg, and J.M. Melack (2007). Methane release below a tropical hydroelectric dam. *Geophysical Research Letters* **34**, L12809. doi: 10.1029/2007GL029479.

Kemenes A., B.R. Forsberg, and J.M. Melack (2011). $CO_2$ emissions from a tropical hydroelectric reservoir (Balbina, Brazil). *Journal of Geophysical Research* **116**. doi: 10.1029/2010JG001465.

Kenley C.R., R.D. Klingler, C.M. Plowman, R. Soto, R.J. Turk, and R.L. Baker (2009). Job creation due to nuclear power resurgence in the United States. *Energy Policy* **37**, 4894–4900.

Keppler J.H., and M. Cruciani (2010). Rents in the European power sector due to carbon trading. *Energy Policy* **38**, 4280–4290.

Kesicki F., and P. Ekins (2011). Marginal abatement cost curves: a call for caution. *Climate Policy*, 1–18. doi: 10.1080/14693062.2011.582347, ISSN: 1469-3062.

Kessides I. (2012). The future of the nuclear industry reconsidered: Risks, uncertainties, and continued promise. *Energy Policy* **48**, 185–208. doi: http://dx.doi.org/10.1016/j.enpol.2012.05.008.

Kettner C., A. Köppl, S. Schleicher, and G. Thenius (2008). Stringency and distribution in the EU Emissions Trading Scheme: First Evidence. *Climate Policy* **8**, 41–61.

Ketzer J.M., R. Iglesias, and S. Einloft (2011). Reducing greenhouse gas emissions with $CO_2$ capture and geological storage. In: *Handbook of Climate Change Mitigation*. C.Wei-Yin, J. Seiner, T. Suzuki, M. Lackner, (eds.).

Khennas S. (2012). Understanding the Political Economy and Key drivers of Energy Access in Addressing National Energy access Priorities and Policies: African Perspective. *Energy Policy* **47**, 21–26.

Kheshgi H., S.J. Smith, and J. Edmonds (2005). Emissions and Atmospheric $CO_2$ Stabilization: Long-term Limits and Paths," Mitigation and Adaptation Strategies for Global Change. *Climate Change and Environmental Policy* **10**, 213–220.

Kim H.-G. (2009). *The Design Characteristics of Advanced Power Reactor 1400*. International Atomic Energy Agency, Vienna, Austria.

**7**

Kim H.C., V. Fthenakis, J.-K. Choi, and D.E. Turney (2012). Life Cycle Greenhouse Gas Emissions of Thin-film Photovoltaic Electricity Generation. *Journal of Industrial Ecology* 16, S110–S111. doi: 10.1111/j.1530-9290.2011.00423.x, ISSN: 1530-9290.

Kim Y., M. Kim, and W. Kim (2013). Effect of the Fukushima nuclear disaster on global public acceptance of nuclear energy. *Energy Policy* 61, 822–828.

Kleijn R., and E. van der Voet (2010). Resource constraints in a hydrogen economy based on renewable energy sources: An exploration. *Renewable and Sustainable Energy Reviews* 14, 2784–2795.

Kleijn R., E. van der Voet, G.J. Kramer, L. van Oers, and C. van der Giesen (2011). Metal requirements of low-carbon power generation. *Energy* 36, 5640–5648. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80052101512&partnerID=40&md5=bdafd633a6bf530fc0e3826269e6c7bc.

Klessmann C., M. Rathmann, D. de Jager, A. Gazzo, G. Resch, S. Busch, and M. Ragwitz (2013). Policy options for reducing the costs of reaching the European renewables target. *Renewable Energy* 57, 390–403.

Knapp S.R. (1969). Pumped storage: the handmaiden of nuclear power. *IEEE Spectrum* 6, 46–52.

Koerblein A., and I. Fairlie (2012). French geocap study confirms increased leukemia risks in young children near nuclear power plants. *International Journal of Cancer* 131, 2970–2971. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84867870370&partnerID=40&md5=a725f442c15d4bc59da2203f3b029cea.

Kontovas C.A., H.N. Psaraftis, and N.P. Ventikos (2010). An empirical analysis of IOPCF oil spill cost data. *Marine Pollution Bulletin* 60, 1455–1466.

Koornneef J., T. van Keulen, A. Faaij, and W. Turkenburg (2008). Life cycle assessment of a pulverized coal power plant with post-combustion capture, transport and storage of $CO_2$. *International Journal of Greenhouse Gas Control* 2, 448–467.

Koornneef J., A. Ramirez, Turkenburg W., and A. Faaij (2011). The environmental impact and risk assessment of $CO_2$ capture, transport and storage.An evaluation of the knowledge base. *Progress in Energy and Combustion Science*. doi: 10.1016/j.pecs.2011.05.002.

Koornneef J., M. Spruijt, M. Molag, A. Ramirez, W. Turkenburg, and A. Faaij (2010). Quantitative risk assessment of $CO_2$ transport by pipelines; a review of uncertainties and their impacts. *Journal of Hazardous Materials* 177, 12–27. doi: 10.1016/j.jhazmat.2009.11.068, ISSN: 0304-3894.

Kopp A., H. Class, and R. Helmig (2009). Investigations on $CO_2$ storage capacity in saline aquifers,ÄìPart 2: Estimation of storage capacity coefficients. *International Journal of Greenhouse Gas Control* 3, 277–287. doi: 10.1016/j.ijggc.2008.10.001, ISSN: 1750-5836.

Kopytko N., and J. Perkins (2011). Climate change, nuclear power, and the adaptation-mitigation dilemma. *Energy Policy* 39, 318–333. doi: 10.1016/j.enpol.2010.09.046, ISSN: 0301-4215.

Korre A., Z. Nie, and S. Durucan (2010). Life cycle modelling of fossil fuel power generation with post-combustion $CO_2$ capture. *International Journal of Greenhouse Gas Control* 4, 289–300. doi: 10.1016/j.ijggc.2009.08.005, ISSN: 1750-5836.

Krevor S.C.M., R. Pini, L. Zuo, and S.M. Benson (2012). Relative permeability and trapping of $CO_2$ and water in sandstone rocks at reservoir conditions. *Water Resources* 48. doi: 10.1029/2011WR010859.

Krey V., and K. Riahi (2009). Implications of delayed participation and technology failure for the feasibility, costs, and likelihood of staying below temperature targets-greenhouse gas mitigation scenarios for the 21st century. *Energy Economics* 31, 94–106. doi: 10.1016/j.eneco.2009.10.013, ISSN: 0140-9883.

Kriegler E., M. Tavoni, T. Aboumahboub, G. Luderer, K. Calvin, G. DeMaere, V. Krey, K. Riahi, H. Rosler, M. Schaeffer, and D. Van Vuuren (2013). Can we still meet 2°C with global climate action? The LIMITS study on implications of Durban Action Platform scenarios. *Climate Change Economics*.

Kruyt B., D.P. van Vuuren, H.J.M. de Vries, and H. Groenenberg (2009). Indicators for energy security. *Energy Policy* 37, 2166–2181.

Kudryavtsev V., N. Spooner, J. Gluyas, C. Fung, and M. Coleman (2012). Monitoring subsurface $CO_2$ emplacement and security of storage using muon tomography. *International Journal of Greenhouse Gas Control* 11, 21–24. Available at: http://www.sciencedirect.com/science/article/pii/S1750583612001806.

Kuik O.J., M. Bastos-Lima, and J. Gupta (2011). Energy Security in a Developing World. *Climate Change* 2, 627–634. doi: 10.1002/wcc.118.

Kumar A., T. Schei, A. Ahenkorah, R. Caceras Rodriguez, J.-M. Devernay, M. Freitas, and D. Hall (2011). Hydropower. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

Kunz M.J., A. Wüest, B. Wehrli, J. Landert, and D.B. Senn (2011). Impact of a large tropical reservoir on riverine transport of sediment, carbon, and nutrients to downstream wetlands. *Water Resources Research* 47. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84855396744&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a57.

Laleman R., J. Albrecht, and J. Dewulf (2011). Life Cycle Analysis to estimate the environmental impact of residential photovoltaic systems in regions with a low solar irradiation. *Renewable and Sustainable Energy Reviews* 15, 267–281. doi: 10.1016/j.rser.2010.09.025, ISSN: 13640321.

Lambrou Y., and G. Piana (2006). *Gender: The Missing Component of the Response to Climate Change*. Food and Agriculture Organization of the United Nations. Available at: http://www.fao.org/sd/dim_pe1/docs/pe1_051001d1_en.pdf.

Lamont A. (2008). Assessing the Long-term System Value of Intermittent Electric Generation Technologies. *Energy Economics* 30, 1208–1231. doi: 10.1016/j.eneco.2007.02.007.

De Lary L., A. Loschetter, O. Bouc, J. Rohmer, and C.M. Oldenburg (2012). Assessing health impacts of $CO_2$ leakage from a geological storage site into buildings: Role of attenuation in the unsaturated zone and building foundation. *International Journal of Greenhouse Gas Control* 9, 322–333.

Laurier D., S. Jacob, M.O. Bernier, K. Leuraud, C. Metz, E. Samson, and P. Laloi (2008). Epidemiological studies of leukaemia in children and young adults around nuclear facilities: a critical review. *Radiation Protection Dosimetry* 132, 182–190. doi: 10.1093/rpd/ncn262.

Laurier D., S. Jacob, and P. Laloi (2010). Review of epidemiology studies of childhood leukaemia near nuclear facilities: Answer to the commentary from fairlie and Korblein. *Radiation Protection Dosimetry* 138, 195–197. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-77950321286&partnerID=40&md5=80ade34822121fe503a9270958d8de6b.

Lechtenböhmer S., and C. Dienst (2010). Future development of the upstream greenhouse gas emissions from natural gas industry, focussing on Russian gas fields and export pipelines. *Journal of Integrative Environmental Sciences* 7, 39–48.

Lehr U., C. Lutz, and D. Edler (2012). Green jobs? Economic impacts of renewable energy in Germany. *Energy Policy* 47, 358–364.

Lester S., and K. Neuhoff (2009). Understanding the roles of policy targets in national and international governance. *Climate Policy* 9, 464–480.

Levi M.A. (2012). Comment on "hydrocarbon emissions characterization in the Colorado Front Range: A pilot study" by Gabrielle Pétron et al. *Journal of Geophysical Research D: Atmospheres* 117. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84868676788&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a66.

Levi M. (2013). Climate changes of natural gas as a bridge fuel. *Climate Change* 118, 609–623.

Lewis W.B. (1972). Energy in the Future: the Role of Nuclear Fission and Fusion. *Proceedings of the Royal Society of Edinburgh. Section A: Mathematical and Physical Sciences* 70, 219–223.

Lewis, S. Estefen, J. Huckerby, W. Musial, T. Pontes, and J. Torres-Martinez (2011). Ocean Energy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Inter-governmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Lim S.S., T. Vos, A.D. Flaxman, G. Danaei, K. Shibuya, H. Adair-Rohani, M. Amann, H.R. Anderson, K.G. Andrews, M. Aryee, C. Atkinson, L.J. Bacchus, A.N. Bahalim, K. Balakrishnan, J. Balmes, S. Barker-Collo, A. Baxter, M.L. Bell, J.D. Blore, F. Blyth, C. Bonner, G. Borges, R. Bourne, M. Boussinesq, M. Brauer, P. Brooks, N.G. Bruce, B. Brunekreef, C. Bryan-Hancock, C. Bucello, R. Buchbinder, F. Bull, R.T. Burnett, T.E. Byers, B. Calabria, J. Carapetis, E. Carnahan, Z. Chafe, F. Charlson, H. Chen, J.S. Chen, A.T.-A. Cheng, J.C. Child, A. Cohen, K.E. Colson, B.C. Cowie, S. Darby, S. Darling, A. Davis, L. Degenhardt, F. Dentener, D.C. Des Jarlais, K. Devries, M. Dherani, E.L. Ding, E.R. Dorsey, T. Driscoll, K. Edmond, S.E. Ali, R.E. Engell, P.J. Erwin, S. Fahimi, G. Falder, F. Farzadfar, A. Ferrari, M.M. Finucane, S. Flaxman, F.G.R. Fowkes, G. Freedman, M.K. Freeman, E. Gakidou, S. Ghosh, E. Giovannucci, G. Gmel, K. Graham, R. Grainger, B. Grant, D. Gunnell, H.R. Gutierrez, W. Hall, H.W. Hoek, A. Hogan, H.D. Hosgood, D. Hoy, H. Hu, B.J. Hubbell, S.J. Hutchings, S.E. Ibeanusi, G.J. Jacklyn, R. Jasrasaria, J.B. Jonas, H. Kan, J.A. Kanis, N. Kassebaum, N. Kawakami, Y.-H. Khang, S. Khatibzadeh, J.-P. Khoo, C. Kok, and F. Laden (2012). A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990–2010: a systematic analysis for the Global Burden of Disease Study 2010. *The Lancet* 380, 2224–2260. ISSN: 0140-6736.

Lin C.-C., and Y.-W. Chen (2011). Performance of a cross-flow rotating packed bed in removing carbon dioxide from gaseous streams by chemical absorption. *International Journal of Greenhouse Gas Control* 5, 668–675. doi: 10.1016/j.ijggc.2011.02.002, ISSN: 1750-5836.

Lin B., and X. Li (2011). The effect of carbon tax on per capita $CO_2$ emissions. *Energy Policy* 39, 5137–5146.

Linares P., and A. Conchado (2013). The economics of new nuclear power plants in liberalized electricity markets. *Energy Economics* 40, 119–125.

Lohwasser R., and R. Madlener (2011). Economics of CCS for Coal Plants: Impact of Investment Costs and Efficiency on Market Diffusion in Europe. *Energy Economics* 34, 850–863.

Loisel R., A. Mercier, C. Gatzen, N. Elms, and H. Petric (2010). Valuation framework for large scale electricity storage in case with wind curtailment. *Energy Policy* 38, 7323–7337.

Lovich J.E., and J.R. Ennen (2013). Assessing the state of knowledge of utility-scale wind energy development and operation on non-volant terrestrial and marine wildlife. *Applied Energy* 103, 52–60. doi: 10.1016/j.apenergy.2012.10.001, ISSN: 0306-2619.

De Lucas M., M. Ferrer, M.J. Bechard, and A.R. Muñoz (2012). Griffon vulture mortality at wind farms in southern Spain: Distribution of fatalities and active mitigation measures. *Biological Conservation* 147, 184–189.

De Lucena A.F.P., A.S. Szklo, and R. Schaeffer (2009). Renewable energy in an unpredictable and changing climate. *Energy Review* 1, 22–25.

Luckow P., M.A. Wise, J.J. Dooley, and S.H. Kim (2010). Large-scale utilization of biomass energy and carbon dioxide capture and storage in the transport and electricity sectors under stringent $CO_2$ concentration limit scenarios. *International Journal of Greenhouse Gas Control* 4, 865–877. doi: 10.1016/j.ijggc.2010.06.002, ISSN: 1750-5836.

Luderer G., C. Bertram, K. Calvin, E. De Cian, and E. Kriegler (2013). Implications of weak near-term climate policies on long-term mitigation pathways. *Climate Change*.

Luderer G., R. Pietzcker, K. Kriegler, M. Haller, and N. Bauer (2012). Asia's role in mitigating climate change: A technology and sector specific analysis with ReMIND-R. *Energy Economics* 34, 378–390.

Ludig S., M. Haller, and N. Bauer (2011). Tackling long-term climate change together: The case of flexible CCS and fluctuating renewable energy. *Energy Procedia* 4, 2580–2587.

Lund H., and A.N. Andersen (2005). Optimal designs of small CHP plants in a market with fluctuating electricity prices. *Energy Conversion and Management* 46, 893–904. doi: 10.1016/j.enconman.2004.06.007, ISSN: 0196-8904.

Madaeni S.H., R. Sioshansi, and P. Denholm (2011). How Thermal Energy Storage Enhances the Economic Viability of Concentrating Solar Power. *Proceedings of the IEEE* pp, 1–13. doi: 10.1109/JPROC.2011.2144950, ISSN: 0018-9219.

Maeck A., T. DelSontro, D.F. McGinnis, H. Fischer, S. Flury, M. Schmidt, P. Fietzek, and A. Lorke (2013). Sediment Trapping by Dams Creates Methane Emission Hot Spots. *Environmental Science & Technology*. doi: 10.1021/es4003907, ISSN: 0013-936X.

Magnani N., and A. Vaona (2013). Regional spill-over effects of renewable energy generation in Italy. *Energy Policy* 56, 663–671.

Mahboob S. (2013). Environmental pollution of heavy metals as a cause of oxidative stress in fish: A review. *Life Science Journal* 10, 336–347. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84885096944&partnerID=40&md5=415db58a08f81e835361c22b1a18324b.

Malone E.L., J.J. Dooley, and J.A. Bradbury (2010). Moving from misinformation derived from public attitude surveys on carbon dioxide capture and storage towards realistic stakeholder involvement. *International Journal of Greenhouse Gas Control* 4, 419–425. doi: 10.1016/j.ijggc.2009.09.004, ISSN: 1750-5836.

7

Markusson N., S. Shackley, and B. Evar (2012). *The Social Dynamics of Carbon Capture and Storage Understanding CCS Representations, Governance and Innovation.* Taylor & Francis, Hoboken, ISBN: 9780203118726 0203118723.

Marra J., and R. Palmer (2011). Radioactive Waste Management. In: *Waste—A Handbook for Management.* T. Letcher, D. Vallero, (eds.). Elsevier, Amsterdam, pp. 101–108.

Mason I.G., S.C. Page, and A.G. Williamson (2010). A 100 % renewable electricity generation system for New Zealand utilising hydro, wind, geothermal and biomass resources. *Energy Policy* 38, 3973–3984. doi: 10.1016/j.enpol.2010.03.022, ISSN: 0301-4215.

Mason J.E., and K. Zweibel (2007). Baseline model of a centralized pv electrolytic hydrogen system. *International Journal of Hydrogen Energy* 32, 2743–2763. doi: 10.1016/j.ijhydene.2006.12.019, ISSN: 0360-3199.

Mathieson A., J. Midgley, K. Dodds, I. Wright, P. Ringrose, and N. Saoul (2010). $CO_2$ sequestration monitoring and verification technologies applied at Krechba, Algeria. *The Leading Edge* 29, 216–222. doi: 10.1190/1.3304827.

Matteo E.N., and G.W. Scherer (2012). Experimental study of the diffusion-controlled acid degradation of Class H Portland cement. *International Journal of Greenhouse Gas Control.* doi: 10.1016/j.ijggc.2011.07.012, ISSN: 1750-5836.

Maugeri L. (2012). *"Oil: The Next Revolution" The Unprecedented Upsurge of Oil Production Capacity and What It Means for the World.* Harvard University, Belfer Center for Science and International Affairs, 86 pp. Available at: http://belfercenter.ksg.harvard.edu/files/Oil-%20The%20Next%20Revolution.pdf.

Mazzoldi A., T. Hill, and J.J. Colls (2011). Assessing the risk for $CO_2$ transportation within CCS projects, CFD modelling. *International Journal of Greenhouse Gas Control* 5, 816–825. doi: 10.1016/j.ijggc.2011.01.001, ISSN: 1750-5836.

Mazzoldi A., A.P. Rinaldi, A. Borgia, and J. Rutqvist (2012). Induced seismicity within geological carbon sequestration projects: Maximum earthquake magnitude and leakage potential from undetected faults. *International Journal of Greenhouse Gas Control* 10, 434–442.

McCollum D.L., V. Krey, K. Riahi, P. Kolp, A. Grubler, M. Makowski, and N. Nakicenovic (2013a). Climate policies can help resolve energy security and air pollution challenges. *Climate Change* 119, 479–494.

McCollum D., Y. Nagai, K. Riahi, G. Marangoni, K. Calvin, R. Pietzcker, J. Van Vliet, and B. Van der Zwaan (2014). Energy investments under climate policy: a comparison of global models. *Accepted for Publication in Climate Change Economics.*

McCollum D.L., Y. Nagai, K. Riahi, G. Marangoni, K. Calvin, R. Pietzscker, J. van Vliet, and B. van der Zwaan (2013b). Energy investments under climate policy: a comparison of global models. *Climate Change Economics.*

McCoy S.T., and E.S. Rubin (2008). An engineering-economic model of pipeline transport of $CO_2$ with application to carbon capture and storage. *International Journal of Greenhouse Gas Control* 2, 219–229. doi: 10.1016/s1750-5836(07)00119-3, ISSN: 1750-5836.

McDonald-Wilmsen B., and M. Webber (2010). Dams and displacement: raising the standards and broadening the research agenda. *Water Altern.* 3, 142–161.

McMillen S., N. Prakash, A. DeJonge, and D. Shannon (2011). *The Economic Impact of Nuclear Power Generation in Connecticut.* Connecticut Academy of Science and Engineering, Rocky Hill, CT.

Meibom P., J. Kiviluoma, R. Barth, H. Brand, C. Weber, and Larsen H.V. (2007). Value of electric heat boilers and heat pumps for wind power integration. *Wind Energy* 10, 321–337. doi: 10.1002/we.224.

Meinshausen M., N. Meinshausen, W. Hare, S.C. Raper, K. Frieler, R. Knutti, D.J. Frame, and M.R. Allen (2009). Greenhouse-Gas Emission Targets for Limiting Global Warming to 2 °C. *Nature* 458, 1158–62.

Mekonnen M.M., and A.Y. Hoekstra (2012). The blue water footprint of electricity from hydropower. *Hydrology and Earth System Sciences* 16, 179–187. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84874198727&partnerID=40&md5=555bc09e521a427c29c816b94a26a825.

Meldrum J., S. Nettles-Anderson, G. Heath, and J. Macknick (2013). Life cycle water use for electricity generation: A review and harmonization of literature estimates. *Environmental Research Letters* 8. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84876172832&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a74.

Méndez Quezada V., J. Rivier Abbad, and T. Gómez San Román (2006). Assessment of energy distribution losses for increasing penetration of distributed generation. *IEEE Transactions on Power Systems* 21, 533–540. Available at: http://www.ecs.csun.edu/~bruno/IEEEpapers/01626356.pdf.

Mendez V.H., J. Rivier, J.I. de la Fuente, T. Gomez, J. Arceluz, J. Marin, and A. Madurga (2006). Impact of distributed generation on distribution investment deferral. *International Journal of Electrical Power & Energy Systems* 28, 244–252. doi: 10.1016/j.ijepes.2005.11.016, ISSN: 0142-0615.

Meshakti N. (2007). The safety and reliability of complex energy processing systems. *Energy Sources Part B—Economics Planning and Policy* 2, 141–154.

Meyer J. (2007). *Summary of Carbon Dioxide Enhanced Oil Recovery ($CO_2$-EOR) Injection Well Technology.* American Petroleum Institute, Washington, DC. Available at: http://www.api.org/environment-health-and-safety/environmental-performance/~/media/d68de1954b8e4905a961572b3d7a967a.ashx.

Michaelowa A., M. Krey, and S. Butzengeiger (2006). Clean Development Mechanism and Joint Implementation: New Instruments for Financing Renewable Energy Technologies. In: *Renewable energy.* D. Assmann, U. Laumanns, D. Uh, (eds.), Earthscan, London, pp. 196–216.

Mideksa T.K., and S. Kallbekken (2010). The impact of climate change on the electricity market: a review. *Energy Policy* 38, 3579–3585.

Miller E., L.M. Bell, and L. Buys (2007). Public understanding of carbon sequestration in Australia: Socio-demographic predictors of knowledge, engagement and trust. *International Journal of Emerging Technologies and Society* 5, 15–33.

Mills A., A. Phadke, and R. Wiser (2011). Exploration of resource and transmission expansion decisions in the Western Renewable Energy Zone initiative. *Energy Policy* 39, 1732–1745. doi: 10.1016/j.enpol.2011.01.002, ISSN: 0301-4215.

MIT (2011). *The Future of Natural Gas.* Massachusetts Institute of Technology, Cambridge, MA, USA.

MIT (2013). *CCS Project Database.* Massachusetts Institute of Technology, Cambridge, MA, USA.

Mitchell C., J. Sawin, G.R. Pokharel, D.M. Kammen, Z. Wang, S. Fifita, M. Jaccard, O. Langniss, H. Lucas, A. Nadai, R. Trujillo Blanco, E. Usher, A. Verbruggen, R. Wüstenhagen, and K. Yamaguchi (2011). Policy, Financing and Implementation. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Møller A., F. Barnier, and T. Mousseau (2012). Ecosystems effects 25 years after Chernobyl: pollinators, fruit set and recruitment. *Oecologia* **170**, 1155–1165. doi: 10.1007/s00442-012-2374-0, ISSN: 0029-8549.

Møller A.P., A. Bonisoli-Alquati, G. Rudolfsen, and T.A. Mousseau (2011). Chernobyl birds have smaller brains. *Plos One* **6**. Available at: http://www.scopus.com/inward/display.url?eid=2-s2.0-79951663714&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a82.

Møller A.P., and T.A. Mousseau (2011). Conservation consequences of Chernobyl and other nuclear accidents. *Biological Conservation* **144**, 2787–2798.

Moomaw W., P. Burgherr, G. Heath, M. Lenzen, J. Nyboer, and A. Verbruggen (2011a). Annex II: Methodology. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Moomaw W., F. Yamba, M. Kamimoto, L. Maurice, J. Nyboer, K. Urama, and T. Weir (2011b). Introduction: Renewable Energy and Climate Change. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Moore T.A. (2012). Coalbed methane: A review. *International Journal of Coal Geology* **101**, 36–81. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84865049192&partnerID=40&md5=ebf4c6be74a60be8c40e773fa6fe62dc.

Moore D., J. Dore, and D. Gyawali (2010). The World Commission on Dams + 10: Revisiting the large dam controversy. *Water Alternatives* **3**, 3–13.

Moreno R., L. Sovacool, C. Diez, F. Sadaka, and C. Sanpera (2013). Ten Years after the Prestige Oil Spill: Seabird Trophic Ecology as Indicator of Long-Term Effects on the Coastal Marine Ecosystem. *Plos One* **8**. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84885110890&partnerID=40&md5=1c7f16a3f0860cc598ef580cdc4ae34e.

Moriarty P., and D. Honnery (2007). Intermittent renewable energy: The only future source of hydrogen? *International Journal of Hydrogen Energy* **32**, 1616–1624. doi: 10.1016/j.ijhydene.2006.12.008, ISSN: 0360-3199.

Moriarty P., and D. Honnery (2012). What is the global potential for renewable energy? *Renewable and Sustainable Energy Reviews* **16**, 244–252. doi: 10.1016/j.rser.2011.07.151, ISSN: 1364-0321.

Morris J.P., R.L. Detwiler, S.J. Friedmann, O.Y. Vorobiev, and Y. Hao (2011). The large-scale geomechanical and hydrogeological effects of multiple $CO_2$ injection sites on formation stability. *International Journal of Greenhouse Gas Control* **5**, 69–74. doi: 10.1016/j.ijggc.2010.07.006, ISSN: 1750-5836.

Mousseau T.A., and A.P. Møller (2013). Elevated Frequency of Cataracts in Birds from Chernobyl. *Plos One* **8**, e66939. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-84880831984&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a91.

Myung S., H. Choi, C. Jeong, K. Song, J. Lee, G. Park, H. Kim, W. Ko, J. Park, K. Kim, H. Lee, and J. Park (2006). The Status and Prospect of DUPIC Fuel Technology. *Nuclear Engineering and Technology* **38**.

Nagajyoti P.C., K.D. Lee, and T.V.M. Sreekanth (2010). Heavy metals, occurrence and toxicity for plants: A review. *Environmental Chemistry Letters* **8**, 199–216. doi: 10.1007/s10311-010-0297-2, ISSN: 1610-3653, 1610–3661.

Narula K., Y. Nagai, and S. Pachauri (2012). The role of Decentralized Distributed Generation in achieving universal rural electrification in South Asia by 2030. *Energy Policy* **47**, 345–357.

NAS (2013a). *Induced Seismicity Potential in Energy Technologies*. National Academy of Sciences. Available at: http://dels.nas.edu/Report/Induced-Seismicity-Potential-Energy-Technologies/13355.

NAS (2013b). *Emerging Workforce Trends in the U.S. Energy and Mining Industries: A Call to Action*. National Academy of Sciences, The National Academies Press, Washington DC, USA.

Naturalhy (2004). *Preparing for the Hydrogen Economy by Using the Existing Natural Gas System as a Catalyst*. Available at: http://www.naturalhy.net/docs/Strategic_justification_NATURALHY.pdf.

Nauclér T., and P.A. Enkvist (2009). *Pathways to a Low-Carbon Economy—Version 2 of the Global Greenhouse Gas Abatement Cost Curve*. McKinsey & Company, New York, USA.

NEA (2006). *Forty Years of Uranium Resources, Production and Demand in Perspective—The Red Book Perspective*. OECD Nuclear Energy Agency, Paris, France.

NEA (2008). *Nuclear Energy Outlook 2008*. Nuclear Energy Agency (NEA) of the Organisation for Economic Co-Operation and Development (OECD), Paris, France.

NEA (2010). *The Security of Energy Supply and the Contribution of Nuclear Energy*. OECD, Paris, France.

NEA (2011a). *Technical and Economic Aspects of Load Following with Nuclear Power Plants*. Nuclear Energy Agency, OECD, Paris, France.

NEA (2011b). *Carbon Princing, Power Markets and the Competitiveness of Nuclear Power*. Nuclear Energy Agency, OECD, Paris. Available at: http://www.oecd-nea.org/ndd/reports/2011/carbon-pricing-exec-sum-2011.pdf.

NEA (2012). *Nuclear Energy and Renewables. System Effects in Low-Carbon Electricity Systems*. Nuclear Energy Agency, OECD, Paris, France.

NEA (2013). *Nuclear Energy Today*. Nuclear Energy Agency (NEA) and International Energy Agency (IEA) of the OECD, Paris, France.

NEA, and IAEA (2012). *Uranium 2011: Resources, Production and Demand*. OECD Nuclear Energy Agency and the International Atomic Energy Agency, Paris, France.

NETL (2012). *Carbon Sequestration Atlas of the United States and Canada. Fourth Edition*. US Department of Energy, National Energy Technology Laboratory, Pittsburgh, PA. Available at: http://www.netl.doe.gov/File%20Library/Research/Coal/carbon-storage/natcarb/Atlas-IV-2012.pdf.

Neuhoff K., M. Ahman, R. Betz, J. Cludius, F. Ferrario, K. Holmgren, G. Pal, M. Grubb, F. Matthes, K. Rogge, M. Sato, J. Schleich, A. Tuerk, C. Kettner, and N. Walker (2006). Implications of announced Phase 2 National Allocation Plans for the EU ETS. *Climate Policy* **6**, 411–422.

Nguyen K. (2007). Alternatives to Grid Extension for Rural Electrification: Decentralized Renewable Energy Technologies in Vietnam. *Energy Policy* **35**, 2579–2589.

Nicholson M., T. Biegler, and B. Brook (2011). How carbon pricing changes the relative competitiveness of low-carbon base load generating technologies. *Energy* **36**, 305–313.

7

Nicot J.-P. (2008). Evaluation of large-scale $CO_2$ storage on fresh-water Sections of aquifers: An example from the Texas Gulf Coast Basin. *International Journal of Greenhouse Gas Control* 2, 582–593. doi: 10.1016/j.ijggc.2008.03.004, ISSN: 1750-5836.

Nord L.O., R. Anantharaman, and O. Bolland (2009). Design and off-design analyses of a pre-combustion $CO_2$ capture process in a natural gas combined cycle power plant. *International Journal of Greenhouse Gas Control* 3, 385–392. doi: 10.1016/j.ijggc.2009.02.001, ISSN: 1750-5836.

Norgate T.E., S. Jahanshahi, and W.J. Rankin (2007). Assessing the environmental impact of metal production processes. *Journal of Cleaner Production* 15, 838–848. doi: 10.1016/j.jclepro.2006.06.018, ISSN: 0959-6526.

NRC (1996). *Nuclear Wastes: Technologies for Separation and Transmutation*. National Research Council, National Academy Press, Washington, DC.

Nuytten T., B. Claessens, K. Paredis, J. van Bael, and D. Six (2013). Flexibility of a combined heat and power system with thermal energy storage for district heating. *Applied Energy* 104, 583–591.

O'Neill B., K. Riahi, and I. Keppo (2010). Mitigation implications of midcentury targets that preserve long-term climate policy options. *PNAS* 107, 1011–1016. doi: 10.1073/pnas.0903797106.

O'Sullivan F., and S. Paltsev (2012). Shale gas production: potential versus actual greenhouse gas emissions. *Environmental Research Letters* 7. doi: 10.1088/1748-9326/7/4/044030.

Oda J., and K. Akimoto (2011). An analysis of CCS investment under uncertainty. *Energy Procedia* 4, 1997–2004.

OECD (2009). *The Economics of Climate Change Mitigation—Policies and Options for Global Action beyond 2012*. OECD, Paris, France. Available at: www.oecd.org/env/cc/econ/beyond2012.

OECD, and NEA (2007). *Management of Recyclable Fissile and Fertile Materials*. OECD Nuclear Energy Agency, Paris, France.

Ogawa T., S. Nakanishi, T. Shidahara, T. Okumura, and E. Hayashi (2011). Saline-aquifer $CO_2$ sequestration in Japan-methodology of storage capacity assessment. *International Journal of Greenhouse Gas Control* 5, 318–326. doi: 10.1016/j.ijggc.2010.09.009, ISSN: 1750-5836.

Oosterkamp A., and J. Ramsen (2008). *State-of-the-Art Overview of $CO_2$ Pipeline Transport with Relevance to Offshore Pipelines*. Norway, 87 pp.

Oparaocha S., and S. Dutta (2011). Gender and Energy for Sustainable Development. *Current Opinion in Environmental Sustainability* 3, 265–271.

ORNL (2012). *Categorization of Used Nuclear Fuel Inventory in Support of a Comprehensive National Nuclear Fuel Cycle Strategy*. Oak Ridge National Laboratory (ORNL), Oak Ridge, Tenn., USA.

Orr F.M. (2009). Onshore Geologic Storage of $CO_2$. *Science* 325, 1656–1658. doi: 10.1126/science.1175677.

Oruganti Y., and S.L. Bryant (2009). Pressure build-up during $CO_2$ storage in partially confined aquifers. *Energy Procedia* 1, 3315–3322. doi: 10.1016/j.egypro.2009.02.118, ISSN: 1876-6102.

Owen N.A., O.R. Inderwildi, and D.A. King (2010). The status of conventional world oil reserves—Hype or cause for concern? *Energy Policy* 38, 4743–4749. doi: 10.1016/j.enpol.2010.02.026, ISSN: 0301-4215.

Owen M., R. van der Plas, and S. Sepp (2013). Can there be energy policy in Sub-Saharan Africa without biomass? *Energy for Sustainable Development* 17, 146–152.

Ozaki M., and T. Ohsumi (2011). CCS from multiple sources to offshore storage site complex via ship transport. *Energy Procedia* 4, 2992–2999. doi: 10.1016/j.egypro.2011.02.209, ISSN: 1876-6102.

Pachauri S., A. Brew-Hammond, D.F. Barnes, D.H. Bouille, D.H. Gitonga, V. Modi, G. Prasad, A. Rath, and H. Zerriffi (2012). Energy Access for Development. In: *Global Energy Assessment: Toward a Sustainable Future*. L. Gomez-Echeverri, T.B. Johansson, N. Nakicenovic, A. Patwardhan, (eds.), International Institute for Applied Systems Analysis and Cambridge University Press, Laxenburg, Austria; Cambridge, UK, and New York, USA.

Pachauri S., B. van Ruijven, Y. Nagai, K. Riahi, D. van Vuuren, A. Brew-Hammond, and N. Nakicenovic (2013). Pathways to achieve universal household access to modern energy by 2030. *Environmental Research Letters* 8, 024015. doi: 10.1088/1748-9326/8/2/024015.

Pacyna E.G., J.M. Pacyna, J. Fudala, E. Strzelecka-Jastrzab, S. Hlawiczka, D. Panasiuk, S. Nitter, T. Pregger, H. Pfeiffer, and R. Friedrich (2007). Current and future emissions of selected heavy metals to the atmosphere from anthropogenic sources in Europe. *Atmospheric Environment* 41, 8557–8566.

Padurean A., C.-C. Cormos, A.-M. Cormos, and P.-S. Agachi (2011). Multicriterial analysis of post-combustion carbon dioxide capture using alkanolamines. *International Journal of Greenhouse Gas Control* 5, 676–685. doi: 10.1016/j.ijggc.2011.02.001, ISSN: 1750-5836.

Pahle M., L. Fan, and W.P. Schill (2011). How emission certificate allocations distort fossil investments: The German example. *Energy Policy* 39, 1975–1987.

Palmer M.A., E.S. Bernhardt, W.H. Schlesinger, K.N. Eshleman, E. Foufoula-Georgiou, M.S. Hendryx, A.D. Lemly, G.E. Likens, O.L. Loucks, M.E. Power, P.S. White, and P.R. Wilcock (2010). Mountaintop Mining Consequences. *Policy Forum. Science and Regulation*. Available at: http://www.dep.state.fl.us/water/mines/docs/prbmac/mining-science-2010.pdf.

Parry I. (2004). Are Emission Permits Regressive. *Journal of Environmental Economics and Management* 47, 264–387.

Patel S. (2011). *Climate Finance: Engaging the Private Sector*. International Finance Corporation, Washington, DC. Available at: http://www1.ifc.org/wps/wcm/connect/5d659a804b28afee9978f908d0338960/ClimateFinance_G20Report.pdf?MOD=AJPERES.

Paul J.H., D. Hollander, P. Coble, K.L. Daly, S. Murasko, D. English, J. Basso, J. Delaney, L. McDaniel, and C.W. Kovach (2013). Toxicity and Mutagenicity of Gulf of Mexico Waters During and After the Deepwater Horizon Oil Spill. *Environmental Science & Technology* 47, 9651–9659. doi: 10.1021/es401761h, ISSN: 0013-936X, 1520–5851.

Peck S.C., and Y.S. Wan (1996). Analytic Solutions of Simple Greenhouse Gas Emission Models. In: *Economics of Atmospheric Pollution*. E.C. Van Ierland, K. Gorka, (eds.). Spinger Verlag, Berlin.

Pehnt M. (2008). Environmental impacts of distributed energy systems-The case of micro cogeneration. *Environmental Science and Policy* 11, 25–37. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-38649089809&partnerID=40&md5=99154cbe4de8de5bc6f53b979ea707f54.

Pehnt M., M. Oeser, and D.J. Swider (2008). Consequential environmental system analysis of expected offshore wind electricity production in Germany. *Energy* 33, 747–759. doi: 10.1016/j.energy.2008.01.007, ISSN: 0360-5442.

Perez-Arriaga I.J., and C. Batlle (2012). Impacts of Intermittent Renewables on Electricity Generation System Operation. *Economics of Energy & Environmental Policy* 1. doi: 10.5547/2160-5890.1.2.1, ISSN: 21605882.

Peterson C.H., S.S. Anderson, G.N. Cherr, R.F. Ambrose, S. Anghera, S. Bay, M. Blum, R. Condon, T.A. Dean, M. Graham, M. Guzy, S. Hampton, S. Joye, J. Lambrinos, B. Mate, D. Meffert, S.P. Powers, P. Somasundaran, R.B. Spies, C.M. Taylor, R. Tjeerdema, and E. Eric Adams (2012). A tale of two spills: Novel science and policy implications of an emerging new oil spill model. *Bio-Science* 62, 461–469.

PetroMin Pipeliner (2010). *Flow Assurance—Solutions for Oil and Gas Pipeline Problems*. PetroMin Pipeliner, 45–49 pp.

Petron G., G. Frost, B.R. Miller, A.I. Hirsch, S.A. Montzka, A. Karion, M. Trainer, C. Sweeney, A.E. Andrews, L. Miller, J. Kofler, A. Bar-Ilan, E.J. Dlugokencky, L. Patrick, C.T. Moore, T.B. Ryerson, C. Siso, W. Kolodzey, P.M. Lang, T. Conway, P. Novelli, K. Masarie, B. Hall, D. Guenther, D. Kitzis, J. Miller, D. Welsh, D. Wolfe, W. Neff, and P. Tans (2012). Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res.* 117, D04304. doi: 10.1029/2011JD016360, ISSN: 0148-0227.

Pfister S., D. Saner, and A. Koehler (2011). The environmental relevance of freshwater consumption in global power production. *International Journal of Life Cycle Assessment* 16, 580–591. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79960570841&partnerID=40&md5=ffb2bd28105d0706b8d9a61b789d1389.

Philibert C. (2008). *Price Caps and Price Floors in Climate Policy. A Quantitative Assessment*. IEA/OECD, Paris, France.

Philibert C., and J. Pershing (2002). *Beyond Kyoto, Energy Dynamics and Climate Stabilisation*. International Energy Agency, Paris, France. Available at: http://philibert.cedric.free.fr/Downloads/Beyond%20Kyoto_NS.pdf.

Pickard W.F., N.J. Hansing, and A.Q. Shen (2009a). Can large-scale advanced-adiabatic compressed air energy storage be justified economically in an age of sustainable energy? *Journal of Renewable and Sustainable Energy* 1. doi: http://dx.doi.org/10.1063/1.3139449.

Pickard W.F., A.Q. Shen, and N.J. Hansing (2009b). Parking the power: Strategies and physical limitations for bulk energy storage in supply-demand matching on a grid whose input power is provided by intermittent sources. *Renewable & Sustainable Energy Reviews* 13, 1934–1945.

Pihl E., D. Kushnir, B. Sandén, and F. Johnsson (2012). Material constraints for concentrating solar thermal power. *Energy* 44, 944–954. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84864377217&partnerID=40&md5=e7d6d283cc083b599f3ecf89d539eedc.

Pilli-Sihvola K., P. Aatola, M. Ollikainen, and H. Tuomenvirt (2010). Climate change and electricity consumption—Witnessing increasing or decreasing use and costs? *Energy Policy* 38, 2409–2419.

Pizer W.A. (2002). Combining price and quantity controls to mitigate global climate change. *Journal of Public Economics* 85, 409–434.

Pope C.A., M. Ezzati, and D.W. Dockery (2009). Fine-Particulate Air Pollution and Life Expectancy in the United States. *New England Journal of Medicine* 360, 376–386.

Porter J.R., and L. Xie (2014). Chapter 7. Food Security and Food Production Systems. In: *Climate Change 2013: Impacts, Adaptation, and Vulnerability. Fifth Assessment Report of Working Group II*. Cambridge University Press, Cambridge, UK.

Posiva Oy (2011). *Nuclear Waste Management of the Olkiluoto and Loviisa Nuclear Power Plants*. Posiva Oy, Olkiluoto, Finland.

Posiva Oy (2012). *Annual Report 2012*. Posiva Oy, Okiluoto, Finland.

Pouret L., N. Buttery, and W. Nuttall (2009). Is Nuclear Power Flexible? *Nuclear Future* 5, 333–341.

Procter R. (2013). Integrating Time-Differentiated Rates, Demand Response, and Smart Grid to Manage Power System Costs. *The Electricity Journal* 26, 50–60.

Pudjianto D., C. Ramsay, and G. Strbac (2007). Virtual power plant and system integration of distributed energy resources. *IET Renewable Power Generation* 1, 10–16.

Purohit P., and A. Michaelowa (2007). CDM potential of bagasse cogeneration in India. *Energy Policy* 35, 4779–4798.

Raaschou-Nielsen O., C.E. Andersen, H.P. Andersen, P. Gravesen, M. Lind, J. Schüz, and K. Ulbak (2008). Domestic radon and childhood cancer in Denmark. *Epidemiology* 19, 536–543. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-49849085205&partnerID=40&md5=cd45e7576a7c7c2132eb1775e9fb489.

Ragwitz M., and S. Steinhilber (2013). Effectiveness and efficiency of support schemes for electricity from renewable energy sources. *Wiley Interdisciplinary Reviews: Energy and Environment*. doi: 10.1002/wene.85.

Ramos F.M., L.A.W. Bambace, I.B.T. Lima, R.R. Rosa, E.A. Mazzi, and P.M. Fearnside (2009). Methane stocks in tropical hydropower reservoirs as a potential energy source. *Climate Change* 93, 1–13.

Rao N.D. (2013). Distributional impacts of climate change mitigation in Indian electricity: The influence of governance. *Energy Policy* 61, 1344–1356. Available at: http://www.sciencedirect.com/science/article/pii/S0301421513004588.

Rao P.S.C., J. Miller, D.W. Young, and J. Byrne (2009). Energy-microfinance intervention for below poverty line households in India. *Energy Policy* 37, 1694–1712.

Rao S., S. Pachauri, F. Dentener, P. Kinney, Z. Klimont, K. Riahi, and W. Schoepp (2013). Better air for better health: Forging synergies in policies for energy access, climate change and air pollution. *Global Environmental Change*. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84879479992&partnerID=40&md5=bfd3a5077f5fa19dec1f2d8d10dc1c39.

Rasmussen M.G., G.B. Andresen, and M. Greiner (2012). Storage and balancing synergies in a fully or highly renewable pan-European power system. *Energy Policy* 51, 642–651. doi: 10.1016/j.enpol.2012.09.009, ISSN: 0301-4215.

Ravikumar D., and D. Malghan (2013). Material constraints for indigenous production of CdTe PV: Evidence from a Monte Carlo experiment using India's National Solar Mission Benchmarks. *Renewable and Sustainable Energy Reviews* 25, 393–403. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84878625693&partnerID=40&md5=3bc338e8612be9d510eaa4a82ecbddb7.

Reddy A.K.N., W. Annecke, K. Blok, D. Bloom, B. Boardman, A. Eberhard, J. Ramakrishna, Q. Wodon, and A.K.M. Zaidi (2000). Energy and social issues. In: *World Energy Assessment: Energy and the Challenge of Sustainability*. United Nations Development Programme, UN Department of Economic and Social Affairs and the World Energy Council, New York, N.Y., pp. 40–60. Available at: http://www.undp.org/content/undp/en/home/librarypage/environment-energy/sustainable_energy/world_energy_assessmentenergyandthechallengeofsustainability.html.

Reiche K., B. Tenenbaum, and C. Torres de Mästle (2006). *Electrification and Regulation: Principles and a Model Law*. The World Bank Group, Washington DC.

**Reiner D.M., and W.J. Nuttall (2011).** Public Acceptance of Geological Disposal of Carbon Dioxide and Radioactive Waste: Similarities and Differences. In: *Geological Disposal of Carbon Dioxide and Radioactive Waste: A Comparative Assessment*. F.L. Toth, (ed.). Springer Netherlands, Dordrecht, pp. 295–315. ISBN: 978-90-481-8711-9, 978–90–481–8712–6.

**REN21 (2013).** *Renewables 2013 Global Status Report*. Renewable Energy Policy Network for the 21st Century, Paris, France.

**Restuti D., and A. Michaelowa (2007).** The economic potential of bagasse cogeneration as CDM projects in Indonesia. *Energy Policy* **35**, 3952–3966.

**Réveillère A., J. Rohmer, and J.-C. Manceau (2012).** Hydraulic barrier design and applicability for managing the risk of $CO_2$ leakage from deep saline aquifiers. *International Journal of Greenhouse Gas Control* **9**, 62–71.

**Riahi A., F. Dentener, D. Gielen, A. Grubler, J. Jewell, Z. Klimont, V. Krey, D. McCollum, S. Pachauri, B. Rao, B. van Ruijven, D.P. van Vuuren, and C. Wilson (2012).** Energy Pathways for Sustainable Development. In: *Global Energy Assessment: Toward a Sustainable Future*. L. Gomez-Echeverri, T.B. Johansson, N. Nakicenovic, A. Patwardhan, (eds.). International Institute for Applied Systems Analysis and Cambridge University Press, Laxenburg, Austria; Cambridge, UK & New York, USA.

**Riahi K., E. Kriegler, N. Johnson, C. Bertram, M. den Elzen, E. Jiyong, M. Schaeffer, J. Edmonds, M. Isaac, V. Krey, T. Longden, G. Luderer, A. Méjean, D. McCollum, S. Mima, H. Turton, D. van Vuuren, K. Wada, V. Bosetti, P. Capros, P. Criqui, and M. Kainuma (2013).** Locked into Copenhagen Pledges—Implications of short-term emission targets for the cost and feasibility of long-term climate goals. *Technological Forecasting & Social Change*. doi: http://dx.doi.org/10.1016/j.techfore.2013.09.016.

**Roberts B.P., and C. Sandberg (2011).** The Role of Energy Storage in Development of Smart Grids. *Proceedings of the IEEE* **99**, 1139–1144. doi: 10.1109/JPROC.2011.2116752, ISSN: 0018-9219.

**Roberts J.J., R.A. Wood, and R.S. Haszeldine (2011).** Assessing the health risks of natural $CO_2$ seeps in Italy. *Proceedings of the National Academy of Sciences* **108**, 16545–16548. doi: 10.1073/pnas.1018590108.

**Rockstrom J., W. Steffen, K. Noone, A. Persson, F.S. Chapin, E. Lambin, T.M. Lenton, M. Scheffer, C. Folke, H.J. Schellnhuber, B. Nykvist, C.A. de Wit, T. Hughes, S. van der Leeuw, H. Rodhe, S. Sorlin, P.K. Snyder, R. Costanza, U. Svedin, M. Falkenmark, L. Karlberg, R.W. Corell, V.J. Fabry, J. Hansen, B. Walker, D. Liverman, K. Richardson, P. Crutzen, and J. Foley (2009).** Planetary Boundaries: Exploring the Safe Operating Space for Humanity. *Ecology and Society* **14**. ISSN: 1708-3087.

**Rogelj J., D. McCollum, B. O'Neill, and K. Riahi (2013).** 2020 emissions levels required to limit warming to below 2°C. *Nature Climate Change* **3**, 405–412. doi: 10.1038/nclimate1758.

**Rogge K.S., M. Schneider, and V.H. Hoffmann (2011).** The innovation impact of the EU Emission Trading System—Findings of company case studies in the German Power Sector. *Ecological Economics* **70**, 513–523.

**Rogner H.-H. (2010).** Nuclear power and sustainable development. *Journal of International Affairs* **64**, 137–163.

**Rogner H.-H. (2012a).** The economics of nuclearpower: Past, present and future aspects. Woodhead Publishing Series in Energy. In: *Infrastructure and methodologies for the justification of nuclear power programmes*. A. Alonson, (ed.). Woodhead Publishing, Cambridge, UK, pp. 502–548.

**Rogner H.-H. (2012b).** *Green Growth and Nuclear Energy*. Ifo Institute, Munich, Germany.

**Rogner H. (2013).** World outlook for nuclear power. *Energy Strategy Reviews* **1**, 291–295.

**Rogner H., R.F. Aguilera, C.L. Archer, Bertani, R., Bhattacharya, S.C., Dusseault, M.B., Gagnon, L., and Yakushev, V. (2012).** Chapter 7: Energy Resources and Potentials; Global Energy Assessment. In: *Global Energy Assessment—Toward a Sustainable Future*. GEA, (ed.), Cambridge University Press, Cambridge UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austri, ISBN: 9781 10700 5198.

**Rogowska J., and J. Namiesnik (2010).** Environmental implications of oil spills from shipping accidents. *Reviews of Environmental Contamination and Toxicology* **206**, 95–114.

**Romanak K.D., R.C. Smyth, C. Yang, S.D. Hovorka, M. Rearick, and J. Lu (2012).** Sensitivity of groundwater systems to $CO_2$: Application of a site-specific analysis of carbonate monitoring parameters at the SACROC $CO_2$-enhanced oil field. *International Journal of Greenhouse Gas Control* **6**, 142–152. doi: 10.1016/j.ijggc.2011.10.011.

**Rooney R.C., S.E. Bayley, and D.W. Schindler (2012).** Oil sands mining and reclamation cause massive loss of peatland and stored carbon. *Proceedings of the National Academy of Sciences of the United States of America* **109**, 4933–4937. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84859467402&partnerID=40&md5=c81a6a9b0ed4cdf9705e33017 2bd1364.

**Rose S., P. Jaramillo, M.J. Small, I. Grossmann, and J. Apt (2012).** Quantifying the hurricane risk to offshore wind turbines. *Proceedings of the National Academy of Sciences*. doi: 10.1073/pnas.1111769109, ISSN: 0027-8424, 1091–6490.

**Rosner R., and S. Goldberg (2011).** *Small Modular Reactors—Key to Future Nuclear Power Generation in the U.S.* The University of Chicago Press, Chicago, Illinois.

**Roxburgh C., S. Lund, and J. Piotrowski (2011).** *Mapping Global Capital Markets*. McKinsey Global Institute, Chicago. Available at: http://www.mckinsey.com/insights/global_capital_markets/mapping_global_capital_markets_2011.

**Rübbelke D., and S. Vögele (2011).** Impacts of climate change on European critical infrastructures: The case of the power sector. *Environmental Science & Policy* **14**, 53–63. doi: 10.1016/j.envsci.2010.10.007, ISSN: 1462-9011.

**Rubin E.S. (2012).** Understanding the pitfalls of CCS cost estimates. *International Journal of Greenhouse Gas Control* **10**, 181–190.

**Rubin E., S. Yeh, M. Antes, M. Berkenpas, and J. Davison (2007).** Use of experience curves to estimate the future cost of power plants with $CO_2$ capture. *International Journal of Greenhouse Gas Control* **1**, 188–197. doi: 10.1016/s1750-5836(07)00016-3, ISSN: 1750-5836.

**Rückerl R., A. Schneider, S. Breitner, J. Cyrys, and A. Peters (2011).** Health effects of particulate air pollution: A review of epidemiological evidence. *Inhalation Toxicology* **23**, 555–592.

**Ruiz-Romero S., A. Colmenar-Santos, and M. Castro Gil (2012).** EU plans for renewable energy. An Application to the Spanish case. *Renewable Energy* **43**, 322–330.

Ryerson T.B., A.E. Andrews, W.M. Angevine, T.S. Bates, C.A. Brock, B. Cairns, R.C. Cohen, O.R. Cooper, J.A. De Gouw, F.C. Fehsenfeld, R.A. Ferrare, M.L. Fischer, R.C. Flagan, A.H. Goldstein, J.W. Hair, R.M. Hardesty, C.A. Hostetler, J.L. Jimenez, A.O. Langford, E. McCauley, S.A. McKeen, L.T. Molina, A. Nenes, S.J. Oltmans, D.D. Parrish, J.R. Pederson, R.B. Pierce, K. Prather, P.K. Quinn, J.H. Seinfeld, C.J. Senff, A. Sorooshian, J. Stutz, J.D. Surratt, M. Trainer, R. Volkamer, E.J. Williams, and S.C. Wofsy (2013). The 2010 California Research at the Nexus of Air Quality and Climate Change (CalNex) field study. *Journal of Geophysical Research D: Atmospheres* **118**, 5830–5866. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84875876234&partnerID=40&md5=b34bc6d3bacb2dfc1a4e327cfe9a6620.

Sáenz de Miera G., P. del Río González, and I. Vizcaíno (2008). Analysing the Impact of Renewable Electricity Support Schemes on Power Prices: The Case of Wind Electricity in Spain. *Energy Policy* **36**, 3345–3359.

Sagan S.D. (2011). The causes of nuclear weapons proliferation. *Annual Review of Political Science* **14**, 225–244. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79955949040&partnerID=40&md5=a53c9fe0cb5f3e6b2a071b3afd868b06.

Saghafi A. (2012). A Tier 3 method to estimate fugitive gas emissions from surface coal mining. *International Journal of Coal Geology* **100**, 14–25. doi: 10.1016/j.coal.2012.05.008, ISSN: 0166-5162.

Sathaye J.A., L.L. Dale, P.H. Larsen, G.A. Fitts, K. Koy, S.M. Lewis, and A.F.P. de Lucena (2013). Estimating impacts of warming temperatures on California's electricity system. *Global Environmental Change* **23**, 499–511. doi: 10.1016/j.gloenvcha.2012.12.005, ISSN: 0959-3780.

Sathaye J., O. Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, S. Kadner, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Sathre R., M. Chester, J. Cain, and E. Masanet (2012). A framework for environmental assessment of $CO_2$ capture and storage systems. *Energy* **37**, 540–548.

Sato K., S. Mito, T. Horie, H. Ohkuma, H. Saito, and J. Watanabe (2011). Monitoring and simulation studies for assessing macro- and meso-scale migration of $CO_2$ sequestered in an onshore aquifer: Experiences from the Nagaoka pilot site, Japan. *International Journal of Greenhouse Gas Control* **5**, 125–137.

Sauer U., C. Schütze, C. Leven, S. Schlömer, and P. Dietrich (2013). An integrative hierarchical monitoring approach applied at a natural analogue site to monitor $CO_2$ degassing areas. *Acta Geotechnica*, 1–7. Available at: http://link.springer.com/article/10.1007/s11440-013-0224-9.

Schaeffer R., A.S. Szklo, A.F. Pereira de Lucena, B.S. Moreira Cesar Borba, L.P. Pupo Nogueira, F.P. Fleming, A. Troccoli, M. Harrison, and M.S. Boulahya (2012). Energy sector vulnerability to climate change: A review. *Energy* **38**, 1–12. doi: 10.1016/j.energy.2011.11.056, ISSN: 0360-5442.

Scheffknecht G., L. Al-Makhadmeh, U. Schnell, and J. Maier (2011). Oxy-fuel coal combustion--A review of the current state-of-the-art. *International Journal of Greenhouse Gas Control* **5**, 16–35. doi: 10.1016/j.ijggc.2011.05.020, ISSN: 1750-5836.

Schenk C.J. (2012). *An Estimate of Undiscovered Conventional Oil and Gas Resources of the World, 2012.* United States Geological Survey. Available at: http://pubs.usgs.gov/fs/2012/3042/fs2012-3042.pdf.

Schloemer S., M. Furche, I. Dumke, J. Poggenburg, A. Bahr, C. Seeger, A. Vidal, and E. Faber (2013). A review of continuous soil gas monitoring related to CCS—Technical advances and lessons learned. *Applied Geochemistry* **30**, 148–160.

Schneider E., and Sailor (2008). Long-Term Uranium Supply Estimates. *Nuclear Technology* **162**.

Schnelzer M., G.P. Hammer, M. Kreuzer, A. Tschense, and B. Grosche (2010). Accounting for smoking in the radon-related lung cancer risk among German uranium miners: Results of a nested case-control study. *Health Physics* **98**, 20–28. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-73449122707&partnerID=40&md5=7a80dce700bab4dadbda8d0a0e1a105a.

Scholes R., and J. Settele (2014). Terrestial and inland water systems. In: *Climate Change 2013: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, UK, and New York, NY, USA.

Schwenk-Ferrero A. (2013a). German Spent Nuclear Fuel Legacy: Characteristics and High-Level Waste Management Issues. *Science and Technology of Nuclear Installations* **2013**. doi: http://dx.doi.org/10.1155/2013/293792.

Schwenk-Ferrero A. (2013b). German spent nuclear fuel legacy: Characteristics and high-level waste management issues. *Science and Technology of Nuclear Installations* **2013**. Available at: http://www.hindawi.com/journals/stni/2013/293792/.

Scott V., S. Gilfillan, N. Markusson, H. Chalmers, and R.S. Haszeldine (2013). Last chance for carbon capture and storage. *Nature Climate Change* **3**, 105–111.

Scudder T. (2005). *The Future of Large Dams—Dealing with Social, Environmental, Institutional and Political Costs.* Earthscan, London, ISBN: 1-84407-155-3.

Sensfuß F., M. Ragwitz, and M. Genoese (2008). The merit-order effect: A detailed analysis of the price effect of renewable electricity generation on spot market prices in Germany. *Energy Policy* **36**, 3086–3094.

Sermage-Faure C., D. Laurier, S. Goujon-Bellec, M. Chartier, A. Guyot-Goubin, J. Rudant, D. Hémon, and J. Clavel (2012). Childhood leukemia around French nuclear power plants—The Geocap study, 2002–2007. *International Journal of Cancer* **131**, E769–E780. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84863199908&partnerID=40&md5=e813746ff34206a2dbb238a633d73d32.

Sevcikova M., H. Modra, A. Slaninova, and Z. Svobodova (2011). Metals as a cause of oxidative stress in fish: A review. *Veterinarni Medicina* **56**, 537–546. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84855743358&partnerID=40&md5=4c1592f3ff802462b4d086c807c1bc79.

Shackley S., D. Reiner, P. Upham, H. de Coninck, G. Sigurthorsson, and J. Anderson (2009). The acceptability of $CO_2$ capture and storage (CCS) in Europe: An assessment of the key determining factors: Part 2. The social acceptability of CCS and the wider impacts and repercussions of its implementation. *International Journal of Greenhouse Gas Control* **3**, 344–356. doi: 10.1016/j.ijggc.2008.09.004, ISSN: 1750-5836.

**7**

Shackley S., and M. Thompson (2012). Lost in the mix: Will the technologies of carbon dioxide capture and storage provide us with a breathing space as we strive to make the transition from fossil fuels to renewables? *Climatic Change* **110**, 101–121.

Shindell D., J.C.I. Kuylenstierna, E. Vignati, R. van Dingenen, M. Amann, Z. Klimont, S.C. Anenberg, N. Muller, G. Janssens-Maenhout, F. Raes, J. Schwartz, G. Faluvegi, L. Pozzoli, K. Kupiainen, L. Höglund-Isaksson, L. Emberson, D. Streets, V. Ramanathan, K. Hicks, N.T.K. Oanh, G. Milly, M. Williams, V. Demkine, and D. Fowler (2012). Simultaneously Mitigating Near-Term Climate Change and Improving Human Health and Food Security. *Science* **335**, 183–189. doi: 10.1126/science.1210026.

Shrestha R.M., and S. Pradhan (2010). Co-benefits of $CO_2$ emission reduction in a developing country. *Energy Policy* **38**, 2586–2597.

Siirila E.R., A.K. Navarre-Sitchler, R.M. Maxwell, and J.E. McCray (2012). A quantitative methodology to assess the risks to human health from $CO_2$ leakage into groundwater. *Advances in Water Resources* **36**, 146–164. doi: 10.1016/j.advwatres.2010.11.005, ISSN: 03091708.

De Silva P.N.K., P.G. Ranjith, and S.K. Choi (2012). A study of methodologies for $CO_2$ storage capacity estimation of coal. *Fuel* **92**, 1–15. doi: 10.1016/j.fuel.2011.07.010, ISSN: 0016-2361.

Simons A., and C. Bauer (2012). Life cycle assessment of the European pressurized reactor and the influence of different fuel cycle strategies. *Proceedings of the Institution of Mechanical Engineers, Part A: Journal of Power and Energy* **226**, 427–444.

Sims R., P. Mercado, W. Krewitt, G. Bhuyan, D. Flynn, H. Holttinen, G. Jannuzzi, S. Khennas, Y. Liu, M. O'Malley, L.J. Nilsson, J. Ogden, K. Ogimoto, H. Outhred, Ø. Ulleberg, and F. van Hulle (2011). Integration of Renewable Energy into Present and Future Energy Systems. In: *Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)].* Cambridge University Press, Cambridge, UK and New York, NY, USA, pp. 1076. ISBN: 978–1–107–60710–1.

Sims R., R. Schock, A. Adegbululgbe, J. Fenhann, I. Konstantinaviciute, W. Moomaw, H. Nimir, B. Schlamadinger, J. Torres-Martínez, C. Turner, Y. Uchiyama, S. Vuori, N. Wamukonya, and X. Zhang (2007). Energy Supply. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)].* Cambridge, UK and New York, NY, USA.

Singh B., A.H. Stromman, and E.G. Hertwich (2012). Environmental Damage Assessment of Carbon Capture and Storage. *Journal of Industrial Ecology* **16**, 407–419.

Singh B., A.H. Strømman, and E.G. Hertwich (2011). Comparative life cycle environmental assessment of CCS technologies. *International Journal of Greenhouse Gas Control* **5**, 911–921.

Sjoberg L., and B.M. Drottz-Sjoberg (2009). Public risk perception of nuclear waste. *International Journal of Risk Assessment and Management* **11**, 248–280.

SKB (2011). *Long-Term Safety for the Final Repository for Spent Nuclear Fuel at Forsmark.* Swedish Nuclear Fuel and Waste Management Co, Stockholm, Sweden.

Skipperud L., and G. Strømman (2013). Environmental impact assessment of radionuclide and metal contamination at the former U sites Taboshar and Digmai, Tajikistan. *Journal of Environmental Radioactivity* **123**, 50–62.

Skipperud L., G. Strømman, M. Yunusov, P. Stegnar, B. Uralbekov, H. Tilloboev, G. Zjazjev, L.S. Heier, B.O. Rosseland, and B. Salbu (2013). Environmental impact assessment of radionuclide and metal contamination at the former U sites Taboshar and Digmai, Tajikistan. *Journal of Environmental Radioactivity* **123**, 50–62. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84878630268&partnerID=40&md5=089624d2ccb2064227287b347da76619.

Smith K., K Balakrishnan, C. Butler, Z. Chafe, I. Fairlie, P. Kinney, T. Kjellstrom, D.L. Mauzerall, T. McKone, A. McMichael, and M. Schneider (2012a). Chapter 4—Energy and Health. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, pp. 255–324.

Smith, and et al. (2013). How much land based greenhouse gas mitigation can be achieved without compromising food security and environmental goals? *Global Change Biology.* doi: 10.1111/gcb.12160.

Smith K., and E. Haigler (2008). Co-benefits of climate mitigation and health protection in energy systems: Scoping methods. *Annual Review of Public Health* **29**, 11–25. Available at: http://ehs.sph.berkeley.edu/krsmith/publications/2008%20pubs/Smith-Haigler%20ARPH%2008.pdf.

Smith K., A.R. Mosier, P.J. Crutzen, and W. Winiwarter (2012b). The role of $N_2O$ derived from crop-based biofuels, and from agriculture in general, in Earth's climate. *Philosophical Transactions of the Royal Society B: Biological Sciences* **367**, 1169–1174. doi: 10.1098/rstb.2011.0313.

Sokona, Y., Y. Mulugetta, and H. Gujba (2012). Widening energy access in Africa: Towards energy transition. *Energy Policy* **47**, 3–10. doi: dx.doi.org/10.1016/j.enpol.2012.03.040.

Solli C., A. Stromman, and E. Hertwich (2006). Fission or fossil: Life cycle assessment of hydrogen production. *Proceedings of the IEEE* **94**, 1785–1794.

Song Y., and S. Liu (2012). Coalbed methane genesis, occurrence and accumulation in China. *Petroleum Science* **9**.

Sorrell S., J. Speirs, R. Bentley, R. Miller, and E. Thompson (2012). Shaping the global oil peak: A review of the evidence on field sizes, reserve growth, decline rates and depletion rates. *Energy* **37**, 709–724. doi: 10.1016/j.energy.2011.10.010, ISSN: 0360-5442.

Sovacool B.K. (2009). Rejecting Renewables: The Socio-technical impediments to Renewable Electricity in the United States. *Energy Policy* **37**, 4500–4513. doi: http://dx.doi.org/10.1016/j.enpol.2009.05.073.

Spalding-Fecher R., A.N. Achanta, P. Erickson, E. Haites, M. Lazarus, N. Pahuja, N. Pandey, S. Seres, and R. Tewari (2012). *Assessing the Impact of the Clean Development Mechanism.* CDM Policy Dialogue, Luxembourg,

Spiecker S., V. Eickholt, and C. Weber (2011). The relevance of CCS for the future power market. In: *2011 IEEE Power and Energy Society General Meeting.* IEEE. 1–8 pp. doi: 10.1109/PES.2011.6039754, ISBN: 978–1–4577–1000–1.

Spycher B.D., M. Feller, M. Zwahlen, M. Röösli, N.X. von der Weid, H. Hengartner, M. Egger, and C.E. Kuehni (2011). Childhood cancer and nuclear power plants in Switzerland: A census-based cohort study. *International Journal of Epidemiology* **40**, 1247–1260. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80053295088&partnerID=40&md5=3d31355810ce87b1b83f4142d803017e.

Von Stechow C., J. Watson, and B. Praetorius (2011). Policy Incentives for Carbon Capture and Storage Technologies in Europe: A Qualitative Multi-criteria Analysis. *Global Environmental Change: Human and Policy Dimensions* **21**, 346–357.

Steinberg L.J., H. Sengul, and A.M. Cruz (2008). Natech risk and management: an assessment of the state of the art. *Natural Hazards* 46, 143–152.

Steinke F., P. Wolfrum, and C. Hoffmann (2013). Grid vs. storage in a 100 % renewable Europe. *Renewable Energy* 50, 826–832. doi: 10.1016/j. renene.2012.07.044, ISSN: 0960-1481.

Stephenson T., J.E. Valle, and X. Riera-Palou (2011). Modeling the relative GHG emissions of conventional and shale gas production. *Environmental Science and Technology* 45, 10757–10764. Available at: http://www.scopus. com/inward/record.url?eid=2-s2.0-83455262435&partnerID=40&md5=2da1d 9a87db84d74c487e5ea0d51550d.

Sterner M. (2009). Bioenergy and Renewable Power Methane in Integrated 100 % Renewable Energy Systems—Limiting Global Warming by Transforming Energy Systems. University of Kassel, Kassel, Germany.

Stolaroff J.K., S. Bhattacharyya, C.A. Smith, W.L. Bourcier, P.J. Cameron-Smith, and R.D. Aines (2012). Review of Methane Mitigation Technologies with Application to Rapid Release of Methane from the Arctic. *Environmental Science & Technology* 46, 6455–6469. doi: 10.1021/es204686w, ISSN: 0013-936X.

Strachan N., R. Hoefnagels, A. Ramirez, M. van den Broek, A. Fidje, K. Espegren, P. Seljom, M. Blesl, T. Kober, and P.E. Grohnheit (2011). CCS in the North Sea region: A comparison on the cost-effectiveness of storing $CO_2$ in the Utsira formation at regional and national scales. *International Journal of Greenhouse Gas Control* 5, 1517–1532. doi: 10.1016/j.ijggc.2011.08.009, ISSN: 1750-5836.

Strietska-Ilina O., C. Hofmann, M. Durán Haro, and S. Jeon (2011). *Skills for Green Jobs: A Global View: Synthesis Report Based on 21 Country Studies*. International Labour Office, Skills and Employability Department, Job Creation and Enterprise Development Department, Geneva. Available at: http://www. ilo.org/wcmsp5/groups/public/@ed_emp/@ifp_skills/documents/publication/wcms_156220.pdf.

Su S., J. Han, J. Wu, H. Li, R. Worrall, H. Guo, X. Sun, and W. Liu (2011). Fugitive coal mine methane emissions at five mining areas in China. *Atmospheric Environment* 45, 2220–2232. Available at: http://www.scopus.com/inward/record. url?eid=2-s2.0-79953048040&partnerID=40&md5=189ca78d7a8c50776fcbd6 0bo4927737.

Sudhakara Reddy B., P. Balachandra, and H. Salk Kristle Nathan (2009). Universalization of access to modern energy services in Indian households—Economic and policy analysis. *Energy Policy* 37, 4645–4657.

Sudo T. (2013). Integration of low carbon development strategies into development cooperation. *Global Environmental Research* 17, 71–78.

Sullivan E.J., S. Chu, P.H. Stauffer, R.S. Middleton, and R.J. Pawar (2013). A method and cost model for treatment of water extracted during geologic $CO_2$ storage. *International Journal of Greenhouse Gas Control* 12, 372–381.

Sumner J., L. Bird, and H. Smith (2009). *Carbon Taxes: A Review of Experience and Policy Design Considerations*. National Renewable Energy Laboratory,

Svensson R., M. Odenberger, F. Johnsson, and L. Strömberg (2004). Transportation systems for $CO_2$ application to carbon capture and storage. *Energy Conversion and Management* 45, 2343–2353. doi: 10.1016/j.enconman.2003.11.022, ISSN: 0196-8904.

Swart R., M. Berk, Janssen, E. Kreileman, and R. Leemans (1998). The safe landing approach: Risks and trade-offs in climate change. In: *Global change scenarios of the 21st century—Results from the IMAGE 2.1. Model*. J. Alcamo, R. Leemans, E. Kreileman, (eds.), Pergamon/Elsevier, Oxford, pp. 193–218.

Tabkhi F., C. Azzaro-Pantel, L. Pibouleau, and S. Domenech (2008). A Mathematical Framework for Modelling and Evaluating Natural Gas Pipeline Networks Under Hydrogen Injection. *International Journal of Hydrogen Energy* 33, 6222–6231.

Tanaka K. (2011). Review of policies and measures for energy efficiency in industry sector. *Energy Policy* 39, 6532–6550.

Tavoni M., E. Kriegler, T. Aboumahboub, K. Calvin, G. De Maere, J. Jewell, T. Kober, P. Lucas, G. Luderer, D. McCollum, G. Marangoni, K. Riahi, and D. van Vuuren (2014). The distribution of the major economies' effort in the Durban platform scenarios. *Climate Change Economics*.

Tchounwou P., C. Yedjou, A. Patlolla, and D. Sutton (2012). Heavy Metal Toxicity and the Environment. Experientia Supplementum. In: *Molecular, Clinical and Environmental Toxicology*. A. Luch, (ed.), Springer Basel, pp. 133–164. ISBN: 978–3–7643–8339–8.

Ten Hoeve J.E., and M.Z. Jacobson (2012). Worldwide health effects of the Fukushima Daiichi nuclear accident. *Energy and Environmental Science* 5, 8743–8757. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84865242434&partnerID=40&md5=79f0208a97352d07bc4345b5e3b 88a69.

Ter Mors E., M.W.H. Weenig, N. Ellemers, and D.D.L. Daamen (2010). Effective communication about complex environmental issues: Perceived quality of information about carbon dioxide capture and storage (CCS) depends on stakeholder collaboration. *Journal of Environmental Psychology* 30, 347–357. doi: 10.1016/j.jenvp.2010.06.001, ISSN: 0272-4944.

Terwel B.W., F. Harinck, N. Ellemers, and D.D.L. Daamen (2010). Going beyond the properties of $CO_2$ capture and storage (CCS) technology: How trust in stakeholders affects public acceptance of CCS. *International Journal of Greenhouse Gas Control* 5, 181–188. doi: http://dx.doi.org/10.1016/j.ijggc.2010.10.001.

Thomson M., and D. Infield (2007). Impact of widespread photovoltaics generation on distribution systems. *IET Renewable Power Generation* 1, 33–40. doi: 10.1049/iet-rpg:20060009, ISSN: 1752-1416.

Tirmarche M., J. Harrison, D. Laurier, E. Blanchardon, F. Paquet, and J. Marsh (2012). Risk of lung cancer from radon exposure: Contribution of recently published studies of uranium miners. *Annals of the ICRP* 41, 368–377. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84867756884&partnerID=40&md5=703c014e489f18d336df49fc836a46e.

Torvanger A., A. Grimstad, E. Lindeberg, N. Rive, K. Rypdal, R. Skeie, J. Fuglestvedt, and P. Tollefsen (2012). Quality of geological $CO_2$ storage to avoid jeopardizing climate targets. *Climate Change* 114, 245–260.

Traber T., and C. Kemfert (2011). Gone with the Wind? Electricity Market Prices and Incentives to Invest in Thermal Power Plants under Increasing Wind Energy Supply. *Energy Economics* 33, 249–256. doi: 10.1016/j.eneco.2010.07.002.

Tremblay A., L. Varfalvy, C. Roehm, and M. Garneau (2005). Synthesis Greenhouse Gas Emissions — Fluxes and Processes. *Environmental Science and Engineering*, 637–659.

Tubiana M., E. Feinendegen, C. Yang, and J.M. Kaminski (2009). The Linear No-Threshold Relationship Is Inconsistent with Radiation Biologic and Experimental Data1. *Radiology* 251, 13–22. doi: 10.1148/radiol.2511080671.

Turton H., and L. Barreto (2006). Long-term security of energy supply and climate change. *Energy Policy* 34, 2232–2250.

Tyler A., P. Dale, D. Copplestone, S. Bradley, H. Ewen, C. McGuire, and E. Scott (2013a). The radium legacy: Contaminated land and the committed effective dose from the ingestion of radium contaminated materials. *Environment International* **59**, 449–455.

Tyler A., P. Dale, D. Copplestone, S. Bradley, H. Ewen, C. McGuire, and E.M. Scott (2013b). The radium legacy: Contaminated land and the committed effective dose from the ingestion of radium contaminated materials. *Environment International* **59**, 449–455. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84882276659&partnerID=40&md5=23acdc1ac6369732df4ff7859e8f05fa.

UN Habitat, and GENUS (2009). *Promoting Energy Access for the Urban Poor in Africa: Approaches and Challenges in Slum Electrification.* UN Habitat & Global Network for Urban Settlements, Nairobi, Kenya.

UNECE (2010a). *United Nations International Framework Classification for Fossil Energy and Mineral Reserves and Resources 2009.* United Nations Economic Commission for Europe (UNECE), Geneva, Switzerland. Available at: http://live.unece.eu/fileadmin/DAM/energy/se/pdfs/UNFC/unfc2009/UNFC2009_ES39_e.pdf.

UNECE (2010b). *Best Practice Guidance for Effective Methane Drainage and Use in Coal Mines.* United Nations Economic Commission for Europe, Geneva and New York, USA.

UNEP (2011). *Towards a Green Economy. Pathways to Sustainable Development and Poverty Eradication.* United Nations Environment Programme, Nairobi, Kenya, 632 pp. Available at: http://www.unep.org/greeneconomy.

UNES (2011). *2008 Energy Statistics Yearbook.* United Nations Department of Economic and Social Affairs. Statistics Division, New York, USA.

United Nations (2010). *Report of the Secretary-General's High-Level Advisory Group on Climate Change Financing.* United Nations, New York. Available at: http://www.un.org/wcm/content/site/climatechange/pages/financeadvisorygroup/pid/13300.

Unruh G. (2002). Escaping Carbon Lock-in. *Energy Policy* **30**, 317–325.

US DOE (2012). *International Energy Outlook 2011.* U.S. Energy Information Administration. Office of Integrated Analysis and Forecasting. U.S. Department of Energy, Washington, DC.

US DOE (2013a). *International Energy Outlook 2013.* U.S. Energy Information Administration. Office of Integrated Analysis and Forecasting. U.S. Department of Energy, Washington, DC.

US DOE (2013b). *U.S. Energy Sector Vulnerabilities to Climate Change and Extreme Weather.* U.S. Department of Energy, Washington DC, USA. Available at: http://energy.gov/sites/prod/files/2013/07/f2/20130716-Energy%20Sector%20Vulnerabilities%20Report.pdf.

US EPA (2006). *Global Mitigation of Non- CO2 Greenhouse Gases.* Office of Atmospheric Programs, United States Environmental Protection Agency, Washington, DC.

US EPA (2008). *Effects of Climate Change on Energy Production and Use in the United States.* U.S. Climate Change Science Program, Washington DC. Available at: http://science.energy.gov/~/media/ber/pdf/Sap_4_5_final_all.pdf.

US EPA (2011). *Draft Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources.* US Environmental Protection Agency, 140 pp. Available at: http://www2.epa.gov/hfstudy/draft-plan-study-potential-impacts-hydraulic-fracturing-drinking-water-resources-february-7.

Vasco D.W., A. Rucci, A. Ferretti, F. Novali, R.C. Bissell, P.S. Ringrose, A.S. Mathieson, and I.W. Wright (2010). Satellite-based measurements of surface deformation reveal fluid flow associated with the geological storage of carbon dioxide. *Geophys. Res. Lett.* **37**, L03303. doi: 10.1029/2009gl041544, ISSN: 0094-8276.

Veltman K., B. Singh, and E. Hertwich (2010). Human and environmental impact assessment of postcombustion $CO_2$ capture focusing on emissions from amine-based scrubbing solvents to air. *Environmental Science & Technology* **44**, 1496–1502.

Verbruggen A., M. Fischedick, W. Moomaw, T. Weir, A. Nadai, L.J. Nilsson, J. Nyboer, and J. Sathaye (2010). Renewable energy costs, potentials, barriers: Conceptual issues. *Energy Policy* **38**, 850–861. doi: 10.1016/j.enpol.2009.10.036, ISSN: 0301-4215.

Verbruggen A., W. Moomaw, and J. Nyboer (2011). Annex I: Glossary, Acronyms, Chemical Symbols and Prefixes. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Vergragt P.J., N. Markusson, and H. Karlsson (2011). Carbon capture and storage, bio-energy with carbon capture and storage, and the escape from the fossil-fuel lock-in. *Global Environmental Change* **21**, 282–292. doi: 10.1016/j.gloenvcha.2011.01.020, ISSN: 0959-3780.

Verones F., S. Pfister, and S. Hellweg (2013). Quantifying area changes of internationally important wetlands due to water consumption in LCA. *Environmental Science and Technology* **47**, 9799–9807. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84883499193&partnerID=40&md5=ecb50351308b2bec11fa0a5c1906c862.

Versteeg P., and E.S. Rubin (2011). A technical and economic assessment of ammonia-based post-combustion $CO_2$ capture at coal-fired power plants. *International Journal of Greenhouse Gas Control* **5**, 1596–1605.

Visschers V., and M. Siegrist (2012). Fair play in energy policy decisions: Procedural fairness, outcome fairness and acceptance of the decision to rebuild nuclear power plants. *Energy Policy* **46**, 292–300.

Van der Vleuten F., N. Stam, and R.J. van der Plas (2013). Putting rural energy access projects into perspective: What lessons are relevant? *Energy Policy* **61**, 1071–1078. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84881665681&partnerID=40&md5=b5f3d5406c5bff78f42a213789df2e71.

Van der Voet E., R. Salminen, M. Eckelman, T. Norgate, G. Mudd, R. Hischier, J. Spijker, M. Vijver, O. Selinus, L. Posthuma, D. de Zwart, D. van de Meent, M. Reuter, L. Tikana, S. Valdivia, P. Wäger, M. Hauschild, and A. de Koning (2012). *Environmental Challenges of Anthropogenic Metals Flows and Cycles.* United Nations Environment Programme, Nairobi, Kenya, and Paris, France.

De Vos K., J. Morbee, J. Driesen, and R. Belmans (2013). Impact of wind power on sizing and allocation of reserve requirements. *IET Renewable Power Generation* **7**, 1–9. doi: 10.1049/iet-rpg.2012.0085.

De Vries B., D.P. van Vuuren, and M.M. Hoogwijk (2007). Renewable energy sources: Their global potential for the first-half of the 21st century at a global level: An integrated approach. *Energy Policy* **35**, 2590–2610. doi: 10.1016/j.enpol.2006.09.002, ISSN: 0301-4215.

Vujic J., R.M. Bergmann, R. Skoda, and M. Miletic (2012). Small modular reactors: Simpler, safer, cheaper? *Energy* **45**, 288–295.

Van Vuuren D.P., B. de Vries, B. Eickhout, and T. Kram (2004). Responses to technology and values in a simulated world. *Energy Economics* **26**, 579–601. doi: 10.1016/j.eneco.2004.04.027, ISSN: 0140-9883.

Walker S., and R. Howell (2011). Life cycle comparison of a wave and tidal energy device. *Proceedings of the Institution of Mechanical Engineers Part M: Journal of Engineering for the Maritime Environment* **225**, 325–327.

Wall T., R. Stanger, and S. Santos (2011). Demonstrations of coal-fired oxy-fuel technology for carbon capture and storage and issues with commercial deployment. *International Journal of Greenhouse Gas Control* **5**, Supplement 1, 5–15. doi: 10.1016/j.ijggc.2011.03.014, ISSN: 1750-5836.

Wallquist L., V.H.M. Visschers, and M. Siegrist (2009). Lay concepts on CCS deployment in Switzerland based on qualitative interviews. *International Journal of Greenhouse Gas Control* **3**, 652–657. doi: 10.1016/j.ijggc.2009.03.005, ISSN: 1750-5836.

Wallquist L., V.H.M. Visschers, and M. Siegrist (2010). Impact of Knowledge and Misconceptions on Benefit and Risk Perception of CCS. *Environmental Science & Technology* **44**, 6557–6562. doi: 10.1021/es1005412.

Walter A., P. Dolzan, O. Quilodrán, J.G. de Oliveira, C. da Silva, F. Piacente, and A. Segerstedt (2011). Sustainability assessment of bio-ethanol production in Brazil considering land use change, GHG emissions and socio-economic aspects. *Energy Policy* **39**, 5703–5716. doi: 10.1016/j.enpol.2010.07.043, ISSN: 0301-4215.

Wan K.K.W., D.H.W. Li, D. Liu, and J.C. Lam (2011). Future trends of building heating and cooling loads and energy consumption in different climates. *Building and Environment* **46**, 223–234.

Wang S., and P.R. Jaffe (2004). Dissolution of a mineral phase in potable aquifers due to $CO_2$ releases from deep formations; Effect of dissolution kinetics. *Energy Conversion and Management* **45**, 2833–2848. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-3142563032&partnerID=40&md5=6eb9231df90192f957834136c026482.

Wang D.T.-C., L.F. Ochoa, and G.P. Harrison (2010). DG Impact on Investment Deferral: Network Planning and Security of Supply. *IEEE Transactions on Power Systems* **25**, 1134–1141. doi: 10.1109/TPWRS.2009.2036361, ISSN: 0885-8950.

Wang F., T. Ren, S. Tu, F. Hungerford, and N. Aziz (2012). Implementation of underground longhole directional drilling technology for greenhouse gas mitigation in Chinese coal mines. *International Journal of Greenhouse Gas Control* **11**, 290–303. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84867236911&partnerID=40&md5=c7f1563dcc6deab70a395f4cf7d1097d.

Wang J., D. Ryan, and E.J. Anthony (2011). Reducing the Greenhouse Gas Footprint of Shale Gas. *Energy Policy* **39**, 8196–8199.

Warner E.S., and G.A. Heath (2012). Life Cycle Greenhouse Gas Emissions of Nuclear Electricity Generation. *Journal of Industrial Ecology* **16**, S73–S92. doi: 10.1111/j.1530-9290.2012.00472.x, ISSN: 1530-9290.

WCD (2000). *Dams and Development. A New Framework for Decision-Making*. Earthscan, London and Sterling, UK.

Weber C.L., and C. Clavin (2012). Life cycle carbon footprint of shale gas: Review of evidence and implications. *Environmental Science and Technology* **46**, 5688–5695. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84861883168&partnerID=40&md5=718bf3d9ab5534fb3ab2a738e0881c1b.

WEC (2008). *Energy Efficiency Policies around the World: Review and Evaluation. Executive Summary*. World Energy Council, London. Available at: http://89.206.150.89/documents/energy_efficiency_es_final_online.pdf.

Wei M., S. Patadia, and D.M. Kammen (2010). Putting Renewables and Energy Efficiency to Work: How Many Jobs Can the Clean Energy Industry Generate in the US? *Energy Policy* **38**, 919–931.

Weitzman M.L. (1974). Prices versus Quantities. *Review of Economic Studies* **41**, 477–491.

Weitzman M.L. (2007). A Review of The Stern Review on the Economics of Climate Change. *Journal of Economic Literature* **45**, 703–724.

Whitaker M.B., G.A. Heath, J.J. Burkhardt, and C.S. Turchi (2013). Life Cycle Assessment of a Power Tower Concentrating Solar Plant and the Impacts of Key Design Alternatives. *Environmental Science & Technology* **47**, 5896–5903. doi: 10.1021/es400821x, ISSN: 0013-936X.

Whittaker S., B. Rostron, C. Hawkes, C. Gardner, D. White, J. Johnson, R. Chalaturnyk, and D. Seeburger (2011). A decade of $CO_2$ injection into depleting oil fields: Monitoring and research activities of the IEA GHG Weyburn-Midale $CO_2$ Monitoring and Storage Project. *Energy Procedia* **4**, 6069–6076. doi: 10.1016/j.egypro.2011.02.612, ISSN: 1876-6102.

WHO (2013). *Health Risk Assessment from the Nuclear Accident after the 2011 Great East Japan Earthquake and Tsunami, Based on a Preliminary Dose Estimation*. World Health Organization, Geneva, Switzerland, ISBN: 9789241505130 9241505133.

WHO, and UNDP (2009). *The Energy Access in Situation in Developing Countries*. UNDP, New York, USA.

Wigeland R., T. Bauer, T. Fanning, and E. Morris (2006). Separations and Transmutation Criteria to Improve Utilization of a Geologic Repository. *Nuclear Technology* **154**.

Wilkinson R. (2011). Eastern Australian coalbed methane supply rivals western offshore conventional resource. *Oil and Gas Journal* **109**, 56–64.

Williams J.H., A. DeBenedictis, R. Ghanadan, A. Mahone, J. Moore, W.R. Morrow Iii, S. Price, and M.S. Torn (2012). The technology path to deep greenhouse gas emissions cuts by 2050: The pivotal role of electricity. *Science* **335**, 53–59. doi: 10.1126/science.1208365, ISSN: 00368075.

Wilson C., A. Grubler, V. Krey, and K. Riahi (2013). Future capacity growth of energy technologies: Are scenarios consistent with historical evidence? *Climatic Change* **118**, 381–395.

Wilwerding J. (2011). Fugitive emissions from valves: Update: "Leak-free" involves monitoring and new equipment technology. *Hydrocarbon Processing* **90**. Available at: http://www.scopus.com/record/display.url?eid=2-s2.0-79958199088&origin=inward&txGid=E22C3BA38F75A3546366A9F10ECCACB6.N5T5nM1aaTEF8rE6yKCR3A%3a138.

Winzer C. (2012). Conceptualizing Energy Security. *Energy Policy* **46**, 36–48. doi: 10.1016/j.enpol.2012.02.067.

Wise M., G. Kyle, J. Dooley, and S. Kim (2010). The impact of electric passenger transport technology under an economy-wide climate policy in the United States: Carbon dioxide emissions, coal use, and carbon dioxide capture and storage. *International Journal of Greenhouse Gas Control* **4** 4, 301–308. doi: 10.1016/j.ijggc.2009.09.003.

Wiser R., Z. Yang, M. Hand, O. Hohmeyer, D. Infield, P.H. Jensen, V. Nikolaev, M. O'Malley, G. Sinden, and A. Zervos (2011). Wind Energy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Wissner M. (2011). The Smart Grid—A saucerful of secrets? *Applied Energy* 88, 2509–2518.

Wong-Parodi G., and I. Ray (2009). Community perceptions of carbon sequestration: insights from California. *Environmental Research Letters* 4, 034002. doi: 10.1088/1748-9326/4/3/034002, ISSN: 1748-9326.

Woo C.K., J. Horowitz, J. Moore, and A. Pacheco (2011). The impact of wind generation on the electricity spot-market price level and variance: The Texas experience. *Energy Policy* 39, 3939–3944. doi: 16/j.enpol.2011.03.084.

World Bank (2011a). *Climate Change Impacts on Energy Systems: Key Issues for Energy Sector Adaptation*. Energy Sector Management Assistance Program; The World Bank Group, Washington, DC, USA, 224 pp.

World Bank (2011b). *Mobilizing Climate Finance. Paper Prepared at the Request of G20 Finance Ministers*. World Bank, Washington DC. Available at: http://climatechange.worldbank.org/content/mobilizing-climate-finance.

World Economic Forum 2011 (2011). *Scaling Up Low-Carbon Infrastructure Investments in Developing Countries*. World Economic Forum, Geneva, Switzerland. Available at: The Critical Mass Initiative Working Report as of January 2011.

World Nuclear Association (2013). Mixed Oxide (MOX) Fuel. Available at: http://www.world-nuclear.org/info/inf29.html.

Würzburg K., X. Labandeira, and P. Linares (2013). Renewable generation and electricity prices: Taking stock and new evidence for Germany and Austria. *Energy Economics*. doi:10.1016/j.eneco.2013.09.011.

WWF-UK (2011). *Green Game-Changers. Insights for Mainstreaming Business Innovation*. WWF and Verdantix, London. Available at: http://assets.wwf.org.uk/downloads/1121_1_wwf_greengamechange_aw_web__2_.pdf.

Yamaguchi M. (2012). *Climate Change Mitigation. A Balanced Approach to Climate Change*. Spinger, London, Heidelberg, New York, Dordrecht. ISBN: 978-1-4471-4227-0.

Yang C., and J. Ogden (2007). Determining the Lowest-cost Hydrogen Delivery Mode. *International Journal of Hydrogen Energy* 32, 268–286.

Yeh S., S. Jordaan, A. Brandt, M. Turetsky, S. Spatari, and D. Keith (2010). Land use greenhouse gas emissions from conventional oil production and oil sands. *Environmental Science and Technology* 44, 8766–8772.

Yeh S., and E. Rubin (2010). Uncertainties in technology experience curves for energy-economic models. The National Academies, Washington, DC.

Yim M.S., and J. Li (2013). Examining relationship between nuclear proliferation and civilian nuclear power development. *Progress in Nuclear Energy* 66, 108–114. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84876759547&partnerID=40&md5=a2cfa5adb27ef81d99253980074f24d1.

Yoo B-Y., S.-G. Lee, K. Rhee, H.-S. Na, and J-M. Park (2011). New CCS system integration with $CO_2$ carrier and liquefaction process. *Energy Procedia* 4, 2308–2314. doi: 10.1016/j.egypro.2011.02.121, ISSN: 1876-6102.

York R. (2012). Do alternative energy sources displace fossil fuels? *Nature Climate Change* 2, 441–443.

Young P.S., J.J. Cech Jr, and L. C. Thompson (2011). Hydropower-related pulsed-flow impacts on stream fishes: A brief review, conceptual model, knowledge gaps, and research needs. *Reviews in Fish Biology and Fisheries* 21, 713–731. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-81255149424&partnerId=40&md5=f9ed60b9bd82ee62f1b6470614b738f5.

Yuan J.H., and T.P. Lyon (2012). Promoting global CSS RDD&D by stronger U.S.-China collaboration. *Renewable and Sustainable Energy Reviews* 16, 6746–6769.

Zafirakis D., K. Chalvatzis, G. Baiocchi, and G. Daskalakis (2013). Modeling of financial incentives for investments in energy storage systems that promote the large-scale integration of wind energy. *Applied Energy* 105, 138–154.

Zavodov K. (2012). Renewable energy investment and the clean development mechanism. *Energy Policy* 40, 81–89.

ZEP (2011a). *The Cost of $CO_2$ Transport*. Zero Emissions Platform, Brussels, Belgium, 53 pp.

ZEP (2011b). *The Costs of $CO_2$ Capture, Transport and Storage*. European Technology Platform for Zero Emission Fossil Fuel Power Plants. Available at: www.zeroemissionsplatform.eu/library/publication/165-zep-cost-report-summary.html.

Zhai H., Rubin, E.S., and P.L. Versteeg (2011). Water use at pulverized coal power plants with postcombustion carbon capture and storage. *Environmental Science & Technology* 45, 2479–2485. doi: 10.1021/es1034443.

Zhang M., and S. Bachu (2011). Review of integrity of existing wells in relation to $CO_2$ geological storage: What do we know? *International Journal of Greenhouse Gas Control* 5, 826–840. doi: 10.1016/j.ijggc.2010.11.006, ISSN: 1750-5836.

Zhang X.L., E. Martinot, and S.Y. Chang (2012). Renewable energy in China: An integrated technology and policy perspective. *Energy Policy* 51, 1–6.

Zhang Y., G. Wei, Z. Zhang, T. Jia, and D. Yang (2013). Study of hydraulic slotting technology for rapid excavation of coal seams with severe coal and gas outburst potentials. *Journal of Applied Sciences* 13, 3483–3489.

Zhang Z., Z. Wu, D. Wang, Y. Xu, Y. Sun, F. Li, and Y. Dong (2009). Current status and technical description of Chinese 2x250 MWth HTR-PM demonstration plant. *Nuclear Engineering and Design* 239, 1212–1219.

Zheng L., J. Apps, N. Spycher, J. Birkholzer, Y. Kharaka, J. Thordsen, S. Beers, W. Herkelrath, E. Kakouros, and R. Trautz (2012). Geochemical modeling of changes in shallow groundwater chemistry observed during the MSU-ZERT $CO_2$ injection experiment. *International Journal of Greenhouse Gas Control* 7, 202–217.

Ziv G., E. Baran, I. Rodríguez-Iturbe, and S.A. Levin (2012). Trading-off fish biodiversity, food security, and hydropower in the Mekong River Basin. *Proceedings of the National Academy of Sciences of the United States of America* 109, 5609–5614.

Al-Zoughool M., and D. Krewski (2009). Health effects of radon: a review of the literature. *International Journal of Radiation Biology* 85, 57–69.

Zuser A., and H. Rechberger (2011). Considerations of resource availability in technology development strategies: The case study of photovoltaics. *Resources, Conservation and Recycling* 56, 56–65. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80053549460&partnerID=40&md5=1a2159a879459e86fb86c93f638f5245.

Zvinavashe E., H. Elbersen, M. Slingerland, S. Kolijn, and J. Sanders (2011). Cassava for food and energy: exploring potential benefits of processing of cassava into cassava flour and bioenergy at farmstead and community levels in rural Mozambique. *Biofuels, Bioproducts and Biorefining* **5**, 151–164.

Van der Zwaan B., L. Carmona, and T. Kober (2013). Potential for renewable energy jobs in the Middle East. *Energy Policy* **60**, 296–304.

7

# 8

# Transport

**Coordinating Lead Authors:**
Ralph Sims (New Zealand), Roberto Schaeffer (Brazil)

**Lead Authors:**
Felix Creutzig (Germany), Xochitl Cruz-Núñez (Mexico), Marcio D'Agosto (Brazil), Delia Dimitriu (Romania/UK), Maria Josefina Figueroa Meza (Venezuela/Denmark), Lew Fulton (USA), Shigeki Kobayashi (Japan), Oliver Lah (Germany), Alan McKinnon (UK/Germany), Peter Newman (Australia), Minggao Ouyang (China), James Jay Schauer (USA), Daniel Sperling (USA), Geetam Tiwari (India)

**Contributing Authors:**
Adjo A. Amekudzi (USA), Bruno Soares Moreira Cesar Borba (Brazil), Helena Chum (Brazil/USA), Philippe Crist (France/USA), Han Hao (China), Jennifer Helfrich (USA), Thomas Longden (Australia/Italy), André Frossard Pereira de Lucena (Brazil), Paul Peeters (Netherlands), Richard Plevin (USA), Steve Plotkin (USA), Robert Sausen (Germany)

**Review Editors:**
Elizabeth Deakin (USA), Suzana Kahn Ribeiro (Brazil)

**Chapter Science Assistant:**
Bruno Soares Moreira Cesar Borba (Brazil)

**This chapter should be cited as:**

Sims R., R. Schaeffer, F. Creutzig, X. Cruz-Núñez, M. D'Agosto, D. Dimitriu, M.J. Figueroa Meza, L. Fulton, S. Kobayashi, O. Lah, A. McKinnon, P. Newman, M. Ouyang, J.J. Schauer, D. Sperling, and G. Tiwari, 2014: Transport. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**8**

# Contents

Executive Summary ................................................................................................................. 603

8.1    Freight and passenger transport (land, air, sea and water) ........................................... 605

    8.1.1    The context for transport of passengers and freight ........................................................ 606

    8.1.2    Energy demands and direct/indirect emissions ............................................................. 608

8.2    New developments in emission trends and drivers ....................................................... 610

    8.2.1    Trends ........................................................................................................... 611
        8.2.1.1    Non-$CO_2$ greenhouse gas emissions, black carbon, and aerosols .................................... 611

    8.2.2    Drivers .......................................................................................................... 612

8.3    Mitigation technology options, practices and behavioural aspects .................................. 613

    8.3.1    Energy intensity reduction—incremental vehicle technologies .......................................... 613
        8.3.1.1    Light duty vehicles ............................................................................ 613
        8.3.1.2    Heavy-duty vehicles ........................................................................... 613
        8.3.1.3    Rail, waterborne craft, and aircraft ......................................................... 614

    8.3.2    Energy intensity reduction—advanced propulsion systems ............................................. 614
        8.3.2.1    Road vehicles—battery and fuel cell electric-drives ....................................... 614
        8.3.2.2    Rail, waterborne craft, and aircraft ......................................................... 615

    8.3.3    Fuel carbon intensity reduction ................................................................................ 615

    8.3.4    Comparative analysis .......................................................................................... 616

    8.3.5    Behavioural aspects ............................................................................................ 616

8.4    Infrastructure and systemic perspectives ..................................................................... 618

    8.4.1    Path dependencies of infrastructure and GHG emission impacts ...................................... 618

    8.4.2    Path dependencies of urban form and mobility .......................................................... 619
        8.4.2.1    Modal shift opportunities for passengers ................................................. 620
        8.4.2.2    Modal shift opportunities for freight ....................................................... 621

**8.5**    **Climate change feedback and interaction with adaptation**........................................... 622

8.5.1    Accessibility and feasibility of transport routes ........................................... 622

8.5.2    Relocation of production and reconfiguration of global supply chains................................... 622

8.5.3    Fuel combustion and technologies.................................................. 622

8.5.4    Transport infrastructure ..................................................... 623

**8.6**    **Costs and potentials**........................................................ 630

**8.7**    **Co-benefits, risks and spillovers**................................................ 630

8.7.1    Socio-economic, environmental, and health effects ....................................... 633

8.7.2    Technical risks and uncertainties................................................ 633

8.7.3    Technological spillovers ..................................................... 633

**8.8**    **Barriers and opportunities**...................................................... 633

8.8.1    Barriers and opportunities to reduce GHGs by technologies and practices ............................... 633

8.8.2    Financing low-carbon transport................................................... 636

8.8.3    Institutional, cultural, and legal barriers and opportunities.................................... 636

**8.9**    **Sectoral implications of transformation pathways and sustainable development** .............. 637

8.9.1    Long term stabilization goals—integrated and sectoral perspectives .................................... 637

8.9.2    Sustainable development .................................................... 641

**8.10**    **Sectoral policies**........................................................ 642

8.10.1    Road transport.......................................................... 642

8.10.2    Rail transport .......................................................... 645

8.10.3    Waterborne transport ..................................................... 645

8.10.4    Aviation ............................................................. 646

8.10.5    Infrastructure and urban planning ............................................... 647

**8.11**     **Gaps in knowledge and data** ................................................................. **647**

**8.12**     **Frequently Asked Questions** ................................................................. **647**

**References** .................................................................................................... **650**

**8**

**Dedication to Lee Schipper**

This Transport chapter is dedicated to the memory of Leon Jay (Lee) Schipper. A leading scientist in the field of energy research with emphasis on transport, Lee died on 16 August 2011 at the age of 64. He was a friend and colleague of many of the Chapter authors who were looking forward to working with him in his appointed role as Review Editor. Lee's passing is a great loss to the research field of transport, energy, and the environment and his expertise and guidance in the course of writing this chapter was sorely missed by the author team, as were his musical talents.

# Executive Summary

**Reducing global transport greenhouse gas (GHG) emissions will be challenging since the continuing growth in passenger and freight activity could outweigh all mitigation measures unless transport emissions can be strongly decoupled from GDP growth** (*high confidence*).

The transport sector produced 7.0 $GtCO_2eq$ of direct GHG emissions (including non-$CO_2$ gases) in 2010 and hence was responsible for approximately 23 % of total energy-related $CO_2$ emissions (6.7 $GtCO_2$) [8.1]. Growth in GHG emissions has continued since the Fourth Assessment Report (AR4) in spite of more efficient vehicles (road, rail, water craft, and aircraft) and policies being adopted. (*robust evidence, high agreement*) [Section 8.1, 8.3]

Without aggressive and sustained mitigation policies being implemented, transport emissions could increase at a faster rate than emissions from the other energy end-use sectors and reach around 12 Gt $CO_2eq/yr$ by 2050. Transport demand per capita in developing and emerging economies is far lower than in Organisation for Economic Co-operation and Development (OECD) countries but is expected to increase at a much faster rate in the next decades due to rising incomes and development of infrastructure. Analyses of both sectoral and integrated model scenarios suggest a higher emission reduction potential in the transport sector than the levels found possible in AR4 and at lower costs. Since many integrated models do not contain a detailed representation of infrastructural and behavioural changes, their results for transport can possibly be interpreted as conservative. If pricing and other stringent policy options are implemented in all regions, substantial decoupling of transport GHG emissions from gross domestic product (GDP) growth seems possible. A strong slowing of light-duty vehicle (LDV) travel growth per capita has already been observed in several OECD cities suggesting possible saturation. (*medium evidence, medium agreement*) [8.6, 8.9, 8.10]

**Avoided journeys and modal shifts due to behavioural change, uptake of improved vehicle and engine performance technologies, low-carbon fuels, investments in related infrastructure, and changes in the built environment, together offer high mitigation potential** (*high confidence*).

Direct (tank-to-wheel) GHG emissions from passenger and freight transport can be reduced by:

- *avoiding journeys* where possible—by, for example, densifying urban landscapes, sourcing localized products, internet shopping, restructuring freight logistics systems, and utilizing advanced information and communication technologies (ICT);

- *modal shift* to lower-carbon transport systems—encouraged by increasing investment in public transport, walking and cycling

infrastructure, and modifying roads, airports, ports, and railways to become more attractive for users and minimize travel time and distance;

- *lowering energy intensity* (MJ/passenger km or MJ/tonne km)—by enhancing vehicle and engine performance, using lightweight materials, increasing freight load factors and passenger occupancy rates, deploying new technologies such as electric 3-wheelers;

- *reducing carbon intensity of fuels* ($CO_2eq/MJ$)—by substituting oil-based products with natural gas, bio-methane, or biofuels, electricity or hydrogen produced from low GHG sources.

In addition, indirect GHG emissions arise during the construction of infrastructure, manufacture of vehicles, and provision of fuels (well-to-tank). (*robust evidence, high agreement*) [8.3, 8.4, 8.6 and Chapters 10, 11, 12]

**Both short- and long-term transport mitigation strategies are essential if deep GHG reduction ambitions are to be achieved** (*high confidence*).

Short-term mitigation measures could overcome barriers to low-carbon transport options and help avoid future lock-in effects resulting, for example, from the slow turnover of vehicle stock and infrastructure and expanding urban sprawl. Changing behaviour of consumers and businesses will likely play an important role but is challenging and the possible outcomes, including modal shift, are difficult to quantify. Business initiatives to decarbonize freight transport have begun, but need support from policies that encourage shifting to low-carbon modes such as rail or waterborne options where feasible, and improving logistics. The impact of projected growth in world trade on freight transport emissions may be partly offset in the near term by more efficient vehicles, operational changes, 'slow steaming' of ships, eco-driving and fuel switching. Other short-term mitigation strategies include reducing aviation contrails and emissions of particulate matter (including black carbon), tropospheric ozone and aerosol precursors (including $NO_x$) that can have human health and mitigation co-benefits in the short term. (*medium evidence, medium agreement*) [8.2, 8.3, 8.6, 8.10]

Methane-based fuels are already increasing their share for road vehicles and waterborne craft. Electricity produced from low-carbon sources has near-term potential for electric rail and short- to medium-term potential as electric buses, light-duty and 2-wheel road vehicles are deployed. Hydrogen fuels from low-carbon sources constitute longer-term options. Gaseous and liquid-biofuels can provide co-benefits. Their mitigation potential depends on technology advances (particularly advanced 'drop-in' fuels for aircraft and other vehicles) and sustainable feedstocks. (*medium evidence, medium agreement*) [8.2, 8.3]

The technical potential exists to substantially reduce the current $CO_2eq$ emissions per passenger or tonne kilometre for all modes by 2030

**8**

and beyond. Energy efficiency and vehicle performance improvements range from 30–50% relative to 2010 depending on mode and vehicle type. Realizing this efficiency potential will depend on large investments by vehicle manufacturers, which may require strong incentives and regulatory policies in order to achieve GHG emissions reduction goals. (*medium evidence, medium agreement*) [8.3, 8.6, 8.10]

Over the medium-term (up to 2030) to long-term (to 2050 and beyond), urban (re)development and investments in new infrastructure, linked with integrated urban planning, transit-oriented development and more compact urban form that supports cycling and walking can all lead to modal shifts. Such mitigation measures could evolve to possibly reduce GHG intensity by 20–50% below 2010 baseline by 2050. Although high potential improvements for aircraft efficiency are projected, improvement rates are expected to be slow due to long aircraft life, and fuel switching options being limited, apart from biofuels. Widespread improvements for high-speed rail systems could partially reduce short-to-medium-haul air travel demand. For the transport sector, a reduction in total $CO_2$eq emissions of 15–40% could be plausible compared to baseline activity growth in 2050. (*medium evidence, medium agreement*) [8.3, 8.4, 8.6, 8.9, 12.3, 12.5]

**Barriers to decarbonizing transport for all modes differ across regions, but can be overcome in part by reducing the marginal mitigation costs** (*medium evidence, medium agreement*).

Financial, institutional, cultural, and legal barriers constrain low-carbon technology uptake and behavioural change. All of these barriers include the high investment costs needed to build low-emissions transport systems, the slow turnover of stock and infrastructure, and the limited impact of a carbon price on petroleum fuels already heavily taxed. Other barriers can be overcome by communities, cities, and national governments which can implement a mix of behavioural measures, technological advances, and infrastructural changes. Infrastructure investments (USD/t$CO_2$ avoided) may appear expensive at the margin, but sustainable urban planning and related policies can gain support when co-benefits, such as improved health and accessibility, can be shown to offset some or all of the mitigation costs. (*medium evidence, medium agreement*) [8.4, 8.7, 8.8]

Oil price trends, price instruments on emissions, and other measures such as road pricing and airport charges can provide strong economic incentives for consumers to adopt mitigation measures. Regional differences, however, will likely occur due to cost and policy constraints. Some near term mitigation measures are available at low marginal costs but several longer-term options may prove more expensive. Full societal mitigation costs (USD/t$CO_2$eq) of deep reductions by 2030 remain uncertain but range from very low or negative (such as efficiency improvements for LDVs, long-haul heavy-duty vehicles (HDVs) and ships) to more than 100 USD/t$CO_2$eq for some electric vehicles, aircraft, and possibly high-speed rail. Such costs may be significantly reduced in the future but the magnitude of mitigation cost reductions is uncertain. (*limited evidence, low agreement*) [8.6, 8.9]

**There are regional differences in transport mitigation pathways with major opportunities to shape transport systems and infrastructure around low-carbon options, particularly in developing and emerging countries where most future urban growth will occur** (*robust evidence, high agreement*).

Transport can be an agent of sustained urban development that prioritizes goals for equity and emphasizes accessibility, traffic safety, and time-savings for the poor while reducing emissions, with minimal detriment to the environment and human health. Transformative trajectories vary with region and country due to differences in the dynamics of motorization, age and type of vehicle fleets, existing infrastructure, and urban development processes. Prioritizing access to pedestrians and integrating non-motorized and public transit services can result in higher levels of economic and social prosperity in all regions. Good opportunities exist for both structural and technological change around low-carbon transport systems in most countries but particularly in fast growing emerging economies where investments in mass transit and other low-carbon transport infrastructure can help avoid future lock-in to carbon intensive modes. Mechanisms to accelerate the transfer and adoption of improved vehicle efficiency and low-carbon fuels to all economies, and reducing the carbon intensity of freight particularly in emerging markets, could offset much of the growth in non-OECD emissions by 2030. It appears possible for LDV travel per capita in OECD countries to peak around 2035, whereas in non-OECD countries it will likely continue to increase dramatically from a very low average today. However, growth will eventually need to be slowed in all countries. (*limited evidence, medium agreement*) [8.7, 8.9]

**A range of strong and mutually-supportive policies will be needed for the transport sector to decarbonize and for the co-benefits to be exploited** (*robust evidence, high agreement*).

Decarbonizing the transport sector is likely to be more challenging than for other sectors, given the continuing growth in global demand, the rapid increase in demand for faster transport modes in developing and emerging economies, and the lack of progress to date in slowing growth of global transport emissions in many OECD countries. Transport strategies associated with broader non-climate policies at all government levels can usually target several objectives simultaneously to give lower travel costs, improved mobility, better health, greater energy security, improved safety, and time savings. Realizing the co-benefits depends on the regional context in terms of economic, social, and political feasibility as well as having access to appropriate and cost-effective advanced technologies. (*medium evidence, high agreement*) [8.4, 8.7]

In rapidly growing developing economies, good opportunities exist for both structural and technological change around low-carbon transport. Established infrastructure may limit the options for modal shift and lead to a greater reliance on advanced vehicle technologies. Policy changes can maximize the mitigation potential by overcoming the barriers to achieving deep carbon reductions and optimizing the synergies. Pricing strategies, when supported by education policies to help cre-

ate social acceptance, can help reduce travel demand and increase the demand for more efficient vehicles (for example, where fuel economy standards exist) and induce a shift to low-carbon modes (where good modal choice is available). For freight, a range of fiscal, regulatory, and advisory policies can be used to incentivize businesses to reduce the carbon intensity of their logistical systems. Since rebound effects can reduce the $CO_2$ benefits of efficiency improvements and undermine a particular policy, a balanced package of policies, including pricing initiatives, could help to achieve stable price signals, avoid unintended outcomes, and improve access, mobility, productivity, safety, and health. (*medium evidence, medium agreement*) [8.7, 8.9, 8.10]

**Knowledge gaps in the transport sector**

There is a lack of comprehensive and consistent assessments of the worldwide potential for GHG emission reduction and especially costs of mitigation from the transport sector. Within this context, the potential reduction is much less certain for freight than for passenger modes. For LDVs, the long-term costs and high energy density potential for on-board energy storage is not well understood. Also requiring evaluation is how best to manage the tradeoffs for electric vehicles between performance, driving range and recharging time, and how to create successful business models.

Another area that requires additional research is in the behavioural economic analysis of the implications of norms, biases, and social learning in decision making, and of the relationship between transport and lifestyle. For example, how and when people will choose to use new types of low-carbon transport and avoid making unnecessary journeys is unknown. Consequently, the outcomes of both positive and negative climate change impacts on transport services and scheduled timetables have not been determined, nor have the cost-effectiveness of carbon-reducing measures in the freight sector and their possible rebound effects. Changes in the transport of materials as a result of the decarbonization of other sectors and adaptation of the built environment are unknown. [8.11]

# 8.1    Freight and passenger transport (land, air, sea and water)

Greenhouse gas (GHG) emissions from the transport sector have more than doubled since 1970, and have increased at a faster rate than any other energy end-use sector to reach 7.0 Gt $CO_2$eq in 2010[1] (IEA, 2012a;

JRC/PBL, 2013; see Annex II.8). Around 80 % of this increase has come from road vehicles (see Figure 8.1). The final energy consumption for transport reached 28 % of total end-use energy in 2010 (IEA, 2012b), of which around 40 % was used in urban transport (IEA, 2013). The global transport industry (including the manufacturers of vehicles, providers of transport services, and constructors of infrastructure) undertakes research and development (R&D) activities to become more carbon and energy efficient. Reducing transport emissions will be a daunting task given the inevitable increases in demand and the slow turnover and sunk costs of stock (particularly aircraft, trains, and large ships) and infrastructure. In spite of a lack of progress to date, the transition required to reduce GHG emissions could arise from new technologies, implementation of stringent policies, and behavioural change.

Key developments in the transport sector since the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4) (IPCC, 2007) include:

- continued increase in annual average passenger km per capita, but signs that LDV[2] ownership and use may have peaked in some OECD countries (8.2);
- deployment of technologies to reduce particulate matter and black carbon, particularly in OECD countries (8.2);
- renewed interest in natural gas as a fuel, compressed for road vehicles and liquefied for ships (8.3);
- increased number of electric vehicles (including 2-wheelers) and bus rapid transit systems, but from a low base (8.3);
- increased use of sustainably produced biofuels including for aviation (8.3, 8.10);
- greater access to mobility services in developing countries (8.3, 8.9);
- reduced carbon intensity of operations by freight logistics companies, the slow-steaming of ships, and the maritime industry imposing GHG emission mandates (8.3, 8.10);
- improved comprehension that urban planning and developing infrastructure for pedestrians, bicycles, buses and light-rail can impact on modal choice while also addressing broader sustainability concerns such as health, accessibility and safety (8.4, 8.7);
- better analysis of comparative passenger and freight transport costs between modes (8.6);
- emerging policies that slow the rapid growth of LDVs especially in Asia, including investing in non-motorized transport systems (8.10);
- more fuel economy standards (MJ/km) and GHG emission vehicle performance standards implemented for light and heavy duty vehicles (LDVs and HDVs) (8.10); and
- widely implemented local transport management policies to reduce air pollution and traffic congestion (8.10).

---

[1]   $CO_2$eq units are used throughout this chapter for direct emissions wherever feasible, although this is not always the case in some literature that reports $CO_2$ emissions only. For most transport modes, non-$CO_2$ gases are usually less than 5 % of total vehicle emissions.

[2]   LDVs are motorized vehicles (passenger cars and commercial vans) below approximately 2.5 – 3.0 t net weight with HDVs (heavy duty vehicles or "trucks" or "lorries") usually heavier.

**8**



**Figure 8.1 |** Direct GHG emissions of the transport sector (shown here by transport mode) rose 250 % from 2.8 Gt $CO_2$eq worldwide in 1970 to 7.0 Gt $CO_2$eq in 2010 (IEA, 2012a; JRC/PBL, 2013; see Annex II.8).

Note: Indirect emissions from production of fuels, vehicle manufacturing, infrastructure construction etc. are not included.

For each mode of transport, direct GHG emissions can be decomposed[3] into:

- **activity**—total passenger-km/yr or freight tonne-km/yr having a positive feedback loop to the state of the economy but, in part, influenced by behavioural issues such as journey avoidance and restructuring freight logistics systems;
- **system infrastructure and modal choice** *(NRC, 2009)*;
- **energy intensity**—directly related to vehicle and engine design efficiency, driver behaviour during operation *(Davies, 2012)*, and usage patterns; and
- **fuel carbon intensity**—varies for different transport fuels including electricity and hydrogen.

Each of these components has good potential for mitigation through technological developments, behavioural change, or interactions

between them, such as the deployment of electric vehicles impacting on average journey distance and urban infrastructure (see Figure 8.2).

Deep long-term emission reductions also require pricing signals and interactions between the emission factors. Regional differences exist such as the limited modal choice available in some developing countries and the varying densities and scales of cities (Banister, 2011a). Indirect GHG emissions that arise during the construction of transport infrastructure, manufacture of vehicles, and provision of fuels, are covered in Chapters 12, 10, and 7 respectively.

### 8.1.1 The context for transport of passengers and freight

Around 10 % of the global population account for 80 % of total motorized passenger-kilometres (p-km) with much of the world's population hardly travelling at all. OECD countries dominate GHG transport emissions (see Figure 8.3) although most recent growth has taken place in Asia, including passenger kilometres travelled by low GHG emitting 2- to 3-wheelers that have more than doubled since 2000 (see Figure 8.4). The link between GDP and transport has

---

[3]   Based on the breakdown into A (total Activity), S (modal Structure), I (modal energy Intensity), and F (carbon content of Fuels) using the 'ASIF approach'. Details of how this decomposition works and the science involved can be found in Schipper et al. (2000); Kamakaté and Schipper (2009).

been a major reason for increased GHG emissions (Schafer and Victor, 2000) though the first signs that decoupling may be happening are now apparent (Newman and Kenworthy, 2011a; Schipper, 2011). Slower rates of growth, or even reductions in the use of LDVs, have been observed in some OECD cities (Metz, 2010, 2013; Meyer et al., 2012; Goodwin and van Dender, 2013; Headicar, 2013) along with a simultaneous increase in the use of mass transit systems (Kenworthy, 2013). The multiple factors causing this decoupling, and how it can be facilitated more widely, are not well understood (ITF, 2011; Goodwin and Van Dender, 2013). However, 'peak' travel trends are not expected to occur in most developing countries in the foreseeable future, although transport activity levels may eventually plateau at

lower GDP levels than for OECD countries due to higher urban densities and greater infrastructure constraints (ADB, 2010; Figueroa and Ribeiro, 2013).

As shown in Figure 8.3, the share of transport emissions tended to increase due to structural changes as GDP per capita increased, i.e., countries became richer. The variance between North America and other OECD countries (Western Europe and Pacific OECD) shows that the development path of infrastructure and settlements taken by developing countries and economies in transition (EITs) will have a significant impact on the future share of transport related emissions and, consequently, total GHG emissions (see Section 12.4).



**Figure 8.2 |** Direct transport GHG emission reductions for each mode and fuel type option decomposed into activity (passenger or freight movements); energy intensity (specific energy inputs linked with occupancy rate); fuel carbon intensity (including non-$CO_2$ GHG emissions); and system infrastructure and modal choice. These can be summated for each modal option into total direct GHG emissions. Notes: p-km = passenger-km; t-km = tonne-km; CNG = compressed natural gas; LPG = liquid petroleum gas (Creutzig et al., 2011; Bongardt et al., 2013).

8



**Figure 8.3** | GHG emissions from transport sub-sectors by regions in 1970, 1990 and 2010 with international shipping and aviation shown separately (IEA, 2012a; JRC/PBL, 2013; see Annex II.8). Inset shows the relative share of total GHG emissions for transport relative to GDP per capita from 1970 to 2010 for each region and the world. Adapted from Schäfer et al. (2009), Bongardt et al. (2013) using data from IEA (2012a) and JRC/PBL (2013); see Annex II.8.

### 8.1.2    Energy demands and direct/indirect emissions

Over 53% of global primary oil consumption in 2010 was used to meet 94% of the total transport energy demand, with biofuels supplying approximately 2%, electricity 1%, and natural gas and other fuels 3% (IEA, 2012b). LDVs consumed around half of total transport energy (IEA, 2012c). Aviation accounted for 51% of all international passenger arrivals in 2011 (UNWTO, 2012) and 17% of all tourist travel in 2005 (ICAO, 2007a; UNWTO and UNEP, 2008). This gave 43% of all tourism transport $CO_2$eq emissions, a share forecast to increase to over 50% by 2035 (Pratt et al., 2011). Buses and trains carried about 34% of world tourists, private cars around 48%, and waterborne craft only a very small portion (Peeters and Dubois, 2010).

Freight transport consumed almost 45% of total transport energy in 2009 with HDVs using over half of that (Figure 8.5). Ships carried around 80% (8.7 Gt) of internationally traded goods in 2011 (UNCTAD, 2013) and produced about 2.7% of global $CO_2$ emissions (Buhaug et. al, 2009).

Direct vehicle $CO_2$ emissions per kilometre vary widely for each mode (see Figure 8.6). The particularly wide range of boat types and sizes gives higher variance for waterborne than for other modes of transport (Walsh and Bows, 2012). Typical variations for freight movement range from ~2 $gCO_2$/t-km for bulk shipping to ~1,700 $gCO_2$/t-km for short-haul aircraft, whereas passenger transport typically ranges from ~20–300 $gCO_2$/p-km. GHG emissions arising from the use of liquid and gaseous fuels produced from unconventional reserves, such as



**Figure 8.4 |** Total passenger distance travelled by mode and region in 2000 and 2010 (IEA, 2012c)

Note: Non-motorized modal shares are not included, but can be relatively high in Asia and Africa. For RC5 region definitions see Annex II.2.

from oil sands and shale deposits, vary with the feedstock source and refining process. Although some uncertainty remains, GHG emissions from unconventional reserves are generally higher per vehicle kilometre compared with using conventional petroleum products (Brandt,

2009, 2011, 2012; Charpentier et al., 2009; ETSAP, 2010; IEA, 2010a; Howarth et al., 2011, 2012; Cathles et al., 2012).

'Sustainable transport', arising from the concept of sustainable development, aims to provide accessibility for all to help meet the basic daily mobility needs consistent with human and ecosystem health, but to constrain GHG emissions by, for example, decoupling mobility from oil dependence and LDV use. Annual transport emissions per capita correlate strongly with annual income, both within and between countries (Chapter 5) but can differ widely even for regions with similar income per capita. For example, the United States has around 2.8 times the transport emissions per capita than those of Japan (IEA, 2012a). In least developed countries (LDCs), increased motorized mobility will produce large increases in GHG emissions but give significant social benefits such as better access to markets and opportunities to improve education and health (Africa Union, 2009; Pendakur, 2011; Sietchiping et al., 2012). Systemic goals for mobility, climate, and energy security can help develop the more general sustainable transport principles. Affordable, safe, equitable, and efficient travel services can be provided with fairness of mobility access across and within generations (CST, 2002; ECMT, 2004; Bongardt et al., 2011; E C Environment, 2011; Zegras, 2011; Figueroa and Kahn Ribeiro, 2013).

The following sections of this chapter outline how changes to the transport sector could reduce direct GHG emissions over the next decades to help offset the significant global increase in demand projected for movement of both passengers and freight.



**Figure 8.5 |** Final energy consumption of fuels by transport sub-sectors in 2009 for freight and passengers, with heat losses at around two thirds of total fuel energy giving an average conversion efficiency of fuel to kinetic energy of around 32 %. Note: Width of lines depicts total energy flows. (IEA, 2012d).



*The ranges only give an indication of direct vehicle fuel emissions. They exclude indirect emissions arising from vehicle manufacture, infrastructure, etc. included in life-cycle analyses except from electricity used for rail.

**Figure 8.6 |** Typical ranges of direct $CO_2$ emissions per passenger kilometre and per tonne-kilometre for freight, for the main transport modes when fuelled by fossil fuels including thermal electricity generation for rail. (ADEME, 2007; US DoT, 2010; Der Boer et al., 2011; NTM, 2012; WBCSD, 2012).

## 8.2    New developments in emission trends and drivers

Assessments of transport GHG emissions require a comprehensive and differential understanding of trends and drivers that impact on the movement of goods and people. Transport's share of total national GHG emissions range from up to 30 % in high income economies to less than 3 % in LDCs, mirroring the status of their industry and service sectors (Schäfer et al., 2009; Bongardt et al., 2011) (IEA, 2012a; JRC/PBL, 2013; see Annex II.8) (see inset Figure 8.3). Travel patterns

vary with regional locations and the modes available, and guide the development of specific emission reduction pathways.

Indicators such as travel activity, vehicle occupancy rates, and fuel consumption per capita can be used to assess trends towards reducing emissions and reaching sustainability goals (WBCSD, 2004; Dalkmann and Brannigan, 2007; Joumard and Gudmundsson, 2010; Kane, 2010; Litman, 2007; Ramani et al., 2011). For example, petroleum product consumption to meet all transport demands in 2009 ranged from 52 GJ/capita in North America to less than 4 GJ/capita in Africa and India where mobility for many people is limited to walking and cycling. Likewise, residents and businesses of several cities in the United States consume over 100 GJ/capita each year on transport whereas those in

many Indian and Chinese cities use less than 2 GJ/capita (Newman and Kenworthy, 2011a). For freight, companies are starting to adopt green initiatives as a means of cost savings and sustainability initiatives (Fürst and Oberhofer, 2012). Such programmes are also likely to reduce GHG emissions, although the long-term impact is difficult to assess.

## 8.2.1    Trends

As economies have shifted from agriculture to industry to service, the absolute GHG emissions from transport (Figure 8.1) and the share of total GHG emissions by the transport sector (Chapter 5.2.1) have risen considerably. Total LDV ownership is expected to double in the next few decades (IEA, 2009) from the current level of around 1 billion vehicles (Sousanis, 2011). Two-thirds of this growth is expected in non-OECD countries where increased demand for mobility is also being met by motorized two-wheelers and expansion of bus and rail public transport systems. However, passenger kilometres travelled and per capita ownership of LDVs will likely remain much lower than in OECD countries (Cuenot et al., 2012; Figueroa et al., 2013).

Air transport demand is projected to continue to increase in most OECD countries (see Section 8.9). Investments in high-speed rail systems could moderate growth rates over short- to medium-haul distances in Europe, Japan, China, and elsewhere (Park and Ha, 2006; Gilbert and Perl, 2010; Åkerman, 2011; Salter et al., 2011).

There is limited evidence that reductions to date in carbon intensity, energy intensity, and activity, as demonstrated in China, Japan, and Europe, have adequately constrained transport GHG emissions growth in the context of mitigation targets. Recent trends suggest that economic, lifestyle, and cultural changes will be insufficient to mitigate global increases in transport emissions without stringent policy instruments, incentives, or other interventions being needed (see Section 8.10).

### 8.2.1.1    Non-CO$_2$ greenhouse gas emissions, black carbon, and aerosols

The transport sector emits non-CO$_2$ pollutants that are also climate forcers. These include methane, volatile organic compounds (VOCs), nitrogen oxides (NO$_x$), sulphur dioxide (SO$_2$), carbon monoxide (CO), F-gases, black carbon, and non-absorbing aerosols (Ubbels et al., 2002; Sections 5.2.2 and 6.6.2.1). Methane emissions are largely associated with leakage from the production of natural gas and the filling of compressed natural gas vehicles; VOCs, NO$_x$ and CO are emitted by internal combustion engines; and F-gas emissions generally from air conditioners (including those in vehicles) and refrigerators. Contrails from aircraft and emissions from ships also impact on the troposphere and the marine boundary layer, respectively (Fuglestvedt et al., 2009; Lee et al., 2010). Aviation emissions can also impact on cloud formation and therefore have an indirect effect on climate forcing (Burkhardt and Kärcher, 2011).

Black carbon and non-absorbing aerosols, emitted mainly during diesel engine operation, have short lifetimes in the atmosphere of only days to weeks, but can have significant direct and indirect radiative forcing effects and large regional impacts (Boucher et al., 2013). In North and South America and Europe, over half the black carbon emissions result from combusting diesel and other heavy distillate fuels (including marine oil), in vehicle engines (Bond et al., 2013). Black carbon emissions are also significant in parts of Asia, Africa, and elsewhere from biomass and coal combustion, but the relative contribution from transport is expected to grow in the future. There is strong evidence that reducing black carbon emissions from HDVs, off-road vehicles, and ships could provide an important short term strategy to mitigate atmospheric concentrations of positive radiative forcing pollutants (USEPA, 2012; Shindell et al., 2013; Chapter 6.6; WG I Chapter 7).

Conversely, transport is also a significant emitter of primary aerosols that scatter light and gases that undergo chemical reactions to produce secondary aerosols. Primary and secondary organic aerosols, secondary sulphate aerosols formed from sulphur dioxide emissions, and secondary nitrate aerosols from nitrogen oxide emissions from ships, aircraft, and road vehicles, can have strong, local, and regional cooling impacts (Boucher et al., 2013).

The relative contributions of different short-term pollutants to radiative forcing in 2020 have been equated by Unger et al. (2010) to having continuous constant GHG emissions since 2000. Although this study did not provide a projection for future emissions scenarios, it did offer a qualitative comparison of short- and long-term impacts of different pollutants. Relative to CO$_2$, major short-term impacts stem from black carbon, indirect effects of aerosols and ozone from land vehicles, and aerosols and methane emissions associated with ships and aircraft. Their relative impacts due to the longer atmospheric lifetime of CO$_2$ will be greatly reduced when integrated from the present time to 2100.

Although emissions of non-CO$_2$ GHGs and aerosols can be mitigated by reducing carbon intensity, improving energy intensity, changing to lower-carbon modes, and reducing transport activity, they can also be significantly reduced by technologies that prevent their formation or lead to their destruction using after-treatments. Emission control devices such as diesel particulate filters and selective catalytic reduction have fuel efficiency penalties that can lead to an increase in transport CO$_2$ emissions.

Non-CO$_2$ emissions from road transport and aviation and shipping activities in ports have historically been constrained by local air quality regulations that are directed at near-surface pollution and seek to protect human health and welfare by reducing ozone, particulate matter, sulphur dioxide, and toxic components or aerosols, including vanadium, nickel, and polycyclic aromatic hydrocarbons (Verma et al. 2011). The importance of regional climate change in the context of mitigation has prompted a growing awareness of the climate impact of these emissions. Policies are already in place for reducing emissions of F-gases, which are expected to continue to decrease with time (Prinn

**8**

et al., 2000). More efforts are being directed at potential programmes to accelerate control measures to reduce emissions of black carbon, ozone precursors, aerosols, and aerosol precursors (Lin and Lin, 2006). Emissions from road vehicles continue to decrease per unit of travel in many regions due to efforts made to protect human health from air pollution. The implementation of these controls could potentially be accelerated as a driver to mitigate climate change (Oxley et al., 2012). Short-term mitigation strategies that focus on black carbon and contrails from aircraft, together with national and international programmes to reduce aerosol and sulphate emissions from shipping, are being implemented (Buhaug et al. al, 2009; Lack, 2012). However, the human health benefits from GHG emissions reductions and the co-benefits of climate change mitigation through black carbon reductions need to be better assessed (Woodcock et al., 2009).

### 8.2.2    Drivers

The major drivers that affect transport trends are travel time budgets, costs and prices, increased personal income, and social and cultural factors (Schäfer, 2011). For a detailed discussion of effects of urban form and structure on elasticities of vehicle kilometres travelled see Section 12.4.2.

**Travel time budget.** Transport helps determine the economy of a city or region based on the time taken to move people and goods around. Travel time budgets are usually fixed and tied to both travel costs and time costs (Noland, 2001; Cervero, 2001; Noland and Lem, 2002). Because cities vary in the proportion of people using different transport modes, urban planners tend to try to adapt land use planning to fit these modes in order to enable speeds of around 5 km/hr for walking, 20–30 km/hr for mass transit, and 40–50 km/hr for LDVs, though subject to great variability. Infrastructure and urban areas are usually planned for walking, mass transit, or LDVs so that destinations can be reached in half an hour on average (Newman and Kenworthy, 1999).

Urban travel time budgets for a typical commute between work and home average around 1.1–1.3 hours per traveller per day in both developed and developing economies (Zahavi and Talvitie, 1980; van Wee et al., 2006). Higher residential density can save fuel for LDVs, but leads to more congested commutes (Small and Verhoef, 2007; Downs, 2004). While new road construction can reduce LDV travel time in the short run, it also encourages increased LDV demand, which typically leads to increases in travel time to a similar level as before (Maat and Arentze, 2012). Moreover, land uses quickly adapt to any new road transport infrastructure so that a similar travel time eventually resumes (Mokhtarian and Chen, 2004).

Regional freight movements do not have the same fixed time demands, but rather are based more on the need to remain competitive by limiting transport costs to a small proportion of the total costs of the goods (Schiller et al. 2010). See also Section 12.4.2.2.4 on accessibility aspects of urban form.

**Costs and prices.** The relative decline of transport costs as a share of increasing personal expenditure has been the major driver of increased transport demand in OECD countries throughout the last century and more recently in non-OECD countries (Mulalic et al., 2013). The price of fuel, together with the development of mass transit systems and non-motorized transport infrastructure, are major factors in determining the level of LDV use versus choosing public transport, cycling, or walking (Hughes et al., 2006). Transport fuel prices, heavily influenced by taxes, also impact on the competition between road and rail freight. The costs of operating HDVs, aircraft, and boats increase dramatically when fuel costs go up given that fuel costs are a relatively high share of total costs (Dinwoodie, 2006). This has promulgated the designs of more fuel efficient engines and vehicle designs (Section 8.3) (IEA, 2009). Although the average life of aircraft and marine engines is two to three decades and fleet turnover is slower than for road vehicles and small boats, improving their fuel efficiency still makes good economic sense (IEA, 2009).

The high cost of developing new infrastructure requires significant capital investment that, together with urban planning, can be managed and used as a tool to reduce transport demand and also encourage modal shift (Waddell et al., 2007). Changing urban form through planning and development can therefore play a significant role in the mitigation of transport GHG emissions (see Section 8.4) (Kennedy et al., 2009). See also Section 12.5.2 on urban policy instruments.

**Social and cultural factors.** Population growth and changes in demographics are major drivers for increased transport demand. Economic structural change, particularly in non-OECD countries, can lead to increased specialization of jobs and a more gender-diversified workforce, which can result in more and longer commutes (McQuaid and Chen, 2012). At the household level, once a motorized vehicle becomes affordable, even in relatively poor households, then it becomes a major item of expenditure; however, ownership has still proven to be increasingly popular with each new generation (Giuliano and Dargay, 2006; Lescaroux, 2010; Zhu et al., 2012). Thus, there is a high growth rate in ownership of motorized two-wheel vehicles and LDVs evident in developing countries, resulting in increasing safety risks for pedestrians and non-motorized modes (Nantulya and Reich 2002; Pendakur, 2011). The development of large shopping centres and malls usually located outside the city centre allows many products to be purchased by a consumer following a single journey but the travel distance to these large shopping complexes has tended to increase (Weltevreden, 2007). For freight transport, economic globalization has increased the volume and distance of movement of goods and materials (Henstra et al., 2007).

Modal choice can be driven by social factors that are above and beyond the usual time, cost, and price drivers. For example, some urban dwellers avoid using mass transit or walking due to safety and security issues. However, there is evidence that over the past decade younger people in some OECD cities are choosing walking, cycling, and mass transit over LDVs (Parkany et al., 2004; Newman and Kenworthy, 2011b; Delbosc and Currie, 2013; Kuhnimhof et al., 2013) although this trend could change as people age (Goodwin and van Dender, 2013).

Another example is that in some societies, owning and driving a LDV can provide a symbolic function of status and a basis for sociability and networking through various sign-values such as speed, safety, success, career achievement, freedom, masculinity, and emancipation of women (Mokhtarian and Salomon, 2001; Steg, 2005; Bamberg et al., 2011; Carrabine and Longhurst, 2002; Miller, 2001; Sheller, 2004; Urry, 2007). In such cases, the feeling of power and superiority associated with owning and using a LDV may influence driver behaviour, for example, speeding without a concern for safety, or without a concern about fuel consumption, noise, or emissions (Brozović and Ando, 2009; Tiwari and Jain, 2012). The possible effects on travel patterns from declining incomes are unclear.

Lifestyle and behavioural factors are important for any assessment of potential change to low-carbon transport options and additional research is needed to assess the willingness of people to change (Ashton-Graham, 2008; Ashton-Graham and Newman, 2013). Disruptive technologies such as driverless cars and consumer-based manufacturing (e.g. 3-D printing) could impact on future transport demands but these are difficult to predict. Likewise, the impact of new information technology (IT) applications and telecommuting could potentially change travel patterns, reduce trips, or facilitate interactions with the mode of choice (ITF, 2011). Conversely, increased demand for tourism is expected to continue to be a driver for all transport modes (Sections 8.1 and 10.4; Gössling et al., 2009).

## 8.3   Mitigation technology options, practices and behavioural aspects

Technological improvements and new technology-related practices can make substantial contributions to climate change mitigation in the transport sector. This section focuses on energy intensity reduction technology options for LDVs, HDVs, ships, trains and aircraft and fuel carbon intensity reduction options related to the use of natural gas, electricity, hydrogen and biofuels. It also addresses some technology-related behavioural aspects concerning the uptake and use of new technologies, behaviour of firms, and rebound effects. Urban form and modal shift options are discussed in Section 8.4.

### 8.3.1   Energy intensity reduction—incremental vehicle technologies

Recent advances in LDVs in response to strong regulatory efforts in Japan, Europe, and the United States have demonstrated that there is substantial potential for improving internal combustion engines (ICEs) with both conventional and hybrid drive-trains. Recent estimates suggest substantial additional, unrealized potentials exist compared to

similar-sized, typical 2007–2010 vehicles, with up to 50 % improvements in vehicle fuel economy (in MJ/km or litres/100km units, or equal to 100 % when measured as km/MJ, km/l, or miles per gallon) (Bandivadekar et al., 2008; Greene and Plotkin, 2011). Similar or slightly lower potentials exist for HDVs, waterborne craft, and aircraft.

#### 8.3.1.1   Light duty vehicles

As of 2011, leading-edge LDVs had drive-trains with direct injection gasoline or diesel engines (many with turbochargers), coupled with automated manual or automatic transmissions with six or more gears (SAE International, 2011). Drive-train redesigns of average vehicles to bring them up to similar levels could yield reductions in fuel consumption and GHG emissions of 25 % or more (NRC, 2013). In European Union 27 (EU27), the average tested emissions of 2011 model LDVs was 136 g$CO_2$/km, with some models achieving below 100 g$CO_2$/km (EEA, 2012). In developing countries, vehicle technology levels are typically lower, although average fuel economy can be similar since vehicle size, weight, and power levels are also typically lower (IEA, 2012d).

Hybrid drive-trains (ICE plus electric motor with battery storage) can provide reductions up to 35 % compared to similar non-hybridized vehicles (IEA, 2012e) and have become mainstream in many countries, but with only a small share of annual sales over the last decade except in Japan, where over two million had been sold by 2012 (IEA, 2012e). There is substantial potential for further advances in drive-train design and operation, and for incremental technologies (NRC, 2013). There is often a time lag between when new technologies first appear in OECD countries and when they reach developing countries, which import mostly second-hand vehicles (IEA, 2009).

Lower fuel consumption can be achieved by reducing the loads that the engine must overcome, such as aerodynamic forces, auxiliary components (including lighting and air conditioners), and rolling resistance. Changes that reduce energy loads include improved aerodynamics, more efficient auxiliaries, lower rolling-resistance tyres, and weight reduction. With vehicle performance held constant, reducing vehicle weight by 10 % gives a fuel economy improvement of about 7 % (EEA, 2006). Together, these non-drive-train changes offer potential fuel consumption reductions of around 25 % (ICCT, 2012a; NRC, 2013). Combined with improved engines and drive-train systems, overall LDV fuel consumption for new ICE-powered vehicles could be reduced by at least half by 2035 compared to 2005 (Bandivadekar et al., 2008; NRC, 2013). This predicted reduction is consistent with the *Global Fuel Economy Initiative* target for new LDVs of a 50 % reduction in average fuel use per kilometre in 2030 compared to 2005 (Eads, 2010).

#### 8.3.1.2   Heavy-duty vehicles

Most modern medium and HDVs already have efficient diesel engines (up to 45 % thermal efficiency), and long-haul trucks often have

**8**

streamlined spoilers on their cabs to reduce drag, particularly in OECD countries. Aerodynamic drag can also be reduced using other modifications offering up to 10 % reduction in fuel consumption (TIAX, 2009; NRC, 2010; AEA, 2011). In non-OECD countries, many older trucks with relatively inefficient (and highly polluting) engines are common. Truck modernization, along with better engine, tyre, and vehicle maintenance, can significantly improve fuel economy in many cases.

Medium and HDVs in the United States can achieve a reduction in energy intensity of 30–50 % by 2020 by using a range of technology and operational improvements (NRC, 2010a). Few similar estimates are available in non-OECD countries, but most technologies eventually will be applicable for HDVs around the world.

Expanding the carrying capacity of HDVs in terms of both volume and weight can yield significant net reductions in the energy intensity of trucks so long as the additional capacity is well utilized. A comparison of the performance of 18 longer and heavier HDVs in nine countries (ITF/OECD, 2010) concluded that higher capacity vehicles can significantly reduce $CO_2$ emissions per t-km. The use of long combination vehicles rather than single trailer vehicles has been shown to cut direct GHG emissions by up to 32 % (Woodrooffe and Ash, 2001).

Trucks and buses that operate largely in urban areas with a lot of stop-and-go travel can achieve substantial benefits from using electric hybrid or hydraulic hybrid drive-trains. Typically a 20–30 % reduction in fuel consumption can be achieved via hybridization (Chandler et al., 2006; AEA, 2011).

#### 8.3.1.3    Rail, waterborne craft, and aircraft

Rail is generally energy efficient, but improvements can be gained from multiple drive-trains and load-reduction measures. For example, the high-speed 'Shinkansen' train in Japan gained a 40 % reduction of energy consumption by optimizing the length and shape of the lead nose, reducing weight, and by using efficient power electronics (UIC, 2011); Amtrack in the United States employed regenerative braking systems to reduce energy consumption by 8 % (UIC, 2011); and in China, electrification and other measures from 1975 to 2007 contributed to a 87 % reduction in $CO_2$ emission intensity of the rail system (He et al., 2010).

Shipping is a comparatively efficient mode of freight and passenger transport, although size and load factor are important determinants for specific motorized craft, large and small. Efficiency of new-built vessels can be improved by 5–30 % through changes in engine and transmission technologies, waste heat recovery, auxiliary power systems, propeller and rotor systems, aerodynamics and hydrodynamics of the hull structure, air lubrication systems, electronically controlled engine systems to give fuel efficient speeds, and weight reduction (IMO, 2009; Notteboom and Vernimmen, 2009; AEA, 2007; IEA, 2009; IMO, 2009; ICCT, 2011). Retrofit and maintenance measures can provide additional efficiency gains of 4–20 % (Buhaug and et. al, 2009) and operational

changes, such as anti-fouling coatings to cut water resistance, along with operation at optimal speeds, can provide 5–30 % improvement (Pianoforte, 2008; Corbett et al., 2009; WSC, 2011).

Several methods for improving waterborne craft efficiency are already in use. For example, wind propulsion systems such as kites and parafoils can provide lift and propulsion to reduce fuel consumption by up to 30 %, though average savings may be much less (Kleiner, 2007). Photovoltaics and small wind turbines can provide on-board electricity and be part of 'cold ironing' electric systems in ports. For international shipping, combined technical and operational measures have been estimated to potentially reduce energy use and $CO_2$ emissions by up to 43 % per t-km between 2007 and 2020 and by up to 60 % by 2050 (Crist, 2009; IMO, 2009).

Aircraft designs have received substantial, on-going technology efficiency improvements over past decades (ITF, 2009) typically offering a 20–30 % reduction in energy intensity compared to older aircraft models (IEA, 2009). Further fuel efficiency gains of 40–50 % in the 2030–2050 timeframe (compared to 2005) could come from weight reduction, aerodynamic and engine performance improvements, and aircraft systems design (IEA, 2009). However, the rate of introduction of major aircraft design concepts could be slow without significant policy incentives, regulations at the regional or global level, or further increases in fuel prices (Lee, 2010). Retrofit opportunities, such as engine replacement and adding 'winglets', can also provide significant reductions (Gohardani et al., 2011; Marks, 2009). Improving air traffic management can reduce $CO_2$ emissions through more direct routings and flying at optimum altitudes and speeds (Dell'Olmo and Lulli, 2003; Pyrialakou et al., 2012). Efficiency improvements of ground service equipment and electric auxiliary power units can provide some additional GHG reductions (Pyrialakou et al., 2012).

### 8.3.2    Energy intensity reduction—advanced propulsion systems

At present, most vehicles and equipment across all transport modes are powered by ICEs, with gasoline and diesel as the main fuels for LDVs; gasoline for 2- and 3-wheelers and small water craft; diesel for HDVs; diesel or heavy fuel oil for ships and trains (other than those using grid electricity); and kerosene for aircraft turbine engines. New propulsion systems include electric motors powered by batteries or fuel cells, turbines (particularly for rail), and various hybridized concepts. All offer significant potential reductions in GHG, but will require considerable time to penetrate the vehicle fleet due to slow stock turnover rates.

#### 8.3.2.1    Road vehicles—battery and fuel cell electric-drives

Battery electric vehicles (BEVs) emit no tailpipe emissions and have potentially very low fuel-production emissions (when using low-car-

bon electricity generation) (Kromer and Heywood, 2007). BEVs operate at a drive-train efficiency of around 80 % compared with about 20–35 % for conventional ICE LDVs. At present, commercially available BEVs typically have a limited driving range of about 100–160km, long recharge times of four hours or more (except with fast-charging or battery switching systems), and high battery costs that lead to relatively high vehicle retail prices (Greene and Plotkin, 2011). Lithium ion (Li-ion) batteries will likely improve but new battery technologies (e.g., Li-air, Li-metal, Li-sulphur) and ultra-capacitors may be required to achieve much higher energy and power densities (IEA, 2009; NRC, 2013). Compressed air as an energy storage medium for LDVs is thermo-dynamically inefficient and would require high storage volume (Creutzig et al., 2009).

Plug-in hybrid electric vehicles (PHEVs) capable of grid recharging typically can operate on battery electricity for 20 to 50 km, but emit $CO_2$ when their ICE is operating. The electric range of PHEVs is heavily dependent on the size of battery, design architectures, and control strategies for the operation of each mode (Plotkin et al., 2001).

For HDVs, the use of BEVs is most applicable to light-medium duty urban vehicles such as delivery vans or garbage collection trucks whose drive cycles involve frequent stops and starts and do not need a long range (TIAX, 2009; AEA, 2011). Transit buses are also good candidates for electrification either with batteries or more commonly using overhead wire systems (IEA, 2009). Electric 2-wheelers with lower requirements for battery and motor capacities are a mature technology with widespread acceptance, especially in developing countries (Weinert, 2008). For example, there were over 120 million electric 2-wheelers in China by the end of 2010 (Wu et al., 2011).

Fuel cell vehicles (FCVs) can be configured with conventional, hybrid, or plug-in hybrid drive-trains. The fuel cells generate electricity from hydrogen that may be generated on-board (by reforming natural gas, methanol, ammonia, or other hydrogen-containing fuel), or produced externally and stored on-board after refuelling. FCVs produce no tailpipe emissions except water and can offer a driving range similar to today's gasoline/diesel LDVs, but with a high cost increment. Fuel cells typically operate with a conversion efficiency of 54–61 % (significantly better than ICEs can achieve), giving an overall fuel-cycle efficiency of about 35–49 % for an LDV (JHFC, 2011).

Although a number of FCV LDVs, HDVs, and buses have been demonstrated and some are expected to become commercially available within five years, overall it could take 10 years or longer for FCVs to achieve commercial success based on current oil and vehicle purchase prices (IEA, 2012e).

### 8.3.2.2    Rail, waterborne craft, and aircraft

Diesel-hybrid locomotives demonstrated in the UK and advanced types of hybrid drive-trains under development in the United States and Japan, could save 10–20 % of diesel fuel plus around a 60 % reduction of $NO_x$ and particulate matter compared to conventional locomotives (JR East, 2011). A shift to full electrification may enable many rail systems to reach very low $CO_2$ emissions per kilometre where electricity generation has been deeply decarbonized. Fuel cell systems for rail may be attractive in areas lacking existing electricity infrastructure (IEA, 2012e).

Most ocean-going ships will probably continue to use marine diesel engines for the foreseeable future, given their high reliability and low cost. However, new propulsion systems are in development. Full electrification appears unlikely given the energy storage requirements for long-range operations, although on-board solar power generation systems could be used to provide auxiliary power and is already used for small craft (Crist, 2009). Fuel cell systems (commonly solid-oxide) with electric motors could be used for propulsion, either with hydrogen fuel directly loaded and stored on board or with on-board reforming. However, the cost of such systems appears relatively high, as are nuclear power systems as used in some navy vessels.

For large commercial aircraft, no serious alternative to jet engines for propulsion has been identified, though fuel-switching options are possible, including 'drop-in' biofuels (that are fungible with petroleum products, can be blended from 0 to 100 %, and are compatible with all existing engines) or hydrogen. Hydrogen aircraft are considered only a very long run option due to hydrogen's low energy density and the difficulty of storing it on board, which requires completely new aircraft designs and likely significant compromises in performance (Cryoplane, 2003). For small, light aircraft, advanced battery electric/motor systems could be deployed but would have limited range (Luongo et al., 2009).

### 8.3.3    Fuel carbon intensity reduction

In principle, low-carbon fuels from natural gas, electricity, hydrogen, and biofuels (including biomethane) could all enable transport systems to be operated with low direct fuel-cycle $CO_2$eq emissions, but this would depend heavily on their feedstocks and conversion processes.

Natural gas (primarily methane) can be compressed (CNG) to replace gasoline in Otto-cycle (spark ignition) vehicle engines after minor modifications to fuel and control systems. CNG can also be used to replace diesel in compression ignition engines but significant modifications are needed. Denser storage can be achieved by liquefaction of natural gas (LNG), which is successfully being used for long-haul HDVs and ships (Buhaug and et. al, 2009; Arteconi et al., 2010). The energy efficiency of driving on CNG is typically similar to that for gasoline or diesel but with a reduction of up to 25 % in tailpipe emissions ($CO_2$/km) because of differences in fuel carbon intensity. Lifecycle GHG analysis suggests lower net reductions, in the range of 10–15 % for natural gas fuel systems. They may also provide a bridge to lower carbon biomethane systems from biogas (IEA, 2009).

**8**

Electricity can be supplied to BEVs and PHEVS via home or public rechargers. The varying GHG emissions intensity of power grids directly affects lifecycle $CO_2eq$ emissions (IEA, 2012e). Since the GHG intensity of a typical coal-based power plant is about 1000 $gCO_2eq/kWh$ at the outlet (Wang, 2012a), for a BEV with efficiency of 200 Wh/km, this would equate to about 200 $gCO_2eq/km$, which is higher than for an efficient ICE or hybrid LDV. Using electricity generated from nuclear or renewable energy power plants, or from fossil fuel plants with carbon dioxide capture and storage (CCS), near-zero fuel-cycle emissions could result for BEVs. The numbers of EVs in any country are unlikely to reach levels that significantly affect national electricity demand for at least one to two decades, during which time electricity systems could be at least partially decarbonized and modified to accommodate many EVs (IEA, 2012e).

Hydrogen used in FCVs, or directly in modified ICEs, can be produced by the reforming of biomass, coal or natural gas (steam methane reforming is well-established in commercial plants); via commercial but relatively expensive electrolysis using electricity from a range of sources including renewable; or from biological processes (IEA, 2009). The mix of feedstocks largely determines the well-to-wheel GHG emissions of FCVs. Advanced, high-temperature and photo-electrochemical technologies at the R&D stage could eventually become viable pathways (Arvizu et al., 2011). Deployment of FCVs (8.3.2.1) needs to be accompanied by large, geographically focused, investments into hydrogen production and distribution and vehicle refuelling infrastructure. Costs can be reduced by strategic placement of stations (Ogden and Nicholas, 2011) starting with specific locations ('lighthouse cities') and a high degree of coordination between fuel suppliers, vehicle manufacturers and policy makers is needed to overcome 'chicken-or-egg' vehicle/fuel supply problems (ITS-UC Davis, 2011).

A variety of liquid and gaseous biofuels can be produced from various biomass feedstocks using a range of conversion pathways (Chapter 11.A.3). The ability to produce and integrate large volumes of biofuels cost-effectively and sustainably are primary concerns of which policy makers should be aware (Sims et al., 2011). In contrast to electricity and hydrogen, liquid biofuels are relatively energy-dense and are, at least in certain forms and blend quantities, compatible with the existing petroleum fuel infrastructure and with all types of ICEs installed in LDVs, HDVs, waterborne craft, and aircraft. Ethanol and biodiesel (fatty-acid-methyl-ester, FAME) can be blended at low levels (10–15 %) with petroleum fuels for use in unmodified ICEs. New ICEs can be cheaply modified during manufacture to accommodate much higher blends as exemplified by 'flex-fuel' gasoline engines where ethanol can reach 85 % of the fuel blend (ANFAVEA, 2012). However, ethanol has about a 35 % lower energy density than gasoline, which reduces vehicle range—particularly at high blend levels— that can be a problem especially for aircraft. Synthetic 'drop-in' biofuels have similar properties to diesel and kerosene fuels. They can be derived from a number of possible feedstocks and conversion processes, such as the hydro-treatment of vegetable oils or the Fischer-Tropsch conversion of biomass (Shah, 2013). Bio-jet fuels suitable for aircraft have been dem-

onstrated to meet the very strict fuel specifications required (Takeshita and Yamaji, 2008; Caldecott and Tooze, 2009). Technologies to produce ligno-cellulosic, Fisher-Tropsch, algae-based, and other advanced biofuels are in development, but may need another decade or more to achieve widespread commercial use (IEA, 2011a). Bio-methane from suitably purified biogas or landfill gas can also be used in natural gas vehicles (REN21, 2012).

Biofuels have direct, fuel-cycle GHG emissions that are typically 30–90 % lower per kilometre travelled than those for gasoline or diesel fuels. However, since for some biofuels, indirect emissions—including from land use change—can lead to greater total emissions than when using petroleum products, policy support needs to be considered on a case by case basis (see Chapter 11.13 and, for example, Lapola et al., 2010; Plevin et al., 2010; Wang et al., 2011; Creutzig et al., 2012a).

### 8.3.4    Comparative analysis

The vehicle and power-train technologies described above for reducing fuel consumption and related $CO_2$ emissions span a wide range and are not necessarily additive. When combined, and including different propulsion and fuel systems, their overall mitigation potential can be evaluated as an integrated fuel/vehicle system (see Section 8.6). However, to produce an overall mitigation evaluation of the optimal design of a transport system, non-$CO_2$ emissions, passenger or freight occupancy factors, and indirect GHG emissions from vehicle manufacture and infrastructure should also be integrated to gain a full comparison of the relative GHG emissions across modes (see Section 8.4; Hawkins et al., 2012; Borken-Kleefeld et al., 2013).

Taking LDVs as an example, a comparative assessment of current and future fuel consumption reduction potentials per kilometre has been made (Figure 8.7), starting from a 2010 baseline gasoline vehicle at about 8 lge[4] /100km and 195 g/km $CO_2$. Using a range of technologies, average new LDV fuel economy can be doubled (in units of distance per energy, i.e., energy intensity cut by 50 %). Further improvements can be expected for hybrids, PHEVs, BEVs, and FCVs, but several hurdles must be overcome to achieve wide market penetration (see Section 8.8). Vehicle cost increases due to new technologies could affect customers' willingness to pay, and thus affect market penetration, although cost increases would be at least partly offset by fuel cost savings (see Section 8.6).

### 8.3.5    Behavioural aspects

The successful uptake of more efficient vehicles, advanced technologies, new fuels, and the use of these fuels and vehicles in 'real life' conditions, involves behavioural aspects.

---

[4]    "Litre per gasoline equivalent" allows for a comparison between fuels with different energy contents.



**Figure 8.7 |** Indicative fuel consumption reduction potential ranges for a number of LDV technology drive-train and fuel options in 2010 and 2030, compared with a baseline gasoline internal combustion engine (ICE) vehicle consuming 8 l/100km in 2010. (Based on Kobayashi et al., 2009; Plotkin et al., 2009; IEA, 2012b; NRC, 2013).

- **Purchase behaviour:** Few consumers attempt to minimize the lifecycle costs of vehicle ownership (Greene, 2010a), which leads to a considerable imbalance of individual costs versus society-wide benefits. There is often a lack of interest in purchasing more fuel efficient vehicles (Wozny and Allcott, 2010) due to imperfect information, information overload on decision making, and consumer uncertainty about future fuel prices and vehicle life (Anderson et al., 2011; Small, 2012). This suggests that in order to promote the most efficient vehicles, strong policies such as fuel economy standards, sliding-scale vehicle tax systems, or 'feebate' systems with a variable tax based on fuel economy or CO$_2$ emissions may be needed (Section 8.10) (Gallagher and Muehlegger, 2011). Vehicle characteristics are largely determined by the desires of new-car buyers in wealthier countries, so there may be a five-year or longer lag before new technologies reach second-hand vehicle markets in large quantities, particularly through imports to many developing countries (though this situation will likely change in the coming decades as new car sales rise across non-OECD countries) (IEA, 2009).

- **New technologies/fuels:** Consumers' unwillingness to purchase new types of vehicles with significantly different attributes (such as smaller size, shorter range, longer refuelling or recharging time, higher cost) is a potential barrier to introducing innovative propulsion systems and fuels (Brozović and Ando, 2009). This may relate simply to the perceived quality of various attributes or to risk aversion from uncertainty (such as driving range anxiety for

BEVs[5]) (Wenzel and Ross, 2005). The extent to which policies must compensate by providing incentives varies but may be substantial (Gallagher and Muehlegger, 2011).

- **On-road fuel economy:** The fuel economy of a vehicle as quoted from independent testing can be up to 30 % better than that actually achieved by an average driver on the road (IEA, 2009; TMO, 2010; ICCT, 2012). This gap reflects a combination of factors including inadequacies in the test procedure, real-world driving conditions (e.g., road surface quality, weather conditions), driver behaviour, and vehicle age and maintenance. Also congested traffic conditions in OECD cities differ from mixed-mode conditions in some developing countries (Tiwari et al., 2008; Gowri et al., 2009). Some countries have attempted to adjust for these differences in their public vehicle fuel economy information. A significant reduction in the gap may be achievable by an 'integrated approach' that includes better traffic management, intelligent transport systems, and improved vehicle and road maintenance (IEA, 2012e).

- **Eco-Driving:** A 5–10 % improvement in on-road fuel economy can be achieved for LDVs through efforts to promote 'eco-driving' (An et al., 2011; IEA, 2012d). Fuel efficiency improvements from eco-driving for HDVs are in the 5–20 % range (AEA, 2011).

- **Driving behaviour with new types of vehicles:** Taking electric vehicles (EVs) as an example, day/night recharging patterns and the location of public recharging systems could affect how much these vehicles are driven, when and where they are driven, and potentially their GHG emissions impacts (Axsen and Kurani, 2012).

- **Driving rebound effects:** Reactions to lowering the cost of travel (through fuel economy measures or using budget airline operators) can encourage more travel, commonly known as the (direct) rebound effect (Greene et al., 1999; for a general discussion of the rebound effect see Section 5.6.1). In North America, fuel cost elasticity is in the range of a −0.05 to −0.30 (e.g., a 50 % cut in the fuel cost would result in a 2.5 % to 15 % increase in driving). Several studies show it is declining (Hughes et al., 2006; Small and van Dender, 2007; EPA, 2012). The rebound effect is larger when the marginal cost of driving (mostly gasoline) is a high share of household income. The implication for non-OECD countries is that the price elasticity of demand for vehicle travel will be a function of household income. The rebound effect may be higher in countries with more modal choice options or where price sensitivity is higher, but research is poor for most countries and regions outside the OECD. Minimizing the rebound can be addressed by fuel taxes or road pricing that offset the lower travel costs created by efficiency improvements or reduced oil prices (see Section 8.10) (Hochman et al., 2010; Rajagopal et al., 2011; Chen and Khanna, 2012).

---

[5]   Should a BEV run out of stored energy, it is less easy to refuel than is an ICE vehicle that runs out of gasoline. With typical ranges around 100–160 km, BEV drivers can become anxious about failing to complete their journey.

**8**

- **Vehicle choice-related rebounds:** Other types of rebound effect are apparent, such as shifts to purchasing larger cars concurrent with cheaper fuel or shifts from gasoline to diesel vehicles that give lower driving costs (Schipper and Fulton, 2012). Shifts to larger HDVs and otherwise less expensive systems can divert freight from lower carbon modes, mainly rail, and can also induce additional freight movements (Umweltbundesamt, 2007; TML, 2008; Leduc, 2009; Gillingham et al., 2013).

- **Company behaviour:** Behavioural change also has a business dimension. Company decision making can exert a strong influence on the level of transport emissions, particularly in the freight sector (Rao and Holt, 2005). Freight business operators have a strong incentive to reduce energy intensity, since fuel typically accounts for around one third of operating costs in the road freight sector, 40 % in shipping, and 55 % in aviation (Bretzke, 2011). The resulting reductions in transport costs can cause a rebound effect and generate some additional freight movement (Matos and Silva, 2011). For company managers to switch freight transport modes often requires a tradeoff of higher logistics costs for lower carbon emissions (Winebrake et al., 2008). Many large logistics service providers have set targets for reducing the carbon intensity of their operations by between 20 % and 45 % over the period from 2005/2007 to 2020, (McKinnon and Piecyk, 2012) whereas many smaller freight operators have yet to act (Oberhofer and Fürst, 2012).

# 8.4    Infrastructure and systemic perspectives

Transport modes, their infrastructures, and their associated urban fabric form a system that has evolved into the cities and regions with which we are most familiar. 'Walking cities' existed for 8000 years; some are being reclaimed around their walkability (Gehl, 2011). 'Transit cities' were built and developed around trams, trolley buses, and

train systems since the mid 19th century (Cervero, 1998; Newman and Kenworthy, 1999). 'Automobile cities' evolved from the advent of cheap LDVs (Brueckner, 2000) and have become the dominant paradigm since the 1950s, leading to automobile dependence and automobility (Urry, 2007). A region can be defined and understood in terms of the transport links to ports and airports regardless of the number and types of cities located there. In all cases, the inter-linkages between transport infrastructure and the built environment establish path dependencies, which inform long-term transport-related mitigation options. For a general discussion of urban form and infrastructure see Chapter 12.4.

### 8.4.1    Path dependencies of infrastructure and GHG emission impacts

Systemic change tends to be slow and needs to address path dependencies embedded in sunk costs, high investment levels, and cultural patterns. Technological and behavioural change can either adapt to existing infrastructures, or develop from newly constructed infrastructures, which could provide an initial template for low carbon technologies and behaviour. Developments designed to improve infrastructure in rapidly urbanizing developing countries will decisively determine the future energy intensity of transport and concomitant emissions (Lefèvre, 2009), and will require policies and actions to avoid lock-in.

The construction, operation, maintenance, and eventual disposal of transport infrastructure (such as rail tracks, highways, ports, and airports), all result in GHG emissions. These infrastructure-related emissions are usually accounted for in the industry and building sectors. However, full accounting of life cycle assessment (LCA) emissions from a transport-perspective requires these infrastructure-related emissions to be included along with those from vehicles and fuels (see Section 8.3.5). GHG emissions per passenger-kilometre (p-km) or per tonne-kilometre (t-km) depend, *inter alia*, on the intensity of use of the infrastructure and the share of tunnels, bridges, runways, etc. (Åkerman, 2011; Chang and Kendall, 2011; UIC, 2012). In the United States, GHG emissions from infrastructure built for LDVs, buses, and

**Table 8.1** | High-speed rail transport infrastructure GHG emissions based on LCA data.

| Mode/component | Emissions (gCO$_2$eq/p-km) | Reference | Comment |
|---|---|---|---|
| Swedish high-speed rail plans for Europabanan infrastructure | 2.7 | Amos et al., 2010; Åkerman, 2011 | At 25 million passengers per year |
| Vehicle construction and maintenance emissions; Swedish high-speed rail | 1.0 | Åkerman, 2011 | Over full lifetime of high-speed rail vehicles. |
| Inter-city express (ICE) system study (Germany and surrounds) | 9.7 | Von Rozycki et al., 2003 | About half total emissions arise from infrastructure including non-high-speed stretches |
| High-speed rail infrastructure (Europe) | 3.1–10.9 | Tuchschmid, 2009 | Low emission value for 90 trains per track per day, high emission value for 25. Current EU network is at 6.3 g/p-km |
| US high-speed rail plans | 3.2 g/p-km | Chang and Kendall, 2011 | This 725 km line will emit 2.4 MtCO$_2$eq/yr |

Note: Since LCA assumptions vary, the data can only be taken as indicative and not compared directly.

air transport amount to 17–45 gCO$_2$eq/p-km, 3–17 gCO$_2$eq/p-km, and 5–9 gCO$_2$eq/p-km respectively (Chester and Horvath, 2009) with rail typically between 3–11 gCO$_2$eq/p-km (see Table 8.1). Other than for rail, relevant regional infrastructure-related GHG emissions research on this topic is very preliminary.

Opportunities exist to substantially reduce these infrastructure related emissions, for instance by up to 40% in rail (Milford and Allwood, 2010), by the increased deployment of low-carbon materials and recycling of rail track materials at their end-of-life (Network Rail, 2009; Du and Karoumi, 2012). When rail systems achieve modal shift from road vehicles, emissions from the rail infrastructure may be partially offset by reduced emissions from road infrastructures (Åkerman, 2011). To be policy-relevant, LCA calculations that include infrastructure need to be contextualized with systemic effects such as modal shifts (see Sections 8.4.2.3 and 8.4.2.4).

Existing vehicle stock, road infrastructure, and fuel-supply infrastructure prescribe future use and can lock-in emission paths for decades while inducing similar investment because of economies of scale (Shalizi and Lecocq, 2009). The life span of these infrastructures ranges from 50 to more than 100 years. This range makes the current development of infrastructure critical to the mode shift opportunities of the future. For example, the successful development of the United States interstate highway system resulted in a lack of development of an extensive passenger rail system, and this determined a demand-side lock-in produced by the complementarity between infrastructure and vehicle stock (Chapter 12.3.2). The construction of the highway system accelerated the growth of road vehicle kilometres travelled (VKT) around 1970, and ex-urban development away from city centres created a second peak in road transport infrastructure investment post 1990 (Shalizi and Lecocq, 2009). Conversely, the current rapid development of high-speed rail infrastructure in China (Amos et al., 2010) may provide low emission alternatives to both road transport and aviation. Substantial additional rail traffic has been generated by constructing new lines (Chapter 12.4.2.5), although a net reduction of emissions will only occur after achieving a minimum of between 10 and 22 million passengers annually (Westin and Kågeson, 2012).

Aviation and shipping require less fixed infrastructures and hence tend to have a relative low infrastructure share of total lifecycle emissions. Rising income and partially declining airfares have led to increased air travel (Schäfer et al., 2009), and this correlates not only with new construction and expansion of airports, but also with shifting norms in travel behaviour (Randles and Mander, 2009).

## 8.4.2   Path dependencies of urban form and mobility

Transport demand and land use are closely inter-linked. In low-density developments with extensive road infrastructure, LDVs will likely dominate modal choice for most types of trips. Walking and cycling can be made easier and safer where high accessibility to a variety of activities are located within relative short distances (Ewing and Cervero, 2010) and when safe cycle infrastructure and pedestrian pathways are provided (Tiwari and Jain, 2012; Schepers et al., 2013). Conversely the stress and physical efforts of cycling and walking can be greater in cities that consistently prioritize suburban housing developments, which leads to distances that accommodate the high-speed movement and volume of LDVs (Naess, 2006). In developing countries, existing high-density urban patterns are conducive to walking and cycling, both with substantial shares. However, safe infrastructure for these modes is often lacking (Thynell et al., 2010; Gwilliam, 2013). Sustainable urban planning offers tremendous opportunities (reduced transport demand, improved public health from non-motorized transport (NMT), less air pollution, and less land use externalities) (Banister, 2008; Santos et al., 2010; Bongardt et al., 2013; Creutzig et al., 2012a). As an example, an additional 1.1 billion people will live in Asian cities in the next 20 years (ADB, 2012a) and the majority of this growth will take place in small-medium sized cities that are at an early stage of infrastructure development. This growth provides an opportunity to achieve the long-term benefits outlined above (Grubler et al., 2012) (see also 8.7 and Chapter 12.4.1).

Urban population density inversely correlates with GHG emissions from land transport (Kennedy et al., 2009; Rickwood et al., 2011) and enables non-motorized modes to be more viable (Newman and Kenworthy, 2006). Disaggregated studies that analyze individual transport use confirm the relationship between land use and travel (Echenique et al., 2012). Land use, employment density, street design and connectivity, and high transit accessibility also contribute to reducing car dependence and use (Handy et al., 2002; Ewing, 2008; Cervero and Murakami, 2009; Olaru et al., 2011). The built environment has a major impact on travel behaviour (Naess, 2006; Ewing and Cervero, 2010), but residential choice also plays a substantial role that is not easy to quantify (Cao et al., 2009; Ewing and Cervero, 2010). There exists a non-linear relationship between urban density and modal choice (Chapter 12.4.2.1). For example, suburban residents drive more and walk less than residents living in inner city neighbourhoods (Cao et al., 2009), but that is often true because public transit is more difficult to deploy successfully in suburbs with low densities (Frank and Pivo, 1994). Transport options that can be used in low density areas include para-transit[6] and car-sharing, both of which can complement individualized motorized transport more efficiently and with greater customer satisfaction than can public transit (Baumgartner and Schofer, 2011). Demand-responsive, flexible transit, and car sharing services can have lower GHG emissions per passenger kilometre with higher quality service than regional public transport (Diana et al., 2007; Mulley and Nelson, 2009; Velaga et al., 2012; Loose, 2010).

---

[6]   Para-transit, also called "community-transit", is where flexible passenger transport minibuses (also termed matatus and marshrutkas), shared taxis, and jitneys operate in areas with low population density without following fixed routes or schedules.

**8**

The number of road intersections along the route of an urban journey, the number of destinations within walking distance, and land use diversity issues have been identified as key variables for determining the modal choice of walking (Ewing and Cervero, 2010). Public transport use in the United States is related to the variables of street network design and proximity to transit. Land use diversity is a secondary factor.

### 8.4.2.1    Modal shift opportunities for passengers

Small but significant modal shifts from LDVs to bus rapid transit (BRT) have been observed where BRT systems have been implemented. Approximately 150 cities worldwide have implemented BRT systems, serving around 25 million passengers daily (Deng and Nelson, 2011; BRT Centre of Excellence, EMBARQ, IEA and SIBRT, 2012). BRT systems can offer similar benefits and capacities as light rail and metro systems at much lower capital costs (Deng and Nelson, 2011), but usually with higher GHG emissions (depending on the local electricity grid GHG emission factor) (Table 8.2). High occupancy rates are an important requirement for the economic and environmental viability of public transport.

Public transit, walking, and cycling are closely related. A shift from non-motorized transport (NMT) to LDV transport occurred during the 20th century, initially in OECD countries and then globally. However, a reversion to cycling and walking now appears to be happening in many cities— mostly in OECD countries—though accurate data is scarce (Bassett et al., 2008; Pucher et al., 2011). Around 90 % of all public transit journeys in the United States are accompanied with a walk to reach the final destination and 70 % in Germany (Pucher and Buehler, 2010). In Germany, the Netherlands, Denmark, and elsewhere, the cycling modal share of total trips has increased since the 1970s and are now between 10–25 % (Pucher and Buehler, 2008). Some carbon emission reduction has resulted from cycle infrastructure deployment in some European cities (COP, 2010; Rojas-Rueda et al., 2011; Creutzig et al., 2012a) and in some cities in South and North America (USCMAQ, 2008; Schipper et al., 2009; Massink et al., 2011; USFHA, 2012). Walking and cycling trips vary substantially between countries, accounting for over 50 % of daily trips in the Netherlands and in many Asian and African cities (mostly walking); 25–35 % in most European countries; and approximately 5–10 % in the United States and Aus-

tralia (Pucher and Buehler, 2010; Leather et al., 2011; Pendakur, 2011; Mees and Groenhart, 2012).

The causes for high modal share of NMT differ markedly between regions depending on their cultures and characteristics. For example, they tend to reflect low-carbon urban policies in OECD countries such as the Netherlands, while reflecting a lack of motorization in developing countries. Land use and transport policies can influence the bicycle modal share considerably (Pucher and Buehler, 2006), most notably by the provision of separate cycling facilities along heavily traveled roads and at intersections, and traffic-calming of residential neighbourhoods (Andrade et al., 2011; NRC, 2011b). Many Indian and Chinese cities with traditionally high levels of walking are now reporting dramatic decreases in this activity (Leather et al., 2011), with modal shifts to personal transport including motorbikes and LDVs. Such shifts are to some degree inevitable, and are in part desirable as they reflect economic growth. However, the maintenance of a healthy walking and cycling modal share could be a sign of a liveable and attractive city for residents and businesses (Bongardt et al., 2011; Gehl, 2011).

Deliberate policies based around urban design principles have increased modal shares of walking and cycling in Copenhagen, Melbourne, and Bogota (Gehl, 2011). Public bicycle share systems have created a new mode for cities (Shaheen et al., 2010), with many cities now implementing extensive public cycling infrastructure, which results in increased bicycle modal share (DeMaio, 2009). Revising electric bicycle standards to enable higher performance could increase the feasible commuting range and encourage this low emissions personal transport mode. Electric bicycles offer many of the benefits of LDVs in terms of independence, flexibility of routes, and scheduling freedom, but with much lower emissions and improved health benefits.

With rising income and urbanization, there will likely be a strong pull toward increasing LDV ownership and use in many developing countries. However, public transit mode shares have been preserved at fairly high levels in cities that have achieved high population densities and that have invested heavily in high quality transit systems (Cervero, 2004). Their efficiency is increased by diverse forms of constraints on LDVs, such as reduced number of lanes, parking restrictions, and limited access (La Branche, 2011). Investments in mass rapid transit, timed with income increases and population size/density increases,

**Table 8.2 |** Comparison of capital costs, direct $CO_2$ emissions, and capacities for BRT, light rail, and metro urban mass transit options (IEA, 2012e).

| | Bus rapid transit | Light rail | Metro |
|---|---|---|---|
| Capital cost (million USD$_{2010}$/km) | 5–27 | 13–40 | 27–330 |
| Length of network that can be constructed for 1 USD$_{2010}$ billion cost (km) | 37–200 | 25–77 | 3–37 |
| World network length in 2011 (km) | 2,139 | 15,000 | 10,000 |
| Direct $CO_2$ intensity (gCO$_2$/p-km) | 14–22 | 4–32 | 3–21 |
| Capacity (thousand passengers per hour per direction) | 10–35 | 2–12 | 12–45 |

have been successful in some Asian megacities (Acharya and Morichi, 2007). As traffic congestion grows and freeway infrastructure reaches physical, political, and economic limits, the modal share of public transit has increased in some OECD countries (Newman and Kenworthy, 2011b).

High-speed rail can substitute for short-distance passenger air travel (normally up to around 800 km but also for the 1500 km in the case of Beijing to Shanghai), as well as for most road travel over those distances, and hence can mitigate GHG emissions (McCollum et al., 2010; IEA, 2008). With optimized operating speeds and long distances between stops, and high passenger load factors, energy use per passenger-km could be as much as 65 to 80 % less than air travel (IEA, 2008). A notable example is China, which has shown a fast development of its high-speed rail system. When combined with strong land-use and urban planning, a high-speed rail system has the potential to restructure urban development patterns, and may help to alleviate local air pollution, noise, road, and air congestion (McCollum et al., 2010).

### 8.4.2.2    Modal shift opportunities for freight

Over the past few decades, air and road have increased their global share of the freight market at the expense of rail and waterborne transport (European Environment Agency, 2011; Eom et al., 2012). This has been due to economic development and the related change in the industry and commodity mix, often reinforced by differential rates of infrastructure improvement and the deregulation of the freight sector, which typically favours road transport. Inducing a substantial reversal of recent freight modal split trends will be difficult, *inter alia* because of 'structural inelasticity' which confines shorter distance freight movements to the road network because of its much higher network density (Rich et al., 2011). If growth in global truck travel between 2010 and 2050 could be cut by half from the projected 70 % and shifted to expanded rail systems, about a 20 % reduction in fuel demand and $CO_2$ could be achieved, with only about a fifth of this savings being offset by increased rail energy use (IEA, 2009). The European Commission (EC) set an ambitious target of having all freight movements using rail or waterborne modes over distances greater than 300 km by 2030, leading to major changes in modal shares (Figure 8.8) (Tavasszy and Meijeren, 2011; EC, 2013).

The capacity of the European rail network would have to at least double to handle this increase in freight traffic and the forecast growth in rail passenger volumes, even if trains get longer and run empty less often (den Boer et al., 2011). Longer-term transformations need to take account of the differential rates at which low-carbon technologies could impact on the future carbon intensity of freight modes. Applying current average energy intensity values (Section 8.3.1) may result in over-estimates of the potential carbon benefits of the modal shift option. Although rail freight generates far lower GHG emissions per tonne-kilometre than road (Table 8.3), the rate of carbon-related

technical innovation, including energy efficiency improvements, has been faster in HDV than rail freight and HDV replacement rate is typically much shorter, which ensures a more rapid uptake of innovation.

The potential for shifting freight to greener modes is difficult in urban areas. Improvements in intra-urban rail freight movements are possible (Maes and Vanelslander, 2011), but city logistical systems are almost totally reliant on road vehicles and are likely to remain so. The greater the distance of land haul for freight, the more competitive the lower carbon modes become. Within cities, the concept of modal split between passenger and freight movement can be related to the interaction. Currently, large amounts of freight on the so-called 'last mile' to a home or business are carried by shoppers in LDVs and public transport vehicles. With the rapid growth of on-line retailing, much private car-borne freight, which seldom appears in freight transport statistics, will be transferred to commercial delivery vans. Comparative analyses of conventional and on-line retailing suggest that substituting a van delivery for a personal shopping trip by private car can yield a significant carbon saving (Edwards et al., 2010).

At the international level, opportunities for switching freight from air to shipping services are limited. The two markets are relatively discrete and the products they handle have widely differing monetary values and time-sensitivity. The deceleration of deep-sea container vessels in recent years in accordance with the 'slow steaming' policies of the shipping lines has further widened the transit time gap between sea and air services. Future increases in the cost of fuel may, however, encourage businesses to economize on their use of air-freight, possibly switching to sea-air services in which products are air-freighted for only part of the way. This merger of sea and air transport offers substantial cost and $CO_2$ savings for companies whose global supply chains are less time-critical (Conway, 2007; Terry, 2007).



**Figure 8.8 |** Projected freight modal split in the EU-25 in 2030 comparing 2011 shares with future business-as-usual shares without target and with EU White Paper modal split target. Source: Based on Tavasszy and Meijeren, 2011.

## 8.5 Climate change feedback and interaction with adaptation

Transport is impacted by climate change both positively and negatively. These impacts are dependent on regional variations in the nature and degree of climate change and the nature of local transport infrastructure and systems. Adapting transport systems to the effects of climate in some cases complement mitigations efforts while in others they have a counteracting effect. Little research has so far been conducted on the inter-relationship between adaptation and mitigation strategies in the transport sector.

### 8.5.1 Accessibility and feasibility of transport routes

Decreases in the spatial and temporal extent of ice cover in the Arctic and Great Lakes region of North America regions are opening new and shorter shipping routes over longer periods of the year (Drobot et al., 2009; Stephenson et al., 2011). The expanded use of these routes could reduce GHG emissions due to a reduction in the distance travelled. For example, the Northern Sea Route (NSR) between Shanghai and Rotterdam is approximately 4,600 km shorter (about 40 %) than the route via the Suez Canal. The NSR passage takes 18–20 days compared to 28–30 days via the southern route (Verny and Grigentin, 2009). Climate change will not only affect ice coverage, but may also increase the frequency and severity of northern hemisphere blizzards and arctic cyclones, deterring use of these shorter routes (Wassmann, 2011; Liu et al., 2012). It is, nevertheless, estimated that the transport of oil and gas through the NSR could increase from 5.5 Mt in 2010 to 12.8 Mt by 2020 (Ho, 2010). The passage may also become a viable option for other bulk carriers and container shipping in the near future (Verny & Grigentin, 2009; Schøyen & Bråthen, 2011). The economic viability of the NSR is still uncertain without assessments of potentially profitable operation (Liu and Kronbak, 2010) and other more pessimistic prospects for the trans-Arctic corridors (Econ, 2007). One possible negative impact would be that the increase in shipping through these sensitive ecosystems could lead to an increase in local environmental and climate change impacts unless additional emissions controls are introduced along these shipping routes (Wassmann, 2011). Of specific concern are the precursors of photochemical smog in this polar region that could lead to additional local positive regional climate forcing (Corbett et al., 2010) and emissions of black carbon (see Section 8.2.2.1). Measurement methods of black carbon emissions from ships and additional work to evaluate their impact on the Arctic are needed before possible control measures can be investigated.

Changes in climate are also likely to affect northern inland waterways (Millerd, 2011). In summer, these effects are likely to adversely affect waterborne craft when reductions in water levels impair navigabil-

ity and cut capacity (Jonkeren et al., 2007; Görgen et al. 2010; Nilson et al., 2012). On the other hand, reduced winter freezing can benefit inland waterway services by extending the season. The net annual effect of climate change on the potential for shifting freight to this low-carbon mode has yet to be assessed.

### 8.5.2 Relocation of production and reconfiguration of global supply chains

Climate change will induce changes to patterns of agricultural production and distribution (Ericksen et al., 2009; Hanjra and Qureshi, 2010; Tirado et al., 2010; Nielsen and Vigh, 2012; Teixeira et al., 2012). The effect of these changes on freight transport at different geographical scales are uncertain (Vermeulen et al., 2012). In some scenarios, food supply chains become longer, generating new freight movement (Nielsen and Vigh, 2012; Teixeira et al., 2012). These and other long supply lines created by globalization could become increasingly vulnerable to climate change. A desire to reduce climate risk may be one of several factors promoting a return to more localized sourcing in some sectors (World Economic Forum and Accentura, 2009), a trend that would support mitigation. Biofuel production may also be adversely affected by climate change inhibiting the switch to lower carbon fuels (de Lucena et al., 2009).

### 8.5.3 Fuel combustion and technologies

Increased ambient temperatures and humidity levels are likely to affect nitrogen oxide, carbon monoxide, methane, black carbon, and other particulate emissions from internal combustion engines and how these gases interact with the atmosphere (Stump et al., 1989; Rakopoulos, 1991; Cooper and Ekstrom, 2005; Motallebi et al., 2008; Lin and Jeng, 1996; McCormick et al., 1997; Pidolal, 2012). Higher temperatures also lead to higher evaporative emissions of volatile organic compound emissions (VOCs) (Roustan et al., 2011) and could lead to higher ozone levels (Bell et al., 2007). The overall effects are uncertain and could be positive or negative depending on regional conditions (Ramanathan & Carmichael, 2008).

As global average temperatures increase, the demand for on-board cooling in both private vehicles and on public transport will increase. The heating of vehicles could also grow as the frequency and severity of cold spells increase. Both reduce average vehicle fuel efficiencies. For example, in a passenger LDV, air-conditioning can increase fuel consumption by around 3–10 % (Farrington and Rugh, 2000; IEA, 2009). Extremes in temperature (both high and low) negatively impact on the driving range of electric vehicles due to greater use of on-board heating and air conditioning, and thus will require more frequent recharging. In the freight sector, energy consumption and emissions in the refrigeration of freight flows will also increase as the extent and degree of temperature-control increases across the supply chains of food and other perishable products (James and James, 2010).

### 8.5.4    Transport infrastructure

Climate proofing and adaptation will require substantial infrastructure investments (see Section 8.4 and the Working Group II (WGII) Contribution to the IPCC Fifth Assessment Report (AR5), Chapter 15). This will generate additional freight transport if implemented outside of the normal infrastructure maintenance and upgrade cycle. Climate proofing of transport infrastructure can take many forms (ADB, 2011a; Highways Agency, 2011) varying in the amount of additional freight movement required. Resurfacing a road with more durable materials to withstand greater temperature extremes may require no additional freight movement, whereas re-routing a road or rail link, or installing flood protection, are likely to generate additional logistics demands, which have yet to be quantified.

Adaptation efforts are likely to increase transport infrastructure costs (Hamin & Gurran, 2009), and influence the selection of projects for investment. In addition to inflating maintenance costs (Jollands et al., 2007; Larsen et al., 2008), climate proofing would divert resources that could otherwise be invested in extending networks and expanding capacity. This is likely to affect all transport modes to varying degrees. If, for example, climate proofing were to constrain the development of a rail network more than road infrastructure, it might inhibit a modal shift to less carbon-intensive rail services.

The future choice of freight and passenger traffic between modes may also become more responsive to their relative sensitivity to extreme weather events (Koetse and Rietveld, 2009; Taylor and Philp, 2010). The exposure of modes to climate risks include aviation (Eurocontrol, 2008), shipping (Becker et al., 2012), and land transport (Hunt and Watkiss, 2011). Little attempt has been made to conduct a comparative analysis of their climate risk profiles, to assess the effects on the modal choice behaviour of individual travellers and businesses, or to take account of regional differences in the relative vulnerability of different transport modes to climate change (Koetse and Rietveld, 2009).

Overall, the transport sector will be highly exposed to climate change and will require extensive adaptation of infrastructure, operations, and service provision. It will also be indirectly affected by the adaptation and decarbonization of the other sectors that it serves. Within the transport sector there will be a complex interaction between adaptation and mitigation efforts. Some forms of adaptation, such as infrastructural climate proofing, will be likely to generate more freight and personal movement, while others, such as the NSR, could substantially cut transport distances and related emissions.

## 8.6    Costs and potentials

For transport, the potential for reducing GHG emissions, as well as the associated costs, varies widely across countries and regions. Appropriate policies and measures that can accomplish such reductions also vary (see Section 8.10) (Kahn Ribeiro et al., 2007; Li, 2011). Mitigation costs and potentials are a function of the stringency of climate goals and their respective GHG concentration stabilization levels (Fischedick et al., 2011; Rogelj et al., 2013). This section presents estimates of mitigation potentials and associated costs from the application of new vehicle and fuel technologies, performance efficiency gains, operational measures, logistical improvements, electrification of modes, and low-carbon fuels and activity reduction for different transport modes (aviation, rail, road, waterborne and cross-modal). Potential $CO_2$eq emissions reductions from passenger-km (p-km) and tonne-km (t-km) vary widely by region, technology, and mode according to how rapidly the measures and applications can be developed, manufactured, and sold to buyers replacing existing ones in vehicles an fuels or adding to the total fleet, and on the way they are used given travel behaviour choices (Kok et al., 2011). In general, there is a larger emission reduction potential in the transport sector, and at a lower cost, compared to the findings in AR4 (Kahn Ribeiro et al., 2007).

The efforts undertaken to reduce activity, to influence structure and modal shift, to lower energy intensity, and to increase the use of low-carbon fuels, will influence future costs and potentials. Ranges of mitigation potentials have an upper boundary based on what is currently understood to be technically achievable, but will most likely require strong policies to be achieved in the next few decades (see Section 8.10). Overall reductions are sensitive to per-unit transport costs (that could drop with improved vehicle efficiency); resulting rebound effects; and shifts in the type, level, and modal mix of activity. For instance, the deployment of more efficient, narrow-body jet aircraft could increase the number of commercially-attractive, direct city-to-city connections, which may result in an overall increase in fleet fuel use compared to hub-based operations.

This assessment follows a bottom-up approach to maintain consistency in assumptions. Table 8.3 outlines indicative direct mitigation costs using reference conditions as baselines, and illustrative examples of existing vehicles and situations for road, aviation, waterborne, and rail (as well as for some cross-mode options) available in the literature. The data presented on the cost-effectiveness of different carbon reduction measures is less detailed than data on the potential $CO_2$eq savings due to literature gaps. The number of studies assessing potential future GHG reductions from energy intensity gains and use of low-carbon fuels is larger than those assessing mitigation potentials and cost from transport activity, structural change and modal shift, since they are highly variable by location and background conditions.

Key assumptions made in this analysis were:

- cost estimates are based on societal costs and benefits of technologies, fuels, and other measures, and take into account initial costs as well as operating costs and fuel savings;
- existing transport options are compared to current base vehicles and activities, whereas future options are compared to estimates of baseline future technologies and other conditions;

**8**

- fuel price projections are based on the IEA World Energy Outlook (IEA, 2012b) and exclude taxes and subsidies where possible;
- discount rates of 5 % are used to bring future estimates back to present (2013) values, though the literature considered has examined these issues mostly in the developed-world context; and
- indirect responses that occur through complex relationships within sectors in the larger socioeconomic system are not included (Stepp et al., 2009).

Results in Table 8.3 indicate that, for LDVs, efficiency improvement potentials of 50 % in 2030 are technically possible compared to 2010, with some estimates in the literature even higher (NRC, 2010). Virtually all of these improvements appear to be available at very low, or even negative, societal costs. Electric vehicles have a $CO_2$eq reduction cost highly correlated with the carbon intensity of electricity generation: using relatively high-carbon intensity electricity systems (500–600 g$CO_2$eq/kWh), EVs save little $CO_2$eq compared to conventional LDVs and the mitigation cost can be many hundreds of dollars per tonne; for very low-carbon electricity (below 200 g$CO_2$eq/kWh) the mitigation cost drops below 200 $USD_{2010}$/t$CO_2$eq. In the future, with lower battery costs and low-carbon electricity, EVs could drop below 100 $USD_{2010}$/t$CO_2$eq and even approach zero net cost.

For long-haul HDVs, up to a 50 % reduction in energy intensity by 2030 appears possible at negative societal cost per t$CO_2$eq due to the very large volumes of fuel they use. HDVs used in urban areas where their duty cycle does not require as much annual travel (and fuel use), have a wider range of potentials and costs, reaching above 100 $USD_{2010}$/t $CO_2$eq. Similarly, inter-city buses use more fuel annually than urban buses, and as a result appear to have more low-cost opportunities for $CO_2$eq reduction (IEA, 2009; NRC, 2010; TIAX, 2011).

Recent designs of narrow and wide-body commercial aircraft are significantly more efficient than the models they replace, and provide $CO_2$eq reductions at net negative societal cost when accounting for fuel savings over 10–15 years of operation at 5 % discount rate. An additional 30–40 % $CO_2$eq reduction potential is expected from future new aircraft in the 2020–2030 time frame, but the mitigation costs are uncertain and some promising technologies, such as open rotor engines, appear expensive (IEA, 2009; TOSCA, 2011).

For virtually all types of ocean-going ships including container vessels, bulk carriers, and oil tankers, the potential reduction in $CO_2$eq emissions is estimated to be over 50 % taking into account a wide range of technology and operational changes. Due to the large volume of fuel used annually by these ships, the net cost of this reduction is likely to be negative (Buhaug and et. al, 2009; Crist, 2009).

Key factors in the long term decarbonization of rail transport will be the electrification of services and the switch to low-carbon electricity generation, both of which will vary widely by country. Potential improvements of 35 % energy efficiency for United States rail freight, 46 % for European Union rail freight and 56 % for EU passenger rail services have been forecast for 2050 (Anderson et al., 2011; Vyas et al., 2013). The EU improvements will yield a 10–12 % reduction in operating costs, though no information is available on the required capital investment in infrastructure and equipment.

Regarding fuel substitution in all modes, some biofuels have the potential for large $CO_2$eq reduction, although net GHG impact assessments are complex (see Sections 8.3 and 11.13). The cost per tonne of $CO_2$eq avoided will be highly dependent on the net $CO_2$eq reduction and the relative cost of the biofuel compared to the base fuel (e.g., gasoline or diesel), and any technology changes required to the vehicles and fuel distribution network in order to accommodate new fuels and blends. The mitigation cost is so sensitive that, for example, while an energy unit of biofuel that cuts $CO_2$eq emissions by 80 % compared to gasoline and costs 20 % more has a mitigation cost of about 80 USD/t $CO_2$eq, if the biofuel's cost drops to parity with gasoline, the mitigation cost drops to 0 USD/t $CO_2$eq (IEA, 2009).

The mitigation potentials from reductions in transport activity consider, for example, that "walking and cycle track networks can provide 20 % (5–40 % in sensitivity analyses) *induced* walking and cycle journeys that would not have taken place without the new networks, and around 15 % (0–35 % in sensitivity analyses) of current journeys less than 5 km made by car or public transport can be *replaced* by walking or cycling" (Sælensminde, 2004). Urban journeys by car longer than 5 km can be replaced by combined use of non-motorized and intermodal public transport services (Tirachini and Hensher, 2012).

**Table 8.3 |** Selected $CO_2$eq mitigation potentials and costs for various modes in the transport sector with baselines of stock average fleet compared with 2010 new vehicles and 2030 projected vehicle based on available data. (See footnotes at end of Table).



| Mitigation options in passenger transport | Indicative 2010 stock average baseline $CO_2$eq emissions and reduction potential | Indicative direct mitigation cost in relation to the baseline (can be positive or negative) | Reference conditions and assumptions made | Illustrative examples |
|---|---|---|---|---|

**Road**

**New sport utility vehicles (SUV), mid-size**
- 2010 Gasoline
- 2010 Hybrid gasoline
- 2030 Gasoline
- 2030 Hybrid gasoline

**New light duty vehicles (LDV), mid-size**
- 2010 Gasoline
- 2010 Hybrid gasoline
- 2010 Diesel
- 2010 Compressed natural gas
- 2010 Electric, 600 g $CO_2$eq/kWh
- 2010 Electric, 200 g $CO_2$eq/kWh
- 2030 Gasoline
- 2030 Hybrid gasoline
- 2030 Hybrid gasoline/biofuel* (50/50 share)
- 2030 Diesel
- 2030 Compressed natural gas
- 2030 Electric, 200 g$CO_2$eq/kWh

**New 2 wheeler**
**(Scooter up to 200 cm³ cylinder capacity)**
- 2010 Gasoline

**New buses, large size**
- 2010 Diesel
- 2010 Hybrid diesel

**Bus rapid transit (BRT)**

**Baselines for LCCC calculation**
- 🟩 New gasoline SUV (2010)
- 🟩 New gasoline LDV (2010)
- 🟦 Optimized gasoline SUV (2030)
- 🟦 Optimized gasoline LDV (2030)

**Baseline 2010 stock average vehicles**
Industry average; 164 g$CO_2$/p-km (6).
Drive-train redesigns may yield 25% improvement.
Additional reductions from light-weighting, aerodynamics, more efficient accessories (6). Most current and many future LDV efficiency improvements are at negative cost of USD/tCO$_2$ (4, 47). Potential 40–60% fuel efficiency gains by 2030 compared to similar size 2010 LDVs (5).
**2030 conventional/hybrid:**
- mid-size; 70–120 g$CO_2$/p-km (25).
**2010 EV:**
- 80–125 g$CO_2$/p-km using high-carbon electricity grid at 600 g$CO_2$/kWh;
- 28–40 g$CO_2$/p-km using low-carbon grid electricity at 200 g$CO_2$/kWh.
Likely over 200 USD/t$CO_2$ in 2010 even with low-carbon grid electricity.
**2030 EV:**
- 55–235 USD/t$CO_2$ with high-carbon electricity.
- 0–100 USD/t$CO_2$ with low-carbon electricity (5).
EV efficiency 0.2–0.25 kWh/km on road (7).
Battery cost:
- 750 USD/kWh in 2010;
- 200–300 USD /kWh in 2030 (11).
Vehicle intensity (well-to-wheel) of 144–180 g$CO_2$/100km at 0.20–0.25 kWh/km.
**PHEV:**
15–70% well-to-wheel more efficient than baseline ICEV (7); 28–50% more efficient by 2030 (5).

**Baseline: 2010 stock average scooters**
Up to 200 cc typical for Asia (48).

**Baseline: 2010 stock average medium haul bus**
40-passenger occupancy vehicle.
Potential efficiency improvement 0–30%.

**BRT** infrastructure cost: 1–27 million USD/km (13).
Benefit-cost-ratios of selected BRT systems:
Hamilton, Canada 0.37–1.34;
Canberra, Australia 1.98–4.78 (12, 36)

Average $CO_2$ emissions level of new cars in the EU decreased from 170 g$CO_2$/km in 2001 to 136 g$CO_2$/km in 2011 (43, 47)

**New mid-size gasoline:**
2012 Toyota Yaris hybrid; 79 g$CO_2$/p-km (6).
**New mid-size Diesel:**
Volkswagen Golf Blue motion 1.6 TDI: 99 g$CO_2$/p-km (6)
**EVs:**
2013 Nissan Leaf: 24 kWh has 175 km range on New European Driving Cycle, ranging from 76 to 222 km depending on driving conditions (6).

30% savings in fuel consumption for hybrid buses in Montreal (14).

**BRT** system, Bogota, Colombia has emission reductions of 250,000 t$CO_2$eq/yr (12).

*Levelized cost of conserved carbon (LCCC), here at 5% weighted average cost of capital (WACC)



| Mitigation options in passenger transport | Indicative 2010 stock average baseline CO₂eq emissions and reduction potential | Indicative direct mitigation cost in relation to the baseline (can be positive or negative) | Reference conditions and assumptions made | Illustrative examples |
|---|---|---|---|---|
| **Aviation** (Commercial, medium to long haul)<br><br>2010 Narrow and wide body<br><br>2030 Narrow body<br><br>2030 Narrow body, open rotor engine | Emissions intensity (gCO₂eq/p-km)<br>200  150  100  50  0<br><br>2010 Stock average | LCCC* [USD₂₀₁₀/tCO₂eq]<br>-600 -400 -200  0  200 | **Baseline: 2010 stock average commercial** (25) Medium haul aircraft; 150-passenger occupancy; average trip distance.<br>**Aircraft efficiency:** Incremental changes to engines and materials up to 20% efficiency improvement. Most efficient present aircraft designs provide 15–30% CO₂ emissions reductions per revenue p-km compared to previous generation aircraft, at net negative costs since fuel savings typically greater than cost of improved technology. (5)<br>**2030 next generation aircraft design:** Advanced engines up to 33% improvement; radical new designs such as 'flying wing', up to 50% improvement. Medium and long-haul (narrow and wide-body) aircraft compared to today's best aircraft design:<br>- 20–35% CO₂ emissions reduction potential by 2025 for conventional aircraft<br>- up to 50% with advanced designs (e.g., flying wing)(2)<br>**Costs:** ~20% CO₂ reduction at <0–100 USD/tCO₂ (narrow body); ~33% reduction at <0–400 USD/tCO₂ (open rotor engine) (34). | New current long-haul wide body: Boeing 787 is 30% more fuel efficient than Boeing 767; Boeing 747-800 is 20% more efficient than Boeing 747-400 (1, 51).<br><br>New 2010 medium-long-haul, narrow body: Airbus A320 and Boeing 737 (42). |
| **Operational measures** | | | **Taxiing and flight operations** including direct routing, optimum altitude and speed; circling, landing patterns. Improved ground equipment and auxiliary power units can yield 6–12% fuel efficiency gains (3). | |
| **Rail (light rail car)**<br><br>2010 Electric, 600 g CO₂eq/kWh<br><br>2010 Electric, 200 g CO₂eq/kWh | | | **Baseline: 2010 electric medium haul train**<br>- Based on electricity grid 600 gCO₂/kWh: 3–20 gCO₂/p-km (25).<br>**2010 light rail:** 60 passenger occupancy car:<br>- CO₂ reduction at 4–22 gCO₂/p-km;<br>- Infrastructure cost 14–40 million USD/km (5).<br>**2010 metro:**<br>- CO₂ reduction 3–21 gCO₂/p-km;<br>- Infrastructure cost 27–330 million USD/km (5).<br>**2010 long-distance rail:**<br>- 45–50% reduction in CO₂/p-km (augmented if switch to low-carbon electricity).<br>- 14% reduction in operating costs (allowing for increase in speed and with energy costs excluded from cost calculation (38).<br>- 8–40% efficiency gains (12–19 gCO₂/p-km).<br>- Infrastructure cost 4–75 million USD/km (5).<br>Potential GHG savings from eco-driving 15%; regenerative braking 13%; mass reduction 6% (38). | European rail operations: Passenger: 46% reduction in GHG/p-km by 2050 with 11% reduction in operating costs (43).<br><br>8% improvement via regenerative braking systems (Amtrak, US); 40% through design and engine improvements (Shinkansen, Japan) (18).<br><br>35% reduction in energy intensity - for US rail operations (17). |

**Baselines for LCCC calculation**
- ▮ Average new aircraft (2010)

*Levelized cost of conserved carbon (LCCC), here at 5% weighted average cost of capital (WACC)



| Mitigation options in freight transport | Indicative 2010 stock average baseline $CO_2$eq emissions and reduction potential | Indicative direct mitigation cost in relation to the baseline (can be positive or negative) | Reference conditions and assumptions made | Illustrative examples |
|---|---|---|---|---|
| **Road**<br><br>**New medium duty trucks**<br><br>2010 Diesel<br><br>2010 Diesel hybrid<br><br>2010 Compressed natural gas<br><br>2030 Diesel<br><br>**New heavy duty, long-haul trucks**<br><br>2010 Diesel<br><br>2010 Compressed natural gas<br><br>2030 Diesel<br><br>2030 Diesel/biofuel  (50/50 share)** | Emissions intensity (gCO₂eq/t-km) | LCCC* [USD₂₀₁₀/tCO₂eq] | **Baseline stock average medium haul HDV**<br>Diesel fuelled HDVs: 76–178 gCO₂/t-km (25).<br><br>55% improvement in energy efficiency of tractor trailer HDV between 2010 and 2030 and 50% for other categories of HDV (9, 10).<br><br>30–62% improvement by 2030 compared to a similar size 2007–2010 HDV, including increasing load factor by up to 32% (5, 11).<br><br>Urban HDVs 30–50% reductions at 0–200 USD/tCO₂. Long-haul HDV up to 50% potential CO₂ reduction at negative costs per tCO₂ saved. | New diesel example (47)<br>New diesel hybrid example (47)<br><br>'Green Trucks Project' Guangzhou, China, could save 8.6 billion l/yr of fuel and reduce CO₂ emissions by 22.3 MtCO₂/yr if all HDVs in the province participated (12).<br><br>UK 'Logistics Carbon Reduction Scheme' comprising 78 businesses set target for reducing the target intensity of road freight transport by 8% between 2010 and 2015, which is likely to be achieved by the end of 2013. |

*Levelized cost of conserved carbon (LCCC), here at 5% weighted average cost of capital (WACC)
**Assuming 70% Less CO₂eq/MJ Biofuel than /MJ Dies

| Mitigation options in freight transport | Indicative 2010 stock average baseline $CO_2$eq emissions and reduction potential | Indicative direct mitigation cost in relation to the baseline (can be positive or negative) | Reference conditions and assumptions made | Illustrative examples |
|---|---|---|---|---|



**Aviation**
(Commercial, medium to long haul)

Emissions intensity (g$CO_2$eq/t-km)

LCCC* [USD$_{2010}$/t$CO_2$eq]

2010 Dedicated airfreighter

2010 Belly-hold

2030 Improved aircraft

2030 Improved, open rotor engine

2010 Stock average

See Passenger "Aviation" assumptions above

Freight factors for wide-bodied passenger aircraft are around 15–30% whilst narrow bodied planes are typically 0–10% (52).

See Passenger "Aviation" examples above

---

**Rail (freight train)**

2010 Diesel, light goods

2010 Diesel, heavy goods

2010 Electric, 200 g$CO_2$eq/kWh

**Baseline** based on electricity grid 600 g$CO_2$/kWh: 6–33 g$CO_2$/t-km (25).
- 40–45% reduction in $CO_2$/t-km (augmented if switch to low-carbon electricity).
- 14% reduction in operating costs (allowing for increase in speed and with energy costs excluded from cost calculation) (38).

Also see passenger "Rail (Light Rail Car)" above.

See passenger "Rail (Light Rail Car)" above

---

**Waterborne**

2010 New large international container vessel

2010 Large bulk carrier/tanker

2010 LNG bulk carrier

2030 Optimized container vessel

2030 Optimized bulk carrier

2010 Stock average international shipping

**Baseline: Stock average international ships** 10–40 g$CO_2$/t-km (25).
**2010 water craft:** 5–30% $CO_2$/t-km reduction potential; retrofit and maintenance measures 2–20%; total reduction 43% (2020) to 63% (2050) (19). Potential up to 60% $CO_2$ reduction by 2030 from optimized technology and operation (19). 30% or more reduction in $CO_2$/t-km by 2030 at zero cost (30).
**2030 water craft:** Business-as-usual reduction in carbon intensity of shipping of 20% between 2010 and 2030 but could rise to 37% with industry initiatives (39).

2010 new medium vessel:(46)

Industry initiatives through the Energy Efficiency Design Index and Ship Energy Efficiency Management Programme of the International Maritime Organisation (IMO)(22)

---

**Water craft operations and logistics**

Slow steaming of container vessel.

Inland waterways

**Baselines for LCCC calculation**
◼ Average new aircraft (2010)
◼ New bulk carrier/ container vessel (2010)

**Operations:** Potential $CO_2$ reductions 15–39%; Slow steaming at 3–9kts slower than 24kt baseline.
**Cost savings** around 200 USD/t$CO_2$ at bunker fuel price of 700 USD/t and combining savings for carriers and shippers (37). $CO_2$ emissions reductions of 43% per t-km by 2020 (20);
- 63% $CO_2$/t-km by 2050 (21);
- 25–75% GHG intensity by 2050 (22);
- 39–57 % $CO_2$/t-km 'attainable' by 2050;
- 59–72 % $CO_2$/t-km is 'optimistic' by 2050 (23)

Global average speed reduction of 15% would give benefits that outweigh costs by 178–617 billion USD by 2050 (31). 'Slow steaming' at 10% slower speed gives 15–19% $CO_2$ emissions reduction; 20% slower speed gives 36–39% (24, 31, 37). Inland waterways potential (46)

*Levelized cost of conserved carbon (LCCC), here at 5% weighted average cost of capital (WACC)

| Cross-modal mitigation options | Indicative 2010 stock average baseline $CO_2$eq emissions and reduction potential | Indicative direct mitigation cost in relation to the baseline (can be positive or negative) | Reference conditions and assumptions made | Illustrative examples |
|---|---|---|---|---|
| Biofuels | Broad range | Broad range | 0–100% excluding land use change effects (26, 33). GHG reduction potential by fuel type: - sugarcane ethanol: 0–80% - enzymatic hydrolysis ethanol: 0–100% - advanced biomass-to-liquid processes (direct gasoline/diesel replacements): 0–100% (33). 80 USD/t$CO_2$ for biofuels with 80% lower net GHG emissions and 20% higher cost per litre gasoline equivalent (lge) than base fuel (e.g., gasoline). | Brazilian sugarcane: 80% GHG emissions reduction compared with gasoline (excluding land use change effects) (33). |
| Logistics and freight operations | | | 13–330 USD/t$CO_2$ (26, 28). ~18% reduction in $CO_2$/t-km possible from: - speed reduction (7 percentage points) - optimized networks (5 percentage points) - modal switch (4 percentage points) - increased home delivery (1 percentage point) - reduced congestion (1 percentage point) (27). | UK Government best practice programme for freight/logistics at –12 USD/t$CO_2$ (28). Low-carbon technologies for urban and long-haul road freight ~67–110 USD/t$CO_2$; Route management : ~330 USD/t$CO_2$. |
| Eco-driving and driver education | | | Negative costs per t$CO_2$ saved even with on-board eco-drive assistance technologies and meters (32). 5–10% reduced fuel consumption (50) 5–25% reduced fuel consumption (15, 16). | Japan: 12% fuel consumption savings through eco-driving-schemes in freight (12). |
| Activity reduction in urban areas | | | GHG reduction of up to 30% (29, 40, 41) | Urban densification in the USA over about 50 years could reduce fuel use by 9–16% (35). |

Selected $CO_2$eq mitigation potentials resulting from changes in transport modes with different emission intensities (t$CO_2$eq/p-km or /t-km) and associated levelized cost of conserved carbon (LCCC in USD$_{2010}$/t$CO_2$eq saved). Estimates are indicative. Variations in emission intensities stem from variation in vehicle efficiencies and occupancy/load rates. Estimated LCCC for passenger road transport options are point estimates ±100 USD$_{2010}$/t$CO_2$eq based on central estimates of input parameters that are very sensitive to assumptions (e.g., specific improvement in vehicle fuel economy to 2030, specific biofuel $CO_2$eq intensity, vehicle costs, fuel prices). They are derived relative to different baselines (see legend for colour coding) and need to be interpreted accordingly. Estimates for 2030 are based on projections from recent studies, but remain inherently uncertain. LCCC for aviation and for freight transport are taken directly from the literature. Additional context to these estimates is provided in the two right-most columns of the table (see Annex III, Section A.III.3 for data and assumptions on emission intensities and cost calculations and Annex II, Section A.II.3.1 for methodological issues on levelized cost metrics).

**References:** 1: IATA (2009), 2: TOSCA (2011), IEA (2009), 3: Dell'Olmo and Lulli (2003), Pyrialakou et al. (2012), 4: Bandivadekar (2008), ICCT (2010), Greene and Plotkin (2011), IEA (2012a), 5: IEA (2012), 6: NRC (2011a), 7: Sims et al. (2011), 8: Chandler et al. (2006), 9: ICCT (2010), NRC (2010), IEA (2012e), 10: ICCT. (2012), 11: NRC (2012), 12: UNEP (2011), 13: Chandler et al. (2006), IPCC (2007), AEA (2011), ITF (2011), IEA (2012d), 14: Hallmark et al. (2013), 15: Goodwin and Lyons (2010), Taylor and Philp (2010), Ashton-Graham et al. (2011), Höjer et al. (2011), Salter et al. (2011), Pandey (2006), 16: Behrendt et al. (2010), 17: Argonne National Lab. (2013), 18: UIC (2011), 19: IEA (2011a), 20: Crist (2009), IMO (2009), DNV (2010), ICCT (2011b), Lloyds Register and DNV (2011), Eide et al. (2011), 21: Crist (2009), 22: IMO (2009), 23: Lloyds Register and DNV (2011), 24: DNV (2010), 25: TIAX (2009), IEA (2012c), 26: Lawson et al. (2007), AEA (2011), 27: World Economic Forum/Accenture (2009), 28: Lawson et al. (2007), 29: TFL (2007), Eliasson (2008), Creutzig and He (2009), 30: IMO (2009), 31: Faber et al. (2012), 32: IEA (2009), IEA (2010b), 33: Bioenergy Annex, Chapter 11; 34: TOSCA (2011), 35: Marshall (2011), 36: ITDP (2009), 37: Maloni et al. (2013), 38: Andersson et al. (2011), 39: Wang (2012b), 40: Saelensminde (2004), 41: Tirachini and Hensher (2012), 42: DfT (2010), 43: Andersson et al. (2011), 44: Halzedine et al. (2009), 45: Sharpe (2010), 46: Skinner et al. (2010a), 47: Hill et al. (2012), 48: IEA (2012c), 49: Freight Transport Association (2013), 50: SAFED 2013; 51: NTM (2011), 52: Jardine (2009).

# 8.7 Co-benefits, risks and spillovers

Mitigation in the transport sector has the potential to generate synergies and co-benefits with other economic, social, and environmental objectives. In addition to mitigation costs (see Section 8.6), the deployment of mitigation measures will depend on a variety of other factors that relate to the broader objectives that drive policy choices. The implementation of policies and measures can have positive or negative effects on these other objectives—and vice versa. To the extent these effects are positive, they can be deemed as 'co-benefits'; if adverse and uncertain, they imply risks. Potential co-benefits and adverse side effects of alternative mitigation measures (Section 8.7.1), associated technical risks and uncertainties (Section 8.7.2), and public perceptions (Section 8.7.3) can significantly affect investment decisions and individual behaviour as well as influence the priority-setting of policymakers. Table 8.4 provides an overview of the potential co-benefits and adverse side-effects of the mitigation measures that are assessed in this chapter. In accordance with the three sustainable development pillars described in Sections 4.2 and 4.8, the table presents effects on objectives that may be economic, social, environmental, and health related. The extent to which co-benefits and adverse side effects will materialize in practice, and their net effect on social welfare, differ greatly across regions. Both are strongly dependent on local circumstances and implementation practices as well as on the scale and pace of the deployment of the different mitigation measures (see Section 6.6).

## 8.7.1 Socio-economic, environmental, and health effects

Transport relies almost entirely on oil with about 94 % of transport fuels being petroleum products (IEA, 2011b). This makes it a key area of energy security concern. Oil is also a major source of harmful emissions that affect air quality in urban areas (see Section 8.2) (Sathaye et al., 2011). In scenario studies of European cities, a combination of public transit and cycling infrastructures, pricing, and land-use measures is projected to lead to notable co-benefits. These include improved energy security, reduced fuel spending, less congestion, fewer accidents, and increased public health from more physical activity, less air pollution and less noise-related stress (Costantini et al., 2007; Greene, 2010b; Rojas-Rueda et al., 2011; Rojas-Rueda et al., 2012; Creutzig et al., 2012a). However, only a few studies have assessed the associated welfare effects comprehensively and these are hampered by data uncertainties. Even more fundamental is the epistemological uncertainty attributed to different social costs. As a result, the range of plausible social costs and benefits can be large. For example, the social costs of the co-dimensions congestion, air pollution, accidents, and noise in Beijing were assessed to equate to between 7.5 % to 15 % of GDP (Creutzig and He, 2009). Improving energy security, mobility

access, traffic congestion, public health, and safety are all important policy objectives that can possibly be influenced by mitigation actions (Jacobsen, 2003; Goodwin, 2004; Hultkrantz et al., 2006; Rojas-Rueda et al., 2011).

**Energy security**. Transport stands out in comparison to other energy end-use sectors due to its almost complete dependence on petroleum products (Sorrell and Speirs, 2009; Cherp et al., 2012). Thus, the sector suffers from both low resilience of energy supply and, in many countries, low sufficiency of domestic resources. (For a broader discussion on these types of concerns see Section 6.6.2.2). The sector is likely to continue to be dominated by oil for one or more decades (Costantini et al., 2007). For oil-importing countries, the exposure to volatile and unpredictable oil prices affects the terms of trade and their economic stability. Measuring oil independence is possible by measuring the economic impact of energy imports (Greene, 2010b). Mitigation strategies for transport (such as electrifying the sector and switching to biofuels) would decrease the sector's dependence on oil and diversify the energy supply, thus increasing resilience (Leiby, 2007; Shakya and Shrestha, 2011; Jewell et al., 2013). However, a shift away from oil could have implications for energy exporters (see Chapter 14). Additionally, mitigation measures targeted at reducing the overall transport demand—such as more compact urban form with improved transport infrastructure and journey distance reduction and avoidance (see Sections 8.4 and 12.4.2.1)—may reduce exposure to oil price volatility and shocks (Sovacool and Brown, 2010; Leung, 2011; Cherp et al., 2012).

**Access and mobility.** Mitigation strategies that foster multi-modality are likely to foster improved access to transport services particularly for the poorest and most vulnerable members of society. Improved mobility usually helps provide access to jobs, markets, and facilities such as hospitals and schools (Banister, 2011b; Boschmann, 2011; Sietchiping et al., 2012). More efficient transport and modal choice not only increases access and mobility it also positively affects transport costs for businesses and individuals (Banister, 2011b). Transport systems that are affordable and accessible foster productivity and social inclusion (Banister, 2008; Miranda and Rodrigues da Silva, 2012).

**Employment impact.** In addition to improved access in developing countries, a substantial number of people are employed in the formal and informal public transport sector (UN-Habitat, 2013). A shift to public transport modes is likely to generate additional employment opportunities in this sector (Santos et al., 2010). However, the net effect on employment of a shift towards low-carbon transport remains unclear (UNEP, 2011).

**Traffic congestion.** Congestion is an important aspect for decision makers, in particular at the local level, as it negatively affects journey times and creates substantial economic cost (Goodwin, 2004; Duranton and Turner, 2011). For example, in the United States in 2000, time lost in traffic amounted to around 0.7 % of GDP (Federal Highway Administration, 2000) or approximately 85 billion $USD_{2010}$. This increased to

101 billion $USD_{2010}$ in 2010, also being 0.7 % of GDP, but with more accurate data covering the cost per kilometre travelled of each major vehicle type for 500 urban centres (Schrank et al., 2011). Time lost was valued at 1.2 % of GDP in the UK (Goodwin, 2004); 3.4 % in Dakar, Senegal; 4 % in Manila, Philippines (Carisma and Lowder, 2007); 3.3 % to 5.3 % in Beijing, China (Creutzig and He, 2009); 1 % to 6 % in Bangkok, Thailand (World Bank, 2002) and up to 10 % in Lima, Peru where people on average spend around four hours in daily travel (JICA, 2005; Kunieda and Gauthier, 2007).

Modal shifts that reduce traffic congestion can simultaneously reduce GHG emissions and short-lived climate forcers. These include road congestion pricing, modal shifts from aviation to rail, and shifts from LDVs to public transport, walking, and cycling (Cuenot et al., 2012). However, some actions that seek to reduce congestion can induce additional travel demand, for example, expansions of airport infrastructure or construction of roads to increase capacity (Goodwin, 2004; ECMT, 2007; Small and van Dender, 2007).

**Health.** Exposure to vehicle exhaust emissions can cause cardiovascular, pulmonary, and respiratory diseases and several other negative health impacts (McCubbin, D.R., Delucchi, 1999; Medley et al., 2002; Chapters 7.9.2, 8.2, and WG II Chapter 11.9). In Beijing, for example, the social costs of air pollution were estimated to be as high as those for time delays from congestion (Creutzig and He, 2009). Various strategies to reduce fuel carbon intensity have varying implications for the many different air pollutants. For example, many studies indicate lower carbon monoxide and hydrocarbon emissions from the displacement of fossil-based transport fuels with biofuels, but $NO_x$ emissions are often higher. Advanced biofuels are expected to improve performance, such as the low particulate matter emissions from ligno-cellulosic ethanol (see Hill et al., 2009, Sathaye et al., 2011 and Section 11.13.5). Strategies that target local air pollution, for example switching to electric vehicles, have the potential to also reduce CO2 emissions (Yedla et al., 2005) and black carbon emissions (UNEP and WMO, 2011) provided the electricity is sourced from low-carbon sources. Strategies to improve energy efficiency in the LDV fleet though fostering diesel-powered vehicles may affect air quality negatively (Kirchstetter et al., 2008; Schipper and Fulton, 2012) if not accompanied by regulatory measures to ensure emission standards remain stable. The structure and design of these strategies ultimately decides if this potential can be realized (see Section 8.2).

Transport also contributes to noise and vibration issues, which affect human health negatively (WHO, 2009; Oltean-Dumbrava et al., 2013; Velasco et al., 2013). Transport-related human inactivity has also been linked to several chronic diseases (WHO, 2008). An increase in walking and cycling activities could therefore lead to health benefits but conversely may also lead to an increase in traffic accidents and a larger lung intake of air pollutants (Kahn Ribeiro et al., 2012; Takeshita, 2012). Overall, the benefits of walking and cycling significantly outweigh the risks due to pollution inhalation (Rojas-Rueda et al., 2011; Rabl and de Nazelle, 2012).

Assessing the social cost of public health is a contested area when presented as disability-adjusted life years (DALYs). A reduction in $CO_2$ emissions through an increase in active travel and less use of ICE vehicles gave associated health benefits in London (7,332 DALYs per million population per year) and Delhi (12,516 (DALYs/million capita)/yr)—significantly more than from the increased use of lower-emission vehicles (160 (DALYs/million capita)/yr) in London, and 1,696 in Delhi) (Woodcock et al., 2009). More generally, it has been found consistently across studies and methods that public health benefits (induced by modal shift from LDVs to non-motorized transport) from physical activity outweighs those from improved air quality (Woodcock et al., 2009; de Hartog et al., 2010; Rojas-Rueda et al., 2011; Grabow et al., 2012; Maizlish et al., 2013). In a similar trend, reduced car use in Australian cities has been shown to reduce health costs and improve productivity due to an increase in walking (Trubka et al., 2010a).

**Safety.** The increase in motorized road traffic in most countries places an increasing incidence of accidents with 1.27 million people killed globally each year, of which 91 % occur in low and middle-income countries (WHO, 2011). A further 20 to 50 million people suffer serious injuries (WHO, 2011). By 2030, it is estimated that road traffic injuries will constitute the fifth biggest reason for premature deaths (WHO, 2008). Measures to increase the efficiency of the vehicle fleet can also positively affect the crash-worthiness of vehicles if more stringent safety standards are adopted along with improved efficiency standards (Santos et al., 2010). Lack of access to safe walking, cycling, and public transport infrastructure remains an important element affecting the success of modal shift strategies, in particular in developing countries (Sonkin et al., 2006; Tiwari and Jain, 2012).

**Fossil fuel displacement.** Economists have criticized the assumption that each unit of energy replaces an energy-equivalent quantity of fossil energy, leaving total fuel use unaffected (Drabik and de Gorter, 2011; Rajagopal et al., 2011; Thompson et al., 2011). As with other energy sources, increasing energy supply through the production of bioenergy affects energy prices and demand for energy services, and these changes in consumption also affect net global GHG emissions (Hochman et al., 2010; Rajagopal et al., 2011; Chen and Khanna, 2012). The magnitude of the effect of increased biofuel production on global fuel consumption is uncertain (Thompson et al., 2011) and depends on how the world responds in the long term to reduced petroleum demand in regions using increased quantities of biofuels. This in turn depends on the Organization of Petroleum Exporting Countries' (OPEC) supply response and with China's and India's demand response to a given reduction in the demand for petroleum in regions promoting biofuels, and the relative prices of biofuels and fossil fuels including from hydraulic fracturing (fracking) (Gehlhar et al., 2010; Hochman et al., 2010; Thompson et al., 2011). Notably, if the percentage difference in GHG emissions between an alternative fuel and the incumbent fossil fuel is less than the percentage rebound effect (the fraction not displaced, in terms of GHG emissions), a net increase in GHG emissions will result from promoting the alternative fuel, despite its nominally lower rating (Drabik and de Gorter, 2011).

**8**

**Table 8.4 |** Overview of potential co-benefits (green arrows) and adverse side effects (orange arrows) of the main mitigation measures in the transport sector. Arrows pointing up/down denote positive/negative effect on the respective objective/concern; a question mark (?) denotes an uncertain net effect. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale (see Section 6.6). For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. For possible upstream effects of low-carbon electricity and biomass supply, see Sections 7.9 as well as 11.7 and 11.13.6. Numbers in brackets correspond to references below the table.

| Mitigation measures | Effect on additional objectives/concerns | | |
|---|---|---|---|
| | Economic | Social (including health) | Environmental |
| **Reduction of fuel carbon intensity: electricity, hydrogen, CNG, biofuels, and other fuels** | ↑ Energy security (diversification, reduced oil dependence and exposure to oil price volatility) (1–3,32–34,94) ↑ Technological spillovers (e.g., battery technologies for consumer electronics) (17,18,44,55,90) | ? Health impact via urban air pollution (59,69) by CNG, biofuels: net effect unclear (13,14,19,20,36,50) ↓ Electricity, hydrogen: reducing most pollutants (13,20,21,36,58,63,92) ↑ Shift to diesel: potentially increasing pollution (11,23,25) ↓ Health impact via reduced noise (electricity and fuel cell LDVs) (10,61,64–66,82) ↓ Road safety (silent electric LDVs at low speed) (56) | Ecosystem impact of electricity and hydrogen via: ↓ Urban air pollution (13,20,69,91–93) ↓ Material use (unsustainable resource mining) (17,18) ? Ecosystem impact of biofuels (24,41,42,89) |
| **Reduction of energy intensity** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (1–3,32–34) | ↓ Health impact via reduced urban air pollution (22,25,43,59,62,69,84) ↑ Road safety (crash-worthiness depending on the design of the standards) (38,39,52,60) | ↓ Ecosystem and biodiversity impact via reduced urban air pollution (20,22,69,95) |
| **Compact urban form and improved transport infrastructure** **Modal shift** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (77–80,86) ↑ Productivity (reduced urban congestion and travel times, affordable and accessible transport) (6–8,26,35,45,46,48,49) ? Employment opportunities in the public transport sector vs. car manufacturing jobs (38,76,89) | Health impact for non-motorized modes via ↑ Increased physical activity (7,12,27,28,29,51,64,70,73,74) ↓ Potentially higher exposure to air pollution (19,27,59,69,70,74) ↓ Noise (modal shift and travel reduction) (58,61,64–66,81–83) ↑ Equitable mobility access to employment opportunities, particularly in developing countries (4,5,8,9,26,43,47,49) ↑ Road safety (via modal shift and/or infrastructure for pedestrians and cyclists) (12,27,37,39,40,87,88) | Ecosystem impact via ↓ Urban air pollution (20,54,58,60,69) ↓ Land-use competition (7,9,58,71,75) |
| **Journey distance reduction and avoidance** | ↑ Energy security (reduced oil dependence and exposure to oil price volatility) (31,77–80,86) ↑ Productivity (reduced urban congestion, travel times, walking) (6–8,26,45,46,49) | ↑ Health impact (for non-motorized transport modes) (7,12,22,27–30,67,68,72,75) | Ecosystem impact via ↑ Urban air pollution (20,53,54,60,69) ↑ New/shorter shipping routes (15,16,57) ↓ Land-use competition from transport infrastructure (7,9,58,71,75) |

References: 1: Greene (2010b), 2: Costantini et al. (2007), 3: Bradley and Lefevre (2006), 4: Boschmann (2011), 5: Sietchiping et al. (2012), 6: Cuenot et al. (2012), 7: Creutzig et al. (2012a), 8: Banister (2008), 9: Geurs and Van Wee (2004), Banister (2008), 10: Creutzig and He (2009), 11: Leinert et al. (2013), 12: Rojas-Rueda et al. (2011), 13: Sathaye et al. (2011), 14: Hill et al. (2009), 15: Garneau et al. (2009), 16: Wassmann (2011), 17: Eliseeva and Bünzli (2011), 18: Massari and Ruberti (2013), 19: Takeshita (2012), 20: Kahn Ribeiro et al. (2012), 21: IEA (2011a), 22: Woodcock et al. (2009), 23: Schipper and Fulton (2009), 24: see Section 11.13.6, 25: Kirchstetter et al. (2008), 26: Banister (2008), Miranda and Rodrigues da Silva (2012), 27: Rojas-Rueda et al. (2011), Rabl and de Nazelle (2012), 28: Jacobsen (2003), 29: Hultkrantz et al. (2006), 30: Goodwin (2004), 31: Sorrell and Speirs (2009), 32: Jewell et al. (2013), 33: Shakya and Shrestha (2011), 34: Leiby (2007), 35: Duranton and Turner (2011), 36: Trubka et al. (2010a), 37: WHO (2011), 38: Santos et al. (2010), 39: Tiwari and Jain (2012), 40: Sonkin et al. (2006), 41: Chum et al. (2011), 42: Larsen et al. (2009), 43: Steg and Gifford (2005), 44: Christensen et al. (2012), 45: Schrank et al. (2011), 46: Carisma and Lowder (2007), 47: World Bank (2002), 48: JICA (2005), 49: Kunieda and Gauthier (2007), 50: see Section 11.13.5, 51: Maizlish et al. (2013), 52: WHO (2002), 53: ICCT (2012b), 54: Yedla et al. (2005), 55: Lu et al. (2013), 56: Schoon and Huijskens (2011), 57: see Section 8.5, 58: see Section 12.8, 59: Medey et al. (2002), 60: Machado-Filho (2009), 61: Milner et al. (2012), 62: Kim Oanh et al. (2012), 63: Fulton et al. (2013), 64: de Nazelle et al. (2011), 65: Twardella and Ndrepepa (2011), 66: Kawada (2011), 67: Grabow et al. (2012), 68: Pucher et al. (2010), 69: Section 7.9.2 and WGII Section 11.9, 70: de Hartog et al. (2010), 71: Heath et al. (2006), 72: Saelens et al. (2003), 73: Sallis et al. (2009), 74: Hankey and Brauer (2012), 75: Cervero and Sullivan (2011), 76: Mikler (2010), 77: Cherp et al. (2012), 78: Leung (2011), 79: Knox-Hayes et al. (2013), 80: Sovacool and Brown (2010), 81: WHO (2009), 82: Oltean-Dumbrava et al. (2013), 83: Velasco et al. (2013), 84: Smith et al. (2013), 86: see Section 8.4, 87: Schepers et al. (2013), 88: White (2004), 89: UNEP/GEF (2013), 90: Rao and Wang (2011), 91: Notter et al. (2010), 92: Sioshansi and Denholm (2009), 93: Zackrisson et al. (2010), 94: Michalek et al. (2011), 95: see Section 8.2.2.1.

If biofuels displace high carbon-intensity oil from tar sands or heavy oils, the displacement effect would provide higher GHG emission savings. Estimates of the magnitude of the petroleum rebound effect cover a wide range and depend on modelling assumptions. Two recent modelling studies suggest that biofuels replace about 30–70 % of the energy equivalent quantity of petroleum-based fuel (Drabik and de Gorter, 2011; Chen and Khanna, 2012), while others find replacement can be as low as 12–15 % (Hochman et al., 2010). Under other circumstances, the rebound can be negative. The rebound effect is always subject to the policy context, and can be specifically avoided by global cap and pricing instruments.

## 8.7.2    Technical risks and uncertainties

Different de-carbonization strategies for transport have a number of technological risks and uncertainties associated with them. Unsustainable mining of resources to supply low-carbon transport technologies such as batteries and fuel cells may create adverse side effects for the local environment (Massari and Ruberti, 2013; Eliseeva and Bünzli, 2011). Mitigation options from lower energy-intensity technologies (e.g., electric buses) and reduced fuel carbon intensity (e.g., biofuels) are particularly uncertain regarding their technological viability, sources of primary energy, and biomass and lifecycle emission reduction potential (see Section 8.3). Biofuels indicators are being developed to ensure a degree of sustainability in their production and use (UNEP/GEF, 2013; Sections 11.13.6 and 11.13.7). For shipping, there is potential for new and shorter routes such as across the Arctic, but these may create risks to vulnerable ecosystems (see Section 8.5).

A focus on improving vehicle fuel efficiency may reduce GHG emissions and potentially improve air quality, but without an increase in modal choice it may not result in improved access and mobility (Steg and Gifford, 2005). The shift toward more efficient vehicles, for example the increasing use of diesel for the LDV fleet in Europe, has also created tradeoffs such as negatively affecting air quality in cities (Kirchstetter et al., 2008). More generally, mitigation options are also likely to be subject to rebound effects to varying degrees (see Sections 8.3 and 8.10).

## 8.7.3    Technological spillovers

Advancements in technologies developed for the transport sector may have technological spillovers to other sectors. For example advancements in battery technology systems for consumer electronics could facilitate the development of batteries for electric vehicles and vice-versa (Rao and Wang, 2011). The production of land-competitive biofuels can also have direct and indirect effects on biodiversity, water, and food availability (see Sections 11.13.6 and 11.13.7). Other areas where technological spillovers may occur include control and navigation systems and other information technology applications.

# 8.8    Barriers and opportunities

Barriers and opportunities are processes that hinder or facilitate deployment of new transport technologies and practices. Reducing transport GHG emissions is inherently complex as increasing mobility with LDVs, HDVs, and aircraft has been associated with increasing wealth for the past century of industrialization (Meyer et al., 1965; Glaeser, 2011). The first signs of decoupling fossil fuel-based mobility from wealth generation are appearing in OECD countries (Kenworthy, 2013). To decouple and reduce GHG emissions, a range of technologies and practices have been identified that are likely to be developed in the short- and long-terms (see Section 8.3), but barriers to their deployment exist as do opportunities for those nations, cities, and regions willing to make low-carbon transport a priority. There are many barriers to implementing a significantly lower carbon transport system, but these can be turned into opportunities if sufficient consideration is given and best-practice examples are followed.

## 8.8.1    Barriers and opportunities to reduce GHGs by technologies and practices

The key transport-related technologies and practices garnered from sections above are set out below in terms of their impact on fuel carbon intensity, improved energy intensity of technologies, system infrastructure efficiency, and transport demand reduction. Each has short- and long-term potentials to reduce transport GHG emissions that are then assessed in terms of their barriers and opportunities (Table 8.5). (Details of policies follow in Section 8.10).

Psychological barriers can impede behavioural choices that might otherwise facilitate mitigation as well as adaptation and environmental sustainability. Many individuals are engaged in ameliorative actions to improve their local environment, although many could do more. Gifford (2011) outlined barriers that included "limited cognition about the problem, ideological worldviews that tend to preclude pro-environmental attitudes and behaviour, comparisons with the responses of other people, sunk costs and behavioural momentum, a dis-credence toward experts and authorities, perceived risks as a result of making change and positive but inadequate confidence to make behavioural change."

The range of barriers to the ready adoption of the above technologies and practices have been described in previous sections, but are summarized in Table 8.5 along with the opportunities available. The

**8**

challenges involved in removing barriers in each of the 16 elements listed depend on the politics of a region. In most places, reducing fuel carbon and energy intensities are likely to be relatively easy as they are technology-based, though they can meet capital investment barriers in developing regions and may be insufficient in the longer-term. On the other hand, system infrastructure efficiency and transport demand

reduction options would require human interventions and social change as well as public investment. Although these may not require as much capital investment, they would still require public acceptance of any transport policy option (see Section 8.10). As implementation approaches, public acceptance fluctuates, so political support may be required at critical times (Pridmore and Miola, 2011).

**Table 8.5** | Transport technologies and practices with potential for both short- and long-term GHG reduction and the related barriers and opportunities in terms of the policy arenas of fuel carbon intensity, energy intensity, infrastructure, and activity.

| Transport technology or practice | Short-term possibilities | Long-term possibilities | Barriers | Opportunities | References |
|---|---|---|---|---|---|
| **Fuel carbon intensity: fuel switching** BEV—Battery electric vehicle; PHEV—Plug-in hybrid electric vehicle; FCV—Fuel cell vehicles; CHP—combined heat and power; CNG—Compressed natural gas; LNG—Liquefied natural gas; CBG—Compressed biogas; LBG—Liquefied biogas) | | | | | |
| 1.  BEVs and PHEVs based on renewable electricity. | Rapid increase in use likely over next decade from a small base, so only a small impact likely in short-term. | Significant replacement of ICE-powered LDVs. | EV and battery costs reducing but still high. Lack of infrastructure, and recharging standards not uniform. Vehicle range anxiety. Lack of capital and electricity in some least developed countries. | Universal standards adopted for EV rechargers. Demonstration in green city areas with plug-in infrastructure. Decarbonized electricity. Smart grids based on renewables. EV subsidies. New business models, such as community car sharing. | EPRI 2008; Beck ,2009; IEA, 2011; Salter et al., 2011; Kley et al., 2011; Leurent & Windisch, 2011; Graham-Rowe et al., 2012 |
| 2.  CNG, LNG, CBG and LBG displacing gasoline in LDVs and diesel in HDVs. | Infrastructure available in some cities so can allow a quick ramp-up of gas vehicles in these cities. | Significant replacement of HDV diesel use depends on ease of engine conversion, fuel prices and extent of infrastructure. | Insufficient government programmes, conversion subsidies and local gas infrastructure and markets. Leakage of gas. | Demonstration gas conversion programmes that show cost and health co-benefits. Fixing gas leakage in general. | IEA, 2007; Salter et al., 2011; Alvarez et al., 2012 |
| 3.  Biofuels displacing gasol ne, diesel and aviation fuel. | Niche markets continue for first generation biofuels (3% of liquid fuel market, small biogas niche markets). | Advanced and drop-in biofuels likely to be adopted around 2020–2030, mainly for aviation. | Some biofuels can be relatively expensive, environmentally poor and cause inequalities by inducing increases in food prices. | Drop-in fuels attractive for all vehicles. Biofuels and bio-electricity can be produced together, and CHP from bagasse. New biofuel options need to be further tested, particularly for aviation applications. | Ogden et al., 2004; Fargione et al., 2010; IEA, 2010; Plevin et al., 2010; Creutzig et al., 2011; Salter et al., 2011; Pacca and Moreira, 2011; Flannery et al., 2012 |
| **Energy intensity: efficiency of technologies**  FEV—fuel efficient vehicles   ICE—internal combustion engine | | | | | |
| 4.  Improved vehicle ICE technologies and on-board information and communication technologies (ICT) in fuel-efficient vehicles. | Continuing fuel efficiency improvements across new vehicles of all types can show large, low-cost, near-term reductions in fuel demand. | Likely to be a significant source of reduction. Consumer choices can reduce vehicle efficiency gains. | Insufficient regulatory support for vehicle emissions standards. On-road performance deteriorates compared with laboratory tests. | Creative regulations that enable quick changes to occur without excessive costs on emissions standards. China and most OECD countries have implemented standards. Reduced registration tax can be implemented for low $CO_2$eq-based vehicles. | Schipper et al., 2000; Ogden et al., 2004; Small and van Dender, 2007; Sperling and Gordon, 2009; Timilsina and Dulal, 2009; Fuglestvedt et al., 2009; Mikler, 2010; Salter et al., 2011 |
| **Structure:  system infrastructure efficiency** | | | | | |
| 5.  Modal shift by public transport displacing private motor vehicle use. | Rapid short-term growth already happening. | Significant displacement only where quality system infrastructure and services are provided. | Availability of rail, bus, ferry, and other quality transit options. Density of people to allow more access to services. Levels of services. Time barriers on roads without right of way Public perceptions. | Investment in quality transit infrastructure, density of adjacent land use, and high level of services using innovative financing that builds in these features. Multiple co-benefits especially where walkability health benefits are a focus. | Kenworthy, 2008; Millard-Ball & Schipper, 2011; Newman et al., 2011; Bühler and Pucher, 2011; Newman and Matan, 2013 |

⟹

8

| Transport technology or practice | Short-term possibilities | Long-term possibilities | Barriers | Opportunities | References |
|---|---|---|---|---|---|
| 6. Modal shift by cycling displacing private motor vehicle use. | Rapid short-term growth already happening in many cities. | Significant displacement only where quality system is provided. | Cultural barriers and lack of safe cycling infrastructure and regulations. Harsh climate. | Demonstrations of quality cycling infrastructure including cultural programmes and bike-sharing schemes. | Bassett et al., 2008; Garrard et al., 2008; Salter et al., 2011; Anon, 2012; Sugiyama et al., 2012 |
| 7. Modal shift by walking displacing private motor vehicle use. | Some growth but depends on urban planning and design policies being implemented. | Significant displacement where large-scale adoption of polycentric city policies and walkable urban designs are implemented. | Planning and design policies can work against walkability of a city by too easily allowing cars into walking city areas. Lack of density and integration with transit. Culture of walkability. | Large-scale adoption of polycentric city policies and walkable urban designs creating walking city in historic centres and new ones. Cultural programmes. | Gehl, 2011; Höjer et al., 2011; Leather et al., 2011; Salter et al., 2011 |
| 8. Urban planning by reducing the distances to travel within urban areas. | Immediate impacts where dense transit-oriented development (TOD) centres are built. | Significant reductions where widespread polycentric city policies are implemented. | Urban development does not always favour dense TOD centres being built. TODs need quality transit at their base. Integration of professional areas required. | Widespread polycentric city policies implemented with green TODs, backed by quality transit. Multiple co-benefits in sprawl costs avoided and health gains. | Anon, 2004; Anon, 2009; Naess, 2006; Ewing et al., 2008; Cervero and Murakami, 2009; Cervero and Murakami, 2010; Cervero and Sullivan, 2011; Salter et al., 2011; Lefèvre, 2009 |
| 9. Urban planning by reducing private motor vehicle use through parking and traffic restraint. | Immediate impacts on traffic density observed. | Significant reductions only where quality transport alternatives are available. | Political barriers due to perceived public opposition to increased costs, traffic and parking restrictions. Parking codes too prescriptive for areas suited to walking and transit. | Demonstrations of better transport outcomes from combinations of traffic restraint, parking and new transit/walking infrastructure investment. | Gwilliam, 2003; ADB, 2011; Creutzig et al., 2011; Shoup, 2011; Newman and Matan, 2013 |
| 10. Modal shift by displacing aircraft and LDV trips through high-speed rail alternatives. | Immediate impacts after building rail infrastructure. | Continued growth but only short-medium distance trips suitable. | High-speed rail infrastructure expensive. | Demonstrations of how to build quality fast-rail using innovative finance. | Park and Ha, 2006; Gilbert and Perl, 2010; Åkerman, 2011; Salter et al., 2011 |
| 11. Modal shift of freight by displacing HDV demand with rail. | Suitable immediately for medium- and long-distance freight and port traffic. | Substantial displacement only if large rail infrastructure improvements made, the external costs of freight transport are fully internalized, and the quality of rail services are enhanced. EU target to have 30 % of freight tonne-km moving more than 300 km to go by rail (or water) by 2030. | Inadequacies in rail infrastructure and service quality. Much freight moved over distances that are too short for rail to be competitive. | Upgrading of inter-modal facilities. Electrification of rail freight services. Worsening traffic congestion on road networks and higher fuel cost will favour rail. | IEA, 2009; Schiller et al., 2010; Salter et al., 2011 |
| 12. Modal shift by displacing truck and car use through waterborne transport. | Niche options already available. EU "Motorways of the Sea" programme demonstrates potential to expand short-sea shipping share of freight market. | Potential to develop beyond current niches, though will require significant investment in new vessels and port facilities. | Lack of vision for water transport options and land-locked population centres. Long transit times. Tightening controls on dirty bunker fuel and $SO_x$ and $NO_x$ emissions raising cost and reducing modal competitiveness. | Demonstrations of quality waterborne transport that can be faster and with lower-carbon emissions than alternatives. | Fuglestvedt et al., 2009; Salter et al. 2011 |
| 13. System optimization by improved road systems, freight logistics and efficiency at airports and ports. | Continuing improvements showing immediate impacts. | Insufficient in long term to significantly reduce carbon emissions without changing mode, reducing mobility, or reducing fuel carbon intensity. | Insufficient regulatory support and key performance indicators (KPIs) covering logistics and efficiency. | Creative regulations and KPIs that enable change to occur rapidly without excessive costs. | Pels and Verhoef, 2004; A. Zhang and Y. Zhang, 2006; Fuglestvedt et al., 2009; Kaluza et al., 2010; McKinnon, 2010; Simalakis and Balakrishnan, 2010; Salter et al., 2011 |
| **Activity: demand reduction** | | | | | |
| 14. Mobility service substitution by reducing the need to travel through enhanced communications. | Niche markets growing and ICT improving in quality and reliability. | Significant reductions possible after faster broadband and quality images available, though ICT may increase the need for some trips. | Technological barriers due to insufficient broadband in some regions. | Demonstrations of improved video-conferencing system quality. | Golob and Regan, 2001; Choo et al., 2005; Wang and Law, 2007; Yi and Thomas, 2007; Zhen et al., 2009; Salter et al., 2011; Mokhtarian and Meenakshisundaram, 2002 |

⟹

| Transport technology or practice | Short-term possibilities | Long-term possibilities | Barriers | Opportunities | References |
|---|---|---|---|---|---|
| 15. Behavioural change from reducing private motor vehicle use through pricing policies, e.g. network charges and parking fees. | Immediate impacts on traffic density observed. | Significant reductions only where quality transport alternatives are available. | Political barriers due to perceived public opposition to increased pricing costs. Lack of administrative integration between transport, land-use and environment departments in city municipalities. | Demonstrations of better transport outcomes from combinations of pricing, traffic restraint, parking and new infrastructure investment from the revenue. Removing subsidies to fossil fuels important for many co-benefits. | Litman, 2005, 2006; Salter et al., 2011; Creutzig et al., 2012a |
| 16. Behavioural change resulting from education to encourage gaining benefits of less motor vehicle use. | Immediate impacts of 10–15 % reduction of LDV use are possible. | Significant reductions only where quality transport alternatives are available. | Lack of belief by politicians and professionals in the value of educational behaviour change programmes. | Demonstrations of 'travel smart' programmes linked to improvements in sustainable transport infrastructure. Cost effective and multiple co-benefits. | Pandey, 2006; Goodwin and Lyons, 2010; Taylor and Philp, 2010; Ashton-Graham et al., 2011; Höjer et al., 2011; Salter et al., 2011 |

## 8.8.2    Financing low-carbon transport

Transport is a foundation for any economy as it enables people to be linked, goods to be exchanged, and cities to be structured (Glaeser, 2011). Transport is critical for poverty reduction and growth in the plans of most regions, nations, and cities. It therefore is a key area to receive development funding. In past decades the amount of funding going to transport through various low-carbon mechanisms had been relatively low, but has had a recent increase. The projects registered in the United Nations Environmental Programme (UNEP) pipeline database for the clean development mechanism (CDM) shows only 42 projects out of 6707 were transport-related (Kopp, 2012). The Global Environment Facility (GEF) has approved only 28 projects in 20 years, and the World Bank's Clean Technology Fund has funded transport projects for less than 17 % of the total. If this international funding does not improve, then transport could move from emitting 22 % of energy-related GHGs in 2009 to reach 80 % by 2050 (ADB, 2012a). Conversely, national appropriate mitigation measures (NAMAs) could attract low-carbon financing in the transport area for the developing world. To support sustainable transport system development, eight multi-lateral development banks have pledged to invest around 170 billion $USD_{2010}$ over the next ten years (Marton-Lefèvre, 2012).

A major part of funding sustainable transport could arise from the redirection of funding from unsustainable transport (Sakamoto et al., 2010; UNEP, 2011; ADB, 2012b). In addition, land-based taxes or fees can capitalize on the value gains brought by sustainable transport infrastructures (Chapter 12.5.2). For example, in locations close to a new rail system, revenue can be generated from land-based taxes and council rates levied on buildings that are seen to rise by 20–50 % compared to areas not adjacent to such an accessible facility (Cervero 1994; Haider and Miller, 2000; Rybeck, 2004). Local municipal financing by land value capture and land taxes could be a primary source of financing for public transit and non-motorized transport infrastructure, especially in rapidly urbanizing Asia (Chapter 12.5.2; Bongardt et al., 2013). For

example, a number of value capture projects are underway as part of the rapid growth in urban rail systems, including Indian cities (Newman et al., 2013). The ability to fully outline the costs and benefits of low-carbon transport projects will be critical to accessing these new funding opportunities. R&D barriers and opportunities exist for all of these agendas in transport.

## 8.8.3    Institutional, cultural, and legal barriers and opportunities

Institutional barriers to low-carbon transport include international standards required for new EV infrastructure to enable recharging; low pricing of parking; lack of educational programmes for modal shift; and polycentric planning policies that require the necessary institutional structures (OECD, 2012; Salter et al., 2011). Cultural barriers underlie every aspect of transport, for example, automobile dependence being built into a culture and legal barriers that can exist to prevent the building of dense, mixed-use community centres that reduce car dependence. Overall, there are political barriers that combine most of the above (Pridmore and Miola, 2011).

Opportunities also exist. Low-carbon transport elements in green growth programmes (OECD, 2011; Hargroves and Smith, 2008) are likely to be the basis of changing economies because they shape cities and create wealth (Glaeser, 2011; Newman et al., 2009). Those nations, cities, businesses, and communities that grasp the opportunities to demonstrate these changes are likely to be the ones that benefit most in the future (OECD, 2012). The process of decoupling economic growth from fossil fuel dependence could become a major feature of the future economy (ADB, 2012a) with sustainable transport being one of four key approaches. Overcoming the barriers to each technology and practice (Table 8.5) could enable each to contribute to a more sustainable transport system and realize the opportunities from technological and social changes when moving towards a decarbonized economy of the future.

## 8.9 Sectoral implications of transformation pathways and sustainable development

Scenarios that focus on possible reductions of energy use and $CO_2$ emissions from transport are sourced from either integrated models that incorporate a cross-sector approach to modelling global emissions reductions and other mitigation options, or sectoral models that focus solely on transport and its specific potential for emissions reductions. A comparison of scenarios from both integrated and sectoral models with a focus on long-term concentration goals up until 2100 is conducted in this section. This comparison is complemented by the results of the transport-specific evaluation of cost and potentials in Section 8.6 and supported by a broader integrated assessment in Chapter 6[7].

The integrated and sectoral model transport literature presents a wide range of future $CO_2$ emissions reduction scenarios and offers two distinct forms of assessment. Both contemplate how changes in passenger and freight activity, structure, energy intensity, and fuel carbon intensity could each contribute to emissions reductions and assist the achievement of concentration goals.

The integrated model literature focuses upon systemic assessments of the impacts of macro-economic policies (such as limits on global/regional emissions or the implementation of a carbon tax) and reviews the relative contributions of a range of sectors to overall global mitigation efforts (Section 6.2.1). Within the WG III AR5 Scenario Database (Annex II.10), transport specific variables are not available for all scenarios. Therefore, the present analysis is based on a sub-sample of almost 600 scenarios[8]. Due to the macro-economic scale of their analysis, integrated models have a limited ability to assess behaviour changes that may result from structural developments impacting on

modal shift or journey avoidance, behavioural factors such as travel time and budget might contribute up to 50 % reduction of activity globally in 2100 compared to the 2005 baseline (Girod et al., 2013).

Sectoral scenarios, however, are able to integrate results concerning emission reduction potentials from sector specific interventions (such as vehicle taxation, parking fees, fuel economy standards, promotion of modal shift, etc.). They can be instrumental in evaluating how policies that target structural factors[9] can impact on passenger and freight travel demand reductions (see Sections 8.4 and 8.10). Unlike integrated models, sectoral studies do not attempt to measure transport emissions reductions with respect to the amounts that other sectors could contribute in order to reach long-term concentration goals.

### 8.9.1 Long term stabilization goals—integrated and sectoral perspectives

A diversity of transformation pathways highlights the possible range of decarbonization options for transport (Section 6.8). Results from both integrated and sectoral models up until 2050 closely match each other. Projected GHG emissions vary greatly in the long term integrated scenarios, reflecting a wide range in assumptions explored such as future population, economic growth, policies, technology development, and acceptance (Section 6.2.3). Without policy interventions, a continuation of current travel demand trends could lead to a more than doubling of transport-related $CO_2$ emissions by 2050 and more than a tripling by 2100 in the highest scenario projections (Figure 8.9). The convergence of results between integrated and sectoral model studies suggests that through substantial, sustained, and directed policy interventions, transport emissions can be consistent with limiting long-term concentrations to 430–530 ppm $CO_2$eq.

The growth of global transport demand could pose a significant challenge to the achievement of potential emission reduction goals. The average transport demand growth from integrated scenarios with respect to 2010 levels suggests that total passenger and freight travel will continue to grow in the coming decades up to 2050, with most of this growth taking place within developing country regions where large shares of future population and income growth are expected (Figure 8.10) (UN Secretariat, 2007).

A positive income elasticity and the relative price-inelastic nature of passenger travel partially explain the strength of the relationship between travel and income (Dargay, 2007; Barla et al., 2009). Both integrated and sectoral model projections for total travel demand show that while demand in non-OECD countries grows rapidly, a lower starting point results in a much lower per capita level of passenger travel in 2050 than in OECD countries (Figure 8.10) (IEA, 2009; Fulton

---

[7]   Section 6.2.2 and Annex II.10 provide details on the WG III AR5 Scenario Database, which is the source of more than 1,200 integrated scenarios.

[8]   This section builds upon the scenarios which were collated by Chapter 6 in the WG III AR5 Scenario Database and compares them to global scale transport studies. The scenarios were grouped into baseline and mitigation scenarios. As described in more detail in Chapter 6.3.2, the scenarios are further categorized into bins based on 2100 concentrations: between 430–480 ppm $CO_2$eq, 480–530 ppm $CO_2$eq, 530–580 ppm $CO_2$eq, 580–650 ppm $CO_2$eq, 650–720 ppm $CO_2$eq, and > 720 ppm $CO_2$eq. An assessment of geo-physical climate uncertainties, consistent with the dynamics of Earth System Models assessed in WGI, found that the most stringent of these scenarios, leading to 2100 concentrations between 430 and 480 ppm $CO_2$eq, would lead to an end-of-century median temperature change between 1.6 to 1.8 °C compared to pre-industrial times, although uncertainties in understanding of the climate system mean that the possible temperature range is much wider than this. They were found to maintain temperature change below 2 °C over the course of the century with a likely chance. Scenarios in the concentration category of 650–720 ppm $CO_2$eq correspond to comparatively modest mitigation efforts, and were found to lead to median temperature rise of approximately 2.6–2.9 °C in 2100 (Chapter 6.3.2). The x-axis of Figures 8.9 to 8.12 show specific sample numbers for each category of scenario reviewed.

[9]   These include land use planning that favours high density or polycentric urban forms; public transport oriented developments with mixed uses; and high quality city environments.

**8**



**Figure 8.9** | Direct global transport $CO_2$ emissions. All results for passenger and freight transport are indexed relative to 2010 values for each scenario from integrated models grouped by $CO_2$eq concentration levels by 2100, and sectoral studies grouped by baseline and policy categories. Sources: Integrated models—WG III AR5 Scenario Database (Annex II.10). Sectoral models: IEA (2008, 2011b, 2012b), WEC (2011a), EIA (2011), IEEJ (2011).

Note: All figures in Section 8.9 show the full range of results for both integrated and sectoral studies. Where the data is sourced from the WG III AR5 Scenario Database a line denotes the median scenario and a box and bolder colours highlight the inter-quartile range. The specific observations from sectoral studies are shown as black dots with light bars (policy) or dark bars (baseline) to give the full ranges. "n" equals number of scenarios assessed in each category.



**Figure 8.10** | Global passenger (p-km/capita/yr) and freight (t-km/capita/yr) regional demand projections out to 2050 based on integrated models for various $CO_2$eq concentration levels by 2100—with normalized values highlighting growth and controlling differences in base year values across models. Source: WG III AR5 Scenario Database (Annex II.10).