et al., 2013). Consistent with a recent decline in growth of LDV use in some OECD countries (Goodwin and Van Dender, 2013), integrated and sectoral model studies have suggested that decoupling of passenger transport from GDP could take place after 2035 (IEA, 2012; Girod et al., 2012). However, with both transport demand and GDP tied to population growth, decoupling may not be fully completed. At higher incomes, substitution to faster travel modes, such as fast-rail and air travel, explains why total passenger and freight travel continues to rise faster than per capita LDV travel (Schäfer et al., 2009).

Freight transport increases in all scenarios at a slower pace than passenger transport, but still rises as much as threefold by 2050 in comparison to 2010 levels. Freight demand has historically been closely coupled to GDP, but there is potential for future decoupling. Over the long term, changes in activity growth rates (with respect to 2010) for 430–530 ppm CO₂eq scenarios from integrated models suggest that decoupling freight transport demand from GDP can take place earlier than for passenger travel. Modest decreases in freight activity per dollar of GDP suggest that a degree of relative decoupling between freight and income has been occurring across developed countries including Finland (Tapio, 2005), the UK (McKinnon, 2007a) and Denmark (Kveiborg and Fosgerau, 2007). Two notable exceptions are Spain and South Korea, which are at relatively later stages of economic development (Eom et al., 2012). Where decoupling has occurred, it is partly associated with the migration of economic activity to other countries (Corbertt and Winebrake, 2008; Corbertt and Winebrake, 2011). See Sections 3.9.5 and 5.4.1 for a broader discussion of leakage. Opportunities for decoupling could result from a range of changes, including a return to more localized sourcing (McKinnon, 2007b); a major shift in the pattern of consumption to services and products of higher value; the digitization of media and entertainment; and an extensive application of new transport-reducing manufacturing technologies such as 3-D printing (Birtchnell et al., 2013).

Due to the increases in total transport demand, fuel consumption also increases over time, but with GHG emissions at a lower level if policies toward decarbonization of fuels and reduced energy intensity of vehicles are successfully implemented. The integrated scenarios suggest that energy intensity reductions for both passenger and freight transport could continue to occur if the present level of fuel economy standards are sustained over time, or could decrease further with more stringent concentration goals (Figure 8.11).

Projected reductions in energy intensity for freight transport scenarios (EJ/bn t-km) in the scenarios show a wider spread (large ranges in Figure 8.11 between the 25th and 75th percentiles) than for passengers, but still tend to materialize over time. Aviation and road transport have higher energy intensities than rail and waterborne transport (Figure 8.6). Therefore, they account for a larger share of emissions than their share of meeting service demands (Girod et al., 2013). However, limited data availability makes the assessment of changes in modal structure challenging as not all integrated models provide information at a sufficiently disaggregated level or fully represent structural and behavioural choices. Sectoral studies suggest that achieving significant reductions in aviation emissions will require reductions in the rate of growth of travel activity through demand management alongside technological advances (Bows et al., 2009).

In addition to energy intensity reductions, fuel carbon intensity can be reduced further in stringent mitigation scenarios and play an important role in the medium term with the potential for continued improvement throughout the century (Figure 8.11). Scenarios suggest that fuel switch-



**Figure 8.11 |** Normalized energy intensity scenarios (indexed relative to 2010 values) out to 2100 for passenger (left panel) and freight transport (centre panel), and for fuel carbon intensity based on scenarios from integrated models grouped by CO₂eq concentration levels by 2100 (right panel). Source: WG III AR5 Scenario Database (Annex II.10). Note "n" equals number of scenarios assessed in each category.

**8**

ing does not occur to a great extent until after 2020–2030 (Fig 8.12) after which it occurs sooner in more stringent concentration scenarios. The mix of fuels and technologies is difficult to foresee in the long term, especially for road transport, but liquid petroleum fuels tend to dominate at least up until 2050 even in the most stringent mitigation scenario. Within some sectoral studies, assumed breakthroughs in biofuels, fuel cell vehicles, and electrification of road vehicles help achieve deep reductions in emissions by 2050 (Kahn Ribeiro et al., 2012; Williams et al., 2012). Other studies are less confident about fuel carbon intensity reductions, arguing that advanced biofuels, low-carbon electricity, and hydrogen will all require time to make substantial contributions to mitigation efforts. They therefore attribute greater potential for emission reductions to structural and behavioural changes (Salter et al., 2011).

Model assumptions for future technology cost, performance, regulatory environment, consumer choice, and fuel prices result in different shares of fuels that could replace fossil fuels (Table 8.3; Krey and Clarke, 2011). Availability of carbon dioxide capture and storage (CCS) is also likely to have major impact on fuel choices (Luckow et al., 2010; Sathaye et al., 2011). Uncertainty is evident by the wide ranges in all the pathways considered, and are larger after 2050 (Bastani et al., 2012; Wang et al., 2012; Pietzcker et al., 2013). In terms of direct emissions reductions, biofuels tend to have a more important role in the period leading up to 2050. In general, integrated models have been criticized as being optimistic on fuel substitution possibilities, specifically with respect to lifecycle emission assumptions and hence the utilization of biofuels (Sections 8.3 and 11.A.4; Creutzig et al., 2012a; Pietzcker et al., 2013). However, scenarios from integrated models are consistent with sectoral scenarios with respect to fuel shares in 2050 (Figure 8.12). Within the integrated model scenarios, deeper emissions reductions associated with lower $CO_2eq$ concentrations in

2100 are consistent with increasing market penetration of low-carbon electricity and hydrogen in the latter part of the century. Uncertainties as to which fuel becomes dominant, as well as on the role of energy efficiency improvements and fuel savings, are relevant to the stringent mitigation scenarios (van der Zwaan et al., 2013). Indeed, many scenarios show no dominant transport fuel source in 2100, with the median values for electricity and hydrogen sitting between a 22–25 % share of final energy, even for scenarios consistent with limiting concentrations to 430–530 ppm $CO_2eq$ in 2100 (Figure 8.12).

Both the integrated and sectoral model literature present energy efficiency measures as having the greatest promise and playing the largest role for emission reductions in the short term (Skinner et al., 2010; Harvey, 2012; IEA, 2009; McKinnon and Piecyk, 2009; Sorrell et al., 2012). Since models typically assume limited cost reduction impacts, they include slow transitions for new transport technologies to reach large cumulative market shares. For example, a range of both sectoral and integrated studies note that it will take over 15–20 years for either BEVs or FCVs to become competitive with ICE vehicles (Baptista et al., 2010; Eppstein et al., 2011; IEA, 2011c; Girod et al., 2012; Girod et al., 2013; Bosetti and Longden, 2013; van der Zwaan et al., 2013). Since integrated models do not contain a detailed representation of infrastructural changes, their results can be interpreted as a conservative estimate of possible changes to vehicles, fuels, and modal choices (Pietzcker et al., 2013).

The sectoral literature presents a more positive view of transformational opportunities than do the integrated models (IEA, 2008, 2012b; DOE/EIA, 2010; Kahn Ribeiro et al., 2012). Sectoral studies suggest that up to 20 % of travel demand could be reduced by avoided journeys or shifts to low-carbon modes (McCollum and Yang, 2009; Harvey, 2012; IEA, 2012d; Kahn Ribeiro et al., 2012; Anable et al., 2012;



**Figure 8.12** | Global shares of final fuel energy in the transport sector in 2020, 2050, and 2100 based on integrated models grouped by $CO_2eq$ concentration levels by 2100 and compared with sectoral models (grouped by baseline and policies) in 2050. Box plots show minimum / maximum, 25th/75th percentile and median. Source: *Integrated models*—WG III AR5 Scenario Database (Annex II.10). Sectoral models—IEA, 2012; IEA, 2011b; IEA, 2008; WEC, 2011a; EIA, 2011 and IEEJ, 2011.

Note: Interpretation is similar to that for Figs. 8.9 and 8.10, except that the boxes between the 75th and 25th percentiles for integrated model results have different colours to highlight the fuel type instead of GHG concentration categories. The specific observations from sectoral studies are shown as black dots

## Box 8.1 | Transport and sustainable development in developing countries

Passenger and freight mobility are projected to double in developing countries by 2050 (IEA, 2012e). This increase will improve access to markets, jobs, education, healthcare and other services by providing opportunities to reduce poverty and increase equity (Africa Union, 2009; Vasconcellos, 2011; United Nations Human Settlements Programme, 2012). Well-designed and well-managed transport infrastructure can also be vital for supporting trade and competitiveness (United Nations Human Settlements Programme, 2012). Driven by urbanization, a rapid transition from slow non-motorized transport modes to faster modes using 2- or 3- wheelers, LDVs, buses, and light rail is expected to continue (Schäfer et al., 2009; Kumar, 2011). In rural areas of Africa and South Asia, the development of all-season, high-quality roads is becoming a high priority (Africa Union, 2009; Arndt et al., 2012). In many megacities, slum area development in peri-urban fringes confines the urban poor to a choice between low paying jobs near home or long commuting times for marginally higher wages (Burdett and Sudjic, 2010). The poor have limited options to change living locations and can afford few motorized trips, so they predominantly walk, which disproportionally burdens women and children (Anand and Tiwari, 2006; Pendakur, 2011). The urban poor in OECD cities have similar issues (Glaeser, 2011). Reducing vulnerability to climate change requires integrating the mobility needs of the poor into planning that can help realize economic and social development objectives (Amekudzi et al., 2011; Bowen et al., 2012).

Total transport emissions from non-OECD countries will likely surpass OECD emissions by 2050 due to motorization, increasing population and higher travel demand (Figure 8.10). However, estimated average personal travel per capita in non-OECD countries at will remain below the average in OECD countries. With countries facing limits to transport infrastructure investment (Arndt et al., 2012), the rapid mobility trends represents a major challenge in terms of traffic congestion, energy demand, and related GHG emissions (IEA, 2012a). Failure to manage the growth of motorized mobility in the near term will inevitably lead to higher environmental cost and greater difficulty to control emissions in the long term (Schäfer et al., 2009; Pietzcker et al., 2013).

A high modal share of public transport use characterizes developing cities (Estache and GóMez-Lobo, 2005) and this prevalence is expected to continue (Deng and Nelson, 2011; Cuenot et al., 2012). However, deficient infrastructure and inadequate services leads to the overloading of para-transit vans, minibuses, jeeps and shared taxis and the use of informal transport services (Cervero and Golub, 2011). By combining technologies, providing new social arrangements, and incorporating a long-term sustainability and climate perspective to investment decisions, these services can be recast and maintained as mobility resources since they service the poor living in inaccessible areas at affordable prices (Figueroa et al., 2013). A central strategy that can have multiple health, climate, environmental, and social benefits is to invest in the integration of infrastructure systems that connect safe routes for walking and cycling with local public transport, thus giving it priority over infrastructure for LDVs that serve only a small share of the population (Woodcock et al., 2009; Tiwari and Jain, 2012). Opportunities for strategic sustainable urban transport development planning exist that can be critical to develop medium sized cities where population increases are expected to be large (Wittneben et al., 2009; ADB, 2012b; Grubler et al., 2012). Vision, leadership, and a coherent programme for action, adaptation, and consolidation of key institutions that can harness the energy and engagement of all stakeholders in a city will be needed to achieve these goals (Dotson, 2011). Today, more than 150 cities worldwide have implemented bus rapid transit (BRT) systems. Innovative features such as electric transit buses (Gong et al., 2012) and the ambitious high-speed rail expansion in China provide evidence of a fast process of planning and policy implementation.

Huo and Wang, 2012). They also estimate that urban form and infrastructure changes can play decisive roles in mitigation, particularly in urban areas where 70 % of the world's population is projected to live in 2050 (Chapter 8.4 and 12.4), although the estimated magnitude varies between 5 % and 30 % (Ewing, 2007; Creutzig and He, 2009; Echenique et al., 2012). Altogether, for urban transport, 20–50 % reduction in GHG emissions is possible between 2010 and 2050 compared to baseline urban development (Ewing, 2007; Eliasson, 2008; Creutzig and He, 2009; Lefèvre, 2009; Woodcock et al., 2009; Ewing and Cervero, 2010; Marshall, 2011; Echenique et al., 2012; Viguié and Hallegatte, 2012; Salon et al., 2012; Creutzig et al., 2012a). Since the lead time for infrastructure development is considerable (Short and Kopp, 2005), such changes can only be made on decadal time scales.

Conversely, some developing countries with fast growing economies have shown that rapid transformative processes in spatial development and public transport infrastructure are possible. Further advances may be gaining momentum with a number of significant initiatives for reallocating public funding to sustainable and climate-friendly transport (Bongardt et al., 2011; Wittneben et al., 2009; ADB, 2012; Newman and Matan, 2013).

### 8.9.2    Sustainable development

Within all scenarios, the future contribution of emission reductions from developing countries carries especially large uncertainties. The accel-

**8**

erated pace with which both urbanization and motorization are proceeding in many non-OECD countries emphasizes serious constraints and potentially damaging developments. These include road and public transport systems that are in dire condition; limited technical and financial resources; the absence of infrastructure governance; poor legal frameworks; and rights to innovate that are needed to act effectively and improve capacity competences (Kamal-Chaoui and Plouin, 2012; Lefèvre, 2012). The outcome is a widening gap between the growth of detrimental impacts of motorization and effective action (Kane, 2010; Li, 2011; Vasconcellos, 2011). A highly complex and changing context with limited data and information further compromise transport sustainability and mitigation in non-OECD countries (Dimitriou, 2006; Kane, 2010; Figueroa et al., 2013). The relative marginal socio-economic costs and benefits of various alternatives can be context sensitive with respect to sustainable development (Amekudzi, 2011). Developing the analytical and data capacity for multi-objective evaluation and priority setting is an important part of the process of cultivating sustainability and mitigation thinking and culture in the long-term.

Potentials for controlling emissions while improving accessibility and achieving functional mobility levels in the urban areas of rapidly growing developing countries can be improved with attention to the manner in which the mobility of the masses progresses in their transition from slower (walking/cycling) to faster motorized modes (Kahn Ribeiro et al., 2012). A major shift towards the use of mass public transport guided by sustainable transport principles, including the maintenance of adequate services and safe infrastructure for non-motorized transport, presents the greatest mitigation potential (Bongardt et al., 2011; La Branche, 2011). Supporting non-motorized travel can often provide access and also support development more effectively, more equitably, and with fewer adverse effects, than if providing for motorized travel (Woodcock et al., 2007). Transport can be an agent of sustained urban development that prioritizes goals for equity and emphasizes accessibility, traffic safety, and time savings for the poor with minimal detriment to the environment and human health, all while reducing emissions (Amekudzi et al., 2011; Li, 2011; Kane, 2010). The choice among alternative mitigation measures in the transport sector can be supported by growing evidence on a large number of co-benefits, while some adverse side effects exist that need to be addressed or minimized (see Section 8.7) (Figueroa and Kahn Ribeiro, 2013; Creutzig and He, 2009; Creutzig et al., 2012a, b; Zusman et al., 2012).

# 8.10   Sectoral policies

Aggressive policy intervention is needed to significantly reduce fuel carbon intensity and energy intensity of modes, encourage travel by the most efficient modes, and cut activity growth where possible and reasonable (see Sections 8.3 and 8.9). In this section, for each major

transport mode, policies and strategies are briefly discussed by policy type as regulatory or market-based, or to a lesser extent as informational, voluntary, or government-provided. A full evaluation of policies across all sectors is presented in Chapters 14 and 15. Policies to support sustainable transport can simultaneously provide co-benefits (Table 8.4) such as improving local transport services and enhancing the quality of environment and urban living, while boosting both climate change mitigation and energy security (ECMT, 2004; WBCSD, 2004, 2007; World Bank, 2006; Banister, 2008; IEA, 2009; Bongardt et al., 2011; Ramani et al., 2011; Kahn Ribeiro et al., 2012). The type of policies, their timing, and chance of successful implementation are context dependent (Santos et al., 2010). Diverse attempts have been made by transport agencies in OECD countries to define and measure policy performance (OECD, 2000; CST, 2002; Banister, 2008; Ramani et al., 2011). The mobility needs in non-OECD countries highlight the importance of placing their climate-related transport policies in the context of goals for broader sustainable urban development goals (see Section 8.9; Kahn Ribeiro et al., 2007; Bongardt et al., 2011).

Generally speaking, market-based instruments, such as carbon cap and trade, are effective at incentivizing all mitigation options simultaneously (Flachsland et al., 2011). However, vehicle and fuel suppliers as well as end-users, tend to react weakly to fuel price signals, such as fuel carbon taxes, especially for passenger travel (Creutzig et al., 2011; Yeh and McCollum, 2011). Market policies are economically more efficient at reducing emissions than fuel carbon intensity standards (Holland et al., 2009; Sperling and Yeh, 2010; Chen and Khanna, 2012; Holland, 2012). However, financial instruments, such as carbon taxes, must be relatively large to achieve reductions equivalent to those possible with regulatory instruments. As a result, to gain large emissions reductions a suite of policy instruments will be needed (NRC, 2011c; Sperling and Nichols, 2012), including voluntary schemes, which have been successful in some circumstances, such as for the Japanese airline industry (Yamaguchi, 2010).

## 8.10.1   Road transport

A wide array of policies and strategies has been employed in different circumstances to restrain private LDV use, promote mass transit modes, manage traffic congestion and promote new fuels in order to reduce fossil fuel use, air pollution, and GHG emissions. These policies and strategies overlap considerably, often synergistically.

The magnitude of urban growth and population redistribution from rural to urban areas in emerging and developing countries is expected to continue (see Sections 8.2 and 12.2). This implies a large increase in demand for motorized transport especially in medium-size cities (Grubler et al., 2012). In regions and countries presently with low levels of LDV ownership, opportunities exist for local and national governments to manage future rising road vehicle demand in ways that support economic growth, provide broad social benefits (Wright and Fulton, 2005; IEA, 2009; Kato et al., 2005) and keep GHG emissions

in bounds. Local history and social culture can help shape the specific problem, together with equity implications and policy aspirations that ultimately determine what will become acceptable solutions (Vasconcellos, 2001; Dimitriou, 2006; Kane, 2010; Li, 2011; Verma et al., 2011).

Even if non-OECD countries pursue strategies and policies that encourage LDV use for a variety of economic, social, and environmental motivations, per capita LDV travel in 2050 could remain far below OECD countries. However, in many OECD countries, passenger LDV travel demand per capita appears to have begun to flatten, partly driven by increasing levels of saturation and polices to manage increased road transport demand (Section 8.2.1; Millard-Ball and Schipper, 2011; Schipper, 2011; Goodwin, 2012; IEA, 2012c; Meyer et al., 2012). Even if this OECD trend of slowing growth in LDV travel continues or even eventually heads downwards, it is unlikely to offset projected growth in non-OECD LDV travel or emissions because those populations and economies are likely to continue to grow rapidly along with LDV ownership. Only with very aggressive policies in both OECD and non-OECD countries would total global LDV use stabilize in 2050. This is illustrated in a 2 °C LDV transport scenario generated by Fulton et al. (2013), using mainly IEA (2012c) data. In that policy scenario, LDV travel in OECD countries reaches a peak of around 7500 vehicle km/capita in 2035 then drops by about 20 % by 2050. By comparison, per capita LDV travel in non-OECD countries roughly quadruples from an average of around 500 vehicle km/capita in 2012 to about 2000 vehicle km/capita in 2050, remaining well below the OECD average.

Many countries have significant motor fuel taxes that, typically, have changed little in recent years. This indicates that such a market instrument is not a policy tool being used predominantly to reduce GHG emissions. The typical approach increasingly being used is a suite of regulatory and other complementary policies with separate instruments for vehicles and for fuels. The challenge is to make them consistent and coherent. For instance, the fuel efficiency and GHG emission standards for vehicles in Europe and the United States give multiple credits to plug-in electric vehicles (PEVs) and fuel cell vehicles (FCVs). Zero upstream emissions are assigned, although this is technically incorrect but designed to be an implicit subsidy (Lutsey and Sperling, 2012).

**Fuel choice and carbon intensity**[10]. Flexible fuel standards that combine regulatory and market features include the Californian low-carbon fuel standard (LCFS) (Sperling and Nichols, 2012) and the European Union fuel quality directive (FQD). Fuel carbon intensity reduction targets for 2020 (10 % for California and 6 % for EU) are expected to be met by increasing use of low-carbon biofuels, hydrogen, and electricity. They are the first major policies in the world premised on the measurement of lifecycle GHG intensities (Yeh and Sperling, 2010; Creutzig et al., 2011), although implementation of lifecycle analyses can be challenging and sometimes misleading since it is difficult to

design implementable rules that fully include upstream emissions (Lutsey and Sperling, 2012); emissions resulting from induced market effects; and emissions associated with infrastructure, the manufacturing of vehicles, and the processing and distribution of fuels (for LCA see Annex II.6.3 Kendall and Price, 2012).

Biofuel policies have become increasingly controversial as more scrutiny is applied to the environmental and social equity impacts (Section 11.13). In 2007, the European Union and the United States adopted aggressive biofuel policies (Yeh and Sperling, 2013). The effectiveness of these policies remains uncertain, but follow-up policies such as California's LCFS and EU's FQD provide broader, more durable policy frameworks that harness market forces (allowing trading of credits), and provide flexibility to industry in determining how best to reduce fuel carbon intensity. Other related biofuel policies include subsidies (IEA, 2011d) and mandatory targets (REN21, 2012).

**Vehicle energy intensity.** The element of transport that shows the greatest promise of being on a trajectory to achieve large reductions in GHG emissions by 2050 is reducing the energy and fuel carbon intensities of LDVs. Policies are being put in place to achieve dramatic improvements in vehicle efficiency, stimulating automotive companies to make major investments. Many countries have now adopted aggressive targets and standards (Figure 8.13), with some standards criticized



**Figure 8.13 |** Historic emissions and future (projected and mandated) carbon dioxide emissions targets for LDVs in selected countries and European Union, normalized by using the same New European Driving Cycle (NDEC) that claims to represent real-world driving conditions. Source: ICCT (2007, 2013)

Notes: (1) China's target reflects gasoline LDVs only and may become higher if new energy vehicles are considered. (2) Gasoline in Brazil contains 22 % ethanol but data here are converted to 100 % gasoline equivalent.

---

[10]    The following four sub-sections group policies along the lines of the decomposition as outlined in 8.1 and Figure 8.2

**8**

for not representing real-world conditions (Mock et al., 2012). Most are developed countries, but some emerging economies, including China and India, are also adopting increasingly aggressive standards (Wang et al., 2010).

Regulatory standards focused on fuel consumption and GHG emissions vary in their design and stringency. Some strongly stimulate reductions in vehicle size (as in Europe) and others provide strong incentives to reduce vehicle weight (as in the United States) (CCC, 2011). All have different reduction targets. As of April 2010, 17 European countries had implemented taxes on LDVs wholly or partially related to $CO_2$ emissions. Regulatory standards require strong market instruments and align market signals with regulations as they become tighter over time. Examples are fuel and vehicle purchase taxes and circulation taxes that can limit rebound effects. Several European countries have established revenue-neutral feebate schemes (a combination of *rebates* awarded to purchasers of low carbon emission vehicles and *fees* charged to purchasers of less efficient vehicles) (Greene and Plotkin, 2011). Annual registration fees can have similar effects if linked directly with carbon emissions or with related vehicle attributes such as engine displacement, engine power, or vehicle weight (CARB, 2012). One concern with market-based policies is their differential impact across population groups such as farmers needing robust vehicles to traverse rugged terrain and poor quality roads. Equity adjustments can be made so that farmers and large families are not penalized for having to buy a large car or van (Greene and Plotkin, 2011).

Standards are likely to spur major changes in vehicle technology, but in isolation are unlikely to motivate significant shifts away from petroleum-fuelled ICE vehicles. In the United States, a strong tightening of standards through to 2025 is estimated to trigger only a 1 % market share for PEVs if only economics is considered (EPA, 2011).

A more explicit regulatory instrument to promote EVs and other new, potentially very-low carbon propulsion technologies is a zero emission vehicle mandate, as originally adopted by California in 1990 to improve local air quality, and which now covers almost 30 % of the United States market. This policy, now premised on reducing GHGs, requires about 15 % of new vehicles in 2025 to be a mix of PEVs and FCVs (CARB, 2012).

There are large potential efficiency improvements possible for medium and heavy-duty vehicles (HDVs) (see Section 8.3.1.2), but policies to pursue these opportunities have lagged those for LDVs. Truck types, loads, applications, and driving cycles are much more varied than for LDVs and engines are matched with very different designs and loads, thereby complicating policy-making. However, China implemented fuel consumption limits for HDVs in July 2012 (MIIT, 2011); in 2005 Japan set modest fuel efficiency standards to be met by 2015 (Atabani et al., 2011); California, in 2011, required compulsory retrofits to reduce aerodynamic drag and rolling resistance (Atabani et al., 2011); the United States adopted standards for new HDVs and buses manufactured from 2014 to 2018 (Greene and Plotkin, 2011); and the EU

intends to pursue similar actions including performance standards and fuel efficiency labelling by 2014 (Kojima and Ryan, 2010). Aggressive air pollution standards since the 1990s for $NO_x$ and particulate matter emissions from HDVs in many OECD countries have resulted in a fuel consumption penalty in the past of 7 % to 10 % (IEA, 2009; Tourlonias and Koltsakis, 2011). However, emission technology improvements and reductions in black carbon emissions, which strongly impact climate change (see Section 8.2.2.1), will offset some of the negative effect of this increased fuel consumption.

**Activity reduction.** A vast and diverse mix of policies is used to restrain and reduce the use of LDVs, primarily by focusing on land use patterns, public transport options, and pricing. Other policy strategies to reduce activity include improving traffic management (Barth and Boriboonsomsin, 2008), better truck routing systems (Suzuki, 2011), and smart real-time information to reduce time searching for a parking space. Greater support for innovative services using information and communication technologies, such as dynamic ride sharing and demand-responsive para-transit services (see Section 8.4), creates still further opportunities to shift toward more energy efficient modes of travel.

Policies can be effective at reducing dependence on LDVs as shown by comparing Shanghai with Beijing, which has three times as many LDVs even though the two cities have similar levels of affluence, the same culture, and are of a similar population (Hao et al., 2011). Shanghai limited the ownership of LDVs by establishing an expensive license auction, built fewer new roads, and invested more in public transport, whereas Beijing built an extensive network of high capacity expressways and did little to restrain car ownership or use until recently. The Beijing city administration has curtailed vehicle use by forbidding cars to be used one day per week since 2008, and sharply limited the number of new license plates issued each year since 2011 (Santos et al., 2010) Hao et al., 2011). The main aims to reduce air pollution, traffic congestion, and costs of road infrastructure exemplify how policies to reduce vehicle use are generally, but not always, premised on non-GHG co-benefits. European cities have long pursued demand reduction strategies, with extensive public transport supply, strict growth controls, and more recent innovations such as bicycle sharing. California seeks to create more liveable communities by adopting incentives, policies, and rules to reduce vehicle use, land use sprawl, and GHG emissions from passenger travel. The California law calls for 6–8 % reduction in GHG emissions from passenger travel per capita (excluding changes in fuel carbon intensity and vehicle energy intensity) in major cities by 2020, and 13–16 % per capita by 2035 (Sperling and Nichols, 2012).

The overall effectiveness of initiatives to reduce or restrain road vehicle use varies dramatically depending on local commitment and local circumstances, and the ability to adopt synergistic policies and practices by combining pricing, land use management, and public transport measures. A broad mix of policies successfully used to reduce vehicle use in OECD countries, and to restrain growth in emerging economies, includes pricing to internalize energy, environmental, and health costs; strengthening land use management; and providing more and better public transport.

Policies to reduce LDV activity can be national, but mostly they are local, with the details varying from one local administration to another.

Some policies are intrinsically more effective than others. For instance, fuel taxes will reduce travel demand but drivers are known to be relatively inelastic in their response (Hughes et al., 2006; Small and van Dender, 2007). However, drivers are more elastic when price increases are planned and certain (Sterner, 2007). Pricing instruments such as congestion charges, vehicle registration fees, road tolls and parking management can reduce LDV travel by inducing trip chaining, modal shifts, and reduced use of cars (Litman, 2006). Policies and practices of cities in developing countries can be influenced by lending practices of development banks, such as the Rio+20 commitment to spend approximately 170 billion $USD_{2010}$ on more sustainable transport projects, with a focus on Asia (ADB, 2012c).

**System efficiency.** Improvements have been far greater in freight transport and aviation than for surface passenger transport (rail and road). Freight transport has seen considerable innovation in containerization and intermodal connections, as has aviation, though the effects on GHG emissions are uncertain (and could be negative because of just-in-time inventory management practices). For surface passenger travel, efforts to improve system efficiency and inter-modality are hindered by conflicting and overlapping jurisdictions of many public and private sector entities and tensions between fiscal, safety, and equity goals. Greater investment in roads than in public transport occurred in most cities of developed countries through the second half of the 20th century (Owens, 1995; Hook, 2003; Goodwin, 1999). The 21st century, though, has seen increasing government investment in bus rapid transit and rail transit in OECD countries (Yan and Crookes, 2010; Tennøy, 2010) along with increasing support for bicycle use.

Since the 1960s, many cities have instigated supportive policies and infrastructure that have resulted in a stable growth in cycling (Servaas, 2000; Hook, 2003; TFL, 2007; NYC, 2012). Several European cities have had high cycle transport shares for many years, but now even in London, UK, with efficient public transport systems, the 2 % cycle share of travel modes is targeted to increase to 5 % of journeys in 2026 as a result of a range of new policies (TFL, 2010). However, in less developed cities such as Surabaya, Indonesia, 10 % of total trips between 1–3 km are already by cycling (including rickshaws) in spite of unsupportive infrastructure and without policies since there are few affordable alternatives (Hook, 2003). Where cycle lanes have been improved, as in Delhi, greater uptake of cycling is evident (Tiwari and Jain, 2012).

## 8.10.2   Rail transport

Rail transport serves 28 billion passengers globally, carrying them around 2500 billion p-km/yr[11]. Rail also carries 11.4 billion tonne of freight (8845 billion t-km/yr) (Johansson et al., 2012). Policies to further improve system efficiency may improve competitiveness and opportunities for modal shift to rail (Johansson et al., 2012). Specific energy and carbon intensities of rail transport are relatively small compared to some other modes (see Section 8.3). System efficiency can also be assisted through train driver education and training policies (Camagni et al., 2002).

**Fuel intensity.** Roughly one third of all rail transport is driven by diesel and two-thirds by electricity (Johansson et al., 2012). Policies to reduce fuel carbon intensity are therefore linked to a large extent to those for decarbonizing electricity production (Chapter 7; DLR, 2012). For example, Sweden and Switzerland are running their rail systems using very low carbon electricity (Gössling, 2011).

**Energy intensity.** Driven largely by corporate strategies, the energy intensity of rail transport has been reduced by more than 60 % between 1980 and 2001 in the United States (Sagevik, 2006). Overall reduction opportunities of 45–50 % are possible for passenger transport in the EU and 40–50 % for freight (Andersson et al., 2011). Recent national policies in the United Kingdom and Germany appear to have resulted in 73 % rail freight growth over the period 1995–2007, partly shifted from road freight.

**System efficiency.** China, Europe, Japan, Russia, United States and several Middle-eastern and Northern African countries continue (or are planning) to invest in high-speed rail (HSR) (CRC, 2008). It is envisaged that the worldwide track length of about 15,000 km in 2012 will nearly triple by 2025 due to government supporting policies, allowing HSR to better compete with medium haul aviation (UIC, 2012).

## 8.10.3   Waterborne transport

Although waterborne transport is comparatively efficient in terms of $gCO_2$/t-km compared to other freight transport modes (see Section 8.6), the International Maritime Organization (IMO) has adopted mandatory measures to reduce GHG emissions from international shipping (IMO, 2011). This is the first mandatory GHG reduction regime for an international industry sector and for the standard to be adopted by all countries is a model for future international climate change co-operation for other sectors (Yamaguchi, 2012). Public policies on emissions from inland waterways are nationally or regionally based and currently focus on the reduction of $NO_x$ and particulate matter than on $CO_2$. However, policy measures are being considered to reduce the carbon intensity of this mode including incentives to promote 'smart steaming', upgrade to new, larger vessels, and switch to alternative fuels, mainly LNG (Panteia, 2013). Few if any, policies support the use of biofuels, natural gas or hydrogen for small waterborne craft around coasts or inland waterways and little effort has been made to assess the financial implications of market (and other) policies on developing countries who tend to import and export low value-to-weight products, such as food and extractible resources (Faber et al., 2012).

---

[11]   By way of comparison, aviation moves 2.1 billion passengers globally (some 3900 billion p-km/yr).

**8**

**Energy intensity.** IMO's Energy Efficiency Design Index (EEDI) is to be phased in between 2013 and 2025. It aims to improve the energy efficiency of certain categories of new ships and sets technical standards (IMO, 2011). However, the EEDI may not meet the target if shipping demand increases faster than fuel carbon and energy intensities improve. The voluntary Ship Energy Efficiency Management Plan (SEEMP) was implemented in 2013 (IMO, 2011). For different ship types and sizes it provides a minimum energy efficiency level. As much as 70% reduction of emissions from new ships is anticipated with the aim to achieve approximately 25–30% reductions overall by 2030 compared with business-as-usual (IISD, 2011). It is estimated that, in combination, EEDI requirements and SEEMP will cut $CO_2$ emissions from shipping by 13% by 2020 and 23% by 2030 compared to a 'no policy' baseline (Lloyds Register and DNV, 2011).

### 8.10.4    Aviation

After the Kyoto Protocol directed parties in Annex I to pursue international aviation GHG emission limitation/reduction working through the International Civil Aviation Organization (ICAO) (Petersen, 2008), member states are working together with the industry towards voluntarily improving technologies, increasing the efficient use of airport infrastructure and aircraft, and adopting appropriate economic measures (ICAO, 2007b; ICAO, 2010a). In 2010, ICAO adopted global aspirational goals for the international aviation sector to improve fuel efficiency by an average of 2% per annum until 2050 and to keep its global net carbon emissions from 2020 at the same level (ICAO, 2010b). These goals exceed the assumptions made in many scenarios (Mayor and Tol, 2010).

Policy options in place or under consideration include regulatory instruments (fuel efficiency and emission standards at aircraft or system levels); market-based approaches (emission trading under caps, fuel taxes, emission taxes, subsidies for fuel efficient technologies); and voluntary measures including emission offsets (Daley and Preston, 2009). Environmental capacity constraints on airports also exist and may change both overall volumes of air transport and modal choice (Upham et al., 2004; Evans, 2010). National policies affect mainly domestic aviation, which covers about 30–35% of total air transport (IATA, 2009; Lee et al., 2009; Wood et al., 2010). A nationwide cap-and-trade policy could have the unintended consequence of slowing aircraft fleet turnover and, through diverted revenue, of delaying technological upgrades, which would slow GHG reductions, though to what degree is uncertain (Winchester et al., 2013). In the UK, an industry group including airport companies, aircraft manufacturers and airlines has developed a strategy for reducing GHG emissions across the industry (Sustainable Aviation, 2012).

The EU is currently responsible for 35% of global aviation emissions. The inclusion of air transport in the EU emission trading scheme (ETS) is the only binding policy to attempt to mitigate emissions in this sector (Anger, 2010; Petersen, 2008; Preston et al., 2012). The applica-

bility of ETS policy to non-European routes (for flights to and from destinations outside the EU) (Malina et al., 2012) has been delayed for one year, but the directive continues to apply to flights between destinations in the EU following a proposal by the European Commission in November 2012 in anticipation of new ICAO initiatives towards a global market-based mechanism for all aviation emissions (ICAO, 2012).

Taxing fuels, tickets, or emissions may reduce air transport volume with elasticities varying between −0.3 to −1.1 at national and international levels, but with strong regional differences (Europe has 40% stronger elasticities than most other world regions, possibly because of more railway options). Airport congestion adds considerable emissions (Simaiakis and Balakrishnan, 2010) and also tends to moderate air transport demand growth to give a net reduction of emissions at network level (Evans and Schäfer, 2011).

**Fuel carbon intensity.** Policies do not yet exist to introduce low-carbon biofuels. However, the projected GHG emission reductions from the possible future use of biofuels, as assumed by the aviation industry, vary between 19% of its adopted total emission reduction goal (Sustainable Aviation, 2008) to over 50% (IATA, 2009),depending on the assumptions made for the other reduction options that include energy efficiency, improved operation and trading emission permits. Sustainable production issues also apply (see Section 8.3.3).

**Energy intensity.** The energy efficiency of aircraft has improved historically without any policies in force, but with the rate of fuel consumption reducing over time from an initial 3–6% in the 1950s to between 1% and 2% per year at the beginning of the 21st century (Pulles et al., 2002; Fulton and Eads, 2004; Bows et al., 2005; Peeters and Middel, 2007; Peeters et al., 2009). This slower rate of fuel reduction is possibly due to increasing lead-times required to develop, certify, and introduce new technology (Kivits et al., 2010).

**System efficiency.** The interconnectedness of aviation services can be a complicating factor in adopting policies, but also lends itself to global agreements. For example, regional and national air traffic controllers have the ability to influence operational efficiencies. The use of market policies to reduce GHG emissions is compelling because it introduces a price signal that influences mitigation actions across the entire system. But like other aspects of the passenger transport system, a large price signal is needed with aviation fuels to gain significant reductions in energy use and emissions (Tol, 2007; Peeters and Dubois, 2010; OECD and UNEP, 2011). Complementary policies to induce system efficiencies include measures to divert tourists to more efficient modes such as high-speed rail. However, since short- and medium-haul aircraft now have similar energy efficiencies per passenger km compared to LDVs (Figure 8.6), encouraging people to take shorter journeys (hence by road instead of by air), thereby reducing tourism total travel, has become more important (Peeters and Dubois, 2010). No country has adopted a low-carbon tourism strategy (OECD and UNEP, 2011).

### 8.10.5    Infrastructure and urban planning

Urban form has a direct effect on transport activity (see Section 12.4). As a consequence, infrastructure policies and urban planning can provide major contributions to mitigation (see Section 12.5). A modal shift from LDVs to other surface transport modes could be partly incentivized by policy measures that impose physical restrictions as well as pricing regimes. For example, LDV parking management is a simple form of cost effective, pricing instrument (Barter et al., 2003; Litman, 2006). Dedicated bus lanes, possibly in combination with a vehicle access charge for LDVs, can be strong instruments to achieving rapid shifts to public transport (Creutzig and He, 2009).

Policies that support the integration of moderate to high density urban property development with transit-oriented development strategies that mix residential, employment, and shopping facilities can encourage pedestrians and cyclists, thereby giving the dual benefits of reducing car dependence and preventing urban sprawl (Newman and Kenworthy, 1996; Cervero, 2004; Olaru et al., 2011). GHG emissions savings (Trubka et al., 2010a; Trubka et al., 2010b) could result in co-benefits of health, productivity, and social opportunity (Trubka et al., 2010c; Ewing and Cervero, 2010; Höjer et al., 2011) if LDV trips could be reduced using polycentric city design and comprehensive smart-growth policies (Dierkers et al., 2008). Policies to support the building of more roads, airports, and other infrastructure can help relieve congestion in the short term, but can also induce travel demand (Duranton and Turner, 2011) and create GHG emissions from construction (Chester and Horvath, 2009).

## 8.11    Gaps in knowledge and data

The following gaps made assessing the mitigation potential of the transport sector challenging.

Gaps in the basic statistics are still evident on the costs and energy consumption of freight transport, especially in developing countries.

- Data and understanding relating to freight logistical systems and their economic implications are poor, as are the future effects on world trade of decarbonization and climate change impacts. Hence, it is difficult to design new low-carbon freight policies.
- Future technological developments and costs of batteries, fuel cells, and vehicle designs are uncertain.
- The infrastructure requirement for new low-carbon transport fuels is poorly understood.
- Cost of components for novel vehicle powertrains cannot be determined robustly since rates of learning, cost decreases, and associated impacts are unknown.

- Assessments of mitigating transport GHG emissions, the global potential, and costs involved are inconsistent.
- Prices of crude oil products fluctuate widely as do those for alternative transport fuels, leading to large variations in scenario modelling assumptions.
- A better knowledge of consumer travel behaviour is needed, particularly for aviation.
- Limited understanding exists of how and when people will choose to buy and use new types of low-carbon vehicles or mobility services (such as demand responsive transit or car-share).
- There are few insights of behavioural economics to predict mobility systematically and whether producers will incorporate low-carbon technologies that may not maximize profit.
- How travellers will respond to combinations of low-carbon strategies (mixes of land use, transit, vehicle options) is especially important for fast-growing, developing countries where alternative modes to the car-centric development path could be deployed, is unknown.
- Understanding how low-carbon transport and energy technologies will evolve (via experience curves and innovation processes) is not well developed. Most vehicles rely on stored energy, so there is a need to better understand the cost and energy density of non-hydrocarbon energy storage mediums, such as batteries, supercapacitors and pressure vessels.
- Decoupling of transport GHG from economic growth needs further elaboration, especially the policy frameworks that can enable this decoupling to accelerate in both OECD and non-OECD nations.
- The rate of social acceptance of innovative concepts such as LDV road convoys, induction charging of electric vehicles, and driverless cars (all currently being demonstrated) is difficult to predict, as is the required level of related infrastructure investments. Recent rapid developments in metro systems in several cities illustrate how quickly new transport systems can be implemented when the demand, policies, and investments all come together and public support is strong.

## 8.12    Frequently Asked Questions

### FAQ 8.1    How much does the transport sector contribute to GHG emissions and how is this changing?

The transport sector is a key enabler of economic activity and social connectivity. It supports national and international trade and a large global industry has evolved around it. Its greenhouse gas (GHG) emissions are driven by the ever-increasing demand for mobility and movement of goods. Together, the road, aviation, waterborne, and rail transport sub-sectors currently produce almost one quarter of total global

**8**

energy-related $CO_2$ emissions [Section 8.1]. Emissions have more than doubled since 1970 to reach 7.0 Gt $CO_2$eq by 2010 with about 80 % of this increase coming from road vehicles. Black carbon and other aerosols, also emitted during combustion of diesel and marine oil fuels, are relatively short-lived radiative forcers compared with carbon dioxide and their reduction is emerging as a key strategy for mitigation [8.2].

Demands for transport of people and goods are expected to continue to increase over the next few decades [8.9]. This will be exacerbated by strong growth of passenger air travel worldwide due to improved affordability; by the projected demand for mobility access in non-OECD countries that are starting from a very low base; and by projected increases in freight movements. A steady increase of income per capita in developing and emerging economies has already led to a recent rapid growth in ownership and use of 2-wheelers, 3-wheelers and light duty vehicles (LDVs), together with the development of new transport infrastructure including roads, rail, airports, and ports.

Reducing transport emissions will be a daunting task given the inevitable increases in demand. Based on continuing current rates of growth for passengers and freight, and if no mitigation options are implemented to overcome the barriers [8.8], the current transport sector's GHG emissions could increase by up to 50 % by 2035 at continued current rates of growth and almost double by 2050 [8.9]. An increase of transport's share of global energy-related $CO_2$ emissions would likely result. However, in spite of lack of progress in many countries to date, new vehicle and fuel technologies, appropriate infrastructure developments including for non-motorized transport in cities, transport policies, and behavioural changes could begin the transition required [8.3, 8.4, 8.9].

## FAQ 8.2    What are the main mitigation options and potentials for reducing GHG emissions?

Decoupling transport from GDP growth is possible but will require the development and deployment of appropriate measures, advanced technologies, and improved infrastructure. The cost-effectiveness of these opportunities may vary by region and over time [8.6]. Delivering mitigation actions in the short-term will avoid future lock-in effects resulting from the slow turnover of stock (particularly aircraft, trains, and ships) and the long-life and sunk costs of infrastructure already in place [8.2, 8.4].

When developing low-carbon transport systems, behavioural change and infrastructure investments are often as important as developing more efficient vehicle technologies and using lower-carbon fuels [8.1, 8.3].

- **Avoidance:** Reducing transport activity can be achieved by avoiding unnecessary journeys, (for example by tele-commuting and internet shopping), and by shortening travel distances such as through the densification and mixed-zoning of cities.

- **Modal choice:** Shifting transport options to more efficient modes is possible, (such as from private cars to public transport, walking, and cycling), and can be encouraged by urban planning and the development of a safe and efficient infrastructure.

- **Energy intensity:** Improving the performance efficiency of aircraft, trains, boats, road vehicles, and engines by manufacturers continues while optimizing operations and logistics (especially for freight movements) can also result in lower fuel demand.

- **Fuel carbon intensity:** Switching to lower carbon fuels and energy carriers is technically feasible, such as by using sustainably produced biofuels or electricity and hydrogen when produced using renewable energy or other low-carbon technologies.

These four categories of transport mitigation options tend to be interactive, and emission reductions are not always cumulative. For example, an eco-driven, hybrid LDV, with four occupants, and fuelled by a low-carbon biofuel would have relatively low emissions per passenger kilometre compared with one driver travelling in a conventional gasoline LDV. But if the LDV became redundant through modal shift to public and non-motorized transport, the overall emission reductions could only be counted once.

Most mitigation options apply to both freight and passenger transport, and many are available for wide deployment in the short term for land, air, and waterborne transport modes, though not equally and at variable costs [8.6]. Bus rapid transit, rail, and waterborne modes tend to be relatively carbon efficient per passenger or tonne kilometre compared with LDV, HDV, or aviation, but, as for all modes, this varies with the vehicle occupancy rates and load factors involved. Modal shift of freight from short- and medium-haul aircraft and road trucks to high-speed rail and coastal shipping often offers large mitigation potential [Table 8.3]. In addition, opportunities exist to reduce the indirect GHG emissions arising during the construction of infrastructure; manufacture of vehicles; and extraction, processing, and delivery of fuels.

The potentials for various mitigation options vary from region to region, being influenced by the stage of economic development, status and age of existing vehicle fleet and infrastructure, and the fuels available in the region. In OECD countries, transport demand reduction may involve changes in lifestyle and the use of new information and communication technologies. In developing and emerging economies, slowing the rate of growth of using conventional transport modes with relatively high-carbon emissions for passenger and freight transport by providing affordable, low-carbon options could play an important role in achieving global mitigation targets. Potential GHG emissions reductions from efficiency improvements on new vehicle designs in 2030 compared with today range from 40–70 % for LDVs, 30–50 % for HDVs, up to 50 % for aircraft, and for new ships when combining technology and operational measures, up to 60 % [Table 8.3].

Policy options to encourage the uptake of such mitigation options include implementing fiscal incentives such as fuel and vehicle taxes, developing standards on vehicle efficiency and emissions, integrating urban and transport planning, and supporting measures for infrastructure investments to encourage modal shift to public transport, walking, and cycling [8.10]. Pricing strategies can reduce travel demands by individuals and businesses, although successful transition of the sector may also require strong education policies that help to create behavioural change and social acceptance. Fuel and vehicle advances in the short to medium term will largely be driven through research investment by the present energy and manufacturing industries that are endeavouring to meet existing policies as well as to increase their market shares. However, in order to improve upon this business-as-usual scenario and significantly reduce GHG emissions across the sector in spite of the rapidly growing demand, more stringent policies will be needed. To achieve an overall transition of the sector will require rapid deployment of new and advanced technology developments, construction of new infrastructure, and the stimulation of acceptable behavioural changes.

## FAQ 8.3   Are there any co-benefits associated with mitigation actions?

Climate change mitigation strategies in the transport sector can result in many co-benefits [8.7]. However, realizing these benefits through implementing those strategies depends on the regional context in terms of their economic, social, and political feasibility as well as having access to appropriate and cost-effective advanced technologies. In developing countries where most future urban growth will occur, increasing the uptake, comfort, and safety of mass transit and non-motorized transport modes can help improve mobility. In least developing countries, this may also improve access to markets and therefore assist in fostering economic and social development. The opportunities to shape urban infrastructure and transport systems to gain greater sustainability in the short- to medium-terms are also likely to be higher in developing and emerging economies than in OECD countries where transport systems are largely locked-in [8.4].

A reduction in LDV travel and ownership has been observed in several cities in OECD countries, but demand for motorized road transport, including 2- and 3-wheelers, continues to grow in non-OECD nations where increasing local air pollution often results. Well-designed policy packages can help lever the opportunities for exploiting welfare, safety, and health co-benefits [8.10]. Transport strategies associated with broader policies and programmes can usually target several policy objectives simultaneously. The resulting benefits can include lower travel costs, improved mobility, better community health through reduced local air pollution and physical activities resulting from non-motorized transport, greater energy security, improved safety, and time savings through reduction in traffic congestion.

A number of studies suggest that the direct and indirect benefits of sustainable transport measures often exceed the costs of their implementation [8.6, 8.9]. However, the quantification of co-benefits and the associated welfare effects still need accurate measurement. In all regions, many barriers to mitigation options exist [8.8], but a wide range of opportunities are available to overcome them and give deep carbon reductions at low marginal costs in the medium- to long-term [8.3, 8.4, 8.6, 8.9]. Decarbonizing the transport sector will be challenging for many countries, but by developing well-designed policies that incorporate a mix of infrastructural design and modification, technological advances, and behavioural measures, co-benefits can result and lead to a cost-effective strategy.

# References

**Acharya S., and S. Morichi (2007).** Motorization and Role of Mass Rapid Transit in East Asian Megacities. *IATSS Research* **31**, 6–16.

**ADB (2010).** *Sustainable Transport Initiative: Operational Plan.* Asian Development Bank, Philippines, 36 pp.

**ADB (2011a).** *Guidelines for Climate-Proofing Investment in the Transport Sector: Road Infrastructure Projects.* Asian Development Bank, Mandaluyong City, Philippines, 69 pp.

**ADB (2011b).** *Parking Policy in Asian Cities.* Asian Development Bank, Mandaluyong City, Philippines, 112 pp. ISBN: 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-352-7.

**ADB (2012a).** *Toward Green Urbanization in Asia and the Pacific.* Asian Development Bank, Mandaluyong City, Philippines.

**ADB (2012b).** *Sustainable Transport Initiative.* Asian Development Bank, Manila, 36 pp.

**ADB (2012c).** Billions to Benefit from Rio+20 Transport Commitment. *Asian Development Bank.* Available at: http://www.adb.org/news/billions-benefit-rio20-transport-commitment.

**ADEME (2007).** *Emission Factors Guide: Emission Factors Calculation and Bibliographical Sources Used.* ADEME, Angers, France, 249 pp.

**AEA (2007).** *Low Carbon Commercial Shipping.* AEA Technology, Didcot, UK, 60 pp.

**AEA (2011).** *Reduction and Testing of Greenhouse Gas (GHG) Emissions from Heavy Duty Vehicles—Lot 1: Strategy.* European Commission—DG Climate Action. Available at: http://ec.europa.eu/clima/policies/transport/vehicles/docs/ec_hdv_ghg_strategy_en.pdf.

**Africa Union (2009).** Transport and the Millennium Development Goals in Africa. UN Economic Commission for Africa.

**Åkerman J. (2011).** The role of high-speed rail in mitigating climate change—The Swedish case Europabanan from a life cycle perspective. *Transportation Research Part D: Transport and Environment* **16**, 208–217. doi: 10.1016/j.trd.2010.12.004, ISSN: 1361-9209.

**Alvarez R.A., S.W. Pacala, J.J. Winebrake, W.L. Chameides, and S.P. Hamburg (2012).** Greater focus needed on methane leakage from natural gas infrastructure. *Proceedings of the National Academy of Sciences*, 1–6. doi: 10.1073/pnas.1202407109.

**Amekudzi A. (2011).** Placing carbon reduction in the context of sustainable development priorities: a global perspective. *Carbon Management* **2**, 413–423. doi: 10.4155/cmt.11.43, ISSN: 1758-3004.

**Amekudzi A.A., A. Ramaswami, E. Chan, K. Lam, W. Hon Meng, and D. Zhu (2011).** Contextualizing carbon reduction initiatives: how should carbon mitigation be addressed by various cities worldwide? *Carbon Management* **2**, 363–365. doi: 10.4155/cmt.11.40, ISSN: 1758-3004.

**Amos P., D. Bullock, and J. Sondhi (2010).** *High-Speed Rail: The Fast Track to Economic Development?* World Bank, Beijing, 28 pp.

**An F., R. Earley, and L. Green-Weiskel (2011).** *Global Overview on Fuel Efficiency and Motor Vehicle Emission Standards: Policy Options and Perspectives for International Co-Operation.* The Innovation Center for Energy and Transportation, Beijing, Los Angeles, New York, 24 pp.

**Anable J., C. Brand, M. Tran, and N. Eyre (2012).** Modelling transport energy demand: A socio-technical approach. *Energy Policy* **41**, 125–138. doi: 10.1016/j.enpol.2010.08.020, ISSN: 0301-4215.

**Anand A., and G. Tiwari (2006).** A Gendered Perspective of the Shelter–Transport–Livelihood Link: The Case of Poor Women in Delhi. *Transport Reviews* **26**, 63–80. doi: 10.1080/01441640500175615, ISSN: 0144-1647.

**Anderson S.T., R. Kellogg, and J.M. Sallee (2011).** What Do Consumers Believe About Future Gasoline Prices? *National Bureau of Economic Research Working Paper Series* **No. 16974.** Available at: http://www.nber.org/papers/w16974.

**Andersson E., M. Berg, B.-L. Nelldal, and O. Fröidh (2011a).** *Rail Passenger Transport. Techno-Economic Analysis of Energy and Greenhouse Gas Reductions.* Royal Institute of Technology (KTH), Stockholm, 43 pp.

**Andrade V., O.B. Jensen, H. Harder, and J.C.O. Madsen (2011).** Bike Infrastructures and Design Qualities: Enhancing Cycling. *Danish Journal of Geoinformatics and Land Management* **46**, 65–80. Available at: http://ojs.statsbiblioteket.dk/index.php/tka/article/view/5734.

**Anger A. (2010).** Including aviation in the European emissions trading scheme: Impacts on the industry, $CO_2$ emissions and macroeconomic activity in the EU. *Journal of Air Transport Management* **16**(2), 100–105.

**ANFAVEA (2012).** Carta da Anfavea June/2012.

**Arndt C., P. Chinowsky, K. Strzepek, and J. Thurlow (2012).** Climate Change, Growth and Infrastructure Investment: The Case of Mozambique. *Review of Development Economics* **16**, 463–475. doi: 10.1111/j.1467-9361.2012.00674.x, ISSN: 1467-9361.

**Arteconi A., C. Brandoni, D. Evangelista, and F. Polonara (2010).** Life-cycle greenhouse gas analysis of LNG as a heavy vehicle fuel in Europe. *Applied Energy* **87**, 2005–2013. doi: 10.1016/j.apenergy.2009.11.012, ISSN: 0306-2619.

**Arvizu, D., P. Balaya, L. Cabeza, T. Hollands, A. Jager-Waldau, M. Kondo, C. Konseibo, V. Meleshko, W. Stein, Y. Tamaura, H. Xu, R. Zilles (2012).** Direct Solar Energy (Chapter 3). In: *Renewable Energy Sources and Climate Change Mitigation. Special Report of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)].* Cambridge University Press, New York, USA, pp. 333–400.

**Ashton-Graham C. (2008).** Behavioural responses to peak oil and carbon pricing: Save 70 cents a litre by driving less. Planning and Transport Research Centre.

**Ashton-Graham C., M. Burgess, O.V.D. Vandersteen, and R. Salter (2011).** Influencing Travel Choices. TNA Guidebook Series. In: *Technologies for Climate Change Mitigation—Transport.* UNEP Riso Centre for Energy, Climate and Sustainable Development, Roskilde, Denmark, pp. 58–68. ISBN: 978-87-550-3901-8.

**Ashton-Graham C., and P. Newman (2013).** Living Smart in Australian Households: Sustainability Coaching as an Effective Large-Scale Behaviour Change Strategy. In: *The Global Challenge Of Encouraging Sustainable Living: Opportunities, Barriers, Policy and Practice.* Edward Elgar, London, UK, pp. 181–207.

**Atabani A.E., I.A. Badruddin, S. Mekhilef, and A.S. Silitonga (2011).** A review on global fuel economy standards, labels and technologies in the transportation sector. *Renewable and Sustainable Energy Reviews* **15**, 4586–4610. doi: 10.1016/j.rser.2011.07.092, ISSN: 1364-0321.

**Axsen J., and K.S. Kurani (2012).** Characterizing Residential Recharge Potential for Plug-in Electric Vehicles. Transportation Research Board. Available at: http://trid.trb.org/view.aspx?id=1129899.

**Bamberg S., S. Fujii, M. Friman, and T. Gärling (2011).** Behaviour theory and soft transport policy measures. *Transport Policy* **18**, 228–235. doi: 10.1016/j.tranpol.2010.08.006, ISSN: 0967070X.

Bandivadekar A., K. Bodek, L. Cheah, C. Evans, T. Groode, J. Heywood, E. Kasseris, M. Kromer, and M. Weiss (2008). *On the Road in 2035: Reducing Transportation's Petroleum Consumption and GHG Emissions*. MIT Laboratory for Energy and the Environment, Cambridge, Massachusetts, 196 pp.

Banister D. (2008). The sustainable mobility paradigm. *Transport Policy* **15**, 73–80.

Banister D. (2011a). The trilogy of distance, speed and time. *Journal of Transport Geography* **19**, 950–959. doi: 10.1016/j.jtrangeo.2010.12.004, ISSN: 0966-6923.

Banister D. (2011b). Cities, mobility and climate change. *Special Section on Alternative Travel Futures* **19**, 1538–1546. doi: 10.1016/j.jtrangeo.2011.03.009, ISSN: 0966-6923.

Baptista P., M. Tomás, and C. Silva (2010). Plug-in hybrid fuel cell vehicles market penetration scenarios. *International Journal of Hydrogen Energy* **35**, 10024–10030. doi: 10.1016/j.ijhydene.2010.01.086.

Barla P., B. Lamonde, L.F. Miranda-Moreno, and N. Boucher (2009). Traveled distance, stock and fuel efficiency of private vehicles in Canada: price elasticities and rebound effect. *Transportation* **36**, 389–402. doi: 10.1007/s11116-009-9211-2, ISSN: 0049-4488, 1572–9435.

Barter P., J. Kenworthy, and F. Laube (2003). Lessons from Asia on Sustainable Urban Transport. In: *Making Urban Transport Sustainable*. Palgrave- Macmillan, Basingstoke UK, pp. 252–270.

Barth M., and K. Boriboonsomsin (2008). Real-World Carbon Dioxide Impacts of Traffic Congestion. *Transportation Research Record: Journal of the Transportation Research Board* **2058**, 163–171. doi: 10.3141/2058-20, ISSN: 0361-1981.

Bassett D., J. Pucher, R. Buehler, D.L. Thompson, and S.E. Crouter (2008). Walking, Cycling, and Obesity Rates in Europe, North America, and Australia. *Journal of Physical Activity and Health* **5**, 795–814. Available at: http://policy.rutgers.edu/faculty/pucher/JPAH08.pdf.

Bastani P., J.B. Heywood, and C. Hope (2012). The effect of uncertainty on US transport-related GHG emissions and fuel consumption out to 2050. *Transportation Research Part A: Policy and Practice* **46**, 517–548. doi: 10.1016/j.tra.2011.11.011, ISSN: 0965-8564.

Baumgartner D.S., and J.L. Schofer (2011). *Forecasting Call-N-Ride Productivity In Low-Density Areas*. Transportation Research Board, Transportation Research Board 90th Annual Meeting, Washington DC, USA, 14 pp.

Beck L. (2009). *V2G—10: A Text About Vehicle-to-Grid, the Technology Which Enables a Future of Clean and Efficient Electric-Powered Transportation*. Self-Published, Delaware, 331 pp.

Becker A., S. Inoue, M. Fischer, and B. Schwegler (2012). Climate change impacts on international seaports: knowledge, perceptions, and planning efforts among port administrators. *Climatic Change* **110**, 5–29. ISSN: 0165-0009.

Bell M.L., R. Goldberg, C. Hogrefe, P.L. Kinney, K. Knowlton, B. Lynn, J. Rosenthal, C. Rosenzweig, and J.A. Patz (2007). Climate change, ambient ozone, and health in 50 US cities. *Climatic Change* **82**, 61–76. doi: 10.1007/s10584-006-9166-7.

Birtchnell T., J. Urry, C. Cook, and A. Curry (2013). *Freight Miles: The Impacts of 3D Printing on Transport and Society*. University of Lancaster, UK, 40 pp. Available at: http://www.academia.edu/3628536/Freight_Miles_The_Impacts_of_3D_Printing_on_Transport_and_Society.

den Boer E., H. Van Essen, F. Brouwer, E. Pastori, and A. Moizo (2011). *Potential of Modal Shift to Rail Transport*. CE Delft, Delft, Netherlands, 119 pp. Available at: http://www.cedelft.eu/publicatie/potential_of_modal_shift_to_rail_transport/1163?PHPSESSID=85969a496d79705462017a60f30353cc.

den Boer E., M. Otten, and H. Van Essen (2011). STREAM International Freight 2011: Comparison of various transport modes on an EU scale with the STREAM database. STREAM International Freight 2011. Available at: http://www.shortsea.be/html_nl/publicaties/documents/CEDelft-STREAMInternationalFreight2011.pdf.

Bongardt D., M. Breithaupt, and F. Creutzig (2010). Beyond the Fossil City: Towards low Carbon Transport and Green Growth. GTZ working paper, Bangkok, Thailand.

Bongardt D., F. Creutzig, H. Hüging, K. Sakamoto, S. Bakker, S. Gota, and S. Böhler-Baedeker (2013). *Low-Carbon Land Transport: Policy Handbook*. Routledge, New York, USA, 264 pp. ISBN: 9781849713771.

Bongardt D., D. Scmid, C. Huizenga, and T. Litman (2011). *Sustainable Transport Evaluation: Developing Practical Tools for Evaluation in the Context of the CSD Process*. Partnership on Sustainable Low Carbon Transport, Eschborn, Germany, 44 pp.

Borken-Kleefeld J., J. Fuglestvedt, and T. Berntsen (2013). Mode, load, and specific climate impact from passenger trips. *Environmental Science & Technology* **47**, 7608–7614.

Boschmann E.E. (2011). Job access, location decision, and the working poor: A qualitative study in the Columbus, Ohio metropolitan area. *Geoforum* **42**, 671–682. doi: 10.1016/j.geoforum.2011.06.005, ISSN: 0016-7185.

Bosetti V., and T. Longden (2013). Light duty vehicle transportation and global climate policy: The importance of electric drive vehicles. *Energy Policy* **58**, 209–219. doi: 10.1016/j.enpol.2013.03.008, ISSN: 0301-4215.

Boucher O., D.R. Artaxo, C.Bretherton, G. Feingold, P. Forster, V.Kerminen, Y. Kondo, H. Liao, U. Lohmann, P. Rasch, S.K. Satheesh, S. Sherwood, B. Stevens, and X. Zhang (2013). Clouds and aerosols—Chapter 7. In: *IPCC Fifth Assessment Report Climate Change 2013: The Physical Science Basis [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S.K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]*. Intergovernmental Panel on Climate Change. Cambridge University Press, New York, USA, pp. 571–657.

Bowen A., S. Cochrane, and S. Fankhauser (2012). Climate change, adaptation and economic growth. *Climatic Change* **113**, 95–106. doi: 10.1007/s10584-011-0346-8, ISSN: 0165-0009.

Bows A., K. Anderson, and S. Mander (2009). Aviation in turbulent times. *Technology Analysis & Strategic Management* **21**, 17–37. doi: 10.1080/09537320802557228, ISSN: 0953-7325.

Bows A., P. Upham, and K. Anderson (2005). *Growth Scenarios for EU & UK Aviation: Contradictions with Climate Policy*. The University of Manchester, Tyndall Centre for Climate Change (North), 93 pp.

Bradley R., and N. Lefevre (2006). *Assessing Energy Security and Climate Change Policy Interactions*. International Energy Agency, Paris, France.

la Branche S. (2011). La gouvernance climatique face à la mobilité quotidienne. Le cas des Lyonnais. *Environnement Urbain* **5**, 10. doi: 10.7202/1005874ar, ISSN: 1916-4645.

Brandt A.R. (2009). Converting Oil Shale to Liquid Fuels with the Alberta Taciuk Process: Energy Inputs and Greenhouse Gas Emissions. *Energy & Fuels* **23**, 6253–6258. doi: 10.1021/ef900678d, ISSN: 0887-0624, 1520–5029.

Brandt A.R. (2011). *Upstream Greenhouse Gas (GHG) Emissions from Canadian Oil Sands as a Feedstock for European Refineries*. Stanford University, Stanford, USA, 51 pp. Available at: https://circabc.europa.eu/d/d/workspace/SpacesStore/db806977–6418–44db-a464–20267139b34d/Brandt_Oil_Sands_GHGs_Final.pdf.

**Brandt A.R. (2012).** Variability and Uncertainty in Life Cycle Assessment Models for Greenhouse Gas Emissions from Canadian Oil Sands Production. *Environmental Science & Technology* **46**, 1253–1261. doi: 10.1021/es202312p, ISSN: 0013-936X, 1520–5851.

**Bretzke W-R. (2011).** Sustainable logistics: in search of solutions for a challenging new problem. *Logistics Research* **3**, 179–189. doi: 10.1007/s12159-011-0059-4, ISSN: 1865-035X.

**Brozović N., and A.W. Ando (2009).** Defensive purchasing, the safety (dis)advantage of light trucks, and motor-vehicle policy effectiveness. *Transportation Research Part B: Methodological* **43**, 477–493. doi: 10.1016/j.trb.2008.09.002, ISSN: 0191-2615.

**BRT Centre of Excellence, EMBARQ, IEA and SIBRT (2012).** Global BRT data. Available at: http://brtdata.org/.

**Brueckner J.K. (2000).** Urban Sprawl: Diagnosis and Remedies. *International Regional Science Review* **23**, 160–171. Available at: http://irx.sagepub.com/content/23/2/160.abstract.

**Buehler R., and J. Pucher (2011).** Making public transport financially sustainable. *Transport Policy* **18**, 126–138. doi: 10.1016/j.tranpol.2010.07.002, ISSN: 0967-070X.

**Buhaug Ø., and et. al (2009).** *Second IMO GHG Study 2009*. International Maritime Organization, London, UK, 240 pp.

**Burdett R., and D. Sudjic (2010).** *The Endless City: The Urban Age Project by the London School of Economics and Deutsche Bank's Alfred Herrhausen Sociey*. Phaidon, London, 510 pp. ISBN: 9780714859569.

**Burkhardt U., and B. Kärcher (2011).** Global radiative forcing from contrail cirrus. *Nature Climate Change* **1**, 54–58. doi: 10.1038/nclimate1068, ISSN: 1758-678X, 1758–6798.

**Caldecott B., and S. Tooze (2009).** *Green Skies Thinking: Promoting the Development and Commercialisation of Sustainable Bio-Jet Fuels*. Policy Exchange, London, UK, 27 pp.

**Camagni R., M.C. Gibelli, and P. Rigamonti (2002).** Urban mobility and urban form: the social and environmental costs of different patterns of urban expansion. *Ecological Economics* **40**, 199–216. doi: 10.1016/S0921-8009(01)00254-3, ISSN: 0921-8009.

**Cao X., P.L. Mokhtarian, and S. Handy (2009).** Examining the impacts of residential self-selection on travel behaviour: A focus on empirical findings. *Transport Reviews* **29**, 359–395.

**CARB (2012).** Zero Emission Vehicles 2012. Available at: http://www.arb.ca.gov/regact/2012/zev2012/zev2012.htm.

**Carisma B., and S. Lowder (2007).** Estimating the Economic Costs of Traffic Congestion: A Review of Literature on Various Cities & Countries.

**Carrabine E., and B. Longhurst (2002).** Consuming the car: anticipation, use and meaning in contemporary youth culture. *The Sociological Review* **50**, 181–196. doi: 10.1111/1467-954X.00362, ISSN: 1467-954X.

**Cathles L.M., L. Brown, M. Taam, and A. Hunter (2012).** A commentary on "The greenhouse-gas footprint of natural gas in shale formations" by R.W. Howarth, R. Santoro, and Anthony Ingraffea. *Climatic Change* **113**, 525–535. doi: 10.1007/s10584-011-0333-0, ISSN: 0165-0009, 1573–1480.

**CCC (2011).** Meeting Carbon Budgets—3rd Progress Report to Parliament. Committee on Climate Change. Available at: http://www.theccc.org.uk/wp-content/uploads/2011/06/CCC-Progress-Report_Interactive_3.pdf.

**Cervero R. (1994).** Rail Transit and Joint Development: Land Market Impacts in Washington, D.C. and Atlanta. *Journal of the American Planning Association* **60**, 83–94. doi: 10.1080/01944369408975554, ISSN: 0194-4363, 1939–0130.

**Cervero R. (1998).** *The Transit Metropolis: A Global Inquiry*. Island Press, Washington, D.C., 480 pp. ISBN: 1559635916 9781559635912.

**Cervero R. (2001).** *Road Expansion, Urban Growth, and Induced Travel: A Path Analysis*. University of California Transportation Center, Berkeley, USA, 30 pp. Available at: http://EconPapers.repec.org/RePEc:cdl:uctcwp:qt05x370hr.

**Cervero R. (2004).** *Transit-Oriented Development in the United States: Experiences, Challenges and Prospects*. Transportation Research Board, Washington DC, USA, 534 pp.

**Cervero R., and A. Golub (2011).** Informal public transport: a global perspective. In: *Urban Transport in the Developing World : a Handbook of Policy and Practice*. Edward Elgar Publishers, Cheltenham, UK, pp. 488–547.

**Cervero R., and J. Murakami (2009).** Rail and Property Development in Hong Kong: Experiences and Extensions. *Urban Studies* **46**, 2019 –2043. doi: 10.1177/0042098009339431.

**Cervero R., and J. Murakami (2010).** Effects of built environments on vehicle miles traveled: evidence from 370 US urbanized areas. *Environment and Planning A* **42**, 400–418. Available at: http://www.envplan.com/abstract.cgi?id=a4236.

**Cervero R., and C. Sullivan (2011).** Green TODs: marrying transit-oriented development and green urbanism. *International Journal of Sustainable Development & World Ecology* **18**, 210–218.

**Chandler K., E. Eberts, and L. Eudy (2006).** *New York City Transit Hybrid and CNG Transit Buses: Interim Evaluation Results*. National Renewable Energy Lab, Golden CO, Washington DC, USA, 64 pp. Available at: http://www.afdc.energy.gov/pdfs/38843.pdf.

**Chang B., and A. Kendall (2011).** Life cycle greenhouse gas assessment of infrastructure construction for California's high-speed rail system. *Transportation Research Part D: Transport and Environment* **16**, 429–434. doi: 10.1016/j.trd.2011.04.004, ISSN: 1361-9209.

**Charpentier A.D., J.A. Bergerson, and H.L. MacLean (2009).** Understanding the Canadian oil sands industry's greenhouse gas emissions. *Environmental Research Letters* **4**, 014005. doi: 10.1088/1748-9326/4/1/014005, ISSN: 1748-9326.

**Chen X., and M. Khanna (2012).** The Market-Mediated Effects of Low Carbon Fuel Policies. *AgBioForum* **15**, 89–105. Available at: http://www.agbioforum.org/v15n1/v15n1a11-khanna.htm.

**Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012).** Chapter -Energy and Security. In: *Global Energy Assessment—Toward a Sustainable Future*.Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 325–384. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

**Cherp A., and J. Jewell (2011).** The three perspectives on energy security: intellectual history, disciplinary roots and the potential for integration. *Current Opinion in Environmental Sustainability* **3**, 202–212. doi: 10.1016/j.cosust.2011.07.001, ISSN: 1877-3435.

**Chester M.V., and A. Horvath (2009).** Environmental assessment of passenger transportation should include infrastructure and supply chains. *Environmental Research Letters* **4**, 024008. Available at: http://stacks.iop.org/1748-9326/4/i=2/a=024008.

8

Choo S., P.L. Mokhtarian, and I. Salomon (2005). Does telecommuting reduce vehicle-miles traveled? An aggregate time series analysis for the US. *Transportation* **32**, 37–64. Available at: http://www.escholarship.org/uc/item/7419663f.

Christensen T.B., P. Wells, and L. Cipcigan (2012). Can innovative business models overcome resistance to electric vehicles? Better Place and battery electric cars in Denmark. *Special Section: Frontiers of Sustainability* **48**, 498–505. doi: 10.1016/j.enpol.2012.05.054, ISSN: 0301-4215.

Chum H., A. Faaij, J. Moreira, G. Berndes, P. Dhamija, H. Dong, B. Gabrielle, A. Goss, W. Lucht, M. Mapako, O. Masera Cerutti, T. McIntyre, T. Minowa, and K. Pingoud (2011). Bioenergy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]*. Cambridge University Press, New York, USA, pp. 209–331. ISBN: 978–1–107–60710–1.

Conway P. (2007). Sea change: Is air cargo about to reach maturity? Available at: http://www.flightglobal.com/news/articles/sea-change-is-air-cargo-about-to-reach-maturity-218779/.

Cooper D.A., and M. Ekstrom (2005). Applicability of the PEMS technique for simplified NOX monitoring on board ships. *Atmospheric Environment* **39**, 127–137. doi: 10.1016/j.atmosenv.2004.09.019.

COP (2010). Copenhagen City of Cyclists: Bicycle Account 2010. City of Copenhagen, The Technical and Environmental Administration. Available at: http://www.cycling-embassy.dk/wp-content/uploads/2011/05/Bicycle-account-2010-Copenhagen.pdf.

Corbertt J., and J.J. Winebrake (2008). The impact of globalization on international maritime transport activity: Past trends and future perspectives. In: *Globalisation, Transport and the Environment*. Organisation for Economic Co-operation and Development, Paris, France.

Corbett J., and J.J. Winebrake (2011). Freight Transportation and the Environment. In: *Intermodal transportation: moving freight in a global economy*. L.A. Hoel, G. Giuliano, M.D. Meyer, (eds.), Eno Transportation Foundation, Washington, DCISBN: 9780971871555.

Corbett J.J., D.A. Lack, J.J. Winebrake, S. Harder, J.A. Silberman, and M. Gold (2010). Arctic shipping emissions inventories and future scenarios. *Atmospheric Chemistry and Physics* **10**, 9689–9704. doi: 10.5194/acp-10-9689-2010, ISSN: 1680-7316.

Corbett J.J., H. Wang, and J.J. Winebrake (2009). The effectiveness and costs of speed reductions on emissions from international shipping. *Transportation Research Part D: Transport and Environment* **14**, 593–598. doi: 10.1016/j.trd.2009.08.005, ISSN: 1361-9209.

Costantini V., F. Gracceva, A. Markandya, and G. Vicini (2007). Security of energy supply: Comparing scenarios from a European perspective. *Energy Policy* **35**, 210–226. doi: 10.1016/j.enpol.2005.11.002, ISSN: 0301-4215.

CRC (2008). Environmental regulations pertaining to rail: Developing best practice. Cooperative Research Centre for Rail Innovation. Available at: http://www.railcrc.net.au/project/r1102.

Creutzig F., and D. He (2009). Climate change mitigation and co-benefits of feasible transport demand policies in Beijing. *Transportation Research Part D: Transport and Environment* **14**, 120–131. doi: 10.1016/j.trd.2008.11.007, ISSN: 1361-9209.

Creutzig F., A. Papson, L. Schipper, and D.M. Kammen (2009). Economic and environmental evaluation of compressed-air cars. *Environmental Research Letters* **4**, 044011. doi: 10.1088/1748-9326/4/4/044011, ISSN: 1748-9326.

Creutzig F., E. McGlynn, J. Minx, and O. Edenhofer (2011). Climate policies for road transport revisited (I): Evaluation of the current framework. *Energy Policy* **39**, 2396–2406. Available at: http://www.sciencedirect.com/science/article/pii/S0301421511000760.

Creutzig F., R. Mühlhoff, and J. Römer (2012a). Decarbonizing urban transport in European cities: four cases show possibly high co-benefits. *Environmental Research Letters* **7**, 044042. doi: 10.1088/1748-9326/7/4/044042, ISSN: 1748-9326.

Creutzig F., A. Popp, R. Plevin, G. Luderer, J. Minx, and O. Edenhofer (2012b). Reconciling top-down and bottom-up modelling on future bioenergy deployment. *Nature Climate Change* **2**, 320–327. doi: 10.1038/nclimate1416, ISSN: 1758-678X.

Crist P. (2009). Greenhouse Gas Emissions Reduction Potential from International Shipping. JTRC Discussion Paper. Joint Transport Research Centre of the OECD and the International Transport Forum. Available at: http://www.internationaltransportforum.org/jtrc/discussionpapers/DP200911.pdf.

Cryoplane (2003). *Liquid Hydrogen Fuelled Aircraft—System Analysis*. Airbus Deutschland GmbH, Hamburg, 80 pp.

CST (2002). *Definition and Vision of Sustainable Transport*. The Center for Sustainable Transportation, Ontario, Canada, 4 pp.

Cuenot F., L. Fulton, and J. Staub (2012). The prospect for modal shifts in passenger transport worldwide and impacts on energy use and $CO_2$. *Energy Policy* **41**, 98–106. doi: 10.1016/j.enpol.2010.07.017, ISSN: 0301-4215.

Daley, B. and H. Preston (2009). Aviation and climate change: assessment of policy options. In: *Climate change and aviation: Issues, challenges and solutions*. S. Gössling and P. Upham. London, Earthscan: 347–372.

Dalkmann H., and C. Brannigan (2007). Transport and climate change. A Sourcebook for Policy-Makers in Developing Cities: Module 5e. Gesellschaft Für Technische Zusammenarbeit—GTZ Eschborn.

Dargay J. (2007). The effect of prices and income on car travel in the UK. *Transportation Research Part A: Policy and Practice* **41**, 949–960. doi: 10.1016/j.tra.2007.05.005, ISSN: 0965-8564.

Davies N. (2012). What are the ingredients of successful travel behavioural change campaigns? *Transport Policy* **24**, 19–29. doi: 10.1016/j.tranpol.2012.06.017, ISSN: 0967-070X.

Delbosc A., and G. Currie (2013). Causes of Youth Licensing Decline: A Synthesis of Evidence. *Transport Reviews* **33**, 271–290. doi: 10.1080/01441647.2013.801929, ISSN: 0144-1647.

Dell'Olmo P., and G. Lulli (2003). A new hierarchical architecture for Air Traffic Management: Optimisation of airway capacity in a Free Flight scenario. *European Journal of Operational Research* **144**, 179–193. doi: 10.1016/S0377-2217(01)00394-0, ISSN: 0377-2217.

DeMaio P. (2009). Bike-sharing: History, Impacts, Models of Provision, and Future. *Journal of Public Transportation* **12**, 41–56. Available at: http://www.nctr.usf.edu/jpt/pdf/JPT12-4DeMaio.pdf.

Deng T., and J.D. Nelson (2011). Recent Developments in Bus Rapid Transit: A Review of the Literature. *Transport Reviews* **31**, 69–96. doi: 10.1080/01441647.2010.492455, ISSN: 0144-1647, 1464–5327.

DfT (2010). *Future Aircraft Fuel Efficiencies—Final Report*. Department for Transport, London, UK, 92 pp. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/4515/future-aircraft-fuel-efficiency.pdf.

**8**

**Diana M., L. Quadrifoglio, and C. Pronello (2007).** Emissions of demand responsive services as an alternative to conventional transit systems. *Transportation Research Part D: Transport and Environment* **12**, 183–188. doi: 10.1016/j.trd.2007.01.009, ISSN: 1361-9209.

**Dierkers G., E. Silsbe, S. Stott, S. Winkelman, and M. Wubben (2008).** *CCAP Transportation Emissions Guidebook. Part One: Land Use, Transit & Travel Demand Management.* Center for Clean Air Policy, Washington DC, USA.

**Dimitriou H.T. (2006).** Towards a generic sustainable urban transport strategy for middle-sized cities in Asia: Lessons from Ningbo, Kanpur and Solo. *Habitat International* **30**, 1082–1099. doi: 10.1016/j.habitatint.2006.02.001, ISSN: 0197-3975.

**Dinwoodie J. (2006).** Rail freight and sustainable urban distribution: Potential and practice. *Journal of Transport Geography* **14**, 309–320. doi: 10.1016/j.jtrangeo.2005.06.001, ISSN: 0966-6923.

**DOE/EIA (2010).** *International Energy Outlook 2011.* US Energy Information Administration, Washington DC, USA,

**Dotson R. (2011).** Institutional and political support for urban transport. In: *Urban Transport in the Developing World : a Handbook of Policy and Practice.* Edward Elgar Publishers, Cheltenham, UK, pp. 262–304.

**Downs A. (2004).** *Still Stuck in Traffic.* Brookings Institution Press, Washington. Available at: http://www.brookings.edu/research/books/2004/stillstuckintraffic.

**Drabik D., and H. de Gorter (2011).** Biofuel policies and carbon leakage. *AgBioforum* **14**, 104–110. Available at: file://localhost/Users/rjp/literature/d/Drabik%20-%20Biofuel%20policies%20and%20carbon%20leakage%202011.pdf.

**Drobot S.D., J.A. Maslanik, and M.R. Anderson (2009).** Interannual variations in the opening date of the Prudhoe Bay shipping season: links to atmospheric and surface conditions. *International Journal of Climatology* **29**, 197–203. doi: 10.1002/joc.1725, ISSN: 0899-8418.

**Du G., and R. Karoumi (2012).** Life cycle assessment of a railway bridge: comparison of two superstructure designs. *Structure and Infrastructure Engineering* **9**, 1149–1160. doi: 10.1080/15732479.2012.670250, ISSN: 1573-2479.

**Duranton G., and M.A. Turner (2011).** The Fundamental Law of Road Congestion: Evidence from US Cities. *The American Economic Review* **101**, 2616–2652. doi: 10.1257/aer.101.6.2616.

**Eads G. (2010).** *50by50 Prospects and Progress Report for Global Fuel Economy Initiative.* Global Fuel Economy Initiative, 64 pp. Available at: http://www.globalfueleconomy.org/Documents/Publications/prospects_and_progress_lr.pdf.

**EC (2013).** *EU Transport in Figures.* European Commission, 71 pp. Available at: http://ec.europa.eu/transport/facts-fundings/statistics/doc/2013/pocketbook2013.pdf.

**Echenique M. H., A.J. Hargreaves, G. Mitchell, and A. Namdeo (2012).** Growing Cities Sustainably. *Journal of the American Planning Association* **78**, 121–137. doi: 10.1080/01944363.2012.666731, ISSN: 0194-4363.

**ECMT (2004).** *Assessment and Decision Making for Sustainable Transport.* Organization of Economic Co-Operation and Development, Paris, 235 pp. Available at: http://internationaltransportforum.org/pub/pdf/04Assessment.pdf.

**ECMT (2007).** *Cutting Transport $CO_2$ Emissions: What Progress?* OECD, Paris, 264 pp. Available at: http://www.internationaltransportforum.org/Pub/pdf/07CuttingCO2.pdf.

**Econ (2007).** *Arctic Shipping 2030: From Russia with Oil, Stormy Passage or Arctic Great Game?* Commissioned by Norshipping, Oslo, 49 pp.

**Edwards J.B., A.C. McKinnon, and S.L. Cullinane (2010).** Comparative analysis of the carbon footprints of conventional and online retailing: A "last mile" perspective. *International Journal of Physical Distribution & Logistics Management* **40**, 103–123. doi: 10.1108/09600031011018055, ISSN: 0960-0035.

**EEA (2006).** *Technology to Improve the Fuel Economy of Light Trucks to 2015.* Energy and Environmental Analysis Inc.

**EEA (2011).** *Monitoring the $CO_2$ Emissions from New Passenger Cars in the EU: Summary of Data for 2010.* European Environment Agency, Copenhagen.

**EIA (2011).** *International Energy Outlook.* U.S. Energy Information Administration, Washington D C, USA, 292 pp. Available at: www.eia.gov/ieo/.

**Eichhorst U. (2009).** *Adapting Urban Transport to Climate Change. Module 5f. Sustainable Transport: A Sourcebook for Policy-Makers in Developing Countries.* Deutsche Gesellschaft Fur Technische Zusammenarbeit (GTZ), Eschborn, 70 pp.

**Eliasson J. (2008).** Lessons from the Stockholm congestion charging trial. *Transport Policy* **15**, 395–404. doi: 10.1016/j.tranpol.2008.12.004, ISSN: 0967-070X.

**Eliseeva S.V., and J.-C.G. Bünzli (2011).** Rare earths: jewels for functional materials of the future. *New Journal of Chemistry* **35**, 1165. doi: 10.1039/c0nj00969e, ISSN: 1144-0546, 1369–9261.

**Eom J., L. Schipper, and L. Thompson (2012).** We keep on truckin': Trends in freight energy use and carbon emissions in 11 IEA countries. *Energy Policy* **45**, 327–341. doi: 10.1016/j.enpol.2012.02.040, ISSN: 0301-4215.

**EPA (2011).** *EPA and NHTSA Adopt First-Ever Program to Reduce Greenhouse Gas Emissions and Improve Fuel Efficiency of Medium- and Heavy-Duty Vehicles.* Environmental Protection Agency, Washington DC, USA, 8 pp. Available at: http://www.epa.gov/oms/climate/documents/420f11031.pdf.

**EPA (2012).** *Final Rulemaking for 2017–2025 Light-Duty Vehicle Greenhouse Gas Emission Standards and Corporate Average Fuel Economy Standards.* Environmental Protection Agency, Washington DC, USA, 555 pp. Available at: http://www.epa.gov/otaq/climate/documents/420r12016.pdf.

**Eppstein M.J., D.K. Grover, J.S. Marshall, and D.M. Rizzo (2011).** An agent-based model to study market penetration of plug-in hybrid electric vehicles. *Energy Policy* **39**, 3789–3802. doi: 10.1016/j.enpol.2011.04.007.

**EPRI (2008).** *The Green Grid: Energy Savings and Carbon Emissions Reductions Enabled by a Smart Grid.* Electric Power Research Institute, Palo Alto, USA, 64 pp.

**Ericksen P.J., J.S.I. Ingram, and D.M. Liverman (2009).** Food security and global environmental change: emerging challenges. *Environmental Science & Policy* **12**, 373–377. doi: 10.1016/j.envsci.2009.04.007, ISSN: 1462-9011.

**Estache A., and A. GóMez-Lobo (2005).** Limits to competition in urban bus services in developing countries. *Transport Reviews* **25**, 139–158. doi: 10.1080/0144164042000289654, ISSN: 0144-1647, 1464–5327.

**ETSAP (2010).** Unconventional oil and gas production. Paris, France. Available at: http://www.iea-etsap.org/web/E-TechDS/PDF/P02-Uncon%20oil&gas-GS-gct.pdf.

**Eurocontrol (2008).** *The Challenges of Growth, Air Traffic Statistics and Forecasts, The European Organisation for the Safety of Air Navigation.* Eurocontrol, Brussels, Belgium, 40 pp. Available at: http://www.eurocontrol.int/statfor.

**European Commission, Transport and Environment (2011).** Emissions from maritime transport. Available at: http://ec.europa.eu/environment/air/transport/ships.htm.

**European Environment Agency (2011).** *Laying the Foundations for Greener Transport : TERM 2011 : Transport Indicators Tracking Progress towards Environmental Targets in Europe*. Publications Office of the European Union, Luxembourg, 92 pp. ISBN: 9789292132309 929213230X.

**Evans A. (2010).** Simulating airline operational responses to environmental constraints. Clare College, University of Cambridge, Cambridge, UK, 185 pp. Available at: http://www.dspace.cam.ac.uk/handle/1810/226855.

**Evans A., and A. Schäfer (2011).** The impact of airport capacity constraints on future growth in the US air transportation system. *Journal of Air Transport Management* **17**, 288–295. doi: 10.1016/j.jairtraman.2011.03.004, ISSN: 0969-6997.

**Ewing R. (2007).** Growing Cooler: The Evidence on Urban Development and Climate Change. Urban Land Institute, Chicago, 2007.

**Ewing R. (2008).** Characteristics, Causes, and Effects of Sprawl: A Literature Review. In: *Urban Ecology*. Springer US, New York, USA, pp. 519–535. ISBN: 978–0-387–73412–5.

**Ewing R., K. Bartholomew, S. Winkelman, J. Walters, and G. Anderson (2008).** Urban development and climate change. *Journal of Urbanism: International Research on Placemaking and Urban Sustainability* **1**, 201–216. doi: 10.1080/17549170802529316, ISSN: 1754-9175.

**Ewing R., and R. Cervero (2010).** Travel and the Built Environment -- A Meta-Analysis. *Journal of the American Planning Association* **76**, 265–294. Available at: http://dx.doi.org/10.1080/01944361003766766.

**Faber J., D. Nelissen, G. Hon, H. Wang, and M. Tsimplis (2012).** *Regulated Slow Steaming in Maritime Transport: An Assessment of Options, Costs and Benefits*. International Council on Clean Transportation (ICCT), Delft, Netherlands, 119 pp.

**Fargione J.E., R.J. Plevin, and J.D. Hill (2010).** The Ecological Impact of Biofuels. *Annual Review of Ecology and Systematics* **41**, 351–377. doi: 10.1146/annurev-ecolsys-102209-144720, ISSN: 1543-592X.

**Farrington R., and J. Rugh (2000).** *Impact of Vehicle Air-Conditioning on Fuel Economy, Tailpipe Emissisonm and Electric Vehicle Range*. National Renewable Energy Laboratory, Golden, Colorado, 12 pp.

**Federal Highway Administration (2000).** Operations Story. Available at: http://www.ops.fhwa.dot.gov/aboutus/opstory.htm.

**Figueroa M.J., L. Fulton, and G. Tiwari (2013).** Avoiding, transforming, transitioning: pathways to sustainable low carbon passenger transport in developing countries. *Current Opinion in Environmental Sustainability* **5**, 184–190. doi: 10.1016/j.cosust.2013.02.006, ISSN: 1877-3435.

**Figueroa M.J., and S.K. Kahn Ribeiro (2013).** Energy for road passenger transport and sustainable development: assessing policies and goals interactions. *Current Opinion in Environmental Sustainability* **5**, 152–162. doi: 10.1016/j.cosust.2013.04.004, ISSN: 1877-3435.

**Fischedick M., R. Schaeffer, A. Adedoyin, M. Akai, T. Bruckner, L. Clarke, V. Krey, S. Savolainen, S. Teske, D. Ürge-Vorsatz, and R. Wright (2011).** Mitigation Potential and Costs. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]*. Cambridge University Press, Cambridge and New York, pp. 791–864.

**Flachsland C., S. Brunner, O. Edenhofer, and F. Creutzig (2011).** Climate policies for road transport revisited (II): Closing the policy gap with cap-and-trade. *Energy Policy* **39**, 2100–2110. doi: 10.1016/j.enpol.2011.01.053, ISSN: 0301-4215.

**Flannery T., R. Beale, G. Hueston, Climate Commission, and Australia. Dept. of Climate Change and Energy Efficiency (2012).** *The Critical Decade: International Action on Climate Change*. Climate Commission Secretariat (Department of Climate Change and Energy Efficiency), Canberra, Australia, 75 pp. ISBN: 9781922003676, 1922003670.

**Frank L.D., and G. Pivo (1994).** Impacts of mixed use and density on utilization of three modes of travel: Single occupant vehicle, transit, and walking. *Transportation Research Record: Journal of the Transportation Research Board* **1466**, 44–52.

**Freight Transport Association (2013).** *Logistics Carbon Review*. Tunbridge Wells, UK, 28 pp.

**Fuglestvedt J., T. Berntsen, V. Eyring, I. Isaksen, D.S. Lee, and R. Sausen (2009).** Shipping Emissions: From Cooling to Warming of Climate—and Reducing Impacts on Health. *Environmental Science & Technology* **43**, 9057–9062. doi: 10.1021/es901944r, ISSN: 0013-936X, 1520–5851.

**Fulton L., and G. Eads (2004).** *IEA/SMP Model Documentation and Reference Case Projection*. International Energy Agency, Paris, 92 pp.

**Fulton L., O. Lah, and F. Cuenot (2013).** Transport Pathways for Light Duty Vehicles: Towards a 2° Scenario. *Sustainability* **5**, 1863–1874. doi: 10.3390/su5051863, ISSN: 2071-1050.

**Fürst E., and P. Oberhofer (2012).** Greening road freight transport: evidence from an empirical project in Austria. *Journal of Cleaner Production* **33**, 67–73. doi: 10.1016/j.jclepro.2012.05.027, ISSN: 0959-6526.

**Gallagher K.S., and E. Muehlegger (2011).** Giving green to get green? Incentives and consumer adoption of hybrid vehicle technology. *Journal of Environmental Economics and Management* **61**, 1–15. doi: 10.1016/j.jeem.2010.05.004, ISSN: 0095-0696.

**Garneau M.-È., W.F. Vincent, R. Terrado, and C. Lovejoy (2009).** Importance of particle-associated bacterial heterotrophy in a coastal Arctic ecosystem. *Journal of Marine Systems* **75**, 185–197. doi: 10.1016/j.jmarsys.2008.09.002, ISSN: 0924-7963.

**Garrard J., G. Rose, and S.K. Lo (2008).** Promoting transportation cycling for women: the role of bicycle infrastructure. *Preventive Medicine* **46**, 55–59. doi: 10.1016/j.ypmed.2007.07.010, ISSN: 0091-7435.

**Gehl J. (2011).** *Cities for People*. Island Press, Washington, D.C., 269 pp.

**Gehlhar M., A. Somwaru, P.B. Dixon, M.T. Rimmer, and A.R. Winston (2010).** Economy-wide Implications from US Bioenergy Expansion. *American Economic Review* **100**, 172–77. doi: 10.1257/aer.100.2.172.

**Geurs K.T., and B. van Wee (2004).** Accessibility evaluation of land-use and transport strategies: review and research directions. *Journal of Transport Geography* **12**, 127–140. doi: 10.1016/j.jtrangeo.2003.10.005, ISSN: 0966-6923.

**Gifford R. (2011).** The Dragons of Inaction: Psychological Barriers That Limit Climate Change Mitigation and Adaptation. *American Psychologist* **66**, 290–302.

**Gilbert R., and A. Perl (2010).** *Transport Revolutions: Moving People and Freight Without Oil*. New Society, Philadelphia, Pa., 432 pp. ISBN: 9781550924534, 1550924532.

**Gillingham K., M.J. Kotchen, D.S. Rapson, and G. Wagner (2013).** Energy policy: The rebound effect is overplayed. *Nature* **493**, 475–476. doi: 10.1038/493475a, ISSN: 0028-0836, 1476–4687.

**8**

Girod B., D.P. Vuuren, M. Grahn, A. Kitous, S.H. Kim, and P. Kyle (2013). Climate impact of transportation A model comparison. *Climatic Change* 118, 595–608. doi: 10.1007/s10584-012-0663-6, ISSN: 0165-0009, 1573–1480.

Girod B., D.P. van Vuuren, and S. Deetman (2012). Global travel within the 2°C climate target. *Energy Policy* 45, 152–166. doi: 10.1016/j.enpol.2012.02.008, ISSN: 0301-4215.

Giuliano G., and J. Dargay (2006). Car ownership, travel and land use: a comparison of the US and Great Britain. *Transportation Research Part A: Policy and Practice* 40, 106–124. doi: 10.1016/j.tra.2005.03.002, ISSN: 0965-8564.

Glaeser E. (2011). *The Triumph of the City*. Pan Macmillan, London, 338 pp. ISBN: 0230709397 9780230709393 9780230709386 0230709893.

Gohardani A.S., G. Doulgeris, and R. Singh (2011). Challenges of future aircraft propulsion: A review of distributed propulsion technology and its potential application for the all electric commercial aircraft. *Progress in Aerospace Sciences* 47, 369–391. doi: 10.1016/j.paerosci.2010.09.001, ISSN: 0376-0421.

Golob T.F., and A.C. Regan (2001). Impacts of information technology on personal travel and commercial vehicle operations: research challenges and opportunities. *Implications of New Information Technology* 9, 87–121. doi: 10.1016/S0968-090X(00)00042-5, ISSN: 0968-090X.

Gong H., M.Q. Wang, and H. Wang (2012). New energy vehicles in China: policies, demonstration, and progress. *Mitigation and Adaptation Strategies for Global Change* 18, 207–228. doi: 10.1007/s11027-012-9358-6, ISSN: 1381-2386, 1573–1596.

Goodwin P. (1999). Transformation of transport policy in Great Britain. *Transportation Research Part A: Policy and Practice* 33, 655–669. doi: 10.1016/S0965-8564(99)00011-7, ISSN: 09658564.

Goodwin P. (2004). *The Economic Costs of Road Traffic Congestion*. UCL (University College London), The Rail Freight Group, London, UK.

Goodwin P. (2012). Three Views on Peak Car. *World Transport Policy and Practice* 17.

Goodwin P., and K. Van Dender (2013). "Peak Car" — Themes and Issues. *Transport Reviews* 33, 243–254. doi: 10.1080/01441647.2013.804133, ISSN: 0144-1647, 1464–5327.

Goodwin P., and G. Lyons (2010). Public attitudes to transport: Interpreting the evidence. *Transportation Planning and Technology* 33, 3–17. ISSN: 0308-1060.

Gössling S. (2011). *Carbon Management in Tourism: Mitigating the Impacts on Climate Change*. Routledge, UK, 350 pp. ISBN: 0415566320.

Gössling S., J.P. Ceron, G. Dubois, and C.M. Hall (2009). Hypermobile travellers. In: *Climate Change and Aviation*. S. Gössling, P. Upham, (eds.), Earthscan, pp. 131–149.

Gowri A., K. Venkatesan, and R. Sivanandan (2009). Object-oriented methodology for intersection simulation model under heterogeneous traffic conditions. *Advances in Engineering Software* 40, 1000–1010. doi: 10.1016/j.advengsoft.2009.03.015, ISSN: 0965-9978.

Grabow M.L., S.N. Spak, T. Holloway, B. Stone, A.C. Mednick, and J.A. Patz (2012). Air Quality and Exercise-Related Health Benefits from Reduced Car Travel in the Midwestern United States. *Environmental Health Perspectives* 120, 68–76. doi: 10.1289/ehp.1103440, ISSN: 0091-6765.

Graham-Rowe E., B. Gardner, C. Abraham, S. Skippon, H. Dittmar, R. Hutchins, and J. Stannard (2012). Mainstream consumers driving plug-in battery-electric and plug-in hybrid electric cars: A qualitative analysis of responses and evaluations. *Transportation Research Part A: Policy and Practice* 46, 140–153. doi: 10.1016/j.tra.2011.09.008, ISSN: 0965-8564.

Greene D.L. (2010a). *How Consumers Value Fuel Economy: A Literature Review*. U.S. Environmental Protection Agency, Washington DC, USA, 79 pp. Available at: http://www.epa.gov/otaq/climate/regulations/420r10008.pdf.

Greene D.L. (2010b). Measuring energy security: Can the United States achieve oil independence? *Energy Policy* 38, 1614–1621. doi: 10.1016/j.enpol.2009.01.041, ISSN: 0301-4215.

Greene D.L., J.R. Kahn, and R.C. Gibson (1999). Fuel Economy Rebound Effect for U.S. Household Vehicles. *The Energy Journal* 20, 1–31. Available at: http://ideas.repec.org/a/aen/journl/1999v20-03-a01.html.

Greene D.L., and S.E. Plotkin (2011). Reducing greenhouse gas emissions from U.S. transportation. Pew Center on Global Climate Change.

Grubler A., X. Bai, T. Buettner, S. Dhakal, D. Fisk, T. Ichinose, J. Keristead, G. Sammer, D. Satterthwaite, N. Schulz, N. Shah, J. Steinberger, and H. Weiz (2012). Urban Energy Systems. In: *Global Energy Assessment—Toward a Sustainable Future*. International Institute for Applied Systems Analysis and Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 1307–1400.

Gwilliam K. (2003). Urban transport in developing countries. *Transport Reviews* 23, 197–216. doi: 10.1080/01441640309893, ISSN: 0144-1647.

Gwilliam K. (2013). Cities on the move—Ten years after. *Urban Transport in Developing Countries: CODATU Special Issue* 40, 3–18. doi: 10.1016/j.retrec.2012.06.032, ISSN: 0739-8859.

Haider M., and E.J. Miller (2000). *Effects of Transportation Infrastructure and Location on Residential Real Estate Values Application of Spatial Autoregressive Techniques*. Transportation Research Board, Washington DC, USA, 1–7 pp.

Hallmark S.L., B. Wang, Y. Qiu, and R. Sperry (2013). Evaluation of In-Use Fuel Economy for Hybrid and Regular Transit Buses. *Journal of Transportation Technologies* 03, 52–57. doi: 10.4236/jtts.2013.31006, ISSN: 2160-0473, 2160–0481.

Halzedine T., A. Primdore, D. Belissen, and J. Hulskotte (2009). *EU Transport GHG: Routes to 2050? Technical Options to Reduce GHG for Non-Road Transport Modes*. European Commission Directorate-General Environment, Brussels, Belgium, 58 pp. Available at: http://www.eutransportghg2050.eu/cms/assets/UPDATED-EU-Transport-GHG-2050-Paper-3-Technical-options-for-non-road-modes-30-10-09.pdf.

Hamin E.M., and N. Gurran (2009). Urban form and climate change: Balancing adaptation and mitigation in the U.S. and Australia. *Habitat International* 33, 238–245. doi: 10.1016/j.habitatint.2008.10.005, ISSN: 0197-3975.

Handy S., M.G. Boarnet, R. Ewing, and R.E. Killingsworth (2002). How the built environment affects physical activity: Views from urban planning. *American Journal of Preventive Medicine* 23, 64–73. doi: 10.1016/S0749-3797(02)00475-0, ISSN: 0749-3797.

Hanjra M.A., and M.E. Qureshi (2010). Global water crisis and future food security in an era of climate change. *Food Policy* 35, 365–377. doi: 10.1016/j.foodpol.2010.05.006, ISSN: 0306-9192.

Hankey, J.M.J., and Brauer, M. (2012). Health impacts of the built environment: within-urban variability in physical inactivity, air pollution, and ischemic heart disease mortality. *Environmental Health Perspectives* 120(2), 247–252.

Hao H., H. Wang, and M. Ouyang (2011). Comparison of policies on vehicle ownership and use between Beijing and Shanghai and their impacts on fuel consumption by passenger vehicles. *Energy Policy* 39, 1016–1021. doi: 10.1016/j.enpol.2010.11.039, ISSN: 0301-4215.

Hargroves C., and M. Smith (2008). *The Natural Advantage of Nations*. Earthscan, London, UK, 576 pp.

de Hartog J.J., H. Boogaard, H. Nijland, and G. Hoek (2010). Do the Health Benefits of Cycling Outweigh the Risks? *Environmental Health Perspectives* **118**, 1109–1116. doi: 10.1289/ehp.0901747, ISSN: 0091-6765.

Harvey L.D.D. (2012). Global climate-oriented transportation scenarios. *Energy Policy*. doi: 10.1016/j.enpol.2012.10.053, ISSN: 0301-4215.

Hawkins T.R., O.M. Gausen, and A.H. Strømman (2012). Environmental impacts of hybrid and electric vehicles—a review. *The International Journal of Life Cycle Assessment* **17**, 997–1014. doi: 10.1007/s11367-012-0440-9, ISSN: 0948-3349, 1614–7502.

He J., W. Wu, and Y. Xu (2010). Energy Consumption of Locomotives in China Railways during 1975–2007. *Journal of Transportation Systems Engineering and Information Technology* **10**, 22–27. doi: 10.1016/S1570-6672(09)60061-1, ISSN: 1570-6672.

Headicar P. (2013). The Changing Spatial Distribution of the Population in England: Its Nature and Significance for "Peak Car." *Transport Reviews* **33**, 310–324. doi: 10.1080/01441647.2013.802751, ISSN: 0144-1647, 1464–5327.

Heath G.W., R.C. Brownson, J. Kruger, R. Miles, K.E. Powell, and L.T. Ramsey (2006). The effectiveness of urban design and land use and transport policies and practices to increase physical activity: a systematic review. *Journal of Physical Activity & Health* **3**.

Henstra D., C. Ruijgrok, and L. Tavassy (2007). Globalized trade, logistics and intermodality: European perspectives. *Globalized Freight Transport*, 135–163.

Highways Agency (2011). Climate Change Risk Assessment. High Ways Agency Media Services.

Hill N., C. Brannigan, R. Smokers, A. Schroten, H. van Essen, and I. Skinner (2012). *Developing a Better Understanding of the Secondary Impacts and Key Sensitivities for the Decarbonisation of the EU's Transport Sector by 2050*. European Commission Directorate—General Climate Action and AEA Technology, Brussels, Belgium, 112 pp. Available at: http://www.eutransportghg2050.eu/cms/assets/Uploads/Reports/EU-Transport-GHG-2050-II-Final-Report-29Jul12.pdf.

Hill J., S. Polasky, E. Nelson, D. Tilman, H. Huo, L. Ludwig, J. Neumann, H. Zheng, and D. Bonta (2009). Climate change and health costs of air emissions from biofuels and gasoline. *Proceedings of the National Academy of Sciences* **106**, 2077–2082. doi: 10.1073/pnas.0812835106.

Ho J. (2010). The implications of Arctic sea ice decline on shipping. *Marine Policy* **34**, 713–715. doi: 10.1016/j.marpol.2009.10.009, ISSN: 0308-597X.

Hochman G., D. Rajagopal, and D. Zilberman (2010). The effect of biofuels on crude oil markets. *AgBioForum* **13**, 112–118. Available at: http://www.agbioforum.org/v13n2/v13n2a03-hochman.htm.

Höjer M., K.H. Dreborg, R. Engström, U. Gunnarsson-Östling, and Å. Svenfelt (2011a). Experiences of the development and use of scenarios for evaluating Swedish environmental quality objectives. *Futures* **43**, 498–512. doi: 10.1016/j.futures.2011.02.003, ISSN: 0016-3287.

Höjer M., A. Gullberg, and R. Pettersson (2011b). *Images of the Future City: Time and Space for Sustainable Development*. Springer, Dordrecht; Heidelberg [u.a.], 457 pp. ISBN: 9789400706521 9400706529 9789400706538 9400706537.

Holland S.P. (2012). Emissions taxes versus intensity standards: Second-best environmental policies with incomplete regulation. *Journal of Environmental Economics and Management* **63**, 375–387. doi: 10.1016/j.jeem.2011.12.002, ISSN: 0095-0696.

Holland S.P., J.E. Hughes, and C.R. Knittel (2009). Greenhouse Gas Reductions under Low Carbon Fuel Standards? *American Economic Journal: Economic Policy* **1**, 106–46. Available at: http://ideas.repec.org/a/aea/aejpol/v1y2009i1p106-46.html.

Hook W. (2003). *Preserving and Expanding the Role of Non-Motorised Transport*. GTZ Transport and Mobility Group, Eschborn, Germany, 40 pp.

Howarth R.W., R. Santoro, and A. Ingraffea (2011). Methane and the greenhouse-gas footprint of natural gas from shale formations: A letter. *Climatic Change* **106**, 679–690. doi: 10.1007/s10584-011-0061-5, ISSN: 0165-0009, 1573–1480.

Howarth R.W., R. Santoro, and A. Ingraffea (2012). Venting and leaking of methane from shale gas development: response to Cathles et al. *Climatic Change* **113**, 537–549. doi: 10.1007/s10584-012-0401-0, ISSN: 0165-0009, 1573–1480.

Hughes J.E., C.R. Knittel, and D. Sperling (2006). *Evidence of a Shift in the Short-Run Price Elasticity of Gasoline Demand*. National Bureau of Economic Research, Cambridge, USA, 33 pp. Available at: http://www.nber.org/papers/w12530.

Hultkrantz L., G. Lindberg, and C. Andersson (2006). The value of improved road safety. *Journal of Risk and Uncertainty* **32**, 151–170. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-33646696193&partnerID=40&md5=abf898e93f64ebf18026a62628a86d44.

Hunt A., and P. Watkiss (2011). Climate change impacts and adaptation in cities: a review of the literature. *Climatic Change* **104**, 13–49. Available at: http://opus.bath.ac.uk/22301/.

Huo H., and M. Wang (2012). Modeling future vehicle sales and stock in China. *Energy Policy* **43**, 17–29. doi: 10.1016/j.enpol.2011.09.063, ISSN: 0301-4215.

IATA (2009). *Aviation and Climate Change Pathway to Carbon-Neutral Growth in 2020*. International Air Transport Association, Geneva. Available at: http://www.iata.org/SiteCollectionDocuments/AviationClimateChange_PathwayTo2020_email.pdf.

ICAO (2007a). *Safety and Operational Issues Stemming from Dramatic Regional Growth and Intensifying Environmental Concerns Have Created Challenging Times for Global Aviation*. International Civil Aviation Organisation, Montreal, Canada, 40 pp.

ICAO (2007b). *Outlook for Air Transport to the Year 2025*. International Civil Aviation Organization, Quebec, Canada, 58 pp.

ICAO (2010a). *Annual Report of the Council*. International Civil Aviation Organization, Montreal, Canada, 160 pp.

ICAO (2010b). *Consolidated Statement of Continuing ICAO Policies and Practices Related to Environmental Protection- Climate Change*. International Civil Aviation Organization, Montreal, Canada, 20 pp.

ICAO (2012). *New ICAO Council High-Level Group to Focus on Environmental Policy Challenges*. International Civil Aviation Organization, Montreal, Canada, 1 pp. Available at: http://www.icao.int/Newsroom/Pages/new-ICAO-council-high-level-group-to-focus-on-environmental-policy-challenges.aspx.

ICCT (2007). *Passenger Vehicle Greenhouse Gas and Fuel Economy Standards: A Global Update*. International Council on Clean Transportation, Washington DC, USA, 36 pp. Available at: http://www.theicct.org/sites/default/files/publications/PV_standards_2007.pdf.

ICCT (2011). *Reducing Greenhouse Gas Emissions from Ships: Cost Effectiveness of Available Options*. 24 pp.

ICCT (2012a). *Discrepancies between Type Approval and "real-World" Fuel Consumption and CO₂ Values*. International Council on Clean Transportation, Washington DC, USA, 13 pp. Available at: http://www.theicct.org/sites/default/files/publications/ICCT_EU_fuelconsumption2_workingpaper_2012.pdf.

ICCT (2012b). *Estimated Cost of Emission Reduction Technologies for Light-Duty Vehicles*. International Council on Clean Transportation, Washington DC, USA, 136 pp. Available at: http://www.theicct.org/sites/default/files/publications/ICCT_LDVcostsreport_2012.pdf.

ICCT (2013). Global passenger vehicle standards. *International Council on Clean Transportation*. Available at: http://www.theicct.org/info-tools/global-passenger-vehicle-standards.

IEA (2007). *Energy Technology Essentials: Hydrogen Production & Distribution*. International Energy Agency, Paris, 4 pp.

IEA (2008). *Energy Technology Perspectives—Scenarios & Strategies to 2050*. International Energy Agency, Paris, 650 pp.

IEA (2009). *Transport, Energy and CO₂: Moving Toward Sustainability*. International Energy Agency, Paris, France, 418 pp.

IEA (2010a). *World Energy Outlook 2010*. International Energy Agency, OECD/IEA, Paris, France, 738 pp. Available at: https://www.iea.org/publications/freepublications/publication/weo2010.pdf.

IEA (2010b). *Transport Energy Efficiency—Implementation of IEA Recommendations since 2009 and next Steps*. International Energy Agency, Paris, France, 60 pp. Available at: https://www.iea.org/publications/freepublications/publication/transport_energy_efficiency.pdf.

IEA (2010c). *Sustainable Production of Second-Generation Biofuels: Potential and Perspectives in Major Economies and Developing Countries*. International Energy Agency, Paris, France, 16 pp. Available at: http://www.iea.org/publications/freepublications/publication/second_generation_biofuels.pdf

IEA (2011a). *Technology Roadmap. Biofuels for Transport*. International Energy Agency, Paris, 56 pp. Available at: http://www.iea.org/publications/freepublications/publication/bioenergy.pdf.

IEA (2011b). *World Energy Outlook 2011*. International Energy Agency, OECD/IEA, Paris, 659 pp. ISBN: 978 92 64 12413 4.

IEA (2011c). *Technology Roadmap: Electric and Plug-in Hybrid Electric Vehicles (EV/PHEV)*. International Energy Agency, Paris, 52 pp. Available at: http://www.iea.org/publications/freepublications/publication/EV_PHEV_Roadmap.pdf.

IEA (2011d). *Renewable Energy: Policy Considerations for Deploying Renewables*. International Energy Agency, Paris, 76 pp. Available at: http://www.iea.org/publications/freepublications/publication/Renew_Policies.pdf.

IEA (2012a). CO₂ Emissions from Fuel Combustion. Beyond 2020 Online Database. 2012 Edition. Available at: http://data.iea.org.

IEA (2012b). *World Energy Outlook 2012*. International Energy Agency, OECD/IEA, Paris, France, 690 pp. ISBN: 978-92-64-18084-0.

IEA (2012c). Mobility Model ("Momo") database — Input data for the Energy Technology Perspectives 2012 report. International Energy Agency.

IEA (2012d). *Technology Roadmap: Fuel Economy of Road Vehicles*. International Energy Agency, Paris, 50 pp. Available at: http://www.iea.org/publications/freepublications/publication/name,31269,en.html.

IEA (2012e). *Energy Technology Perspectives 2012*. International Energy Agency, Paris, 690 pp.

IEA (2013). *Policy Pathways: A Tale of Renewed Cities*. International Energy Agency, Paris, 98 pp.

IEEJ (2011). *Asia/World Energy Outlook 2011*. The Institute of Energy Economics, Japan, 68 pp.

IISD (2011). IMO environment committee adopts mandatory GHG emission reduction measures. Available at: http://climate-l.iisd.org/news/imo-environment-committee-adopts-mandatory-ghg-reduction-measures/.

IMO (2011). Mandatory energy efficiency measures for international shipping adopted at IMO Environmental meeting. *International Maritime Organization*. Available at: http://www.imo.org/MediaCentre/PressBriefings/Pages/42-mepc-ghg.aspx.

IPCC (2007). *Climate Change 2007- Mitigation for Climate Change, 4th Assessment Report*. Intergovernmental Panel on Climate Change, Working Group III. Cambridge University Press [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)], Cambridge and New York, 1076 pp. Available at: http://www.ipcc.ch/publications_and_data/ar4/wg3/en/contents.html.

ITDP (2009). *Bus Rapid Transit Planning Guide*. Institute for Transportation and Development Policy, New York, 45 pp. Available at: http://www.itdp.org/documents/Bus%20Rapid%20Transit%20Guide%20-%20Part%28Intro%29%202007%2009.pdf.

ITF (2009). Reducing Transport GHG Emissions: Opportunities and Costs. International Transport Forum. Available at: http://www.internationaltransportforum.org/Pub/pdf/09GHGsum.pdf.

ITF (2011). *Trends in the Transport Sector*. Annual Transport Statistics, International Transport Forum, OECD/ITF, Paris, 92 pp. Available at: www.internationaltransportforum.org/statistics/index.html.

ITF/OECD (2010). *Moving Freight with Better Trucks*. International Transport Forum, Paris, France, 45 pp. Available at: http://www.internationaltransportforum.org/jtrc/infrastructure/heavyveh/TrucksSum.pdf.

Jacobsen P.L. (2003). Safety in numbers: More walkers and bicyclists, safer walking and bicycling. *injury Prevention* **9**, 205–209. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0142139344&partnerID=40&md5=e7b87ddd40a59305865140d0a239d57b.

James S.J., and C. James (2010). The Food Cold Chain and Climate Change. *Food Research International* **43**, 1944–1956.

Jardine C.N. (2009). *Calculating the Carbon Dioxide Emissions of Flights*. Environmental Change Institute, Oxford, UK, 20 pp.

Jewell J., A. Cherp, and K. Riahi (2013). Energy security under de-carbonization energy scenarios. *Energy Policy* **65**, 743–760.

JHFC (2011). *JHFC Phase 2 Final Report. The Japan Hydrogen & Fuel Cell Demonstration Project*. Japan Hydrogen & Fuel Cell Demonstration Project.

JICA (2005). *The Master Plan for Lima and Callo Metropolitan Area Urban Transportation in the Republic of Peru; Chapter 6, Traffic Control and Management Conditions*. Transport Council of Lima and Callo, Ministry of Transportation and Communications of the Republic of Peru.

Johansson T.B., A. Patwardhan, N. Nakicenovic, L. Gomez-Echeverri, and International Institute for Applied Systems Analysis (2012). *Global Energy Assessment (GEA)*. Cambridge University Press ; International Institute for Applied Systems Analysis, Cambridge; Laxenburg, Austria, ISBN: 9781107005198.

Jollands N., M. Ruth, C. Bernier, and N. Golubiewski (2007). The climate's long-term impact on New Zealand infrastructure (CLINZI) project—A case study of Hamilton City, New Zealand. *Journal of Environmental Management* **83**, 460–477. doi: 10.1016/j.jenvman.2006.09.022.

Jonkeren O., P. Rietveld, and J. van Ommeren (2007). Climate change and inland waterway transport — Welfare effects of low water levels on the river Rhine. *Journal of Transport Economics and Policy* **41**, 387–411. ISSN: 0022-5258.

Joumard R., and H. Gudmundsson (2010). *Indicators of Environmental Sustainability in Transport: An Interdisciplinary Approach to Methods.* Institut National de Recherche sur les Transports et leur Sécurité, Bron, France, 426 pp.

JR East (2011). *JR East Group Sustainability Report 2011.* East Japanese Railway Company, Tokyo, Japan, 92 pp.

JRC/PBL (2013). Emission Database for Global Atmospheric Research (EDGAR), release version 4.2 FT2010. *Joint Research Centre of the European Commission (JRC)/PBL Netherlands Environmental Assessment Agency.* Available at: http://edgar.jrc.ec.europa.eu.

Kahn Ribeiro S., M.J. Figueroa, F. Creutzig, S. Kobayashi, C. Dubeux, and J. Hupe (2012). Energy End-Use: Transportation. In: *The Global Energy Assessment: Toward a more Sustainable Future.* IIASA, Laxenburg, Austria and Cambridge University Press, United Kingdom and New York, USA, pp. 93. ISBN: 9780 52118 2935.

Kahn Ribeiro S., S. Kobayashi, M. Beuthe, D.S. Lee, Y. Muromachi, P.J. Newton, S. Plotkin, D. Sperling, R. Wit, P.J. Zhou (2007). Transport and its infrastructure. In: *Climate Change 2007: Mitigation.* Contribution of Working Group III to the IPCC Fourth Assessment Report. [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, USA, pp. 324–385.

Kaluza P., A. Kölzsch, M.T. Gastner, and B. Blasius (2010). The complex network of global cargo ship movements. *Journal of The Royal Society Interface* **7**, 1093–1103. Available at: http://rsif.royalsocietypublishing.org/content/7/48/1093.abstract.

Kamakaté F., and L. Schipper (2009). Trends in truck freight energy use and carbon emissions in selected OECD countries from 1973 to 2005. *Energy Policy* **37**, 3743–3751. doi: 10.1016/j.enpol.2009.07.029, ISSN: 0301-4215.

Kamal-Chaoui L., and M. Plouin (2012). *Cities and Green Growth: Case Study of the Paris/Ile-de-France Region.* OECD Regional Development, Paris, 143 pp. Available at: http://www.oecd-ilibrary.org/governance/oecd-regional-development-working-papers_20737009.

Kane L. (2010). Sustainable transport indicators for Cape Town, South Africa: Advocacy, negotiation and partnership in transport planning practice. *Natural Resources Forum* **34**, 289–302.

Kato H., Y. Hayasi, and K. Jimbo (2005). A Framework for Benchmarking Environmental Sustainability in Asian Mega Cities. *Journal of the Eastern Asian Society for Transportation Studies* **6**, 3214–3249.

Kawada T. (2011). Noise and Health — Sleep Disturbance in Adults. *Journal of Occupational Health* **53**, 413–416.

Kendall A., and L. Price (2012). Incorporating Time-Corrected Life Cycle Greenhouse Gas Emissions in Vehicle Regulations. *Environmental Science & Technology* **46**, 2557–2563. doi: 10.1021/es203098j, ISSN: 0013-936X.

Kennedy C., J. Steinberger, B. Gasson, Y. Hansen, T. Hillman, M. Havránek, D. Pataki, A. Phdungsilp, A. Ramaswami, and G.V. Mendez (2009). Greenhouse Gas Emissions from Global Cities. *Environmental Science & Technology* **43**, 7297–7302. doi: 10.1021/es900213p, ISSN: 0013-936X, 1520–5851.

Kenworthy J.R. (2008). Chapter 9—Energy Use and $CO_2$ Production in the Urban Passenger Transport Systems of 84 International Cities: Findings and Policy Implications. In: *Urban Energy Transition.* Elsevier, Amsterdam, pp. 211–236. ISBN: 978–0–08–045341–5.

Kenworthy J. (2013). Decoupling Urban Car Use and Metropolitan GDP Growth. *World Transport Policy and Practice* **19** (4), 8–21.

Kim Oanh N.T., M.T. Thuy Phuong, and D.A. Permadi (2012). Analysis of motorcycle fleet in Hanoi for estimation of air pollution emission and climate mitigation co-benefit of technology implementation. *Atmospheric Environment* **59**, 438–448. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84863438570&partnerID=40&md5=bf03bb981b19ddeaee96d820448e25f8.

Kirchstetter T.W., J. Aguiar, S. Tonse, D. Fairley, and T. Novakov (2008). Black carbon concentrations and diesel vehicle emission factors derived from coefficient of haze measurements in California: 1967–2003. *Atmospheric Environment* **42**, 480–491. doi: 10.1016/j.atmosenv.2007.09.063.

Kivits R., M.B. Charles, et al. (2010). A post-carbon aviation future: Airports and the transition to a cleaner aviation sector. *Futures* **42** (3), 199–211.

Kleiner K. (2007). The shipping forecast. *Nature* **449**, 272–273. doi: 10.1038/449272a, ISSN: 0028-0836, 1476–4687.

Kley F., C. Lerch, and D. Dallinger (2011). New business models for electric cars—A holistic approach. *Energy Policy* **39**, 3392–3403. doi: 10.1016/j. enpol.2011.03.036, ISSN: 0301-4215.

Knox-Hayes J., M.A. Brown, B.K. Sovacool, and Y. Wang (2013). Understanding attitudes toward energy security: Results of a cross-national survey. *Global Environmental Change* **23**, 609–622. doi: 10.1016/j.gloenvcha.2013.02.003, ISSN: 0959-3780.

Kobayashi S., S. Plotkin, and S. Kahn Ribeiro (2009). Energy efficiency technologies for road vehicles. *Energy Efficiency* **2**, 125–137.

Koetse M.J., and P. Rietveld (2009). The impact of climate change and weather on transport: An overview of empirical findings. *Transportation Research Part D: Transport and Environment* **14**, 205–221. doi: 10.1016/j.trd.2008.12.004, ISSN: 1361-9209.

Kojima K., and L. Ryan (2010). *Transport Energy Efficiency — Implementation of IEA Recommendations since 2009 and next Steps.* International Energy Agency, Paris, 60 pp. Available at: http://ideas.repec.org/p/oec/ieaaaa/2010-9-en.html.

Kok R., J.A. Annema, and B. van Wee (2011). Cost-effectiveness of greenhouse gas mitigation in transport: A review of methodological approaches and their impact. *Clean Cooking Fuels and Technologies in Developing Economies* **39**, 7776–7793. doi: 10.1016/j.enpol.2011.09.023, ISSN: 0301-4215.

Kopp A. (2012). *Turning the Right Corner: Ensuring Development Through A Low-Carbon Transport Sector.* World Bank, Washington DC, 181 pp.

Krey V., and L. Clarke (2011). Role of renewable energy in climate mitigation: a synthesis of recent scenarios. *Climate Policy* **11**, 1131–1158. doi: 10.1080/14693062.2011.579308.

Kromer M.A., and J.B. Heywood (2007). *Electric Powertrains: Opportunities and Challenges in the U. S. Light-Duty Vehicle Fleet.* Massachusetts Institute of Technology, Cambridge, USA, 157 pp. Available at: http://web.mit.edu/sloan-auto-lab/research/beforeh2/files/kromer_electric_powertrains.pdf.

Kuhnimhof T., D. Zumkeller, and B. Chlond (2013). Who Made Peak Car, and How? A Breakdown of Trends over Four Decades in Four Countries. *Transport Reviews* **33**, 325–342. doi: 10.1080/01441647.2013.801928, ISSN: 0144-1647.

Kumar A. (2011). *Understanding the Emerging Role of Motorcycles in African Cities: A Political Economy Perspective.* The World Bank.

Kunieda M., and A. Gauthier (2007). *Gender and Urban Transport: Smart and Affordable — Module 7a. Sustainable Transport: A Sourcebook for Policy-Makers in Developing Cities.* Deutsche Gesellschaft Fur Technische Zusammenarbeit (GTZ), Eschborn, Germany, 50 pp.

8

**8**

Kveiborg O., and M. Fosgerau (2007). Decomposing the decoupling of Danish road freight traffic growth and economic growth. *Transport Policy* **14**, 39–48. doi: 10.1016/j.tranpol.2006.07.002, ISSN: 0967-070X.

Lack D.A. (2012). *Investigation of Appropriate Control Measures (abatement Technologies) to Reduce Black Carbon Emissions from International Shipping*. International Maritime Organization, 118 pp.

Lapola D.M., R. Schaldach, J. Alcamo, A. Bondeau, J. Koch, C. Koelking, and J.A. Priess (2010). Indirect land-use changes can overcome carbon savings from biofuels in Brazil. *Proceedings of the National Academy of Sciences* **107**, 3388–3393. doi: 10.1073/pnas.0907318107.

Larsen P.H., S. Goldsmith, O. Smith, M.L. Wilson, K. Strzepek, P. Chinowsky, and B. Saylor (2008). Estimating future costs for Alaska public infrastructure at risk from climate change. *Global Environmental Change* **18**, 442–457. doi: 10.1016/j.gloenvcha.2008.03.005.

Larsen U., T. Johansen, and J. Schramm (2009). *Ethanol as a Fuel for Road Transportation*. International Energy Agency, Technical University of Denmark, 115 pp.

Leather J., H. Fabian, S. Gota, and A. Mejia (2011). *Walkability and Pedestrian Facilities in Asian Cities State and Issues*. Asian Development Bank, Manila, Philippines, 78 pp.

Leduc G. (2009). *Longer and Heavier Vehicles: An Overview of Technical Aspects*. Institute for Prospective Technological Studies, Seville, Spain, 49 pp.

Lee J.J. (2010). Can we accelerate the improvement of energy efficiency in aircraft systems? *Energy Conversion and Management* **51**, 189–196. doi: 10.1016/j.enconman.2009.09.011, ISSN: 0196-8904.

Lee D.S., D.W. Fahey, P.M. Forster, P.J. Newton, R.C.N. Wit, L.L. Lim, B. Owen, and R. Sausen (2009). Aviation and global climate change in the 21st century. *Atmospheric Environment* **43**, 3520–3537. doi: 10.1016/j.atmosenv.2009.04.024, ISSN: 1352-2310.

Lee D.S., G. Pitari, V. Grewe, K. Gierens, J.E. Penner, A. Petzold, M.J. Prather, U. Schumann, A. Bais, T. Berntsen, D. Iachetti, L.L. Lim, and R. Sausen (2010). Transport impacts on atmosphere and climate: Aviation. *Atmospheric Environment* **44**, 4678–4734. doi: 10.1016/j.atmosenv.2009.06.005, ISSN: 1352-2310.

Lefèvre B. (2009). Long-term energy consumptions of urban transportation: A prospective simulation of "transport–land uses" policies in Bangalore. *Energy Policy* **37**, 940–953. doi: 10.1016/j.enpol.2008.10.036, ISSN: 0301-4215.

Lefèvre B. (2012). Incorporating cities into the post-2012 climate change agreements. *Environment and Urbanization* **24**, 575–595. doi: 10.1177/0956247812456359, ISSN: 0956-2478, 1746–0301.

Leiby P.N. (2007). *Estimating the Energy Security Benefits of Reduced U.S. Oil Imports*. Oak Ridge National Laboratory, Oak Ridge, USA, 38 pp.

Leinert S., H. Daly, B. Hyde, and B.Ó. Gallachóir (2013). Co-benefits? Not always: Quantifying the negative effect of a $CO_2$-reducing car taxation policy on NOx emissions. *Energy Policy* **63**, 1151–1159. doi: 10.1016/j.enpol.2013.09.063, ISSN: 0301-4215.

Lescaroux F. (2010). Car Ownership in Relation to Income Distribution and Consumers' Spending Decisions. *Journal of Transport Economics and Policy (JTEP)* **44**, 207–230. Available at: http://www.ingentaconnect.com/content/lse/jtep/2010/00000044/00000002/art00005.

Leung G.C.K. (2011). China's energy security: Perception and reality. *Energy Policy* **39**, 1330–1337. doi: 10.1016/j.enpol.2010.12.005, ISSN: 0301-4215.

Leurent F., and E. Windisch (2011). Triggering the development of electric mobility: a review of public policies. *European Transport Research Review* **3**, 221–235. doi: 10.1007/s12544-011-0064-3, ISSN: 1867-0717.

Levinson D.M. (1999). Space, money, life-stage, and the allocation of time. *Transportation* **26**, 141–171.

Li J. (2011). Decoupling urban transport from GHG emissions in Indian cities — A critical review and perspectives. *Energy Policy* **39**, 3503–3514. doi: 10.1016/j.enpol.2011.03.049, ISSN: 0301-4215.

Litman T. (2005). Pay-As-You-Drive Pricing and Insurance Regulatory Objectives. *Journal of Insurance Regulation* **23**, 35–53.

Litman T. (2006). *Parking Management: Strategies, Evaluation and Planning*. Victoria Transport Policy Institute.

Litman T. (2007). Developing Indicators for Comprehensive and Sustainable Transport Planning. *Transportation Research Record: Journal of the Transportation Research Board* **2017**, 10–15. doi: 10.3141/2017-02.

Liu J., J.A. Curry, H. Wang, M. Song, and R.M. Horton (2012). Impact of declining Arctic sea ice on winter snowfall. *Proceedings of the National Academy of Sciences of the United States of America* **109**, 4074–4079. Available at: http://www.pnas.org/content/109/11/4074.

Liu M., and J. Kronbak (2010). The potential economic viability of using the Northern Sea Route (NSR) as an alternative route between Asia and Europe. *Journal of Transport Geography* **18**, 434–444. doi: 10.1016/j.jtrangeo.2009.08.004, ISSN: 0966-6923.

Lloyds Register and DNV (2011). Air pollution and energy efficiency: estimated $CO_2$ emissions reductions from introduction of mandatory technical and operational energy efficiency measures for ships. International Maritime Organisation.

Loose W. (2010). *The State of European Car-Sharing*. Bundesverband CarSharing e.V., Berlin, Germany, 129 pp.

Lu L., X. Han, J. Li, J. Hua, and M. Ouyang (2013). A review on the key issues for lithium-ion battery management in electric vehicles. *Journal of Power Sources* **226**, 272–288. doi: 10.1016/j.jpowsour.2012.10.060, ISSN: 0378-7753.

de Lucena A.F.P., A.S. Szklo, R. Schaeffer, R.R. de Souza, B.S.M.C. Borba, I.V.L. da Costa, A.O.P. Júnior, and S.H.F. da Cunha (2009). The vulnerability of renewable energy to climate change in Brazil. *Energy Policy* **37**, 879–889. doi: 10.1016/j.enpol.2008.10.029, ISSN: 0301-4215.

Luckow P., M.A. Wise, J.J. Dooley, and S.H. Kim (2010). Large-scale utilization of biomass energy and carbon dioxide capture and storage in the transport and electricity sectors under stringent $CO_2$ concentration limit scenarios. *International Journal of Greenhouse Gas Control* **4**, 865–877. doi: 10.1016/j.ijggc.2010.06.002, ISSN: 1750-5836.

Luongo C.A., P.J. Masson, T. Nam, D. Mavris, H.D. Kim, G.V. Brown, M. Waters, and D. Hall (2009). Next Generation More-Electric Aircraft: A Potential Application for HTS Superconductors. *IEEE Transactions on Applied Superconductivity* **19**, 1055–1068. doi: 10.1109/TASC.2009.2019021, ISSN: 1051-8223, 1558–2515.

Lutsey N., and D. Sperling (2012). Regulatory adaptation: Accommodating electric vehicles in a petroleum world. *Energy Policy* **45**, 308–316. doi: 10.1016/j.enpol.2012.02.038, ISSN: 0301-4215.

Maat K., and T. Arentze (2012). Feedback Effects in the Relationship between the Built Environment and Travel. *disP—The Planning Review* **48**, 6–15. doi: 10.1080/02513625.2012.759341, ISSN: 0251-3625, 2166–8604.

**Machado-Filho H. (2009).** Brazilian low-carbon transportation policies: Opportunities for international support. *Climate Policy* **9**, 495–507. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-73649106533&partnerID=40&md5=8828f39e1dbdc479a441d3d28dd5de83.

**Maes J., and T. Vanelslander (2011).** The Use of Rail Transport as Part of the Supply Chain in an Urban Logistics Context. In: *City Distribution and Urban Freight Transport: Multiple Perspectives*. Edward Elgar Publishers, London, pp. 217–233.

**Maizlish N., J. Woodcock, S. Co, B. Ostro, A. Fanai, and D. Fairley (2013).** Health Cobenefits and Transportation-Related Reductions in Greenhouse Gas Emissions in the San Francisco Bay Area. *American Journal of Public Health* **103**, 703–709. doi: 10.2105/AJPH.2012.300939, ISSN: 0090-0036, 1541–0048.

**Malina R., D. McConnachie, N. Winchester, C. Wollersheim, S. Paltsev, and I.A. Waitz (2012).** The impact of the European Union Emissions Trading Scheme on US aviation. *Journal of Air Transport Management* **19**, 36–41. doi: 10.1016/j.jairtraman.2011.12.004, ISSN: 09696997.

**Maloni M., J.A. Paul, and D.M. Gligor (2013).** Slow steaming impacts on ocean carriers and shippers. *Maritime Economics & Logistics* **15**, 151–171. doi: 10.1057/mel.2013.2, ISSN: 1479-2931, 1479–294X.

**Marks P. (2009).** "Morphing" winglets to boost aircraft efficiency. *The New Scientist* **201**, 22–23. doi: 10.1016/S0262-4079(09)60208-6, ISSN: 0262-4079.

**Marshall J.D. (2011).** Energy-Efficient Urban Form. *Environmental Science & Technology* **42**, 3133–3137. doi: 10.1021/es087047l, ISSN: 0013-936X.

**Marton-Lefèvre J. (2012).** Rio+20: Focusing on the solutions. Available at: http://www.goodplanet.info/eng/Contenu/Points-de-vues/Rio-20-Focusing-on-the-solutions/(theme)/1518.

**Massari S., and M. Ruberti (2013).** Rare earth elements as critical raw materials: Focus on international markets and future strategies. *Resources Policy* **38**, 36–43. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84873251739&partnerID=40&md5=cc64beb523adfb7f59929151d84cd831.

**Massink R., M. Zuidgeest, J. Rijnsburger, O.L. Sarmiento, and M. van Maarseveen (2011).** The Climate Value of Cycling. *Natural Resources Forum* **35**, 100–111. doi: 10.1111/j.1477-8947.2011.01345.x, ISSN: 01650203.

**Matos F.J.F., and F.J.F. Silva (2011).** The rebound effect on road freight transport: Empirical evidence from Portugal. *Energy Policy* **39**, 2833–2841. doi: 10.1016/j.enpol.2011.02.056, ISSN: 0301-4215.

**Mayor K., and R.S.J. Tol (2010).** The impact of European climate change regulations on international tourist markets. *Transportation Research Part D: Transport and Environment* **15**, 26–36. doi: 10.1016/j.trd.2009.07.002, ISSN: 1361-9209.

**McCollum D.L., G. Gould, and D.L. Greene (2010).** Greenhouse Gas Emissions from Aviation and Marine Transportation: Mitigation Potential and Policies. Available at: http://www.escholarship.org/uc/item/5nz642qb.

**McCollum D., and C. Yang (2009).** Achieving deep reductions in US transport greenhouse gas emissions: Scenario analysis and policy implications. *Energy Policy* **37**, 5580–5596. doi: 10.1016/j.enpol.2009.08.038, ISSN: 0301-4215.

**McCubbin, D.R., Delucchi M.A. (1999).** The health costs of motor-vehicle-related air pollution. *Journal of Transport Economics and Policy* **33**, 253–286. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0033453278&partnerID=40&md5=e5a6b3277da328c8f5c065b5f83e003b.

**McKinnon A.C. (2007a).** Decoupling of Road Freight Transport and Economic Growth Trends in the UK: An Exploratory Analysis. *Transport Reviews* **27**, 37–64. doi: 10.1080/01441640600825952, ISSN: 0144-1647.

**McKinnon A.C. (2007b).** Decoupling of Road Freight Transport and Economic Growth Trends in the UK: An Exploratory Analysis. *Transport Reviews* **27**, 37–64. doi: 10.1080/01441640600825952, ISSN: 0144-1647, 1464–5327.

**McKinnon A. (2010).** Green Logistics: the Carbon Agenda. *Electronic Scientific Journal of Logistics* **6**, 1–9. Available at: http://www.logforum.net/pdf/6_3_1_10.pdf.

**McKinnon A.C., and A. Kreie (2010).** Adaptive logistics: preparing logistical systems for climate change. In: *Proceedings of the Annual Logistics Research Network Conference 2010*. Chartered Institute of Logistics and Transport/ University of Leeds, Leeds.

**McKinnon A.C., and M. Piecyk (2009).** Logistics 2050: Moving Goods by Road in a Very Low Carbon World. In: *Supply Chain Management in a Volatile World*. Sweeney, E., Dublin.

**McKinnon A., and M. Piecyk (2012).** Setting targets for reducing carbon emissions from logistics: current practice and guiding principles. *Carbon Management* **3**, 629–639. doi: 10.4155/cmt.12.62, ISSN: 1758-3004.

**Medley A.J., C.-M. Wong, T.Q. Thach, S. Ma, T.-H. Lam, and H.R. Anderson (2002).** Cardiorespiratory and all-cause mortality after restrictions on sulphur content of fuel in Hong Kong: an intervention study. *The Lancet* **360**, 1646–1652. doi: 10.1016/S0140-6736(02)11612-6, ISSN: 0140-6736.

**Metz D. (2010).** Saturation of Demand for Daily Travel. *Transport Reviews* **30**, 659–674. doi: 10.1080/01441640903556361, ISSN: 0144-1647, 1464–5327.

**Metz D. (2013).** Peak Car and Beyond: The Fourth Era of Travel. *Transport Reviews* **33**, 255–270. doi: 10.1080/01441647.2013.800615, ISSN: 0144-1647, 1464–5327.

**Meyer J.R., J.F. Kain, and M. Wohl (1965).** *The Urban Transportation Problem*. Harvard University Press, Cambridge, Mass., 427 pp. ISBN: 0674931211 9780674931213.

**Meyer I., S. Kaniovski, and J. Scheffran (2012).** Scenarios for regional passenger car fleets and their $CO_2$ emissions. *Modeling Transport (Energy) Demand and Policies* **41**, 66–74. doi: 10.1016/j.enpol.2011.01.043, ISSN: 0301-4215.

**Michalek J.J., M. Chester, P. Jaramillo, C. Samaras, C.-S.N. Shiau, and L.B. Lave (2011).** Valuation of plug-in vehicle life-cycle air emissions and oil displacement benefits. *Proceedings of the National Academy of Sciences* **108**, 16554–16558. doi: 10.1073/pnas.1104473108, ISSN: 0027-8424, 1091–6490.

**MIIT (2011).** *Fuel Consumption Limits for Heavy Duty Commercial Vehicles*. Ministry of Industry and Information Technology (MIIT) of the Government of the People's Republic of China, Beijing.

**Mikler J. (2010).** Apocalypse now or business as usual? Reducing the carbon emissions of the global car industry. *Cambridge Journal of Regions, Economy and Society* **3**, 407–426. doi: 10.1093/cjres/rsq022, ISSN: 1752-1378, 1752–1386.

**Milford R.L., and J.M. Allwood (2010).** Assessing the $CO_2$ impact of current and future rail track in the UK. *Transportation Research Part D: Transport and Environment* **15**, 61–72. ISSN: 1361-9209.

**Millard-Ball A., and L. Schipper (2011).** Are We Reaching Peak Travel? Trends in Passenger Transport in Eight Industrialized Countries. *Transport Reviews* **31**, 357–378. doi: 10.1080/01441647.2010.518291, ISSN: 0144-1647.

**Miller D. (2001).** Car cultures. Available at: http://discovery.ucl.ac.uk/117850/.

**Millerd F. (2011).** The potential impact of climate change on Great Lakes international shipping. *CLIMATIC CHANGE* **104**, 629–652. doi: 10.1007/s10584-010-9872-z, ISSN: 0165-0009.

**8**

Milner J., M. Davies, and P. Wilkinson (2012). Urban energy, carbon management (low carbon cities) and co-benefits for human health. *Current Opinion in Environmental Sustainability* 4, 338–404. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84867626608&partnerID=40&md5=0b0d86183e33e9aabac3650a84a174b8.

Miranda H. de F., and A.N. Rodrigues da Silva (2012). Benchmarking sustainable urban mobility: The case of Curitiba, Brazil. *Transport Policy* 21, 141–151. doi: 10.1016/j.tranpol.2012.03.009, ISSN: 0967-070X.

Mock P., J. German, A. Bandivadekar, and I. Riemersma (2012). Discrepancies between type-approval and "real-world" fuel-consumption and $CO_2$ values. International Council on Clean Transportation. Available at: http://www.theicct.org/sites/default/files/publications/ICCT_EU_fuelconsumption2_workingpaper_2012.pdf.

Mokhtarian P.L., and C. Chen (2004). TTB or not TTB, that is the question: a review and analysis of the empirical literature on travel time (and money) budgets. *Transportation Research Part A: Policy and Practice* 38, 643–675. doi: 10.1016/j.tra.2003.12.004, ISSN: 0965-8564.

Mokhtarian P.L., and R. Meenakshisundaram (2002). Patterns of Telecommuting Engagement and Frequency: A Cluster Analysis of Telecenter Users. *Prometheus* 20, 21–37. doi: 10.1080/08109020110110907, ISSN: 0810-9028, 1470–1030.

Mokhtarian P.L., and I. Salomon (2001). How derived is the demand for travel? Some conceptual and measurement considerations. *Transportation Research Part A: Policy and Practice* 35, 695–719. doi: 10.1016/S0965-8564(00)00013-6, ISSN: 0965-8564.

Motallebi N., M. Sogutlugil, E. McCauley, and J. Taylor (2008). Climate change impact on California on-road mobile source emissions. *Climatic Change* 87, S293–S308. doi: 10.1007/s10584-007-9354-0.

Mulalic I., N. Van Ommeren, and N. Pilegaard (2013). Wages and commuting: quasi-natural experiments' evidence from firms that relocate. *The Economic Journal*, n/a–n/a. doi: 10.1111/ecoj.12074, ISSN: 00130133.

Mulley C., and J.D. Nelson (2009). Flexible transport services: A new market opportunity for public transport. *Symposium on Transport and Particular Populations* 25, 39–45. doi: 10.1016/j.retrec.2009.08.008, ISSN: 0739-8859.

Naess P. (2006). *Urban Structure Matters: Residential Location, Car Dependence and Travel Behaviour*. Routledge, Oxfordshire, UK, 328 pp. ISBN: 978–0415375740.

Nantulya V.M., Reich M.R. (2002). The neglected epidemic: Road traffic injuries in developing countries. *British Medical Journal* 324, 1139–1141. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0037062095&partnerID=40&md5=1e876ab09e1717b5b75e30c9c4e96726.

De Nazelle A., M.J. Nieuwenhuijsen, J.M. Antó, M. Brauer, D. Briggs, C. Braun-Fahrlander, N. Cavill, A.R. Cooper, H. Desqueyroux, S. Fruin, G. Hoek, L.I. Panis, N. Janssen, M. Jerrett, M. Joffe, Z.J. Andersen, E. van Kempen, S. Kingham, N. Kubesch, K.M. Leyden, J.D. Marshall, J. Matamala, G. Mellios, M. Mendez, H. Nassif, D. Ogilvie, R. Peiró, K. Pérez, A. Rabl, M. Ragettli, D. Rodríguez, D. Rojas, P. Ruiz, J.F. Sallis, J. Terwoert, J.-F. Toussaint, J. Tuomisto, M. Zuurbier, and E. Lebret (2011). Improving health through policies that promote active travel: A review of evidence to support integrated health impact assessment. *Environment International* 37, 766–777. doi: 10.1016/j.envint.2011.02.003, ISSN: 0160-4120.

Network Rail (2009). *Comparing Environmental Impact of Conventional and High Speed Rail*. New Lines Rail, London, UK, 68 pp. Available at: http://www.networkrail.co.uk/newlinesprogramme/.

Newman P., T. Beatley, and H. Boyer (2009). *Resilient Cities: Responding to Peak Oil and Climate Change*. Island Press, Washington, DC, 166 pp.

Newman P., G. Glazebrook, and J. Kenworthy (2013) Peak Car and the Rise of Global Rail. *Journal of Transportation Technologies* 3 (4), 272-287.

Newman P., and J. Kenworthy (1996). The land use — transport connection : An overview. *Land Use Policy* 13, 1–22. doi: 10.1016/0264-8377(95)00027-5, ISSN: 0264-8377.

Newman P., and J. Kenworthy (1999). *Sustainability and Cities: Overcoming Automobile Dependence*. Island Press, Washington, D.C., 464 pp.

Newman P., and J. Kenworthy (2006). Urban Design to Reduce Automobile Dependence. *Opolis* 2, 35–52.

Newman P., and J. Kenworthy (2011a). Evaluating the Transport Sector's Contribution to Greenhouse Gas Emissions and Energy Consumption. In: *Technologies for Climate Change Mitigation—Transport Sector*. UNEP Riso Center, pp. 7–23. Available at: http://www.uneprisoe.org/TNA-Guidebook-Series.

Newman P., and J. Kenworthy (2011b). Peak car use—understanding the demise of automobile dependence. *World Transport Policy and Practice* 17, 31–42. Available at: http://www.eco-logica.co.uk/pdf/wtpp17.2.pdf.

Newman P., and A. Matan (2013). *Green Urbanism in Asia : The Emerging Green Tigers*. World Scientific, Singapore, 243 pp. ISBN: 9789814425476, 9814425478.

Nielsen J.Ø., and H. Vigh (2012). Adaptive lives. Navigating the global food crisis in a changing climate. *Global Environmental Change* 22, 659–669. doi: 10.1016/j.gloenvcha.2012.03.010, ISSN: 0959-3780.

Noland R.B. (2001). Relationships between highway capacity and induced vehicle travel. *Transportation Research Part A: Policy and Practice* 35, 47–72. doi: 10.1016/S0965-8564(99)00047-6, ISSN: 0965-8564.

Noland R.B., and L.L. Lem (2002). A review of the evidence for induced travel and changes in transportation and environmental policy in the US and the UK. *Transportation Research Part D: Transport and Environment* 7, 1–26. doi: 10.1016/S1361-9209(01)00009-8.

Notteboom T.E., and B. Vernimmen (2009). The effect of high fuel costs on liner service configuration in container shipping. *Journal of Transport Geography* 17, 325–337. doi: 10.1016/j.jtrangeo.2008.05.003, ISSN: 0966-6923.

Notter D.A., M. Gauch, R. Widmer, P. Wäger, A. Stamp, R. Zah, and H.-J. Althaus (2010). Contribution of Li-Ion Batteries to the Environmental Impact of Electric Vehicles. *Environmental Science & Technology* 44, 6550–6556. doi: 10.1021/es903729a, ISSN: 0013-936X.

NRC (2009). *Driving and the Built Environment: The Effects of Compact Development on Motorized Travel, Energy Use, and $CO_2$ Emissions*. National Academies Press, Washington, DC. Available at: http://www.nap.edu/openbook.php?record_id=12747.

NRC (2010). *Technologies and Approaches to Reducing the Fuel Consumption of Medium- and Heavy-Duty Vehicles*. National Academies Press, Washington, D.C., 250 pp. Available at: http://www.nap.edu/catalog.php?record_id=12845.

NRC (2011a). *Assessment of Fuel Economy Technologies for Light-Duty Vehicles*. US National Research Council, Washington, D.C., 232 pp.

NRC (2011b). *Bicycles 2011*. Transportation Research Board, Washington, D.C., 125 pp. ISBN: 9780309167673 0309167671.

NRC (2011c). *Policy Options for Reducing Energy Use and Greenhouse Gas Emissions from U.S. Transportation: Special Report 307*. The National Academies Press, Washington, D.C., 224 pp. Available at: http://www.nap.edu/openbook.php?record_id=13194.

NRC (2013). *Transitions to Alternative Vehicles and Fuels*. National Academies Press, Washington, D.C, 170 pp. ISBN: 9780309268523.

NTM (2011). Environmental data for international cargo and passenger air transport: calculation methods, emission factors, mode-specific issues. Network for Transport and Environment, Stockholm. Available at: www.ntmcalc.org.

NTM (2012). NTM CALC 4. Available at: http://www.ntmcalc.org/index.html.

NYC (2012). NYC DOT—Bicyclists—Network and Statistics. Available at: http://www.nyc.gov/html/dot/html/bicyclists/bikestats.shtml.

Oberhofer P., and E. Fürst (2012). Environmental management in the transport sector: findings of a quantitative survey. *EuroMed Journal of Business* 7, 268–279. doi: 10.1108/14502191211265325, ISSN: 1450-2194.

OECD (2000). *Environmentally Sustainable Transport: Future, Strategies and Best Practice*. Organization of Economic Co-Operation and Development, Paris, 146 pp.

OECD (2011). *Green Growth Indicators*. OECD Publishing, Paris.

OECD (2012). *Compact City Policies: A Comparative Assessment*. OECD Publishing, Paris, 284 pp.

OECD, and UNEP (2011). *Climate Change and Tourism Policy in OECD Countries*. Organisation for Economic Co-Operation and Development/United Nations Environment Programme, Geneva, 100 pp.

Ogden J., and A. Lorraine (Eds.) (2011). *Sustainable Transportation Energy Pathways. A Research Summary for Decision Makers*. Institute of Transportation Studies, University of California, Davis, California, 333 pp. Available at: http://steps.ucdavis.edu/files/09-06-2013-STEPS-Book-A-Research-Summary-for-Decision-Makers-Sept-2011.pdf.

Ogden J., and M. Nicholas (2011). Analysis of a "cluster" strategy for introducing hydrogen vehicles in Southern California. *Energy Policy* 39, 1923–1938. doi: 10.1016/j.enpol.2011.01.005, ISSN: 0301-4215.

Ogden J.M., R.H. Williams, and E.D. Larson (2004). Societal lifecycle costs of cars with alternative fuels/engines. *Energy Policy* 32, 7–27. doi: 10.1016/S0301-4215(02)00246-X, ISSN: 0301-4215.

Olaru D., B. Smith, and J.H.E. Taplin (2011). Residential location and transit-oriented development in a new rail corridor. *Transportation Research Part A: Policy and Practice* 45, 219–237. doi: 10.1016/j.tra.2010.12.007, ISSN: 0965-8564.

Oltean-Dumbrava C., G. Watts, and A. Miah (2013). Transport infrastructure: making more sustainable decisions for noise reduction. *Journal of Cleaner Production* 42, 58–68. doi: 10.1016/j.jclepro.2012.10.008, ISSN: 0959-6526.

Owens S. (1995). From "predict and provide" to "predict and prevent"?: Pricing and planning in transport policy. *Transport Policy* 2, 43–49. doi: 10.1016/0967-070X(95)93245-T, ISSN: 0967-070X.

Oxley T., A. Elshkaki, L. Kwiatkowski, A. Castillo, T. Scarbrough, and H. ApSimon (2012). Pollution abatement from road transport: cross-sectoral implications, climate co-benefits and behavioural change. *Environmental Science & Policy* 19–20, 16–32. doi: 10.1016/j.envsci.2012.01.004, ISSN: 1462-9011.

Pacca S., and J.R. Moreira (2011). A Biorefinery for Mobility? *Environmental Science & Technology* 45, 9498–9505. doi: 10.1021/es2004667, ISSN: 0013-936X, 1520–5851.

Pandey R. (2006). Looking beyond inspection and maintenance in reducing pollution from in-use vehicles. *Environmental Economics and Policy Studies* 7, 435–457.

Panteia (2013). *Contribution to Impact Assessment: Of Measures for Reducing Emissions of Inland Navigation. European Commission Directorate-General for Transport*. European Commission Directorate-General for Transport, Zoetermeer, Netherlands, 241 pp.

Park Y., and H.-K. Ha (2006). Analysis of the impact of high-speed railroad service on air transport demand. *Transportation Research Part E: Logistics and Transportation Review* 42, 95–104. doi: 10.1016/j.tre.2005.09.003, ISSN: 1366-5545.

Parkany E., R. Gallagher, and Viveiros (2004). Are attitudes important in travel choice? *Transportation Research Record* 1894, 127–139. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-19944381891&partnerID=40&md5=d7f2e80c556b74b7e95e62227c5092cb.

Peeters P.M., and G. Dubois (2010). Tourism travel under climate change mitigation constraints. *Journal of Transport Geography* 18, 447–457. doi: 10.1016/j.jtrangeo.2009.09.003.

Peeters P.M., and J. Middel (2007). Historical and future development of air transport fuel efficiency. In: *Proceedings of an International Conference on Transport, Atmosphere and Climate (TAC)*. DLR Institut für Physic der Atmosphäre, Oxford, United Kingdom, pp. 42–47.

Peeters P., V. Williams, and A. de Haan (2009). Technical and management reduction potentials. In: *Climate change and aviation: Issues, challenges and solutions*. Earthscan, London, pp. 293–307.

Pels E., and E.T. Verhoef (2004). The economics of airport congestion pricing. *Journal of Urban Economics* 55, 257–277. doi: 10.1016/j.jue.2003.10.003, ISSN: 0094-1190.

Pendakur V. (2011). Non-motorized urban transport as neglected modes. In: *Urban transport in the developing world*. H. Dimitriou, R. Gakenheimer, (eds.). Edward Elgar, Cheltenham, UK, pp. 203–231.

Petersen, M. (2008). The Legality of the EU's Stand-Alone Approach to the Climate Impact of Aviation: The Express Role Given to the ICAO by the Kyoto Protocol. *Review of European Community & International Environmental Law* 17 (2), 196–204.

Pianoforte K. (2008). Marine coatings market: Increasing fuel efficiency through the use of innovative antifouling coatings is a key issue for ship owners and operators. Coatings World.

Pidol L., B. Lecointe, L. Starck, and N. Jeuland (2012). Ethanol–biodiesel–Diesel fuel blends: Performances and emissions in conventional Diesel and advanced Low Temperature Combustions. *Fuel* 93, 329–338. doi: 10.1016/j.fuel.2011.09.008, ISSN: 0016-2361.

Pietzcker R., T. Longden, W. Chen, F. Sha, E. Kriegler, P. Kyle, and G. Luderer (2013). Long-term transport energy demand and climate policy: Alternative visions on Transport decarbonization in Energy-Economy Models. *Energy* 64, 95–108.

Plevin R.J., M. O'Hare, A.D. Jones, M.S. Torn, and H.K. Gibbs (2010). Greenhouse Gas Emissions from Biofuels' Indirect Land Use Change Are Uncertain but May Be Much Greater than Previously Estimated. *Environmental Science & Technology* 44, 8015–8021. doi: 10.1021/es101946t, ISSN: 0013-936X.

Plotkin S., D. Santini, A. Vyas, J. Anderson, M. Wang, J. He, and D. Bharathan (2001). Hybrid Electric Vehicle Technology Assessment: Methodology, Analytical Issues, and Interim Results. Argonne National Laboratory. Available at: http://www.transportation.anl.gov/pdfs/TA/244.pdf.

Plotkin S.E., M.K. Singh, and Ornl (2009). *Multi-Path Transportation Futures Study : Vehicle Characterization and Scenario Analyses*. Available at: http://www.osti.gov/servlets/purl/968962-2l2Sit/.

Pratt L., L. Rivera, and A. Bien (2011). Tourism: investing in energy and resource efficiency. In: *Towards a Green Economy*. United Nations Environment Programme, Nairobi, Kenya, pp. 410–446. ISBN: 978-92-807-3143-9.

Preston H., D.S. Lee, and P.D. Hooper (2012). The inclusion of the aviation sector within the European Union's Emissions Trading Scheme: What are the prospects for a more sustainable aviation industry? *Environmental Development* 2, 48–56. doi: 10.1016/j.envdev.2012.03.008, ISSN: 2211-4645.

Pridmore A., and A. Miola (2011). Public Acceptability of Sustainable Transport Measures: A Review of the Literature Discussion Paper No. 2011–20. OECD. Available at: http://www.internationaltransportforum.org/jtrc/DiscussionPapers/DP201120.pdf.

Prinn R., R. Weiss, P. Fraser, P. Simmonds, D. Cunnold, F. Alyea, S. O'Doherty, P. Salameh, B. Miller, J. Huang, R. Wang, D. Hartley, C. Harth, L. Steele, G. Sturrock, P. Midgley, and A. McCulloch (2000). A history of chemically and radiatively important gases in air deduced from ALE/GAGE/AGAGE. *Journal of Geophysical Research-Atmospheres* 105, 17751–17792. doi: 10.1029/2000JD900141, ISSN: 0747-7309.

Pucher J., and R. Buehler (2006). Why Canadians cycle more than Americans: A comparative analysis of bicycling trends and policies. *Transport Policy* 13, 265–279. doi: 10.1016/j.tranpol.2005.11.001, ISSN: 0967-070X.

Pucher J., and R. Buehler (2008). Making Cycling Irresistible: Lessons from The Netherlands, Denmark and Germany. *Transport Reviews* 28, 495–528. doi: 10.1080/01441640701806612, ISSN: 0144-1647, 1464–5327.

Pucher J., and R. Buehler (2010). Walking and Cycling for Healthy Cities. *Built Environment* 36, 391–414. doi: 10.2148/benv.36.4.391.

Pucher J., R. Buehler, D.R. Bassett, and A.L. Dannenberg (2010). Walking and Cycling to Health: A Comparative Analysis of City, State, and International Data. *American Journal of Public Health* 100, 1986–1992. doi: 10.2105/AJPH.2009.189324, ISSN: 0090-0036, 1541–0048.

Pucher J., R. Buehler, and M. Seinen (2011). Bicycling renaissance in North America? An update and re-appraisal of cycling trends and policies. *Transportation Research Part A: Policy and Practice* 45, 451–475. doi: 10.1016/j.tra.2011.03.001, ISSN: 0965-8564.

Pulles J.W., G. Baarse, R. Hancox, J. Middel, and P.F.J. Van Velthoven (2002). *Analysis Results of the AERO Modelling System*. Ministerie van Verkeer & Waterstaat, Den Haag, 143 pp.

Pyriakakou V.D., M.G. Karlaftis, and P.G. Michaelides (2012). Assessing operational efficiency of airports with high levels of low-cost carrier traffic. *Journal of Air Transport Management* 25, 33–36. doi: 10.1016/j.jairtraman.2012.05.005, ISSN: 09696997.

Pyriakakou V.D., M.G. Karlaftis, and P.G. Michaelides Assessing operational efficiency of airports with high levels of low-cost carrier traffic. *Journal of Air Transport Management*. doi: 10.1016/j.jairtraman.2012.05.005.

Rabl A., and A. de Nazelle (2012). Benefits of shift from car to active transport. *Transport Policy* 19, 121–131. doi: 10.1016/j.tranpol.2011.09.008.

Rajagopal D., G. Hochman, and D. Zilberman (2011). Indirect fuel use change (IFUC) and the lifecycle environmental impact of biofuel policies. *Energy Policy* 39, 228–233. ISSN: 0301-4215.

Rakopoulos C. (1991). Influence of ambient-temperature and humidity on the performance and emissions of nitric-oxide and smoke of high-speed diesel-engines in the Athens Greece region. *Energy Conversion and Management* 31, 447–458. doi: 10.1016/0196-8904(91)90026-F.

Ramanathan V., and G. CaRmiChael (2008). Global and regional climate changes due to black carbon. *Nature Geoscience* 4, 221–227. Available at: http://www.nature.com/ngeo/journal/v1/n4/abs/ngeo156.html.

Ramani T., J. Zietsman, H. Gudmundsson, R. Hall, and G. Marsden (2011). A Generally Applicable Sustainability Assessment Framework for Transportation Agencies. *Transportation Research Record: Journal of the Transportation Research Board* 2242, 9–18.

Randles S., and S. Mander (2009). Aviation, consumption and the climate change debate: "Are you going to tell me off for flying?" *Technology Analysis & Strategic Management* 21, 93–113.

Rao P., and D. Holt (2005). Do green supply chains lead to competitiveness and economic performance? *International Journal of Operations & Production Management* 25, 898–916. doi: 10.1108/01443570510613956, ISSN: 0144-3577.

Rao Z., and S. Wang (2011). A review of power battery thermal energy management. *Renewable and Sustainable Energy Reviews* 15, 4554–4571. doi: 10.1016/j.rser.2011.07.096, ISSN: 1364-0321.

REN21 (2012). *Renewables 2012. Global Status Report*. Renewable Energy for the 21st Century, Paris, 172 pp. Available at: http://www.ren21.net/REN21Activities/Publications/GlobalStatusReport/tabid/5434/Default.aspx.

Rich J., O. Kveiborg, and C.O. Hansen (2011). On structural inelasticity of modal substitution in freight transport. *Journal of Transport Geography* 19, 134–146. doi: 10.1016/j.jtrangeo.2009.09.012, ISSN: 0966-6923.

Rickwood P., G. Glazebrook, and G. Searle (2011). Urban Structure and Energy — A Review. *Urban Policy and Research* 26, 57–81. doi: 10.1080/08111140701629886, ISSN: 0811-1146.

Rogelj J., D.L. McCollum, B.C. O'Neill, and K. Riahi (2013). 2020 emissions levels required to limit warming to below 2°C. *Nature Climate Change* 3, 405–412. doi: 10.1038/nclimate1758, ISSN: 1758-6798.

Rojas-Rueda D., A. de Nazelle, M. Tainio, and M.J. Nieuwenhuijsen (2011). The health risks and benefits of cycling in urban environments compared with car use: health impact assessment study. *British Medical Journal* 343, 1–8. doi: http://dx.doi.org/10.1136/bmj.d4521.

Rojas-Rueda D., A. de Nazelle, O. Teixidó, and M.J. Nieuwenhuijsen (2012). Replacing car trips by increasing bike and public transport in the greater Barcelona metropolitan area: A health impact assessment study. *Environment International* 49, 100–109. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84866515038&partnerID=40&md5=f902551906abd1a9ebb80403535edcec.

Roustan Y., M. Pausader, and C. Seigneur (2011). Estimating the effect of on-road vehicle emission controls on future air quality in Paris, France. *Atmospheric Environment* 45, 6828–6836. doi: 10.1016/j.atmosenv.2010.10.010.

von Rozycki C., H. Koeser, and H. Schwarz (2003). Ecology profile of the German high-speed rail passenger transport system, ICE. *International Journal of Life Cycle Analysis* 8, 83–91.

Rybeck R. (2004). Using Value Capture to Finance Infrastructure and Encourage Compact Development. *Public Works Management & Policy* 8, 249–260. doi: 10.1177/1087724X03262828, ISSN: 1087724X, 00000000.

SAE International (2011). Automotive Engineering International Online. Available at: http://www.sae.org/mags/aei/.

Saelens, B.E., Sallis, J.F., Frank L.D. (2003). Environmental correlates of walking and cycling: Findings from the transportation, urban design, and planning literatures. *Annals of Behavioral Medicine* 25, 80–91. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0037877920&partnerID=40&md5=fe4f6b0d4b2054e702e15283aeeeb3ff.

8

Sælensminde K. (2004). Cost–benefit analyses of walking and cycling track networks taking into account insecurity, health effects and external costs of motorized traffic. *Transportation Research Part A: Policy and Practice* **38**, 593–606. doi: 10.1016/j.tra.2004.04.003, ISSN: 0965-8564.

SAFED (2013). Safe and fuel efficient driving (SAFED) programme. UK-Road Safety. Available at: http://www.uk-roadsafety.co.uk/safed.htm.

Sagevik (2006). *Transport and Climate Change*. International Union of Railways, London, UK. Available at: http://www.rtcc.org/2007/html/soc_transport_uic. html.

Sakamoto K., H. Dalkmann, and D. Palmer (2010). *A Paradigm Shift towards Sustainable Low-Carbon Transport*. Institute for Transportation & Development Policy, New York, USA, 66 pp.

Sallis J.F., B.E. Saelens, L.D. Frank, T.L. Conway, D.J. Slymen, K.L. Cain, J.E. Chapman, and J. Kerr (2009). Neighborhood built environment and income: Examining multiple health outcomes. *Social Science & Medicine* **68**, 1285–1293. doi: 10.1016/j.socscimed.2009.01.017.

Salon D., M.G. Boarnet, S. Handy, S. Spears, and G. Tal (2012). How do local actions affect VMT? A critical review of the empirical evidence. *Transportation Research Part D: Transport and Environment* **17**, 495–508. doi: 10.1016/j. trd.2012.05.006, ISSN: 1361-9209.

Salter R., S. Dhar, and P. Newman (2011). *Technologies for Climate Change Mitigation—Transport*. United Nations Environment Program Riso Centre for Energy, Climate and Sustainable Development, Denmark, 250 pp.

Santos G., H. Behrendt, L. Maconi, T. Shirvani, and A. Teytelboym (2010a). Part I: Externalities and economic policies in road transport. *Research in Transportation Economics* **28**, 2–45. doi: 10.1016/j.retrec.2009.11.002, ISSN: 0739-8859.

Santos G., H. Behrendt, and A. Teytelboym (2010b). Part II: Policy instruments for sustainable road transport. *Research in Transportation Economics* **28**, 46–91. doi: 10.1016/j.retrec.2010.03.002, ISSN: 0739-8859.

Sathaye J., O. Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, S. Kadner, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow, (eds.), Cambridge University Press, Cambridge, UK and New York, NY, USA.

Schäfer A. (2011). The Future of Energy for Urban Transport. In: *Urban Transport in the Developing World: A Handbook of Policy and Practice*. Edward Elgar, Northampton, MA, pp. 113–136. ISBN: 978 0 85793 139 9.

Schäfer A., J.B. Heywood, H.D. Jacoby, and I. Waitz (2009). *Transportation in a Climate-Constrained World*. MIT Press, 356 pp. ISBN: 978–0–262–51234–3.

Schäfer A., and D.G. Victor (2000). The future mobility of the world population. *Transportation Research Part A: Policy and Practice* **34**, 171–205. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0034083333&partnerID=40&md5=35370cd2eba8b4c48aef18b8dfc8dc7a.

Schepers P., M. Hagenzieker, R. Methorst, B. van Wee, and F. Wegman (2013). A conceptual framework for road safety and mobility applied to cycling safety. *Accident Analysis & Prevention* **62**, 331–340.

Schiller P.L., E.C. Brun, and J.R. Kenworthy (2010). *An Introduction to Sustainable Transport: Policy, Planning and Implementation*. Earthscan, London, 342 pp.

Schipper L. (2011). Automobile use, fuel economy and CO(2) emissions in industrialized countries: Encouraging trends through 2008? *TRANSPORT POLICY* **18**, 358–372. doi: 10.1016/j.tranpol.2010.10.011, ISSN: 0967-070X.

Schipper L., E. Deakin, C. McAndrews, L. Scholl, and K.T. Frick (2009). *Considering Climate Change in Latin American and Caribbean Urban Transportation: Concepts, Applications, and Cases*. University of California, Berkeley, USA, 112 pp.

Schipper L., and L. Fulton (2012). Dazzled by diesel? The impact on carbon dioxide emissions of the shift to diesels in Europe through 2009. *Energy Policy* **54**, 3–10. doi: 10.1016/j.enpol.2012.11.013, ISSN: 0301-4215.

Schipper L., C. Marie-Lilliu, and R. Gorham (2000). *Flexing the Link Between Tranport and Green House Gas Emissions*. International Energy Agency, Paris, France, 86 pp.

Schoon C., and C. Huijskens (2011). *Traffic Safety Consequences of Electrically Powered Vehicles*. SWOV, Leidschendam, NL, 50 pp. Available at: http://www.swov.nl/rapport/R-2011-11.pdf.

Schøyen H., and S. Bråthen (2011). The Northern Sea Route versus the Suez Canal: cases from bulk shipping. *Journal of Transport Geography* **19**, 977–983. doi: 10.1016/j.jtrangeo.2011.03.003, ISSN: 0966-6923.

Schrank D., T. Lomax, and W. Eisele (2011). *2011 URBAN MOBILITY REPORT*. Texas Transportation Institute, Texas, USA, 141 pp. Available at: http://www.news-press.com/assets/pdf/A4179756927.PDF.

Servaas M. (2000). The significance of non-motorised transport for developing countries. Commissioned by the World Bank.

Shah Y.T. (2013). Biomass to Liquid Fuel via Fischer–Tropsch and Related Syntheses. In: *Advanced Biofuels and Bioproducts*. J.W. Lee, (ed.), Springer New York, New York, NY, pp. 185–208. ISBN: 978–1–4614–3347–7, 978–1–4614–3348–4.

Shaheen S., S. Guzman, and H. Zhang (2010). Bikesharing in Europe, the Americas, and Asia—Past, Present, and Future. *Transportation Research Record: Journal of the Transportation Research Board* **2143**, 159–167.

Shakya S.R., and R.M. Shrestha (2011). Transport sector electrification in a hydropower resource rich developing country: Energy security, environmental and climate change co-benefits. *Energy for Sustainable Development* **15**, 147–159. doi: 10.1016/j.esd.2011.04.003, ISSN: 0973-0826.

Shalizi Z., and F. Lecocq (2009). *Climate Change and the Economics of Targeted Mitigation in Sectors with Long-Lived Capital Stock*. World Bank, Washington DC, USA, 41 pp. Available at: http://ssrn.com/paper=1478816.

Sharpe R. (2010). *Technical GHG Reduction Options for Fossil Fuel Based Road Transport*. European Commission Directorate-General Environment, Brussels, Belgium, 50 pp. Available at: http://www. eutransportghg2050.eu/cms/assets/Paper-1-preliminary.pdf.

Sheller M. (2004). Automotive Emotions: Feeling the Car. *Theory, Culture & Society* **21**, 221–242. doi: 10.1177/0263276404046068, ISSN: 0263-2764, 1460–3616.

Shindell D.T., J.F. Lamarque, M. Schulz, M. Flanner, C. Jiao, M. Chin, P.J. Young, Y.H. Lee, L. Rotstayn, N. Mahowald, G. Milly, G. Faluvegi, Y. Balkanski, W.J. Collins, A.J. Conley, S. Dalsoren, R. Easter, S. Ghan, L. Horowitz, X. Liu, G. Myhre, T. Nagashima, V. Naik, S.T. Rumbold, R. Skeie, K. Sudo, S. Szopa, T. Takemura, A. Voulgarakis, J.H. Yoon, and F. Lo (2013). Radiative forcing in the ACCMIP historical and future climate simulations. *Atmospheric Chemistry and Physics* **13**, 2939–2974. doi: 10.5194/Acp-13-2939-2013, ISSN: 1680-7316.

**8**

**Short J., and A. Kopp (2005).** Transport infrastructure: Investment and planning. Policy and research aspects. *Transport Policy* **12**, 360–367. doi: 10.1016/j.tranpol.2005.04.003, ISSN: 0967-070X.

**Shoup D.C. (2011).** *The High Cost of Free Parking*. Planners Press, American Planning Association, Chicago, 765 pp. ISBN: 9781932364965.

**Sietchiping R., M.J. Permezel, and C. Ngomsi (2012).** Transport and mobility in sub-Saharan African cities: An overview of practices, lessons and options for improvements. *Special Section: Urban Planning in Africa (pp. 155–191)* **29**, 183–189. doi: 10.1016/j.cities.2011.11.005, ISSN: 0264-2751.

**Simaiakis I., and H. Balakrishnan (2010).** Impact of Congestion on Taxi Times, Fuel Burn, and Emissions at Major Airports. *Transportation Research Record: Journal of the Transportation Research Board* **2184**, 22–30. doi: 10.3141/2184-03.

**Sims R., P. Mercado, W. Krewitt, G. Bhuyan, D. Flynn, H. Holttinen, G. Jannuzzi, S. Khennas, Y. Liu, M. O'Malley, L.J. Nilsson, J. Ogden, K. Ogimoto, H. Outhred, Ø. Ullberg, and F. van Hulle (2011).** Integration of Renewable Energy into Present and Future Energy Systems. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]*. IPCC, Cambridge, United Kingdom and New York, NY, USA, pp. 609–705.

**Skinner I., H. van Essen, H. Smokers, and N. Hill (2010a).** *Towards the Decarbonisation of EU's Transport Sector by 2050*. European Commission Directorate-General International and AEA Technology, Brussels, Belgium, 99 pp. Available at: http://www.eutransportghg2050.eu/cms/assets/EU-Transport-GHG-2050-Final-Report-22-06-10.pdf.

**Skinner I., H. van Essen, R. Smokers, and N. Hill (2010b).** *Towards the Decarbonisation of EU's Transport Sector by 2050*. European Commission—DG Environmental and AEA Technology, Brussels. Available at: http://www.eutransportghg2050.eu/cms/assets/EU-Transport-GHG-2050-Final-Report-22-06-10.pdf.

**Small K.A. (2012).** Energy policies for passenger motor vehicles. *Transportation Research Part A: Policy and Practice* **46**, 874–889. doi: 10.1016/j.tra.2012.02.017, ISSN: 09658564.

**Small K., and K. van Dender (2007).** Fuel Efficiency and Motor Vehicle Travel: The Declining Rebound Effect. *Energy Journal* **28**, 25–51.

**Small K.A., and E.T. Verhoef (2007).** *The Economics of Urban Transportation*. Routledge, New York, 276 pp. ISBN: 9780415285155, 0415285151, 9780415285148, 0415285143, 9780203642306, 0203642309.

**Sonkin B., P. Edwards, I. Roberts, and J. Green (2006).** Walking, cycling and transport safety: an analysis of child road deaths. *Journal of the Royal Society of Medicine* **99**, 402–405. doi: 10.1258/jrsm.99.8.402, ISSN: 0141-0768.

**Sorrell S., M. Lehtonen, L. Stapleton, J. Pujol, and Toby Champion (2012).** Decoupling of road freight energy use from economic growth in the United Kingdom. *Modeling Transport (Energy) Demand and Policies* **41**, 84–97. doi: 10.1016/j.enpol.2010.07.007, ISSN: 0301-4215.

**Sorrell S., and J. Speirs (2009).** *UKERC Review of Evidence on Global Oil Depletion—Technical Report 1: Data Sources and Issues*. UK Energy Research Centre, Sussex/ London, UK, 53 pp.

**Sousanis J. (2011).** World Vehicle Population Tops 1 Billion. *WardsAuto*. Available at: http://wardsauto.com/ar/world_vehicle_population_110815.

**Sovacool B.K., and M.A. Brown (2010).** Competing Dimensions of Energy Security: An International Perspective. In: *Annual Review of Environment and Resources, Vol 35*. A. Gadgil, D.M. Liverman, (eds.), Annual Reviews, Palo Alto, USA, pp. 77–108. ISBN: 978–0–8243–2335–6.

**Sperling D., and D. Gordon (2009).** *Two Billion Cars*. Oxford University Press, New York, USA, 336 pp.

**Sperling D., and M. Nichols (2012).** California's Pioneering Transportation Strategy. Issues in Science and Technology. Available at: http://www.issues.org/28.2/sperling.html.

**Sperling D., and S. Yeh (2010).** Toward a global low carbon fuel standard. *Transport Policy* **17**, 47–49. doi: 10.1016/j.tranpol.2009.08.009, ISSN: 0967-070X.

**Steg L. (2005).** Car use: lust and must. Instrumental, symbolic and affective motives for car use. *Transportation Research Part A: Policy and Practice* **39**, 147–162. doi: 10.1016/j.tra.2004.07.001, ISSN: 0965-8564.

**Steg L., and R. Gifford (2005).** Sustainable transportation and quality of life. *Journal of Transport Geography* **13**, 59–69.

**Stephenson S.R., L.C. Smith, and J.A. Agnew (2011).** Divergent long-term trajectories of human access to the Arctic. *NATURE CLIMATE CHANGE* **1**, 156–160. doi: 10.1038/NCLIMATE1120, ISSN: 1758-678X.

**Stepp M.D., J.J. Winebrake, J.S. Hawker, and S.J. Skerlos (2009).** Greenhouse gas mitigation policies and the transportation sector: The role of feedback effects on policy effectiveness. *Energy Policy* **37**, 2774–2787. doi: 10.1016/j.enpol.2009.03.013, ISSN: 0301-4215.

**Sterner T. (2007).** Fuel taxes: An important instrument for climate policy. *Energy Policy* **35**, 3194–3202. doi: 10.1016/j.enpol.2006.10.025, ISSN: 0301-4215.

**Stump F., S. Tejada, W. Ray, D. Dropkin, F. Black, W. Crews, R. Snow, P. Siudak, C. Davis, L. Baker, and N. Perry (1989).** The influence of ambient-temperature on tailpipe emissions from 1984–1987 model year light-duty gasoline motor vehicles. *Atmospheric Environment* **23**, 307–320. doi: 10.1016/0004-6981(89)90579-9.

**Sugiyama T., M. Neuhaus, and N. Owen (2012).** Active Transport, the Built Environment, and Human Health. In: *Sustainable Environmental Design in Architecture*. S.T. Rassia, P.M. Pardalos, (eds.), Springer New York, New York, NY, pp. 43–65. ISBN: 978–1–4419–0744–8, 978–1–4419–0745–5.

**Sustainable Aviation (2008).** *Sustainable Aviation $CO_2$ Roadmap*. Sustainable Aviation, UK. Retrieved 23 MAY 2014 from http://www.sustainableaviation.co.uk/wp-content/uploads/sa-road-map-final-dec-08.pdf.

**Sustainable Aviation (2012).** *Sustainable Aviation $CO_2$ Road Map*. Sustainable Aviation, London, UK, 60 pp.

**Suzuki Y. (2011).** A new truck-routing approach for reducing fuel consumption and pollutants emission. *Transportation Research Part D: Transport and Environment* **16**, 73–77. doi: 10.1016/j.trd.2010.08.003, ISSN: 1361-9209.

**Takeshita T. (2012).** Assessing the co-benefits of $CO_2$ mitigation on air pollutants emissions from road vehicles. *Applied Energy* **97**, 225–237. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84862322260&partnerID=40&md5=0d608a0d7d47b0c98629d006a1cfec8.

**Takeshita T., and K. Yamaji (2008).** Important roles of Fischer–Tropsch synfuels in the global energy future. *Energy Policy* **36**, 2773–2784. doi: 10.1016/j.enpol.2008.02.044, ISSN: 0301-4215.

**Tapio P. (2005).** Towards a theory of decoupling: degrees of decoupling in the EU and the case of road traffic in Finland between 1970 and 2001. *Transport Policy* **12**, 137–151. doi: 10.1016/j.tranpol.2005.01.001, ISSN: 0967-070X.

**Tavasszy L.A., and J. van Meijeren (2011).** Modal Shift Target for Freight Transport Above 300km: An Assessment. ACEA. Available at: http://www.acea.be/images/uploads/files/SAG_17_Modal_Shift_Target_for_Freight_Transport_Above_300km.pdf.

**Taylor M.A.P., and M. Philp (2010).** Adapting to climate change — implications for transport infrastructure, transport systems and travel behaviour. *Road & Transport Research* **19**, 66–79. ISSN: 1037-5783.

**Teixeira E.I., G. Fischer, H. van Velthuizen, C. Walter, and F. Ewert (2012).** Global hot-spots of heat stress on agricultural crops due to climate change. *Agricultural and Forest Meteorology*. doi: 10.1016/j.agrformet.2011.09.002, ISSN: 0168-1923.

**Tennøy A. (2010).** Why we fail to reduce urban road traffic volumes: Does it matter how planners frame the problem? *Transport Policy* **17**, 216–223. doi: 10.1016/j.tranpol.2010.01.011, ISSN: 0967-070X.

**Terry L. (2007).** Air Cargo Navigates Uncertain Skies — Inbound Logistics. Available at: http://www.inboundlogistics.com/cms/article/air-cargo-navigates-uncertain-skies/.

**TFL (2007).** *Transport for London Annual Report and Statement of Accounts.* Transport for London, London, UK, 112 pp. Available at: http://www.tfl.gov.uk/assets/downloads/annual-report-and-statement-of-accounts-06-07.pdf.

**TFL (2010).** *Analysis of Cycling Potential — Travel for London.* Transport for London, London, UK, 53 pp.

**Thompson W., J. Whistance, and S. Meyer (2011).** Effects of US biofuel policies on US and world petroleum product markets with consequences for greenhouse gas emissions. *Energy Policy* **39**, 5509–5518. ISSN: 0301-4215.

**Thynell M., D. Mohan, and G. Tiwari (2010).** Sustainable transport and the modernisation of urban transport in Delhi and Stockholm. *Cities* **27**, 421–429. doi: 10.1016/j.cities.2010.04.002, ISSN: 0264-2751.

**TIAX (2009).** *Assessment of Fuel Economy Technologies for Medium- and Heavy-Duty Vehicles.* National Academy of Sciences, Washington DC, USA.

**TIAX (2011).** *European Union Greenhouse Gas Reduction Potential for Heavy-Duty Vehicles.* International Council on Clean Transportation, San Francisco, California, 69 pp.

**Timilsina G.R., and H.B. Dulal (2009).** *A Review of Regulatory Instruments to Control Environmental Externalities From the Transport Sector.* World Bank Publications, Washington DC, USA, 54 pp. Available at: http://www.worldbank.icebox.ingenta.com/content/wb/wps4301/2009/00000001/00000001/art04867.

**Tirachini A., and D.A. Hensher (2012).** Multimodal Transport Pricing: First Best, Second Best and Extensions to Non-motorized Transport. *Transport Reviews* **32**, 181–202. doi: 10.1080/01441647.2011.635318, ISSN: 0144-1647, 1464–5327.

**Tirado M.C., R. Clarke, L.A. Jaykus, A. McQuatters-Gollop, and J.M. Frank (2010).** Climate change and food safety: A review. *Climate Change and Food Science* **43**, 1745–1765. doi: 10.1016/j.foodres.2010.07.003, ISSN: 0963-9969.

**Tiwari G. (2002).** Urban Transport Priorities: Meeting the Challenge of Socio-economic Diversity in Cities, a Case Study of Delhi, India. *Cities* **19**, 95–103.

**Tiwari G., J. Fazio, S. Gaurav, and N. Chatteerjee (2008).** Continuity Equation Validation for Nonhomogeneous Traffic. *Journal of Transportation Engineering* **134**, 118–127. doi: 10.1061/(ASCE)0733-947X(2008)134:3(118), ISSN: 0733-947X.

**Tiwari G., and D. Jain (2012).** Accessibility and safety indicators for all road users: case study Delhi BRT. *Special Section on Rail Transit Systems and High Speed Rail* **22**, 87–95. doi: 10.1016/j.jtrangeo.2011.11.020, ISSN: 0966-6923.

**TML (2008).** *Effects of Adapting the Rules on Weights and Dimensions of Heavy Commercial Vehicles as Established with Directive 96/53/EC.* Transport & Mobility Leuven, Brussels, 315 pp.

**TMO (2010).** *CO₂ Uitstoot van Personenwagens in Norm En Praktijk—Analyse van Gegevens van Zakelijke Rijders [CO₂ Emissions from Passenger Cars in Standard and Practice—Analysis of Data from Business Drivers].*

**Tol, R.S.J. (2007).** The impact of a carbon tax on international tourism. *Transportation Research Part D: Transport and Environment,* **12** (2), 129–142

**TOSCA (2011).** *Techno-Economic Analysis of Aircraft.* Technology Opportunities and Strategies towards Climate Friendly Transport.

**Tourlonias P., and G. Koltsakis (2011).** Model-based comparative study of Euro 6 diesel aftertreatment concepts, focusing on fuel consumption. *International Journal Of Engine Research* **12**, 238–251. doi: 10.1177/1468087411405104, ISSN: 1468-0874.

**Trubka R., P. Newman, and D. Bilsborough (2010a).** The Costs of Urban Sprawl—Physical Activity Links to Healthcare Costs and Productivity. *Environment Design Guide* **GEN 85**, 1–13.

**Trubka R., P. Newman, and D. Bilsborough (2010b).** The Costs of Urban Sprawl—Infrastructure and Transportation. *Environment Design Guide* **GEN 83**, 1–6.

**Trubka R., P. Newman, and D. Bilsborough (2010c).** The Costs of Urban Sprawl—Greenhouse Gases. *Environment Design Guide* **GEN 84**, 1–16.

**Tuchschmid M. (2009).** *Carbon Footprint of High-Speed Railway Infrastructure (Pre-Study). Methodology and Application of High Speed Railway Operation of European Railways.* The International Union of Railways (UIC), Zürich.

**Twardella D., and A. Ndrepepa (2011).** Relationship between noise annoyance from road traffic noise and cardiovascular diseases: A meta-analysis. *Noise and Health* **13**, 251. doi: 10.4103/1463-1741.80163, ISSN: 1463-1741.

**Ubbels B., P. Rietveld, and P. Peeters (2002).** Environmental effects of a kilometre charge in road transport: An investigation for the Netherlands. *Transportation Research Part D: Transport and Environment* **7**, 255–264. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-0036643472&partnerID=40&md5=742008ed759dcebdb6cc7508b35cf3f1.

**UIC (2011).** *World Rail Statistics.* International Union of Railways, Paris, 2 pp. Available at: http://www.uic.org/com/IMG/pdf/cp18_uic_stats_2010_en-2.pdf.

**UIC (2012).** *High Speed Rail Fast Track to Sustainable Mobility.* International Union of Railways (UIC), Paris, 18 pp.

**Umweltbundesamt (2007).** *Longer and Heavier on German Roads: Do Megatrucks Contribute towards Sustainable Transport.* Umweltbundesamt, Dessau, 6 pp.

**UN Secretariat (2007).** World population prospects: the 2006 revision. *PLACE: The Population Division of the Department of Economic and Social Affairs of the UN Secretariat [http://earthtrends. Wri. Org/text/population-Health/variable-379. Html].*

**UNCTAD (2013).** *Review of Maritime Transport 2012.* United Nations Conference on Trade and Development, New York, USA, 194 pp. ISBN: 9789211128604, 9211128609.

**UNEP (2011).** *Towards a Green Economy: Pathways to Sustainable Development and Poverty Eradication.* United Nations Environment Programme, Nairobi, Kenya, 630 pp. ISBN: 9280731432.

**UNEP, and WMO (2011).** Integrated assessment of black carbon and tropospheric ozone. United Nations Environment Programme and World Meteorological Organization. Available at: http://www.unep.org/dewa/Portals/67/pdf/Black_Carbon.pdf.

**8**

**UNEP/GEF (2013).** *Global Assessments and Guidelines for Sustainable Liquid Biofuel Production in Developing Countries*, United Nations Environment Programme and Global Environment Facility. Available at: http://www.unep.org/bioenergy/Portals/48107/publications/Global%20Assessment%20and%20Guidelines%20for%20Biofuels.pdf.

**UN-Habitat (2013).** *Planning and Design for Sustainable Urban Mobility — Global Report on Human Settlements 2013*. UN-HABITAT, Nairobi, Kenya, 348 pp. Available at: http://www.unhabitat.org/content.asp?catid=555&typeid=19&cid=12336.

**United Nations Human Settlements Programme (2012).** *The State of Latin American and Caribbean Cities 2012: Towards a New Urban Transition*. ISBN: 9789211324686.

**UNWTO (2012).** UNWTO Tourism Highlights 2012. United Nations World Tourism Organization. Available at: http://mkt.unwto.org/en/publication/unwto-tourism-highlights-2013-edition.

**UNWTO, and UNEP (2008).** *Climate Change and Tourism: Responding to Global Challenges*. World Tourism Organization; United Nations Environment Programme, Madrid; Paris, 269 pp. ISBN: 9789284112341, 928441234X, 9789280728866. 9280728865.

**Upham P., D. Raper, C. Thomas, M. McLellan, M. Lever, and A. Lieuwen (2004).** Environmental capacity and European air transport: stakeholder opinion and implications for modelling. *Journal of Air Transport Management* **10**, 199–205. doi: 10.1016/j.jairtraman.2003.10.016, ISSN: 0969-6997.

**Urry J. (2007).** *Mobilities*. John Wiley & Sons, Hoboken, NJ, 336 pp. ISBN: 978–0745634197.

**US DoT (2010).** Public Transportation's Role in Responding to Climate Change. US Department of Transportation Federal Transit Authority. Available at: http://www.fta.dot.gov/documents/PublicTransportationsRoleInRespondingToClimateChange2010.pdf.

**USCMAQ (2008).** *SAFETEA-LU 1808: CMAQ — Evaluation and Assessment*. United States Congestion Mitigation and Air Quality Improvement Program, Washington DC, USA, 158 pp. Available at: http://www.fhwa.dot.gov/environment/air_quality/cmaq/safetealu1808.pdf.

**USEPA (2012).** *Report to Congress on Black Carbon*. Environmental Protection Agency, Washington D C, USA, 288 pp.

**USFHA (2012).** *Report to the U.S. Congress on the Outcomes of the Nonmotorized Transportation Pilot Program SAFETEA⊡LU Section 1807*. US Department of Transportation, 105 pp.

**Vasconcellos E. (2001).** *Urban Transport, Environment and Equity: The Case for Developing Countries*. Earthscan, London, 344 pp.

**Vasconcellos E.A. (2011).** Equity Evaluation of Urban Transport. In: *Urban transport in the developing world : a handbook of policy and practice*. H.T. Dimitriou, Gakenheimer, (eds.), Edward Elgar, Cheltenham, UK; Northhampton, MA, pp. 333–359. ISBN: 9781847202055, 1847202055.

**Velaga N.R., J.D. Nelson, S.D. Wright, and J.H. Farrington (2012).** The Potential Role of Flexible Transport Services in Enhancing Rural Public Transport Provision. *Journal of Public Transportation* **15**, 111–131.

**Velasco E., K.J.J. Ho, and A.D. Ziegler (2013).** Commuter exposure to black carbon, carbon monoxide, and noise in the mass transport khlong boats of Bangkok, Thailand. *Transportation Research Part D: Transport and Environment* **21**, 62–65. doi: 10.1016/j.trd.2013.02.010, ISSN: 1361-9209.

**Verma V., P. Pakbin, K.L. Cheung, A.K. Cho, J.J. Schauer, M.M. Shafer, M.T. Kleinman, and C. Sioutas (2011).** Physicochemical and oxidative characteristics of semi-volatile components of quasi-ultrafine particles in an urban atmosphere. *Atmospheric Environment* **45**, 1025–1033. doi: 10.1016/j.atmosenv.2010.10.044, ISSN: 1352-2310.

**Vermeulen S.J., P.K. Aggarwal, A. Ainslie, C. Angelone, B.M. Campbell, A.J. Challinor, J.W. Hansen, J.S.I. Ingram, A. Jarvis, P. Kristjanson, C. Lau, G.C. Nelson, P.K. Thornton, and E. Wollenberg (2012).** Options for support to agriculture and food security under climate change. *Environmental Science & Policy* **15**, 136–144. doi: 10.1016/j.envsci.2011.09.003, ISSN: 1462-9011.

**Verny J., and C. Grigentin (2009).** Container shipping on the Northern Sea Route. *International Journal of Production Economics* **122**, 107–117. doi: 10.1016/j.ijpe.2009.03.018, ISSN: 0925-5273.

**Viguié V., and S. Hallegatte (2012).** Trade-offs and synergies in urban climate policies. *Nature Climate Change* **2**, 334–337. doi: 10.1038/nclimate1434, ISSN: 1758-678X.

**Vyas A.D., D.M. Patel, and K.M. Bertram (2013).** *Potential for Energy Efficiency Improvement Beyond the Light-Duty-Vehicle Sector*. U.S. Department of Energy and Argonne National Laboratory, Oak Ridge, US, 82 pp.

**Waddell P., G.F. Ulfarsson, J.P. Franklin, and J. Lobb (2007).** Incorporating land use in metropolitan transportation planning. *Transportation Research Part A: Policy and Practice* **41**, 382–410. doi: 10.1016/j.tra.2006.09.008, ISSN: 0965-8564.

**Wang M. (2012a).** GREET1_2012 model. Argonne National Laboratory.

**Wang H. (2012b).** Cutting Carbon from Ships. *International Council on Clean Transportation*. Available at: http://www.theicct.org/blogs/staff/cutting-carbon-ships.

**Wang M.Q., J. Han, Z. Haq, W.E. Tyner, M. Wu, and A. Elgowainy (2011).** Energy and greenhouse gas emission effects of corn and cellulosic ethanol with technology improvements and land use changes. *Biomass and Bioenergy* **35**, 1885–1896. ISSN: 0961-9534.

**Wang Z., Y. Jin, M. Wang, and W. Wei (2010).** New fuel consumption standards for Chinese passenger vehicles and their effects on reductions of oil use and $CO_2$ emissions of the Chinese passenger vehicle fleet. *Special Section on Carbon Emissions and Carbon Management in Cities with Regular Papers* **38**, 5242–5250. doi: 10.1016/j.enpol.2010.05.012, ISSN: 0301-4215.

**Wang D., and F. Law (2007).** Impacts of Information and Communication Technologies (ICT) on time use and travel behavior: a structural equations analysis. *Transportation* **34**, 513–527. doi: 10.1007/s11116-007-9113-0, ISSN: 0049-4488.

**Wang M., M. Wang, and S. Wang (2012).** Optimal investment and uncertainty on China's carbon emission abatement. *Energy Policy* **41**, 871–877. doi: 10.1016/j.enpol.2011.11.077, ISSN: 0301-4215.

**Wassmann P. (2011).** Arctic marine ecosystems in an era of rapid climate change. *Progress In Oceanography* **90**, 1–17. doi: 10.1016/j.pocean.2011.02.002, ISSN: 0079-6611.

**WBCSD (2004).** *Mobility 2030: Meeting the Challenges to Sustainability*. World Business Council for Sustainable Development, Geneva, 180 pp. Available at: http://www.wbcsd.org/web/publications/mobility/mobility-full.pdf.

**WBCSD (2007).** *Mobility for Development Facts & Trends*. World Business Council for Sustainable Development, Conches-Geneva, Switzerland, 20 pp.

**WBCSD (2012).** GHG Protocol: Emission Factors from Cross-Sector Tools. Available at: http://www.ghgprotocol.org/download?file=files/ghgp/tools/Emission-Factors-from-Cross-Sector-Tools-(August-2012).xlsx.

WEC (2011). *Global Transport Scenarios 2050*. World Energy Council, London, 71 pp.

Van Wee B., P. Rietveld, and H. Meurs (2006). Is average daily travel time expenditure constant? In search of explanations for an increase in average travel time. *Journal of Transport Geography* 14, 109–122. doi: 10.1016/j.jtrangeo.2005.06.003, ISSN: 0966-6923.

Weinert J., J. Ogden, D. Sperling, and A. Burke (2008). The future of electric two-wheelers and electric vehicles in China. *Energy Policy* 36, 2544–2555. doi: 10.1016/j.enpol.2008.03.008, ISSN: 0301-4215.

Weltevreden J.W.J. (2007). Substitution or complementarity? How the Internet changes city centre shopping. *Journal of Retailing and Consumer Services* 14, 192–207. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-33846354929&partnerID=40&md5=c37a228bb6aac63469209e5e92ae624a.

Wenzel T.P., and M. Ross (2005). The effects of vehicle model and driver behavior on risk. *Accident Analysis & Prevention* 37, 479–494. doi: 10.1016/j.aap.2004.08.002, ISSN: 0001-4575.

Westin J., and P. Kågeson (2012). Can high speed rail offset its embedded emissions? *Transportation Research Part D: Transport and Environment* 17, 1–7. doi: 10.1016/j.trd.2011.09.006, ISSN: 1361-9209.

White M.J. (2004). The arms race on American roads: The effect of sport utility vehicles and pickup trucks on traffic safety. *Journal of Law and Economics* 47, 333–355. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-10244249266&partnerID=40&md5=acc5151c6a3427b4656b63a87da3ad8c.

WHO (2008). *Economic Valuation of Transport Related Health Effects Review of Methods and Development of Practical Approaches with a Special Focus on Children*. World Health Organization Regional Office for Europe, Copenhagen, DK, 151 pp. Available at: http://www.euro.who.int/__data/assets/pdf_file/0008/53864/E92127.pdf.

WHO (2009). *Night Noise Guideline for Europe*. World Health Organization Regional Office for Europe, Copenhagen, DK, 184 pp. Available at: http://www.euro.who.int/document/e92845.pdf.

WHO (2011). *Global Status Report on Road Safety*. World Health Organization,

Williams J.H., A. DeBenedictis, R. Ghanadan, A. Mahone, J. Moore, W.R. Morrow, S. Price, and M.S. Torn (2012). The Technology Path to Deep Greenhouse Gas Emissions Cuts by 2050: The Pivotal Role of Electricity. *Science* 335, 53–59. doi: 10.1126/science.1208365, ISSN: 0036-8075, 1095–9203.

Winchester N., C. Wollersheim, R. Clewlow, N.C. Jost, S. Paltsev, J.M. Reilly, and I.A. Waitz (2013). The Impact of Climate Policy on US Aviation. *Journal of Transport Economics and Policy (JTEP)* 47, 1–15. Available at: http://www.ingentaconnect.com/content/lse/jtep/2013/00000047/00000001/art00001.

Winebrake J.J., J.J. Corbett, A. Falzarano, J.S. Hawker, K. Korfmacher, S. Ketha, and S. Zilora (2008). Assessing Energy, Environmental, and Economic Tradeoffs in Intermodal Freight Transportation. *Journal of the Air & Waste Management Association* 58, 1004–1013. doi: 10.3155/1047-3289.58.8.1004, ISSN: 1096-2247.

Wittneben B., D. Bongardt, H. Dalkmann, W. Sterk, and C. Baatz (2009a). Integrating Sustainable Transport Measures into the Clean Development Mechanism. *Transport Reviews* 29, 91–113. doi: 10.1080/01441640802133494, ISSN: 0144-1647.

Wood F.R., A. Bows, and K. Anderson (2010). Apportioning aviation $CO_2$ emissions to regional administrations for monitoring and target setting. *Transport Policy* 17, 206–215. doi: 10.1016/j.tranpol.2010.01.010, ISSN: 0967-070X.

Woodcock J., P. Edwards, C. Tonne, B.G. Armstrong, O. Ashiru, D. Banister, S. Beevers, Z. Chalabi, Z. Chowdhury, A. Cohen, O.H. Franco, A. Haines, R. Hickman, G. Lindsay, I. Mittal, D. Mohan, G. Tiwari, A. Woodward, and I. Roberts (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: urban land transport. *The Lancet* 374, 1930–1943. doi: 10.1016/S0140-6736(09)61714-1, ISSN: 0140-6736.

Woodcock, J., Banister, D., Edwards, P., Prentice, A.M., Roberts I. (2007). Energy and transport. *Lancet* 370, 1078–1088. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-34548767083&partnerID=40&md5=2453f1fa1d39375abcd22d22475b978e.

Woodrooffe J., and L. Ash (2001). *Economic Efficiency of Long Combination Transport Vehicles in Alberta*. Woodrooffe and Associates, 31 pp. Available at: http://www.transportation.alberta.ca/Content/docType61/production/LCVEconomicEfficiencyReport.pdf.

World Bank (2002). *Cities on the Move : A World Bank Urban Transport Strategy Review*. The World Bank, Washington, D.C., 228 pp. ISBN: 0821351486 9780821351482.

World Bank (2006). *Promoting Global Environmental Priorities in the Urban Transport Sector: Experiences from the World Bank Group-Global Environmental Facility Projects*. The World Bank, Washington, DC, 30 pp.

World Economic Forum, and Accentura (2009). *Supply Chain Decarbonisation*. Geneva.

Wozny N., and H. Allcott (2010). *Gasoline Prices, Fuel Economy, and the Energy Paradox*. MIT Center for Energy and Environmental Research Policy, Cambridge, MA, 64 pp. Available at: http://dspace.mit.edu/handle/1721.1/54753.

Wright L., and L. Fulton (2005). Climate Change Mitigation and Transport in Developing Nations. *Transport Reviews* 25, 691–717. doi: 10.1080/01441640500360951, ISSN: 0144-1647, 1464–5327.

WSC (2011). *Design and Implementation of the Vessel Efficiency Incentive Scheme (EIS)*. World Shipping Council and Japan's Ministry of Land, Infrastructure, Transport and Tourism, Tokyo, 16 pp. Available at: http://www.google.de/url?sa=t&rct=j&q=design%20and%20implementation%20of%20the%20vessel%20efficiency%20incentive%20scheme%20(eis)&source=web&cd=1&ved=0CFAQFjAA&url=http%3A%2F%2Fwww.worldshipping.org%2FFinal_Final__EIS_July_2011_for_Letter.pdf&ei=ggXsT4rCNDP4QTM-fiVBQ&usg=AFQjCNEvhebfk3O2wBE33eDctA3k9RLL_Q&cad=rja.

Wu C., L. Yao, and K. Zhang (2011). The red-light running behavior of electric bike riders and cyclists at urban intersections in China: An observational study. *Accident Analysis & Prevention* 49, 186–192. doi: 10.1016/j.aap.2011.06.001, ISSN: 00014575.

Yamaguchi K. (2010). Voluntary $CO_2$ emissions reduction scheme: Analysis of airline voluntary plan in Japan. *Air Transport, Global Warming and the Environment Selected Papers from the Air Transport Research Society Meeting, Berkeley* 15, 46–50. doi: 10.1016/j.trd.2009.07.004, ISSN: 1361-9209.

Yamaguchi M. (2012). Policy and Measures. In: *Climate Change Mitigation-A Balanced Approach to Climate Change*. Springer Publishing Company, London, UK, pp. 129–156.

Yan X., and R.J. Crookes (2010). Energy demand and emissions from road transportation vehicles in China. *Progress in Energy and Combustion Science* 36, 651–676. doi: 10.1016/j.pecs.2010.02.003, ISSN: 0360-1285.

Yedla S., R. Shrestha, and G. Anandarajah (2005). Environmentally sustainable urban transportation—comparative analysis of local emission mitigation strategies vis-a-vis GHG mitigation strategies. *Transport Policy* 12, 245–254.

**8**

**8**

Yeh S., and D. McCollum (2011). Optimizing the transportation climate mitigation wedge. In: *Sustainable Transport Energy Pathways*. Institution of Transportation Studies, University of Davis, California, pp. 234–248. Available at: http://cre-ativecommons.org/licences/by-nc-nd/3.0/.

Yeh S., and D. Sperling (2010). Low carbon fuel standards: Implementation scenarios and challenges. *Energy Policy* **38**, 6955–6965. doi: 10.1016/j.enpol.2010.07.012, ISSN: 0301-4215.

Yeh S., and D. Sperling (2013). Low carbon fuel policy and analysis. *Energy Policy* **56**, 1–4. doi: 10.1016/j.enpol.2013.01.008, ISSN: 0301-4215.

Yi L., and H.R. Thomas (2007). A review of research on the environmental impact of e-business and ICT. *Environment International* **33**, 841–849. doi: 10.1016/j.envint.2007.03.015, ISSN: 0160-4120.

Zackrisson M., L. Avellán, and J. Orlenius (2010). Life cycle assessment of lith-ium-ion batteries for plug-in hybrid electric vehicles—Critical issues. *Journal of Cleaner Production* **18**, 1519–1529. doi: 10.1016/j.jclepro.2010.06.004, ISSN: 0959-6526.

Zahavi Y., and A. Talvitie (1980). Regularities in travel time and money expendi-tures. *Transportation Research Record: Journal of the Transportation Research Board* **750**, 13–19.

Zegras C. (2011). Mainstreaming sustainable urban transport: putting the pieces together. In: *Urban transport in the developing world: a handbook of policy and practice*. H.T. Dimitriou, R.A. Gakenheimer, (eds.), Edward Elgar, Cheltenham, UK; Northhampton, MA, pp. 548–588. ISBN: 9781847202055, 1847202055.

Zhang A., and Y. Zhang (2006). Airport capacity and congestion when carriers have market power. *Journal of Urban Economics* **60**, 229–247. doi: 10.1016/j.jue.2006.02.003, ISSN: 0094-1190.

Zhen F., Z. Wei, S. Yang, and X. Cao (2009). The impact of information technology on the characteristics of urban resident travel: Case of Nanjing. *Geographical Research* **28**, 1307–1317.

Zhu C., Y. Zhu, R. Lu, R. He, and Z. Xia (2012). Perceptions and aspirations for car ownership among Chinese students attending two universities in the Yang-tze Delta, China. *Journal of Transport Geography* **24**, 315–323. doi: 10.1016/j.jtrangeo.2012.03.011, ISSN: 0966-6923.

Zusman E., A. Srinivasan, and S. Dhakal (2012). *Low Carbon Transport in Asia: Strategies for Optimizing Co-Benefits*. Earthscan; Institute for Global Environmental Strategies, London; New York; [s.l.], ISBN: 9781844079148, 1844079147, 9781844079155, 1844079155, 9780203153833, 0203153839.

van der Zwaan B., H. Rösler, T. Kober, T. Aboumahboub, K. Calvin, D. Gernaat, G. Marangoni, and D. McCollum (2013). A Cross-model Comparison of Global Long-term Technology Diffusion under a 2°C Climate Change Control Target. *Climate Change Economics*.

**9**

# Buildings

**Coordinating Lead Authors:**
Oswaldo Lucon (Brazil), Diana Ürge-Vorsatz (Hungary)

**Lead Authors:**
Azni Zain Ahmed (Malaysia), Hashem Akbari (USA/Canada), Paolo Bertoldi (Italy), Luisa F. Cabeza (Spain), Nicholas Eyre (UK), Ashok Gadgil (India/USA) , L.D. Danny Harvey (Canada), Yi Jiang (China), Enoch Liphoto (South Africa), Sevastianos Mirasgedis (Greece), Shuzo Murakami (Japan), Jyoti Parikh (India), Christopher Pyke (USA), Maria Virginia Vilariño (Argentina)

**Contributing Authors:**
Peter Graham (Australia/USA/France), Ksenia Petrichenko (Hungary), Jiyong Eom (Republic of Korea), Agnes Kelemen (Hungary), Volker Krey (IIASA/Germany)

**Review Editors:**
Marilyn Brown (USA), Tamás Pálvölgyi (Hungary)

**Chapter Science Assistants:**
Fonbeyin Henry Abanda (UK), Katarina Korytarova (Slovakia)

This chapter should be cited as:

Lucon O., D. Ürge-Vorsatz, A. Zain Ahmed, H. Akbari, P. Bertoldi, L.F. Cabeza, N. Eyre, A. Gadgil, L.D.D. Harvey, Y. Jiang, E. Liphoto, S. Mirasgedis, S. Murakami, J. Parikh, C. Pyke, and M.V. Vilariño, 2014: Buildings. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**9**

# Contents

Executive Summary ................................................................................................................................ 675

**9.1    Introduction** ...................................................................................................................... 677

**9.2    New developments in emission trends and drivers** ........................................................ 678

9.2.1    Energy and GHG emissions from buildings ................................................................ 678

9.2.2    Trends and drivers of thermal energy uses in buildings ............................................. 681

9.2.3    Trends and drivers in energy consumption of appliances in buildings ...................... 683

**9.3    Mitigation technology options and practices, behavioural aspects** ............................... 686

9.3.1    Key points from AR4 .................................................................................................. 686

9.3.2    Technological developments since AR4 ..................................................................... 686

9.3.3    Exemplary new buildings ........................................................................................... 687
        9.3.3.1    Energy intensity of new high-performance buildings ................................ 687
        9.3.3.2    Monitoring and commissioning of new and existing buildings .................. 688
        9.3.3.3    Zero energy/carbon and energy plus buildings ........................................ 689
        9.3.3.4    Incremental cost of low-energy buildings ................................................ 689

9.3.4    Retrofits of existing buildings .................................................................................... 690
        9.3.4.1    Energy savings ........................................................................................ 690
        9.3.4.2    Incremental cost ..................................................................................... 690

9.3.5    Appliances, consumer electronics, office equipment, and lighting .............................. 690

9.3.6    Halocarbons ............................................................................................................... 692

9.3.7    Avoiding mechanical heating, cooling, and ventilation systems ................................. 693

9.3.8    Uses of biomass ......................................................................................................... 693

9.3.9    Embodied energy and building materials lifecycle ...................................................... 694

9.3.10   Behavioural and lifestyle impacts .............................................................................. 694

**9.4**     **Infrastructure and systemic perspectives**......................................................................... **696**

   **9.4.1**     **Urban form and energy supply infrastructure** ............................................. **696**
               9.4.1.1      District heating and cooling networks.................................................... 696
               9.4.1.2      Electricity infrastructure interactions ................................................... 697
               9.4.1.3      Thermal energy storage.......................................................................... 697

   **9.4.2**     **Path dependencies and lock-in**....................................................................... **697**

**9.5**     **Climate change feedback and interaction with adaptation**.......................................... **697**

**9.6**     **Costs and potentials**.................................................................................................... **699**

   **9.6.1**     **Summary of literature on aggregated mitigation potentials by key identity**............................ **699**

   **9.6.2**     **Overview of option-specific costs and potentials** .......................................... **702**
               9.6.2.1      Costs of very high performance new construction.................................... 702
               9.6.2.2      Costs of deep retrofits ........................................................................... 704

   **9.6.3**     **Assessment of key factors influencing robustness and sensitivity of costs and potentials** ............... **704**

**9.7**     **Co-benefits, risks and spillovers**................................................................................. **705**

   **9.7.1**     **Overview**........................................................................................................... **705**

   **9.7.2**     **Socio-economic effects**.................................................................................... **705**
               9.7.2.1      Impacts on employment ........................................................................ 705
               9.7.2.2      Energy security....................................................................................... 707
               9.7.2.3      Benefits related to workplace productivity ............................................. 707
               9.7.2.4      Rebound effects...................................................................................... 707
               9.7.2.5      Fuel poverty alleviation .......................................................................... 708

   **9.7.3**     **Environmental and health effects**.................................................................... **708**
               9.7.3.1      Health co-benefits due to improved indoor conditions........................... 708
               9.7.3.2      Health and environmental co-benefits due to reduced outdoor air pollution ........................ 709
               9.7.3.3      Other environmental benefits................................................................. 709

**9.8**     **Barriers and opportunities**........................................................................................... **709**

**9**

**9.9      Sectoral implication of transformation pathways and sustainable development**............... 710

    **9.9.1     Introduction**......................................................................... 710

    **9.9.2     Overview of building sector energy projections**............................................. 710

    **9.9.3     Key mitigation strategies as highlighted by the pathway analysis** ........................ 712

    **9.9.4     Summary and general observations of global building final energy use** .................... 714

**9.10    Sectoral policies**.................................................................................. 715

    **9.10.1    Policies for energy efficiency in buildings** ............................................... 715
        9.10.1.1     Policy packages ...................................................... 718
        9.10.1.2     A holistic approach ................................................... 718

    **9.10.2    Emerging policy instruments in buildings** ............................................... 719
        9.10.2.1     New developments in building codes (ordinance, regulation, or by-laws) ............ 719
        9.10.2.2     Energy efficiency obligation schemes and 'white' certificates....................... 719

    **9.10.3    Financing opportunities** .............................................................. 720
        9.10.3.1     New financing schemes for deep retrofits .................................... 720
        9.10.3.2     Opportunities in financing for green buildings ............................... 720

    **9.10.4    Policies in developing countries**........................................................ 721

**9.11    Gaps in knowledge and data**.................................................................. 721

**9.12    Frequently Asked Questions**.................................................................. 722

**References** ................................................................................................ 723

# Executive Summary

In 2010 buildings accounted for 32% of total global final energy use, 19% of energy-related GHG emissions (including electricity-related), approximately one-third of black carbon emissions, and an eighth to a third of F-gases (*medium evidence, medium agreement*). This energy use and related emissions may double or potentially even triple by mid-century due to several key trends. A very important trend is the increased access for billions of people in developing countries to adequate housing, electricity, and improved cooking facilities. The ways in which these energy-related needs will be provided will significantly determine trends in building energy use and related emissions. In addition, population growth, migration to cities, household size changes, and increasing levels of wealth and lifestyle changes globally will all contribute to significant increases in building energy use. The substantial new construction that is taking place in developing countries represents both a significant risk and opportunity from a mitigation perspective. [Sections 9.1, 9.2]

In contrast to a doubling or tripling, final energy use may stay constant or even decline by mid-century, as compared to today's levels, if today's cost-effective best practices and technologies are broadly diffused (*robust evidence, high agreement*). The technology solutions to realize this potential exist and are well demonstrated. Recent advances in technology, design practices and know-how, coupled with behavioural changes, can achieve a two to ten-fold reduction in energy requirements of individual new buildings and a two to four-fold reduction for individual existing buildings largely cost-effectively or sometimes even at net negative costs. New improved energy efficiency technologies have been developed as existing energy efficiency opportunities have been taken up, so that the potential for cost-effective energy efficiency improvement has not been diminishing. Recent developments in technology and know-how enable construction and retrofit of very low- and zero-energy buildings, often at little marginal investment cost, typically paying back well within the building lifetime (*robust evidence, high agreement*). In existing buildings 50–90% energy savings have been achieved throughout the world through deep retrofits (*medium evidence, high agreement*). Energy efficient appliances, lighting, information communication (ICT), and media technologies can reduce the substantial increases in electricity use that are expected due to the proliferation of equipment types used and their increased ownership and use (*robust evidence, high agreement*). [9.2, 9.3]

Strong barriers hinder the market uptake of these cost-effective opportunities, and large potentials will remain untapped without adequate policies (*robust evidence, high agreement*). These barriers include imperfect information, split incentives, lack of awareness, transaction costs, inadequate access to financing, and industry fragmentation. In developing countries, corruption, inadequate service levels, subsidized energy prices, and high discount rates are additional barriers. Market forces alone are not likely to achieve the necessary transformation without external stimuli. Policy intervention addressing all stages of the building and appliance lifecycle and use, plus new business and financial models are essential. [9.8, 9.10]

There is a broad portfolio of effective policy instruments available to remove these barriers, some of them being implemented also in developing countries, thus saving emissions at large negative costs (*robust evidence, high agreement*). Overall, the history of energy efficiency programmes in buildings shows that 25–30% efficiency improvements have been available at costs substantially lower than marginal supply. Dynamic developments in building-related policies in some developed countries have demonstrated the effectiveness of such instruments, as total building energy use has started to decrease while accommodating continued economic, and in some cases, population growth. Building codes and appliance standards with strong energy efficiency requirements that are well enforced, tightened over time, and made appropriate to local climate and other conditions have been among the most environmentally and cost-effective. Net zero energy buildings are technically demonstrated, but may not always be the most cost- and environmentally effective solutions. Experience shows that pricing is less effective than programmes and regulation (*medium evidence, medium agreement*). Financing instruments, policies, and other opportunities are available to improve energy efficiency in buildings, but the results obtained to date are still insufficient to deliver the full potential (*medium evidence, medium agreement*). Combined and enhanced, these approaches could provide significant further improvements in terms of both enhanced energy access and energy efficiency. Delivering low-carbon options raises major challenges for data, research, education, capacity building, and training. [9.10]

Due to the very long lifespans of buildings and retrofits there is a very significant lock-in risk pointing to the urgency of ambitious and immediate measures (*robust evidence, medium agreement*). Even if the most ambitious of currently planned policies are implemented, approximately 80% of 2005 energy use in buildings globally will be 'locked in' by 2050 for decades, compared to a scenario where today's best practice buildings become the standard in new building construction and existing building retrofit. As a result, the urgent adoption of state-of-the-art performance standards, in both new and retrofit buildings, avoids locking-in carbon intensive options for several decades. [9.4]

In addition to technologies and architecture, behaviour, lifestyle, and culture have a major effect on buildings' energy use; three- to five-fold difference in energy use has been shown for provision of similar building-related energy service levels (*limited evidence, high agreement*). In developed countries, evidence indicates that behaviours informed by awareness of energy and climate issues can reduce demand by up to 20% in the short term and 50% of present levels by 2050. Alternative development pathways exist that can moderate the growth of energy use in developing countries through the provision of high levels of building services at much lower energy inputs, incorporating certain elements of traditional lifestyles and architecture, and can avoid such trends. In developed countries, the concept of 'suf-

**Table 9.1** | Summary of chapter's main findings organized by major mitigation strategies (identities)

| | Carbon efficiency | Energy efficiency of technology | System/(infrastructure) efficiency | Service demand reduction |
|---|---|---|---|---|
| **Mitigation options** | Building integrated RES (BIRES, BIPV). Fuel switching to low-carbon fuels such as electricity (9.4.1.2). Use of natural refrigerants to reduce halocarbon emissions (9.3.6). Advanced biomass stoves (9.3.8). | High-performance building envelope (HPE). Efficient appliances (EA). Efficient lighting (EL). Efficient Heating, Ventilation, and Air-Conditioning system's (eHVAC). Building automation and control system's (BACS). Daylighting, heat pumps, indirect evaporative cooling to replace chillers in dry climates, advances in digital building automation and control systems, smart meters and grids (9.3.2). Solar-powered desiccant dehumidification. | Passive House standard (PH). Nearly/net zero and energy plus energy buildings (NZEB) (9.3.3.3). Integrated Design Process (IDP). Urban planning (UP), (9.4.1). District heating/cooling (DH/C). Comm'ssioning (C). Advanced building control systems (9.3.3.2). High efficiency distributed energy systems, co-generation, trigeneration, load levelling, diurnal thermal storage, advanced management (9.4.1.1). 'Smart-grids' (9.4.1.2). Utilization of waste heat (9.4.1.1) | Behavioural change (BC). Lifestyle change (LSC). Smart metering (9.4.1.2) |
| **Potential reductions of energy use/emissions (versus baseline BAU)** | Solar electricity generation through buildings' roof-top photo voltaic (PV) installations: energy savings −15 to −58 % relative to BAU (Table 9.4) | −9.5 % to −68 % energy savings relative to BAU (Table 9.4). Energy savings from advanced appliances: Ovens: −45 %; Microwave ovens: −75 %; Dishwashers: up to −45 %; Clothes washers: −28 % (by 2030, globally); Clothes dryers: factor of 2 reduction; Air-conditioners: −50 to −75 %; Ceiling fans: −50 to −57 %; Office computers/monitors: −40 %; Circulation pumps for hydronic heating/cooling: −40 % (by 2020, EU); Residential water heaters: factor of 4 improvement (Table 9.3); Fuel savings: −30 to −60 %; Indoor air pollution levels from advanced biomass stoves (as compared to open fires): −80 to −90 % (9.3.8). | −30 to −70 % CO2 of BAU. PH & NZEB (new versus conventional building): −83 % (residential heating energy) and −50 % (commercial heating & cooling energy); Deep retrofits (DR): −40 to −80 % (residential, Europe); IDP: up to −70 % (final energy by 2050; Table 9.4); Potential global building final energy demand reduction: −5 % to −27 % (IAMs ), −14 % to −75 % (bottom up models) (Fig. 9.21).

Energy savings by building type: (i) Detached single-family homes: −50 −75 % (total energy use); (ii) Mu'ti-family housing: −80 to −90 % (space heating requirements); (iii) Multi-family housing in developing countries: −30 % (cooling energy use), −60 % (heating energy); (iv) Commercial buildings: −25 % to −50 % (total HVAC), −30 to −60 % (lighting retrofits) (9.3.4.1). | −20 to −40 % of BAU. LSC about −40 % electricity use (Table 9.4). |
| **Cost-effectiveness** | − | Retrofit of separate measures: CCE: 0.01–0.10 USD$_{2010}$/kWh (Fig. 9.13). Efficient Appliances: CCE: −0.09 USD$_{2010}$/kWh/yr (9.3.4.2) | PH & NZEB (new, EU&USA): CCE: 0.2–0.7 USD$_{2011}$/kWh (Figure 9.11, 9.12); DR (with energy savings of 60−75 %): CCE: 0.05−0.25 USD$_{2010}$/kWh (Fig. 9.13) | |
| **Co-benefits (CB), adverse side effects (AE)** | CB: Energy security; lower need for energy subsidies; health and environmental benefits | | | |
| | CB: Employment impact; enhanced asset value of buildings; energy/fuel poverty alleviation. AE: Energy access/fuel poverty | CB: Employment; energy/fuel poverty alleviation; improved productivity/competitiveness; asset value of buildings; improved quality of life. AE: rebound and lock-in effects | CB: Employment impact; improved productivity and competitiveness; enhanced asset values of buildings; improved quality of life. AE: Rebound effect, lower lifecycle energy use of low-energy buildings in comparison to the conventional (9.3.9) | |
| **Key barriers** | Suboptimal measures, subsidies to conventional fuels | Transaction costs, access to financing, principal agent problems, fragmented market and institutional structures, poor feedback | Energy and infrastructure lock-in (9.4.2), path-dependency (9.4.2) fragmented market and institutional structures, poor enforcement of regulations | Imperfect information, risk aversion, cognitive and behavioural patterns, lack of awareness, poor personnel qualification |
| **Key policies** | Carbon tax, feed-in tariffs extended for small capacity; soft loans for renewable technologies | Public procurement, appliance standards, tax exemptions, soft loans | Building codes, preferential loans, subsidised financing schemes, ESCOs, EPCs, suppliers' obligations, white certificates, IDP into Urban Planning, Importance of policy packages rather than single instruments (9.10.1.2) | Awareness raising, education, energy audits, energy labelling, building certificates & ratings, energy or carbon tax, personal carbon allowance |

ficiency' has also been emerging, going beyond pure 'efficiency'. Reducing energy demand includes rationally meeting floor space needs. [9.3]

**Beyond energy cost savings, most mitigation options in this sector have other significant and diverse co-benefits** (*robust evidence, high agreement*). Taken together, the monetizable co-benefits of many energy efficiency measures alone often substantially exceed the energy cost savings and possibly the climate benefits (*medium evidence, medium agreement*), with the non-monetizable benefits often also being significant (*robust evidence, high agreement*). These benefits offer attractive entry points for action into policy-making, even in countries or jurisdictions where financial resources for mitigation are limited (*robust evidence, high agreement*). These entry points include, but are not limited to, energy security; lower need for energy subsidies; health (due to

reduced indoor and outdoor air pollution as well as fuel poverty alleviation) and environmental benefits; productivity and net employment gains; alleviated energy and fuel poverties as well as reduced energy expenditures; increased value for building infrastructure; improved comfort and services (*medium evidence, high agreement*). However, these are rarely internalized by policies, while a number of tools and approaches are available to quantify and monetize co-benefits that can help this integration (*medium evidence, medium agreement*). [9.7]

**In summary, buildings represent a critical piece of a low-carbon future and a global challenge for integration with sustainable development** (*robust evidence, high agreement*). Buildings embody the biggest unmet need for basic energy services, especially in developing countries, while much existing energy use in buildings in developed countries is very wasteful and inefficient. Existing and future buildings will determine a large proportion of global energy demand. Current trends indicate the potential for massive increases in energy demand and associated emissions. However, this chapter shows that buildings offer immediately available, highly cost-effective opportunities to reduce (growth in) energy demand, while contributing to meeting other key sustainable development goals including poverty alleviation, energy security, and improved employment. This potential is more fully represented in sectoral models than in many integrated models, as the latter do not represent any or all of the options to cost-effectively reduce building energy use. Realizing these opportunities requires aggressive and sustained policies and action to address every aspect of the design, construction, and operation of buildings and their equipment around the world. The significant advances in building codes and appliance standards in some jurisdictions over the last decade already demonstrated that they were able to reverse total building energy use trends in developed countries to its stagnation or reduction. However, in order to reach ambitious climate goals, these standards need to be substantially strengthened and adopted for further jurisdictions, building types, and vintages. [9.6, 9.9, 9.10] Table 9.1 summarizes some main findings of the chapter by key mitigation strategy.

# 9.1   Introduction

This chapter aims to update the knowledge on the building sector since the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4) from a mitigation perspective. Buildings and activities in buildings are responsible for a significant share of GHG emissions, but they are also the key to mitigation strategies. In 2010, the building sector accounted for approximately 117 Exajoules (EJ) or 32 % of global final energy consumption and 19 % of energy-related $CO_2$ emissions; and 51 % of global electricity consumption. Buildings contribute to a significant amount of F-gas emissions , with large differences in reported figures due to differing accounting conventions, ranging from around an eighth to a third of all such emissions (9.3.6). The chapter argues that beyond a large emission role, mitigation opportunities in this sector are also significant, often very cost-effective, and are in many times associated with significant co-benefits that can exceed the direct benefits by orders of magnitude. The sector has significant mitigation potentials at low or even negative costs. Nevertheless, without strong actions emissions are likely to grow considerably—and they may even double by mid-century—due to several drivers. The chapter points out that certain policies have proven to be very effective and several new ones are emerging. As a result, building energy use trends have been reversed to stagnation or even reduction in some jurisdictions in recent years, despite the increases in affluence and population.

The chapter uses a novel conceptual framework, in line with the general analytical framework of the contribution of Working Group III (WGIII) to the IPCC Fifth Assessment Report (AR5), which focuses on identities as an organizing principle. This section describes the identity decomposition Chapter 9 chooses to apply for assessing the literature, resting on the general identity framework described in Chapter 6. Building-related emissions and mitigation strategies have been decomposed by different identity logics. Commonly used decompositions use factors such as $CO_2$ intensity, energy intensity, structural changes, and economic activity (Isaac and Van Vuuren, 2009; Zhang et al., 2009), as well as the IPAT (Income-Population-Affluence-Technology) approach (MacKellar et al., 1995; O' Mahony et al., 2012). In this assessment, the review focuses on the main decomposition logic described in Chapter 6, adopted and further decomposed into four identities key to driving building sector emissions:

$$CO_2 = CI \cdot TEI \cdot SEI \cdot A$$

where $CO_2$ is the emissions from the building sector; (Identity 1) $CI$ is the carbon intensity; (Identity 2) $TEI$ is the technological energy intensity; (Identity 3) $SEI$ is the structural\systemic energy intensity and (Identity 4) $A$ is the activity. For a more precise interpretation of the factors, the following conceptual equation demonstrates the different components:

$$CO_2 = \frac{CO_2}{FE} \cdot \frac{FE}{UsefulE} \cdot \frac{UsefulE}{ES} \cdot \frac{ES}{pop} \cdot pop \approx CI \cdot TEI \cdot SEI \cdot \frac{A}{pop} \cdot pop$$

in which $FE$ is the final energy; $UsefulE$ is the useful energy for a particular energy service (ES), as occurring in the energy conversion chain, and $pop$ is population. Instead of population in the residential sector the Gross Domestic Product (GDP) is often used as the main decomposition factor for commercial building emissions. Because ES is often difficult to rigorously define and measure, and $UsefulE$ and $ES$ are either difficult to measure or little data are available, this chapter does not attempt a systematic quantitative decomposition, but rather focuses on the main strategic categories for mitigation based on the relationship established in the previous equation:

$$CO_2 \ mitigation \approx C_{Eff} \cdot T_{Eff} \cdot SI_{Eff} \cdot DR$$

whereby (1) $C_{Eff}$ or carbon efficiency, entails fuel switch to low-carbon fuels, building-integrated renewable energy sources, and other supply-side decarbonization; (2) $T_{Eff}$, or technological efficiency, focuses on

**9**

the efficiency improvement of individual energy-using devices; (3) $SI_{Eff}$, or systemic/infrastructural efficiency, encompass all efficiency improvements whereby several energy-using devices are involved, i.e., systemic efficiency gains are made, or energy use reductions due to architectural, infrastructural, and systemic measures; and finally (4) $DR$, or demand reduction, composes all measures that are beyond technological efficiency and decarbonization measures, such as impacts on floor space, service levels, behaviour, lifestyle, use, and penetration of different appliances. The four main emission drivers and mitigation strategies can be further decomposed into more distinct sub-strategies, but due to the limited space in this report and in order to maintain a structure that supports convenient comparison between different sectoral chapters, we focus on these four main identities during the assessment of literature in this chapter and use this decomposition as the main organizing/conceptual framework.

## 9.2  New developments in emission trends and drivers

### 9.2.1  Energy and GHG emissions from buildings

Greenhouse gas (GHG) emissions from the building sector have more than doubled since 1970 to reach 9.18 GtCO$_2$eq in 2010 (Figure 9.1), representing 25 % of total emissions without the Agriculture, Forestry,

and Land Use (AFOLU) sector; and 19 % of all global 2010 GHG emissions (IEA, 2012a; JRC/PBL, 2013; see Annex II.8). Furthermore, they account for approximately one-third of black carbon emissions (GEA, 2012), and one-eighth to one-third of F-gas emissions, depending partially on the accounting convention used (UNEP, 2011a; EEA, 2013; US EPA, 2013; JRC/PBL, 2013; IEA, 2012a; see Annex II.8).

Most of GHG emissions (6.02 Gt) are indirect CO$_2$ emissions from electricity use in buildings, and these have shown dynamic growth in the studied period in contrast to direct emissions, which have roughly stagnated during these four decades (Figure 9.1). For instance, residential indirect emissions quintupled and commercial emissions quadrupled.

Figure 9.2 shows the regional trends in building-related GHG emissions. Organisation for Economic Co-operation Development (OECD) countries have the highest emissions, but the growth in this region between 1970 and 2010 was moderate. For least developed countries, the emissions are low with little growth. The largest growth has taken place in Asia where emissions in 1970 were similar to those in other developing regions, but by today they are closing in on those of OECD countries.

Due to the high share of indirect emissions in the sector, actual emission values very strongly depend on emission factors—mainly that of electricity production—that are beyond the scope of this chapter. Therefore, the rest of this chapter focuses on final energy use (rather than emissions) that is determined largely by activities and measures within the sector.

In 2010 buildings accounted for 32 % (24 % for residential and 8 % for commercial) of total global final energy use (IEA, 2013), or 32.4 PWh, being one of the largest end-use sectors worldwide. Space heating rep-



**Figure 9.1 |** Direct and indirect emissions (from electricity and heat production) in the building subsectors (IEA, 2012a; JRC/PBL, 2013; see Annex II.9).



**Figure 9.2 |** Regional direct and indirect emissions in the building subsectors (IEA, 2012a; JRC/PBL, 2013; see Annex II.9).

## Box 9.1 | Least Developed Countries (LDCs) in the context of the developing world

878 million people with an average 2 USD$_{2010}$ per day of gross national income (The World Bank, 2013) live in the LDCs group. Rapid economic development, accompanied by urbanization, is propelling large building activity in developing countries (WBCSD, 2007, 2009; ABC, 2008; Li and Colombier, 2009). The fast growing rates of new construction, which is occurring in emerging economies, is not being witnessed in LDCs. This group of countries is still at the fringe of modern development processes and has special needs in terms of access to housing, modern energy carriers, and efficient and clean-burning cooking devices (Zhang and Smith, 2007; Duflo et al., 2008; WHO, 2009, 2011; Wilkinson et al., 2009; Hailu, 2012; Pachauri, 2012). Around one-third of the urban population in developing countries in 2010 did not have access to adequate housing (UNHSP, 2010) and the number of slum dwellers is likely to rise in the near future (UN-Habitat, 2011). In order to avoid locking in carbon-intensive options for several decades, a shift to electricity and modern fuels needs to be accompanied by energy-saving solutions (technological, architectural), as well as renewable sources, adequate management, and sustainable lifestyles (WBCSD, 2006; Ürge-Vorsatz et al., 2009; Wilkinson et al., 2009; US EERE, 2011; GEA, 2012; Wallbaum et al., 2012).

Modern knowledge and techniques can be used to improve vernacular designs (Foruzanmehr and Vellinga, 2011). Principles of low-energy design often provide comfortable conditions much of the time, thereby reducing the pressure to install energy-intensive cooling equipment such as air conditioners. These principles are embedded in vernacular designs throughout the world, and have evolved over centuries in the absence of active energy systems.

Beyond the direct energy cost savings, many mitigation options in this sector have significant and diverse co-benefits that offer attractive entry points for mitigation policy-making, even in countries/jurisdictions where financial resources for mitigation are limited. These co-benefits include, but are not limited to, energy security, air quality, and health benefits; reduced pressures to expand energy generation capacities in developing regions; productivity, competitiveness, and net employment gains; increased social welfare; reduced fuel poverty; decreased need for energy subsidies and exposure to energy price volatility risks; improved comfort and services; and improved adaptability to adverse climate events (Tirado Herrero et al., 2012; Clinch and Healy, 2001; see also Table 9.7).

9

resented 32–34 % of the global final energy consumption in both the residential and the commercial building sub-sectors in 2010 (Figure 9.4). Moreover, in the commercial sub-sector, lighting was very important, while cooking and water heating were significant end-uses in residential buildings. In contrast to the dynamically growing total emissions, per capita final energy use did not grow substantially over the two decades between 1990 and 2010 in most world regions (see Figure 9.3). This value stagnated in most regions during the period, except for a slight increase in the Former Soviet Union (FSU) and a dynamic growth in North Africa and Middle East (MEA). Commercial energy use has also grown only moderately in most regions on a per capita basis, with more dynamic growth shown in Centrally Planned Asia (CPA), South Asia (SAS) and MEA. This indicates that most trends to drive building energy

use up have been compensated by efficiency gains. In many developing regions this can largely be due to switching from traditional biomass to modern energy carriers that can be utilized much more efficiently.

As shown in Section 9.9 global building energy use may double to triple by mid-century due to several key trends. An estimated 0.8 billion people lack access to adequate housing (UN-Habitat, 2010) while an estimated 1.3 billion people lacked access to electricity in 2010 and about 3 billion people worldwide relied on highly-polluting and unhealthy traditional solid fuels for household cooking and heating (IEA, 2012a; Pachauri et al., 2012; see Section 14.3.2.1).The ways these energy services will be provided will significantly influence the development of building related emissions. In addition, migration to



Figure 9.3 | Annual per capita final energy use of residential and commercial buildings for eleven regions (GEA RC11, see Annex II.2.4) in 1990 and 2010. Data from IEA (2012b, 2013).



**Figure 9.4 |** World building final energy consumption by end-use in 2010. Source: IEA (2013).

cities, decreasing household size, increasing levels of wealth and life-style changes, including an increase in personal living space, the types and number of appliances and equipment and their use—all contribute to significant increases in building energy use. Rapid economic development accompanied by urbanization and shifts from informal to formal housing is propelling significant building activity in developing countries (WBCSD, 2007). As a result, this substantial new construction, which is taking place in these dynamically growing regions represents both a significant risk and opportunity from a mitigation perspective.

### 9.2.2  Trends and drivers of thermal energy uses in buildings

Figure 9.5 shows projections of thermal energy uses in commercial and residential buildings in the regions of the world from 2010 to 2050. While energy consumption for thermal uses in buildings in the developed countries (see North America and Western Europe) accounts for most of the energy consumption in the world, its tendency is to grow little in the period shown, while developing countries show an important increase. Commercial buildings represent between 10 to 30 % of total building sector thermal energy consumption in most regions of the world, except for China, where heating and cooling energy consumption in commercial buildings is expected to overtake that of residential buildings. Drivers to these trends and their developments are

discussed separately for heating/cooling and other building energy services because of conceptually different drivers. Heating and cooling energy use in residential buildings can be decomposed by the following key identities:

$$energy_{residential} = h \cdot \frac{p}{h} \cdot \frac{area}{p} \cdot \frac{energy}{area}$$

where $energy_{residential}$ stands for the total residential thermal energy demand, [h] and [p/h] are the activity drivers, with [h] being the number of households and the $p/h$ number of persons ($p$) living in each household, respectively. [area/p] is the use intensity driver, with the floor area (usually m$^2$) per person; and [energy/area] is the energy intensity driver, i.e., the annual thermal energy consumption (usually kWh) per unit of floor area, also referred to as specific energy consumption. For commercial buildings, the heating and cooling use is decomposed as

$$energy_{commercial} = GDP \cdot \frac{area}{GDP} \cdot \frac{energy}{area}$$

where $energy_{commercial}$ stands for the total commercial thermal energy demand, [GDP], i.e., nominal Gross Domestic Product is the activity driver; [area/GDP] is the use intensity driver and [energy/area] is the energy intensity driver, the annual thermal energy consumption (in kWh) per unit of floor area (in m$^2$), also referred to as specific energy consumption. Figures 9.6 and 9.7 illustrate the main trends in heating and cooling energy use as well as its drivers globally and by region.



**Figure 9.5 |** Total annual final thermal energy consumption (PWh/yr) trends in eleven world regions (GEA RC11, see Annex II.2.4) for residential and commercial buildings (GEA region abbreviation added in brackets where different from abbreviation used in this report). Historical data (1980–2000) are from IEA statistics; projections (2010–2050) are based on a frozen (i.e. unchanged over time) efficiency scenario (Ürge-Vorsatz et al., 2013).

Heating and cooling energy use in residential and commercial buildings is expected to grow by 79% and 84%, respectively, over the period 2010–2050 (Figure 9.6) in a business-as-usual scenario. In residential buildings, both the growing number of households and the area per household tend to increase energy consumption, while the decrease in the number of persons per household and in specific energy consumption tend to decrease energy consumption. In commercial buildings, the projected decrease of *area/GDP* is 61%, while energy/area is expected to stay constant over the period 2010–2050. Different tendencies of the drivers are shown for both residential and commercial buildings in the world as whole (Figure 9.6) and in different world regions (Figure 9.7). These figures indicate that in some regions (e.g., NAM and WEU), strong energy building policies are already resulting in declining or stagnating total energy use trends despite the increase in population and service levels.

### 9.2.3   Trends and drivers in energy consumption of appliances in buildings

In this chapter, we use the word 'appliances' in a broad sense, covering all electricity-using non-thermal equipment in buildings, including lighting and ICT. Traditional large appliances, such as refrigerators and washing machines, are still responsible for most household electricity consumption (IEA, 2012c) albeit with a falling share related to the equipment for information technology and communications (including home entertainment) accounting in most countries for 20% or more of residential electricity consumption (Harvey, 2008). This rapid growth offers opportunities to roll out more efficient technologies, but this effect to date has been outcompeted by the increased uptake of devices and new devices coming to the market. Energy use of appliances can be decomposed as shown in the following equation from (Cabeza et al., 2013b):

$$energy = \sum_a h \cdot \frac{n}{h} \cdot \frac{energy}{n}$$

Where $\sum_a$ is the sum overall appliances; *[h]* is the activity driver, the number of households; *[n/h]* is the use intensity driver, i.e., the number of appliances of appliance type 'a' per household; and *[energy]* is the energy intensity driver (kWh/yr used per appliance). The number of appliances used increased around the world. Figure 9.8 shows that the energy consumption of major appliances in non-OECD countries is already nearly equal to consumption in the OECD, due to their large populations and widespread adoption of the main white appliances and lighting. In addition, while fans are a minor end-use in most OECD countries, they continue to be extremely important in the warm developing countries.



**Figure 9.6 |** Trends in the different drivers for global heating and cooling thermal energy consumption in residential and commercial buildings. Source: Ürge-Vorsatz et al. (2013) with projection data (2010–2050) from frozen efficiency scenario.

Buildings

Chapter 9





**Figure 9.7 |** Trends in the drivers of heating and cooling thermal energy consumption of residential (first page) and commercial (this page) buildings in world regions (GEA RC11, see Annex II.2.4). Source: Ürge-Vorsatz et al. (2013) with projection data (2010−2050) from frozen efficiency scenario.



**Figure 9.8** | Residential electricity consumption by end-use in a policy scenario from the Bottom-Up Energy Analysis System (BUENAS) model. Source: Cabeza et al. (2013b).

# 9.3    Mitigation technology options and practices, behavioural aspects

This section provides a broad overview at the strategic and planning level of the technological options, design practices, and behavioural changes that can achieve large reductions in building energy use (50 %–90 % in new buildings, 50 %–75 % in existing buildings). Table 9.2 summarizes the energy savings and $CO_2$ emission reduction potential according to the factors introduced in Section 9.1 based on material presented in this section or in references given. A synthesis of documented examples of large reductions in energy use achieved in real, new, and retrofitted buildings in a variety of different climates, and of costs at the building level, is presented in this section, while Section 9.4 reviews the additional savings that are possible at the community level and their associated costs, and Section 9.6 presents a synthesis of studies of the costs, their trends, and with integrated potential calculations at the national, regional, and global levels.

## 9.3.1    Key points from AR4

The AR4 Chapter 6 on Buildings (Levine et al., 2007) contains an extensive discussion of the wide range of techniques and designs to reduce energy use in new buildings. Savings at the system level are generally larger than for individual devices (pumps, motors, fans, heat-

ers, chillers, etc.), as are related net investment-cost savings—usually several times higher (Levine et al., 2007; Harvey, 2008). Integrated Design Process (IDP) allows for the systemic approach, which optimizes building performance iteratively, and involves all design team members from the start (Montanya et al., 2009; Pope and Tardiff, 2011). However, the conventional process of designing and constructing a building and its systems is largely linear, in which design elements and system components are specified, built, and installed without consideration of optimization opportunities in the following design and building phases, thus losing key opportunities for the optimization of whole buildings as systems (Lewis, 2004). As discussed in AR4, essential steps in the design of low-energy buildings are: (1) building orientation, thermal mass, and shape; (2) high-performance envelope specification; (3) maximization of passive features (daylighting, heating, cooling, and ventilation); (4) efficient systems meeting remaining loads; (5) highest possible efficiencies and adequate sizing of individual energy-using devices; and (6) proper commissioning of systems and devices. Cost savings can substantially offset additional high-performance envelope and higher-efficiency equipment costs, of around 35–50 % compared to standard practices of new commercial buildings (or 50–80 % with more advanced approaches). Retrofits can routinely achieve 25–70 % savings in total energy use (Levine et al., 2007; Harvey, 2009).

## 9.3.2    Technological developments since AR4

Since AR4, there have been important performance improvements and cost reductions in many relevant technologies, and further significant improvements are expected. Examples include (1) daylighting and electric lighting (Dubois and Blomsterberg, 2011); (2) household appliances (Bansal et al., 2011); (3) insulation materials (Baetens et al., 2011; Korjenic et al., 2011; Jelle, 2011); (4) heat pumps (Chua et al., 2010); (5) indirect evaporative cooling to replace chillers in dry climates (Jiang and Xie, 2010); (6) fuel cells (Ito and Otsuka, 2011); (7) advances in digital building automation and control systems (NBI, 2011); and (8) smart meters and grids as a means of reducing peak demand and accommodating intermittent renewable electricity sources (Catania, 2012). Many of these measures can individually reduce the relevant specific energy use by half or more. In addition to the new technologies, practitioners have also increasingly applied more established technology and knowledge both in new building construction and in the existing building retrofits. These practices have been driven in part by targeted demonstration programmes in a number of countries. They have been accompanied by a progressive strengthening of the energy provisions of building codes in many countries, as well as by plans for significant further tightening in the near future (see also Section 9.10). In the following sections we review the literature published largely since AR4 concerning the energy intensity of low-energy new buildings and of deep retrofits of existing buildings.

9

Table 9.2 | Savings or off-site energy use reductions achievable in buildings for various end uses due to on-site active solar energy systems, efficiency improvements, or behavioural changes.

| End Use | On-site C-Free Energy Supply[1] | Device Efficiency | System Efficiency | Behavioural Change |
|---|---|---|---|---|
| Heating | 20%–95%[2] | 30%[3]–80%[4] | 90%[5] | 10%–30%[6] |
| Hot water | 50%–100%[7] | 60%[8]–75%[9] | 40%[10] | 50%[11] |
| Cooling | 50%–80%[12] | 50%[13]–75%[14] | 67%[15] | 50%–67%[16] |
| Cooking | 0–30%[17] | 25–75%[18]–80%[19] | | 50%[20] |
| Lighting | 10–30% | 75%[21]; 83%–90%[22]; 99.83%[23] | 80%–93%[24] | 70%[25] |
| Refrigerators | | 40%[25a] | | 30%[26]; 50%[27] |
| Dishwashers | | 17+%[27a] | | 75%[28] |
| Clothes washers | | 30%[28a] | | 60%–85%[29] |
| Clothes dryers | | 50+%[29a] | | 10%–15%[30]–100%[31] |
| Office computers & monitors | | 40%[31a] | | |
| General electrical loads | 10%–120%[32] | | | |

Notes: [1] Only active solar energy systems. Higher percentage contributions achievable if loads are first reduced through application of device, system, and behavioural efficiencies. Passive solar heating, cooling, ventilation, and daylighting are considered under Systemic Efficiency. [2] Space heating. Lower value representative of combi-systems in Europe; upper value is best solar district heating systems with seasonal underground thermal energy storage, after a 5-year spin-up (SAIC, 2013). [3] Replacement of 75% efficient furnace/boiler with 95% efficient unit (e.g., condensing natural gas boilers). [4] Replacement of 80% efficient furnace or boiler with ground-source heat pump with a seasonal COP for space heating of 4 (from ground-source heat pumps in well-insulated new buildings in Germany (DEE, 2011). [5] Reduction from a representative cold-climate heating energy intensity of 150 kWh/m²/yr to 15 kWh/m²/yr (Passive House standard, Section 9.3.2). [6] Typical value; 2 °C cooler thermostat setting at heating season. Absolute savings is smaller but relative savings is larger the better the thermal envelope of the building (see also Section 9.3.9). [7] Water heaters. 50–80% of residential hot water needs supplied in Sydney, Australia and Germany (Harvey, 2007), while upper limit of 100% is conceivable in hot desert regions. [8] Replacement of a 60% efficient with a 95% efficient water heater (typical of condensing and modulating wall-hung natural gas heaters). [9] Table 9.4. [10] Elimination of standby and distribution heat losses in residential buildings (typically accounting for 30% water-heating energy use in North America (Harvey, 2007) through use of point-of-use on-demand water heaters. [11] Shorter showers, switch from bathing to showering, and other hot-water-conserving behaviour. [12] Air conditioning and dehumidification. Range for systems from central to Southern Europe with a relatively large solar collector area in relation to the cooling load (Harvey, 2007). [13] Replacement of air conditioners having a COP of 3 (typical in North America) with others with a COP of 6 (Japanese units); Table 9.4. [14] Replacement of North American units with units incorporating all potential efficiency improvements; Table 9.4. [15] Reduction (even elimination) of cooling loads through better building orientation & envelopes, provision for passive cooling, and reduction of internal heat gains (Harvey, 2007). [16] Section 9.3.9. Fans during tolerable brief periods eliminating cooling equipment in moderately hot climates. [17] Cooking range, various ovens. [18] Range pertains to various kinds of ovens; Table 9.4. [19] Replacement of 10%–15% with 60% efficient (traditional biomass) cookstoves (Rawat et al., 2010). [20] Same recipe with different cooking practices; Table 9.4/Section 9.3.9. [21] Replacement of 10–17 lm/W incandescent lamps with 50–70 lm/W compact fluorescent (Harvey, 2010). [22] Replacement of 15 lm/W incandescent lamps with (year 2030) LEDs, 100–160 lm/W (McNeil et al., 2005; US DOE, 2006). [23] Replacement of 0.25 lm/W kerosene lamps (Fouquet and Pearson, 2006) with future 150 lm/W LEDs. [24] Reduction from average US office lighting energy intensity of the existing stock of 73 kWh/m²/yr (Harvey, 2013) to 5–15 kWh/m²/yr state-of-art systems (Harvey, 2007). [25] Turning off not needed lights (6000 hours/yr out of 8760 hours/yr). Table 9.4 [25a] 12.5 ft³vs 18.5 ft³ (350 litres, 350 kWh/yr vs 520 litres, 500 kWh/yr) refrigerator-freezers or 18.5 vs 30.5 ft³ (860 litres, 700 kWh/yr) (Harvey, 2010). [26] Elimination of a second ('beer') fridge. [27a] Table 9.4 [28] Fully loaded operation versus typical part-load operation (Table 9.4). [28a] by 2030 (Table 9.4). [29] Cold compared to hot water washing, based on relative contribution of water heating to total clothes washer energy use for the best US&EU models (Harvey, 2010). [29a] Table 9.4. [30] Operation at full load rather than at one-third to half load (Smith, 1997). [31] Air drying inside when there is no space heating requirement, or outside. [31a] Table 9.4. [32] Fraction of on-site electricity demand typically generated by on-site PV with low demand kept low through electricity-efficiency measures.

## 9.3.3 Exemplary New Buildings

This section presents an overview of the energy performance and incremental cost of exemplary buildings from around the world, based on the detailed compilation of high-performance buildings presented in Harvey (2013). The metrics of interest are the on-site energy intensity—annual energy use per square meter of building floor area (kWh/m²/yr)—for those energy uses (heating, cooling, ventilation, and lighting) that naturally increase with the building floor area, and energy use per person for those energy uses—such as service hot water, consumer electronics, appliances, and office equipment—that naturally increase with population or the size of the workforce.

### 9.3.3.1 Energy intensity of new high-performance buildings

The energy performance of new buildings have improved considerably since AR4, as demonstrated in Table 9.3, which summarizes the specific energy consumption for floor-area driven final energy uses by climate type or region.

A number of voluntary standards for heating energy use have been developed in various countries for *residential buildings* (see Table 1 in Harvey, 2013). The most stringent of standards with regard to heating requirements is the Passive House standard, which prescribes a

**9**

**Table 9.3 |** Typical and current best case specific energy consumption (kWh/m²/yr) for building loads directly related to floor area (Harvey, 2013).

| End Use | Climate Region | Residential | | Commercial | |
|---|---|---|---|---|---|
| | | Advanced | Typical | Advanced | Typical |
| Heating | Cold | 15–30 | 60–200 | 15–30 | 75–250 |
| Heating | Moderate | 10–20 | 40–100 | 10–30 | 40–100 |
| Cooling | Moderate | 0–5 | 0–10 | 0–15 | 20–40 |
| Cooling | Hot-dry | 0–10 | 10–20 | 0–10 | 20–50 |
| Cooling | Hot-humid | 3–15 | 10–30 | 15–30 | 50–150 |
| Ventilation | All | 4–8 | 0–8 | 0–20 | 10–50 |
| Lighting | All | 2–4 | 3–10 | 5–20 | 30–80 |

**Notes:** Lighting energy intensity for residential buildings is based on typical modern intensities times a factor of 0.3–0.4 to account for an eventual transition to LED lighting. Definitions here for climate regions for heating: Cold > 3000 HDD; Moderate 1000–3000 HDD. Similarly for cooling: moderate < 750 CDD; hot-dry > 750 CDD; hot-humid > 750 CDD. HDD = heating degree days (K-day) and CCD = cooling-degree days (K-day). Energy intensity ranges for commercial buildings exclude hospitals and research laboratories.

heating load (assuming a uniform indoor temperature of 20°C) of no more than 15 kWh/m²/yr irrespective of the climate. It typically entails a high-performance thermal envelope combined with mechanical ventilation with heat recovery to ensure high indoor air quality. Approximately 57,000 buildings complied with this standard in 31 European countries in 2012, covering 25.15 million square metres (Feist, 2012) with examples as far north as Helsinki, with significant additional floor area that meets or exceeds the standard but have not been certified due to the higher cost of certification. As seen from Table 9.3, this standard represents a factor of 6–12 reduction in heating load in mild climates (such as Southern Europe) and up to a factor of 30 reduction in cold climate regions where existing buildings have little to no insulation. Where buildings are not currently heated to comfortable temperatures, adoption of a high-performance envelope can aid in achieving comfortable conditions while still reducing heating energy use in absolute terms.

Cooling energy use is growing rapidly in many regions where, with proper attention to useful components of vernacular design combined with modern passive design principles, mechanical air conditioning would not be needed. This use includes regions that have a strong diurnal temperature variation (where a combination of external insulation, exposed interior thermal mass, and night ventilation can maintain comfortable conditions), or a strong seasonal temperature variation (so that the ground can be used to cool incoming ventilation air) or which are dry, thereby permitting evaporative cooling or hybrid evaporative/mechanical cooling strategies to be implemented.

Combining insulation levels that meet the Passive House standard for heat demand in Southern Europe with the above strategies, heating loads can be reduced by a factor of 6–12 (from 100–200 kWh/m²/yr to 10–15 kWh/m²/yr) and cooling loads by a factor of 10 (from < 30 kWh/m²/yr to < 3 kWh/m²/yr) (Schneiders et al., 2009). With good design, comfortable conditions can be maintained ≥80% of the time (and closer to 100% of the time if fans are used) without mechanical cooling in relatively hot and humid regions such as Southern China (Ji et al., 2009; Zhang and Yoshino, 2010; Lin and Chuah, 2011), Viet-

nam (Nguyen et al., 2011), Brazil (Grigoletti et al., 2008; Andreasi et al., 2010; Cândido et al., 2011), and the tropics (Lenoir et al., 2011).

In *commercial buildings*, specific energy consumption of modern office and retail buildings are typically 200–500 kWh/m²/yr including all end-uses, whereas advanced buildings have frequently achieved less than 100 kWh/m²/yr in climates ranging from cold to hot and humid. The Passive House standard for heating has been achieved in a wide range of different types of commercial buildings in Europe. Sensible cooling loads (energy that must be removed from, e.g., the air inside a building) can typically be reduced by at least a factor of four compared to recent new buildings—through measures to reduce cooling loads (often a factor of 2–4) and through more efficient systems in meeting reduced loads (often a factor of two). Dehumidification energy use is less amenable to reduction but can be met through solar-powered desiccant dehumidification with minimal non-solar energy requirements. Advanced lighting systems that include daylighting with appropriate controls and sensors, and efficient electric lighting systems (layout, ballasts, luminaires) typically achieve a factor of two reduction in energy intensity compared to typical new systems (Dubois and Blomsterberg, 2011).

### 9.3.3.2 Monitoring and commissioning of new and existing buildings

Commissioning is the process of systematically checking that all components of building HVAC (Heating, Ventilation and Air Conditioning) and lighting systems have been installed properly and operate correctly. It often identifies problems that, unless corrected, increase energy use by 20% or more, but is often not done (Piette et al., 2001). Advanced building control systems are a key to obtaining very low energy intensities in commercial buildings. It routinely takes over one year or more to adjust the control systems so that they deliver the expected savings (Jacobson et al., 2011) through detailed monitoring of energy use once the building is occupied. Wagner et al. (2007) give

an example where monitoring of a naturally ventilated and passively cooled bank building in Frankfurt, Germany lead to a reduction in primary energy intensity from about 200 kWh/m²/yr during the first year of operation to 150 kWh/m²/yr during the third year (with a predicted improvement to 110 kWh/m²/yr during the fourth year). Post-construction evaluation also provides opportunities for improving the design and construction of subsequent buildings (Wingfield et al., 2011).

### 9.3.3.3   Zero energy/carbon and energy plus buildings

Net zero energy buildings (NZEBs) refer to buildings with on-site renewable energy systems (such as PV, wind turbines, or solar thermal) that, over the year, generate as much energy as is consumed by the building. NZEBs have varying definitions around the world, but these typically refer to a net balance of on-site energy, or in terms of a net balance of primary energy associated with fuels used by the building and avoided through the net export of electricity to the power grid (Marszal et al., 2011). Space heating and service hot water has been supplied in NZEBs either through heat pumps (supplemented with electric resistance heating on rare occasions), biomass boilers, or fossil fuel-powered boilers, furnaces, or cogeneration. Musall et al. (2010) identify almost 300 net zero or almost net zero energy buildings constructed worldwide (both commercial and residential). There have also been some NZE retrofits of existing buildings. Several jurisdictions have adopted legislation requiring some portion of, or all, new buildings to be NZEBs by specific times in the future (Kapsalaki and Leal, 2011).

An extension of the NZEB concept is the Positive-Energy Building Concept (having net energy production) (Stylianou, 2011; Kolokotsa et al., 2011). Issues related to NZEBs include (1) the feasibility of NZEBs; (2) minimizing the cost of attaining an NZEB, where feasible; (3) the cost of a least-cost NZEB in comparison with the cost of supplying a building's residual energy needs (after implementing energy efficiency measures) from off-site renewable energy sources; (4) the sustainability of NZEBs; (5) lifecycle energy use; and (6) impact on energy use of alternative uses or treatments of roofs.

To create a NZEB at minimal cost requires implementing energy saving measures in the building in order of increasing cost up to the point where the next energy savings measure would cost more than the cost of on-site renewable energy systems. In approximately one-third of NZEBs worldwide, the reduction in energy use compared to local conventional buildings is about 60% (Musall et al., 2010). Attaining net zero energy use is easiest in buildings with a large roof area (to host PV arrays) in relation to the building's energy demand, so a requirement that buildings be NZEB will place a limit on the achievable height and therefore on urban density. In Abu Dhabi, for example, NZEB is possible in office buildings of up to five stories if internal heat gains and lighting and HVAC loads are aggressively reduced (Phillips et al., 2009).

### 9.3.3.4   Incremental cost of low-energy buildings

A large number of published studies on the incremental costs of specific low-energy buildings are reviewed in Harvey (2013). Summary conclusions from this review, along with key studies underlying the conclusions, are given here, with Table 9.4 presenting a small selection to illustrate some of the main findings.

In the *residential sector*, several studies indicate an incremental cost of achieving the Passive House standard in the range of 6–16% of the construction cost (about 66–265 USD_{2010}/m²) as compared to standard construction. A variety of locations in the United States, show additional costs of houses that achieve 34–76% reduction in energy use of about 30–163 USD_{2010}/m²–this excludes solar PV for both savings and costs (Parker, 2009). The extra cost of meeting the 'Advanced' thermal envelope standard in the UK, which reduces heating energy use by 44% relative to the 2006 regulations, has been estimated at 7–9% (about 66–265 USD_{2010}/m²) relative to a design that meets the 2006 mandatory regulations—which have since been strengthened (Davis Langdon and Element Energy, 2011).

Several cold-climate studies indicate that if no simplification of the heating system is possible as a result of reducing heating requirements, then the optimal (least lifecycle cost, excluding environmental externalities) level of heating energy savings compared to recent code-compliant buildings is about 20–50% (Anderson et al., 2006; Hasan et al., 2008; Kerr and Kosar, 2011; Kurnitski et al., 2011). However, there are several ways in which costs can be reduced: (1) if the reference building has separate mechanical ventilation and hydronic heating, then the hydronic heating system can be eliminated or at least greatly simplified in houses meeting the Passive House standard (Feist and Schnieders, 2009); (2) perimeter heating units or heating vents can be eliminated with the use of sufficiently insulated windows, thereby reducing plumbing or ductwork costs (Harvey and Siddal, 2008); (3) the building shape can be simplified (reducing the surface area-to-volume ratio), which both reduces construction costs and makes it easier to reach any given low-energy standard (Treberspurg et al., 2010); and (4) in Passive Houses (where heating cost is negligibly small), individual metering units in multi-unit residential buildings could be eliminated (Behr, 2009). As well, it can be expected that costs will decrease with increasing experience and large-scale implementation on the part of the design and construction industries. For residential buildings in regions where cooling rather than heating is the dominant energy use, the key to low cost and emissions is to achieve designs that can maintain comfortable indoor temperatures while permitting elimination of mechanical cooling systems.

Available studies (such as in Table 9.4) indicate that the incremental cost of low-energy buildings in the *commercial sector* is less than in the residential sector, due to the greater opportunities for simplification of the HVAC system, and that it is possible for low-energy commercial buildings to cost less than conventional buildings. In particular, there are a number of examples of educational and small office buildings

**9**

that have been built to the Passive House standard at no additional cost compared to similar conventional or less-stringently low-energy local buildings (Anwyl, 2011; Pearson, 2011). The Research Support Facilities Building (RSF) at the National Renewable Energy Laboratory (NREL) in Golden, Colorado achieved a 67 % reduction in energy use (excluding the solar PV offset) at zero extra cost for the efficiency measures, as the design team was contractually obliged to deliver a low-energy building at no extra cost (Torcellini et al., 2010). Torcellini and Pless (2012) present many opportunities for cost savings such that low-energy buildings can often be delivered at no extra cost. Other examples of low-energy buildings (50–60 % savings relative to standards at the time) that cost less than conventional buildings are given in McDonell (2003) and IFE (2005). New Buildings Institute (2012) reports examples of net-zero-energy buildings that cost no more than conventional buildings. Even when low-energy buildings cost more, the incremental costs are often small enough that they can be paid back in energy cost savings within a few years or less (Harvey, 2013). The keys to delivering low-energy buildings at zero or little additional cost are through implementation of the Integrated Design Process (IDP; described in Section 9.3.1) and the design-bid-build process. Vaidya et al. (2009) discuss how the traditional, linear design process leads to missed opportunities for energy savings and cost reduction, often leading to the rejection of highly attractive energy savings measures.

## 9.3.4   Retrofits of existing buildings

As buildings are very long-lived and a large proportion of the total building stock existing today will still exist in 2050 in developed countries, retrofitting the existing stock is key to a low-emission building sector.

### 9.3.4.1   Energy savings

Numerous case studies of individual retrofit projects (in which measures, savings, and costs are documented) are reviewed in Harvey (2013), but a few broad generalizations are: (1) For detached single-family homes, the most comprehensive retrofit packages have achieved reductions in total energy use by 50–75 %; (2) in multi-family housing (such as apartment blocks), a number of projects have achieved reductions in space heating requirements by 80–90 %, approaching, in many cases, the Passive House standard for new buildings; (3) relatively modest envelope upgrades to multi-family housing in developing countries such as China have achieved reductions in cooling energy use by about one-third to one-half, and reductions in heating energy use by two-thirds; (4) in commercial buildings, savings in total HVAC energy use achieved through upgrades to equipment and control systems, but without changing the building envelope, are typically on the order of 25–50 %; (5) eventual re-cladding of building façades—especially when the existing façade is largely glass with a high solar heat gain coefficient, no external shading, and no provision for passive ventilation, and cooling—offers an opportunity for yet further significant

savings in HVAC energy use; and (6) lighting retrofits of commercial buildings in the early 2000s typically achieved a 30–60 % energy savings (Bertoldi and Ciugudeanu, 2005).

### 9.3.4.2   Incremental cost

Various isolated studies of individual buildings and systematic pilot projects involving many buildings, reviewed in Harvey (2013), indicate potentials (with comprehensive insulation and window upgrades, air sealing, and implementation of mechanical ventilation with heat recovery) reductions in heating energy requirements of 50–75 % in single-family housing and 50–90 % in multi-family housing at costs of about 100–400 $USD_{2010}/m^2$ above that which would be required for a routine renovation. For a small selection of these studies, see Table 9.4. In the commercial sector, significant savings can often be achieved at very low cost simply through retro-commissioning of equipment. Mills (2011) evaluated the benefits of commissioning and retro-commissioning for a sample of 643 buildings across the United States and reports a 16 % median whole-building energy savings in California, with a mean payback time of 1.1 years. Rødsjø et al. (2010) showed that among the 60 demonstration projects reviewed, the average primary energy demand savings was 76 %, and 13 of the projects reached or almost reached the Passive House standard. Although retrofits generally entail a large upfront cost, they also generate large annual cost savings, and so are often attractive from a purely economic point of view. Korytarova and Ürge-Vorsatz (2012) note that shallow retrofits can result in greater lifecycle costs than deep retrofits. Mata et al. (2010) studied 23 retrofit measures for buildings in Sweden and report a simple technical potential for energy savings in the residential sector of 68 % of annual energy use. They estimated a cost per kWh saved between −0.09 $USD_{2010}/kWh$ (appliance upgrades) and +0.45 $USD_{2010}/kWh$ (façade retrofit). Polly et al. (2011) present a method for determining optimal residential energy efficiency retrofit packages in the United States, and identify near-cost-neutral packages of measures providing between 29 % and 48 % energy savings across eight US locations. Lewis (2004) has compiled information from several studies in old buildings in Europe and indicates that the total and marginal cost of conserved energy both tend to be relatively uniform for savings of up to 70–80 %, but increase markedly for savings of greater than 80 % or for final heating energy intensities of less than about 40 $kWh/m^2/yr$.

## 9.3.5   Appliances, consumer electronics, office equipment, and lighting

Residential appliances have dramatically improved in efficiency over time, particularly in OECD countries (Barthel and Götz, 2013; Labanca and Paolo, 2013) due to polices such as efficiency standards, labels, and subsides and technological progress. Improvements are also appearing in developing countries such as China (Barthel and Götz, 2013) and less developed countries, such as Ghana (Antwi-Agyei, 2013). Old

**Table 9.4** | Summary of estimates for extra investment cost required for selected very low-/zero-energy buildings.

| Case | Location | Type | Energy performance | Extra investment costs | CCE (USD$_{2010}$/kWh) | References |
|------|----------|------|--------------------|-----------------------|------------------------|------------|
| Passive House Projects | Central Europe | New | Passive House standard | 5–8 % (143–225 USD$_{2010}$/m²) | – | (Bretzke, 2005; Schnieders and Hermelink, 2006) |
| 5 Passive Houses | Belgium | New | 62 kWh/m²/yr total | 16 % (252 USD$_{2010}$/m²) | – | (Audenaert et al., 2008) |
| Passive House apartment block | Vienna | New | Passive House standard | 5 % (69 USD$_{2010}$/m²) | – | (Mahdavi and Doppelbauer, 2010) |
| 12 very low or net zero-energy houses | United States | New | | 0.07–0.12 USD$_{2010}$/kWh (CCE) | – | (Parker, 2009) |
| 10 buildings in the SolarBauprogramme | Germany | New | < 100 kWh/m²/yr primary energy vs. 300–600—conventional | Comparable to the difference in costs between alternative standards for interior finishes | – | (Wagner et al., 2004) |
| High performance commercial buildings | Vancouver | New | 100 kWh/m²/yr total vs. 180—conventional | 10 % lower cost | – | (McDonell, 2003) |
| Offices and laboratory, Concordia University | Montreal | New | | 2.30 % | – | (Lemire and Charneux, 2005) |
| Welsh Information and Technology Adult Learning Centre (CaolfanHyddgen) | Wales | New | Passive House standard | No extra cost compared to BREEAM 'Excellent' standard | – | (Pearson, 2011) |
| Hypothetical 6,000 m² office building | Las Vegas | New | 42 % of energy savings | USD$_{2010}$ 2,719 | – | (Vaidya et al., 2009) |
| 10-story, 7,000 m² residential building | Denmark | New | 14 kWh/m²/yr (heating) vs. 45 | 3.4 % (115 USD$_{2010}$/m²) | – | (Marszal and Heiselberg, 2009) |
| Leslie Shao-Ming Sun Field Station, Stanford University | California | New | NZEB | 4–10 % more based on hard construction costs | – | (NBI, 2011) |
| Hudson Valley Clean Energy Headquarters | New York | New | NZEB | 665 USD$_{2010}$/month in mortgage payments but saves 823 USD$_{2010}$/month in energy costs | – | (NBI, 2011) |
| IAMU Office | Ankeny, IA | New | NZEB | None | – | (NBI, 2011) |
| EcoFlats Building | Portland, OR | New | NZEB | None | – | (NBI, 2011) |
| 10-story, 7,000 m² residential building | Denmark | New | NZEB | 24 % (558 USD$_{2010}$/m²) | – | (Marszal and Heiselberg, 2009) |
| Toronto towers | Toronto | Retrofit | 194/95 % | 259 USD$_{2010}$/m² | 0.052 | (Kesik and Saleff, 2009) |
| Multi-family housing | EU | Retrofit | 62–150/52 %–86 % | 53–124 USD$_{2010}$/m² | 0.014–0.023 | (Petersdorff et al., 2005) |
| Terrace housing | EU | Retrofit | 97–266/59 %–84 % | 90–207 USD$_{2010}$/m² | 0.13–0.023 | (Petersdorff et al., 2005) |
| High-rise housing | EU | Retrofit | 70 %–81 % | 2.5–5.8 USD$_{2010}$/m²/yr | 0.018–0.028 | (Walde et al., 2006) |
| 1950s MFH | Germany | Retrofit | 82–247/30 %–90 % | 48–416 USD$_{2010}$/m² | 0.023–0.065 | (Galvin, 2010) |
| 1925 SFH | Denmark | Retrofit | 120 | 217 USD$_{2010}$/m² | 0.071 | (Kragh and Rose, 2011) |
| 1929 MFH | Germany | Retrofit | 140–200/58 %–82 % | 167–340 USD$_{2010}$/m² | 0.060–0.088 | (Hermelink, 2009) |
| 19th century flat | UK | Retrofit | 192–234/48 %–59 % | 305–762 USD$_{2010}$/m² | 0.068–0.140 | (United House, 2009) |

appliances consume 650 TWh worldwide, which is almost 14 % of total residential electricity consumption (Barthel and Götz, 2013).

Table 9.5 summarizes potential reductions in unit energy by household appliances and equipment through improved technologies. The saving potentials identified for individual equipment are typically 40–50 %. Indeed, energy use by the most efficient appliances available today is often 30–50 % less than required by standards; the European A+++ model refrigerator, for example, consumes 50 % less electricity than the current regulated level in the EU (Letschert et al., 2013a), while the most efficient televisions awarded under the

Super-efficient Equipment and Appliance Deployment (SEAD) initiative use 33–44 % less electricity than similar televisions (Ravi et al., 2013). Aggregate energy consumption by these items is expected to continue to grow rapidly as the types and number of equipment proliferate, and ownership rates increase with wealth. This will occur unless standards are used to induce close to the maximum technically achievable reduction in unit energy requirements. Despite projected large increase in the stock of domestic appliances, especially in developing countries, total appliance energy consumption could be reduced if the best available technology were installed (Barthel and Götz, 2013; Letschert et al., 2013b). This could yield energy savings of

Table 9.5 | Potential savings in energy consumption by household appliances and equipment.

| Item | Savings potential | Reference |
|---|---|---|
| Televisions | Average energy use of units sold in the United States (largely LCDs) was 426 kWh/yr in 2008 and 102 kWh/yr in 2012. Further reductions (30–50 % below LCD TVs) are expected with use of organic LED backlighting (likely commercially available by 2015). | (Howard et al., 2012; Letschert et al., 2012) |
| Televisions | Energy savings of best available TVs compared to market norms are 32–45 % in Europe, 44–58 % in North America, and 55–60 % in Australia | (Park, 2013) |
| Computer monitors | 70 % reduction in on-mode power draw expected from 2011 to 2015 | (Park et al., 2013) |
| Computing | At least a factor of 10 million potential reduction in the energy required per computation (going well beyond the so-called Feynman limit). | (Koomey et al., 2013) |
| Refrigerator-freezer units | 40 % minimum potential savings compared to the best standards, 27 % savings at ≤0.11 USD$_{2010}$/kWh CCE (Costs of Conserved Energy) | (Bansal et al., 2011; McNeil and Bojda, 2012) |
| Cooking | 50 % savings potential (in Europe), largely through more efficient cooking practices alone | (Fechter and Porter, 1979; Oberascher et al., 2011) |
| Ovens | 25 % and 45 % potential savings through advanced technology in natural gas and conventional electric ovens, respectively, and 75 % for microwave ovens | (Mugdal, 2011; Bansal et al., 2011) |
| Dishwashers | Typically only 40–45 % loaded, increasing energy use per place setting by 77–97 % for 3 dishwashers studied | (Richter, 2011) |
| Dishwashers | Current initiative targets 17 % less electricity, 35 % less water than best US standard | (Bansal et al., 2011) |
| Clothes washers | Global 28 % potential savings by 2030 relative to business-as-usual | (Letschert et al., 2012) |
| Clothes Dryers | Factor of two difference between best and average units on the market in Europe (0.27 kWh/kg vs 0.59 kWh/kg). More than a factor of 2 reduction in going from United States average to European heat pump dryer (870 kWh/yr vs 380 kWh/yr) | (Werle et al., 2011) |
| Standby loads | Potential of < 0.005 W for adapters and chargers, < 0.05 for large appliances ('zero' in both cases) (typical mid 2000s standby power draw: 5–15 W) | (Harvey, 2010; Matthews, 2011), (Harvey, 2010) for mid 2000s data |
| Air conditioners | COP (a measure of efficiency) of 2.5–3.5 in Europe and United States, 5.0–6.5 in Japan (implies up to 50 % energy savings) | (Waide et al., 2011) |
| Air conditioners | COP of 4.2–6.8 for air conditioners such that the cost of saving electricity does not exceed the local cost of electricity, and a potential COP of 7.3–10.2 if all available energy-saving measures were to be implemented (implies a 50–75 % savings for a given cooling load and operating pattern). | (Shah et al., 2013) |
| Ceiling fans | 50–57 % energy savings potential | (Letschert et al., 2012; Sathaye et al., 2013) |
| Package of household appliances in Portugal | 60 % less energy consumption by best available equipment compared to typically-used equipment | (da Graca et al., 2012) |
| Office computers and monitors | 40 % savings from existing low-to-zero cost measures only | (Mercier and Morrefield, 2009) |
| Circulation pumps for hydronic heating and cooling | 40 % savings from projected energy use in 2020 in Europe (relative to a baseline with efficiencies as of 2004) due to legislated standards already in place | (Bidstrup, 2011) |
| Residential lighting | Efficacies (lm/W) (higher is better): standard incandescent, 15; CFL, 60; best currently available white-light LEDs, 100; current laboratory LEDs, 250 | (Letschert et al., 2012) |
| Residential water-using fixtures | 50–80 % reduction in water use by water-saving fixtures compared to older standard fixtures | (Harvey, 2010) |
| Residential water heaters | Typical efficiency factor (EF) for gas and electric water heaters in the USA is 0.67 and 0.8 in EU, while the most efficient heat-pump water heaters have EF=2.35 and an EF of 3.0 is foreseeable (factor of 4 improvement) | (Letschert et al., 2012) |

2600 TWh/yr by 2030 between the EU, United States, China and India (Letschert et al., 2013a). Ultra-low-power micro-computers in a wide variety of appliances and electronic equipment also have the potential to greatly reduce energy use through better control (Koomey et al., 2013). Conversely, new types of electronic equipment for ICT (e.g., satellite receivers, broadband home gateways, etc.), broadband and network equipment, and dedicated data centre buildings are predicted to increase their energy consumption (Fettweis and Zimmermann, 2008; Bolla et al., 2011; Bertoldi, 2012). Solid State Lighting (SSL) is revolutionizing the field of lighting. In the long term, inorganic light emitting diodes (LEDs) are expected to become the most widely used light sources. White LEDs have shown a steady growth in efficacy for

more than fifteen years, with average values of 65–70 lm/W (Schäppi and Bogner, 2013) and the best products achieving 100 lm/W (Moura et al., 2013). LED lighting will soon reach efficacy levels above all the other commercially available light source (Aman et al., 2013), including high efficiency fluorescent lamps.

### 9.3.6    Halocarbons

The emissions of F-gases (see Chapter 1 Table 1.1 and Chapter 5.3.1) related to the building sector primarily originate from cooling/refrigeration and insulation with foams. The sector's share of total F-gas emis-

sions is subject to high variation due to uncertainties, lack of detailed reporting and differences in accounting conventions. The following section discusses the role of the buildings sector in F-gas emissions under these constraints.

F-gases are used in buildings through several types of products and appliances, including refrigeration, air conditioning, in foams (such as for insulation) as blowing agents, fire extinguishers, and aerosols. The resulting share of the building sector in the total F-gas emissions, similarly to indirect $CO_2$ emissions from electricity generation, depends on their attribution. Inventories, such as EDGAR (JRC/PBL, 2013), are related to the production and sales of these gases and differing accounting conventions attribute emissions based on the point of their use, emissions, or production (UNEP, 2011a; EEA, 2013; US EPA, 2013). IPCC emission categories provide numbers to different sources of emission but do not systematically attribute these to sectors. Attribution can be done using a production or consumption perspective, rendering different sectoral shares (see Chapter 5.2.3.3). Compounding this variation, there are uncertainties resulting from the lack of attribution of the use of certain emission categories to different sectors they are used in and uncertainties in reported figures for the same emissions by different sources.

As a guidance on the share of F-gases in the building sector, for example, EDGAR (JRC/PBL, 2013; Annex II.9) attributed 12 % of direct F-gas emissions to the building sector in 2010 (JRC/PBL, 2013; Annex II.9). Of a further share of 22.3 % of F-gas emissions (21 % from HFC and SF6 production and 1.3 % from foam blowing) a substantial part can be allocated to the buildings sector. The greatest uncertainty of attribution of IPCC categories to the buildings sector is the share of Refrigeration and Air Conditioning Equipment (2F1a). This totals to up to one-third for the share of (direct plus indirect) buildings in F-gas emissions.

As another proxy, EDGAR estimates that HFCs represent the largest share (GWP adjusted) in the total F-gas emissions, at about 76 % of total 2010 F-gas emissions (JRC/PBL, 2013). Global HFC emissions are reported to be 760 MtCO$_2$eq by EDGAR (JRC/PBL, 2013); and 1100 MtCO$_2$eq by the US EPA (2010). These gases are used mostly (55 % of total in 2010) in refrigeration and air-conditioning equipment in homes, other buildings and industrial operations (UNEP, 2011a).

While F-gases represent a small fraction of the current total GHG emissions—around 2 % (see Chapter 1.2 and Chapter 5.2), their emissions are projected to grow in the coming decades, mostly due to increased demand for cooling and because they are the primary substitutes for ozone-depleting substances (US EPA, 2013).

Measures to reduce these emissions include the phase-out of HFCs and minimization of the need for mechanical cooling through high-performance buildings, as discussed in the following sections. The use of F-gases as an expanding agent in polyurethane foam has been banned in the EU since 2008, and by 2005, 85 % of production had already been shifted to hydrocarbons (having a much lower GWP). In Germany, almost all new refrigerators use natural refrigerants (isobutane, HC-600a, and propane, HC-29), which have great potential to reduce emissions during the operation and servicing of HFC-containing equipment (McCulloch, 2009; Rhiemeier and Harnisch, 2009). Their use in insulation materials saves heating and cooling related $CO_2$ emissions and thus their use in these materials still typically has a net benefit to GHG emissions, but a lifecycle assessment is required to determine the net effect on a case-by-case basis.

### 9.3.7   Avoiding mechanical heating, cooling, and ventilation systems

In many parts of the world, high-performance mechanical cooling systems are not affordable, especially those used for residential housing. The goal, then, is to use principles of low-energy design to provide comfortable conditions as much of the time as possible, thereby reducing the pressure to later install energy-intensive cooling equipment such as air conditioners. These principles are embedded in vernacular designs throughout the world, which evolved over centuries in the absence of mechanical heating and cooling systems. For example, vernacular housing in Vietnam (Nguyen et al., 2011) experienced conditions warmer than 31 °C only 6 % of the time. The natural and passive control system of traditional housing in Kerala, India has been shown to maintain bedroom temperatures of 23–29 °C even as outdoor temperatures vary from 17–36 °C on a diurnal time scale (Dili et al., 2010). While these examples show that vernacular architecture can be an energy efficient option, in order to promote the technology, it is necessary to consider the cultural and convenience factors and perceptions concerning 'modern' approaches, as well as the environmental performance, that influence the decision to adopt or abandon vernacular approaches (Foruzanmehr and Vellinga, 2011). In some cases, modern knowledge and techniques can be used to improve vernacular designs.

### 9.3.8   Uses of biomass

Biomass is the single largest source of energy for buildings at the global scale, and it plays an important role for space heating, production of hot water, and for cooking in many developing countries (IEA, 2012d). Compared to open fires, advanced biomass stoves provide fuel savings of 30–60 % and reduce indoor air pollution levels by 80–90 % for models with chimneys (Ürge-Vorsatz et al., 2012b). For example, in the state of Arunachal Pradesh, advanced cookstoves with an efficiency of 60 %, has been used in place of traditional cookstoves with an efficiency of 6–8 % (Rawat et al., 2010). Gasifier and biogas cookstoves have also undergone major developments since AR4.

**9**

### 9.3.9 Embodied energy and building materials lifecycle

Research published since AR4 confirms that the total lifecycle energy use of low-energy buildings is less than that of conventional buildings, in spite of generally greater embodied energy in the materials and energy efficiency features (Citherlet and Defaux, 2007; GEA, 2012). However, the embodied energy and carbon in construction materials is especially important in regions with high construction rates, and the availability of affordable low-carbon, low-energy materials that can be part of high-performance buildings determines construction-related emissions substantially in rapidly developing countries (Sartori and Hestnes, 2007; Karlsson and Moshfegh, 2007; Ramesh et al., 2010). A review of lifecycle assessment, lifecycle energy analysis, and material flow analysis in buildings (conventional and traditional) can be found in Cabeza et al. (2013a). Recent research indicates that wood-based wall systems entail 10–20 % less embodied energy than traditional concrete systems (Upton et al., 2008; Sathre and Gustavsson, 2009) and that concrete-framed buildings entail less embodied energy than steel-framed buildings (Xing et al., 2008). Insulation materials entail a wide range of embodied energy per unit volume, and the time required to pay back the energy cost of successive increments insulation through heating energy savings increases as more insulation is added. However, this marginal payback time is less than the expected lifespan of insulation (50 years) even as the insulation level is increased to that required to meet the Passive House standard (Harvey, 2007). The embodied energy of biomass-based insulation products is not lower than that of many non-biomass insulation products when the energy value of the biomass feedstock is accounted for, but is less if an energy credit can be given for incineration with cogeneration of electricity and heat, assuming the insulation is extracted during demolition of the building at the end of its life (Ardente et al., 2008).

### 9.3.10 Behavioural and lifestyle impacts

Chapter 2 discusses behavioural issues in a broad sense. There are substantial differences in building energy use in the world driven largely by behaviour and culture. Factors of 3 to 10 differences can be found worldwide in residential energy use for similar dwellings with same occupancy and comfort levels (Zhang et al., 2010), and up to 10 times difference in office buildings with same climate and same building functions with similar comfort and health levels (Batty et al., 1991; Zhaojian and Qingpeng, 2007; Zhang et al., 2010; Grinshpon, 2011; Xiao, 2011). The major characteristics of the lower energy use buildings are windows that can be opened for natural ventilation, part time & part space control of indoor environment (thermal and lighting), and variably controllable indoor thermal parameters (temperature, humidity, illumination and fresh air). These are traditional approaches to obtain a suitable indoor climate and thermal comfort. However, since the spread of globalized supply of commercial thermal conditioning, heating/cooling solutions tend towards fully controlled indoor climates through mechanical systems and these typically result in a significantly increased energy demand (TUBESRC, 2009). An alternative development pathway to the ubiquitous use of fully conditioned spaces by automatically operated mechanical systems is to integrate key elements of the traditional lifestyles in buildings, in particular through the use of 'part-time' and 'part-space' indoor climate conditioning, using mechanical systems only for the remaining needs when passive approaches cannot meet comfort demands. Such pathways can reach the energy use levels below 30 kWh$_e$/m$^2$/yr as a world average (TUBESRC, 2009; Murakami et al., 2009), as opposed to the 30–50 kWh$_e$/m$^2$/yr achievable through building development pathways utilizing fully automatized full thermal conditioning (Murakami et al., 2009; Yoshino et al., 2011).

Behaviour and local cultural factors can drive basic energy use practices, such as how people and organizations adjust their thermostats during different times of the year. During the cooling season, increasing the thermostat setting from 24 °C to 28 °C will reduce annual cooling energy use by more than a factor of three for a typical office building in Zurich and by more than a factor of two in Rome (Jaboyedoff et al., 2004), and by a factor of two to three if the thermostat setting is increased from 23 °C to 27 °C for night-time air conditioning of bedrooms in apartments in Hong Kong (Lin and Deng, 2004). Thermostat settings are also influenced by dress codes and cultural expectations towards attires, and thus major energy savings can be achieved through changes in attire standards, for example Japan's 'Cool Biz' initiative to relax certain business dress codes to allow higher thermostat settings (GEA, 2011).

Behaviour and lifestyle are crucial drivers of building energy use in more complex ways, too. Figure 9.9 shows the electricity use for summer cooling in apartments of the same building (occupied by households of similar affluence and size) in Beijing (Zhaojian and Qingpeng, 2007), ranging from 0.5 to 14.2 kWh/m$^2$/yr. The use difference is



**Figure 9.9 |** Annual measured electricity per unit of floor space for cooling in an apartment block in Beijing (Zhang et al., 2010).



**Figure 9.10 |** Annual total electricity use per unit of floor space of buildings on a university campus in Beijing, China, 2006 (Zhang et al., 2010).

mainly caused by different operating hours of the split air-conditioner units. Opening windows during summer and relying on natural ventilation can reduce the cooling load while maintaining indoor air quality in most warm climate countries (Batty et al., 1991), compared to solely relying on mechanical ventilation (Yoshino et al., 2011). Buildings with high-performance centralized air-conditioning can use much more energy than decentralized split units that operate part time and for partial space cooling, with a factor of 9 found by (Zhaojian and Qingpeng, 2007; Murakami et al., 2009), as also illustrated in Figure 9.10. There are similar findings for other energy end-uses, such as clothes dryers (the dominant practice in laundering in the United States) consuming about 600–1000 kWh/yr, while drying naturally is dominant in developing and even in many developed countries (Grinshpon, 2011).

Quantitative modelling of the impact of future lifestyle change on energy demand shows that, in developed countries where energy service levels are already high, lifestyle change can produce substantial energy use reductions. In the United States, for example, the short term behavioural change potential is estimated to be at least 20 % (Dietz et al., 2009) and over long periods of time, much more substantial reductions (typically 50 %) are possible, even in developed countries with relatively low consumption (Fujino et al., 2008; Eyre et al., 2010). Similar absolute reductions are not possible in developing countries where energy services demands need to grow to satisfy development needs. However, the rate of growth can be reduced by lower consumption lifestyles (Wei et al., 2007; Sukla et al., 2008). For more on consumption, see also Section 4.4.

Energy use of buildings of similar functions and occupancies can vary by a factor of 2–10, depending on culture and behaviour. For instance, Figure 9.10 and Figure 9.11 show the electricity usage of the HVAC system at two university campuses (in Philadelphia and Beijing) with similar climates and functions. The differences arise from: operating hours of lighting and ventilation (24h/day vs. 12h/day); full mechanical ventilation in all seasons versus natural ventilation for most of the year; and district cooling with selective re-heating versus seasonal decentralized air-conditioning. When the diversity of users' activities is taken into account, different technologies may be needed to satisfy the energy service demand. Therefore, buildings and their energy infrastructure need to be designed, built, and used taking into account culture, norms, and occupant behaviour. One universal standard of 'high efficiency' based on certain cultural activities may increase the energy usage in buildings with other cultural backgrounds, raising costs and emissions without improving the living standards. This is demonstrated in a recent case study of 10 'low-energy demonstration buildings' in China built in international collaborations. Most of these demonstration buildings use more energy in operation than ordinary buildings with the same functions and service levels (Xiao, 2011). Although several energy saving technologies have been applied, occupant behaviours were also restricted by, for instance, using techniques only suitable for full-time and full-space cooling.

9



**Figure 9.11 |** Annual unit area electricity use per unit of floor space of buildings on a university campus in Philadelphia, USA, 2006 (Zhang et al., 2010).

## 9.4 Infrastructure and systemic perspectives

### 9.4.1 Urban form and energy supply infrastructure

Land use planning influences greenhouse gas emissions in several ways, including through the energy consumption of buildings. More compact *urban form* tends to reduce consumption due to lower per capita floor areas, reduced building surface to volume ratio, increased shading, and more opportunities for district heating and cooling systems (Ürge-Vorsatz et al., 2012a). Greater compactness often has tradeoffs in regions with significant cooling demand, as it tends to increase the urban heat island effect. However, the overall impact of increased compactness is to reduce GHG emissions. Broader issues of the implications of urban form and land use planning for emissions are discussed in Chapter 12.5. Energy-using activities in buildings and their energy supply networks co-evolve. While the structure of the building itself is key to the amount of energy consumed, the *energy supply networks* largely determine the energy vector used, and therefore the carbon intensity of supply. Changing fuels and energy supply infrastructure to buildings will be needed to deliver large emissions reductions even with the major demand reductions outlined in Section 9.3. This section therefore focuses on the interaction of buildings with the energy infrastructure, and its implications for use of lower carbon fuels.

#### 9.4.1.1 District heating and cooling networks

*Heating and cooling networks* facilitate mitigation where they allow the use of higher efficiency systems or the use of waste heat or lower carbon fuels (e.g., solar heat and biomass) than can be used cost effectively at the scale of the individual building. High efficiency distributed energy systems, such as gas engines and solid oxide fuel cell cogeneration, generate heat and electricity more efficiently than the combination of centralized power plants and heating boilers, where heat can be used effectively. District energy systems differ between climate zones. Large-scale district heating systems of cold-climate cities predominantly provide space heating and domestic hot water. There are also some examples that utilize non-fossil heat sources, for example biomass and waste incineration (Holmgren, 2006). Despite their energy saving benefits, fossil fuel district heating systems cannot alone deliver very low carbon buildings. In very low energy buildings, hot water is the predominant heating load, and the high capital and maintenance costs of district heating infrastructure may be uneconomic (Thyholt and Hestnes, 2008; Persson and Werner, 2011). The literature is therefore presently divided on the usefulness of district heating to serve very low energy buildings. In regions with cold winters and hot summers, district energy systems can deliver both heating and cooling, usually at the city block scale, and primarily to commercial buildings. Energy savings of 30% can be achieved using trigeneration, load levelling, diurnal thermal storage, highly-efficient refrigeration, and advanced management (Nagota et al., 2008). Larger benefits are possible by using waste heat from incineration plants (Shimoda et al., 1998) and heat or cold from water source heat pumps (Song et al., 2007).

### 9.4.1.2    Electricity infrastructure interactions

Universal access to electricity remains a key development goal in developing countries. The capacity, and therefore cost, of electricity infrastructure needed to supply any given level of electricity services depends on the efficiency of electricity use. Electricity is the dominant energy source for cooling and appliances, but energy use for heating is dominated by direct use of fossil fuels in most countries. Electrification of heating can therefore be a mitigation measure, depending on the levels of electricity decarbonization and its end use efficiency. Heat pumps may facilitate this benefit as they allow electrification to be a mitigation technology at much lower levels of electricity decarbonization (Lowe, 2007). Ground-source heat pumps already have a high market share in some countries with low-cost electricity and relatively efficient buildings (IEA HPG, 2010). There is a growing market for low-cost air source heat pumps in mid-latitude countries (Cai et al., 2009; Howden-Chapman et al., 2009; Singh et al., 2010a). In many cases the attractions are that there are not pre-existing whole-house heating systems and that air-source heat pumps can provide both heating and cooling. A review of scenario studies indicates heating electrification may have a key role in decarbonization (Sugiyama, 2012), with heat pumps usually assumed to be the preferred heating technology (IEA, 2010a). This would imply a major technology shift from direct combustion of fossil fuels for building heating. Electricity use, even at high efficiency, will increase winter peak demand (Cockroft and Kelly, 2006) with implications for generation and distribution capacity that have not been fully assessed; there are challenges in retrofitting to buildings not designed for heating with low temperature systems (Fawcett, 2011), and the economics of a high capital cost heating system, such as a heat pump, in a low-energy building are problematic. The literature is inconclusive on the role and scale of electrification of heating as a mitigation option, although it is likely to be location-dependent. However, significant energy demand reduction is likely to be critical to facilitate universal electrification (Eyre, 2011), and therefore transition pathways with limited efficiency improvement and high electrification are implausible. Electricity infrastructure in buildings will increasingly  need to use information technology in 'smart grids' to provide consumer information and enable demand response to assist load balancing (see Chapter 7.12.3).

### 9.4.1.3    Thermal energy storage

Thermal energy storage can use diurnal temperature variations to improve load factors, and therefore reduce heating and cooling system size, which will be particularly important if heating is electrified. Thermal storage technologies could also be important in regions with electricity systems using high levels of intermittent renewable energy. The use of storage in a building can smooth temperature fluctuations and can be implemented by sensible heat (e.g., changing the building envelope temperature), or by storing latent heat using ice or phase change materials, in either passive or active systems (Cabeza et al., 2011). Both thermochemical energy storage (Freire González, 2010) and underground thermal energy storage (UTES) with ground source heat pumps (GSHP)

(Sanner et al., 2003) are being studied for seasonal energy storage in buildings or district heating and cooling networks, although UTES and GSHP are already used for short term storage (Paksoy et al., 2009).

### 9.4.2    Path dependencies and lock-in

Buildings and their energy supply infrastructure are some of the longest-lived components of the economy. Buildings constructed and retrofitted in the next few years to decades will determine emissions for many decades, without major opportunities for further change. Therefore the sector is particularly prone to lock-in, due to favouring incremental change (Bergman et al., 2008), traditionally low levels of innovation (Rohracher, 2001), and high inertia (Brown and Vergragt, 2008).

When a major retrofit or new construction takes place, state-of-the-art performance levels discussed in Section 9.3 are required to avoid locking in sub-optimal outcomes. Sunk costs of district heating, in particular, can be a disincentive to investments in very low energy buildings. Without the highest achievable performance levels, global building energy use will rise (Ürge-Vorsatz et al., 2012a). This implies that a major reduction in building energy use will not take place without strong policy efforts, and particularly the use of building codes that require adoption of the ambitious performance levels set out in Section 9.3 as soon as possible. Recent research (Ürge-Vorsatz et al., 2012a) finds that by 2050 the size of the lock-in risk is equal to almost 80 % of 2005 global building heating and cooling final energy use (see Figure 9.12). This is the gap between a scenario in which today's best cost-effective practices in new construction and retrofits become standard after a transitional period, and a scenario in which levels of building energy performance are changed only to today's best policy ambitions. This alerts us that while there are good developments in building energy efficiency policies, significantly more advances can and need to be made if ambitious climate goals are to be reached, otherwise significant emissions can be 'locked in' that will not be possible to mitigate for decades. The size of the lock-in risk varies significantly by region: e.g., in South-East Asia (including India) the lock-in risk is over 200 % of 2005 final heating and cooling energy use.

# 9.5    Climate change feedback and interaction with adaptation

Buildings are sensitive to climate change, which influences energy demand and its profile. As climate warms, cooling demand increases and heating demand decreases (Day et al., 2009; Isaac and Van Vuuren, 2009; Hunt and Watkiss, 2011), while passive cooling approaches become less effective (Artmann et al., 2008; Chow and Levermore, 2010). Under a +3.7 °C scenario by 2100, the worldwide reduction in heating energy



**Figure 9.12** | Final building heating and cooling energy use in 2005 and in scenarios from the Global Energy Assessment (GEA) for 2050, organized by eleven regions (Ürge-Vorsatz et al., 2012a). Notes: Green bars, indicated by arrows with numbers (relative to 2005 values), represent the opportunities through the GEA state-of-the-art scenario, while the yellow bars with black numbers show the size of the lock-in risk (difference between the sub-optimal and state-of-the-art scenario). Percent figures are relative to 2005 values. For region definitions see Annex II.2.4.

demand due to climate change may reach 34 % in 2100, while cooling demand may increase by ≥ 70 %; net energy demand could reach −6 % by 2050 and + 5 % by 2100; with significant regional differences, e.g., ≥ 20 % absolute reductions in heating demand in temperate Canada and Russia; cooling increasing by ≥ 50 % in warmer regions and even higher increases in cold regions (Isaac and Van Vuuren, 2009). Other regional and national studies (Mansur et al., 2008; van Ruijven et al., 2011; Wan et al., 2011; Xu et al., 2012a) reveal the same general tendencies, with energy consumption in buildings shifting from fossil fuels to electricity and affecting peak loads (Isaac and Van Vuuren, 2009; Hunt and Wat-

kiss, 2011), especially in warmer regions (Aebischer et al., 2007). Emissions implications of this shift are related to the fuels and technologies locally used for heat and power generation: a global reference scenario from Isaac and Van Vuuren (2009) shows a net increase in residential emissions of ≥ 0.3 Gt C (≥ 1.1 Gt $CO_2$eq) by 2100.

There is a wide-range of sensitivities but also many opportunities to respond to changing climatic conditions in buildings: modified design goals and engineering specifications increase resilience (Gerdes et al. 2011; Pyke et al., 2012). There is no consensus on definitions of climate

adaptive buildings, but several aims include minimizing energy consumption for operation, mitigating GHG emissions, providing adaptive capacity and resilience to the building stock, reducing costs for maintaining comfort, minimizing the vulnerability of occupants to extreme weather conditions, and reducing risks of disruption to energy supply and addressing fuel poverty (Roaf et al., 2009; Atkinson et al., 2009). Adaptation and mitigation effects may be different by development and urbanization level, climate conditions and building infrastructure. Contemporary strategies for adapting buildings to climate change still often emphasize increasing the physical resilience of building structure and fabric to extreme weather and climatic events, but this can lead to decreased functional adaptability and increased embodied energy and associated GHG emissions. Increased extremes in local weather-patterns can lead to sub-optimal performance of buildings that were designed to provide thermal comfort 'passively' using principles of bioclimatic design. In such circumstances, increased uncertainty over future weather patterns may encourage demand for mechanical space heating and/or cooling regardless of the climate-zone.

There are also several opportunities for heat island reduction, air quality improvement, and *radiation management* (geo-engineering) through building roofs and pavements, which constitute over 60 % of most urban surfaces and with co-benefits such as improved air quality (Ihara et al., 2008; Taha, 2008). Simulations estimate reductions in urban temperatures by up to 0.7 K (Campra et al., 2008; Akbari et al.,

2009; Oleson et al., 2010; Millstein and Menon, 2011). Akbari et al., (2009, 2012) estimated that changing the solar reflectance of a dark roof (0.15) to an aged white roof (0.55) results in a *one-time* offset of 1 to 2.5 tCO$_2$ per 10 m$^2$ of roof area through enhanced reflection. Global CO$_2$ one-time offset potentials from cool roofs and pavements amount to 78 GtCO$_2$ (Menon et al., 2010). Increasing the albedo of a 1 m$^2$ area by 0.01 results in a global temperature reduction of $3 \times 10^{-15}$ K and offsets emission of 7 kg CO$_2$ (Akbari et al., 2012).

## 9.6    Costs and potentials

### 9.6.1    Summary of literature on aggregated mitigation potentials by key identity

The chapter's earlier sections have demonstrated that there is a broad portfolio of different technologies and practices available to cut building-related emissions significantly. However, whereas these potentials are large at an individual product/building level, an important question is to determine what portion of the stock they apply to, and what the overall potential is if we consider the applicability, feasibility, and replacement dynamics, together with other constraints (Wada et al.,



**Figure 9.13 |** Regional studies on aggregated mitigation potentials grouped by key identity (i.e., main mitigation strategy). Note: Values correspond to the percentage reduction as compared to baseline (circle), if available, otherwise to base year (diamond), studies are numbered, for details see Table 9.6, note that for some studies there are multiple entries (indicated by number in extra bracket). For RC10 region definitions see Annex II.2.1.

**Table 9.6 |** Summary of literature on aggregated mitigation potentials in buildings categorized by key mitigation strategies.[1]

| Region (Study)[2] | Description of mitigation measures/package (year)[3] | End-uses[4] | Type[5] | Sector[6] | Base-end yrs | % change to baseline | % change to base yr[7] |
|---|---|---|---|---|---|---|---|
| **CARBON EFFICIENCY** | | | | | | | |
| EU (1) | Additional solar domestic hot water system | HW | T | RS | 2010–20 | | 20 %, pre |
| AU (2), AT (3) CA (4), DK (5) FL (6), DE (7) IT (8), JP (9) NL (10), ES (11) SE (12), CH (13) UK (14), US (15) | Solar electricity generation through buildings' roof-top PV installations | EL | T | BS | yearly | −46 %, −35 %, −31 %, −32 %, −19 %, −30 %, −45 %, −15 %, −32 %, −48 %, −20 %, −35 %, −31 %, −58 % | |
| IL (16) | All available rooftops are accounted for producing solar energy | EL | T | BS | yearly | −32 % | |
| ES (17) | An optimal implementation of the Spanish Technical Building Code and usage of 17 % of the available roof surface area | W | T-E | BS | 2009 | −68.4 % | |
| **TECHNICAL EFFICIENCY** | | | | | | | |
| World (18) | Significant efforts to fully exploit the potential for EE, all cost-effective renewable energy sources (RES) for heat and electricity generation, production of bio fuels, EE equipment | ALL | | BS | 2007–50 | −29 % | |
| US (19) | The cost-effective energy saving targets, assumed for each end-use on the basis of several earlier studies, are achieved by 2030 | ALL | T-E | BS | 2010–30 | −68 % | |
| NO (20) | Wide diffusion of heat pumps and other energy conservation measures, e.g., replacement of windows, additional insulation, heat recovery etc. | ALL | | BS | 2005–35 | −9.50 % | −21 % |
| TH (21) | Building energy code and building energy labeling are widely implemented, the requirements towards (nearly) zero-energy building (NZEBs) are gradually strengthened by 2030 | ALL | | CS | by 2030 | −51 % | |
| Northern Europe (22) | Improvements in lamp, ballast, luminaire technology, use of task/ambient lighting, reduction of illuminance levels, switch-on time, manual dimming, switch-off occupancy sensors, daylighting | L | T | CS | 2011 | −50 % | |
| Catalonia, ES (23) | Implementation of Technical Code of Buildings for Spain, using insulation and construction solutions that ensure the desired thermal coefficients | H/C | T | BS | 2005–15 | | −29 % |
| BH (24) | Implementation of the envelope codes requiring that the building envelope is well-insulated and efficient glazing is used | C | T | CS | 1 year | | −25 % |
| UK (25) | Fabric improvements, heating, ventilation and air-conditioning (HVAC) changes (including ventilation heat recovery), lighting and appliance improvements and renewable energy generation | ALL | T | CS | 2005–30 | −50 % ($CO_2$) | |
| CN (26) | Best Practice Scenario (BPS) examined the potential of an achievement of international best-practice efficiency in broad energy use today | APPL | T | RS, CS | 2009–30 | −35 % | |
| **SYSTEMIC EFFICIENCY** | | | | | | | |
| World (27) | Today's cost-effective best practice integrated design & retrofit becomes a standard | H/C | T-E | BS | 2005–50 | −70 % | −30 % |
| World (28) | The goal of halving global energy-related $CO_2$ emissions by 2050 (compared to 2005 levels); the deployment of existing and new low-carbon technologies | ALL | T-E | BS | 2007–50 | −34 % | |
| World (29) | High-performance thermal envelope, maximized the use of passive solar energy for heating, ventilation and daylighting, EE equipment and systems | ALL | T | BS | 2005–50 | −48 % | |
| US (30) | Advanced technologies, infrastructural improvements and some displacement of existing stock, configurations of the built environment that reduce energy requirements for mobility, but not yet commercially available | ALL | T-E | BS | 2010–50 | −59 % | −40 % |
| EU27 (31) | Accelerated renovation rates up to 4 %; 100 % refurbishment at high standards; in 2010 20 % of the new built buildings are at high EE standard; 100 %—by 2025 | ALL | T | RS | 2004–30 | −66 % | −71 % |
| DK (32) | Energy consumption for H in new RS will be reduced by 30 % in 2005, 2010, 2015 and 2020; renovated RS are upgraded to the energy requirements applicable for the new ones | H | T-E | RS | 2005–50 | | −82 % |

| Region (Study)[2] | Description of mitigation measures/package (year)[3] | End-uses[4] | Type[5] | Sector[6] | Base-end yrs | % change to baseline | % change to base yr[7] |
|---|---|---|---|---|---|---|---|
| CH (33) | Compliance with the standard comparable to the MINERGIE-P5, the Passive House and the standard A of the 2000 Watt society with low-carbon systems for H and W | H/W | T | RS | 2000–50 | −60 % | −68 % |
| | Buildings comply with zero energy standard (no heating demand) | H/W | T | RS | 2000–50 | −65 % | −72 % |
| DE (34) | The proportion of very high-energy performance dwellings increases up to 30 % of the total stock in 2020; the share of (nearly) zero-energy buildings (NZEBs) makes up 6 % | H/W | T | BS | 2010–20 | | −25 % (pr.e) −50 % ($CO_2$) |
| **ENERGY SERVICE DEMAND REDUCTION** | | | | | | | |
| FR (35) | EE retrofits, information acceleration, learning-by-doing and the increase in energy price. Some barriers to EE, sufficiency in H consumption are overcome | H | T | BS | 2008–50 | −21 % | −58 % |
| US (36) | Influence of five lifestyle factors reflecting consumers' behavioural patterns on residential electricity consumption was analyzed | EL | T | RS | 2005 | −40 % | |
| LT (37) | Change in lifestyle towards saving energy and reducing waste | ALL | T | RS | 1 year | −44 % | |
| US (38) | Commissioning as energy saving measure applied in 643 commercial buildings | ALL | T | CS | 1 year | −16 % (existing buildings) −13 % (new buildings) | |

**Notes:**

**1)** The Table presents the potential of final energy use reduction (if another is not specified) compared to the baseline and/or base year for the end-uses given in the column 3 and for the sectors indicated in the column 5.

**2) References:** 1: Anisimova (2011), 2–15: IEA (2002), 16: Yue and Huang (2011), 17: Vardimon (2011), 18: Izquierdo et al. (2011), 19: GPI (2010), 20: Brown et al. (2008a), 21: Sartori et al. (2009), 22: Pantong et al. (2011), 23: Dubois and Blomsterberg (2011), 24: Garrido-Soriano et al. (2012), 25: Radhi (2009), 26: Taylor et al. (2010), 27: Zhou et al. (2011a), 28: Ürge-Vorsatz et al. (2012c), 29: IEA (2010b), 30: Harvey (2010), 31: Laitner et al. (2012), 32: Eichhammer et al. (2009), 33: Tommerup and Svendsen (2006), 34: Chan and Yeung (2005), 35: Siller et al. (2007), 36: Schimschar et al. (2011), 37: Giraudet et al. (2012), 38: Sanquist et al. (2012), 39: Streimikiene and Volochovic (2011), 40: Mills (2011).

**3)** EE−energy efficiency;

**4)** H − space heating; C − space cooling; W − hot water; L − lighting; APPL − appliances; ALL − all end-uses; El - elecriticy;

**5)** T − technical; T-E − techno-economical;

**6)** BS − the whole building sector; RS − residential sector; CS − commercial sector;

**7)** pr.e. − primary energy.

Chapter 9

Buildings

9

2012). Figure 9.13 and the corresponding Table 9.6 synthesize the literature on a selection of regional studies on potentials through different types of measures, aggregated to stocks of the corresponding products/buildings at the regional level. The studies are organized by the four key identities discussed at the beginning of the chapter, translating into the four key mitigation strategies that apply to this sector—i.e., carbon efficiency, technological efficiency, systemic efficiency, and energy service demand reduction. However, as pointed out earlier, it is often not possible to precisely distinguish one category from the other, especially given the different categorizations in the studies, therefore the binning should be treated as indicative only. The potentials illustrated in the table and figure are usually given for final energy use (if not specified otherwise) and are mostly presented as a percentage of the respective baseline energy, specified in the original source. The figure demonstrates that the high potentials at the individual product/building level translate into relatively high potentials also at stock-aggregated levels: mitigation or energy saving potentials often go beyond 30 % to even 60 % of the baseline energy use/emission of the stock the measures apply to. The figure also attests that each of the four key mitigation strategies relevant to buildings can bring very large reductions, although systemic efficiency seems to bring higher results than other strategies, and energy service demand reduction has been so far estimated to bring the most modest results from among these strategies, although studies less often assess these options systematically.

The efficiency and cost studies presented here represent a single snapshot in time, implying that as this potential is being captured by policies or measures, the remaining potential dwindles. This has not been reinforced by experience and research. Analyses have shown that technological improvement keeps replenishing the potential for efficiency improvement, so that the potential for cost-effective energy efficiency improvement has not been diminishing in spite of continuously improving standards (NAS, 2010). The National Academy of Science (NAS) study (NAS, 2010) of the energy savings potentials of energy efficiency technologies and programmes across all sectors in the United States note that "[s]tudies of technical and economic energy-savings potential generally capture energy efficiency potential at a single point in time based on technologies that are available at the time a study is conducted. But new efficiency measures continue to be developed and to add to the long-term efficiency potential." These new efficiency opportunities continue to offer substantial cost-effective additional energy savings potentials after previous potentials have been captured so that the overall technical potential has been found to remain at the same order of magnitude for decades (NAS, 2010).

## 9.6.2   Overview of option-specific costs and potentials

Since the building sector comprises a very large number of end-uses, in each of these many different types of equipment being used, and for each of which several mitigation alternatives exist, giving a comprehensive account of costs and potentials of each, or even many, is out of the scope of this report. The next two sections focus on selected *key* mitigation options and discuss their costs and potentials in more depth. Section 9.6.2 focuses on whole-building approaches for new and retrofitted buildings, while the Section 9.6.3 analyzes a selection of important technologies systematically. Finally, Section 9.6.5 discusses the sensitivity of the findings from the earlier section to various assumptions and inputs.

### 9.6.2.1   Costs of very high performance new construction

There is increasing evidence that very high performance new construction can be achieved at little, or occasionally even at negative, additional costs (Ürge-Vorsatz et al., 2012a; Harvey, 2013 and Section 9.3). There are various methodologies applied to understand and demonstrate the cost-effectiveness of whole building new construction and retrofit, including project-based incremental cost accounting, population studies, and comparative modelling (Kats, 2009). For commercial buildings, there are instances where these methods have found no additional cost in meeting standards as high as the Passive House standard (see Section 9.3; Lang Consulting, 2013), or where the cost



**Figure 9.14** | Cost of conserved energy as a function of energy performance improvement (kWh/m²/yr difference to baseline) to reach 'Passive House' or more stringent performance levels, for new construction by different building types and climate zones in Europe. A discount rate of 3 % and the lifetime of 30 years for retrofit and 40 years for new buildings have been assumed. Sources: Hermelink (2006), Galvin (2010), ETK (2011), Gardiner and Theobald (2011), Nieminen (2011), Energy Institute Vorarlberg (2013), PHI (2013), Harvey (2013).





**Figure 9.15** | Cost of conserved carbon as a function of specific energy consumption for selected best practices shown in Figure 9.14. A discount rate of 3 % and the lifetime of 30 years for retrofit and 40 years for new buildings have been assumed. Sources: Hermelink (2006), Galvin (2010), ETK (2011), Gardiner and Theobald (2011), Nieminen (2011), Energy Institute Vorarlberg (2013), PHI (2013), Harvey (2013).

of low-energy buildings has been less than that of buildings meeting local energy codes. Surveys of delivered full building construction costs in the United States and Australia comparing conventional and green buildings in a variety of circumstances have been consistently unable to detect a significant difference in delivered price between these two categories. Rather, they find a wide range of variation costs irrespective of performance features (Davis Langdon, 2007; Urban Green Council and Davis Langdon, 2009). Collectively, these studies, along with evidence in 9.3 and the tables in this section indicate that significant improvements in design and operational performance can be achieved today under the right circumstances at relatively low or potentially no increases, or even decreases, in total cost.

The cost and feasibility of achieving various ZNEB definitions have shown that such goals are rarely cost-effective by conventional standards; however, specific circumstances, operational goals, and incentives can make them feasible (Boehland, 2008; Meacham, 2009). Table 9.4 in Section 9.3.5 highlights selected published estimates of the incremental cost of net zero-energy buildings; even for these buildings,

there are cases where there appears to have been little additional cost (e.g., NREL Laboratory). The costs of new ZNEBs are heavily dependent on supporting policies, such as net metering and feed-in-tariffs, and anticipated holding times, beyond the factors described below for all buildings. Unlike residential buildings, high-performance commercial buildings can cost less to build than standard buildings, even without simplifying the design, because the cost savings from the downsizing in mechanical and electricity equipment that is possible with a high-performance envelope can offset the extra cost of the envelope. In other cases, the net incremental design and construction cost can be reduced to the point that the time required to payback the initial investment through operating cost savings is quite attractive.

Figure 9.14 shows the resulting cost-effectiveness from a set of documented best practices from different regions measured in cost of conserved energy (CCE). The figure demonstrates well that, despite the very broad typical variation in construction costs due to different designs and non-energy related extra investments, high-performance new construction can be highly cost-effective. Several examples confirming the point established in Section 9.3 that even negative CCEs can be achieved for commercial buildings—i.e., that the project is profitable already at the investment stage, or that the high-performance building costs less than the conventional one. Cost-effectiveness requires that the investments are optimized with regard to the





**Figure 9.16** | Cost of conserved energy as a function of energy saving in percent for European retrofitted buildings by building type and climate zones. A discount rate of 3 % and the lifetime of 30 years for retrofit and 40 years for new buildings have been assumed. Sources: Hermelink (2006), Galvin (2010), ETK (2011), Gardiner and Theobald (2011), Nieminen (2011), Energy Institute Vorarlberg (2013), PHI (2013), Harvey (2013).

**9**

additional vs. reduced (e.g., simplified or no heating system, ductwork, etc.) investment requirements and no non-energy related 'luxury' construction investments are included (see Section 9.3 for further discussion of ensuring cost-effectiveness at the individual building level). It is also important to note that very high-performance construction is still at the demonstration/early deployment level in many jurisdictions, and further cost reductions are likely to occur (see, e.g., GEA, 2012). Figure 9.14 also shows that higher savings compared to the baseline come at a typically lower cost per unit energy saving—i.e., deeper reductions from the baseline tend to increase the cost-efficiency.

Although converting energy saving costs to mitigation costs introduces many problems, especially due to the challenges of emission factors, Figure 9.15 displays the associated mitigation cost estimates of selected points from Figure 9.14 to illustrate potential trends in cost of conserved carbon (CCC). The result is a huge range of CCC, which extends from three-digit negative costs to triple digit positive costs per ton of $CO_2$ emissions avoided.

#### 9.6.2.2    Costs of deep retrofits

Studies have repeatedly indicated the important distinction between conventional 'shallow' retrofits, often reducing energy use by only 10–30%, and aggressive 'deep' retrofits (i.e., 50% or more relative to baseline conditions, especially when considering the lock-in effect. Korytarova and Ürge-Vorsatz (2012) evaluated a range of existing building types to characterize different levels of potential energy savings under different circumstances. They describe the potential risk for shallow retrofits to result in lower levels of energy efficiency and higher medium-term mitigation costs when compared to performance-based policies promoting deep retrofits. Figure 9.16 presents the costs of conserved energy related to a selection of documented retrofit best practices, especially at the higher end of the savings axis. The figure shows that there is sufficient evidence that deep retrofits can be cost-effective in many climates, building types, and cultures. The figure further shows that, while the cost range expands with very large savings, there are many examples that indicate that deep retrofits do not necessarily need to cost more in specific cost terms than the shallow retrofits—i.e., their cost-effectiveness can remain at equally attractive levels for best practices. Retrofits getting closer to 100% savings start to get more expensive, mainly due to the introduction of presently more expensive PV and other building-integrated renewable energy generation technologies.

### 9.6.3    Assessment of key factors influencing robustness and sensitivity of costs and potentials

Costs and potentials of the measures described in previous sections depend heavily on various factors and significantly influence the cost-effectiveness of the investments. While these investments vary with the types of measures, a few common factors can be identified.







**Figure 9.17 |** Sensitivity analysis of the key parameters: Top: CCC for new buildings in response to the variation in fuel price; middle: CCE for retrofit buildings in response to the variation in discount rate for selected data points shown in Figure 9.14, Figure 9.15 and Figure 9.16; bottom: CCC for new buildings in response to the variation in emission factor.

For the cost-effectiveness of energy-saving investments, the state of efficiency of the baseline is perhaps the most important determining factor. For instance, a Passive House represents a factor of 10–20 improvement when compared to average building stocks, but only a fraction of this when compared to, for instance, upcoming German new building codes. Figure 9.16 and Figure 9.17 both vary the baseline for the respective measure.

CCE figures and thus 'profitability', fundamentally depend on the discount rate and assumed lifetime of the measure, and CCC depends further on the background emission factor and energy price. Figure 9.17 illustrates, for instance, the major role discount rate, emission factor, and energy price play when determining costs and cost-effectiveness. Beyond the well quantifiable influences, further parameters that contribute to the variability of the cost metrics are climate type, geographic region, building type, etc.

## 9.7 Co-benefits, risks and spillovers

### 9.7.1 Overview

Mitigation measures depend on and interact with a variety of factors that relate to broader economic, social, and/or environmental objectives that drive policy choices. Positive side-effects are deemed 'co-benefits'; if adverse and uncertain, they imply risks.[1] Potential co-benefits and adverse side-effects of alternative mitigation measures (Sections 9.7.1–9.7.3), associated technical risks, and uncertainties, as well as their public perception (see the relevant discussion in Sections 9.3.10 and 9.8), can significantly affect investment decisions, individual behaviour, and policymaking priority settings. Table 9.7 provides an overview of the potential co-benefits and adverse side-effects of the mitigation measures assessed in accordance with sustainable development pillars (Chapter 4). The extent to which co-benefits and adverse side-effects will materialize in practice, as well as their net effect on social welfare, differ greatly across regions. It is strongly dependent on local circumstances, implementation practices, scale, and pace of measures deployment (see Section 6.6). Ürge-Vorsatz et al. (2009) and GEA (2012), synthesizing previous research efforts (Mills and Rosenfeld, 1996), recognize the following five major categories of co-benefits attributed to mitigation actions in buildings: (1) health effects (e.g., reduced mortality and morbidity from improved indoor and outdoor air quality), (2) ecological effects (e.g., reduced impacts on ecosystems due to the improved outdoor environment), (3) economic effects

(e.g., decreased energy bill payments, employment creation, improved energy security, improved productivity), (4) service provision benefits (e.g., reduction of energy losses during energy transmission and distribution), and (5) social effects (e.g., fuel poverty alleviation, increased comfort due to better control of indoor conditions and the reduction of outdoor noise, increased safety). Taken together, the GEA (2012) found that only the monetizable co-benefits associated with energy efficiency in buildings are at least twice the resulting operating cost savings.

On the other hand, some risks are also associated with the implementation of mitigation actions in buildings emanating mostly from limited energy access and fuel poverty issues due to higher investment and (sometimes) operating costs, health risks in sub-optimally designed airtight buildings, and the use of sub-standard energy efficiency technologies including risks of premature failure. The AR4 (Levine et al., 2007) and other major recent studies (UNEP, 2011b; GEA, 2012) provide a detailed presentation and a comprehensive analysis of such effects. Here, a review of recent advances focuses on selected co-benefits/risks, with a view to providing methods, quantitative information, and examples that can be utilized in the decision-making process.

### 9.7.2 Socio-economic effects

#### 9.7.2.1 Impacts on employment

Studies (Scott et al., 2008; Pollin et al., 2009; Kuckshinrichs et al., 2010; Köppl et al., 2011; ILO, 2012) have found that greater use of renewables and energy efficiency in the building sector results in positive economic effects through job creation, economic growth, increase of income, and reduced needs for capital stock in the energy sector. These conclusions, however, have been criticized on grounds that include, among others, the accounting methods used, the efficacy of using public funds for energy projects instead of for other investments, and the possible inefficiencies of investing in labour-intensive activities (Alvarez et al., 2010; Carley et al., 2011; Gülen, 2011). A review of the literature on quantification of employment effects of energy efficiency and mitigation measures in the building sector is summarized in Figure 9.18. The bulk of the studies reviewed, which mainly concern developed economies, point out that the implementation of mitigation interventions in buildings generates on average 13 (range of 0.7 to 35.5) job-years per million USD$_{2010}$ spent. This range does not change if only studies estimating net employment effects are considered. Two studies (Scott et al., 2008; Gold et al., 2011) focus on cost savings from unspent energy budgets that can be redirected in the economy, estimating that the resulting employment effects range between 6.0 and 10.2 job-years per million USD$_{2010}$ spent. Several studies (Pollin et al., 2009; Ürge-Vorsatz et al., 2010; Wei et al., 2010; Carley et al., 2011) agree that building retrofits and investments in clean energy technologies are more labour-intensive than conventional approaches (i.e., energy production from fossil fuels, other construction activities). However,

---

[1]   Co-benefits and adverse side-effects describe effects in non-monetary units without yet evaluating the net effect on overall social welfare. Please refer to the respective sections in the framing chapters (particularly 2.4, 3.6.3, and 4.8) as well as to the glossary in Annex I for concepts and definitions.

**Table 9.7 |** Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) associated with mitigation actions in buildings. Please refer to Sections 7.9, 11.7, and 11.13 for possible upstream effects of low-carbon electricity and biomass supply on additional objectives. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale (see Section 6.6). For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2.

| Co-benefits/Adverse side-effects | Residential buildings | Commercial buildings | Buildings in developed countries | Buildings in developing countries | Retrofits of existing buildings | Exemplary new buildings | Efficient equipment | Fuel switching/RES incorporation/green roofs | Behavioural changes | References |
|---|---|---|---|---|---|---|---|---|---|---|
| **Economic** | | | | | | | | | | |
| ↑ Employment impact | X | X | X | X | X | X | X | X | | Scott et al. (2008); Pollin et al. (2009); Ürge-Vorsatz et al. (2010); Gold et al. (2011) |
| ↑ Energy security | X | X | X | X | X | X | X | X | X | IEA (2007); Dixon et al. (2010); Borg and Kelly (2011); Steinfeld et al. (2011) |
| ↑ Productivity | | X | X | X | X | X | X | | | Fisk (2002); Kats et al. (2003); Loftness et al. (2003); Singh et al. (2010b) |
| ↑ Enhanced asset values of buildings | X | X | X | X | X | X | | | | Miller et al. (2008); Brounen and Kok (2011); Deng et al. (2012b) |
| ↑ Lower need for energy subsidies | X | X | X | X | X | X | | | | Ürge-Vorsatz et al. (2009); GEA (2012) |
| ↑ Disaster resilience | X | X | X | X | X | X | | | | Berdahl (1995); Mills (2003); Coaffee (2008) |
| **Social** | | | | | | | | | | |
| ↑ Fuel poverty alleviation (reduced demand for energy) | X | | X | X | | | X | X | | Tirado Herrero et al. (2012b); Healy (2004); Liddell and Morris (2010); Hills (2011); Ürge-Vorsatz and Tirado Herrero (2012) |
| ↓ Fuel poverty alleviation (in cases of increases in the cost of energy) | X | | X | X | | | | X | | GEA (2012); Rao (2013) |
| ↓ Energy access (in cases of increases in the cost of energy, high investment costs needed, etc.) | X | | | X | | | X | X | | GEA (2012); for a more in-depth discussion please see Section 7.9.1 |
| ↑ Noise impact, thermal comfort | X | X | X | X | X | X | | | | Jakob (2006); Stoecklein and Skumatz (2007) |
| ↑ Increased productive time for women and children (for replaced traditional cookstoves) | X | | | X | | | X | X | | Reddy et al. (2000); Lambrou and Piana (2006); Hutton et al. (2007); Arenberg et al. (2013); Wodon and Blackden (2006) |
| ↓ Rebound effect | X | X | X | X | X | X | X | X | | Greening et al. (2000); Sorrell (2007); Hens et al. (2009); Sorrell (2009); Druckman et al. (2011); Ürge-Vorsatz et al. (2012a) |
| **Health/Environmental** | | | | | | | | | | |
| *Health impact due to:* | | | | | | | | | | |
| ↑ *reduced outdoor pollution* | X | X | X | X | X | X | X | X | X | Levy et al. (2003); Aunan et al. (2004); Mirasgedis et al. (2004); Chen et al. (2007); Crawford-Brown et al. (2012); Milner et al. (2012); see Section 7.9.2 |
| ↑ *reduced indoor pollution* | X | | | X | | | X | X | | Bruce et al. (2006); Zhang and Smith (2007); Duflo et al. (2008); WHO (2009); Wilkinson et al. (2009); Howden-Chapman and Chapman (2012); Milner et al. (2012); WGII Section 11.9. |
| ↑ *improved indoor environmental conditions* | | | | | | | | | X | Fisk (2002); Singh et al. (2010b); Howden-Chapman and Chapman (2012); Milner et al. (2012) |
| ↑ *fuel poverty alleviation* | X | | X | X | | | X | X | | Tirado Herrero et al. (2012b); Healy (2004); Liddell and Morris (2010); Hills (2011); Ürge-Vorsatz and Tirado Herrero (2012) |
| ↓ *insufficient ventilation (sick building syndrome), sub-standard energy efficiency technologies, etc.* | X | X | X | X | | | | | | Fisk (2002); GEA (2012); Milner et al. (2012) |
| ↑ Ecosystem impact | X | | X | X | X | X | | X | | Aunan et al. (2004); Mirasgedis et al. (2004); Ürge-Vorsatz et al. (2009); Cam (2012) |
| ↑ Reduced water consumption and sewage production | X | X | X | X | X | X | | | | Kats et al. (2005); Bansal et al. (2011) |
| ↑ Urban heat island effect | X | | X | X | | X | | X | | Cam (2012); Xu et al. (2012b); see Sections 9.5 and 12.8 |

9

9

to what extent investing in clean energy creates more employment compared to conventional activities depends also on the structure of the economy in question, level of wages, and if the production of equipment and services to develop these investments occurs or not inside the economy under consideration. To this end, the estimation of net employment benefits instead of gross effects is of particular importance for an integrated analysis of energy efficiency implications on the economy. Investing in clean technologies may create new job activities (e.g., in solar industry, in the sector of new building materials etc.), but the vast majority of jobs can be in traditional areas (Pollin et al., 2009) albeit with different skills required (ILO, 2012).

#### 9.7.2.2    Energy security

Implementation of mitigation measures in the buildings sector can play an important role in increasing the sufficiency of resources to meet national energy demand at competitive and stable prices and improving the resilience of the energy supply system. Specifically, mitigation actions result in: (1) strengthening power grid reliability through the enhancement of properly managed on-site generation and the reduction of the overall demand, which result in reduced power transmission and distribution losses and constraints (Kahn, 2008; Passey et al., 2011); (2) reducing cooling-related peak power demand and shifting demand to off-peak periods (Borg and Kelly, 2011; Steinfeld et al., 2011); and (3) increasing the diversification of energy sources as well as the share of domestic energy sources used in a specific energy system (see for example Dixon et al., 2010). A more general discussion on energy security is provided in Section 6.6.

#### 9.7.2.3    Benefits related to workplace productivity

Investment in low-carbon technologies related to air conditioning and wall thermal properties during construction or renovation improves workplace productivity, as evidenced by a meta-analysis of several studies (Fisk, 2002; Kats et al., 2003; Loftness et al., 2003; Ries et al., 2006; Sustainability Victoria and Kador Group, 2007; Miller et al., 2009; Singh et al., 2010b). On average, energy efficient buildings may result in increased productivity by 1–9 % or even higher for specific activities or case studies. The productivity gains can be attributed to: (1) reduced working days lost due to asthma and respiratory allergies; (2) fewer work hours affected by flu, respiratory illnesses, depression, and stress; and (3) improved worker performance from changes in thermal comfort and lighting. Productivity gains can rank among the highest value co-benefits when these are monetized, especially in countries with high labour costs (GEA, 2012).

#### 9.7.2.4    Rebound effects

Improvements in energy efficiency can be offset by increases in demand for energy services due to the rebound effect. The general issues relating to the effect are set out in Sections 3.9.5 and 5.6. The rebound effect is of particular importance in buildings because of the high proportion of energy efficiency potential in this sector. Studies related to buildings form a major part of the two major reviews of rebound (Greening et al., 2000; Sorrell, 2007). Direct rebound effects tend to be in the range 0–30 % for major energy services in buildings such as heating and cooling (Sorrell et al., 2009; Ürge-Vorsatz et al., 2012b)



**Figure 9.18 |** Employment effects attributed to GHG mitigation initiatives from different provinces, countries and regions in the building sector.

Sources used: USA (Scott et al., 2008; Bezdek, 2009; Hendricks et al., 2009; Pollin et al., 2009; Garrett-Peltier, 2011; Gold et al., 2011), Hungary (Ürge-Vorsatz et al., 2010), Ontario, Canada (Pollin and Garrett-Peltier, 2009), Germany (Kuckshinrichs et al., 2010), Denmark (Ege et al., 2009), EU (ETUC, 2008), Greece (Markaki et al., 2013), France (ADEME, 2008). All studies from the USA, Hungary, Ontario Canada and Greece include the direct, indirect and induced employment effects. In ADEME (2008) and ETUC (2008) only the direct effects are taken into account. Ege et al. (2009) includes the direct and indirect effects while this information is not provided in Kuckshinrichs et al. (2010).

**9**

in developed countries. For energy services where energy is a smaller fraction of total costs, e.g., electrical appliances, there is less evidence, but values are lower and less than 20% (Sorrell, 2007). Somewhat higher rebound levels have been found for lower income groups (Hens et al., 2009; Roy, 2000), implying that rebound contributes positively to energy service affordability and development. However, there is limited evidence outside OECD countries (Roy, 2000; Ouyang et al., 2010) and further research is required here. Studies of indirect rebound effects for buildings tend to show low values, e.g., 7% for thermostat changes (Druckman et al., 2011). Some claims have been made that indirect rebound effects may be very large (Brookes, 2000; Saunders, 2000), even exceeding 100%, so that energy efficiency improvement would increase energy use. These claims may have had some validity for critical 'general purpose technologies' such as steam engines during intensive periods of industrialization (Sorrell, 2007), but there is no evidence to support large rebound effects for energy efficiency in buildings. Declining energy use in developed countries with strong policies for energy efficiency in buildings indicates rebound effects are low (see Section 9.2). Rebound effects should be taken into account in building energy efficiency policies, but do not alter conclusions about their importance and cost effectiveness in climate mitigation (Sorrell, 2007).

#### 9.7.2.5    Fuel poverty alleviation

Fuel poverty is a condition in which a household is unable to guarantee a certain level of consumption of domestic energy services (especially heating) or suffers disproportionate expenditure burdens to meet these needs (Boardman, 1991; BERR, 2001; Healy and Clinch, 2002; Buzar, 2007; Ürge-Vorsatz and Tirado Herrero, 2012). As such, it has a range of negative effects on the health and welfare of fuel poor households. For instance, indoor temperatures that are too low affect vulnerable population groups like children, adolescent, or the elderly (Liddell and Morris, 2010; Marmot Review Team, 2011) and increase excess winter mortality rates (The Eurowinter Group, 1997; Wilkinson et al., 2001; Healy, 2004). A more analytical discussion on the potential health impacts associated with fuel poverty is presented in Section 9.7.3. Despite the fact that some mitigation measures (e.g., renewables) may result in higher consumer energy prices aggravating energy poverty, substantially improving the thermal performance of buildings (such as Passive House) and educating residents on appropriate energy management can largely alleviate fuel poverty. Several studies have shown that fuel poverty-related monetized co-benefits make up over 30% of the total benefits of energy efficiency investments and are more impor-

tant than those arising from avoided emissions of greenhouses gases and other harmful pollutants like $SO_2$, $NO_X$ and $PM_{10}$ (Clinch and Healy, 2001; Ürge-Vorsatz and Tirado Herrero, 2012).

### 9.7.3    Environmental and health effects

#### 9.7.3.1    Health co-benefits due to improved indoor conditions

The implementation of energy efficiency interventions in buildings improves indoor conditions resulting in significant co-benefits for public health, through: (1) reduction of indoor air pollution, (2) improvement of indoor environmental conditions, and (3) alleviation of fuel poverty particularly in cold regions. In developing countries, inefficient combustion of traditional solid fuels in households produces significant gaseous and particulate emissions known as products of incomplete combustion (PICs), and results in significant health impacts, particularly for women and children, who spend longer periods at home (Zhang and Smith, 2007; Duflo et al., 2008; Wilkinson et al., 2009). Indoor air pollution from the use of biomass and coal was responsible for 2 million premature deaths and 41 million disability-adjusted life-years (DALYs) worldwide in 2004 (WHO, 2009), with recent estimates (Lim et al., 2012) reaching as high as 3.5 million premature deaths in 2010. Another half a million premature deaths are attributed to household cook fuel's contribution to outdoor air pollution, making a total of about 4 million (see WGII Chapter 11.9.1.3). Several climate mitigation options such as improved cookstoves, switching to cleaner fuels, changing behaviours, and switching to more efficient and less dangerous lighting technologies address not only climate change but also these health issues (Anenberg et al., 2012; Smith et al., 2013; Rao et al., 2013). Wilkinson et al. (2009) showed that the implementation of a national programme promoting modern low-emissions stove technologies in India could result in significant health benefits amounting to 12,500 fewer DALYs per million population in one year. Bruce et al. (2006) investigated the health benefits and the costs associated with the implementation of selected interventions aiming at reducing indoor air pollution from the use of solid fuels for cooking/space heating in various world regions (Table 9.8).

In both developed and developing countries, better insulation, ventilation, and heating systems in buildings improve the indoor conditions and result in fewer respiratory diseases, allergies and asthma as

Table 9.8 | Healthy years gained per thousand USD$_{2010}$ spent in implementing interventions aiming at reducing indoor air pollution. Source: Bruce et al. (2006).

| Intervention | Sub-Saharan Africa | Latin America and Caribbean | Middle East and North Africa | Europe and Central Asia | South Asia | East Asia and the Pacific |
|---|---|---|---|---|---|---|
| Access to cleaner fuels: LPG | 1.30—1.79 | 0.66—1.19 | ~1.2 | 0.70—0.76 | 1.70—2.97 | 0.55—9.30 |
| Access to cleaner fuels: Kerosene | 11.1—15.4 | 1.46—8.77 | ~9.7 | 5.07—5.56 | 14.8—25.8 | 4.11—79.5 |
| Improved stoves | 36.7—45.9 | 0.84—0.98 | 2.03—2.52 | n.a. | 62.4—70.7 | 1.58—3.11 |

well as reduced sick building syndrome (SBS) symptoms (Fisk, 2002; Singh et al., 2010b). On the other hand, insufficient ventilation in air-tight buildings has been found to affect negatively their occupants' health, as has the installation of sub-standard energy efficiency tech-nologies due to in-situ toxic chemicals (Fisk, 2002; GEA, 2012; Milner et al., 2012). Of particular importance is the alleviation of fuel pov-erty in buildings, which is associated with excess mortality and mor-bidity effects, depression, and anxiety (Green and Gilbertson, 2008). It is estimated that over 10 % to as much as 40 % of excess winter deaths in temperate countries is related to inadequate indoor tem-peratures (Clinch and Healy, 2001; Marmot Review Team, 2011). In countries such as Poland, Germany, or Spain, this amounts to several thousand—up to 10,000—excess annual winter deaths. These fig-ures suggest that in developed countries, fuel poverty may be caus-ing premature deaths per year similar to or higher than that of road traffic accidents (Bonnefoy and Sadeckas, 2006; Ürge-Vorsatz et al., 2012; Tirado Herrero et al., 2012b). Improved residential insulation is expected to reduce illnesses associated with room temperature thus provide non-energy benefits, such as reduced medical expenses and reduced loss of income due to unpaid sick leave from work and school. A study in the UK found that for each $USD_{2010}$ 1 invested for warm-ing homes reduces the healthcare costs by $USD_{2010}$ 0.49 (Liddell, 2008). Such findings suggest that addressing fuel poverty issues and the resulting health impacts in developing nations are even more impor-tant, as a greater share of the population is affected (WHO, 2011).

### 9.7.3.2    Health and environmental co-benefits due to reduced outdoor air pollution

The implementation of mitigation measures in the building sector reduces the consumption of fossil fuels and electricity, thus improv-ing the outdoor air quality and resulting in: (1) reduced mortality and morbidity, particularly in developing countries and big cities (Smith et al., 2010; Harlan and Ruddell, 2011; see Section 12.8); and (2) less stresses on natural and anthropogenic ecosystems (see Section 7.9.1). Quantification and valuation of these benefits is possible, and allows them to be integrated into cost-benefit analysis. Many studies (Levy et al., 2003; Aunan et al., 2004; Mi  asgedis et al., 2004; Chen et al., 2007; Crawford-Brown et al., 2012) have monetized the health and environmental benefits attributed to reduced outdoor air pollu-tion that result from the implementation of energy efficiency mea-sures in buildings. The magnitude of these benefits is of the order of 8–22 % of the value of energy savings in developed countries (Levy et al., 2003; Næss-Schmidt et al., 2012), and even higher in developing nations (see Chapter 6.6). Markandya et al. (2009) esti-mated that the health benefits expressed in $USD_{2010}$ per ton of $CO_2$ not emitted from power plants (through for example the implemen-tation of electricity conservation interventions) are in the range of 2 $USD_{2010}/tCO_2$ in EU, 7 $USD_{2010}/tCO_2$ in China and 46 $USD_{2010}/tCO_2$ in India, accounting for only the mortality impacts associated with $PM_{2.5}$ emissions. Please refer to Section 5.7 for other estimates in the assessed literature.

### 9.7.3.3    Other environmental benefits

Energy efficiency measures that are implemented in buildings result in several other environmental benefits. Specifically, using energy effi-cient appliances such as washing machines and dishwashers in homes results in considerable water savings (Bansal et al., 2011). More gener-ally, a number of studies show that green design in buildings is associ-ated with lower demand for water, resulting in reduced costs and emis-sions from the utilities sector. For example, Kats et al. (2005) evaluated 30 green schools in Massachusetts and found an average water use reduction of 32 % compared to conventional schools, achieved through the reuse of the rain water and other non-potable water as well as the installation of water efficient appliances (e.g., in toilets) and advanced controls. Also, the implementation of green roofs, roof gardens, bal-cony gardens, and sky terraces as well as green façades/walls in build-ings, results in: (1) reducing heat gains for buildings in hot climates; (2) reducing the heat island effect; (3) improving air quality; (4) enhancing urban biodiversity, especially with the selection of indigenous vegeta-tion species; (5) absorbing $CO_2$ emissions, etc. (see Cam, 2012; Xu et al., 2012b; Gill et al., 2007; and Section 12.5.2.2).

## 9.8    Barriers and opportunities

Strong barriers—many particular to the buildings sector—hinder the market uptake of largely cost-effective opportunities to achieve energy efficiency improvements shown in earlier sections. Large potentials will remain untapped without adequate policies that induce the needed changes in private decisions and professional practices. Bar-riers and related opportunities vary considerably by location, building type, culture, and stakeholder groups, as vary the options to overcome them, such as policies, measures, and innovative financing schemes. A vast literature on barriers and opportunities in buildings enumerates and describes these factors (Brown et al., 2008b; Ürge-Vorsatz et al., 2012a; Power, 2008; Lomas, 2009; Mlecnik, 2010; Short, 2007; Hegner, 2010; Stevenson, 2009; Pellegrini-Masini and Leishman, 2011; Greden, 2006; Collins, 2007; Houghton, 2011; Kwok, 2010; Amundsen, 2010; Monni, 2008).

Barriers include imperfect information, transaction costs, limited capital, externalities, subsidies, risk aversion, principal agent problems, frag-mented market and institutional structures, poor feedback, poor enforce-ment of regulations, cultural aspects, cognitive and behavioural patterns, as well as difficulties concerning patent protection and technology transfer. In less developed areas, lack of awareness, financing, qualified personnel, economic informality, and generally insufficient service levels lead to suboptimal policies and measures thus causing lock-in effects in terms of emissions. The pace of policy uptake is especially important in developing countries because ongoing development efforts that do not consider co-benefits may lock in suboptimal technologies and infrastruc-ture and result in high costs in future years (Williams et al., 2012).

## 9.9 Sectoral implication of transformation pathways and sustainable development

### 9.9.1 Introduction

The purpose of this section is to review both the integrated as well as sectoral bottom-up modelling literature from the perspective of what main trends are projected for the future building emissions and energy use developments, and the role of major mitigation strategies outlined in Section 9.1. The section complements the analysis in Section 6.8 with more details on findings from the building sector. The two key pillars of the section are (1) a statistical analysis of a large population of scenarios from integrated models (665 scenarios in total) grouped by their long-term $CO_2$-equivalent ($CO_2$eq) concentration level by 2100, complemented by the analysis of sectoral models (grouped by baseline and advanced scenario, since often these do not relate to concentration goals); and (2) a more detailed analysis of a small selection of integrated and end-use/sectoral models. The source of the integrated models is the WGIII AR5 Scenario Database (see Section 6.2.2 for details), and those of the sectoral models are Cornelissen et al. (2012), Deng et al. (2012a), Dowling et al. (2012), GPI (2010), Harvey (2010), IEA (2012c0a), Laustsen (2010), McNeil et al. (2013), Ürge-Vorsatz et al. (2012a3), WBCSD (2009), WEO (2011).

### 9.9.2 Overview of building sector energy projections

Figure 9.19, together with Figure 9.20 and Figure 9. 21 indicate that without action, global building final energy use could double or possibly triple by mid-century. While the median of integrated model scenarios forecast an approximate 75 % increase as compared to 2010 (Figure 9.19), several key scenarios that model this sector in greater detail foresee a larger growth, such as: AIM, Message, and the Global Change Assessment Model (GCAM), all of which project an over 150 % baseline growth (Figure 9.20). The sectoral/bottom-up literature, however, indicates that this growing trend can be reversed and the sector's energy use can stagnate, or even decline, by mid-century, under advanced scenarios.

The projected development in building final energy use is rather different in the sectoral (bottom-up) and integrated modelling literature, as illustrated in Figure 9.19, Figure 9.20, and Figure 9. 21. For instance, the integrated model literature foresees an increase in building energy consumption in most scenarios with almost none foreseeing stabilization, whereas the vast majority of ambitious scenarios from the bottom-up/sectoral literature stabilize or even decline despite the increases in wealth, floorspace, service levels, and amenities (see Section 9.2). Several stringent mitigation scenarios from integrated mod-



**Figure 9.19 |** Development of normalized annual global building final energy demand (2010=100) until 2050 in the integrated modelling literature, grouped by the three levels of long-term $CO_2$eq concentration level by 2100 (245 scenarios with 430–530 ppm $CO_2$eq, 156 scenarios with 530–650 ppm $CO_2$eq, and 177 scenarios exceeding 720 ppm $CO_2$eq—for category descriptions see Chapter 6.3.3; see box plots) and sectoral/bottom-up literature (9 baseline scenarios and 9 advanced scenarios; see square, triangle and circle symbols). Sectoral scenarios covering appliances (A) only are denoted as squares (■), scenarios covering heating/cooling/water heating (HCW) as triangles (▲), scenarios covering heating/cooling/water heating/lighting/appliances (HCWLA) as circles (●). Filled symbols are for baseline scenarios, whereas empty symbols are for advanced scenarios. Box plots show minimum, 25th percentile, median, 75th percentile and maximum. Sources: Cornelissen et al. (2012), Deng et al. (2012a), Dowling et al. (2012), GPI (2010), Harvey (2010), IEA (2012c0a), Laustsen (2010), McNeil et al. (2013), Ürge-Vorsatz et al. (2012a3), WBCSD (2009), WEO (2011) and WG III AR5 Scenario Database (Annex II.10).

**Note on this section:** This section builds upon emissions scenarios, which were collated by Chapter 6 in the WGIII AR5 scenario database (Section 6.2.2), and compares them to detailed building sector studies. The scenarios were grouped into baseline and mitigation scenarios. As described in more detail in Section 6.3.2, the scenarios are further categorized into bins based on 2100 concentrations: between 430–480 ppm CO2eq, 480–530 ppm CO2eq, 530–580 ppm CO2eq, 580–650 ppm CO2eq, 650–720 ppm CO2eq, 650–720 ppm CO2eq, and > 720 ppm CO2eq by 2100. An assessment of geo-physical climate uncertainties consistent with the dynamics of Earth System Models assessed in WGI found that the most stringent of these scenarios—leading to 2100 concentrations between 430 and 480 ppm CO2eq—would lead to an end-of-century median temperature change between 1.6 to 1.8 °C compared to pre-industrial times, although uncertainties in understanding of the climate system mean that the possible temperature range is much wider than this range. They were found to maintain temperature change below 2 °C over the course of the century with a likely chance. Scenarios in the concentration category of 650–720 ppm CO2eq correspond to comparatively modest mitigation efforts, and were found to lead to median temperature rise of approximately 2.6–2.9 °C in 2100 (see Section 6.3.2 for details).

els are above baseline scenarios from the sectoral literature (Figure 9.20). In general, the sectoral literature sees deeper opportunities for energy use reductions in the building sector than integrated models.

As the focus on selected scenarios in Figure 9.21 suggests, thermal energy use can be reduced more strongly than energy in other building end-uses: reductions in the total are typically as much as, or less than, decreases in heating and cooling (sometimes with hot water) energy use scenarios. Figure 9.21 shows that deep reductions are foreseen only in the thermal energy uses by bottom-up/sectoral scenarios, but appliances can be reduced only moderately, even in sectoral studies. This indicates that mitigation is more challenging for non-thermal end-uses and is becoming increasingly important for ambitious mitigation over time, especially in advanced heating and cooling scenarios where this energy use can be successfully pushed down to a fraction of its 2005 levels. These findings confirm the more theoretical discussions in this chapter, i.e., that in thermal end-uses deeper reductions can be expected while appliance energy use will be more difficult to reduce or even limit its growth. For instance Ürge-Vorsatz et al. (2012d) show a 46 % reduction in heating and cooling energy demand as compared to 2005—even

under baseline assumptions on wealth and amenities increases. In contrast, the selected integrated models that focus on detailed building sector modelling project very little reduction in heating and cooling.

Another general finding is that studies show significantly larger reduction potentials by 2050 than by 2030, pointing to the need for a longer-term, strategic policy planning, due to long lead times of building infrastructure modernization (see Section 9.4). In fact, most of these studies and scenarios show energy growth through 2020, with the decline starting later, suggesting that 'patience' and thus policy permanence is vital for this sector in order to be able to exploit its large mitigation potentials.

The trends noted above are very different in the different world regions. As Figure 9.22 demonstrates, both per capita and total final building energy use is expected to decline or close to stabilize even in baseline scenarios in OECD countries. In contrast, the Latin-American and Asian regions will experience major growth both for per capita and total levels, even in the most stringent mitigation scenarios. MAF will experience major growth for total levels, but growth is not projected for per capita levels even in baseline scenarios. This is likely due mainly to the fact that



**Figure 9.20 |** Annual global final energy demand development in the building sector by 2050 (except WEO'10 and BUENAS) in selected sectoral models for baseline (left) and advanced (right) scenarios, for total energy (All, heating/cooling/hot water/lighting/appliances), thermal energy (HCW, includes heating/cooling/hot water), and appliances (A); compared to selected integrated models. Dashed lines show integrated models, solid lines show sectoral/bottom-up models. Sources: Cornelissen et al. (2012), Deng et al. (2012a), Dowling et al. (2012), GPI (2010), Harvey (2010), IEA (2012c0a), Laustsen (2010), McNeil et al. (2013), Ürge-Vorsatz et al. (2012a3a), WBCSD (2009), WEO (2011) and WG III AR5 Scenario Database (Annex II.10).

**Note:** For the analysis to follow, we have chosen seven illustrative integrated models with two scenarios each, covering the full range of year-2050 final energy use in all no-policy scenarios in the WGIII AR5 scenario database and their 450 ppm scenario counterparts. These no-policy scenarios are MESSAGE V.4_EMF27-Base-EERE, IMAGE 2.4_AMPERE2-Base-LowEI-OPT, AIM-Enduse[Backcast] 1.0_LIMITS-StrPol, BET 1.5_EMF27-Base-FullTech, TIAM-WORLD 2012.2_EMF27-Base-FullTech, GCAM 3.0_AMPERE3-Base, and POLES AMPERE_AMPERE3-Base. The mitigation scenario counterparts are MESSAGE V.4_EMF27–450-EERE, IMAGE 2.4_AMPERE2–450-LowEI-OPT, AIM-Enduse[Backcast] 1.0_LIMITS-StrPol-450, BET 1.5_EMF27–450-FullTech, TIAM-WORLD 2012.2_EMF27–450-FullTech, GCAM 3.0_AMPERE3-CF450, and POLES AMPERE_AMPERE3-CF450. In addition, sectoral/bottom-up models and scenarios were also included. The no policy/baseline scenarios are BUENAS Baseline, 3CSEP HEB Frozen efficiency, LAUSTSEN Baseline, WEO'10 Current Policies, ETP'10 Baseline, Ecofys Baseline, and Greenpeace Energy Revolution 2010 Baseline. The advanced scenarios are BUENAS EES&L, 3CSEP HEB Deep efficiency, LAUSTSEN Factor 4, WEO'10 450 Scenario, ETP'10 BLUE Map, Ecofys TER, and Greenpeace Energy Revolution 2010 Revolution.



**Figure 9.21 |** Building final energy use in EJ/yr in 2050 (2030 for BUENAS and WEO'10) for advanced scenarios, modelling four groups of building end-uses as compared to reference ones. Blue bars show scenarios from integrated models meeting 480–580 ppm $CO_2$eq concentration in 2100, orange/red bars are from sectoral models. Sources: Cornelissen et al. (2012), Deng et al. (2012a), Dowling et al. (2012), GPI (2010), Harvey (2010), IEA (2012c0a), Laustsen (2010), McNeil et al. (2013), Ürge-Vorsatz et al. (2012a3), WBCSD (2009), WEO (2011) and WG III AR5 Scenario Database (Annex II.10)

fuel switching from traditional biomass to modern energy carriers results in significant conversion efficiency gains, thus allowing substantial increases in energy service levels without increasing final energy use.

### 9.9.3    Key mitigation strategies as highlighted by the pathway analysis

The diversity of the development in final energy demand even among the most stringent mitigation scenarios suggests that different models take different foci for their building mitigation strategies. While most mitigation and advanced bottom-up/sectoral scenarios show flat or reducing global final building energy use, a few integrated models achieve stringent mitigation from rather high final energy demand levels, thereby focusing on energy supply-side measures for reducing emissions. These scenarios have about twice as high per capita final energy demand levels in 2050 as the lowest mitigation scenarios. This suggests a focus on energy supply side measures for decarbonization. In general, Figure 9.19, Figure 9.20, and Figure 9. 21 all demonstrate that integrated models generally place a larger focus on supply-side solutions than on final energy reduction opportunities in the building sector (see Section 6.8)—except for a small selection of studies.

Fuel switching to electricity that is increasingly being decarbonized is a robust mitigation strategy as shown in Sections 6.3.4 and 6.8. However, as Figure 9.23a indicates, this is not fully the case in the buildings sector. The total share of electricity in this sector is influenced little by mitigation stringency except for the least ambitious scenarios: it exhibits an autonomous increase from about 28 % of final energy in 2010 to 50 % and more in 2050 in almost all scenarios, i.e., the use of more electricity as a share of building energy supply is an important baseline trend in the sector. Compared to this robust baseline trend, the additional electrification in mitigation scenarios is rather modest (see also Section 6.8.4).

Figure 9.23b indicates that the higher rates of energy growth (x-axis) in the models involve generally higher rates of electricity growth (y-axis). The two increases are nearly proportional, so that the rates of electricity demand share growth, of which level is indicated by 45° lines, remain mostly below 2 % per year even in the presence of climate policy.

The seven selected integrated models see a very different development in the fuel mix (Figure 9. 24). In the baseline scenarios, interestingly, most scenarios show a fairly similar amount of power use; and the difference in total building final energy use largely stems from the dif-



**Figure 9.22 |** Normalized total (for first two pairs of box plots) and per capita (for next two pairs of box plots) buildings final energy demand in 2010 and 2050 for each of the RC5 regions (Annex II.2.2) in scenarios from integrated models (2010=100). The absolute values of the medians are also shown with the unit of EJ for total buildings final energy demand and the unit of GJ for per capita buildings final energy demand (229 scenarios with 430–530 ppm $CO_2$eq and 154 scenarios exceeding 720 ppm $CO_2$eq—for category descriptions see Section 6.3.2). Note that the 2010 absolute values are not equal for the two $CO_2$eq concentration categories because for most integrated models 2010 is a modelling year implying some variation across models, such as in the treatment of traditional biomass. Sources: WG III AR5 Scenario Database (Annex II.10).

**9**



Figure 9.23 | Left panel: The development in the share of electricity in global final energy demand until 2050 in integrated model scenarios (167 scenarios with 430–530 ppm $CO_2$eq, 138 scenarios with ppm 530–650 $CO_2$eq, and 149 scenarios exceeding 720 ppm $CO_2$eq—for category descriptions see Chapter 6.3.3), and right panel decomposition of the annual change in electricity demand share into final energy demand change rate and electricity demand change rate (each gray line indicates a set of points with the same annual change in electricity demand share). Sources: WG III AR5 Scenario Database (Annex II.10).

ferences in the use of other fuels. Particularly large differences are foreseen in the use of natural gas and oil, and, to a lesser extent, biomass. Mitigation scenarios are somewhat more uniform: mostly a bit over half of their fuel mix is comprised of electricity, with the remaining part more evenly distributed among the other fuels except coal that disappears from the portfolio, although some scenarios exclude further individual fuels (such as no biomass in MESSAGE, no oil in BET, no natural gas in Image) by scenarios outcomes.

### 9.9.4    Summary and general observations of global building final energy use

The material summarized in this section concludes that without action, global building final energy use may double or potentially even triple by mid-century, but with ambitious action it can possibly stabilize or decline as compared to its present levels. However, the integrated and sectoral models do not fully agree with regard to the extent of mitigation potential and the key mitigation strategy, although there is a very wide variation among integrated models with some more agreement across sectoral models' conclusions.

The broad mitigation strategy for buildings implied by sectoral analysis is first to significantly reduce demand for both primary fuels and electricity by using available technologies for energy efficiency improvement, many of which are cost effective without a carbon price. To the extent this is insufficient, further mitigation can be achieved through

additional use of low and zero carbon electricity, from a combination of building integrated renewable energy and substitution of fossil fuels with low carbon electricity.

The broad mitigation strategies for buildings implied by integrated models, however, include a greater emphasis on switching to low-carbon energy carriers (predominantly electricity). These strategies place less emphasis on reducing energy demand, possibly because many integrated models do not represent all technical options to reduce building energy consumption cost-effectively which are covered in sectoral studies and because of the implicit assumption of general equilibrium models that all cost-effective opportunities had been taken up already in the baseline which is at odds with empirical data from the buildings sector. Integrated model outputs tend to show energy demand reduction over the coming decades, followed by a more significant role for decarbonization of energy supply (with, in some cases, heavy reliance on bioenergy with carbon dioxide capture and storage (CCS) to offset remaining direct emissions from buildings and the other end-use sectors).

To summarize, sectoral studies show there is a larger potential for energy efficiency measures to reduce building sector final energy use than is most typically shown by integrated models. This indicates that some options for demand reductions in the buildings sector are not included, or at least not fully deployed, by integrated models because of different model assumptions and/or level of richness in technology/option representation (see Section 6.8).



**Figure 9.24 |** Global buildings final energy demands by fuel for the seven baseline scenarios of seven integrated models and their corresponding mitigation scenarios (480–580 ppm CO$_2$eq concentration in 2100). AIM-Enduse 1.0 = AIM-Enduse (Backcast) 1.0. Sources: WG III AR5 Scenario Database (Annex II.10).

## 9.10    Sectoral policies

This section first outlines the policy options to promote energy efficiency in buildings, then provides more detail on the emerging policy instruments since AR4, then focuses on the key new instruments for financing and finally considers the policy issues specific to developing countries.

### 9.10.1    Policies for energy efficiency in buildings

Section 9.8 shows that many strong barriers prevent the full uptake of energy saving measures. Market forces alone will not achieve the necessary transformation towards low carbon buildings without external policy intervention to correct market failures and to encourage new business and financial models that overcome the first-investment cost hurdle, which is one of the key barriers. There is a broad portfolio of effective policy instruments available that show reductions of emissions at low and negative costs; many of them have been implemented in developed countries and, more recently, in developing countries. When these policies are implemented in a coordinated manner, they can be effective in reversing the trend of growing energy consumption. This chapter shows that building energy use has fallen in several European countries in recent years where strong policies have been implemented. Beside technological improvement in energy efficiency, which has been so far the main focus of most polices, policymakers have recently focused on the need to change consumer behaviour and lifestyle, based on the concept of sufficiency. Particularly in developed countries, the existing building stock is large and renewed only very slowly, and therefore it is important to introduce policies that specifically target the existing stock, e.g., aiming at accelerating rates of energy refurbishment and avoiding lock-in to suboptimal retrofits—for example, the case of China (Dongyan, 2009). Policies also need to be dynamic, with periodic revision to follow technical and market changes; in particular, regulations need regular strengthening, for example for equipment minimum efficiency standards (Siderius and Nakagami, 2013) or building codes (Weiss et al., 2012). Recently there has been more attention to enforcement, which is needed if countries are to achieve the full potential of implemented or planned policies (Ellis et al., 2009; Weiss et al., 2012).

The most common policies for the building sector are summarized in Table 9.9, which includes some examples of the results achieved. Policy instruments for energy efficiency in buildings may be classified in the following categories: (1) *Regulatory measures* are one of the most effective and cost-effective instruments, for example, building codes and appliance standards (Boza-Kiss et al., 2013) if properly enforced (Weiss et al., 2012); see also (Koeppel and Ürge-Vorsatz, 2007; McCormick and Neij, 2009). Standards need to be set at appropriate levels and periodically strengthened to avoid lock-in to sub-optimal performance. (2) *Information instruments* including equipment energy labels, building labels and certificates, and mandatory energy audits can be

9

**Table 9.9** | Policies for energy efficiency in buildings, their environmental effectiveness, i.e., emission reduction impact and societal cost-effectiveness. Source: Based on Boza-Kiss et al. (2013).

| Policy title and brief definition | Further information, comments | Environmental effectiveness (selected best practices of annual $CO_2$ emission reduction) | Cost effectiveness of $CO_2$ emission reduction (selected best practices, USD$_{2010}$/tCO$_2$ per yr) | References |
|---|---|---|---|---|
| **Building codes** are sets of standards for buildings or building systems determining minimum requirements of energy performance. | Lately standards have also been adopted for existing buildings (Desogus et al., 2013). Traditionally typical low enforcement has resulted in lower than projected savings. Building codes need to be regularly strengthened to be effective. | EU: 35–45 MtCO$_2$ (2010–2011)<br>LV: 0.002 MtCO$_2$/yr in 2016 (est mated in 2008)<br>ES: 0.35 MtCO$_2$/yr in 2012<br>UK : 0.02 MtCO$_2$/yr by 2020 (estimated in 2011) | EU region: < 36.5 USD$_{2010}$/tCO$_2$<br>ES: 0.17 USD$_{2010}$/tCO$_2$<br>LV: –206 USD$_{2010}$/tCO$_2$ | [1,2,3,4] |
| **Appliance standards (MEPS)** are rules or guidelines for a particular product class that set a minimum efficiency level, and usually prohibit the sale of underperforming products. | Most OECD countries have adopted MEPS (in the EU under the Eco-design Directive). Voluntary agreements with equipment manufacturers are considered as effective alternatives in some jurisdictions. The Japanese Top Runners Schemes have proven as successful as MEPS (Siderius and Nakagami, 2013) (). Developing countries may suffer a secondary effect, receiving products banned from other markets or inefficient second hand products. | JP: 0.1 MtCO$_2$ in 2025 (Top Runner Scheme, 2007)<br>US: 158 MtCO$_2$ cumulative in 2030 (2010), updating<br>  the standard—18 MtCO$_2$/yr in 2040 (2010)<br>KE: 0.3 MtCO$_2$/yr (for lighting only)<br>BF: 0.01 MtCO$_2$/yr (lighting only) | JP: 51 USD$_{2010}$/tCO$_2$ (Top Runner)<br>Mor: 13 USD$_{2010}$/tCO$_2$<br>AU: –52 USD$_{2010}$/tCO$_2$<br>US: –82 USD$_{2010}$/tCO$_2$<br>EU: –245 USD$_{2010}$/tCO$_2$ | [5, 6, 7,8] |
| **Energy labelling** is the mandatory (or voluntary) provision of information about the energy/other resource use of end-use products at the point of sale. | Examples include voluntary endorsement labelling (e.g., Energy Star) and mandatory energy labelling (e.g., the EU energy label). Technical specifications for the label should be regularly updated to adjust to the best products on the market. MEPS and labels are usually co-ordinated policy measures with common technical analysis. | EU: 237 MtCO$_2$ (1995–2020)<br>OECD N-Am: 792 MtCO$_2$ (1990–2010)<br>OECD EU: 211 MtCO$_2$ (1990–2010)<br>NL: 0.11 MtCO$_2$/yr (1995–2004)<br>DK: 0.03 MtCO$_2$/yr (2004) | AU: –38 USD$_{2010}$/tCO$_2$ | [9,10,11] |
| **Building labels and certificates** rate buildings related to their energy performance and provide credible information about it to users/buyers. | Building labels could be mandatory (for example in the EU) or voluntary (such as BREEAM, CASBEE, Effinergie, LEED, European GreenBuilding label, Minergie and PassivHaus). Labels are beginning to influence market prices (Brounen and Kok, 2011). | SK: 0.05 MtCO$_2$ (during 2008–2010) for mandatory certification<br>SK: 0.001 MtCO$_2$ (during 2008–2010) for promoting<br>  voluntary certification and audits | EU: 27 USD$_{2010}$/tCO$_2$ (2008–2010)<br>  for mandatory certification<br>DK: almost 0 USD$_{2010}$/tCO$_2$ | [12] |
| **Mandatory energy audits** measure the energy performance of existing buildings and identify cost-effective improvement potentials. | Audits should be mandatory and subsidized (in particular for developing countries). Audits are reinforced by incentives or regulations that require the implementation of the cost-effective recommended measures. | SK: 0.001 MtCO$_2$ (during 2008–2010) for promoting<br>  voluntary certification and audits<br>FI: 0.036 MtCO$_2$ (2010) | FI: 27.7 USD$_{2010}$/tCO$_2$ (2010)<br>  mandatory audit programme | [2, 12, 13] |
| **Sustainable public procurement** is the organized purchase by public bodies following pre-set procurement regulations incorporating energy performance/sustainability requirements. | Setting a high level of efficiency requirement for all the products that the public sector purchases, as well as requiring energy efficient buildings when renting or constructing them, can achieve a significant market transformation, because the public sector is responsible for a large share of these purchases and investments. In the EU the EED requires Member States to procure only most efficient equipment. In the US this is carried out under FEMP. | SK: 0.001 MtCO$_2$ (introduction of sustainable<br>  procurement principle) (2011–2013)<br>CN: 3.7 MtCO$_2$ (1993–2003)<br>MX: 0.002 MtCO$_2$ (2004–2005)<br>UK: 0.34 MtCO$_2$ (2011)<br>AT: 0.02 MtCO$_2$ (2010) | SK: 0.03 USD$_{2010}$/tCO$_2$<br>CN: –10 USD$_{2010}$/tCO$_2$ | [12, 14, 15, 16] |
| **Promotion of energy services** (ESCOs) aims to increase the market and quality of energy service offers, in which savings are guaranteed and investment needs are covered from cost savings. | Energy performance contracting (EPC) schemes enable ESCOs or similar (Duplessis et al., 2012) . Many countries have recently adopted policies for the promotion of EPC delivered via ESCOs (Marino et al., 2011). | EU:40–55MtCO$_2$ by 2010<br>JP: 3.2 MtCO$_2$/yr in 2008–2010<br>US: 3.2 MtCO$_2$/yr<br>CN: 34 MtCO$_2$/yr | EU: mostly at no cost<br>AT no cost<br>HU: < 1 USD/tCO$_2$<br>US: Public sector: B/C ratio<br>  1.6, Private sector: 2.1 | [2, 17,18] |
| **Energy Efficiency Obligations and White Certificates** set, record and prove that a certain amount of energy has been saved at the point of end-use. Schemes may incorporate trading. | Suppliers' obligations and white certificates have been introduced in Italy, France, Poland, the UK, Denmark and the Flemish Region of Belgium and in Australia. In all the White Certificates schemes the targets imposed by governments have been so far exceeded (Bertoldi et al., 2010b). | FR: 6.6 MtCO$_2$/yr (2006–2009)<br>IT: 21.5 MtCO$_2$ (2005–2008)<br>UK: 24.2 MtCO$_2$/yr (2002–2008)<br>DK: 0.5 MtCO$_2$/yr (2006–2010)<br>Flanders (BE): 0.15 MtCO$_2$ (2008–2016) | FR: 36 USD$_{2010}$/tCO$_2$<br>IT: 12 USD$_{2010}$/tCO$_2$<br>UK: 24 USD$_{2010}$/tCO$_2$<br>DK: 66 USD$_{2010}$/tCO$_2$<br>Flanders (BE): 201 USD$_{2010}$/tCO$_2$ | [19, 20, 21, 22, 23, 24, 25, 26, 27] |
| **Carbon markets** limit the total amount of allowed emissions. Carbon emission allowances are then distributed and traded. | Carbon cap and trade for the building sector is an emerging policy instrument (e.g., the Tokyo $CO_2$ Emission Reduction Program, which imposes a cap on electricity and energy emissions for large commercial buildings), although the program is currently under change due to the special measure for the Great East Japan Earthquake. | CDM: 1267 MtCO$_2$ (average cumulative saving<br>  per project for 32 registered CDM projects on<br>  residential building efficiency, 2004–2012)<br>JI: 699 MtCO$_2$ (cumulative) from the single JI project on<br>  residential building energy efficiency (2006–2012) | CDM end-use energy efficiency projects,<br>  In:–113 to 96 USD$_{2010}$/tCO$_2$<br><br>JI projects (buildings): between<br>  127 and 238 USD$_{2010}$/tCO$_2$ | [28, 29, 30] |

| Policy title and brief definition | Further information, comments | Environmental effectiveness (selected best practices of annual $CO_2$ emission reduction) | Cost effectiveness of $CO_2$ emission reduction (selected best practices, USD$_{2010}$/t$CO_2$ per yr) | References |
|---|---|---|---|---|
| **Energy and carbon tax** is levied on fossil fuels or on energy using products, based on their energy demand and/or their carbon content respectively. | Fiscal tools can be powerful, because the increased (relative) price of polluting energy sources or less sustainable products is expected to cause a decrease in consumption. However, depending on price electricity, the tax typically should be quite substantial to have an effect on behaviour and energy efficiency investments. | SE: 1.15 Mt$CO_2$/yr (2006) DE: 24 Mt$CO_2$ cummulative (1999–2010) DK: 2.3 Mt$CO_2$ (2005) NL: 3.7–4.85 Mt$CO_2$/yr (1996–2020) | SE: 8.5 USD$_{2010}$/t$CO_2$ DE: 96 USD$_{2010}$/t$CO_2$ NL: –421 to –552 USD$_{2010}$/t$CO_2$ (2000–2020) | [31, 32, 33, 34] |
| **Use of taxation** can be considered as a type of subsidy, representing a transfer of funds to investors in energy efficiency. | Examples include reduced VAT, accelerated depreciation, tax deductions, feebates etc. | TH: 2.04 Mt$CO_2$ (2006–2009) IT: 0.65 Mt$CO_2$ (2006–2010) FR: 1 Mt$CO_2$ (2002) US: 88 Mt$CO_2$ (2006) | TH: 26.5 USD$_{2010}$/t$CO_2$ | [35, 36, 37] |
| **Grants and subsidies** are economic incentives, in the form of funds transfer. | Incentives (e.g., grants and subsidies) for investments in energy efficiency, as provided for building renovation in Estonia, Poland and Hungary | DK: 170 Mt$CO_2$ cummulative (1993–2003) UK: 1.41 Mt$CO_2$ (2008–2009) CZ: 0.05 Mt$CO_2$ (2007) AU: 0.7 Mt$CO_2$ (2009–2011) FR: 0.4 Mt$CO_2$ (2002–2006) | DK: 0.5 USD$_{2010}$/t$CO_2$ UK: 84.8 USD$_{2010}$/t$CO_2$ FR: 17.9 USD$_{2010}$/t$CO_2$ | [35, 37, 38, 39] |
| **Soft loans (including preferential mortgages)** are given for carbon-reduction measures with low interest rates. | Governmental a fiscal incentive to banks, which offer preferential interest rates to customers and also incentives based on the performances achieved, e.g., in Germany ($CO_2$-Rehabilitation Program). | TH: 0.3 Mt$CO_2$ (2008–2009) LT: 0.33 Mt$CO_2$/yr (2009–2020) PL: 0.98 Mt$CO_2$ (2007–2010) | TH: 108 USD$_{2010}$/t$CO_2$ (total cost of loan) | [37, 40] |
| **Voluntary and negotiated agreements** are tailored contracts between an authority and another entity, aimed at meeting a predefined level of energy savings. | Voluntary programmes can be also applied in the built environment as in the Netherlands and Finland, where housing association and public property owners agree on energy efficiency targets with the government. Some voluntary agreements have a binding character; as the agreed objectives are binding. At city level, an example is the Covenant of Mayors | FI: 9.2 Mt$CO_2$ NL: 2.5 Mt$CO_2$ (2008–2020) DK: 0.09 Mt$CO_2$/yr (1996) | FI: 0.15 USD$_{2010}$/t$CO_2$ NL: 14 USD$_{2010}$/t$CO_2$ DK: 39 USD$_{2010}$/t$CO_2$ | [2, 13, 41, 42] |
| **Awareness raising and information campaigns**, are programs transmitting general messages to the whole population. **Individual feedback** is characterized by the provision of tailored information. | Information campaigns to stimulate behavioural changes (e.g., to turn down the thermostat by 1 °C during the heating season) as well as investments in energy efficiency technologies; new developments are seen in the area of smart metering and direct feedback. | BR: 6–12 Mt$CO_2$/yr (2005) UK: 0.01 Mt$CO_2$/yr (2005) EU: 0.0004 Mt$CO_2$ (2009) FI: 0.001 Mt$CO_2$/yr (2010) UK: 0.25% household energy saving/yr, that is 0.5 Mt$CO_2$/yr (cumulated 2011–2020) (billing and metering) | BR: –69 USD$_{2010}$/t$CO_2$ UK: 8.4 USD$_{2010}$/t$CO_2$ EU: 40.2 USD$_{2010}$/t$CO_2$ US: 20–98 USD$_{2010}$/t$CO_2$ | [2, 43, 44, 45, 46] |
| **Public Leadership Programmes** are public practices going beyond the minimum requirements in order to lead by example and demonstrate good examples. | | IE: 0.033 Mt$CO_2$ (2006–2010) BR: 6.5–12.2 Mt$CO_2$/yr | ZA: 25 USD$_{2010}$/t$CO_2$ BR: –125 USD$_{2010}$/t$CO_2$ | [2, 47] |

**Notes:** Country codes (ISO 3166): AT-Austria; AU-Australia; BE- Belgium; BF- Burkina Faso; BR- Brazil; CN- China; CZ-Czech Republic; DE- Germany; DK- Denmark; ES- Spain; EU- European Union; FI- Finland; FR-France; HU- Hungary; IE- Ireland; IN-India; IT-Italy; JP- Japan; KE- Kenya; LT- Lithuania; LV- Latvia; Mor—Morocco; MX- Mexico; NL-The Netherlands; OECD EU- OECD countries in Europe; OECD N-Am: OECD countries in North-America; PL- Poland; SE-Sweden; SK- Slovak Republic; SL- Slovenia; TH- Thailand; UK- United Kingdom; US- United States; ZA South Africa.

**References:** [1](EC, 2003);[2] (Koeppel and Ürge-Vorsatz, 2007);[3](DECC, 2011): [4] (Government of Latvia, 2011);[5](Kainou, 2007);[6] (AHAM, 2010); [7] (En.lighten, 2010);[8] (US EERE, 2010); [9] (IEA, 2003) [10] (Wiel and McMahon, 2005); [11] (Luttmer, 2006); [12] (Government of Slovakia, 2011); [13] (Government of Finland, 2011); [14] (FI, 2005); [15] (Van Wie McGrory et al., 2006);[16] (LDA, 2011); [17] (AEA, 2011); [19] (MNDH, 2011); [20] (Lees, 2006); [21] (Lees, 2008); [22] (Lees, 2011); [23] (Pavan, 2008); [24] (Bertoldi and Rezessy, 2009); [25](Bertoldi et al., 2010b); [26] (Giraudet et al., 2011); [27] (Langham et al., 2010); [28] (BETMG, 2012); [29] (UNEP Risoe, 2012); [30] (Bertoldi et al., 2013b); [31](Knigge and Görlach, 2005); [32] (Price et al., 2005); [33] (EPC, 2008); [34] (IEA, 2012b); [35] (GMCA, 2009); [36] (APERC, 2010); [37] (BPIE, 2010); [38] (Missaoui and Mourtada, 2010); [39] (Hayes et al., 2011); [40] (Galvin, 2012); [41] (Rezessy and Bertoldi, 2010); [42] (MIKR, 2011); [43] (Uitdenbogerd et al., 2009); [44] (CPI, 2011); [45] (UK DE, 2011); [46] (CB, 2012); [47] (Government of Ireland, 2011).

relatively effective on their own depending on their design, but can also support other instruments, in particular standards (Kelly, 2012; Boza-Kiss et al., 2013). (3) *Direct market intervention instruments* include public procurement, which can have an important role in transforming the market. More recently, governments have supported the development of energy service companies (ESCOs) (see section 9.10.3). (4) *Economic Instruments* include several options, including both tradable permits, taxes, and more focussed incentives. Tradable permits (often called market-based instruments) include tradable white certificates (see section 9.10.2), as well as broader carbon markets (see Chapter 13). Taxes include energy and carbon taxes and have increasingly been implemented to accelerate energy efficiency (UNEP SBCI, 2007). They are discussed in more detail in Chapter 15, and can complement and reinforce other policy instruments in the building sector. Sector specific tax exemptions and reductions, if appropriately structured, can provide a more effective mechanism than energy taxes (UNEP SBCI, 2007). Options include tax deductions building retrofits (Valentini and Pistochini, 2011), value-added tax exemption, and various tax reliefs (Dongyan, 2009), as well as exemptions from business taxes for CDM projects (RSA, 2009). More focussed incentives include low interest loans and incentives which can be very effective in enlarging the market for new efficient products and to overcome first cost barriers for deep retrofits (McGilligan et al., 2010). (5) *Voluntary agreements* include programmes such as industry agreements. Their effectiveness depends on the context and on accompanying policy measures (Bertoldi, 2011). (6) *Advice and leadership programmes* include policies such as information campaigns, advice services, and public leadership programmes to build public awareness and capacity.

A large number of countries have successfully adopted building sector policies. The most popular instruments in developing countries so far have been appliance standards, public procurement, and leadership programmes. Table 9.9 provides more detailed descriptions of the various instruments, a brief identification of some key issues related to their success, and a quantitative evaluation of their environmental and cost-effectiveness from the literature. Although there is a significant spread in the results, and the samples are small for conclusive judgments on individual instruments, the available studies indicate that among the most cost-effective instruments have been building codes and labels, appliance standards and labels, supplier obligations, public procurement, and leadership programmes. Most of these are regulatory instruments. However, most instruments have best practice applications that have achieved $CO_2$ reductions at low or negative social costs, signalling that a broad portfolio of tools is available to governments to cost-effectively cut building-related emissions.

Appliance standards and labels, building codes, promotion of ESCOs, Clean Development Mechanisms and Joint Implementation (CDM JI), and financing tools (grants and subsidies) have so far performed as the most environmentally effective tools among the documented cases. However, the environmental effectiveness also varies a lot by case. Based on a detailed analysis of policy evaluations, virtually any of these instruments can perform very effectively (environmentally and/or cost-wise) if tailored to local conditions and policy settings, and if implemented and enforced well (Boza-Kiss et al., 2013). Therefore, it is likely that the choice of instrument is less crucial than whether it is designed, applied, implemented, and enforced well and consistently. Most of these instruments are also effective in developing countries, where it is essential that the co-benefits of energy-efficiency policies (see Section 10.7) are well-mapped, quantified and well understood by the policy-makers (Ryan and Campbell, 2012; Koeppel and Ürge-Vorsatz, 2007). Policy integration with other policy domains is particularly effective to leverage these co-benefits in developing countries, and energy-efficiency goals can often be pursued more effectively through other policy goals that have much higher ranking in political agendas and thus may enjoy much more resources and a stronger political momentum than climate change mitigation.

### 9.10.1.1    Policy packages

No single policy is sufficient to achieve the potential energy savings and that combination (packages) of polices can have combined results that are bigger than the sum of the individual policies (Harmelink et al., 2008; Tambach et al., 2010; Weiss et al., 2012; Murphy et al., 2012). The EU's Energy Efficiency Directive (EED) (European Union, 2012) has, since 2008, required Member States to describe co-ordinated packages of policies in their National Energy Efficiency Action Plans (NEEAP). Market transformation of domestic appliances in several developed countries has been achieved through a combination of minimum standards, energy labels, incentives for the most efficient equipment, and an effective communication campaign for end-users (Boza-Kiss et al., 2013). The specific policies, regulations, programmes and incentives needed are highly dependent on the product, market structure, institutional capacity, and the background conditions in each country. Other packages of measures are mandatory audits and financial incentives for the retrofitting of existing buildings, with incentives linked to the implementation of the audit findings and minimum efficiency requirements; voluntary programmes coupled with tax exemptions and other financial incentives (Murphy et al., 2012); and suppliers' obligations and white certificates (and, in France, tax credits) in addition to equipment labelling and standards—in order to promote products beyond the standards' requirements (Bertoldi et al., 2010b).

### 9.10.1.2    A holistic approach

Energy efficiency in buildings requires action beyond the point of investment in new buildings, retrofit, and equipment. A holistic approach considers the whole lifespan of the building, including master planning, lifecycle assessment and integrated building design to obtain the broadest impact possible, and therefore needs to begin at the neighbourhood or city level (see Chapter 12). In the holistic approach, building codes, design, operation, maintenance, and post occupancy evaluation are coordinated. Continuous monitoring of building energy use and dynamic codes allow policies to close the gap between design

goals and actual building energy performance. The use of modern technologies to provide feedback on consumption in real time allows adjustment of energy performance and as a function of external energy supply. Dynamic information can also be used for energy certificates and databases to disclose building energy performance. Moreover, studies on durability and climate change mitigation show that the lifespan of a technical solution is as important as the choice of material, which signals to the importance of related policies such as eco-design directives and mandatory warranties (Mequignon et al., 2013a; b).

Another challenge is the need to develop the skills and training to deliver, maintain, and manage low carbon buildings. To implement the large number of energy saving projects (building retrofits or new construction) a large, skilled workforce is needed to carry out high-quality work at relatively low cost.

Implementation and enforcement of policies are key components of effective policy. These two components used together are the only way to ensure that the expected results of the policy are achieved. Developed countries are now increasing attention to proper implementation and enforcement (Jollands et al., 2010), for example, to survey equipment efficiency when minimum standards are in place and to check compliance with building codes. For example, EU Member States are required to develop independent control systems for their building labelling schemes (European Union, 2012). Public money invested in implementation and enforcement will be highly cost effective (Tambach et al., 2010), as it contributes to the overall cost-effectiveness of policies. In addition to enforcement, ex-post evaluation of policies is needed to assess their impact and to review policy design and stringency or to complement it with other policies. Implementation and enforcement is still a major challenge for developing countries that lack much of the capacity (e.g., testing laboratories for equipment efficiency) and knowledge to implement policies such as standards, labels and building codes.

### 9.10.2 Emerging policy instruments in buildings

Recent reports have comprehensively reviewed building-related policies (IPCC, 2007; GEA, 2012); the remainder of this chapter focuses on recent developments and important emerging instruments.

While technical efficiency improvements are still needed and are important to reduce energy demand (Alcott, 2008), increases in energy use are driven primarily by increasing demand for energy services (e.g., built space per capita and additional equipment). To address this, policies need to influence consumer behaviour and lifestyle (Herring, 2006; Sanquist et al., 2012) and the concept of sufficiency has been introduced in the energy efficiency policy debate (Herring, 2006; Oikonomou et al., 2009). Policies to target sufficiency aim at capping or discouraging increasing energy use due to increased floor space, comfort levels, and equipment. Policy instruments in this category include: (1) personal carbon trading (i.e., carbon markets with equitable personal alloca-

tions)—this has not yet been introduced and its social acceptability (Fawcett, 2010) and implementation (Eyre, 2010) have to be further demonstrated; (2) property taxation (e.g., related to a building's $CO_2$ emissions); and (3) progressive appliance standards and building codes, for example, with absolute consumption limits (kWh/person/year) rather than efficiency requirements (kWh/m$^2$/year) (Harris et al., 2007).

In order to reduce energy demand, policies may include promoting density, high space utilization, and efficient occupant behaviour as increased floor space entails more energy use. This might be achieved, for example, through incentives for reducing energy consumption—the so-called energy saving feed-in tariff (Bertoldi et al., 2010a; 2013a).

#### 9.10.2.1   New developments in building codes (ordinance, regulation, or by-laws)

A large number of jurisdictions have now set, or are considering, very significant strengthening of the requirements for energy performance in building codes. There are debates about the precise level of ambition that is appropriate, especially with regard to NZEB mandates, which can be problematic (see 9.3). The EU is requiring its Member States to introduce building codes set at the cost optimal point using a lifecycle calculation, both for new buildings and those undergoing major renovation. As a result, by the end of 2020, all new buildings must be nearly zero energy by law. Many Member States (e.g., Denmark, Germany) have announced progressive building codes to gradually reduce the energy consumption of buildings towards nearly net zero levels. There is also action within local jurisdictions, e.g., the city of Brussels has mandated that all new social and public buildings must meet Passive House levels from 2013, while all new buildings have to meet these norms from 2015 (Moniteur Belge, 2011; BE, 2012; CSTC, 2012). In China, building codes have been adopted that seek saving of 50 % from pre-existing levels, with much increased provision for enforcement, leading to high expected savings (Zhou et al., 2011b). As demonstrated in sections 9.2 and 9.9, the widespread proliferation of these ambitious building codes, together with other policies to encourage efficiency, have already contributed to total building energy use trends stabilizing, or even slowing down.

#### 9.10.2.2   Energy efficiency obligation schemes and 'white' certificates

Energy efficiency obligation schemes with or without so-called 'white certificates' as incentive schemes have been applied in some Member States of the European Union (Bertoldi et al., 2010a) and Australia (Crossley, 2008), with more recent uses in Brazil and India. White certificates evolved from non-tradable obligations on monopoly energy utilities, also known as suppliers' obligations or energy efficiency resources standards, largely but not only in the United States. Market liberalization initially led to a reduction in such activity (Ürge-Vorsatz

et al., 2012b), driven by a belief that such approaches were not needed in, or incompatible with, competitive markets, although this is not correct (Vine et al., 2003). Their main use has been in regulated markets driven by obligations on energy companies to save energy (Bertoldi and Rezessy, 2008). The use of suppliers' obligations began in the UK in 2000, and these obligations are now significant in a number of EU countries, notably UK, France and Italy (Eyre et al., 2009). Energy supplier obligation schemes are a key part of EU policy for energy efficiency and the Energy Efficiency Directive (European Union, 2012) requires all EU Member States to introduce this policy or alternative schemes. Precise objectives, traded quantity and rules differ across countries. Cost effectiveness is typically very good (Bertoldi, 2012). However, white certificates tend to incentivize low cost, mass market measures rather than deep retrofits, and therefore there are concerns that this policy approach may not be best suited to future policy objectives (Eyre et al., 2009).

### 9.10.3    Financing opportunities

#### 9.10.3.1    New financing schemes for deep retrofits

Energy efficiency in buildings is not a single market: it covers a diverse range of end-use equipment and technologies and requires very large numbers of small, dispersed projects with a diverse range of decision makers. As the chapter has demonstrated, many technologies in the building sector are proven and economic: if properly financed, the investment costs are paid back over short periods from energy cost savings. However, many potentially attractive energy investments do not meet the short-term financial return criteria of businesses, investors, and individuals, or there is no available financing. While significant savings are possible with relatively modest investment premiums, a first-cost sensitive buyer, or one lacking financing, will never adopt transformative solutions. Major causes of this gap are the shortage of relevant finance and of delivery mechanisms that suit the specifics of energy efficiency projects and the lack—in some markets—of pipelines of bankable energy efficiency projects. Creative business models from energy utilities, businesses, and financial institutions can overcome first-cost hurdles (Veeraboina and Yesuratnam, 2013). One innovative example is for energy-efficiency investment funds to capitalize on the lower risk of mortgage lending on low-energy housing; the funds to provide such investment can be attractive to socially responsible investment funds. In Germany, through the KfW development bank, energy efficiency loans with low interest rate are offered making it attractive to end-users. The scheme has triggered many building refurbishments (Harmelink et al., 2008).

Another example is the '*Green Deal*', which is a new initiative by the UK government designed to facilitate the retrofitting of energy saving measures to all buildings. Such schemes allows for charges on electricity bills in order to recoup costs of building energy efficiency improvements by private firms to consumers (Bichard and Thurairajah,

2013). The finance is tied to the energy meter rather than the building owner. The Green Deal was expected primarily to finance short payback measures previously covered by the suppliers' obligation, rather than deep retrofits. However, the UK government does not subsidize the loan interest rate, and commercial interest rates are not generally attractive to end-users. Take-up of energy efficiency in the Green Deal is therefore expected to be much lower than in a supplier obligation (Rosenow and Eyre, 2013).

In areas of the United States with Property Assessed Clean Energy (PACE) legislation in place, municipality governments offer a specific bond to investors and then use this to finance lending to consumers and businesses for energy retrofits (Headen et al., 2010). The loans are repaid over the assigned term (typically 15 or 20 years) via an annual assessment on their property tax bill. Legal concerns about the effect of PACE lending on mortgages for residential buildings (Van Nostrand, 2011) have resulted in the approach being mainly directed to non-domestic buildings.

ESCOs provide solutions for improving energy efficiency in buildings by guaranteeing that energy savings are able to repay the efficiency investment, thus overcoming financial constraints to energy efficiency investments. The ESCO model has been found to be effective in developed countries such as Germany (Marino et al., 2011) and the United States. In the last decade ESCOs have been created in number of developing countries (e.g., China, Brazil, and South Korea) supported by international financial institutions and their respective governments (UNEP SBCI, 2007; Da-li, 2009). Since the introduction of an international cooperation project by the Chinese government and World Bank in 1998, a market-based energy performance contract mechanism and ESCO industry has developed in China (Da-li, 2009) with Chinese government support. Policies for the support of ESCOs in developing countries include the creation of a Super ESCOs (Limaye and Limaye, 2011) by governmental agencies. Financing environments for ESCOs need to be improved to ensure they operate optimally and sources of financing, such as debt and equity, need to be located. Possible financing sources are commercial banks, venture capital firms, equity funds, leasing companies, and equipment manufacturers (Da-li, 2009). In social housing in Europe, funding can be provided through Energy Performance Certificates (EPC), in which an ESCO invests in a comprehensive refurbishment and repays itself through the generated savings. Social housing operators and ESCOs have established the legal, financial, and technical framework to do this (Milin and Bullier, 2011).

#### 9.10.3.2    Opportunities in financing for green buildings

The existing global green building market is valued at approximately 550 billion USD$_{2010}$ and is expected to grow through to 2015, with Asia anticipated to be the fastest growing region (Lewis, 2010). A survey on responsible property investing (RPI) (UNEP FI, 2009), covering key markets around the world, has shown it is possible to achieve a competitive advantage and greater return on property investment by effec-

tively tackling environmental and social issues when investing in real estate (UNEP FI and PRI signatories, 2008). For example, in Japan, new rental-apartment buildings equipped with solar power systems and energy-saving devices had significantly higher occupancy rates than the average for other properties in the neighbourhood, and investment return rates were also higher (MLIT, 2010a; b). A survey comparing rent and vacancy rates of buildings (Watson, 2010) showed rents for LEED certified buildings were consistently higher than for uncertified buildings. In many municipalities in Japan, assessment by the Comprehensive Assessment System for Built Environment Efficiency (CASBEE) and notification of assessment results are required at the time of construction (Murakami et al., 2004). Several financial products are available that provide a discount of more than 1 % on housing loans, depending on the grade received by the CASBEE assessment. This has been contributing to the diffusion of green buildings through financial schemes (IBEC, 2009). In addition, a housing eco-point system was implemented in 2009 in Japan, broadly divided between a home appliances eco-point system and a housing eco-point system. In the housing eco-point system, housing which satisfies the Top Runner-level standards are targeted, both newly constructed and existing buildings. This programme has contributed to the promotion of green buildings, with 160,000 (approximately 20 % of the total market) applications for subsidies for newly constructed buildings in 2010. In existing buildings, the number of window replacements has increased, and has attracted much attention (MLIT, 2012).

### 9.10.4    Policies in developing countries

Economic instruments and incentives are very important means to encourage stakeholders and investors in the building sector to adopt more energy efficient approaches in the design, construction, and operation of buildings (Huovila, 2007). This section provides an overview of financial instruments commonly applied in the developing world to promote emissions reduction in building sector.

In terms of *carbon markets*, the Clean Development Mechanism (CDM) has a great potential to promote energy efficiency and lower emissions in building sector. However, until recently it has bypassed the sector entirely, due to some methodological obstacles to energy efficiency projects (Michaelowa et al., 2009). However, a 'whole building' baseline and monitoring methodology approved in 2011 may pave the way for more building projects (Michaelowa and Hayashi, 2011). Since 2009, the share of CDM projects in the buildings sector has increased, particularly with regard to efficient lighting schemes (UNEP Risoe, 2012). The voluntary market has complemented the CDM as a financing mechanism, for example for solar home systems projects (Michaelowa et al., 2009; Michaelowa and Hayashi, 2011).

*Public benefits charges* are financing mechanisms meant to raise funds for energy efficiency measures and to accelerate market transformation in both developed and developing countries (UNEP SBCI, 2007). In Brazil, all energy distribution utilities are required to spend a mini-

mum of 1 % of their revenue on energy efficiency interventions while at least a quarter of this fund is expected to be spent on end-user efficiency projects (UNEP SBCI, 2007).

Utility *demand side management (DSM)* may be the most viable option to implement and finance energy efficiency programs in smaller developing countries (Sarkar and Singh, 2010). In a developing country context, it is common practice to house DSM programmes within the local utilities due to their healthy financial means and strong technical and implementation capacities, for example, in Argentina, South Africa, Brazil, India, Thailand, Uruguay and Vietnam (Winkler and Van Es, 2007; Sarkar and Singh, 2010). Eskom, the South African electricity utility, uses its DSM funds mainly to finance load management and energy efficiency improvement including millions of free issued compact fluorescent lamps that have been installed in households (Winkler and Van Es, 2007).

*Capital subsidies, grants and subsidized loans* are among the most frequently used instruments for implementation of increased energy efficiency projects in buildings. Financial subsidy is used as the primary supporting fund in the implementation of retrofit projects in China (Dongyan, 2009). In recent years, the World Bank Group has steadily increased energy efficiency lending to the highest lending ever in the fiscal year of 2009 of USD$_{2010}$ 3.3 billion, of which USD$_{2010}$ 1.7 billion committed investments in the same year alone (Sarkar and Singh, 2010). Examples include energy efficient lighting programmes in Mali, energy efficiency projects in buildings in Belarus, carbon finance blended innovative financing to replace old chillers (air conditioning) with energy efficient and chlorofluorocarbon-free (CFC) chillers in commercial buildings in India (Sarkar and Singh, 2010). The Government of Nepal has been providing subsidies in the past few years to promote the use of solar home systems (SHS) in rural households (Dhakal and Raut, 2010). The certified emission reductions (CERs) accumulated from this project were expected to be traded in order to supplement the financing of the lighting program. The Global Environmental Facility (GEF) has directed a significant share of its financial resources to SHS and the World Bank similarly has provided a number of loans for SHS projects in Asia (Wamukonya, 2007). The GEF has provided a grant of 219 million USD$_{2010}$ to finance 23 off-grid SHS projects in 20 countries (Wamukonya, 2007).

## 9.11   Gaps in knowledge and data

Addressing these main gaps and problems would improve the understanding of mitigation in buildings:

• The lack of adequate bottom-up data leads to a dominance of top down and supply-focused decisions about energy systems.

9

- Misinformation and simplified techniques pose risks to providing a full understanding of integrated and regionally adequate building systems, and this leads to fragmented actions and weaker results.
- Weak or poor information about opportunities and costs affects optimal decisions and appropriate allocation of financial resources.
- Energy indicators relate to efficiency, but rarely to sufficiency.
- Improved and more comprehensive databases on real, measured building energy use, and capturing behaviour and lifestyles are necessary to develop exemplary practices from niches to standard.
- Continuous monitoring and constant modification of performance and dynamics of codes would allow implementation to catch up with the potential for efficiency improvements and co-benefits; this would also provide better feedback to the policymaking process, to education, to capacity building, and to training.
- Quantification and monetization of (positive and negative) externalities over the building life cycle should be well-integrated into decision-making processes.

## 9.12    Frequently Asked Questions

### FAQ 9.1    What are the recent advances in building sector technologies and know-how since the AR4 that are important from a mitigation perspective?

Recent advances in information technology, design, construction, and know-how have opened new opportunities for a transformative change in building-sector related emissions that can contribute to meeting ambitious climate targets at socially acceptable costs, or often at net benefits. Main advances do not lie in major technological developments, but rather in their extended systemic application, partially as a result of advanced policies, as well as in improvements in the performance and reductions in the cost of several technologies. For instance, there are over 57,000 buildings meeting Passive House standard and 'nearly zero energy' new construction has become the law in the 27 Member States of the European Union. Even higher energy performance levels are being successfully applied to new and existing buildings, including non-residential buildings. The costs have been gradually declining; for residential buildings at the level of Passive House standard they account for 5–8 % of conventional building costs, and some net zero or nearly zero energy commercial buildings having been built at equal or even lower costs than conventional ones (see 9.3 and 9.7).

### FAQ 9.2    How much could the building sector contribute to ambitious climate change mitigation goals, and what would be the costs of such efforts?

According to the GEA 'efficiency' pathway, by 2050 global heating and cooling energy use could decrease by as much as 46 % as compared to 2005, if today's best practices in construction and retrofit know-how are broadly deployed (Ürge-Vorsatz et al., 2012c). This is despite the over 150 % increase in floor area during the same period, as well as significant increase in thermal comfort, as well as the eradication of fuel poverty (Ürge-Vorsatz et al., 2012c). The costs of such scenarios are also significant, but according to most models, the savings in energy costs typically more than exceed the investment costs. For instance, GEA (2012) projects an approximately 24 billion $USD_{2010}$ in cumulative additional investment needs for realizing these advanced scenarios, but estimates an over 65 billion $USD_{2010}$ in cumulative energy cost savings until 2050.

### FAQ 9.3    Which policy instrument(s) have been particularly effective and/or cost-effective in reducing building-sector GHG emission (or their growth, in developing countries)?

Policy instruments in the building sector have proliferated since the AR4, with new instruments such as white certificates, preferential loans, grants, progressive building codes based on principles of cost-optimum minimum requirements of energy performance and life cycle energy use calculation, energy saving feed-in tariffs as well as suppliers' obligations, and other measures introduced in several countries. Among the most cost-effective instruments have been building codes and labels, appliance standards and labels, supplier obligations, public procurement and leadership programs. Most of these are regulatory instruments. However, most instruments have best practice applications that have achieved $CO_2$ reductions at low or negative social costs, signalling that a broad portfolio of tools is available to governments to cut building-related emissions cost-effectively. Appliance standards and labels, building codes, promotion of ESCOs, CDM and JI, and financing tools (grants and subsidies) have so far performed as the most environmentally effective tools among the documented cases. However, the environmental effectiveness also varies a lot by case. Based on a detailed analysis of policy evaluations, virtually any of these instruments can perform very effective (environmentally and/or cost-wise) if tailored to local conditions and policy settings, and if implemented and enforced well (Boza-Kiss et al., 2013). Therefore it is likely that the choice of instrument is less crucial than whether it is designed, applied, implemented and enforced well and consistently.

# References

**ABC (2008).** Building energy efficiency: why green buildings are key to Asia's future. Hong Kong.

**ADEME (2008).** *Activities Related to Renewable Energy & Energy Efficiency: Markets, Employment and Energy Stakes Situation 2006–2007—Projections 2012.* Agence de l'Environnement et La Maîtrise de l'Energie(ADEME)/Direction Exécutive de La Stratégie et de La Recherche (DESR)/Service Observation Economie et Evaluation (SOEE), Angers, France, 139 pp.

**AEA (2011).** *Second National Energy Efficiency Action Plan of the Republic of Austria 2011.* Austrian Energy Agency, Federal Ministry of Economy, Family and Youth. Vienna, Austria, 119 pp.

**Aebischer B., G. Catenazzi, and M. Jakob (2007).** Impact of climate change on thermal comfort, heating and cooling energy demand in Europe. In: *Proceedings ECEEE Summer Study.*

**AHAM (2010).** Energy Efficient and Smart Appliance Agreement of 2010. Association of Home Appliance Manufacturers.

**Akbari H., H. Damon Matthews, and D. Seto (2012).** The long-term effect of increasing the albedo of urban areas. *Environmental Research Letters* **7**, 024004. doi: 10.1088/1748-9326/7/2/024004, ISSN: 1748–9326.

**Akbari H., S. Menon, and A. Rosenfeld (2009).** Global cooling: increasing world-wide urban albedos to offset $CO_2$. *Climatic Change* **94**, 275–286. doi: 10.1007/s10584-008-9515-9, ISSN: 0165–0009, 1573–1480.

**Alcott B. (2008).** The sufficiency strategy: Would rich-world frugality lower environmental impact? *Ecological Economics* **64**, 770–786. doi: 10.1016/j.ecolecon.2007.04.015, ISSN: 0921–8009.

**Alvarez G.C., R.M. Jara, J.R.R. Julián, and J.I.G. Bielsa (2010).** *Study of the Effects on Employment of Public Aid to Renewable Energy Sources.* Universidad Rey Juan Carlos, Madrid, Spain, 52 pp. Available at: http://www.voced.edu.au/word/49731.

**Aman M.M., G.B. Jasmon, H. Mokhlis, and A.H.A. Bakar (2013).** Analysis of the performance of domestic lighting lamps. *Energy Policy* **52**, 482–500. doi: 10.1016/j.enpol.2012.09.068, ISSN: 0301–4215.

**Amundsen H.A. (2010).** Overcoming barriers to climate change adaptation-a question of multilevel governance? *Environment and Planning C: Government and Policy* **28**, 276–289. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–77953333390&partnerID=40&md5=f66b5281061c5e9bd52ec3b162e29f28.

**Anderson R., C. Christensen, and S. Horowitz (2006).** Analysis of residential system strategies targeting least-cost solutions leading to net zero energy homes. In: *ASHRAE Transactions.* American Society of Heating, Refrigerating and Air-Conditioning Engineers, Atlanta. 330–341 pp.

**Andreasi W.A., R. Lamberts, and C. Candido (2010).** Thermal acceptability assessment in buildings located in hot and humid regions in Brazil. *Building and Environment* **45**, 1225–1232. doi: 10.1016/j.buildenv.2009.11.005, ISSN: 0360–1323.

**Anenberg S.C., K. Balakrishnan, J. Jetter, O. Masera, S. Mehta, J. Moss, and V. Ramanathan (2013).** Cleaner Cooking Solutions to Achieve Health, Climate, and Economic Cobenefits. *Environmental Science & Technology* **47**, 3944–3952. Available at: http://pubs.acs.org/doi/full/10.1021/es304942e.

**Anenberg S.C., J. Schwartz, D. Shindell, M. Amann, G. Faluvegi, Z. Klimont, G. Janssens-Maenhout, L. Pozzoli, R. Van Dingenen, E. Vignati, L. Emberson, N.Z. Muller, J.J. West, M. Williams, V. Demkine, W.K. Hicks, J. Kuylenstierna, F. Raes, and V. Ramanathan (2012).** Global Air Quality and Health Cobenefits of Mitigating Near-Term Climate Change through Methane and Black Carbon Emission Controls. *Environmental Health Perspectives* **120**, 831–839. doi: 10.1289/ehp.1104301, ISSN: 0091–6765.

**Anisimova N. (2011).** The capability to reduce primary energy demand in EU housing. *Energy and Buildings* **43**, 2747–2751. doi: 10.1016/j.enbuild.2011.06.029, ISSN: 03787788.

**Antwi-Agyei E. (2013).** Refrigerator energy efficiency project. Available at: http://www.energyguide.org.gh/page.php?page=429&section=57&typ=1.

**Anwyl J. (2011).** Passivhaus architecture for schools, case study: Hadlow College. London, UK. Available at: http://www.ukpassivhausconference.org.uk/2011-conference-presentations-day-one-24th-october-2011.

**APERC (2010).** *Compendium of Energy Efficiency Policies of APEC Economies Thailand.* Asia Pacific Energy Research Centre, Japan, 13 pp. Available at: http://aperc.ieej.or.jp/file/2014/1/27/CEEP2012_Thailand.pdf.

**Ardente F., M. Beccali, M. Cellura, and M. Mistretta (2008).** Building energy performance: A LCA case study of kenaf-fibres insulation board. *Energy and Buildings* **40**, 1–10. doi: 10.1016/j.enbuild.2006.12.009, ISSN: 03787788.

**Artmann N., D. Gyalistras, H. Manz, and P. Heiselberg (2008).** Impact of climate warming on passive night cooling potential. *Building Research and Information* **36**, 111–128.

**Atkinson J.G.B., T. Jackson, and E. Mullings-Smith (2009).** Market influence on the low carbon energy refurbishment of existing multi-residential buildings. *Energy Policy* **37**, 2582–2593. doi: 10.1016/j.enpol.2009.02.025, ISSN: 0301–4215.

**Audenaert A., S. De Cleyn, and B. Vankerckhove (2008).** Economic analysis of Passive Houses and low-energy houses compared with standard houses. *Energy Policy* **36**, 47–55.

**Aunan K., J. Fang, H. Vennemo, K. Oye, and H.M. Seip (2004).** Co-benefits of climate policy—lessons learned from a study in Shanxi, China. *Energy Policy* **32**, 567–581. Available at: http://www.sciencedirect.com/science/article/pii/S0301421503001563.

**Baetens R., B.P. Jelle, and A. Gustavsen (2011).** Aerogel insulation for building applications: A state-of-the-art review. *Energy and Buildings* **43**, 761–769. doi: 10.1016/j.enbuild.2010.12.012, ISSN: 03787788.

**Bansal P., E. Vineyard, and O. Abdelaziz (2011).** Advances in household appliances—a review. *Applied Thermal Engineering* **31**, 3748–3760. doi: 10.1016/j.applthermaleng.2011.07.023, ISSN: 1359–4311.

**Barthel C., and T. Götz (2013).** *What Users Can Save with Energy and Water Efficient Washing Machines.* Wuppertal Institute for Climate, Environment and Energy. Wuppertal, Germany, 22 pp.

**Batty W.J., H. Al-Hinai, and S.D. Probert (1991).** Natural-cooling techniques for residential buildings in hot climates. *Applied Energy* **39**, 301–337. doi: 10.1016/0306-2619(91)90002-F, ISSN: 0306–2619.

**BE (2012).** Bruxelles, pionnière dans le "standard passif." Available at: http://www.bruxellesenvironnement.be/Templates/news.aspx?id=36001&langtype=2060&site=pr.

**Behr (2009).** Utility bills in Passive Houses—doing away with metered billing. In: *Conference Proceedings.* Passive House Institute, Darmstadt, Germany, Frankfurt am Main. 377–382 pp.

9

**9**

Berdahl P. (1995). Building energy efficiency and fire safety aspects of reflective coatings. *Energy and Buildings* 22, 187–191. Available at: http://www.sciencedirect.com/science/article/pii/037877889500921J.

Bergman N., L. Whitmarsh, and J. Köhler (2008). Transition to Sustainable Development in the UK Housing Sector: From Case Study to Model Implementation. Tyndall Centre for Climate Change Research, School of Environmental Sciences, University of East Anglia, 32 pp.

BERR (2001). *UK Fuel Poverty Strategy*. Department for Business Enterprise and Regulatory Reform, UK, London, UK, 158 pp.

Bertoldi P. (2011). Assessment and Experience of White Certificate Schemes in the European Union. JRC European Commission.

Bertoldi P. (2012). Energy Efficiency Policies and white certificates: analysis of experiences in the European Union. JRC European Commission.

Bertoldi P., and C.N. Ciugudeanu (2005). *Successful Examples of Efficient Lighting*. European Commission, DG JRC, Institute for Environment and Sustainability, Renewable Energies Unit, Ispra, Italy. Available at: http://www.eu-greenlight.org/pdf/GL_Reports/GL_Report_2005.pdf.

Bertoldi P., and S. Rezessy (2008). Tradable white certificate schemes: fundamental concepts. *Energy Efficiency* 1, 237–255. doi: 10.1007/s12053-008-9021-y, ISSN: 1570–646X.

Bertoldi P., and S. Rezessy (2009). Energy Saving Obligations and Tradable White Certificates, Ispra, Italy. Joint Research Centre of the European Commission.

Bertoldi P., S. Rezessy, E. Lees, P. Baudry, A. Jeandel, and N. Labanca (2010a). Energy supplier obligations and white certificate schemes: Comparative analysis of experiences in the European Union. *Energy Policy* 38, 1455–1469. doi: 10.1016/j.enpol.2009.11.027, ISSN: 0301–4215.

Bertoldi P., S. Rezessy, and V. Oikonomou (2013a). Rewarding energy savings rather than energy efficiency: Exploring the concept of a feed-in tariff for energy savings. *Energy Policy* 56, 526–535. doi: 10.1016/j.enpol.2013.01.019, ISSN: 0301–4215.

Bertoldi P., S. Rezessy, V. Oikonomou, and B. Boza-Kiss (2010b). Rewarding Energy Savings Rather than Energy Efficiency. In: *The Climate for Efficiency is Now*. Pacific Grove, CA. 13 pp.

Bertoldi P., S. Rezessy, S. Steuwer, V. Oikonomou, and N. Labanca (2013b). Where to place the saving obligation: energy end-users or suppliers? *Energy Policy* 63, 328–337.

BETMG (2012). The Tokyo Cap-and-Trade Program Results of the First Fiscal Year of Operation (Provisional Results). Bureau of Environment of Tokyo Metropolitan Government.

Bezdek R. (2009). *Green Collar Jobs in the U.S. and Colorado*. American Solar Energy Society, Boulder, Colorado, 67 pp. Available at: http://www.misi-net.com/publications/ASES-JobsRpt09.pdf.

Bichard E., and N. Thurairajah (2013). Behaviour change strategies for energy efficiency in owner-occupied housing. *Construction Innovation: Information, Process, Management* 13, 165–185. doi: 10.1108/14714171311322147, ISSN: 1471–4175.

Bidstrup N. (2011). Circulators—From voluntary A-G labelling to legislation in EU. Grundfos Managements A/S, Copenhagen. 18 pp. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

Boardman B. (1991). *Fuel Poverty: From Cold Homes to Affordable Warmth*. Belhaven Press, London, UK, 267 pp. ISBN: 1852931396.

Boehland J. (2008). Building on Aldo Leopold's Legacy: The Aldo Leopold Foundation aims to uphold the land ethic in its new headquarters. *Green Source*. Available at: http://greensource.construction.com/projects/0804_AldoLeopold-LegacyCenter.asp.

Bolla R., F. Davoli, R. Bruschi, K. Christensen, F. Cucchietti, and S. Singh (2011). The potential impact of green technologies in next-generation wireline networks: Is there room for energy saving optimization? *IEEE Communications Magazine* 49, 80–86. doi: 10.1109/MCOM.2011.5978419, ISSN: 0163–6804.

Bonnefoy X., and D. Sadeckas (2006). A study on the prevalence, perception, and public policy of "fuel poverty" in European countries. Somerville College, University of Oxford, UK.

Borg S.P., and N.J. Kelly (2011). The effect of appliance energy efficiency improvements on domestic electric loads in European households. *Energy and Buildings* 43, 2240–2250.

Boza-Kiss B., S. Moles-Grueso, and D. Ürge-Vorsatz (2013). Evaluating policy instruments to foster energy efficiency for the sustainable transformation of buildings. *Current Opinion in Environmental Sustainability* 5, 163–176. doi: 10.1016/j.cosust.2013.04.002, ISSN: 1877–3435.

BPIE (2010). *Cost Optimality, Discussing Methodology and Challenges within the Recast Energy Performance of Buildings Directive*. BPIE, Brussels, Belgium, 39 pp. Available at: http://www.buildup.eu/publications/12072.

Bretzke A. (2005). *Planning and Construction of the Passive House Primary School in Kalbacher Höhe 15, Frankfurt Am Main*. Hochbauamt der Stadt Frankfurt, Germany, 6 pp.

Brookes L. (2000). Energy efficiency fallacies revisited. *Energy Policy* 28, 355–366. doi: 10.1016/S0301-4215(00)00030-6, ISSN: 0301–4215.

Brounen D., and N. Kok (2011). On the economics of energy labels in the housing market. *Journal of Environmental Economics and Management* 62, 166–179. Available at: http://www.sciencedirect.com/science/article/pii/S0095069611000337.

Brown R., S. Borgeson, J. Koomey, and P. Biermayer (2008a). *U.S. Building-Sector Energy Efficiency Potential*. Environmental Energy Technologies Division, Ernest Orlando Lawrence Berkeley National Laboratory University of California, Berkeley, California, 33 pp.

Brown M., J. Chandler, M. Lapsa, and B. Sovacool (2008b). Carbon Lock-In: Barriers To Deploying Climate Change Mitigation Technologies. Oak Ridge National Laboratory US. Available at: http://www.ornl.gov/sci/eere/PDFs/ORNLTM-2007–124_rev200801.pdf.

Brown H.S., and P.J. Vergragt (2008). Bounded socio-technical experiments as agents of systemic change: The case of a zero-energy residential building. *Technological Forecasting and Social Change* 75, 107–130. doi: 10.1016/j.techfore.2006.05.014, ISSN: 00401625.

Bruce N., E. Rehfuess, S. Mehta, G. Hutton, K. Smith, D.T. Jamison, J.G. Breman, A.R. Measham, G. Alleyne, and M. Claeson (2006). Indoor air pollution. In: *Disease control priorities in developing countries*. World Bank, Washington, D.C., pp. 793–815. ISBN: 0–8213–0821361791.

Buzar S. (2007). *Energy Poverty in Eastern Europe: Hidden Geographies of Deprivation*. Ashgate, Surrey, UK, 190 pp. ISBN: 0754671305.

Cabeza L.F., C. Barreneche, L. Miró, M. Martínez, A.I. Fernández, Parikh, and D. Ürge-Vorsatz (2013a). Low carbon materials and low embodied energy materials in buildings: a review. *Renewable and Sustainable Energy Reviews* 23, 536–542.

**Cabeza L. F., A. Castell, C. Barreneche, A. de Gracia, and A. I. Fernández (2011).** Materials Used as PCM in Thermal Energy Storage in Buildings: A Review. *Renewable and Sustainable Energy Reviews* **15**, 1675–1695. doi: 10.1016/j.rser.2010.11.018, ISSN: 13640321.

**Cabeza L. F., D. Ürge-Vorsatz, M. McNeil, C. Barreneche, and S. Serrano (2013b).** Investigating greenhouse challenge from growing trends of electricity consumption through home appliances in buildings. *Renewable and Sustainable Energy Reviews* **36**, 188–193. doi: 10.1016/j.rser.2014.04.053.

**Cai W. G., Y. Wu, Y. Zhong, and H. Ren (2009).** China building consumption: Situation, challenges and corresponding measures. *Energy Policy* **37**, 2054–2059. doi: 10.1016/j.enpol.2008.11.037, ISSN: 0301–4215.

**Cam W. C.-N. (2012).** *Technologies for Climate Change Mitigation: Building Sector.* UNEP Risoe Centre on Energy, Climate and Sustainable Development, Roskilde, Denmark, 197 pp. ISBN: 978-87-92706-57-7.

**Campra P., M. Garcia, Y. Canton, and A. Palacios-Orueta (2008).** Surface temperature cooling trends and negative radiative forcing due to land use change toward greenhouse farming in southeastern Spain. *Journal of Geophysical Research* **113**. doi: 10.1029/2008JD009912, ISSN: 0148–0227.

**Cândido C., R. de Dear, and R. Lamberts (2011).** Combined thermal acceptability and air movement assessments in a hot humid climate. *Building and Environment* **46**, 379–385. doi: 10.1016/j.buildenv.2010.07.032, ISSN: 0360–1323.

**Carley S., S. Lawrence, A. Brown, A. Nourafshan, and E. Benami (2011).** Energy-based economic development. *Renewable and Sustainable Energy Reviews* **15**, 282–295.

**Catania T. (2012).** Appliances and the smart grid. *ASHRAE Journal* **52**, 72–76. ISSN: 00012491.

**CB (2012).** Changing Behaviour EU-project. Available at: http://www.energychange.info/.

**Chan A. T., and V. C. H. Yeung (2005).** Implementing building energy codes in Hong Kong: energy savings, environmental impacts and cost. *Energy and Buildings* **37**, 631–642. doi: 10.1016/j.enbuild.2004.09.018, ISSN: 0378–7788.

**Chen C., B. Chen, B. Wang, C. Huang, J. Zhao, Y. Dai, and H. Kan (2007).** Low-carbon energy policy and ambient air pollution in Shanghai, China: a health-based economic assessment. *The Science of the Total Environment* **373**, 13–21. Available at: http://ukpmc.ac.uk/abstract/MED/17207519.

**Chow D. H., and G. J. Levermore (2010).** The effects of future climate change on heating and cooling demands in office buildings in the UK. *Building Services Engineering Research and Technology* **31**, 307–323.

**Chua K. J., S. K. Chou, and W. M. Yang (2010).** Advances in heat pump systems: A review. *Applied Energy* **87**, 3611–3624. doi: 10.1016/j.apenergy.2010.06.014, ISSN: 03062619.

**Citherlet S., and T. Defaux (2007).** Energy and environmental comparison of three variants of a family house during its whole life span. *Building and Environment* **42**, 591–598. doi: 10.1016/j.buildenv.2005.09.025, ISSN: 03601323.

**Clinch J. P., and J. D. Healy (2001).** Cost-benefit analysis of domestic energy efficiency. *Energy Policy* **29**, 113–124. ISSN: 0301–4215.

**Coaffee J. (2008).** Risk, resilience, and environmentally sustainable cities. *Energy Policy* **36**, 4633–4638. Available at: http://www.sciencedirect.com/science/article/pii/S0301421508004977.

**Cockroft J., and N. Kelly (2006).** A comparative assessment of future heat and power sources for the UK domestic sector. *Energy Conversion and Management* **47**, 2349–2360. doi: 10.1016/j.enconman.2005.11.021, ISSN: 0196–8904.

**Collins P. D. (2007).** Time is money. *Environment Business*, 15. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–34248386964&partnerID=40&md5=628015e0d1ac2279004d45215de562ea.

**Cornelissen, S., M. Koper, Y. Y. Deng (2012).** The role of bioenergy in a fully sustainable global energy system. *Biomass and Bioenergy* **41**, pp. 21–33. doi: 10.1016/j.biombioe.2011.12.049.

**CPI (2011).** *Information Tools for Energy Demand Reduction in Existing Residential Buildings CPI Report.* Climate Policy Initiative, San Francisco, CA, 32 pp.

**Crawford-Brown D., T. Barker, A. Anger, and O. Dessens (2012).** Ozone and PM related health co-benefits of climate change policies in Mexico. *Environmental Science & Policy* **17**, 33–40. Available at: http://www.sciencedirect.com/science/article/pii/S146290111001961.

**Crossley D. (2008).** Tradeable energy efficiency certificates in Australia. *Energy Efficiency* **1**, 267–281. doi: 10.1007/s12053-008-9018-6, ISSN: 1570–646X.

**CSTC (2012).** Centre Scientifique et Technique de la Construction. Available at: http://www.cstc.be/homepage/index.cfm?cat=information.

**Da-li Gan (2009).** Energy service companies to improve energy efficiency in China: barriers and removal measures. *Procedia Earth and Planetary Science* **1**, 1695–1704. doi: 10.1016/j.proeps.2009.09.260, ISSN: 1878–5220.

**Davis Langdon (2007).** *The Cost & Benefit of Achieving Green Buildings.* Davis Langdon & SEAH International, 8 pp. Available at: http://www.davislangdon.com/upload/StaticFiles/AUSNZ%20Publications/Info%20Data/InfoData_Green_Buildings.pdf.

**Davis Langdon, and Element Energy (2011).** *Cost of Building to the Code for Sustainable Homes.* Department for Communities and Local Government, London, UK, 90 pp. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/6378/1972728.pdf.

**Day A. R., P. G. Jones, and G. G. Maidment (2009).** Forecasting future cooling demand in London. *Energy and Buildings* **41**, 942–948.

**DECC (2011).** *UK Report on Articles 4 and 14 of the EU End-Use Efficiency and Energy Services Directive (ESD). Update on Progress against the 2007 UK National Energy Efficiency Action Plan.* Department of Energy and Climate Change, London, UK, 43 pp.

**DEE (2011).** *Heat Pumps in the UK: How Hot Can They Get?* Delta Energy and Environment, Edinburgh, UK, 7 pp.

**Deng, Y.Y., K. Blok, K. van der Leun (2012a).** Transition to a fully sustainable, global energy system. *Energy Strategy Reviews* **1** (2), pp. 109–121. doi: 10.1016/j.esr.2012.07.003.

**Deng Y., Z. Li, and J.M. Quigley (2012b).** Economic returns to energy-efficient investments in the housing market: Evidence from Singapore. *Regional Science and Urban Economics* **42**, 506–515. Available at: http://www.sciencedirect.com/science/article/pii/S016604621100055X.

**Desogus G., L. Di Pilla, S. Mura, G. L. Pisano, and R. Ricciu (2013).** Economic efficiency of social housing thermal upgrade in Mediterranean climate. *Energy and Buildings* **57**, 354–360. doi: 10.1016/j.enbuild.2012.11.016, ISSN: 0378–7788.

**Dhakal S., and A. K. Raut (2010).** Potential and bottlenecks of the carbon market: The case of a developing country, Nepal. *Energy Policy* **38**, 3781–3789. doi: 10.1016/j.enpol.2010.02.057, ISSN: 0301–4215.

**Dietz T., G. T. Gardner, J. Gilligan, P. C. Stern, and M. P. Vandenbergh (2009).** Household actions can provide a behavioral wedge to rapidly reduce US carbon emissions. *Proceedings of the National Academy of Sciences* **106**, 18452–18456. doi: 10.1073/pnas.0908738106.

**9**

**Dili A.S., M.A. Naseer, and T.Z. Varghese (2010).** Passive control methods of Kerala traditional architecture for a comfortable indoor environment: Comparative investigation during various periods of rainy season. *Building and Environment* **45**, 2218–2230. doi: 10.1016/j.buildenv.2010.04.002, ISSN: 0360–1323.

**Dixon R.K., E. McGowan, G. Onysko, and R.M. Scheer (2010).** US energy conservation and efficiency policies: Challenges and opportunities. *Energy Policy* **38**, 6398–6408.

**Dongyan L. (2009).** Fiscal and tax policy support for energy efficiency retrofit for existing residential buildings in China's northern heating region. *Energy Policy* **37**, 2113–2118. Available at: http://ideas.repec.org/a/eee/enepol/v37y2009i6p2113–2118.html.

**Dowling P., P. Russ (2012).** The benefit from reduced energy import bills and the importance of energy prices in GHG reduction scenarios. *Energy Economics* **34**, pp. 429–435. doi: 10.1016/j.eneco.2011.12.010.

**Druckman A., M. Chitnis, S. Sorrell, and T. Jackson (2011).** Missing carbon reductions? Exploring rebound and backfire effects in UK households. *Energy Policy* **39**, 3572–3581. doi: 10.1016/j.enpol.2011.03.058, ISSN: 0301–4215.

**Dubois M.-C., and Å. Blomsterberg (2011).** Energy saving potential and strategies for electric lighting in future North European, low energy office buildings: A literature review. *Energy and Buildings* **43**, 2572–2582. doi: 10.1016/j.enbuild.2011.07.001, ISSN: 03787788.

**Duflo E., M. Greenstone, and R. Hanna (2008).** Indoor air pollution, health and economic well-being. *Surveys and Perspectives Integrating Environment and Society* **1**, 7–16. Available at: http://sapiens.revues.org/130.

**Duplessis B., J. Adnot, M. Dupont, and F. Racapé (2012).** An empirical typology of energy services based on a well-developed market: France. *Energy Policy* **45**, 268–276. doi: 10.1016/j.enpol.2012.02.031, ISSN: 0301–4215.

**EC (2003).** Directive 2002/91/EC of the European Parliament and of the Council of 16 December 2002 on the energy performance of buildings. *Official Journal of the European Communities* **46**, 65–71.

**EEA (2013).** Production, imports, exports and consumption of Fluorinated gases (F-gases) for years 2007–2011 in the EU-27 (Mt $CO_2$ eq, GWP TAR). *European Environment Agency.* Available at: http://www.eea.europa.eu/data-and-maps/figures/production-imports-exports-and-consumption.

**Ege C., T. Bang Hansen, and J. Juul (2009).** *Green Jobs: Examples of Energy and Climate Initiatives that Generate Employment.* United Federation of Danish Workers 3F in collaboration with The Ecological Council, Copenhagen, Denmark, 48 pp.

**Eichhammer W., T. Fleiter, B. Schlomann, S. Faberi, M. Fioretto, N. Piccioni, S. Lechtenböhmer, A. Schüring, and G. Resch (2009).** *Study on the Energy Savings Potentials in EU Member States, Candidate Countries and EEA Countries.* The European Commission Directorate-General Energy and Transport, Brussels, Belgium, 313 pp.

**Ellis M., I. Barnsley, and S. Holt (2009).** Barriers to maximising compliance with energy efficiency policy—ECEEE. European Council for an Energy Efficient Economy, La Colle sur Loup, France. 341–351 pp. Available at: http://www.eceee.org/conference_proceedings/eceee/2009/Panel_2/2.072.

**En.lighten (2010).** Country Lighting Assessments—European Union. En.lighten, UNEP. Available at: http://www.olela.net/infomap/files/clas/CLA_EUU.pdf.

**Energy Institute Vorarlberg (2013).** Passive House retrofit kit. Available at: http://www.energieinstitut.at/retrofit/.

**EPA (2010).** Transition to low-GWP alternatives in unitary air conditioning, Fact Sheet. United States Environmental Protection Agency.

**EPC (2008).** *Economic Instruments to Reach Energy and Climate Change Targets.* Economic Policy Committee, Brussels, Belgium, 29 pp.

**ETK (2011).** *Építőipari Költségbecslési Segédlet [Handbook of Construction Costs Estimates 2011].* Budapest: ETK.

**ETUC (2008).** *Climate Change and Employment: Impact on Employment in the European Union-25 of Climate Change and $CO_2$ Emission Reduction Measures by 2030.* European Trade Union Confederation, Brussels, Belgium, 206 pp. Available at: http://www.unizar.es/gobierno/consejo_social/documents/070201 ClimateChang-Employment.pdf.

**European Union (2012).** Directive 2012/27/EU of the European Parliament and of the Council of 25 October 2012 on energy efficiency, amending Directives 2009/125/EC and 2010/30/EU and repealing Directives 2004/8/EC and 2006/32/EC. *Official Journal of European Union.* **L315**, 1–56.

**Eyre N. (2010).** Policing carbon: design and enforcement options for personal carbon trading. *Climate Policy* **10**, 432–446. doi: 10.3763/cpol.2009.0010, ISSN: 1469–3062.

**Eyre N. (2011).** Efficiency, Demand Reduction or Electrification? In: *Proceedings: Energy Efficiency First: The Foundation of a Low Carbon Society. European Council for an Energy Efficient Economy Summer Study.* ECEEE, Presqu'ile de Giens, France. pp. 1391–1400.

**Eyre N., J. Anable, C. Brand, R. Layberry, and N. Strachan (2010).** The way we live from now on: lifestyle and energy consumption. In: *Energy 2050: the transition to a secure low carbon energy system for the UK.* P. Ekins, J. Skea, M. Winskel, (eds.), Earthscan, London, pp. 258–293. ISBN: 1849710848.

**Eyre N., M. Pavan, and L. Bodineau (2009).** Energy Company Obligations to Save Energy in Italy, the UK and France: What have we learnt? European Council for an Energy Efficient Economy, La Colle sur Loup, France, pp. 429–439.

**Fawcett T. (2010).** Personal carbon trading: A policy ahead of its time? *Energy Efficiency Policies and Strategies with Regular Papers.* **38**, 6868–6876. doi: 10.1016/j.enpol.2010.07.001, ISSN: 0301–4215.

**Fawcett T. (2011).** The future role of heat pumps in the domestic sector. In: *Energy Efficiency First: The Foundation of a Low Carbon Society. European Council for an Energy Efficient Economy Summer Study.* ECEEE, Presqu'ile de Giens, France. 1547–1558 pp.

**Fechter J.V., and L.G. Porter (1979).** *Kitchen Range Energy Consumption.* Office of Energy Conservation, U.S. Department of Energy, Washington, DC, 60 pp.

**Feist W. (2012).** Master plan for the European Energy revolution put forth. *16th International Passive House Conference 2012*, 6. Hanover, Germany.

**Feist W., and J. Schnieders (2009).** Energy efficiency—a key to sustainable housing. *European Physical Journal-Special Topics* **176**, 141–153. doi: 10.1140/epjst/e2009-01154-y, ISSN: 1951–6355.

**Fettweis G., and E. Zimmermann (2008).** ICT energy trends—Trends and challenges. In: *The 11th International Symposium on Wireless Personal Multimedia Communications (WPMC 2008).* Finland. 4 pp.

**FI (2005).** Innovation and Public Procurement. Review of Issues at Stake. Fraunhofer Institute.

**Fisk W.J. (2002).** How IEQ affects health, productivity. *ASHRAE Journal-American Society of Heating Refrigerating and Airconditioning Engineers* **44**, 56–60. Available at: http://doas.psu.edu/fisk.pdf.

**Foruzanmehr A., and M. Vellinga (2011).** Vernacular architecture: questions of comfort and practicability. *Building Research and Information* **39**, 274–285. doi: 10.1080/09613218.2011.562368, ISSN: 0961–3218.

Fouquet R., and P.J.G. Pearson (2006). Seven centuries of energy services: The price and use of light in the United Kingdom (1300–2000). *Energy Journal* 27, 139–177. ISSN: 0195–6574.

Freire González J. (2010). Empirical evidence of direct rebound effect in Catalonia. *Energy Policy* 38, 2309–2314. doi: 10.1016/j.enpol.2009.12.018, ISSN: 0301–4215.

Fujino J., G. Hibino, T. Ehara, Y. Matsuoka, T. Masui, and M. Kainuma (2008). Back-casting analysis for 70% emission reduction in Japan by 2050. *Climate Policy* 8, S108–S124. Available at: http://www.ingentaconnect.com/content/earthscan/cpol/2008/00000008/a00101s1/art00009.

Galvin R. (2010). Thermal upgrades of existing homes in Germany: The building code, subsidies, and economic efficiency. *Energy and Buildings* 42, 834–844. doi: 10.1016/j.enbuild.2009.12.004, ISSN: 0378–7788.

Galvin R. (2012). German Federal policy on thermal renovation of existing homes: A policy evaluation. *Sustainable Cities and Society* 4, 58–66. doi: 10.1016/j.scs.2012.05.003, ISSN: 2210–6707.

Gardiner, and Theobald (2011). *International Construction Cost Survey*. Gardiner & Theobald LLP, London, UK, 20 pp. Available at: http://www.gardiner.com/assets/files/files/973bd8f7bd7c6f4038153d-c47a3705fc26138616/ICCS%202011 %20%C2%A3 %20Version.pdf.

Garrett-Peltier H. (2011). *Employment Estimates for Energy Efficiency Retrofits of Commercial Buildings*. Political Economy Research Institute, Amherst, MA, USA, 7 pp. Available at: http://www.peri.umass.edu/fileadmin/pdf/research_brief/PERI_USGBC_Research_Brief.pdf.

Garrido-Soriano N., M. Rosas-Casals, A. Ivancic, and M.D. Álvarez-del Castillo (2012). Potential energy savings and economic impact of residential buildings under national and regional efficiency scenarios. A Catalan case study. *Energy and Buildings* 49, 119–125. doi: 10.1016/j.enbuild.2012.01.030, ISSN: 0378–7788.

GEA (2011). *GEA Database*. International Institute for Applied Systems Analysis, Laxenburg, Austria. Available at: http://www.iiasa.ac.at/.

GEA (2012). *Global Energy Assessment*. Cambridge University Press, Laxenburg, Austria, 1802 pp.

Gerdes A., C. Kottmeier, and A. Wagner (2011). Climate and Construction. In: *International Conference 24 and 25 October 2011, Karlsruhe, Germany/Competence Area "Earth and Environment" KIT Scientific Reports; 7618*. KIT Scientific Publishing. 367 pp.

Gill S.E., J.F. Handley, and S. Pauleit (2007). Adapting cities for climate change: The role of the green infrastructure. *Built Environment* 33, 115–133.

Giraudet L.G., C. Guivarch, and P. Quirion (2011). Comparing and Combining Energy Saving Policies: Will Proposed Residential Sector Policies Meet French Official Targets? *The Energy Journal* 32. doi: 10.5547/ISSN0195-6574-EJ-Vol32-SI1-12, ISSN: 01956574.

Giraudet L.-G., C. Guivarch, and P. Quirion (2012). Exploring the potential for energy conservation in French households through hybrid modeling. *Energy Economics* 34, 426–445. doi: 10.1016/j.eneco.2011.07.010, ISSN: 0140–9883.

GMCA (2009). *Lessons Learned From Energy Efficiency Finance Programs in the Building Sector*. Prepared for European Climate Foundation, GreenMax Capital Advisors, New York, USA, 54 pp.

Gold R., S. Nadel, J. Laitner, and A. deLaski (2011). *Appliance and Equipment Efficiency Standards: A Money Maker and Job Creator*. American Council for an Energy-Efficient Economy, Appliance Standards Awareness Project, Washington, DC, Boston, MA, 28 pp. Available at: http://www.appliance-standards.org/sites/default/files/Appliance-and-Equipment-Efficiency-Standards-Money-Maker-Job-Creator.pdf.

Government of Latvia (2011). Second National Energy Efficiency Action Plan of Latvia 2011—2013. Government of Latvia. Available at: http://ec.europa.eu/energy/efficiency/end-use_en.htm.

Government of Slovakia (2011). Energy Efficiency Action Plan 2011–2013. Government of Slovakia.

Government of Finland (2011). Finland's Second National Energy Efficiency Action Plan (NEEAP-2) 27 June 2011. Government of Finland. Available at: http://ec.europa.eu/energy/efficiency/end-use_en.htm.

Government of Ireland (2011). National Action Plan on Green Public Procurement. Government of Ireland.

GPI (2010). *Energy [R]evolution. A Sustainable World Energy Outlook 2010 World Energy Scenario*. European Renewable Energy Council (EREC), Brussels, Belgium, 259 pp.

Da Graca G.C., A. Augusto, and M.M. Lerer (2012). Solar powered net zero energy houses for southern Europe: Feasibility study. *Solar Energy* 86, 634–646. doi: 10.1016/j.solener.2011.11.008, ISSN: 0038–092X.

Greden L.V.A. (2006). Reducing the risk of natural ventilation with flexible design. In: *International Solar Energy Conference 2006*. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–36048952082&partnerID=40&md5=3a4215b25926aa2ed94ea73b738bb860.

Green G., and J. Gilbertson (2008). *Warm Front Better Health: Health Impact Evaluation of the Warm Front Scheme*. Centre for Regional Economic and Social Research, Sheffield, UK, 25 pp. Available at: http://www.google.de/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0CC00QFjAA&url=http%3A%2F%2Fwww.apho.org.uk%2Fresource%2Fview.aspx%3FRID%3D53281&ei=Zy_6Uv3hOsPpswaKwoGYAg&usg=AFQjCNHdMI2DjMei6aCG9VGTJ3HSdignAA&sig2=5hWAJNrpnUNcWsOe2K4jAQ&bvm=bv.61190604,d.Yms.

Greening L.A., D.L. Greene, and C. Difiglio (2000). Energy efficiency and consumption—the rebound effect—a survey. *Energy Policy* 28, 389–401. doi: 10.1016/S0301-4215(00)00021-5, ISSN: 0301–4215.

Grigoletti G., M.A. Sattler, and A. Morello (2008). Analysis of the thermal behaviour of a low cost, single-family, more sustainable house in Porto Alegre, Brazil. *Energy and Buildings* 40, 1961–1971. doi: 10.1016/j.enbuild.2008.05.004, ISSN: 0378–7788.

Grinshpon M. (2011). A Comparison of Residential Energy Consumption Between the United States and China. Tsinghua University, Beijing, 94 pp.

Gülen G. (2011). *Defining, Measuring and Predicting Green Jobs*. Copenhagen Consensus Center, Lowell, USA, 33 pp. Available at: http://www.lsarc.ca/Predicting%20Green%20Jobs.pdf.

Hailu Y.G. (2012). Measuring and monitoring energy access: Decision-support tools for policymakers in Africa. *Energy Policy* 47, 56–63. doi: http://dx.doi.org/10.1016/j.enpol.2012.03.065.

Harlan S.L., and D.M. Ruddell (2011). Climate change and health in cities: impacts of heat and air pollution and potential co-benefits from mitigation and adaptation. *Current Opinion in Environmental Sustainability* 3, 126–134.

Harmelink M., L. Nilsson, and R. Harmsen (2008). Theory-based policy evaluation of 20 energy efficiency instruments. *Energy Efficiency* 1, 131–148. doi: 10.1007/s12053-008-9007-9, ISSN: 1570–646X.

Harris J., R. Diamond, M. Iyer, C. Payne, C. Blumstein, and H.-P. Siderius (2007). Towards a Sustainable Energy Balance: Progressive Efficiency and the Return of Energy Conservation. *Energy Efficiency* 1, 175–188. Available at: http://escholarship.org/uc/item/09v4k44b.

Harvey L.D.D. (2007). Net climatic impact of solid foam insulation produced with halocarbon and non-halocarbon blowing agents. *Building and Environment* 42, 2860–2879. doi: 10.1016/j.buildenv.2006.10.028, ISSN: 0360–1323.

Harvey L.D.D. (2008). Energy Savings by Treating Buildings as Systems. In: *Physics of Sustainable Energy: Using Energy Efficiently and Producing it Renewably*. American Institute of Physics, Berkeley, California. 67–87 pp.

Harvey L.D.D. (2009). Reducing energy use in the buildings sector: measures, costs, and examples. *Energy Efficiency* 2, 139–163.

Harvey L.D.D. (2010). *Energy and the New Reality 1: Energy Efficiency and the Demand for Energy Services*. Earthscan, London, and Washington, DC, 672 pp. ISBN: 1849710724.

Harvey L.D.D. (2013). *Recent Advances in Sustainable Buildings: Review of the Energy and Cost Performance of the State-of-The-Art Best Practices from Around the World*. Social Science Research Network, Rochester, NY, 281–309 pp. Available at: http://papers.ssrn.com/abstract=2343677.

Harvey L.D.D., and M. Siddal (2008). Advanced glazing systems and the economics of comfort. *Green Building Magazine*, 30–35.

Hasan A., M. Vuolle, and K. Sirén (2008). Minimisation of life cycle cost of a detached house using combined simulation and optimisation. *Building and Environment* 43, 2022–2034. doi: 10.1016/j.buildenv.2007.12.003, ISSN: 03601323.

Hayes S., S. Nadel, C. Granda, and K. Hottel (2011). *What Have We Learned from Energy Efficiency Financing Programs?* American Council for an Energy-Efficient Economy, Washington DC, USA.

Headen R.C., S.W. Bloomfield, M. Warnock, and C. Bell (2010). Property Assessed Clean Energy Financing: The Ohio Story. *The Electricity Journal* 24, 47–56. doi: 10.1016/j.tej.2010.11.004.

Healy J.D. (2004). *Housing, Fuel Poverty, and Health: A Pan-European Analysis*. Ashgate, Surrey, UK, 266 pp.

Healy J.D., and J.P. Clinch (2002). Fuel poverty, thermal comfort and occupancy: results of a national household-survey in Ireland. *Applied Energy* 73, 329–343. ISSN: 0360–2619.

Hegner H.-D. (2010). Sustainable construction in Germany—Assessment system of the Federal Government for office and administration buildings [Nachhaltiges Bauen in Deutschland—Bewertungssystem des Bundes für Büro- und Verwaltungsbauten]. *Stahlbau* 79, 407–417. doi: 10.1002/stab.201001335, ISSN: 00389145.

Hendricks B., B. Goldstein, R. Detchon, and K. Shickman (2009). *Rebuilding America: A National Policy Framework for Investment in Energy Efficiency Retrofits*. Center for American Progress, Energy Future Coalition, Washington, DC, 56 pp. Available at: http://www.americanprogress.org/issues/2009/08/pdf/rebuilding_america.pdf.

Hens H., W. Parijs, and M. Deurinck (2009). Energy consumption for heating and rebound effects. *Energy and Buildings* 42, 105–110. ISSN: 0378–7788.

Hermelink A. (2006). Reality Check: The Example SOLANOVA, Hungary. In: *Sustainable energy systems for the buildings: Challenges and changes*. Vienna, Austria. 15 pp.

Hermelink A. (2009). *How Deep to Go: Remarks on How to Find the Cost-Optimal Level for Building Renovation*. Ecofys, Köln, Germany, 18 pp.

Herring H. (2006). Energy efficiency—a critical view. *Energy* 31, 10–20. doi: 10.1016/j.energy.2004.04.055, ISSN: 0360–5442.

Hills J. (2011). *Fuel Poverty: The Problem and Its Measurement*. Centre for Analysis of Social Exclusion: The London School of Economics and Political Science, London, UK, 192 pp. Available at: http://eprints.lse.ac.uk/39270/1'/CASEreport69 (Isero).pdf.

Holmgren K. (2006). Role of a district-heating network as a user of waste-heat supply from various sources—the case of Göteborg. *Applied Energy* 83, 1351–1367. doi: 10.1016/j.apenergy.2006.02.001, ISSN: 0360–2619.

Houghton A. (2011). Health impact assessments a tool for designing climate change resilience into green building and planning projects. *Journal of Green Building* 6, 66–87. doi: 10.3992/jgb.6.2.66, ISSN: 15526100.

Howard A.J., Z. Baron, and K. Kaplan (2012). Transformation of an industry: A history of energy efficiency in televisions. In: *ACEEE Summer Study on Energy Efficiency in Buildings*. American Council for an Energy Efficient Economy. pp. 190–203.

Howden-Chapman P., and R. Chapman (2012). Health co-benefits from housing-related policies. *Current Opinion in Environmental Sustainability* 4, 414–419. Available at: http://www.sciencedirect.com/science/article/pii/S1877343512001066.

Howden-Chapman P., H. Viggers, R. Chapman, D. O'Dea, S. Free, and K. O'Sullivan (2009). Warm homes: Drivers of the demand for heating in the residential sector in New Zealand. *Energy Policy* 37, 3387–3399. doi: 10.1016/j.enpol.2008.12.023, ISSN: 0301–4215.

Hunt A., and P. Watkiss (2011). Climate change impacts and adaptation in cities: a review of the literature. *Climatic Change*, 1–37.

Huovila P. (2007). *Buildings and Climate Change: Status, Challenges, and Opportunities*. United Nations Environmental Programme, Nairobi, Kenya, 78 pp.

Hutton G., E. Rehfuess, and F. Tediosi (2007). Evaluation of the costs and benefits of interventions to reduce indoor air pollution. *Energy for Sustainable Development* 11, 34–43. Available at: http://www.who.int/entity/indoorair/interventions/iap_cba_esd_article.pdf.

IBEC (2009). CASBEE property appraisal manual. Institute for Building Environment and Energy Conservation.

IEA (2002). *Potential for Building Integrated Photovoltaics. Photovoltaic Power System Programme*. International Energy Agency, Paris, France, 11 pp.

IEA (2003). *Cool Appliances Policy Strategies for Energy-Efficient Homes*. International Energy Agency, Paris, Paris, France, 233 pp. ISBN: 92–64–19661–7—2003.

IEA (2007). *Energy Security and Climate Policy: Assessing Interactions*. International Energy Agency/Organisation for Economic Co-operation and Development, Paris, France, 145 pp.

IEA (2010a). *Energy Technology Perspectives 2010*. International Energy Agency, Paris, France, 706 pp.

IEA (2010b). *Policy Pathways: Energy Performance Certification of Buildings*. International Energy Agency, Paris, France, 64 pp. Available at: http://www.iea.org/publications/freepublications/publication/name,3923,en.html.

**IEA (2012a).** *CO₂ Emissions from Fuel Combustion. Beyond 2020 Online Database.* International Energy Agency, Paris, 138 pp. Available at: http://data.iea.org.

**IEA (2012b).** *Policies and Measures Database.* International Energy Agency, Paris, France,

**IEA (2012c).** *Energy Technology Perspectives 2012: Pathways to a Clean Energy System.* International Energy Agency, Paris, France, 700 pp.

**IEA (2012d).** *Energy Balances of Non-OECD Countries. 2012 Edition.* International Energy Agency, Paris, France, 554 pp.

**IEA (2013).** IEA Online Data Services. Available at: http://data.iea.org/ieastore/statlisting.asp.

**IEA HPG (2010).** *Retrofit Heat Pumps for Buildings: Final Report.* Boras, IEA Heat Pump Centre, Sweden, 144 pp.

**IFE (2005).** Engineering a Sustainable World: Design Process and Engineering Innovations for the Center for Health and Healing at the Oregon Health and Science University, River Campus.

**Ihara T., Y. Kikegawa, K. Asahi, Y. Genchi, and H. Kondo (2008).** Changes in year-round air temperature and annual energy consumption in office buildings areas by urban heat-island countermeasures and energy-saving measures. *Applied Energy* **85**, 12–25.

**ILO (2012).** *Working towards Sustainable Development: Opportunities for Decent Work and Social Inclusion in a Green Economy.* International Labour Office, Geneva, Switzerland, 288 pp. ISBN: 978–92–2-126378–4.

**IPCC (2007).** *Climate Change 2007: Mitigation of Climate Change. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 851 pp.

**Isaac M., and D.P. Van Vuuren (2009).** Modeling global residential sector energy demand for heating and air conditioning in the context of climate change. *Energy Policy* **37**, 507–521.

**Ito Y., and K. Otsuka (2011).** Commercialization of Residential PEFC Cogeneration System. In: *Proceedings of International Gas Union Research Conference.*

**Izquierdo S., C. Montañés, C. Dopazo, and N. Fueyo (2011).** Roof-top solar energy potential under performance-based building energy codes: The case of Spain. *Solar Energy* **85**, 208–213. doi: 10.1016/j.solener.2010.11.003, ISSN: 0038–092X.

**Jaboyedoff P., C.A. Roulet, V. Dorer, A. Weber, and A. Pfeiffer (2004).** Energy in air-handling units—results of the AIRLESS European Project. *Energy and Buildings* **36**, 391–399. doi: 10.1016/j.enbuild.2004.01.047.

**Jacobson C.A., S. Narayanan, K. Otto, P. Ehrlich, and K. Åström (2011).** Building Control Systems. Study Notes on Low Energy Buildings: European Design and Control. Available at: http://www.youtube.com/watch?v=USnLOCDvNBs

**Jakob M. (2006).** Marginal costs and co-benefits of energy efficiency investments: The case of the Swiss residential sector. *Energy Policy* **34**, 172–187. Available at: http://www.sciencedirect.com/science/article/pii/S030142150400271X.

**Jelle B.P. (2011).** Traditional, state-of-the-art and future thermal building insulation materials and solutions—Properties, requirements and possibilities. *Energy and Buildings* **43**, 2549–2563. doi: 10.1016/j.enbuild.2011.05.015, ISSN: 03787788.

**Ji Y., K.J. Lomas, and M.J. Cook (2009).** Hybrid ventilation for low energy building design in south China. *Building and Environment* **44**, 2245–2255. doi: 10.1016/j.buildenv.2009.02.015, ISSN: 0360–1323.

**Jiang Y., and X. Xie (2010).** Theoretical and testing performance of an innovative indirect evaporative chiller. *Solar Energy* **84**, 2041–2055. ISSN: 0038092x.

**Jollands N., P. Waide, M. Ellis, T. Onoda, J. Laustsen, K. Tanaka, P. de T'Serclaes, I. Barnsley, R. Bradley, and A. Meier (2010).** The 25 IEA energy efficiency policy recommendations to the G8 Gleneagles Plan of Action. *Energy Policy* **38**, 6409–6418. doi: 10.1016/j.enpol.2009.11.090, ISSN: 0301–4215.

**JRC/PBL (2013).** *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010.* European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

**Kahn E. (2008).** Avoidable transmission cost is a substantial benefit of solar PV. *The Electricity Journal* **21**, 41–50.

**Kainou K. (2007).** Why Do Top Runner Energy Efficiency Standard Regulations Result in Large Positive or Negative Costs?—Risk of Investment in High Efficiency Products and Risk of Government Regulation Failure. Research Institute of Economy, Trade and Industry, IAA, Japan.

**Kapsalaki M., and V. Leal (2011).** Recent progress on net zero energy buildings. *Advances in Building Energy Research* **5**, 129–162.

**Karlsson J.F., and B. Moshfegh (2007).** A comprehensive investigation of a low-energy building in Sweden. *Renewable Energy* **32**, 1830–1841. doi: 10.1016/j.renene.2006.10.009, ISSN: 0960–1481.

**Kats G. (2009).** *Greening Our Built World: Costs, Benefits, and Strategies.* Island Press, Washington, DC, 280 pp. ISBN: 159726668X.

**Kats G., L. Alevantis, A. Berman, E. Mills, and J. Perlman (2003).** *The Costs and Financial Benefits of Green Buildings.* Sustainable Building Task Force, 120 pp. Available at: http://www.usgbc.org/Docs/Archive/MediaArchive/607_Kats_AB184.pdf.

**Kats G., J. Perlman, and S. Jamadagni (2005).** *National Review of Green Schools: Costs, Benefits, and Implications for Massachusetts.* Good Energies, Washington, DC, 66 pp. Available at: www.azdeq.gov/ceh/download/natreview.pdf.

**Kelly G. (2012).** Sustainability at home: Policy measures for energy-efficient appliances. *Renewable and Sustainable Energy Reviews* **16**, 6851–6860. doi: 10.1016/j.rser.2012.08.003, ISSN: 1364–0321.

**Kerr R., and D. Kosar (2011).** Gas use roadmap to zero energy homes. In: *ASHRAE Transactions.* American Society of Heating, Refrigerating and Air-Conditioning Engineers, Atlanta. 340–347 pp.

**Kesik T., and I. Saleff (2009).** *Tower Renewal Guidelines for the Comprehensive Retrofit of Multi-Unit Residential Buildings in Cold Climates.* Faculty of Architecture, Landscape, and Design, University of Toronto, Toronto, Canada, 259 pp.

**Knigge M., and M. Görlach (2005).** *Effects of Germany's Ecological Tax Reforms on the Environment, Employment and Technological Innovation.* Ecologic Institute for International and European Environmental Policy GmbH, Berlin, Germany, 15 pp. Available at: http://www.ecologic.eu/download/projekte/1850–1899/1879/1879_summary.pdf.

**Koeppel S., and D. Ürge-Vorsatz (2007).** *Assessment of Policy Instruments for Reducing Greenhouse Gas Emissions from Buildings.* United Nations Environment Programme–Sustainable Buildings and Construction Initiative, Nairobi, Kenya, 12 pp.

**Kolokotsa D., D. Rovas, E. Kosmatopoulos, and K. Kalaitzakis (2011).** A roadmap towards intelligent net zero- and positive-energy buildings. *Solar Energy* **85**, 3067–3084. doi: 10.1016/j.solener.2010.09.001, ISSN: 0038092X.

Koomey J.G., H.S. Matthews, and E. Williams (2013). Smart everything: Will intelligent systems reduce resource use? *Annual Review of Environment and Resources* **38**, 311–343.

Köppl A., C. Kettner, D. Kletzan-Slamanig, H. Schnitzer, M. Titz, A. Damm, K. Steininger, B. Wolkinger, H. Artner, and A. Karner (2011). *EnergyTransition 2012\2020\2050 Strategies for the Transition to Low Energy and Low Emission Structures (Final Report)*. Österreichisches Institut Für Wirtschaftsforschung, Vienna, Austria, 38 pp.

Korjenic A., V. Petránek, J. Zach, and J. Hroudová (2011). Development and performance evaluation of natural thermal-insulation materials composed of renewable resources. *Energy and Buildings* **43**, 2518–2523. doi: 10.1016/j. enbuild.2011.06.012, ISSN: 03787788.

Korytarova K., and D. Ürge-Vorsatz (2012). Energy savings potential in Hungarian public buildings. Scenarios for 2030 and beyond. In: *International Energy Workshop 2012, Cape Town, 19–21 June 2012*. South Africa. 11 pp.

Kragh J., and J. Rose (2011). Energy renovation of single-family houses in Denmark utilising long-term financing based on equity. *Applied Energy* **88**, 2245–2253. doi: 10.1016/j.apenergy.2010.12.049, ISSN: 0306–2619.

Kuckshinrichs W., T. Kronenberg, and P. Hansen (2010). The social return on investment in the energy efficiency of buildings in Germany. *Energy Policy* **38**, 4317–4329.

Kurnitski J., A. Saari, T. Kalamees, M. Vuolle, J. Niemelä, and T. Tark (2011). Cost optimal and nearly zero (nZEB) energy performance calculations for residential buildings with REHVA definition for nZEB national implementation. *Energy and Buildings* **43**, 3279–3288. doi: 10.1016/j.enbuild.2011.08.033, ISSN: 03787788.

Kwok A.G.A. (2010). Addressing climate change in comfort standards. *Building and Environment* **45**, 18–22. doi: 10.1016/j.buildenv.2009.02.005, ISSN: 03601323.

Labanca N., and B. Paolo (2013). First steps towards a deeper understanding of energy efficiency impacts in the age of systems. In: *Proceedings of eceee 2013 Summer Study: Rethink, Renew, Restart*. Belambra Les Criques, Toulon/Hyères, France. Available at: http://publications.jrc.ec.europa.eu/repository/handle/111111111/28670.

Laitner J.A.S., S. Nadel, R.N. Elliott, H. Sachs, and A.S. Khan (2012). *The Long-Term Energy Efficiency Potential: What the Evidence Suggests*. American Council for an Energy-Efficient Economy, Washington, D.C., 96 pp.

Lambrou Y., and G. Piana (2006). *Energy and Gender Issues in Rural Sustainable Development*. Food and Agriculture Organization of the United Nations, Rome, Italy, 41 pp.

Lang Consulting (2013). 1000 passivehouses in Austria—Interactive documentation network on Passive Houses. Available at: http://www.langconsulting.at/index.php/en/the-passive-house.

Langham E., C. Dunstan, G. Walgenwitz, P. Denvir, A. Lederwasch, and J. Landler (2010). *Building Our Savings—Reduced Infrastructure Costs from Improving Building Energy Efficiency*. Institute for Sustainable Futures and Energetics, Univers Ity of Technology Sydney, Sydney, Australia, 103 pp. Available at: http://ee.ret.gov.au/energy-efficiency/strategies-and-initiatives/national-construction-code/building-our-savings-reduced-infrastructure-costs-improving-building-energy-efficiency.

Laustsen J. (2010). *The Factor Four Model Supporting Policies to Reduce Energy Use in Buildings by a Factor of Four*. International Energy Agency (IEA), Paris, France.

LDA (2011). Case Studies: LDA_BEEP. *Greater London Authority*. Available at: http://www.london.gov.uk/rp/docs/casestudies/LDA_BEEP_v4.pdf.

Lees E. (2006). *Evaluation of the Energy Efficiency Commitment 2002–05*. Department for Environment and Rural Affairs, UK, 81 pp.

Lees E. (2008). *Evaluation of the Energy Efficiency Commitment 2005–08*. Department of Energy and Climate Change, UK, 105 pp.

Lees E. (2011). Experience of EU Energy Efficiency Obligations—Diverse but Delivering. Brussels, Belgium.

Lemire N., and R. Charneux (2005). Energy-Efficient Laboratory Design. *ASHRAE Journal* **47**, 58–60,62–64. ISSN: 00012491.

Lenoir A., F. Thellier, and F. Garde (2011). Towards net zero energy buildings in hot climate, Part 2: Experimental feedback. In: *ASHRAE Transactions*. American Society of Heating, Refrigerating and Air-Conditioning Engineers, Atlanta, 458–465 pp.

Letschert V., S.R. Can, M. McNeil, P. Kalavase, A.H. Fan, and G. Dreyfus (2013a). Energy Efficiency Appliance Standards: Where do we stand, how far can we go and how do we get there? An analysis across several economies. European Council for an Energy Efficient Economy, Toulon/Hyères, France. 1759–1768 pp.

Letschert V.E., L.-B. Desroches, J. Ke, and M.A. McNeil (2012). *Estimate of Technical Potential for Minimum Efficiency Performance Standards in 13 Major World Economies*. Lawrence Berkeley National Laboratory, Berkeley, CA, 31 pp. Available at: http://ies.lbl.gov/publications/estimate-technical-potential-minimum-.

Letschert V., L.-B. Desroches, J. Ke, and M. McNeil (2013b). How Far Can We Raise the Bar? Revealing the Potential of Best Available Technologies-Energy. *Energy Efficiency* **59**, 72–82.

Levine M., Ürge-Vorsatz, D., Blok, K., Geng,L., Harvey, D., Lang, S., Levermore, G., Mongameli Mehlwana, A., Mirasgedis, S., Novikova, A., Rilling, J., and Yoshino, H. (2007). Residential and commercial buildings. In: *Climate Change 2007: Mitigation of Climate Change. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 387–446.

Levy J., Y. Nishioka, and J. Spengler (2003). The public health benefits of insulation retrofits in existing housing in the United States. *Environmental Health: A Global Access Science Source* **2**. Available at: http://www.ehjournal.net/content/2/1/4.

Lewis M. (2004). Energy-Efficient Laboratory Design. *American Society of Heating, Refrigerating and Air-Conditioning Engineers Journal* **46**, Supplement, 22–30. ISSN: 00012491.

Lewis R. (2010). *Green Building In Asia—Issues for Responsible Investors*. Responsible Research, 9 pp.

Li J., and M. Colombier (2009). Managing carbon emissions in China through building energy efficiency. *Journal of Environmental Management* **90**, 2436–2447.

Liddell C. (2008). *The Impact of Fuel Poverty on Children*. Save the Children/University of Ulster, Belfast, 20 pp.

Liddell C., and C. Morris (2010). Fuel poverty and human health: A review of recent evidence. *Energy Policy* **38**, 2987–2997.

Lim S.S., T. Vos, A.D. Flaxman, G. Danaei, K. Shibuya, H. Adair-Rohani, M. Amann, H.R. Anderson, K.G. Andrews, and M. Aryee (2012). A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990–2010: a systematic analysis for the Global Burden of Disease Study 2010. *The Lancet* 380, 2224–2260. Available at: http://www.sciencedirect.com/science/article/pii/S0140673612617668.

Limaye D.R., and E.S. Limaye (2011). Scaling up energy efficiency: the case for a Super ESCO. *Energy Efficiency* 4, 133–144. doi: 10.1007/s12053-011-9119-5, ISSN: 1570–646X, 1570–6478.

Lin J.-T., and Y.K. Chuah (2011). A study on the potential of natural ventilation and cooling for large spaces in subtropical climatic regions. *Building and Environment* 46, 89–97. doi: 10.1016/j.buildenv.2010.07.007, ISSN: 0360–1323.

Lin Z.P., and S.M. Deng (2004). A study on the characteristics of nighttime bedroom cooling load in tropics and subtropics. *Building and Environment* 39, 1101–1114. doi: 10.1016/j.buildenv.2004.01.035.

Loftness V., V. Hartkopf, B. Gurtekin, D. Hansen, and R. Hitchcock (2003). Linking Energy to Health and Productivity in the Built Environment. Center for Building Performance and Diagnostics, Carnegie Mellon University. 12 pp. Available at: http://mail.seedengr.com/documents/LinkingEnergytoHealthandProductivity.pdf.

Lomas K.J. (2009). Decarbonizing national housing stocks: Strategies, barriers and measurement. *Building Research and Information* 37, 187–191. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–61449104947&partnerID=40&md5=473d914e21d7753337cba231fe505604.

Lowe R. (2007). Technical options and strategies for decarbonizing UK housing. *Building Research & Information* 35, 412–425. doi: 10.1080/09613210701238268, ISSN: 0961–3218.

Luttmer M. (2006). Evaluation of Labelling of Appliances in the Netherlands: Case study executed within the framework of the AID-EE project. Active Implementation of the Proposed Directive on Energy Efficiency.

MacKellar F.L., W. Lutz, C. Prinz, and A. Goujon (1995). Population, Households and $CO_2$ Emissions. *Population and Development Review* 21, 849–865. doi: 10.2307/2137777.

Mahdavi A., and E.M. Doppelbauer (2010). A performance comparison of passive and low-energy buildings. *Energy and Buildings* 42, 1314–1319.

Mansur E.T., R. Mendelsohn, and W. Morrison (2008). Climate change adaptation: A study of fuel choice and consumption in the US energy sector. *Journal of Environmental Economics and Management* 55, 175–193. Available at: http://www.sciencedirect.com/science/article/pii/S0095069607001040.

Marino A., P. Bertoldi, S. Rezessy, and B. Boza-Kiss (2011). A snapshot of the European energy service market in 2010 and policy recommendations to foster a further market development. *Energy Policy* 39, 6190–6198. doi: 10.1016/j.enpol.2011.07.019, ISSN: 0301–4215.

Markaki M., A. Belegri-Roboli, P. Michaelides, S. Mirasgedis, and D.P. Lalas (2013). The impact of clean energy investments on the Greek economy: An input-output analysis (2010–2020). *Energy Policy* 57, 263–275.

Markandya A., B. Armstrong, S. Hales, A. Chiabai, P. Criqui, S. Mima, C. Tonne, and P. Wilkinson (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: low-carbon electricity generation. *The Lancet* 374, 2006–2015. doi: 10.1016/S0140-6736(09)61715-3.

Marmot Review Team (2011). *The Health Impacts of Cold Homes and Fuel Poverty*. Friends of the Earth and the Marmot Review Team, London, UK, 42 pp.

Marszal A.J., and P. Heiselberg (2009). *A Literature Review of Zero Energy Buildings (ZEB) Definitions*. Aalborg University Department of Civil Engineering, Aalborg, DK, 24 pp.

Marszal A.J., P. Heiselberg, J.S. Bourrelle, E. Musall, K. Voss, I. Sartori, and A. Napolitano (2011). Zero Energy Building—A review of definitions and calculation methodologies. *Energy and Buildings* 43, 971–979. doi: 10.1016/j.enbuild.2010.12.022, ISSN: 03787788.

Mata E., A.S. Kalagasidis, and F. Johnsson (2010). Assessment of retrofit measures for reduced energy use in residential building stocks-Simplified costs calculation. In: *SB10mad Sustainable Buildings Conference*. Green Building Council España, Madrid, Spain. 10 pp.

Matthews M. (2011). Solutions for zero standby and no-load consumption, presentation at EEDAL. Copenhagen. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

McCormick K., and L. Neij (2009). *Experience of Policy Instruments for Energy Efficiency in Buildings in the Nordic Countries*. International Institute for Industrial Environmental Economics (IIIEE) Lund University, Lund, Sweden, 67 pp.

McCulloch A. (2009). Evidence for improvements in containment of fluorinated hydrocarbons during use: an analysis of reported European emissions. *Environmental Science & Policy* 12, 149–156. doi: 10.1016/j.envsci.2008.12.003.

McDonell G. (2003). Displacement ventilation. *The Canadian Architect* 48, 32–33.

McGilligan C., M. Sunikka-Blank, and S. Natarajan (2010). Subsidy as an agent to enhance the effectiveness of the energy performance certificate. *Energy Policy* 38, 1272–1287. ISSN: 03014215.

McNeil M.A., and N. Bojda (2012). Cost-effectiveness of high-efficiency appliances in the U.S. residential sector: A case study. *Energy Policy* 45, 33–42. doi: 10.1016/j.enpol.2011.12.050, ISSN: 0301–4215.

McNeil M.A., R.D.V. Buskirk, and V.E. Letschert (2005). The Value of Standards and Labelling: An international cost-benefit analysis tool for Standards & Labelling programs with results for Central American Countries. In: *ECEEE Summer Study*. European Council for an Energy Efficient Economy, Mandelieu La Napoule, France. 897–904 pp. Available at: http://www.eceee.org/library/conference_proceedings/eceee_Summer_Studies/2005c/Panel_4/4260vanbuskirk.

McNeil, M.A., V.E. Letschert, S. de la Rue du Can, J. Ke (2013). Bottom–Up Energy Analysis System (BUENAS)—an international appliance efficiency policy tool. *Energy Efficiency* 6 (2) 191–217. doi: 10.1007/s12053-012-9182-6.

Meacham J. (2009). Solara: a case study in zero net energy design for affordable housing. Available at: http://www.solaripedia.com/files/713.pdf.

Menon S., H. Akbari, S. Mahanama, I. Sednev, and R. Levinson (2010). Radiative forcing and temperature response to changes in urban albedos and associated $CO_2$ offsets. *Environmental Research Letters* 5, 014005. doi: 10.1088/1748-9326/5/1/014005, ISSN: 1748–9326.

Mequignon M., L. Adolphe, F. Thellier, and H. Ait Haddou (2013a). Impact of the lifespan of building external walls on greenhouse gas index. *Building and Environment* 59, 654–661. doi: 10.1016/j.buildenv.2012.09.020, ISSN: 0360–1323.

Mequignon M., H. Ait Haddou, F. Thellier, and M. Bonhomme (2013b). Greenhouse gases and building lifetimes. *Building and Environment* 68, 77–86. doi: 10.1016/j.buildenv.2013.05.017, ISSN: 0360–1323.

Mercier C., and L. Morrefield (2009). *Commercial Office Plug Load Savings and Assessment: Executive Summary*. California Energy Commission, Public Interest Energy Research. Available at: http://newbuildings.org/commercial-office-plug-load-savings-and-assessment-executive-summary.

Michaelowa A., and D. Hayashi (2011). Waking up the sleeping giant—how the new benchmark methodology can boost CDM in the building sector. *Trading Carbon Magazine* **5**, 32–34.

Michaelowa A., D. Hayashi, and M. Marr (2009). Challenges for energy efficiency improvement under the CDM—the case of energy-efficient lighting. *Energy Efficiency* **2**, 353–367. doi: 10.1007/s12053-009-9052-z, ISSN: 1570–646X, 1570–6478.

MIKR (2011). Second National Energy Efficiency Plan for The Netherlands. The Minister of the Interior and Kingdom Relations.

Milin C., and A. Bullier (2011). *Energy Retrofitting of Social Housing through Energy Performance Contracts: A Feedback from the FRESH Project: France, Italy, United Kingdom and Bulgaria*. Intelligent Energy Europe, Brussels, Belgium,

Miller N.G., D. Pogue, Q.D. Gough, and S.M. Davis (2009). Green buildings and productivity. *The Journal of Sustainable Real Estate* **1**, 65–89. Available at: http://ares.metapress.com/index/6402637N11778213.pdf.

Miller N., J. Spivey, and A. Florance (2008). Does green pay off? *Journal of Real Estate Portfolio Management* **14**, 385–400. Available at: http://ares.metapress.com/index/M5G300025P233U24.pdf.

Mills E. (2003). Climate change, insurance and the buildings sector: technological synergisms between adaptation and mitigation. *Building Research & Information* **31**, 257–277. Available at: http://www.tandfonline.com/doi/abs/10.1080/0961321032000097674.

Mills E. (2011). Building Commissioning. A Golden Opportunity for Reducing Energy Costs and Greenhouse Gas Emissions. *Energy Efficiency* **4**, 145–173. Available at: http://cx.lbl.gov/documents/2009-assessment/lbnl-cx-cost-benefit.pdf.

Mills E., and A. Rosenfeld (1996). Consumer non-energy benefits as a motivation for making energy-efficiency improvements. *Energy* **21**, 707–720. Available at: http://www.sciencedirect.com/science/article/pii/0360544296000059.

Millstein D., and S Menon (2011). Regional climate consequences of large-scale cool roof and photovoltaic array deployment. *Environmental Research Letters* **6**, 034001. doi: 10.1088/1748-9326/6/3/034001, ISSN: 1748–9326.

Milner J., M. Davies, and P. Wilkinson (2012). Urban energy, carbon management (low carbon cities) and co-benefits for human health. *Current Opinion in Environmental Sustainability* **4**, 398–404. Available at: http://www.sciencedirect.com/science/article/pii/S1877343512001182.

Mirasgedis S., E. Georgopoulou, Y. Sarafidis, C. Balaras, A. Gaglia, and D.P. Lalas (2004). $CO_2$ emission reduction policies in the Greek residential sector: A methodological framework for their economic evaluation. *Energy Conversion and Management* **45**, 537–557. Available at: http://www.sciencedirect.com/science/article/pii/S0196890403001602.

Missaoui R., and A. Mourtada (2010). Instruments and Financial Mechanisms of energy efficiency measures in building sector. World Energy Council and French Environment and Energy Management Agency.

Mlecnik E. (2010). Adoption of Highly Energy-Efficient Renovation Concepts. *Open House International* **35**, 39–48. ISSN: 0168–2601.

MLIT (2010a). Dwellings by Occupancy Status (9 Groups) and Occupied Buildings other than Dwelling by Type of Building (4 Groups)—Major Metropolitan Areas. Ministry of Land, Infrastructure, Transport and Tourism Japan. Available at: http://www.e-stat.go.jp/SG1/estat/Xlsdl.do?sinfid=000007454534.

MLIT (2010b). Dwellings by Type of Dwelling (2 Groups) and Tenure of Dwelling (9 Groups) and Occupied Buildings other than Dwelling by Type of Occupied Buildings other than Dwelling (4 Groups) and Tenure of Occupied Buildings other than Dwelling (2 Groups) and Households and Household Members by Type of Household (4 Groups)—Major Metropolitan Areas. Ministry of Land, Infrastructure, Transport and Tourism Japan. Available at: http://www.e-stat.go.jp/SG1/estat/Xlsdl.do?sinfid=000007454536.

MLIT (2012). Housing Starts: New Construction Starts of Dwellings by Owner Occupant Relation. Ministry of Land, Infrastructure, Transport and Tourism Japan.

MNDH (2011). Second National Energy Efficiency Action Plan of Hungary until 2016 with an outlook to 2020. Budapest. Ministry of National Development of Hungary.

Moniteur Belge (2011). *Lois, Decrets, Ordonnances et Reglements*. Ministere de La Region de Bruxelles-Capitale, 59148–59379 pp.

Monni S. (2008). Multilevel climate policy: the case of the European Union, Finland and Helsinki. *Environmental Science and Policy* **11**, 743–755. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–54249169015&partnerID=40&md5=9876aba889c0d8bb44c209a6d77472e0.

Montanya E.C., D. Keith, and J. Love (2009). Integrated Design & UFAD. *ASHRAE Journal* **51**, 30–32,34–38,40. ISSN: 00012491.

Moura P.S., G.L. López, J.I. Moreno, and A.T.D. Almeida (2013). The role of Smart Grids to foster energy efficiency. *Energy Efficiency* **6**, 621–639. doi: 10.1007/s12053-013-9205-y, ISSN: 1570–646X, 1570–6478.

Mugdal S. (2011). Ecodesign of domestic ovens, hobs and grills. Danish Energy Association, Copenhagen. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

Murakami S., K. Iwamra, Y. Sakamoto, T. Yashiro, K. Bogaki, M. Sato, T. Ikaga, and J. Endo (2004). CASBEE; comprehensive assessment system for building environmental efficiency (Environmental Engineering). *Journal of Architecture and Building Science*, 199–204. ISSN: 13419463.

Murakami S., M.D. Levine, H. Yoshino, T. Inoue, T. Ikaga, Y. Shimoda, S. Miura, T. Sera, M. Nishio, Y. Sakamoto, and W. Fujisaki (2009). Overview of energy consumption and GHG mitigation technologies in the building sector of Japan. *Energy Efficiency* **2**, 179–194. doi: 10.1007/s12053-008-9040-8, ISSN: 1570–646X.

Murphy L., F. Meijer, and H. Visscher (2012). A qualitative evaluation of policy instruments used to improve energy performance of existing private dwellings in the Netherlands. *Energy Policy* **45**, 459–468. doi: 10.1016/j.enpol.2012.02.056, ISSN: 0301–4215.

Musall E., T. Weiss, A. Lenoir, K. Voss, F. Garde, and M. Donn (2010). Net Zero energy solar buildings: an overview and analysis on worldwide building projects. In: *EuroSun conference*.

Naess-Schmidt H.S., M.B. Hansen, and C. von Utfall Danielsson (2012). *Multiple Benefits of Investing in Energy Efficient Renovation of Buildings: Impact on Public Finances*. Copenhagen Economics, Copenhagen, Denmark.

Nagota T., Y. Shimoda, and M. Mizuno (2008). Verification of the energy-saving effect of the district heating and cooling system—simulation of an electric-driven heat pump system. *Energy and Buildings* **40**, 732–741.

NAS (2010). *Real Prospects for Energy Efficiency in the United States*. National Academies Press, Washington, D.C, 329 pp. ISBN: 9780309137164.

NBI (2011). *A Search for Deep Energy Savings*. Northwest Energy Efficiency Alliance, Portland, Oregon, USA.

New Buildings Institute (2012). *Getting to Zero 2012 Status Update: A First Look at the Costs and Features of Zero Energy Commercial Buildings*. New Buildings Institute, Vancouver, Washington, 46 pp. Available at: http://newbuildings.org/sites/default/files/GettingtoZeroReport_0.pdf.

Nguyen A.T., Q.B. Tran, D.Q. Tran, and S. Reiter (2011). An investigation on climate responsive design strategies of vernacular housing in Vietnam. *Building and Environment* **46**, 2088–2106. doi: 10.1016/j.buildenv.2011.04.019, ISSN: 0360–1323.

Nieminen J. (2011). *Passive and Zero Energy Buildings in Finland*. VTT Technical Research Centre of Finland, Finland.

Van Nostrand J.M. (2011). Legal Issues in Financing Energy Efficiency: Creative Solutions for Funding the Initial Capital Costs of Investments in Energy Efficiency Measures. *George Washington Journal of Energy and Environmental Law* **2**, 1–16.

O' Mahony T., P. Zhou, and J. Sweeney (2012). The driving forces of change in energy-related $CO_2$ emissions in Ireland: A multi-sectoral decomposition from 1990 to 2007. *Energy Policy* **44**, 256–267. doi: 10.1016/j.enpol.2012.01.049, ISSN: 0301–4215.

Oberascher C., R. Stamminger, and C. Pakula (2011). Energy efficiency in daily food preparation. *International Journal of Consumer Studies* **35**, 201–211. doi: 10.1111/j.1470-6431.2010.00963.x, ISSN: 1470–6423.

Oikonomou V., F. Becchis, L. Steg, and D. Russolillo (2009). Energy saving and energy efficiency concepts for policy making. *Energy Policy* **37**, 4787–4796. doi: 10.1016/j.enpol.2009.06.035, ISSN: 0301–4215.

Oleson K.W., G.B. Bonan, and J. Feddema (2010). Effects of white roofs on urban temperature in a global climate model. *Geophysical Research Letters* **37**. doi: 10.1029/2009GL042194, ISSN: 0094–8276.

Ouyang J., E. Long, and K. Hokao (2010). Rebound effect in Chinese household energy efficiency and solution for mitigating it. *Energy* **35**, 5269–5276. doi: 10.1016/j.energy.2010.07.038, ISSN: 0360–5442.

Pachauri S. (2012). Demography, urbanisation and energy demand. *Energy for Development*, 81–94.

Pachauri S., A. Brew-hammond, D.F. Barnes, S. Gitonga, V. Modi, G. Prasad, A. Rath, H. Zerriffi, and J. Sathaye (2012). *Chapter 19: Energy Access for Development—IIASA*. International Institute for Applied Systems Analysis, Laxenburg, Austria, 1401–1458 pp. Available at: http://www.iiasa.ac.at/web/home/research/Flagship-Projects/Global-Energy-Assessment/Chapte19.en.html.

Paksoy H., A. Snijders, and L. Stiles (2009). State-of-the-art review of underground thermal energy storage systems for heating and cooling buildings. In: *World Energy Engineering Congress 2009*. pp. 1465–1480.

Pantong K., S. Chirarattananon, and P. Chaiwiwatworakul (2011). Development of Energy Conservation Programs for Commercial Buildings based on Assessed Energy Saving Potentials. In: *9th Eco-Energy and Materials Science and Engineering Symposium*. Energy Procedia, Chiang Rai, Thailand. 70—83 pp.

Park W.Y. (2013). *Assessment of SEAD Global Efficiency Medals for Televisions*. Lawrence Berkeley National Laboratory, Berkeley, CA, 31 pp. Available at: http://www.superefficient.org/~/media/Files/TV%20Awards/Assessment%20of%20SEAD%20Global%20Efficiency%20Medals%20for%20TVs_FINAL.pdf.

Park W.Y., A. Phadke, and N. Shah (2013). Efficiency improvement opportunities for personal computer monitors: implications for market transformation programs. *Energy Efficiency* **6**, 545–569. doi: 10.1007/s12053-013-9191-0, ISSN: 1570–646X.

Parker D.S. (2009). Very low energy homes in the United States: Perspectives on performance from measured data. *Energy and Buildings* **41**, 512–520.

Passey R., T. Spooner, I. MacGill, M. Watt, and K. Syngellakis (2011). The potential impacts of grid-connected distributed generation and how to address them: A review of technical and non-technical factors. *Energy Policy* **39**, 6280–6290.

Pavan M. (2008). Tradable energy efficiency certificates: the Italian experience. *Energy Efficiency* **1**, 257–266. doi: 10.1007/s12053-008-9022-x, ISSN: 1570–646X.

Pearson A. (2011). Passive performer. *CIBSE Journal*, 34–40.

Pellegrini-Masini G., and C. Leishman (2011). The role of corporate reputation and employees' values in the uptake of energy efficiency in office buildings. *Energy Policy* **39**, 5409–5419. doi: 10.1016/j.enpol.2011.05.023, ISSN: 03014215.

Persson U., and S. Werner (2011). Heat Distribution and the Future Competitiveness of District Heating. *Applied Energy* **88**, 568–576. doi: 10.1016/j.apenergy.2010.09.020, ISSN: 0306–2619.

Petersdorff C., T. Boermans, J. Harnisch, O. Stobbe, S. Ullrich, and S. Wortmann (2005). *Cost-Effective Climate Protection in the Building Stock of the New EU Members: Beyond the EU Energy Performance of Buildings Directive*. European Insulation Manufacturers Association, Germany. Available at: http://www.eurima.org/uploads/ModuleXtender/Publications/44/ECOFYS4–5_report_EN.pdf.

PHI (2013). Passive House Building Database. Passive House Institute (PHI). Available at: http://www.passivhausprojekte.de/projekte.php.

Phillips D., M. Beyers, and J. Good (2009). Building Height and Net Zero; How High Can You Go? *Ashrae Journal* **51**, 26–35. ISSN: 0001–2491.

Piette M.A., S.K. Kinney, and P. Haves (2001). Analysis of an information monitoring and diagnostic system to improve building operations. *Energy and Buildings* **33**, 783–791. doi: 10.1016/S0378-7788(01)00068-8, ISSN: 0378–7788.

Pollin R., and H. Garrett-Peltier (2009). *Building a Green Economy: Employment Effects of Green Energy Investments for Ontario*. Political Economy Research Institute (PERI), Amherst, MA, 31 pp. Available at: http://www.peri.umass.edu/fileadmin/pdf/other_publication_types/green_economics/Green_Economy_of_Ontario.PDF.

Pollin R., J. Heintz, and H. Garrett-Peltier (2009). *The Economic Benefits of Investing in Clean Energy: How the Economic Stimulus Program and New Legislation Can Boost US Economic Growth and Employment*. Department of Economics and Political Economy Research Institute, USA, 1–65 pp.

Polly B., M. Gestwick, M. Bianchi, R. Anderson, S. Horowitz, C. Christensen, and R. Juddorff (2011). *A Method for Determining Optimal Residential Energy Efficiency Retrofit Packages*. US National Renewable Energy Laboratory, Golden, CO, USA, 61 pp.

Pope S., and M. Tardiff (2011). Integrated design process: Planning and team engagement. In: *ASHRAE Transactions*. American Society of Heating, Refrigerating and Air-Conditioning Engineers, Atlanta. 433–440 pp.

**9**

Power A. (2008). Does demolition or refurbishment of old and inefficient homes help to increase our environmental, social and economic viability? *Energy Policy* **36**, 4487–4501. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-55549099866&partnerID=40&md5=1079ffd415d57cb8ccc511ed8d55cce4.

Price L., C. Galitsky, J. Sinton, E. Worrell, and W. Graus (2005). *Tax and Fiscal Policies for Promotion of Industrial Energy Efficiency: A Survey of International Experience*. California, US: Lawrence Berkeley National Laboratory, USA,

Pyke C.R., S. McMahon, L. Larsen, N.B. Rajkovich, and A. Rohloff (2012). Development and analysis of Climate Sensitivity and Climate Adaptation opportunities indices for buildings. *Building and Environment* **55**, 141–149. doi: 10.1016/j.buildenv.2012.02.020, ISSN: 03601323.

Radhi H. (2009). Can envelope codes reduce electricity and $CO_2$ emissions in different types of buildings in the hot climate of Bahrain? *Energy* **34**, 205–215. doi: 10.1016/j.energy.2008.12.006, ISSN: 0360–5442.

Ramesh T., R. Prakash, and K.K. Shukla (2010). Life cycle energy analysis of buildings: An overview. *Energy and Buildings* **42**, 1592–1600. doi: 10.1016/j.enbuild.2010.05.007, ISSN: 03787788.

Rao N.D. (2013). Distributional impacts of climate change mitigation in Indian electricity: The influence of governance. *Energy Policy* **61**, 1344–1356. Available at: http://www.sciencedirect.com/science/article/pii/S0301421513004588.

Rao S., S. Pachauri, F. Dentener, P. Kinney, Z. Klimont, K. Riahi, and W. Schoepp (2013). Better air for better health: Forging synergies in policies for energy access, climate change and air pollution. *Global Environmental Change* **23**, 1122–1130. doi: 10.1016/j.gloenvcha.2013.05.003, ISSN: 0959–3780.

Ravi K., P. Bennich, M. Walker, A. Lising, and S. Pantano (2013). The SEAD Global Efficiency Medal Competition: Accelerating Market Transformation for Efficient Televisions in Europe. In: *European Council for an Energy Efficient Economy 2013 Summer Study*.

Rawat J.S., D. Sharma, G. Nimachow, and O. Dai (2010). Energy efficient chulha in rural Arunachal Pradesh. *Current Science* **98**, 1554–1555. ISSN: 0011–3891.

Reddy A.K., W. Annecke, K. Blok, D. Bloom, and B. Boardman (2000). *Energy and Social Issues*. United Nations Developement Programme and the World Energy Council, USA, 39–60 pp. Available at: http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.196.4978&rep=rep1&type=pdf.

Rezessy S., and P. Bertoldi (2010). *Financing Energy Efficiency: Forging the Link between Financing and Project Implementation*. European Commission, Brussels, Belgium, 45 pp.

Rhiemeier J.-M., and J. Harnisch (2009). *F-Gases (HFCs, PFCs and SF6)*. Ecofys, Utrecht, The Netherlands, 59 pp. Available at: http://www.ecofys.com/files/files/serpec_fgases_report.pdf.

Richter P. (2011). Dishwasher household loads and their impact on the energy consumption. Copenhagen, Denmark. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

Ries R., M.M. Bilec, N.M. Gokhan, and K.L.S. Needy (2006). The economic benefits of green buildings: a comprehensive case study. *The Engineering Economist* **51**, 259–295. Available at: http://www.tandfonline.com/doi/abs/10.1080/00137910600865469.

Roaf S., D. Crichton, and F. Nicol (2009). *Adapting Buildings and Cities for Climate Change : A 21st Century Survival Guide*. Architectural Press/Elsevier, Kidlington, 385 pp. ISBN: 9781856177207 1856177203.

Rødsjø A., E. Prendergast, E. Mlecnik, T. Haavik, and P. Parker (2010). *From Demonstration Projects to Volume Markets: Market Development for Advanced Housing Renovation*. International Energy Agency, Solar Heating and Cooling Program, Task 37, Paris, France, 85 pp. Available at: www.iea-shc.org/task37/index.html.

Rohracher H. (2001). Managing the Technological Transition to Sustainable Construction of Buildings: A Socio-Technical Perspective. *Technology Analysis & Strategic Management* **13**, 137–150. doi: 10.1080/09537320120040491, ISSN: 0953–7325.

Rosenow J., and N. Eyre (2013). The Green Deal and the Energy Company Obligation. *Proceedings of the ICE—Energy* **166**, 127–136.

Roy J. (2000). The rebound effect: some empirical evidence from India. *Energy Policy* **28**, 433–438. doi: 10.1016/S0301-4215(00)00027-6, ISSN: 0301–4215.

RSA (2009). *Taxation Laws Amendment Bill, Insertion of Section 12K in Act 58 of 1962: Exemption of Certified Emission Reductions*. Republic of South Africa.

Van Ruijven B.J., D.P. van Vuuren, B.J.M. de Vries, M. Isaac, J.P. van der Sluijs, P.L. Lucas, and P. Balachandra (2011). Model projections for household energy use in India. *Energy Policy* **39**, 7747–7761. Available at: http://www.sciencedirect.com/science/article/pii/S0301421511007105.

Ryan L., and N. Campbell (2012). *Spreading the Net: The Multi Benefits of Energy Efficiency Improvements*. International Energy Agency, Paris, France, 36 pp.

SAIC (2013). *Drake Landing Solar Community, Energy Report for June 2013*. Science Applications International Corporation (SAIC Canada), McLean, VA, 3 pp. Available at: http://www.dlsc.ca/reports/DLSC_June2013ReportSummary_v1.0.pdf.

Sanner B., C. Karytsas, D. Mendrinos, and L. Rybach (2003). Current Status of Ground Source Heat Pumps and Underground Thermal Energy Storage in Europe. *Geothermics* **32**, 579–588. doi: 10.1016/S0375-6505(03)00060-9, ISSN: 03756505.

Sanquist T.F., H. Orr, B. Shui, and A.C. Bittner (2012). Lifestyle factors in U.S. residential electricity consumption. *Energy Policy* **42**, 354–364. doi: 10.1016/j.enpol.2011.11.092, ISSN: 0301–4215.

Sarkar A., and J. Singh (2010). Financing energy efficiency in developing countries—lessons learned and remaining challenges. *Energy Policy* **38**, 5560–5571. doi: 10.1016/j.enpol.2010.05.001, ISSN: 0301–4215.

Sartori I., and A. Hestnes (2007). Energy use in the life cycle of conventional and low-energy buildings: A review article. *Energy and Buildings* **39**, 249–257. doi: 10.1016/j.enbuild.2006.07.001, ISSN: 03787788.

Sartori I., B.J.W. Wachenfeldt, and A.G.H. Hestnes (2009). Energy demand in the Norwegian building stock: Scenarios on potential reduction. *Energy Policy* **37**, 1614–1627. doi: 10.1016/j.enpol.2008.12.031, ISSN: 0301–4215.

Sathaye N., A. Phadke, N. Shah, and V. Letschert (2013). *Potential Global Benefits of Improved Ceiling Fan Efficiency*. Lawrence Berkeley National Laboratory, Berkeley, CA. Available at: http://www.superefficient.org/en/Resources/~/media/Files/SEAD%20Ceiling%20Fan%20Analysis/Final%20SEAD%20Ceiling%20Fans%20Report.pdf.

Sathre R., and L. Gustavsson (2009). Using wood products to mitigate climate change: External costs and structural change. *Applied Energy* **86**, 251–257. doi: 10.1016/j.apenergy.2008.04.007, ISSN: 03062619.

Saunders H.D. (2000). A view from the macro side: rebound, backfire, and Khazzoom-Brookes. *Energy Policy* **28**, 439–449. doi: 10.1016/S0301-4215(00)00024-0, ISSN: 0301–4215.

Schäppi B., and T. Bogner (2013). Top-Quality and efficiency lighting with LED lamps? Available at: http://www.buildup.eu/news/36457.

Schimschar S., K. Blok, T. Boermans, and A. Hermelink (2011). Germany's path towards nearly zero-energy buildings—Enabling the greenhouse gas mitigation potential in the building stock. *Energy Policy* 39, 3346–3360.

Schneiders J., A. Wagner, and H. Heinrich (2009). Certification as a European Passive House planner. In: *13th International Passive House Conference 2009, 17–18 April*. Passive House Institute, Darmstadt, Germany, Frankfurt am Main.

Schnieders J., and A. Hermelink (2006). CEPHEUS results: measurements and occupants' satisfaction provide evidence for Passive Houses being an option for sustainable building. *Energy Policy* 34, 151–171. doi: 10.1016/j.enpol.2004.08.049, ISSN: 0301–4215.

Scott M.J., J.M. Roop, R.W. Schultz, D.M. Anderson, and K.A. Cort (2008). The impact of DOE building technology energy efficiency programs on US employment, income, and investment. *Energy Economics* 30, 2283–2301.

Shah N., A. Phadke, and P. Waide (2013). *Cooling the Planet: Opportunities for Deployment of Superefficient Room Air Conditioners*. Lawrence Berkeley National Laboratory, Berkeley, California. Available at: http://ies.lbl.gov/publications/cooling-planet-opportunities-deployment-superefficient-room-air-conditioners.

Shimoda Y., M. Mizuno, S. Kametani, and T. Kanaji (1998). Evaluation of low-level thermal energy flow in the Osaka prefectural area. *International Journal of Global Energy Issues* 11, 178–87.

Short C.A. (2007). Exploiting a hybrid environmental design strategy in a US continental climate. *Building Research and Information* 35, 119–143. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–33947376005&partnerID=40&md5=6dc6051140312890699208b8fea6ad23.

Siderius P.J.S., and H. Nakagami (2013). A MEPS is a MEPS is a MEPS: comparing Ecodesign and Top Runner schemes for setting product efficiency standards. *Energy Efficiency* 6, 1–19. doi: 10.1007/s12053-012-9166-6, ISSN: 1570–646X, 1570–6478.

Siller T., M. Kost, and D. Imboden (2007). Long-term energy savings and greenhouse gas emission reductions in the Swiss residential sector. *Energy Policy* 35, 529–539. doi: 10.1016/j.enpol.2005.12.021, ISSN: 0301–4215.

Singh H., A. Muetze, and P.C. Eames (2010a). Factors influencing the uptake of heat pump technology by the UK domestic sector. *Renewable Energy* 35, 873–878. ISSN: 0960–1481.

Singh A., M. Syal, S.C. Grady, and S. Korkmaz (2010b). Effects of green buildings on employee health and productivity. *American Journal of Public Health* 100, 1665–1668. Available at: http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2920980/.

Smith C.B. (1997). Electrical energy management in buildings. In: *CRC Handbook of Energy Efficiency*. CRC Press, Boca Raton, pp. 305–336.

Smith K.R., H. Frumkin, K. Balakrishnan, C.D. Butler, Z.A. Chafe, I. Fairlie, P. Kinney, T. Kjellstrom, D.L. Mauzerall, T.E. McKone, A.J. McMichael, and M. Schneider (2013). Energy and Human Health. *Annual Review of Public Health* 34, 159–188. doi: 10.1146/annurev-publhealth-031912-114404.

Smith K.R., M. Jerrett, H.R. Anderson, R.T. Burnett, V. Stone, R. Derwent, R.W. Atkinson, A. Cohen, S.B. Shonkoff, and D. Krewski (2010). Public health benefits of strategies to reduce greenhouse-gas emissions: health implications of short-lived greenhouse pollutants. *The Lancet* 374, 2091–2103. Available at: http://www.sciencedirect.com/science/article/pii/S0140673609617165.

Song Y., Y. Akashi, and J.J. Yee (2007). Effects of utilizing seawater as a cooling source system in a commercial complex. *Energy and Buildings* 39, 1080–1087.

Sorrell S. (2007). *The Rebound Effect: An Assessment of the Evidence for Economy-Wide Energy Savings from Improved Energy Efficiency*. UK Energy Research Centre, ISBN: ISBN 1–903144–0-35.

Sorrell S., J. Dimitropoulos, and M. Sommerville (2009). Empirical estimates of the direct rebound effect: A review. *Energy Policy* 37, 1356–1371. doi: 10.1016/j.enpol.2008.11.026, ISSN: 0301–4215.

Steinfeld J., A. Bruce, and M. Watt (2011). Peak load characteristics of Sydney office buildings and policy recommendations for peak load reduction. *Energy and Buildings* 43, 2179–2187.

Stevenson F. (2009). Post-occupancy evaluation and sustainability: A review. *Proceedings of the Institution of Civil Engineers: Urban Design and Planning* 162, 123–130. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–77956208499&partnerID=40&md5=09754b92abec93a14f09be1858b31f81.

Stoecklein A., and L.A. Skumatz (2007). Zero and low energy homes in New Zealand: The value of non-energy benefits and their use in attracting homeowners. In: *ECEEE Summer Study Proceedings*.

Streimikiene D., and A. Volochovic (2011). The impact of household behavioral changes on GHG emission reduction in Lithuania. *Renewable and Sustainable Energy Reviews* 15, 4118–4124. doi: 10.1016/j.rser.2011.07.027, ISSN: 1364–0321.

Stylianou M. (2011). Smart net zero energy buildings and their integration in the electrical grid. In: *ASHRAE Transactions*. American Society of Heating, Refrigerating and Air-Conditioning Engineers, Atlanta. 322–329 pp.

Sugiyama M. (2012). Climate change mitigation and electrification. *Energy Policy* 44, 464–468. doi: 10.1016/j.enpol.2012.01.028, ISSN: 0301–4215.

Sukla P.R., S. Dhar, and D. Mahapatra (2008). Low-carbon society scenarios for India. *Climate Policy* 8, S156–S176. Available at: http://www.ingentaconnect.com/content/earthscan/cpol/2008/00000008/a00101s1/art00012   http://dx.doi.org/10.3763/cpol.2007.0498.

Sustainability Victoria, and Kador Group (2007). *Employee Productivity in a Sustainable Building: Pre- and Post-Occupancy Studies in 500 Collins Street*. Sustainability Victoria, Melbourne, Victoria, 42 pp.

Taha H. (2008). Urban Surface Modification as a Potential Ozone Air-quality Improvement Strategy in California: A Mesoscale Modelling Study. *Boundary-Layer Meteorology* 127, 219–239. doi: 10.1007/s10546-007-9259-5, ISSN: 0006–8314, 1573–1472.

Tambach M., E. Hasselaar, and L. Itard (2010). Assessment of current Dutch energy transition policy instruments for the existing housing stock. *Energy Policy* 38, 981–996. doi: 10.1016/j.enpol.2009.11.050, ISSN: 0301–4215.

Taylor S., A. Peacock, P. Banfill, and L. Shao (2010). Reduction of greenhouse gas emissions from UK hotels in 2030. *Building and Environment* 45, 1389–1400. doi: 10.1016/j.buildenv.2009.12.001, ISSN: 0360–1323.

The Eurowinter Group (1997). Cold exposure and winter mortality from ischaemic heart disease, cerebrovascular disease, respiratory disease, and all causes in warm and cold regions of Europe. *The Lancet* 349, 1341–1346. doi: 10.1016/S0140-6736(96)12338-2, ISSN: 01406736.

Thyholt M., and A.G. Hestnes (2008). Heat Supply to Low-Energy Buildings in District Heating Areas: Analyses of $CO_2$ Emissions and Electricity Supply Security. *Energy and Buildings* 40, 131–139. doi: 10.1016/j.enbuild.2007.01.016, ISSN: 0378–7788.

Tirado Herrero S., J.L. López Fernández, and P. Martín García (2012a). *Pobreza Energética En España, Potencial de Generación de Empleo Directo de La Pobreza Derivado de La Rehabilitación Energética de Viviendas*. Asociación de Ciencias Ambientales, Madrid, Spain.

Tirado Herrero S., D. Ürge-Vorsatz, and J.D. Healy (2012b). Alleviating fuel poverty in Hungary through residential energy efficiency: a social cost-benefit analysis. Available at: http://www.webmeets.com/files/papers/AIEE/2012/434/Tirado%20et%20al_paper1.pdf

Tommerup H., and S. Svendsen (2006). Energy savings in Danish residential building stock. *Energy and Buildings* **38**, 618–626. doi: 10.1016/j.enbuild.2005.08.017, ISSN: 0378–7788.

Torcellini P., and S. Pless (2012). Controlling capital costs in high performance office buildings: A review of best practices for overcoming cost barriers. In: *ACEEE Summer Study on Energy Efficiency in Buildings*. American Council for an Energy Efficient Economy, CA. 350–366 pp.

Torcellini P., S. Pless, C. Lobato, and T. Hootman (2010). Main Street Net-Zero Energy Buildings: The Zero Energy Method in Concept and Practice. In: *The ASME 2010 4th International Conference on Energy Sustainability*. National Renewable Energy Laboratory, Phoenix, Arizona, USA.

Treberspurg M., R. Smutny, and R. Grünner (2010). Energy monitoring in existing Passive House housing estates in Austria. In: *Conference Proceedings*. Passive House Institute, Darmstadt, Germany, Dresden. 35–41 pp.

TUBESRC (2009). *Annual Report on China Building Energy Efficiency*. China Architecture and Building Press, Beijing, China.

Uitdenbogerd D., M. Scharp, and J. Kortman (2009). BewareE: Using an Energy Services Database in a Five Step Approach for the Development of Projects About Energy Saving with Household Behaviour. In: *Proceedings European Council for an Energy Efficient Economy 2009 Summer Study. 1–6 June 2009, La Colle sur Loup, France.*

UK DE (2011). *UK Report on Articles 4 and 14 of the EU End-Use Efficiency and Energy Services Directive*. UK Department of Energy,

UNEP (2011a). *HFCs: A Critical Link in Protecting Climate and the Ozone Layer*. United Nations Environment Programme, Nairobi, Kenya, 35 pp. Available at: http://www.unep.org/dewa/portals/67/pdf/HFC_report.pdf.

UNEP (2011b). *Towards a Green Economy: Pathways to Sustainable Development and Poverty Eradication*. United Nations Environment Programme, Nairobi, Kenya, 44 pp. Available at: www.unep.org/greeneconomy.

UNEP FI (2009). *Energy Efficiency & the Finance Sector—a Survey on Lending Activities and Policy Issues*. United Nations Environment Programme Finance Initiative, Geneva, Switzerland, 68 pp.

UNEP FI and PRI signatories (2008). Principles Responsible Investment for Building responsible property portfolios. United Nations Environment Programme, Finance Initiative.

UNEP Risoe (2012). CDM Pipeline Analysis and Database. Available at: http://cdmpipeline.org/overview.htm.

UNEP SBCI (2007). *Assessment of Policy Instrument for Reducing Greenhouse Gas Emissions from Buildings*. United Nations Environment Programme Sustainable Buildings and Construction Initiative, Paris, France, 12 pp.

UN-Habitat (2010). *State of the World's Cities 2010/2011*. UN-HABITAT, 224 pp. ISBN: 9781849711753.

UN-Habitat (2011). *Cities and Climate Change—Global Report on Human Settlements 2011*. UN-Habitat. Earthscan, London, UK, and Washington DC, USA.

UNHSP (2010). *The Challenge of Slums : Global Report on Human Settlements 2010*. Earthscan Publications, London; Sterling, VA.

United House (2009). Green Living: Case Study of a Victorian Flat's Eco Improvement. United House, Swanley, UK. Available at: http://www.unitedhouse.net/uploads/documents/victorian-flat-eco-improvment.pdf on 24 Sept 2011.

Upton B., R. Miner, M. Spinney, and L.S. Heath (2008). The greenhouse gas and energy impacts of using wood instead of alternatives in residential construction in the United States. *Biomass and Bioenergy* **32**, 1–10. doi: 10.1016/j.biombioe.2007.07.001, ISSN: 09619534.

Urban Green Council, and Davis Langdon (2009). *Cost of Green in NYC*. US Green Building Council, Washington, D.C., 32 pp.

Ürge-Vorsatz D., D. Arena, S. Tirado Herrero, and A. Butcher (2010). *Employment Impacts of a Large-Scale Deep Building Energy Retrofit Programme in Hungary*. Center for Climate Change and Sustainable Energy Policy (3CSEP) of Central European University, Budapest, Hungary.

Ürge-Vorsatz D., N. Eyre, P. Graham, D. Harvey, E. Hertwich, Y. Jiang, C. Kornevall, M. Majumdar, J.E. McMahon, S. Mirasgedis, S. Murakami, and A. Novikova (2012a). Chapter 10—Energy End-Use: Buildings. In: *Global Energy Assessment-Towards a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, Laxenburg, Austria, pp. 649–760.

Ürge-Vorsatz D., N. Eyre, P. Graham, C. Kornevall, L.D.D. Harvey, M. Majumdar, M. McMahon, S. Mirasgedis, S. Murakami, A. Novikova, and J. Yi (2012b). Energy End-Use: Buildings. In: *Global Energy Assessment: Toward a more Sustainable Future*. IIASA, Laxenburg, Austria and Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Ürge-Vorsatz D., A. Novikova, and M. Sharmina (2009). Counting good: quantifying the co-benefits of improved efficiency in buildings. In: *European Council for an Energy Efficient Economy Summer Study*. La Colle sur Loup, France. 185–195 pp.

Ürge-Vorsatz D., K. Petrichenko, M. Antal, M. Staniec, M. Labelle, E. Ozden, and E. Labzina (2012c). *Best Practice Policies for Low Energy and Carbon Buildings. A Scenario Analysis. Research Report Prepared by the Center for Climate Change and Sustainable Policy (3CSEP) for the Global Best Practice Network for Buildings*. Central European University (CEU) and Global Buildings Performance Network.

Ürge-Vorsatz D., K. Petrichenko, M. Staniec, and E. Jiyong (2013). Energy use in buildings in a long-term perspective. *Current Opinion in Environmental Sustainability* **5** (2) 141–151.

Ürge-Vorsatz D., and S. Tirado Herrero (2012). Building synergies between climate change mitigation and energy poverty alleviation. *Energy Policy* **49**, 83–90. doi: 10.1016/j.enpol.2011.11.093, ISSN: 0301–4215.

Ürge-Vorsatz D., E. Wójcik-Gront, S.T. Herrero, E. Labzina, and P. Foley (2012d). *Employment Impacts of a Large-Scale Deep Building Energy Retrofit Programme in Poland [C1]*. Prepared for the European Climate Foundation by The Centre for Climate Change and Sustainable Energy Policy (3CSEP). Central European University, Budapest, Hungary.

US DOE (2006). *Energy Savings Potential of Solid State Lighting in General Illumination Applications*. US Department of Energy, 2 pp. Available at: http://apps1.eere.energy.gov/buildings/publications/pdfs/ssl/ssl_energy_savings_potential_report_2006_final4.pdf.

US EERE (2010). *Multi-Year Program Plan Building Regulatory Programs*. U.S. Department of Energy Energy Efficiency and Renewable Energy, Washington, DC, 108 pp. Available at: http://apps1.eere.energy.gov/buildings/publications/pdfs/corporate/regulatory_programs_mypp.pdf.

US EERE (2011). Appliances and Commercial Equipment Standards. *US Department of Energy, Energy Efficiency & Renewable Energy*. Available at: http://www1.eere.energy.gov/buildings/appliance_standards/index.html.

US EPA (2013). *Overview of Greenhouse Gases. Emissions of Fluorinated Gases*. United States Environmental Protection Agency. Available at: http://epa.gov/climatechange/ghgemissions/gases/fgases.html.

Vaidya P., L.V. Greden, Eijadi, T. McDougall, and R. Cole (2009). Integrated cost-estimation methodology to support high-performance building design. *Energy Efficiency* 2, 69–85. doi: 10.1007/s12053-008-9028-4, ISSN: 1570–646X.

Valentini G., and P. Pistochini (2011). The 55% tax reductions for building retrofitting in Italy: the results of the ENEA's four years activities. In: *6th EEDAL Conference, Copenhagen*.

Vardimon R. (2011). Assessment of the potential for distributed photovoltaic electricity production in Israel. *Renewable Energy* 36, 591–594. doi: 10.1016/j.renene.2010.07.030, ISSN: 0960–1481.

Veeraboina P., and G. Yesuratnam (2013). Significance of design for energy conservation in buildings: building envelope components. *International Journal of Energy Technology and Policy* 9, 34–52. doi: 10.1504/IJETP.2013.055814.

Vine E., J. Hamrin, N. Eyre, D. Crossley, M. Maloney, and G. Watt (2003). Public policy analysis of energy efficiency and load management in changing electricity businesses. *Energy Policy* 31, 405–430.

Wada K., K. Akimoto, F. Sano, J. Oda, and T. Homma (2012). Energy efficiency opportunities in the residential sector and their feasibility. *Energy* 48, 5–10. doi: 10.1016/j.energy.2012.01.046, ISSN: 0360–5442.

Wagner A., S. Herkel, G. Löhnert, and K. Voss (2004). Energy efficiency in commercial buildings: Experiences and results from the German funding program SolarBau. Available at: http://eetd.lbl.gov/news/events/2005/06/20/energy-efficiency-in-commercial-buildings-experiences-and-results-from-the-ge.

Wagner A., M. Kleber, and C. Parker (2007). Monitoring of results of a naturally ventilated and passively cooled office building in Frankfurt, Germany. *International Journal of Ventilation* 6, 3–20.

Waide P., P. Guertler, and W. Smith (2006). High-Rise Refurbishment: The energy-efficient upgrade of multi-story residences in the European Union. International Energy Agency.

Waide P., F. Klinckenberg, L. Harrington, and J. Scholand (2011). Learning from the best: The potential for energy savings from upward alignment of equipment energy efficiency requirements? Copenhagen. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

Wallbaum H., Y. Ostermeyer, C. Salzer, and E. Zea Escamilla (2012). Indicator based sustainability assessment tool for affordable housing construction technologies. *Ecological Indicators* 18, 353–364. doi: 10.1016/j.ecolind.2011.12.005, ISSN: 1470–160X.

Wamukonya N. (2007). Solar home system electrification as a viable technology option for Africa's development. *Energy Policy* 35, 6–14. Available at: http://ideas.repec.org/a/eee/enepol/v35y2007i1p6–14.html.

Wan K.K.W., D.H.W. Li, W. Pan, and J.C. Lam (2011). Impact of climate change on building energy use in different climate zones and mitigation and adaptation implications. *Applied Energy* 97, 274–282. Available at: http://www.sciencedirect.com/science/article/pii/S0306261911007458.

Watson R. (2010). *Green Building Market and Impact Report 2010*. GreenBiz Group, USA.

WBCSD (2006). Energy Efficiency in Buildings Executive Brief #1: Our vision: A world where buildings consume zero net energy. World Business Council for Sustainable Development, Geneva, Switzerland.

WBCSD (2007). *Energy Efficiency in Buildings Facts & Trends*. World Business Council for Sustainable Development, Geneva, Switzerland.

WBCSD (2009). *Energy Efficiency in Buildings: Transforming the Market*. World Business Council for Sustainable Development, Geneva, Switzerland, 67 pp. Available at: http://www.wbcsd.org/Pages/EDocument/EDocumentDetails.aspx?ID=11006.

Wei Y., L. Liu, Y. Fan, and G. Wu (2007). The impact of lifestyle on energy use and $CO_2$ emission: An empirical analysis of China's residents. *Energy Policy* 35, 247–257. doi: 10.1016/j.enpol.2005.11.020, ISSN: 0301–4215.

Wei M., S. Patadia, and D.M. Kammen (2010). Putting renewables and energy efficiency to work: How many jobs can the clean energy industry generate in the US? *Energy Policy* 38, 919–931.

Weiss J., E. Dunkelberg, and T. Vogelpohl (2012). Improving policy instruments to better tap into homeowner refurbishment potential: Lessons learned from a case study in Germany. *Energy Policy* 44, 406–415. Available at: http://ideas.repec.org/a/eee/enepol/v44y2012icp406–415.html.

WEO (2011). *World Energy Outlook 2011*. International Energy Agency, Paris, France, 660 pp. ISBN: 978-92-64-12413-4.

Werle R., E. Bush, B. Josephy, J. Nipkow, and C. Granda (2011). Energy efficient heat pump dryers—European experiences and efforts in the USA and Canada. In: *Energy Efficient Domestic Appliances and Lighting*. Copenhagen. Available at: http://www.eedal.dk/Conference/Programme%20and%20Presentations.aspx.

WHO (2009). *Global Health Risks: Mortality and Burden of Disease Attributable to Selected Major Risks*. World Health Organization, Geneva, Switzerland, 62 pp. ISBN: 9789241563871.

WHO (2011). *Health in the Green Economy: Health Co-Benefits of Climate Change Mitigation, Housing Sector*. World Health Organization, Geneva, Switzerland, 121 pp. ISBN: 978 92 4 150171 2.

Van Wie McGrory L., P. Coleman, D. Fridley, J. Harris, and E. Villasenor (2006). Two Paths to Transforming Markets Through Public Sector Energy Efficiency: Bottom Up Vs. Top Down. Washington, D.C.

Wiel S., and J.E. McMahon (2005). *Energy-Efficiency Labels and Standards: A Guidebook for Appliances, Equipment, and Lighting—2nd Edition*. Lawrence Berkeley National Laboratory, Berkeley, CA, 316 pp. Available at: http://www.escholarship.org/uc/item/01d3r8jg#page-2.

Wilkinson P., M. Landon, B. Armstrong, S. Stevenson, S. Pattenden, M. McKee, and T. Fletcher (2001). *Cold Comfort: The Social and Environmental Determinants of Excess Winter Deaths in England, 1986–96*. Policy Press, Bristol, UK, 24 pp. ISBN: 1861343558 9781861343550.

Wilkinson P., K.R. Smith, M. Davies, H. Adair, B.G. Armstrong, M. Barrett, N. Bruce, A. Haines, I. Hamilton, and T. Oreszczyn (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: household energy. *The Lancet* 374, 1917–1929. Available at: http://www.sciencedirect.com/science/article/pii/S014067360961713X.

**9**

Williams C., A. Hasanbeigi, G. Wu, and L. Price (2012). *International Experience with Quantifying the Co-Benefits of Energy Efficiency and Greenhouse Gas Mitigation Programs and Policies. Report LBNL-5924E.* Lawrence Berkeley National Laboratory, USA. Available at: http://eaei.lbl.gov/sites/all/files/LBL_5924E_Co-benefits.Sep_.2012.pdf.

Wingfield J., M. Bell, D. Miles-Shenton, and J. Seavers (2011). *Elm Tree Mews Field Trial—Evaluation and Monitory of Dwellings Performance, Final Technical Report.* Centre for the Built Environment, Leeds Metropolitan University, UK. Available at: http://www.leedsmet.ac.uk/as/cebe/projects/elmtree/elmtree_finalreport.pdf.

Winkler H., and D. Van Es (2007). Energy efficiency and the CDM in South Africa: constraints and opportunities. *Journal of Energy in Southern Africa* 18, 29–38. Available at: http://www.eri.uct.ac.za/jesa/volume18/18–1jesa-winkler.pdf.

Wodon Q., and C.M. Blackden (2006). *Gender, Time Use and Poverty in Sub-Saharan Africa.* World Bank, 152 pp. ISBN: 0–8213–6561–4.

Xiao J. (2011). Research on the operation energy consumption and the renewable energy systems of several demonstration public buildings in China. World Sustainable Building Conference, Helsinki.

Xing S., Z. Xu, and G. Jun (2008). Inventory analysis of LCA on steel- and concrete-construction office buildings. *Energy and Buildings* 40, 1188–1193. doi: 10.1016/j.enbuild.2007.10.016, ISSN: 03787788.

Xu P., Y.J. Huang, N. Miller, N. Schlegel, and P. Shen (2012a). Impacts of climate change on building heating and cooling energy patterns in California. *Energy* 44, 792–804. Available at: http://www.sciencedirect.com/science/article/pii/S0360544212003921.

Xu T., J. Sathaye, H. Akbari, V. Garg, and S. Tetali (2012b). Quantifying the direct benefits of cool roofs in an urban setting: Reduced cooling energy use and lowered greenhouse gas emissions. *Building and Environment* 48, 1–6. Available at: http://www.sciencedirect.com/science/article/pii/S036013231100254X.

Yoshino H., T. Hu, M. Levine, and Y. Jiang (2011). Total Energy use in Building—Analysis and evaluation methods. In: *International Symposium on Heating, Ventilating and Air Conditioning.*

Yue C.-D., and G.-R. Huang (2011). An evaluation of domestic solar energy potential in Taiwan incorporating land use analysis. *Energy Policy* 39, 7988–8002. doi: 10.1016/j.enpol.2011.09.054, ISSN: 0301–4215.

Zhang M., H. Mu, Y. Ning, and Y. Song (2009). Decomposition of energy-related $CO_2$ emission over 1991–2006 in China. *Ecological Economics* 68, 2122–2128. doi: 10.1016/j.ecolecon.2009.02.005, ISSN: 0921–8009.

Zhang J.J., and K.R. Smith (2007). Household air pollution from coal and biomass fuels in China: measurements, health impacts, and interventions. *Environmental Health Perspectives* 115, 848. Available at: http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1892127/.

Zhang S., X. Yang, Y. Jiang, and Q. Wei (2010). Comparative analysis of energy in China building sector: current status, existing problems and solutions. *Frontiers of Energy and Power Engineering in China* 4, 2–21. doi: 10.1007/s11708-010-0023-z, ISSN: 1673–7393, 1673–7504.

Zhang H., and H. Yoshino (2010). Analysis of indoor humidity environment in Chinese residential buildings. *Building and Environment* 45, 2132–2140. doi: 10.1016/j.buildenv.2010.03.011, ISSN: 0360–1323.

Zhaojian L., and J.Y.W. Qingpeng (2007). Survey and analysis on influence of environment parameters and residents' behaviours on air conditioning energy consumption in a residential building. *Heating Ventilating & Air Conditioning.*

Zhou N., D. Fridley, M. McNeil, N. Zheng, V. Letschert, J. Ke, and Y. Saheb (2011a). Analysis of potential energy saving and $CO_2$ emission reduction of home appliances and commercial equipments in China. *Energy Policy* 39, 4541–4550. dci: 10.1016/j.enpol.2011.04.027, ISSN: 0301–4215.

Zhou N., M. McNeil, and M. Levine (2011b). *Assessment of Building Energy-Saving Policies and Programs in China during the 11th Five Year Plan.* Lawrence Berkeley National Laboratory, Berkeley, CA, 19 pp.

# 10

# Industry

**Coordinating Lead Authors:**
Manfred Fischedick (Germany), Joyashree Roy (India)

**Lead Authors:**
Amr Abdel-Aziz (Egypt), Adolf Acquaye (Ghana/UK), Julian Allwood (UK), Jean-Paul Ceron (France), Yong Geng (China), Haroon Kheshgi (USA), Alessandro Lanza (Italy), Daniel Perczyk (Argentina), Lynn Price (USA), Estela Santalla (Argentina), Claudia Sheinbaum (Mexico), Kanako Tanaka (Japan)

**Contributing Authors:**
Giovanni Baiocchi (UK/Italy), Katherine Calvin (USA), Kathryn Daenzer (USA), Shyamasree Dasgupta (India), Gian Delgado (Mexico), Salah El Haggar (Egypt), Tobias Fleiter (Germany), Ali Hasanbeigi (Iran/USA), Samuel Höller (Germany), Jessica Jewell (IIASA/USA), Yacob Mulugetta (Ethiopia/UK), Maarten Neelis (China), Stephane de la Rue du Can (France/USA), Nickolas Themelis (USA/Greece), Kramadhati S. Venkatagiri (India), María Yetano Roche (Spain/Germany)

**Review Editors:**
Roland Clift (UK), Valentin Nenov (Bulgaria)

**Chapter Science Assistant:**
María Yetano Roche (Spain/Germany)

**This chapter should be cited as:**

Fischedick M., J. Roy, A. Abdel-Aziz, A. Acquaye, J. M. Allwood, J.-P. Ceron, Y. Geng, H. Kheshgi, A. Lanza, D. Perczyk, L. Price, E. Santalla, C. Sheinbaum, and K. Tanaka, 2014: Industry. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**10**

# Contents

Executive Summary ................................................................................................................. 743

10.1      Introduction ........................................................................................................... 745

10.2      New developments in extractive mineral industries, manufacturing industries and services 747

10.3      New developments in emission trends and drivers ..................................................... 749

          10.3.1     Industrial $CO_2$ emissions .............................................................................. 749

          10.3.2     Industrial non-$CO_2$ GHG emissions .............................................................. 753

10.4      Mitigation technology options, practices and behavioural aspects ............................ 753

          10.4.1     Iron and steel ............................................................................................. 757

          10.4.2     Cement ....................................................................................................... 758

          10.4.3     Chemicals (plastics/fertilizers/others) .......................................................... 759

          10.4.4     Pulp and paper ........................................................................................... 760

          10.4.5     Non-ferrous (aluminium/others) ................................................................... 761

          10.4.6     Food processing ......................................................................................... 761

          10.4.7     Textiles and leather ..................................................................................... 762

          10.4.8     Mining ........................................................................................................ 762

10.5      Infrastructure and systemic perspectives ................................................................. 763

          10.5.1     Industrial clusters and parks (meso-level) ..................................................... 763

          10.5.2     Cross-sectoral cooperation (macro-level) ...................................................... 764

          10.5.3     Cross-sectoral implications of mitigation efforts ............................................ 764

10.6      Climate change feedback and interaction with adaptation ........................................ 764

10.7      Costs and potentials ............................................................................................... 765

10.7.1      $CO_2$ emissions.........................................................................................................765

10.7.2      Non-$CO_2$ emissions ...............................................................................................767

10.7.3      Summary results on costs and potentials ..................................................................767

## 10.8      Co-benefits, risks and spillovers.........................................................................770

10.8.1      Socio-economic and environmental effects..............................................................771

10.8.2      Technological risks and uncertainties......................................................................772

10.8.3      Public perception ..................................................................................................772

10.8.4      Technological spillovers .........................................................................................774

## 10.9      Barriers and opportunities ................................................................................774

10.9.1      Energy efficiency for reducing energy requirements ..................................................774

10.9.2      Emissions efficiency, fuel switching, and carbon dioxide capture and storage............................774

10.9.3      Material efficiency.................................................................................................775

10.9.4      Product demand reduction .....................................................................................776

10.9.5      Non-$CO_2$ greenhouse gases...................................................................................776

## 10.10    Sectoral implications of transformation pathways and sustainable development ..............776

10.10.1    Industry transformation pathways............................................................................776

10.10.2    Transition, sustainable development, and investment ................................................779

## 10.11    Sectoral policies.................................................................................................780

10.11.1    Energy efficiency ...................................................................................................781

10.11.2    Emissions efficiency ..............................................................................................782

10.11.3    Material efficiency.................................................................................................783

## 10.12    Gaps in knowledge and data................................................................................783

## 10.13    Frequently Asked Questions ...............................................................................784

**10.14**      **Appendix: Waste** ................................................................................ **785**

     **10.14.1**     **Introduction** ................................................................................ **785**

     **10.14.2**     **Emissions trends** ........................................................................ **785**
          10.14.2.1     Solid waste disposal ........................................................ 785
          10.14.2.2     Wastewater .................................................................... 787

     **10.14.3**     **Technological options for mitigation of emissions from waste** ............ **788**
          10.14.3.1     Pre-consumer waste ........................................................ 788
          10.14.3.2     Post-consumer waste ...................................................... 788
          10.14.3.3     Wastewater .................................................................... 790

     **10.14.4**     **Summary results on costs and potentials** .................................... **791**

**References** ................................................................................................ **793**

# Executive Summary

An absolute reduction in emissions from the industry sector will require deployment of a broad set of mitigation options beyond energy efficiency measures (*medium evidence, high agreement*). In the last two to three decades there has been continued improvement in energy and process efficiency in industry, driven by the relatively high share of energy costs. In addition to energy efficiency, other strategies such as emissions efficiency (including e.g., fuel and feedstock switching, carbon dioxide capture and storage (CCS)), material use efficiency (e.g., less scrap, new product design), recycling and re-use of materials and products, product service efficiency (e.g., car sharing, maintaining buildings for longer, longer life for products), or demand reductions (e.g., less mobility services, less product demand) are required in parallel (*medium evidence, high agreement*). [Section 10.4, 10.7]

Industry-related greenhouse gas (GHG) emissions have continued to increase and are higher than GHG emissions from other end-use sectors (*high confidence*). Despite the declining share of industry in global gross domestic product (GDP), global industry and waste/wastewater GHG emissions grew from 10.4 GtCO$_2$eq in 1990 to 13.0 GtCO$_2$eq in 2005 to 15.4 GtCO$_2$eq in 2010. Total global GHG emissions for industry and waste/wastewater in 2010, which nearly doubled since 1970, were comprised of direct energy-related CO$_2$ emissions of 5.3 GtCO$_2$eq, indirect CO$_2$ emissions from production of electricity and heat for industry of 5.2 GtCO$_2$eq, process CO$_2$ emissions of 2.6 GtCO$_2$eq, non-CO$_2$ GHG emissions of 0.9 GtCO$_2$eq, and waste/wastewater emissions of 1.4 GtCO$_2$eq. 2010 direct and indirect emissions were dominated by CO$_2$ (85.1%) followed by CH$_4$ (8.6%), HFC (3.5%), N$_2$O (2.0%), PFC (0.5%) and SF$_6$ (0.4%) emissions. Currently, emissions from industry are larger than the emissions from either the buildings or transport end-use sectors and represent just over 30% of global GHG emissions in 2010 (just over 40% if Agriculture, Forestry, and Other Land Use (AFOLU) emissions are not included). (*high confidence*) [10.2, 10.3]

Globally, industrial GHG emissions are dominated by the Asia region, which was also the region with the fastest emission growth between 2005 and 2010 (*high confidence*). In 2010, over half (52%) of global direct GHG emissions from industry and waste/wastewater were from the Asia region (ASIA), followed by the member countries of the Organisation for Economic Co-operation and Development in 1990 (OECD-1990) (25%), Economies in Transition (EIT) (9%), Middle East and Africa (MAF) (8%), and Latin America (LAM) (6%). Between 2005 and 2010, GHG emissions from industry grew at an average annual rate of 3.5% globally, comprised of 7% average annual growth in the ASIA region, followed by MAF (4.4%), LAM (2%), and the EIT countries (0.1%), but declined in the OECD-1990 countries (−1.1%). [10.3]

The energy intensity of the sector could be reduced by approximately up to 25% compared to current level through wide-scale upgrading, replacement and deployment of best available technologies, particularly in countries where these are not in practice and for non-energy intensive industries (*robust evidence, high agreement*). Despite long-standing attention to energy efficiency in industry, many options for improved energy efficiency remain. [10.4, 10.7]

Through innovation, additional reductions of approximately up to 20% in energy intensity may potentially be realized before approaching technological limits in some energy intensive industries (*limited evidence, medium agreement*). Barriers to implementing energy efficiency relate largely to the initial investment costs and lack of information. Information programmes are the most prevalent approach for promoting energy efficiency, followed by economic instruments, regulatory approaches, and voluntary actions. [10.4, 10.7, 10.9, 10.11]

Besides sector specific technologies, cross-cutting technologies and measures applicable in both large energy intensive industries and Small and Medium Enterprises (SMEs) can help to reduce GHG emissions (*robust evidence, high agreement*). Cross-cutting technologies such as efficient motors, electronic control systems, and cross-cutting measures such as reducing air or steam leaks help to optimize performance of industrial processes and improve plant efficiency cost-effectively with both energy savings and emissions benefits [10.4].

Long-term step-change options can include a shift to low carbon electricity, radical product innovations (e.g., alternatives to cement), or carbon dioxide capture and storage (CCS). Once demonstrated, sufficiently tested, cost-effective, and publicly accepted, these options may contribute to significant climate change mitigation in the future (*medium evidence, medium agreement*). [10.4]

The level of demand for new and replacement products has a significant effect on the activity level and resulting GHG emissions in the industry sector (*medium evidence, high agreement*). Extending product life and using products more intensively could contribute to reduction of product demand without reducing the service. Absolute emission reductions can also come through changes in lifestyle and their corresponding demand levels, be it directly (e.g. for food, textiles) or indirectly (e.g. for product/service demand related to tourism). [10.4]

Mitigation activities in other sectors and adaptation measures may result in increased industrial product demand and corresponding emissions (*robust evidence, high agreement*). Production of mitigation technologies (e.g., insulation materials for buildings) or material demand for adaptation measures (e.g., infrastructure materials) contribute to industrial GHG emissions. [10.4, 10.6]

Systemic approaches and collaboration within and across industrial sectors at different levels, e.g., sharing of infrastructure, information, waste and waste management facilities, heating,

and cooling, may provide further mitigation potential in certain regions or industry types (*robust evidence, high agreement*). The formation of industrial clusters, industrial parks, and industrial symbiosis are emerging trends in many developing countries, especially with SMEs. [10.5]

**Several emission-reducing options in the industrial sector are cost-effective and profitable** (*medium evidence, medium agreement*). While options in cost ranges of 20–50, 0–20, and even below 0 $USD_{2010}/tCO_2eq$ exist, to achieve near-zero emission intensity levels in the industry sector would require additional realization of long-term step-change options (e.g., CCS) associated with higher levelized costs of conserved carbon (LCCC) in the range of 50–150 $USD_{2010}/tCO_2$. However, mitigation costs vary regionally and depend on site-specific conditions. Similar estimates of costs for implementing material efficiency, product-service efficiency, and service demand reduction strategies are not available. [10.7]

**Mitigation measures in the industry sector are often associated with co-benefits** (*robust evidence, high agreement*). Co-benefits of mitigation measures could drive industrial decisions and policy choices. They include enhanced competitiveness through cost reductions, new business opportunities, better environmental compliance, health benefits through better local air and water quality and better work conditions, and reduced waste, all of which provide multiple indirect private and social benefits. [10.8]

**Unless barriers to mitigation in industry are resolved, the pace and extent of mitigation in industry will be limited and even profitable measures will remain untapped** (*robust evidence, high agreement*). There are a broad variety of barriers to implementing energy efficiency in the industry sector; for energy-intensive industry, the issue is largely initial investment costs for retrofits, while barriers for other industries include both cost and a lack of information. For material efficiency, product-service efficiency, and demand reduction, there is a lack of experience with implementation of mitigation measures and often there are no clear incentives for either the supplier or consumer. Barriers to material efficiency include lack of human and institutional capacities to encourage management decisions and public participation. [10.9]

**There is no single policy that can address the full range of mitigation measures available for industry and overcome associated barriers** (*robust evidence, high agreement*). In promoting energy efficiency, information programs are the most prevalent approach, followed by economic instruments, regulatory approaches and voluntary actions. To date, few policies have specifically pursued material or product service efficiency. [10.11]

**While the largest mitigation potential in industry lies in reducing $CO_2$ emissions from fossil fuel use, there are also significant mitigation opportunities for non-$CO_2$ gases.** Key opportuni-

ties comprise, for example, reduction of HFC emissions by leak repair, refrigerant recovery and recycling, and proper disposal and replacement by alternative refrigerants (ammonia, HC, $CO_2$). Nitrous oxide ($N_2O$) emissions from adipic and nitric acid production can be reduced through the implementation of thermal destruction and secondary catalysts. The reduction of non-$CO_2$ GHGs also faces numerous barriers. Lack of awareness, lack of economic incentives, and lack of commercially available technologies (e.g., for HFC recycling and incineration) are typical examples. [10.4, 10.7, 10.9]

**Long-term scenarios for industry highlight improvements in emissions efficiency as an important future mitigation strategy** (*robust evidence, high agreement*). Detailed industry sector scenarios fall within the range of more general long-term integrated scenarios. Improvements in emissions efficiency in the mitigation scenarios result from a shift from fossil fuels to electricity with low (or negative) $CO_2$ emissions and use of CCS for industry fossil fuel and process emissions. The crude representation of materials, products, and demand in scenarios limits the evaluation of the relative importance of material efficiency, product-service efficiency, and demand reduction options. (*robust evidence, high agreement*) [6.8, 10.10]

**The most effective option for mitigation in waste management is waste reduction, followed by re-use and recycling and energy recovery** (*robust evidence, high agreement*) [10.4, 10.14]. Direct emissions from the waste sector almost doubled during the period from 1970 to 2010. Globally, approximately only 20 % of municipal solid waste (MSW) is recycled and approximately 13.5 % is treated with energy recovery while the rest is deposited in open dumpsites or landfills. Approximately 47 % of wastewater produced in the domestic and manufacturing sectors is still untreated. As the share of recycled or reused material is still low, waste treatment technologies and energy recovery can also result in significant emission reductions from waste disposal. Reducing emissions from landfilling through treatment of waste by anaerobic digestion has the largest cost range, going from negative cost to very high cost. Also, advanced wastewater treatment technologies may enhance GHG emissions reduction in the wastewater treatment but they tend to concentrate in the higher costs options (*medium evidence, medium agreement*). [10.14]

**A key challenge for the industry sector is the uncertainty, incompleteness, and quality of data available in the public domain on energy use and costs for specific technologies on global and regional scales that can serve as a basis for assessing performance, mitigation potential, costs, and for developing policies and programmes with high confidence.** Bottom-up information on cross-sector collaboration and demand reduction as well as their implications for mitigation in industry is particularly limited. Improved modelling of material flows in integrated models could lead to a better understanding of material efficiency and demand reduction strategies and the associated mitigation potentials. [10.12]

# 10.1   Introduction

This chapter provides an update to developments on mitigation in the industry sector since the IPCC (Intergovernmental Panel on Climate Change) Fourth Assessment Report (AR4) (IPCC, 2007), but has much wider coverage. Industrial activities create all the physical products (e.g., cars, agricultural equipment, fertilizers, textiles, etc.) whose use delivers the final services that satisfy current human needs. Compared to the industry chapter in AR4, this chapter analyzes industrial activities over the whole supply chain, from extraction of primary materials (e.g., ores) or recycling (of waste materials), through product manufacturing, to the demand for the products and their services. It includes a discussion of trends in activity and emissions, options for mitigation (technology, practices, and behavioural aspects), estimates of the mitigation potentials of some of these options and related costs, co-benefits, risks and barriers to their deployment, as well as industry-specific policy instruments. Findings of integrated models (long-term mitigation pathways) are also presented and discussed from the sector perspective. In addition, at the end of the chapter, the hierarchy in waste management and mitigation opportunities are synthesized, covering key waste-related issues that appear across all chapters in the Working Group III contribution to the IPCC Fifth Assessment Report (AR5).

Figure 10.1, which shows a breakdown of total global anthropogenic GHG emissions in 2010 based on Bajželj et al. (2013), illustrates the logic that has been used to distinguish the industry sector from other sectors discussed in this report. The figure shows how human demand for energy services, on the left, is provided by economic sectors, through the use of equipment in which devices create heat or work from final energy. In turn, the final energy has been created by processing a primary energy source. Combustion of carbon-based fuels leads to the release of GHG emissions as shown on the right. The remaining anthropogenic emissions arise from chemical reactions in industrial processes, from waste management and from the agriculture and land-use changes discussed in Chapter 11.

Mitigation options can be chosen to reduce GHG emissions at all stages in Figure 10.1, but caution is needed to avoid 'double counting'. The figure also demonstrates that care is needed when allocating emissions to specific products and services ('carbon footprints', for example) while ensuring that the sum of all 'footprints' adds to the sum of all emissions.

Emissions from industry (30% of total global GHG emissions) arise mainly from material processing, i.e., the conversion of natural resources (ores, oil, biomass) or scrap into materials stocks which are then converted in manufacturing and construction into products. Pro-



**Figure 10.1** | A Sankey diagram showing the system boundaries of the industry sector and demonstrating how global anthropogenic emissions in 2010 arose from the chain of technologies and systems required to deliver final services triggered by human demand. The width of each line is proportional to GHG emissions released, and the sum of these widths along any vertical slice through the diagram is the same, representing all emissions in 2010 (Bajželj et al., 2013).

**10**

duction of just iron and steel and non-metallic minerals (predominately cement) results in 44% of all carbon dioxide ($CO_2$) emissions (direct, indirect, and process-related) from industry. Other emission-intensive sectors are chemicals (including plastics) and fertilizers, pulp and paper, non-ferrous metals (in particular aluminium), food processing (food growing is covered in Chapter 11), and textiles.

Decompositions of GHG emissions have been used to analyze the different drivers of global industry-related emissions. An accurate decomposition for the industry sector would involve great complexity, so instead this chapter uses a simplified conceptual expression to identify the key mitigation opportunities available within the sector:

$$G = \frac{G}{E} \times \frac{E}{M} \times \frac{M}{P} \times \frac{P}{S} \times S$$

where $G$ is the GHG emissions of the industrial sector within a specified time period (usually one year), $E$ is industrial sector energy consumption and $M$ is the total global production of materials in that period. $P$ is stock of products created from these materials (including both consumables and durables added to existing stocks), and $S$ is the services delivered in the time period through use of those products.

The expression is indicative only, but leads to the main mitigation strategies discussed in this chapter:

$G/E$ is the *emissions intensity* of the sector expressed as a ratio to the energy used: the GHG emissions of industry arise largely from energy use (directly from combusting fossil fuels, and indirectly through purchasing electricity and steam), but emissions also arise from industrial chemical reactions. In particular, producing cement, chemicals, and non-ferrous metals leads to the inevitable release of significant 'process emissions' regardless of energy supply. We refer to reductions in G/E as *emissions efficiency* for the energy inputs and the processes.

$E/M$ is the *energy intensity*: approximately three quarters of industrial energy use is required to create materials from ores, oil or biomass, with the remaining quarter used in the downstream manufacturing and construction sectors that convert materials to products. The energy required can in some cases (particularly for metals and paper) be reduced by production from recycled scrap, and can be further reduced by material re-use, or by exchange of waste heat and exchange of by-products between sectors. Reducing E/M is the goal of *energy efficiency*.

$M/P$ is the *material intensity* of the sector: the amount of material required to create a product and maintain the stock of a product depends both on the design of the product and on the scrap discarded during its production. Both can be reduced by *material efficiency*.



**Figure 10.2 |** A schematic illustration of industrial activity over the supply chain. Options for climate change mitigation in the industry sector are indicated by the circled numbers: (1) Energy efficiency (e.g., through furnace insulation, process coupling, or increased material recycling); (2) Emissions efficiency (e.g., from switching to non-fossil fuel electricity supply, or applying CCS to cement kilns); (3a) Material efficiency in manufacturing (e.g., through reducing yield losses in blanking and stamping sheet metal or re-using old structural steel without melting); (3b) Material efficiency in product design (e.g., through extended product life, light-weight design, or de-materialization); (4) Product-Service efficiency (e.g., through car sharing, or higher building occupancy); (5) Service demand reduction (e.g., switching from private to public transport).

P/S is the *product-service intensity*: the level of service provided by a product depends on its intensity of use. For consumables (e.g., food or detergent) that are used within the accounting period in which they are produced, service is provided solely by the production within that period. For durables that last for longer than the accounting period (e.g., clothing), services are provided by the stock of products in current use. In this case P is the flow of material required to replace retiring products and to meet demand for increases in total stock. Thus for consumables, P/S can be reduced by more precise use (for example using only recommended doses of detergents or applying fertilizer precisely) while for durables, P/S can be reduced both by using durable products for longer and by using them more intensively. We refer to reductions in P/S as *product-service efficiency*.

S: The total global demand for service is a function of population, wealth, lifestyle, and the whole social system of expectations and aspirations. If the total demand for service were to decrease, it would lead to a reduction in industrial emissions, and we refer to this as *demand reduction*.

Figure 10.2 expands on this simplified relationship to illustrate the main options for GHG emissions mitigation in industry (circled numbers). The figure also demonstrates how international trade of products leads to significant differences between 'production' and 'consumption' measures of national emissions, and demonstrates how the 'waste' industry, which includes material recycling as well as options like 'waste to energy' and disposal, has a significant potential for influencing future industrial emissions.

Figure 10.2 clarifies the terms used for key sectors in this chapter: 'Industry' refers to the totality of activities involving the physical transformation of materials within which 'extractive industry' supplies feedstock to the energy-intensive 'materials industries' which create refined materials. These are converted by 'manufacturing' into products and by 'construction' into buildings and infrastructure. 'Home scrap' from the materials processing industries, 'new scrap' from downstream construction and manufacturing, and products retiring at end-of-life are processed in the 'waste industry.' This 'waste' may be recycled (particularly bulk metals, paper, glass and some plastics), may be re-used to save the energy required for recycling, or may be discarded to landfills or incinerated (which can lead to further emissions on one hand and energy recovery on the other hand).

## 10.2 New developments in extractive mineral industries, manufacturing industries and services

World production trends of mineral extractive industries, manufacturing, and services, have grown steadily in the last 40 years (Figure 10.3). However, the service sector share in world GDP increased from 50 % in 1970 to 70 % in 2010; while the industry world GDP share decreased from 38.2 to 26.9 % (World Bank, 2013).



**Figure 10.3 |** World's growth of main minerals and manufacturing products (1970 = 1). Sources: (WSA, 2012a; FAO, 2013; Kelly and Matos, 2013).

**Table 10.1 |** Total production of energy-intensive industrial goods for the world top-5 producers of each commodity: 2005, 2012, and average annual growth rate (AAGR) (FAO, 2013; Kelly and Matos, 2013).

| Commodity/Country | 2005 [Mt] | 2012 [Mt] | AAGR |
|---|---|---|---|
| **Iron ore** | | | |
| World | 1540 | 3000 | 10% |
| China | 420 | 1300 | 18% |
| Australia | 262 | 525 | 10% |
| Brazil | 280 | 375 | 4% |
| India | 140 | 245 | 8% |
| Russia | 97 | 100 | 0.4% |
| **Steel** | | | |
| World | 1130 | 1500 | 4% |
| China | 349 | 720 | 11% |
| Japan | 113 | 108 | −1% |
| U.S. | 95 | 91 | −1% |
| India | 46 | 76 | 8% |
| Russia | 66 | 76 | 2% |
| **Cement** | | | |
| World | 2310 | 3400 | 6% |
| China | 1040 | 2150 | 11% |
| India | 145 | 250 | 8% |
| U.S. | 101 | 74 | −4% |
| Brazil | 37 | 70 | 10% |
| Iran | 33 | 65 | 10% |
| **Ammonia** | | | |
| World | 121.0 | 137.0 | 2% |
| China | 37.8 | 44.0 | 2% |
| India | 10.8 | 12.0 | 2% |
| Russia | 10.0 | 10.0 | 0% |
| U.S. | 8.0 | 9.5 | 2% |
| Trinidad & Tobago | 4.2 | 5.5 | 4% |
| **Aluminium** | | | |
| World | 31.9 | 44.9 | 5% |
| China | 7.8 | 19.0 | 14% |
| Russia | 3.7 | 4.2 | 2% |
| Canada | 2.9 | 2.7 | −1% |
| U.S. | 2.5 | 2.0 | −3% |
| Australia | 1.9 | 1.9 | 0% |
| **Paper** | | | |
| World | 364.7 | 401.1 | 1% |
| China | 60.4 | 106.3 | 8% |
| U.S. | 83.7 | 75.5 | −1% |
| Japan | 31.0 | 26.0 | −2% |
| Germany | 21.7 | 22.6 | 1% |
| Indonesia | 7.2 | 11.5 | 7% |

Concerning extractive industries for metallic minerals, from 2005 to 2012 annual mining production of iron ore, gold, silver, and copper increased by 10%, 1%, 2%, and 2% respectively (Kelly and Matos, 2013). Most of the countries in Africa, Latin America, and the transition economies produce more than they use; whereas use is being driven mainly by consumption in China, India, and developed countries (UNCTAD, 2008)[1]. Extractive industries of rare earths are gaining importance because of their various uses in high-tech industry (Moldoveanu and Papangelakis, 2012). New mitigation technologies, such as hybrid and electric vehicles (EVs), electricity storage and renewable technologies, increase the demand for certain minerals, such as lithium, gallium, and phosphates (Bebbington and Bury, 2009). Concerns over depletion of these minerals have been raised, but important research on extraction methods as well as increasing recycling rates are leading to increasing reserve estimates for these materials (Graedel et al., 2011; Resnick Institute, 2011; Moldoveanu and Papangelakis, 2012; Eckelman et al., 2012). China accounts for 97% of global rare earth extraction (130 Mt in 2010) (Kelly and Matos, 2013).

Regarding manufacturing production, the annual global production growth rate of steel, cement, ammonia, aluminium, and paper—the most energy-intensive industries—ranged from 2% to 6% between 2005 and 2012 (Table 10.1). Many trends are responsible for this development (e.g., urbanization significantly triggered demand on construction materials). Over the last decades, as a general trend, the world has witnessed decreasing industrial activity in developed countries with a major downturn in industrial production due to the economic recession in 2009 (Kelly and Matos, 2013). There is continued increase in industrial activity and trade of some developing countries. The increase in manufacturing production and consumption has occurred mostly in Asia. China is the largest producer of the main industrial outputs. In many middle-income countries industrialization has stagnated, and in general Africa and Least Developed Countries (LDCs) have remained marginalized (UNIDO, 2009; WSA, 2012a). In 2012, 1.5 billion tonnes of steel (212 kg/cap) were manufactured; 46% was produced and consumed in mainland China (522 kg/cap). China also dominates global cement production, producing 2.2 billion tonnes (1,561 kg/cap) in 2012, followed by India with only 250 Mt (202 kg/cap) (Kelly and Matos, 2013; UNDESA, 2013). More subsector specific trends are in Section 10.4.

Globally large-scale production dominates energy-intensive industries; however small- and medium-sized enterprises are very important in many developing countries. This brings additional challenges for mitigation efforts (Worrell et al., 2009; Roy, 2010; Ghosh and Roy, 2011).

---

[1]    For example, in 2008, China imported 50% of the world's total iron ore exports and produced about 50% of the world's pig iron (Kelly and Matos, 2013). India demanded 35% of world's total gold production in 2011 (WGC, 2011), and the United States consumed 33% of world's total silver production in 2011 (Kelly and Matos, 2013).

Another important change in the world's industrial output over the last decades has been the rise in the proportion of international trade. Manufactured products are not only traded, but the production process is increasingly broken down into tasks that are themselves outsourced and/or traded; i.e., production is becoming less vertically integrated. In addition to other drivers such as population growth, urbanization, and income increase, the rise in the proportion of trade has been driving production increase for certain countries (Fisher-Vanden et al., 2004; Liu and Ang, 2007; Reddy and Ray, 2010; OECD, 2011). The economic recession of 2009 reduced industrial production worldwide because of consumption reduction, low optimism in credit market, and a decline in world trade (Nissanke, 2009). More discussion on GHG emissions embodied in trade is presented in Chapter 14. Similar to industry, the service sector is heterogeneous and has significant proportion of small and medium sized enterprises. The service sector covers activities such as public administration, finance, education, trade, hotels, restaurants, and health. Activity growth in developing countries and structural shift with rising income is driving service sector growth (Fisher-Vanden et al., 2004; Liu and Ang, 2007; Reddy and Ray, 2010; OECD, 2011). OECD countries are shifting from manufacturing towards service-oriented economies (Sun, 1998; Schäfer, 2005; US EIA, 2010), however, this is also true for some non-OECD countries. For example, India has almost 64 %–66 % of GDP contribution from service sector (World Bank, 2013).

## 10.3 New developments in emission trends and drivers

In 2010, the industry sector accounted for around 28 % of final energy use (IEA, 2013). Global industry and waste/wastewater GHG emissions grew from 10.37 $GtCO_2$eq in 1990 to 13.04 $GtCO_2$eq in 2005 to 15.44 $GtCO_2$eq in 2010. These emissions are larger than the emissions from either the buildings or transport end-use sectors and represent just over 30 % of global GHG emissions in 2010 (just over 40 % if AFOLU emissions are not included). These total emissions are comprised of:

- Direct energy-related $CO_2$ emissions for industry[2]
- Indirect $CO_2$ emissions from production of electricity and heat for industry[3]
- Process $CO_2$ emissions
- Non-$CO_2$ GHG emissions
- Direct emissions for waste/wastewater

_____

[2]    This also includes $CO_2$ emissions from non-energy uses of fossil fuels.
[3]    The methodology for calculating indirect $CO_2$ emissions is based on de la Rue du Can and Price (2008) and described in Annex II.5.

Figure 10.4 shows global industry and waste/wastewater direct and indirect GHG emissions by source from 1970 to 2010. Table 10.2 shows primary energy[4] and GHG emissions for industry by emission type (direct energy-related, indirect from electricity and heat production, process $CO_2$, and non-$CO_2$), and for waste/wastewater for five world regions and the world total.[5]

Figure 10.5 shows global industry and waste/wastewater direct and indirect GHG emissions by region from 1970 to 2010. This regional breakdown shows that:

- Over half (52 %) of global direct GHG emissions from industry and waste/wastewater are from the ASIA region, followed by OECD-1990 (25 %), EIT (9.4 %), MAF (7.6 %), and LAM (5.7 %).
- Between 2005 and 2010, GHG emissions from industry grew at an average annual rate of 3.5 % globally, comprised of 7.0 % average annual growth in the ASIA region, followed by MAF (4.4 %), LAM (2.0 %), and the EIT countries (0.1 %), but declined in the OECD-1990 countries (−1.1 %).

Regional trends are further discussed in Chapter 5, Section 5.2.1.

Table 10.3 provides 2010 direct and indirect GHG emissions by source and gas. 2010 direct and indirect emissions were dominated by $CO_2$ (85.1 %), followed by methane ($CH_4$) (8.6 %), hydrofluorocarbons (HFC) (3.5 %), nitrous oxide ($N_2O$) (2.0 %), Perfluorocarbons (PFC) (0.5 %) and sulphur hexafluoride ($SF_6$) (0.4 %) emissions.

### 10.3.1 Industrial $CO_2$ emissions

As shown in Table 10.3, industrial $CO_2$ emissions were 13.14 $GtCO_2$ in 2010. These emissions were comprised of 5.27 $GtCO_2$ direct energy-related emissions, 5.25 $GtCO_2$ indirect emissions from electricity and heat production, 2.59 $GtCO_2$ from process $CO_2$ emissions and 0.03 $GtCO_2$ from waste/wastewater. Process $CO_2$ emissions are comprised of process-related emissions of 1.352 $GtCO_2$ from cement production,[6] 0.477 $GtCO_2$ from production of chemicals, 0.242 $GtCO_2$ from lime production, 0.134 $GtCO_2$ from coke ovens, 0.074 $GtCO_2$ from non-ferrous metals production, 0.072 $GtCO_2$ from iron and steel production, 0.061 $GtCO_2$ from ferroalloy production, 0.060 $GtCO_2$ from limestone and dolomite use, 0.049 $GtCO_2$ from solvent and other product use, 0.042 $GtCO_2$ from production of other minerals and 0.024 $GtCO_2$ from non-energy use of lubricants/waxes (JRC/PBL, 2013). Total industrial $CO_2$ values include emissions from mining and quarrying, from manufacturing, and from construction.

_____

[4]    See Glossary in Annex I for definition of primary energy.
[5]    The IEA also recently published $CO_2$ emissions with electricity and heat allocated to end-use sectors (IEA, 2012a). However, the methodology used in this report differs slightly from the IEA approach as explained in Annex II.5
[6]    Another source, Boden et al., 2013, indicates that cement process $CO_2$ emissions in 2010 were 1.65 $GtCO_2$.

Energy-intensive processes in the mining sector include excavation, mine operation, material transfer, mineral preparation, and separation. Energy consumption for mining[7] and quarrying, which is included in 'other industries' in Figure 10.4, represents about 2.7 % of worldwide industrial energy use, varying regionally, and a significant share of national industrial energy use in Botswana and Namibia (around 80 %), Chile (over 50 %), Canada (30 %), Zimbabwe (18.6 %), Mongolia (16.5 %), and South Africa (almost 15 %) in 2010 (IEA, 2012b; c).

Manufacturing is a subset of industry that includes production of all products (e.g., steel, cement, machinery, textiles) except for energy products, and does not include energy used for construction. Manufacturing is responsible for about 98 % of total direct $CO_2$ emissions from the industrial sector (IEA, 2012b; c). Most manufacturing $CO_2$ emissions arise due to chemical reactions and fossil fuel combustion largely used to provide the intense heat that is often required to bring about the physical and chemical transformations that convert raw materials into industrial products. These industries, which include production of chemicals and petrochemicals, iron and steel, cement, pulp and paper, and aluminium, usually account for most of the sector's

---
[7]   Discussion of extraction of energy carriers (e.g., coal, oil, and natural gas) takes place in Chapter 7.



**Direct Emissions**



**Indirect Emissions**

**Figure 10.4 |** Total global industry and waste/wastewater direct and indirect GHG emissions by source, 1970–2010 (GtCO$_2$eq/yr) (de la Rue du Can and Price, 2008; IEA, 2012a; JRC/PBL, 2013). See also Annex II.9, Annex II.5.

Note: For statistical reasons 'Cement production' only covers process $CO_2$ emissions (i.e., emissions from cement-forming reactions); energy-related direct emissions from cement production are included in 'other industries' $CO_2$ emissions.

energy consumption in many countries. In India, the share of energy use by energy-intensive manufacturing industries in total manufacturing energy consumption is 62% (INCCA, 2010), while it is about 80% in China (NBS, 2012).

Overall reductions in industrial energy use/manufacturing value-added were found to be greatest in developing economies during 1995–2008. Low-income developing economies had the highest industrial energy intensity values while developed economies had the lowest. Reductions in intensity were realized through technological changes (e.g., changes in product mix, adoption of energy-efficient

technologies, etc.) and structural change in the share of energy-intensive industries in the economy. During 1995–2008, developing economies had greater reductions in energy intensity while developed economies had greater reductions through structural change (UNIDO, 2011).

The share of non-energy use of fossil fuels (e.g., the use of fossil fuels as a chemical industry feedstock, of refinery and coke oven products, and of solid carbon for the production of metals and inorganic chemicals) in total manufacturing final energy use has grown from 20% in 2000 to 24% in 2009 (IEA, 2012b; c). Fossil fuels used as raw materi-





**Figure 10.5 |** Total global industry and waste/wastewater direct and indirect GHG emissions by region, 1970–2010 (GtCO$_2$eq/yr) (de la Rue du Can and Price, 2008; IEA, 2012a; JRC/PBL, 2013). See also Annex II.9, Annex II.5.

**Table 10.2** | Industrial Primary Energy (EJ) and GHG emissions (GtCO$_2$eq) by emission type (direct energy-related, indirect from electricity and heat production, process CO$_2$, and non-CO$_2$), and waste/wastewater for five world regions and the world total (IEA, 2012a; b; c; JRC/PBL, 2013; see Annex II.9). For definitions of regions see Annex II.2.

| | | Primary Energy (EJ) | | | GHG Emissions (GtCO$_2$eq) | | |
|---|---|---|---|---|---|---|---|
| | | 1990 | 2005 | 2010 | 1990 | 2005 | 2010 |
| ASIA | Direct (energy-related) | 20.89 | 42.83 | 56.80 | 1.21 | 2.08 | 2.92 |
| | Indirect (electricity + heat) | 5.25 | 15.11 | 24.38 | 0.65 | 2.14 | 3.08 |
| | Process CO$_2$ emissions | | | | 0.36 | 0.96 | 1.49 |
| | Non-CO$_2$ GHG emissions | | | | 0.05 | 0.25 | 0.27 |
| | Waste/wastewater | | | | 0.35 | 0.54 | 0.60 |
| | **Total** | **26.14** | **57.93** | **81.17** | **2.62** | **5.98** | **8.36** |
| EIT | Direct (energy-related) | 21.98 | 13.47 | 13.68 | 0.79 | 0.41 | 0.45 |
| | Indirect (electricity + heat) | 6.84 | 4.10 | 3.42 | 1.09 | 0.59 | 0.51 |
| | Process CO$_2$ emissions | | | | 0.32 | 0.23 | 0.23 |
| | Non-CO$_2$ GHG emissions | | | | 0.11 | 0.12 | 0.12 |
| | Waste/wastewater | | | | 0.12 | 0.14 | 0.15 |
| | **Total** | **28.82** | **17.56** | **17.10** | **2.43** | **1.48** | **1.47** |
| LAM | Direct (energy-related) | 5.85 | 8.64 | 9.45 | 0.19 | 0.26 | 0.28 |
| | Indirect (electricity + heat) | 0.97 | 1.67 | 1.93 | 0.08 | 0.15 | 0.17 |
| | Process CO$_2$ emissions | | | | 0.06 | 0.11 | 0.13 |
| | Non-CO$_2$ GHG emissions | | | | 0.03 | 0.03 | 0.03 |
| | Waste/wastewater | | | | 0.10 | 0.14 | 0.14 |
| | **Total** | **6.82** | **10.31** | **11.38** | **0.48** | **0.68** | **0.75** |
| MAF | Direct (energy-related) | 5.59 | 8.91 | 11.43 | 0.22 | 0.30 | 0.37 |
| | Indirect (electricity + heat) | 1.12 | 1.99 | 2.58 | 0.14 | 0.24 | 0.29 |
| | Process CO$_2$ emissions | | | | 0.08 | 0.15 | 0.21 |
| | Non-CO$_2$ GHG emissions | | | | 0.02 | 0.02 | 0.02 |
| | Waste/wastewater | | | | 0.10 | 0.16 | 0.17 |
| | **Total** | **6.71** | **10.90** | **14.01** | **0.56** | **0.86** | **1.07** |
| OECD-1990 | Direct (energy-related) | 40.93 | 45.63 | 42.45 | 1.55 | 1.36 | 1.24 |
| | Indirect (electricity + heat) | 11.25 | 10.92 | 9.71 | 1.31 | 1.37 | 1.19 |
| | Process CO$_2$ emissions | | | | 0.57 | 0.56 | 0.52 |
| | Non-CO$_2$ GHG emissions | | | | 0.35 | 0.35 | 0.44 |
| | Waste/wastewater | | | | 0.50 | 0.40 | 0.39 |
| | **Total** | **52.18** | **56.55** | **52.16** | **4.28** | **4.04** | **3.79** |
| World | Direct (energy-related) | 95.25 | 119.47 | 133.81 | 3.96 | 4.41 | 5.27 |
| | Indirect (electricity + heat) | 25.42 | 33.78 | 42.01 | 3.27 | 4.48 | 5.25 |
| | Process CO$_2$ emissions | | | | 1.42 | 2.01 | 2.59 |
| | Non-CO$_2$ GHG emissions | | | | 0.55 | 0.77 | 0.89 |
| | Waste/wastewater | | | | 1.17 | 1.37 | 1.45 |
| | **Total** | **120.67** | **153.25** | **175.82** | **10.37** | **13.04** | **15.44** |

Note: Includes energy and non-energy use. Non-energy use covers those fuels that are used as raw materials in the different sectors and are not consumed as a fuel or transformed into another fuel. Also includes construction.

als/feedstocks in the chemical industry may result in CO$_2$ emissions at the end of their life-span in the disposal phase if they are not recovered or recycled (Patel et al., 2005). These emissions need to be accounted for in the waste disposal sector's emissions, although data on waste imports/exports and ultimate disposition are not consistently compiled or reliable (Masanet and Sathaye, 2009). Subsector specific details are also in Section 10.4.

Trade is an important factor that influences production choice decisions and hence CO$_2$ emissions at the country level. Emission inventories based on consumption rather than production reflect the fact that products produced and exported for consumption in developed countries are an important contributing factor of the emission increase for certain countries such as China, particularly since 2000 (Ahmad and Wyckoff, 2003; Wang and Watson, 2007; Peters and Hertwich, 2008;

**Table 10.3 |** Industry and waste/wastewater direct and indirect GHG emissions by source and gas, 2010 (in MtCO$_2$eq) (IEA, 2012a; JRC/PBL, 2013).

| Source | Gas | 2010 Emissions (MtCO$_2$eq) |
|---|---|---|
| Ferrous and non ferrous metals | CO$_2$ | 2,127 |
| | CH$_4$ | 18.87 |
| | SF$_6$ | 8.77 |
| | PFC | 52.45 |
| | N$_2$O | 4.27 |
| Chemicals | CO$_2$ | 1,159 |
| | HFC | 206.9 |
| | N$_2$O | 139.71 |
| | SF$_6$ | 11.86 |
| | CH$_4$ | 4.91 |
| Cement* | CO$_2$ | 1,352.35 |
| Indirect (electricity + heat) | CO$_2$ | 5,246.79 |
| Landfill, Waste Incineration and Others | CH$_4$ | 627.34 |
| | CO$_2$ | 32.50 |
| | N$_2$O | 11.05 |
| Wastewater treatment | CH$_4$ | 666.75 |
| | N$_2$O | 108.04 |
| Other industries | CO$_2$ | 3,222.24 |
| | SF$_6$ | 40.59 |
| | N$_2$O | 15.96 |
| | CH$_4$ | 9.06 |
| | PFC | 20.48 |
| | HFC | 332.38 |
| Indirect | N$_2$O | 24.33 |

| Gas | | 2010 Emissions (MtCO$_2$eq) |
|---|---|---|
| Carbon dioxide | CO$_2$ | 13,112 |
| Methane | CH$_4$ | 1,326.93 |
| Hydrofluorocarbons | HFC | 539.28 |
| Nitrous oxide | N$_2$O | 303.35 |
| Perfluorocarbons | PFC | 72.93 |
| Sulphur hexafluoride | SF$_6$ | 61.21 |
| Carbon Dioxide Equivalent (total of all gases) | CO$_2$eq | 15,443 |

Note: CO$_2$ emissions from cement-forming reactions only; cement energy-related direct emissions are included in 'other industries' CO$_2$ emissions.

Weber et al., 2008). Chapter 14 provides an in-depth discussion and review of the literature related to trade, embodied emissions, and consumption-based emissions inventories.

### 10.3.2    Industrial non-CO$_2$ GHG emissions

Table 10.4 provides emissions of non-CO$_2$ gases for some key industrial processes (JRC/PBL, 2013). N$_2$O emissions from adipic acid and nitric acid

**Table 10.4 |** Emissions of non-CO$_2$ GHGs for key industrial processes (JRC/PBL, 2013)[1]

| Process | Emissions (MtCO$_2$eq) | | |
|---|---|---|---|
| | 1990 | 2005 | 2010 |
| HFC-23 from HCFC-22 production | 75 | 194 | 207 |
| ODS substitutes (industrial process refrigeration)[2] | 0 | 13 | 21 |
| PFC, SF$_6$, NF$_3$ from flat panel display manufacturing | 0 | 4 | 6 |
| N$_2$O from adipic acid and nitric acid production | 232 | 153 | 104 |
| PFCs and SF$_6$ from photovoltaic manufacturing | 0 | 0 | 1 |
| PFCs from aluminium production | 107 | 70 | 52 |
| SF$_6$ from manufacturing of electrical equipment | 12 | 7 | 10 |
| HFCs, PFCs, SF$_6$ and NF$_3$ from semiconductor manufacturing | 7 | 21 | 17 |
| SF$_6$ from magnesium manufacturing | 12 | 9 | 8 |
| CH$_4$ and N$_2$O from other industrial processes | 3 | 5 | 6 |

Note:
[1]  the data from US EPA (EPA, 2012a) show emissions of roughly the same magnitude, but differ in total amounts per source as well as the growth trends. The differences are significant in some particular sources like HFC-23 from HCFC-22 production, PFCs from aluminium production and N$_2$O from adipic acid and nitric acid production.
[2]  Ozone depleting substances (ODS) substitutes values from EPA (2012a).

production and PFC emissions from aluminium production decreased while emissions from HFC-23 from HCFC-22 production increased from 0.075 GtCO$_2$eq in 1990 to 0.207 GtCO$_2$eq in 2010. In the period from 1990–2010, fluorinated gases (F-gases) and N$_2$O were the most important non-CO$_2$ GHG emissions in manufacturing industry. Most of the F-gases arise from the emissions from different processes including the production of aluminium and HCFC-22 and the manufacturing of flat panel displays, magnesium, photovoltaics, and semiconductors. The rest of the F-gases correspond mostly to HFCs that are used in refrigeration equipment used in industrial processes. Most of the N$_2$O emissions from the industrial sector are contributed by the chemical industry, particularly from the production of nitric and adipic acids (EPA, 2012a). A summary of the issues and trends that concern developing countries and Least Developed Countries (LDCs) in this chapter is found in Box 10.1.

## 10.4    Mitigation technology options, practices and behavioural aspects

Figure 10.2, and its associated identity, define six options for climate change mitigation in industry.

- **Energy efficiency (E/M):** Energy is used in industry to drive chemical reactions, to create heat, and to perform mechanical work. The required chemical reactions are subject to thermodynamic limits. The history of industrial energy efficiency is one of innovating to

**10**

## Box 10.1 | Issues regarding Developing and Least Developed Countries (LDCs)

Reductions in energy intensity (measured as final energy use per industrial GDP) from 1995 to 2008 were larger in developing economies than in developed economies (UNIDO, 2011). The shift from energy-intensive industries towards high-tech sectors (structural change) was the main driving force in developed economies, while the energy intensity reductions in large developing economies such as China, India, and Mexico and transition economies such as Azerbaijan and Ukraine were related to technological changes (Reddy and Ray, 2010; Price et al., 2011; UNIDO, 2011; Sheinbaum-Pardo et al., 2012; Roy et al., 2013). Brazil is a special case were industrial energy intensity increased (UNIDO, 2011; Sheinbaum et al., 2011). The potential for industrial energy efficiency is still very important for developing countries (see Sections 10.4 and 10.7), and possible industrialization development opens the opportunity for the installation of new plants with highly efficient energy and material technologies and processes (UNIDO, 2011).

Other strategies for mitigation in developing countries such as emissions efficiency (e.g., fuel switching) depend on the fuel mix and availability for each country. Product-service efficiency (e.g., using products more intensively) and reducing overall demand for product services must be accounted differently depending on the country's income and development levels. Demand reduction strategies are more relevant for developed countries because of higher levels of consumption. However, some strategies for material efficiency such as manufacturing lighter products (e.g., cars) and modal shifts in the transport sector that reduce energy consumption in industry can have an important role in future energy demand (see Chapter 8.4.2.2).

LDCs have to be treated separately because of their small manufacturing production base. The share of manufacturing value added (MVA) in the GDP of LDCs in 2011 was 9.7 % (7.2 % Africa LDCs; Asia and the Pacific LDCs 13.3 % and no data for Haiti), while it was 21.8 % in developing countries and 16.5 % in developed countries. The LDCs' contribution to world MVA represented only 0.46 % in 2010 (UNIDO, 2011; UN, 2013).

In most LDCs, the share of extractive industries has increased (in many cases with important economic, social, and environmental problems (Maconachie and Hilson, 2013)), while that of manufacturing either decreased in importance or stagnated, with the exceptions of Tanzania and Ethiopia where their relative share of

agriculture decreased while manufacturing, services, and mining increased (UNCTAD, 2011; UN, 2013).

Developed and developing countries are changing their industrial structure, from low technology to medium and high technology products (level of technology in production process), but LDCs remain highly concentrated in low technology products. The share of low technology products in the years 1995 and 2009 in LDCs MVA was 68 % and 71 %, while in developing countries it was 38 % and 30 % and in developed countries 33 % and 21 %, respectively (UNIDO, 2011).

Among other development strategies, two alternative possible scenarios could be envisaged for the industrial sector in LDCs: (1) continuing with the present situation of concentration in labour intensive and resource intensive industries or (2) moving towards an increase in the production share of higher technology products (following the trend in developing countries). The future evolution of the industrial sector will be successful only if the technologies adopted are consistent with the resource endowments of LDCs. However, the heterogeneity of LDCs circumstances needs to be taken into account when analyzing major trends in the evolution of the group. A report prepared by the United Nations Framework Convention on Climate Change (UNFCCC) Secretariat summarizes the findings of 70 Technology Needs Assessments (TNA) submitted, including 24 from LDCs. Regarding the relationship between low carbon and sustainable development, the relevant technologies for most of the LDCs are related to poverty and hunger eradication, avoiding the loss of resources, time and capital. Almost 80 % of LDCs considered the industrial structure in their TNA, evidencing that they consider this sector as a key element in their development strategies. The technologies identified in the industrial sector and the proportion of countries selecting them are: fuel switching (42 %), energy efficiency (35 %), mining (30 %), high efficiency motors (25 %), and cement production (25 %) (UNFCCC SBSTA, 2009).

A low carbon development strategy facilitated by access to financial resources, technology transfer, technologies, and capacity building would contribute to make the deployment of national mitigation efforts politically viable. As adaptation is the priority in almost all LDCs, industrial development strategies and mitigation actions look for synergies with national adaptation strategies.

create 'best available technologies' and implementing these technologies at scale to define a reference 'best practice technology', and investing in and controlling installed equipment to raise 'average performance' nearer to 'best practice' (Dasgupta et al., 2012).

Energy efficiency has been an important strategy for industry for various reasons for a long time. Over the last four decades there has been continued improvement in energy efficiency in energy-intensive industries and 'best available technologies' are increas-

ingly approaching technical limits. However, many options for energy efficiency improvement remain and there is still significant potential to reduce the gap between actual energy use and the best practice in many industries and in most countries. For all, but particularly for less energy intensive industries, there are still many energy efficiency options both for process and system-wide technologies and measures. Several detailed analyses related to particular sectors estimate the technical potential of energy efficiency measures in industry to be approximately up to 25 % (Schäfer, 2005; Allwood et al., 2010; UNIDO, 2011; Saygin et al., 2011b; Gutowski et al., 2013). Through innovation, additional reductions of approximately up to 20 % in energy intensity may potentially be realized before approaching technological limits in some energy-intensive industries (Allwood et al., 2010).

In industry, energy efficiency opportunities are found within sector-specific processes as well as in systems such as steam systems, process heating systems (furnaces and boilers), and electric motor systems (e.g., pumps, fans, air compressor, refrigerators, material handling). As a class of technology, electronic control systems help to optimize performance of motors, compressors, steam combustion, heating, etc. and improve plant efficiency cost-effectively with both energy savings and emissions benefits, especially for SMEs (Masanet, 2010).

Opportunities to improve heat management include better heat exchange between hot and cold gases and fluids, improved insulation, capture and use of heat in hot products, and use of exhaust heat for electricity generation or as an input to lower temperature processes (US DoE, 2004a, 2008). However, the value of these options is in many cases limited by the low temperature of 'waste heat'—industrial heat exchangers generally require a temperature difference of ~200 °C—and the difficulty of exchanging heat out of solid materials.

Recycling can also help to reduce energy demand, as it can be a strategy to create material with less energy. Recycling is already widely applied for bulk metals (steel, aluminium, and copper in particular), paper, and glass and leads to an energy saving when producing new material from old avoids the need for further energy intensive chemical reactions. Plastics recycling rates in Europe are currently around 25 % (Plastics Europe, 2012) due to the wide variety of compositions in common use in small products, and glass recycling saves little energy as the reaction energy is small compared to that needed for melting (Sardeshpande et al., 2007). Recycling is applied when it is cost effective, but in many cases leads to lower quality materials, is constrained by lack of supply because collection rates, while high for some materials (particularly steel), are not 100 %, and because with growing global demand for material, available supply of scrap lags total demand. Cement cannot be recycled, although concrete can be crushed and down-cycled into aggregates or engineering fill. However, although this saves on aggregate production, it may lead to

increased emissions, due to energy used in concrete crushing and refinement and because more cement is required to achieve target properties (Dosho, 2008).

- **Emissions efficiency (G/E)**: In 2008, 42 % of industrial energy supply was from coal and oil, 20 % from gas, and the remainder from electricity and direct use of renewable energy sources. These shares are forecast to change to 30 % and 24 % respectively by 2035 (IEA, 2011a) resulting in lower emissions per unit of energy, as discussed in Chapter 7. Switching to natural gas also favours more efficient use of energy in industrial combined heat and power (CHP) installations (IEA, 2008, 2009a). For several renewable sources of energy, CHP (IEA, 2011b) offers useful load balancing opportunities if coupled with low-grade heat storage; this issue is discussed further in Chapter 7. The use of wastes and biomass in the energy industry is currently limited, but forecast to grow (IEA, 2009b). The cement industry incinerates (with due care for e.g., dioxins/furans) municipal solid waste and sewage sludge in kilns, providing ~17 % of the thermal energy required by European Union (EU) cement production in 2004 (IEA ETSAP, 2010). The European paper industry reports that over 50 % of its energy supply is from biomass (CEPI, 2012). If electricity generation is decarbonized, greater electrification, for example appropriate use of heat pumps instead of boilers (IEA, 2009b; HPTCJ, 2010), could also reduce emissions. Solar thermal energy for drying, washing, and evaporation may also be developed further (IEA, 2009c) although to date this has not been implemented widely (Sims et al., 2011).

The International Energy Agency (IEA) forecasts that a large part of emission reduction in industry will occur by carbon dioxide capture and storage (CCS) (up to 30 % in 2050) (IEA, 2009c). Carbon dioxide capture and storage is largely discussed in Chapter 7. In gas processing (Kuramochi et al., 2012a) and parts of the chemical industry (ammonia production without downstream use of $CO_2$), there might be early opportunities for application of CCS as the $CO_2$ in vented gas is already highly concentrated (up to 85 %), compared to cement or steel (up to 30 %). Industrial utilization of $CO_2$ was assessed in the IPCC Special Report on Carbon Dioxide Capture and Storage (SRCCS) (Mazzotti et al., 2005) and it was found that potential industrial use of $CO_2$ was rather small and the storage time of $CO_2$ in industrial products often short. Therefore industrial uses of $CO_2$ are unlikely to contribute to a great extent to climate change mitigation. However, currently $CO_2$ use is subject of various industrial RD&DD projects (Research and Development, Demonstration and Diffusion).

- In terms of non-$CO_2$-emissions from industry, HFC-23 emissions, which arise in HCFC-22 production, can be reduced by process optimization and by thermal destruction. $N_2O$ emissions from adipic and nitric acid production have decreased almost by half between 1990 and 2010 (EPA, 2012a) due to the implementation of thermal destruction and secondary catalysts.

**10**

## Box 10.2 | Service demand reduction and mitigation opportunities in industry sector:

Besides technological mitigation measures, an additional mitigation option (see Figure 10.2.) for the industry sector involves the end uses of industrial products that provide services to consumers (e.g., diet, mobility, shelter, clothing, amenities, health care and services, hygiene). Assessment of the mitigation potential associated with this option is nascent, however, and important knowledge gaps exist (for a more general review of sustainable consumption and production (SCP) policies, see Section 10.11.3 and 4.4.3). The nature of the linkage between service demand and the demand for industrial products is different and shown here through two examples representing both a direct and an indirect link:

- clothing demand, which is linked directly to the textile industry products (strong link)

- tourism demand, which is linked directly to mobility and shelter demand but also indirectly to industrial materials demand (weak link)

**Clothing demand:** Even in developed economies, consumers appear to have no absolute limit to their demand for clothing, and if prices fall, will continue to purchase more garments: during the period 2000–2005, the advent of 'fast fashion' in the UK led to a drop in prices, but an increase in sales equivalent to one third more garments per year per person with consequent increases in material production and hence industrial emissions (Allwood et al., 2008). This growth in demand relates to 'fashion' and 'conspicuous consumption' (Roy and Pal, 2009) rather than 'need', and has triggered a wave of interest in concepts like 'sustainable lifestyle/fashion'. While much of this interest is related to marketing new fabrics linked to environmental claims, authors such as Fletcher (2008) have examined the possibility that 'commodity' clothing, which can be discarded easily, would be used for longer and valued more, if given personal meaning by some shared activity or association.

**Tourism demand:** GHG emissions triggered by tourism significantly contribute to global anthropogenic $CO_2$ emissions. Estimates show a range between 3.9 % to 6 % of global emissions, with a best estimate of 4.9 % (UNWTO et al., 2008). Worldwide, three quarters (75 %) of tourism-related emissions are generated by transport and just over 20 % by accommodation (UNWTO et al., 2008). A minority of travellers (frequent travellers using the plane over long distances) (Gössling et al., 2009) are responsible for the greater share of these emissions (Gössling et al., 2005; TEC and DEEE, 2008; de Bruijn et al., 2010) (see Sections 8.1.2 and 8.2.1).

Mitigation options for tourism (Gössling, 2010; Becken and Hay, 2012) include technical, behavioural, and organizational aspects. Many mitigation options and potentials are the same as those identified in the transport and buildings chapters (see Chapters 8 and 9). However, the demand reduction of direct tourism-related products delivered by the industry in addition to products for buildings and other infrastructure e.g., snow-lifts and associated accessories, artificial snow, etc. can also impact the industry sector as they determine product and material demand of the sector. Thus, the industry sector has only limited influence on emissions from tourism (via reduction of the embodied emissions), but is affected by decisions in mitigation measures in tourism. For example, a sustainable lifestyle resulting in a lower demand for transportation can reduce demand for steel to manufacture cars and contribute to reducing emissions in the industry sector.

A business-as-usual (BAU) scenario (UNWTO et al., 2008) projects emissions from tourism to grow by 130 % from 2005 to 2035 globally; notably the emissions of air transport and accommodation will triple. Two alternative scenarios show that the contribution of technology is limited in terms of achievable mitigation potentials and that even when combining technological and behavioural potentials, no significant reduction can be achieved in 2035 compared to 2005. Insufficient technological mitigation potential and the need for drastic changes in the forms of tourism (e.g., reduction in long haul travel; UNWTO et al., 2008), in the place of tourism (Gössling et al., 2010; Peeters and Landré, 2011) and in the uses of leisure time, implying changes in lifestyles (Ceron and Dubois, 2005; Dubois et al., 2011) are the limiting factors.

Several studies show that for some countries (e.g., the UK) an unrestricted growth of tourism would consume the whole carbon budget compatible with the +2 °C target by 2050 (Bows et al., 2009; Scott et al., 2010). However, some authors also point out that by reducing demand in some small subsectors of tourism (e.g., long haul, cruises) effective emission reductions may be reached with a minimum of damage to the sector (Peeters and Dubois, 2010).

Tourism is an example of human activity where the discussion of mitigation is not only technology-driven, but strongly correlated with lifestyles. For many other activities, the question is how certain mitigation goals would result in consequences for the activity level with indirect implications for industry sector emissions.

Hydrofluorocarbons used as refrigerants can be replaced by alternatives (e.g., ammonia, hydrofluoro-olefins, HC, $CO_2$). Replacement is also an appropriate measure to reduce HFC emissions from foams (use of alternative blowing agents) or solvent uses. Emission reduction (in the case of refrigerants) is possible by leak repair, refrigerant recovery and recycling, and proper disposal. Emissions of PFCs, $SF_6$ and nitrogen trifluoride ($NF_3$) are growing rapidly due to flat panel display manufacturing. Ninety-eight percent of these emissions are in China (EPA, 2012a) and can be countered by fuelled combustion, plasma, and catalytic technologies.

- **Material efficiency in production (M/P):** Material efficiency—delivering services with less new material—is a significant opportunity for industrial emissions abatement, that has had relatively little attention to date (Allwood et al., 2012). Two key strategies would significantly improve material efficiency in manufacturing existing products:

  - *Reducing yield losses in materials production, manufacturing, and construction.* Approximately one-tenth of all paper, a quarter of all steel, and a half of all aluminium produced each year is scrapped (mainly in downstream manufacturing) and internally recycled—see Figure 10.2. This could be reduced by process innovations and new approaches to design (Milford et al., 2011).

  - *Re-using old material.* A detailed study (Allwood et al., 2012) on re-use of structural steel in construction concluded that there are no insurmountable technical barriers to re-use, that there is a profit opportunity, and that the potential supply is growing.

- **Material efficiency in product design (M/P):** Although new steels and production techniques have allowed relative light-weighting of cars, in practice cars continue to become heavier as they are larger and have more features. However, many products could be one-third lighter without loss of performance in use (Carruth et al., 2011) if design and production were optimized. At present, the high costs of labour relative to materials and other barriers inhibit this opportunity, except in industries such as aerospace where the cost of design and manufacture for lightness is paid back through reduced fuel use. Substitution of one material by another is often technically possible (Ashby, 2009), but options for material substitution as an abatement strategy are limited: global steel and cement production exceeds 200 and 380 (kg/cap)/yr respectively, and no other materials capable of delivering the same functions are available in comparable quantities; epoxy based composite materials and magnesium alloys have significantly higher embodied energy than steel or aluminium (Ashby, 2009) (although for vehicles this may be worthwhile if it allows significant savings in energy during use); wood is kiln dried, so in effect is energy intensive (Puettmann and Wilson, 2005); and blast furnace slag and fly

ash from coal-fired power stations can substitute to some extent for cement clinker.

- **Using products more intensively (P/S):** Products, such as food, that are intended to be consumed in use are in many cases used inefficiently, and estimates show that up to one-third of all food in developed countries is wasted (Gustavsonn et al., 2011). This indicates the opportunity for behaviour change to reduce significantly the demand for industrial production of what currently becomes waste without any service provision. In contrast to these consumable products, most durable goods are owned in order to deliver a 'product service' rather than for their own sake, so potentially the same level of service could be delivered with fewer products. Using products for longer could reduce demand for replacement goods, and hence reduce industrial emissions (Allwood et al., 2012). New business models could foster dematerialization and more intense use of products. The ambition of the 'sustainable consumption' agenda and policies (see Sections 10.11 and 4.4.3) aims towards this goal, although evidence of its application in practice remains scarce.

- **Reducing overall demand for product services (S)** (see Box 10.2): Industrial emissions would be reduced if overall demand for product services were reduced (Kainuma et al., 2013)—if the population chose to travel less (e.g., through more domestic tourism or telecommuting), heat or cool buildings only to the degree required, or reduce unnecessary consumption or products. Clear evidence that, beyond some threshold of development, populations do not become 'happier' (as reflected in a wide range of socio-economic measures) with increasing wealth, suggests that reduced overall consumption might not be harmful in developed economies (Layard, 2011; Roy and Pal, 2009; GEA, 2012), and a literature questioning the ultimate policy target of GDP growth is growing, albeit without clear prescriptions about implementation (Jackson, 2011).

In the rest of this section, the application of these six strategies, where it exists, is reviewed for the major emitting industrial sectors.

## 10.4.1    Iron and steel

Steel continues to dominate global metal production, with total crude steel production of around 1,490 Mt in 2011. In 2011, China produced 46 % of the world's steel. Other significant producers include the EU-27 (12 %), the United States (8 %), Japan (7 %), India (5 %) and Russia (5 %) (WSA, 2012b). Seventy percent (70 %) of all steel is made from pig iron produced by reducing iron oxide in a blast furnace using coke or coal before reduction in an oxygen blown converter (WSA, 2011). Steel is also made from scrap (23 %) or from iron oxide reduced in solid state (direct reduced iron, 7 %) melted in electric-arc furnaces before refining. The specific energy intensity of steel production varies by technology and region. Global steel sector emissions were esti-

**10**

mated to be 2.6 $GtCO_2$ in 2006, including direct and indirect emissions (IEA, 2009c; Oda et al., 2012).

*Energy efficiency.* The steel industry is pursuing: improved heat and energy recovery from process gases, products and waste streams; improved fuel delivery through pulverized coal injection; improved furnace designs and process controls; and reduced number of temperature cycles through better process coupling such as in Endless Strip Production (ESP) (Arvedi et al., 2008) and use of various energy efficiency technologies (Worrell et al., 2010; Xu et al., 2011a) including coke dry quenching and top pressure recovery turbines (LBNL and AISI, 2010). Efforts to promote energy efficiency and to reduce the production of hazardous wastes are the subject of both international guidelines on environmental monitoring (International Finance Corporation, 2007) and regional benchmarks on best practice techniques (EC, 2012a).

*Emissions efficiency:* The coal and coke used in conventional iron-making is emissions intensive; switching to gas-based direct reduced iron (DRI) and oil and natural gas injection has been used, where economic and practicable. However, DRI production currently occurs at smaller scale than large blast furnaces (Cullen et al., 2012), and any emissions benefit depends on the emissions associated with increased electricity use for the required electric arc furnace (EAF) process. Charcoal, another coke substitute, is currently used for iron-making, notably in Brazil (Taibi et al.; Henriques Jr. et al., 2010), and processing to improve charcoal's mechanical properties is another substitute under development, although extensive land area is required to produce wood for charcoal. Other substitutions include use of ferro-coke as a reductant (Takeda et al., 2011) and the use of biomass and waste plastics to displace coal (IEA, 2009c). The Ultra-Low $CO_2$ Steelmaking (ULCOS) programme has identified four production routes for further development: top-gas recycling applied to blast furnaces, HIsarna (a smelt reduction technology), advanced direct reduction, and electrolysis. The first three of these routes would require CCS (discussion of the costs, risks, deployment barriers and policy aspects of CCS can be found in Sections 7.8.2, 7.9, 7.10, and 7.12), and the fourth would reduce emissions only if powered by low carbon electricity. Hydrogen fuel might reduce emissions if a cost effective emissions free source of hydrogen were available at scale, but at present this is not the case. Hydrogen reduction is being investigated in the United States (Pinegar et al., 2011) and in Japan as Course 50 (Matsumiya, 2011). Course 50 aims to reduce $CO_2$ emissions by approximately 30 % by 2050 through capture, separation and recovery. Molten oxide electrolysis (Wang et al., 2011) could reduce emissions if a low or $CO_2$-free electricity source was available. However this technology is only at the very early stages of development and identifying a suitable anode material has proved difficult.

*Material efficiency:* Material efficiency offers significant potential for emissions reductions (Allwood et al., 2010) and cost savings (Roy et al., 2013) in the iron and steel sector. Milford et al. (2011) examined the impact of yield losses along the steel supply chain and found that 26 % of global liquid steel is lost as process scrap, so its elimination could have reduced sectoral $CO_2$ emissions by 16 % in 2008. Cooper

et al. (2012) estimate that nearly 30 % of all steel produced in 2008 could be re-used in future. However, in many economies steel is relatively cheap in comparison to labour, and this difference is amplified by tax policy, so economic logic currently drives a preference for material inefficiency to reduce labour costs (Skelton and Allwood, 2013b).

*Reduced product and service demand*: Commercial buildings in developed economies are currently built with up to twice the steel required by safety codes, and are typically replaced after around 30–60 years (Michaelis and Jackson, 2000; Hatayama et al., 2010; Pauliuk et al., 2012). The same service (e.g., office space provision) could be achieved with one quarter of the steel, if safety codes were met accurately and buildings replaced not as frequently, but after 80 years. Similarly, there is a strong correlation between vehicle fuel consumption and vehicle mass. For example, in the UK, 4- or 5-seater cars are used for an average of around 4 hours per week by 1.6 people (DfT, 2011), so a move towards smaller, lighter fuel efficient vehicles (FEVs), used for more hours per week by more people could lead to a four-fold or more reduction in steel requirements, while providing a similar mobility service. There is a well-known tradeoff between the emissions embodied in producing goods and those generated during use, so product life extension strategies should account for different anticipated rates of improvement in embodied and use-phase emissions (Skelton and Allwood, 2013a).

## 10.4.2    Cement

Emissions in cement production arise from fuel combustion (to heat limestone, clay, and sand to 1450 °C) and from the calcination reaction. Fuel emissions (0.8 $GtCO_2$ (IEA, 2009d), around 40 % of the total) can be reduced through improvements in energy efficiency and fuel switching while process emissions (the calcination reaction, ~50 % of the total) are unavoidable, so can be reduced only through reduced demand, including through improved material efficiency. The remaining 10 % of $CO_2$ emissions arise from grinding and transport (Bosoaga et al., 2009).

*Energy efficiency:* Estimates of theoretical minimum primary energy consumption for thermal (fuel) energy use ranges between 1.6 and 1.85 GJ/t (Locher, 2006). For large new dry kilns, the 'best possible' energy efficiency is 2.7 GJ/t clinker with electricity consumption of 80 kWh/t clinker or lower (Muller and Harnish, 2008). 'International best practice' final energy ranges from 1.8 to 2.1 to 2.9 GJ/t cement and primary energy ranges from 2.15 to 2.5 to 3.4 GJ/t cement for production of blast furnace slag, fly ash, and Portland cement, respectively (Worrell et al., 2008b). Klee et al. (2011) shows that $CO_2$ emissions intensities have declined in most regions of the world, with a 2009 global average intensity (excluding emissions from the use of alternative fuels) of 633 kg $CO_2$ per tonne of cementitious product, a decline of 6 % since 2005 and 16 % since 1990. Many options still exist to improve the energy efficiency of cement manufacturing (Muller and Harnish, 2008; Worrell et al., 2008a; Worrell and Galitsky, 2008; APP, 2010).

*Emissions efficiency and fuel switching:* The majority of cement kilns burn coal (IEA/WBCSD, 2009), but fossil or biomass wastes can also be burned. While these alternatives have a lower $CO_2$ intensity depending on their exact composition (Sathaye et al., 2011) and can result in reduced overall $CO_2$ emissions from the cement industry (CEMBUREAU, 2009), their use can also increase overall energy use per tonne of clinker produced if the fuels require pre-treatment such as drying (Hand, 2007). Waste fuels have been used in cement production for the past 20 years in Europe, Japan, the United States, and Canada (GTZ/Holcim, 2006; Genon and Brizio, 2008); the Netherlands and Switzerland use 83 % and 48 % waste, respectively, as a cement fuel (WBCSD, 2005). It is important that wastes are burned in accordance with strict environmental guidelines as emissions resulting from such wastes can cause adverse environmental impacts such as extremely high concentrations of particulates in ambient air, ground-level ozone, acid rain, and water quality deterioration (Karstensen, 2007)[8].

Cement kilns can be fitted to harvest $CO_2$, which could then be stored, but this has yet to be piloted and "commercial-scale CCS in the cement industry is still far from deployment" (Naranjo et al., 2011). CCS potential in the cement sector has been investigated in several recent studies: IEAGHG, 2008; Barker et al., 2009; Croezen and Korteland, 2010; Bosoaga et al., 2009. A number of emerging technologies aim to reduce emissions and energy use in cement production (Hasanbeigi et al., 2012b), but there are regulatory, supply chain, product confidence and technical barriers to be overcome before such technologies (such as geopolymer cement) could be widely adopted (Van Deventer et al., 2012).

*Material efficiency:* Almost all cement is used in concrete to construct buildings and infrastructure (van Oss and Padovani, 2002). For concrete, which is formed by mixing cement, water, sand, and aggregates, two applicable material efficiency strategies are: using less cement initially and reusing concrete components at end of first product life (distinct from down-cycling of concrete into aggregate which is widely applied). Less cement can be used by placing concrete only where necessary, for example Orr et al. (2010) use curved fabric moulds to reduce concrete mass by 40 % compared with a standard, prismatic shape. By using higher-strength concrete, less material is needed; $CO_2$ savings of 40 % have been reported on specific projects using 'ultra-high-strength' concretes (Muller and Harnish, 2008). Portland cement comprises 95 % clinker and 5 % gypsum, but cement can be produced with lower ratios of clinker through use of additives such as blast furnace slag, fly ash from power plants, limestone, and natural or artificial pozzolans. The weighted average clinker-to-cement ratio for the companies participating in the WBCSD GNR project was 76 % in 2009 (WBCSD, 2011). In China, this ratio was 63 % in 2010 (NDRC, 2011a). In India the ratio is 80 % but computer optimization is improving this (India Planning Commission, 2007). Reusing continuous concrete elements is difficult because it requires elements to be broken up but

remain undamaged. Concrete blocks can be reused, as masonry blocks and bricks are reused already, but to date there is little published literature in this area.

*Reduced product and service demand:* Cement, in concrete, is used in the construction of buildings and infrastructure. Reducing demand for these products can be achieved by extending their lifespans or using them more intensely. Buildings and infrastructure have lifetimes less than 80 years—less than 40 years in East Asia—(Hatayama et al., 2010), however their core structural elements (those that drive demand for concrete) could last over 200 years if well maintained. Reduced demand for building and infrastructure services could be achieved by human settlement design, increasing the number of people living and working in each building, or decreasing per-capita demand for utilities (water, electricity, waste), but has as yet had little attention.

### 10.4.3    Chemicals (plastics/fertilizers/others)

The chemicals industry produces a wide range of different products on scales ranging over several orders of magnitude. This results in methodological and data collection challenges, in contrast to other sectors such as iron and steel or cement (Saygin et al., 2011a). However, emissions in this sector are dominated by a relatively small number of key outputs: ethylene, ammonia, nitric acid, adipic acid and caprolactam used in producing plastics, fertilizer, and synthetic fibres. Emissions arise both from the use of energy in production and from the venting of by-products from the chemical processes. The synthesis of chlorine in chlor-alkali electrolysis is responsible for about 40 % of the electricity demand of the chemical industry.

*Energy efficiency:* Steam cracking for the production of light olefins, such as ethylene and propylene, is the most energy consuming process in the chemical industry, and the pyrolysis section of steam cracking consumes about 65 % of the total process energy (Ren et al., 2006). Upgrading all steam cracking plants to best practice technology could reduce energy intensity by 23 % (Saygin et al., 2011a; b) with a further 12 % saving possible with best available technology. Switching to a biomass-based route to avoid steam cracking could reduce $CO_2$ intensity (Ren and Patel, 2009) but at the cost of higher energy use, and with high land-use requirements. Fertilizer production accounts for around 1.2 % of world energy consumption (IFA, 2009), mostly to produce ammonia ($NH_3$). 22 % energy savings are possible (Saygin et al., 2011b) by upgrading all plants to best practice technology. Nitrous oxide ($N_2O$) is emitted during production of adipic and nitric acids. By 2020 annual emissions from these industries are estimated to be 125 $MtCO_2eq$ (EPA, 2012a). Many options exist to reduce emissions, depending on plant operating conditions (Reimer et al., 2000). A broad survey of options in the petrochemicals industry is given by Neelis et al. (2008). Plastics recycling saves energy, but to produce a high value recycled material, a relatively pure waste stream is required: impurities greatly degrade the properties of the recycled material. Some plastics can be produced from mixed waste streams, but gen-

---

[8]   See also: http://www2.epa.gov/enforcement/cement-manufacturing-enforce
ment-initiative

erally have a lower value than virgin material. A theoretical estimate suggest that increasing use of combined heat and power plants in the chemical and petrochemical sector from current levels of 10 to 25 % up to 100 % would result in energy savings up to 2 EJ for the activity level in 2006 (IEA, 2009e).

*Emissions efficiency:* There are limited opportunities for innovation in the current process of ammonia production via the Haber-Bosch process (Erisman et al., 2008). Possible improvements relate to the introduction of new $N_2O$ emission reduction technologies in nitric acid production such as high-temperature catalytic $N_2O$ decomposition (Meliän-Cabrera et al., 2004) which has been shown to reduce $N_2O$ emissions by up to 70–90 % (BIS Production Partner, 2012; Yara, 2012). While implementation of this technology has been largely completed in regions pursuing carbon emission reduction (e.g., the EU through the Emissions Trading Scheme (ETS) or China and other developing countries through Clean Development Mechanism (CDM), the implementation of this technology still offers large mitigation potential in other regions like the former Soviet Union and the United States (Kollmus and Lazarus, 2010). Fuel switching can also lead to significant emission reductions and energy savings. For example, natural gas based ammonia production results in 36 % emission reductions compared to naphtha, 47 % compared to fuel oil and 58 % compared to coal. The total potential mitigation arising from this fuel switching would amount to 27 MtCO$_2$eq/year GHG emissions savings (IFA, 2009).

*Material efficiency*: Many of the material efficiency measures identified above can be applied to the use of plastics, but this has had little attention to date, although Hekkert et al. (2000) anticipate a potential 51 % saving in emissions associated with the use of plastic packaging in the Netherlands from application of a number of material efficiency strategies. More efficient use of fertilizer gives benefits both in reduced direct emissions of $N_2O$ from the fertilizer itself and from reduced fertilizer production (Smith et al., 2008).

### 10.4.4    Pulp and paper

Global paper production has increased steadily during the last three decades (except for a minor production decline associated with the 2008 financial crisis) (FAO, 2013), with global demand expansion currently driven by developing nations. Fuel and energy use are the main sources of GHG emissions during the forestry, pulping, and manufacturing stages of paper production.

*Energy efficiency*: A broad range of energy efficiency technologies are available for this sector, reviewed by Kramer et al. (2009), and Laurijssen et al. (2012). Over half the energy used in paper making is to create heat for drying paper after it has been laid and Laurijssen et al. (2010) estimate that this could be reduced by ~32 % by the use of additives, an increased dew point, and improved heat recovery. Energy savings may also be obtained from emerging technologies (Jacobs and IPST,

2006; Worrell et al., 2008b; Kong et al., 2012) such as black liquor gasification, which uses the by-product of the chemical pulping process to increase the energy efficiency of pulp and paper mills (Naqvi et al., 2010). With commercial maturity expected within the next decade (Eriksson and Harvey, 2004), black liquor gasification can be used as a waste-to-energy method with the potential to achieve higher overall energy efficiency (38 % for electricity generation) than the conventional recovery boiler (9–14 % efficiency) while generating an energy-rich syngas from the liquor (Naqvi et al., 2010). The syngas can also be utilized as a feedstock for production of renewable motor fuels such as bio-methanol, dimethyl ether, and FT-diesel or hydrogen (Pettersson and Harvey, 2012). Gasification combined cycle systems have potential disadvantages (Kramer et al., 2009), including high energy investments to concentrate sufficient black liquor solids and higher lime kiln and causticizer loads compared to Tomlinson systems. Paper recycling generally saves energy and may reduce emissions (although electricity in some primary paper making is derived from biomass-powered CHP plants) and rates can be increased (Laurijssen et al., 2010b). Paper recycling is also important as competition for biomass will increase with population growth and increased use of biomass for fuel.

*Emissions efficiency:* Direct $CO_2$ emissions from European pulp and paper production reduced from 0.57 to 0.34 ktCO$_2$ per kt of paper between 1990 and 2011, while indirect emissions reduced from 0.21 to 0.09 ktCO$_2$ per kt of paper (CEPI, 2012). Combined heat and power (CHP) accounted for 95 % of total on-site electricity produced by EU paper makers in 2011, compared to 88 % in 1990 (CEPI, 2012), so has little further potential in Europe, but may offer opportunities globally. The global pulp and paper industry usually has ready access to biomass resources and it generates approximately a third of its own energy needs from biomass (IEA, 2009c), 53 % in the EU (CEPI, 2012). Paper recycling can have a positive impact on energy intensity and $CO_2$ emissions over the total lifecycle of paper production (Miner, 2010; Laurijssen et al., 2010). Recycling rates in Europe and North America reached 70 % and 67 % in 2011, respectively[9] (CEPI, 2012), leaving a small range for improvement when considering the limit of 81 % estimated by CEPI (2006). In Europe, the share of recovered paper used in paper manufacturing has increased from roughly 33 % in 1991 to around 44 % in 2009 (CEPI, 2012). GHG fluxes from forestry are discussed in Section 11.2.3.

*Material efficiency*: Higher material efficiency could be achieved through increased use of duplex printing, print on demand, improved recycling yields and the manufacturing of lighter paper. Recycling yields could be improved by the design of easy to remove inks and adhesives and less harmful de-inking chemicals; paper weights for newspapers and office paper could be reduced from 45 and 80 g/m$^2$ to 42 and 70 g/m$^2$ respectively and might lead to a 37 % saving in paper used for current service levels (Van den Reek, 1999; Hekkert et al., 2002).

---

9    American Forest and Paper Association, Paper Recycles—Statistics—Paper & Paperboard Recovery http://www.paperrecycles.org/statistics/paper-paperboard-recovery.

*Reduced demand:* Opportunities to reduce demand for paper products in the future include printing on demand, removing print to allow paper re-use (Leal-Ayala et al., 2012), and substituting e-readers for paper. The latter has been the subject of substantial academic research (e.g., Gard and Keoleian, 2002; Reichart and Hischier, 2003) although the substitution of electronic media for paper has mixed environmental outcomes, with no clear statistics yet on whether such media reduces paper demand, or whether it leads to a net reduction in emissions.

### 10.4.5    Non-ferrous (aluminium/others)

Annual production of non-ferrous metals is small compared to steel, and is dominated by aluminium, with 56 Mt made globally in 2009, of which 18 Mt was through secondary (recycled) production. Production is expected to rise to 97 Mt by 2020 (IAI, 2009). Magnesium is also significant, but with global primary production of only 653 Kt in 2009 (IMA, 2009), is dwarfed by aluminium.

*Energy efficiency:* Aluminium production is particularly associated with high electricity demand. Indirect (electricity-related) emissions account for over 80 % of total GHG emissions in aluminium production. The sector accounts for 3.5 % of global electricity consumption (IEA 2008) and energy accounts for nearly 40 % of aluminium production costs.

Aluminium can be made from raw materials (bauxite) or through recycling. Best practice primary aluminium production—from alumina production through ingot casting—consumes 174 GJ/t primary energy (accounting for electricity production, transmission, distribution losses) and 70.6 GJ/t final energy (Worrell et al., 2008b). Best practice for electrolysis—which consumes roughly 85 % of the energy used for production of primary aluminium—is about 47 GJ/t final energy while the theoretical energy requirement is 22 GJ/t final energy (BCS Inc., 2007). Best practice for recycled aluminium production is 7.6 GJ/t primary energy and 2.5 GJ/t final energy (Worrell et al., 2008b), although in reality, recycling uses much more energy due to pre-processing of scrap, 'sweetening' with virgin aluminium and downstream processing after casting. The U.S. aluminium industry consumes almost three times the theoretical minimum energy level (BCS Inc., 2007). The options for new process development in aluminium production—multipolar electrolysis cells, inert anodes and carbothermic reactions—have not yet reached commercial scale (IEA, 2012d). The IEA estimates that application of best available technology can reduce energy use for aluminium production by about 10 % compared with current levels (IEA, 2012d).

At present, post-consumer scrap makes up only 20 % of total aluminium recycling (Cullen and Allwood, 2013), which is dominated by internal 'home' or 'new' scrap (see Figure 10.2). As per capita stock levels saturate in the 21st century, there could be a shift from primary to secondary aluminium production (Liu et al., 2012a) if recycling rates can be increased, and the accumulation of different alloying elements in the scrap stream can be controlled. These challenges will require

improved end of life management and even new technologies for separating the different alloys (Liu et al., 2012a).

*Emissions efficiency:* Data on emissions intensities for a range of non-ferrous metals are given by (Sjardin, 2003). The aluminium industry alone contributed 3 % of $CO_2$ emissions from industry in 2006 (Allwood et al., 2010). In addition to $CO_2$ emissions resulting from electrode and reductant use, the production of non-ferrous metals can result in the emission of high-global warming potential (GWP) GHGs, for example PFCs (such as $CF_4$) in aluminium or $SF_6$ in magnesium. PFCs result from carbon in the anode and fluorine in the cryolite. The reaction can be minimized by controlling the process to prevent a drop in alumina concentrations, which triggers the process[10].

*Material efficiency:* For aluminium, there are significant carbon abatement opportunities in the area of material efficiency and demand reduction. From liquid aluminium to final product, the yield in forming and fabrication is only 59 %, which could be improved by near-net shape casting and blanking and stamping process innovation (Milford et al., 2011). For chip scrap produced from machining operations (in aluminium, for example (Tekkaya et al., 2009), or magnesium (Wu et al., 2010)) extrusion, processes are being developed to bond scrap in the solid state to form a relatively high quality product potentially offering energy savings of up to 95 % compared to re-melting. Aluminium building components (window frames, curtain walls, and cladding) could be reused when a building is demolished (Cooper and Allwood, 2012) and more modular product designs would allow longer product lives and an overall reduction in demand for new materials (Cooper et al., 2012).

### 10.4.6    Food processing

The food industry as discussed in this chapter includes all processing beyond the farm gate, while everything before is in the agriculture industry and discussed in Chapter 11. In the developed world, the emissions released beyond the farm gate are approximately equal to those released before. Garnett (2011) suggests that provision of human food drives around 17.7 GtCO2eq in total.

*Energy efficiency:* The three largest uses of energy in the food industry in the United States are animal slaughtering and processing, wet corn milling, and fruit and vegetable preservation, accounting for 19 %, 15 %, and 14 % of total use, respectively (US EIA, 2009). Increased use of heat exchanger networks or heat pumps (Fritzson and Berntsson, 2006; Sakamoto et al., 2011), combined heat and power, mechanical dewatering compared to rotary drying (Masanet et al., 2008), and thermal and mechanical vapour recompression in evaporation further enhanced by use of reverse osmosis can deliver energy use efficiency. Many of these technologies could also be used in cooking and drying in other parts of the food industry. Savings in energy for refrigeration

---

[10]   http://www.aluminum.org/Content/NavigationMenu/TheIndustry/Environment/ReducingPFCemissionsintheAluminumIndustry/default.html.

**10**

could be made with better insulation and reduced ventilation in fridges and freezers. Dairy processing is also among the most energy- and carbon-intensive activities within the global food production industry, with estimated annual emissions of over 128 $MtCO_2$ (Xu and Flapper, 2009, 2011). Within dairy processing, cheese production is the most energy intensive sector (Xu et al., 2009). Ramirez and Block (2006) report that EU dairy operations, having improved in the 1980s and 1990s, are now reaching a plateau of energy intensity, but Brush et al. (2011) provide a survey of best practice opportunities for energy efficiency in dairy operations.

*Emissions efficiency:* The most cost effective reduction in $CO_2$ emissions from food production is by switching from heavy fuel oil to natural gas. Other ways of improving emissions efficiency involve using lower-emission modes of transport (Garnett, 2011). In transporting food, there is a tradeoff between local sourcing and producing the food in areas where there are other environmental benefits (Sim et al., 2007; Edwards-Jones et al., 2008). Landfill emissions associated with food waste could be reduced by use of anaerobic digestion processes (Woods et al., 2010).

*Demand reduction:* Overall demand for food could be reduced without sacrificing well-being (GEA, 2012). Up to one-third of food produced for human consumption is wasted in either in the production/retailing stage, or by consumers (Gunders (2012) estimates 40 % waste in the United States). Gustavsonn et al. (2011) suggest that, in developed countries, consumer behaviour could be changed, and 'best-before-dates' reviewed. Increasing cooling demand, the globalization of the food system with corresponding transport distances, and the growing importance of processed convenience food are also important drivers (GEA, 2012). Globally, approximately 1.5 billion out of 5 billion people over the age of 20 are overweight and 500 million are obese (Beddington et al., 2011). Demand for high-emission food such as meat and dairy products could be replaced by demand for other, lower-emission foods. Meat and dairy products contribute to half of the emissions from food (when the emissions from the up-stream processes are included) according to Garnett (2009), while Stehfest et al. (2009) puts the figure at 18 % of global GHG emissions, and Wirsenius (2003) estimates that two-thirds of food-related phytomass is consumed by animals, which provide just 13 % of the gross energy of human diets. Furthermore, demand is set to double by 2050, as developing nations grow wealthier and eat more meat and dairy foods (Stehfest et al., 2009; Garnett, 2009). In order to maintain a constant total demand for meat and dairy, Garnett (2009) suggests that by 2050 average per capita consumption should be around 0.5 kg meat and 1 litre of milk per week, which is around the current averages in the developing world today.

### 10.4.7    Textiles and leather

In 2009, textiles and leather manufacturing consumed 2.15 EJ final energy globally. Global consumption is dominated by Asia, which was responsible for 65 % of total world energy use for textiles and

leather manufacturing in 2009. In the United States, about 45 % of the final energy used for textile mills is natural gas, about 35 % is net electricity (site), and 14 % coal (US EIA, 2009). In China, final energy consumption for textiles production is dominated by coal (39 %) and site electricity (38 %) (NBS, 2012). In the US textile industry, motor driven systems and steam systems dominate energy end uses. Around 36 % of the energy input to the US textile industry is lost onsite, with motor driven systems responsible for 13 %, followed by energy distribution and boiler losses of 8 % and 7 %, respectively (US DoE, 2004b).

*Energy and emissions efficiency:* Numerous energy efficiency technologies and measures exist that are applicable to the textile industry (CIPEC, 2007; Hasanbeigi and Price, 2012). For Taiwan, Province of China, Hong et al. (2010) report energy savings of about 1 % in textile industry following the adoption of energy-saving measures in 303 firms (less than 10 % of the total number of local textile firms in 2005) (Chen Chiu, 2009). In India, $CO_2$ emissions reductions of at least 13 % were calculated based on implementation of operations and maintenance improvements, fuel switching, and adoption of five energy-efficient technologies (Velavan et al., 2009).

*Demand reduction:* see Box 10.2.

### 10.4.8    Mining

*Energy efficiency:* The energy requirements of mining are dominated by grinding (comminution) and the use of diesel-powered material handling equipment (US DoE, 2007; Haque and Norgate, 2013). The major area of energy usage—up to 40 % of the total—is in electricity for comminution (Smith, 2012). Underground mining requires more energy than surface mining due to greater requirements for hauling, ventilation, water pumping, and other operations (US DoE, 2007). Strategies for GHG mitigation are diverse. An overall scheme to reduce energy consumption is the implementation of strategies that upgrade the ore body concentration before crushing and grinding, through resource characterization by geo-metallurgical data and methods (Bye, 2005, 2007, 2011; CRC ORE, 2011; Smith, 2012). Selective blast design, combined with ore sorting and gangue rejection, significantly improve the grade of ore being fed to the crusher and grinding mill, by as much as 2.5 fold. This leads to large reductions of energy usage compared to business-as-usual (CRC ORE, 2011; Smith, 2012).

There is also a significant potential to save energy in comminution through the following options: more crushing, less grinding, using more energy-efficient crushing technologies, removing minerals and gangue from the crushing stage, optimizing the particle size feed for grinding mills from crushing mills, selecting target product size(s) at each stage of the circuit, using advanced flexible comminution circuits, using more efficient grinding equipment, and by improving the design of new comminution equipment (Smith, 2012).

Other important energy savings opportunities are in the following areas: a) separation processes—mixers, agitators and froth flotation cells, b) drying and dewatering in mineral processing, c) materials movement, d) air ventilation and conditioning opportunities, e) processing site energy demand management and waste heat recovery options, f) technology specific for lighting, motors, pumps and fans and air compressor systems, and g) improvement in energy efficiency of product transport from mine site to port (Rathmann, 2007; Raaz and Mentges, 2009; Daniel et al., 2010; Norgate and Haque, 2010; DRET, 2011; Smith, 2012).

Recycling represents an important source of world's metal supply and it can be increased as a means of waste reduction (see Section 10.14) and thus energy saving in metals production. In recent years, around 36 % of world's gold supply was from recycled scrap (WGC, 2011), 25 % of silver (SI and GFMS, 2013), and 35 % of copper (ICSG, 2012).

*Emissions efficiency:* Substitution of onsite fossil fuel electricity generators with renewable energy is an important mitigation strategy. Cost effectiveness depends on the characteristics of each site (Evans & Peck, 2011; Smith, 2012).

*Material efficiency:* In the extraction of metal ores, one of the greatest challenges for energy efficiency enhancement is that of the recovery ratio, which refers to the percentage of valuable ore within the total mine material. Lower grades inevitably require greater amounts of material to be moved per unit of product. The recovery ratio for metals averages about 4.5 % (US DoE, 2007). The 'grade' of recyclable materials is often greater than the one of ores being currently mined; for this reason, advancing recycling for mineral commodities would bring improvements in the overall energy efficiency (IIED, 2002).

# 10.5    Infrastructure and systemic perspectives

Improved understanding of interactions among different industries, and between industry and other economic sectors, is becoming more important in a mitigation and sustainable development context. Strategies adopted in other sectors may lead to increased (or decreased) emissions from the industry sector. Collaborative activities within and across the sector may enhance the outcome of climate change mitigation. Initiatives to adopt a system-wide view face a barrier as currently practiced system boundaries often pose a challenge. A systemic approach can be at different levels, namely, at the micro-level (within a single company, such as process integration and cleaner production), the meso-level (between three or more companies, such as eco-industrial parks) and the macro-level (cross-sectoral cooperation, such as urban symbiosis or regional eco-industrial network). Systemic collaborative activities can reduce the total consumption of materials and energy and can contribute to the reduction of GHG emissions. The rest of this section focuses mainly on the meso- and macro-levels as micro-level options have already been covered in Section 10.4.

## 10.5.1    Industrial clusters and parks (meso-level)

Small and medium enterprises (SMEs) often suffer not only from difficulties arising due to their size and lack of access to information, but also from being isolated while in operation (Sengenberger and Pyke, 1992). Clustering of SMEs usually in the form of industrial parks can facilitate growth and competitiveness (Schmitz, 1995). In terms of implementation of mitigation options, SMEs in clusters/parks can benefit from by-products exchange (including waste heat) and infrastructure sharing, as well as joint purchase (e.g., of energy efficient technologies). Cooperation in eco-industrial parks (EIPs) reduces the cumulative environmental impact of the whole industrial park (Geng and Doberstein, 2008). Such an initiative reduces the total consumption of virgin materials and final waste and improves the efficiency of companies and their competitiveness. Since the extraction and transformation of virgin materials is usually energy intensive, EIP efforts can abate industrial GHG emissions. For example, in order to encourage target-oriented cooperation, Chinese 'eco-industrial park standards' contain quantitative indicators for material reduction and recycling, as well as pollution control (Geng et al., 2009). Two pioneering eco-industrial parks in China achieved over 80 % solid waste reuse ratio and over 82 % industrial water reuse ratio during 2002–2005 (Geng et al., 2008). The Japanese eco-town project in Kawasaki achieved substitution of 513,000 tonnes of raw material, resulting in the avoidance of 1 % of the current total landfill in Japan during 1997–2006 (van Berkel et al., 2009).

In order to encourage industrial symbiosis[11] at the industrial cluster level, different kinds of technical infrastructure (e.g., pipelines) as well as non-technical infrastructure (e.g., information exchange platforms) are necessary so that both material and energy use can be optimized (Côté and Hall, 1995). Although additional investment for infrastructure building is unavoidable, such an investment can bring both economic and environmental benefits. In India there have been several instances where the government has taken proactive approaches to provide land and infrastructure, access to water, non-conventional (MSW-based) power to private sector industries (such as chemicals, textile, paper, pharmaceutical companies, etc) operating in clusters (IBEF, 2013). A case study in the Tianjin Economic Development Area in northern China indicates that the application of an integrated water optimization model (e.g., reuse of treated wastewater by other firms) can reduce the total water related costs by 10.4 %, fresh water consumption by 16.9 % and wastewater discharge by 45.6 % (Geng et al., 2007). As an additional consequence, due to the strong energy-water nexus, energy use and release of GHG emissions related to fresh water provision or wastewater treatment can be reduced.

---

[11]    Note that industrial symbiosis is further covered in Chapter 4 (Sustainable Development and Equity), Section 4.4.3.3

**10**

## 10.5.2    Cross-sectoral cooperation (macro-level)

Besides inter-industry cooperation, opportunities arise from the geographic proximity of urban and industrial areas, leading to transfer of urban refuse as a resource to industrial applications, and vice versa (Geng et al., 2010a). For instance, the cement industry can accept as their inputs not only virgin materials such as limestone and coal, but also various wastes/industrial by-products (see Section 10.4), thus contributing up to $15-20\%$ $CO_2$ emission reduction (Morimoto et al., 2006; Hashimoto et al., 2010). In Northern Europe (e.g., Sweden, Finland, and Denmark), for example, both exhaust heat from industries and heat generated from burning municipal wastes are supplied to local municipal users through district heating (Holmgren and Gebremedhin, 2004). Industrial waste can also be used to reduce conventional fuel demand in other sectors. For example, the European bio-DME project[12] aims to supply heavy-duty trucks and industry with dimethyl-ether fuel made from black liquor produced by the pulp industry. However, careful design of regional recycling networks has to be undertaken because different types of waste have different characteristics and optimal collection and recycling boundaries and therefore need different infrastructure support (Chen et al., 2012).

The reuse of materials recovered from urban infrastructures can reduce the demand for primary products (e.g., ore) and thus contribute to climate change mitigation in extractive industries (Klinglmair and Fellner, 2010). So far, reuse of specific materials is only partly established and the potential for future urban mining is growing as the urban stock of materials still increases. While in the 2011 fiscal year in Japan only 5.79 Mt of steel scrap came from the building sector, 13.6 Mt were consumed by the building sector. In total, urban stock of steel is estimated to be 1.33 Gt in Japan where the total annual crude steel production was 0.106 Gt (NSSMC, 2013).

## 10.5.3    Cross-sectoral implications of mitigation efforts

Currently much attention is focused on improving energy efficiency within the industry sector (Yeo and Gabbai, 2011). However, many mitigation strategies adopted in other sectors significantly affect activities of the industrial sector and industry-related GHG emissions. For example, consumer preference for lightweight cars can incentivize material substitution for car manufacturing (e.g., potential lightweight materials: see Chapter 8), growing demand for rechargeable vehicle batteries (see Chapter 8) and the demand for new materials (e.g., innovative building structures or thermal insulation for buildings: see Chapter 9; high-temperature steel demand by power plants: see Chapter 7). These materials or products consume energy at the time of manufacturing, so changes outside the industry sector that lead to changes in

demand for energy-saving products within the industry sector can be observed over a long period of time (ICCA, 2009). Thus, for a careful assessment of mitigation options, a lifecycle perspective is needed so that a holistic emission picture (including embodied emissions) can be presented. For instance, the increase in GHG emissions from increased aluminium production could under specific circumstances be larger than the GHG savings from vehicle weight reduction (Geyer, 2008). Kim et al. (2010) have, however, indicated that in about two decades, closed-loop recycling can significantly reduce the impacts of aluminium-intensive vehicles.

Increasing demand on end-use related mitigation technologies could contribute to potential material shortages. Moss et al. (2011) examined market and political risks for 14 metals that are used in significant quantities in the technologies of the EU's Strategic Energy Technology Plan (SET Plan) so that metal requirements and associated bottlenecks in green technologies, such as electric vehicles, low-carbon lighting, electricity storage and fuel cells and hydrogen, can be recognized.

Following a systemic perspective enables the identification of unexpected outcomes and even potential conflicts between different targets when implementing mitigation options. For example, the quality of many recycled metals is maintained solely through the addition of pure primary materials (Verhoef et al., 2004), thus perpetuating the use of these materials and creating a challenge for the set up of closed loop recycling (e.g., automotive aluminium; Kim et al., 2011). Additionally, due to product retention (the period of use) and growing demand, secondary materials needed for recycling are limited.

## 10.6    Climate change feedback and interaction with adaptation

There is currently a distinct lack of knowledge on how climate change feedbacks may impact mitigation options and potentials as well as costs in industry[13].

Insights into potential synergy effects (how adaptation options could reduce emissions in industry) or tradeoffs (how adaptation options could lead to additional emissions in industry) are also lacking. However, it can be expected that many adaptation options will generate additional industrial product demand and will lead to additional emissions in the sector. Improving flood defence, for example, in response to sea level rise may lead to a growing demand

---

[12]    Production of DME from biomass and utilization of fuel for transport and industrial use. Project website at: http://www.biodme.eu.

[13]    There is limited literature on the impacts of climate change on industry (e.g., availability of water for the food industry and in general for cooling and processing in many different industries), and these are dealt within WG 2 of AR 5, Chapter 10.

for materials for embankment and similar infrastructure. Manufacturers of textile products, machinery for agriculture or construction, and heating/cooling equipment may be affected by changing product requirements in both number and quality due to climate change. There is as yet no comprehensive assessment of these effects, nor any estimate on market effects resulting from changes in demand for products.

# 10.7    Costs and potentials

The six main categories of mitigation options discussed in Section 10.4 for manufacturing industries can deliver GHG emission reduction benefits at varying levels and at varying costs over varying time periods across subsectors and countries. There is not much comparable, comprehensive, detailed quantitative information and literature on costs and potentials associated with each of the mitigation options. Available mitigation potential assessments (e.g., UNIDO, 2011; IEA, 2012d) are not always supplemented by cost estimates. Also, available cost estimates (e.g., McKinsey&Company, 2009; Akashi et al., 2011) are not always comparable across studies due to differences in the treatment of costs and energy price estimates across regions. There are many mitigation potential assessments for individual industries (examples are included in Section 10.4) with varying time horizons; some studies report the mitigation potential of energy efficiency measures with associated initial investment costs which do not account for the full life time energy cost savings benefits of investments, while other studies report marginal abatement costs (MACs) based on selected technological options. Many sector- or system-specific mitigation potential studies use the concept of cost of conserved energy (CCE) that accounts for annualized initial investment costs, operation and maintenance (O&M) costs, and energy savings using either social or private discount rates (Hasanbeigi et al., 2010b). Those mitigation options with a CCE below the unit cost of energy are referred to as 'cost-effective'. Some studies (e.g., McKinsey&Company, 2009) identify 'negative abatement costs' by including the energy cost savings in the abatement cost calculation.

The sections below provide an assessment of option-specific potential and associated cost estimates using information available in the literature (including underlying databases used by some of such studies) and expert judgement (see Annex III, Technology-specific cost and performance parameters) and distinguish mitigation of $CO_2$ and non-$CO_2$ emissions. Generally, the assessment of costs is relatively more uncertain but some indicative results convey information about the wide cost range (costs per tonne of $CO_2$ reduction) within which various options can deliver GHG reduction benefit. The inclusion of additional multiple benefits of mitigation measures might change the cost-effectiveness of a technology completely, but are not included in this section. Co-benefits are discussed in Section 10.8.

## 10.7.1    $CO_2$ emissions

Quantitative assessments of $CO_2$ emission reduction potential for the industrial sector explored in this section are mainly based on: (1) studies with a global scope (e.g., IEA, UNIDO), (2) MAC studies and (3) various information sources on available technology at industrial units along with plant level and country specific data. IEA estimates a global mitigation potential for the overall industry sector of 5.5 to 7.5 $GtCO_2$ for the year 2050 (IEA, 2012d)[14]. The IEA report (2012d) shows a range of 50 % reduction in four key sectors (iron and steel, cement, chemicals, and paper) and in the range of 20 % for the aluminium sector. From a regional perspective, China and India comprise 44 % of this potential. In terms of how different options contribute to industry mitigation potential, with regard to $CO_2$ emissions reduction compared with 2007 values, the IEA (2009c) shows implementation of end use fuel efficiency can achieve 40 %, fuel and feedstock switching can achieve 21 %, recycling and energy recovery can achieve 9 %, and CCS can achieve 30 %. McKinsey (2009) provides a global mitigation potential estimate for the overall industry sector of 6.9 $GtCO_2$ for 2030. The potential is found to be the largest for iron and steel, followed by chemicals and cement at 2.4, 1.9 and 1.0 $GtCO_2$ for the year 2030, respectively (McKinsey&Company, 2010). The United Nations Industrial Development Organization (UNIDO) analyzed the potential of energy savings based on universal application of best available technologies. All the potential mitigation values are higher in developing countries (30 to 35 %) compared with developed countries (15 %) (UNIDO, 2011).

Other studies addressing the industrial sector as a whole found potential for future improvements in energy intensity of industrial production to be in the range of up to 25 % of current global industrial final energy consumption per unit output (Schäfer, 2005; Allwood et al., 2010; UNIDO, 2011; Saygin et al., 2011b; Gutowski et al., 2013) (see Section 10.4). Additional savings can be realized in the future through adoption of emerging technologies currently under development or that have not yet been fully commercialized (Kong et al., 2012; Hasanbeigi et al., 2012b, 2013a). Examples of industries from India show that specific energy consumption is steadily declining in all energy intensive sectors (Roy et al., 2013), and a wide variety of measures at varying costs have been adopted by the energy intensive industries (Figure 10.6). However, all sectors still have energy savings potential when compared to world best practice (Dasgupta et al., 2012).

Bottom-up country analyses provide energy savings estimates for specific industrial sub-sectors based on individual energy efficiency technologies and measures. Because results vary among studies, these estimates should not be considered as the upper bound of energy saving potential but rather should give an orientation about the general possibilities.

---

[14]    Expressed here in the form of a deployment potential (difference between the 6 °C and 2 °C scenarios, 6DS and 2DS) rather than the technical potential.



**Figure 10.6** | Range of unit cost of avoided $CO_2$ emissions (USD$_{2010}$/tCO$_2$) in India. Source: Database of energy efficiency measures adopted by the winners of the National Awards on Energy Conservations for aluminium (26 measures), cement (42), chemicals (62), ISP: integrated steel plant (30), pulp and paper (46), and textile (75) industry in India during the period of 2007–2012 (BEE, 2012).

In the cement sector, global weighted average thermal energy intensity could drop to 3.2 GJ/t clinker and electric energy intensity to 90 kWh/t cement by 2050 (IEA/WBCSD, 2009). Emissions of 510 MtCO$_2$ would be saved if all current cement kilns used best available technology and increased use of clinker substitutes (IEA, 2009c). Oda et al. (2012) found large differences in regional thermal energy consumption for cement manufacture, with the least efficient region consuming 75 % more energy than the best in 2005. Even though processing alternative fuels requires additional electricity consumption (Oda et al., 2012), their use could reduce cement sector emissions by 0.16 GtCO$_2$eq per year by 2030 (Vattenfall, 2007) although increasing costs may in due course limit uptake (IEA/WBCSD, 2009). Implementing commercial-scale CCS in the cement industry could contribute to climate change mitigation, but would increase cement production costs by 40–90 % (IEAGHG, 2008). From the cumulative energy savings potential for China's cement industry (2010 to 2030), 90 % is assessed as cost-effective using a discount rate of 15 % (Hasanbeigi et al., 2012a). Electricity and fuel savings of 6 and 1.5 times the total electricity and fuel use in the Indian cement industry in 2010, respectively, can be realized for the period 2010–2030, almost all of which is assessed as cost-effective using a discount rate of 15 % (Morrow III et al., 2013a). About 50 % of the electricity used by Thailand's cement industry in 2005 could have been saved (16 % cost-effectively), while about 20 % of the fuel use could have been reduced (80 % cost-effectively using a discount rate of 30 %) (Hasanbeigi et al., 2010a, 2011). Some subnational level information also shows negative $CO_2$ abatement costs associated with emissions reductions in the cement sector (e.g., CCAP, 2005).

Nearly 60 % of the estimated electricity savings and all of the fuel savings of the Chinese steel industry for the period 2010–2030 can be realized cost-effectively using a discount rate of 15 % (Hasanbeigi

et al., 2013c). Total technical primary energy savings potential of the Indian steel industry from 2010–2030 is equal to around 87 % of total primary Indian steel industry energy use in 2007, of which 91 % of the electricity savings and 64 % of the fuel savings can be achieved cost-effectively using a discount rate of 15 % (Morrow III et al., 2013b). Akashi et al. (2011) indicate that the largest potential for $CO_2$ emissions savings for some energy-intensive industries remains in China and India. They also indicate that with associated costs under 100 USD/tCO$_2$ in 2030, the use of efficient blast furnaces in the steel industry in China and India can reduce total emissions by 186 MtCO$_2$ and 165 MtCO$_2$, respectively. This represents a combined total of 75 % of the global $CO_2$ emissions reduction potential for this technology.

Total technical electricity and fuel savings potential for China's pulp and paper industry in 2010 are estimated to be 4.3 % and 38 %, respectively. All of the electricity and 70 % of the fuel savings can be realized cost-effectively using a discount rate of 30 % (Kong et al., 2013). Fleiter et al. (2012a) found energy saving potentials for the German pulp and paper industry of 21 % and 16 % of fuel and electricity demand in 2035, respectively. The savings result in 3 MtCO$_2$ emissions reduction with two-thirds of this having negative private abatement cost (Fleiter et al., 2012a). Zafeiris (2010) estimates energy saving potential of 6.2 % of the global energy demand of the pulp and paper industry in year 2030. More than 90 % of the estimated savings potential can be realized at negative cost using a discount rate of 30 % (Zafeiris, 2010). The energy intensity of the European pulp and paper industry reduced from 16 to 13.5 GJ per tonne of paper between 1990 and 2008 (Allwood et al., 2012, p. 318; CEPI, 2012). However, energy intensity of the European pulp and paper industry has now stabilized, and few significant future efficiency improvements are forecasted.

In non-ferrous production (aluminium/others), energy accounts for nearly 40 % of aluminium production costs. The IEA forecasts a maximum possible 12 % future saving in energy requirements by future efficiencies. In food processing, reductions between 5 % and 35 % of total $CO_2$ emissions can be made by investing in increased heat exchanger networks or heat pumps (Fritzson and Berntsson, 2006). Combined heat and power can reduce energy demand by 20–30 %. Around 83 % of the energy used in wet corn milling is for dewatering, drying, and evaporation processes (Galitsky et al., 2003), while 60 % of that used in fruit and vegetable processing is in boilers (Masanet et al., 2008). Thermal and mechanical vapour recompression in drying allows for estimated 15–20 % total energy savings, which could be increased further by use of reverse osmosis (Galitsky et al., 2003). Cullen et al. (2011) suggest that about 88 % savings in energy for refrigeration could be made with better insulation, and reduced ventilation in refrigerators and freezers.

There is very little data available on mineral extractive industries in general. Some analyses reveal that investments in state-of-the-art equipment and further research could reduce energy consumption by almost 50 % (SWEEP, 2011; US DoE, 2007).

Allwood et al. (2010) assessed different strategies to achieve a 50 % cut in the emissions of five sectors (cement, steel, paper, aluminium, and plastics) assuming doubling of demand by 2050. They found that gains in efficiency could result in emissions intensity reductions in the range of 21 %–40 %. Further reductions to reach the required 75 % reduction in emissions intensity can only be achieved by implementing strategies at least partly going beyond the sectors boundaries: i.e., non destructive recycling, reducing demand through light weighting, product life extension, increasing intensity of product use or substitution for other materials, and radical process innovations, notwithstanding significant implementation barriers (see Section 10.9).

Mitigation options can also be analyzed from the perspective of some industry-wide technologies. Around two-thirds of electricity consumption in the industrial sector is used to drive motors (McKane and Hasanbeigi, 2011). Steam generation represents 30 % of global final industrial energy use. Efficiency of motor systems and steam systems can be improved by 20–25 % and 10 %, respectively (GEA, 2012; Brown et al., 2012). Improvements in the design and especially the operation of motor systems, which include motors and associated system components in compressed air, pumping, and fan systems (McKane and Hasanbeigi, 2010, 2011; Saidur, 2010), have the potential to save 2.58 EJ in final energy use globally (IEA, 2007). McKane and Hasanbeigi (2011) developed energy efficiency supply curve models for the United States, Canada, the European Union, Thailand, Vietnam, and Brazil and found that the cost-effective potential for electricity savings in motor system energy use compared to the base year varied between 27 % and 49 % for pumping, 21 % and 47 % for compressed air, and 14 % and 46 % for fan systems. The total technical saving potential varied between 43 % and 57 % for pumping, 29 % and 56 % for compressed air, and 27 % and 46 % for fan systems. Ways to reduce emissions from many industries include more efficient operation of process heating systems (LBNL and RDC, 2007; Hasanuzzaman et al., 2012) and steam systems (NREL et al., 2012), minimized waste heat loss and waste heat recovery (US DoE, 2004a, 2008), advanced cooling systems, use of cogeneration (or combined heat and power) (Oland, 2004; Shipley et al., 2008; Brown et al., 2013), and use of renewable energy sources. Recent analysis show, for example, that recuperators can reduce furnace energy use by 25 % while economizers can reduce boiler energy use by 10 % to 20 %, both with payback periods typically under two years (Hasanuzzaman et al., 2012).

According to data from McKinsey (2010) on MACs for cement, iron, and steel and chemical sectors, and from Akashi et al. (2011) for cement and iron and steel, around 40 % mitigation potential in industry can be realized cost-effectively. Due to methodological reasons, MACs always have to be discussed with caution. It has to be considered that the information about the direct additional cost associated with additional reduction of $CO_2$ through technological options is limited. Moreover, system perspectives and system interdependencies are not typically taken into account for MACs (McKinsey&Company, 2010; Akashi et al., 2011).

Unless barriers to mitigation in industry are resolved, the pace and extent of mitigation in industry will be limited, and even cost-effective measures will remain untapped. Various barriers that block technology adoption despite low direct costs are often not appropriately accounted for in mitigation cost assessments. Such barriers are discussed in Section 10.9.

In the long term, however, it may be more relevant to look at radically new ways of producing energy-intensive products. Low-carbon cement and concrete might become relevant (Hasanbeigi et al., 2012b); however, from current perspective cost assessments for these technologies are connected with high uncertainties.

### 10.7.2    Non-$CO_2$ emissions

Emissions of non-$CO_2$ gases from different industrial sources are projected to be 0.70 $GtCO_2$eq in the year 2030 (EPA, 2013), dominated by HFC-23 from HCFC-22 production (46 %) and $N_2O$ from nitric acid and from adipic acid (24 %). In 2030, it is projected that HFC-23 emissions will be related mainly to the production of HCFC-22 for feedstock use, as its use as refrigerant will be phased out in 2035 (Miller and Kuijpers, 2011). The EPA (2013) provides MACs for all non-$CO_2$ emissions. Emissions resulting from the production of flat panel displays and from photovoltaic cell manufacturing are projected to be small (2 and 12 $MtCO_2$eq respectively in 2030), but particularly uncertain due to limited information on emissions rates, use of fluorinated gases, and production growth rates.

### 10.7.3    Summary results on costs and potentials

Based on the available bottom-up information from literature and through expert consultation, a global picture of the four industrial key sub-sectors (cement, steel, chemicals, and pulp and paper) is assessed and presented in Figures 10.7 to 10.10 below. Detailed justification of the figures and description of the options are provided in Annex III. Globally, in 2010, these four selected sub-sectors contributed 5.3 $GtCO_2$ direct energy- and process-related $CO_2$ emissions (see Section 10.3): iron and steel 1.9 $GtCO_2$, non-metallic minerals (which includes cement) 2.6 $GtCO_2$, chemicals and petrochemicals 0.6 $GtCO_2$, and pulp and paper 0.2 $GtCO_2$. This amounts to 73 % of all direct[15] energy- and process-related $CO_2$ emissions from the industry sector.

For each of the sub-sectors, only selected mitigation options are covered (for other feasible options in the industry sector refer to Section 10.4): energy efficiency, shift in raw material use to less carbon-intensive alternatives (e.g., reducing the clinker to cement ratio, recycling etc.), fuel mix options, end-of-pipe emission abatement options such

---

[15]   These values do not include indirect emissions from electricity and heat production.



**Figure 10.7 |** Indicative CO$_2$ emission intensities and levelized cost of conserved carbon in cement production for various production practices/technologies and in 450 ppm scenarios of selected models (AIM, DNE21+, IEA ETP 2DS) (for data and methodology, see Annex III).



**Figure 10.8 |** Indicative CO$_2$ emission intensities and levelized cost of conserved carbon in steel production for various production practices/technologies and in 450 ppm scenarios of selected models (AIM, DNE21+, and IEA ETP 2DS) (for data and methodology, see Annex III).



**Figure 10.9 |** Indicative global indirect (left) and direct (right) $CO_2$eq emissions and levelized cost of conserved carbon resulting from chemicals production for various production practices/technologies and $CO_2$ emissions in IEA ETP 2DS scenario (for data and methodology, see Annex III).

Notes: Graph includes energy-related emissions (including process emissions from ammonia production), $N_2O$ emissions from nitric and adipic acid production and HFC-23 emissions from HFC-22 production. Costs for $N_2O$ abatement from nitric/adipic acid production and for HFC-23 abatement in HFC-22 production based on EPA (2013) and Miller and Kuijpers (2011), respectively.



**Figure 10.10 |** Indicative global indirect (left) and direct (right) $CO_2$ emission intensities and levelized cost of conserved carbon in paper production for various production practices/technologies and in IEA ETP 2DS scenario (for data and methodology, see Annex III).

10

as carbon dioxide capture and storage (CCS), use of decarbonized electricity and options for the two most important current sources of non-$CO_2$ GHG emissions (HFC 23 emissions from HFC 22 production and $N_2O$ emissions from nitric and adipic acid production) in the chemical industry. The potentials are given related to the 2010 emission intensity or absolute emissions. Cost estimates relate to the current costs (expressed in $USD_{2010}$) of the abatement options unless otherwise stated.

Potentials and costs to decarbonize the electricity sector are covered in Chapter 7. To ensure consistency with that chapter, no estimates are given for the costs related to decarbonizing the electricity mix for the industrial sector.

Costs and potentials are global averages, but based on region-specific information. The technology options are given relative to the global average emission intensity. Some options are not mutually exclusive and potentials can therefore not always be added. As such, none of the individual options can yield full GHG emission abatement, because of the multiple emission sources included (e.g., in the chemical sector CCS and fuel mix improvements cannot reduce $N_2O$ emissions).

Costs relate to costs of abatement taking into account total incremental operational and capital costs. The figures give indicatively the costs of implementing different options; they also exclude options related to material efficiency (e.g., reduction of demand), but include some recycling options (although not in pulp and paper). Figure 10.7 about cement production includes process $CO_2$ emissions.

Emissions after implementing potential options to reduce the GHG emission intensity of cement, steel, pulp and paper sectors are presented in $tCO_2$/t product compared to 2010 global average respectively. Future relevant scenarios are also presented. However, for the chemical sector, due to its heterogeneity in terms of products and processes, the information is presented in terms of total emissions. This can be an under-representation of relatively higher mitigation potential in e.g., ammonia production. In addition, unknown/unexplored options such as hydrogen/electricity-based chemicals and fuels are not included, so it is worth noting that the options are exemplary. In the cement industry (Figure 10.7), the potential and costs for clinker substitution and fuel mix changes are dependent on regional availability and the price of clinker substitutes and alternative fuels. Negative cost options in cement manufacturing are in switching to best practice clinker-to-cement ratio. In the iron and steel industry (Figure 10.8), a shift from blast furnace based steelmaking to electric arc furnace steelmaking provides significant negative cost opportunities. However, this potential is highly dependent on scrap availability. The chemical sector (Figure 10.9) includes options related to energy efficiency improvements and options related to reduction of $N_2O$ emissions from nitric and adipic acid production and HFC-23 emissions from HFC-22 production. In pulp and paper manufacturing (Figure 10.10), the estimates exclude increased recycling because the effect on $CO_2$ emissions is uncertain.

The costs of the abatement options shown in Figure 10.7 vary widely between individual regions and from plant to plant in the cement industry. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc. For clinker substitution and fuel mix improvements, costs depend heavily on the regional availability and price of clinker substitutes and alternative fuels.

For all subsectors, negative abatement cost options exist to a certain extent for shifting to best practice technologies and for fuel shifting. While options in cost ranges of 0–20 and 20–50 $USD_{2010}$/$tCO_2$eq are somewhat limited, larger opportunities exist in the 50–150 $USD_{2010}$/$tCO_2$eq range (particularly since CCS is included here). The feasibility of CCS depends on global CCS developments. CCS is currently not yet applied (with some exceptions) at commercial scale in the cement, iron and steel, chemical, or pulp/paper industries.

## 10.8   Co-benefits, risks and spillovers

In addition to mitigation costs and potentials (see Section 10.7), the deployment of mitigation measures will depend on a variety of other factors that relate to broader economic, social, and environmental objectives that drive decisions in the industry sector and policy choices. The implementation of mitigation measures can have positive or negative effects on these other objectives. To the extent that these side-effects are positive, they can be deemed 'co-benefits'; if adverse and uncertain, they imply risks.[16] Co-benefits and adverse side-effects of mitigation measures (10.8.1), the associated technical risks and uncertainties (10.8.2) as well as their public perception (10.8.3) and technological spillovers (10.8.4), can significantly affect investment decisions, individual behaviour, and policymaker priorities. Table 10.5 provides an overview of the potential co-benefits and adverse side-effects of the mitigation measures that are assessed in this chapter. In accordance with the three sustainable development pillars described in Chapter 4, the table presents effects on objectives that may be economic, social, environmental, and health related. The extent to which co-benefits and adverse side-effects will materialize in practice as well as their net effect on social welfare differ greatly across regions, and is strongly dependent on local circumstances and implementation practices, as well as on the scale and pace of the deployment of the different mitigation measures (see Section 6.6).

---

16   Co-benefits and adverse side-effects describe effects in non-monetary units without yet evaluating the net effect on overall social welfare. Please refer to the respective sections in the framing chapters (particularly Sections 2.4, 3.6.3, and 4.8) as well as to the glossary in Annex I for concepts and definitions.

### 10.8.1    Socio-economic and environmental effects

Social embedding of technologies depends on compatibility with existing systems, social acceptance, divisibility, eco-friendliness, relative advantage, etc. (Geels and Schot, 2010; Roy et al., 2013). A typical example is the tradeoff or the choice that is made between investing in mitigation in industry and adaptation in the absence of right incentives for mitigation action (Chakraborty and Roy, 2012a). Slow diffusion of mitigation options (UNIDO, 2011) can be overcome by focusing on, and explicit consideration of, non-direct cost-related characteristics of the technologies (Fleiter et al., 2012c). It is unanimously understood that maintaining competitiveness of industrial products in the market place is an important objective of industries, so implementation of mitigation measures will be a major favoured strategy for industries if they contribute to cost reduction (Bernstein et al., 2007; Winkler et al., 2007; Bassi et al., 2009). Increasing demand for energy in many countries has led to imports and increasing investment in high-cost reliable electric power generation capacity; so mitigation via implementation of energy efficiency measures help to reduce import dependency and investment pressure (Winkler et al., 2007). Labour unions are increasingly expressing their desire for policies to address climate change and support for a transition to 'green' jobs (Räthzel and Uzzell, 2012). Local air and water pollution in areas near industries have led to regulatory restrictions in almost all countries. In many countries, new industrial developments face increasing public resistance and litigation. If mitigation options deliver local air pollution benefits, they will have indirect value and greater acceptance.

The literature (cited in the following sections and in Table 10.5) documents that mitigation measures interact with multiple economic, social, and environmental objectives, although these associated impacts are not always quantified. In general, quantifying the corresponding welfare effects that a mitigation technology or practice entails is challenging, because they are very localized and different stakeholders may have different perspectives of the corresponding losses and gains (Fleiter et al., 2012c) (see Sections 2.4, 3.6.3, 4.2, and 6.6). It is important to note that co-benefits need to be assessed together with direct benefits to overcome barriers in implementation of the mitigation options (e.g., training requirements, losses during technology installation) (Worrell et al., 2003), which may appear otherwise larger for SMEs or isolated enterprises (Crichton, 2006; Zhang and Wang, 2008; Ghosh and Roy, 2011).

**Energy efficiency (E/M):** Energy efficiency includes a wide variety of measures that also achieve economic efficiency and natural/energy resource saving, which contribute to the achievement of environmental goals and other macro benefits (Roy et al., 2013). At the company level, the impact of energy efficient technology is often found to enhance productivity growth (Zuev et al., 1998; Boyd and Pang, 2000; Murphy, 2001; Worrell et al., 2003; Gallagher, 2006; Winkler et al., 2007; Zhang and Wang, 2008; May et al., 2013). Other benefits to companies, industry, and the economy as a whole come in the form of reduced fuel consumption requirements[17] and imports as well as reduced requirements for new electricity general capacity addition (Sarkar et al., 2003; Geller et al., 2006; Winkler et al., 2007; Sathaye and Gupta, 2010) which contribute to energy security (see Sections 6.6.2.2 and 7.9.1). Energy security in the industrial sector is primarily affected by concerns related to the sufficiency of resources to meet national energy demand at competitive and stable prices. Supply-side vulnerabilities in this sector arise if there is a high share of imported fuels in the industrial energy mix (Cherp et al., 2012a). Cherp et al. (2012a) estimate that the overall vulnerability of industrial energy consumption is lower than in the transport and residential and commercial (R&C) sectors in most countries. Nevertheless, since mitigation policies in industry would likely lead to higher energy efficiency, they may reduce exposure to energy supply and price shocks (Gnansounou, 2008; Kruyt et al., 2009; Sovacool and Brown, 2010; Cherp et al., 2012b).

Reduced fossil fuel burning brings associated reduced costs (Winkler et al., 2007), and reduced local impacts on ecosystems related to fossil fuel extraction and waste disposal liability (Liu and Diamond, 2005; Zhang and Wang, 2008; Chen et al., 2012; Ren et al., 2012; Hasanbeigi et al., 2013b; Lee and van de Meene, 2013; Xi et al., 2013; Liu et al., 2013) (see also Sections 7.9.2 and 7.9.3). In addition, other possible benefits of reduced reliance on fossil fuels include increases in employment and national income (Sathaye and Gupta, 2010) with new business opportunities (Winkler et al., 2007; Nidumolu et al., 2009; Wei et al., 2010; Horbach and Rennings, 2013).

There is wide consensus in the literature on local air pollution reduction benefits from energy efficiency measures in industries (Winkler et al., 2007; Bassi et al., 2009; Ren et al., 2012), such as positive health effects, increased safety and working conditions, and improved job satisfaction (Getzner, 2002; Worrell et al., 2003; Wei et al., 2010; Walz, 2011; Zhang et al., 2011; Horbach and Rennings, 2013) (see also Sections 7.9.2, 7.9.3 and WGII 11.9). Energy efficient technologies can also have positive impacts on employment (Getzner, 2002; Wei et al., 2010; UNIDO, 2011; OECD/IEA, 2012). Despite these multiple co-benefits, sometimes the relatively large initial investment required and the relatively long payback period of some energy efficiency measures can be a disincentive and an affordability issue, especially for SMEs, since the co-benefits are often not monetized (Brown, 2001; Thollander et al., 2007; Ghosh and Roy, 2011; UNIDO, 2011).

**Emission efficiency (G/E):** The literature documents well that increases in emissions efficiency can lead to multiple benefits (see Table 10.5). Local air pollution reduction is well documented as co-benefit of emissions efficiency measures (Winkler et al., 2007; Bassi et al., 2009; Ren et al., 2012). Associated health benefits (Aunan et al., 2004; Haines et al., 2009) and reduced ecosystem impacts (please refer to Section 7.9.2 for details) are society-wide benefits, while reduc-

---

17    Please see Section 10.4 and references cited therein (e.g., Schäfer, 2005; Allwood et al., 2010; UNIDO, 2011; Saygin et al., 2011b; Gutowski et al., 2013).

**10**

tions in emission-related taxes or payment liabilities (Metcalf, 2009) are specific to industries, even though compliance costs might increase (Dasgupta et al., 2000; Mestl et al., 2005; Rivers, 2010). The net effect of these benefits and costs has not been studied comprehensively. Quantification of benefits is often done on a case-by-case basis. For example, Mestl et al. (2005) found that the environmental and health benefits of using electric arc furnaces for steel production in the city of Tiyuan (China) could potentially lead to higher benefits than other options, despite being the most costly option. For India, a detailed study (Chakraborty and Roy, 2012b) of 13 energy-intensive industrial units showed that several measures to reduce GHG emissions were adopted because the industries could realize positive effects on their own economic competitiveness, resource conservation such as water, and an enhanced reputation/public image for their commitment to corporate social responsibility towards a global cause.

If existing barriers (see Section 10.9) can be overcome, industrial applications of CCS deployed in the future could provide environmental co-benefits because CCS-enabled facilities have very low emissions rates for critical pollutants even without specific policies being in place for those emissions (Kuramochi et al., 2012b) (see Section 7.9.2 and Figure 7.8 for the air pollution effects of CCS deployment in power plants).

Mitigations options to reduce PFC emissions from aluminium production, $N_2O$ emissions from adipic and nitric acid production (EPA, 2010a), and PFC emissions from semiconductor manufacturing (ISMI, 2005) have proven to enhance productivity and reduce the cost of production. Simultaneously, these measures provide health benefits and better working conditions for labour and local ambient air quality (Heijnes et al., 1999).[18]

**Material efficiency (M/P):** There is a wide range of benefits to be harnessed from implementing material efficiency options. Private benefits to industry in terms of cost reduction (Meyer et al., 2007) can enhance competitiveness, but national and subnational sales revenue might decline in the medium term due to reduction in demand for intermediate products used in manufacturing (Thomas, 2003). Material use efficiency increases can often be realized via cooperation in industrial clusters (see Section 10.5), while associated infrastructure development (new industrial parks) and associated cooperation schemes lead to additional societal gains (e.g., more efficient use of land through bundling activities) (Lowe, 1997; Chertow, 2000). With the reduction in need for virgin materials (Allwood et al., 2013; Stahel, 2013) and the prioritization of prevention in line with the waste management hierarchy (see Section 10.14.2, Figure 10.16), mining-related social conflicts can decrease (Germond-Duret, 2012), health and safety can be enhanced, recycling-related employment can increase, the amount of waste material (see Section 10.14.2.1 and Figure 10.17) going into landfills can decrease, and new business opportunities related to material efficiency can emerge (Clift and Wright, 2000; Rennings and

Zwick, 2002; Widmer et al., 2005; Clift, 2006; Zhang and Wang, 2008; Walz, 2011; Allwood et al., 2011; Raghupathy and Chaturvedi, 2013; Menikpura et al., 2013).

**Demand reductions (P/S and S):** Demand reduction through adoption of new diverse lifestyles (see Section 10.4) (Roy and Pal, 2009; GEA, 2012; Kainuma et al., 2012; Allwood et al., 2013) and implementation of healthy eating (see Section 11.4.3) and sufficiency goals can result in multiple co-benefits related to health that enhance human well-being (GEA, 2012). Well-being indicators can be developed to evaluate industrial economic activities in terms of multiple objectives of sustainable consumption on a range of policy objectives (GEA, 2012).

### 10.8.2   Technological risks and uncertainties

There are some specific risks and uncertainties with adoption of mitigation options in industry. Potential health, safety, and environmental risks could arise from additional mining activities as some mitigation technologies could substantially increase the need for specific materials (e.g., rare earths, see Section 7.9.2) and the exploitation of new extraction locations or methods. Industrial production is closely linked to extractive industry (see Figure 10.2) and there are risks associated with closing mines if post-closure measures for environmental protection are not adopted due to a lack of appropriate technology or resources. Carbon dioxide capture and storage for industry is an example of a technological option subject to several risks and uncertainties (see Sections 10.7, 7.5.5, 7.6.4 and 7.9.4 for more in-depth discussion on $CO_2$ storage, transport, and the public perception thereof, respectively).

Specific literature on accidents and technology failure related to mitigation measures in the industry sector is lacking. In general, industrial activities are subject to the main categories of risks and emergencies, namely natural disasters, malicious activities, and unexpected consequences arising from overly complex systems (Mitroff and Alpaslan, 2003; Olson and Wu, 2010). For example, process safety is still a major issue for the chemical industry. Future improvements in process safety will likely involve a holistic integration of complementary activities and be supported by several layers of detail (Pitblado, 2011).

### 10.8.3   Public perception

From a socio-constructivist perspective, the social response to industrial activity depends on three sets of factors related to: 1) the dynamics of regional development and the historical place of industry in the community, 2) the relationship between residents and the industry and local governance capacities, and 3) the social or socio-economic impacts experienced (Fortin and Gagnon, 2006). Public hearings and stakeholder participation—especially on environmental and social impact assessments—prior to issuance of permission to operate has become mandatory in almost all countries,

---

[18]   See also EPA Voluntary Aluminum Industrial Partnership: http://www.epa.gov/highgwp/aluminum-pfc/faq.html.

and industry expenditures for social corporate responsibility are now often disclosed. Mitigation measures in the industry sector might be considered socially acceptable if associated with co-benefits, such as reducing GHG emissions while also improving local environmental quality as a whole (e.g., energy efficiency measures that reduce local emissions). Public perception related to mitigation actions can be influenced by national political positions in international negotiations and media.

Research on public perception and acceptance with regard to industrial applications of CCS is lacking (for the general discussion of CCS see Chapter 7). To date, broad evidence related to whether public perception of CCS for industrial applications will be significantly different

from CCS in power generation units is not available, since CCS is not yet in place in the industry sector (Section 10.7).

Mining activities have generated social conflicts in different parts of the world (Martinez-Alier, 2001; World Bank, 2007; Germond-Duret, 2012; Guha, 2013). The Observatory of Mining Conflicts in Latin America (OMCLA) reported more than 150 active mining conflicts in the region, most of which started in the 2000s[19]. Besides this general experience, the potential for interactions between social tensions and mitigation initiatives in this sector are unknown.

---

[19]   Observatorio de Conflictos Mineros de América Latina. Available at: http://www.conflictosmineros.net.

**Table 10.5 |** Overview of potential co-benefits (green arrows) and adverse side-effects (orange arrows) of the main mitigation measures in the industry sector. Arrows pointing up/down denote positive/negative effect on the respective objective or concern. Co-benefits and adverse side-effects depend on local circumstances as well as on the implementation practice, pace, and scale (see Section 6.6). For possible upstream effects of low-carbon energy supply (incl. CCS), see Section 7.9. For possible upstream effects of biomass supply, see Sections 11.7 and 11.13.6. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3, and 14.4.2. Numbers correspond to references below the table.

| Mitigation measures | Effect on additional objectives/concerns | | |
|---|---|---|---|
| | **Economic** | **Social (including health)** | **Environmental** |
| **Technical energy efficiency improvements via new processes and technologies** | ↑ Energy security (via reduced energy intensity) [1, 2, 3, 4, 13, 29, 57]; <br> ↑ Employment impact [14, 15, 19, 28] <br> ↑ Competitiveness and Productivity [4, 5, 6, 7, 8, 9, 10, 11, 12] <br> ↑ Technological spillovers in DCs (due to supply chain linkages) [59, 60, 61] | ↓ Health impact via reduced local pollution [16] <br> ↑ New business opportunities [4, 17–20] <br> ↑ Water availability and quality [26] <br> ↑ Safety, working conditions and job satisfaction [5, 19, 20] | Ecosystem impact via <br> ↓ Fossil fuel extraction [21] <br> ↓ Local pollution [11, 22–24, 25] and <br> ↓ Waste [11, 27] |
| **CO$_2$ and non-CO$_2$ GHG emissions intensity reduction** | ↑ Competitiveness [31, 55] and productivity [52, 53] | ↓ Health impact via reduced local air pollution [30, 31, 32, 33, 53] and better work conditions (for PFCs from aluminium) [58] | Ecosystem impact via <br> ↓ Local air pollution [4, 25, 30, 31, 34, 52] <br> ↓ Water pollution [54] <br> ↓ Water conservation [56] |
| **Material efficiency of goods, recycling** | ↓ National sales tax revenue in medium term [35] <br> ↑ Employment impact in waste recycling market [44, 45] <br> ↑ New infrastructure for industrial clusters [36, 37] <br> ↑ Competitiveness in manufacturing [38] | ↑ New business opportunities [11, 39–43] <br> ↓ Local conflicts (reduced resource extraction) [58] <br> ↓ Health impacts and safety concerns [49] | Ecosystem impact via reduced local air and water pollution and waste material disposal [42, 46] <br> ↓ Use of raw/virgin materials and natural resources implying reduced unsustainable resource mining [47, 48] |
| **Product demand reductions** | ↓ National sales tax revenue in medium term [35] | Wellbeing via new diverse lifestyle choices [48, 50, 51] | ↓ Post consumption waste [48] |

[1] Sovacool and Brown, 2010; [2] Geller et al., 2006; [3] Gnansounou, 2008; [4] Winkler et al., 2007; [5] Worrell et al., 2003; [6] Boyd and Pang, 2000; [7] May et al., 2013; [8] Goldemberg, 1998; [9] Murphy, 2001; [10] Gallagher, 2006; [11] Zhang and Wang, 2008; [12] Roy et al., 2013; [13] see Section 10.4 and references cited therein; [14] UNIDO, 2011; [15] OECD/IEA, 2012; [16] Zhang et al., 2011; [17] Nidumolu et al., 2009; [18] Horbach and Rennings, 2013; [19] Getzner, 2002; [20] Wei et al., 2010; [21] Liu and Diamond, 2005; [22] Hasanbeigi et al., 2013a; [23] Xi et al., 2013; [24] Chen et al., 2012; [25] Ren et al., 2012; [26] Zhelev, 2005; [27] Lee and van de Meene, 2013; [28] Sathaye and Gupta, 2010; [29] Sathaye and Gupta, 2010; [30] Mestl et al., 2005; [31] Chakraborty and Roy, 2012a; [32] Haines et al., 2009; [33] Aunan et al., 2004; [34] Bassi et al., 2009; [35] Thomas, 2003; [36] Lowe, 1997; [37] Chertow, 2000; [38] Meyer et al., 2007; [39] Widmer et al., 2005; [40] Raghupathy and Chaturvedi, 2013; [41] Clift and Wright, 2000; [42] Allwood et al., 2011; [43] Clift, 2006; [44] Walz, 2011; [45] Rennings and Zwick, 2002; [46] Menikpura et al., 2013; [47] Stahel, 2013; [48] Allwood et al., 2013; [49] GEA, 2012; [50] Kainuma et al., 2012; [51] Roy and Pal, 2009; [52] EPA, 2010b; [53] ISMI, 2005; [54] Heijnes et al., 1999; [55] Rivers, 2010; [56] Chakraborty and Roy, 2012b; [57] Sarkar et al., 2003; [58] Germond-Duret, 2012; [59] Kugler, 2006; [60] Bitzer and Kerekes, 2008; [61] Zhao et al., 2010.

**10**

### 10.8.4    Technological spillovers

Spillovers are difficult to measure, but existing studies (Bouoiyour and Akhawayn, 2005) show that a technology gap is one of the conditions for positive spillovers. Sections 10.4 and 10.7 have already shown that there is gap between the world best practices in energy efficiency and industrial practices in many countries. As such, cross-country investment in mitigation technologies can enhance positive spillovers in host countries. In the industrial technology context, multinational companies try to minimize imitation probability and technology leakage, but studies show that spillover works faster through supply chain linkage inter-industry (Kugler, 2006; Bitzer and Kerekes, 2008; Zhao et al., 2010). In general, studies suggest that technology spillovers in the mitigation context depend on additional technology policies besides direct investment (Gillingham et al., 2009; Le and Pomfret, 2011; Wang et al., 2012a; Costantini et al., 2013; Jeon et al., 2013). These results are relevant for investments on industrial mitigation technologies as well.

# 10.9    Barriers and opportunities

Besides uncertainties in financial costs of mitigation options assessed in 10.7, a number of non-financial barriers and opportunities assessed in this section hinder or facilitate implementation of measures to reduce GHG emissions in industry. Barriers must be overcome to allow implementation (see Flannery and Kheshgi, 2005), however, in general they are not sufficiently captured in integrated model studies and scenarios (see Section 10.10). Barriers that are often common across sectors are given in Chapter 3. Table 10.6 summarizes barriers and opportunities for the major mitigation options listed in Section 10.4.

Typically, barriers and opportunities can be distinguished into the following categories:

- Technology: includes maturity, reliability, safety, performance, cost of technology options and systems, and gaps in information
- Physical: includes availability of infrastructure, geography, and space available
- Institutional and legal: includes regulatory frameworks and institutions that may enable investment
- Cultural: includes public acceptance, workforce capacity (e.g., education, training, and knowledge), and cultural norms.

### 10.9.1    Energy efficiency for reducing energy requirements

Even though energy consumption can be a significant cost for industry, a number of barriers limit industrial sector steps to minimize energy use via energy efficiency measures. These barriers include: failure to recognize the positive impact of energy efficiency on profit-

ability, short investment payback thresholds (two to eight years; IEA, 2012e), industrial organizational and behavioural barriers to implementing change; limited access to capital; impact of non-energy policies on energy efficiency; public acceptance of unconventional manufacturing processes; and a wide range of market failures (Bailey et al., 2009; IEA, 2009d). While large energy-intensive industries—such as iron and steel, and mineral processing—are often aware of potential cost savings and consider energy efficiency in investment decisions, this is less common in the commercial and service sectors where the energy cost share is usually low, or for smaller companies where overhead costs for energy management and training personnel can be prohibitive (UNIDO, 2011; Ghosh and Roy, 2011; Schleich and Gruber, 2008; Fleiter et al., 2012d; Hasanbeigi et al., 2009). Of course, investment decisions also consider investment risks, which are generally not reflected in the cost estimates assessed in Section 10.7. The importance of barriers depends on specific circumstances. For example, by surveying the Swedish foundry industry, Rohdin et al. (2007) found that access to capital was reported to be the largest barrier, followed by technical risk and other barriers.

Cogeneration, or combined heat and power (CHP), is an energy efficiency option that can not only reduce GHG emissions by improving system energy efficiency, but can also reduce system cost and decrease dependence on grid power. For industry, however, (IEA, 2009d) CHP faces a complex set of economic, regulatory, social, and political barriers that restrain its wider use including: market restriction securing a fair market value for electricity exported to the grid; high upfront costs compared to large power plants; difficulty concentrating suitable heat loads and lack of integrated planning; grid access; non-transparent and technically demanding interconnection procedures; lack of consumer and policymaker knowledge about CHP energy, cost and emission savings; and industry perceptions that CHP is an investment outside their core business. Regulatory barriers can stem from taxes, tariffs, or permits. For a cogeneration project of an existing facility, the electricity price paid to a cogeneration facility is the most important variable in determining the project's success—more so than capital costs, operating and maintenance cost, and even fuel costs (Meidel, 2005). Prices are affected by rules for electricity markets, which differ from region to region, and which can form either incentives or barriers for cogeneration (Meidel, 2005).

### 10.9.2    Emissions efficiency, fuel switching, and carbon dioxide capture and storage

There are a number of challenges associated with feedstock and energy substitution in industry. Waste materials and biomass as fuel and feedstock substitutes are limited by their availability, and hence competition could drive up prices and make industrial applications less attractive (IEA, 2009b). A decarbonized power sector would offer new opportunities to reduce $CO_2$ intensity of some industrial processes via use of electricity, however, decarbonization of power also has barriers (assessed in Section 7.10).

Table 10.6 | Barriers (–) and opportunities (+) for GHG emission reduction options in industry. References and discussion appear in respective sub-sections of 10.9.

| | Energy efficiency for reducing energy requirements | Emissions efficiency, fuel switching and CCS | Material efficiency | Product demand reduction | Non-$CO_2$ GHGs |
|---|---|---|---|---|---|
| **Technological Aspects: Technology** | + many options available<br>– technical risk<br>+ cogeneration mature in heavy industry<br>– non-transparent and technically demanding interconnection procedures for cogeneration | + fuels and technologies readily available<br>– retrofit challenges<br>+ large potential scope for CCS in cement production, iron and steel, and petrochemicals<br>– limited CCS technology development, demonstration and maturity for industry applications | + options available | – slower technology turnover can slow technology improvement and operational emission reduction | +/– approaches and technologies available for same sources<br>– lack of lower cost technology for PFC emission reduction in existing aluminium production plants |
| **Technological Aspects: Physical** | + less energy and fuel use, lower cooling needs, smaller size<br>– concentrating suitable heat loads for cogeneration<br>– retrofit constraints on cogeneration | – lack of sufficient feedstock to meet demand<br>– CCS retrofit constraints<br>– lack of $CO_2$ pipeline infrastructure<br>– limited scope and lifetime for industrial $CO_2$ utilization | + reduction in raw and waste materials<br>– transport infrastructure and industry proximity for material/waste reuse | + reduction in raw materials and disposed products | – lack of control of HFC leakage in refrigeration systems |
| **Institutional and Legal** | – impact of non-energy policies<br>+ energy efficiency policies (10.11)<br>– market barriers<br>– regulatory, tax/tariff and permitting of cogeneration<br>+/– grid access for cogeneration | | – fragmented and weak institutions | – regulatory and legal instruments generally do not take account of externalities | – lack of certification of refrigeration systems<br>– regulatory barriers to HFC alternatives in aerosols |
| **Cultural** | – lack of trained personnel<br>+/– attention to energy efficiency<br>– lack of acceptance of unconventional manufacturing processes<br>– cogeneration outside core business<br>– lack of consumer and policymaker knowledge of cogeneration | – social acceptance of CCS | +/– public participation<br>– human capacity for management decisions | +/– user preferences drive demand | – lack of information/education about solvent replacements<br>– lack of awareness of alternative refrigerants |
| **Financial** | – access to capital and short investment payback requirements<br>– high overhead costs for small or less energy intensive industries<br>+/– factoring in efficiency into investment decisions (e.g., energy management)<br>+ cogeneration economic in many cases<br>+/– market value of grid power for cogeneration<br>– high capital cost for cogeneration | – lack of sufficient financial incentive for widespread CCS deployment<br>– liability risk for CCS<br>– high CCS capital cost and long project development times | – upfront cost and potentially longer payback period<br>+ reduced production costs | – businesses, governments, and labour favour increased production | – recycled HFCs not cost competitive with new HFCs<br>– cost of HFC incineration |

The application of CCS to the industries covered in this chapter share many of the barriers to its application to power generation (see Section 7.10). Barriers for application of CCS in industry include space constraints when applied in retrofit situations (Concawe, 2011); high capital costs and long project development times; investment risk associated with poorly defined liability; the trade-exposed nature of many industries, which can limit viable CCS business models; current lack in general of financial incentives to offset the additional cost of CCS; and the immaturity of $CO_2$ capture technology for cement, iron and steel, and petrochemical industries (Kheshgi et al., 2012).

### 10.9.3    Material efficiency

There are technically feasible opportunities to improve material efficiency in industry (Allwood et al., 2011). One opportunity is a circular economy, which is a growing model across various countries and which aims to systematically fulfil the hierarchy principles of material efficiency "reduce, re-use, recycle" (see Section 10.14). This approach however, has barriers which include a lack of human and institutional capacities to encourage management decisions and public participation (Geng and Doberstein, 2008), as well as fragmented and weak

775

**10**

institutions (Geng et al., 2010b). Improving material efficiency by integrating different industries (see Section 10.5) is often limited by specific local conditions, infrastructure requirements (e.g., pipelines) and the complexity of multiple users (Geng et al., 2010b).

### 10.9.4    Product demand reduction

Improved product design or material properties, respectively, can help to extend the product's lifetime and can lead to lower product demand. However it has to be considered that extended lifetime may not actually satisfy current user preferences, and the user may choose to replace an older, functioning product with a new one (van Nes and Cramer, 2006; Allwood et al., 2011). In addition, continually providing newer products may result in lower operational emissions (e.g., improved energy efficiency). In this case, longer product lifetimes might not automatically lead to lower overall emissions. For example, from a lifecycle balance point of view, it may be better to replace specific energy-intensive products such as washing machines, before their end-of-life to make use of more efficient substitutes (Scholl et al., 2010; Intlekofer et al., 2010; Fischer et al., 2012; Agrawal et al., 2012).

Businesses are rewarded for growing sales volumes and can prefer process innovation over product innovation (e.g., EIO 2011; 2012). Existing markets generally do not take into account negative externalities associated with resource use nor do they adequately incorporate the risks of resource-related conflicts (Bleischwitz et al., 2012; Transatlantic Academy, 2012), yet existing national accounting systems based on GDP indicators also support the pursuit of actions and policies that aim to increase demand spending for more products (Jackson, 2009; Roy and Pal, 2009). Labour unions often have an ambivalent position in terms of environmental policies and partly see environmental goals as a threat for their livelihood (Räthzel and Uzzell, 2012).

### 10.9.5    Non-CO₂ greenhouse gases

Non-$CO_2$ greenhouse gas emissions are an important contributor to industry process emissions (note that emissions of $CO_2$ from calcination are another important contributor: for barriers to controlling these emissions by $CO_2$ capture and storage see Section 10.9.2). Barriers to preventing or avoiding the release of HFCs, CFCs, HCFCs, PFC, and $SF_6$ in industry and from its products include: lack of awareness of alternative refrigerants and lack of guidance as to their use in a given or new system (UNEP and EC, 2010); lack of certification and control of leakage of HFCs from refrigeration (Heijnes et al., 1999); cost of recycled HFCs in markets where there is direct competition from newly produced HFCs (Heijnes et al., 1999); lack of information and communication and education about solvent replacements (Heijnes et al., 1999; IPCC/TEAP, 2005); cost of adaptation of existing aluminium production for PFC emission reduction and the absence of lower cost technologies in such situations (Heijnes et al., 1999); cost of incineration of HFCs

emitted in HCFC production (Heijnes et al., 1999); regulatory barriers to alternatives to some HFC use in aerosols (IPCC/TEAP, 2005). UNEP (2010) found that there are technically and economically feasible substitutes for HCFCs, however, transitional costs remain a barrier for smaller enterprises.

## 10.10  Sectoral implications of transformation pathways and sustainable development

This section assesses transformation pathways for the industry sector over the 21st century by examining a wide range of published scenarios. This section builds upon scenarios which were collated by Chapter 6 in the WG III AR5 Scenario Database (see Annex II.10), which span a wide range of possible energy future pathways and which rely on a wide range of assumptions (e.g., population, economic growth, policies, and technology development and its acceptance). Against that background, scenarios for the industrial sector over the 21st century associated with different atmospheric $CO_2$eq concentrations in 2100 are assessed in Section 10.10.1, and corresponding implications for sustainable development and investment are assessed in Section 10.10.2 from a sector perspective.

### 10.10.1    Industry transformation pathways

The different possible trajectories for industry final energy demand (globally and for different regions), emissions, and carbon intensity under a wide range of $CO_2$eq concentrations over the 21st century are shown in Figure 10.11, Figure 10.12 and Figure 10.13[20]. These scenarios exhibit economic growth in general over the 21st century as well as growth specifically in the industry sector. Detailed scenarios of the industry sector extend to 2050 and exhibit increasing material production, e.g., iron/steel and cement (Sano et al., 2013; IEA, 2009b; Akashi et al., 2013). Scenarios generated by general equilibrium models, which include economic feedbacks (see Table 6.1), implicitly include changes in material flow due to, for example, changes in prices that may be driven by a price on carbon; however, these models do not generally provide detailed subsectoral material flows. Options for reducing material demand and inter-input substitution elasticities (Roy et al.,

---

[20]   This section builds upon emissions scenarios which were collated by Chapter 6 in the WGIII AR5 scenario database (see Section 6.2.2), and compares them to detailed scenarios for industry referenced in this section. The scenarios included both baseline and mitigation scenarios. As described in more detail in Section 6.3.2, the scenarios shown in this section are categorized into bins based on 2100 concentrations: 430–530 ppm $CO_2$eq, 530–650 ppm $CO_2$eq, and > 650 ppm $CO_2$eq by 2100. The relation between these bins of emission scenarios and the increase in global mean temperature since pre-industrial times is reviewed in Section 6.3.2.



**Figure 10.11 |** Industry sector scenarios over the 21st century that lead to low (430–530 ppm CO$_2$eq), medium (530–650 ppm CO$_2$eq) and high (> 650 ppm CO$_2$eq) atmospheric CO$_2$eq concentrations in 2100 (see Table 6.3 for definitions of categories). All results are indexed relative to 2010 values for each scenario. Panels show: (a) final energy demand; (b) direct plus indirect CO$_2$eq emissions; (c) emission intensity (emissions from (b) divided by energy from (a)). Indirect emissions are emissions from industrial electricity demand. The median scenario (horizontal line symbol) surrounded by the darker colour bar (inner quartiles of scenarios) and lighter bar (full range) represent those 120 scenarios assessed in Chapter 6 with model default technology assumptions which submitted detailed final energy and emissions data for the industrial sector; white bars show the full range of scenarios including an additional 408, with alternate economic, resource, and technology assumptions (e.g., altering the economic and population growth rates, excluding some technology options or increasing response of energy efficiency improvement) (Source: WG III AR5 Scenario Database, see Annex II.10). Symbols are provided for selected scenarios for industry and industry sub-sectors (iron and steel, cement) for the IEA ETP (IEA, 2012d), AIM Enduse (Akashi et al., 2013 and Table A.II.14) and DNE21+ models (Sano et al., 2013a, b; and Table A.II.14) for their baseline, 550 ppm and 450 ppm CO$_2$eq scenarios to 2050.

2006; Sanstad et al., 2006) are used with various assumptions in the models that can better be characterized as gaps in integrated models currently in use.

Final energy (FE) demand from industry increases in most scenarios, as seen in Figure 10.11(a) driven by the growth of the industry sector; however, FE is weakly dependent on the 2100 CO$_2$eq concentration in the scenarios, and the range of FE demand spanned by the scenarios becomes wide in the latter half of the century (compare also Figure 6.37). In these scenarios, energy productivity improvements help to limit the increase in FE. For example, results of the DNE21+ and AIM models include a 56 % and 114 % increase in steel produced from 2010 to 2050 and a decrease in FE per unit of production of 20–22 % and 28–34 % (these are the ranges spanned by the reference, 550 and 450 ppm CO$_2$eq scenarios for each model), respectively (Akashi et al.,

2013; Sano et al., 2013). While energy efficiency of industry improves with time, the growth of CCS in some scenarios leads to increases in FE demand. Growth of final energy for cement production to 2050, for example, is seen in Figure 10.11(a) due to energy required for CCS in the cement industry mitigation scenarios (i.e., going from AIM cement > 650 ppm CO$_2$eq scenario to the < 650 ppm CO$_2$eq scenarios).

After 2050, emissions from industry, including indirect emissions resulting from industrial electricity demand become very low, and in some scenarios even negative as seen in Figure 10.11(b). The emission intensity of FE shown in Figure 10.11(c) decreases in most scenarios over the century, and decreases more strongly for low CO$_2$eq concentration levels. A decrease in emission intensity is generally the dominant mechanism for decrease in direct plus indirect emissions in the < 650 ppm CO$_2$eq scenarios shown in Figure 10.11. In scenarios



10



**Figure 10.12** | Final energy demand from the industry sector shown for the RC5 regions (see Annex II.2 for definition) over the 21st century. Bars are compiled using information from 105 of the 120 scenarios assessed in Chapter 6, with model default technology assumptions that submitted detailed final energy and emissions data for the industrial sector. Bar height corresponds to the median scenario with respect to final energy demand relative to 2010; breakdown fractions correspond to the mean of scenarios. Source: WG III AR5 Scenario Database (see Annex II.10)

with strong decreases in emission intensity, this is generally due to some combination of application of CCS to direct industry emissions, and a shift to a lower-carbon carrier of energy—for example, a shift to low- or negative-carbon sources of electricity. Low carbon electricity is assessed in Chapter 7 and bioenergy with CCS—which could in theory result in net $CO_2$ removal from the atmosphere—is assessed in Chapter 11, Section 11.13.

Figure 10.12 shows the regional breakdown of final energy demand by world regions for different scenarios for the industrial sector. Over the 21st century, scenarios indicate that the growth of industry FE demand continues to be greatest in Asia, followed by the Middle East and Africa, although at a slower growth rate than seen over the last decade (see Section 10.3). The OECD-1990, Latin America, and Reforming Economies regions are expected to comprise a decreasing fraction of the world's industrial FE.

Figure 10.13 shows the projected changes in the shares of industry sector energy carriers—electricity, solids (primarily coal), and liquids, gases and hydrogen—from 2010 to 2100 for 120 scenarios (compare also Figure 6.38 with low carbon fuel shares in industrial final energy). Scenarios for all $CO_2eq$ concentration levels show an increase

in the share of electricity in 2100 compared to 2010, and generally show a decrease in the share of liquids/gases/hydrogen. Some of the < 650 ppm $CO_2eq$ scenarios show an increase in the share of solids in 2100 compared to 2010 and some show a decrease. For the > 650 ppm $CO_2eq$ scenarios, the change in shares from 2010 to 2100 is generally smaller than the change in shares for the < 650 ppm $CO_2eq$ scenarios. A shift towards solids could lead to reduced emissions if the scenarios include the application of CCS to the emissions from solids. A shift towards electricity could lead to reduced emissions if the electricity generation is from low emission energy sources. The strong decrease in indirect emissions from electricity demand in most 430–530 ppm $CO_2eq$ scenarios is shown in Figure 6.34 (see Section 6.8), with electricity emissions already negative in some scenarios by 2050. Each pathway implies some degree of lock-in of technology types and their supporting infrastructure, which has important implications; e.g., iron/steel in the basic oxygen furnace (BOF) route might follow a pathway with a higher solid fuel share but with CCS for direct emissions reduction by the industry. A decarbonized power sector provides the means to reduce the emission intensity of electricity use in the industrial sector, but barriers, such as a lack of a sufficient carbon price, exist (IEA, 2009b; Bassi et al., 2009). Barriers to decarbonization of electricity are discussed in more detail in Section 7.10.



**Figure 10.13 |** The ternary panel on the left provides the industry final energy share trajectories across three groups of energy carriers: electricity, solids, and liquids-gases-hydrogen. The path of each scenario's trajectory is shown by a single line with symbols at the start in 2010 (the diamond towards the lower right accounts for 3 of 120 trajectories generated from one model that start in 2010 at a higher solids and lower liquids, gases, hydrogen share than the remainder of the trajectories which start at the upper diamond), in 2050 and at the end in 2100. The lines in the three panels on the right show the shares of energy carriers for each of the trajectories in the ternary diagram in 2100; the diamonds show the average share across a panel's models in 2010. Results are shown for those 120 scenarios assessed in Chapter 6, with model default technology assumptions that submitted detailed final energy and emissions data for the industrial sector. Source: WG III AR5 Scenario Database (see Annex II.10)

The IEA (2012d) 2DS scenario (Figure 10.14) shows a primary contribution to mitigation in 2050 from energy efficiency followed by recycling and energy recovery, fuel and feedstock switching, and a strong application of CCS to direct emissions. Carbon dioxide capture and storage has limited application before 2030, since $CO_2$ capture has yet to be applied at commercial scale in major industries such as cement or iron/steel and faces various barriers (see Section 10.9). Increased application of CCS is a precondition for rapid transitions and associated high levels of technology development and investment as well as social acceptance. The AIM 450 $CO_2$eq scenario (Akashi et al., 2013) has, for example, a stronger contribution from CCS than the IEA 2DS from 2030 onward, whereas the DNE21+ 450ppm $CO_2$eq scenario (Sano et al., 2013) has a weaker contribution as shown in Figure 10.14. These more detailed industry sector scenarios fall within the range of the full set of scenarios shown in Figure 10.11.

### 10.10.2   Transition, sustainable development, and investment

Transitions in industry will require significant investment and offer opportunities for sustainable development (e.g., employment). Investment and development opportunities may be greatest in regions where

industry is growing, particularly because investment in new facilities provides the opportunity to 'leapfrog', or avoid the use of less-efficient higher emissions technologies present in existing facilities, thus offering the opportunity for more sustainable development (for discussion of co-benefits and adverse side-effects when implementing mitigation options, see Section 10.8).

The wide range of scenarios implies that there will be massive investments in the industry sector over the 21st century. Mitigation scenarios generally imply an even greater investment in industry with shifts in investment focus. For example, due to an intensive use of mitigation technologies in the IEA's Blue Scenarios (IEA, 2009d), global investments in industry are 2–2.5 trillion USD higher by the middle of the century than in the reference case; successfully deploying these technologies requires not only consideration of competing investment options, but also removal of barriers and seizing of new opportunities (see Section 10.9).

The stringent mitigation scenarios discussed in Section 10.10.1 envisage emission intensity reductions, in particular due to deployment of CCS. However, public acceptance of widespread diffusion of CCS might hinder the realization of such scenarios. Taking the potential resistance into account, some alternative mitigation scenarios may require reduc-



**Figure 10.14 |** Mitigation of direct CO$_2$eq annual emissions in five major industrial sectors: iron/steel, cement, chemicals/petrochemicals, pulp/paper, and aluminium. The left panel shows results from IEA scenarios (IEA, 2012d), broken down by mitigation option. The tops of the bars show the IEA 4DS low demand scenario, the light blue bars show the 2DS low demand scenario. The bar layers show the mitigation options that contribute to the emission difference from the 4DS to the 2DS low demand scenario. The right panel shows mitigation by CCS of direct industrial emissions in IEA, AIM Enduse (Akashi et al., 2013 and Table A.II.14) and DNE21+ (Sano et al., 2013a, b; and Table A.II.14) models. Scenarios are shown for those subsectors where CCS was reported.

tion of energy service demand (Kainuma et al., 2013). For the industry sector, options to reduce material demand or reduce demand for products become important as the latter do not rely on investment challenges, although they face a different set of barriers and can have high transaction costs (see Section 10.9).

Industry-related climate change mitigation options vary widely and may positively or negatively affect employment. Identifying mitigation options that enhance positive effects (e.g., due to some energy efficiency improvements) and minimize the negative outcomes is therefore critical. Some studies have argued that climate change mitigation policies can lead to unemployment and economic downturn (e.g. Babiker and Eckaus, 2007; Chateau et al., 2011) because such policies can threaten labour demand (e. g. Martinez-Fernandez et al., 2010) and can be regressive (Timilsina, 2009). Alternatively, other studies suggest that environmental regulation could stimulate eco-innovation and investment in more efficient production techniques and result in increased employment (OECD, 2009). Particularly, deployment of efficient energy technologies can lead to higher employment (Wei et al., 2010; UNIDO, 2011) depending on how redistribution of investment funds takes place within an economy (Sathaye and Gupta, 2010).

## 10.11  Sectoral policies

It is important to note that there is no single policy that can address the full variety of mitigation options for the industry sector. In addition to overarching policies (see Chapter 15 in particular, and Chapters 14 and 16), combinations of sectoral policies are needed. The diverse and relatively even mix of policy types in the industrial sector reflects the fact that there are numerous barriers to energy and material efficiency in the sector (see Section 10.9), and that industry is quite heterogeneous. In addition, the level of energy efficiency of industrial facilities varies significantly, both within subsectors and within and across regions. Most countries or regions use a mix of policy instruments, many of which interact. For example, energy audits for energy-intensive manufacturing firms are regularly combined with voluntary/negotiated agreements and energy management schemes (Anderson and Newell, 2004; Price and Lu, 2011; Rezessy and Bertoldi, 2011; Stenqvist and Nilsson, 2012). Tax exemptions are often combined with an obligation to conduct energy audits (Tanaka, 2011). Current practice acknowledges the importance of policy portfolios (e.g., Brown et al., 2011), as well as the necessity to consider national contexts and unin-

tended behaviour of industrial companies. In terms of the latter, carbon leakage is relevant in the discussion of policies for industry (for a more in-depth analysis of carbon leakage see Chapter 5).

So far, only a few national governments have evaluated their industry-specific policy mixes (Reinaud and Goldberg, 2011). For the UK, Barker et al. (2007) modelled the impact of the UK Climate Change Agreements (CCAs) and estimated that from 2000 to 2010 they would result in a reduction of total final demand for energy of 2.6 % and a reduction in $CO_2$ emissions of 3.3 %. The CCAs established targets for industrial energy-efficiency improvements in energy-intensive industrial sectors; firms that met the targets qualified for a reduction of 80 % on the Climate Change Levy (CCL) rates on energy use in these sectors. Barker et al. (2007) also show that the macro-economic effect on the UK economy from the policies was positive.

In addition to dedicated sector-specific mitigation policies, co-benefits (see Section 10.8 and this report's framing chapters) should be considered. For example, local air quality standards have an indirect effect on mitigation as they set incentives for substitution of inefficient pro-duction technologies. Given the priorities of many governments, these indirect policies have played a relatively more effective role than climate policies, e.g. in India (Roy, 2010).

### 10.11.1    Energy efficiency

The use of energy efficiency policy in industry has increased appreciably in many IEA countries as well as major developing countries since the late 1990s (Roy, 2007; Worrell et al., 2009; Tanaka, 2011; Halsnæs et al., 2014). A review of 575 policy measures found that, as of 2010, information programmes are the most prevalent (40 %), followed by economic instruments (35 %), and measures such as regulatory approaches and voluntary actions (24 %) (Tanaka, 2011). Identification of energy efficiency opportunities through energy audits is the most popular measure, followed by subsidies, regulations for equipment efficiency, and voluntary/negotiated agreements. A classification of the various types of policies and their coverage are shown in Figure 10.15 and experiences in a range of these policies are analyzed below.



**Figure 10.15 |** Selected policies for energy efficiency in industry and their coverage (from Tanaka, 2011).

10

Greenhouse gas cap-and-trade and carbon tax schemes that aim to enhance energy efficiency in energy-intensive industry have been established in developed countries, particularly in the last decade, and are recently emerging in some developing countries. The largest example of these economic instruments by far is the European Emissions Trading Scheme (ETS). A more in-depth analysis of these overarching mechanisms is provided in Chapter 15.

Among regulatory approaches, regulations and energy efficiency standards for equipment have increased dramatically since 1992 (Tanaka, 2011). With regards to target-driven policies, one of the key initiatives for realizing the energy intensity reduction goals in China was the Top-1,000 Energy-Consuming Enterprises programme that required the establishment of energy-saving targets, energy use reporting systems and energy conservation plans, adoption of incentives and investments, and audits and training. The programme resulted in avoided $CO_2$ emissions of approximately 400 $MtCO_2$ compared to a business-as-usual baseline, and has been expanded to include more facilities under the new Top-10,000 enterprise programme. (Lin et al., 2011; Price et al., 2011; NDRC, 2011b)

Many firms (in particular SMEs) with rather low energy costs as a share of their revenue allocate fewer resources to improving energy efficiency, resulting in a low level of knowledge about the availability of energy-efficiency options (Gruber and Brand, 1991; Ghosh and Roy, 2011). Energy audits help to overcome such information barriers (Schleich, 2004) and can result in the faster adoption of energy-efficient measures (Fleiter et al., 2012b). The effectiveness of 22 industrial energy auditing programmes in 15 countries has been reviewed by Price and Lu (2011), who give recommendations on the success factors (e.g., use of public databases for benchmarking, use of incentives for participation in audits).

Energy Management Systems (EnMS) are a collection of business processes, carried out at plants and firms, designed to encourage and facilitate systematic improvement in energy efficiency. The typical elements of EnMS include maintenance checklists, measurement processes, performance indicators and benchmarks, progress reporting, and on-site energy managers (McKane, 2007). The adoption of EnMS schemes in industry can be mandatory, as in Japan, Italy, Turkey, or Portugal (Tanaka, 2011) or voluntary, and can be guided by standards, such as the international standard ISO 50001[21]. Backlund et al. and Thollander and Palm (2012; 2013) argue that improvement in practices identified by EnMS and audits should be given a greater role in studies of potential for energy efficiency, as most studies concentrate only on the technological and economic potentials.

There are a number of case studies that argue for the environmental and economic effectiveness of EnMS and energy audits (Anderson and Newell, 2004; Ogawa et al., 2011; Shen et al., 2012). Some

studies report very quick payback for energy efficiency investments identified during such assessments (Price et al., 2008). For example, a programme in Germany offering partial subsidies to SMEs for energy audits was found to have saved energy at a cost to the German government of 2.4–5.7 $USD_{2010}/tCO_2$ (Fleiter et al., 2012b). In another case, the energy audit program by the Energy Conservation Centre of Japan (ECCJ), was found to provide positive net benefits for society, defined as the net benefit to private firms minus the costs to government, of 65 $USD_{2010}/tCO_2$ (Kimura and Noda, 2010). On the other hand, there are also studies that report mixed results of some mandatory EMS and energy audits, where some companies did not achieve any energy efficiency improvements (Kimura and Noda, 2010).

Many countries use benchmarking to compare energy use among different facilities within a particular sector (Tanaka, 2008; Price and McKane, 2009). In the Netherlands, for example, the Benchmarking Covenants encourage companies to compare themselves to others and to commit to becoming among the most energy-efficient in the world. However, in many countries high-quality energy efficiency data for benchmarking is lacking (Saygin et al., 2011b).

Negotiated, or voluntary agreements (VAs), have been found in various assessments to be effective and cost-efficient (Rezessy and Bertoldi, 2011). Agreement programmes (e.g., in Ireland, France, the Netherlands, Denmark, UK, Sweden) were often responsible for increasing the adoption of energy-efficiency and mitigation technologies by industries beyond what would have been otherwise adopted without the programmes (Price et al., 2010; Stenqvist and Nilsson, 2012). Some key factors contributing to successful VAs appear to be a strong institutional framework, a robust and independent monitoring and evaluation system, credible mechanisms for dealing with non-compliance, capacity-building and—very importantly—accompanying measures such as free or subsidized energy audits, mandatory energy management plans, technical assistance, information and financing for implementation (Rezessy and Bertoldi, 2011), as well as dialogue between industry and government (Yamaguchi, 2012). Further discussion and examples of the effectiveness of VAs can be found in Chapter 15.

## 10.11.2   Emissions efficiency

Policies directed at increasing energy efficiency (discussed above) most often result in reduction of $CO_2$ intensity as well, in particular when the aim is to make the policy part of a wider policy mix addressing multiple policy objectives. Examples of emissions efficiency policy strategies include support schemes and fiscal incentives for fuel switching, R&D programmes for CCS, and inclusion of reduction of non-$CO_2$ gases in voluntary agreements (e.g., Japanese voluntary action plan Keidanren, see Chapter 15).

Regarding gases with a relatively high GWP such as HFCs, PFCs, and $SF_6$, successful policy examples exist for capture in the power

---

[21]   http://www.iso.org/iso/home/standards/management-standards/iso50001.htm.

sector (e.g., Japan; Nishimura and Sugiyama, 2008), but there is not much experience in the industry sector. The CDM has driven abatement of the industrial gases HFC-23 and $N_2O$ in developing countries because of monetary incentives (Michaelowa and Buen, 2012)[22]. Including high GWP emissions within the same cap and trade programme (and therefore prices) as energy-related emissions may draw opposition from the industries concerned, so special programmes for these gases could be a better alternative (Hall, 2007). Another option suggested is to charge an upfront fee that would then be refunded when the gases are later captured and destroyed (Hall, 2007).

### 10.11.3   Material efficiency

Policy instruments for material or resource use efficiency in general are only just starting to be promoted for mitigation of GHG emissions in industry; consequently, effective communication to industry on the need and potential for an integrated approach is still lacking (Lettenmeier et al., 2009). Similarly, waste management policies are still not driven by climate concerns, although the potential for GHG emission reductions through waste management is increasingly recognized and accounted for (see Section 10.14, e.g., Worrell and van Sluisveld, 2013). Several economic instruments (e.g., taxes and charges) related to waste disposal have been shown to be effective in preventing waste, although they do not necessarily lead to improved design measures being taken further upstream (Hogg et al., 2011).

A number of policy packages are directly and indirectly aimed at reducing material input per unit of product or unit of service demand. Some examples are the European Action Plan on Sustainable Consumption and Production (SCP) and Sustainable Industry (EC, 2008a), the EU's resource efficiency strategy and roadmap (EC, 2011, 2012b), and Germany's resource efficiency programme, ProgRess (BMU, 2012). SCP policies[23] include both voluntary and regulatory instruments, such as the EU Eco-design Directive, as well as the Green Public Procurement policies. Aside from setting a framework and long-term goals for future legislation and setting up networks and knowledge bases, these packages include few specific policies and, most importantly, do not set quantitative targets nor explicitly address the link between material efficiency and GHG emission reductions.

Some single policies (as opposed to policy packages) related to material efficiency do include an assessment of their impacts in terms of GHG emissions. For example, the UK's National Industrial Symbiosis Programme (NISP) brokers the exchange of resources between companies (for an explanation of industrial symbiosis, see Section 10.5).

An assessment of the savings through the NISP estimated that over 6 $MtCO_2eq$ were saved over the first five years (Laybourn and Morrissey, 2009). The PIUS-Check initiative by the German state of North Rhine-Westphalia (NRW) offers audits to companies where the relevant material flows are analyzed and recommendations for improvements are made. These PIUS-checks have been particularly successful in metal processing industries, and it is estimated that they have saved 20 thousand tonnes of $CO_2$ (EC, 2009).

In the Asia and Pacific region there are a number of region-specific policy instruments for climate change mitigation through SCP, such as the China Refrigerator Project, which realized emissions reductions of about 11 $MtCO_2$ between 1999 and 2005 by combining several practices including sustainable product design, technological innovation, eco-labelling, and awareness raising of consumers and retailers (SWITCH-Asia Network Facility, 2009). However, there is still a lack of solid ex-post assessments on SCP policy impacts.

Besides industry-specific policies there are policies with a different sector focus that influence industrial activity indirectly, by reducing the need for products (e.g., car pooling incentive schemes can lead to the production of less cars) or industrial materials (e.g., vehicle fuel economy targets can incentivize the design of lighter vehicles). A strategic approach in order to reflect the economy-wide resource use and the global risks may consist of national accounting systems beyond GDP[24] (Jackson, 2009; Roy and Pal, 2009; Arrow et al., 2010; GEA, 2012), including systems to account for increasing resource productivity (OECD, 2008; Bringezu and Bleischwitz, 2009) and of new international initiatives to spur systemic eco-innovations in key areas such as cement and steel production, light-weight cars, resource efficient construction, and reducing food waste.

# 10.12   Gaps in knowledge and data

The key challenge for making an assessment of the industry sector is the diversity in practices, which results in uncertainty, lack of comparability, incompleteness, and quality of data available in the public domain on process and technology specific energy use and costs. This diversity makes assessment of mitigation potential with high confidence at global and regional scales extremely difficult. Sector data are generally collected by industry/trade associations (international or national), are highly aggregated, and generally give little information about individual processes. The enormous variety of processes and technologies adds to the complexity of assessment (Tanaka, 2008, 2012; Siitonen et al., 2010).

---

[22]   For a more in-depth analysis of CDM as a policy instrument, see Chapter 13, Sections 13.7.2 and 13.13.1.2.

[23]   SCP policies are also covered in Chapter 4 (Sustainable Development and Equity, Section 4.4.3.1 SCP policies and programmes)

---

[24]   For example, the EU's "Beyond GDP Initiative": http://www.beyond-gdp.eu/

Other major gaps in knowledge identified are:

- A systematic approach and underlying methodologies to avoid double counting due to the many different ways of attributing emissions (10.1).
- An in-depth assessment of mitigation potential and associated costs achievable particularly through material efficiency and demand-side options (10.4).
- Analysis of climate change impacts on industry and industry-specific mitigation options, as well as options for adaptation (10.6).
- Comprehensive information on sector and sub-sector specific option-based mitigation potential and associated costs based on a comparable methodology and transparent assumptions (10.7).
- Effect on long-term scenarios of demand reduction strategies through an improved modelling of material flows, inclusion of regional producer behaviour model parameters in integrated models (10.10).
- Understanding of the net impacts of different types of policies, the mitigation potential of linked policies e.g., resource efficiency/energy efficiency policies, as well as policy as drivers of carbon leakage effects (10.11).

# 10.13  Frequently Asked Questions

## FAQ 10.1  How much does the industry sector contribute to GHG emissions?

Global industrial GHG emissions accounted for just over 30 % of global GHG emissions in 2010. Global industry and waste/wastewater GHG emissions grew from 10 $GtCO_2eq$ in 1990 to 13 $GtCO_2eq$ in 2005 to 15 $GtCO_2eq$ in 2010. Over half (52 %) of global direct GHG emissions from industry and waste/wastewater are from the ASIA region, followed by OECD-1990 (25 %), EIT (9 %), MAF (8 %), and LAM (6 %). GHG emissions from industry grew at an average annual rate of 3.5 % globally between 2005 and 2010. This included 7 % average annual growth in the ASIA region, followed by MAF (4.4 %) and LAM (2 %), and the EIT countries (0.1 %), but declined in the OECD-1990 countries (− 1.1 %). (10.3)

In 2010, industrial GHG emissions were comprised of direct energy-related $CO_2$ emissions of 5.3 $GtCO_2eq$, 5.2 $GtCO_2eq$ indirect $CO_2$ emissions from production of electricity and heat for industry, process $CO_2$ emissions of 2.6 $GtCO_2eq$, non-$CO_2$ GHG emissions of 0.9 $GtCO_2eq$, and waste/wastewater emissions of 1.4 $GtCO_2eq$. (10.3)

2010 direct and indirect emissions were dominated by $CO_2$ (85.1 %) followed by $CH_4$ (8.6 %), HFC (3.5 %), $N_2O$ (2.0 %), PFC (0.5 %) and $SF_6$ (0.4 %) emissions. Between 1990 and 2010, $N_2O$ emissions from adipic

acid and nitric acid production and PFC emissions from aluminium production decreased while HFC-23 emissions from HCFC-22 production increased. In the period 1990−2005, fluorinated gases (F-gases) were the most important non-$CO_2$ GHG source in manufacturing industry. (10.3)

## FAQ 10.2  What are the main mitigation options in the industry sector and what is the potential for reducing GHG emissions?

Most industry sector scenarios indicate that demand for materials (steel, cement, etc.) will increase by between 45 % to 60 % by 2050 relative to 2010 production levels. To achieve an absolute reduction in emissions from the industry sector will require a broad set of mitigation options going beyond current practices. Options for mitigation of GHG emissions from industry fall into the following categories: energy efficiency, emissions efficiency (including fuel and feedstock switching, carbon dioxide capture and storage), material efficiency (for example through reduced yield losses in production), re-use of materials and recycling of products, more intensive and longer use of products, and reduced demand for product services. (10.4, 10.10)

In the last two to three decades there have been strong improvements in energy and process efficiency in industry, driven by the relatively high share of energy costs. Many options for energy efficiency improvement still remain, and there is still potential to reduce the gap between actual energy use and the best practice in many industries. Based on broad deployment of best available technologies, the GHG emissions intensity of the sector could be reduced through energy efficiency by approximately 25 %. Through innovation, additional reductions of approximately 20 % in energy intensity may potentially be realized before approaching technological limits in some energy intensive industries. (10.4, 10.7)

In addition to energy efficiency, material efficiency—using less new material to provide the same final service—is an important and promising option for GHG reductions that has had little attention to date. Long-term step-change options, including a shift to low carbon electricity or radical product innovations (e.g., alternatives to cement), may have the potential to contribute to significant mitigation in the future. (10.4)

## FAQ 10.3  How will the level of product demand, interactions with other sectors, and collaboration within the industry sector affect emissions from industry?

The level of demand for new and replacement products has a significant effect on the activity level and resulting GHG emissions in the industry sector. Extending product life and using products more

intensively could contribute to reduction of product demand without reducing the service. However, assessment of such strategies needs a careful net-balance (including calculation of energy demand in the production process and associated GHG emissions). Absolute emission reductions can also come about through changes in lifestyle and their corresponding demand levels, be it directly (e.g., for food, textiles) or indirectly (e.g., for product/service demand related to tourism). (10.4)

Mitigation strategies in other sectors may lead to increased emissions in industry if they require enhanced use of energy intensive materials (e.g., higher production of solar cells (PV) and insulation materials for buildings). Moreover, collaborative interactions within the industry sector and between the industry sector and other economic sectors have significant potential for mitigation (e.g., heat cascading). In addition, inter-sectoral cooperation, i.e., collaborative interactions among industries in industrial parks or with regional eco-industrial networks, can contribute to mitigation. (10.5)

### FAQ 10.4 What are the barriers to reducing emissions in industry and how can these be overcome? Are there any co-benefits associated with mitigation actions in industry?

Implementation of mitigation measures in industry faces a variety of barriers. Typical examples include: the expectation of high return on investment (short payback period); high capital costs and long project development times for some measures; lack of access to capital for energy efficiency improvements and feedstock/fuel change; fair market value for cogenerated electricity to the grid; and costs/lack of awareness of need for control of HFC leakage. In addition, businesses today are mainly rewarded for growing sales volumes and can prefer process innovation over product innovation. Existing national accounting systems based on GDP indicators also support the pursuit of actions and policies that aim to increase demand for products and do not trigger product demand reduction strategies. (10.9)

Addressing the causes of investment risk, and better provisioning of user demand in the pursuit of human well-being could enable the reduction of industry emissions. Improvements in technologies, efficient sector specific policies (e.g., economic instruments, regulatory approaches and voluntary agreements), and information and energy management programmes could all contribute to overcome technological, financial, institutional, legal, and cultural barriers. (10.9, 10.11)

Implementation of mitigation measures in industries and related policies might gain momentum if co-benefits (10.8) are considered along with direct economic costs and benefits (10.7). Mitigation actions can improve cost competitiveness, lead to new market opportunities, and enhance corporate reputation through indirect social and environmental benefits at the local level. Associated positive health effects can enhance public acceptance. Mitigation can also lead to job creation and wider environmental gains such as reduced air and water pollution and reduced extraction of raw materials which in turn leads to reduced GHG emissions. (10.8)

## 10.14  Appendix: Waste

### 10.14.1   Introduction

Waste generation and reuse is an integral part of human activity. Figure 10.2 and Section 10.4 have shown how industries enhance resource use efficiency through recycling or reuse before discarding resources to landfills, which follows the waste hierarchy shown in Figure 10.16. Several mitigation options exist at the pre-consumer stage. Most important is reduction in waste during production processes. With regard to post-consumer waste, associated GHG emissions heavily depend on how waste is treated.

This section provides a summary of knowledge on current emissions from wastes generated from various economic activities (focusing on solid waste and wastewater) and discusses the mitigation options to reduce emissions and recover materials and energy from solid wastes.

### 10.14.2   Emissions trends

#### 10.14.2.1   Solid waste disposal

The 'hierarchy of waste management' as shown in Figure 10.16, places waste reduction at the top, followed by re-use, recycling, energy recovery (including anaerobic digestion), treatment without energy recovery (including incineration and composting) and four types of landfills ranging from modern sanitary landfills that treat liquid effluents and also attempt to capture and use the generated biogas, through to traditional non-sanitary landfills (waste designated sites that lack controlled measures) and open burning. Finally, at the bottom of the pyramid are crude disposal methods in the form of waste dumps (designated or non-designated waste disposal sites without any kind of treatment) that are still dominant in many parts of the world. The hierarchy shown in Figure 10.16 provides general guidance. However, lifecycle assessment of the overall impacts of a waste management strategy for specific waste composition and local circumstances may change the priority order (EC, 2008b).

Municipal solid wastes (MSW) are the most visible and troublesome residues of human society. The total amount of MSW gener-

ated globally has been estimated at about 1.5 Gt per year (Themelis, 2007) and it is expected to increase to approximately 2.2 Gt by 2025 (Hoornweg and Bhada-Tata, 2012). Of the current amount, approximately 300 Mt are recycled, 200 Mt are treated with energy recovery, another 200 Mt are disposed in sanitary landfills, and the remaining 800 Mt are discarded in non-sanitary landfills or dumps. Thus, much of the recoverable matter in MSW is dispersed through mixing with other materials and exposure to reactive environmental conditions. The implications for GHG and other emissions are related not only to the direct emissions from waste management, but also to the emissions from production of materials to replace those lost in the waste.

Figure 10.17 presents global emissions from waste from 1970 until 2010 based on EDGAR version 4.2. Methane emissions from solid waste disposal almost doubled between 1970 and 2010. The drop in $CH_4$ emissions from solid waste disposal sites (SWDS) starting around 1990 is most likely related to the decrease in such emissions in Europe and the United States. However, it is important to note that the First Order Decay (FOD) model used in estimating emissions from solid waste disposal sites in the EDGAR database does not account for climate and soil micro-climate conditions like California Landfill Methane

Inventory Model (CALMIM) (see Spokas et al., 2011; Spokas and Bogner, 2011; Bogner et al., 2011).

Global waste emissions per unit of GDP decreased 27 % from 1970 to 1990 and 34 % from 1990 to 2010, with a decrease of 48 % for the entire period (1970–2010). Global waste emissions per capita increased 10 % between 1970 and 1990, decreased 5 % from 1990 to 2010, with a net increase of 5 % for the entire period 1970–2010 (Figure 10.17). Several reasons may explain these trends: GHG emissions from waste in EU, mainly from solid waste disposal on land and wastewater handling decreased by 19.4 % in the decade 2000–2009; the decline is notable when compared to total EU27 emissions over the same period, which decreased by 9.3 %[25]. Energy production from waste in the EU in 2009 was more than double that generated in 2000, while biogas has experienced a 270 % increase in the same period. With the introduction of the Landfill Directive 10 1999/31/EC, the EU has established a powerful tool to reduce the amount of biodegradable municipal waste disposed in landfills (Blodgett and Parker, 2010). Moreover, methane emissions from landfills in the United States

---

[25]  Eurostat 2013, available at http://epp.eurostat.ec.europa.eu/statistics_explained/index.php/Climate_change_-_driving_forces.



**Figure 10.16 |** The hierarchy of waste management. The priority order and colour coding is based on the five main groups of waste hierarchy classification (Prevention; Preparing for Re-Use; Recycling; Other Recovery e.g., Energy Recovery; and Disposal) outlined by the European Commission (EC, 2008b).



**Figure 10.17** | Global waste emissions MtCO$_2$eq/year, global waste emissions per GDP and global waste emissions per capita referred to 1970 values. Based on JRC/PBL (2013), see Annex II.9.

decreased by approximately 27% from 1990 to 2010. This net emissions decrease can be attributed to many factors, including changes in waste composition, an increase in the amount of landfill gas collected and combusted, a higher frequency of composting, and increased rates of recovery of degradable materials for recycling, e.g., paper and paperboard (EPA, 2012b).

China's GHG emissions in the waste sector increased rapidly in the 1981 to 2009 period, along with the growing scale of waste generation by industries as well as households in urban and rural areas (Qu and Yang, 2011). A 79% increase in landfill methane emissions was estimated between 1990 (2.4 Mt) and 2000 (4.4 Mt) due to changes in both the amount and composition of municipal waste generated (Streets et al., 2001) and emission of China's waste sector will peak at 33.2 MtCO$_2$eq in 2024 (Qu and Yang, 2011). In India (INCCA, 2010), the waste sector contributed 3% of total national CO$_2$ emission equivalent of which 22% is from municipal solid waste and the rest are from domestic wastewater (40%) and industrial wastewater (38%). Domestic wastewater is the dominant source of CH$_4$ in India. The decrease of GHG emissions in the waste sector in the EU and the United States from 1990 to 2009 has not been enough to compensate for the increase of emissions in other regions resulting in an overall increasing trend of total waste-related GHG emissions in that period.

### 10.14.2.2   Wastewater

Methane and nitrous oxide emissions from wastewater steadily increased during the last decades reaching 667 and 108 MtCO$_2$eq in 2010, respectively. Methane emissions from domestic/commercial and industrial categories are responsible for 86% of wastewater GHG emissions during the period 1970–2010, while the domestic/commercial sector was responsible for approximately 80% of the methane emissions from wastewater category.

**10**

### 10.14.3  Technological options for mitigation of emissions from waste

#### 10.14.3.1  Pre-consumer waste

**Waste reduction**

Pre-consumer (or post-industrial) waste is the material diverted from the waste stream during a manufacturing process that does not reach the end user. This does not include the reutilization of materials generated in a process that can be re-used as a substitute for raw materials (10.4) without being modified in any way. Waste reduction at the pre-consumer stage can be achieved by optimizing the use of raw materials, e.g., arranging the pattern of pieces to be cut on a length of fabric or metal sheet enable maximum utilization of material with minimum of waste.

**Recycling and reuse**

Material substitution through waste generated from an industrial process or manufacturing chain can lead to reduction in total energy requirements (10.4) and hence emissions. Section 10.4 discusses options for recycling and reuse in the manufacturing industries. The same section also discusses the use of municipal solid waste as energy source or feedstock, e.g., for the cement industry, as well as the possible use of industrial waste for mineralization approaches for CCS.

#### 10.14.3.2  Post-consumer waste

Pre-consumer (or post-industrial) waste is the material resulting from a manufacturing process, which joins the waste stream and does not reach the end use. The top priority of the post-consumer waste management is reduction followed by re-use and recycling.

**Waste reduction**

To a certain extent, the amount of post-consumer waste is related to lifestyle. On a per capita basis, Japan and the EU have about 60 % of the US waste generation rates based significantly on different consumer behavior and regulations. Globally, a visionary goal of 'zero waste' assists countries in designing waste reduction strategies, technologies, and practices, keeping in mind other resource availability like land. Home composting has been successfully used in some regions, which reduces municipal waste generation rates (Favoino and Hogg, 2008; Andersen et al., 2010).

Non-technological behavioural strategies aim to avoid or reduce waste, for instance by decoupling waste generation from economic activity levels such as GDP (Mazzanti and Zoboli, 2008). In addition, strategies are in place that aim to enhance the use of materials and products that are easy to recycle, reuse, and recover (Sections 10.4, 10.11) in close proximity facilities.

Post-consumer waste can be linked with pre-consumer material through the principle of Extended Producer Responsibility in order to divert the waste going to landfills. This principle or policy is the explicit attribution of responsibility to the waste-generating parties, preferably already in the pre-consumer phase. In Germany, for example, the principle of producer responsibility for their products in the post-consuming phase is made concrete by the issuing of regulations (de Jong, 1997). Sustainable consumption and production and its influence on waste minimization are discussed also in Section 10.11.

**Recycling/reuse**

If reduction of post-consumer waste cannot be achieved, reuse and recycling is the next priority in order to reduce the amount of waste produced and to divert it from disposal (Valerio, 2010). Recycling of post-consumer waste can be achieved with high economic value to protect the environment and conserve the natural resources (El-Haggar, 2010). Section 10.4 discusses this in the context of reuse in industries.

As cities have become hotspots of material flows and stock density (Baccini and Brunner, 2012, p. 31) (see Chapter 12), MSW can be seen as a material reservoir that can be mined. This can be done not only through current recycling and/or energy recovery processes (10.4), but also by properly depositing and concentrating substances (e.g., metals, paper, plastic) in order to make their recuperation technically and economically viable in the future. The current amount of materials accumulated mainly in old/mature settlements, for the most part located in developed countries (Graedel, 2010), exceeds the amount of waste currently produced (Baccini and Brunner, 2012, p. 50).

With a high degree of agreement, it has been suggested that urban mining (as a contribution towards a zero waste scenario) could reduce important energy inputs of material future demands in contrast to domestically produced and, even more important for some countries, imported materials, while contributing to future material accessibility.

**Landfilling and methane capture from landfills**

It has been estimated (Themelis and Ulloa, 2007) that annually about 50 Mt of methane is generated in global landfills, 6 Mt of which are captured at sanitary landfills. Sanitary landfills that are equipped to capture methane at best capture 50 % of the methane generated; however, significantly higher collection efficiencies have been demonstrated at certain well designed and operated landfills with final caps/covers of up to 95 %.

The capital investment needed to build a sanitary landfill is less than 30 % of a waste-to-energy (WTE) plant of the same daily capacity. However, because of the higher production of electricity (average of 0.55 MWh of electricity per metric tonne of MSW in the U.S. vs 0.1

MWh for a sanitary landfill), a WTE plant is usually more economic over its lifetime of 30 years or more (Themelis and Ulloa, 2007). In other regions, however, the production of methane from landfills may be lower due to the reduction of biodegradable fraction entering the landfills or operating costs may be lower. Therefore, economics of both options may be different in such cases.

## Landfill aeration

Landfill aeration can be considered as an effective method for GHG emissions reduction in the future (Ritzkowski and Stegmann, 2010). In situ aeration is one technology that introduces ambient air into MSW landfills to enhance biological processes and to inhibit methane production (Chai et al., 2013). Ambient air is introduced in the landfill via a system of gas wells, which results in accelerated aerobic stabilization of deposited waste. The resulting gas is collected and treated (Heyer et al., 2005; Prantl et al., 2006). Biological stabilization of the waste using in-situ aeration provides the possibility to reduce both the actual emissions and the emission potential of the waste material (Prantl et al., 2006).

Landfill aeration, which is not widely applied yet, is a promising technology for treating the residual methane from landfills utilizing landfill gas for energy when energy recovery becomes economically unattractive (Heyer et al., 2005; Ritzkowski et al., 2006; Rich et al., 2008). In the absence of mandatory environmental regulations that require the collection and flaring of landfill gas, landfill aeration might be applied to closed landfills or landfill cells without prior gas collection and disposal or utilization. For an in situ aerated landfill in northern Germany, for example, landfill aeration achieved a reduction in methane emissions by 83% to 95% under strictly controlled conditions (Ritzkowski and Stegmann, 2010). Pinjing et al. (2011) show that landfill aeration is associated with increased $N_2O$ emissions.

## Composting and anaerobic digestion

Municipal solid waste (MSW) contains 'green' wastes such as leaves, grass, and other garden and park residues, and also food wastes. Generally, green wastes are source-separated and composted aerobically (i.e., in presence of oxygen) in windrows. However, food wastes contain meat and other substances that, when composted in windrows, emit unpleasant odours. Therefore, food wastes need to be anaerobically digested in closed biochemical reactors. The methane generated in these reactors can be used in a gas engine to produce electricity, or for heating purposes. Source separation, collection, and anaerobic digestion of food wastes are costly and so far have been applied to small quantities of food wastes in a few cities (e.g., Barcelona, Toronto, Vienna; Arsova, 2010), except in cases where some food wastes are co-digested with agricultural residues. In contrast, windrow composting is practiced widely; for example, 62% of the U.S. green wastes (22.7 million tonnes) were composted aerobically in 2006 (Arsova et al., 2008), while only 0.68 million tonnes of food wastes (i.e., 2.2% of total food wastes; EPA, 2006a) were recovered.

## Energy recovery from waste

With the exception of metals, glass, and other inorganic materials, MSW consists of biogenic and petrochemical compounds made of carbon and hydrogen atoms.

The energy contained in solid wastes can be recovered by means of several thermal treatment technologies including combustion of as-received solid wastes on a moving grate, shredding of MSW and combustion on a grate or fluidized bed, mechanical-biological treatment (MBT) of MSW into compost, refuse-derived fuel (RDF) or biogas from anaerobic digestion, partial combustion and gasification to a synthetic gas that is then combusted in a second chamber, and pyrolysis of source-separated plastic wastes to a synthetic oil. At this time, an estimated 90% of the world's WTE capacity (i.e., about 180 Mt per year) is based on combustion of as-received MSW on a moving grate; the same is true of the nearly 120 new WTE plants that were built worldwide in the period of 2000–2007 (Themelis, 2007).

WTE plants require sophisticated Air Pollution Control (APC) systems that constitute a large part of the plant. In the last twenty years, because of the elaborate and costly APC systems, modern WTE plants have become one of the cleanest high temperature industrial processes (Nzihou et al., 2012). Source separation of high moisture organic wastes from the MSW increases the thermal efficiency of WTE plants.

Most of the mitigation options mentioned above require expenditures and, therefore, are more prevalent in developed countries with higher GDP levels. A notable exception to this general rule is China, where government policy has encouraged the construction of over 100 WTE plants during the first decade of the 21st century (Dong, 2011). Figure 10.18 shows the share of different management practices concerning the MSW generated in several nations (Themelis and Bourtsalas, 2013). China, with 18% WTE and less than 3% recycling, is at the level of Slovakia.

The average chemical energy stored in MSW is about 10 MJ/kg (lower heating value, LHV), corresponding to about 2.8 MWh per tonne. The average net thermal efficiency of U.S. WTE plants (i.e., electricity to the grid) is 20%, which corresponds to 0.56 MWh per tonne of MSW. However, additional energy can be recovered from the exhaust steam of the turbine generator. For example, some plants in Denmark and elsewhere recover 0.5 MWh of electricity plus 1 MWh of district heating. A full discussion of the R1 factor, used in the EU for defining overall thermal efficiency of a WTE plant can be found in Themelis et al. (2013).

Studies of the biogenic and fossil-based carbon based on C14-C12 measurements on stack gas of nearly forty WTE plants in the United States have shown that about 65% of the carbon content of MSW is biogenic (i.e., from paper, food wastes, wood, etc.) (Themelis et al., 2013) .

10



**Figure 10.18** | Management practices concerning MSW in several nations (based on World Bank and national statistics, methodology described in Themelis and Bourtsalas (2013).

### 10.14.3.3  Wastewater

As a preventive measure, primary and secondary aerobic and land treatment help reduce $CH_4$ emissions during wastewater treatment. Alternatively, $CH_4$ emissions from wastewater, including sludge treatment under anaerobic conditions, can be captured and used as an energy source (Karakurt et al., 2012). Nitrous oxide is mainly released during biological nitrogen removal in wastewater treatment plants, primarily in aerated zones thus improved plant design and operational strategies (availability of dissolved oxygen, chemical oxygen demand and nitrogen ratio COD/N) have to be achieved in order to avoid the stripping of nitrous emissions (Kampschreur et al., 2009; Law et al., 2012).

Most developed countries rely on centralized aerobic/anaerobic wastewater treatment plants to handle their municipal wastewater. In devel-

oping countries, there is little or no collection and treatment of wastewater, anaerobic systems such as latrines, open sewers, or lagoons (Karakurt et al., 2012). Approximately 47% of wastewater produced in the domestic and manufacturing sectors is untreated, particularly in South and Southeast Asia, but also in Northern Africa as well as Central and South America (Flörke et al., 2013). Wastewater treatment plants are highly capital-intensive but inflexible to adapt to growing demands, especially in rapidly expanding cities. Therefore, innovations related to decentralized wastewater infrastructure are becoming promising. These innovations include satellite systems, actions to achieve reduced wastewater flows, recovery and utilization of the energy content present in wastewater, recovery of nutrients, and the production of water for recycling, which will be needed to address the impacts of population growth and climate change (Larsen et al., 2013).

Industrial wastewater from the food industry usually has both high biochemical and chemical oxygen demand and suspended solid concentrations of organic origin that induce a higher GHG production per volume of wastewater treated compared to municipal wastewater treatment. The characteristics of the wastewater and the off-site GHG emissions have a significant impact on the total GHG emissions attributed to the wastewater treatment plants (Bani Shahabadi et al., 2009). For example, in the food processing industry with aerobic/anaerobic/hybrid process, the biological processes in the treatment plant made for the highest contribution to GHG emissions in the aerobic treatment system, while off-site emissions are mainly due to material usage and represent the highest emissions in anaerobic and hybrid treatment systems. Industrial cluster development in developing countries like China and India are enhancing wastewater treatment and recycling (see also Section 10.5).

Regional variation in wastewater quality matters in terms of performance of technological options. Conventional systems may be technologically inadequate to handle the locally produced sewage in arid areas like the Middle East. In these areas, domestic wastewater are up to five times more concentrated in the amount of biochemical and/or chemical oxygen demand per volume of sewage in comparison with United States and Europe, causing large amounts of sludge production. In these cases, choosing an appropriate treatment technology for the community could be a sustainable solution for wastewater management and emissions control. Example solutions include upflow anaerobic sludge blanket, hybrid reactors, soil aquifer treatment, approaches based on pathogens treatment, and reuse of the treated effluent for agricultural reuse (Bdour et al., 2009).

Wetlands can be a sustainable solution for municipal wastewater treatment due to their low cost, simple operation and maintenance, minimal secondary pollution, favourable environmental appearance, and other ecosystem service benefits (Mukherjee, 1999; Chen et al., 2008, 2011; Mukherjee and Gupta, 2011). It has been demonstrated that wetlands are a less energy intensive option than conventional wastewater treatment systems despite differences in costs across technologies and socio-economic contexts (Gao et al., 2012), but such sys-

tems are facing challenges in urban areas from demand for land for other economic activities (Mukherjee, 1999).

It has been highlighted that wastewater treatment with anaerobic sludge digestion and methane recovery and use for energy purposes reduces methane emissions (Bani Shahabadi et al., 2009; Foley et al., 2010; Massé et al., 2011; Fine and Hadas, 2012; Abbasi et al., 2012; Liu et al., 2012b; Wang et al., 2012b). Anaerobic digestion also provides an efficient means to reduce pollutant loads when high-strength organic wastewater (food waste, brewery, animal manure) have to be treated (Shin et al., 2011), although adequate regulatory policy incentives are needed for widespread implementation in developed and developing countries (Massé et al., 2011).

Advanced treatment technologies such as membrane filtration, ozonation, aeration efficiency, bacteria mix, and engineered nanomaterials (Xu et al., 2011b; Brame et al., 2011) may enhance GHG emissions reduction in wastewater treatment, and some such technologies, for example membranes, have increased the competitiveness and decentralization (Fane, 2007; Libralato et al., 2012).

The existence of a shared location and infrastructure can also facilitate the identification and implementation of more synergy opportunities to reduce industrial water provision and wastewater treatment, therefore abating GHG emissions from industry. The concept of eco-industrial parks is discussed in Section 10.5.

### 10.14.4  Summary results on costs and potentials

Figure 10.19 and Figure 10.20 present the potentials and costs of selected mitigation options to reduce the GHG emissions of the two waste sectors that represent 90 % of waste related emissions: solid waste disposal (0.67 GtCO$_2$eq) and domestic wastewater (0.77 GtCO$_2$eq) emissions (JRC/PBL, 2013). For solid waste, potentials are presented in tCO$_2$eq/t solid waste and for wastewater and in tCO$_2$eq/t BOD$_5$ as % compared to current global average.

Six mitigation options for solid waste and three mitigation options for wastewater are assessed and presented in the figures. The reference case and the basis for mitigation potentials were derived from IPCC 2006 guidelines. Abatement costs and potentials are based on EPA (2006b; 2013).

The actual costs and potentials of the abatement options vary widely across regions and design of a treatment methodology. Given that technology options to reduce emissions from industrial and municipal waste are the same, it is not further distinguished in the approach. Furthermore, the potential of reductions from emissions from landfills are directly related to climatic conditions as well as to the age and amount of landfill, both of which are not included in the chosen approach. Emission factors are global annual averages (derived from IPCC 2006 guideline aggregated regional averages). The actual emission factor differs between types of waste, climatic regions, and age of



**Figure 10.19 |** Indicative CO$_2$eq emission intensities and levelized cost of conserved carbon of municipal solid waste disposal practices/technologies (for data and methodology, see Annex III).



**Figure 10.20 |** Indicative CO$_2$eq emission intensities and levelized cost of conserved carbon of different wastewater treatments (for underlying data and methodology, see Annex III).

the landfill, explaining the wide range for each technology. The mitigation potential for waste is derived by comparing the emission range from a reference technology (e.g., a landfill) with the emission range for a chosen technology. The GHG coverage for solid waste is focused on methane, which is the most significant emission from landfilling; other GHG gases such as $N_2O$ only play a minor role in the landfill solid waste sector and are neglected in this study (except for composting).

In the case of landfills, the top five emitting countries account for 27% of the total abatement potential in the sector (United States 2%, China 6%, Mexico 9%, Malaysia 3%, and Russia 2%). The distribution of the remaining potential per region is: Africa 16%, Central and South America 9%, Middle East 9%, Europe 19%, Eurasia 2%, Asia 15%, and North America 4% (EPA, 2013).

In the case of wastewater, 58% of the abatement potential is concentrated in the top five emitting countries (United States 7%, Indonesia 9%, Mexico 10%, Nigeria 10%, and China 23%). The distribution of the remaining potential per region is: Africa 5%, Central and South America 5%, Middle East 14%, Europe 5%, Eurasia 4%, and Asia 10% (EPA, 2013).

The United States EPA has produced two studies with cost estimates of abatement in the solid waste sector (EPA, 2006b, 2013) which found a large range for options to reduce landfill (e.g., incineration, anaerobic digestion, and composting) of up to 590 $USD_{2010}/tCO_2eq$ if the technology is only implemented for the sake of GHG emission reduction. However, the studies highlight that there are significant opportunities for $CH_4$ reductions in the landfill sector at carbon prices below 20 $USD_{2010}$. Improving landfill practices mainly by flaring and $CH_4$ utilization are low cost options, as both generate costs in the lower range (0—50 $USD_{2010}/tCO_2eq$).

The costs of the abatement options shown vary widely between individual regions and from plant to plant. The cost estimates should, for that reason, be regarded as indicative only and depend on a number of factors including capital stock turnover, relative energy costs, regional climate conditions, waste fee structures, etc. Furthermore, the method does not reflect the time variation in solid waste disposal and the degradation process as it assumes that all potential methane is released the year the solid waste is disposed.

The unit tonne biological oxygen demand (t BOD) stands for the organic content of wastewater ('loading') and represents the oxygen consumed by wastewater during decomposition. The average for domestic wastewater is in a range of 110–400 mg/l and is directly connected to climate conditions. Costs and potentials are global averages, but based on region-specific information. Options that are more often used in developing countries are not considered since data availability is limited. However, options like septic tanks, open sewers, and lagoons are low cost options with an impact of reducing GHG emission compared to untreated wastewater that is stored in a stagnant sewer under open and warm conditions.

The methane correction factor applied is based on the IPCC guidelines and gives an indication of the amount of methane that is released by applying the technology; furthermore emissions from $N_2O$ have not been included as they play an insignificant role in domestic wastewater. Except in countries with advanced centralized wastewater treatment plants with nitrification and denitrification steps (IPCC, 2006), establishing a structured collection system for wastewater will always have an impact on GHG emissions in the waste sector.

Cost estimates of abatement in the domestic wastewater are provided in EPA (2006b; 2013), which find a large range for the options of 0 to 530 $USD_{2010}/tCO_2eq$ with almost no variation across options. The actual costs of the abatement options shown vary widely between individual regions and from the design set up of a treatment methodology. Especially for wastewater treatment, the cost ranges largely depend on national circumstances like climate conditions (chemical process will be accelerated under warm conditions), economic development, and cultural aspects. The data availability for domestic wastewater options, especially on costs, is very low and would result in large ranges, which imply large uncertainties for each of the option. Mitigation potentials for landfills (in terms of % of potential above emissions for 2030) is double compared with wastewater (EPA, 2013). The mitigation potential for wastewater tends to concentrate in the higher costs options due to the significant costs of constructing public wastewater collection systems and centralized treatment facilities.

# References

**Abbasi T., S.M. Tauseef, and S.A. Abbasi (2012).** Anaerobic digestion for global warming control and energy generation—An overview. *Renewable and Sustainable Energy Reviews* **16**, 3228–3242. doi: 10.1016/j.rser.2012.02.046, ISSN: 1364-0321.

**Agrawal V.V., M. Ferguson, L.B. Toktay, and V.M. Thomas (2012).** Is Leasing Greener Than Selling? *Management Science* **58**, 523–533. doi: 10.1287/mnsc.1110.1428, ISSN: 0025-1909.

**Ahmad N., and A. Wyckoff (2003).** *Carbon Dioxide Emissions Embodied in International Trade of Goods*. Organisation for Economic Co-Operation and Development, Paris. Available at: http://www.oecd-ilibrary.org/content/workingpaper/421482436815.

**Akashi O., T. Hanaoka, T. Masui, and M. Kainuma (2013).** Halving global GHG emissions by 2050 without depending on nuclear and CCS. *Climatic Change*, 1–12. doi: 10.1007/s10584-013-0942-x, ISSN: 0165-0009, 1573–1480.

**Akashi O., T. Hanaoka, Y. Matsuoka, and M. Kainuma (2011).** A projection for global $CO_2$ emissions from the industrial sector through 2030 based on activity level and technology changes. *Energy* **36**, 1855–1867. doi: 10.1016/j.energy.2010.08.016, ISSN: 0360-5442.

**Allwood J.M., M. F. Ashby, T.G. Gutowski, and E. Worrell (2011).** Material efficiency: A white paper. *Resources, Conservation and Recycling* **55**, 362–381. doi: 10.1016/j.resconrec.2010.11.002, ISSN: 0921-3449.

**Allwood J.M., M. F. Ashby, T.G. Gutowski, and E. Worrell (2013).** Material efficiency: providing material services with less material production. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **371**, 2–15. doi: 10.1098/rsta.2012.0496.

**Allwood J.M., J.M. Cullen, M.A. Carruth, D.R. Cooper, M. McBrien, R.L. Milford, M. Moynihan, and A.C.H. Patel (2012).** *Sustainable Materials: With Both Eyes Open*. UIT Cambridge Ltd, Cambridge, England, 373 pp. ISBN: 9781906860059.

**Allwood J.M., J.M. Cullen, and R.L. Milford (2010).** Options for Achieving a 50% Cut in Industrial Carbon Emissions by 2050. *Environmental Science & Technology* **44**, 1888–1894. doi: 10.1021/es902909k, ISSN: 0013-936X.

**Allwood J.M., S.E. Laursen, S.N. Russell, C.M. de Rodríguez, and N.M.P. Bocken (2008).** An approach to scenario analysis of the sustainability of an industrial sector applied to clothing and textiles in the UK. *Journal of Cleaner Production* **16**, 1234–1246. doi: 10.1016/j.jclepro.2007.06.014, ISSN: 0959-6526.

**Andersen J.K., A. Boldrin, T.H. Christensen, and C. Scheutz (2010).** Greenhouse gas emissions from home composting of organic household waste. *Waste Management (New York, N.Y.)* **30**, 2475–2482. doi: 10.1016/j.wasman.2010.07.004, ISSN: 1879-2456.

**Anderson S., and R.G. Newell (2004).** Information programs for technology adoption: the case of energy-efficiency audits. *Resource and Energy Economics* **26**, 27–50.

**APP (2010).** *Energy Efficiency and Resource Saving Technologies in the Cement Industry*. Asia Pacific Partnership on Clean Development and Climate, 232 pp. Available at: http://www.asiapacificpartnership.org/pdf/Projects/Cement/APP_Booklet_of_Cement_Technology.pdf.

**Arrow K.J., P. Dasgupta, L.H. Goulder, K.J. Mumford, and K. Oleson (2010).** *Sustainability and the Measurement of Wealth*. National Bureau of Economic Research, Cambridge, MA, 42 pp. Available at: http://www.nber.org/papers/w16599.

**Arsova L. (2010).** Anaerobic digestion of food waste: Current status, problems and an alternative product. Columbia University.

**Arsova L., R. van Haaren, N. Golstein, S.M. Kaufman, and N.J. Themelis (2008).** State of Garbage in America. *BioCycle* **49**, 22–27. Available at: http://www.biocycle.net/2008/12/22/the-state-of-garbage-in-america-3/.

**Arvedi G., F. Mazzolari, A. Bianchi, G. Holleis, J. Siegl, and A. Angerbauer (2008).** The Arvedi Endless Strip Production line (ESP): from liquid steel to hot-rolled coil in seven minutes. *Revue de Métallurgie* **105**, 398–407. doi: 10.1051/metal:2008057, ISSN: 0035-1563, 1156–3141.

**Ashby M.F. (2009).** *Materials and the Environment: Eco-Informed Material Choice*. Butterworth-Heinemann, Burlington, MA, USA, ISBN: 978-1856176088.

**Aunan K., J. Fang, H. Vennemo, K. Oye, and H.M. Seip (2004).** Co-benefits of climate policy—lessons learned from a study in Shanxi, China. *Energy Policy* **32**, 567–581. doi: 10.1016/S0301-4215(03)00156-3, ISSN: 0301-4215.

**Babiker M.H., and R.S. Eckaus (2007).** Unemployment effects of climate policy. *Environmental Science & Policy* **10**, 600–609. doi: 10.1016/j.envsci.2007.05.002, ISSN: 1462-9011.

**Baccini P., and P.H. Brunner (2012).** *Metabolism of the Anthroposphere: Analysis, Evaluation, Design*. MIT Press, Cambridge, MA, 405 pp. ISBN: 9780262016650.

**Backlund S., P. Thollander, J. Palm, and M. Ottosson (2012).** Extending the energy efficiency gap. *Energy Policy* **51**, 392–396. doi: 10.1016/j.enpol.2012.08.042, ISSN: 0301-4215.

**Bailey M., R. Lauman, G. Wicks, and B. Crumrine (2009).** Get 'er Done! How to Implement Energy Efficiency Projects by Understanding Organizational Behavior and Decision Making.

**Bajželj B., J.M. Allwood, and J.M. Cullen (2013).** Designing Climate Change Mitigation Plans That Add Up. *Environmental Science & Technology* **47**, 8062–8069. doi: 10.1021/es400399h, ISSN: 0013-936X.

**Bani Shahabadi M., L. Yerushalmi, and F. Haghighat (2009).** Impact of process design on greenhouse gas (GHG) generation by wastewater treatment plants. *Water Research* **43**, 2679–2687. doi: 10.1016/j.watres.2009.02.040, ISSN: 0043-1354.

**Barker T., P. Ekins, and T. Foxon (2007).** Macroeconomic effects of efficiency policies for energy-intensive industries: The case of the UK Climate Change Agreements, 2000–2010. *Energy Economics* **29**, 760–778. doi: 10.1016/j.eneco.2006.12.008, ISSN: 0140-9883.

**Barker D.J., S.A. Turner, P.A. Napier-Moore, M. Clark, and J.E. Davison (2009).** $CO_2$ Capture in the Cement Industry. *Energy Procedia* **1**, 87–94. doi: 16/j.egypro.2009.01.014, ISSN: 1876-6102.

**Bassi A.M., J.S. Yudken, and M. Ruth (2009).** Climate policy impacts on the competitiveness of energy-intensive manufacturing sectors. *Energy Policy* **37**, 3052–3060. doi: 10.1016/j.enpol.2009.03.055, ISSN: 0301-4215.

**BCS Inc. (2007).** *U.S. Energy Requirements for Aluminum Production: Historical Perspective, Theoretical Limits and Current Practices. Technical Report Prepared for the United States Department of Energy, Industrial Technologies Program*. U.S. Department of Energy, Washington, DC. Available at: http://www1.eere.energy.gov/manufacturing/industries_technologies/aluminum/pdfs/al_theoretical.pdf.

**10**

Bdour A.N., M.R. Hamdi, and Z. Tarawneh (2009). Perspectives on sustainable wastewater treatment technologies and reuse options in the urban areas of the Mediterranean region. *Desalination* **237**, 162–174. doi: 10.1016/j.desal.2007.12.030, ISSN: 0011-9164.

Bebbington A.J., and J.T. Bury (2009). Institutional challenges for mining and sustainability in Peru. *Proceedings of the National Academy of Sciences* **106**, 17296–17301. doi: 10.1073/pnas.0906057106.

Becken S., and J.E. Hay (2012). *Climate Change and Tourism: From Policy to Practice.* Routledge, London, UK, 344 pp. ISBN: 9781136471742.

Beddington J., M. Asaduzzaman, A. Fernandez, M. Clark, M. Guillou, M. Jahn, L. Erda, T. Mamo, N. van Bo, C.A. Nobre, R. Scholes, Sharma R, and J. Wakhungu (2011). *Achieving Food Security in the Face of Climate Change: Summary for Policymakers from the Commission on Sustainable Agriculture and Climate Change.* Copenhagen, 20 pp. Available at: http://cgspace.cgiar.org/bitstream/handle/10568/10701/Climate_food_commission-SPM-Nov2011.pdf?sequence=6.

BEE (2012). Database of energy efficiency measures adopted by the winners of the National Awards on Energy Conservations (Years 2008–2012). *Bureau of Energy Efficiency, Ministry of Power, Government of India.* Available at: http://www.emt-india.net/eca2013/2013.html.

Van Berkel R., T. Fujita, S. Hashimoto, and Y. Geng (2009). Industrial and urban symbiosis in Japan: Analysis of the Eco-Town program 1997–2006. *Journal of Environmental Management* **90**, 1544–1556. doi: 10.1016/j.jenvman.2008.11.010, ISSN: 0301-4797.

Bernstein L., J. Roy, K.C. Delhotal, J. Harnisch, R. Matsuhashi, L. Price, K. Tanaka, E. Worrell, F. Yamba, and Z. Fengqi (2007). Industry. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds)].* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 449–488. ISBN: 978 0 521 70598 1.

BIS Production Partner (2012). Strong reduction in emissions with the help of BIS Production Partner. *Bilfinger Berger Industrial Services.* Available at: http://en.productionpartner.com/About-us/News/Strong-reduction-in-emissions-with-the-help-of-BIS-Production-Partner.

Bitzer J., and M. Kerekes (2008). Does foreign direct investment transfer technology across borders? New evidence. *Economics Letters* **100**, 355–358. doi: 10.1016/j.econlet.2008.02.029, ISSN: 0165-1765.

Bleischwitz R., B. Bahn-Walkowiak, F. Ekardt, H. Feldt, and L. Fuhr (2012). *International Resource Politics. New Challenges Demanding New Governance Approaches for a Green Economy.* Heinrich Böll Stiftung, Berlin, 95 pp. Available at: http://www.boell.de/ecology/resources/resource-governance-ecology-publication-international-resource-politics-14873.html.

Blodgett J., and L. Parker (2010). *Greenhouse Gas Emission Drivers: Population, Economic Development and Growth, and Energy Use.* Congressional Research Service, Washington, DC, 36 pp. Available at: http://crs.ncseonline.org/NLE/CRSreports/10Apr/RL33970.pdf.

BMU (2012). *German Resource Efficiency Programme (ProgRess).* Federal German Ministry for the Environment, Nature Conservation and Nuclear Safety (Bundesministerium Für Umwelt, Naturschutz Und Reaktorsicherheit, BMU), Berlin, 124 pp. Available at: http://www.bmu.de/fileadmin/bmu-import/files/pdfs/allgemein/application/pdf/progress_en_bf.pdf.

Boden T.A., G. Marland, and R.J. Andres (2013). *Global, Regional, and National Fossil-Fuel $CO_2$ Emissions.* Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, U.S. Department of Energy, Oakridge, Tenn. USA, 1 pp. Available at: http://cdiac.ornl.gov/trends/emis/tre_glob.html.

Bogner J.E., K.A. Spokas, and J.P. Chanton (2011). Seasonal greenhouse gas emissions (methane, carbon dioxide, nitrous oxide) from engineered landfills: daily, intermediate, and final California cover soils. *Journal of Environmental Quality* **40**, 1010–1020. doi: 10.2134/jeq2010.0407, ISSN: 0047-2425.

Bosoaga A., O. Masek, and J.E. Oakey (2009). $CO_2$ Capture Technologies for Cement Industry. *Energy Procedia* **1**, 133–140. doi: 16/j.egypro.2009.01.020, ISSN: 1876-6102.

Bouoiyour J., and A. Akhawayn (2005). Labour Productivity, Technological Gap and Spillovers Evidence from Moroccan Manufacturing Industries. *The African Finance Journal* **7**, 1–17. Available at: http://ideas.repec.org/a/afj/journl/v7y2005i2p1-17.html.

Bows A., K. Anderson, and P. Peeters (2009). Air Transport, Climate Change and Tourism. *Tourism and Hospitality Planning & Development* **6**, 7–20. doi: 10.1080/14790530902847012.

Boyd G.A., and J.X. Pang (2000). Estimating the linkage between energy efficiency and productivity. *Energy Policy* **28**, 289–296.

Brame J., Q. Li, and P.J.J. Alvarez (2011). Nanotechnology-enabled water treatment and reuse: emerging opportunities and challenges for developing countries. *Trends in Food Science & Technology* **22**, 618–624. doi: 10.1016/j.tifs.2011.01.004, ISSN: 0924-2244.

Bringezu S., and R. Bleischwitz (2009). *Sustainable Resource Management: Global Trends, Visions and Policies.* Greenleaf Publishing, 345 pp. ISBN: 9781906093266.

Brown M.A. (2001). Market failures and barriers as a basis for clean energy policies. *Energy Policy* **29**, 1197–1207.

Brown M.A., M. Cox, and P. Baer (2013). Reviving manufacturing with a federal cogeneration policy. *Energy Policy* **52**, 264–276. doi: 10.1016/j.enpol.2012.08.070, ISSN: 0301-4215.

Brown T., A. Gambhir, N. Florin, and P. Fennell (2012). *Reducing $CO_2$ Emissions from Heavy Industry: A Review of Technologies and Considerations for Policy Makers.* Imperial College London, London, UK, 32 pp. Available at: http://www3.imperial.ac.uk/climatechange/publications.

Brown M.A., R. Jackson, M. Cox, R. Cortes, B. Deitchman, and M.V. Lapsa (2011). *Making Industry Part of the Climate Solution: Policy Options to Promote Energy Efficiency.* Oak Ridge National Laboratory (ORNL), Oakridge, Tenn. USA, 299 pp. Available at: http://info.ornl.gov/sites/publications/Files/Pub23821.pdf.

De Bruijn K., R. Dirven, E. Eijgelaar, and P. Peeters (2010). *Travelling Large in 2008: The Carbon Footprint of Dutch Holidaymakers in 2008 and the Development since 2002.* NHTV-NRIT Research-NBTC-NIPO Research, Vlissigen, Netherlands, 43 pp. Available at: http://books.google.com/books?id=MVSvYgEACAAJ.

Brush A., E. Masanet, and E. Worrell (2011). *Energy Efficiency Improvement and Cost Saving Opportunities for the Dairy Processing Industry.* Lawrence Berkeley National Laboratory, Berkeley, CA, 137 pp. Available at: http://escholarship.org/uc/item/3pb7n796.

Bye A. (2005). The development and application of a 3D geotechnical model for mining optimisation, sandsloot open pit platinum mine, South Africa. Society for Mining, Metallurgy and Exploration, Littleton, Colorado, USA. 8 pp. Available at: www.saimm.co.za/Journal/v106n02p097.pdf.

Bye A. (2007). The application of multi-parametric block models to the mining process. *Journal of The South African Institute of Mining and Metallurgy* **107**, 51–58.

Bye A. (2011). Case Studies Demonstrating Value from Geometallurgy Initiatives. Available at: http://www.ausimm.com.au/publications/epublication.aspx?ID=12887.

Carruth M.A., J.M. Allwood, and M.C. Moynihan (2011). The technical potential for reducing metal requirements through lightweight product design. *Resources, Conservation and Recycling* **57**, 48—60. doi: 10.1016/j.resconrec.2011.09.018, ISSN: 0921-3449.

CCAP (2005). *Reducing CO₂ Emissions from California's Cement Sector*. Center for Clean Air Policy, Washington, DC, 13 pp. Available at: http://ccap.org/assets/Reducing-CO2-Emissions-from-Californias-Cement-Sector_CCAP-October-2005.pdf.

CEMBUREAU (2009). *Sustainable Cement Production—Co-Processing of Alternate Fuels and Raw Materials in the European Cement Industry*. CEMBUREAU, Brussels, Belgium, 19 pp. Available at: http://www.cembureau.eu/sites/default/files/Sustainable%20cement%20production%20Brochure.pdf.

CEPI (2006). Europe Global Champion in Paper Recycling: Paper Industries Meet Ambitious Target. Confederation of European Paper Industries, Brussels, Belgium. Available at: http://www.cepi.org/system/files/public/documents/press releases/recycling/2006/PRRECYCLING.pdf.

CEPI (2012). *Key Statistics 2011—European Pulp and Paper Industry*. Confederation of European Paper Industries, Brussels, Belgium, 32 pp. Available at: http://www.cepi.org/system/files/public/documents/publications/statistics/Key%20Statistics%202011%20FINAL.pdf.

Ceron J.-P., and G. Dubois (2005). More mobility means more impact on climate change: prospects for household leisure mobility in France. *Belgeo* **1–2**, 103–120. Available at: http://en.youscribe.com/catalogue/tous/practical-life/more-mobility-means-more-impact-on-climate-change-prospects-for-382812.

Chai X., Y. Hao, T. Shimaoka, H. Nakayama, T. Komiya, and Y. Zhao (2013). The effect of aeration position on the spatial distribution and reduction of pollutants in the landfill stabilization process—a pilot scale study. *Waste Management & Research: The Journal of the International Solid Wastes and Public Cleansing Association, ISWA* **31**, 41–49. doi: 10.1177/0734242X12462285, ISSN: 1399-3070.

Chakraborty D., and J. Roy (2012a). Climate Change Adaptation and Mitigation Strategies: Responses from Select Indian Energy Intensive Industrial Units. Department of Management Studies, Indian Institute of Science, Bangalore and Public Affairs Centre, Bangalore.

Chakraborty D., and J. Roy (2012b). Accounting for Corporate Water Use: Estimating Water Footprint of an Indian Paper Production Unit. *Journal of Indian Accounting Review* **16**, 34–42.

Chateau J., A. Saint-Martin, and T. Manfredi (2011). Employment Impacts of Climate Change Mitigation Policies in OECD: A General-Equilibrium Perspective. *OECD Environment Working Papers* **32**, 32. doi: http://dx.doi.org/10.1787/5kg0ps847h8q-en, ISSN: 1997-0900 (online).

Chen Z.M., B. Chen, J.B. Zhou, Z. Li, Y. Zhou, X.R. Xi, C. Lin, and G.Q. Chen (2008). A vertical subsurface-flow constructed wetland in Beijing. *Communications in Nonlinear Science and Numerical Simulation* **13**, 1986–1997. doi: 10.1016/j.cnsns.2007.02.009, ISSN: 10075704.

Chen Chiu L. (2009). Industrial Policy and Structural Change in Taiwan's Textile and Garment Industry. *Journal of Contemporary Asia* **39**, 512–529. doi: 10.1080/00472330903076743.

Chen X., T. Fujita, S. Ohnishi, M. Fujii, and Y. Geng (2012). The Impact of Scale, Recycling Boundary, and Type of Waste on Symbiosis and Recycling. *Journal of Industrial Ecology* **16**, 129–141. doi: 10.1111/j.1530-9290.2011.00422.x, ISSN: 1530-9290.

Chen G.Q., L. Shao, Z.M. Chen, Z. Li, B. Zhang, H. Chen, and Z. Wu (2011). Low-carbon assessment for ecological wastewater treatment by a constructed wetland in Beijing. *Ecological Engineering* **37**, 622–628. doi: 10.1016/j.ecoleng.2010.12.027, ISSN: 0925-8574.

Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012a). Chapter 5—Energy and Security. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 325–384. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012b). Energy and Security. In: *Global Energy Assessment: Toward a Sustainable Future*. N. Nakicenovic, A. Patwardhan, L. Gomez-Echeverri, T. Johansson, (eds.), Cambridge Univeristy Press, Laxenburg, Austria; Cambridge, UK & New York, USA, pp. 325–384.

Chertow M.R. (2000). INDUSTRIAL SYMBIOSIS: Literature and Taxonomy. *Annual Review of Energy and the Environment* **25**, 313–337.

CIPEC (2007). *Benchmarking and Best Practices in Canadian Wet-Processing*. Canadian Industry Program for Energy Conservation, Ottawa, Canada, 40 pp. Available at: http://publications.gc.ca/collections/collection_2013/rncan-nrcan/M4-43-2006-eng.pdf.

Clift R. (2006). Sustainable development and its implications for chemical engineering. *Chemical Engineering Science* **61**, 4179–4187. doi: 10.1016/j.ces.2005.10.017, ISSN: 0009-2509.

Clift R., and L. Wright (2000). Relationships Between Environmental Impacts and Added Value Along the Supply Chain. *Technological Forecasting and Social Change* **65**, 281–295. doi: 10.1016/S0040-1625(99)00055-4, ISSN: 0040-1625.

Concawe (2011). *The Potential for Application of CO₂ Capture and Storage in EU Oil Refineries*. Brussels, 65 pp. Available at: http://bellona.org/ccs/uploads/media/Report_11-7-2011_CCS_in_EU_refineries.pdf.

Cooper D.R., and J.M. Allwood (2012). Reusing steel and aluminum components at end of product life. *Environmental Science & Technology* **46**, 10334–10340. doi: 10.1021/es301093a, ISSN: 1520-5851.

Cooper D.R., A.C.H. Patel, M. Moynihan, J.M. Allwood, and T. Cooper (2012). Increasing the life of steel and aluminium (products) to save carbon. *To Be Submitted to the Journal of Resources, Conservation and Recycling*.

Costantini V., M. Mazzanti, and A. Montini (2013). Environmental performance, innovation and spillovers. Evidence from a regional NAMEA. *Ecological Economics* **89**, 101–114. doi: 10.1016/j.ecolecon.2013.01.026, ISSN: 0921-8009.

Côté R., and J. Hall (1995). Industrial parks as ecosystems. *Journal of Cleaner Production* **3**, 41–46. doi: 10.1016/0959-6526(95)00041-C, ISSN: 0959-6526.

CRC ORE (2011). *Annual Report: Transforming Resource Extraction, 2010–11*. Cooperative Research Center for Optimising Resource Extraction, St Lucia, Queensland, Australia, 68 pp. Available at: http://issuu.com/melraassina/docs/crc_ore_annual_report_2010-11.

Crichton D. (2006). *Climate Change and Its Effects on Small Businesses in the UK*. AXA Insurance UK plc., London, UK, ISBN: 978-0-9554108-0-2.

Croezen H., and M. Korteland (2010). *Technological Developments in Europe: A Long-Term View of $CO_2$ Efficient Manufacturing in the European Region*. CE Delft, Delft, 87 pp. Available at: www.ce.nl.

Cullen J.M., and J.M. Allwood (2013). Mapping the Global Flow of Aluminum: From Liquid Aluminum to End-Use Goods. *Environmental Science & Technology* **47**, 3057–3064. doi: 10.1021/es304256s, ISSN: 0013-936X.

Cullen J.M., J.M. Allwood, and M.D. Bambach (2012). Mapping the Global Flow of Steel: From Steelmaking to End-Use Goods. *Environmental Science & Technology* **46**, 13048–13055. doi: 10.1021/es302433p, ISSN: 0013-936X.

Cullen J.M., J.M. Allwood, and E.H. Borgstein (2011). Reducing Energy Demand: What Are the Practical Limits? *Environmental Science & Technology* **45**, 1711–1718. doi: 10.1021/es102641n, ISSN: 0013-936X.

Daniel M., G. Lane, and E. McLean (2010). Efficiency, Economics, Energy and Emissions—Emerging Criteria for Comminution Circuit Decision Making. Coalition for Eco-Efficient Comminution, Brisbane, QLD, Australia. 9 pp. Available at: http://www.ceecthefuture.org/wp-content/uploads/2013/01/Daniel_711_p3523.pdf.

Dasgupta S., H. Hettige, and D. Wheeler (2000). What Improves Environmental Compliance? Evidence from Mexican Industry. *Journal of Environmental Economics and Management* **39**, 39–66.

Dasgupta S., J. Roy, A. Bera, A. Sharma, and P. Pandey (2012). Growth accounting for six energy intensive industries in India. *The Journal of Industrial Statistics, Central Statistics Office, Ministry of Statistics and Programme Implementation, Government of India* **1**, 1–15. Available at: http://mospi.nic.in/mospi_new/upload/JIS_2012/Gr_Acc_Six_En_I.pdf.

Van Deventer J.S.J., J.L. Provis, and P. Duxson (2012). Technical and commercial progress in the adoption of geopolymer cement. *Minerals Engineering* **29**, 89–104. doi: 10.1016/j.mineng.2011.09.009, ISSN: 0892-6875.

DfT (2011). *National Travel Survey 2010*. Department for Transport, London, UK, 9 pp. Available at: https://www.gov.uk/government/publications/national-travel-survey-2010.

Dong Y. (2011). Development of Waste-To-Energy in China; and Case Study of the Guangzhou Likeng WTE plant. Columbia University and the Global WTERT Council, New York, 94 pp.

Dosho Y. (2008). Sustainable concrete waste recycling. *Proceedings of the ICE—Construction Materials* **161**, 47–62. doi: 10.1680/coma.2008.161.2.47, ISSN: 1747-650X, 1747–6518.

DRET (2011). *Analyses of Diesel Use for Mine Haul and Transport Operations*. Department of Resources, Energy and Tourism, Australian Government, Canberra, 20 pp. Available at: http://energyefficiencyopportunities.gov.au/industry-sectors/mining/.

Dubois G., P. Peeters, J.-P. Ceron, and S. Gössling (2011). The future tourism mobility of the world population: Emission growth versus climate policy. *Transportation Research Part A: Policy and Practice* **45**, 1031–1042. doi: 10.1016/j.tra.2009.11.004, ISSN: 0965-8564.

EC (2008a). *Sustainable Consumption and Production and Sustainable Industrial Policy Action Plan. {SEC(2008) 2110} {SEC(2008) 2111}*. European Commission, DG Environment, Copenhagen, 13 pp. Available at: http://ec.europa.eu/environment/eussd/escp_en.htm.

EC (2008b). Directive 2008/98/EC of the European Parliament and of the Council of 19 November 2008 on waste and repealing certain Directives. Official Journal of the European Communities, L312, **51**, 3–30. Available at: http://eur-lex.europa.eu/JOHtml.do?uri=OJ:L:2008:312:SOM:EN:HTML.

EC (2009). *Economic Analysis of Resource Efficiency Policies*. European Commission, DG Environment, Copenhagen, 97 pp. Available at: http://ec.europa.eu/environment/enveco/resource_efficiency/.

EC (2011). *A Resource-Efficient Europe—Flagship Initiative under the Europe 2020 Strategy*. European Commission, Brussels, 17 pp.

EC (2012a). *Best Available Technologies (BAT) Reference Document for Iron and Steel Production, Industrial Emissions Directive 2010/75/EU (Integrated Pollution Prevention and Control)*. European Commission, Brussels, 623 pp.

EC (2012b). *Roadmap to a Resource Efficient Europe*. European Commission, Brussels. Available at: http://ec.europa.eu/environment/resource_efficiency/index_en.htm.

Eckelman M.J., B.K. Reck, and T.E. Graedel (2012). Exploring the Global Journey of Nickel with Markov Chain Models. *Journal of Industrial Ecology* **16**, 334–342. doi: 10.1111/j.1530-9290.2011.00425.x, ISSN: 1530-9290.

Edwards-Jones G., L. Milà i Canals, N. Hounsome, M. Truninger, G. Koerber, B. Hounsome, P. Cross, E.H. York, A. Hospido, K. Plassmann, I.M. Harris, R.T. Edwards, G.A.S. Day, A.D. Tomos, S.J. Cowell, and D.L. Jones (2008). Testing the assertion that "local food is best": the challenges of an evidence-based approach. *Trends in Food Science & Technology* **19**, 265–274. doi: 10.1016/j.tifs.2008.01.008, ISSN: 0924-2244.

EIO (2011). *The Eco-Innovation Challenge: Pathways to a Resource-Efficient Europe*. Eco-Innovation Observatory, Funded by the European Commission, DG Environment, Brussels, 124 pp.

EIO (2012). *The Eco-Innovation Gap: An Economic Opportunity for Business*. Eco-Innovation Observatory, Funded by the European Commission, DG Environment, Brussels, 86 pp.

El-Haggar S. (2010). *Sustainable Industrial Design and Waste Management: Cradle-to-Cradle for Sustainable Development*. Elsevier Academic Press, San Diego, CA, 421 pp. ISBN: 9780080550145.

EPA (2006a). *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Facts and Figures for 2006*. U.S. Environmental Protection Agency, Washington, DC.

EPA (2006b). *Global Mitigation of Non-$CO_2$ Greenhouse Gas Emissions*. United States Environmental Protection Agency Office of Air and Radiation, Washington, D.C., USA, 438 pp.

EPA (2010a). *Available and Emerging Technologies for Reducing Greenhouse Gas Emissions from the Nitric Acid Production Industry*. U.S. Environmental Protection Agency, Washington, DC, 31 pp. Available at: http://www.epa.gov/nsr/ghg docs/nitricacid.pdf.

EPA (2010b). Available and Emerging Technologies for Reducing Greenhouse Gas Emissions from the Iron and Steel Industry. U.S. Environmental Protection Agency.

10

**EPA (2012a).** *Global Anthropogenic Non-CO$_2$ Greenhouse Gas Emissions: 1990–2030.* U.S. Environmental Protection Agency, Washington, DC, 188 pp. Available at: http://www.epa.gov/climatechange/Downloads/EPAactivities/EPA_Global_NonCO2_Projections_Dec2012.pdf.

**EPA (2012b).** *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2010.* U.S. Environmental Protection Agency, Washington, DC, 28 pp. Available at: http://www.epa.gov/climatechange/ghgemissions/usinventoryreport/archive.html.

**EPA (2013).** *Global Mitigation of Non-CO$_2$ Greenhouse Gases: 2010–2030.* United States Environmental Protection Agency, Washington, D.C., USA, 410 pp. Available at: http://www.epa.gov/climatechange/EPAactivities/MAC_Report_2013.pdf.

**Eriksson H., and S. Harvey (2004).** Black liquor gasification—consequences for both industry and society. *Energy* **29**, 581–612. doi: 10.1016/j.energy.2003.09.005, ISSN: 0360-5442.

**Erisman J.W., M.A. Sutton, J. Galloway, Z. Klimont, and W. Winiwarter (2008).** How a century of ammonia synthesis changed the world. *Nature Geoscience* **1**, 636–639. doi: 10.1038/ngeo325, ISSN: 1752-0894.

**Evans & Peck (2011).** *Assessment of the Potential for Renewable Energy Projects and Systems in the Pilbara.* Autralian Department of Industry, Canberra, 230 pp. Available at: http://www.innovation.gov.au/energy/documents/clean-energy-program/acre/studies/warrea-pilbara.pdf.

**Fane A.G. (2007).** Sustainability and membrane processing of wastewater for reuse. *Desalination* **202**, 53–58. doi: 10.1016/j.desal.2005.12.038, ISSN: 0011-9164.

**FAO (2013).** FAOSTAT. Available at: http://faostat.fao.org/site/626/DesktopDefault.aspx?PageID=626#ancor.

**Favoino E., and D. Hogg (2008).** The potential role of compost in reducing greenhouse gases. *Waste Management & Research: The Journal of the International Solid Wastes and Public Cleansing Association, ISWA* **26**, 61–69. ISSN: 0734-242X.

**Fine P., and E. Hadas (2012).** Options to reduce greenhouse gas emissions during wastewater treatment for agricultural use. *Science of The Total Environment* **416**, 289–299. doi: 10.1016/j.scitotenv.2011.11.030, ISSN: 0048-9697.

**Fischer S., S. Steger, N.D. Jordan, M. O'Brien, and P. Schepelmann (2012).** *Leasing Society.* European Parliement, Directorate General for Internal Policies, Brussels, 62 pp. Available at: http://www.europarl.europa.eu/committees/en/studies.html.

**Fisher-Vanden K., G.H. Jefferson, H. Liu, and Q. Tao (2004).** What is driving China's decline in energy intensity? *Resource and Energy Economics* **26**, 77–97. doi: 10.1016/j.reseneeco.2003.07.002, ISSN: 0928-7655.

**Flannery B.P., and H.S. Kheshgi (2005).** An industry perspective on successful deployment and global commercialization of innovative technologies for GHG management. Intergovernmental Panel on Climate Change, Tokyo, Japan. 24 pp.

**Fleiter T., D. Fehrenbach, E. Worrell, and W. Eichhammer (2012a).** Energy efficiency in the German pulp and paper industry—A model-based assessment of saving potentials. *Energy* **40**, 84–99. doi: 10.1016/j.energy.2012.02.025, ISSN: 0360-5442.

**Fleiter T., E. Gruber, W. Eichhammer, and E. Worrell (2012b).** The German energy audit program for firms—a cost-effective way to improve energy efficiency? *Energy Efficiency* **5**, 447–469. doi: 10.1007/s12053-012-9157-7, ISSN: 1570-646X, 1570-6478.

**Fleiter T., S. Hirzel, and E. Worrell (2012c).** The characteristics of energy-efficiency measures—a neglected dimension. *Energy Policy* **51**, 502–513. doi: 10.1016/j.enpol.2012.08.054, ISSN: 0301-4215.

**Fleiter T., J. Schleich, and P. Ravivanpong (2012d).** Adoption of energy-efficiency measures in SMEs—An empirical analysis based on energy audit data from Germany. *Energy Policy* **51**, 863–875. doi: 10.1016/j.enpol.2012.09.041, ISSN: 0301-4215.

**Fletcher K. (2008).** *Sustainable Fashion and Textiles: Design Journeys.* Earthscan, Oxford, UK, 254 pp. ISBN: 9781844074815.

**Flörke M., E. Kynast, I. Bärlund, S. Eisner, F. Wimmer, and J. Alcamo (2013).** Domestic and industrial water uses of the past 60 years as a mirror of socio-economic development: A global simulation study. *Global Environmental Change* **23**, 144–156. doi: 10.1016/j.gloenvcha.2012.10.018, ISSN: 0959-3780.

**Foley J., D. de Haas, K. Hartley, and P. Lant (2010).** Comprehensive life cycle inventories of alternative wastewater treatment systems. *Water Research* **44**, 1654–1666. doi: 10.1016/j.watres.2009.11.031, ISSN: 0043-1354.

**Fortin M.-J., and C. Gagnon (2006).** Interpreting major industrial landscapes: Social follow-up on meanings, the case of two aluminium smelters, Alcan (Alma, Canada) and Pechiney (Dunkirk, France). *Environmental Impact Assessment Review* **26**, 725–745. doi: 10.1016/j.eiar.2006.06.002, ISSN: 0195-9255.

**Fritzson A., and T. Berntsson (2006).** Energy efficiency in the slaughter and meat processing industry—opportunities for improvements in future energy markets. *Journal of Food Engineering* **77**, 792–802. doi: 10.1016/j.jfoodeng.2005.08.005, ISSN: 02608774.

**Galitsky C., E. Worrell, and M. Ruth (2003).** *Energy Efficiency Improvement and Cost Saving Opportunities for the Corn Wet Milling Industry.* US Environmental Protection Agency, Washington, DC, 92 pp.

**Gallagher K.S. (2006).** Limits to leapfrogging in energy technologies? Evidence from the Chinese automobile industry. *Energy Policy* **34**, 383–394.

**Gao R.Y., L. Shao, J.S. Li, S. Guo, M.Y. Han, J. Meng, J.B. Liu, F.X. Xu, and C. Lin (2012).** Comparison of greenhouse gas emission accounting for a constructed wetland wastewater treatment system. *Ecological Informatics* **12**, 85–92. doi: 10.1016/j.ecoinf.2012.05.007, ISSN: 1574-9541.

**Gard D.L., and G.A. Keoleian (2002).** Digital versus Print: Energy Performance in the Selection and Use of Scholarly Journals. *Journal of Industrial Ecology* **6**, 115–132. doi: 10.1162/108819802763471825, ISSN: 1530-9290.

**Garnett T. (2009).** Livestock-related greenhouse gas emissions: impacts and options for policy makers. *Environmental Science & Policy* **12**, 491–503. doi: 10.1016/j.envsci.2009.01.006, ISSN: 1462-9011.

**Garnett T. (2011).** Where are the best opportunities for reducing greenhouse gas emissions in the food system (including the food chain)? *Food Policy* **36**, **Supplement 1**, S23–S32. doi: 10.1016/j.foodpol.2010.10.010, ISSN: 0306-9192.

**GEA (2012).** *Global Energy Assessment Toward a Sustainable Future.* Cambridge University Press, Cambridge UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1882 pp. ISBN: 9780 52118 2935.

**Geels F.W., and J.W. Schot (2010).** Part 1: The Dynamics of Transitions: A Socio-Technical Perspective. In: *Transitions to sustainable development : new directions in the study of long term transformative change (eds. J. Grin, J. Rotmans and J.W. Schot).* Routledge, New York, pp. 397. ISBN: 9780415876759 0415876753.

Geller H., P. Harrington, A.H. Rosenfeld, S. Tanishima, and F. Unander (2006). Polices for increasing energy efficiency: Thirty years of experience in OECD countries. *Energy Policy* 34, 556–573. doi: 10.1016/j.enpol.2005.11.010, ISSN: 0301-4215.

Geng Y., R. Côté, and F. Tsuyoshi (2007). A quantitative water resource planning and management model for an industrial park level. *Regional Environmental Change* 7, 123–135. doi: 10.1007/s10113-007-0026-4, ISSN: 1436-3798, 1436–378X.

Geng Y., and B. Doberstein (2008). Developing the circular economy in China: Challenges and opportunities for achieving "leapfrog development." *International Journal of Sustainable Development & World Ecology* 15, 231–239. doi: 10.3843/SusDev.15.3:6, ISSN: 1350-4509.

Geng Y., T. Fujita, and X. Chen (2010a). Evaluation of innovative municipal solid waste management through urban symbiosis: a case study of Kawasaki. *Journal of Cleaner Production* 18, 993–1000. doi: 10.1016/j.jclepro.2010.03.003, ISSN: 0959-6526.

Geng Y., X. Wang, Q. Zhu, and H. Zhao (2010b). Regional initiatives on promoting cleaner production in China: a case of Liaoning. *Journal of Cleaner Production* 18, 1502–1508. doi: 10.1016/j.jclepro.2010.06.028, ISSN: 0959-6526.

Geng Y., P. Zhang, R.P. Côté, and T. Fujita (2009). Assessment of the National Eco-Industrial Park Standard for Promoting Industrial Symbiosis in China. *Journal of Industrial Ecology* 13, 15–26. doi: 10.1111/j.1530-9290.2008.00071.x, ISSN: 1530-9290.

Geng Y., P. Zhang, R.P. Côté, and Y. Qi (2008). Evaluating the applicability of the Chinese eco-industrial park standard in two industrial zones. *International Journal of Sustainable Development & World Ecology* 15, 543–552. doi: 10.1080/13504500809469850, ISSN: 1350-4509.

Genon G., and E. Brizio (2008). Perspectives and limits for cement kilns as a destination for RDF. *Waste Management (New York, N.Y.)* 28, 2375–2385. doi: 10.1016/j.wasman.2007.10.022, ISSN: 0956-053X.

Germond-Duret C. (2012). Extractive Industries and the Social Dimension of Sustainable Development: Reflection on the Chad–Cameroon Pipeline. *Sustainable Development*. doi: 10.1002/sd.1527, ISSN: 1099-1719.

Getzner M. (2002). The quantitative and qualitative impacts of clean technologies on employment. *Journal of Cleaner Production* 10, 305–319.

Geyer R. (2008). Parametric assessment of climate change impacts of automotive material substitution. *Environmental Science and Technology* 42, 6973–6979. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-51949084412&partnerID=40&md5=44228ce12a2f785fd87a95a26981c779.

Ghosh D., and J. Roy (2011). *Approach to Energy Efficiency among Micro, Small and Medium Enterprises in India: Results of a Field Survey*. United Nations Industrial Development Organization, Vienna, 42 pp.

Gillingham K., R.G. Newell, and K. Palmer (2009). *Energy Efficiency Economics and Policy*. National Bureau of Economic Research, Cambridge, MA, 40 pp. Available at: http://www.nber.org/papers/w15031.

Gnansounou E. (2008). Assessing the energy vulnerability: Case of industrialised countries. *Energy Policy* 36, 3734–3744. Available at: http://ideas.repec.org/a/eee/enepol/v36y2008i10p3734-3744.html.

Goldemberg J. (1998). Leapfrog energy technologies. *Energy Policy* 26, 729–741.

Gössling S. (2010). *Carbon Management in Tourism: Mitigating the Impacts on Climate Change*. Routledge, New York, 358 pp. ISBN: 978-0-415-56633-9.

Gössling S., J.-P. Ceron, G. Dubois, and M.C. Hall (2009). Hypermobile travellers. In: *Climate change and aviation. Issues, Challenges and solutions. Eds Upham, P. and Gössling, S*. Earthscan, London, pp. 131–151. ISBN: 9781844076208.

Gössling S., C.M. Hall, P.M. Peeters, and D. Scott (2010). The Future of Tourism: Can Tourism Growth and Climate Policy be Reconciled? A Climate Change Mitigation Perspective. *Tourism Recreation Research* 35, 119–130. ISSN: 0250-8281.

Gössling S., P. Peeters, J.-P. Ceron, G. Dubois, T. Patterson, and R.B. Richardson (2005). The eco-efficiency of tourism. *Ecological Economics* 54, 417–434. doi: 10.1016/j.ecolecon.2004.10.006, ISSN: 0921-8009.

Graedel T.E. (2010). *Metal Stocks in Society: Scientific Synthesis*. United Nations Environment Programme, Nairobi, Kenya, 48 pp. ISBN: 9789280730821.

Graedel T.E., J. Allwood, J.-P. Birat, M. Buchert, C. Hagelüken, B.K. Reck, S.F. Sibley, and G. Sonnemann (2011). What Do We Know About Metal Recycling Rates? *Journal of Industrial Ecology* 15, 355–366. doi: 10.1111/j.1530-9290.2011.00342.x, ISSN: 1530-9290.

Gruber E., and M. Brand (1991). Promoting energy conservation in small and medium-sized companies. *Energy Policy* 19, 279–287.

GTZ/Holcim (2006). *Guidelines on Co-Processing Waste Materials in Cement Production*. Deutsche Gesellschaft Für Tchnische Zusammenarbeit GmbH, Eschborn, 135 pp. Available at: http://coprocem.org/Guidelines/unterordner/guideline_coprocem_v06-06.pdf/view.

Guha A. (2013). The Macro-Costs of Forced Displacement of the Farmers in India: A Micro-Level Study. *European Journal of Development Research advance online publication 31 January 2013*. doi: 10.1057/ejdr.2012.37.

Gunders D. (2012). *Wasted: How America Is Losing Up to 40 Percent of Its Food from Farm to Fork to Landfill*. National Resources Defence Council, Washington, DC, 26 pp. Available at: http://www.nrdc.org/food/files/wasted-food-IP.pdf.

Gustavsson J., C. Cederberg, U. Sonesson, R. van Otterdijk, and A. Meybeck (2011). *Global Food Losses and Food Waste*. United Nations Food and Agriculture Organization. Düsseldorf, 38 pp.

Gutowski T.G., S. Sahni, J.M. Allwood, M.F. Ashby, and E. Worrell (2013). The energy required to produce materials: constraints on energy-intensity improvements, parameters of demand. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* 371, 20120003. doi: 10.1098/rsta.2012.0003, ISSN: 1364-503X, 1471–2962.

Haines A., A.J. McMichael, K.R. Smith, I. Roberts, J. Woodcock, A. Markandya, B.G. Armstrong, D. Campbell-Lendrum, A.D. Dangour, M. Davies, N. Bruce, C. Tonne, M. Barrett, and P. Wilkinson (2009). Public health benefits of strategies to reduce greenhouse gas emissions: overview and implications for policy makers. *The Lancet* 374, 2104–2114.

Hall D.S. (2007). Mandatory Regulation of Nontraditional Greenhouse Gases: Policy Options for Industrial Process Emissions and Non-$CO_2$ Gases. Resources for the Future, Washington, DC, 6 pp. Available at: http://www.rff.org/Publications/Pages/CPF_AssessingUSClimatePolicyOptions_IB14.aspx.

Halsnæs K., A. Garg, J. Christensen, H.Y. Føyn, M. Karavai, E.L. Rovere, M. Bramley, X. Zhu, C. Mitchell, J. Roy, K. Tanaka, H. Katayama, C. Mena, I. Obioh, I. Bashmakov, S. Mwakasonda, M.-K. Lee, M. Vinluan, Y.J. Huang, and L. Segafredo (2014). Climate change mitigation policy paradigms—national objectives and alignments. *Mitigation and Adaptation Strategies for Global Change* 19, 45–71. doi: 10.1007/s11027-012-9426-y, ISSN: 1381-2386, 1573–1596.

Hand A. (2007). Technology Options for the Cement Industry with the Use of Alternative Fuels. KHD Humboldt Wedag GmbH, Athens, Greece. 35 pp. Available at: http://alf-cemind.com/docs/presentations/KHD%20presentation.pdf.

Haque N., and T. Norgate (2013). Estimation of greenhouse gas emissions from ferroalloy production using life cycle assessment with particular reference to Australia. Journal of Cleaner Production 39, 220–230. doi: 10.1016/j.jclepro.2012.08.010, ISSN: 0959-6526.

Hasanbeigi A., M. Arens, and L. Price (2013a). Emerging Energy-Efficiency and Greenhouse Gas Mitigation Technologies for the Iron and Steel Industry. Lawrence Berkeley National Laboratory, Berkeley, CA, 125 pp. Available at: http://china.lbl.gov/sites/all/files/6106e-steel-tech.pdf.

Hasanbeigi A., A. Lobscheid, H. Lu, L. Price, and Y. Dai (2013b). Quantifying the co-benefits of energy-efficiency policies: A case study of the cement industry in Shandong Province, China. Science of The Total Environment 458–460, 624–636.

Hasanbeigi A., C. Menke, and P. Pont (2009). Barriers to energy efficiency improvement and decision-making behavior in Thai industry. Energy Efficiency 3, 33–52. doi: 10.1007/s12053-009-9056-8, ISSN: 1570-646X, 1570–6478.

Hasanbeigi A., C. Menke, and A. Therdyothin (2010a). The use of conservation supply curves in energy policy and economic analysis: The case study of Thai cement industry. Energy Policy 38, 392–405. doi: 10.1016/j.enpol.2009.09.030, ISSN: 0301-4215.

Hasanbeigi A., C. Menke, and A. Therdyothin (2011). Technical and cost assessment of energy efficiency improvement and greenhouse gas emission reduction potentials in Thai cement industry. Energy Efficiency 4, 93–113. doi: 10.1007/s12053-010-9079-1, ISSN: 1570-646X, 1570–6478.

Hasanbeigi A., W. Morrow, E. Masanet, J. Sathaye, and T. Xu (2012a). Assessment of Energy Efficiency Improvement and CO₂ Emission Reduction Potentials in the Cement Industry in China. Lawrence Berkeley National Laboratory, Berkeley, CA, 51 pp.

Hasanbeigi A., W. Morrow, J. Sathaye, E. Masanet, and T. Xu (2013c). A bottom-up model to estimate the energy efficiency improvement and CO₂ emission reduction potentials in the Chinese iron and steel industry. Energy 50, 315–325. doi: 10.1016/j.energy.2012.10.062, ISSN: 0360-5442.

Hasanbeigi A., and L. Price (2012). A review of energy use and energy efficiency technologies for the textile industry. Renewable and Sustainable Energy Reviews 16, 3648–3665. doi: 10.1016/j.rser.2012.03.029, ISSN: 1364-0321.

Hasanbeigi A., L. Price, and E. Lin (2012b). Emerging energy-efficiency and CO₂ emission-reduction technologies for cement and concrete production: A technical review. Renewable and Sustainable Energy Reviews 16, 6220–6238. doi: 10.1016/j.rser.2012.07.019, ISSN: 1364-0321.

Hasanbeigi A., L. Price, H. Lu, and W. Lan (2010b). Analysis of energy-efficiency opportunities for the cement industry in Shandong Province, China: A case study of 16 cement plants. Energy 35, 3461–3473. doi: 10.1016/j.energy.2010.04.046, ISSN: 0360-5442.

Hasanuzzaman M., N.A. Rahim, M. Hosenuzzaman, R. Saidur, I.M. Mahbubul, and M.M. Rashid (2012). Energy savings in the combustion based process heating in industrial sector. Renewable and Sustainable Energy Reviews 16, 4527–4536. doi: 10.1016/j.rser.2012.05.027, ISSN: 1364-0321.

Hashimoto S., T. Fujita, Y. Geng, and E. Nagasawa (2010). Realizing CO₂ emission reduction through industrial symbiosis: A cement production case study for Kawasaki. Resources Conservation and Recycling 54, 704–710. doi: 10.1016/j.resconrec.2009.11.013.

Hatayama H., I. Daigo, Y. Matsuno, and Y. Adachi (2010). Outlook of the World Steel Cycle Based on the Stock and Flow Dynamics. Environmental Science & Technology 44, 6457–6463. doi: 10.1021/es100044n, ISSN: 0013-936X.

He P., N. Yang, H. Gu, H. Zhang, and L. Shao (2011). N₂O and NH₃ emissions from a bioreactor landfill operated under limited aerobic degradation conditions. Journal of Environmental Sciences 23, 1011–1019. doi: 10.1016/S1001-0742(10)60574-8, ISSN: 1001-0742.

Heijnes H., M. van Brummelen, and K. Blok (1999). Reduction of the Emissions of HFC's, PFC's and SF6 in the European Union. Ecofys, Utrecht, Netherlands, 58 pp.

Hekkert M.P., L.A. Joosten, E. Worrell, and W.C. Turkenburg (2000). Reduction of CO₂ emissions by improved management of material and product use: the case of primary packaging. Resources, Conservation and Recycling 29, 33–64. doi: 10.1016/S0921-3449(99)00056-7, ISSN: 0921-3449.

Hekkert M.P., J. van den Reek, E. Worrell, and W.C. Turkenburg (2002). The impact of material efficient end-use technologies on paper use and carbon emissions. Resources, Conservation and Recycling 36, 241–266. doi: 10.1016/S 0921-3449(02)00081-2, ISSN: 0921-3449.

Henriques Jr M.F., F. Dantas, and R. Schaeffer (2010). Potential for reduction of CO₂ emissions and a low-carbon scenario for the Brazilian industrial sector. Energy Policy 38, 1946–1961. doi: 10.1016/j.enpol.2009.11.076, ISSN: 0301-4215.

Heyer K.-U., K. Hupe, M. Ritzkowski, and R. Stegmann (2005). Pollutant release and pollutant reduction—Impact of the aeration of landfills. Waste Management 25, 353–359. doi: 10.1016/j.wasman.2005.02.007, ISSN: 0956-053X.

Hogg D., C. Sherrington, and T. Vergunst (2011). A Comparative Study on Economic Instruments Promoting Waste Prevention. Eunomia Research and Consulting Ltd, Bristol, 185 pp. Available at: http://www.eunomia.co.uk/shopimages/Waste%20Prevention%20Final%20Report%2023.12.2011.pdf.

Holmgren K., and A. Gebremedhin (2004). Modelling a district heating system: Introduction of waste incineration, policy instruments and co-operation with an industry. Energy Policy 32, 1807–1817. doi: 10.1016/S0301-4215(03)00168-X, ISSN: 0301-4215.

Hong G.-B., T.-L. Su, J.-D. Lee, T.-C. Hsu, and H.-W. Chen (2010). Energy conservation potential in Taiwanese textile industry. Energy Policy 38, 7048–7053. doi: 10.1016/j.enpol.2010.07.024, ISSN: 0301-4215.

Hoornweg D., and P. Bhada-Tata (2012). What a Waste: A Global Review of Solid Waste Management. World Bank, Washington D.C., 116 pp. Available at: http://go.worldbank.org/BCQEP0TMO0.

Horbach J., and K. Rennings (2013). Environmental innovation and employment dynamics in different technology fields—an analysis based on the German Community Innovation Survey 2009. Journal of Cleaner Production 57, 158–165.

HPTCJ (2010). Survey of Availability of Heat Pumps in the Food and Beverage Sector. Heat Pump and Thermal Technology Centre of Japan, Tokyo, Japan, 61 pp. Available at: http://www.hptcj.or.jp/e/publication/tabid/360/Default.aspx.

IAI (2009). Global Aluminium Recycling: A Cornerstone of Sustainable Development. International Aluminium Institute, London, UK, 36 pp. Available at: http://www.world-aluminium.org/cache/fl0000181.pdf.

IBEF (2013). MSMEs and the Growing Role of Industrial Clusters. A Report by Indian Brand Equity Foundation. India Brand Equity Foundation, Haryana, India, 10 pp. Available at: http://www.ibef.com/download/MSME-040213.pdf.

ICCA (2009). *Innovations for Greenhouse Gas Reductions—Life Cycle Quantification of Carbon Abatement Solutions Enabled by the Chemical Industry*. International Council of Chemical Associations, Brussels, 108 pp.

ICSG (2012). *The World Copper Factbook 2012*. International Copper Study Group, Lisbon, Portugal, 59 pp. Available at: http://www.icsg.org/index.php/compo nent/jdownloads/finish/170/1188.

IEA (2007). *Tracking Industrial Energy Efficiency and $CO_2$ Emissions*. International Energy Agency, Paris, 324 pp.

IEA (2008). *Combined Heat and Power: Evaluating the Benefits of Greater Global Investment*. International Energy Agency, Paris, France, 39 pp. Available at: http://www.iea.org/publications/freepublications/publication/chp_report.pdf.

IEA (2009a). *Cogeneration and District Energy. Sustainable Energy Technologies for Today... and Tomorrow*. International Energy Agency, Paris, France, 42 pp. Available at: http://www.oecd-ilibrary.org/energy/cogeneration-and-district-energy_9789264077171-en.

IEA (2009b). *Energy Technology Perspectives 2010. Scenarios and Strategies to 2050*. International Energy Agency, Paris, 710 pp. Available at: http://www.iea.org/publications/freepublications/publication/name,26100,en.html.

IEA (2009c). *Energy Technology Transitions for Industry. Strategies for the Next Industrial Revolution*. International Energy Agency, Paris.

IEA (2009d). *Energy Technology Transitions for Industry. Strategies for the Next Industrial Revolution*. International Energy Agency, Paris, 6 pp. Available at: http://www.iea.org/Textbase/npsum/industry2009sum.pdf.

IEA (2009e). *Chemical and Petrochemical Sector: Potential of Best Practice Technology and Other Measures for Improving Energy Efficiency*. International Energy Agency, Paris, 60 pp. Available at: http://www.iea.org/publications/freepublications/publication/chemical_petrochemical_sector.pdf.

IEA (2011a). *World Energy Outlook 2011 Special Report: Are We Entering a Golden Age of Gas?* International Energy Agency, Paris. Available at: http://www.worldenergyoutlook.org/goldenageofgas/.

IEA (2011b). *Co-Generation and Renewables: Solutions for a Low-Carbon Energy Future*. International Energy Agency, Paris, France, 35 pp. Available at: http://www.iea.org/publications/freepublications/publication/name,3980,en.html.

IEA (2012a). *$CO_2$ Emissions from Fuel Combustion. Beyond 2020 Online Database. 2012 Edition*. International Energy Agency, Paris, 83 pp. Available at: http://data.iea.org.

IEA (2012b). *Energy Balances of OECD Countries*. International Energy Agency, Paris, 330 pp. ISBN: 9789264180390 (PDF); 9789264173828 (print).

IEA (2012c). *Energy Balances of Non-OECD Countries*. International Energy Agency, Paris, 540 pp. ISBN: 9789264174672 (PDF); 9789264174665 (print).

IEA (2012d). *Energy Technology Perspectives 2012: Pathways to a Clean Energy System*. International Energy Agency (IEA), Paris, France, 690 pp. ISBN: 978-92-64-17488-7.

IEA (2012e). *World Energy Outlook 2012*. Organisation for Economic Co-operation and Development, Paris, France, 690 pp. ISBN: 9789264181342 (PDF) ; 9789264180840 (print).

IEA (2013). World Energy Balances–2013 Edition. Database and documentation. Available at: http://iea.org/statistics/topics/energybalances/.

IEA ETSAP (2010). *Cement Production*. International Energy Agency Energy Technology Network, Paris, 8 pp. Available at: www.etsap.org.

IEA/WBCSD (2009). *Cement Technology Roadmap 2009: Carbon Emissions Reductions up to 2050*. International Energy Agency/World Business Council for Sustainable Development, Paris, 36 pp. Available at: http://www.wbcsd.org/Pages/EDocument/EDocumentDetails.aspx?ID=11423&NoSearchContextK ey=true.

IEAGHG (2008). *$CO_2$ Capture in the Cement Industry*. IEA Greenhouse Gas R&D Programme, Cheltenham, UK, 221 pp. Available at: www.ieagreen.org.uk.

IFA (2009). *Fertilizers, Climate Change and Enhancing Agricultural Productivity Sustainably*. International Fertilizer Industry Association, Paris, France. Available at: www.fertilizer.org/ifa/content/download/23000/329421/version/1/file/2009_ifa_climate_change.pdf.

IIED (2002). *The Report of the Mining, Minerals and Sustainable Development Project*. International Institute for Environment and Development, London, 476 pp. Available at: http://www.iied.org/sustainable-markets/key-issues/business-and-sustainable-development/mining-minerals-and-sustainable-development.

IMA (2009). *Year Ending Statistics: 2009*. International Magnesium Association, Wauconda, IL, 1 pp. Available at: http://www.intlmag.org/files/yend2009rev.pdf.

INCCA (2010). *India: Greenhouse Gas Emissions 2007*. Indian Network for Climate Change Assessment. Ministry of Environment and Forests, Government of India, New Delhi, India, 84 pp. Available at: http://moef.nic.in/downloads/public-information/Report_INCCA.pdf.

India Planning Commission (2007). *Report of the Task Force for the Eleventh Five Year Plan (2007–12) on Cement Submitted to the Planning Commission of India*. India Planning Commission, New Delhi, India, 154 pp. Available at: http://planningcommission.nic.in/aboutus/committee/wrkgrp11/wg11_cement.pdf.

International Finance Corporation (2007). *Environmental, Health and Safety Guidelines for Integrated Steel Mills*. International Finance Corporation, Washington, DC, 27 pp. Available at: http://www.ifc.org/wps/wcm/connect/0b9c250048855848064d26a6515bb18/Final%2B-%2BIntegrated%2BSteel%2BMills.pdf?MOD=AJPERES&id=1323161945237.

Intlekofer K., B. Bras, and M. Ferguson (2010). Energy Implications of Product Leasing. *Environmental Science & Technology* 44, 4409–4415. doi: 10.1021/es9036836, ISSN: 0013-936X.

IPCC (2006). Chapter 2: Stationary Combustion, Table 2.2 [D.R. Gomez, J.D. Watterson, B.B. Americano, C. Ha, G. Marland, E. Matsika, L.N. Namayanga, B. Osman-Elasha, J.D. Kalenga Saka, K. Treanton (eds.)]. In: *IPCC Guidelines for Greenhouse Gas Inventories Volume 2: Energy*. pp. 15. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/2_Volume2/V2_2_Ch2_Stationary_Combustion.pd.

IPCC (2007). *Climate Change Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 862pp. Available at: http://www.ipcc.ch/publications_and_data/ar4/wg3/en/contents.html.

IPCC/TEAP (2005). *Special Report on Safeguarding the Ozone Layer and the Global Climate System: Issues Related to Hydrofluorocarbons and Perfluorocarbons [D. de Jager, M. Manning, L. Kuijpers (eds.)]*. Intergovernmental Panel on Climate Change, Addis Ababa, 720 pp.

ISMI (2005). *Reduction of Perfluorocompound (PFC) Emissions: 2005 State-of-the-Technology Report*. Sematech, Inc., New York, 80 pp. Available at: http://www.sematech.org/docubase/document/4693aeng.pdf.

Jackson T. (2009). *Prosperity without Growth: Economics for a Finite Planet*. Earthscan Publications, London, 264 pp. ISBN: 9781844078943.

Jackson T. (2011). Societal transformations for a sustainable economy. *Natural Resources Forum* 35, 155–164. doi: 10.1111/j.1477-8947.2011.01395.x, ISSN: 1477-8947.

Jacobs, and IPST (2006). *Pulp and Paper Industry: Energy Bandwidth Study. Report for American Institute of Chemical Engineers (AIChE)*. Jacobs Greenville and Institute of Paper Science and Technology (IPST) at Georgia Institute of Technology, Atlanta, 116 pp. Available at: http://www1.eere.energy.gov/industry/forest/pdfs/doe_bandwidth.pdf.

Jeon Y., B.I. Park, and P.N. Ghauri (2013). Foreign direct investment spillover effects in China: Are they different across industries with different technological levels? *China Economic Review* 26, 105–117. doi: 10.1016/j.chieco.2013.05.001, ISSN: 1043-951X.

De Jong P. (1997). The Structure of the Dutch Waste Sector and Impediments for Waste Reduction. *Waste Management & Research* 15, 641–658. ISSN: 0734242x.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

Kainuma M., K. Miwa, T. Ehara, O. Akashi, and Y. Asayama (2013). A low carbon society: global visions, pathways, and challenges. *Climate Policy* 13, 6–22.

Kainuma M., P.R. Shukla, and K. Jiang (2012). Framing and modeling of a low carbon society: An overview. *Energy Economics* 34, Supplement 3, 316–324.

Kampschreur M.J., H. Temmink, R. Kleerebezem, M.S.M. Jetten, and M.C.M. van Loosdrecht (2009). Nitrous oxide emission during wastewater treatment. *Water Research* 43, 4093–4103. doi: 10.1016/j.watres.2009.03.001, ISSN: 0043-1354.

Karakurt I., G. Aydin, and K. Aydiner (2012). Sources and mitigation of methane emissions by sectors: A critical review. *Renewable Energy* 39, 40–48. doi: 10.1016/j.renene.2011.09.006, ISSN: 0960-1481.

Karstensen K.H. (2007). *A Literature Review on Co-Processing of Alternative Fuels and Raw Materials and Hazardous Wastes in Cement Kilns*. Department for Environmental Affairs and Tourism, Republic of South Africa, Pretoria, South Africa, 420 pp. Available at: http://www.aitec-ambiente.org/Portals/2/docs/pubblici/Documenti/Raccolta%20bibliografica/Coprocessing%20literature%20review%202007.pdf.

Kelly T.D., and G.R. Matos (2013). Historical statistics for mineral and material commodities in the United States (2013 version): U.S. Geological Survey Data Series 140. Available at: http://minerals.usgs.gov/ds/2005/140/.

Kheshgi H.S., H. Thomann, N.A. Bhore, R.B. Hirsch, M.E. Parker, and G. Teletzke (2012). Perspectives on CCS Cost and Economics. *SPE Economics & Management* 4, pp. 24–31. Available at: https://www.onepetro.org/journal-paper/SPE-139716-PA.

Kim H.-J., G.A. Keoleian, and S.J. Skerlos (2011). Economic Assessment of Greenhouse Gas Emissions Reduction by Vehicle Lightweighting Using Aluminum and High-Strength Steel. *Journal of Industrial Ecology* 15, 64–80. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79951741778&partnerID=40&md5=75f547396a1bb6a3fe9752ca3305352e.

Kim H.-J., C. McMillan, G.A. Keoleian, and S.J. Skerlos (2010). Greenhouse Gas Emissions Payback for Lightweighted Vehicles Using Aluminum and High-Strength Steel. *Journal of Industrial Ecology* 14, 929–946. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-78650144733&partnerID=40&md5=9aed1688a221972175249aabd21d91ad.

Kimura O., and F. Noda (2010). *Effectiveness of Energy Audit Programs in Japan*. Central Research Institute of the Electric Power Industry (CRIEPI), Tokyo, Japan, 48 pp. Available at: http://criepi.denken.or.jp/jp/kenkikaku/report/detail/Y09009.html.

Klee H., R. Hunziker, R. van der Meer, and R. Westaway (2011). Getting the numbers right: a database of energy performance and carbon dioxide emissions for the cement industry. *Greenhouse Gas Measurement and Management* 1, 109–118. doi: 10.1080/20430779.2011.579357.

Klinglmair M., and J. Fellner (2010). Urban Mining in Times of Raw Material Shortage. *Journal of Industrial Ecology* 14, 666–679. doi: 10.1111/j.1530-9290.2010.00257.x, ISSN: 1530-9290.

Kollmus A., and M. Lazarus (2010). *Industrial $N_2O$ Projects Under the CDM: The Case of Nitric Acid Production*. Stockholm Environment Institute, Stockholm, 3 pp.

Kong L., A. Hasanbeigi, and L. Price (2012). *Emerging Energy-Efficiency and Greenhouse Gas Mitigation Technologies for the Pulp and Paper Industry*. Lawrence Berkeley National Laboratory, Berkeley, CA, 111 pp. Available at: http://china.lbl.gov/sites/all/files/lbl-5956e-pulp-and-paperrev-dec-2012.pdf.

Kong L., A. Hasanbeigi, L. Price, and H. Liu (2013). *Analysis of Energy-Efficiency Opportunities for the Pulp and Paper Industry in China*. Lawrence Berkeley National Laboratory, Berkeley, CA, 49 pp. Available at: http://china.lbl.gov/sites/all/files/6107e-ppi-csc.pdf.

Kramer K.J., E. Masanet, T. Xu, and E. Worrell (2009). *Energy Efficiency Improvement and Cost Saving Opportunities for the Pulp and Paper Industry: An ENERGY STAR Guide for Energy and Plant Managers*. Lawrence Berkeley National Laboratory, Berkeley, CA, 176 pp. Available at: http://www.energystar.gov/ia/business/industry/downloads/Pulp_and_Paper_Energy_Guide.pdf.

Kruyt B., D.P. van Vuuren, H.J.M. de Vries, and H. Groenenberg (2009). Indicators for energy security. *Energy Policy* 37, 2166–2181.

Kugler M. (2006). Spillovers from foreign direct investment: Within or between industries? *Journal of Development Economics* 80, 444–477. Available at: http://ideas.repec.org/a/eee/deveco/v80y2006i2p444-477.html.

Kuramochi T., A. Ramírez, W. Turkenburg, and A. Faaij (2012a). Comparative assessment of $CO_2$ capture technologies for carbon-intensive industrial processes. *Progress in Energy and Combustion Science* 38, 87–112. doi: 10.1016/j.pecs.2011.05.001, ISSN: 0360-1285.

Kuramochi T., A. Ramírez, W. Turkenburg, and A. Faaij (2012b). Effect of $CO_2$ capture on the emissions of air pollutants from industrial processes. *International Journal of Greenhouse Gas Control* 10, 310–328. doi: 10.1016/j.ijggc.2012.05.022, ISSN: 1750-5836.

Larsen T.A., K.M. Udert, and Lienert Judit (2013). *Source Separation and Decentralization for Wastewater Management*. IWA Publishing Alliance House, London, UK, 491 pp. ISBN: 9781843393481.

Laurijssen J., A. Faaij, and E. Worrell (2012). Benchmarking energy use in the paper industry: a benchmarking study on process unit level. *Energy Efficiency* 6, 49–63. doi: 10.1007/s12053-012-9163-9, ISSN: 1570-646X, 1570–6478.

10

Laurijssen J., F.J. De Gram, E. Worrell, and A. Faaij (2010a). Optimizing the energy efficiency of conventional multi-cylinder dryers in the paper industry. *Energy* 35, 3738–3750. doi: 10.1016/j.energy.2010.05.023, ISSN: 0360-5442.

Laurijssen J., M. Marsidi, A. Westenbroek, E. Worrell, and A. Faaij (2010b). Paper and biomass for energy?: The impact of paper recycling on energy and $CO_2$ emissions. *Resources, Conservation and Recycling* 54, 1208–1218. doi: 10.1016/j.resconrec.2010.03.016, ISSN: 0921-3449.

Law Y., L. Ye, Y. Pan, and Z. Yuan (2012). Nitrous oxide emissions from wastewater treatment processes. *Philosophical Transactions of the Royal Society of London. Series B, Biological Sciences* 367, 1265–1277. doi: 10.1098/rstb.2011.0317, ISSN: 1471-2970.

Layard R. (2011). *Happiness: Lessons from a New Science*. Penguin Books, London, UK, 384 pp. ISBN: 9780241952795.

Laybourn P., and M. Morrissey (2009). *National Industrial Symbiosis Programme—The Pathway to a Low Carbon Sustainable Economy*. National Industrial Symbiosis Programme, Birmingham, 53 pp. Available at: www.wrap.org.uk/sites/files/wrap/Pathway%20Report.pdf.

LBNL, and AISI (2010). *The State-of-the-Art Clean Technologies (SOACT) for Steelmaking Handbook, 2nd Edition*. Lawrence Berkeley National Laboratory Berkeley, California American Iron and Steel Institute, Washington, DC, 138 pp. Available at: http://asiapacificpartnership.org/pdf/Projects/Steel/SOACT-Handbook-2nd-Edition.pdf.

LBNL, and RDC (2007). *Improving Process Heating System Performance: A Sourcebook for Industry. Second Edition*. Lawrence Berkeley National Laboratory and Resource Dynamics Corporation, Washington, DC, 114 pp. Available at: http://www1.eere.energy.gov/manufacturing/tech_deployment/pdfs/process_heating_sourcebook2.pdf.

Le H.Q., and R. Pomfret (2011). Technology spillovers from foreign direct investment in Vietnam: horizontal or vertical spillovers? *Journal of the Asia Pacific Economy* 16, 183–201. doi: 10.1080/13547860.2011.564746, ISSN: 1354-7860.

Leal-Ayala D.R., J.M. Allwood, M. Schmidt, and I. Alexeev (2012). Toner-Print Removal from Paper by Long and Ultrashort Pulsed Lasers. *Proceedings of the Royal Society A: Mathematical, Physical and Engineering Science* 468, 2272–2293. doi: 10.1098/rspa.2011.0601, ISSN: 1364-5021, 1471–2946.

Lee T., and S. van de Meene (2013). Comparative studies of urban climate co-benefits in Asian cities: an analysis of relationships between $CO_2$ emissions and environmental indicators. *Journal of Cleaner Production* 58, 15–24.

Lettenmeier M.T., S. Samus, S. Veuro, and H. Rohn (2009). Connection between material and energy efficiency. Vienna.

Libralato G., A. Volpi Ghirardini, and F. Avezzù (2012). To centralise or to decentralise: an overview of the most recent trends in wastewater treatment management. *Journal of Environmental Management* 94, 61–68. doi: 10.1016/j.jenvman.2011.07.010, ISSN: 1095-8630.

Lin J., D. He, P. He, M. Hu, and H. Lu (2011). *The Race Is On: China Kick-Starts Its Clean Economy*. ClimateWorks Foundation, San Francisco, 20 pp. Available at: http://www.climateworks.org/download/?id=86f8db38-1272-41da-8fe9-4f9aa0021d13.

Liu N., and B.W. Ang (2007). Factors shaping aggregate energy intensity trend for industry: Energy intensity versus product mix. *Energy Economics* 29, 609–635. doi: 10.1016/j.eneco.2006.12.004, ISSN: 0140-9883.

Liu G., C.E. Bangs, and D.B. Müller (2012a). Stock dynamics and emission pathways of the global aluminium cycle. *Nature Climate Change*. doi: 10.1038/nclimate1698, ISSN: 1758-678X.

Liu J., and J. Diamond (2005). China's environment in a globalizing world. *Nature* 435, 1179–1186. doi: 10.1038/4351179a, ISSN: 0028-0836.

Liu X., X. Gao, W. Wang, L. Zheng, Y. Zhou, and Y. Sun (2012b). Pilot-scale anaerobic co-digestion of municipal biomass waste: Focusing on biogas production and GHG reduction. *Renewable Energy* 44, 463–468. doi: 10.1016/j.renene.2012.01.092, ISSN: 0960-1481.

Liu F., Z. Klimont, Q. Zhang, J. Cofala, L. Zhao, H. Huo, B. Nguyen, W. Schöpp, R. Sander, B. Zheng, C. Hong, K. He, M. Amann, and C. Heyes (2013). Integrating mitigation of air pollutants and greenhouse gases in Chinese cities: development of GAINS-City model for Beijing. *Journal of Cleaner Production* 58, 25–33. doi: 10.1016/j.jclepro.2013.03.024, ISSN: 0959-6526.

Locher F.W. (2006). *Cement: Principles of Production and Use*. Verlag Bau+Technik, Düsseldorf, 535 pp. ISBN: 9783764004200.

Lowe E.A. (1997). Creating by-product resource exchanges: Strategies for eco-industrial parks. *Journal of Cleaner Production* 5, 57–65.

Maconachie R., and G. Hilson (2013). Editorial introduction: the extractive industries, community development and livelihood change in developing countries. *Community Development Journal* 48, 347–359. doi: 10.1093/cdj/bst018, ISSN: 0010-3802, 1468–2656.

Martinez-Alier J. (2001). Mining conflicts, environmental justice, and valuation. *Journal of Hazardous Materials* 86, 153–170. doi: 10.1016/S0304-3894(01)00252-7, ISSN: 0304-3894.

Martinez-Fernandez C., C. Hinojosa, and G. Miranda (2010). *Green Jobs and Skills: The Local Labour Market Implications of Addressing Climate Change*. Organisation for Economics Cooperation and Development, Paris, France, 55 pp. Available at: http://www.oecd.org/regional/leed/44683169.pdf.

Masanet E. (2010). Energy Benefits of Electronic Controls at Small and Medium Sized U.S. Manufacturers. *Journal of Industrial Ecology* 14, 696–702. doi: 10.1111/j.1530-9290.2010.00286.x, ISSN: 1530-9290.

Masanet et al. (2008). *Energy Efficiency Improvements and Cost Saving Opportunities for the Fruit and Vegetable Processing Industry*. Lawrence Berkeley National Laboratory Berkeley, California American Iron and Steel Institute, Berkeley, CA, 175 pp.

Masanet E., and J. Sathaye (2009). Challenges and opportunities in accounting for non-energy use $CO_2$ emissions: an editorial comment. *Climatic Change* 95, 395–403. doi: 10.1007/s10584-009-9636-9, ISSN: 0165-0009, 1573–1480.

Massé D.I., G. Talbot, and Y. Gilbert (2011). On farm biogas production: A method to reduce GHG emissions and develop more sustainable livestock operations. *Animal Feed Science and Technology* 166–167, 436–445. doi: 10.1016/j.anifeedsci.2011.04.075, ISSN: 0377-8401.

Matsumiya T. (2011). Steelmaking technology for a sustainable society. *Calphad* 35, 627–635. doi: 10.1016/j.calphad.2011.02.009, ISSN: 0364-5916.

May G., M. Taisch, B. Stahl, and V. Sadr (2013). Toward Energy Efficient Manufacturing: A Study on Practices and Viewpoint of the Industry. IFIP Advances in Information and Communication Technology. In: *Advances in Production Management Systems. Competitive Manufacturing for Innovative Products and Services*. C. Emmanouilidis, M. Taisch, D. Kiritsis, (eds.), Springer Berlin Heidelberg, pp. 1–8.

Mazzanti M., and R. Zoboli (2008). Waste generation, waste disposal and policy effectiveness Evidence on decoupling from the European Union. *Resources, Conservation and Recycling* **52**, 1221–1234. doi: 10.1016/j.resconrec.2008.07.003.

Mazzotti M., J. Abanades, R. Allam, K. Lackner, F. Meunier, E. Rubin, J. Sanchez, K. Yogo, and R. Zevenhoven (2005). Mineral carbonation and industrial uses of $CO_2$. In: *IPCC Special Report on Carbon dioxide Capture and Storage [B. Metz, O. Davidson, H. de Coninck, M. Loos, L. Meyer (eds.)]*. Cambridge University Press, Cambridge, UK and New York, USA, pp. 320–338.

McKane A. (2007). Industrial Energy Management: Issues Paper. United Nations Industrial Development Organization, Vienna, Austria. Available at: http://www.unido.org/fileadmin/import/63563_EM_Issues_Paper031207.pdf.

McKane A., and A. Hasanbeigi (2010). *Motor Systems Efficiency Supply Curves: Assessment the Energy Efficiency Potential of Industrial Motor Systems*. United Nations Industrial Development Organization, Vienna, 112 pp. Available at: http://industrial-energy.lbl.gov/files/industrial-energy/active/0/UNIDO%20Motor%20Systems%20Efficiency%20Supply%20Curves.pdf.

McKane A., and A. Hasanbeigi (2011). Motor systems energy efficiency supply curves: A methodology for assessing the energy efficiency potential of industrial motor systems. *Energy Policy* **39**, 6595–6607. doi: 10.1016/j.enpol.2011.08.004, ISSN: 0301-4215.

McKinsey&Company (2009). *Pathways to a Low-Carbon Economy: Version 2 of the Global Greenhouse Gas Abatement Cost Curve*. McKinsey Company, New York, 20 pp. Available at: www.mckinsey.com/~/media/mckinsey/dotcom/client_service/sustainability/cost curve pdfs/pathways_lowcarbon_economy_version2.

McKinsey&Company (2010). *Impact of the Financial Crisis on Carbon Economics. Version 2.1 of the Global Greenhouse Gas Abatement Cost Curve*. McKinsey Company, New York, 14 pp. Available at: http://www.mckinsey.com/client_service/sustainability/latest_thinking/greenhouse_gas_abatement_cost_curves.

Meidel R.W. (2005). Oil company makes CHP work. *Cogeneration and On-Site Power Production*, pp.49–56.

Melián-Cabrera I., R.W. van den Brink, J.A.Z. Pieterse, G. Mul, F. Kapteijn, and J.A. Moulijn (2004). Decomposition of $N_2O$ in the nitric acid industry: Definition of structure-activity relations as a tool to develop new catalysts. Paris, France. Available at: ftp://nrg-nl.com/pub/www/library/report/2005/rx05080.pdf.

Menikpura S.N.M., J. Sang-Arun, and M. Bengtsson (2013). Integrated Solid Waste Management: an approach for enhancing climate co-benefits through resource recovery. *Journal of Cleaner Production* **58**, 34–42. doi: 10.1016/j.jclepro.2013.03.012, ISSN: 0959-6526.

Mestl H.E.S., K. Aunan, J. Fang, H.M. Seip, J.M. Skjelvik, and H. Vennemo (2005). Cleaner production as climate investment—integrated assessment in Taiyuan City, China. *Journal of Cleaner Production* **13**, 57–70. doi: 10.1016/j.jclepro.2003.08.005, ISSN: 0959-6526.

Metcalf G.E. (2009). Designing a Carbon Tax to Reduce U.S. Greenhouse Gas Emissions. *Review of Environmental Economics and Policy* **3**, 63–83.

Meyer B., M. Distelkamp, and M.I. Wolter (2007). Material efficiency and economic-environmental sustainability. Results of simulations for Germany with the model PANTA RHEI. *Ecological Economics* **63**, 192–200.

Michaelis P., and T. Jackson (2000). Material and energy flow through the UK iron and steel sector. Part 1: 1954–1994. *Resources, Conservation and Recycling* **29**, 131–156. doi: 10.1016/S0921-3449(00)00048-3, ISSN: 0921-3449.

Michaelowa A., and J. Buen (2012). The Clean Development Mechanism gold rush. In: *Carbon Markets or Climate Finance?: Low Carbon and Adaptation Investment Choices for the Developing World*. Routledge, Abingdon, pp. 1–38. ISBN: 978-1-84971-474-7.

Milford R.L., J.M. Allwood, and J.M. Cullen (2011). Assessing the potential of yield improvements, through process scrap reduction, for energy and $CO_2$ abatement in the steel and aluminium sectors. *Resources, Conservation and Recycling* **55**, 1185—1195. doi: 10.1016/j.resconrec.2011.05.021, ISSN: 0921-3449.

Miller B.R., and L.J.M. Kuijpers (2011). Projecting future HFC-23 emissions. *Atmospheric Chemistry and Physics* **11**, 13259–13267. doi: 10.5194/acp-11-13259-2011, ISSN: 1680-7324.

Mitroff I.I., and M.C. Alpaslan (2003). Preparing for evil. *Harvard Business Review* **81**, 109–115, 124. ISSN: 0017-8012.

Moldoveanu G.A., and V.G. Papangelakis (2012). Recovery of rare earth elements adsorbed on clay minerals: I. Desorption mechanism. *Hydrometallurgy* **117–118**, 71–78.

Morimoto K., H.X. Nguyen, M. Chihara, T. Honda, and R. Yamamoto (2006). Proposals for Classification and an Environmental Impact Evaluation Method for Eco-services: Case Study of Municipal Waste Treatment in Cement Production. *Journal of Life Cycle Assessment, Japan* **2**, 347–354. Available at: http://www.jstage.jst.go.jp/article/lca/2/4/2_347/_article.

Morrow III W.R., A. Hasanbeigi, J. Sathaye, and T. Xu (2013a). *Assessment of Energy Efficiency Improvement and $CO_2$ Emission Reduction Potentials in the Cement Industry in India*. Lawrence Berkeley National Laboratory, Berkeley, CA, 43 pp. Available at: http://eetd.lbl.gov/publications/assessment-of-energy-efficiency-impro.

Morrow III W.R., A. Hasanbeigi, J. Sathaye, and T. Xu (2013b). *Assessment of Energy Efficiency Improvement and $CO_2$ Emission Reduction Potentials in India's Iron and Steel Industry*. Lawrence Berkeley National Laboratory, Berkeley, CA USA, 33 pp. Available at: http://ies.lbl.gov/sites/all/files/lbnl-6338e_pdf_0.pdf.

Moss R.L., E. Tzimas, H. Kara, P. Willis, and J. Kooroshy (2011). *Critical Metals in Strategic Energy Technologies. Assessing Rare Metals as Supply-Chain Bottlenecks in Low-Carbon Energy Technologies*. EU Joint Research Centre, The Hague, 164 pp.

Mukherjee D. (1999). An Economic Evaluation of the East Calcutta Wetlands in Environmental Economics. In: *Environmental Economics in India- Concepts and Problems*. S. Ganguly, G. Gupta, J. Roy, (eds.), Allied Publishers, pp. 124.

Mukherjee V., and G. Gupta (2011). *Toxicity and Profitability of Rice Cultivation under Waste-Water Irrigation: The Case of the East Calcutta Wetlands*. South Asian Network for Development and Environmental Economics, Kathmandu, Nepal, 24 pp. Available at: http://ideas.repec.org/p/ess/wpaper/id4634.html.

Muller N., and J. Harnish (2008). *A Blueprint for a Climate-Friendly Cement Industry: How to Turn Around the Trend of Cement Related Emissions in the Developing World*. WWF International, Gland, Switzerland, 101 pp. Available at: http://wwf.panda.org/about_our_earth/all_publications/?151621/A-blueprint-for-a-climate-friendly-cement-industry.

Murphy J.T. (2001). Making the energy transition in rural east Africa: Is leapfrogging an alternative? *Technological Forecasting and Social Change*, 173–193. doi: 10.1016/S0040-1625(99)00091-8.

Naqvi M., J. Yan, and E. Dahlquist (2010). Black liquor gasification integrated in pulp and paper mills: A critical review. *Bioresource Technology* **101**, 8001–8015. doi: 10.1016/j.biortech.2010.05.013, ISSN: 0960-8524.

**10**

Naranjo M., D.T. Brownlow, and A. Garza (2011). $CO_2$ capture and sequestration in the cement industry. *Energy Procedia* **4**, 2716–2723. doi: 10.1016/j.egypro.2011.02.173, ISSN: 1876-6102.

NBS (2012). *China Energy Statistical Yearbook 2011*. China Statistics Press, Beijing, China, 352 pp. ISBN: 978-7-5037-6459-2.

NDRC (2011a). Further Structural Optimization of Building Materials Industry in China. National Development and Reform Commission. Available at: http://gys.ndrc.gov.cn/gzdt/t20110130_393698.htm.

NDRC (2011b). Review of the Eleventh Five-Year Plan: Top 1000 Program Exceeded Targets. National Development and Reform Commission. Available at: http://www.gov.cn/gzdt/2011-09/30/content_1960586.htm.

Neelis M., E. Worrell, and E. Masanet (2008). *Energy Efficiency Improvement and Cost Saving Opportunities for the Petrochemical Industry An ENERGY STAR® Guide for Energy and Plant Managers*. Lawrence Berkeley National Laboratory, Berkeley, CA, 141 pp. Available at: http://escholarship.org/uc/item/8dg961x6.

Van Nes N., and J. Cramer (2006). Product lifetime optimization: a challenging strategy towards more sustainable consumption patterns. *Journal of Cleaner Production* **14**, 1307–1318. doi: 10.1016/j.jclepro.2005.04.006, ISSN: 0959-6526.

Nidumolu R., C.K. Prahalad, and M.R. Rangaswami (2009). Why Sustainability Is Now the Key Driver of Innovation. *Harvard Business Review*. Available at: http://hbr.org/2009/09/why-sustainability-is-now-the-key-driver-of-innovation/.

Nishimura W., and T. Sugiyama (2008). *Mitigation of Non-$CO_2$ Greenhouse Gases*. Central Research Institute of the Electric Power Industry (CRIEPI), Tokyo, 38 pp. Available at: http://criepi.denken.or.jp/jp/kenkikaku/report/detail/Y07012.html.

Nissanke M. (2009). The Global Financial Crisis and the Developing World: Transmission Channels and Fall-outs for Industrial Development. Available at: http://www.unido.org/fileadmin/user_media/Publications/RSF_DPR/WP062009_Ebook.pdf.

Norgate T., and N. Haque (2010). Energy and greenhouse gas impacts of mining and mineral processing operations. *Journal of Cleaner Production* **18**, 266–274. doi: 10.1016/j.jclepro.2009.09.020, ISSN: 0959-6526.

NREL, LBNL, and RDC (2012). *Improving Steam System Performance: A Sourcebook for Industry*. National Renewable Energy Laboratory, Lawrence Berkeley National Laboratory, and Resource Dynamics Corporation, Washington, DC, 64 pp. Available at: http://www1.eere.energy.gov/manufacturing/tech_deployment/pdfs/steamsourcebook.pdf.

NSSMC (2013). *Sustainability Report 2013*. Nippon Steel & Sumitomo Metal Corporation, Tokyo, Japan, 27 pp.

Nzihou A., N.J. Themelis, M. Kemiha, and Y. Benhamou (2012). Dioxin emissions from municipal solid waste incinerators (MSWIs) in France. *Waste Management* **32**, 2273–2277. doi: 10.1016/j.wasman.2012.06.016, ISSN: 1879-2456.

Oda J., K. Akimoto, T. Tomoda, M. Nagashima, K. Wada, and F. Sano (2012). International comparisons of energy efficiency in power, steel, and cement industries. *Energy Policy* **44**, 118–129. doi: 10.1016/j.enpol.2012.01.024, ISSN: 0301-4215.

OECD (2008). *Measuring Material Flows and Resource Productivity (Volumes I-III and Synthesis Report)*. Organisation for Economic Co-operation and Development, Paris, France, 101 pp. Available at: http://www.oecd.org/redirect/dataoecd/55/12/40464014.pdf.

OECD (2009). *Sustainable Manufacturing and Eco-Innovation: Towards a Green Economy*. Organisation for Economics Cooperation and Development, Paris, France, 1–8 pp.

OECD (2011). *OECD Science, Technology and Industry Scoreboard 2011: Innovation and Growth in Knowledge Economies*. Paris, France, 204 pp. ISBN: 978-92-64-11165-3.

OECD/IEA (2012). *SPREADING THE NET: THE MULTIPLE BENEFITS OF ENERGY EFFICIENCY IMPROVEMENTS*. Organisation for Economic Co-Operation and Development, Paris, 37 pp. Available at: http://www.iea.org/publications/insights/ee_improvements.pdf.

Ogawa J., F. Noda, and Y. Yamashita (2011). *Fact-Finding Study on Japan's Energy Management Policies: Proposal for Developing Countries*. Institute of Energy Economics Japan, Tokyo, 42 pp. Available at: eneken.ieej.or.jp/data/3357.pdf.

Oland C.B. (2004). *Guide to Combined Heat and Power*. Oak Ridge National Laboratory, Oak Ridge, 207 pp. Available at: http://www1.eere.energy.gov/manufacturing/tech_deployment/pdfs/guide_chp_boiler.pdf.

Olson D.L., and D.D. Wu (2010). A review of enterprise risk management in supply chain. *Kybernetes* **39**, 694–706. doi: 10.1108/03684921011043198, ISSN: 0368-492X.

Orr J., A. Darby, T. Ibell, M. Evernden, and M. Otlet (2010). Concrete structures using fabric formwork. *The Structural Engineer* **89**, 21–28.

Van Oss H.G., and A.C. Padovani (2002). Cement Manufacture and the Environment: Part I: Chemistry and Technology. *Journal of Industrial Ecology* **6**, 89–105. doi: 10.1162/108819802320971650, ISSN: 1530-9290.

Patel M.K., M.L. Neelis, D. Gielen, J.G.J. Olivier, T. Simmons, and J. Theunis (2005). Carbon dioxide emmissions from non energy use of fossil fuels: Summary of key issues and conclusions from the country analyses. *Resources Conservation and Recycling* **45**, 195–209. ISSN: 0921-3441.

Pauliuk S., T. Wang, and D.B. Müller (2012). Moving toward the circular economy: the role of stocks in the Chinese steel cycle. *Environmental Science & Technology* **46**, 148–154. doi: 10.1021/es201904c, ISSN: 1520-5851.

Peeters P., and G. Dubois (2010). Tourism travel under climate change mitigation constraints. *Journal of Transport Geography* **18**, 447–457. doi: 10.1016/j.jtrangeo.2009.09.003, ISSN: 0966-6923.

Peeters P., and M. Landré (2011). The Emerging Global Tourism Geography—An Environmental Sustainability Perspective. *Sustainability* **4**, 42–71. doi: 10.3390/su4010042, ISSN: 2071-1050.

Peters G.P., and E.G. Hertwich (2008). $CO_2$ Embodied in International Trade with Implications for Global Climate Policy. *Environmental Science & Technology* **42**, 1401–1407. doi: 10.1021/es072023k, ISSN: 0013-936X.

Pettersson K., and S. Harvey (2012). Comparison of black liquor gasification with other pulping biorefinery concepts—Systems analysis of economic performance and $CO_2$ emissions. *Energy* **37**, 136–153. doi: 10.1016/j.energy.2011.10.020, ISSN: 0360-5442.

Pinegar H.K., M.S. Moats, and H.Y. Sohn (2011). Process Simulation and Economic Feasibility Analysis for a Hydrogen-Based Novel Suspension Ironmaking Technology. *Steel Research International* **82**, 951–963. doi: 10.1002/srin.201000288, ISSN: 1869-344X.

Pitblado R. (2011). Global process industry initiatives to reduce major accident hazards. *Journal of Loss Prevention in the Process Industries* **24**, 57–62. doi: 10.1016/j.jlp.2010.08.006, ISSN: 0950-4230.

Plastics Europe (2012). *Plastics—the Facts 2012. An Analysis of European Plastics Production, Demand and Waste Data for 2011*. Plastics Europe, Brussels, 40 pp. Available at: http://www.plasticseurope.org/Document/plastics-the-facts-2012.aspx?Page=SEARCH&FolID=2.

Prantl R., M. Tesar, M. Huber-Humer, and P. Lechner (2006). Changes in carbon and nitrogen pool during in-situ aeration of old landfills under varying conditions. *Waste Management* **26**, 373–380. doi: 10.1016/j.wasman.2005.11.010, ISSN: 0956-053X.

Price L., C. Galitsky, and K.J. Kramer (2008). *International Experience with Key Program Elements of Industrial Energy Efficiency or Greenhouse Gas Emissions Reduction Target-Setting Programs*. Lawrence Berkeley National Laboratory, Berkeley, CA, 50 pp. Available at: http://www.escholarship.org/uc/item/8fz166bg.

Price L., M.D. Levine, N. Zhou, D. Fridley, N. Aden, H. Lu, M. McNeil, N. Zheng, Y. Qin, and P. Yowargana (2011). Assessment of China's energy-saving and emission-reduction accomplishments and opportunities during the 11th Five Year Plan. *Energy Policy* **39**, 2165–2178. doi: 10.1016/j.enpol.2011.02.006.

Price L., and H. Lu (2011). Industrial Energy Auditing and Assessments: A Survey of Programs Around the World. Lawrence Berkeley National Laboratory, Berkeley, CA. 12 pp. Available at: http://proceedings.eceee.org/visabstrakt.php?event=1&doc=3-049-11.

Price L., and A.T. McKane (2009). *Policies and Measures to Realise Industrial Energy Efficiency and Mitigate Climate Change*. United Nations Energy Energy Efficiency Cluster, Vienna, 45 pp. Available at: http://www.unido.org/fileadmin/user_media/Services/Energy_and_Climate_Change/EPU/UN%20Energy%20 2009 %20Policies%20and%20Measures%20to%20realise %20Industrial%20 Energy%20Efficiency%20and%20mitigate%20Climate%20Change_small.pdf.

Price L., S. de la Rue du Can, and H. Lu (2010). *Evaluation of Efficiency Activities in the Industrial Sector Undertaken in Response to Greenhouse Gas Emission Reduction Target*. Lawrence Berkeley National Laboratory. Available at: http://china.lbl.gov/sites/china.lbl.gov/files/LBNL-3551E.pdf.

Puettmann M., and J. Wilson (2005). Life-cycle Analysis of Wood Products: Cradle-to-gate Lci of Residential Wood Building Materials. *Wood and Fiber Science* **37**, 18–29. ISSN: 0735-6161.

Qu S., and D. Yang (2011). A Study on China's GHG Emission from Waste Sector: Trend and Peak Value. *China Industrial Economics*, 37–47. Available at: http://en.cnki.com.cn/Article_en/CJFDTOTAL-GGYY201111005.htm.

Raaz V., and U. Mentges (2009). *Comparison of Energy Efficiency and CO$_2$ Emissions for Trucks Haulage versus In-Pit Crushing and Conveying of Materials: Calculation, Methods and Case Studies*. ThyssenKrupp Fördertechnik GmbH, Essen, Germany, 6 pp. Available at: http://mine-planning.com/Homepage/publications_documents/Energy%20Efficiency%20&%20CO2 %20Emissi ons%20in%20Open%20Pit%20Mines%202011 %20SME%20Anual%20 Meeting.pdf.

Raghupathy L., and A. Chaturvedi (2013). Secondary resources and recycling in developing economies. *Science of The Total Environment* **461–462**, 830–834.

Ramírez C.A., M. Patel, and K. Blok (2006). From fluid milk to milk powder: Energy use and energy efficiency in the European dairy industry. *Energy* **31**, 1984–2004. doi: 10.1016/j.energy.2005.10.014, ISSN: 0360-5442.

Rathmann B. (2007). Retrofit of an Electric Shovel or Dragline—a cost saving alternative between frequent repairs and the purchase of a new machine. Society for Mining, Metallurgy and Exploration, Denver, CO. Available at: http://www05.abb.com/global/scot/scot244.nsf/veritydisplay/e4d71de93711bdcac12576730045d8eb/$file/sme%202007 %20refit%20 of%20an%20electric%20shovel.pdf.

Räthzel N., and D. Uzzell (2012). *Trade Unions in the Green Economy: Working for the Environment*. Routledge, New York, 288 pp. ISBN: 978-1-84971-464-8.

Reddy B.S., and B.K. Ray (2010). Decomposition of energy consumption and energy intensity in Indian manufacturing industries. *Energy for Sustainable Development* **14**, 35–47. doi: 10.1016/j.esd.2009.12.001, ISSN: 0973-0826.

Van den Reek J.A. (1999). *Reduction of CO$_2$ Emissions by Reduction of Paper Use for Publication Applications*. Universitet Utrecht, Utrecht, Netherlands, 79 pp. ISBN: OCLC-Nummer: 67747781.

Reichart I., and R. Hischier (2003). The environmental impact of getting the news: a comparison of on-line, television, and newspaper information delivery. *Journal of Industrial Ecology* **6**, 185–200.

Reimer R.A., C.S. Slaten, M. Seapan, A. Koch, and V.G. Triner (2000). Adipic Acid Industry—N$_2$O Abatement, Non-CO$_2$ Gases: Scientific Understanding, Control and Implementation. *Kluwer Academic Publishers*, 347–358.

Reinaud J., and A. Goldberg (2011). *Ten Key Messages for Effective Policy Packages—Sharing Best Practices in Industrial Energy Efficiency Policies*. Institute for Industrial Productivity, Washington, DC, 61 pp. Available at: http://www. iipnetwork.org/publications#tenkey.

Ren W., Y. Geng, B. Xue, T. Fujita, Z. Ma, and P. Jiang (2012). Pursuing co-benefits in China's old industrial base: A case of Shenyang. *Urban Climate* **1**, 55–64. doi: 10.1016/j.uclim.2012.07.001, ISSN: 2212-0955.

Ren T., and M.K. Patel (2009). Basic petrochemicals from natural gas, coal and biomass: Energy use and CO$_2$ emissions. *Resources, Conservation and Recycling* **53**, 513–528. doi: 10.1016/j.resconrec.2009.04.005, ISSN: 0921-3449.

Ren T., M. Patel, and K. Blok (2006). Olefins from conventional and heavy feedstocks: Energy use in steam cracking and alternative processes. *Energy* **31**, 425–451. doi: 10.1016/j.energy.2005.04.001, ISSN: 0360-5442.

Rennings K., and T. Zwick (2002). Employment Impact of Cleaner Production on the Firm Level: Empirical Evidence from a Survey in Five European Countries. *International Journal of Innovation Management* **06**, 319–342. doi: 10.1142/S1363919602000604, ISSN: 1363-9196, 1757–5877.

Resnick Institute (2011). *Critical Materials For Sustainable Energy Applications*. California Institute of Technology, Pasadena, 46 pp. Available at: http://www. resnick.caltech.edu/learn/docs/ri_criticalmaterials_report.pdf.

Rezessy S., and P. Bertoldi (2011). Voluntary agreements in the field of energy efficiency and emission reduction: Review and analysis of experiences in the European Union. *Energy Policy* **39**, 7121–7129. doi: 10.1016/j.enpol.2011.08.030, ISSN: 0301-4215.

Rich C., J. Gronow, and N. Voulvoulis (2008). The potential for aeration of MSW landfills to accelerate completion. *Waste Management* **28**, 1039–1048. doi: 10.1016/j.wasman.2007.03.022, ISSN: 0956-053X.

Ritzkowski M., K.-U. Heyer, and R. Stegmann (2006). Fundamental processes and implications during in situ aeration of old landfills. *Waste Management (New York, N.Y.)* **26**, 356–372. doi: 10.1016/j.wasman.2005.11.009, ISSN: 0956-053X.

Ritzkowski, and R. Stegmann (2010). Generating CO$_2$-credits through landfill in situ aeration. *Waste Management (New York NY)* **30**, 702–706.

Rivers N. (2010). Impacts of climate policy on the competitiveness of Canadian industry: How big and how to mitigate? *Energy Economics* 32, 1092–1104. doi: 10.1016/j.eneco.2010.01.003, ISSN: 0140-9883.

Rohdin P., P. Thollander, and P. Solding (2007). Barriers to and drivers for energy efficiency in the Swedish foundry industry. *Energy Policy* 35, 672–677. doi: 10.1016/j.enpol.2006.01.010.

Roy J. (2007). De-Linking Economic Growth From GHG Emissions Through Energy Efficiency Route- How far are we in India? *Bulletin on Energy Efficiency* 7, 52–57. Available at: http://www.indianjournals.com/ijor.aspx?target=ijor:bee&volume=7&issue=annual&article=019.

Roy J. (2010). *Iron and Steel Sectoral Approaches to the Mitigation of Climate Change, Perform, Achieve and Trade (PAT) in India*. Climate Strategies. Available at http://www.climatestrategies.org.

Roy J., S. Dasgupta, and Debalina Chakrabarty (2013). Energy Efficiency: Technology, Behavior and Development. In: *The handbook of global energy policy*. A. Golthau, (ed.), Wiley-Blackwell, Boston, MA, pp. 282–302. ISBN: 978-0-470-67264-8.

Roy J., and S. Pal (2009). Lifestyles and climate change: link awaiting activation. *Current Opinion in Environmental Sustainability* 1, 192–200. doi: 10.1016/j.cosust.2009.10.009, ISSN: 1877-3435.

Roy J., A.H. Sanstad, J.A. Sathaye, and R. Khaddaria (2006). Substitution and price elasticity estimates using inter-country pooled data in a translog cost model. *Energy Economics* 28, 706–719. doi: 10.1016/j.eneco.2006.05.008, ISSN: 0140-9883.

De la Rue du Can S., and L. Price (2008). Sectoral trends in global energy use and greenhouse gas emissions. *Energy Policy* 36, 1386–1403. doi: 10.1016/j.enpol.2007.12.017, ISSN: 0301-4215.

Saidur R. (2010). A review on electrical motors energy use and energy savings. *Renewable and Sustainable Energy Reviews* 14, 877–898. doi: 10.1016/j.rser.2009.10.018, ISSN: 1364-0321.

Sakamoto Y., M. Sasaki, H. Nishihata, T. Suzuki, and K. Ikeda (2011). Analysis Methodology Proposal for $CO_2$ and Primary Energy Reductions Potential with Heat Pump Technologies in the Food and Beverage Sector and its Results in Major Countries. *Journal of Environment and Engineering* 6, 830–845. doi: 10.1299/jee.6.830.

Sano F., K. Akimoto, and K. Wada (2013). Impacts of different diffusion scenarios for mitigation technology options and of model representations regarding renewables intermittency on evaluations of $CO_2$ emissions reductions. *Climatic Change*, 1–12. doi: 10.1007/s10584-013-0896-z, ISSN: 0165-0009, 1573–1480.

Sano F., K. Wada, K. Akimoto, and J. Oda (2013). Assessments of GHG emission reduction scenarios of different levels and different short-term pledges through macro- and sectoral decomposition analyses. *Technological Forecasting and Social Change*. doi: 10.1016/j.techfore.2013.11.002, ISSN: 0040-1625.

Sanstad A.H., J. Roy, and J.A. Sathaye (2006). Estimating energy-augmenting technological change in developing country industries. *Energy Economics* 28, 720–729. doi: 10.1016/j.eneco.2006.07.005, ISSN: 0140-9883.

Sardeshpande V., U.N. Gaitonde, and R. Banerjee (2007). Model based energy benchmarking for glass furnace. *Energy Conversion and Management* 48, 2718–2738. doi: 10.1016/j.enconman.2007.04.013, ISSN: 0196-8904.

Sarkar M.A.R., M. Ehsan, and M.A. Islam (2003). Issues relating to energy conservation and renewable energy in Bangladesh. *Energy for Sustainable Development* 7, 77–87. doi: 10.1016/S0973-0826(08)60357-9, ISSN: 0973-0826.

Sathaye J., and A. Gupta (2010). *Eliminating Electricity Deficit through Energy Efficiency in India: An Evaluation of Aggregate Economic and Carbon Benefits*. Lawrence Berkeley National Laboratory, Berkeley, CA, 31 pp.

Sathaye J., T. Xu, and C. Galitsky (2011). *Bottom-up Representation of Industrial Energy Efficiency Technologies in Integrated Assessment Models for the Cement Sector*. Lawrence Berkeley National Laboratory, Berkeley, CA, 59 pp. Available at: http://www.escholarship.org/uc/item/0xt5x113.

Saygin D., M.K. Patel, E. Worrell, C. Tam, and D.J. Gielen (2011a). Potential of best practice technology to improve energy efficiency in the global chemical and petrochemical sector. *Energy* 36, 5779–5790. doi: 10.1016/j.energy.2011.05.019, ISSN: 0360-5442.

Saygin D., E. Worrell, M.K. Patel, and D.J. Gielen (2011b). Benchmarking the energy use of energy-intensive industries in industrialized and in developing countries. *Energy* 36, 6661–6673. doi: 10.1016/j.energy.2011.08.025, ISSN: 0360-5442.

Schäfer A. (2005). Structural change in energy use. *Energy Policy* 33, 429–437. doi: 10.1016/j.enpol.2003.09.002, ISSN: 0301-4215.

Schleich J. (2004). Do energy audits help reduce barriers to energy efficiency? An empirical analysis for Germany. *International Journal Energy Technology and Policy* 2, 226–239.

Schleich J., and E. Gruber (2008). Beyond case studies: Barriers to energy efficiency in commerce and the services sector. *Energy Economics* 30, 449–464. doi: 10.1016/j.eneco.2006.08.004, ISSN: 0140-9883.

Schmitz H. (1995). Collective efficiency: Growth path for small-scale industry. *Journal of Development Studies* 31, 529–566. doi: 10.1080/00220389508422377, ISSN: 0022-0388, 1743–9140.

Scholl G., L. Schulz, E. Süßbauer, and S. Otto (2010). *Consumer-Oriented Approaches to Foster Resource Efficiency*. Wuppertal Institute for Climate, Environment and Energy, Wuppertal, 80 pp. Available at: http://epub.wupperinst.org/frontdoor/index/index/docId/4336.

Scott D., P. Peeters, and S. Gössling (2010). Can tourism deliver its "aspirational" greenhouse gas emission reduction targets? *Journal of Sustainable Tourism* 18, 393–408. doi: 10.1080/09669581003653542, ISSN: 0966-9582, 1747–7646.

Sengenberger W., and F. Pyke (1992). *Industrial Districts and Local Economic Regeneration*. International Institute for Labour Studies, Geneva, 297 pp.

Sheinbaum C., B.J. Ruíz, and L. Ozawa (2011). Energy consumption and related $CO_2$ emissions in five Latin American countries: Changes from 1990 to 2006 and perspectives. *Energy* 36, 3629–3638. doi: 10.1016/j.energy.2010.07.023, ISSN: 0360-5442.

Sheinbaum-Pardo C., S. Mora-Pérez, and G. Robles-Morales (2012). Decomposition of energy consumption and $CO_2$ emissions in Mexican manufacturing industries: Trends between 1990 and 2008. *Energy for Sustainable Development* 16, 57–67. doi: 10.1016/j.esd.2011.08.003, ISSN: 0973-0826.

Shen B., L. Price, and H. Lu (2012). Energy audit practices in China: National and local experiences and issues. *Energy Policy* 46, 346–358. doi: 10.1016/j.enpol.2012.03.069, ISSN: 0301-4215.

Shin S.G., B.W. Zhou, S. Lee, W. Kim, and S. Hwang (2011). Variations in methanogenic population structure under overloading of pre-acidified high-strength organic wastewaters. *Process Biochemistry* 46, 1035–1038. doi: 10.1016/j.procbio.2011.01.009, ISSN: 1359-5113.

Shipley A., A. Hampson, B. Hedman, P. Garland, and P. Bautista (2008). *Combined Heat and Power: Effective Energy Solutions for a Sustainable Future*. Oak Ridge National Laboratory, Oak Ridge, 40 pp.

SI, and GFMS (2013). *World Silver Survey 2013*. The Silver Institute and Thomson Reuters GFMS, Washington, DC, 12 pp. Available at: https://www.silverinstitute.org/site/wp-content/uploads/2013/06/WSS2013Summary.pdf.

Siitonen S., M. Tuomaala, and P. Ahtila (2010). Variables affecting energy efficiency and $CO_2$ emissions in the steel industry. *Energy Policy* **38**, 2477–2485. doi: 10.1016/j.enpol.2009.12.042.

Sim S., M. Barry, R. Clift, and S. Cowell (2007). The relative importance of transport in determining an appropriate sustainability strategy for food sourcing. *The International Journal of Life Cycle Assessment* **12**, 422–431. doi: 10.1065/lca2006.07.259, ISSN: 0948-3349.

Sims R., P. Mercado, W. Krewitt, G. Bhuyan, D. Flynn, H. Holttinen, G. Jannuzzi, S. Khennas, Y. Liu, L.J. Nilsson, J. Ogden, K. Ogimoto, M. O'Malley, H. Outhred, Ø. Ulleberg, and F. van Hulle (2011). Integration of Renewable Energy into Present and Future Energy Systems. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 609–706.

Sjardin M. (2003). *$CO_2$ Emission Factors for Non-Energy Use in the Non-Ferrous Metal, Ferroalloys and Inorganics Industry*. Copernicus Institute, Utrecht, Netherlands, 63 pp.

Skelton A.C.H., and J.M. Allwood (2013a). Product life trade-offs: what if products fail early? *Environmental Science & Technology* **47**, 1719–1728. doi: 10.1021/es3034022, ISSN: 1520-5851.

Skelton A.C.H., and J.M. Allwood (2013b). The incentives for supply chain collaboration to improve material efficiency in the use of steel: An analysis using input output techniques. *Ecological Economics* **89**, 33–42. doi: 10.1016/j.ecolecon.2013.01.021, ISSN: 0921-8009.

Smith H.M. (2012). The Mining Sector—Energy Efficiency Best Practice Guide for the Australian Federal and State Government Energy Efficiency Exchange. Available at: http://eex.gov.au/industry-sectors/mining/.

Smith P., D. Martino, Z. Cai, D. Gwary, H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, B. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, U. Schneider, S. Towprayoon, M. Wattenbach, and J. Smith (2008). Greenhouse Gas Mitigation in Agriculture. *Philosophical Transactions of the Royal Society B: Biological Sciences* **363**, 789–813. doi: 10.1098/rstb.2007.2184, ISSN: 0962-8436, 1471–2970.

Sovacool B.K., and M.A. Brown (2010). *Competing Dimensions of Energy Security: An International Perspective*. Social Science Research Network, Rochester, NY, 77–108 pp. Available at: http://papers.ssrn.com/abstract=1707238.

Spokas K.A., and J.E. Bogner (2011). Limits and dynamics of methane oxidation in landfill cover soils. *Waste Management* **31**, 823–832. doi: 10.1016/j.wasman.2009.12.018, ISSN: 0956-053X.

Spokas K., J. Bogner, and J. Chanton (2011). A process-based inventory model for landfill $CH_4$ emissions inclusive of seasonal soil microclimate and $CH_4$ oxidation. *Journal of Geophysical Research: Biogeosciences* **116**. doi: 10.1029/2011JG001741, ISSN: 2156-2202.

Stahel W.R. (2013). Policy for material efficiency—sustainable taxation as a departure from the throwaway society. *Philosophical Transactions of the Royal Society A: Mathematical, Physical and Engineering Sciences* **371**, 2–15.

Stehfest E., L. Bouwman, D. van Vuuren, M. den Elzen, B. Eickhout, and P. Kabat (2009). Climate benefits of changing diet. *Climatic Change* **95**, 83–102. doi: 10.1007/s10584-008-9534-6, ISSN: 0165-0009.

Stenqvist C., and L. Nilsson (2012). Energy efficiency in energy-intensive industries—an evaluation of the Swedish voluntary agreement PFE. *Energy Efficiency* **5**, 225–241.

Streets D.G., K. Jiang, X. Hu, J.E. Sinton, X.-Q. Zhang, D. Xu, M.Z. Jacobson, and J.E. Hansen (2001). Recent Reductions in China's Greenhouse Gas Emissions. *Science* **294**, 1835–1837. doi: 10.1126/science.1065226, ISSN: 0036-8075, 1095–9203.

Sun J.W. (1998). Changes in energy consumption and energy intensity: A complete decomposition model. *Energy Economics* **20**, 85–100. doi: 10.1016/S0140-9883(97)00012-1, ISSN: 0140-9883.

SWEEP (2011). Southwest Energy Efficiency Project. Energy Efficiency Guide for Colorado Businesses—Recommendations by Sector: Mining. Southwest Energy Efficiency Project. Available at: http://swenergy.org/.

SWITCH-Asia Network Facility (2009). *A Key Solution to Climate Change: Sustainable Consumption and Production. Making the Link*. SWITCH-Asia Programme, Wuppertal, Germany, 23 pp. Available at: http://ec.europa.eu/europeaid/infopoint/publications/europeaid/documents/160a_en.pdf.

Taibi E., D. Gielen, and M. Bazilian The potential for renewable energy in industrial applications. *Renewable and Sustainable Energy Reviews*. doi: 10.1016/j.rser.2011.08.039, ISSN: 1364-0321.

Takeda T., T. Anyashiki, T. Sato, N. Oyama, S. Watakabe, and M. Sato (2011). Recent Developments and Mid- and Long-Term $CO_2$ Mitigation Projects in Ironmaking. *Steel Research International* **82**, 512–520. doi: 10.1002/srin.201100034, ISSN: 1869-344X.

Tanaka K. (2008). Assessment of energy efficiency performance measures in industry and their application for policy. *Energy Policy* **36**, 2887–2902. doi: 10.1016/j.enpol.2008.03.032, ISSN: 0301-4215.

Tanaka K. (2011). Review of policies and measures for energy efficiency in industry sector. *Energy Policy* **39**, 6532–6550. doi: 10.1016/j.enpol.2011.07.058, ISSN: 0301-4215.

Tanaka K. (2012). A comparison study of EU and Japan methods to assess $CO_2$ emission reduction and energy saving in the iron and steel industry. *Energy Policy* **51**, 578–585. doi: 10.1016/j.enpol.2012.08.075, ISSN: 0301-4215.

TEC, and DEEE (2008). *Déplacements Touristiques Des Français: Hyper Concentration Des Comportements Les plus Émetteurs de Gaz À Effet de Serre*. Minstère de l'écologie, TEC (Tourism Transports Territoires Environment Conseil) and Direction des études et de l'évaluation Environnementale, Paris, 4 pp.

Tekkaya A.E., M. Schikorra, D. Becker, D. Biermann, N. Hammer, and K. Pantke (2009). Hot profile extrusion of AA-6060 aluminum chips. *Journal of Materials Processing Technology* **209**, 3343–3350. doi: 10.1016/j.jmatprotec.2008.07.047, ISSN: 0924-0136.

Themelis N.J. (2007). Introduction to waste-to-energy. *Encyclopedia of Sustainability of Science and Technology* **17**, 11828–11838.

Themelis N.J., and A. Bourtsalas (2013). UK Waste Management: Growing old or Growing Clean? *Waste Management World*. Available at: http://www.waste-management-world.com/articles/print/volume-14/issue-3/features/uk-waste-management-growing-old-or-growing-clean.html.

Themelis N.J., M.E.B. Diaz, P. Estevez, and M.G. Velasco (2013). *WTE Guidebook for Latin America and The Caribbean*. Inter-American Development Bank, New York, 228 pp. Available at: www.wtert.org/wteguidebook_IDB.pdf.

Themelis N.J., and P.A. Ulloa (2007). Methane generation in landfills. *Renewable Energy* **32**, 1243–1257. doi: 10.1016/j.renene.2006.04.020, ISSN: 0960-1481.

**Thollander P., M. Danestig, and P. Rohdin (2007)**. Energy policies for increased industrial energy efficiency: Evaluation of a local energy programme for manufacturing SMEs. *Energy Policy* **35**, 5774–5783.

**Thollander P., and J. Palm (2013)**. Concluding Discussion: Elaborating on the Energy Efficiency Gap. In: *Improving Energy Efficiency in Industrial Energy Systems*. Springer London, pp. 135–145. ISBN: 978-1-4471-4161-7, 978-1-4471-4162-4.

**Thomas V.M. (2003)**. Demand and Dematerialization Impacts of Second-Hand Markets. *Journal of Industrial Ecology* **7**, 65–78.

**Timilsina G.R. (2009)**. Carbon tax under the Clean Development Mechanism: a unique approach for reducing greenhouse gas emissions in developing countries. *Climate Policy* **9**, 139–154. doi: 10.3763/cpol.2008.0546.

**Transatlantic Academy (2012)**. *The Global Resource Nexus: The Struggles for Land, Energy, Food, Water, and Materials*. Transatlantic Academy, Washington DC, USA, 100 pp.

**UN (2013)**. *Implementation of the Programme of Action for the Least Developed Countries for the Decade 2011–2020. Report of the Secretary-General to the UN ECOSOC General Assembly, Sixty-Eighth Session*. United Nations Economic and Social Council, New York, 64 pp. Available at: http://www.unohrlls. org/docs/ohrlls/ldcs/2013_SG_Report_on_Istanbul_PoA_UNEDITED.pdf.

**UNCTAD (2008)**. *World Investment Report 2008. Transnational Corporations, and the Infrastructure Challenge*. United Nations, New York, 294 pp. ISBN: 9789211127553.

**UNCTAD (2011)**. *The Least Developed Countries Report 2011: The Potential Role of South-South Cooperation for Inclusive and Sustainable Development*. United Nations Conference on Trade and Development (UNCTAD), New York, 166 pp. ISBN: 9789210551564.

**UNDESA (2013)**. World Population Prospects: The 2012 Revision. Available at: http://esa.un.org/unpd/wpp/Excel-Data/population.htm.

**UNEP (2010)**. *2010 Assessment Report of the Technology and Economic Assessment Panel*. UNEP (Montreal Protocol on Substances That Deplete the Ozone Layer), Nairobi, Kenya, 91 pp. Available at: http://ozone.unep.org/teap/Reports/TEAP_ Reports/TEAP-Assessment-report-2010.pdf.

**UNEP, and EC (2010)**. *Barriers to the Use of Low-GWP Refrigerants in Developing Countries and Opportunities to Overcome These*. United Nations Environment Programme Division on Technology, Industry and Economics. Available at: http://www.unep.fr/ozonaction/information/mmcfiles/7477-e-Summary-low-GWPbarriers.pdf.

**UNFCCC SBSTA (2009)**. *Second Synthesis Report on Technology Needs Identified by Parties Not Included in Annex I to the Convention*. Subsidiary Body for Scientific and Technological Advice, United Nations Framework Convention on Climate Change, Bonn, 58 pp. Available at: http://unfccc.int/resource/docs/ 2009/sbsta/eng/inf01.pdf.

**UNIDO (2009)**. *Industrial Development Report 2009: Breaking In and Moving Up—New Industrial Challenges for the Bottom Billion and the Middle-Income Countries*. United Nations Publications, Vienna, Austria, 161 pp. ISBN: 9789211064452.

**UNIDO (2011)**. *Industrial Development Report 2011 Industrial Energy Efficiency for Sustainable Wealth Creation: Capturing Environmental, Economic and Social Dividends*. United Nations Publications, Vienna, Austria, 259 pp. ISBN: 9789211064483 9211064481.

**UNWTO, UNEP, and WMO (2008)**. *Climate Change and Tourism: Responding to Global Challenges*. UNEP/Earthprint, London, UK, 276 pp. ISBN: 9789284412341.

**US DoE (2004a)**. *Waste Heat Reduction and Recovery for Improving Furnace Efficiency Productivity and Emissions Performance. A Best Practices Process Heating Technical Brief*. US Department of Energy, Washington, D.C., USA, 10 pp. Available at: http://www1.eere.energy.gov/manufacturing/tech_deployment/ pdfs/35876.pdf.

**US DoE (2004b)**. *Energy Use, Loss and Opportunities Analysis: U.S. Manufacturing & Mining*. US Department of Energy, Washington, D.C., USA, 169 pp. Available at: https://www.eecbg.energy.gov/industry/intensiveprocesses/pdfs/energy_ use_loss_opportunities_analysis.pdf.

**US DoE (2007)**. *Mining Industry Energy Bandwith Study*. International Industrial Program—US Department of Energy, Washington, D.C., USA, 47 pp. Available at: http://www1.eere.energy.gov/industry/mining/pdfs/mining_bandwidth.pdf.

**US DoE (2008)**. *Waste Heat Recovery: Technology and Opportunities in U.S. Industry*. US Department of Energy, Washington, D.C., USA, 112 pp. Available at: http://www1.eere.energy.gov/manufacturing/intensiveprocesses/pdfs/waste_ heat_recovery.pdf.

**US EIA (2009)**. Manufacturing Energy Consumption Survey. Available at: http://www.eia.gov/consumption/manufacturing/data/2010/.

**US EIA (2010)**. *International Energy Outlook 2010*. US International Energy Agency, Washington, D.C., USA, 301 pp. Available at: http://www.eia.gov/oiaf/ ieo/index.html.

**Valerio F. (2010)**. Environmental impacts of post-consumer material managements: Recycling, biological treatments, incineration. *Waste Management* **30**, 2354–2361. doi: 10.1016/j.wasman.2010.05.014, ISSN: 0956-053X.

**Vattenfall (2007)**. *Global Mapping of Greenhouse Gas Abatement Opportunities up to 2030 Industry Sector Deep-Dive*. Vattenfall AB, Stockholm, 75 pp.

**Velavan R., R. Rudramoorthy, and S. Balachandran (2009)**. $CO_2$ Emission reduction opportunities for small and medium scale textile sector in India. *Journal of Scientific and Industrial Research* **68**, 630–633. ISSN: 0022-4456.

**Verhoef E.V., G.P.J. Dijkema, and M.A. Reuter (2004)**. Process Knowledge, System Dynamics, and Metal Ecology. *Journal of Industrial Ecology* **8**, 23–43. doi: 10.1162/1088198041269382.

**Walz R. (2011)**. Employment and structural impacts of material efficiency strategies: results from five case studies. *Journal of Cleaner Production* **19**, 805–815.

**Wang C., Z. Deng, M.I. Kafouros, and Y. Chen (2012a)**. Reconceptualizing the spillover effects of foreign direct investment: A process-dependent approach. *International Business Review* **21**, 452–464. doi: 10.1016/ j.ibusrev.2011.05.006, ISSN: 0969-5931.

**Wang D., A.J. Gmitter, and D.R. Sadoway (2011)**. Production of Oxygen Gas and Liquid Metal by Electrochemical Decomposition of Molten Iron Oxide. *Journal of The Electrochemical Society* **158**, E51. doi: 10.1149/1.3560477, ISSN: 00134651.

**Wang X., J. Liu, N.-Q. Ren, and Z. Duan (2012b)**. Environmental profile of typical anaerobic/anoxic/oxic wastewater treatment systems meeting increasingly stringent treatment standards from a life cycle perspective. *Bioresource Technology* **126**, 31–40. doi: 10.1016/j.biortech.2012.09.009, ISSN: 0960-8524.

**Wang T., and T. Watson (2007)**. *Who Owns China's Carbon Emissions?* Tyndall Centre, Norwich, UK, 7 pp. Available at: http://www.tyndall.ac.uk/content/ who-owns-chinas-carbon-emissions.

WBCSD (2005). *Guidelines for the Selection and Use of Fuels and Raw Materials in the Cement Manufacturing Process.* World Business Council for Sustainable Development. Available at: http://www.wbcsdcement.org/index.php/publications.

WBCSD (2011). *Cement Sustainability Initiative: Global Cement Database on $CO_2$ and Energy Information.* World Business Council for Sustainable Development, Geneva, 32 pp. Available at: http://www.wbcsdcement.org/index.php?option=com_content&task=view&id=57&Itemid=118.

Weber C.L., G.P. Peters, D. Guan, and K. Hubacek (2008). The contribution of Chinese exports to climate change. *Energy Policy* 36, 3572–3577. doi: 10.1016/j.enpol.2008.06.009, ISSN: 0301-4215.

Wei M., S. Patadia, and D.M. Kammen (2010). Putting renewables and energy efficiency to work: How many jobs can the clean energy industry generate in the US? *Energy Policy* 38, 919–931. doi: 10.1016/j.enpol.2009.10.044.

WGC W.G.C. (2011). Gold demand trends. Full year 2011. Available at: http://www.gold.org/media/publications/.

Widmer R., H. Oswald-Krapf, D. Sinha-Khetriwal, M. Schnellmann, and H. Böni (2005). Global perspectives on e-waste. *Environmental Impact Assessment Review* 25, 436–458.

Winkler H., M. Howells, and K. Baumert (2007). Sustainable development policies and measures: institutional issues and electrical efficiency in South Africa. *Climate Policy* 7, 212–229. doi: 10.1080/14693062.2007.9685650, ISSN: 1469-3062.

Wirsenius S. (2003). The Biomass Metabolism of the Food System: A Model-Based Survey of the Global and Regional Turnover of Food Biomass. *Journal of Industrial Ecology* 7, 47–80. doi: 10.1162/108819803766729195, ISSN: 1530-9290.

Woods J., A. Williams, J.K. Hughes, M. Black, and R. Murphy (2010). Energy and the Food System. *Philosophical Transactions of the Royal Society B: Biological Sciences* 365, 2991–3006. doi: 10.1098/rstb.2010.0172, ISSN: 0962-8436, 1471–2970.

World Bank (2007). *Towards Sustainable Mineral-Intensive Growth in Orissa: Managing Environmental and Social Impacts.* World Bank, Washington, DC, 78 pp. Available at: https://openknowledge.worldbank.org/handle/10986/7657.

World Bank (2013). World Bank data—Economic Policy & External Debt. Available at: http://data.worldbank.org/topic/economic-policy-and-external-debt.

Worrell E., L. Bernstein, J. Roy, L. Price, and J. Harnisch (2009). Industrial energy efficiency and climate change mitigation. *Energy Efficiency* 2, 109–123. doi: 10.1007/s12053-008-9032-8, ISSN: 1570-646X, 1570–6478.

Worrell E., P. Blinde, M. Neelis, E. Blomen, and E. Masanet (2010). *Energy Efficiency Improvement and Cost Saving Opportunities for the U.S. Iron and Steel Industry.* Lawrence Berkeley National Laboratory, Berkeley, CA, 161 pp. Available at: http://escholarship.org/uc/item/4gm²d35x.

Worrell E., and C. Galitsky (2008). *Energy Efficiency Improvement and Cost Saving Opportunities for Cement Making. An ENERGY STAR Guide for Energy and Plant Managers.* Lawrence Berkeley National Laboratory, Berkeley, CA. Available at: http://www.lbl.gov/publications/energy-efficiency-improvement-and-cost-saving-opportunities-cement-making.

Worrell E., C. Galitsky, and L. Price (2008a). *Energy Efficiency Improvement Opportunities for the Cement Industry.* Lawrence Berkeley National Laboratory, Berkeley, CA. Available at: http://china.lbl.gov/sites/china.lbl.gov/files/CementEEMs.Compilation.English.pdf.

Worrell E., J.A. Laitner, M. Ruth, and H. Finman (2003). Productivity benefits of industrial energy efficiency measures. *Energy* 28, 1081–1098. doi: 10.1016/S0360-5442(03)00091-4, ISSN: 0360-5442.

Worrell E., L. Price, M. Neelis, C. Galitsky, and N. Zhou (2008b). *World Best Practice Energy Intensity Values for Selected Industrial Sectors.* Lawrence Berkeley National Laboratory, Berkeley, CA. Available at: http://china.lbl.gov/sites/china.lbl.gov/files/LBNL62806.World_Best_Practice.Feb2008.pdf.

Worrell E., and M.A.E. van Sluisveld (2013). Material efficiency in Dutch packaging policy. *Philosophical Transactions. Series A, Mathematical, Physical, and Engineering Sciences* 371, 20110570. doi: 10.1098/rsta.2011.0570, ISSN: 1364-503X.

WSA (2011). *Steel's Contribution to a Low Carbon Future—Position Paper.* World Steel Association, Brussels, 6 pp. Available at: http://www.worldsteel.org/publications/position-papers/Steel-s-contribution-to-a-low-carbon-future.html.

WSA (2012a). World Steel Association, statistics archive. Available at: http://www.worldsteel.org/statistics/statistics-archive.html.

WSA (2012b). Crude steel production 2011. World Steel Association. Available at: https://www.worldsteel.org/statistics/statistics-archive/monthly-steel-archive.html.

Wu S., Z. Ji, S. Rong, and M. Hu (2010). Microstructure and mechanical properties of AZ31B magnesium alloy prepared by solid-state recycling process from chips. *Transactions of Nonferrous Metals Society of China* 20, 783–788. doi: 10.1016/S1003-6326(09)60214-4, ISSN: 1003-6326.

Xi Y., T. Fei, and W. Gehua (2013). Quantifying co-benefit potentials in the Chinese cement sector during 12th Five Year Plan: an analysis based on marginal abatement cost with monetized environmental effect. *Journal of Cleaner Production* 58, 102–111.

Xu T., and J. Flapper (2009). Energy use and implications for efficiency strategies in global fluid-milk processing industry. *Energy Policy* 37, 5334–5341. doi: 10.1016/j.enpol.2009.07.056, ISSN: 0301-4215.

Xu T., and J. Flapper (2011). Reduce energy use and greenhouse gas emissions from global dairy processing facilities. *Energy Policy* 39, 234–247. doi: 10.1016/j.enpol.2010.09.037, ISSN: 0301-4215.

Xu T., J. Flapper, and K.J. Kramer (2009). Characterization of energy use and performance of global cheese processing. *Energy* 34, 1993–2000. doi: 10.1016/j.energy.2009.08.014, ISSN: 0360-5442.

Xu T., J. Sathaye, and C. Galitsky (2011a). *Development of Bottom-up Representation of Industrial Energy Efficiency Technologies in Integrated Assessment Models for the Iron and Steel Sector.* Lawrence Berkeley National Laboratory, Berkeley, CA, 67 pp. Available at: http://escholarship.org/uc/item/8n82s7j3.

Xu T., J.W. Slaa, and J. Sathaye (2011b). *Developing Information on Energy Savings and Associated Costs and Benefits of Energy Efficient Emerging Technologies Applicable in California.* Lawrence Berkeley National Laboratory, Berkeley, CA, 54 pp. Available at: http://escholarship.org/uc/item/38v358h9.

Yamaguchi M. (Ed.) (2012). *Climate Change Mitigation—A Balanced Approach to Climate Change.* Springer, 262 pp. ISBN: 978-1-4471-4228-7.

Yara (2012). Environmental efforts. Available at: http://www.yaracanada.ca/en/sustainability/health_environment_safety/environmental_efforts/index.aspx.

Yeo D., and R.D. Gabbai (2011). Sustainable design of reinforced concrete structures through embodied energy optimization. *Energy and Buildings* 43, 2028–2033. doi: 10.1016/j.enbuild.2011.04.014, ISSN: 0378-7788.

Zafeiris T. (2010). Global $CO_2$ abatement potential in the pulp and paper industry up to 2030. Utrecht University, Utrecht, Netherlands, 86 pp.

**10**

**Zhang D., K. Aunan, H. Martin Seip, and H. Vennemo (2011).** The energy inten-
sity target in China's 11th Five-Year Plan period—Local implementation and
achievements in Shanxi Province. *Energy Policy* **39**, 4115–4124.

**Zhang J., and G. Wang (2008).** Energy saving technologies and productive effi-
ciency in the Chinese iron and steel sector. *Energy* **33**, 525–537. doi: 10.1016/j.
energy.2007.11.002, ISSN: 0360-5442.

**Zhao W., L. Liu, and T. Zhao (2010).** The contribution of outward direct investment
to productivity changes within China, 1991–2007. *Journal of International
Management* **16**, 121–130. doi: 10.1016/j.intman.2010.03.003, ISSN: 1075-
4253.

**Zhelev T.K. (2005).** Water conservation through energy management. *Journal of
Cleaner Production* **13**, 1395–1404.

**Zuev V.V., V.D. Burlakov, A.V. El'nikov, and J. Goldemberg (1998).** Leapfrog
energy technologies. *Energy Policy* **26**, 729–741. doi: 10.1016/S0301-4215(98)
00025-1.

# 11

# Agriculture, Forestry and Other Land Use (AFOLU)

**Coordinating Lead Authors:**
Pete Smith (UK), Mercedes Bustamante (Brazil)

**Lead Authors:**
Helal Ahammad (Australia), Harry Clark (New Zealand), Hongmin Dong (China), Elnour A. Elsiddig (Sudan), Helmut Haberl (Austria), Richard Harper (Australia), Joanna House (UK), Mostafa Jafari (Iran), Omar Masera (Mexico), Cheikh Mbow (Senegal), Nijavalli H. Ravindranath (India), Charles W. Rice (USA), Carmenza Robledo Abad (Switzerland/Colombia), Anna Romanovskaya (Russian Federation), Frank Sperling (Germany/Tunisia), Francesco N. Tubiello (FAO/USA/Italy)

**Contributing Authors:**
Göran Berndes (Sweden), Simon Bolwig (Denmark), Hannes Böttcher (Austria/Germany), Ryan Bright (USA/Norway), Francesco Cherubini (Italy/Norway), Helena Chum (Brazil/USA), Esteve Corbera (Spain), Felix Creutzig (Germany), Mark Delucchi (USA), Andre Faaij (Netherlands), Joe Fargione (USA), Gesine Hänsel (Germany), Garvin Heath (USA), Mario Herrero (Kenya), Richard Houghton (USA), Heather Jacobs (FAO/USA), Atul K. Jain (USA), Etsushi Kato (Japan), Oswaldo Lucon (Brazil), Daniel Pauly (France/Canada), Richard Plevin (USA), Alexander Popp (Germany), John R. Porter (Denmark/UK), Benjamin Poulter (USA), Steven Rose (USA), Alexandre de Siqueira Pinto (Brazil), Saran Sohi (UK), Benjamin Stocker (USA), Anders Strømman (Norway), Sangwon Suh (Republic of Korea/USA), Jelle van Minnen (Netherlands)

**Review Editors:**
Thelma Krug (Brazil), Gert-Jan Nabuurs (Netherlands)

**Chapter Science Assistant:**
Marina Molodovskaya (Canada/Uzbekistan)

**11**

**This chapter should be cited as:**

Smith P., M. Bustamante, H. Ahammad, H. Clark, H. Dong, E.A. Elsiddig, H. Haberl, R. Harper, J. House, M. Jafari, O. Masera, C. Mbow, N.H. Ravindranath, C.W. Rice, C. Robledo Abad, A. Romanovskaya, F. Sperling, and F. Tubiello, 2014: Agriculture, Forestry and Other Land Use (AFOLU). In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

11

Executive Summary ................................................................................................................ 816

11.1   Introduction ........................................................................................................... 818

11.2   New developments in emission trends and drivers ................................................... 819

      11.2.1   Supply and consumption trends in agriculture and forestry ............................... 822

      11.2.2   Trends of GHG emissions from agriculture ..................................................... 822

      11.2.3   Trends of GHG fluxes from forestry and other land use .................................... 825

11.3   Mitigation technology options and practices, and behavioural aspects .......................... 829

      11.3.1   Supply-side mitigation options ..................................................................... 829

      11.3.2   Mitigation effectiveness (non-permanence: saturation,
               human and natural impacts, displacement) .................................................... 832

11.4   Infrastructure and systemic perspectives ................................................................... 836

      11.4.1   Land: a complex, integrated system ............................................................. 836

      11.4.2   Mitigation in AFOLU—feedbacks with land-use competition ............................. 837

      11.4.3   Demand-side options for reducing GHG emissions from AFOLU ......................... 838

      11.4.4   Feedbacks of changes in land demand ........................................................... 841

      11.4.5   Sustainable development and behavioural aspects ........................................... 842

11.5   Climate change feedback and interaction with adaptation (includes vulnerability) ............ 843

      11.5.1   Feedbacks between ALOFU and climate change ............................................... 845

      11.5.2   Implications of climate change on terrestrial carbon pools and mitigation potential of forests ......... 845

      11.5.3   Implications of climate change on peatlands, grasslands, and croplands ................................. 845

      11.5.4   Potential adaptation options to minimize the impact of climate change on carbon stocks in forests and
               agricultural soils ...................................................................................... 846

      11.5.5   Mitigation and adaptation synergies and tradeoffs ........................................... 846

**11.6**   **Costs and potentials** ................................................................................ 847

    11.6.1   Approaches to estimating economic mitigation potentials ................................................. 848

    11.6.2   Global estimates of costs and potentials in the AFOLU sector ............................................ 848

    11.6.3   Regional disaggregation of global costs and potentials in the AFOLU sector ............................ 849

**11.7**   **Co-benefits, risks, and spillovers** ................................................................... 852

    11.7.1   Socio-economic effects ....................................................................................... 853

    11.7.2   Environmental effects ....................................................................................... 855

    11.7.3   Public perception ............................................................................................ 857

    11.7.4   Spillovers ................................................................................................... 858

**11.8**   **Barriers and opportunities** .......................................................................... 858

    11.8.1   Socio-economic barriers and opportunities ................................................................. 858

    11.8.2   Institutional barriers and opportunities ................................................................... 858

    11.8.3   Ecological barriers and opportunities ...................................................................... 859

    11.8.4   Technological barriers and opportunities ................................................................... 859

**11.9**   **Sectoral implications of transformation pathways and sustainable development** .............. 859

    11.9.1   Characterization of transformation pathways ............................................................... 860

    11.9.2   Implications of transformation pathways for the AFOLU sector ........................................... 862

    11.9.3   Implications of transformation pathways for sustainable development ..................................... 862

**11.10**   **Sectoral policies** .................................................................................... 862

    11.10.1   Economic incentives ........................................................................................ 864

    11.10.2   Regulatory and control approaches ........................................................................ 864

    11.10.3   Information schemes ........................................................................................ 868

    11.10.4   Voluntary actions and agreements ......................................................................... 868

**11.11**   **Gaps in knowledge and data** ...................................................................... 868

**11.12**    **Frequently Asked Questions**........................................................................................... 869

**11.13**    **Appendix Bioenergy: Climate effects, mitigation options, potential and
sustainability implications**........................................................................................ 870

   **11.13.1**    **Introduction**................................................................................................ 870

   **11.13.2**    **Technical bioenergy potential**................................................................. 870

   **11.13.3**    **Bioenergy conversion: technologies and management practices**......... 873

   **11.13.4**    **GHG emission estimates of bioenergy production systems**................. 877

   **11.13.5**    **Aggregate future potential deployment in integrated models**........... 882

   **11.13.6**    **Bioenergy and sustainable development**............................................... 883

   **11.13.7**    **Tradeoffs and synergies with land, water, food, and biodiversity**....... 883

**References**.................................................................................................................... 887

11

# Executive Summary

**Agriculture, Forestry, and Other Land Use (AFOLU) is unique among the sectors considered in this volume, since the mitigation potential is derived from both an enhancement of removals of greenhouse gases (GHG), as well as reduction of emissions through management of land and livestock** (*robust evidence; high agreement*). The land provides food that feeds the Earth's human population of ca. 7 billion, fibre for a variety of purposes, livelihoods for billions of people worldwide, and is a critical resource for sustainable development in many regions. Agriculture is frequently central to the livelihoods of many social groups, especially in developing countries where it often accounts for a significant share of production. In addition to food and fibre, the land provides a multitude of ecosystem services; climate change mitigation is just one of many that are vital to human well-being (*robust evidence; high agreement*). Mitigation options in the AFOLU sector, therefore, need to be assessed, as far as possible, for their potential impact on all other services provided by land. [Section 11.1]

**The AFOLU sector is responsible for just under a quarter (~10–12 GtCO₂eq/yr) of anthropogenic GHG emissions mainly from deforestation and agricultural emissions from livestock, soil and nutrient management** (*robust evidence; high agreement*) [11.2]. Anthropogenic forest degradation and biomass burning (forest fires and agricultural burning) also represent relevant contributions. Annual GHG emissions from agricultural production in 2000–2010 were estimated at 5.0–5.8 GtCO₂eq/yr while annual GHG flux from land use and land-use change activities accounted for approximately 4.3–5.5 GtCO₂eq/yr. Leveraging the mitigation potential in the sector is extremely important in meeting emission reduction targets (*robust evidence; high agreement*) [11.9]. Since publication of the IPCC Fourth Assessment Report (AR4), emissions from the AFOLU sector have remained similar but the share of anthropogenic emissions has decreased to 24 % (in 2010), largely due to increases in emissions in the energy sector (*robust evidence, high agreement*). In spite of a large range across global Forestry and Other Land Use (FOLU) flux estimates, most approaches indicate a decline in FOLU carbon dioxide (CO₂) emissions over the most recent years, largely due to decreasing deforestation rates and increased afforestation (*limited evidence, medium agreement*). As in AR4, most projections suggest declining annual net CO₂ emissions in the long run. In part, this is driven by technological change, as well as projected declining rates of agriculture area expansion, which, in turn, is related to the expected slowing in population growth. However, unlike AR4, none of the more recent scenarios projects growth in the near-term [11.9].

**Opportunities for mitigation include supply-side and demand-side options.** On the supply side, emissions from land-use change (LUC), land management and livestock management can be reduced, terrestrial carbon stocks can be increased by sequestration in soils and biomass, and emissions from energy production can be saved through the substitution of fossil fuels by biomass (*robust evidence; high agreement*) [11.3]. On the demand side, GHG emissions could be mitigated by reducing losses and wastes of food, changes in diet and changes in wood consumption (*robust evidence; high agreement*) [11.4] though quantitative estimates of the potential are few and highly uncertain. Increasing production without a commensurate increase in emissions also reduces emission intensity, i.e., the GHG emissions per unit of product that could be delivered through sustainable intensification; another mechanism for mitigation explored in more detail here than in AR4. Supply-side options depend on the efficacy of land and livestock management (*medium evidence; high agreement*) [11.6]. Considering demand-side options, changes in human diet can have a significant impact on GHG emissions from the food production lifecycle (*medium evidence; medium agreement*) [11.4]. There are considerably different challenges involved in delivering demand-side and supply-side options, which also have very different synergies and tradeoffs.

**The nature of the sector means that there are potentially many barriers to implementation of available mitigation options, including accessibility to AFOLU financing, poverty, institutional, ecological, technological development, diffusion and transfer barriers** (*medium evidence; medium agreement*) [11.7, 11.8]. Similarly, there are important feedbacks to adaptation, conservation of natural resources, such as water and terrestrial and aquatic biodiversity (*robust evidence; high agreement*) [11.5, 11.8]. There can be competition between different land uses if alternative options to use available land are mutually exclusive, but there are also potential synergies, e.g., integrated systems or multi-functionality at landscape scale (*medium evidence; high agreement*) [11.4]. Recent frameworks, such as those for assessing environmental or ecosystem services, provide one mechanism for valuing the multiple synergies and tradeoffs that may arise from mitigation actions (*medium evidence; medium agreement*) [11.1]. Sustainable management of agriculture, forests, and other land is an underpinning requirement of sustainable development (*robust evidence; high agreement*) [11.4].

**AFOLU emissions could change substantially in transformation pathways, with significant mitigation potential from agriculture, forestry, and bioenergy mitigation measures** (*medium evidence; high agreement*). Recent multi-model comparisons of idealized implementation transformation scenarios find land emissions (nitrous oxide, N₂O; methane, CH₄; CO₂) changing by −4 to 99 % through 2030, and 7 to 76 % through 2100, with the potential for increased emissions from land carbon stocks. Land-related mitigation, including bioenergy, could contribute 20 to 60 % of total cumulative abatement to 2030, and 15 to 40 % to 2100. However, policy coordination and implementation issues are challenges to realizing this potential [11.9]. Large-scale biomass supply for energy, or carbon sequestration in the AFOLU sector provide flexibility for the development of mitigation technologies in the energy supply and energy end-use sectors, as many technologies already exist and some of them are commercial (*limited evidence; medium agreement*) [11.3], but there are potential implications for biodiversity, food security, and other services provided by land (*medium evidence, high*

agreement) [11.7]. Implementation challenges, including institutional barriers and inertia related to governance issues, make the costs and net emission reduction potential of near-term mitigation uncertain. In mitigation scenarios with idealized comprehensive climate policies, agriculture, forestry, and bioenergy contribute substantially to the reduction of global $CO_2$, $CH_4$, and $N_2O$ emissions, and to the energy system, thereby reducing policy costs (*medium evidence; high agreement*) [11.9]. More realistic partial and delayed policies for global land mitigation have potentially significant spatial and temporal leakage, and economic implications, but could still be cost-effectively deployed (*limited evidence; limited agreement*) [11.9].

**Economic mitigation potential of supply-side measures in the AFOLU sector is estimated to be 7.18 to 10.60 (full range: 0.49–10.60) GtCO$_2$eq/yr in 2030 for mitigation efforts consistent with carbon prices up to 100 USD/tCO$_2$eq, about a third of which can be achieved at < 20 USD/tCO$_2$eq** (*medium evidence; medium agreement*) [11.6]. These estimates are based on studies that cover both forestry and agriculture and that include agricultural soil carbon sequestration. Estimates from agricultural sector-only studies range from 0.3 to 4.6 GtCO$_2$eq/yr at prices up to 100 USD/tCO$_2$eq, and estimates from forestry sector-only studies from 0.2 to 13.8 GtCO$_2$eq/yr at prices up to 100 USD/tCO$_2$eq (*medium evidence; medium agreement*) [11.6]. The large range in the estimates arises due to widely different collections of options considered in each study, and because not all GHGs are considered in all of the studies. The composition of the agricultural mitigation portfolio varies with the carbon price, with the restoration of organic soils having the greatest potential at higher carbon prices (100 USD/tCO$_2$eq) and cropland and grazing land management at lower (20 USD/tCO$_2$eq). In forestry there is less difference between measures at different carbon prices, but there are significant differences between regions, with reduced deforestation dominating the forestry mitigation potential in Latin America and Caribbean (LAM) and Middle East and Africa (MAF), but very little potential in the member countries of the Organisation for Economic Co-operation and Development (OECD-1990) and Economies in Transition (EIT). Forest management, followed by afforestation, dominate in OECD-1990, EIT, and Asia (*medium evidence, strong agreement*) [11.6]. Among demand-side measures, which are under-researched compared to supply-side measures, changes in diet and reductions of losses in the food supply chain can have a significant, but uncertain, potential to reduce GHG emissions from food production (0.76–8.55 GtCO$_2$eq/yr by 2050), with the range being determined by assumptions about how the freed land is used (*limited evidence; medium agreement*) [11.4]. More research into demand-side mitigation options is merited. There are significant regional differences in terms of mitigation potential, costs, and applicability, due to differing local biophysical, socioeconomic, and

cultural circumstances, for instance between developed and developing regions, and among developing regions (*medium evidence; high agreement*) [11.6].

**The size and regional distribution of future mitigation potential is difficult to estimate accurately because it depends on a number of inherently uncertain factors.** Critical factors include population (growth), economic and technological developments, changes in behaviour over time (depending on cultural and normative backgrounds, market structures and incentives), and how these translate into demand for food, fibre, fodder and fuel, as well as development in the agriculture, aquaculture and forestry sectors. Other factors important to mitigation potential are potential climate change impacts on carbon stocks in soils and forests including their adaptive capacity (*medium evidence; high agreement*) [11.5]; considerations set by biodiversity and nature conservation requirements; and interrelations with land degradation and water scarcity (*robust evidence; high agreement*) [11.8].

**Bioenergy can play a critical role for mitigation, but there are issues to consider, such as the sustainability of practices and the efficiency of bioenergy systems** (*robust evidence, medium agreement*) [11.4.4, Box 11.5, 11.13.6, 11.13.7]. Barriers to large-scale deployment of bioenergy include concerns about GHG emissions from land, food security, water resources, biodiversity conservation and livelihoods. The scientific debate about the overall climate impact related to land use competition effects of specific bioenergy pathways remains unresolved (*robust evidence, high agreement*) [11.4.4, 11.13]. Bioenergy technologies are diverse and span a wide range of options and technology pathways. Evidence suggests that options with low lifecycle emissions (e.g., sugar cane, Miscanthus, fast growing tree species, and sustainable use of biomass residues), some already available, can reduce GHG emissions; outcomes are site-specific and rely on efficient integrated 'biomass-to-bioenergy systems', and sustainable land-use management and governance. In some regions, specific bioenergy options, such as improved cookstoves, and small-scale biogas and biopower production, could reduce GHG emissions and improve livelihoods and health in the context of sustainable development (*medium evidence, medium agreement*) [11.13].

**Policies governing practices in agriculture and in forest conservation and management need to account for both mitigation and adaptation.** One of the most visible current policies in the AFOLU sector is the implementation of REDD+ (see Annex I), that can represent a cost-effective option for mitigation (*limited evidence; medium agreement*) [11.10], with economic, social, and other environmental co-benefits (e.g., conservation of biodiversity and water resources).

**11**

# 11.1   Introduction

Agriculture, Forestry, and Other Land Use (AFOLU[1]) plays a central role for food security and sustainable development (Section 11.9). Plants take up carbon dioxide ($CO_2$) from the atmosphere and nitrogen (N) from the soil when they grow, re-distributing it among different pools, including above and below-ground living biomass, dead residues, and soil organic matter. The $CO_2$ and other non-$CO_2$ greenhouse gases (GHG), largely methane ($CH_4$) and nitrous oxide ($N_2O$), are in turn released to the atmosphere by plant respiration, by decomposition of dead plant biomass and soil organic matter, and by combustion (Section 11.2). Anthropogenic land-use activities (e.g., management of croplands, forests, grasslands, wetlands), and changes in land use/cover (e.g., conversion of forest lands and grasslands to cropland and pasture, afforestation) cause changes superimposed on these natural fluxes. AFOLU activities lead to both sources of $CO_2$ (e.g., deforestation, peatland drainage) and sinks of $CO_2$ (e.g., afforestation, management for soil carbon sequestration), and to non-$CO_2$ emissions primarily from agriculture (e.g., $CH_4$ from livestock and rice cultivation, $N_2O$ from manure storage and agricultural soils and biomass burning (Section 11.2).

The main mitigation options within AFOLU involve one or more of three strategies: *reduction/prevention* of emissions to the atmosphere by conserving existing carbon pools in soils or vegetation that would otherwise be lost or by reducing emissions of $CH_4$ and $N_2O$ (Section 11.3); *sequestration*—enhancing the uptake of carbon in terrestrial reservoirs, and thereby removing $CO_2$ from the atmosphere (Section 11.3); and reducing $CO_2$ emissions by *substitution* of biological products for fossil fuels (Appendix 1) or energy-intensive products (Section 11.4). Demand-side options (e.g., by lifestyle changes, reducing losses and wastes of food, changes in human diet, changes in wood consumption), though known to be difficult to implement, may also play a role (Section 11.4).

Land is the critical resource for the AFOLU sector and it provides food and fodder to feed the Earth's population of ~7 billion, and fibre and fuel for a variety of purposes. It provides livelihoods for billions of people worldwide. It is finite and provides a multitude of goods and ecosystem services that are fundamental to human well-being (MEA, 2005). Human economies and quality of life are directly dependent on the services and the resources provided by land. Figure 11.1 shows the many provisioning, regulating, cultural and supporting services provided by land, of which climate regulation is just one. Implementing mitigation options in the AFOLU sector may potentially affect other services provided by land in positive or negative ways.

In the Intergovernmental Panel on Climate Change (IPCC) Second Assessment Report (SAR) (IPCC, 1996) and in the IPCC Fourth Assess-

ment Report (AR4) (IPCC, 2007a), agricultural and forestry mitigation were dealt with in separate chapters. In the IPCC Third Assessment Report (TAR) (IPCC, 2001), there were no separate sectoral chapters on either agriculture or forestry. In the IPCC Fifth Assessment Report (AR5), for the first time, the vast majority of the terrestrial land surface, comprising agriculture, forestry and other land use (AFOLU) (IPCC, 2006), is considered together in a single chapter, though settlements (which are important, with urban areas forecasted to triple in size from 2000 global extent by 2030; Section 12.2), are dealt with in Chapter 12. This approach ensures that all land-based mitigation options can be considered together; it minimizes the risk of double counting or inconsistent treatment (e.g., different assumptions about available land) between different land categories, and allows the consideration of systemic feedbacks between mitigation options related to the land surface (Section 11.4). Considering AFOLU in a single chapter allows phenomena common across land-use types, such as competition for land (Smith et al., 2010; Lambin and Meyfroidt, 2011) and water (e.g., Jackson et al., 2007), co-benefits (Sandor et al., 2002; Venter et al., 2009), adverse side-effects (Section 11.7) and interactions between mitigation and adaptation (Section 11.5) to be considered consistently. The complex nature of land presents a unique range of barriers and opportunities (Section 11.8), and policies to promote mitigation in the AFOLU sector (Section 11.10) need to take account of this complexity.

In this chapter, we consider the competing uses of land for mitigation and for providing other services (Sections 11.7; 11.8). Unlike the chapters on agriculture and forestry in AR4, impacts of sourcing bioenergy from the AFOLU sector are considered explicitly in a dedicated appendix (Section 11.13). Also new to this assessment is the explicit consideration of food/dietary demand-side options for GHG mitigation in the AFOLU sector (Section 11.4), and some consideration of freshwater fisheries and aquaculture, which may compete with the agriculture and forestry sectors, mainly through their requirements for land and/or water, and indirectly, by providing fish and other products to the same markets as animal husbandry.

This chapter deals with AFOLU in an integrated way with respect to the underlying scenario projections of population growth, economic growth, dietary change, land-use change (LUC), and cost of mitigation. We draw evidence from both 'bottom-up' studies that estimate mitigation potentials at small scales or for individual options or technologies and then scale up, and multi-sectoral 'top-down' studies that consider AFOLU as just one component of a total multi-sector system response (Section 11.9). In this chapter, we provide updates on emissions trends and changes in drivers and pressures in the AFOLU sector (Section 11.2), describe the practices available in the AFOLU sector (Section 11.3), and provide refined estimates of mitigation costs and potentials for the AFOLU sector, by synthesising studies that have become available since AR4 (Section 11.6). We conclude the chapter by identifying gaps in knowledge and data (Section 11.11), providing a selection of Frequently Asked Questions (Section 11.12), and presenting an Appendix on bioenergy to update the IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (IPCC, 2011; see Section 11.13).

---

[1]   The term AFOLU used here consistent with the (IPCC, 2006) Guidelines is also consistent with Land Use, Land-Use Change and Forestry (LULUCF) (IPCC, 2003), and other similar terms used in the scientific literature.



**Figure 11.1 |** Multiple ecosystem services, goods and benefits provided by land (after MEA, 2005; UNEP-WCMC, 2011). Mitigation actions aim to enhance climate regulation, but this is only one of the many functions fulfilled by land.

# 11.2 New developments in emission trends and drivers

Estimating and reporting the anthropogenic component of gross and net AFOLU GHG fluxes to the atmosphere, globally, regionally, and at country level, is difficult compared to other sectors. First, it is not always possible to separate anthropogenic and natural GHG fluxes from land. Second, the input data necessary to estimate GHG emissions globally and regionally, often based on country-level statistics or on remote-sensing information, are very uncertain. Third, methods for estimating GHG emissions use a range of approaches, from simple default methodologies such as those specified in the IPCC GHG Guide-

lines[2] (IPCC, 2006), to more complex estimates based on terrestrial carbon cycle modelling and/or remote sensing information. Global trends in total GHG emissions from AFOLU activities between 1971 and 2010 are shown in Figure 11.2; Figure 11.3 shows trends of major drivers of emissions.

---

[2]   Parties to the United Nations Framework Convention on Climate Change (UNFCCC) report net GHG emissions according to IPCC methodologies (IPCC, 2006). Reporting is based on a range of methods and approaches dependent on available data and national capacities, from default equations and emission factors applicable to global or regional cases and assuming instantaneous emissions of all carbon that will be eventually lost from the system following human action (Tier 1) to more complex approaches such as model-based spatial analyses (Tier 3).





Figure 11.2 | Top: AFOLU emissions for the last four decades. For the agricultural sub-sectors emissions are shown for separate categories, based on FAOSTAT, (2013). Emissions from crop residues, manure applied to soils, manure left on pasture, cultivated organic soils, and synthetic fertilizers are typically aggregated to the category 'agricultural soils' for IPCC reporting. For the Forestry and Other Land Use (FOLU) sub-sector data are from the Houghton bookkeeping model results (Houghton et al., 2012). Emissions from drained peat and peat fires are, for the 1970s and the 1980s, from JRC/PBL (2013), derived from Hooijer et al. (2010) and van der Werf et al. (2006) and for the 1990s and the 2000s, from FAOSTAT, 2013. Bottom: Emissions from AFOLU for each RC5 region (see Annex II.2) using data from JRC/PBL (2013), with emissions from energy end-use in the AFOLU sector from IEA (2012a) included in a single aggregated category, see Annex II.9, used in the AFOLU section of Chapter 5.7.4 for cross-sectoral comparisons. The direct emission data from JRC/PBL (2013; see Annex II.9) represents land-based $CO_2$ emissions from forest and peat fires and decay that approximate to $CO_2$ flux from anthopogenic emission sources in the FOLU sub-sector. Differences between FAOSTAT/Houghton data and JRC/PBL (2013) are discussed in the text. See Figures 11.4 and 11.6 for the range of differences among available databases for AFOLU emissions.

11



**Figure 11.3** | Global trends from 1971 to 2010 in (top) area of land use (forest land—available only from 1990; 1000 Mha) and amount of N fertilizer use (million tonnes), and (bottom) number of livestock (million heads) and poultry (billion heads). Data presented by regions: 1) Asia, 2) LAM, 3) MAF, 4) OECD-1990, 5) EIT (FAOSTAT, 2013). The area extent of AFOLU land-use categories, from FAOSTAT, (2013): 'Cropland' corresponds to the sum of FAOSTAT categories 'arable land' and 'temporary crops' and coincides with the IPCC category (IPCC, 2003); 'Forest' is defined according to FAO (2010); countries reporting to UNFCCC may use different definitions. 'Permanent meadows and pasture', are a subset of IPCC category 'grassland' (IPCC, 2003), as the latter, by definition, also includes unmanaged natural grassland ecosystems.

### 11.2.1   Supply and consumption trends in agriculture and forestry

In 2010 world agricultural land occupied 4889 Mha, an increase of 7 % (311 Mha) since 1970 (FAOSTAT, 2013). Agricultural land area has decreased by 53 Mha since 2000 due to a decline of the cropland area (Organisation for Economic Co-operation and Development (OECD)-1990, Economies in Transition (EIT)) and a decrease in permanent meadows and pastures (OECD-1990 and Asia). The average amount of cropland and pasture land per capita in 1970 was 0.4 and 0.8 ha and by 2010 this had decreased to 0.2 and 0.5 ha per capita, respectively (FAOSTAT, 2013).

Changing land-use practices, technological advancement and varietal improvement have enabled world grain harvests to double from 1.2 to 2.5 billion tonnes per year between 1970 and 2010 (FAOSTAT, 2012). Average world cereal yields increased from 1600 to 3030 kg/ha over the same period (FAOSTAT, 2012) while there has also been a 233 % increase in global fertilizer use from 32 to 106 Mt/yr, and a 73 % increase in the irrigated cropland area (FAOSTAT, 2013).

Globally, since 1970, there has been a 1.4-fold increase in the numbers of cattle and buffalo, sheep and goats (which is closely linked to the trend of $CH_4$ emissions in the sector; Section 11.2.2), and increases of 1.6- and 3.7-fold for pigs and poultry, respectively (FAOSTAT, 2013). Major regional trends between 1970 and 2010 include a decrease in the total number of animals in Economies in Transition (EIT) and OECD-1990 (except poultry), and continuous growth in other regions, particularly Middle East and Africa (MAF) and Asia (Figure 11.3, bottom panel). The soaring demand for fish has led to the intensification of freshwater and marine fisheries worldwide, and an increased freshwater fisheries catch that topped 11 Mt in 2010, although the marine fisheries catch has slowly declined (78 Mt in 2010; FAOSTAT, 2013). The latter is, however, compensated in international markets by tremendous growth of aquaculture production to 60 Mt wet weight in 2010, of which 37 Mt originate from freshwater, overwhelmingly in Asia (FAOSTAT, 2013).

Between 1970 and 2010, global daily per capita food availability, expressed in energy units, has risen from 10,008 to 11,850 kJ (2391 to 2831 kcal), an increase of 18.4 %; growth in MAF (10,716 kJ in 2010) has been 22 %, and in Asia, 32 % (11,327 kJ in 2010; FAOSTAT, 2013). The percentage of animal products in daily per capita total food consumption has increased consistently in Asia since 1970 (7 to 16 %), remained constant in MAF (8 %) and, since 1985, has decreased in OECD-1990 countries (32 to 28 %), comprising, respectively, 1,790, 870 and 3,800 kJ in 2010 (FAOSTAT, 2013).

### 11.2.2   Trends of GHG emissions from agriculture

Organic and inorganic material provided as inputs or output in the management of agricultural systems are typically broken down through bacterial processes, releasing significant amounts of $CO_2$, $CH_4$, and $N_2O$ to the atmosphere. Only agricultural non-$CO_2$ sources are reported as anthropogenic GHG emissions, however. The $CO_2$ emitted is considered neutral, being associated to annual cycles of carbon fixation and oxidation through photosynthesis. The agricultural sector is the largest contributor to global anthropogenic non-$CO_2$ GHGs, accounting for 56 % of emissions in 2005 (U.S. EPA, 2011). Other important, albeit much smaller non-$CO_2$ emissions sources from other AFOLU categories, and thus not treated here, include fertilizer applications in forests. Annual total non-$CO_2$ GHG emissions from agriculture in 2010 are estimated to be 5.2–5.8 GtCO$_2$eq/yr (FAOSTAT, 2013; Tubiello et al., 2013) and comprised about 10–12 % of global anthropogenic emissions. Fossil fuel $CO_2$ emissions on croplands added another



**Figure 11.4 |** Data comparison between FAOSTAT (2013), U.S. EPA (2006), and EDGAR (JRC/PBL, 2013) databases for key agricultural emission categories, grouped as agricultural soils, enteric fermentation, manure management systems, and rice cultivation, for 2005 | Whiskers represent 95 % confidence intervals of global aggregated categories, computed using IPCC guidelines (IPCC, 2006) for uncertainty estimation (from Tubiello et al., 2013).

0.4–0.6 GtCO$_2$eq/yr in 2010 from agricultural use in machinery, such as tractors, irrigation pumps, etc. (Ceschia et al., 2010; FAOSTAT, 2013), but these emissions are accounted for in the energy sector rather than the AFOLU sector. Between 1990 and 2010, agricultural non-CO$_2$ emissions grew by 0.9 %/yr, with a slight increase in growth rates after 2005 (Tubiello et al., 2013).

Three independent sources of disaggregated non-CO$_2$ GHG emissions estimates from agriculture at global, regional, and national levels are available. They are mostly based on FAOSTAT activity data and IPCC Tier 1 approaches (IPCC, 2006; FAOSTAT, 2012; JRC/PBL, 2013; U.S. EPA, 2013). EDGAR and FAOSTAT also provide data at country level. Estimates of global emissions for enteric fermentation, manure management and manure, estimated using IPCC Tier 2/3 approaches are also available (e.g., (Herrero et al., 2013). The FAOSTAT, EDGAR and U.S. EPA estimates are slightly different, although statistically consistent given the large uncertainties in IPCC default methodologies (Tubiello et al., 2013). They cover emissions from enteric fermentation, manure deposited on pasture, synthetic fertilizers, rice cultivation, manure management, crop residues, biomass burning, and manure applied to soils. Enteric fermentation, biomass burning, and rice cul-

tivation are reported separately under IPCC inventory guidelines, with the remaining categories aggregated into 'agricultural soils'. According to EDGAR and FAOSTAT, emissions from enteric fermentation are the largest emission source, while US EPA lists emissions from agricultural soils as the dominant source (Figure 11.4).

The following analyses refer to annual total non-CO$_2$ emissions by all categories. All three databases agree that that enteric fermentation and agricultural soils represent together about 70 % of total emissions, followed by paddy rice cultivation (9–11 %), biomass burning (6–12 %) and manure management (7–8 %). If all emission categories are disaggregated, both EDGAR and FAOSTAT agree that the largest emitting categories after enteric fermentation (32–40 % of total agriculture emissions) are manure deposited on pasture (15 %) and synthetic fertilizer (12 %), both contributing to emissions from agricultural soils. Paddy rice cultivation (11 %) is a major source of global CH$_4$ emissions, which in 2010 were estimated to be 493–723 MtCO$_2$eq/yr. The lower end of the range corresponds to estimates by FAO (FAOSTAT, 2013), with EDGAR and US EPA data at the higher end. Independent analyses suggest that emissions from rice may be at the lower end of the estimated range (Yan et al., 2009).



Figure 11.5 | Regional data comparisons for key agricultural emission categories in 2010 | Whiskers represent 95 % confidence intervals computed using IPCC guidelines (IPCC, 2006; Tubiello et al., 2013). The data show that most of the differences between regions and databases are of the same magnitude as the underlying emission uncertainties. [FAO-STAT, 2013; JRC/PBL, 2013; U.S. EPA, 2013]

**11**

*Enteric Fermentation.* Global emissions of this important category grew from 1.4 to 2.1 GtCO$_2$eq/yr between 1961 and 2010, with average annual growth rates of 0.70 % (FAOSTAT, 2013). Emission growth slowed during the 1990s compared to the long-term average, but became faster again after the year 2000. In 2010, 1.0–1.5 GtCO$_2$eq/yr (75 % of the total emissions), were estimated to come from developing countries (FAOSTAT, 2013). Over the period 2000–2010, Asia and the Americas contributed most, followed by Africa and Europe (FAOSTAT, 2013); see Figure 11.5). Emissions have grown most in Africa, on average 2.4 %/yr. In both Asia (2.0 %/yr) and the Americas (1.1 %/yr), emissions grew more slowly, and decreased in Europe (−1.7 %/yr). From 2000 to 2010, cattle contributed the largest share (75 % of the total), followed by buffalo, sheep and goats (FAOSTAT, 2013).

*Manure.* Global emissions from manure, as either organic fertilizer on cropland or manure deposited on pasture, grew between 1961 and 2010 from 0.57 to 0.99 GtCO$_2$eq/yr. Emissions grew by 1.1 %/yr on average. Manure deposited on pasture led to far larger emissions than manure applied to soils as organic fertilizer, with 80 % of emissions from deposited manures coming from developing countries (FAOSTAT, 2013; Herrero et al., 2013). The highest emitting regions from 2000–2010 were the Americas, Asia and Africa. Growth over the same period was most pronounced in Africa, with an average of 2.5 %/yr, followed by Asia (2.3 %/yr), and the Americas (1.2 %/yr), while there was a decrease in Europe of −1.2 %/yr. Two-thirds of the total came from grazing cattle, with smaller contributions from sheep and goats. In this decade, emissions from manure applied to soils as organic fertilizer were greatest in Asia, then in Europe and the Americas. Though the continent with the highest growth rates of 3.4 %/yr, Africa's share in total emissions remained small. In this sub-category, swine and cattle contributed more than three quarters (77 %) of the emissions. Emissions from manure management grew from 0.25 to 0.36 GtCO$_2$eq/yr, resulting in average annual growth rates of only 0.6 %/yr during the period 1961–2010. From 2000–2010 most emissions came from Asia, then Europe, and the Americas (Figure 11.5).

*Synthetic Fertilizer.* Emissions from synthetic fertilizers grew at an average rate of 3.9 %/yr from 1961 to 2010, with absolute values increasing more than 9-fold, from 0.07 to 0.68 GtCO$_2$eq/yr (Tubiello et al., 2013). Considering current trends, synthetic fertilizers will become a larger source of emissions than manure deposited on pasture in less than 10 years and the second largest of all agricultural emission categories after enteric fermentation. Close to three quarters (70 %) of these emissions were from developing countries in 2010. In the decade 2000–2010, the largest emitter by far was Asia, then the Americas and then Europe (FAOSTAT, 2012). Emissions grew in Asia by 5.3 %/yr, in Africa by 2.0 %/yr, and in the Americas by 1.5 %/yr. Emissions decreased in Europe (−1.8 %/yr).

*Rice.* Emissions from rice are limited to paddy rice cultivation. From 1961 to 2010, global emissions increased with average annual growth rates of 0.4 %/yr (FAOSTAT, 2013) from 0.37 to 0.52 GtCO$_2$eq/yr. The growth in global emissions has slowed in recent decades, consistent with trends in rice cultivated area. During 2000–2010, the largest share of emissions (94 %) came from developing countries, with Asia being responsible for almost 90 % of the total (Figure 11.5). The largest growth of emissions took place in in Africa (2.7 %/yr), followed by Europe (1.4 %/yr). Growth rates in Asia and the Americas were much smaller over the same period (0.4–0.7 %/yr).



**Figure 11.6** | Global net CO$_2$ emission estimates from FOLU including LUC. Black line: Houghton bookkeeping model results, updated to 2010 as in (Houghton et al., 2012), including LUC and forest management but no peatlands. Red lines: EDGAR 'LULUCF' emissions derived from the GFED 2.0 database (van der Werf et al., 2006) of emissions due to all forest fires (includes both FOLU and non-FOLU fires), with (solid line) and without (dotted line) peat fires and decay. Green lines: emissions from land-use change and management from FAO agricultural and forest inventory data (FAOSTAT, 2013), shown with (solid line) and without (dotted line) peat fires and peat degradation. Dark red line: deforestation and degradation fires only based on satellite fire data from GFED 3.0 database (van der Werf et al., 2010). Light blue lines: a selection of process-based vegetation model results, updated for WGI Chapter 6; (Le Quéré et al., 2013) include LUC, some include forest management, none include peatlands. LPJ-wsl: (Poulter et al., 2010); BernCC: (Stocker et al., 2011); VISIT: (Kato et al., 2011); ISAM: (Jain et al., 2013), IMAGE 2.4 (Van Minnen et al., 2009, deforestation only). The symbols and transparent rectangles represent mean values for the tropics only. Circles: tropical deforestation and forest management (Pan et al., 2011), using the Houghton (2003) bookkeeping model approach and FAO data. Triangle: tropical deforestation only, based on satellite forest area and biomass data (Baccini et al., 2012; Harris et al., 2012). Square: tropical deforestation and forest management, based on satellite forest area and biomass data and FAO data using bookkeeping model (Baccini et al., 2012; Harris et al., 2012).

**Table 11.1 |** Net global $CO_2$ flux from AFOLU.

| | 1750–2011 | 1980–1989 | 1990–1999 | 2000–2009 |
|---|---|---|---|---|
| | Cumulative $GtCO_2$ | $GtCO_2$/yr | $GtCO_2$/yr | $GtCO_2$/yr |
| **IPCC WGI Carbon Budget, Table 6.1[a]:** | | | | |
| Net AFOLU $CO_2$ flux[b] | 660 ± 293 | 5.13 ± 2.93 | 5.87 ± 2.93 | 4.03 ± 2.93 |
| Residual terrestrial sink[c] | −550 ± 330 | −5.50 ± 4.03 | −8.90 ± 4.40 | −9.53 ± 4.40 |
| Fossil fuel combustions and cement production[d] | 1338 ± 110 | 20.17 ± 1.47 | 23.47 ± 1.83 | 28.60 ± 2.20 |
| **Meta-analyses of net AFOLU $CO_2$ flux:** | | | | |
| WGI, Table 6.2[e] | | 4.77 ± 2.57 | 4.40 ± 2.20 | 2.93 ± 2.20 |
| Houghton et al., 2012[f] | | 4.18 ± 1.83 | 4.14 ± 1.83 | 4.03 ± 1.83 |

Notes: Positive fluxes represent net emissions and negative fluxes represent net sinks.
(a)  Selected components of the carbon budget in IPCC WGI AR5, Chapter 6, Table 6.1.
(b)  From the bookkeeping model accounting method of Houghton (2003) updated in Houghton et al., (2012), uncertainty based on expert judgement; 90 % confidence uncertainty interval.
(c)  Calculated as residual of other terms in the carbon budget.
(d)  Fossil fuel flux shown for comparison (Boden et al., 2011).
(e)  Average of estimates from 12 process models, only 5 were updated to 2009 and included in the 2000–2009 mean. Uncertainty based on standard deviation across models, 90 % confidence uncertainty interval (WGI Chapter 6).
(f)  Average of 13 estimates including process models, bookkeeping model and satellite/model approaches, only four were updated to 2009 and included in the 2000–2009 mean. Uncertainty based on expert judgment.

### 11.2.3    Trends of GHG fluxes from forestry and other land use[3]

This section focuses on the most significant non-agricultural GHG fluxes to the atmosphere for which there are global trend data. Fluxes resulting directly from anthropogenic FOLU activity are dominated by $CO_2$ fluxes, primarily emissions due to deforestation, but also uptake due to reforestation/regrowth. Non-$CO_2$ greenhouse gas emissions from FOLU are small in comparison, and mainly arise from peat degradation through drainage and biomass fires (Box 11.1; Box 11.2).

FOLU accounted for about a third of anthropogenic $CO_2$ emissions from 1750 to 2011 and 12 % of emissions in 2000 to 2009 (Table 11.1). At the same time, atmospheric measurements indicate the land as a whole was a net sink for $CO_2$, implying a 'residual' terrestrial sink offsetting FOLU emissions (Table 11.1). This sink is confirmed by inventory measurements in both managed and unmanaged forests in temperate and tropical regions (Phillips et al., 1998; Luyssaert et al., 2008; Lewis et al., 2009; Pan et al., 2011). A sink of the right order of magnitude has been accounted for in models as a result of the indirect effects of human activity on ecosystems, i.e., the fertilizing effects of increased levels of $CO_2$ and N in the atmosphere and the effects of climate change (WGI Chapter 6; (Le Quéré et al., 2013), although some of it may be due to direct AFOLU activities not accounted for in current estimates (Erb et al., 2013). This sink capacity of forests is relevant to AFOLU mitigation through forest protection.

Global FOLU $CO_2$ flux estimates (Table 11.1 and Figure 11.6) are based on a wide range of data sources, and include different processes, definitions, and different approaches to calculating emissions (Houghton et al., 2012; Le Quéré et al., 2013; Pongratz et al., 2013). This leads to a large range across global FOLU flux estimates. Nonetheless, most approaches agree that there has been a decline in FOLU $CO_2$ emissions over the most recent years. This is largely due to a decrease in the rate of deforestation (FAO, 2010; FAOSTAT, 2013).

Regional trends in FOLU $CO_2$ emissions are shown in Figure 11.7. Model results indicate FOLU emissions peaked in the 1980s in Asia and LAM regions and declined thereafter. This is consistent with a reduced rate of deforestation, most notably in Brazil[4], and some areas of afforestation, the latter most notably in China, Vietnam and India (FAOSTAT, 2013). In MAF the picture is mixed, with the Houghton model (Houghton et al., 2012) showing a continuing increase from the 1970s to the 2000s, while the VISIT model (Kato et al., 2011) indicates a small sink in the 2000s. The results for temperate and boreal areas represented by OECD and EIT regions are very mixed ranging from large net sources (ISAM) to small net sinks. The general picture in temperate and boreal regions is of declining emissions and/or increasing sinks. These regions include large areas of managed forests subjected to harvest and regrowth, and areas of reforestation (e.g., following cropland abandonment in the United States and Europe). Thus results are sensitive to whether and how the models include forest management and environmental effects on regrowing forests.

---

[3]   The term 'forestry and other land use' used here, is consistent with AFOLU in the (IPCC, 2006) Guidelines and consistent with LULUCF (IPCC, 2003).

[4]   For annual deforestation rates in Brazil see http://www.obt.inpe.br/prodes/index.php



**Figure 11.7 |** Regional trends in net CO₂ fluxes from FOLU (including LUC). Houghton bookkeeping model approach updated to 2010 as in Houghton et al., (2012) and five process-based vegetation models updated to 2010 for WGI Chapter 6; (Le Quéré et al., 2013): LPJ-wsl: (Poulter et al., 2010); BernCC: (Stocker et al., 2011); VISIT: (Kato et al., 2011); ISAM: (Jain et al., 2013), IMAGE 2.4: ((Van Minnen et al., 2009), deforestation only). Only the FAO estimates (FAOSTAT, 2013) include peatlands.

The bookkeeping model method (Houghton, 2003; Houghton et al., 2012) uses regional biomass, growth and decay rates from the inventory literature that are not varied to account for changes in climate or CO₂. It includes forest management associated with shifting cultivation in tropical forest regions as well as global wood harvest and regrowth cycles. The primary source of data for the most recent decades is FAO forest area and wood harvest (FAO, 2010). FAOSTAT (2013) uses the default IPCC methodologies to compute stock-difference to estimate emissions and sinks from forest management, carbon loss associated with forest conversion to other land uses as a proxy for emissions from deforestation, GFED4 data on burned area to estimate emissions from peat fires, and spatial analyses to determine emissions from drained organic soils (IPCC, 2007b). The other models in Figures 11.6 and 11.7 are process-based terrestrial ecosystem models that simulate changing plant biomass and carbon fluxes, and include climate and CO₂ effects, with a few now including the nitrogen cycle (Zaehle et al., 2011; Jain et al., 2013). Inclusion of the nitrogen cycle results in much higher modelled net emissions in the ISAM model (Jain et al., 2013) as N limitation due to harvest removals limits forest regrowth rates, particularly in temperate and boreal forests. Change in land cover in the process models is from the HYDE dataset (Goldewijk et al., 2011; Hurtt et al., 2011), based on FAO cropland and pasture area change data. Only some process models include forest management in terms of shifting cultivation (VISIT) or wood harvest and forest degradation (ISAM); none account for emissions from peatlands (see Box 11.1).

Satellite estimates of change in land cover have been combined with model approaches to calculate tropical forest emissions (Hansen et al., 2010). The data is high resolution and verifiable, but only covers recent decades, and does not account for fluxes due to LUC that occurred prior to the start of the study period (e.g., decay or regrowth). Satellite data alone cannot distinguish the cause of change in land use (deforestation, natural disturbance, management), but can be used in conjunction with activity data for attribution (Baccini et al., 2012). A recent development is the use of satellite-based forest biomass estimates (Saatchi et al., 2011) together with satellite land cover change in the tropics to estimate 'gross deforestation' emissions (Harris et al., 2012) or further combining it with FAO and other activity data to estimate net fluxes from forest area change and forest management (Baccini et al., 2012).

A detailed breakdown of the component fluxes in (Baccini et al., 2012) is shown in Figure 11.8. Where there is temporary forest loss through management, 'gross' forest emissions can be as high as for permanent forest loss (deforestation), but are largely balanced by 'gross' uptake in regrowing forest, so net emissions are small. When regrowth does not balance removals, it leads to a degradation of forest carbon stocks. In Baccini et al. (2012) this degradation was responsible for 15% of total net emissions from tropical forests (Houghton, 2013; Figure 11.8). Huang and Asner (2010) estimated that forest degradation in the Amazon, particularly from selective logging, is responsible for 15–19% higher C emissions than reported from deforestation alone. Pan et al.

11



**Figure 11.8** | Breakdown of mean annual $CO_2$ fluxes from deforestation and forest management in tropical countries (GtCO$_2$/yr). Pan et al. (2011) estimates are based on FAO data and the Houghton bookkeeping model (Houghton, 2003). Baccini et al. (2012) estimates are based on satellite land cover change and biomass data with FAO data, and the Houghton (2003) bookkeeping model, with the detailed breakdown of these results shown in Houghton, (2013). Harris et al. (2012) estimates are based on satellite land cover change and biomass data.

## Box 11.1 | AFOLU GHG emissions from peatlands and mangroves

Undisturbed waterlogged peatlands (organic soils) store a large amount of carbon and act as small net sinks (Hooijer et al., 2010). Drainage of peatlands for agriculture and forestry results in a rapid increase in decomposition rates, leading to increased emissions of $CO_2$, and $N_2O$, and vulnerability to further GHG emissions through fire. The FAO emissions database estimates globally 250,000 km$^2$ of drained organic soils under cropland and grassland, with total GHG emissions of 0.9 GtCO$_2$eq/yr in 2010—with the largest contributions from Asia (0.44 GtCO$_2$eq/yr) and Europe (0.18 GtCO$_2$eq/yr) (FAOSTAT, 2013). Joosten (2010), estimated that there are > 500,000 km$^2$ of drained peatlands in the world including under forests, with $CO_2$ emissions having increased from 1.06 GtCO$_2$/yr in 1990 to 1.30 GtCO$_2$/yr in 2008, despite a decreasing trend in Annex I countries, from 0.65 to 0.49 GtCO$_2$/yr,

primarily due to natural and artificial rewetting of peatlands. In Southeast Asia, $CO_2$ emissions from drained peatlands in 2006 were 0.61 ± 0.25 GtCO$_2$/yr (Hooijer et al., 2010). Satellite estimates indicate that peat fires in equatorial Asia emitted on average 0.39 GtCO$_2$ eq/yr over the period 1997–2009 (van der Werf et al., 2010), but only 0.2 GtCO$_2$ eq/yr over the period 1998–2009. This lower figure is consistent with recent independent FAO estimates over the same period and region. Mangrove ecosystems have declined in area by 20% (36 Mha) since 1980, although the rate of loss has been slowing in recent years, reflecting an increased awareness of the value of these ecosystems (FAO, 2007). A recent study estimated that deforestation of mangroves released 0.07 to 0.42 GtCO$_2$/yr (Donato et al., 2011).

## Box 11.2. | AFOLU GHG emissions from fires

Burning vegetation releases $CO_2$, $CH_4$, $N_2O$, ozone-precursors and aerosols (including black carbon) to the atmosphere. When vegetation regrows after a fire, it takes up $CO_2$ and nitrogen. Anthropogenic land management or land conversion fire activities leading to permanent clearance or increasing levels of disturbance result in net emissions to the atmosphere over time. Satellite-detection of fire occurrence and persistence has been used to estimate fire emissions (e.g., GFED 2.0 database; (van der Werf et al., 2006). It is hard to separate the causes of fire as natural or anthropogenic, especially as the drivers are often combined. An update of the GFED methodology now distinguishes FOLU deforestation and degradation fires from other management fires (GFED 3.0 database; (van der Werf et al., 2010); Figure 11.6). The estimated tropical deforestation and degradation fire emissions

were 1.39 GtCO$_2$eq/yr during 1997 to 2009 (total carbon including $CO_2$, $CH_4$, CO and black carbon), 20% of all fire emissions. Carbon dioxide FOLU fire emissions are already included as part of the global models results such as those presented in Table 1.1 and Figures 11.6 and 11.7. According to (FAOSTAT, 2013)[1], in 2010 the non-$CO_2$ component of deforestation and forest degradation fires totalled 0.1 GtCO$_2$eq/yr, with forest management and peatland fires (Box 11.1) responsible for an additional 0.2 GtCO$_2$eq/yr.

[1]  FOLU GHG emissions by fires include, as per IPCC GHG guidelines, all fires on managed land. Most current FOLU estimates are limited however to fires associated to deforestation, forest management and peat fires. Emissions from prescribed burning of savannahs are reported under agriculture. Both $CO_2$ and non-$CO_2$ emissions are accounted under these FOLU components, but $CO_2$ emissions dominate.

(2011) separated 'gross emissions' from deforestation and forest management on the one hand, from uptake in regrowing vegetation on the other. Deforestation emissions decline from the 1990s to 2000–2007, and uptake in regrowing vegetation increases, both contributing to the decline in net tropical $CO_2$ emissions.

Satellite fire data have also been used to estimate FOLU emissions (van der Werf et al., 2006); Box 11.2). The EDGAR[5] database 'Land-

Use Change and Forestry' emissions are based on forest and peat fire data from GFED 2.0 (van der Werf et al., 2006), with additional estimates of post-burn decay, and emissions from degraded peatlands based on (Joosten, 2010); Box 11.1). However, GFED 2.0 fire data does not distinguish anthropogenic AFOLU fires from other fires, unlike GFED 3.0 (van der Werf et al., 2010); Box 11.2). Fire data also does not capture significant additional AFOLU fluxes due to land clearing and forest management that is by harvest rather than fire (e.g., deforestation activities outside the humid tropics) or regrowth following clearing. Thus EDGAR data only approximates the FOLU flux.

[5]  http://edgar.jrc.ec.europa.eu/index.php

FAO estimates AFOLU GHG emissions (FAOSTAT, 2013)[6] based on IPCC Tier 1 methodology[7]. With reference to the decade 2001–2010, total GHG FOLU emissions were 3.2 GtCO$_2$eq/yr including deforestation (3.8 GtCO$_2$eq/yr), forest degradation and forest management (−1.8 GtCO$_2$eq/yr), biomass fires including peatland fires (0.3 GtCO$_2$eq/yr), and drained peatlands (0.9 GtCO$_2$eq/yr). The FAO estimated total mean net GHG FOLU flux to the atmosphere decreased from 3.9 GtCO$_2$eq/yr in 1991–2000 to 3.2 GtCO$_2$eq/yr in 2001–2010 (FAOSTAT, 2013).

# 11.3   Mitigation technology options and practices, and behavioural aspects

Greenhouse gases can be reduced by supply-side mitigation options (i.e., by reducing GHG emissions per unit of land/animal, or per unit of product), or by demand-side options (e.g., by changing demand for food and fibre products, reducing waste). In AR4, the forestry chapter (Nabuurs et al., 2007) considered some demand-side options, but the agriculture chapter focused on supply-side options only (Nabuurs et al., 2007; Smith et al., 2007). In this section, we discuss only supply-side options (Section 11.3.1). Demand-side options are discussed in Section 11.4.

Mitigation activities in the AFOLU sector can reduce climate forcing in different ways:

- Reductions in CH$_4$ or N$_2$O emissions from croplands, grazing lands, and livestock.
- Conservation of existing carbon stocks, e.g., conservation of forest biomass, peatlands, and soil carbon that would otherwise be lost.
- Reductions of carbon losses from biota and soils, e.g., through management changes within the same land-use type (e.g., reducing soil carbon loss by switching from tillage to no-till cropping) or by reducing losses of carbon-rich ecosystems, e.g., reduced deforestation, rewetting of drained peatlands.
- Enhancement of carbon sequestration in soils, biota, and long-lived products through increases in the area of carbon-rich ecosystems such as forests (afforestation, reforestation), increased carbon storage per unit area, e.g., increased stocking density in

---

[6] http://faostat.fao.org/
[7] Parties to the UNFCCC report net GHG emissions according to IPCC methodologies (IPCC, 2003, 2006). Reporting is based on a range of methods and approaches dependent on available data and national capacities, from default equations and emission factors applicable to global or regional cases and assuming instantaneous emissions of all carbon that will be eventually lost from the system following human action (Tier 1) to more complex approaches such as model-based spatial analyses (Tier 3).

forests, carbon sequestration in soils, and wood use in construction activities.
- Changes in albedo resulting from land-use and land-cover change that increase reflection of visible light.
- Provision of products with low GHG emissions that can replace products with higher GHG emissions for delivering the same service (e.g., replacement of concrete and steel in buildings with wood, some bioenergy options; see Section 11.13).
- Reductions of direct (e.g., agricultural machinery, pumps, fishing craft) or indirect (e.g., production of fertilizers, emissions resulting from fossil energy use in agriculture, fisheries, aquaculture, and forestry or from production of inputs); though indirect emission reductions are accounted for in the energy end-use sectors (buildings, industry, energy generation, transport) so are not discussed further in detail in this chapter.

## 11.3.1   Supply-side mitigation options

Mitigation potentials for agricultural mitigation options were given on a 'per-area' and 'per-animal' in AR4 (Nabuurs et al., 2007; Smith et al., 2007). All options are summarized in Table 11.2 with impacts on each GHG noted, and a categorization of technical mitigation potential, ease of implementation, and availability (supported by recent references). These mitigation options can have additive positive effects, but can also work in opposition, e.g., zero tillage can reduce the effectiveness of residue incorporation. Most mitigation options were described in detail in AR4 so are not described further here; additional practices that were not considered in AR4, i.e., biochar, reduced emissions from aquaculture, and bioenergy are described in Boxes 11.3, 11.4, and 11.5, respectively.

In addition to the per-area and per-animal mitigation options described in AR4, more attention has recently been paid to options that reduce emissions intensity by improving the efficiency of production (i.e., less GHG emissions per unit of agricultural product; (Burney et al., 2010; Bennetzen et al., 2012); a reduction in emissions intensity has long been a feature of agricultural emissions reduction and is one component of a process more broadly referred to as sustainable intensification (Tilman et al., 2009; Godfray et al., 2010; Smith, 2013; Garnett et al., 2013). This process does not rely on reducing inputs *per se*, but relies on the implementation of new practices that result in an increase in product output that is larger than any associated increase in emissions (Smith, 2013). Even though per-area emissions could increase, there is a net benefit since less land is required for production of the same quantity of product. The scope to reduce emissions intensity appears considerable since there are very large differences in emissions intensity between different regions of the world (Herrero et al., 2013). Sustainable intensification is discussed further in Section 11.4.2, and trends in changes in emissions intensity are discussed further in Section 11.6.

11

**Table 11.2 |** Summary of supply-side mitigation options in the AFOLU sector. Technical Mitigation Potential: Area = (tCO$_2$eq/ha)/yr; Animal = percent reduction of enteric emissions. Low = < 1; < 5 % (white), Medium = 1–10; 5–15 % (light grey), High => 10, > 15 % (grey); Ease of Implementation (acceptance or adoption by land manager): Difficult (white), Medium (light grey), Easy, i.e., universal applicability (grey); Timescale for Implementation: Long-term (at research and development stage; white), Mid-term (trials in place, within 5–10 years; light grey), Immediate (technology available now, grey).

| Categories | Practices and Impacts | Technical Mitigation Potential | Ease of Implementation | Timescale for implementation | References |
|---|---|---|---|---|---|
| **Forestry** | | | | | |
| Reducing deforestation | **C:** Conservation of existing C pools in forest vegetation and soil by controlling deforestation protecting forest in reserves, and controlling other anthropogenic disturbances such as fire and pest outbreaks. Reducing slash and burn agriculture, reducing forest fires. | | | | 1 |
| | **CH$_4$ N$_2$O:** Protection of peat and forest, reduction of wildfires. | | | | 2 |
| Afforestation/Reforestation | **C:** Improved biomass stocks by planting trees on non-forested agricultural lands. This can include either monocultures or mixed species plantings. These activities may also provide a range of other social, economic, and environmental benefits. | | | | 3, 4, 5 |
| Forest management | **C:** Management of forests for sustainable timber production including extending rotation cycles, reducing damage to remaining trees, reducing logging waste, implementing soil conservation practices, fertilization, and using wood in a more efficient way, sustainable extortion of wood energy | | | | 6, 7, 8, 9 |
| | **CH$_4$ N$_2$O:** Wildfire behaviour modification. | | | | 10, 11, 12 |
| Forest restoration | **C:** Protecting secondary forests and other degraded forests whose biomass and soil C densities are less than their maximum value and allowing them to sequester C by natural or artificial regeneration, rehabilitation of degraded lands, long-term fallows. | | | | 13, 14 |
| | **CH$_4$ N$_2$O:** Wildfire behaviour modification. | | | | |
| **Land-based agriculture** | | | | | |
| *Cropland management* | | | | | |
| Croplands—plant management | **C:** High input carbon practices, e.g., improved crop varieties, crop rotation, use of cover crops, perennial cropping systems, agricultural biotechnology. | | | | 15, 16, 17 |
| | **N$_2$O:** Improved N use efficiency. | | | | 18 |
| Croplands—nutrient management | **C:** Fertilizer input to increase yields and residue inputs (especially important in low-yielding agriculture). | | | | 19, 20 |
| | **N$_2$O:** Changing N fertilizer application rate, fertilizer type, timing, precision application, inhibitors. | | | | 21, 22, 23, 24, 25, 105, 106 |
| Croplands—tillage/residues management | **C:** Reduced tillage intensity; residue retention. | | | | 17, 24, 26, 27 |
| | **N$_2$O:** | | | | 28, 96, 97 |
| | **CH$_4$:** | | | | 96 |
| Croplands—water management | **C:** Improved water availability in cropland including water harvesting and application. | | | | 29 |
| | **CH$_4$:** Decomposition of plant residues. | | | | |
| | **N$_2$O:** Drainage management to reduce emissions, reduce N runoff leaching. | | | | |
| Croplands—rice management | **C:** Straw retention. | | | | 30 |
| | **CH$_4$:** Water management, mid-season paddy drainage. | | | | 31, 32, 98 |
| | **N$_2$O:** Water management, N fertilizer application rate, fertilizer type, timing, precision application. | | | | 32, 98, 99 |
| Rewet peatlands drained for agriculture | **C:** Ongoing CO$_2$ emissions from reduced drainage (but CH$_4$ emissions may increase). | | | | 33 |
| Croplands—set-aside and LUC | **C:** Replanting to native grasses and trees, increase C sequestration. | | | | 34, 35, 36, 37, 38 |
| | **N$_2$O:** N inputs decreased resulting in reduced N$_2$O. | | | | |
| Biochar application | **C:** Soil amendment to increase biomass productivity, and sequester C (biochar was not covered in AR4 so is described in Box 11.3). | | | | 39, 40, 41 |
| | **N$_2$O:** Reduced N inputs will reduce emissions. | | | | 39, 42 |

⇒

830

| Categories | Practices and Impacts | Technical Mitigation Potential | Ease of Implementation | Timescale for implementation | References |
|---|---|---|---|---|---|
| *Grazing Land Management* | | | | | |
| Grazing lands—plant management | C: Improved grass varieties/sward composition, e.g., deep rooting grasses, increased productivity, and nutrient management. Appropriate stocking densities, carrying capacity, fodder banks, and improved grazing management. | | | | 43, 44, 45 |
| | N₂O | | | | 46 |
| Grazing lands—animal management | C: Appropriate stocking censities, carrying capacity management, fodder banks and improved grazing management, fodder production, and fodder diversification. | | | | 43, 47 |
| | CH₄ | | | | |
| | N₂O: Stocking density, animal waste management. | | | | |
| Grazing land—fire management | C: Improved use of fire for sustainable grassland management. Fire prevention and improved prescribed burning. | | | | |
| Revegetation | | | | | |
| Revegetation | C: The establishment of vegetation that does not meet the definitions of afforestation and reforestation (e.g., *Atriplex* spp.). | | | | 48 |
| | CH₄: Increased grazing by ruminants may increase net emissions. | | | | |
| | N₂O: Reduced N inputs will reduce emissions. | | | | |
| Other | | | | | |
| Organic soils—restoration | C: Soil carbon restoration on peatlands; and avoided net soil carbon emissions using improved land management. | | | | 49 |
| | CH₄: May increase. | | | | |
| Degraded soils—restoration | Land reclamation (afforestation, soil fertility management, water conservation soil nutrients enhancement, improved fallow). | | | | 100, 101, 102, 103, 104 |
| Biosolid applications | C: Use of animal manures and other biosolids for improved management of nitrogen; integrated livestock agriculture techniques. | | | | 26 |
| | N₂O | | | | |
| **Livestock** | | | | | |
| Livestock—feeding | CH₄: Improved feed and dietary additives to reduce emissions from enteric fermentation; including improved forage, dietary additives (bioactive compounds, fats), ionophores/antibiotics, propionate enhancers, archaea inhibitors, nitrate and sulphate supplements. | | | | 50, 51, 52, 53, 54, 55, 56, 57, 58, 59 |
| Livestock—breeding and other long-term management | CH₄: Improved breeds with higher productivity (so lower emissions per unit of product) or with reduced emissions from enteric fermentation; microbial technology such as archaeal vaccines, methanotrophs, acetogens, defaunation of the rumen, bacteriophages and probiotics; improved fertility. | | | | 54, 55, 56, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71 |
| Manure management | CH₄: Manipulate bedding and storage conditions, anaerobic digesters; biofilters; dietary additives. | | | | 56, 58, 72, 73 |
| | N₂O: Manipulate livestock diets to reduce N excrata, soil applied and animal fed nitrification inhibitors, urease inhibitors, fertilizer type, rate and timing, manipulate manure application practices, grazing management. | | | | 56, 58, 72, 74, 75, 76, 77, 78 |
| **Integrated systems** | | | | | |
| Agroforestry (including agropastoral and agrosilvopastoral systems) | C: Mixed production systems can increase land productivity and efficiency in the use of water and other resources and protect against soil erosion as well as serve carbon sequestration objectives. | | | | 79, 80, 81, 82, 83, 84, 85, 86, 87, 88 |
| | N₂O: Reduced N inputs will reduce emissions. | | | | |
| Other mixed biomass production systems | C: Mixed production systems such as double-cropping systems and mixed crop-livestock systems can increase land productivity and efficiency in the use of water and other resources as well as serve carbon sequestration objectives. Perennial grasses (e.g., bamboo) can in the same way as woody plants be cultivated in shelter belts and riparian zones/buffer strips provide environmental services and supports C sequestration and biomass production. | | | | 82, 89, 90 |
| | N₂O: Reduced N inputs will reduce emissions. | | | | |

$\Rightarrow$

| Categories | Practices and Impacts | Technical Mitigation Potential | Ease of Implementation | Timescale for implementation | References |
|---|---|---|---|---|---|
| Integration of biomass production with subsequent processing in food and bioenergy sectors | **C:** Integrating feedstock production with conversion, typically producing animal feed that can reduce demand for cultivated feed such as soy and corn and can also reduce grazing requirements. Using agricultural and forestry residues for energy production. | | | | 91, 92, 93, 94, 95 |
| | **N$_2$O:** Reduced N inputs will reduce emissions. | | | | |
| Bioenergy (see Box 11.5 and Section 11.13) | | | | | |

[1]Van Bodegom et al., 2009; [2]Malmsheimer et al., 2008; [3]Reyer et al., 2009; [4]Sochacki et al., 2012; [5]IPCC, 2000; [6]DeFries and Rosenzweig, 2010; [7]Takimoto et al., 2008; [8]Masera et al., 2003; [9]Silver et al., 2000; [10]Dezzeo et al., 2005; [11]Ito, 2005; [12]Sow et al., 2013; [13]Reyer et al., 2009; [14]Palm et al., 2004; [15]Godfray et al., 2010; [16]Burney et al., 2010; [17]Conant et al., 2007; [18]Huang and Tang, 2010; [19]Lemke et al., 2010; [20]Eagle and Olander, 2012; [21]Snyder et al., 2007; [22]Akiyama et al., 2010; [23]Barton et al., 2011; [24]Powlson et al., 2011; [25]van Kessel et al., 2013; [26]Farage et al., 2007; [27]Smith, 2012; [28]Abdalla et al., 2013; [29]Bayala et al., 2008; [30]Yagi et al., 1997; [31]Tyagi et al., 2010; [32]Feng et al., 2013; [33]Lohila et al., 2004; [34]Seaquist et al., 2008; [35]Mbow, 2010; [36]Assogbadjo et al., 2012; [37]Laganiere et al., 2010; [38]Bayala et al., 2011; [39]Singh et al., 2010; [40]Woolf et al., 2010; [41]Lehmann et al., 2003; [42]Taghizadeh-Toosi et al., 2011; [43]Franzluebbers and Stuedemann, 2009; [44]Follett and Reed, 2010; [45]McSherry and Ritchie, 2013; [46]Saggar et al., 2004; [47]Thornton and Herrero, 2010; [48]Harper et al., 2007; [49]Smith and Wollenberg, 2012; [50]Beauchemin et al., 2008; [51]Beauchemin et al., 2009; [52]Martin et al., 2010; [53]Grainger and Beauchemin, 2011; [54]Clark, 2013; [55]Cottle et al., 2011; [56]Eckard et al., 2010; [57]Sauvant and Giger-Reverdin, 2007; [58]Hristov et al., 2013; [59]Bryan et al., 2013; [60]Attwood and McSweeney, 2008; [61]Attwood et al., 2011; [62]Hegarty et al., 2007; [63]Hook et al., 2010; [64]Janssen and Kirs, 2008; [65]Martin et al., 2010; [66]Morgavi et al., 2008; [67]Morgavi et al., 2010; [68]Place and Mitloehner, 2010; [69]Waghorn and Hegarty, 2011; [70]Wright and Klieve, 2011; [71]Yan et al., 2010 [72]Chadwick et al., 2011; [73]Petersen and Sommer, 2011; [74]de Klein et al., 2006; [75]de Klein and Eckard, 2008; [76]Dijkstra et al., 2011 [77]Schils et al., 2013; [78]VanderZaag et al., 2011; [79]Oke and Odebiyi, 2007; [80]Rice, 2008; [81]Takimoto et al., 2008; [82]Lott et al., 2009; [83]Sood and Mitchell, 2011; [84]Assogbadjo et al., 2012; [85]Wollenberg et al., 2012; [86]Semroc et al., 2012; [87]Souza et al., 2012; [88]Luedeling and Neufeldt, 2012; [89]Heggenstaller et al., 2008; [90]Herrero et al., 2010; [91]Dale et al., 2009; [92]Dale et al., 2010; [93]Sparovek et al. 2007; [94]Sood and Mitchell, 2011; [95]Vermeulen et al., 2012; [96]Metay et al., 2007 ; [97]Rochette, 2008; [98]Ma et al., 2009; [99]Yao et al., 2010; [100]Arnalds, 2004; [101]Batjes, 2004; [102]Hardner et al., 2000; [103]May et al., 2004; [104]Zhao et al., 2005; [105]Huang and Tang, 2010; [106]Kim et al., 2013.

## 11.3.2 Mitigation effectiveness (non-permanence: saturation, human and natural impacts, displacement)

Since carbon sequestration in soil and vegetation and the retention of existing carbon stocks forms a significant component of the mitigation potential in the AFOLU sector, this section considers the factors affecting this strategy compared to avoided GHG emissions.

*Non-permanence/reversibility.* Reversals are the release of previously sequestered carbon, which negates some or all of the benefits from sequestration that has occurred in previous years. This issue is sometimes referred to as 'non-permanence' (Smith, 2005). Various types of carbon sinks (e.g., afforestation/reforestation, agricultural soil C) have an inherent risk of future reversals.

Certain types of mitigation activities (e.g., avoided N$_2$O from fertilizer, emission reductions from changed diet patterns or reduced food-chain losses) are effectively permanent since the emissions, once avoided, cannot be re-emitted. The same applies to the use of bioenergy to displace fossil-fuel emissions (Section 11.13) or the use of biomass-based products to displace more emissions-intensive products (e.g., wood in place of concrete or steel) in construction.

Reversals may be caused by natural events that affect yields/growth. In some cases (e.g., frost damage, pest infestation, or fire; (Reichstein

et al., 2013), these effects may be temporary or short-term. Although these events will affect the annual increment of C sequestration, they may not result in a permanent decline in carbon stocks. In other cases, such as stand replacing forest fires, insect or disease outbreaks, or drought, the declines may be more profound. Although a substantial loss of above-ground stored carbon could occur following a wildfire, whether this represents a loss depends on what happens following the fire and whether the forest recovers, or changes to a lower carbon-storage state (see Box 11.2). Similarly, some systems are naturally adapted to fire and carbon stocks will recover following fire, whereas in other cases the fire results in a change to a system with a lower carbon stock (e.g., Brown and Johnstone, 2011). For a period of time following fire (or other disruptive event), the stock of carbon will be less than that before the fire. Similarly, emissions of non-CO$_2$ gases also need to be considered.

The permanence of the AFOLU carbon stock relates to the longevity of the stock, i.e., how long the increased carbon stock remains in the soil or vegetation. This is linked to consideration of the reversibility of the increased carbon stock (Smith, 2005), as discussed in Section 11.5.2.

*Saturation.* Substitution of fossil fuel and material with biomass, and energy-intensive building materials with wood can continue in perpetuity. In contrast, it is often considered that carbon sequestration in soils (Guldea et al., 2008) or vegetation cannot continue indefinitely. The carbon stored in soils and vegetation reaches a new equilibrium (as the trees mature or as the soil carbon stock saturates). As the

## Box 11.3 | Biochar

This box summarizes the mitigation potential for biochar technologies, which were not considered in AR4. Biomass C stabilization could be combined with (or substitute) bioenergy capture as part of a land-based mitigation strategy (Lehmann, 2007). Heating biomass with air excluded (pyrolysis) generates energy-containing volatiles and gases. Hydrogen and O are preferentially eliminated, creating a stable (biologically recalcitrant) C-rich co-product (char). By adding char to soil as 'biochar' a system can be established that may have a higher carbon abatement than typical bioenergy alternatives (Woolf et al., 2010). The gain is probably highest where efficient bioenergy is constrained by a remote, seasonal, or diffuse biomass resource (Shackley et al., 2012). The benefit of pyrolysis-biochar systems (PBS) is increased considerably if allowance is made for the indirect effects of using biochar *via* the soil. These effects include increased crop and biomass production and decreased $N_2O$ and $CH_4$ emissions. Realizing the mitigation potential for biochar technologies will be constrained by the need for sustainable feedstock acquisition, competing biomass use options are an important influence of the production process on biochar properties. Considering sustainable feedstock production and targeting biochar deployment on less fertile land, Woolf et al. (2010) calculated maximum global abatement of 6.6 GtCO$_2$eq/yr from 2.27 Gt biomass C. Allowing for competition for virgin non-waste biomass the value was lower (3.67 GtCO$_2$eq/yr from 1.01 Gt biomass C), accruing 240–480 GtCO$_2$eq abatement within 100 years.

Meta-analysis shows that in experimental situations crop productivity has, on average, been enhanced by circa 15 % near-term, but with a wide range of effects (Jeffery et al., 2011; Biederman and Harpole, 2013). This range is probably explained by the nature and extent of pre-existing soil constraints. The Woolf et al. (2010) analysis accordingly assumed crop yield increases of 0–90 % (relative). Relaxing this assumption by one-half decreased projected abatement by 10 %. Decreasing an assumed 25 % suppression on soil $N_2O$ flux by the same proportion had a smaller impact. Beneficial interactions of biochar and the soil N cycle are beginning

to be understood with effects on mineralization, nitrification, denitrification, immobilization and adsorption persisting at least for days and months after biochar addition (Nelissen et al., 2012; Clough et al., 2013). Although the often large suppression of soil $N_2O$ flux observed under laboratory conditions can be increasingly explained (Cayuela et al., 2013), this effect is not yet predictable and there has been only limited validation of $N_2O$ suppression by biochar in planted field soils (Liu et al., 2012; Van Zwieten et al., 2013) or over longer timeframes (Spokas, 2013). The potential to gain enhanced mitigation using biochar by tackling gaseous emissions from manures and fertilizers before and after application to soil are less well-explored (Steiner et al., 2010; Angst et al., 2013). The abatement potential for PBS remains most sensitive to the absolute stability of the C stored in biochar. Estimates of 'half-life' have been inferred from wildfire charcoal (Lehmann, 2007) or extrapolated from direct short-term observation. These give values that range from < 50 to > 10,000 years, but predominantly between 100–1000 years (Singh et al., 2012; Spokas, 2013). Nonetheless, the assumption made by Woolf et al. (2010) for the proportion of biochar C that is stable long-term (85 %) is subject to refinement and field validation.

Demonstration of the equipment and infrastructure required for effective use of energy products from biomass pyrolysis is still limited, especially across large and small unit scales. Preliminary analyses shows, however, that the break-even cost of biochar production is likely to be location- and feedstock-specific (Shackley et al., 2012; Field et al., 2013). Until economic incentives are established for the stabilization of C, biochar adoption will depend on predictable, positive effects on crop production. This requires more research on the use of biochar as a regular low-dose soil input, rather than single applications at rates > 10t/ha, which have so far been the norm (Sohi, 2012). Product standards are also required, to ensure that biochar is produced in a way that does not create or conserve problematic concentrations of toxic contaminants, and to support regulated deployment strategies (IBI Biochar, 2012; Downie et al., 2012).

soils/vegetation approach the new equilibrium, the annual removal (sometimes referred to as the sink strength) decreases until it becomes zero at equilibrium. This process is called saturation (Smith, 2005; Körner, 2006, 2009; Johnston et al., 2009b) , and the uncertainty associated with saturation has been estimated (Kim and McCarl, 2009). An alternative view is that saturation does not occur, with studies from old-growth forests, for example, showing that they can continue to sequester C in soil and dead organic matter even if net living biomass

increment is near zero (e.g., Luyssaert et al., 2008). Peatlands are unlikely to saturate in carbon storage, but the rate of C uptake may be very slow (see Box 11.1).

*Human and natural impacts*. Soil and vegetation carbon sinks can be impacted upon by direct human-induced, indirect human-induced, and natural changes (Smith, 2005). All of the mitigation practices discussed in Section 11.3.1 arise from direct human-induced impacts (deliberate

**11**

## Box 11.4 | Aquaculture

Aquaculture is defined as the farming of fish, shellfish, and aquatic plants (Hu et al., 2013). Although it is an ancient practice in some parts of world, this sector of the food system is growing rapidly. Since the mid-1970s, total aquaculture production has grown at an average rate of 8.3 % per year (1970–2008; (Hu et al., 2013). The estimated aquaculture production in 2009 was 55.10 Mt, which accounts for approximately 47 % of all the fish consumed by humans (Hu et al., 2013). The sector is diverse, being dominated by shellfish and herbivorous and omnivorous pond fish, either entirely or partly utilizing natural productivity, but globalizing trade and favourable economic conditions are driving intensive farming at larger scales (Bostock et al., 2010). Potential impacts of aquaculture, in terms emissions of $N_2O$, have recently been considered (Williams and Crutzen, 2010; Hu et al., 2012). Global $N_2O$ emissions from aquaculture in 2009 were estimated to be 93 ktN$_2$O-N (~43 MtCO$_2$eq), and will increase to 383 ktN$_2$O-N (~178 MtCO$_2$eq) by 2030, which could account for 5.7 % of anthropogenic $N_2O$-N emissions if aquaculture continues to grow at the present growth rate (~7.1 %/yr; Hu et al., 2012).

Some studies have focused on rice-fish farming, which is a practice associated with wet rice cultivation in Southeast Asia, providing protein, especially for subsistence-oriented farmers (Bhattacharyya et al., 2013). Cultivation of fish along with rice

increases emissions of $CH_4$ (Frei et al., 2007; Bhattacharyya et al., 2013), but decreases $N_2O$ emissions, irrespective of the fish species used (Datta et al., 2009; Bhattacharyya et al., 2013). Although rice-fish farming systems might be globally important in terms of climate change, they are also relevant for local economy, food security, and efficient water use (shared water), which makes it difficult to design appropriate mitigation measures, because of the tradeoffs between mitigation measures and rice and fish production (Datta et al., 2009; Bhattacharyya et al., 2013). Feeding rate and dissolved oxygen (DO) concentration could affect $N_2O$ emissions from aquaculture systems significantly, and nitrification and denitrification processes were equally responsible for the emissions of $N_2O$ in these systems. Measures to control $N_2O$ from aquaculture are described by Hu et al. (2012), and include the maintenance of optimal operating conditions of the system, such as appropriate pH and temperature, sufficient DO and good quality feed. Additionally, two potential ways to minimize $N_2O$ emissions from aquaculture systems include 'Aquaponic Aquaculture' (polyculture consisting of fish tanks (aquaculture) and plants that are cultivated in the same water cycle (hydroponic)), and Bioflocs Technology (BFT) Aquaculture (which involves the development and control of heterotrophic bacteria in flocs within the fish culture component), where the growth of heterotrophic bacteria is stimulated, leading to nitrogen uptake (Hu et al., 2012).

---

management). Both sink processes and carbon stocks can be affected by natural factors such as soil and hydrological conditions. Indirect human-induced changes can impact carbon sinks and are influenced by human activity, but are not directly related to the management of that piece of land; examples include climate change and atmospheric nitrogen deposition. For some tree species, rising concentrations of tropospheric ozone caused by human activities may counteract the effects of increased atmospheric $CO_2$ or N deposition on tree growth (Sitch et al., 2008; Matyssek et al., 2010). Natural changes that threaten to impact the efficacy of mitigation measures are discussed in Section 11.5.

*Displacement/leakage*. Displacement/leakage arises from a change in land use or land management that causes a positive or negative change in emissions elsewhere. This can occur within or across national boundaries, and the efficacy of mitigation practices must consider the leakage implications. For example, if reducing emissions in one place leads to increased emissions elsewhere, no net reduction occurs; the emissions are simply displaced (Powlson et al., 2011; Kastner et al., 2011b; a). However, this assumes a one-to-one correspondence. Murray et al. (2004) estimated the leakage from different forest carbon programmes and this varied from < 10 % to > 90 % depending on the nature of the

activity. West et al. (2010a) examined the impact of displaced activities in different geographic contexts; for example, land clearing in the tropics will release twice the carbon, but only produce half the crop yield of temperate areas. Indirect land-use change is an important component to consider for displaced emissions and assessments of this are an emerging area. Indirect land-use change is discussed further in Section 11.4 and in relation to bioenergy in Section 11.13.

The timing of mitigation benefits from actions (e.g., bioenergy, forest management, forest products use/storage) can vary as a result both of the nature of the activity itself (e.g., from the temporal pattern of soil or forest sequestration compared to biomass substitution), and rates of adoption. Timing thus needs to be considered when judging the effectiveness of a mitigation action. Cherubini et al. (2012) modelled the impact of timing of benefits for three different wood applications (fuel, non-structural panels, and housing construction materials) and showed that the options provide mitigation over different timeframes, and thus have different impacts on $CO_2$ concentrations and radiative forcing. The temporal pattern of emissions and removals is especially important in mitigating emissions of short-lived gases through carbon sequestration (Lauder et al., 2013).

### Box 11.5 | Bioenergy

Bioenergy deployment offers significant potential for climate change mitigation, but also carries considerable risks. The SRREN (IPCC, 2011) suggested potential bioenergy deployment levels to be between 100–300 EJ. This assessment agrees on a technical bioenergy potential of around 100 EJ, and possibly 300 EJ and higher. Integrated models project between 15–245 EJ/yr deployment in 2050, excluding traditional bioenergy. Achieving high deployment levels would require, amongst others, extensive use of agricultural residues and second-generation biofuels to mitigate adverse impacts on land use and food production, and the co-processing of biomass with coal or natural gas with carbon dioxide capture and storage (CCS) to produce low net GHG-emitting transportation fuels and/or electricity. Integration of crucial sectoral research (albedo effects, evaporation, counterfactual land carbon sink assumptions) into transformation pathways research, and exploration of risks of imperfect policy settings (for example, in absence of a global $CO_2$ price on land carbon) is subject of further research (Sections 11.9, 11.13.2, 11.13.4). Small-scale bioenergy systems aimed at meeting rural energy needs synergistically provide mitigation and energy access benefits. Decentralized deployment of biomass for energy, in combination with improved cookstoves, biogas, and small-scale biopower, could improve livelihoods and health of around 2.6 billion people. Both mitigation potential and sustainability hinges crucially on the protection of land carbon (high-density carbon ecosystems), careful fertilizer application, interaction with food markets, and good land and water management. Sustainability and livelihood concerns might constrain beneficial deployment of dedicated biomass plantations to lower values (Sections 11.13.3, 11.13.5, 11.13.7).

Lifecycle assessments for bioenergy options demonstrate a plethora of pathways, site-specific conditions and technologies that produce a wide range of climate-relevant effects. Specifically, LUC emissions, $N_2O$ emissions from soil and fertilizers, co-products, process design and process fuel use, end-use technology, and reference system can all influence the total attributional lifecycle emissions of bioenergy use. The large variance for specific pathways points to the importance of management decisions in reducing the lifecycle emissions of bioenergy use. The total marginal global warming impact of bioenergy can only be evaluated

in a comprehensive setting that also addresses equilibrium effects, e.g., indirect land-use change (iLUC) emissions, actual fossil fuel substitution, and other effects. Structural uncertainty in modelling decisions renders such evaluation exercises uncertain. Available data suggest a differentiation between options that offer low lifecycle emissions under good land-use management (e.g., sugarcane, Miscanthus, and fast-growing tree species) and those that are unlikely to contribute to climate change mitigation (e.g., corn and soybean), pending new insights from more comprehensive consequential analyses (Sections 8.7, 11.13.4).

Coupling bioenergy and CCS (BECCS) has attracted particular attention since AR4 because it offers the prospect of negative emissions. Until 2050, the economic potential is estimated to be between 2–10 $GtCO_2$ per year. Some climate stabilization scenarios see considerable higher deployment towards the end of the century, even in some 580–650 ppm scenarios, operating under different time scales, socioeconomic assumptions, technology portfolios, $CO_2$ prices, and interpreting BECCS as part of an overall mitigation framework. Technological challenges and potential risks of BECCS include those associated with the provision of the biomass feedstock as well as with the capture, transport and long-term underground storage of $CO_2$. BECCS faces large challenges in financing and currently no such plants have been built and tested at scale (Sections 7.5.5, 7.9, 11.13.3).

Land demand and livelihoods are often affected by bioenergy deployment. Land demand for bioenergy depends on (1) the share of bioenergy derived from wastes and residues; (2) the extent to which bioenergy production can be integrated with food and fibre production, and conservation to minimize land-use competition; (3) the extent to which bioenergy can be grown on areas with little current production; and (4) the quantity of dedicated energy crops and their yields. Considerations of tradeoffs with water, land, and biodiversity are crucial to avoid adverse effects. The total impact on livelihood and distributional consequences depends on global market factors, impacting income and income-related food-security, and site-specific factors such as land tenure and social dimensions. The often site-specific effects of bioenergy deployment on livelihoods have not yet been comprehensively evaluated (Section 11.13.7).

---

*Additionality*: Another consideration for gauging the effectiveness of mitigation is determining whether the activity would have occurred anyway, with this encompassed in the concept of 'additionality' (see Glossary).

*Impacts of climate change:* An area of emerging activity is predicting the likely impacts of climate change on mitigation potential, both in terms of impacts on existing carbon stocks, but also on the rates of carbon sequestration. This is discussed further in Section 11.5.

## 11.4   Infrastructure and systemic perspectives

Only supply-side mitigation options are considered in Section 11.3. In this section, we consider infrastructure and systemic perspectives, which include potential demand-side mitigation options in the AFOLU sector. Since infrastructure is a minor issue in AFOLU compared to energy end-use sectors, this section focusses on systemic perspectives.

### 11.4.1   Land: a complex, integrated system

Mitigation in the AFOLU sector is embedded in the complex interactions between socioeconomic and natural factors simultaneously affecting land systems (Turner et al., 2007). Land is used for a variety of purposes, including housing and infrastructure (Chapter 12), production of goods and services through agriculture, aquaculture and forestry, and absorption or deposition of wastes and emissions (Dunlap and Catton, Jr., 2002). Agriculture and forestry are important for rural livelihoods and employment (Coelho et al., 2012), while aquaculture and fisheries can be regionally important (FAO, 2012). More than half of the planet's total land area



**Figure 11.9 |** Global land use and biomass flows arising from human economic activity in 2000 from the cradle to the grave. Values in Gt dry matter biomass/yr. Figure source: (Smith et al., 2013b). If a source reported biomass flows in energy units, the numbers were converted to dry matter assuming a gross energy value of 18.5 MJ/kg. The difference between inputs and outputs in the consumption compartment is assumed to be released to the atmosphere (respiration, combustion); small differences may result from rounding. Note that data sources a) area: (Erb et al., 2007; Schneider et al., 2009; FAO, 2010) ; b) biomass flows: (Wirsenius, 2003; Sims et al., 2006; Krausmann et al., 2008; FAOSTAT, 2012; Kummu et al., 2012) are incomplete; more research is needed to close data gaps between different statistical sources such as agricultural, forestry, and energy statistics (Section 11.11). 'Unused forests' are pristine forests not harvested or otherwise used.

(134 Mkm²) is used for urban and infrastructure land, agriculture, and forestry. Less than one quarter shows relatively minor signs of direct human use (Erb et al., 2007; Ellis et al., 2010; Figure 11.9). Some of the latter areas are inhabited by indigenous populations, which depend on the land for the supply of vitally important resources (Read et al., 2010).

Land-use change is a pervasive driver of global environmental change (Foley et al., 2005, 2011) . From 1950 to 2005, farmland (cropland plus pasture) increased from 28 to 38 % of the global land area excluding ice sheets and inland waters (Hurtt et al., 2011). The growth of farmland area (+33 %) was lower than that of population, food production, and gross domestic product (GDP) due to increases in yields and biomass conversion efficiency (Krausmann et al., 2012). In the year 2000, almost one quarter of the global terrestrial net primary production (one third of the above-ground part) was 'appropriated' by humans. This means that it was either lost because the net primary productivity (the biomass production of green plants, net primary production, NPP) of agro-ecosystems or urban areas was lower than that of the vegetation they replaced or it was harvested for human purposes, destroyed during harvest or burned in human-induced fires (Imhoff et al., 2004; Haberl et al., 2007). The fraction of terrestrial NPP appropriated by humans doubled in the last century (Krausmann et al., 2013), exemplifying the increasing human domination of terrestrial ecosystems (Ellis et al., 2010). Growth trajectories of the use of food, energy, and other land-based resources, as well as patterns of urbanization and infrastructure development are influenced by increasing population and GDP, as well as the on-going agrarian-industrial transition (Haberl et al., 2011b; Kastner et al., 2012).

Growing resource use and land demand for biodiversity conservation and carbon sequestration (Soares-Filho et al., 2010), result in increasing competition for land (Harvey and Pilgrim, 2011; Section 11.4.2). Influencing ongoing transitions in resource use is a major challenge (WBGU, 2011; Fischer-Kowalski, 2011). Changes in cities, e.g., in terms of infrastructure, governance, and demand, can play a major role in this respect (Seto et al., 2012b; Seitzinger et al., 2012; Chapter 12).

Many mitigation activities in the AFOLU sector affect land use or land cover and, therefore, have socioeconomic as well as ecological consequences, e.g., on food security, livelihoods, ecosystem services or emissions (Sections 11.1; 11.4.5; 11.7). Feedbacks involved in implementing mitigation in AFOLU may influence different, sometimes conflicting, social, institutional, economic, and environmental goals (Madlener et al., 2006). Climate change mitigation in the AFOLU sector faces a complex set of interrelated challenges (Sections 11.4.5; 11.7):

- Full GHG impacts, including those from feedbacks (e.g., iLUC) or leakage, are often difficult to determine (Searchinger et al., 2008).
- Feedbacks between GHG reduction and other important objectives such as provision of livelihoods and sufficient food or the maintenance of ecosystem services and biodiversity are not completely understood.
- Maximizing synergies and minimizing negative effects involves multi-dimensional optimization problems involving various social,

economic, and ecological criteria or conflicts of interest between different social groups (Martinez-Alier, 2002).
- Changes in land use and ecosystems are scale-dependent and may proceed at different speeds, or perhaps even move in different directions, at different scales.

### 11.4.2   Mitigation in AFOLU—feedbacks with land-use competition

Driven by economic and population growth, increased demand for food and bioenergy as well as land demand for conservation and urbanization (e.g., above-ground biomass carbon losses associated with land-clearing from new urban areas in the pan-tropics are estimated to be 5 % of the tropical deforestation and land-use change emissions, (Seto et al., 2012a; Section 12.2), competition for land is expected to intensify (Smith et al., 2010; Woods et al., 2010). Maximization of one output or service (e.g., crops) often excludes, or at least negatively affects, others (e.g., conservation; (Phalan et al., 2011). Mitigation in the AFOLU sector may affect land-use competition. Reduced demand for AFOLU products generally decreases inputs (fertilizer, energy, machinery) and land demand. The ecological feedbacks of demand-side options are mostly beneficial since they reduce competition for land and water (Smith et al., 2013b).

Some supply-side options, though not all, may intensify competition for land and other resources. Based on Figure 11.9 one may distinguish three cases:

- **Optimization of biomass-flow cascades;** that is, increased use of residues and by-products, recycling of biogenic materials and energetic use of wastes (WBGU, 2009). Such options increase resource use efficiency and may reduce competition, but there may also be tradeoffs. For example, using crop residues for bioenergy or roughage supply may leave less C and nutrients on cropland, reduce soil quality and C storage in soils, and increase the risk of losses of carbon through soil erosion. Residues are also often used as forage, particularly in the tropics. Forest residues are currently also used for other purposes, e.g., chipboard manufacture, pulp and paper production (González-Estrada et al., 2008; Blanco-Canqui and Lal, 2009; Muller, 2009; Ceschia et al., 2010).

- **Increases in yields** of cropland (Burney et al., 2010; Foley et al., 2011; Tilman et al., 2011; Mueller et al., 2012; Lobell et al., 2013), grazing land or forestry and improved livestock feeding efficiency (Steinfeld et al., 2010; Thornton and Herrero, 2010) can reduce land competition if yield increases relative to any additional inputs and the emission intensity (i.e., GHG emissions per unit of product) decreases. This may result in tradeoffs with other ecological, social, and economic costs (IAASTD, 2009) although these can to some extent be mitigated if intensification is sustainable (Tilman et al., 2011). Another caveat is that increases in yields may result in rebound effects that increase consumption (Lambin and Meyfroidt, 2011; Erb, 2012) or provide incentives to farm more land (Matson

and Vitousek, 2006), and hence may fail to spare land (Section 11.10).

- **Land-demanding options** reduce GHG emissions by harnessing the potential of the land for either C sequestration or growing energy crops (including food crops used as feedstocks for bioenergy production). These options result in competition for land (and sometimes other resources such as water) that may have substantial social, economic, and ecological effects (positive or negative; (UNEP, 2009; WBGU, 2009; Chum et al., 2011; Coelho et al., 2012). Such options may increase pressures on ecosystems (e.g., forests) and GHG emissions related to direct and indirect LUC, contribute to price increases of agricultural products, or negatively affect livelihoods of rural populations. These possible impacts need to be balanced against possible positive effects such as GHG reduction, improved water quality (Townsend et al., 2012), restoration of degraded land (Harper et al., 2007), biodiversity protection (Swingland et al., 2002), and job creation (Chum et al., 2011; Coelho et al., 2012).

Therefore, an integrated energy/agriculture/land-use approach for mitigation in AFOLU can help to optimize synergies and mitigate negative effects (Popp et al., 2011; Smith, 2012; Creutzig et al., 2012a; Smith et al., 2013b).

## 11.4.3    Demand-side options for reducing GHG emissions from AFOLU

Some changes in demand for food and fibre can reduce GHG emissions in the production chain (Table 11.3) through (i) a switch to the consumption of products with higher GHG emissions in the process chain to products with lower GHG emissions and (ii) by making land available for other GHG reduction activities e.g., afforestation or bioenergy (Section 11.4.4). Food demand change is a sensitive issue due to the prevalence of hunger, malnutrition, and the lack of food security in many regions (Godfray et al., 2010). Sufficient production of, and equitable access to, food are both critical for food security (Misselhorn et al., 2012). GHG emissions may be reduced through changes in food demand without

jeopardizing health and well-being by (1) reducing losses and wastes of food in the supply chain as well as during final consumption; (2) changing diets towards less GHG-intensive food, e.g., substitution of animal products with plant-based food, while quantitatively and qualitatively maintaining adequate protein content, in regions with high animal product consumption; and (3) reduction of overconsumption in regions where this is prevalent. Substituting plant-based diets for animal-based diets is complex since, in many circumstances, livestock can be fed on plants not suitable for human consumption or growing on land with high soil carbon stocks not suitable for cropping; hence, food production by grazing animals contributes to food security in many regions of the world (Wirsenius, 2003; Gill et al., 2010).

*Reductions of losses in the food supply chain*—Globally, rough estimates suggest that ~30–40% of all food produced is lost in the supply chain from harvest to consumption (Godfray et al., 2010). Energy embodied in wasted food is estimated at ~36 EJ/yr (FAO, 2011). In developing countries, up to 40% is lost on farm or during distribution due to poor storage, distribution, and conservation technologies and procedures. In developed countries, losses on farm or during distribution are smaller, but the same amount is lost or wasted in service sectors and at the consumer level (Foley et al., 2005; Parfitt et al., 2010; Godfray et al., 2010; Gustavsson et al., 2011; Hodges et al., 2011). However, uncertainties related to losses in the food supply chain are large and more research is needed.

Not all losses are (potentially) avoidable because losses in households also include parts of products normally not deemed edible (e.g., peels of some fruits and vegetables). According to Parfitt et al. (2010), in the UK, 18% of the food waste is unavoidable, 18% is potentially avoidable, and 64% is avoidable. Data for Austria, Netherlands, Turkey, the United Kingdom, and the United States, derived with a variety of methods, show that food wastes at the household level in industrialized countries are 150–300 kg per household per year (Parfitt et al., 2010). According to a top-down mass-flow modelling study based on FAO commodity balances completely covering the food supply chain, but excluding non-edible fractions, food loss values range from 120–170 kg/cap/yr in Sub-Saharan Africa to 280–300 kg/cap/yr in Europe and North America.

Table 11.3 | Overview of demand-side mitigation options in the AFOLU sector.

| Measure | Description | References |
|---|---|---|
| **Reduced losses in the food supply chain** | Reduced losses in the food supply chain and in final consumption reduces energy use and GHG emissions from agriculture, transport, storage and distribution, and reduce land demand. | (Godfray et al., 2010; Gustavsson et al., 2011), see text. |
| **Changes in human diets towards less emission-intensive products** | Where appropriate, reduced consumption of food items with high GHG emissions per unit of product, to those with low GHG products can reduce GHG emissions. Such demand changes can reduce energy inputs in the supply chain and reduces land demand. | (Stehfest et al., 2009; FAO, 2011), see text. |
| **Demand-side options related to wood and forestry** | Wood harvest in forests releases GHG and at least temporarily reduces forest C stocks. Conservation of wood (products) through more efficient use or replacement with recycled materials and replacing wood from illegal logging or destructive harvest with wood from certified sustainable forestry (Section 11.10) can save GHG emissions. Substitution of wood for non-renewable resources can reduce GHG emissions, e.g., when wood is substituted for emission-intensive materials such as aluminium, steel, or concrete in buildings. Integrated optimization of C stocks in forests and in long-lived products, as well as the use of by-products and wastes for energy, can deliver the highest GHG benefits. | (Gustavsson et al., 2006; Werner et al., 2010; Ingerson, 2011), see text. |

Losses ranging from 20% in Sub-Saharan Africa to more than 30% in the industrialized countries were calculated (Gustavsson et al., 2011).

A range of options exist to reduce wastes and losses in the supply chain: investments into harvesting, processing and storage technologies in the developing countries, awareness raising, taxation and other incentives to reduce retail and consumer-related losses primarily in the developed countries. Different options can help to reduce losses (i.e., increase efficiency) in the supply chain and at the household level. Substantial GHG savings could be realized by saving one quarter of the wasted food according to (Gustavsson et al., 2011); see Table 11.4.

*Changes in human diets*—Land use and GHG effects of changing diets require widespread behavioural changes to be effective; i.e., a strong deviation from current trajectories (increasing demand for food, in particular for animal products). Cultural, socioeconomic and behavioural aspects of implementation are discussed in Sections 11.4.5 and 11.7.

Studies based on Lifecycle Assessment (LCA) methods show substantially lower GHG emissions for most plant-based food than for animal products (Carlsson-Kanyama and González, 2009; Pathak et al., 2010; Bellarby et al., 2012; Berners-Lee et al., 2012), although there

are exceptions, e.g., vegetables grown in heated greenhouses or transported by airfreight (Carlsson-Kanyama and González, 2009). A comparison of three meals served in Sweden with similar energy and protein content based on (1) soy, wheat, carrots, and apples, (2) pork, potatoes, green beans, and oranges, and (3) beef, rice, cooked frozen vegetables, and tropical fruits revealed GHG emissions of 0.42 $kgCO_2eq$ for the first option, 1.3 $kgCO_2eq$ for the second, and 4.7 $kgCO_2eq$ for the third, i.e., a factor of $> 10$ difference (Carlsson-Kanyama and González, 2009). Most LCA studies quoted here use attributional LCA; differences to results from consequential LCA (see Annex II) are generally not large enough to reverse the picture (Thomassen et al., 2008). The GHG benefits of plant-based food over animal products hold when compared per unit of protein (González et al., 2011). In addition to plant-based foods having lower emissions than animal-based ones, GHG emissions of livestock products also vary considerably; emissions per unit of protein are highest for beef and lower for pork, chicken meat, eggs and dairy products (de Vries and de Boer, 2010) due to their feed and land-use intensities. Figure 11.10 presents a comparison between milk and beef for different production systems and regions of the world (Herrero et al., 2013). Beef production can use up to five times more biomass for producing 1 kg of animal protein than dairy. Emissions intensities for the same livestock product also



**Figure 11.10 |** Biomass use efficiencies for the production of edible protein from (top) beef and (bottom) milk for different production systems and regions of the world (Herrero et al., 2013).

**11**

Table 11.4 | Changes in global land use and related GHG reduction potentials in 2050 assuming the implementation of options to increase C sequestration on farmland, and use of spared land for either biomass production for energy or afforestation. Afforestation and biomass for bioenergy are both assumed to be implemented only on spare land and are mutually exclusive (Smith et al., 2013b).

| Cases | Food crop area | Livestock grazing area | C sink on farmland[1] | Afforestation of spare land[2,3] | Biomass for bioenergy on spare land[2,4] | Total mitigation potential | Difference in mitigation from reference case |
|---|---|---|---|---|---|---|---|
| | [Gha] | | | GtCO$_2$eq/yr | | | |
| Reference | 1.60 | 4.07 | 3.5 | 6.1 | 1.2–9.4 | 4.6–12.9 | 0 |
| Diet change | 1.38 | 3.87 | 3.2 | 11.0 | 2.1–17.0 | 5.3–20.2 | 0.7–7.3 |
| Yield growth | 1.49 | 4.06 | 3.4 | 7.3 | 1.4–11.4 | 4.8–14.8 | 0.2–1.9 |
| Feeding efficiency | 1.53 | 4.04 | 3.4 | 7.2 | 1.4–11.1 | 4.8–14.5 | 0.2–1.6 |
| Waste reduction | 1.50 | 3.82 | 3.3 | 10.1 | 1.9–15.6 | 5.2–18.9 | 0.6–6.0 |
| Combined | 1.21 | 3.58 | 2.9 | 16.5 | 3.2–25.6 | 6.1–28.5 | 1.5–15.6 |

Notes:
[1]   Potential for C sequestration on cropland for food production and livestock grazing land with improved soil C management. The potential C sequestration rate was derived from Smith et al., (2008).
[2]   Spare land is cropland or grazing land not required for food production, assuming increased but still sustainable stocking densities of livestock based on Haberl et al., (2011); Erb et al., (2012).
[3]   Assuming 11.8 (tCO$_2$eq/ha)/yr (Smith et al., 2000).
[4]   Assumptions were as follows. High bioenergy value: short-rotation coppice or energy grass directly replaces fossil fuels, energy return on investment 1:30, dry-matter biomass yield 190 GJ/ha/yr (WBGU, 2009). Low bioenergy value: ethanol from maize replaces gasoline and reduces GHG by 45 %, energy yield 75 GJ/ha/yr (Chum et al., 2011). Some energy crops may, under certain conditions, sequester C in addition to delivering bioenergy; the effect is context-specific and was not included. Whether bioenergy or afforestation is a better option to use spare land for mitigation needs to be decided on a case-by-case basis.

vary largely between different regions of the world due to differences in agro-ecology, diet quality, and intensity of production (Herrero et al., 2013). In overall terms, Europe and North America have lower emissions intensities per kg of protein than Africa, Asia, and Latin America. This shows that the highest potential for improving emissions intensities lies in developing countries, if intensification strategies can be matched to local resources and contexts.

Studies based on integrated modelling show that changes in diets strongly affect future GHG emissions from food production (Stehfest et al., 2009; Popp et al., 2010; Davidson, 2012). Popp et al. (2010) estimated that agricultural non-CO$_2$ emissions (CH$_4$ and N$_2$O) would triple by 2055 to 15.3 GtCO$_2$eq/yr if current dietary trends and population growth were to continue. Technical mitigation options on the supply side, such as improved cropland or livestock management, alone could reduce that value to 9.8 GtCO$_2$eq/yr, whereas emissions were reduced to 4.3 GtCO$_2$eq/yr in a 'decreased livestock product' scenario and to 2.5 GtCO$_2$eq/yr if both technical mitigation and dietary change were assumed. Hence, the potential to reduce GHG emissions through changes in consumption was found to be substantially higher than that of technical mitigation measures. Stehfest et al., (2009) evaluated effects of dietary changes on CO$_2$ (including C sources/sinks of ecosystems), CH$_4$, and N$_2$O emissions. In a 'business-as-usual' scenario largely based on FAO (2006), total GHG emissions were projected to reach 11.9 GtCO$_2$eq/yr in 2050. The following changes were evaluated: no ruminant meat, no meat, and a diet without any animal products. Changed diets resulted in GHG emission savings of 34–64 % compared to the 'business-as-usual' scenario; a switch to a 'healthy diet' recommended by the Harvard Medical School would save 4.3 GtCO$_2$eq/yr

(−36 %). Adoption of the 'healthy diet' (which includes a meat, fish and egg consumption of 90 g/cap/day) would reduce global GHG abatement costs to reach a 450 ppm CO$_2$eq concentration target by ~50 % compared to the reference case (Stehfest et al., 2009). The analysis assumed nutritionally sufficient diets; reduced supply of animal protein was compensated by plant products (soy, pulses, etc.). Considerable cultural and social barriers against a widespread adoption of dietary changes to low-GHG food may be expected (Davidson, 2012; Smith et al., 2013, 11.4.5).

A limitation of food-related LCA studies is that they have so far seldom considered the emissions resulting from LUC induced by changing patterns of food production (Bellarby et al., 2012) . A recent study (Schmidinger and Stehfest, 2012) found that cropland and pastures required for the production of beef, lamb, calf, pork, chicken, and milk could annually sequester an amount of carbon equivalent to 30–470 % of the GHG emissions usually considered in LCA of food products if the land were to be reforested. Land-related GHG costs differ greatly between products and depend on the time horizon (30–100 yr) assumed (Schmidinger and Stehfest, 2012). If cattle production contributes to tropical deforestation (Zaks et al., 2009; Bustamante et al., 2012; Houghton et al., 2012), land-use related GHG emissions are particularly high (Cederberg et al., 2011). These findings underline the importance of diets for GHG emissions in the food supply chain (Garnett, 2011; Bellarby et al., 2012). A potential co-benefit is a reduction in diet-related health risks in regions where overconsumption of animal products is prevalent (McMichael et al., 2007).

*Demand-side options related to wood and forestry*—A comprehensive global, long-term dataset on carbon stocks in long-lived wood

products in use (excluding landfills) shows an increase from approximately 2.2 GtC in 1900 to 6.9 GtC in 2008 (Lauk et al., 2012). Per capita, carbon stored in wood products amounted to ~1.4 tC/cap in 1900 and ~1.0 tC/cap in 2008. The net yearly accumulation of long-lived wood products in use varied between 35 and 91 MtC/yr in the period 1960–2008 (Lauk et al., 2012). The yearly accumulation of C in products and landfills was ~200 MtC/yr in the period 1990–2008 (Pan et al., 2011). If more long-lived wood products were used, C sequestration and mitigation could be enhanced.

Increased wood use does not reduce GHG emissions under all circumstances because wood harvest reduces the amount of carbon stored in the forest, at least temporarily, and increases in wood harvest levels may result in reduced long-term carbon storage in forests (Ingerson, 2011; Böttcher et al., 2012; Holtsmark, 2012; Lamers and Junginger, 2013). Reducing wood consumption, e.g., through paper recycling, can reduce GHG emissions (Acuff and Kaffine, 2013), as may the use of wood from sustainable forestry in place of emission-intensive materials such as concrete, steel, or aluminium. Recent studies suggest that, where technically possible, substitution of wood from sustainably managed forests for non-wood materials in the construction sector (concrete, steel, etc.) in single-family homes, apartment houses, and industrial buildings, reduces GHG emissions in most cases (Werner et al., 2010; Sathre and O'Connor, 2010; Ximenes and Grant, 2013). Most of the emission reduction results from reduced production emissions, whereas the role of carbon sequestration in products is relatively small (Sathre and O'Connor, 2010). Werner et al. (2010) show that GHG benefits are highest when wood is primarily used for long-lived products, the lifetime of products is maximized, and energy use of woody biomass is focused on by-products, wood wastes, and end-of-lifecycle use of long-lived wood products.

## 11.4.4    Feedbacks of changes in land demand

Mitigation options in the AFOLU sector, including options such as biomass production for energy, are highly interdependent due to their direct and indirect impacts on land demand. Indirect interrelationships, mediated *via* area demand for food production, which in turn affects the area available for other purposes, are difficult to quantify and require systemic approaches. Table 11.4 (Smith et al., 2013b) shows the magnitude of possible feedbacks in the land system in 2050. It first reports the effect of single mitigation options compared to a reference case, and then the combined effect of all options. The reference case is similar to the (FAO, 2006a) projections for 2050 and assumes a continuation of on-going trends towards richer diets, considerably higher cropland yields (+54%) and moderately increased cropland areas (+9%). The diet change case assumes a global contract-and-converge scenario towards a nutritionally sufficient low animal product diet (8% of food calories from animal products). The yield growth case assumes that yields in 2050 are 9% higher than those in the reference case, according to the 'Global Orchestration' scenario in (MEA, 2005). The feeding efficiency case assumes on aver-

age 17% higher livestock feeding efficiencies than the reference case. The waste reduction case assumes a reduction of the losses in the food supply chain by 25% (Section 11.4.3). The combination of all options results in a substantial reduction of cropland and grazing areas (Smith et al., 2013b), even though the individual options cannot simply be added up due to the interactions between the individual compartments.

Table 11.4 shows that demand-side options save GHG by freeing up land for bioenergy or afforestation and related carbon sequestration. The effect is strong and non-linear, and more than cancels out reduced C sequestration potentials on farmland. Demand-side potentials are substantial compared to supply-side mitigation potentials (Section 11.3), but implementation may be difficult (Sections 11.7; 11.8). Estimates of GHG savings from bioenergy are subject to large uncertainties related to the assumptions regarding power plants, utilization pathway, energy crop yields, and effectiveness of sustainability criteria (Sections 11.4.5; 11.7; 11.13).

The systemic effects of land-demanding mitigation options such as bioenergy or afforestation depend not only on their own area demand, but also on land demand for food and fibre supply (Chum et al., 2011; Coelho et al., 2012; Erb et al., 2012b). In 2007, energy crops for transport fuels covered about 26.6 Mha or 1.7% of global cropland (UNEP, 2009). Assumptions on energy crop yields (Section 11.13) are the main reason for the large differences in estimates of future area demand of energy crops in the next decades, which vary from < 100 Mha to > 1000 Mha, i.e., 7–70% of current cropland (Sims et al., 2006; Smeets et al., 2007; Pacca and Moreira, 2011; Coelho et al., 2012). Increased pressure on land systems may also emerge when afforestation claims land, or forest conservation restricts farmland expansion (Murtaugh and Schlax, 2009; Popp et al., 2011).

Land-demanding mitigation options may result in feedbacks such as GHG emissions from land expansion or agricultural intensification, higher yields of food crops, higher prices of agricultural products, reduced food consumption, displacement of food production to other regions and consequent land clearing, as well as impacts on biodiversity and non-provisioning ecosystem services (Plevin et al., 2010; Popp et al., 2012).

Restrictions to agricultural expansion due to forest conservation, increased energy crop area, afforestation and reforestation may increase costs of agricultural production and food prices. In a modelling study, conserving C-rich natural vegetation such as tropical forests was found to increase food prices by a factor of 1.75 until 2100, due to restrictions of cropland expansion, even if no growth of energy crop area was assumed (Wise et al., 2009). Food price indices (weighted average of crop and livestock products) are estimated to increase until 2100 by 82% in Africa, 73% in Latin America, and 52% in Pacific Asia if large-scale bioenergy deployment is combined with strict forest conservation, compared to a reference scenario without forest conservation and bioenergy (Popp et al., 2011). Further trade liberalization can

11

lead to lower costs of food, but also increases the pressure on land, especially on tropical forests (Schmitz et al., 2011).

Increased land demand for GHG mitigation can be partially compensated by higher agricultural yield per unit area (Popp et al., 2011). While yield increases can lead to improvements in output from less land, generate better economic returns for farmers, help to reduce competition for land, and alleviate environmental pressures (Burney et al., 2010; Smith et al., 2010), agricultural intensification if poorly implemented incurs economic costs (Lotze-Campen et al., 2010) and may also create social and environmental problems such as nutrient leaching, soil degradation, pesticide pollution, impact on animal welfare, and many more (IAASTD, 2009). Maintaining yield growth while reducing negative environmental and social effects of agricultural intensification is, therefore, a central challenge, requiring sustainable management of natural resources as well as the increase of resource efficiency (DeFries and Rosenzweig, 2010), two components of sustainable intensification (Garnett et al., 2013).

Additional land demand may put pressures on biodiversity, as LUC is one of the most important drivers of biodiversity loss (Sala et al., 2000). Improperly managed large-scale agriculture (or bioenergy) may negatively affect biodiversity (Groom et al., 2008), which is a key prerequisite for the resilience of ecosystems, i.e., their ability to adapt to changes such as climate change, and to continue to deliver ecosystem services in the future (Díaz et al., 2006; Landis et al., 2008). However, implementing appropriate management, such as establishing bioenergy crops or plantations for carbon sequestration in already degraded ecosystems areas represents an opportunity where bioenergy can be used to achieve positive environmental outcomes (e.g., Hill et al., 2006; Semere and Slater, 2007; Campbell et al., 2008; Nijsen et al., 2012). Because climate change is also an important driver of biodiversity loss (Sala et al., 2000), bioenergy for climate change mitigation may also be beneficial for biodiversity if it is planned with biodiversity conservation in mind (Heller and Zavaleta, 2009; Dawson et al., 2011; Section 11.13).

Tradeoffs related to land demand may be reduced through multifunctional land use, i.e., the optimization of land to generate more than one product or service such as food, animal feed, energy or materials, soil protection, wastewater treatment, recreation, or nature protection (de Groot, 2006; DeFries and Rosenzweig, 2010; Section 11.7). This also applies to the potential use of ponds and other small water bodies for raising fish fed with agricultural waste (Pullin et al., 2007).

### 11.4.5   Sustainable development and behavioural aspects

The assessment of impacts of AFOLU mitigation options on sustainable development requires an understanding of a complex multilevel system where social actors make land-use decisions aimed at various development goals, one of them being climate change mitigation. Depending on the specific objectives, the beneficiaries of a particular land-use choice may differ. Thus tradeoffs between global, national, and local concerns and various stakeholders need to be considered (see also Section 4.3.7 and WGII Chapter 20). The development context provides opportunities or barriers for AFOLU (May et al., 2005; Madlener et al., 2006; Smith and Trines, 2006; Smith et al., 2007; Angelsen, 2008; Howden et al., 2008; Corbera and Brown, 2008; Cotula et al., 2009; Cattaneo et al., 2010; Junginger et al., 2011; Section 11.8 and Figure 11.11).

Further, AFOLU measures have additional effects on development, beyond improving the GHG balance (Foley et al., 2005; Alig et al., 2010; Calfapietra et al., 2010; Busch et al., 2011; Smith et al., 2013b; Branca et al., 2013; Albers and Robinson, 2013). These effects can be positive (co-benefits) or negative (adverse side-effects) and do not necessarily overlap geographically, socially or in time (Section 11.7 and Figure 11.11). This creates the possibility of tradeoffs, because an AFOLU measure can bring co-benefits to one social group in one area (e.g., increasing income), while bringing adverse side-effects to others somewhere else (e.g., reducing food availability).

Table 11.5 summarizes the issues commonly considered when assessing the above-mentioned interactions at various levels between sustainable development and AFOLU.

**Social complexity:** Social actors in the AFOLU sector include individuals (farmers, forest users), social groups (communities, indigenous groups), private companies (e.g., concessionaires, food-producer multinationals), subnational authorities, and national states (see Table 11.6).



**Figure 11.11** | Dynamic interactions between the development context and AFOLU.

**Spatial scale** refers on the one hand to the size of an intervention (e.g., in number of hectares) and on the other hand to the biophysical characterization of the specific land (e.g., soil type, water availability, slope). Social interactions tend to become more complex the bigger the area of an AFOLU intervention, on a social-biophysical continuum: family/farm—neighbourhood—community—village—city—province—country—region—globe. Impacts from AFOLU measures on sustainable development are different along this spatial-scale continuum (Table 11.6). The challenge is to provide landscape governance that responds to societal needs as well as biophysical capacity at different spatial scales (Görg, 2007; Moilanen and Arponen, 2011; van der Horst and Vermeylen, 2011).

**Temporal scale**: As the concept of sustainable development includes current and future generations, the impacts of AFOLU over time need to be considered (see Chapter 4). Positive and negative impacts of AFOLU measures can be realized at different times. For instance, while reducing deforestation has an immediate positive impact on reducing GHG emissions, reforestation will have a positive impact on C sequestration over time. Further, in some circumstances, there is the risk of reversing current emission reductions in the future (see Section 11.3.2 on non-permanence).

**Behavioural aspects**: Level of education, cultural values and tradition, as well as access to markets and technology, and the decision power of individuals and social groups, all influence the perception of potential impacts and opportunities from AFOLU measures, and consequently have a great impact on local land management decisions (see Chapters 2, 3, and 4; Guthinga, 2008; Durand and Lazos, 2008; Gilg, 2009; Bhuiyan et al., 2010; Primmer and Karppinen, 2010; Durand and Vázquez, 2011). When decisions are taken at a higher administrative level (e.g., international corporations, regional authorities or national states), other factors or values play an important role, including national and international development goals and priorities, policies and commitments, international markets or corporate image (see Chapters 3 and 4). Table 11.7 summarizes the emerging behavioural aspects regarding AFOLU mitigation measures.

Land-use policies (Section 11.10) have the challenge of balancing impacts considering these parameters: social complexity, spatial scale, temporal scale, and behavioural aspects. Vlek and Keren (1992) and Vlek (2004) indicate the following dilemmas relevant to land-management decisions: Who should take the risks, when (this generation or future generations) and where (specific place) co-benefits and potential adverse effects will take place, and how to mediate between individual vs. social benefits. Addressing these dilemmas is context-specific. Nevertheless, the fact that a wide range of social actors need to face these dilemmas explains, to a certain extent, disagreements about environmental decision making in general, and land-management decisions in particular (Villamor et al., 2011; Le et al., 2012; see Section 11.10) .

## 11.5 Climate change feedback and interaction with adaptation (includes vulnerability)

When reviewing the inter-linkages between climate change mitigation and adaptation within the AFOLU sector the following issues need to be considered: (i) the impact of climate change on the mitigation potential of a particular activity (e.g., forestry and agricultural soils) over time, (ii) potential synergies/tradeoffs within a land-use sector between mitigation and adaptation objectives, and (iii) potential tradeoffs across sectors between mitigation and adaptation objectives.

Mitigation and adaptation in land-based ecosystems are closely interlinked through a web of feedbacks, synergies, and tradeoffs (Section 11.8). The mitigation options themselves may be vulnerable to climatic change (Section 11.3.2) or there may be possible synergies or tradeoffs between mitigation and adaptation options within or across AFOLU sectors.

**Table 11.5 |** Issues related to AFOLU measures and sustainable development.

| Dimensions | Issues |
|---|---|
| Social and human assets | Population growth and migration, level of education, human capacity, individual skills, indigenous and traditional knowledge, cultural values, equity and health, animal welfare, organizational capacity |
| Natural assets | Availability of natural resources (land, forest, water, agricultural land, minerals, fauna), GHG balance, ecosystem integrity, biodiversity conservation, ecosystem services, the productive capacity of ecosystems, ecosystem health and resilience |
| State of infrastructure and technology | Availability of infrastructure and technology and industrial capacity, technology development, appropriateness, acceptance |
| Economic factors | Credit capacity, employment creation, income, wealth distribution/distribution mechanisms, carbon finance, available capital/investments, market access |
| Institutional arrangements | Land tenure and land-use rights, participation and decision making mechanisms (e.g., through Free, Prior and Informed Consent), sectoral and cross-sectoral policies, investment in research, trade agreements and incentives, benefit sharing mechanisms, existence and forms of social organization |

Based on Madlener et al. (2006), Sneddon et al. (2006), Pretty (2008), Corbera and Brown (2008), Macauley and Sedjo (2011), and de Boer et al. (2011).

**Table 11.6 |** Characterization of social actors in AFOLU.

| Social actors | Characterization |
|---|---|
| Individuals (legal and illegal forest users, farmers) | Rather small-scale interventions, although some can be medium-scale |
| | Decisions taken rather at the local level |
| Social groups (communities, indigenous peoples) | Small to medium interventions |
| | Decisions taken at the local or regional levels |
| Sub-national authorities (provinces, states) | Medium to large interventions |
| | Decisions taken at the national or sub-national level, depending on the governance structure |
| State (national level) | Rather large interventions |
| | Decisions taken at the national level, often in line with international agreements |
| Corporate (at the national or multinational levels) | Rather large interventions. Decisions can be taken within a specific region/country, in another country, or at global level (e.g., for multinational companies). National and international markets play a key role in decision making |

**Table 11.7 |** Emerging behavioural aspects relevant for AFOLU mitigation measures.

| Change in | Emerging behavioural aspects in AFOLU |
|---|---|
| Consumption patterns | **Dietary change:** Several changes in diet can potentially reduce GHG emissions, including reduction of food waste and reduction of or changes in meat consumption (especially in industrialized countries). On the other hand, increasing income and evolving lifestyles with increasing consumption of animal protein in developing countries are projected to increase food-related GHG emissions. |
| | The potential of reducing GHG emissions in the food sector needs to be understood in a wider and changing socio-cultural context that determines nutrition. |
| | Potential drivers of change: Health awareness and information, income increase, lifestyle |
| | References 1, 2, 3, 4, 5 |
| Production patterns | **Large-scale land acquisition:** The acquisition of (long-term rights) of large areas of farmland in lower-income countries, by transnational companies, agribusiness, investments funds or government agencies. There are various links between these acquisitions and GHG emissions in the AFOLU sector. On one hand because some acquisitions are aimed at producing energy crops (through non-food or 'flex-crops'), on the other because these can cause the displacement of peoples and activity, increasing GHG leakage. |
| | Impacts on livelihood, local users rights, local employment, economic activity, or on biodiversity conservation are of concern. |
| | Potential drivers of change: International markets and their mechanisms, national and international policies |
| | References 6, 7, 8 |
| Production and consumption patterns | **Switching to low-carbon products:** Land managers are sensitive to market changes. The promotion of low-carbon products as a means for reducing GHG emissions can increase the land area dedicated to these products. Side-effects from this changes in land management (positive and negative), and acceptability of products and technologies at the production and consumption sides are context-related and cannot be generalized |
| | Potential drivers of change: International agreements and markets, accessibility to rural energy, changes in energy demand |
| | References 9, 10, 11 |
| Relation between producers and consumers | **Certification:** Labelling, certification, or other information-based instruments have been developed for promoting behavioural changes towards more sustainable products (Section 11.10). Recently, the role of certification in reducing GHG while improving sustainability has been explored, especially for bioenergy (Section 11.13). |
| | Potential drivers of change: Consumer awareness, international agreements, cross-national sector policies and initiatives. |
| | References 11, 12, 13, 14 |
| Management priorities | **Increasing interest in conservation and sustainable (land) management:** Changing management practices towards more sustainable ones as alternative for gaining both environmental and socio-benefits, including climate change mitigation, is gaining recognition. Concerns about specific management practices, accountability methods of co-benefits, and sharing mechanisms seem to be elements of concerns when promoting a more sustainable management of natural resources. |
| | Potential drivers of change: Policies and international agreements and their incentive mechanisms, schemes for payments for environmental services. |
| | References 15, 16, 17, 18, 19 |

[1] Stehfest et al. (2009); [2] Roy et al. (2012); [3] González et al. (2011); [4] Popp et al. (2010); [5] Schneider et al. (2011); [6] Cotula (2012); [7] Messerli et al. (2013); [8] German et al. (2013); [9] Muys et al. (2014); [10] MacMillan Uribe et al. (2012); [11] Chakrabarti (2010); [12] Karipidis et al. (2010); [13] Auld et al. (2008); [14] Diaz-Chavez (2011); [15] Calegari et al. (2008); [16] Deal et al. (2012); [17] DeFries and Rosenzweig (2010); [18] Hein and van der Meer (2012); [19] Lippke et al. (2003).

The IPCC WGI presents feedbacks between climate change and the carbon cycle (WGI Chapter 6; Le Quéré et al., 2013), while WGII assesses the impacts of climate change on terrestrial ecosystems (WGII Chapter 4) and crop production systems (WGII Chapter 7), including vulnerability and adaptation. This section focuses particularly on the impacts of climate change on mitigation potential of land-use sectors and interactions that arise with adaptation, linking to the relevant chapters of WGI and WGII reports.

## 11.5.1   Feedbacks between ALOFU and climate change

AFOLU activities can either reduce or accelerate climate change by affecting biophysical processes (e.g., evapotranspiration, albedo) and change in GHG fluxes to and from the atmosphere (WGI). Whether a particular ecosystem is functioning as sink or source of GHG emission may change over time, depending on its vulnerability to climate change and other stressors and disturbances. Hence, mitigation options available today (Section 11.3) in the AFOLU sectors may no longer be available in the future.

There is *robust evidence* that human-induced land-use changes have led to an increased surface albedo (WGI Chapter 8; Myhre and Shindell, 2013). Changes in evapotranspiration and surface roughness may counteract the effect of changes in albedo. Land-use changes affect latent heat flux and influence the hydrological cycle. Biophysical climate feedbacks of forest ecosystems differ depending on regional climate regime and forest types. For example, a decrease in tropical forests has a positive climate forcing through a decrease in evaporative cooling (Bala et al., 2007; Bonan, 2008). An increase in coniferous-boreal forests compared to grass and snow provides a positive climate forcing through lowering albedo (Bala et al., 2007; Bonan, 2008; Swann et al., 2010). There is currently *low agreement* on the net biophysical effect of land-use changes on the global mean temperature (WGI Chapter 8; Myhre and Shindell, 2013). By contrast, the biogeochemical effects of LUC on radiative forcing through emissions of GHG is positive (WGI Chapter 8; Sections 11.2.2; 11.2.3).

## 11.5.2   Implications of climate change on terrestrial carbon pools and mitigation potential of forests

Projections of the global carbon cycle to 2100 using 'Coupled Model Intercomparison Project Phase 5 (CMIP5) Earth System Models' (WGI Chapter 6; Le Quéré et al., 2013) that represent a wider range of complex interactions between the carbon cycle and the physical climate system consistently estimate a positive feedback between climate and the carbon cycle, i.e., reduced natural sinks or increased natural $CO_2$ sources in response to future climate change. Implications of climate change on terrestrial carbon pools biomes and mitigation potential of forests.

Rising temperatures, drought, and fires may lead to forests becoming a weaker sink or a net carbon source before the end of the century (Sitch et al., 2008). Pervasive droughts, disturbances such as fire and insect outbreaks, exacerbated by climate extremes and climate change put the mitigation benefits of the forests at risk (Canadell and Raupach, 2008; Phillips et al., 2009; Herawati and Santoso, 2011). Forest disturbances and climate extremes have associated carbon balance implications (Millar et al., 2007; Kurz et al., 2008; Zhao and Running, 2010; Potter et al., 2011; Davidson, 2012; Reichstein et al., 2013). Allen et al. (2010) suggest that at least some of the world's forested ecosystems may already be responding to climate change.

Experimental studies and observations suggest that predicted changes in temperature, rainfall regimes, and hydrology may promote the die-back of tropical forests (e.g., Nepstad et al., 2007). The prolonged drought conditions in the Amazon region during 2005 contributed to a decline in above-ground biomass and triggered a release of 4.40 to 5.87 $GtCO_2$ (Phillips et al., 2009). Earlier model studies suggested Amazon die-back in the future (Cox et al., 2013; Huntingford et al., 2013). However, recent model estimates suggest that rainforests may be more resilient to climate change, projecting a moderate risk of tropical forest reduction in South America and even lower risk for African and Asian tropical forests (Gumpenberger et al., 2010; Cox et al., 2013; Huntingford et al., 2013).

Arcidiacono-Bársony et al., (2011) suggest that the mitigation benefits from deforestation reduction under REDD+ (Section 11.10.1) could be reversed due to increased fire events, and climate-induced feedbacks, while Gumpenberger et al., (2010) conclude that the protection of forests under the forest conservation (including REDD) programmes could increase carbon uptake in many tropical countries, mainly due to $CO_2$ fertilization effects, even under climate change conditions.

## 11.5.3   Implications of climate change on peatlands, grasslands, and croplands

**Peatlands:** Wetlands, peatlands, and permafrost soils contain higher carbon densities relative to mineral soils, and together they comprise extremely large stocks of carbon globally (Davidson and Janssens, 2006). Peatlands cover approximately 3 % of the Earth's land area and are estimated to contain 350—550 Gt of carbon, roughly between 20 to 25 % of the world's soil organic carbon stock (Gorham, 1991; Fenner et al., 2011). Peatlands can lose $CO_2$ through plant respiration and aerobic peat decomposition (Clair et al., 2002) and with the onset of climate change, may become a source of $CO_2$ (Koehler et al., 2010). Large carbon losses are likely from deep burning fires in boreal peatlands under future projections of climate warming and drying (Flannigan et al., 2009). A study by Fenner et al. (2011) suggests that climate change is expected to increase the frequency and severity of drought in many of the world's peatlands which, in turn, will release far more GHG emissions than thought previously. Climate change is projected to have a severe impact on the peatlands in northern regions where

most of the perennially frozen peatlands are found (Tarnocai, 2006). According to Schuur et al. (2008), the thawing permafrost and consequent microbial decomposition of previously frozen organic carbon, is one of the most significant potential feedbacks from terrestrial ecosystems to the atmosphere in a changing climate. Large areas of permafrost will experience thawing (WGI Chapter 12), but uncertainty over the magnitude of frozen carbon losses through $CO_2$ or $CH_4$ emissions to the atmosphere is large, ranging between 180 and 920 GtCO$_2$ by the end of the 21st century under the Representative Concentration Pathways (RCP) 8.5 scenario (WGI Chapter 6; Le Quéré et al., 2013).

**Grasslands:** Tree cover and biomass in savannah has increased over the past century (Angassa and Oba, 2008; Witt et al., 2009; Lunt et al., 2010; Rohde and Hoffman, 2012) leading to increased carbon storage per hectare (Hughes et al., 2006; Liao et al., 2006; Throop and Archer, 2008; Boutton et al., 2009), which has been attributed to land management, rising $CO_2$, climate variability, and climate change. Climate change and $CO_2$ may affect grazing systems by altering species composition; for example, warming will favour tropical (C4) species over temperate (C3) species but $CO_2$ increase would favour C3 grasses (Howden et al., 2008).

**Croplands:** Climate change impacts on agriculture will affect not only crop yields, but also soil organic carbon (SOC) levels in agricultural soils (Rosenzweig and Tubiello, 2007). Such impacts can be either positive or negative, depending on the particular effect considered, which highlights the uncertainty of the impacts. Elevated $CO_2$ concentrations alone are expected to have positive effects on soil carbon storage, because of increased above- and below-ground biomass production in agro-ecosystems. Similarly, the lengthening of the growing season under future climate will allow for increased carbon inputs into soils. Warmer temperatures could have negative impacts on SOC, by speeding decomposition and by reducing inputs by shortening crop lifecycles (Rosenzweig and Tubiello, 2007), but increased productivity could increase SOC stocks (Gottschalk et al., 2012).

### 11.5.4 Potential adaptation options to minimize the impact of climate change on carbon stocks in forests and agricultural soils

**Forests:** Forest ecosystems require a longer response time to adapt. The development and implementation of adaptation strategies is also lengthy (Leemans and Eickhout, 2004; Ravindranath, 2007). Some examples of the adaptation practices (Murthy et al., 2011) are as follows: anticipatory planting of species along latitude and altitude, assisted natural regeneration, mixed-species forestry, species mix adapted to different temperature tolerance regimes, fire protection and management practices, thinning, sanitation and other silvicultural practices, *in situ* and *ex situ* conservation of genetic diversity, drought and pest resistance in commercial tree species, adoption of sustainable forest management practices, increase in Protected Areas and

linking them wherever possible to promote migration of species, forests conservation and reduced forest fragmentation enabling species migration, and energy-efficient fuel-wood cooking devices to reduce pressure on forests.

**Agricultural soils:** On current agricultural land, mitigation and adaptation interaction can be mutually re-enforcing, particularly for improving resilience to increased climate variability under climate change (Rosenzweig and Tubiello, 2007). Many mitigation practices implemented locally for soil carbon sequestration will increase the ability of soils to hold soil moisture and to better withstand erosion and will enrich ecosystem biodiversity by establishing more diversified cropping systems, and may also help cropping systems to better withstand droughts and floods, both of which are projected to increase in frequency and severity under a future warmer climate (Rosenzweig and Tubiello, 2007).

### 11.5.5 Mitigation and adaptation synergies and tradeoffs

Mitigation choices taken in a particular land-use sector may further enhance or reduce resilience to climate variability and change within or across sectors, in light of the multiple, and often competing, pressures on land (Section 11.4), and shifting demographics and consumption patterns (e.g., (O'Brien et al., 2004; Sperling et al., 2008; Hunsberger and Evans, 2012). Land-use choices driven by mitigation concerns (e.g., forest conservation, afforestation) may have consequences for adaptive responses and/or development objectives of other sectors (e.g., expansion of agricultural land). For example, reducing emissions from deforestation and degradation may also yield co-benefits for adaptation by maintaining biodiversity and other ecosystem goods and services, while plantations, if they reduce biological diversity may diminish adaptive capacity to climate change (e.g., Chum et al., 2011). Primary forests tend to be more resilient to climate change and other human-induced environmental changes than secondary forests and plantations (Thompson et al., 2009). The impact of plantations on the carbon balance is dependent on the land-use system they replace. While plantation forests are often monospecies stands, they may be more vulnerable to climatic change (see IPCC WGII Chapter 4). Smith and Olesen (2010) identified a number of synergies between options that deliver mitigation in agriculture while also enhancing resilience to future climate change, the most prominent of which was enhancement of soil carbon stocks.

Adaptation measures in return may help maintain the mitigation potential of land-use systems. For example, projects that prevent fires and restore degraded forest ecosystems also prevent release of GHGs and enhance carbon stocks (CBD and GiZ, 2011). Mitigation and adaptation benefits can also be achieved within broader-level objectives of AFOLU measures, which are linked to sustainable development considerations. Given the exposure of many livelihoods and communities to multiple stressors, recommendations from case stud-

ies suggest that climate risk-management strategies need to appreciate the full hazard risk envelope, as well as the compounding socioeconomic stressors (O'Brien et al., 2004; Sperling et al., 2008). Within this broad context, the potential tradeoffs and synergies between mitigation, adaptation, and development strategies and measures need to be considered. Forest and biodiversity conservation, protected area formation, and mixed-species forestry-based afforestation are practices that can help to maintain or enhance carbon stocks, while also providing adaptation options to enhance resilience of forest ecosystems to climate change (Ravindranath, 2007). Use of organic soil amendments as a source of fertility could potentially increase soil carbon (Gattinger et al., 2012). Most categories of adaptation options for climate change have positive impacts on mitigation. In the agriculture sector, cropland adaptation options that also contribute to mitigation are 'soil management practices that reduce fertilizer use and increase crop diversification; promotion of legumes in crop rotations; increasing biodiversity, the availability of quality seeds and integrated crop/livestock systems; promotion of low energy production systems; improving the control of wildfires and avoiding burning of crop residues; and promoting efficient energy use by commercial agriculture and agro-industries' (FAO, 2008, 2009a). Agroforestry is an example of mitigation-adaptation synergy in the agriculture sector, since trees planted sequester carbon and tree products provide livelihood to communities, especially during drought years (Verchot et al., 2007).

## 11.6    Costs and potentials

This section deals with economic costs and potentials of climate change mitigation (emission reduction or sequestration of carbon) within the AFOLU sector. Economic mitigation potentials are distinguished from technical or market mitigation potentials (Smith, 2012). Technical mitigation potentials represent the full biophysical potential of a mitigation option, without accounting for economic or other constraints. These estimates account for constraints and factors such as land availability and suitability (Smith, 2012), but not any associated costs (at least explicitly). By comparison, economic potential refers to mitigation that could be realized at a given carbon price over a specific period, but does not take into consideration any socio-cultural (for example, lifestyle choices) or institutional (for example, political, policy, and informational) barriers to practice or technology adoption. Economic potentials are expected to be lower than the corresponding technical potentials. Also, policy incentives (e.g., a carbon price; see also Section 11.10) and competition for resources across various mitigation options, tend to affect the size of economic mitigation potentials in the AFOLU sector (McCarl and Schneider, 2001). Finally, market potential is the realized mitigation outcome under current or forecast market conditions encompassing biophysical, economic, socio-cultural, and institutional barriers to, as well as policy incentives for, technological and/or practice adoption, specific to a sub-national, national or

supra-national market for carbon. Figure 11.12 (Smith, 2012) provides a schematic view of the three types of mitigation potentials.

Economic (as well as market) mitigation potentials tend to be context-specific and are likely to vary across spatial and temporal scales. Unless otherwise stated, in the rest of this section, economic potentials are expressed in million tonnes (Mt) of mitigation in carbon dioxide equivalent ($CO_2$eq) terms, that can arise from an individual mitigation option or from an AFOLU sub-sector at a given cost per tonne of $CO_2$eq. (USD/$tCO_2$eq) over a given period to 2030, which is 'additional' to the corresponding baseline or reference case levels.

Various supply-side mitigation options within the AFOLU sector are described in Section 11.3, and Section 11.4 considers a number of potential demand-side options. Estimates for costs and potentials are not always available for the individual options described. Also, aggregate estimates covering both the supply- and demand-side options for mitigation within the AFOLU sector are lacking, so this section mostly focuses on the supply-side options. Key uncertainties and sensitivities around mitigation costs and potentials in the AFOLU sector are (1) carbon price, (2) prevailing biophysical and climatic conditions, (3) existing management heterogeneity (or differences in the baselines), (4) management interdependencies (arising from competition or co-benefits across tradition production, environmental outcomes and mitigation strategies or competition/co-benefits across mitigation options), (5) the extent of leakage, (6) differential impact on different GHGs associated with a particular mitigation option, and (7) timeframe for abatement activities and the discount rate. In this section, we (a) provide aggregate mitigation potentials for the AFOLU sector (because these were provided separately for agriculture and forestry in AR4), (b) provide estimates of



**Figure 11.12 |** Relationship between technical, economic, and market potential (based on Smith, 2012).

11

global mitigation costs and potentials published since AR4, and (c) provide a regional disaggregation of the potentials to show how potential, and the portfolio of available options, varies in different world regions.

### 11.6.1   Approaches to estimating economic mitigation potentials

Bottom-up and top-down modelling approaches are used to estimate AFOLU mitigation potentials and costs. While both approaches provide useful estimates for mitigation costs and potentials, comparing bottom-up and top-down estimates is not straightforward.

Bottom-up estimates are typically derived for discrete abatement options in agriculture at a specific location or time, and are often based on detailed technological, engineering and process information, and data on individual technologies (DeAngelo et al., 2006). These studies provide estimates of how much technical potential of particular AFOLU mitigation options will become economically viable at certain carbon dioxide-equivalent prices. Bottom-up mitigation responses are typically restricted to input management (for example, changing practices with fertilizer application and livestock feeding) and mitigation costs estimates are considered 'partial equilibrium' in that the relevant input-output prices (and, sometimes, quantities such as area or production levels) are held fixed. As such, unless adjusted for potential overlaps and tradeoffs across individual mitigation options, adding up various individual estimates to arrive at an aggregate for a particular landscape or at a particular point in time could be misleading.

With a 'systems' approach, top-down models (described in Chapter 6; Section 11.9) typically take into account possible interactions between individual mitigation options. These models can be sector-specific or economy-wide, and can vary across geographical scales: sub-national, national, regional, and global. Mitigation strategies in top-down models may include a broad range of management responses and practice changes (for example, moving from cropping to grazing or grazing to forestry) as well as changes in input-output prices (for example, land and commodity prices). Such models can be used to assess the cost competitiveness of various mitigation options and implications across input-output markets, sectors, and regions over time for large-scale domestic or global adoption of mitigation strategies. In top-down modelling, dynamic cost-effective portfolios of abatement strategies are identified incorporating the lowest cost combination of mitigation strategies over time from across sectors, including agricultural, forestry, and other land-based sectors across the world that achieve the climate stabilization target (see Chapter 6). Top-down estimates for 2030 are included in this section, and are revisited in Section 11.9 when considering the role of the AFOLU sector in transformation pathways.

Providing consolidated estimates of economic potentials for mitigation within the AFOLU sector as a whole is complicated because of complex interdependencies, largely stemming from competing demands on land for various agricultural and forestry (production and mitigation) activities, as well as for the provision of many ecosystem services (Smith et al., 2013a). These interactions are discussed in more detail in Section 11.4.

### 11.6.2   Global estimates of costs and potentials in the AFOLU sector

Through combination of forestry and agriculture potentials from AR4, total mitigation potentials for the AFOLU sector are estimated to be ~3 to ~7.2 GtCO$_2$eq/yr in 2030 at 20 and 100 USD/tCO$_2$eq, respectively (Figure 11.13), including only supply-side potentials in agriculture (Smith et al., 2007) and a combination of supply- and demand-side options for forestry (Nabuurs et al., 2007).

Estimates of global economic mitigation potentials in the AFOLU sector published since AR4 are shown in Figure 11.14, with AR4 estimates shown for comparison (IPCC, 2007a).

Table 11.8 summarizes the ranges of global economic mitigation potentials from AR4 (Nabuurs et al., 2007; Smith et al., 2007), and studies published since AR4 that are shown in full in Figure 11.14, for agriculture, forestry, and AFOLU combined.

As described in Section 11.3, since AR4, more attention has been paid to options that reduce emissions intensity by improving the efficiency of production (i.e., less GHG emissions per unit of agricultural product; Burney et al., 2010; Bennetzen et al., 2012). As agricultural and silvicultural efficiency have improved over recent decades, emissions intensities have declined (Figure 11.15). Whilst emissions intensity has increased (1960s to 2000s) by 45 % for cereals, emissions intensities have decreased 38 % for milk, 50 % for rice, 45 % for pig meat, 76 % for chicken, and 57 % for eggs.

The implementation of mitigation measures can contribute to further decrease emission intensities of AFOLU commodities (Figure 11.16; which shows changes of emissions intensities when a commodity-specific mix of mitigation measures is applied). For cereal production, mitigation measures considered include improved cropland agronomy, nutrient and fertilizer management, tillage and residue management, and the establishment of agro-forestry systems. Improved rice management practices were considered for paddy rice cultivation. Mitigation measures applied in the livestock sector include improved feeding and dietary additives. Countries can improve emission intensities of AFOLU commodities through increasing production at the same level of input, the implementation of mitigation measures, or a combination of both. In some regions, increasing current yields is still an option with a significant potential to improve emission intensities of agricultural production. Foley et al. (2011) analyzed current and potential yields that could be achieved for 16 staple crops using available agricultural practices and technologies and identified large 'yield gaps', especially across many parts of Africa, Latin America, and Eastern Europe. Better crop management practices can help to close yield gaps and improve emission intensities if measures are selected that also have a mitigation potential.



**Figure 11.13** | Mitigation potential for the AFOLU sector; plotted using data from AR4 (Nabuurs et al., 2007; Smith et al., 2007). Whiskers show the range of estimates (+/- 1 standard deviation) for agricultural options for which estimates are available.

Mitigation potentials and costs differ largely between AFOLU commodities (Figure 11.16). While average abatement costs are low for roundwood production under the assumption of perpetual rotation, costs of mitigation options applied in meat and dairy production systems have a wide range (1:3 quartile range: 58–856 USD/tCO$_2$eq). Calculations of emission intensities are based on the conservative assumption that production levels stay the same after the application of the mitigation option. However, some mitigation options can increase production. This would not only improve food security but could also increase the cost-effectiveness of mitigation actions in the agricultural sector.

Agriculture and forestry-related mitigation could cost-effectively contribute to transformation pathways associated with long-run climate change management (Sections 11.9 and 6.3.5). Transformation pathway modelling includes LUC, as well as land-management options that reduce emissions intensities and increase sequestration intensities. However, the resulting transformation pathway emissions (sequestration) intensities are not comparable to those discussed here. Transformation pathways are the result of integrated modelling and the resulting intensities are the net result of many effects. The intensities capture mitigation technology adoption, but also changes in levels of production, land-cover change, mitigation technology

competition, and model-specific definitions for sectors/regions/and assigned emissions inventories. Mitigation technology competition, in particular, can lead to intensification (and increases in agricultural emissions intensities) that support cost-effective adoption of other mitigation strategies, such as afforestation or bioenergy (Sections 11.9 and 6.3.5).

### 11.6.3   Regional disaggregation of global costs and potentials in the AFOLU sector

Figure 11.17 shows the economically viable mitigation opportunities in AFOLU in 2030 by region and by main mitigation option at carbon prices of up to 20, 50, and 100 USD/tCO$_2$eq. The composition of the agricultural mitigation portfolio varies greatly with the carbon price (Smith, 2012), with low cost options such as cropland management being favoured at low carbon prices, but higher cost options such as restoration of cultivated organic soils being more cost-effective at higher prices. Figure 11.17 also reveals some very large differences in mitigation potential, and different ranking of most effective options, between regions. Across all AFOLU options, Asia has the largest mitigation potential, with the largest mitigation in both forestry and agriculture, followed by LAM, OECD-1990, MAF, and EIT.



**Figure 11.14 |** Estimates of economic mitigation potentials in the AFOLU sector published since AR4, (AR4 estimates shown for comparison, denoted by arrows), including bottom-up, sectoral studies, and top-down, multi-sector studies. Some studies estimate potential for agriculture and forestry, others for one or other sector. Supply-side mitigation potentials are estimated for around 2030, but studies range from estimates for 2025 (Rose et al., 2012) to 2035 (Rose and Sohngen, 2011). Studies are collated for those reporting potentials at carbon prices of up to ~20 USD/tCO₂eq (actual range 1.64–21.45), up to ~50 USD/tCO₂eq (actual range 31.39–50.00), and up to ~100 USD/tCO₂eq (actual range 70.0–120.91). Demand-side options (shown on the right-hand side of the figure) are for ~2050 and are not assessed at a specific carbon price, and should be regarded as technical potentials. Smith et al. (2013) values are mean of the range. Not all studies consider the same options or the same GHGs; further details are given in the text.



**Figure 11.15 |** GHG emissions intensities of selected major AFOLU commodities for decades 1960s–2000s, based on (Tubiello et al., 2012). i) Cattle meat, defined as GHG (enteric fermentation + manure management of cattle, dairy and non-dairy)/meat produced; ii) Pig meat, defined as GHG (enteric fermentation + manure management of swine, market and breeding)/meat produced; iii) Chicken meat, defined as GHG (manure management of chickens)/meat produced; iv) Milk, defined as GHG (enteric fermentation + manure management of cattle, dairy)/milk produced; v) Eggs, defined as GHG (manure management of chickens, layers)/egg produced; vi) Rice, defined as GHG (rice cultivation)/rice produced; vii) Cereals, defined as GHG (synthetic fertilizers)/cereals produced; viii) Wood, defined as GHG (carbon loss from harvest)/roundwood produced. Data Source: (FAOSTAT, 2013).



**Figure 11.16 |** Potential changes of emission intensities of major AFOLU commodities through implementation of commodity-specific mitigation measures (left panel) and related mitigation costs (right panel). Commodities and GHG emission sources are defined as in Figure 11.15, except for roundwood, expressed as the amount of carbon sequestered per unit roundwood from reforestation and afforestation within dedicated plantation cycles. Agricultural emission intensities represent regional averages, calculated based on 2000–2010 data (FAOSTAT, 2013) for selected commodities. Data on mitigation potentials and costs of measures are calculated using the mean values reported by (Smith et al., 2008) and the maximum and minimum are defined by the highest and lowest values for four climate zones for cereals and rice, or five geographical regions for milk and cattle meat. Emission intensities and mitigation potentials of roundwood production are calculated using data from Sathaye et al. (2005; 2006), FAO (2006), and IPCC (2006); maximum and minimum values are defined by the highest and lowest values for 10 geographical regions. The right panel shows the mitigation costs (in USD/tCO₂eq) of commodity-specific mitigation measures (25th to 75th percentile range).

**Table 11.8 |** Ranges of global mitigation potential (GtCO₂eq/yr) reported since AR4 | All values are for 2030 except demand-side options that are for ~2050 (full data shown in Figure 11.14).

|  | up to 20 USD/tCO₂eq | up to 50 USD/tCO₂eq | up to 100 USD/tCO₂eq | Technical potential only |
|---|---|---|---|---|
| **Agriculture only**[1] | 0–1.59 | 0.03–2.6 | 0.26–4.6 | - |
| **Forestry only** | 0.01–1.45 | 0.11–9.5 | 0.2–13.8 | - |
| **AFOLU total**[1,2] | 0.12–3.03 | 0.5–5.06 | 0.49–10.6 | - |
| **Demand-side options** | - | - | - | 0.76–8.55 |

Notes:

[1]   All lower range values for agriculture are for non-CO₂ GHG mitigation only and do not include soil C sequestration

[2]   AFOLU total includes only estimates where both agriculture and forestry have been considered together.



**Figure 11.17 |** Economic mitigation potentials in the AFOLU sector by region. Agriculture values are from Smith et al. (2007). Forestry values are from Nabuurs et al. (2007). For forestry, 20 USD values correspond to 'low', and 100 USD values correspond to 'high' values from Nabuurs et al. (2007). Values of 50 USD represent the mean of the 'high' and 'low' values from Nabuurs et al. (2007).

Differences between the most effective forestry options in each region (Figure 11.18) are particularly striking, with reduced deforestation dominating the forestry mitigation potential LAM and MAF, but very little potential in OECD-1990 and EIT. Forest management, followed by afforestation, dominate in OECD-1990, EIT, and Asia (Figure 11.18). Among agricultural options, among the most striking of regional differences are the rice management practices for which almost all of the global potential is in Asia, and the large potential for restoration of organic soils also in Asia (due to cultivated Southeast Asian peats), and OECD-1990 (due to cultivated northern peatlands; Figure 11.18).

## 11.7   Co-benefits, risks, and spillovers

Implementation of AFOLU mitigation measures (Section 11.3) will result in a range of outcomes beyond changes in GHG balances with respect to institutional, economic, social, and environmental objectives. To the extent these effects are positive, they can be deemed 'co-benefits'; if adverse and uncertain, they imply risks.[8] A global assessment of

the co-benefits and adverse side-effects of AFOLU mitigation measures is challenging for a number of reasons. First, co-benefits and adverse side-effects depend on the development context and the scale of the intervention (size), i.e., implementing the same AFOLU mitigation measure in two different areas (different countries or different regions within a country) can have different socio-economic, institutional, or environmental effects (Forner et al., 2006; Koh and Ghazoul, 2008; Trabucco et al., 2008; Zomer et al., 2008; Alves Finco and Doppler, 2010; Alig et al., 2010, p. 201; Colfer, 2011; Davis et al., 2013; Albers and Robinson, 2013; Muys et al., 2014). Thus the effects are site-specific and generalizations are difficult. Second, these effects do not necessarily overlap geographically, socially, or over the same time scales (Section 11.4.5). Third, there is no general agreement on attribution of co-benefits and adverse side-effects to specific AFOLU mitigation measures; and fourth there are no standardized metrics for quantifying many of these effects. Modelling frameworks are being developed that allow an integrated assessment of multiple outcomes at landscape (Bryant et al., 2011), project (Townsend et al., 2012), and smaller (Smith et al., 2013a) scales. Table 11.9 presents an overview of the potential effects from AFOLU mitigation measures, while the text presents the most relevant co-benefits and potential adverse side-effects from the recent literature.

Maximizing co-benefits of AFOLU mitigation measures can increase efficiency in achieving the objectives of other international agreements, including the United Nations Convention to Combat Desertification (UNCCD, 2011), or the Convention on Biological Diversity (CBD), and mitigation actions may also contribute to a broader global sus-

---

[8]   Co-benefits and adverse side-effects describe effects in non-monetary units without yet evaluating the net effect on overall social welfare. Please refer to the respective sections in the framing chapters as well as to the glossary in Annex I for concepts and definitions—particularly Sections 2.4, 3.6.3, and 4.8.



**Figure 11.18** | Regional differences in forestry options, shown as a proportion of total potential available in forestry in each region. Global forestry activities (annual amount sequestered or emissions avoided above the baseline for forest management, reduced deforestation and afforestation), at carbon prices up to 100 USD/tCO, are aggregated to regions from results from three models of global forestry and land use: the Global Timber Model (GTM; Sohngen and Sedjo, 2006), the Generalized Comprehensive Mitigation Assessment Process (Sathaye et al., 2006), and the Dynamic Integrated Model of Forestry and Alternative Land Use (Benítez et al., 2007).

tainability agenda (Harvey et al., 2010; Gardner et al., 2012; see Chapter 4). In many cases, implementation of these agendas is limited by capital, and mitigation may provide a new source of finance (Tubiello et al., 2009).

### 11.7.1    Socio-economic effects

AFOLU mitigation measures can affect institutions and living conditions of the various social groups involved. This section includes potential effects of AFOLU mitigation measures on three dimensions of sustainable development: institutional, social, and economic (Section 11.4.5).

AFOLU mitigation measures may have impacts on *land tenure and land-use rights* for several social groups including indigenous peoples, local communities and other social groups, dependant on natural assets. Co-benefits from AFOLU mitigation measures can be clarification of land tenure and harmonization of rights, while adverse side-effects can be lack of recognition of customary rights, loss of tenure or possession rights, and even displacement of social groups (Sunderlin et al., 2005; Chhatre and Agrawal, 2009; Blom et al., 2010; Sikor et al., 2010; Robinson et al., 2011; Rosemary, 2011; Larson, 2011; Rosendal and Andresen, 2011). Whether an impact on land tenure and use rights is positive or negative depends upon two factors: (a) the institutions regulating land tenure and land-use rights (e.g., laws, policies), and (b) the level of enforcement by such institutions (Corbera and Brown, 2008; Araujo et al., 2009; Rosemary, 2011; Larson et al., 2013; Albers and Robinson, 2013). More research is needed on specific tenure forms (e.g., individual property, state ownership or community rights), and on the specific effects from tenure and rights options, on enabling

AFOLU mitigation measures and co-benefits in different regions under specific circumstances (Sunderlin et al., 2005; Katila, 2008; Chhatre and Agrawal, 2009; Blom et al., 2010; Sikor et al., 2010; Robinson et al., 2011; Rosemary, 2011; Larson, 2011; Rosendal and Andresen, 2011).

AFOLU mitigation measures can support *enforcement of sectoral policies* (e.g., conservation policies) as well as *cross-sectoral coordination* (e.g., facilitating a landscape view for policies in the agriculture, energy, and forestry sectors (Brockhaus et al., 2013). However, AFOLU mitigation activities can also introduce or reduce clashes with existing policies in other sectors (e.g., if a conservation policy covers a forest area, where agricultural land is promoted by another policy (Madlener et al., 2006; Halsnæs and Verhagen, 2007; Smith et al., 2007; Beach et al., 2009; Alig et al., 2010; Jackson and Baker, 2010; DeFries and Rosenzweig, 2010; Pettenella and Brotto, 2011; Section 11.10).

An area of increasing concern since AR4 is the potential impact of AFOLU mitigation measures on *food security*. Efforts to reduce hunger and malnutrition will increase individual food demand in many developing countries, and population growth will increase the number of individuals requiring secure and nutritionally sufficient food production. Thus, a net increase in food production is an essential component for securing sustainable development (Ericksen et al., 2009; FAO, WFP, and IFAD, 2012). AFOLU mitigation measures linked to increases in food production (e.g., agroforestry, intensification of agricultural production, or integrated systems) can increase food availability and access especially at the local level, while other measures (e.g., forest or energy crop plantations) can reduce food production at least locally (Foley et al., 2005; McMichael et al., 2007;

Pretty, 2008; Godfray et al., 2010; Jackson and Baker, 2010; Graham-Rowe, 2011; Jeffery et al., 2011).

Regarding *human health* reduced emissions from agriculture and forestry may also improve air, soil, and water quality (Smith et al., 2013a), thereby indirectly providing benefits to human health and well-being. Demand-side measures aimed at reducing the proportion of livestock products in human diets that are high in animal products are also

associated with multiple health benefits (McMichael et al., 2007; Stehfest et al., 2009; Marlow et al., 2009). AFOLU mitigation measures, particularly in the livestock sector, can have an impact on *animal welfare* (Sundrum, 2001; Lund and Algers, 2003; Keeling et al., 2011; Kehlbacher et al., 2012; Koknaroglu and Akunal, 2013).

A major area of concern is related to the potential impacts of AFOLU mitigation measures on *equity* (Sections 3.3; 4.2; 4.7;

---

### Box 11.6 | Challenges for mitigation in developing countries in the AFOLU sector

**Mitigation challenges related to the AFOLU sector**
The contribution of developing countries to future GHG emissions is expected to be very significant due to projected increases in food production by 2030 driving short-term land conversion in these countries. Mitigation efforts in the AFOLU sector rely mainly on reduction of GHG emissions and an increase in carbon sequestration (Table 11.2). Potential activities include reducing deforestation, increasing forest cover, agroforestry, agriculture and livestock management, and production of sustainable renewable energy (Sathaye et al., 2005; Smith et al., 2013b). Although agriculture and forestry are important sectors for GHG abatement (Section 11.2.3), it is likely that technology alone will not be sufficient to deliver the necessary transitions to a low-GHG future (Alig et al., 2010; Section 11.3.2). Other barriers include access to market and credits, technical capacities to implement mitigation options, including accurate reporting of emission levels and emission factors based on activity data, and institutional frameworks and regulations (Corbera and Schroeder, 2011; Mbow et al., 2012; Sections 11.7; 11.8). Additionally, the diversity of circumstances among developing countries makes it difficult to establish the modelled relationships between GDP and $CO_2$ emissions per capita found by using the Kaya identity. This partly arises from the wide gap between rural and urban communities, and the difference in livelihoods (e.g., the use of fuel wood, farming practices in various agro-ecological conditions, dietary preferences with a rising middle class in developing countries, development of infrastructure, and behavioural change, etc.; Lambin and Meyfroidt, 2011). Also, some mitigation pathways raise the issue of non-permanence and leakage that can lead to the transfer activities to non-protected areas, which may threaten conservation areas in countries with low capacities (Lippke et al., 2003; Jackson and Baker, 2010; Section 11.3.2).

Critical issues to address are the co-benefits and adverse side-effects associated with changed agricultural production, the necessary link between mitigation and adaptation, and how to manage incentives for a substantial GHG abatement initiative without compromising food security (Smith and Wollenberg, 2012; Sections 11.5; 11.7). The challenge is to strike a balance between emissions reductions/adaptation and development/poverty

alleviation priorities, or to find policies that co-deliver. Mitigation pathways in developing countries should address the dual need for mitigation and adaptation through clear guidelines to manage multiple options (Section 11.5.4). Prerequisites for the successful implementation of AFOLU mitigation projects are ensuring that (a) communities are fully engaged in implementing mitigation strategies, (b) any new strategy is consistent with ongoing policies or programmes, and (c) *a priori* consent of small holders is given. Extra effort is required to address equity issues including gender, challenges, and prospects (Mbow et al., 2012).

**Mitigation challenges related to the bioenergy sector**
Bioenergy has a significant mitigation potential, provided that the resources are developed sustainably and that bioenergy systems are efficient (Chum et al., 2011; Section 11.9.1). Bioenergy production can be integrated with food production in developing countries, e.g., through suitable crop rotation schemes, or use of by-products and residues (Berndes et al., 2013). If implemented sustainably this can result in higher food and energy outcomes and hence reduce land-use competition. Some bioenergy options in developing countries include perennial cropping systems, use of biomass residues and wastes, and advanced conversion systems (Beringer et al., 2011; Popp et al., 2011; Box 7.1). Agricultural and forestry residues can provide low-carbon and low-cost feedstock for bioenergy. Biomass from cellulosic bioenergy crops feature substantially in future energy systems, especially in the framework of global climate policy that aims at stabilizing $CO_2$ concentration at low levels (Popp et al., 2011; Section 11.13). The large-scale use of bioenergy is controversial in the context of developing countries because of the risk of reducing carbon stocks and releasing carbon to the atmosphere (Bailis and McCarthy, 2011), threats to food security in Africa (Mbow, 2010), and threats to biodiversity *via* the conversion of forests to biofuel (e.g., palm oil) plantations. Several studies underline the inconsistency between the need for bioenergy and the requirement for, e.g., Africa, to use its productive lands for sustainable food production (Cotula et al., 2009). Efficient biomass production for bioenergy requires a range of sustainability requirements to safeguard food production, biodiversity, and terrestrial carbon storage.

---

4.8). Depending on the actual and perceived distribution of socio-economic benefits, responsibilities (burden sharing), as well the access to decision making, financing mechanisms, and technology, AFOLU mitigation measures can promote inter- and intra-genera-tional equity (Di Gregorio et al., 2013). Conversely, depending on the policy instruments and the implementation schemes of these mitigation measures, they can increase inequity and land conflicts, or marginalize small-scale farm/forest owners or users (Robinson et al., 2011; Kiptot and Franzel, 2012; Huettner, 2012; Mattoo and Subramanian, 2012). Potential impacts on equity and benefit-shar-ing mechanisms arise for AFOLU activities using forestry measures in developing countries including conservation, restoration, reduced deforestation and degradation, as well as sustainable management and afforestation/reforestation (Combes Motel et al., 2009; Catta-neo et al., 2010; Rosemary, 2011).

*Large-scale land acquisition* (often referred to as 'land grabbing') related to the promotion of AFOLU mitigation measures (especially for production of bioenergy crops) and its links to sustainable develop-ment in general, and equity in particular, are emerging issues in the literature (Cotula et al., 2009; Scheidel and Sorman, 2012; Mwakaje, 2012; Messerli et al., 2013; German et al., 2013).

In many cases, the implementation of agricultural and forestry systems with positive impacts mitigating climate change are limited by capi-tal, and *carbon payments or compensation mechanisms* may provide a new source of finance (Tubiello et al., 2009). For instance, in some cases, mitigation payments can help to make production of non-timber forest products (NTFP) economically viable, further *diversifying income* at the local level (Singh, 2008). However, depending on the accessibil-ity of the financing mechanisms (payments, compensation, or other) economic benefits can become concentrated, marginalizing many local stakeholders (Combes Motel et al., 2009; Alig et al., 2010; Asante et al., 2011; Asante and Armstrong, 2012; Section 11.8). The realiza-tion of economic co-benefits is related to the design of the specific mechanisms and depends upon three main variables: (a) the amount and coverage of these payments, (b) the recipient of the payments, and (c) timing of payments (*ex-ante* or *ex-post*; Corbera and Brown, 2008; Skutsch et al., 2011). Further considerations on financial mechanisms and carbon payments, both within and outside UNFCCC agreements, are described in Section 11.10.

*Financial flows* supporting AFOLU mitigation measures (e.g., those resulting from the REDD+) can have positive effects on conserving biodiversity, but could eventually create conflicts with conservation of biodiversity hotspots, when their respective carbon stocks are low (Gardner et al., 2012; Section 11.10). Some authors propose that car-bon payments can be complemented with biodiversity payments as an option for reducing tradeoffs with biodiversity conservation (Phelps et al., 2010a). Bundling of ecosystem service payments, and links to carbon payments, is an emerging area of research (Deal and White, 2012).

## 11.7.2   Environmental effects

*Availability of land and land competition* can be affected by AFOLU mitigation measures. Different stakeholders may have different views on what land is available, and when considering several AFOLU mitiga-tion measures for the same area, there can be different views on the importance of the goods and ecosystem services provided by the land, e.g., some AFOLU measures can increase food production but reduce water availability or other environmental services. Thus decision mak-ers need to be aware of potential site-specific tradeoffs within the sec-tor. A further potential adverse side-effect is that of increasing land rents and food prices due to a reduction in land availability for agricul-ture in developing countries (Muller, 2009; Smith et al., 2010, 2013b; Rathmann et al., 2010; Godfray et al., 2010; de Vries and de Boer, 2010; Harvey and Pilgrim, 2011; Amigun et al., 2011; Janzen, 2011; Cotula, 2012; Scheidel and Sorman, 2012; Haberl et al., 2013a).

AFOLU mitigation options can promote conservation of *biological diversity* (Smith et al., 2013a) both by reducing deforestation (Chhatre et al., 2012; Murdiyarso et al., 2012; Putz and Romero, 2012; Visseren-Hamakers et al., 2012), and by using reforestation/afforestation to restore biodiverse communities on previously developed farmland (Harper et al., 2007). However, promoting land-use changes (e.g., through planting monocultures on biodiversity hot spots) can have adverse side-effects, reducing biodiversity (Koh and Wilcove, 2008; Beringer et al., 2011; Pandit and Grumbine, 2012; Ziv et al., 2012; Hert-wich, 2012; Gardner et al., 2012).

In addition to potential climate impacts, land-use intensity drives the three main N loss pathways (nitrate leaching, denitrification, and ammo-nia volatilization) and typical *N balances* for each land use indicate that total N losses also increase with increasing land-use intensity (Steven-son et al., 2010). Leakages from the N cycle can cause air (e.g., ammo-nia ($NH_3^+$), nitrogen oxides ($NO_x$))[9], soil nitrate ($NO_3^-$) and water pollu-tion (e.g., eutrophication), and agricultural intensification can lead to a variety of other adverse environmental impacts (Smith et al., 2013a). Combined strategies (e.g., diversified crop rotations and organic N sources) or single-process strategies (e.g., reduced N rates, nitrification inhibitors, and changing chemical forms of fertilizer) can reduce N losses (Bambo et al., 2009; Gardner and Drinkwater, 2009). Integrated systems may be an alternative approach to reduce leaching (Section 11.10).

AFOLU mitigation measures can have either positive or negative *impacts on water resources*, with responses dependant on the miti-gation measure used, site conditions (e.g., soil thickness and slope, hydrological setting, climate; Yu et al., 2013) and how the particular mitigation measure is managed. There are two main components: water yield and water quality. Water yields can be manipulated with forest management, through afforestation, reforestation, for-

---

[9]   Please see Section 7.9.2 and WGII Section 11.9 for a discussion of health effects related to air pollution.

**11**

**Table 11.9** | Summary of potential co-benefits (green arrows) and adverse side-effects (orange arrows) from AFOLU mitigation measures; arrows pointing up/down denote positive/negative effect on the respective issue. These effects depend on the specific context (including bio-physical, institutional, and socio-economic aspects) as well as on the scale of implementation. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3, and 14.4.2. Note: Co-benefits/adverse side-effects of bioenergy are discussed in Section 11.13.

| | Issue | Potential co-benefit or adverse side-effect | Scale | AFOLU mitigation measure |
|---|---|---|---|---|
| **Institutional** | Land tenure and use rights | Improving (↑) or diminishing (↓) tenure and use rights for local communities and indigenous peoples, including harmonization of land tenure and use regimes (e.g., with customary rights) | Local to national | Forestry (4, 5, 6, 8, 9, 12, 20) |
| | Sectoral policies | Promoting (↑) or contradicting (↓) the enforcement of sectoral (forest and/or agriculture) policies | National | Forestry (2, 5, 6, 9, 20); land-based agriculture (7, 11, 20) |
| | Cross-sectoral policies | Cross-sectoral coordination (↑) or clashes (↓) between forestry, agriculture, energy, and/or mining policies | Local to national | Forestry (7, 20); agriculture (7, 11, 20) |
| | Participative mechanisms | Creation/use of participative mechanisms (↑) for decision making regarding land management (including participation of various social groups, e.g., indigenous peoples or local communities) | Local to national | Forestry (4, 5, 6, 8, 9, 14, 20); agriculture (20, 32); integrated systems (20, 34) |
| | Benefit sharing mechanisms | Creation/use of benefits-sharing mechanisms (↑) from AFOLU mitigation measures | Local to national | Forestry (4, 5, 6, 8, 20) |
| **Social** | Food security | Increase (↑) or decrease (↓) on food availability and access | Local to national | Forestry (18, 19); agriculture (7, 15, 18, 19, 23, 28, 30); integrated systems (18, 19); biochar (17, 26) |
| | Local/traditional knowledge | Recognition (↑) or denial (↓) of indigenous and local knowledge in managing (forest/agricultural) land | Local/sub-national | Forestry (4, 5, 6, 8, 20); agriculture (20, 28); integrated systems (2); livestock (2, 3, 35); biochar (2) |
| | Animal welfare | Changes in perceived or measured animal welfare (perceived due to cultural values or measured, e.g., through amount of stress hormones) | Local to national | Livestock (2, 31, 35, 37, 38) |
| | Cultural values | Respect and value cultural habitat and traditions (↑), reduce (↓), or increase (↑) existing conflicts or social discomfort (4, 5, 6, 20, 8) | Local to trans-boundary | Forestry (4, 5, 6, 9, 20) |
| | Human health | Impacts on health due to dietary changes, especially in societies with a high consumption of animal protein (↓) | Local to global | Changes in demand patterns (31, 36) |
| | Equity | Promote (↑) or not (↓) equal access to land, decision making, value chain, and markets as well as to knowledge- and benefit-sharing mechanisms | Local to global | Forestry (4, 5, 6, 8, 9, 10, 20); agriculture (11, 23, 32) |
| **Economic** | Income | Increase (↑) or decrease (↓) in income. There are concerns regarding income distribution (↑) | Local | Forestry (6, 7, 8, 16, 20, 21, 22); agriculture (16, 19, 20, 23, 28); livestock (2, 3); integrated systems (7, 20); biochar (24); changes in demand patterns (2) |
| | Employment | Employment creation (↑) or reduction of employment (especially for small farmers or local communities) (↓) | Local | Forestry (8, 20); agriculture (20, 23); livestock (2, 3); integrated systems (7, 20) |
| | Financing mechanisms | Access (↑) or lack of access (↓) to new financing schemes | Local to global | Forestry (6, 8, 16, 20); agriculture (16, 20); livestock (2, 3) |
| | Economic activity | Diversification and increase in economic activity (↑) while concerns on equity (↑) | Local | Forestry (6, 7, 9, 20); land-based agriculture (16, 19, 20, 23, 28); livestock (2, 3) |
| **Environmental** | Land availability | Competition between land uses and risk of activity or community displacement (↑) | Local to trans-boundary | Forestry and land-based-agriculture (5, 6, 15, 18, 20, 29, 30); livestock (2, 3, 29, 40) |
| | Biodiversity | Monocultures can reduce biodiversity (↓). Ecological restoration increases biodiversity and ecosystem services (↑) by 44 and 25% respectively (28). Conservation, forest management, and integrated systems can keep biodiversity (↑) and/or slow desertification (↓) | Local to trans-boundary | Forestry (1, 19, 20, 27); on conservation and forest management (1, 19, 21, 27, 30); agriculture and integrated systems (15, 19, 20, 28, 30) |
| | Albedo | Positive impacts (↑) on albedo and evaporation and interactions with ozone | Local to global | See Section 11.5 |
| | N and P cycles | Impacts on N and P cycles in water (↓/↑) especially from monocultures or large agricultural areas | Local to trans-boundary | Agriculture (19, 23, 30, 35); livestock (2, 3, 30) |
| | Water resources | Monocultures and/or short rotations can have negative impacts on water availability (↓). Potential water depletion due to irrigation (↓). Some management practices can support regulation of the hydrological cycle and protection of watersheds (↑) | Local to trans-boundary | Forestry (1, 19, 20, 27); land-based agriculture (30, 44); integrated systems (2, 30, 44) |
| | Soil | Soil conservation (↑) and improvement of soil quality and fertility (↑). Reduction of erosion. Positive or negative carbon mineralization priming effect (↑/↓) | Local | Forestry (44, 45); land-based agriculture (13, 19, 23, 28, 30); integrated systems biochar (39, 40) |
| | New products | Increase (↑) or decrease (↓) on fibre availability as well as non-timber/non-wood products output | Local to national | Forestry (18, 19, 41, 42); agriculture (7, 15, 18, 19, 23, 28, 30); integrated systems (18, 19) |
| | Ecosystem resilience | Increase (↑) or reduction (↓) of resilience, reduction of disaster risks (↓) | Local to trans-boundary | Forestry, integrated systems (11, 33; see Section 11.5) |

| | Issue | Potential co-benefit or adverse side-effect | Scale | AFOLU mitigation measure |
|---|---|---|---|---|
| **Technology** | Infrastructure | Increase (↑) or decrease (↓) in availability of and access to infrastructure. Competition for infrastructure for agriculture (↑), can increase social conflicts | Local | Agriculture (20, 46, 47) |
| | Technology innovation and transfer | Promote (↑) or delay (↓) technology development and transfer | Local to global | Forestry (7, 13, 25); agriculture (23); livestock (2, 3) |
| | Technology Acceptance | Can facilitate acceptance of sustainable technologies (↑) | Local to national | Forestry (7, 13, 25); livestock (2, 3, 35) |

Notes: AFOLU mitigation measures are grouped following the structure given in Table 11.2

Sources: [1]Trabucco et al., 2008; [2]Steinfeld et al., 2010; [3]Gerber et al., 2010; [4]Sikor et al., 2010; [5]Rosemary, 2011; [6]Pettenella and Brotto, 2011; [7]Jackson and Baker, 2010; [8]Corbera and Schroeder, 2011; [9]Colfer, 2011; [10]Blom et al., 2010; [11]Halsnæs and Verhagen, 2007; [12]Larson, 2011; [13]Lichtfouse et al., 2009; [14]Thompson et al., 2011; [15]Graham-Rowe, 2011; [16]Tubiello et al., 2009; [17]Barrow, 2012; [18]Godfray et al., 2010; [19]Foley et al., 2005 ; [20]Madlener et al., 2006; [21]Strassburg et al., 2012; [22]Canadell and Raupach, 2008; [23]Pretty, 2008; [24]Galinato et al., 2011; [25]Macauley and Sedjo, 2011; [26]Jeffery et al., 2011; [27]Benayas et al., 2009; [28]Foley et al., 2011; [29]Haberl et al., 2013; [30]Smith et al., 2013; [31]Stehfest et al., 2009; [32]Chhatre et al., 2012; [33]Seppälä et al., 2009; [34]Murdiyarso et al., 2012; [35]de Boer et al., 2011; [36]McMichael et al., 2007; [37]Koknaroglu and Akunal, 2013; [38]Kehlbacher et al., 2012; [39]Zimmerman et al., 2011; [40]Luo et al., 2011; [41]Mirle, 2012; [42]Albers and Robinson, 2013; [43]Smith et al., 2013a; [44]Chatterjee and Lal, 2009; [45]Smith, 2008; [46]Ziv et al., 2012; [47]Beringer et al., 2011; [48]Douglas et al., 2009

est thinning, or deforestation. In general, reduction in water yields in afforestation/reforestation projects has been reported in both groundwater or surface catchments (Jackson et al., 2005), or where irrigation water is used to produce bioenergy crops. For water supply security, it is important to consider the relative yield reduction and this can have severe consequences in dry regions with inherent water shortages (Wang et al., 2011c). Where there is a water imbalance, however, this additional water use can be beneficial by reducing the efflux of salts (Jackson et al., 2005). Another aspect of water yield is the reduction of flood peaks, and also prolonged periods of water flow, because discharge is stabilized (Jackson et al., 2005), however low flows can be reduced because of increased forest water use. Water quality can be affected by AFOLU in several ways. For example, minimum tillage systems have been reported to reduce water erosion and thus sedimentation of water courses (Lal, 2011). Deforestation is well known to increase erosion and thus efflux of silt; avoiding deforestation will prevent this. In other situations, watershed scale reforestation can result in the restoration of water quality (e.g., Townsend et al., 2012). Furthermore, strategic placement of tree belts in lands affected by dryland salinity can remediate the affected lands by lowering the water table (Robinson et al., 2004) . Various types of AFOLU mitigation can result in degradation of water sources through the losses of pesticides and nutrients to water (Smith et al., 2013a).

AFOLU mitigation measures can have several *impacts on soil*. Increasing or maintaining carbon stocks in living biomass (e.g., through forest or agroforestry systems) will reduce wind erosion by acting as wind breaks and may increase crop production; and reforestation, conservation, forest management, agricultural systems, or bioenergy systems can be used to restore degraded or abandoned land (Smith et al., 2008; Stickler et al., 2009; Chatterjee and Lal, 2009; Wicke et al., 2011b; Sochacki et al., 2012). Silvo-pastoral systems can help to reverse land degradation while providing food (Steinfeld et al., 2008, 2010; Janzen, 2011). Depending on the soil type, production temperature regimes,

the specific placement and the feedstock tree species, biochar can have positive or negative carbon mineralization priming effects over time (Zimmerman et al., 2011; Luo et al., 2011).

AFOLU mitigation options can promote innovation, and many technological supply-side mitigation options outlined in Section 11.3 also increase agricultural and silvicultural efficiency. At any given level of demand for agricultural products, intensification increases output per unit area and would therefore, if all else were equal, allow the reduction in farmland area, which would in turn free land for C sequestration and/or bioenergy production (Section 11.4). For example, a recent study calculated potentially large GHG reductions from global agricultural intensification by comparing the past trajectory of agriculture (with substantial yield improvements), with a hypothetical trajectory with constant technology (Burney et al., 2010). However, in real-world situations increases in yield may result in feedbacks such as increased consumption ('rebound effects'; see Section 11.4; Lambin and Meyfroidt, 2011; Erb, 2012).

### 11.7.3   Public perception

Mitigation measures that support sustainable development are likely to be viewed positively in terms of public perception, but a large-scale drive towards mitigation without inclusion of key stakeholder communities involved would likely not be greeted favourably (Smith and Wollenberg, 2012). However, there are concerns about competition between food and AFOLU outcomes, either because of an increasing use of land for biofuel plantations (Fargione et al., 2008; Alves Finco and Doppler, 2010), or afforestation/reforestation (Mitchell et al., 2012), or by blocking the transformation of forest land into agricultural land (Harvey and Pilgrim, 2011).

Further, lack of clarity regarding the architecture of the future international climate regime and the role of AFOLU mitigation measures is perceived as a potential threat for long-term planning and long-term investments (Streck, 2012; Visseren-Hamakers et al., 2012). Certain tech-

nologies, such as animal feed additives and genetically modified organisms are banned in some jurisdictions due to perceived health and/or environmental risks. Public perception is often as important as scientific evidence of hazard/risk in considering government policy regarding such technologies (Royal Society, 2009; Smith and Wollenberg, 2012).

### 11.7.4    Spillovers

Emerging knowledge on the importance of ecosystems services as a means for addressing climate change mitigation and adaptation have brought attention to the role of ecosystem management for achieving several development goals, beyond climate change adaptation and mitigation. This knowledge has enhanced the creation of ecosystem markets (Section 11.10). In some jurisdictions ecosystem markets are developing (MEA, 2005; Engel et al., 2008; Deal and White, 2012; Wünsher and Engel, 2012)and these allow valuation of various components of land-use changes, in addition to mitigation (Mayrand and Paquin, 2004; Barbier, 2007). Different approaches are used; in some cases the individual components (both co-benefits and adverse side-effects) are considered singly (bundled), in other situations they are considered together (stacked) (Deal and White, 2012). Ecosystem market approaches can serve as a framework to assess the benefits of mitigation actions from project, to regional and national level (Farley and Costanza, 2010). Furthermore, designing ecosystem market approaches yields methodologies for the evaluation of individual components (e.g., water quality response to reforestation, timber yield), and other types of ecosystem service (e.g., biodiversity, social amenity; Bryan et al., 2013).

## 11.8    Barriers and opportunities

Barriers and opportunities refer to the conditions provided by the development context (Section 11.4.5). These conditions can enable and facilitate (opportunities) or hinder (barriers) the full use of AFOLU mitigation measures. AFOLU programmes and policies can help to overcome barriers, but countries being affected by many barriers will need time, financing, and capacity support. In some cases, international negotiations have recognized these different circumstances among countries and have proposed corresponding approaches (e.g., a phased approach in the REDD+, Green Climate Fund; Section 11.10). Corresponding to the development framework presented in Section 11.4.5, the following types of barriers and benefits are discussed: socio-economic, environmental, institutional, technological, and infrastructural.

### 11.8.1    Socio-economic barriers and opportunities

The *design and coverage of the financing mechanisms* is key to successful use of the AFOLU mitigation potential (Section 11.10; Chapter

16). Questions remain over which costs will be covered by such mechanisms. If financing mechanisms fail to cover at least transaction and monitoring costs, they will become a barrier to the full implementation of AFOLU mitigation. According to some studies, opportunity costs also need to be fully covered by any financing mechanism for the AFOLU sector, especially in developing countries, as otherwise AFOLU mitigation measures would be less attractive compared to returns from other land uses (Angelsen, 2008; Cattaneo et al., 2010; Böttcher et al., 2012). Conversely, if financing mechanisms are designed to modify economic activity, they could provide an opportunity to leverage a larger proportion of AFOLU mitigation potential.

*Scale of financing* sources can become either a barrier (if a relevant financial volume is not secured) or create an opportunity (if financial sources for AFOLU suffice) for using AFOLU mitigation potential (Streck, 2012; Chapter 16). Another element is the *accessibility to AFOLU financing* for farmers and forest stakeholders (Tubiello et al., 2009, p. 200; Havemann, 2011; Colfer, 2011). Financial concerns, including reduced access to loan and credits, high transaction costs or reduced income due to price changes of carbon credits over the project duration, are potential risks for AFOLU measures, especially in developing countries, and when land holders use market mechanisms (e.g., Afforestation and Reforestation (A/R) Clean Development Mechanism (CDM); Madlener et al., 2006).

*Poverty* is characterized not only by low income, but also by insufficient food availability in terms of quantity and/or quality, limited access to decision making and social organization, low levels of education and reduced access to resources (e.g., land or technology; UNDP International Poverty Centre, 2006). High levels of poverty can limit the possibilities for using AFOLU mitigation options, because of short-term priorities and lacking resources. In addition, poor communities have limited skills and sometimes lack of social organization that can limit the use and scaling up of AFOLU mitigation options, and can increase the risk of displacement, with other potential adverse side-effects (Smith and Wollenberg, 2012; Huettner, 2012). This is especially relevant when forest land sparing competes with other development needs e.g., increasing land for agriculture or promoting some types of mining (Forner et al., 2006), or when large-scale bioenergy compromises food security (Nonhebel, 2005; Section 11.13).

*Cultural values and social acceptance* can determine the feasibility of AFOLU measures, becoming a barrier or an opportunity depending on the specific circumstances (de Boer et al., 2011).

### 11.8.2    Institutional barriers and opportunities

*Transparent and accountable governance* and swift institutional establishment are very important for a sustainable implementation of AFOLU mitigation measures. This includes the need to have *clear land tenure and land-use rights* regulations and a certain level of enforcement, as well as clarity about carbon ownership (Palmer, 2011; Thompson et al.,

2011; Markus, 2011; Rosendal and Andresen, 2011; Murdiyarso et al., 2012 Sections 11.4.5; 11.10; Chapters 14; 15).

*Lack of institutional capacity* (as a means for securing creation of equal institutions among social groups and individuals) can reduce feasibility of AFOLU mitigation measures in the near future, especially in areas where small-scale farmers or forest users are the main stakeholders (Laitner et al., 2000; Madlener et al., 2006; Thompson et al., 2011a). *Lack of an international agreement* that supports a wide implementation of AFOLU measures can become a major barrier for realizing the mitigation potential from the sector globally (Section 11.10; Chapter 13).

### 11.8.3    Ecological barriers and opportunities

Mitigation potential in the agricultural sector is highly site-specific, even within the same region or cropping system (Baker et al., 2007; Chatterjee and Lal, 2009). *Availability of land and water* for different uses need to be balanced, considering short- and long-term priorities, and global differences in resource use. Consequently, limited resources can become an ecological barrier and the decision of how to use them needs to balance ecological integrity and societal needs (Jackson, 2009).

At the local level, the *specific soil conditions, water availability, GHG emission-reduction potential as well as natural variability and resilience* to specific systems will determine the level of realization of mitigation potential of each AFOLU measure (Baker et al., 2007; Halvorson et al., 2011). Frequent droughts in Africa and changes in the hydrometeorological events in Asia and Central and South America are important in defining the specific regional potential (Bradley et al., 2006; Rotenberg and Yakir, 2010). Ecological saturation (e.g., soil carbon or yield) means that some AFOLU mitigation options have their own limits (Section 11.5). The fact that many *AFOLU measures can provide adaptation benefits* provides an opportunity for increasing ecological efficiency (Guariguata et al., 2008; van Vuuren et al., 2009; Robledo et al., 2011; Section 11.5).

### 11.8.4    Technological barriers and opportunities

Technological barriers refer to the limitations in generating, procuring, and applying science and technology to identify and solve an environmental problem. Some mitigation technologies are already applied now (e.g., afforestation, cropland, and grazing land management, improved livestock breeds and diets) so there are no technological barriers for these options, but others (e.g., some livestock dietary additives, crop trait manipulation) are still at the development stage (see Table 11.2).

The *ability to manage and re-use knowledge assets* for scientific communication, technical documentation and learning is lacking in many areas where mitigation could take place. Future developments pres-

ent opportunities for additional mitigation to be realized if efforts to deliver ease-of-use and range-of-use are guaranteed. There is also a need to adapt technology to local needs by focusing on existing local opportunities (Kandji et al., 2006), as proposed in Nationally Appropriate Mitigation Actions (NAMAs) (Section 11.10).

Barriers and opportunities related to *monitoring, reporting, and verification* of the progress of AFOLU mitigation measures also need to be considered. Monitoring activities, aimed at reducing uncertainties, provide the opportunity of increasing credibility in the AFOLU sector. However there are technical challenges. For instance, monitoring carbon in forests with high spatial variability in species composition and tree density can pose a technical barrier to the implementation of some AFOLU activities (e.g., REDD+; Baker et al., 2010; Section 11.10). The IPCC National Greenhouse Gas Inventory Guidelines (Paustian et al., 2006) also provide an opportunity, because they offer standard scientific methods that countries already use to report AFOLU emissions and removals under the UNFCCC. Also, field research in high-biomass forests (Gonzalez et al., 2010) shows that remote sensing data and Monte Carlo quantification of uncertainty offer a technical opportunity for implementing REDD+ (Section 11.10). Exploiting the existing *human skills* within a country is essential for realizing full AFOLU potential. A lack of trained people can therefore become a barrier to implementation of appropriate technologies (Herold and Johns, 2007).

Technology improvement and technology transfer are two crucial components for the sustainable increase of agricultural production in developed and developing regions with positive impacts in terms of mitigation, soil, and biodiversity conservation (Tilman et al., 2011). International and national policy instruments are relevant to foster technology transfer and to support research and development (Section 11.10.4), overcoming technological barriers.

## 11.9    Sectoral implications of transformation pathways and sustainable development

Some climate change management objectives require large-scale transformations in human societies, in particular in the production and consumption of energy and the use of the land resource. Chapter 6 describes alternative 'transformation pathways' of societies over time from now into the future, consistent with different climate change outcomes. Many pathways that foresee large efforts in mitigation will have implications for sustainable development, and corrective actions to move toward sustainability may be possible. However, impacts on development are context specific and depend upon scale and institutional agreements of the AFOLU options, and not merely on the type of option (see Sections 11.4 for development

**11**

context and systemic view, 11.7 for potential co-benefits and adverse effects, and 11.8 for opportunities and challenges). To evaluate sectoral implications of transformation pathways, it is useful to first characterize the pathways in terms of mitigation technologies and policy assumptions.

### 11.9.1   Characterization of transformation pathways

Uncertainty about reference AFOLU emissions is significant both historically (Section 11.2) and in projections (Section 6.3.1.3). The transformation projections of the energy system, AFOLU emissions and land-use are characterized by the reference scenario, as well as the abatement policy assumptions regarding eligible abatement options, regions covered, and technology costs over time. Many mitigation scenarios suggest a substantial cost-effective mitigation role for land related mitigation assuming idealized policy implementation, with immediate, global, and comprehensive availability of land-related mitigation options. However, policy implementation of large-scale land-based mitigation will be challenging. In addition, the transformation

pathways often ignore, or only partially cover, important mitigation risks, costs, and benefits (e.g., transaction costs or Monitoring Reporting and Verification (MRV) costs), and other developmental issues including intergenerational debt or non-monetary benefits (Ackerman et al., 2009; Lubowski and Rose, 2013).

In recent idealized implementation scenarios from a model comparison study, land-related changes can represent a significant share of emissions reductions (Table 11.10). In these scenarios, models assume an explicit terrestrial carbon stock incentive, or a global forest protection policy, as well as an immediate global mitigation policy in general. Bioenergy is consistently deployed (because it is considered to reduce net GHG emissions over time; see Section 6.3.5), and agricultural emissions are priced. Note that bioenergy related mitigation is not captured in Table 11.10. The largest land emission reductions occur in net $CO_2$ emissions, which also have the greatest variability across models. Some models exhibit increasing land $CO_2$ emissions under mitigation, as bioenergy feedstock production leads to LUC, while other models exhibit significant reductions with protection of existing terrestrial carbon stocks and planting of new trees to increase carbon stocks. Land-related $CO_2$ and $N_2O$ mitigation is more important in the nearer-term

**Table 11.10** | Cumulative land-related emissions reductions, land reduction share of global reductions, and percent of baseline land emissions reduced for $CH_4$, $CO_2$, and $N_2O$ in idealized implementation 550 and 450 ppm $CO_2$eq scenarios. The number of scenarios is indicated for each GHG and atmospheric concentration goal. Negative values represent increases in emissions (Kriegler et al., 2013). Bioenergy-related mitigation is not captured in the table.

| | | | 550 ppm | | | 450 ppm | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2010–2030 | 2010–2050 | 2010–2100 | 2010–2030 | 2010–2050 | 2010–2100 |
| Cumulative global land-related emissions reductions (GtCO₂eq) | $CH_4$ | min | 3.5 | 17.5 | 51.4 | 0.0 | 4.5 | 52.3 |
| | (n = 5/5) | max | 9.8 | 46.0 | 201.7 | 12.7 | 50.5 | 208.6 |
| | $CO_2$ | min | −20.2 | −43.2 | −129.8 | −20.3 | −50.8 | −153.9 |
| | (n = 11/10) | max | 280.9 | 543.0 | 733.4 | 286.6 | 550.5 | 744.6 |
| | $N_2O$ | min | 3.1 | 8.4 | 25.5 | 3.1 | 8.4 | 25.5 |
| | (n = 4/4) | max | 8.2 | 27.7 | 96.6 | 9.7 | 29.3 | 96.8 |
| | Sum | min | −8.7 | 2.5 | 53.9 | −3.7 | 5.6 | 69.7 |
| | (n = 4/4) | max | 295.2 | 587.7 | 903.5 | 301.4 | 596.9 | 940.3 |
| Land reductions share of total global emissions reductions | $CH_4$ | min | 25 % | 20 % | 20 % | 22 % | 20 % | 16 % |
| | | max | 37 % | 40 % | 42 % | 30 % | 31 % | 36 % |
| | $CO_2$ | min | −43 % | −12 % | −4 % | −20 % | −8 % | −4 % |
| | | max | 74 % | 48 % | 17 % | 73 % | 47 % | 15 % |
| | $N_2O$ | min | 52 % | 61 % | 65 % | 53 % | 61 % | 65 % |
| | | max | 95 % | 90 % | 87 % | 78 % | 83 % | 85 % |
| | Sum | min | −11 % | 0 % | 1 % | −2 % | 1 % | 1 % |
| | | max | 70 % | 47 % | 19 % | 69 % | 46 % | 17 % |
| Percent of baseline land emissions reduced | $CH_4$ | min | 3 % | 8 % | 10 % | 0 % | 2 % | 10 % |
| | | max | 8 % | 16 % | 28 % | 10 % | 18 % | 30 % |
| | $CO_2$ | min | −42 % | −89 % | 0 % | −42 % | −104 % | 0 % |
| | | max | 373 % | 417 % | 504 % | 381 % | 423 % | 512 % |
| | $N_2O$ | min | 4 % | 6 % | 8 % | 4 % | 6 % | 8 % |
| | | max | 10 % | 16 % | 22 % | 12 % | 17 % | 22 % |
| | Sum | min | −4 % | 1 % | 7 % | −2 % | 1 % | 8 % |
| | | max | 97 % | 100 % | 73 % | 99 % | 101 % | 76 % |

for some models. Land-related $N_2O$ and $CH_4$ reductions are a significant part of total $N_2O$ and $CH_4$ reductions, but only a small fraction of baseline emissions, suggesting that models have cost-effective reasons to keep $N_2O$ and $CH_4$ emissions. Emissions reductions from land increase only slightly with the stringency of the atmospheric concentration goal, as energy and industry emission reductions increase faster with target stringency. This result is consistent with previous studies (Rose et al., 2012). Land-based $CO_2$ reductions can be over 100 % of baseline emissions, from the expansion of managed and unmanaged forests for sequestration.

Emissions reductions from individual land-related technologies, especially bioenergy, are not generally reported in transformation pathway studies. In part, this is due to emphasis on the energy system, but also other factors that make it difficult to uniquely quantify mitigation by technology. An exception is Rose et al. (2012) who reported agriculture, forest carbon, and bioenergy abatement levels for various atmospheric concentration levels. Cumulatively, over the century, bioenergy was the dominant strategy, followed by forestry, and then agriculture. Bioenergy cumulatively generated approximately 5 to 52 $GtCO_2eq$ and 113 to 749 $GtCO_2eq$ mitigation by 2050 and 2100, respectively. In total, land-related strategies contributed 20 to 60 % of total cumulative abatement to 2030, 15 to 70 % to 2050, and 15 to 40 % to 2100.

Within models, there is a positive correlation between emissions reductions and GHG prices. However, across models, it is less clear, as some estimate large reductions with a low GHG price, while others estimate low reductions despite a high GHG price (Rose et al., 2012). For the most part, these divergent views are due to differences in model assumptions and are difficult to disentangle. Overall, while a tighter target and higher carbon price results in a decrease in land-use emissions, emissions decline at a decreasing rate. This is indicative of the rising relative cost of land mitigation, the increasing demand for bioenergy, and subsequent increasing need for overall energy system GHG abatement and energy consumption reductions. For additional discussion of land's potential role in transformation pathways, especially regarding physical land-use and bioenergy, see sections 6.3.2.4 and 6.3.5.

Models project increased deployment of, and dependence on, modern bioenergy (i.e., non-traditional bioenergy that is produced centrally to service communities rather than individual household production for heat and cooking), with some models projecting up to 95 EJ per year by 2030, and up to 245 EJ per year by 2050. Models universally project that the majority of agriculture and forestry mitigation, and bioenergy primary energy, will occur in developing and transitional economies (Section 6.3.5).

More recently, the literature has begun analyzing more realistic policy contexts. This work has identified a number of policy coordination and implementation issues. There are many dimensions to policy coordination: technologies, sectors, regions, climate and non-climate policies,

and timing. There are three prominent issues. First, there is coordination between mitigation activities. For instance, increased bioenergy incentives without global terrestrial carbon stock incentives or global forest protection policy, could result in substantial land conversion and emissions with large-scale deployment of energy crops. The projected emissions come primarily from the displacement of pasture, grassland, and natural forest (Sections 6.3.5 and 11.4.3). Energy cropland expansion also results in non-energy cropland conversion. These studies find that ignoring land conversion emissions with energy crop expansion, results in the need for deeper emissions reductions in the fossil and industrial sectors, and increased total mitigation costs. However, illustrative scenarios by (Calvin et al., 2013a) suggest that extensive forest protection policies may be needed for managing bioenergy driven deforestation. Note that providing energy crops, especially while protecting terrestrial carbon stocks, could result in a significant increase in food prices, potentially further exacerbated if also expanding forests (Wise et al., 2009; Popp et al., 2011; Reilly et al., 2012; Calvin et al., 2013a; see also Sections 11.4.3 and 11.13.7). In addition to competition between energy crops and forest carbon strategies, there is also competition between avoided deforestation and afforestation mitigation strategies, but synergies between forest management and afforestation (Rose and Sohngen, 2011). Bioenergy sustainability policies across sectors also need to be coordinated (Frank et al., 2013).

The second major concern is coordination of mitigation activity over time. The analyses noted in the previous paragraph assume the ability to globally protect or incentivize all, or a portion, of forest carbon stocks. A few studies to date have evaluated the implications of staggered forest carbon incentives—across regions and forest carbon activities. For instance, (Calvin et al., 2009) estimate land $CO_2$ emissions increases of 4 and 6 $GtCO_2/yr$ in 2030 and 2050, respectively, from scenarios with staggered global regional climate policies that include forest carbon incentives. And, Rose and Sohngen (2011) find that fragmented or delayed forest carbon policy could accelerate deforestation. They project 60–100 $GtCO_2$ of leakage by 2025 with a carbon price of 15 $USD_{2010}/tCO_2$ that rises at 5 % per year. Regional agriculture and forestry mitigation supply costs are also affected by regional participation/non-participation, with non-participating regions potentially increasing the mitigation costs for participating regions (Golub et al., 2009). Staggered adoption of land-mitigation policies will likely have institutional and socioeconomic implications as well (Madlener et al., 2006). Institutional issues, especially clarification of land tenure and property rights and equity issues (Section 11.7), will also be critical for successful land mitigation in forestry over time (Palmer, 2011; Gupta, 2012; Karsenty et al., 2014).

Finally, the type of incentive structure has implications. International land-related mitigation projects are currently regarded as high risk carbon market investments, which may affect market appeal. Also, mitigation scenarios assume that all emissions and sequestration changes are priced (similar to capping all emissions). However, mitigation, especially in agriculture and forestry, may be sought through volun-

tary markets, where mitigation suppliers choose whether to participate (Section 11.10). For instance, Rose et al. (2013) estimate reduced mitigation potential, as well as over-crediting, for United States agriculture and forestry with voluntary mitigation supply incentives, e.g., mitigation decreased 25–55% at 15 $USD_{2010}/tCO_2eq$ due to non-participant leakage and non-additional crediting.

## 11.9.2    Implications of transformation pathways for the AFOLU sector

Transformation pathways indicate that a combination of forces can result in very different projected landscapes relative to today, even in baseline scenarios (Section 6.3.5). For instance, Popp et al. (2013) evaluate three models, and show that projected 2030 baseline changes from today alone vary sharply across models in all regions (Figure 11.19). See Section 6.3.5 for global land cover change results for a broader set of studies and policy contexts. In the examples in Figure 11.19, projections exhibit growth and reductions in both non-energy cropland (e.g., ASIA), and energy cropland (e.g., ASIA, OECD-1990, EIT). Furthermore, different kinds of land are converted when baseline cropland expands (e.g., MAF). Mitigation generally induces greater land cover changes than in baseline scenarios, but there are very different potential transformation visions. Overall, it is difficult to generalize on regional land cover effects of mitigation. For the same atmospheric concentration goal, some models convert significant area, some do not. There is energy cropland expansion in many regions that supports the production of bioenergy. Less consistent is the response of forest land, primarily due to differences in the land carbon options/policies modelled (Section 6.3.5). Finally, there is relatively modest additional land conversion in the 450 ppm, compared to the 550 ppm, scenarios, which is consistent with the declining role of land-related mitigation with policy stringency.

The implications of transformation pathway scenarios with large regional expansion of forest cover for carbon sequestration, depends in part on how the forest area increases (Figure 11.19; Popp et al., 2013). If forest areas increase through the expansion of natural vegetation, biodiversity and a range of other ecosystem services provided by forests could be enhanced. If afforestation occurs through large-scale plantation, however, some negative impacts on biodiversity, water, and other ecosystem services could arise, depending on what land cover the plantation replaces and the rotation time (Section 11.7). Similar issues arise with large-scale bioenergy, and environmental impacts of energy crop plantations, which largely depend upon where, how, and at what scale they are implemented, and how they are managed (Davis et al., 2013; see Section 11.13.6). Not surprisingly, the realistic policy coordination and implementation issues discussed in Section 11.9.1 could have significant land-use consequences, and additional policy design research is essential to better characterize mitigation costs, net emissions, and other social implications.

## 11.9.3    Implications of transformation pathways for sustainable development

The implications of the transformation pathways on sustainable development are context- and time-specific. A detailed discussion of the implications of large-scale LUC, competition between different demands for land, and the feedbacks between LUC and other services provided by land is provided in Section 11.4, potential co-benefits and adverse side-effects are discussed in Section 11.7, and Section 6.6 compares potential co-benefits and adverse side-effects across sectors, while Section 11.8 presents the opportunities and barriers for promoting AFOLU mitigation activities in the future. Finally, Section 11.13 discusses the specific implications of increasing bioenergy crops.

# 11.10   Sectoral policies

Climate change and different policy and management choices interact. The interrelations are particularly strong in agriculture and forestry: climate has a strong influence on these sectors that also constitute sources of GHG as well as sinks (Golub et al., 2009). The land provides a multitude of ecosystem services, climate change mitigation being just one of many services that are vital to human well-being. The nature of the sector means that there are, potentially, many barriers and opportunities as well as a wide range of potential impacts related to the implementation of AFOLU mitigation options (Sections 11.7 and 11.8). Successful mitigation policies need to consider how to address the multi-functionality of the sector. Furthermore, physical environmental limitations are central for the implementation of mitigation options and associated policies (Pretty, 2013). The cost-effectiveness of different measures is hampered by regional variability. National and international agricultural and forest climate policies have the potential to redefine the opportunity costs of international land-use in ways that either complement or hinder the attainment of climate change mitigation goals (Golub et al., 2009). Policy interactions could be synergistic (e.g., research and development investments and economic incentives for integrated production systems) or conflicting (e.g., policies promoting land conversion *vs.* conservation policies) across the sector (see Table 11.11). Additionally, adequate policies are needed to orient practices in agriculture and in forestry toward global sharing of innovative technologies for the efficient use of land resources to support effective mitigation options (see Table 11.2).

Forty-three countries in total (as of December 2010) have proposed NAMAs to the UNFCCC. Agriculture and forestry activities were considered as ways to reduce their GHG emissions in 59 and 94% of the proposed NAMAs. For the least developed countries, the forestry sector was quoted in all the NAMAs, while the agricul-



**Figure 11.19 |** Regional land cover change by 2030 from 2005 from three models for baseline (left) and idealized policy implementation 550 ppm CO₂eq (centre) and 450 ppm CO₂eq (right) scenarios. (Popp et al., 2013).

tural sector was represented in 70% of the NAMAs (Bockel et al., 2010). Policies related to the AFOLU sector that affect mitigation are discussed below according to the instruments through which they may be implemented (economic incentives, regulatory and control approaches, information, communication and outreach, research and development). Economic incentives (e.g., special credit lines for low-carbon agriculture, sustainable agriculture and forestry practices, tradable credits, payment for ecosystem services) and regulatory approaches (e.g., enforcement of environmental law to reduce deforestation, set-aside policies, air and water pollution control reducing nitrate load and $N_2O$ emissions) have been effective in different cases. Investments in research, development, and diffusion (e.g., improved fertilizer use efficiency, livestock improvement, better forestry management practices) could result in positive and synergistic impacts for adaptation and mitigation (Section 11.5). Emphasis is given to REDD+, considering its development in recent years, and relevance for the discussion of mitigation policies in the forestry sector.

**Table 11.11** | Some regional and global programs and partnerships related to illegal logging, forest management and conservation and REDD+.

| Programme/Institution/Source | Context | Objectives and Stragies |
|---|---|---|
| Forest Law Enforcement and Governance (FLEG)/ World Bank/ www.worldbank.org/eapfleg | Illegal logging and lack of appropriate forest governance are major obstacle to countries to alleviate poverty, to develop their natural resources and to protect global and local environmental services and values | Support regional forest law enforcement and governance (FLEG) |
| Improving Forest Law Enforcement and Governance in the European Neighbourhood Policy East Countries and Russia (ENPI-FLEG)/EU/ www.enp-fleg.org | Regional cooperation in the European Neighbourhood Policy Initiative East Countries (Armenia, Azerbaijan, Belarus, Georgia, Moldova, and Ukraine), and Russia following up on the St. Petersburg Declaration | Support governments, civil society, and the private sector in participating countries in the development of sound and sustainable forest management practices, including reducing the incidence of illegal forestry activities. |
| Forest Law Enforcement, Governance and Trade (FLEGT)/European Union/ www.euflegt.efi.int/ | Illegal logging has a devastating impact on some of the world's most valuable forests. It can have not only serious environmental, but also economic and social consequences. | Exclude illegal timber from markets, to improve the supply of legal timber and to increase the demand for responsible wood products. Central elements are trade accords to ensure legal timber trade and support good forest governance in the partner countries. There are a number of countries in Africa, Asia, South and Central America currently negotiating FLEGT Voluntary Partnership Agreements (VPAs) with the European Union. |
| Program on Forests (PROFOR)/multiple donors including the European Union, European countries, Japan and the World Bank/ www.profor.info | Well-managed forests have the potential to reduce poverty, spur economic development, and contribute to a healthy local and global environment | Provide in-depth analysis and technical assistance on key forest questions related to livelihoods, governance, financing, and cross-sectoral issues. PROFOR activities comprise analytical and knowledge generating work that support the strategy's objectives of enhancing forests' contribution to poverty reduction, sustainable development and the protection of environmental services. |
| UN-REDD Programme/United Nations/ www.un-redd.org | The UN collaborative initiative on Reducing Emissions from Deforestation and forest Degradation (REDD) in developing countries was launched in 2008 and builds on the convening role and technical expertise of the FAO, UNDP, and the UNEP. | The Programme supports national REDD+ readiness efforts in 46 partner countries (Africa, Asia-Pacific, and Latin America) through (i) direct support to the design and implementation of REDD+ National Programmes; and (ii) complementary support to national REDD+ action (common approaches, analyses, methodologies, tools, data, and best practices). |
| REDD+ Partnership/international effort (50 different countries)/ www.reddpluspartnership.org | The UNFCCC has encouraged the Parties to coordinate their efforts to reduce emissions from deforestation and forest degradation. As a response, countries attending the March 2010 International Conference on the Major Forest Basins, hosted by the Government of France, agreed on the need to forge a strong international partnership on REDD+. | The REDD+ Partnership serves as an interim platform for its partner countries to scale up actions and finance for REDD+ initiatives in developing countries (including improving the effectiveness, efficiency, transparency, and coordination of REDD+ and financial instruments), to facilitate knowledge transfer, capacity enhancement, mitigation actions and technology development, and transfer among others. |
| Forest Investment Program (FIP)/Strategic Climate Fund (a multi-donor Trust Fund within the Climate Investment Funds) www.climateinvestmentfunds.org/cif/ | Reduction of deforestation and forest degradation and promotion of sustainable forest management, leading to emission reductions and the protection of carbon terrestrial sinks. | Support developing countries' efforts to REDD and promote sustainable forest management by providing scaled-up financing to developing countries for readiness reforms and public and private investments, identified through national REDD readiness or equivalent strategies. |
| Forest Carbon Partnership (FCPF)/World Bank/ www.forestcarbonpartnership.org | Assistance to developing countries to implement REDD+ by providing value to standing forests. | Builds the capacity of developing countries to reduce emissions from deforestation and forest degradation and to tap into any future system of REDD+. |
| Indonesia-Australia Forest Carbon Partnership/ www.iafcp.or.id | Australia's assistance on climate change and builds on long-term practical cooperation between Indonesia and Australia. | The Partnership supports strategic policy dialogue on climate change, the development of Indonesia's National Carbon Accounting System, and implementing demonstration activities in Central Kalimantan. |

## 11.10.1   Economic incentives

*Emissions trading:* Carbon markets occur under both compliance schemes and as voluntary programmes. A review of existing offset programmes was provided by Kollmuss et al. (2010). More details are also presented in Section 15.5.3. Compliance markets (Kyoto offset mechanisms, mandatory cap-and-trade systems, and other mandatory GHG systems) are created and regulated by mandatory national, regional, or international carbon reduction regimes (Kollmuss et al., 2010). The three Kyoto Protocol mechanisms are very important for the regulatory market: CDM, Joint Implementation (JI) and the Emissions Trading System (ETS). Currently, AFOLU projects in CDM only include specific types of projects: for agriculture—methane avoid-

ance (manure management), biogas projects, agricultural residues for biomass energy; for forestry—reforestation and afforestation. By June 2013, the total number of registered CDM projects was 6989, 0.6 and 2.5 % of this total being related to afforestation/reforestation and agriculture, respectively (UNFCCC—CDM); therefore, finance streams coming from A/R CDM Projects are marginal from the global perspective. An analysis of A/R CDM projects suggests crucial factors for the performance of these projects are initial funding support, design, and implementation guided by large organizations with technical expertise, occurrence on private land (land with secured property rights attached), and that most revenue from Certified Emission Reductions (CERs) is directed back to local communities (Thomas et al., 2010).

There are compliance schemes outside the scope of the Kyoto Proto-col, but these are carried out exclusively at the national level, with no relation to the Protocol. In 2011, Australia started the Carbon Farming Initiative (CFI) that allows farmers and investors to generate tradable carbon offsets from farmland and forestry projects. This followed several years of state-based and voluntary activity that resulted in 65,000 ha of A/R projects (Mitchell et al., 2012). Another example is The Western Arnhem Land Fire Abatement Project (WALFA), a fire management project in Australia initiated in 2006 that produces a tradable carbon offset through the application of improved fire management using traditional management practices of indigenous land owners (Whitehead et al., 2008; Bradstock et al., 2012). Alberta's offset credit system is a compliance mechanism for entities regulated under the province's mandatory GHG emission intensity-based regulatory system (Kollmuss et al., 2010). In the case of $N_2O$ emissions from agriculture, the Alberta Quantification Protocol for Agricultural $N_2O$ Emissions Reductions issues C offset credits for on-farm reductions of $N_2O$ emissions and fuel use associated with the management of fertilizer, manure, and crop residues for each crop type grown. Other $N_2O$ emission reduction protocols (e.g., Millar et al., 2010) are being considered for the Verified Carbon Standard, the American Carbon Registry, and the Climate Action Reserve (Robertson et al., 2013).

Agriculture and Forestry activities are not covered by the European Union Emissions Trading Scheme (EU ETS), which is by far the largest existing carbon market. Forestry entered the New Zealand Kyoto Protocol compliant ETS in 2008, and mandatory reporting for agriculture began in 2012, although full entry of agriculture into the scheme has been delayed indefinitely. Agricultural participants include meat processors, dairy processors, nitrogen fertilizer manufacturers and importers, and live animal exporters, although some exemptions apply (Government of New Zealand). California's Cap-and-Trade Regulation took effect on January 1, 2012, with amendments to the Regulation effective September 1, 2012. The enforceable compliance obligation began on January 1, 2013. Four types of projects were approved as eligible to generate carbon credits to regulated emitters in California: avoidance of methane emissions from installation of anaerobic digesters on farms, carbon sequestration in urban and rural forestry, and destruction of ozone depleting substances (California Environmental Protection Agency).

Voluntary carbon markets operate outside of the compliance markets. By enabling businesses, governments, non-governmental organizations (NGOs), and individuals to purchase offsets that were created either in the voluntary market or through the CDM, they can offset their emissions (Verified or Voluntary Emissions Reductions (VERs)). The voluntary offset market includes a wide range of programmes, entities, standards, and protocols (e.g., Community & Biodiversity Standards, Gold Standard, Plan Vivo among others) to improve the quality and credibility of voluntary offsets. The most common incentives for the quantity buyers of carbon credits in the private sector are corporate social responsibility and public relations. Forest projects are increasing in the voluntary markets. Transactions of carbon credits from this sector totalled 133 million USD in 2010, 95% of them in voluntary markets (Peters-Stanley et al., 2011).

*Reducing emissions from deforestation; reducing emissions from forest degradation; conservation of forest carbon stocks; sustainable management of forests; and enhancement of forest carbon stocks (REDD+):* REDD+ consists of forest-related activities implemented voluntarily by developing countries that may, in isolation or jointly lead to significant climate change mitigation[10]. REDD+ was introduced in the agenda of the UNFCCC in 2005, and has since evolved to an improved understanding of the potential positive and negative impacts, methodological issues, safeguards, and financial aspects associated with REDD+ implementation. Here, we first address the REDD+ discussions under the UNFCCC, but also introduce other REDD+-related initiatives. The novel aspects of REDD+ under the Convention, relative to previous forest-related mitigation efforts by developing countries under the UNFCCC are its national and broader coverage, in contrast to project-based mitigation activities[11] (e.g., under the CDM of the Kyoto Protocol). Its main innovation is its results-based approach, in which payments are done *ex post* in relation to a mitigation outcome already achieved, as opposed to project-based activities, where financing is provided *ex ante* in relation to expected outcomes. A phased approach to REDD+ was agreed at the UNFCCC, building from the development of national strategies or action plans, policies and measures, and evolving into results-based actions that should be fully measured, reported, and verified—MRV (UNFCCC Dec. 1/16). REDD+ payments are expected for results-based actions, and although the UNFCCC has already identified potential ways to pay for these[12], the financing architecture for the REDD+ mechanism is still under negotiation under the UNFCCC.

Meanwhile, and as a result to the explicit request from the UNFCCC for early actions in REDD+, different regional and global programmes and partnerships address forest management and conservation and readiness for REDD+ (Table 11.11), while some REDD+ strategies have started in countries with significant forest cover (see Box 11.7 for examples). Initiatives include multilateral activities (e.g., UN-REDD

---

10    Decision 1/CP.16 (FCCC/CP/2010/7/Add.1 , paragraph 70) "Encourages developing countries to contribute to mitigation actions in the forest sector by undertaking the following activities, as deemed appropriate by each Party and in accordance with their respective capabilities and national circumstances—reducing emissions from deforestation; reducing emissions from forest degradation; conservation of forest carbon stocks; sustainable management of forests; and enhancement of forest carbon stocks".

11    Decision 1/CP.16 (FCCC/CP/2010/7/Add.1 , paragraph 73) "*Decides* that the activities undertaken by Parties referred to in paragraph 70 above should be implemented in phases, beginning with the development of national strategies or action plans, policies and measures, and capacity-building, followed by the implementation of national policies and measures and national strategies or action plans that could involve further capacity-building, technology development and transfer and results-based demonstration activities, and evolving into results-based actions that should be fully measured, reported and verified".

12    Decision 2/CP.17 (FCCC/CP/2011/9/Add.1, paragraph 65) "*Agrees* that results-based finance provided to developing country Parties that is new, additional and predictable may come from a wide variety of sources, public and private, bilateral and multilateral, including alternative sources".

Programme, Forest Carbon Partnership Facility, Forest Investment Program), bilateral activities (e.g., Tanzania-Norway, Indonesia-Norway), country driven initiatives (in addition to 16 UN-REDD Programme countries, the Programme also supports 31 other partner countries across Africa, Asia-Pacific, and Latin America and the Caribbean; UN-REDD Programme—Support to Partner Countries).

REDD+ can be a very cost-effective option for mitigating climate change and could supply a large share of global abatement of emissions from the AFOLU sector from the extensive margin of forestry, especially through reducing deforestation in tropical regions (Golub et al., 2009). Issues of concern for REDD+ implementation have been captured under REDD+ safeguards in line with the UNFCCC Cancun Agreement. To respond to the requirements outlined in the UNFCCC agreement, a number of steps need to be considered in the development of country-level safeguard information systems for REDD+ including defining social and environmental objectives, assessing potential benefits and risks from REDD+, assessing current safeguard systems, drafting a strategic plan or policy, and establishing a governance system.

A growing body of literature has analyzed different aspects related to the implementation, effectiveness, and scale of REDD+, as well as the interactions with other social and environmental co-benefits (e.g., Angelsen et al., 2008; Levin et al., 2008; Larson, 2011; Gardner et al., 2012). Results-based REDD+ actions, which are entitled to results-based finance, require internationally agreed rules for MRV. Measuring and monitoring the results will most likely rely on a combination of remotely-sensed data with ground-based inventories. The design of a REDD policy framework (and specifically its rules) can have a significant impact on monitoring costs (Angelsen et al., 2008; Böttcher et al., 2009). Forest governance is another central aspect in recent studies, including debate on decentralization of forest management, logging concessions in public-owned commercially valuable forests, and timber certification, primarily in temperate forests (Agrawal et al., 2008). Although the majority of forests continue to be formally owned by governments, there are indications that the effectiveness of forest governance is increasingly independent of formal ownership (Agrawal et al., 2008). However, there are widespread concerns that REDD+ will increase costs on forest-dependent peoples and in this context, stakeholders rights, including rights to continue sustainable traditional land-use practices, appear as a precondition for REDD development (Phelps et al., 2010b).

Some studies have addressed the potential displacement of emissions, i.e., a reduction of emissions in one place resulting in an increase of emissions elsewhere (or leakage) (Santilli et al., 2005; Forner et al., 2006; Nabuurs et al., 2007; Strassburg et al., 2008, 2009; Section 11.3.2). The national coverage of REDD+ might ameliorate the issue of emissions displacement, a major drawback of project-based approaches (Herold and Skutsch, 2011). To minimize transnational displacement of emissions, REDD+ needs to stimulate the largest number of developing countries to engage voluntarily. There are also concerns about the impacts of REDD+ design and implementation options on biodiversity conservation, as areas of high C content and high biodiversity are not necessarily coincident. Some aspects of REDD+ implementation that might affect biodiversity include site selection, management strategies, and stakeholder engagement (Harvey et al., 2010). From a conservation biology perspective, it is also relevant where the displacement occurs, as deforestation and exploitation of natural

---

**Box 11.7 | Examples of REDD+ initiatives at national scale in different regions with significant extension of forest cover**

**Amazon Fund:** The Amazon Fund in Brazil was officially created in 2008 by a presidential decree. The Brazilian Development Bank (BNDES) was given the responsibility of managing it. The Norwegian government played a key role in creating the fund by donating funds to the initiative in 2009. Since then, the Amazon Fund has received funds from two more donors: the Federal Republic of Germany and Petrobrás, Brazil's largest oil company. As of February 2013, 1.03 billion USD has been pledged, with 227 million USD approved for activities (Amazon Fund).

**UN-REDD Democratic Republic of Congo:** The Congo Basin rainforests are the second largest after Amazonia. In 2009, Democratic Republic of the Congo (DRC), with support of UN-REDD Programme and Forest Carbon Partnership Facility (FCPC), started planning the implementation stages of REDD+ readiness. The initial DRC National Programme transitioned into the full National Programme (Readiness Plan) after it was approved by

the UN-REDD Programme Policy Board in 2010 (UN-REDD Programme). The budget comprises 5.5 million $USD_{2010}$ and timeframe is 2010–2013.

**Indonesia-Norway REDD+ Partnership:** In 2010, the Indonesia-Norway REDD+ Partnership was established through an agreement between governments of the two countries. The objective was to 'support Indonesia's efforts to reduce emissions from deforestation and degradation of forests and peatlands. Indonesia agreed to take systematic and decisive action to reduce its forest and peat-related GHG emissions, whereas Norway agreed to support those efforts by making available up to 1 billion $USD_{2010}$, exclusively on a payment-for-results basis over the next few years' (UN-REDD Programme). In 2013, Indonesia's government has extended the moratorium on new forest concessions for a further two years, protecting an additional 14.5 Mha of forest.

resources could move from areas of low conservation value to those of higher conservation value, or to other natural ecosystems, threatening species native to these ecosystems (Harvey et al., 2010). Additionally, transnational displacement could cause deforestation to move into relatively intact areas of high biodiversity value, or into countries that currently have little deforestation (Putz and Redford, 2009).

*Taxes, charges, subsidies:* Financial regulations are another approach to pollution control. A range of instruments can be used: pollution charges, taxes on emission, taxes on inputs, and subsidies (Jakobsson et al., 2002). Nitrogen taxes are one possible instrument, since agricultural emissions of $N_2O$ mainly derive from the use of nitrogenous fertilizers. An analysis of the tax on the nitrogen content of synthetic fertilizers in Sweden indicated that direct $N_2O$ emissions from agricultural soils in Sweden (the tax abolished in 2010) would have been on average 160 tons or 2% higher without the tax (Mohlin, 2013). Additionally, the study showed that removal of the N tax could completely counteract the decreases in $CO_2$ emissions expected from the future tax increase on agricultural $CO_2$. The mitigation potential of GHG-weighted consumption taxes on animal food products was estimated for the EU using a model of food consumption (Wirsenius et al., 2011). A 7% reduction of current GHG emission in European Union (EU) agriculture was estimated with a GHG-weighted tax on animal food products of 79 $USD_{2010}/tCO_2eq$ (60 $EUR_{2010}/tCO_2eq$). Low-interest loans can also support the transition to sustainable agricultural practices as currently implemented in Brazil, the second largest food exporter, through the national programme (launched in 2010; Plano ABC).

## 11.10.2   Regulatory and control approaches

*Deforestation control and land planning (protected areas and land sparing/set-aside policies):* The rate of deforestation in the tropics and relative contribution to anthropogenic carbon emissions has been declining (Houghton, 2012; see Section 11.2 for details). Public policies have had a significant impact by reducing deforestation rates in some tropical countries (see, e.g., Box 11.8).

Since agricultural expansion is one of the drivers of deforestation (especially in tropical regions), one central question is if intensification of agriculture reduces cultivated areas and results in land sparing by concentrating production on other land. Land sparing would allow released lands to sequester carbon, provide other environmental services, and protect biodiversity (Fischer et al., 2008). In the United States, over 13 Mha of former cropland are enrolled in the US Conservation Reserve Program (CRP), with biodiversity, water quality, and carbon sequestration benefits (Gelfand et al., 2011). In 1999, China launched the Grain for Green Program or Sloping Land Conversion Program as a national measure to increase vegetation cover and reduce erosion. Cropland and barren land were targeted and over 20 Mha of land were converted into mostly tree-based plantations. Over its first 10 years between ~800 to 1700 $MtCO_2eq$ (Moberg, 2011) were sequestered.

*Environmental regulation (GHG and their precursors emissions control):* In many developed countries, environmental concerns related to water and air pollution since the mid-1990s led to the adoption of laws and regulations that now mandate improved agricultural nutrient management planning (Jakobsson et al., 2002). Some policy initiatives deal indirectly with N leakages and thus promote the reduction of $N_2O$ emissions. The EU Nitrates Directive (1991) sets limits on the use of fertilizer N and animal manure N in nitrate-vulnerable zones. Across the 27 EU Member States, 39.6% of territory is subject to related action programmes. However, in terms of the effectiveness of environmental policies and agriculture, there has been considerable progress in controlling point pollution, but efforts to control non-point pollution of nutrients have been less successful, and potential synergies from various soil-management strategies could be better exploited. Emission targets for the AFOLU sector were also introduced by different countries (e.g., Climate Change Acts in UK and Scotland; European Union).

*Bioenergy targets:* Many countries worldwide, by 2012, have set targets or mandates or both for bioenergy, to deliver to multiple policy objectives, such as climate change mitigation, energy security, and rural development. The bulk of mandates continue to come from the EU-27 but 13 countries in the Americas, 12 in Asia-Pacific, and 8 in Africa have mandates or targets in place (Petersen, 2008; www.biofuelsdigest.com). For the sustainability of biofuels implementation, land-use planning and governance are central (Tilman et al., 2009), as related policy and legislation, e.g., in agriculture, forestry, environment and trade, can strongly influence the development of bioenergy programmes (Jull et al., 2007). A recent study analyzed the consequences of renewable targets of EU member states on the $CO_2$ sink of EU forests, and indicated a decrease in the forest sink by 4–11% (Böttcher et al., 2012). Another possible tradeoff of biofuel targets is related to international trade. Global trade in biofuels might have a major impact on other commodity markets (e.g., vegetable oils or animal fodder) and has already caused a number of trade disputes, because of subsidies and non-tariff barriers (Oosterveer and Mol, 2010).

### Box 11.8 | Deforestation control in Brazil

The Brazilian Action Plan for the Prevention and Control of Deforestation in the Legal Amazon (PPCDAm) includes coordinated efforts among federal, state, and municipal governments, and civil organizations, remote-sensing monitoring, significant increase of new protected areas (Soares-Filho et al., 2010), and combination of economic and regulatory approaches. For example, since 2008 federal government imposed sanctions to municipalities with very high deforestation rates, subsidies were cut and new credit policies made rural credit dependent on compliance with environmental legislation (Macedo et al., 2012; Nolte et al., 2013).

### 11.10.3   Information schemes

Acceptability by land managers and practicability of mitigation measures (Table 11.2) need to be considered, because the efficiency of a policy is determined by the cost of achieving a given goal (Sections 11.4.5; 11.7). Therefore, costs related to education and communication of policies should be taken into account (Jakobsson et al., 2002). Organizations created to foster the use of science in environmental policy, management, and education can facilitate the flow of information from science to society, increasing awareness of environmental problems (Osmond et al., 2010). In the agriculture sector, non-profit conservation organizations (e.g., The Sustainable Agriculture Network (SAN)) and governments (e.g., Farming for a Better Climate, Scotland) promote the social and environmental sustainability of activities by developing standards and educational campaigns.

Certification schemes also support sustainable agricultural practices (Sections 11.4.5; 11.7). Climate-friendly criteria reinforce existing certification criteria and provide additional value. Different certification systems also consider improvements in forest management, reduced deforestation and carbon uptake by regrowth, reforestation, agroforestry, and sustainable agriculture. In the last 20 years, forest certification has been developed as an instrument for promoting sustainable forest management. Certification schemes encompass all forest types, but there is a concentration in temperate forests (Durst et al., 2006). Approximately 8 % of global forest area has been certified under a variety of schemes and 25 % of global industrial roundwood comes from certified forests (FAO, 2009b). Less than 2 % of forest area in African, Asian, and tropical American forests are certified, and most certified forests (82 %) are large and managed by the private sector (ITTO, 2008). In the forestry sector, many governments have worked towards a common understanding of sustainable forest management (Auld et al., 2008). Certification bodies certify that farms or groups comply with standards and policies (e.g., Rainforest Alliance Certified). In some, specific voluntary climate change adaptation and mitigation criteria are included.

Forest certification as an instrument to promote sustainable forest management (SFM) and biodiversity maintenance was evaluated by (Rametsteiner and Simula, 2003) they indicated that standards used for issuing certificates upon compliance are diverse, but often include elements that set higher than minimum standards.

Further, independent audits are an incentive for improving forest management. In spite of many difficulties, forest certification was considered successful in raising awareness, disseminating knowledge on the SFM concept worldwide, and providing a tool for a range of applications other than the assessment of sustainability, e.g., verifying carbon sinks. Another evaluation of certification schemes for conserving biodiversity (Harvey et al., 2008) indicated some constraints that probably also apply to climate-friendly certification: weakness of compliance or enforcement of standards, transaction costs and paperwork often limit participation, and incentives are insufficient to

attract high levels of participation. Biofuel certification is a specific case as there are multiple actors and several successive segments of biofuel production pathways: feedstock production, conversion of the feedstock to biofuels, wholesale trade, retail, and use of biofuels in engines (Gnansounou, 2011). Because of the length and the complexity of biofuel supply chains assessing sustainability is challenging (Kaphengst et al., 2009).

### 11.10.4   Voluntary actions and agreements

Innovative agricultural practices and technologies can play a central role in climate change mitigation and adaptation, with policy and institutional changes needed to encourage the innovation and diffusion of these practices and technologies to developing countries. Under the UNFCCC, the 2007 Bali Action Plan identified technology development and transfer as a priority area. A Technology Mechanism was established by Parties at the COP16 in 2010 "to facilitate the implementation of enhanced action on technology development and transfer, to support action on mitigation and adaptation, in order to achieve the full implementation of the Convention" (UNFCCC). For agriculture, Burney et al., (2010) indicated that investment in yield improvements compared favourably with other commonly proposed mitigation strategies.

Additionally, adaptation measures in agriculture can also generate significant mitigation effects. Lobell et al. (2013) investigated the co-benefits of adaptation measures on farm level that reduced GHG emissions from LUC. The study focused on investments in research for developing and deploying new technologies (e.g., disease-resistant or drought-tolerant crops, or soil-management techniques). It concluded that broad-based efforts to adapt agriculture to climate change have mitigation co-benefits that are associated with lower costs than many activities focusing on mitigation, especially in developed countries.

## 11.11   Gaps in knowledge and data

Data and knowledge gaps include:

- Improved global high-resolution data sets of crop production systems (including crop rotations, variety selection, fertilization practices, and tillage practices), grazing areas (including quality, intensity of use, management), and freshwater fisheries and aquaculture, also comprising subsistence farming.

- Globally standardized and homogenized data on soil as well as forest degradation and a better understanding of the effects of degradation on carbon balances and productivity.

- Improved understanding of the mitigation potential, interplay, and costs as well as environmental and socio-economic consequences of land use-based mitigation options such as improved agricultural management, forest conservation, bioenergy production, and afforestation on the national, regional, and global scale.

- Better understanding of the effect of changes in climate parameters, rising $CO_2$ concentrations and N deposition on productivity and carbon stocks of different types of ecosystems, and the related consequences for land-based climate change mitigation potentials.

# 11.12  Frequently Asked Questions

## FAQ 11.1  How much does AFOLU contribute to GHG emissions and how is this changing?

Agriculture and land-use change, mainly deforestation of tropical forests, contribute greatly to anthropogenic greenhouse gas emissions and are expected to remain important during the 21st century. Annual GHG emissions (mainly $CH_4$ and $N_2O$) from agricultural production in 2000–2010 were estimated at 5.0–5.8 $GtCO_2eq/yr$, comprising about 10–12 % of global anthropogenic emissions. Annual GHG flux from land use and land-use change activities accounted for approximately 4.3–5.5 $GtCO_2eq/yr$, or about 9–11 % of total anthropogenic greenhouse gas emissions. The total contribution of the AFOLU sector to anthropogenic emissions is therefore around one quarter of the global anthropogenic total.

## FAQ 11.2  How will mitigation actions in AFOLU affect GHG emissions over different timescales?

There are many mitigation options in the AFOLU sector that are already being implemented, e.g., afforestation, reducing deforestation, cropland and grazing land management, fire management, and improved livestock breeds and diets. These can be implemented now. Others (such as some forms of biotechnology and livestock dietary additives) are still in development and may not be applicable for a number of years. In terms of the mode of action of the options, in common with other sectors, non-$CO_2$ greenhouse gas emission reduction is immediate and permanent. However, a large portion of the mitigation potential in the AFOLU sector is carbon sequestration in soils and vegetation. This mitigation potential differs, in that the options are time-limited (the potential saturates), and the enhanced carbon stocks created are reversible and non-permanent. There is, therefore, a significant time

component in the realization and the duration of much of the mitigation potential available in the AFOLU sector.

## FAQ 11.3  What is the potential of the main mitigation options in AFOLU for reducing GHG emissions?

In general, available top-down estimates of costs and potentials suggest that AFOLU mitigation will be an important part of a global cost-effective abatement strategy. However, potentials and costs of these mitigation options differ greatly by activity, regions, system boundaries, and the time horizon. Especially, forestry mitigation options—including reduced deforestation, forest management, afforestation, and agro-forestry—are estimated to contribute 0.2–13.8 $GtCO_2/yr$ of economically viable abatement in 2030 at carbon prices up to 100 $USD/tCO_2eq$. Global economic mitigation potentials in agriculture in 2030 are estimated to be up to 0.5–10.6 $GtCO_2eq/yr$. Besides supply-side-based mitigation, demand-side mitigation options can have a significant impact on GHG emissions from food production. Changes in diet towards plant-based and hence less GHG-intensive food can result in GHG emission savings of 0.7–7.3 $GtCO_2eq/yr$ in 2050, depending on which GHGs and diets are considered. Reducing food losses and waste in the supply chain from harvest to consumption can reduce GHG emissions by 0.6–6.0 $GtCO_2eq/yr$.

## FAQ 11.4  Are there any co-benefits associated with mitigation actions in AFOLU?

In several cases, the implementation of AFOLU mitigation measures may result in an improvement in land management and therefore have socio-economic, health, and environmental benefits: For example, reducing deforestation, reforestation, and afforestation can improve local climatic conditions, water quality, biodiversity conservation, and help to restore degraded or abandoned land. Soil management to increase soil carbon sequestration may also reduce the amount of wind and water erosion due to an increase in surface cover. Further considerations on economic co-benefits are related to the access to carbon payments either within or outside the UNFCCC agreements and new income opportunities especially in developing countries (particularly for labour-intensive mitigation options such as afforestation).

## FAQ 11.5  What are the barriers to reducing emissions in AFOLU and how can these be overcome?

There are many barriers to emission reduction. Firstly, mitigation practices may not be implemented for economic reasons (e.g., market failures, need for capital investment to realize recurrent savings), or a

range of factors including risk-related, political/bureaucratic, logistical, and educational/societal barriers. Technological barriers can be overcome by research and development; logistical and political/bureaucratic barriers can be overcome by better governance and institutions; education barriers can be overcome through better education and extension networks; and risk-related barriers can be overcome, for example, through clarification of land tenure uncertainties.

# 11.13  Appendix Bioenergy: Climate effects, mitigation options, potential and sustainability implications

## 11.13.1  Introduction

SRREN (IPCC, 2011) provided a comprehensive overview on bioenergy (Chum et al., 2011). However, a specific bioenergy Appendix in the context of the WGIII AR5 contribution is necessary because (1) many of the more stringent mitigation scenarios (resulting in 450 ppm, but also 550 ppm $CO_2$eq concentration by 2100, see Section 11.9.1) heavily rely on a large-scale deployment of bioenergy with carbon dioxide capture and storage (BECCS); (2) there has been a large body of literature published since SRREN, which complements and updates the analysis presented in this last report; (3) bioenergy is important for many chapters (Chapters 6; 7; 8; 10; 11), which makes it more useful to treat it in a single section instead of in many scattered chapter sections throughout the report. Chapter 11 is the appropriate location for the Appendix, as bioenergy analysis relies crucially on land-use assessments.

Bioenergy is energy derived from biomass, which can be deployed as solid, liquid, and gaseous fuels for a wide range of uses, including transport, heating, electricity production, and cooking (Chum et al., 2011). Bioenergy has a significant mitigation potential, but there are issues to consider, such as the sustainability of practices and the efficiency of bioenergy systems (Chum et al., 2011). Bioenergy systems can cause both positive and negative effects and their deployment needs to balance a range of environmental, social, and economic objectives that are not always fully compatible. The consequences of bioenergy implementation depend on (1) the technology used; (2) the location, scales, and pace of implementation; (3) the land category used (forest, grassland, marginal lands, and crop lands); and (4) the business models and practices adopted—including how these integrate with or displace the existing land use.

As an update to the SRREN, this report presents (1) a more fine-grained assessment of the technical bioenergy potential reflecting diverse per-

spectives in the literature; (2) recent potential estimates on technological solutions such as BECCS; (3) an in-depth description of different lifecycle emission accounting methods and their results; (4) a small increase in uncertainty on the future economic bioenergy potential; (5) a comprehensive assessment of diverse livelihood and sustainability effects of bioenergy deployment, identifying the need for systematic aggregation.

## 11.13.2  Technical bioenergy potential

The technical bioenergy potential, also known as the technical primary biomass potential for bioenergy, is the amount of the theoretical bioenergy output obtainable by full implementation of demonstrated technologies or practices (IPCC, 2011). Unfortunately there is no standard methodology to estimate the technical bioenergy potential, which leads to diverging estimates. Most of the recent studies estimating technical bioenergy potentials assume a 'food/fibre first principle' and exclude deforestation, eventually resulting in an estimate of the 'environmentally sustainable bioenergy potential' when a comprehensive range of environmental constraints is considered (Batidzirai et al., 2012).

Recently published estimates that are based in this extended definition of global technical bioenergy potentials in 2050 span a range of almost three orders of magnitude, from < 50 EJ/yr to > 1,000 EJ/yr (Smeets et al., 2007; Field et al., 2008; Haberl et al., 2010; Batidzirai et al., 2012). For example, Chum et al. reported global technical bioenergy potentials of 50–500 EJ/yr for the year 2050 (IPCC, 2011), and the Global Energy Assessment gave a range of 160–270 EJ/yr (Johansson et al., 2012). The discussion following the publication of these global reports has not resulted in a consensus on the magnitude of the future global technical bioenergy potential, but has helped to better understand some of its many structural determinants (Wirsenius et al., 2011; Berndes, 2012; Erb et al., 2012a). How much biomass for energy is technically available in the future depends on the evolution of a multitude of social, political, and economic factors, e.g., land tenure and regulation, trade, and technology (Dornburg et al., 2010).

Figure 11.20 shows estimates of the global technical bioenergy potential in 2050 by resource categories. Ranges were obtained from assessing a large number of studies based on a food/fibre first principle and various restrictions regarding resource limitations and environmental concerns but no explicit cost considerations (Hoogwijk et al., 2005; Smeets et al., 2007; Smeets and Faaij, 2007; van Vuuren et al., 2009; Hakala et al., 2009; Dornburg et al., 2010; Haberl et al., 2010, 2011a; Gregg and Smith, 2010; Chum et al., 2011; GEA, 2012; Rogner et al., 2012). Most studies agree that the technical bioenergy potential in 2050 is at least approximately 100 EJ/yr with some modelling assumptions leading to estimates exceeding 500 EJ/yr (Smeets et al., 2007). As stated, different views about sustainability and socio-ecological constraints lead to very different estimates, with some studies reporting much lower figures.

As shown in Figure 11.20, the total technical bioenergy potential is composed of several resource categories that differ in terms of their absolute potential, the span of the ranges—which also reflect the relative agreement/disagreement in the literature—and the implications of utilizing them. Regional differences—which are not addressed here—are also important as the relative size of each biomass resource within the total potential and its absolute magnitude vary widely across countries and world regions.

**Forest and Agriculture residues.** Forest residues (Smeets and Faaij, 2007; Smeets et al., 2007; Dornburg et al., 2010; Haberl et al., 2010; Gregg and Smith, 2010; Rogner et al., 2012) include residues from silvicultural thinning and logging; wood processing residues such as sawdust, bark, and black liquor; and dead wood from natural disturbances, such as storms and insect outbreaks (irregular source). The use of these resources is in general beneficial and any adverse side-effects can be mitigated by controlling residue removal rates considering biodiversity, climate, topography, and soil factors. There is a near-term tradeoff, particularly within temperate and boreal regions, in that organic matter retains organic C for longer if residues are left to decompose slowly instead of being used for energy. Agricultural residues (Smeets et al., 2007; Hakala et al., 2009; Haberl et al., 2010, 2011a; Gregg and Smith, 2010; Chum et al., 2011; Rogner et al., 2012) include manure, harvest residues (e.g., straw), and processing residues (e.g., rice husks from rice milling) and are also in general beneficial. However, mitigating



**Figure 11.20 |** Global Technical Bioenergy Potential by main resource category for the year 2050 | The figure shows the ranges in the estimates by major resource category of the global technical bioenergy potential. The color grading is intended to show qualitatively the degree of agreement in the estimates, from blue (large agreement in the literature) to purple (medium agreement) to red (small agreement). In addition, reducing traditional biomass demand by increasing its use efficiency could release the saved biomass for other purposes with large benefits from a sustainable development perspective.

potential adverse side-effects—such as the loss of soil C—associated to harvesting agriculture residues is more complex as they depend on the different crops, climate, and soil conditions (Kochsiek and Knops, 2012; Repo et al., 2012). Alternative uses of residues (bedding, use as fertilizer) need to be considered. Residues have varying collection and processing costs (in both agriculture and forestry) depending on residue quality and dispersal, with secondary residues often having the benefits of not being dispersed and having relatively constant quality. Densification and storage technologies would enable cost-effective collections over larger areas. Optimization of crop rotation for food and bioenergy output and the use of residues in biogas plants may result in higher bioenergy yields from residues without food-energy competition.

**Optimal forest harvesting** is defined as the fraction of sustainable harvest levels (often set equal to net annual increment) in forests available for wood extraction, which is additional to the projected biomass demand for producing other forest products. This includes both biomass suitable for other uses (e.g., pulp and paper production) and biomass that is not used commercially (Smeets and Faaij, 2007; Chum et al., 2011). The resource potential depends on both environmental and socio-economic factors. For example, the change in forest management and harvesting regimes due to bioenergy demand depends on forest ownership and the structure of the associated forest industry. Also, the forest productivity—and C stock—response to changes in forest management and harvesting depends on the character of the forest ecosystem, as shaped by historic forest management and events such as fires, storms, and insect outbreaks, but also on the management scheme (e.g., including replanting after harvest, soil protection, recycling of nutrients, and soil types (Jonker et al., 2013; Lamers et al., 2013). In particular, optimizing forest management for mitigation is a complex issue with many uncertainties and still subject to scientific debate. Intensive forest management activities of the early- to mid-twentieth century as well as other factors such as recovery from past overuse, have led to strong forest C sinks in many OECD regions (Pan et al., 2011; Loudermilk et al., 2013; Nabuurs et al., 2013; Erb et al., 2013). However, the capacity of these sinks is being reduced as forests approach saturation (Smith, 2005; Körner, 2006; Guldea et al., 2008; Nabuurs et al., 2013; Sections 11.2.3, 11.3.2). Active forest management, including management for bioenergy, is therefore important for sustaining the strength of the forest carbon sink well into the future (Nabuurs et al., 2007, 2013; Canadell and Raupach, 2008; Ciais et al., 2008), although countries should realize that for some old forest areas, conserving carbon stocks may be preferential, and that the actively managed forests may for some time (decades) act as sources.

**Organic wastes** include waste from households and restaurants, discarded wood products such as paper, construction, and demolition wood waste, and waste waters suitable for anaerobic biogas production (Haberl et al., 2010; Gregg and Smith, 2010). Organic waste may be dispersed and also heterogeneous in quality but the health and environmental gains from collection and proper management through



**Figure 11.21** | Production pathways to liquid and gaseous fuels from biomass and, for comparison from fossil fuels (adapted from GEA, 2012; Turkenburg et al., 2012).

combustion or anaerobic digestion can be significant. Competition with alternative uses of the wastes may limit this resource potential.

**Dedicated biomass plantations** include annual (cereals, oil, and sugar crops) and perennial plants (e.g., switchgrass, Miscanthus) and tree plantations (both coppice and single-stem plantations (e.g., willow, poplar, eucalyptus, pine; (Hoogwijk et al., 2005, 2009; Smeets et al., 2007; van Vuuren et al., 2009; Dornburg et al., 2010; Wicke et al., 2011b; Haberl et al., 2011a). The range of estimates of technical bioenergy potentials from that resource in 2050 is particularly large (< 50 to > 500 EJ/yr). Technical bioenergy potentials from dedicated biomass plantations are generally calculated by multiplying (1) the area deemed available for energy crops by (2) the yield per unit area and year (Batidzirai et al., 2012; Coelho et al., 2012). Some studies have identified a sizable technical potential (up to 100 EJ) for bioenergy production using marginal and degraded lands (e.g., saline land) that are currently not in use for food production or grazing (Nijsen et al., 2012). However, how much land is really unused and available is contested (Erb et al., 2007; Haberl et al., 2010; Coelho et al., 2012). Contrasting views on future technical bioenergy potentials from dedicated biomass plantations can be explained by differences in assumptions regarding feasible future agricultural crop yields, livestock feeding efficiency, land availability for energy crops and yields of energy crops (Dornburg et al., 2010; Batidzirai et al., 2012; Erb et al., 2012a). Most scientists agree that increases in food crop yields and higher feeding efficiencies and lower consumption of animal products results in higher technical bioenergy potential. Also, there is a large agreement that careful policies for implementation focused on land-use zoning approaches

(including nature conservation and biodiversity protection), multifunctional land use, integration of food and energy production, avoidance of detrimental livelihood impacts, e.g., on livestock grazing and subsistence farming, and consideration of equity issues, and sound management of impacts on water systems are crucial for sustainable solutions.

**Reduced traditional biomass demand.** A substantial quantity of biomass will become available for modern applications by improving the end-use efficiency of traditional biomass consumption for energy, mostly in households but also within small industries (such as charcoal kilns, brick kilns, etc.). Traditional bioenergy represents approximately 15 % of total global energy use and 80 % of current bioenergy use (≈35 EJ/yr) and helps meeting the cooking needs of ~2.6 billion people (Chum et al., 2011; IEA, 2012b). Traditional bioenergy covers several end-uses including cooking, water, and space heating, and small-industries (such as brick and pottery kilns, bakeries, and many others). Cooking is the dominant end use; it is mostly done in open fires and rudimentary stoves, with approximately 10–20 % conversion efficiency, leading to very high primary energy consumption. Advanced woodburning and biogas stoves can potentially reduce biomass fuel consumption by 60 % or more (Jetter et al., 2012) and further lower the atmospheric radiative forcing, reducing $CO_2$ emissions, and in many cases black carbon emissions, by up to 90 % (Anenberg et al., 2013). Assuming that actual savings reach on average 30–60 % of current consumption, the total bioenergy potential from reducing traditional bioenergy demand can be estimated at 8–18 EJ/yr. An unknown fraction of global traditional biomass is consumed in a non-environmentally sustainable way, leading to forest degradation and deforestation.

Detailed country studies have estimated the fraction of non-renewable biomass from traditional bioenergy use to vary widely, e.g., from 1.6 % for the Democratic Republic of Congo to 73 % for Burundi (CDM-SSC WG, 2011) with most countries in the range between 10–30 % (i.e., meaning that 70–90 % of total traditional bioenergy use is managed sustainably). Thus a fraction of the traditional biomass saved through better technology, should not be used for other energy purposes but simply not consumed to help restore the local ecosystems.

### 11.13.3   Bioenergy conversion: technologies and management practices

Numerous conversion technologies can transform biomass to heat, power, liquid, and gaseous fuels for use in the residential, industrial, transport, and power sectors (see Chum et al., 2011; GEA, 2012) for a comprehensive coverage of each alternative, and Figure 11.21 for the pathways concerning liquid and gaseous fuels). Since SRREN, the major advances in the large-scale production of bioenergy include the increasing use of hybrid biomass-fossil fuel systems. For example, current commercial coal and biomass co-combustion technologies are the lowest-cost technologies for implementing renewable energy policies, enabled by the large-scale pelletized feedstocks trade (REN21, 2013; Junginger et al., 2014). Direct biopower use is also increasing commercially on a global scale (REN21, 2013, p. 21). In fact, using biomass for electricity and heat, for example, co-firing of woody biomass with coal in the near term and large heating systems coupled with networks for district heating, and biochemical processing of waste biomass, are among the most cost-efficient and effective biomass applications for GHG emission reduction in modern pathways (Sterner and Fritsche, 2011).

Integrated gasification combined cycle (IGCC) technologies for co-production of electricity and liquid fuels from coal and biomass with higher efficiency than current commercial processes are in demonstration phase to reduce cost (Williams et al., 2011; GEA, 2012; Larson et al., 2012). Coupling of biomass and natural gas for fuels is another option for liquid fuels (Baliban et al., 2013) as the biomass gasification technology development progresses. Simulations suggest that integrated gasification facilities are technically feasible (with up to 50 % biomass input; Meerman et al., 2011), and economically attractive with a $CO_2$ price of about 66 $USD_{2010}/tCO_2$ (50 $EUR_{2010}/tCO_2$) (Meerman et al., 2012). Many gasification technology developments around the world are in pilot, demonstration, operating first commercial scale for a variety of applications (see examples in Bacovsky et al., 2013; Balan et al., 2013).

Many pathways and feedstocks (Figure 11.21) can lead to biofuels for aviation. The development of biofuel standards started and enabled testing of 50 % biofuel in jet fuel for commercial domestic and trans-atlantic flights by consortia of governments, aviation industry, and associations (IEA, 2010; REN21, 2013). Advanced 'drop in' fuels, such as iso-butanol, synthetic aviation kerosene from biomass gasification

or upgrading of pyrolysis liquids, can be derived through a number of possible conversion routes such as hydro treatment of vegetable oils, iso-butanol, and Fischer-Tropsch synthesis from gasification of biomass (Hamelinck and Faaij, 2006; Bacovsky et al., 2010; Meerman et al., 2011, 2012; Rosillo-Calle et al., 2012); see also Chapter 8). In specific cases, powering electric cars with electricity from biomass has higher land-use efficiency and lower global-warming potential (GWP) effects than the usage of bioethanol from biofuel crops for road transport across a range of feedstocks, conversion technologies, and vehicle classes (Campbell et al., 2009; Schmidt et al., 2011)[13], though costs are likely to remain prohibitive for considerable time (van Vliet et al., 2011a; b; Schmidt et al., 2011).

The number of routes from biomass to a broad range of biofuels, shown in Figure 11.21, includes hydrocarbons connecting today's fossil fuels industry in familiar thermal/catalytic routes such as gasification (Williams et al., 2011; Larson et al., 2012) and pyrolysis (Brown et al., 2011; Bridgwater, 2012; Elliott, 2013; Meier et al., 2013). In addition, advances in genomic technology, the emphasis in systems approach, and the integration between engineering, physics, chemistry, and biology bring together many new approaches to biomass conversion (Liao and Messing, 2012) such as (1) biomolecular engineering (Li et al., 2010; Favaro et al., 2012; Peralta-Yahya et al., 2012; Lee et al., 2013; Yoon et al., 2013); (2) deconstruction of lignocellulosic biomass through combinations of mild thermal and biochemical routes in multiple sequential or consolidated steps using similar biomolecular engineering tools (Rubin, 2008; Chundawat et al., 2011; Beckham et al., 2012; Olson et al., 2012; Tracy et al., 2012; Saddler and Kumar, 2013; Kataeva et al., 2013); and (3) advances in (bio)catalysis and basic understanding of the synthesis of cellulose are leading to routes for many fuels and chemicals under mild conditions (Serrano-Ruiz et al., 2010; Carpita, 2012; Shen et al., 2013; Triantafyllidis et al., 2013; Yoon et al., 2013). Fundamental understanding of biofuel production increased for microbial genomes by forward engineering of cyanobacteria, microalgae, aiming to arrive at minimum genomes for synthesis of biofuels or chemicals (Chen and Blankenship, 2011; Eckert et al., 2012; Ungerer et al., 2012; Jones and Mayfield, 2012; Kontur et al., 2012; Lee et al., 2013).

Bioenergy coupled with CCS (Spath and Mann, 2004; Liu et al., 2010) is seen as an option to mitigate climate change through negative emissions if CCS can be successfully deployed (Cao and Caldeira 2010; Lenton and Vaughan 2009). BECCS features prominently in long-run mitigation scenarios (Sections 6.3.2 and 6.3.5) for two reasons: (1) The potential for negative emissions may allow shifting emissions in time; and (2) in scenarios, negative emissions from BECCS compensate for residual emissions in other sectors (most importantly transport) in the second half of the 21st century. As illustrated in Figure 11.22, BECCS is markedly different than fossil CCS because it not only reduces $CO_2$ emissions by storing C in long-term geological sinks, but it continu-

---

[13]   Biomass can be used for electric transport and biofuels within one pathway (Macedo et al., 2008)



**Figure 11.22 |** Illustration of the sum of $CO_2eq$ $(GWP_{100})$* emissions from the process chain of alternative transport and power generation technologies both with and without CCS. (*Differences in C-density between forest biomass and switchgrass are taken into account but not calorific values (balance-of-plant data are for switchgrass, ref. Larson et al., 2012). Specific emissions vary with biomass feedstock and conversion technology combinations, as well as lifecycle GHG calculation boundaries. For policy relevant purposes, counterfactual and market-mediated aspects (e.g., iLUC), changes in soil organic carbon, or changes in surface albedo need also to be considered, possibly leading to significantly different outcomes, quantitatively (Section 11.13.4, Figures 11.23 and 11.24). Unit: $gCO_2eq/MJ_{fl}$ (left y-axis, electricity); $gCO_2eq/MJ$ combusted (right y-axis, transport fuels). Direct $CO_2$ emissions from energy conversion ('vented' and 'stored') are adapted from the mean values in Tables 12.7, 12.8, and 12.15 of ref. [1], which are based on the work of refs. [2, 3], and characterized with the emission metrics in ref. [4]. Impacts upstream in the supply chain associated with feedstock procurement (i.e., sum of GHGs from mining/cultivation, transport, etc.) are adapted from refs. [5, 6] and Figure 11.23 (median values).

[1]Larson, et al. (2012); [2]Woods, et al., (2007) ; [3]Liu et al. (2010); [4]Guest et al. (2013); [5]Turconi et al. (2013); [6]Jaramillo et al. (2008)

Notes:
*    Global Warming Potential over 100 years. See Glossary and Section 1.2.5.

ally sequesters $CO_2$ from the air through regeneration of the biomass resource feedstock.

BECCS deployment is in the development and exploration stages. The most relevant BECCS project is the 'Illinois Basin—Decatur Project' that is projected to inject 1 $MtCO_2$/yr (Gollakota and McDonald, 2012; Senel and Chugunov, 2013). In the United States, two ethanol fuel production by fermentation facilities are currently integrated commercially with carbon dioxide capture, pipeline transport, and use in enhanced oil recovery in nearby facilities at a rate of about 0.2 $MtCO_2$/yr (DiPietro et al., 2012). Altogether, there are 16 global BECCS projects in exploration stage (Karlsson and Byström, 2011).

Critical to overall $CO_2$ storage is the realization of a lignocellulosic biomass supply infrastructure for large-scale commodity feedstock production and efficient advanced conversion technologies at scale; both benefit from cost reductions and technological learning as does the integrated system with CCS, with financial and institutional conditions that minimize the risks of investment and facilitate dissemination (Eranki and Dale, 2011; IEA, 2012c, 2013). Integrated analysis is needed to capture system and knock-on effects for bioenergy potentials. A nascent feedstock infrastructure for densified biomass trading globally could indicate decreased pressure on the need for closely co-located storage and production (IEA, 2011; Junginger et al., 2014).

The overall technical potential is estimated to be around 10 $GtCO_2$ storage per year for both Integrated Gasification Combined Cycle (IGCC)-CCS co-firing (IGCC with co-gasification of biomass), and Biomass Integrated Gasification Combined Cycle (BIGCC)-CCS dedicated, and around 6 $GtCO_2$ storage for biodiesel based on gasification and Fischer-Tropsch synthesis (FT diesel), and 2.7 $GtCO_2$ for biomethane production (Koornneef et al., 2012, 2013). Another study estimates the potential capacity (similar to technical potential) to be between 2.4 and 10 $GtCO_2$ per year for 2030—2050 (McLaren, 2012). The economic potential, at a $CO_2$ price of around 70 USD/t is estimated to be around 3.3 $GtCO_2$, 3.5 $GtCO_2$, 3.1 $GtCO_2$ and 0.8 $GtCO_2$ in the corresponding four cases, judged to be those with highest economic potential (Koornneef et al., 2012, 2013). Potentials are assessed on a route-by-route basis and cannot simply be added, as they may compete and substitute each other. Practical figures might be not much higher than 2.4 $GtCO_2$ per year at 70—250 USD/$tCO_2$ (McLaren, 2012). Altogether, until 2050, the economic potential is anywhere between 2—10 $GtCO_2$ per year. Some climate stabilization scenarios see considerable higher deployment towards the end of the century, even in some 580—650 ppm scenarios, operating under different time scales, socioeconomic assumptions, technology portfolios, $CO_2$ prices, and interpreting BECCS as part of an overall mitigation framework (e.g., Rose et al., 2012; Kriegler et al., 2013; Tavoni and Socolow, 2013).

Possible climate risks of BECCS relate to reduction of land carbon stock, feasible scales of biomass production and increased $N_2O$ emissions, and potential leakage of $CO_2$, which has been stored in deep geologic reservoirs (Rhodes and Keith, 2008). The assumptions of sufficient spatially appropriate CCS capture, pipeline, and storage infrastructure are uncertain. The literature highlights that BECCS as well as CCS deployment is dependent on strong financial incentives, as they are not cost competitive otherwise (Sections 7.5.5; 7.6.4; 7.9; 7.12).

Figure 11.22 illustrates some GHG effects associated with BECCS pathways. Tradeoffs between $CO_2$ capture rate and feedstock conversion efficiency are possible. Depicted are pathways with the highest removal rate but not necessarily with the highest feedstock conversion rate. Among all BECCS pathways, those based on integrated gasification combined cycle produce most significant geologic storage potential from biomass, alone (shown in Figure 11.23, electricity) or coupled with coal. Fischer-Tropsch diesel fuel production with biomass as feedstock and CCS attached to plant facilities could enable BECCS for transport; uncertainties in input factors, and output metrics warrant further research (van Vliet et al., 2009). Fischer-Tropsch diesel would also allow net removal but at lower rates than BIGCC.

Economics of scale in power plant size are crucial to improve economic viability of envisaged BECCS projects. Increasing power plant size requires higher logistic challenges in delivering biomass.

Scales of 4,000 to 10,000 Mg/day needed for > 600 MW power plants could become feasible as the biomass feedstock supply logistic development with manageable logistic costs if biomass is derived from high-yield monocrops; logistical costs are more challenging when biomass is derived from residues (e.g., Argo et al., 2013; Junginger et al., 2014). Large-scale biomass production with flexible integrated polygeneration facilities for fuels and/or power can improve the techno-economic performance, currently above market prices to become more economically competitive over time (Meerman et al., 2011). In the future, increased operating experience of BECCS IGCC-CCS through technological improvements and learning could enable carbon neutral electricity and, in combination with CCS, could result in net removal of $CO_2$ (Figure 11.22). BECCS is among the lowest cost CCS options for a number of key industrial sectors (Meerman et al., 2013). It should be noted that primary empiric cost and performance data for dedicated bioenergy plants are not yet available and needed for comprehensively assessing BECCS. The current status of CCS and on-going research issues are discussed in Sections 7.5.5 and 7.6.4. Social concerns constitute a major barrier for implement demonstration and deployment projects.

Integrated bio-refineries continue to be developed; for instance, 10 % of the ethanol or corresponding sugar stream goes into bio-products in Brazil (REN21, 2012) including making ethylene for polymers (IEA-ETSAP and IRENA, 2013). Multi product bio-refineries could produce a wider variety of co-products to enhance the economics of the overall process, facilitating learning in the new industry (IEA, 2011); Lifecycle Analyses (LCAs) for these systems are complex (Pawelzik et al., 2013).



**Figure 11.23 |** Direct $CO_2$eq ($GWP_{100}$) emissions from the process chain or land-use disturbances of major bioenergy product systems, not including impacts from LUC (see Figure 11.24). The interpretation of values depends also on baseline assumption about the land carbon sink when appropriate and the intertemporal accounting frame chosen, and should also consider information from Figure 11.24. The lower and upper bounds of the bars represent the minimum and the maximum value reported in the literature. Whenever possible, peer-reviewed scientific literature published post SRREN is used (but results are comparable). Note that narrow ranges may be an artefact of the number of studies for a given case. Results are disaggregated in a manner showing the impact of *Feedstock* production (in gCO₂eq/MJ lower heating value (LHV) of feedstock) and the contributions from end product/conversion technology. Results from conversion into final energy products *Heat*, *Power*, and *Transport* fuels include the contribution from *Feedstock* production and are shown in gCO₂eq/MJ of final product. For some pathways, additional site-specific climate forcing agents apply and are presented as separate values to be added or subtracted from the value indicated by the median in the *Feedstock* bar (dark grey). Final products are also affected by these factors, but this is not displayed here. References: Corn 1–7; Oil crops 1, 8, 8–12; Crop residues 1, 4, 13–24; Sugarcane 2, 3, 5, 6, 25–27; Palm Oil 2, 3, 10, 28–31; Perennial grasses 1, 3, 11, 18, 22, 32–40; Short Rotation Woody Crops 1, 3, 6, 12, 22, 33, 35, 37, 38, 41–53; Forestry 5, 6, 38, 49, 54–66; Biogas, open storage 67–69; Biogas, closed storage 69–71; Waste cooking oil: 22, 72–74. Note that the biofuels technologies for transport from lignocellulosic feedstocks, short rotation woody crops, and crop residues, including collection and delivery, are developing so larger ranges are expected than for more mature commercial technologies such as sugarcane ethanol and waste cooking oil (WCO) biodiesel. The biogas electricity bar represents scenarios using LCAs to explore treating mixtures of a variety of lignocellulosic feedstocks (e.g., ensiled grain or agricultural residues or perennial grasses) with more easily biodegradable wastes (e.g., from animal husbandry), to optimize multiple outputs. Some of the scenarios assume CH₄ leakage, which leads to very high lifecycle emissions.

[1]Gelfand et al. (2013); [2]Nemecek et al. (2012); [3]Hoefnagels et al. (2010); [4]Kaufman et al. (2010); [5]Cherubini et al. (2009); [6] Cherubini (2012); [7]Wang et al. (2011b); [8]Milazzo et al. (2013); [9]Goglio et al. (2012); [10]Stratton et al. (2011); [11]Fazio and Monti (2011); [12]Börjesson and Tufvesson (2011); [13]Cherubini and Ulgiati (2010); [14]Li et al. (2012); [15]Luo et al. (2009); [16]Gabrielle and Gagnaire (2008); [17]Smith et al. (2012b); [18]Anderson-Teixeira et al. (2009); [19]Nguyen et al. (2013); [20]Searcy and Flynn (2008); [21]Giuntoli et al. (2013); [22]Whitaker et al. (2010); [23]Wang et al. (2013a); [24]Patrizi et al. (2013); [25]Souza et al. (2012a); [26]Seabra et al. (2011); [27]Walter et al. (2011); [28]Choo et al. (2011); [29]Harsono et al. (2012); [30]Siangjaeo et al. (2011); [31]Silalertruksa and Gheewala (2012); [32]Smeets et al. (2009b); [33]Tiwary and Colls (2010); [34]Wilson et al. (2011); [35]Brandão et al. (2011); [36]Cherubini and Jungmeier (2010); [37]Don et al. (2012); [38]Pucker et al. (2012); [39]Monti et al. (2012); [40]Bai et al. (2011); [41]Bacenetti et al. (2012); [42]Budsberg et al. (2012); [43]González-García et al. (2012a); [44]González-García (2012b) ; [45]Stephenson et al. (2010); [46]Hennig and Gawor (2012);[47]Buonocore et al. (2012); [48]Gabrielle et al. (2013); [49]Dias and Arroja (2012); [50]González-García et al. (2012b); [51]Roedl (2010); [52]Djomo et al. (2011); [53]Njakou Djomo et al. (2011); [54]McKechnie et al. (2011); [55]Pa et al. (2012); [56]Puettmann et al. (2010); [57]Guest et al. (2011); [58]Valente et al. (2011); [59]Whittaker et al. (2011); [60]Bright and Strømman (2009); [61]Felder and Dones (2007); [62]Solli et al. (2009); [63]Lindholm et al. (2011); [64]Mallia and Lewis (2013); [65]Bright et al. (2010); [66]Bright and Strømman (2010); [67]Rehl et al. (2012); [68]Blengini et al. (2011); [69]Boulamanti et al. (2013); [70]Lansche and Müller (2012); [71]De Meester et al. (2012); [72]Sunde et al. (2011); [73]Thamsiriroj and Murphy (2011); [74]Talens Peiró et al. (2010)

There are alternatives to land-based bioenergy. Microalgae, for example, offer a high-end technical potential. However, it might be compromised by water supply, if produced in arid land, or by impacts on ocean ecosystems. To make microalgae cost competitive, maximizing algal lipid content (and then maximizing growth rate) requires technological breakthroughs (Davis et al., 2011a; Sun et al., 2011; Jonker and Faaij, 2013). The market potential depends on the co-use of products for food, fodder, higher value products, and fuel markets (Chum et al., 2011).

Similarly, lignocellulosic feedstocks produced from waste or residues, or grown on land unsupportive of food production (e.g., contaminated land for remediation as in previously mined land) have been suggested to reduce socio-environmental impact. In addition, lignocellulosic feedstocks can be bred specifically for energy purposes, and can be harvested by coupling collection and pre-processing (densification and others) in depots prior to final conversion, which could enable delivery of more uniform feedstocks throughout the year (Eranki and Dale, 2011; U.S. DOE, 2011; Argo et al., 2013).

Various conversion pathways are in research and development (R&D), near commercialization, or in early deployment stages in several countries (see Section 2.6.3 in Chum et al., 2011). More productive land is also more economically attractive for cellulosic feedstocks, in which case competition with food production is more likely. Depending on the feedstock, conversion process, prior land use, and land demand, lignocellulosic bioenergy can be associated with high or low GHG emissions (e.g., Davis et al., 2011b). Improving agricultural lands and reducing non-point pollution emissions to watersheds remediate nitrogen run off and increase overall ecosystems' health (Van Dam et al., 2009a; b; Gopalakrishnan et al., 2012). Also regeneration of saline lands by salt-tolerant tree and grass species can have a large potential on global scale as demonstrated by Wicke et al. (2011).

A range of agro-ecological options to improve agricultural practices such as no/low tillage conservation, agroforestry, etc., have potential to increase yields (e.g., in sub-Saharan Africa), while also providing a range of co-benefits such as increased soil organic matter. Such options require a much lower level of investment and inputs and are thus more readily applicable in developing countries, while also holding a low risk of increased GHG emissions (Keating et al., 2013).

Substantial progress has also been achieved in the last four years in small-scale bioenergy applications in the areas of technology innovation, impact evaluation and monitoring, and in large-scale implementation programmes. For example, advanced combustion biomass cookstoves, which reduce fuel use by more than 60% and hazardous pollutant as well as short-lived climate pollutants by up to 90%, are now in the last demonstration stages or commercial (Kar et al., 2012; Anenberg et al., 2013). Innovative designs include micro-gasifiers, stoves with thermoelectric generators to improve combustion efficiency and provide electricity to charge LED lamps while cooking, stoves with advanced combustion chamber designs, and multi-use stoves (e.g.,

cooking and water heating for bathing (Ürge-Vorsatz et al., 2012; Anenberg et al., 2013). Biogas stoves, in addition to providing clean combustion, help reduce the health risks associated with the disposal of organic wastes. There has also been a boost in cookstove dissemination efforts ranging from regional (multi-country) initiatives (Wang et al., 2013b) to national, and project-level interventions. In total, more than 200 large-scale cookstove projects are in place worldwide, with several million efficient cookstoves installed each year (Cordes, 2011). A Global Alliance for Clean Cookstoves has been launched that is promoting the adoption of 100 million clean and efficient cookstoves per year by 2030 and several countries have launched National Cookstove Programs in recent years (e.g., Mexico, Peru, Honduras, and others). Many cookstove models are now manufactured in large-scale industrial facilities using state-of-the-art materials and combustion design technology. Significant efforts are also in place to develop international standards and regional stove testing facilities. In addition to providing tangible local health and other sustainable benefits, replacing traditional open fires with efficient biomass cookstoves has a global mitigation potential estimated to be between 0.6 and 2.4 $GtCO_2eq/yr$ (Ürge-Vorsatz et al., 2012).

Small-scale decentralized biomass power generation systems based on biomass combustion and gasification and biogas production systems have the potential to meet the electricity needs of rural communities in the developing countries. The biomass feedstocks for these small-scale systems could come from residues of crops and forests, wastes from livestock production, and/or from small-scale energy plantations (Faaij, 2006).

### 11.13.4   GHG emission estimates of bioenergy production systems

The combustion of biomass generates gross GHG emissions roughly equivalent to the combustion of fossil fuels. If bioenergy production is to generate a net reduction in emissions, it must do so by offsetting those emissions through increased net carbon uptake of biota and soils. The appropriate comparison is then between the net biosphere flux in the absence of bioenergy compared to the net biosphere flux in the presence of bioenergy production. Direct and indirect effects need to be considered in calculating these fluxes.

Bioenergy systems directly influence local and global climate through (i) GHG emissions from fossil fuels associated with biomass production, harvest, transport, and conversion to secondary energy carriers (von Blottnitz and Curran, 2007; van der Voet et al., 2010); (ii) $CO_2$ and other GHG emissions from biomass or biofuel combustion (Cherubini et al., 2011); (iii) atmosphere-ecosystem exchanges of $CO_2$ following land disturbance (Berndes et al., 2013; Haberl, 2013); (iv) climate forcing resulting from emissions of short-lived GHGs like black carbon and other chemically active gases ($NO_x$, CO, etc.) (Tsao et al., 2012; Jetter et al., 2012); (v) climate forcing resulting from alteration of biophysical properties of the land surface affecting the surface energy balance



**Figure 11.24 |** Estimates of GHG$_{LUC}$ emissions—GHG emissions from biofuel production-induced LUC (as gCO$_2$eq/MJ$_{fuel\ produced}$) over a 30-year time horizon organized by fuel(s), feedstock, and study. Assessment methods, LUC estimate types and uncertainty metrics are portrayed to demonstrate the diversity in approaches and differences in results within and across any given category. Points labeled 'a' on the Y-axis represent a commonly used estimate of lifecycle GHG emissions associated with the direct supply chain of petroleum gasoline (frame A) and diesel (frame B). These emissions are not directly comparable to GHG$_{LUC}$ because the emission sources considered are different, but are potentially of interest for scaling comparison. Based on Warner et al. (2013). Please note: These estimates of global LUC are highly uncertain, unobservable, unverifiable, and dependent on assumed policy, economic contexts, and inputs used in the modelling. All entries are not equally valid nor do they attempt to measure the same metric despite the use of similar naming conventions (e.g., iLUC). In addition, many different approaches to estimating GHG$_{LUC}$ have been used. Therefore, each paper has its own interpretation and any comparisons should be made only after careful consideration. *CO$_2$eq includes studies both with and without CH$_4$ and N$_2$O accounting.

(e.g., from changes in surface albedo, heat and water fluxes, surface roughness, etc.; (Bonan, 2008; West et al., 2010a; Pielke Sr. et al., 2011); and (vi) GHGs from land management and perturbations to soil biogeochemistry, e.g., N$_2$O from fertilizers, CH$_4$, etc. (Cai, 2001; Allen et al., 2009). Indirect effects include the partial or complete substitution of fossil fuels and the indirect transformation of land use by equilibrium effects. Hence, the total climate forcing of bioenergy depends on feedstock, site-specific climate and ecosystems, management conditions, production pathways, end use, and on the interdependencies with energy and land markets.

In contrast, bioenergy systems have often been assessed (e.g., in LCA studies, integrated models, policy directives, etc.) under the assumption that the CO$_2$ emitted from biomass combustion is climate neutral[14] because the carbon that was previously sequestered from the atmosphere will be re-sequestered if the bioenergy system is managed sustainably (Chum et al., 2011; Creutzig et al., 2012a; b). The shortcomings of this assumption have been extensively discussed in environmental impact studies and emission accounting mechanisms (Searchinger et al., 2009; Searchinger, 2010; Cherubini et al., 2011; Haberl, 2013).

Studies also call for a consistent and case-specific carbon stock/flux change accounting that integrates the biomass system with the global carbon cycle (Mackey et al., 2013). As shown in Chapter 8 of WGI (Myhre and Shindell, 2013) and (Plattner et al., 2009; Fuglestvedt et al., 2010), the climate impacts can be quantified at different points along a cause-effect chain, from emissions to changes in temperature and sea level rise. While a simple sum of the net CO$_2$ fluxes over time can inform about the skewed time distribution between sources and sinks ('C debt'; Marland and Schlamadinger, 1995; Fargione et al., 2008; Bernier and Paré, 2013), understanding the climate implication as it relates to policy targets (e.g., limiting warming to 2 °C) requires models and/or metrics that also include temperature effects and climate consequence (Smith et al., 2012c; Tanaka et al., 2013). While the warming from fossil fuels is nearly permanent as it persists for thousands of years, direct impacts from renewable bioenergy systems cause a perturbation in global temperature that is temporary and even at

times cooling if terrestrial carbon stocks are not depleted (House et al., 2002; Cherubini et al., 2013; Joos et al., 2013; Mackey et al., 2013). The direct, physical climate effects at various end-points need to be fully understood and characterized—despite the measurement challenges that some climate forcing mechanisms can entail (West et al., 2010b; Anderson-Teixeira et al., 2012), and coherently embedded in mitigation policy scenarios along with the possible counterfactual effects. For example, in the specific case of existing forests that may continue to grow if not used for bioenergy, some studies employing counterfactual baselines show that forest bioenergy systems can temporarily have higher cumulative CO$_2$ emissions than a fossil reference system (for a time period ranging from a few decades up to several centuries; (Repo et al., 2011; Mitchell et al., 2012; Pingoud et al., 2012; Bernier and Paré, 2013; Guest et al., 2013; Helin et al., 2013; Holtsmark, 2013).

In some cases, cooling contributions from changes in surface albedo can mitigate or offset these effects (Arora and Montenegro, 2011; O'Halloran et al., 2012; Anderson-Teixeira et al., 2012; Hallgren et al., 2013).

Accounting always depends on the time horizon adopted when assessing climate change impacts, and the assumed baseline, and hence includes value judgements (Schwietzke et al., 2011; Cherubini et al., 2013; Kløverpris and Mueller, 2013).

Two specific contributions to the climate forcing of bioenergy, not addressed in detail in SRREN include N$_2$O and biogeophysical factors.

**Nitrous oxide emissions:** For first-generation crop-based biofuels, as with food crops (see Chapter 11), emissions of N$_2$O from agricultural soils is the single largest contributor to direct lifecycle GHG emissions, and one of the largest contributors across many biofuel production cycles (Smeets et al., 2009a; Hsu et al., 2010). Emission rates can vary by as much as 700 % between different crop types for the same site, fertilization rate, and measurement period (Kaiser and Ruser, 2000; Don et al., 2012; Yang et al., 2012). Increased estimates of N$_2$O emissions alone can convert some biofuel systems from apparent net sinks to net sources (Crutzen et al., 2007; Smith et al., 2012c). Improvements in nitrogen use efficiency and nitrogen inhibitors can substantially reduce emissions of N$_2$O (Robertson and Vitousek, 2009). For some specific crops, such as sugarcane, N$_2$O emissions can be low (Macedo et al., 2008; Seabra et al., 2011) or high (Lisboa et al., 2011). Other bioenergy crops require minimal or zero N fertilization and can reduce GHG emissions relative to the former land use where they replace conventional food crops (Clair et al., 2008).

---

14  The neutrality perception is linked to a misunderstanding of the guidelines for GHG inventories, e.g., IPCC—Land Use, Land-Use Change and Forestry (2000) states "Biomass fuels are included in the national energy and carbon dioxide emissions accounts for informational purposes only. Within the energy module bicmass consumption is assumed to equal its regrowth. Any departures from this hypothesis are counted within the Land Use Change and Forestry Model." Carbon neutrality is valid if the countries account for LUC in their inventories for self-produced bioenergy.

**Biogeophysical factors:** Land cover changes or land-use disturbances of the surface energy balance, such as surface albedo, surface roughness, and evapotranspiration influence the climate system (Betts, 2001; Marland et al., 2003; Betts et al., 2007; Bonan, 2008; Jackson et al., 2008; Mahmood et al., 2013). Perturbations to these can lead to both direct and indirect climate forcings whose impacts can differ in spatial extent (global and/or local) (Bala et al., 2007; Davin et al., 2007). Surface albedo is found to be the dominant direct biogeophysical climate impact mechanism linked to land cover change at the global scale, especially in areas with seasonal snow cover (Claussen et al., 2001; Bathiany et al., 2010), with radiative forcing effects possibly stronger than those of the co-occuring C-cycle changes (Randerson et al., 2006; Lohila et al., 2010; Bright et al., 2011; Cherubini et al., 2012; O'Halloran et al., 2012). Land cover changes can also affect other biogeophysical factors like evapotranspiration and surface roughness, which can have important local (Loarie et al., 2011; Georgescu et al., 2011) and global climatic consequences (Bala et al., 2007; Swann et al., 2010, 2011). Biogeophysical climate impacts from changes in land use are site-specific and show variations in magnitude across different geographic regions and biomes (Bonan, 2008; Anderson, 2010; Pielke Sr. et al., 2011; Anderson-Teixeira et al., 2012). Biogeophysical impacts should be considered in climate impact assessments and in the design of land-use policies to adequately assess the net impacts of land-use mitigation options (Jackson et al., 2008; Betts, 2011; Arora and Montenegro, 2011) as their size may be comparable to impacts from changes to the C cycle.

Figure 11.23 illustrates the range of lifecycle global direct climate impact (in g $CO_2$ equivalents per MJ, after characterization with GWP time horizon=100 years) attributed to major global bioenergy products reported in the peer-reviewed literature after 2010. Results are broadly comparable to those of Chapter 2 in SRREN (Figures 2.10 and 2.11 in SRREN; Chum et al., 2011) Those figures displayed negative emissions, resulting from crediting emission reduction due to substitution effects. This appendix refrains from allocating credits to feedstocks to avoid double accounting.

Significant variation in the results reflects the wide range of conversion technologies and the reported performances in addition to analyst assumptions affecting system boundary completeness, emission inventory completeness, and choice of allocation method (among others). Additional 'site-specific' land-use considerations such as changes in soil organic carbon stocks ($\Delta$SOC), changes in surface albedo ($\Delta$albedo), and the skewed time distribution of terrestrial biogenic $CO_2$ fluxes can either reduce or compound land-use impacts and are presented to exemplify that, for some bioenergy systems, these impacts can be greater in magnitude than lifecycle impacts from feedstock cultivation and bioenergy product conversion. 'Site-specific' land-use considerations are geographically explicit and highly sensitive to background climate conditions, soil properties, biomass yields, and land management regimes. The figure reveals that studies find very different values

depending on the boundaries of analysis chosen, site-specific effects, and management methods. Nonetheless, it is clear that fuels from sugarcane, perennial grasses, crop residues, and waste cooking oil are more beneficial than other fuels (LUC emissions can still be relevant, see Figure 11.23). Another important result is that albedo effects and site-specific $CO_2$ fluxes are highly variable for different forest systems and environmental conditions and determine the total climate forcing of bioenergy from forestry.

**Direct and indirect land-use change:** Direct land-use change occurs when bioenergy crops displace other crops or pastures or forests, while iLUC results from bioenergy deployment triggering the conversion to cropland of lands, somewhere on the globe, to replace some portion of the displaced crops (Searchinger et al., 2008; Kløverpris et al., 2008; Delucchi, 2010; Hertel et al., 2010). Direct LUC to establish biomass cropping systems can increase the net GHG emissions, for example, if carbon-rich ecosystems such as wetlands, forests, or natural grasslands are brought into cultivation (Gibbs et al., 2008; UNEP, 2009, p. 2009; Chum et al., 2011). Biospheric C losses associated with LUC from some bioenergy schemes can be, in some cases, more than hundred times larger than the annual GHG savings from the assumed fossil fuel replacement (Gibbs et al., 2008; Chum et al., 2011). Impacts have been shown to be significantly reduced when a dynamic baseline includes future trends in global agricultural land use (Kløverpris and Mueller, 2013). Albeit at lower magnitude, beneficial LUC effects can also be observed, for example, when some semi-perennial crops, perennial grasses or woody plants replace annual crops grown with high fertilizer levels, or where such plants are produced on lands with carbon-poor soils (Tilman et al., 2006; Harper et al., 2010; Sterner and Fritsche, 2011; Sochacki et al., 2012). In particular, Miscanthus improves soil organic carbon reducing overall GHG emissions (Brandão et al., 2011); degraded USA Midwest land for economic agriculture, over a 20-year period, shows successional perennial crops without the initial carbon debt and indirect land-use costs associated with food-based biofuels (Gelfand et al., 2013). Palm oil, when grown on more marginal grasslands, can deliver a good GHG balance and net carbon storage in soil (Wicke et al., 2008). Such lands represent a substantial potential for palm oil expansion in Indonesia without deforestation and draining peat lands (Wicke et al., 2011a).

In long-term rotation forests, the increased removal of biomass for bioenergy may be beneficial or not depending on the site-specific forest conditions (Cherubini et al., 2012b). For long-term rotation biomass, the carbon debt (increased cumulative $CO_2$ emissions for a duration in the order of a rotation cycle or longer) becomes increasingly important (Schlamadinger and Marland, 1996; Marland and Schlamadinger, 1997; Fargione et al., 2008; McKechnie et al., 2011; Hudiburg et al., 2011). Calculations of specific GHG emissions from long-term rotation forests need to account for the foregone $CO_2$-accumulation (Searchinger, 2010; Holtsmark, 2012; Pingoud et al., 2012; Haberl et al., 2012).

If part of a larger forest is used as a feedstock for bioenergy while the overall forest carbon stock increases (the so-called landscape perspective), then the overall mitigation effects are positive, in particular over several harvesting cycles making use of the faster carbon sequestration rates of younger forests (Daigneault et al., 2012; Ximenes et al., 2012; Lamers and Junginger, 2013; Latta et al., 2013). Nabuurs et al. (2013) observe first signs of a carbon sink saturation in European forest biomass and suggest to focus less on the forest biomass sink strength but to consider a mitigation strategy that maximizes the sum of all the possible components: (1) carbon sequestration in forest biomass; (2) soil and wood products; and (3) the effects of material and energy substitution of woody biomass. In general, the use of easily decomposable residues and wastes for bioenergy can produce GHG benefits (Zanchi et al., 2012), similarly to increasing the biomass outtake from forests affected by high mortality rates (Lamers et al., 2013), whereas the removal of slowly decomposing residues reduces soil carbon accumulation at a site and results in net emissions (Repo et al., 2011). The anticipation of future bioenergy markets may promote optimized forest management practices or afforestation of marginal land areas to establish managed plantations, thus contributing to increased forest carbon stocks (Sedjo and Tian, 2012). Rather than leading to wide-scale loss of forest lands, growing markets for tree products can provide incentives for maintaining or increasing forest stocks and land covers, and improving forest health through management (Eisenbies et al., 2009; Dale et al., 2013). If managed to maximize $CO_2$ storage rate over the long-term, long-term rotation forests offer low-cost mitigation options, in particular, when woody products keep carbon within the human-built environment over long time-scales (e.g., wood substituting for steel joist; (Lippke et al., 2011).

Indirect land-use change is difficult to ascertain because the magnitude of these effects must be modelled (Nassar et al., 2011) raising important questions about model validity and uncertainty (Liska and Perrin, 2009; Plevin et al., 2010; Khanna et al., 2011; Gawel and Ludwig, 2011; Wicke et al., 2012) and policy implications (DeCicco, 2013; Finkbeiner, 2013; Plevin et al., 2013). Available model-based studies have consistently found positive and, in some cases, high emissions from LUC and iLUC, mostly of first-generation biofuels (Figure 11.23), albeit with high variability and uncertainty in results (Hertel et al., 2010; Taheripour et al., 2011; Dumortier et al., 2011; Havlík et al., 2011; Chen et al., 2012; Timilsina et al., 2012; Warner et al., 2014). Causes of the great uncertainty include: incomplete knowledge on global economic dynamics (trade patterns, land-use productivity, diets, use of by-products, fuel prices, and elasticities); selection of specific policies modelled; and the treatment of emissions over time (O'Hare et al., 2009; Khanna et al., 2011; Wicke et al., 2012). In addition, LUC modelling philosophies and model structures and features (e.g., dynamic vs. static model) differ among studies. Variations in estimated GHG emissions from biofuel-induced LUC are also driven by differences in scenarios assessed, varying assumptions, inconsistent definitions across models (e.g., LUC, land type), specific selection of reference sce-

narios against which (marginal) LUC is quantified, and disparities in data availability and quality. The general lack of thorough sensitivity and uncertainty analysis hampers the evaluation of plausible ranges of estimates of GHG emissions from LUC.

Wicke et al. (2012) identified the need to incorporate the impacts of iLUC prevention or mitigation strategies in future modelling efforts, including the impact of zoning and protection of carbon stocks, selective sourcing from low risk-areas, policies and investments to improve agricultural productivity, double cropping, agroforestry schemes, and the (improved) use of degraded and marginal lands (see Box 7.1). Indirect land-use change is mostly avoided in the modelled mitigation pathways in Chapter 6. The relatively limited fuel coverage in the literature precludes a complete set of direct comparisons across alternative and conventional fuels sought by regulatory bodies and researchers.

GHG emissions from LUC can be reduced, for instance through production of bioenergy co-products that displace additional feedstock requirements, thus decreasing the net area needed (e.g., for corn, Wang et al., 2011a; for wheat, Berndes et al., 2011). Proper management of livestock and agriculture can lead to improved resource efficiency, lower GHG emissions, and lower land use while releasing land for bioenergy production as demonstrated for Europe (de Wit et al., 2013) and Mozambique (van der Hilst et al., 2012b). For land transport, cellulosic biomass, such as Miscanthus, has been suggested as a relatively low-carbon source for bioethanol that could be produced at scale, but only if iLUC can be avoided by not displacing food and other commodities and if comprehensive national land management strategies are developed (e.g., Dornburg et al., 2010; Scown et al., 2012). Negative iLUC values are theoretically possible (RFA, 2008). Producing biofuels from wastes and sustainably harvested residues, and replacing first-generation biofuel feedstocks with lignocellulosic crops (e.g., grasses) would induce little or no iLUC (Davis et al., 2011b; Scown et al., 2012). While iLUC quantifications remain uncertain, lower agricultural yields, land-intensive diets, and livestock feeding efficiencies, stronger climate impacts and higher energy crop production levels can result in higher LUC-related GHG emissions. Strong global and regional governance (forest protection, zoning), technological change in agriculture and biobased options, and high-yield bioenergy crops and use of residues and degraded land (if available) could all reduce iLUC (Van Dam et al., 2009a; b; Wicke et al., 2009; Fischer et al., 2010; de Wit et al., 2011, 2013; van der Hilst et al., 2012a; Rose et al., 2013). As with any other renewable fuel, bioenergy can replace or complement fossil fuel. The fossil fuel replacement effect, relevant when a global cap on $CO_2$ emissions is absent, is discussed in Chapter 8.7. Indirect effects are not restricted to indirect GHG effects of production of biomass in agricultural systems; there are also indirect (market-mediated) effects of wood energy, but also effects in terms of biodiversity threats, environmental degradation, and external social costs, which are not considered here.

### 11.13.5 Aggregate future potential deployment in integrated models

In SRREN scenarios (IPCC, 2011), bioenergy is projected to contribute 80–190 EJ/yr to global primary energy supply by 2050 for 50 % of the scenarios in the two mitigation levels modelled. The min to max ranges were 20–265 EJ/yr for the less stringent scenarios and 25–300 EJ for the tight mitigation scenarios (< 440 ppm). Many of these scenarios coupled bioenergy with CCS. The Global Energy Assessment (GEA, 2012) scenarios project 80–140 EJ by 2050, including extensive use of agricultural residues and second-generation bioenergy to try to reduce the adverse impacts on land use and food production, and the co-processing of biomass with coal or natural gas with CCS to make low net GHG-emitting transport fuels and or electricity.

Traditional biomass demand is steady or declines in most scenarios from 34 EJ/yr. The transport sector increases nearly ten-fold from 2008 to 18–20 EJ/yr while modern uses for heat, power, combinations, and industry increase by factors of 2–4 from 18 EJ in 2008 (Fischedick et al., 2011). The 2010 International Energy Agency (IEA) model projects a contribution of 12 EJ/yr (11 %) by 2035 to the transport sector, including 60 % of advanced biofuels for road and aviation. Bioenergy supplies 5 % of global power generation in 2035, up from 1 % in 2008. Modern heat and industry doubles their contributions from 2008 (IEA, 2010). The future potential deployment level varies at the global and national level depending on the technological developments, land availability, financial viability, and mitigation policies.

The WGIII AR5 transformation pathway studies suggest that modern bioenergy could play a significant role within the energy system (Section 6.3.5) providing 5 to 95 EJ/yr in 2030, 10 to 245 EJ/yr in 2050, and 105 to 325 EJ/yr in 2100 under idealized full implementation scenarios (see also Figure 7.12), with immediate, global, and comprehensive incentives for land-related mitigation options. The scenarios project increasing deployment of bioenergy with tighter climate change targets, both in a given year as well as earlier in time (see Figure 6.20). Models project increased dependence, as well as increased deployment, of modern bioenergy, with some models projecting 35 % of total primary energy from bioenergy in 2050, and as much as 50 % of total primary energy from modern bioenergy in 2100. Bioenergy's share of regional total electricity and liquid fuels could be significant—up to 35 % of global regional electricity from biopower by 2050, and up to 70 % of global regional liquid fuels from biofuels by 2050. However, the cost-effective allocation of bioenergy within the energy system varies across models. Several sectoral studies, focusing on biophysical constraints, model assumptions (e.g., estimated increase in crop yields over large areas) and current observations, suggest to focus on the lower half of the ranges reported above (Field et al., 2008; Campbell et al., 2008; Johnston et al., 2009a, 2011; Haberl et al., 2013b).

BECCS features prominently in many mitigation scenarios. BECCS is deployed in greater quantities and earlier in time than more stringent the climate policy (Section 6.3.5). Whether BECCS is essential for mitigation, or even sufficient, is unclear. In addition, the likelihood of BECCS deployment is difficult to evaluate and depends on safety con-

---

#### Box 11.9 | Examples of co-benefits from biofuel production

Brazilian sugar cane ethanol production provides six times more jobs than the Brazilian petroleum sector and spreads income benefits across numerous municipalities (de Moraes et al., 2010). Worker income is higher than in nearly all other agricultural sectors (de Moraes et al., 2010; Satolo and Bacchi, 2013) and several sustainability standards have been adopted (Viana and Perez, 2013). When substituting gasoline, ethanol from sugar cane also eliminates lead compounds and reduces noxious emissions (Goldemberg et al., 2008). Broader strategic planning, understanding of cumulative impacts, and credible and collaborative decision making processes can help to enhance biodiversity and reverse ecological fragmentation, address direct and iLUC, improve the quality and durability of livelihoods, and other sustainability issues (Duarte et al., 2013).

Co-benefits of palm oil production have been reported in the major producer countries, Malaysia and Indonesia (Sumathi et al., 2008; Lam et al., 2009) as well as from new producer countries (Garcia-Ulloa et al., 2012). Palm oil production results in employment creation as well as in increment state and individual income (Sumathi et al., 2008; Tan et al., 2009; Lam et al., 2009; Sayer

et al., 2012; von Geibler, 2013). When combined with agroforestry, palm oil plantations can increase food production locally and have a positive impact on biodiversity (Lam et al., 2009; Garcia-Ulloa et al., 2012) and when palm oil plantations are installed on degraded land further co-benefits on biodiversity and carbon enhancement (Sumathi et al., 2008; Garcia-Ulloa et al., 2012; Sayer et al., 2012). Further, due to its high productivity, palm oil plantations can produce the same bioenergy input using less land than other bio-energy crops (Sumathi et al., 2008; Tan et al., 2009). Certification in palm oil production can become a means for increasing sustainable production of biofuels (Tan et al., 2009; Edser, 2012; von Geibler, 2013).

Similarly, co-benefits from the production of Jatropha as a biofuel crop in developing countries have been reported, mainly when Jatropha is planted on degraded land. These include increases in individuals' incomes (Garg et al., 2011; Arndt et al., 2012), improvement in energy security at the local level (von Maltitz and Setzkorn, 2013; Muys et al., 2014), and reducing soil erosion (Garg et al., 2011).

firmations, affordability and public acceptance (see Section 11.13.3 for details). BECCS may also affect the cost-effective emissions trajectory (Richels et al., In Review; Rose et al., 2013).

Some integrated models are cost-effectively trading off lower land carbon stocks and increased land $N_2O$ emissions for the long-run mitigation benefits of bioenergy (Rose et al., 2013; Popp et al., 2013). The models find that bioenergy could contribute effectively to climate change mitigation despite land conversion and intensification emissions. However, as discussed below and in Section 11.9, policy implementation and coordination are factors to consider. In these models, constraining bioenergy has a cost. For instance, limiting global bioenergy availability to 100 EJ/year tripled marginal abatement costs and doubled consumption losses associated with transformation pathways (Rose et al., 2013). Overall outcomes may depend strongly on governance of land use and deployment of best practices in agricultural production (see sections above). Progressive developments in governance of land and modernization of agriculture and livestock and effective sustainability frameworks can help realize large parts of the technical bioenergy potential with low associated GHG emissions.

With increasing scarcity of productive land, the growing demand for food and bioenergy could induce substantial LUC causing high GHG emissions and/or increased agricultural intensification and higher $N_2O$ emissions unless wise integration of bioenergy into agriculture and forestry landscapes occurs (Delucchi, 2010). Consideration of LUC emissions in integrated models show that valuing or protecting global terrestrial carbon stocks reduces the potential LUC-related GHG emissions of energy crop deployment, and could lower the cost of achieving climate change objectives, but could exacerbate increases in agricultural commodity prices (Popp et al., 2011; Reilly et al., 2012). Many integrated models are investigating idealized policy implementation pathways, assuming global prices on GHG (including the terrestrial land carbon stock); if such conditions cannot be realized, certain types of bioenergy could lead to additional GHG emissions. More specifically, if the global terrestrial land carbon stock remains unprotected, large GHG emissions from bioenergy-related LUC alone are possible (Melillo et al., 2009; Wise et al., 2009; Creutzig et al., 2012a; Calvin et al., 2013b).

In summary, recent integrated model scenarios project between 10–245 EJ/yr modern bioenergy deployment in 2050. Good governance and favourable conditions for bioenergy development may facilitate higher bioenergy deployment while sustainability and livelihood concerns might constrain deployment of bioenergy scenarios to low values (see Section 11.13.6).

## 11.13.6   Bioenergy and sustainable development

The nature and extent of the impacts of implementing bioenergy depend on the specific system, the development context, and on the size of the intervention (Section 11.4.5). The effects on livelihoods have not yet been systematically evaluated in integrated models (Davis et al., 2013; Creutzig et al., 2012b; Creutzig et al., 2013; Muys et al., 2014), even if human geography studies have shown that bioenergy deployment can have strong distributional impacts (Davis et al., 2013; Muys et al., 2014). The total effects on livelihoods will be mediated by global market dynamics, including policy regulations and incentives, the production model and deployment scale, and place-specific factors such as governance, land tenure security, labour and financial capabilities, among others (Creutzig et al., 2013).

Bioenergy projects can be economically beneficial, e.g., by raising and diversifying farm incomes and increasing rural employment through the production of biofuels for domestic use (Gohin, 2008) or export markets (Wicke et al., 2009; Arndt et al., 2011).

The establishment of large-scale biofuels feedstock production can also cause smallholders, tenants, and herders to lose access to productive land, while other social groups such as workers, investors, company owners, biofuels consumers, and populations who are more responsible for GHG emission reductions enjoy the benefits of this production (van der Horst and Vermeylen, 2011). This is particularly relevant where large areas of land are still unregistered or are being claimed and under dispute by several users and ethnic groups (Dauvergne and Neville, 2010). Furthermore, increasing demand for first-generation biofuels is partly driving the expansion of crops like soy and oil palm, which in turn contribute to promote large-scale agribusinesses at the expense of family and community-based agriculture, in some cases (Wilkinson and Herrera, 2010). Biofuels deployment can also translate into reductions of time invested in on-farm subsistence and community-based activities, thus translating into lower productivity rates of subsistence crops and an increase in intra-community conflicts as a result of the uneven share of collective responsibilities (Mingorría et al., 2010).

Bioenergy deployment is more beneficial when it is not an additional land-use activity expanding over the landscape, but rather integrates into existing land uses and influences the way farmers and forest owners use their land. Various studies indicate the ecosystem services and values that perennial crops have in restoring degraded lands, via agroforestry systems, controlling erosion, and even in regional climate effects such as improved water retention and precipitation (Faaij, 2006; Wicke et al., 2011c; Immerzeel et al., 2013). Examples include adjustments in agriculture practices where farmers, for instance, change their manure treatment to produce biogas, reduce methane and N losses. Changes in management practice may swing the net GHG balance of options and also have clear sustainable development implications (Davis et al., 2013).

Small-scale bioenergy options can provide cost-effective alternatives for mitigating climate change, at the same time helping advance sustainable development priorities, particularly in rural areas of developing countries. IEA (2012b) estimates that 2.6 billion people world-

**11**

**Table 11.12 |** Potential institutional, social, environmental, economic and technological implications of bioenergy options at local to global scale.

| Institutional | | Scale |
|---|---|---|
| May contribute to energy independence (+), especially at the local level (reduce dependency on fossil fuels) (2, 20, 32, 39, 50) | + | Local to national |
| Can improve (+) or decrease (−) land tenure and use rights for local stakeholders (7, 17, 38, 50) | +/− | Local |
| Cross-sectoral coordination (+) or conflicts (−) between forestry, agriculture, energy, and/or mining (2, 13, 26, 31, 60) | +/− | Local to national |
| Impacts on labor rights among the value chain (2, 6, 17) | +/− | Local to national |
| Promoting of participative mechanisms for small-scale producers (14, 15) | + | Local to national |
| **Social** | | **Scale** |
| Competition with food security including food availability (through reduced food production at the local level), food access (due to price volatility), usage (as food crops can be diverted towards biofuel production), and consequently food stability. Bio-energy derived from residues, wastes, or by-products is an exception (1,2, 7, 9, 12, 18, 23) | − | Local to global |
| Integrated systems (including agroforestry) can improve food production at the local level creating a positive impact towards food security (51, 52, 53, 69, 73, 74). Further, biomass production combined with improved agricultural management can avoid such competition and bring investment in agricultural production systems with overall improvements of management as a result (as observed in Brazil) (60, 63 66, 67, 70, 71) | + | Local |
| Increasing (+) or decreasing (−) existing conflicts or social tension (9, 14, 19, 26) | +/− | Local to national |
| Impacts on traditional practices: using local knowledge in production and treatment of bioenergy crops (+) or discouraging local knowledge and practices (−) (2, 50) | +/− | Local |
| Displacement of small-scale farmers (14, 15, 19). Bioenergy alternatives can also empower local farmers by creating local income opportunities | +/− | Local |
| Promote capacity building and new skills (3, 15, 50) | + | Local |
| Gender impacts (2, 4, 14, 15, 27) | +/− | Local to national |
| Efficient biomass techniques for cooking (e.g., biomass cookstoves) can have positive impacts on health, especially for women and children in developing countries (42, 43, 44) | + | Local to national |
| **Environmental** | | **Scale** |
| Biofuel plantations can promote deforestation and/or forest degradation, under weak or no regulation (1, 8, 72) | − | Local to global |
| When used on degraded lands, perennial crops offer large-scale potential to improve soil carbon and structure, abate erosion and salinity problems. Agroforestry schemes can have multiple benefits including increased overall biomass production, increase biodiversity and higher resilience to climate changes. (59, 64, 65, 69, 71) | + | Local to global |
| Some large-scale bio-energy crops can have negative impacts on soil quality, water pollution, and biodiversity. Similarly potential adverse effects can be a consequence of increments in use of fertilizers for increasing productivity (7, 12, 26, 30). Experience with sugarcane plantations has shown that they can maintain soil structure (56) and application of pesticides can be substituted by the use of natural predators and parasitoids (57, 71) | −/+ | Local to transboundary |
| Can displace activities or other land uses (8, 26) | − | Local to global |
| Smart modernization and intensification can lead to lower environmental impacts and more efficient land use (75, 76) | + | Local to transboundary |
| Creating bio-energy plantations on degraded land can have positive impacts on soil and biodiversity (12) | + | Local to transboundary |
| There can be tradeoffs between different land uses, reducing land availability for local stakeholders (45, 46, 47,48, 49). Multicropping system provide bioenergy while better maintaining ecological diversity and reducing land-use competition (58) | −/+ | Local to national |
| Ethanol utilization leads to the phaseout of lead additives and methyl tertiary-butyl ether (MBTE) and reduces sulfur, particulate matter, and carbon monoxide emissions (55) | + | Local to global |
| **Economic** | | **Scale** |
| Increase in economic activity, income generation, and income diversification (1, 2, 3, 12, 20, 21, 27, 54) | + | Local |
| Increase (+) or decrease (−) market opportunities (16, 27, 31) | +/− | Local to national |
| Contribute to the changes in prices of feedstock (2, 3, 5, 21) | +/− | Local to global |
| May promote concentration of income and/or increase poverty if sustainability criteria and strong governance is not in place (2, 16, 26) | − | Local to regional |
| Using waste and residues may create socio-economic benefits with little environmental risks (2, 41, 36) | + | Local to regional |
| Uncertainty about mid- and long-term revenues (6, 30) | − | National |
| Employment creation (3, 14, 15) | + | Local to regional |
| **Technological** | | **Scale** |
| Can promote technology development and/or facilitate technology transfer (2, 27, 31) | + | Local to global |
| Increasing infrastructure coverage (+). However if access to infrastructure and/or to technology is reduced to few social groups it can increase marginalization (−) (27, 28, 29) | +/− | Local |
| Bioenergy options for generating local power or to use residues may increase labor demand, creating new job opportunities. Participatory technology development also increases acceptance and appropriation (6, 8, 10, 37, 40) | + | Local |
| Technology might reduce labor demand (−). High dependent of tech. transfer and/or acceptance | − | Local |

⟹

[1]Alves Finco and Doppler (2010); [2]Amigun et al. (2011); [3]Arndt et al. (2012); [4]Arndt et al. (2011); [5]Arndt et al.(2012); [6]Awudu and Zhang (2012); [7]Beringer et al. (2011); [8]Borzoni (2012); [9]Bringezu et al. (2012); [10]Cacciatore et al. (2012); [11]Cançado et al. (2006); [12]Danielsen et al. (2009); [13]Diaz-Chavez (2011); [14]Duvenage et al. (2013); [15]Ewing and Msangi (2009); [16]Gasparatos et al. (2011); [17]German and Schoneveld (2012); [18]Haberl et al. (2011a); [19]Hall et al. (2009); [20]Hanff et al. (2011); [21]Huang et al. (2012); [22]Koh and Wilcove (2008); [23]Koizumi (2013); [24]Kyu et al. (2010); [25]Madlener et al. (2006); [26]Martinelli and Filoso (2008); [27]Mwakaje (2012); [28]Oberling et al. (2012); [29]Schut et al. (2010); [30]Selfa et al. (2011); [31]Steenblik (2007); [32]Stromberg and Gasparatos (2012); [33]Searchinger et al. (2009); [34]Searchinger et al. (2008); [35]Smith and Searchinger (2012); [36]Tilman et al. (2009); [37]Van de Velde et al. (2009); [38]von Maltitz and Setzkorn (2013); [39]Wu and Lin (2009); [40]Zhang et al. (2011); [41]Fargione et al. (2008); [42]Jerneck and Olsson (2013); [43]Gurung and Oh (2013); [44]O'Shaughnessy et al. (2013); [45]German et al. (2013); [46]Cotula (2012); [47]Mwakaje (2012); [48]Scheidel and Sorman (2012); [49]Haberl et al.(2013b); [50]Muys et al. (2014); [51]Egeskog et al. (2011); [52]Diaz-Chavez (2012); [53]Ewing and Msangi (2009); [54]de Moraes et al. (2010); [55]Goldemberg (2007); [56]Walter et al. (2011); [57]Macedo (2005); [58]Langeveld et al. (2013); [59]Van Dam et al. (2009a; b); [60]van Dam et al. (2010); [61]van Eijck et al. (2012); [62]van Eijck et al. (2014); [63]Martínez et al. (2013); [64]van der Hilst et al. (2010); [65]van der Hilst et al. (2012); [66]van der Hilst and Faaij (2012); [67]van der Hilst et al. (2012b); [68]Hoefnagels et al. (2013); [69]Immerzeel et al. (2013); [70]Lynd et al. (2011); [71]Smeets et al. (2008); [72]Smeets and Faaij (2010); [73]Wicke et al. (2013); [74]Wiskerke et al. (2010); [75]De Wit et al. (2011); [76]de Wit et al. (2013)

wide depend on traditional biomass for cooking, while 84 % of these belong to rural communities. Use of low-quality fuels and inefficient cooking and heating devices leads to pollution resulting in nearly 4 million premature deaths every year, and a range of chronic illnesses and other health problems (Lim et al., 2012; see Section 9.7.3.1). Modern small-scale bioenergy technologies such as advanced/efficient cook stoves, biogas for cooking and village electrification, biomass gasifiers, and bagasse-based co-generation systems for decentralized power generation, can provide energy for rural communities with energy services that also promote rural development (IEA, 2011). Such bioenergy systems reduce $CO_2$ emissions from unsustainable biomass harvesting and short-lived climate pollutants, e.g., black carbon, from cleaner combustion (Chung et al., 2012). Scaling up clean cookstove initiatives could not only save 2 million lives a year, but also significantly reduce GHG emissions (Section 11.13.3). Efficient biomass cook stoves and biogas stoves at the same time provide multiple benefits: They reduce the pressure on forests and biodiversity; they reduce exposure to smoke-related health hazards; they reduce drudgery for women in collection fuelwood; and they save money if fuel needs to be purchased (Martin et al., 2011). Benefits from the dissemination of improved cookstoves outweigh their costs by sevenfold, when their health, economic, and environmental benefits are accounted for (Garcia-Frapolli et al., 2010).

Table 11.12 presents the implications of bioenergy options in the light of social, institutional, environmental, economic, and technological conditions. The relationship between bioenergy and these conditions is complex and there could be negative or positive implications, depending on the type of bioenergy option, the scale of the production system and the local context. While biofuels can allow the reduction of fossil fuel use and of GHG emissions, they often shift environmental burdens towards land use-related impacts (i.e., eutrophication, acidification, water depletion, ecotoxicity; EMPA, 2012; Smith and Torn, 2013; Tavoni and Socolow, 2013). Co-benefits and adverse side-effects do not necessarily overlap, neither geographically nor socially (Dauvergne and Neville, 2010; Wilkinson and Herrera, 2010; van der Horst and Vermeylen, 2011). The main potential co-benefits are related to access to energy and impacts on the economy and well-being, jobs creation, and improvement of local resilience (Walter et al., 2011; Creutzig et al., 2013). Main risks of crop-based bioenergy for sustainable develop-

ment and livelihoods include competition for arable land (Haberl et al., 2013b) and consequent impact on food security, tenure arrangements, displacement of communities and economic activities, creation of a driver of deforestation, impacts on biodiversity, water, and soil, or increment in vulnerability to climate change, and unequal distribution of benefits (Sala et al., 2000; Hall et al., 2009; German et al., 2011; Thompson et al., 2011b; IPCC, 2012).

Good governance is an essential component of a sustainable energy system. Integrated studies that compare impacts of bioenergy production between different crops and land management strategies show that the overall impact (both ecological and socio-economic) depends strongly on the governance of land use and design of the bioenergy system see van der Hilst et al. (2012) in the European context, and Van Dam et al. (2009a; b) for different crops and scenarios in Argentina). Van Eijck et al. (2012) show similar differences in impacts between the production and use of Jatropha based on smallholder production versus plantation models. This implies that governance and planning have a strong impact on the ultimate result and impact of large-scale bioenergy deployment. Legislation and regulation of bioenergy as well as voluntary certification schemes are required to guide bioenergy production system deployment so that the resources and feedstocks be put to best use, and that (positive and negative) socioeconomic and environmental issues are addressed as production grows (van Dam et al., 2010). There are different options, from voluntary to legal and global agreements, to improve governance of biomass markets and land use that still require much further attention (Verdonk et al., 2007). The integration of bioenergy systems into agriculture and forest landscapes can improve land and water use efficiency and help address concerns about environmental impacts of present land use (Berndes et al., 2004, 2008; Börjesson and Berndes, 2006; Sparovek et al., 2007; Gopalakrishnan et al., 2009, 2011a; b, 2012; Dimitriou et al., 2009, 2011; Dornburg et al., 2010; Batidzirai et al., 2012; Parish et al., 2012; Baum et al., 2012; Busch, 2012), but the global potentials of such systems are difficult to determine (Berndes and Börjesson, 2007; Dale and Kline, 2013). Similarly, existing and emerging guiding principles and governance systems influence biomass resources availability (Stupak et al., 2011). Certification approaches can be useful, but they should be accompanied by effective territorial policy frameworks (Hunsberger et al., 2012).

## 11.13.7   Tradeoffs and synergies with land, water, food, and biodiversity

This section summarizes results from integrated models (models that have a global aggregate view, but cannot disaggregate place-specific effects in biodiversity and livelihoods discussed above) on land, water, food, and biodiversity. In these models, at any level of future bioenergy supply, land demand for bioenergy depends on (1) the share of bioenergy derived from wastes and residues (Rogner et al., 2012); (2) the extent to which bioenergy production can be integrated with food or fiber production, which ideally results in synergies (Garg et al., 2011; Sochacki et al., 2013) or at least mitigates land-use competition (Berndes et al., 2013); (3) the extent to which bioenergy can be grown on areas with little current or future production, taking into account growing land demand for food (Nijsen et al., 2012); and (4) the volume of dedicated energy crops and their yields (Haberl et al., 2010; Batidzirai et al., 2012; Smith et al., 2012d). Energy crop yields per unit area may differ by factors of > 10 depending on differences in natural fertility (soils, climate), energy crop plants, previous land use, management and technology (Johnston et al., 2009a; Lal, 2010; Beringer et al., 2011; Pacca and Moreira, 2011; Smith et al., 2012a; Erb et al., 2012a). Assumptions on energy crop yields are one of the main reasons for the large differences in estimates of future area demand of energy crops (Popp et al., 2013). Likewise, assumptions on yields, strategies, and governance on future food/feed crops have large implications for assessments of the degree of land competition between biofuels and these land uses (Batidzirai et al., 2012; de Wit et al., 2013).

However, across models, there are very different potential landscape transformation visions in all regions (Sections 6.3.5 and 11.9.). Overall, it is difficult to generalize on regional land cover effects of mitigation. Some models assume significant land conversion while other models do not. In idealized implementation scenarios, there is expansion of energy cropland and forest land in many regions, with some models exhibiting very strong forest land expansion and others very little by 2030. Land conversion is increased in the 450 ppm scenarios compared to the 550 ppm scenarios, but at a declining share, a result consistent

with a declining land-related mitigation rate with policy stringency. The results of these integrated model studies need to be interpreted with caution, as not all GHG emissions and biogeophysical or socio-economic effects of bioenergy deployment are incorporated into these models, and as not all relevant technologies are represented (e.g., cascade utilization).

Large-scale bioenergy production from dedicated crops may affect water availability and quality (see Section 6.6.2.6), which are highly dependent on (1) type and quantity of local freshwater resources; (2) necessary water quality; (3) competition for multiple uses (agricultural, urban, industrial, power generation), and (4) efficiency in all sector end uses (Gerbens-Leenes et al., 2009; Coelho et al., 2012). In many regions, additional irrigation of energy crops could further intensify existing pressures on water resources (Popp et al., 2011). Studies indicate that an exclusion of severe water scarce areas for bioenergy production (mainly to be found in the Middle East, parts of Asia, and western United States) would reduce global technical bioenergy potentials by 17 % until 2050 (van Vuuren et al., 2009). A model comparison study with five global economic models shows that the aggregate food price effect of large-scale lignocellulosic bioenergy deployment (i.e., 100 EJ globally by the year 2050) is significantly lower (+5 % on average across models) than the potential price effects induced by climate impacts on crop yields (+25 % on average across models (Lotze-Campen et al., 2013). Possibly hence, ambitious climate change mitigation need not drive up global food prices much, if the extra land required for bioenergy production is accessible or if the feedstock, e.g., from forests, does not directly compete for agricultural land. Effective land-use planning and strict adherence to sustainability criteria need to be integrated into large-scale bioenergy projects to minimize competitions for water (for example, by excluding the establishment of biofuel projects in irrigated areas). If bioenergy is not managed properly, additional land demand and associated LUC may put pressures on biodiversity (Groom et al., 2008; see Section 6.6.2.5). However, implementing appropriate management, such as establishing bioenergy crops in degraded areas represents an opportunity where bioenergy can be used to achieve positive environmental outcomes (Nijsen et al., 2012).

# References

Abdalla M., B. Osborne, G. Lanigan, D. Forristal, M. Williams, P. Smith, and M.B. Jones (2013). Conservation tillage systems: a review of its consequences for greenhouse gas emissions. *Soil Use and Management* 29, 199–209. doi: 10.1111/sum.12030, ISSN: 02660032.

Ackerman F., S.J. DeCanio, R.B. Howarth, and K. Sheeran (2009). Limitations of integrated assessment models of climate change. *Climatic Change* 95, 297–315. doi: 10.1007/s10584-009-9570-x, ISSN: 0165-0009, 1573–1480.

Acuff K., and D.T. Kaffine (2013). Greenhouse gas emissions, waste and recycling policy. *Journal of Environmental Economics and Management* 65, 74–86. doi: 10.1016/j.jeem.2012.05.003, ISSN: 00950696.

Agrawal A., A. Chhatre, and R. Hardin (2008). Changing Governance of the World's Forests. *Science* 320, 1460–1462. doi: 10.1126/science.1155369, ISSN: 0036-8075, 1095–9203.

Akiyama H., X. Yan, and K. Yagi (2010). Evaluation of effectiveness of enhanced-efficiency fertilizers as mitigation options for N₂O and NO emissions from agricultural soils: meta-analysis: Mitigation options for N₂O and NO emissions. *Global Change Biology* 16, 1837–1846. doi: 10.1111/j.1365-2486.2009.02031.x, ISSN: 13541013, 13652486.

Albers H.J., and E.J.Z. Robinson (2013). A review of the spatial economics of non-timber forest product extraction: Implications for policy. *Ecological Economics* 92, 87–95. doi: 10.1016/j.ecolecon.2012.01.021, ISSN: 09218009.

Alig R., G. Latta, D. Adams, and B. McCarl (2010). Mitigating greenhouse gases: The importance of land base interactions between forests, agriculture, and residential development in the face of changes in bioenergy and carbon prices. *Forest Policy and Economics* 12, 67–75. doi: 10.1016/j.forpol.2009.09.012, ISSN: 1389-9341.

Allen C.D., A.K. Macalady, H. Chenchouni, D. Bachelet, N. McDowell, M. Vennetier, T. Kitzberger, A. Rigling, D.D. Breshears, E. Hogg, and others (2010). A global overview of drought and heat-induced tree mortality reveals emerging climate change risks for forests. *Forest Ecology and Management* 259, 660–684.

Allen D.E., D.S. Mendham, Bhupinderpal-Singh, A. Cowie, W. Wang, R.C. Dalal, and R.J. Raison (2009). Nitrous oxide and methane emissions from soil are reduced following afforestation of pasture lands in three contrasting climatic zones. *Soil Research* 47, 443–458. Available at: http://dx.doi.org/10.1071/SR08151.

Alves Finco M.V., and W. Doppler (2010). Bioenergy and sustainable development: The dilemma of food security in the Brazilian savannah. *Energy for Sustainable Development* 14, 194–199.

Amazon Fund Fundo Amazônia. Available at: http://www.amazonfund.gov.br/FundoAmazonia/fam/site_en.

Amigun B., J.K. Musango, and W. Stafford (2011). Biofuels and sustainability in Africa. *Renewable and Sustainable Energy Reviews* 15, 1360–1372. doi: 10.1016/j.rser.2010.10.015, ISSN: 1364-0321.

Anderson K. (2010). Globalization's effects on world agricultural trade, 1960–2050. *Philosophical Transactions of the Royal Society B: Biological Sciences* 365, 3007–3021. doi: 10.1098/rstb.2010.0131.

Anderson R.C., N.A. Krueger, T.B. Stanton, T.R. Callaway, T.S. Edrington, R.B. Harvey, Y.S. Jung, and D.J. Nisbet (2008). Effects of select nitrocompounds on in vitro ruminal fermentation during conditions of limiting or excess added reductant. *Bioresource Technology* 99, 8655–8661.

Anderson-Teixeira K.J., S.C. Davis, M.D. Masters, and E.H. Delucia (2009). Changes in soil organic carbon under biofuel crops. *GCB Bioenergy* 1, 75–96. doi: 10.1111/j.1757-1707.2008.01001.x, ISSN: 1757-1707.

Anderson-Teixeira K.J., P.K. Snyder, T.E. Twine, S.V. Cuadra, M.H. Costa, and E.H. DeLucia (2012). Climate-regulation services of natural and agricultural ecoregions of the Americas. *Nature Climate Change* 2, 177–181. doi: 10.1038/nclimate1346, ISSN: 1758-678X.

Anenberg S.C., K. Balakrishnan, J. Jetter, O. Masera, S. Mehta, J. Moss, and V. Ramanathan (2013). Cleaner Cooking Solutions to Achieve Health, Climate, and Economic Cobenefits. *Environmental Science & Technology* 47, 3944–3952. doi: 10.1021/es304942e, ISSN: 0013-936X.

Angassa A., and G. Oba (2008). Effects of management and time on mechanisms of bush encroachment in southern Ethiopia. *African Journal of Ecology* 46, 186–196. doi: 10.1111/j.1365-2028.2007.00832.x, ISSN: 1365-2028.

Angelsen A. (2008). *Moving Ahead with REDD: Issues, Options and Implications*. CIFOR, Bogor Barat, Indonesia, 172 pp. ISBN: 9789791412766.

Angelsen A., C. Streck, L. Peskett, J. Brown, and C. Luttrell (2008). *What Is the Right Scale for REDD? The Implications of National, Subnational and Nested Approaches*. CIFOR, Bogor Barat, Indonesia, 6 pp. Available at: http://62.225.2.55/files/methods_science/redd/application/pdf/what_is_the_right_scale_for_redd.pdf.

Angst T.E., C.J. Patterson, D.S. Reay, P. Anderson, T.A. Peshkur, and S.P. Sohi (2013). Biochar Diminishes Nitrous Oxide and Nitrate Leaching from Diverse Nutrient Sources. *Journal of Environment Quality* 42, 672. doi: 10.2134/jeq2012.0341, ISSN: 0047-2425.

Araujo C., C.A. Bonjean, J.-L. Combes, P. Combes Motel, and E.J. Reis (2009). Property rights and deforestation in the Brazilian Amazon. *Ecological Economics* 68, 2461–2468. doi: 10.1016/j.ecolecon.2008.12.015, ISSN: 0921-8009.

Arcidiacono-Bársony C., P. Ciais, N. Viovy, and N. Vuichard (2011). REDD Mitigation. *Procedia Environmental Sciences* 6, 50–59. doi: 10.1016/j.proenv.2011.05.006, ISSN: 18780296.

Argo A.M., E.C. Tan, D. Inman, M.H. Langholtz, L.M. Eaton, J.J. Jacobson, C.T. Wright, D.J. Muth, M.M. Wu, Y.-W. Chiu, and R.L. Graham (2013). Investigation of biochemical biorefinery sizing and environmental sustainability impacts for conventional bale system and advanced uniform biomass logistics designs. *Biofuels, Bioproducts and Biorefining* 7, 282–302. doi: 10.1002/bbb.1391, ISSN: 1932-1031.

Arnalds A. (2004). Carbon sequestration and the restoration of land health: an example from Iceland. *Climatic Change* 65, 333–346.

Arndt C., R. Benfica, and J. Thurlow (2011). Gender Implications of Biofuels Expansion in Africa: The Case of Mozambique. *World Development* 39, 1649–1662. doi: 10.1016/j.worlddev.2011.02.012, ISSN: 0305-750X.

Arndt C., K. Pauw, and J. Thurlow (2012). Biofuels and economic development: A computable general equilibrium analysis for Tanzania. *Energy Economics* 34, 1922–1930. doi: 10.1016/j.eneco.2012.07.020, ISSN: 0140-9883.

Arora V.K., and A. Montenegro (2011). Small temperature benefits provided by realistic afforestation efforts. *Nature Geoscience* 4, 514–518. doi: 10.1038/ngeo1182, ISSN: 1752-0894.

**Asante P., and G.W. Armstrong (2012).** Optimal forest harvest age considering carbon sequestration in multiple carbon pools: A comparative statics analysis. *Journal of Forest Economics* **18**, 145–156. doi: 10.1016/j.jfe.2011.12.002, ISSN: 1104-6899.

**Asante P., G.W. Armstrong, and W.L. Adamowicz (2011).** Carbon sequestration and the optimal forest harvest decision: A dynamic programming approach considering biomass and dead organic matter. *Journal of Forest Economics* **17**, 3–17. doi: 10.1016/j.jfe.2010.07.001, ISSN: 1104-6899.

**Assogbadjo A.E., R.G. Kakaï, F.G. Vodouhê, C.A.M.S. Djagoun, J.T.C. Codjia, and B. Sinsin (2012).** Biodiversity and socioeconomic factors supporting farmers' choice of wild edible trees in the agroforestry systems of Benin (West Africa). *Forest Policy and Economics* **14**, 41–49.

**Attwood G.T., E. Altermann, W.J. Kelly, S.C. Leahy, L. Zhang, and M. Morrison (2011).** Exploring rumen methanogen genomes to identify targets for methane mitigation strategies. *Animal Feed Science and Technology* **166–167**, 65–75. doi: 10.1016/j.anifeedsci.2011.04.004, ISSN: 0377-8401.

**Attwood G.T., and C.S. McSweeney (2008).** Methanogen genomics to discover targets for methane mitigation technologies and options for alternative $H_2$ utilisation in the rumen. *Australian Journal of Experimental Agriculture* **48**, 28–37.

**Auld G., L.H. Gulbrandsen, and C.L. McDemott (2008).** Certification Schemes and the Impacts on Forests and Forestry. Annual Review of Environment and Resources. **33**, 187–211. doi: 10.1146/annurev.environ.33.013007.103754.

**Awudu I., and J. Zhang (2012).** Uncertainties and sustainability concepts in biofuel supply chain management: A review. *Renewable and Sustainable Energy Reviews* **16**, 1359–1368. doi: 10.1016/j.rser.2011.10.016, ISSN: 1364-0321.

**Baccini A., S.J. Goetz, W.S. Walker, N.T. Laporte, M. Sun, D. Sulla-Menashe, J. Hackler, P.S.A. Beck, R. Dubayah, M.A. Friedl, S. Samanta, and R.A. Houghton (2012).** Estimated carbon dioxide emissions from tropical deforestation improved by carbon-density maps. *Nature Climate Change* **2**, 182–185. doi: 10.1038/nclimate1354, ISSN: 1758-678X.

**Bacenetti J., S.G. Garcia, A. Mena, and M. Fiala (2012).** Life cycle assessment: an application to poplar for energy cultivated in Italy. *Journal of Agricultural Engineering* **43**, 72–78.

**Bacovsky D., M. Dallos, and M. Wörgetter (2010).** *Status of 2nd Generation Biofuels Demonstration Facilities in June 2010: A Report to IEA Bioenergy Task 39*. Available at: http://library.certh.gr/libfiles/PDF/GEN-SPIN-711-STATUS-by-BACOVSKY-in-RPT-BIOENERGY-TASK-39-PP-126-Y-JUL-2010.pdf.

**Bacovsky D., L. Nikolaus, O. Monica, and W. Manfred (2013).** *Status of Advanced Biofuels Demonstration Facilities in 2012*. International Energy Agency Bioenergy, 209 pp. Available at: http://demoplants.bioenergy2020. eu/files/Demoplants_Report_Final.pdf.

**Bai Y., L. Luo, and E. Voet (2010).** Life cycle assessment of switchgrass-derived ethanol as transport fuel. *The International Journal of Life Cycle Assessment* **15**, 468–477. doi: 10.1007/s11367-010-0177-2, ISSN: 0948-3349.

**Bailis R., and H. McCarthy (2011).** Carbon impacts of direct land use change in semiarid woodlands converted to biofuel plantations in India and Brazil. *GCB Bioenergy* **3**, 449–460. doi: 10.1111/j.1757-1707.2011.01100.x, ISSN: 1757-1707.

**Baker J.M., T.E. Ochsner, R.T. Venterea, and T.J. Griffis (2007).** Tillage and soil carbon sequestration—What do we really know? *Agriculture, Ecosystems & Environment* **118**, 1–5.

**Baker D.J., G. Richards, A. Grainger, P. Gonzalez, S. Brown, R. DeFries, A. Held, J. Kellndorfer, P. Ndunda, D. Ojima, P.-E. Skrovseth, C. Souza Jr., and F. Stolle (2010).** Achieving forest carbon information with higher certainty: A five-part plan. *Environmental Science & Policy* **13**, 249–260. doi: 10.1016/j.envsci.2010.03.004, ISSN: 1462-9011.

**Bala G., K. Caldeira, M. Wickett, T.J. Phillips, D.B. Lobell, C. Delire, and A. Mirin (2007).** Combined climate and carbon-cycle effects of large-scale deforestation. *Proceedings of the National Academy of Sciences* **104**, 6550–6555. doi: 10.1073/pnas.0608998104.

**Balan V., D. Chiaramonti, and S. Kumar (2013).** Review of US and EU initiatives toward development, demonstration, and commercialization of lignocellulosic biofuels. *Biofuels, Bioproducts and Biorefining* **7**, 732–759.

**Baliban R.C., J.A. Elia, and C.A. Floudas (2013).** Biomass and natural gas to liquid transportation fuels: process synthesis, global optimization, and topology analysis. *Industrial & Engineering Chemistry Research* **52**, 3381–3406.

**Barbier E.B. (2007).** Valuing ecosystem services as productive inputs. *Economic Policy* **22**, 177–229.

**Barrow C.J. (2012).** Biochar: Potential for countering land degradation and for improving agriculture. *Applied Geography* **34**, 21–28. doi: 10.1016/j.apgeog.2011.09.008, ISSN: 0143-6228.

**Barton L., K. Butterbach-Bahl, R. Kiese, and D.V. Murphy (2011).** Nitrous oxide fluxes from a grain-legume crop (narrow-leafed lupin) grown in a semi-arid climate: Soil $N_2O$ from a grain-legume crop. *Global Change Biology* **17**, 1153–1166. doi: 10.1111/j.1365-2486.2010.02260.x, ISSN: 13541013.

**Bathiany S., M. Claussen, V. Brovkin, T. Raddatz, and V. Gayler (2010).** Combined biogeophysical and biogeochemical effects of large-scale forest cover changes in the MPI earth system model. *Biogeosciences* **7**, 1383–1399. doi: 10.5194/bg-7-1383-2010, ISSN: 1726-4189.

**Batidzirai B., E. Smeets, and A. Faaij (2012).** Harmonising bioenergy resource potentials—Methodological lessons from review of state of the art bioenergy potential assessments. *Renewable and Sustainable Energy Reviews* **16**, 6598–6630.

**Batjes N.H. (2004).** Estimation of soil carbon gains upon improved management within croplands and grasslands of Africa. *Environment, Development and Sustainability* **6**, 133–143.

**Baum S., A. Bolte, and M. Weih (2012).** Short rotation coppice (SRC) plantations provide additional habitats for vascular plant species in agricultural mosaic landscapes. *Bioenergy Research* **5**, 573–583.

**Bayala J., L.K. Heng, M. van Noordwijk, and S.J. Ouedraogo (2008).** Hydraulic redistribution study in two native tree species of agroforestry parklands of West African dry savanna. *Acta Oecologica* **34**, 370–378. Available at: http://www.sciencedirect.com/science/article/pii/S1146609X08001033.

**Bayala J., A. Kalinganire, Z. Tchoundjeu, P. Sinclair, and D. Garrity (2011).** *Conservation Agriculture with Trees in the West African Sahel: A Review*. World Agroforestry Centre, Bamako, Mali, 72 pp. ISBN: 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-295-2.

**Beach R.H., A.J. Daigneault, B.A. Mccarl, and S. Rose (2009).** *Modeling Alternative Policies for Forestry and Agricultural Bioenergy Production and GHG Mitigation*. Washington, D.C., 27 pp.

**Beauchemin K.A., M. Kreuzer, F. O'Mara, and T.A. McAllister (2008).** Nutritional management for enteric methane abatement: a review. *Australian Journal of Experimental Agriculture* **48**, 21–27. doi: 10.1071/EA07199, ISSN: 0816-1089.

**Beauchemin K.A., T.A. McAllister, and S.M. McGinn (2009).** Dietary mitigation of enteric methane from cattle. *CAB Reviews: Perspectives in Agriculture, Veterinary Science, Nutrition and Natural Resources* **4**, 1–18. Available at: http://www.cabi.org/cabreviews/?loadmodule=review&page=4051&reviewid =112308&Site=167.

**Beckham G.T., Z. Dai, J.F. Matthews, M. Momany, C.M. Payne, W.S. Adney, S.E. Baker, and M.E. Himmel (2012).** Harnessing glycosylation to improve cellulase activity. *Energy Biotechnology • Environmental Biotechnology* **23**, 338–345. doi: 10.1016/j.copbio.2011.11.030, ISSN: 0958-1669.

**Bellarby J., R. Tirado, A. Leip, F. Weiss, J.P. Lesschen, and P. Smith (2012).** Livestock greenhouse gas emissions and mitigation potential in Europe. *Global Change Biology*, n/a–n/a. doi: 10.1111/j.1365-2486.2012.02786.x, ISSN: 1365-2486.

**Benayas J.M.R., A.C. Newton, A. Diaz, and J.M. Bullock (2009).** Enhancement of Biodiversity and Ecosystem Services by Ecological Restoration: A Meta-Analysis. *Science* **325**, 1121–1124. doi: 10.1126/science.1172460, ISSN: 0036-8075, 1095–9203.

**Benítez P.C., I. McCallum, M. Obersteiner, and Y. Yamagata (2007).** Global potential for carbon sequestration: Geographical distribution, country risk and policy implications. *Ecological Economics* **60**, 572–583. doi: 10.1016/j.ecolecon.2005.12.015, ISSN: 0921-8009.

**Bennetzen E.H., P. Smith, J-F. Soussana, and J.R. Porter (2012).** Identity-based estimation of greenhouse gas emissions from crop production: Case study from Denmark. *European Journal of Agronomy* **41**, 66–72. doi: 10.1016/j.eja.2012.03.010, ISSN: 11610301.

**Beringer T., W. Lucht, and S. Schaphoff (2011).** Bioenergy production potential of global biomass plantations under environmental and agricultural constraints. *GCB Bioenergy* **3**, 299–312. doi: 10.1111/j.1757-1707.2010.01088.x, ISSN: 1757-1707.

**Berndes G. (2012).** Bioenergy's contribution to climate change mitigation—a matter of perspectives. *Biofuels, Bioproducts and Biorefining* **6**, 233–235. doi: 10.1002/bbb.1343, ISSN: 1932-1031.

**Berndes G., S. Ahlgren, P. Börjesson, and A.L. Cowie (2013).** Bioenergy and land use change—state of the art. *Wiley Interdisciplinary Reviews: Energy and Environment* **2**, 282–303. doi: 10.1002/wene.41, ISSN: 2041-840X.

**Berndes G., N. Bird, and A. Cowie (2011).** *Bioenergy, Land Use Change and Climate Change Mitigation. Technical Report.* International Energy Agency, Available at: http://www.ieabioenergy.com/LibItem.aspx?id=6927.

**Berndes G., and P. Börjesson (2007).** *Multifunctional Bioenergy Systems. The AGS Pathways Report 2007: EU1.* AGS—Alliance for Global Sustainability: Swiss Federal Institute of Technology, Massachusetts Institute of Technology, Chalmers University of Technology, Tokyo University, 26 pp.

**Berndes G., P. Börjesson, M. Ostwald, and M. Palm (2008).** Multifunctional biomass production systems—an introduction with presentation of specific applications in India and Sweden. *Biofuels, Bioproducts and Biorefining* **2**, 16–25.

**Berndes G., F. Fredriksson, and P. Börjesson (2004).** Cadmium accumulation and Salix based phytoextraction on arable land in Sweden. *Agriculture, Ecosystems & Environment* **103**, 207–223.

**Berners-Lee M., C. Hoolohan, H. Cammack, and C.N. Hewitt (2012).** The relative greenhouse gas impacts of realistic dietary choices. *Energy Policy* **43**, 184–190. doi: 10.1016/j.enpol.2011.12.054, ISSN: 0301-4215.

**Bernier P., and D. Paré (2013).** Using ecosystem $CO_2$ measurements to estimate the timing and magnitude of greenhouse gas mitigation potential of forest bioenergy. *GCB Bioenergy* **5**, 67–72.

**Betts R.A. (2001).** Biogeophysical impacts of land use on present-day climate: near-surface temperature change and radiative forcing. *Atmospheric Science Letters* **2**, 39–51. doi: 10.1006/asle.2001.0037, ISSN: 1530-261X.

**Betts R.A. (2011).** Mitigation: A sweetener for biofuels. *Nature Clim. Change* **1**, 99–101. ISSN: 1758-678X.

**Betts R.A., P.D. Falloon, K.K. Goldewijk, and N. Ramankutty (2007).** Biogeophysical effects of land use on climate: Model simulations of radiative forcing and large-scale temperature change. *Agricultural and Forest Meteorology* **142**, 216–233. doi: 10.1016/j.agrformet.2006.08.021, ISSN: 0168-1923.

**Bhattacharyya P., D.P. Sinhababu, K.S. Roy, P.K. Dash, P.K. Sahu, R. Dandapat, S. Neogi, and S. Mohanty (2013).** Effect of high species on methane and nitrous oxide emission in relation to soil C, N pools and enzymatic activities in rainfed shallow lowland rice-fish farming system. *Agriculture, Ecosystems & Environment* **176**, 53–62. doi: 10.1016/j.agee.2013.05.015, ISSN: 01678809.

**Bhuiyan M.A.H., R. Islam, C. Siwar, and S.M. Ismail (2010).** Educational Tourism and Forest Conservation: Diversification for Child Education. *Procedia—Social and Behavioral Sciences* **7**, 19–23. doi: 10.1016/j.sbspro.2010.10.003, ISSN: 1877-0428.

**Biederman L.A., and W.S. Harpole (2013).** Biochar and its effects on plant productivity and nutrient cycling: a meta-analysis. *GCB Bioenergy* **5**, 202–214. doi: 10.1111/gcbb.12037, ISSN: 17571693.

**Blanco-Canqui H., and R. Lal (2009).** Crop Residue Removal Impacts on Soil Productivity and Environmental Quality. *Critical Reviews in Plant Sciences* **28**, 139–163. doi: 10.1080/07352680902776507, ISSN: 0735-2689, 1549–7836.

**Blengini G.A., E. Brizio, M. Cibrario, and G. Genon (2011).** LCA of bioenergy chains in Piedmont (Italy): A case study to support public decision makers towards sustainability. *Resources, Conservation and Recycling* **57**, 36–47. doi: 10.1016/j.resconrec.2011.10.003, ISSN: 0921-3449.

**Blom B., T. Sunderland, and D. Murdiyarso (2010).** Getting REDD to work locally: lessons learned from integrated conservation and development projects. *Environmental Science & Policy* **13**, 164–172.

**Von Blottnitz H., and M.A. Curran (2007).** A review of assessments conducted on bio-ethanol as a transportation fuel from a net energy, greenhouse gas, and environmental life cycle perspective. *Journal of Cleaner Production* **15**, 607–619. doi: 10.1016/j.jclepro.2006.03.002, ISSN: 0959-6526.

**Bockel L., A. Gentien, M. Tinlot, and M. Bromhead (2010).** *From Nationally Appropriate Mitigation Actions (NAMAs) to Low-Carbon Development in Agriculture: NAMAs as Pathway at Country Level.* Food and Agricultural Organization, Rome, Italy, 32 pp. Available at: http://www.nama-database.org/index. php/From_Nationally_Appropriate_Mitigation_Actions_(NAMAs)_to_Low-Carbon_Development_in_Agriculture.

**Van Bodegom J.A., A. Jan, H. Savenije, and M. Wit** (Eds.) **(2009).** *Forests and Climate Change: Adaptation and Mitigation.* Tropenbos International, Wageningen, The Netherlands, 160 pp. ISBN: 9789051131000.

**Boden T., G. Marland, and R. Andres (2011).** Global $CO_2$ Emissions from Fossil-Fuel Burning, Cement Manufacture, and Gas Flaring: 1751–2008. Available at: http://cdiac.ornl.gov/trends/emis/meth_reg.html.

**11**

De Boer I., C. Cederberg, S. Eady, S. Gollnow, T. Kristensen, M. Macleod, M. Meul, T. Nemecek, L. Phong, G. Thoma, H. van der Werf, A. Williams, and M. Zonderland-Thomassen (2011). Greenhouse gas mitigation in animal production: towards an integrated life cycle sustainability assessment. *Carbon and Nitrogen Cycles* **3**, 423–431. doi: 10.1016/j.cosust.2011.08.007, ISSN: 1877-3435.

Bonan G.B. (2008). Forests and Climate Change: Forcings, Feedbacks, and the Climate Benefits of Forests. *Science* **320**, 1444–1449. doi: 10.1126/science.1155121, ISSN: 0036-8075, 1095–9203.

Börjesson P., and G. Berndes (2006). The prospects for willow plantations for wastewater treatment in Sweden. *Biomass and Bioenergy* **30**, 428–438.

Börjesson P., and L.M. Tufvesson (2011). Agricultural crop-based biofuels—resource efficiency and environmental performance including direct land use changes. *Journal of Cleaner Production* **19**, 108–120.

Bostock J., B. McAndrew, R. Richards, K. Jauncey, T. Telfer, K. Lorenzen, D. Little, L. Ross, N. Handisyde, I. Gatward, and R. Corner (2010). Aquaculture: global status and trends. *Philosophical Transactions of the Royal Society B: Biological Sciences* **365**, 2897–2912. doi: 10.1098/rstb.2010.0170, ISSN: 0962-8436, 1471–2970.

Böttcher H., K. Eisbrenner, S. Fritz, G. Kindermann, F. Kraxner, I. McCallum, and M. Obersteiner (2009). An assessment of monitoring requirements and costs of "Reduced Emissions from Deforestation and Degradation." *Carbon Balance and Management* **4**, 7. doi: 10.1186/1750-0680-4-7, ISSN: 1750-0680.

Böttcher H., P.J. Verkerk, M. Gusti, P. Havlík, and G. Grassi (2012). Projection of the future EU forest $CO_2$ sink as affected by recent bioenergy policies using two advanced forest management models. *GCB Bioenergy* **4**, 773–783. doi: 10.1111/j.1757-1707.2011.01152.x, ISSN: 1757-1707.

Boulamanti A.K., S. Donida Maglio, J. Giuntoli, and A. Agostini (2013). Influence of different practices on biogas sustainability. *Biomass and Bioenergy* **53**, 149–161. doi: 10.1016/j.biombioe.2013.02.020, ISSN: 0961-9534.

Boutton T.W., J.D. Liao, T.R. Filley, and S.R. Archer (2009). Belowground Carbon Storage and Dynamics Accompanying Woody Plant Encroachment in a Subtropical Savanna. SSSA Special Publications. In: *Soil Carbon Sequestration and the Greenhouse Effect*. Soil Science Society of America, Madison, WI, USA, pp. 181–205.

Bradley R.S., M. Vuille, H.F. Diaz, and W. Vergara (2006). Threats to Water Supplies in the Tropical Andes. *Science* **312**, 1755–1756. doi: 10.1126/science.1128087.

Bradstock R.A., G.J. Cary, I. Davies, D.B. Lindenmayer, O. Price, and R.J. Williams (2012). Wildfires, fuel treatment and risk mitigation in Australian eucalypt forests: insights from landscape-scale simulation. *Journal of Environmental Management* **105**, 66–75.

Branca G., H. Hissa, M.C. Benez, K. Medeiros, L. Lipper, M. Tinlot, L. Bockel, and M. Bernoux (2013). Capturing synergies between rural development and agricultural mitigation in Brazil. *Land Use Policy* **30**, 507–518. doi: 10.1016/j.landusepol.2012.04.021, ISSN: 0264-8377.

Brandão M., L. Milà i Canals, and R. Clift (2011). Soil organic carbon changes in the cultivation of energy crops: Implications for GHG balances and soil quality for use in LCA. *Biomass and Bioenergy* **35**, 2323–2336. doi: 10.1016/j.biombioe.2009.10.019, ISSN: 0961-9534.

Bridgwater A.V. (2012). Upgrading biomass fast pyrolysis liquids. *Environmental Progress & Sustainable Energy* **31**, 261–268. doi: 10.1002/ep.11635, ISSN: 1944-7450.

Bright R.M., and A.H. Strømman (2009). Life Cycle Assessment of Second Generation Bio-ethanol Produced from Scandinavian Boreal Forest Resources: A Regional Analysis for Middle Norway. *Journal of Industrial Ecology* **13**, 514–531.

Bright R.M., and A.H. Strømman (2010). Fuel-mix, Vehicle technologies, and Transport Demand Affect Prospects for Biofuels in Northern Europe. *Environmental Science & Technology* **44**, 2261–2269.

Bright R.M., A.H. Strømman, and T.R. Hawkins (2010). Environmental Assessment of Wood-based Biofuel Production and Consumption Scenarios in Norway. *Journal of Industrial Ecology* **14**, 422–439.

Bright R.M., A.H. Strømman, and G.P. Peters (2011). Radiative Forcing Impacts of Boreal Forest Biofuels: A Scenario Study for Norway in Light of Albedo. *Environmental Science & Technology* **45**, 7570–7580. doi: 10.1021/es201746b, ISSN: 0013-936X.

Bringezu S., M. O'Brien, and H. Schütz (2012). Beyond biofuels: Assessing global land use for domestic consumption of biomass: A conceptual and empirical contribution to sustainable management of global resources. *Land Use Policy* **29**, 224–232. doi: 16/j.landusepol.2011.06.010, ISSN: 0264-8377.

Brockhaus M., M. Di Gregorio, and S. Mardiah (2013). Governing the design of national REDD +: An analysis of the power of agency. *Forest Policy and Economics*. doi: 10.1016/j.forpol.2013.07.003, ISSN: 1389-9341.

Brown E.G., R.C. Anderson, G.E. Carstens, H. Gutierrez-Banuelos, J.L. McReynolds, L.J. Slay, T.R. Callaway, and D.J. Nisbet (2011). Effects of oral nitroethane administration on enteric methane emissions and ruminal fermentation in cattle. *Animal Feed Science and Technology* **166–67**, 275–281. doi: 10.1016/j.anifeedsci.2011.04.017, ISSN: 0377-8401.

Brown C.D., and J.F. Johnstone (2011). How does increased fire frequency affect carbon loss from fire? A case study in the northern boreal forest. *International Journal of Wildland Fire* **20**, 829–837. doi: 10.1071/WF10113.

Bryan E., C. Ringler, B. Okaba, J. Koo, M. Herrero, and S. Silvestri (2013). Can agriculture support climate change adaptation, greenhouse gas mitigation and rural livelihoods? Insights from Kenya. *Climatic Change* **118**, 151–165. doi: 10.1007/s10584-012-0640-0, ISSN: 1473300800.

Bryant J.R., V.O. Snow, R. Cichota, and B.H. Jolly (2011). The effect of situational variability in climate and soil, choice of animal type and N fertilisation level on nitrogen leaching from pastoral farming systems around Lake Taupo, New Zealand. *Agricultural Systems* **104**, 271–280. doi: 10.1016/j.agsy.2010.11.001, ISSN: 0308-521X.

Budsberg E., M. Rastogi, M.E. Puettmann, J. Caputo, S. Balogh, T.A. Volk, R. Gustafson, and L. Johnson (2012). Life-cycle assessment for the production of bioethanol from willow biomass crops via biochemical conversion. *Forest Products Journal* **62**, 305.

Buonocore E., P.P. Franzese, and S. Ulgiati (2012). Assessing the environmental performance and sustainability of bioenergy production in Sweden: A life cycle assessment perspective. *Energy* **37**, 69–78. doi: 10.1016/j.energy.2011.07.032.

Burney J.A., S.J. Davis, and D.B. Lobell (2010). Greenhouse gas mitigation by agricultural intensification. *Proceedings of the National Academy of Sciences* **107**, 12052–12057. doi: 10.1073/pnas.0914216107.

Busch G. (2012). GIS-based tools for regional assessments and planning processes regarding potential environmental effects of poplar SRC. *Bioenergy Research* **5**, 584–605.

**Busch J., F. Godoy, W.R. Turner, and C.A. Harvey (2011).** Biodiversity co-benefits of reducing emissions from deforestation under alternative reference levels and levels of finance. *Conservation Letters* **4**, 101–115. doi: 10.1111/j.1755-263X.2010.00150.x, ISSN: 1755-263X.

**Bustamante M.M.C., C.A. Nobre, R. Smeraldi, A.P.D. Aguiar, L.G. Barioni, L.G. Ferreira, K. Longo, P. May, A.S. Pinto, and J.P.H.B. Ometto (2012).** Estimating greenhouse gas emissions from cattle raising in Brazil. *Climatic Change*, 1–19. Available at: http://www.springerlink.com/index/WT2702446216702X.pdf.

**Cacciatore M.A., D.A. Scheufele, and B.R. Shaw (2012).** Labeling renewable energies: How the language surrounding biofuels can influence its public acceptance. *Energy Policy* **51**, 673–682. doi: 10.1016/j.enpol.2012.09.005, ISSN: 0301-4215.

**Cai Y.-I. (2001).** A study on land use/cover change: the need for a new integrated approach. *Geographical Research*. Available at: http://en.cnki.com.cn/Article_en/CJFDTotal-DLYJ200106000.htm.

**Calegari A., W.L. Hargrove, D. dos S. Rheinheimer, R. Ralisch, D. Tessier, S. Tourdonnet, and M. de F. Guimaraes (2008).** Impact of Long-Term No-Tillage and Cropping System Management on Soil Organic Carbon in an Oxisol: A Model for Sustainability. *Agronomy Journal* **100**, 1013–1019.

**Calfapietra C., B. Gielen, D. Karnosky, R. Ceulemans, and G. Scarascia Mugnozza (2010).** Response and potential of agroforestry crops under global change. *Environmental Pollution* **158**, 1095–1104. doi: 10.1016/j.envpol.2009.09.008, ISSN: 0269-7491.

**California Environmental Protection Agency** Air Resources Board—Homepage. Available at: http://www.arb.ca.gov/homepage.htm.

**Calvin K., P. Patel, A. Fawcett, L. Clarke, K. Fisher-Vanden, J. Edmonds, S.H. Kim, R. Sands, and M. Wise (2009).** The distribution and magnitude of emissions mitigation costs in climate stabilization under less than perfect international cooperation: SGM results. *Energy Economics* **31**, S187–S197. doi: 10.1016/j.eneco.2009.06.014, ISSN: 01409883.

**Calvin K., M. Wise, P. Kyle, P. Patel, L. Clarke, and J. Edmonds (2013a).** Tradeoffs of different land and bioenergy policies on the path to achieving climate targets. *Climatic Change in press*. doi: DOI: 10.1007/s10584–013–0897-y.

**Calvin K., M. Wise, P. Luckow, P. Kyle, L. Clarke, and J. Edmonds (2013b).** Implications of uncertain future fossil energy resources on bioenergy use and terrestrial carbon emissions. *Climatic Change*, 1–12. doi: 10.1007/s10584-013-0923-0, ISSN: 0165-0009.

**Campbell J.E., D.B. Lobell, and C.B. Field (2009).** Greater Transportation Energy and GHG Offsets from Bioelectricity Than Ethanol. *Science* **324**, 1055–1057. Available at: http://www.sciencemag.org/content/324/5930/1055.abstract.

**Campbell J.E., D.B. Lobell, R.C. Genova, and C.B. Field (2008).** The Global Potential of Bioenergy on Abandoned Agriculture Lands. *Environmental Science & Technology* **42**, 5791–5794. doi: 10.1021/es800052w, ISSN: 0013-936X.

**Canadell J.G., and M.R. Raupach (2008).** Managing Forests for Climate Change Mitigation. *Science* **320**, 1456–1457. doi: 10.1126/science.1155458, ISSN: 0036-8075, 1095–9203.

**Cançado J.E.D., P.H.N. Saldiva, L.A.A. Pereira, L.B.L.S. Lara, P. Artaxo, L.A. Martinelli, M.A. Arbex, A. Zanobetti, and A.L.F. Braga (2006).** The impact of sugar cane-burning emissions on the respiratory system of children and the elderly. *Environmental Health Perspectives* **114**, 725–729. ISSN: 0091-6765.

**Carlsson-Kanyama A., and A.D. González (2009).** Potential contributions of food consumption patterns to climate change. *The American Journal of Clinical Nutrition* **89**, 1704S–1709S. doi: 10.3945/ajcn.2009.26736AA, ISSN: 0002-9165, 1938–3207.

**Carpita N.C. (2012).** Progress in the biological synthesis of the plant cell wall: new ideas for improving biomass for bioenergy. *Current Opinion in Biotechnology* **23**, 330–337. doi: 10.1016/j.copbio.2011.12.003, ISSN: 0958-1669.

**Cattaneo A., R. Lubowski, J. Busch, A. Creed, B. Strassburg, F. Boltz, and R. Ashton (2010).** On international equity in reducing emissions from deforestation. *Environmental Science & Policy* **13**, 742–753. doi: 10.1016/j.envsci.2010.08.009, ISSN: 1462-9011.

**Cayuela M.L., M.A. Sánchez-Monedero, A. Roig, K. Hanley, A. Enders, and J. Lehmann (2013).** Biochar and denitrification in soils: when, how much and why does biochar reduce N₂O emissions? *Scientific Reports* **3**. doi: 10.1038/srep01732, ISSN: 2045-2322.

**CBD, and GiZ (2011).** *Biodiversity and Livelihoods: REDD-plus Benefits*. Secretariat of the Convention on Biological Diversity and Deutsche Gesellschaft Für Internationale Zusammenarbeit (GIZ) GmbH, Canada, 41 pp. Available at: https://www.cbd.int/doc/publications/for-redd-en.pdf.

**CDM-SSC WG (2011).** *Thirty-Third Meeting Report, Annex 8: Call for Public Inputs in Relation to Standardized Approaches for Facilitating the Baseline Emission Calculations under SSC CDM Methodologies for Displacement of Non-Renewable Biomass*. UNFCCC, Bonn, Germany, 52 pp. Available at: http://cdm.unfccc.int/Panels/ssc_wg/meetings/033/ssc_033_an08.pdf.

**Cederberg C., U.M. Persson, K. Neovius, S. Molander, and R. Clift (2011).** Including carbon emissions from deforestation in the carbon footprint of Brazilian beef. *Environmental Science & Technology* **45**, 1773–1779. Available at: http://pubs.acs.org/doi/abs/10.1021/es103240z.

**Ceschia E., P. Béziat, J.F. Dejoux, M. Aubinet, C. Bernhofer, B. Bodson, N. Buchmann, A. Carrara, P. Cellier, P. Di Tommasi, and others (2010).** Management effects on net ecosystem carbon and GHG budgets at European crop sites. *Agriculture, Ecosystems & Environment* **139**, 363–383.

**Chadwick D., S. Sommer, R. Thorman, D. Fangueiro, L. Cardenas, B. Amon, and T. Misselbrook (2011).** Manure management: Implications for greenhouse gas emissions. *Animal Feed Science and Technology* **166–67**, 514–531. doi: 10.1016/j.anifeedsci.2011.04.036, ISSN: 0377-8401.

**Chakrabarti S. (2010).** Factors influencing organic food purchase in India—expert survey insights. *British Food Journal* **112**, 902–915. doi: 10.1108/00070701011067497, ISSN: 0007-070X.

**Chatterjee A., and R. Lal (2009).** On farm assessment of tillage impact on soil carbon and associated soil quality parameters. *Soil and Tillage Research* **104**, 270–277. doi: 10.1016/j.still.2009.03.006, ISSN: 0167-1987.

**Chen M., and R.E. Blankenship (2011).** Expanding the solar spectrum used by photosynthesis. *Trends in Plant Science* **16**, 427–431.

**Chen X., M. Khanna, H. Huang, and H. Önal (2012).** Meeting the Mandate for Biofuels: Implications for Land Use, Food, and Fuel Prices.

**Cherubini F., N.D. Bird, A. Cowie, G. Jungmeier, B. Schlamadinger, and S. Woess-Gallasch (2009).** Energy- and greenhouse gas-based LCA of biofuel and bioenergy systems: Key issues, ranges and recommendations. *Resources, Conservation, and Recycling* **53**, 434–447. doi: 10.1016/j.resconrec.2009.03.013, ISSN: 0921-3449.

Cherubini F., R.M. Bright, and A.H. Stromman (2013). Global climate impacts of forest bioenergy: what, when and how to measure? *Environmental Research Letters* in press.

Cherubini F., G. Guest, and A. Strømman (2012). Application of probability distributions to the modeling of biogenic $CO_2$ fluxes in life cycle assessment. *GCB Bioenergy* 4, 784–798. doi: 10.1111/j.1757-1707.2011.01156.x, ISSN: 1757-1707.

Cherubini F., and G. Jungmeier (2010). LCA of a biorefinery concept producing bioethanol, bioenergy, and chemicals from switchgrass. *The International Journal of Life Cycle Assessment* 15, 53–66. doi: 10.1007/s11367-009-0124-2, ISSN: 0948-3349.

Cherubini F., G.P. Peters, T. Berntsen, A.H. Strømman, and E. Hertwich (2011). $CO_2$ emissions from biomass combustion for bioenergy: atmospheric decay and contribution to global warming. *GCB Bioenergy* 3, 413–426. doi: 10.1111/j.1757-1707.2011.01102.x, ISSN: 1757-1707.

Cherubini F., and S. Ulgiati (2010). Crop residues as raw materials for biorefinery systems—A LCA case study. *Applied Energy* 87, 47–57. doi: 10.1016/j.apenergy.2009.08.024, ISSN: 0306-2619.

Chhatre A., and A. Agrawal (2009). Trade-offs and synergies between carbon storage and livelihood benefits from forest commons. *Proceedings of the National Academy of Sciences* 106, 17667–17670.

Chhatre A., S. Lakhanpal, A.M. Larson, F. Nelson, H. Ojha, and J. Rao (2012). Social safeguards and co-benefits in REDD+: a review of the adjacent possible. *Current Opinion in Environmental Sustainability* 4, 654–660. doi: 10.1016/j.cosust.2012.08.006, ISSN: 1877-3435.

Choo Y.M., H. Muhamad, Z. Hashim, V. Subramaniam, C.W. Puah, and Y. Tan (2011). Determination of GHG contributions by subsystems in the oil palm supply chain using the LCA approach. *The International Journal of Life Cycle Assessment* 16, 669–681. doi: 10.1007/s11367-011-0303-9, ISSN: 0948-3349.

Chum H., A. Faaij, J. Moreira, G. Berndes, P. Dhamija, H. Dong, B. Gabrielle, A.G. Eng, W. Lucht, M. Mapako, O.M. Cerutti, T. McIntyre, T. Minowa, and K. Pingoud (2011). Bioenergy. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)],*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 209–332.

Chundawat S.P.S., G.T. Beckham, M.E. Himmel, and B.E. Dale (2011). Deconstruction of Lignocellulosic Biomass to Fuels and Chemicals. *Annual Review of Chemical and Biomolecular Engineering* 2, 121–145. doi: 10.1146/annurev-chembioeng-061010-114205.

Chung C.E., V. Ramanathan, and D. Decremer (2012). Observationally constrained estimates of carbonaceous aerosol radiative forcing. *Proceedings of the National Academy of Sciences* 109, 11624–11629.

Ciais P., M.J. Schelhaas, S. Zaehle, S.L. Piao, A. Cescatti, J. Liski, S. Luyssaert, G. Le-Maire, E.-D. Schulze, O. Bouriaud, A. Freibauer, R. Valentini, and G.J. Nabuurs (2008). Carbon accumulation in European forests. *Nature Geoscience* 1, 425–429. doi: 10.1038/ngeo233, ISSN: 1752-0894.

Clair T.A., P. Arp, T. Moore, M. Dalva, and F.-R. Meng (2002). Gaseous carbon dioxide and methane, as well as dissolved organic carbon losses from a small temperate wetland under a changing climate. *Environmental Pollution* 116, Supplement 1, 143–148. doi: 10.1016/S0269-7491(01)00267-6, ISSN: 0269-7491.

Clair S.S., J. Hillier, and P. Smith (2008). Estimating the pre-harvest greenhouse gas costs of energy crop production. *Biomass and Bioenergy* 32, 442–452. doi: 10.1016/j.biombioe.2007.11.001, ISSN: 0961-9534.

Clark H. (2013). Nutritional and host effects on methanogenesis in the grazing ruminant. *Animal 7 Suppl 1*, 41–48. doi: 10.1017/S1751731112001875, ISSN: 1751-732X.

Claussen M., V. Brovkin, and A. Ganopolski (2001). Biogeophysical versus biogeochemical feedbacks of large-scale land cover change. *Geophys. Res. Lett.* 28, 1011–1014. doi: 10.1029/2000gl012471, ISSN: 0094-8276.

Clough T., L. Condron, C. Kammann, and C. Müller (2013). A Review of Biochar and Soil Nitrogen Dynamics. *Agronomy* 3, 275–293. doi: 10.3390/agronomy3020275, ISSN: 2073-4395.

Coelho S., O. Agbenyega, A. Agostini, K.H. Erb, H. Haberl, M. Hoogwijk, R. Lal, O. Lucon, O. Masera, and J.R. Moreira (2012). Chapter 20—Land and Water: Linkages to Bioenergy. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, Cambridge, UK, pp. 1459–1526. ISBN: 9780521182935.

Colfer C.J.P. (2011). Marginalized Forest Peoples' Perceptions of the Legitimacy of Governance: An Exploration. *World Development* 39, 2147–2164. doi: 10.1016/j.worlddev.2011.04.012, ISSN: 0305-750X.

Combes Motel P., R. Pirard, and J.-L. Combes (2009). A methodology to estimate impacts of domestic policies on deforestation: Compensated Successful Efforts for "avoided deforestation" (REDD). *Ecological Economics* 68, 680–691. doi: 10.1016/j.ecolecon.2008.06.001, ISSN: 0921-8009.

Conant R.T., M. Easter, K. Paustian, A. Swan, and S. Williams (2007). Impacts of periodic tillage on soil C stocks: A synthesis. *Soil and Tillage Research* 95, 1–10. doi: 10.1016/j.still.2006.12.006, ISSN: 01671987.

Corbera E., and K. Brown (2008). Building Institutions to Trade Ecosystem Services: Marketing Forest Carbon in Mexico. *World Development* 36, 1956–1979. doi: 10.1016/j.worlddev.2007.09.010, ISSN: 0305-750X.

Corbera E., and H. Schroeder (2011). Governing and implementing REDD+. *Environmental Science & Policy* 14, 89–99. doi: 10.1016/j.envsci.2010.11.002, ISSN: 1462-9011.

Cordes L. (2011). *Igniting Change: A Strategy for Universal Adoption of Clean Cookstoves and Fuels*. Global Alliance for Clean Cookstoves, Washington DC, USA, Available at: www.cleancookstoves.org.

Cottle D.J., J.V. Nolan, and S.G. Wiedemann (2011). Ruminant enteric methane mitigation: a review. *Animal Production Science* 51, 491. doi: 10.1071/AN10163, ISSN: 1836-0939.

Cotula L. (2012). The international political economy of the global land rush: A critical appraisal of trends, scale, geography and drivers. *Journal of Peasant Studies* 39, 649–680. doi: 10.1080/03066150.2012.674940, ISSN: 0306-6150.

Cotula L., S. Vermeulen, R. Leonard, and J. Keeley (2009). *Land Grab or Development Opportunity? Agricultural Investment and International Land Deals in Africa*. 130 pp.

Cox P.M., D. Pearson, B.B. Booth, P. Friedlingstein, C. Huntingford, C.D. Jones, and C.M. Luke (2013). Sensitivity of tropical carbon to climate change constrained by carbon dioxide variability. *Nature* 494, 341–344. doi: 10.1038/nature11882, ISSN: 0028-0836.

Creutzig F., E. Corbera, S. Bolwig, and C. Hunsberger (2013). Integrating place-specific livelihood and equity outcomes into global assessments of bioenergy deployment. *Environmental Research Letters* 8, 035047 (11pp). doi: 10.1088/1748-9326/8/3/035047, ISSN: 1748-9326.

Creutzig F., A. Popp, R. Plevin, G. Luderer, J. Minx, and O. Edenhofer (2012a). Reconciling top-down and bottom-up modelling on future bioenergy deployment. *Nature Climate Change* 2, 320–327. doi: 10.1038/nclimate1416, ISSN: 1758-678X.

Creutzig F., C. von Stechow, D. Klein, C. Hunsberger, N. Bauer, A. Popp, and O. Edenhofer (2012b). Can bioenergy assessments deliver? *Economics of Energy & Environmental Policy* 1. doi: 10.5547/2160-5890.1.2.5, ISSN: 21605882.

Crutzen P.J., A.R. Mosier, K.A. Smith, and W. Winiwarter (2007). $N_2O$ release from agro-biofuel production negates global warming reduction by replacing fossil fuels. *Atmospheric Chemistry and Physics Discussions* 7, 11191–11205. doi: 10.5194/acpd-7-11191-2007, ISSN: 1680-7375.

Daigneault A., B. Sohngen, and R. Sedjo (2012). Economic Approach to Assess the Forest Carbon Implications of Biomass Energy. *Environmental Science & Technology* 46, 5664–5671. doi: 10.1021/es2030142, ISSN: 0013-936X.

Dale B.E., M.S. Allen, M. Laser, and L.R. Lynd (2009). Protein feeds coproduction in biomass conversion to fuels and chemicals. *Biofuels, Bioproducts and Biorefining* 3, 219–230. doi: 10.1002/bbb.132, ISSN: 1932-1031.

Dale V.H., and K.L. Kline (2013). Issues in using landscape indicators to assess land changes. *Ecological Indicators* 28, 91–99.

Dale V.H., K.L. Kline, D. Perla, and A. Lucier (2013). Communicating about bioenergy sustainability. *Environmental Management* 51, 279–290.

Dale V.H., R. Lowrance, P. Mulholland, and G.P. Robertson (2010). Bioenergy sustainability at the regional scale. *Ecology and Society* 15, 23. Available at: https://www.kbs.msu.edu/images/stories/docs/robertson/Dale_et_al._2010_SSSAJ.pdf.

Van Dam J., A.P.C. Faaij, J. Hilbert, H. Petruzzi, and W.C. Turkenburg (2009a). Large-scale bioenergy production from soybeans and switchgrass in Argentina: Part A: Potential and economic feasibility for national and international markets. *Renewable and Sustainable Energy Reviews* 13, 1710–1733.

Van Dam J., A.P. Faaij, J. Hilbert, H. Petruzzi, and W.C. Turkenburg (2009b). Large-scale bioenergy production from soybeans and switchgrass in Argentina: Part B. Environmental and socio-economic impacts on a regional level. *Renewable and Sustainable Energy Reviews* 13, 1679–1709.

Van Dam J., M. Junginger, and A.P.C. Faaij (2010). From the global efforts on certification of bioenergy towards an integrated approach based on sustainable land use planning. *Renewable and Sustainable Energy Reviews* 14, 2445–2472. doi: 16/j.rser.2010.07.010, ISSN: 1364-0321.

Danielsen F., H. Beukema, N.D. Burgess, F. Parish, C.A. Brühl, P.F. Donald, D. Murdiyarso, B. Phalan, L. Reijnders, M. Struebig, and E.B. Fitzherbert (2009). Biofuel Plantations on Forested Lands: Double Jeopardy for Biodiversity and Climate. *Conservation Biology* 23, 348–358. doi: 10.1111/j.1523-1739.2008.01096.x, ISSN: 1523-1739.

Datta A., D.R. Nayak, D.P. Sinhababu, and T.K. Adhya (2009). Methane and nitrous oxide emissions from an integrated rainfed rice–fish farming system of Eastern India. *Agriculture, Ecosystems & Environment* 129, 228–237. doi: 10.1016/j.agee.2008.09.003, ISSN: 01678809.

Dauvergne P., and K.J. Neville (2010). Forests, food, and fuel in the tropics: the uneven social and ecological consequences of the emerging political economy of biofuels. *Journal of Peasant Studies* 37, 631–660.

Davidson E.A. (2012). Representative concentration pathways and mitigation scenarios for nitrous oxide. *Environmental Research Letters* 7, 024005. doi: 10.1088/1748-9326/7/2/024005, ISSN: 1748-9326.

Davidson E.A., and I.A. Janssens (2006). Temperature sensitivity of soil carbon decomposition and feedbacks to climate change. *Nature* 440, 165–173. doi: 10.1038/nature04514, ISSN: 0028-0836, 1476–4679.

Davin E.L., N. de Noblet-Ducoudré, and P. Friedlingstein (2007). Impact of land cover change on surface climate: Relevance of the radiative forcing concept. *Geophys. Res. Lett.* 34, L13702. doi: 10.1029/2007gl029678, ISSN: 0094-8276.

Davis R., A. Aden, and P.T. Pienkos (2011a). Techno-economic analysis of autotrophic microalgae for fuel production. *Applied Energy* 88, 3524–3531. Available at: http://www.sciencedirect.com/science/article/pii/S0306261911002406.

Davis S.C., R.M. Boddey, B.J.R. Alves, A.L. Cowie, B.H. George, S.M. Ogle, P. Smith, M. van Noordwijk, and M.T. van Wijk (2013). Management swing potential for bioenergy crops. *GCB Bioenergy* 5, 623–638. doi: 10.1111/gcbb.12042, ISSN: 1757-1707.

Davis S.C., W.J. Parton, S.J.D. Grosso, C. Keough, E. Marx, P.R. Adler, and E.H. DeLucia (2011b). Impact of second-generation biofuel agriculture on greenhouse-gas emissions in the corn-growing regions of the US. *Frontiers in Ecology and the Environment* 10, 69–74. doi: 10.1890/110003, ISSN: 1540-9295.

Dawson T.P., S.T. Jackson, J.I. House, I.C. Prentice, and G.M. Mace (2011). Beyond Predictions: Biodiversity Conservation in a Changing Climate. *Science* 332, 53–58. doi: 10.1126/science.1200303, ISSN: 0036-8075, 1095–9203.

Deal R.L., B. Cochran, and G. LaRocco (2012). Bundling of ecosystem services to increase forestland value and enhance sustainable forest management. *Forest Policy and Economics* 17, 69–76.

Deal R.L., and R. White (2012). Integrating forest products with ecosystem services: A global perspective. *Forest Policy and Economics* 17, 1–2.

DeAngelo B.J., F.C. de la Chesnaye, R.H. Beach, A. Sommer, and B.C. Murray (2006). Methane and Nitrous Oxide Mitigation in Agriculture. *The Energy Journal*, 89–108.

DeCicco J. (2013). Biofuel's carbon balance: doubts, certainties and implications. *Climatic Change* 121, 801–814. doi: 10.1007/s10584-013-0927-9, ISSN: 0165-0009.

DeFries R., and C. Rosenzweig (2010). Toward a whole-landscape approach for sustainable land use in the tropics. *Proceedings of the National Academy of Sciences* 107, 19627–19632. doi: 10.1073/pnas.1011163107.

Delucchi M.A. (2010). Impacts of biofuels on climate change, water use, and land use. *Annals of the New York Academy of Sciences* 1195, 28–45. doi: 10.1111/j.1749-6632.2010.05457.x, ISSN: 1749-6632.

Dezzeo, N., Chacon, and N. (2005). Carbon and nutrients loss in aboveground biomass a long a fire induced forest-savanna gradient in the Gran Sabana, Southern Venezuela. *Forest Ecology and Management* 209, 343–352.

Dias A.C., and L. Arroja (2012). Environmental impacts of eucalypt and maritime pine wood production in Portugal. *Journal of Cleaner Production* 37, 368–376. doi: 10.1016/j.jclepro.2012.07.056, ISSN: 0959-6526.

Díaz S., J. Fargione, F.S. Chapin, and D. Tilman (2006). Biodiversity loss threatens human well-being. *PLoS Biology* 4, e277.

Diaz-Chavez R.A. (2011). Assessing biofuels: Aiming for sustainable development or complying with the market? *Energy Policy* **39**, 5763–5769. doi: 10.1016/j.enpol.2011.03.054, ISSN: 0301-4215.

Diaz-Chavez R.A. (2012). Land use for integrated systems: A bioenergy perspective. *Environmental Development* **3**, 91–99. doi: 10.1016/j.envdev.2012.03.018, ISSN: 2211-4645.

Dijkstra J., O. Oenema, and A. Bannink (2011). Dietary strategies to reducing N excretion from cattle: implications for methane emissions. *Current Opinion in Environmental Sustainability* **3**, 414–422. doi: 10.1016/j.cosust.2011.07.008, ISSN: 1877-3435.

Dimitriou I., C. Baum, S. Baum, G. Busch, U. Schulz, J. Köhn, N. Lamersdorf, P. Leinweber, P. Aronsson, M. Weih, G. Berndes, and A. Bolte (2009). Short Rotation Coppice (SRC) cultivation and local impact on the environment. *Landbauforschung vTI Agriculture and Forestry Research* **3**, 159–162.

Dimitriou I., C. Baum, S. Baum, G. Busch, U. Schulz, J. Köhn, N. Lamersdorf, P. Leinweber, P. Aronsson, M. Weih, G. Berndes, and A. Bolte (2011). Quantifying environmental effects of short rotation coppice (SRC) on biodiversity, soil and water. *IEA Bioenergy Task 43*.

Ding X.Z., R.J. Long, M. Kreuzer, J.D. Mi, and B. Yang (2010). Methane emissions from yak (Bos grunniens) steers grazing or kept indoors and fed diets with varying forage: concentrate ratio during the cold season on the Qinghai-Tibetan Plateau. *Animal Feed Science and Technology* **162**, 91–98.

DiPietro P., P. Balash, and M. Wallace (2012). A Note on Sources of $CO_2$ Supply for Enhanced-Oil-Recovery Operations. *SPE Economics & Management*, pp.69–74.

Djomo S.N., O.E. Kasmioui, and R. Ceulemans (2011). Energy and greenhouse gas balance of bioenergy production from poplar and willow: a review. *GCB Bioenergy* **3**, 181–197. doi: 10.1111/j.1757-1707.2010.01073.x, ISSN: 1757-1707.

Don A., B. Osborne, A. Hastings, U. Skiba, M.S. Carter, J. Drewer, H. Flessa, A. Freibauer, N. Hyvönen, M.B. Jones, G.J. Lanigan, Ü. Mander, A. Monti, S.N. Djomo, J. Valentine, K. Walter, W. Zegada-Lizarazu, and T. Zenone (2012). Land-use change to bioenergy production in Europe: implications for the greenhouse gas balance and soil carbon. *GCB Bioenergy* **4**, 372–391. doi: 10.1111/j.1757-1707.2011.01116.x, ISSN: 1757-1707.

Donato D.C., J.B. Kauffman, D. Murdiyarso, S. Kurnianto, M. Stidham, and M. Kanninen (2011). Mangroves among the most carbon-rich forests in the tropics. *Nature Geoscience* **4**, 293–297. doi: 10.1038/ngeo1123, ISSN: 1752-0894.

Dornburg V., D. van Vuuren, G. van de Ven, H. Langeveld, M. Meeusen, M. Banse, M. van Oorschot, J. Ros, G. Jan van den Born, H. Aiking, M. Londo, H. Mozaffarian, P. Verweij, E. Lysen, and A. Faaij (2010). Bioenergy revisited: Key factors in global potentials of bioenergy. *Energy and Environmental Science* **3**, 258–267. doi: 10.1039/b922422j, ISSN: 1754-5692.

Douglas E., A. Beltrán-Przekurat, D. Niyogi, R. Pielke Sr, and C. Vörösmarty (2009). The impact of agricultural intensification and irrigation on land-atmosphere interactions and Indian monsoon precipitation–A mesoscale modeling perspective. *Global and Planetary Change* **67**, 117–128.

Downie A., P. Munroe, A. Cowie, L. Van Zwieten, and D.M.S. Lau (2012). Biochar as a Geoengineering Climate Solution: Hazard Identification and Risk Management. *Critical Reviews in Environmental Science and Technology* **42**, 225–250. doi: 10.1080/10643389.2010.507980, ISSN: 1064-3389, 1547-6537.

Duarte C.G., K. Gaudreau, R.B. Gibson, and T.F. Malheiros (2013). Sustainability assessment of sugarcane-ethanol production in Brazil: A case study of a sugarcane mill in São Paulo state. *Ecological Indicators* **30**, 119–129. doi: 10.1016/j.ecolind.2013.02.011, ISSN: 1470-160X.

Dumortier J., D.J. Hayes, M. Carriquiry, F. Dong, X. Du, A. Elobeid, J.F. Fabiosa, and S. Tokgoz (2011). Sensitivity of Carbon Emission Estimates from Indirect Land-Use Change. *Applied Economic Perspectives and Policy* **33**, 428–448. doi: 10.1093/aepp/ppr015, ISSN: 2040-5790, 2040–5804.

Dunlap R.E., and W.R. Catton, Jr. (2002). Which Function(s) of the Environment Do We Study? A Comparison of Environmental and Natural Resource Sociology. *Society & Natural Resources* **15**, 239–249. doi: 10.1080/089419202753445070, ISSN: 0894-1920, 1521–0723.

Durand L., and E. Lazos (2008). The Local Perception of Tropical Deforestation and its Relation to Conservation Policies in Los Tuxtlas Biosphere Reserve, Mexico. *Human Ecology* **36**, 383–394. doi: 10.1007/s10745-008-9172-7, ISSN: 0300-7839.

Durand L., and L.B. Vázquez (2011). Biodiversity conservation discourses. A case study on scientists and government authorities in Sierra de Huautla Biosphere Reserve, Mexico. *Land Use Policy* **28**, 76–82. doi: 10.1016/j.landusepol.2010.04.009, ISSN: 0264-8377.

Durst P.B., P.J. McKenzie, C.L. Brown, and S. Appanah (2006). Challenges facing certification and eco-labelling of forest products in developing countries. *International Forestry Review* **8**, 193–200. Available at: http://www.bioone.org/doi/abs/10.1505/ifor.8.2.193.

Duvenage I., C. Langston, L.C. Stringer, and K. Dunstan (2013). Grappling with biofuels in Zimbabwe: depriving or sustaining societal and environmental integrity? *Journal of Cleaner Production* **42**, 132–140. doi: 10.1016/j.jclepro.2012.11.011, ISSN: 0959-6526.

Eagle A.J., and L.P. Olander (2012). Chapter 3: Greenhouse Gas Mitigation with Agricultural Land Management Activities in the United States—A Side-by-Side Comparison of Biophysical Potentia. In: *Advances in Agronomy*. Academic Press, New York, NY, pp. 79–179. ISBN: 0065-2113.

Eckard R.J., C. Grainger, and C.A.M. de Klein (2010). Options for the abatement of methane and nitrous oxide from ruminant production: A review. *Livestock Science* **130**, 47–56. doi: 10.1016/j.livsci.2010.02.010, ISSN: 1871-1413.

Eckert C., A. Dubini, J. Yu, P. King, M. Ghirardi, M. Seibert, and P.-C. Maness (2012). Hydrogenase Genes and Enzymes Involved in Solar Hydrogen Production. In: *State of the Art and Progress in Production of Biohydrogen*. Biosciences Center, National Renewable Energy Laboratory, Golden, CO, USA, pp. 8–24 (17). ISBN: 978-1-60805-411-4.

Edser C. (2012). Inaugural report shows impressive uptake of RSPO-certified sustainable palm oil in 2011. *Focus on Surfactants* **2012**, 1–2. doi: 10.1016/S1351-4210(12)70119-1, ISSN: 1351-4210.

Egeskog A., G. Berndes, F. Freitas, S. Gustafsson, and G. Sparovek (2011). Integrating bioenergy and food production—A case study of combined ethanol and dairy production in Pontal, Brazil. *Energy for Sustainable Development* **15**, 8–16. doi: 10.1016/j.esd.2011.01.005, ISSN: 0973-0826.

Van Eijck J., H. Romijn, E. Smeets, R. Bailis, M. Rooijakkers, N. Hooijkaas, P. Verweij, and A. Faaij (2014). Comparative analysis of key socio-economic and environmental impacts of smallholder and plantation based jatropha biofuel production systems in Tanzania. *Biomass and Bioenergy* **61**, 25–45. doi: 10.1016/j.biombioe.2013.10.005, ISSN: 0961-9534.

Van Eijck J., E. Smeets, and A. Faaij (2012). The economic performance of jatropha, cassava and Eucalyptus production systems for energy in an East African smallholder setting. *GCB Bioenergy* **4**, 828–845. doi: 10.1111/j.1757-1707.2012.01179.x, ISSN: 1757-1707.

Eisenbies M. H., E.D. Vance, W.M. Aust, and J.R. Seiler (2009). Intensive utilization of harvest residues in southern pine plantations: quantities available and implications for nutrient budgets and sustainable site productivity. *BioEnergy Research* **2**, 90–98.

Elliott D.C. (2013). Transportation fuels from biomass via fast pyrolysis and hydroprocessing. *Wiley Interdisciplinary Reviews: Energy and Environment* **2**, 525–533. doi: 10.1002/wene.74, ISSN: 2041-840X.

Ellis E.C., K. Klein Goldewijk, S. Siebert, D. Lightman, and N. Ramankutty (2010). Anthropogenic transformation of the biomes, 1700 to 2000. *Global Ecology and Biogeography* **19**, 589–606. doi: 10.1111/j.1466-8238.2010.00540.x, ISSN: 1466-8238.

EMPA (2012). *Harmonisation and Extension of the Bioenergy Inventories and Assessment: End Report.* EMPA, Bern, Switzerland, 97 pp. Available at: http://www.empa.ch/plugin/template/empa/*/125527/---/l=1.

Engel S., S. Pagiola, and S. Wunder (2008). Designing payments for environmental services in theory and practice: An overview of the issues. *Ecological Economics* **65**, 663–674. doi: 10.1016/j.ecolecon.2008.03.011, ISSN: 0921-8009.

Eranki P.L., and B.E. Dale (2011). Comparative life cycle assessment of centralized and distributed biomass processing systems combined with mixed feedstock landscapes. *GCB Bioenergy* **3**, 427–438. doi: 10.1111/j.1757-1707.2011.01096.x, ISSN: 1757-1707.

Erb K.-H. (2012). How a socio-ecological metabolism approach can help to advance our understanding of changes in land-use intensity. *Ecological Economics* **76**, 8–14. doi: 10.1016/j.ecolecon.2012.02.005, ISSN: 0921-8009.

Erb K.-H., V. Gaube, F. Krausmann, C. Plutzar, A. Bondeau, and H. Haberl (2007). A comprehensive global 5 min resolution land-use data set for the year 2000 consistent with national census data. *Journal of Land Use Science* **2**, 191–224. doi: 10.1080/17474230701622981, ISSN: 1747-423X.

Erb K.-H., H. Haberl, and C. Plutzar (2012a). Dependency of global primary bioenergy crop potentials in 2050 on food systems, yields, biodiversity conservation and political stability. *Energy Policy* **47**, 260–269. doi: 10.1016/j.enpol.2012.04.066, ISSN: 0301-4215.

Erb K.-H., T. Kastner, S. Luyssaert, R.A. Houghton, T. Kuemmerle, P. Olofsson, and H. Haberl (2013). Bias in the attribution of forest carbon sinks. *Nature Climate Change* **3**, 854–856. doi: 10.1038/nclimate2004, ISSN: 1758-678X, 1758–6798.

Erb K.-H., A. Mayer, F. Krausmann, C. Lauk, C. Plutzar, J. Steinberger, and H. Haberl (2012b). The interrelations of future global bioenergy potentials, food demand and agricultural technology. In: *Socioeconomic and Environmental Impacts of Biofuels: Evidence from Developing Nations.* A. Gasparatos, P. Stromberg, (eds.), Cambridge University Press, Cambridge, UK, pp. 27–52.

Ericksen P.J., J.S. Ingram, and D.M. Liverman (2009). Food security and global environmental change: emerging challenges. *Environmental Science & Policy* **12**, 373–377. Available at: http://www.sciencedirect.com/science/article/pii/S1462901109000653.

Eugene M., C. Martin, M.M. Mialon, D. Krauss, G. Renand, and M. Doreau (2011). Dietary linseed and starch supplementation decreases methane production of fattening bulls. *Animal Feed Science and Technology* **166–167**, 330–337.

Ewing M., and S. Msangi (2009). Biofuels production in developing countries: assessing tradeoffs in welfare and food security. *Environmental Science & Policy* **12**, 520–528. doi: 10.1016/j.envsci.2008.10.002, ISSN: 1462-9011.

Faaij A. (2006). Modern Biomass Conversion Technologies. *Mitigation and Adaptation Strategies for Global Change* **11**, 335–367. doi: 10.1007/s11027-005-9004-7, ISSN: 1381-2386, 1573–1596.

FAO (2006a). *World Agriculture: Towards 2030/2050—Interim Report. Prospects for Food, Nutrition, Agriculture and Major Commodity Groups.* Food and Agriculture Organization of the United Nations (FAO), Rome, 71 pp. Available at: http://www.fao.org/es/ESD/AT2050web.pdf.

FAO (2006b). *Global Planted Forest Thematic Study, Results and Analysis. Planted Forests and Trees Working Paper FP38E.* Rome, Italy, Food and Agriculture Organization of the United Nations, 168 pp. Available at: http://www.fao.org/forestry/12139-03441d093f070ea7d7c4e3ec3f306507.pdf.

FAO (2007). *The World's Mangroves: 1980–2005.* Food and Agricultural Organization of the United Nations, Rome, 153 pp. Available at: http://www.fao.org/docrep/010/a1427e/a1427e00.htm.

FAO (2008). *The State of Food and Agriculture 2008—Biofuels: Prospects, Risks and Opportunities.* Food and Agricultural Organization, Rome, Italy, 128 pp. Available at: http://www.un-energy.org/publications/98-the-state-of-food-and-agriculture-2008-biofuels-prospects-risks-and-opportunities.

FAO (2009). *State of the World's Forests 2009.* Food and Agriculture Organization of the United Nations, Rome, Italy, 168 pp. Available at: http://www.fao.org/docrep/011/i0350e/i0350e00.htm.

FAO (2010). *Global Forest Resources Assessment 2010.* Rome, Italy, Available at: http://www.fao.org/forestry/fra/fra2010/en/.

FAO (2011). *Energy-Smart Food for People and Climate.* Food and Agriculture Organization of the United Nations (FAO), Rome, Italy, 66 pp. Available at: http://www.fao.org/docrep/014/i2454e/i2454e00.pdf.

FAO (2012). *The State of World Fisheries and Aquaculture.* Food and Agricultural Organization, Rome, 209 pp.

FAO, WFP, and IFAD (2012). *The State of Food Insecurity in the World 2012. Economic Growth Is Necessary but Not Sufficient to Accelerate Reduction of Hunger and Malnutrition.* Food and Agricultural Organization of the United Nations, Rome, Italy, 61 pp. Available at: http://www.fao.org/docrep/016/i3027e/i3027e00.htm.

FAOSTAT (2012). *FAO Statistics.* Food and Agriculture Organization of the United Nations, Rome, Italy, 352 pp.

FAOSTAT (2013). FAOSTAT database. *Food and Agriculture Organization of the United Nations.* Available at: http://faostat.fao.org/.

Farage, P.K., Ardo, J., Olsson, L., Rienzi, E.A., Ball, A.S., Pretty, and J.N. (2007). The potential for soil carbon sequestration in three tropical dryland farming systems of Africa and Latin America: A modelling approach. *Soil and Tillage Research* **94**, 457–472.

Fargione J., J. Hill, D. Tilman, S. Polasky, and P. Hawthorne (2008). Land Clearing and the Biofuel Carbon Debt. *Science* **319**, 1235–1238. doi: 10.1126/science.1152747, ISSN: 0036-8075.

Farley J., and R. Costanza (2010). Payments for ecosystem services: From local to global. *Ecological Economics* **69**, 2060–2068.

Favaro L., T. Jooste, M. Basaglia, S.H. Rose, M. Saayman, J.F. Görgens, S. Casella, and W.H. van Zyl (2012). Designing industrial yeasts for the consolidated bioprocessing of starchy biomass to ethanol. *Bioengineered* **4**, 97–102. doi: 10.4161/bioe.22268, ISSN: 2165-5979, 2165–5987.

**Fazio S., and A. Monti (2011).** Life cycle assessment of different bioenergy production systems including perennial and annual crops. *Biomass and Bioenergy* **35**, 4868–4878. doi: 10.1016/j.biombioe.2011.10.014, ISSN: 0961-9534.

**Felder R., and R. Dones (2007).** Evaluation of ecological impacts of synthetic natural gas from wood used in current heating and car systems. *Biomass and Bioenergy* **31**, 403–415. doi: 10.1016/j.biombioe.2006.08.005, ISSN: 0961-9534.

**Feng J., C. Chen, Y. Zhang, Z. Song, A. Deng, C. Zheng, and W. Zhang (2013).** Impacts of cropping practices on yield-scaled greenhouse gas emissions from rice fields in China: A meta-analysis. *Agriculture, Ecosystems & Environment* **164**, 220–228. doi: 10.1016/j.agee.2012.10.009, ISSN: 01678809.

**Fenner A.L., S.S. Godfrey, and M.C. Bull (2011).** Using social networks to deduce whether residents or dispersers spread parasites in a lizard population: Social networks and parasite transmission. *Journal of Animal Ecology* **80**, 835–843. doi: 10.1111/j.1365-2656.2011.01825.x, ISSN: 00218790.

**Field C.B., J.E. Campbell, and D.B. Lobell (2008).** Biomass energy: the scale of the potential resource. *Trends in Ecology and Evolution* **23**, 65–72. doi: 10.1016/j.tree.2007.12.001, ISSN: 0169-5347.

**Field J.L., C.M.H. Keske, G.L. Birch, M.W. DeFoort, and M.F. Cotrufo (2013).** Distributed biochar and bioenergy coproduction: a regionally specific case study of environmental benefits and economic impacts. *GCB Bioenergy* **5**, 177–191. doi: 10.1111/gcbb.12032, ISSN: 17571693.

**Finkbeiner M. (2013).** *Indirect Land Use Change (iLUC) within Life Cycle Assessment (LCA)—Scientific Robustness and Consistency with International Standards.* Publication of the Association of the German Biofuel Industry, Berlin, Germany, 65 pp. Available at: http://www.fediol.eu/data/RZ_VDB_0030_Vorstudie_ENG_Komplett.pdf.

**Fischedick M., R. Schaeffer, A. Adedoyin, M. Akai, T. Bruckner, L. Clarke, V. Krey, I. Savolainen, S. Teske, D. Ürge-Vorsatz, and R. Wright (2011).** Mitigation Potential and Costs. In: *IPCC Special Report on Renewable Energy Sources and Climate change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C.von Stechow (eds)].* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 791–864.

**Fischer J., B. Brosi, G.C. Daily, P.R. Ehrlich, R. Goldman, J. Goldstein, D.B. Lindenmayer, A.D. Manning, H.A. Mooney, L. Pejchar, J. Ranganathan, and H. Tallis (2008).** Should agricultural policies encourage land sparing or wild-life-friendly farming? *Frontiers in Ecology and the Environment* **6**, 380–385. doi: 10.1890/070019, ISSN: 1540-9295.

**Fischer G., S. Prieler, H. Van Velthuizen, G. Berndes, A. Faaij, M. Londo, and M. De Wit (2010).** Biofuel production potentials in Europe: Sustainable use of cultivated land and pastures, Part II: Land use scenarios. *Biomass and Bioenergy* **34**, 173–187.

**Fischer-Kowalski M. (2011).** Analyzing sustainability transitions as a shift between socio-metabolic regimes. *Environmental Innovation and Societal Transitions* **1**, 152–159. doi: 16/j.eist.2011.04.004, ISSN: 2210-4224.

**Flannigan M., B. Stocks, M. Turetsky, and M. Wotton (2009).** Impacts of climate change on fire activity and fire management in the circumboreal forest. *Global Change Biology* **15**, 549–560. doi: 10.1111/j.1365-2486.2008.01660.x, ISSN: 1365-2486.

**FLEG** Regional Forest Law Enforcement and Governance (FLEG) Initiatives. Available at: http://www.worldbank.org/en/topic/forests/brief/fleg-regional-forest-law-enforcement-governance.

**Foley J.A., R. DeFries, G.P. Asner, C. Barford, G. Bonan, S.R. Carpenter, F.S. Chapin, M.T. Coe, G.C. Daily, H.K. Gibbs, J.H. Helkowski, T. Holloway, E.A. Howard, C.J. Kucharik, C. Monfreda, J.A. Patz, I.C. Prentice, N. Ramankutty, and P.K. Snyder (2005).** Global Consequences of Land Use. *Science* **309**, 570–574. doi: 10.1126/science.1111772, ISSN: 0036-8075, 1095–9203.

**Foley P.A., D.A. Kenny, J.J. Callan, T.M. Boland, and F.P. O'Mara (2009).** Effect of DL-malic acid supplementation on feed intake, methane emission, and rumen fermentation in beef cattle. *Journal of Animal Science* **87**, 1048–1057. doi: 10.2527/jas.2008-1026, ISSN: 0021-8812, 1525–3163.

**Foley J.A., N. Ramankutty, K.A. Brauman, E.S. Cassidy, J.S. Gerber, M. Johnston, N.D. Mueller, C. O'Connell, D.K. Ray, P.C. West, C. Balzer, E.M. Bennett, S.R. Carpenter, J. Hill, C. Monfreda, S. Polasky, J. Rockstrom, J. Sheehan, S. Siebert, D. Tilman, and D.P.M. Zaks (2011).** Solutions for a cultivated planet. *Nature* **478**, 337–342. doi: 10.1038/nature10452, ISSN: 0028-0836.

**Follett R.F., and D.A. Reed (2010).** Soil Carbon Sequestration in Grazing Lands: Societal Benefits and Policy Implications. *Rangeland Ecology & Management* **63**, 4–15. doi: 10.2111/08-225.1, ISSN: 1550-7424, 1551–5028.

**Forner C., J. Blaser, F. Jotzo, and C. Robledo (2006).** Keeping the forest for the climate's sake: avoiding deforestation in developing countries under the UNFCCC. *Climate Policy* **6**, 275–294. doi: 10.1080/14693062.2006.9685602, ISSN: 1469-3062.

**Frank S., H. Böttcher, P. Havlik, H. Valin, A. Mosnier, M. Obersteiner, E. Schmid, and B. Elbersen (2013).** How effective are the sustainability criteria accompanying the European Union 2020 biofuel targets? *GCB Bioenergy*, n/a–n/a. doi: 10.1111/j.1757-1707.2012.01188.x, ISSN: 1757-1707.

**Franzluebbers A.J., and J.A. Stuedemann (2009).** Soil-profile organic carbon and total nitrogen during 12 years of pasture management in the Southern Piedmont USA. *Agriculture, Ecosystems & Environment* **129**, 28–36. doi: 10.1016/j.agee.2008.06.013, ISSN: 01678809.

**Frei M., M.A. Razzak, M.M. Hossain, M. Oehme, S. Dewan, and K. Becker (2007).** Methane emissions and related physicochemical soil and water parameters in rice–fish systems in Bangladesh. *Agriculture, Ecosystems & Environment* **120**, 391–398. doi: 10.1016/j.agee.2006.10.013, ISSN: 01678809.

**Fuglestvedt J.S., K.P. Shine, T. Berntsen, J. Cook, D.S. Lee, A. Stenke, R.B. Skeie, G.J.M. Velders, and I.A. Waitz (2010).** Transport impacts on atmosphere and climate: Metrics. *Atmospheric Environment* **44**, 4648–4677.

**Gabrielle B., and N. Gagnaire (2008).** Life-cycle assessment of straw use in bio-ethanol production: A case study based on biophysical modelling. *Biomass and Bioenergy* **32**, 431–441. doi: 10.1016/j.biombioe.2007.10.017, ISSN: 0961-9534.

**Gabrielle B., P. Maupu, and E. Vial (2013).** Life cycle assessment of eucalyptus short rotation coppices for bioenergy production in southern France. *GCB Bioenergy* **5**, 30–42. doi: 10.1111/gcbb.12008, ISSN: 1757-1707.

**Galinato S.P., J.K. Yoder, and D. Granatstein (2011).** The economic value of biochar in crop production and carbon sequestration. *Energy Policy* **39**, 6344–6350. doi: 10.1016/j.enpol.2011.07.035, ISSN: 0301-4215.

**Garcia-Frapolli E., A. Schilmann, V. Berrueta, H. Riojas-Rodriguez, R. Edwards, M. Johnson, A. Guevara-Sangines, C. Armendariz, and O.R. Masera (2010).** Beyond Fuelwood Savings: Valuing the economic benefits of introducing improved biomass cookstoves in the Purépecha region of Mexico. *Ecological Economics* **69**, 2598–2605.

Garcia-Ulloa J., S. Sloan, P. Pacheco, J. Ghazoul, and L.P. Koh (2012). Lowering environmental costs of oil-palm expansion in Colombia. *Conservation Letters* 5, 366–375. doi: 10.1111/j.1755-263X.2012.00254.x, ISSN: 1755263X.

Gardner T.A., N.D. Burgess, N. Aguilar-Amuchastegui, J. Barlow, E. Berenguer, T. Clements, F. Danielsen, J. Ferreira, W. Foden, V. Kapos, S.M. Khan, A.C. Lees, L. Parry, R.M. Roman-Cuesta, C.B. Schmitt, N. Strange, I. Theilade, and I. C.G. Vieira (2012). A framework for integrating biodiversity concerns into national REDD+ programmes. *Biological Conservation* 154, 61–71. doi: 10.1016/j.biocon.2011.11.018, ISSN: 0006-3207.

Garg K.K., L. Karlberg, S.P. Wani, and G. Berndes (2011). Jatropha production on wastelands in India: opportunities and trade-offs for soil and water management at the watershed scale. *Biofuels, Bioproducts and Biorefining* 5, 410–430. doi: 10.1002/bbb.312, ISSN: 1932-1031.

Garnett T. (2011). Where are the best opportunities for reducing greenhouse gas emissions in the food system (including the food chain)? *Food Policy* 36, **Supplement 1**, 23–32. doi: 10.1016/j.foodpol.2010.10.010, ISSN: 0306-9192.

Garnett T., M.C. Appleby, A. Balmford, I.J. Bateman, T.G. Benton, P. Bloomer, B. Burlingame, M. Dawkins, L. Dolan, D. Fraser, M. Herrero, I. Hoffmann, P. Smith, P.K. Thornton, C. Toulmin, S.J. Vermeulen, and H.C.J. Godfray (2013). Sustainable Intensification in Agriculture: Premises and Policies. *Science* 341, 33–34. doi: 10.1126/science.1234485, ISSN: 0036-8075, 1095–9203.

Gasparatos A., P. Stromberg, and K. Takeuchi (2011). Biofuels, ecosystem services and human wellbeing: Putting biofuels in the ecosystem services narrative. *Agriculture, Ecosystems & Environment* 142, 111–128. doi: 16/j.agee.2011.04.020, ISSN: 0167-8809.

Gattinger A., A. Muller, M. Haeni, C. Skinner, A. Fliessbach, N. Buchmann, P. Mader, M. Stolze, P. Smith, N.E.-H. Scialabba, and U. Niggli (2012). Enhanced top soil carbon stocks under organic farming. *Proceedings of the National Academy of Sciences* 109, 18226–18231. doi: 10.1073/pnas.1209429109, ISSN: 0027-8424, 1091–6490.

Gawel E., and G. Ludwig (2011). The iLUC dilemma: How to deal with indirect land use changes when governing energy crops? *Land Use Policy* 28, 846–856. doi: 10.1016/j.landusepol.2011.03.003, ISSN: 0264-8377.

GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp.

Von Geibler J. (2013). Market-based governance for sustainability in value chains: conditions for successful standard setting in the palm oil sector. *Journal of Cleaner Production* 56, 39–53. doi: 10.1016/j.jclepro.2012.08.027, ISSN: 0959-6526.

Gelfand I., R. Sahajpal, X. Zhang, R.C. Izaurralde, K.L. Gross, and G.P. Robertson (2013). Sustainable bioenergy production from marginal lands in the US Midwest. *Nature* 493, 514–517. doi: 10.1038/nature11811, ISSN: 0028-0836, 1476–4687.

Gelfand I., T. Zenone, P. Jasrotia, J. Chen, S.K. Hamilton, and G.P. Robertson (2011). Carbon debt of Conservation Reserve Program (CRP) grasslands converted to bioenergy production. *Proceedings of the National Academy of Sciences of the United States* 108, 13864–13869.

Georgescu M., D.B. Lobell, and C.B. Field (2011). Direct climate effects of perennial bioenergy crops in the United States. *Proceedings of the National Academy of Sciences* 108, 4307–4312. doi: 10.1073/pnas.1008779108, ISSN: 0027-8424, 1091–6490.

Gerbens-Leenes W., A.Y. Hoekstra, and T.H. Van der Meer (2009). The water footprint of bioenergy. *Proceedings of the National Academy of Sciences* 106, 10219–10223. Available at: http://www.pnas.org/content/106/25/10219. short.

Gerber P., H.A. Mooney, J. Dijkman, S. Tarawali, and C. de Haan (Eds.) (2010). *Livestock in a Changing Landscape. Experiences and Regional Perspectives.* Island Press, Washington, D.C., 189 pp. ISBN: 9781597266734.

German L., and G. Schoneveld (2012). A review of social sustainability considerations among EU-approved voluntary schemes for biofuels, with implications for rural livelihoods. *Energy Policy* 51, 765–778. doi: 10.1016/j.enpol.2012.09.022, ISSN: 0301-4215.

German L., G.C. Schoneveld, and D. Gumbo (2011). The Local Social and Environmental Impacts of Smallholder-Based Biofuel Investments in Zambia. *Ecology and Society* 16. doi: 10.5751/es-04280-160412, ISSN: 1708-3087.

German L., G. Schoneveld, and E. Mwangi (2013). Contemporary Processes of Large-Scale Land Acquisition in Sub-Saharan Africa: Legal Deficiency or Elite Capture of the Rule of Law? *World Development* 48, 1–18. doi: 10.1016/j.worlddev.2013.03.006, ISSN: 0305-750X.

Gibbs H.K., M. Johnston, J.A. Foley, T. Holloway, C. Monfreda, N. Ramankutty, and D. Zaks (2008). Carbon payback times for crop-based biofuel expansion in the tropics: the effects of changing yield and technology. *Environmental Research Letters* 3, 034001 (10pp). doi: 10.1088/1748-9326/3/3/034001, ISSN: 1748-9326.

Gilg A. (2009). Perceptions about land use. *Land Use Policy* 26, **Supplement 1**, 76–82. doi: 10.1016/j.landusepol.2009.08.018, ISSN: 0264-8377.

Gill M., P. Smith, and J.M. Wilkinson (2010). Mitigating climate change: the role of domestic livestock. *Animal* 4, 323–333. doi: 10.1017/S1751731109004662.

Giuntoli J., A.K. Boulamanti, S. Corrado, M. Motegh, A. Agostini, and D. Baxter (2013). Environmental impacts of future bioenergy pathways: the case of electricity from wheat straw bales and pellets. *GCB Bioenergy* 5, 497–512. doi: 10.1111/gcbb.12012, ISSN: 1757-1707.

Gnansounou E. (2011). Assessing the sustainability of biofuels: A logic-based model. *Energy* 36, 2089–2096. doi: 10.1016/j.energy.2010.04.027, ISSN: 03605442.

Godfray H.C.J., J.R. Beddington, I.R. Crute, L. Haddad, D. Lawrence, J.F. Muir, J. Pretty, S. Robinson, S.M. Thomas, and C. Toulmin (2010). Food Security: The Challenge of Feeding 9 Billion People. *Science* 327, 812–818. doi: 10.1126/science.1185383, ISSN: 0036-8075, 1095–9203.

Goglio P., E. Bonari, and M. Mazzoncini (2012). LCA of cropping systems with different external input levels for energetic purposes. *Biomass and Bioenergy* 42, 33–42. doi: 10.1016/j.biombioe.2012.03.021, ISSN: 0961-9534.

Gohin A. (2008). Impacts of the European Biofuel Policy on the Farm Sector: A General Equilibrium Assessment. *Applied Economic Perspectives and Policy* 30, 623–641. doi: 10.1111/j.1467-9353.2008.00437.x, ISSN: 2040-5790, 2040–5804.

Goldemberg J. (2007). Ethanol for a sustainable energy future. *Science* 315, 808–810.

Goldemberg J., S.T. Coelho, and P. Guardabassi (2008). The sustainability of ethanol production from sugarcane. *Energy Policy* 36, 2086–2097.

Goldewijk K.K., A. Beusen, G. van Drecht, and M. de Vos (2011). The HYDE 3.1 spatially explicit database of human-induced global land-use change over the past 12,000 years. *Global Ecology and Biogeography* 20, 73–86. doi: 10.1111/j.1466-8238.2010.00587.x, ISSN: 1466-822X.

**Gollakota S., and S. McDonald (2012).** $CO_2$ capture from ethanol production and storage into the Mt Simon Sandstone. *Greenhouse Gases: Science and Technology* **2**, 346–351.

**Golub A., T. Hertel, H.L. Lee, S. Rose, and B. Sohngen (2009).** The opportunity cost of land use and the global potential for greenhouse gas mitigation in agriculture and forestry. *Resource and Energy Economics* **31**, 299–319.

**González A.D., B. Frostell, and A. Carlsson-Kanyama (2011).** Protein efficiency per unit energy and per unit greenhouse gas emissions: Potential contribution of diet choices to climate change mitigation. *Food Policy* **36**, 562–570. doi: 10.1016/j.foodpol.2011.07.003, ISSN: 0306-9192.

**Gonzalez P., R.P. Neilson, J.M. Lenihan, and R.J. Drapek (2010).** Global patterns in the vulnerability of ecosystems to vegetation shifts due to climate change. *Global Ecology and Biogeography* **19**, 755–768. doi: 10.1111/j.1466-8238.2010.00558.x, ISSN: 1466-8238.

**González-Estrada E., L.C. Rodriguez, V.K. Walen, J.B. Naab, J. Koo, J.W. Jones, M. Herrero, and P.K. Thornton (2008).** Carbon sequestration and farm income in West Africa: Identifying best management practices for smallholder agricultural systems in northern Ghana. *Ecological Economics* **67**, 492—502.

**González-García S., J. Bacenetti, R.J. Murphy, and M. Fiala (2012a).** Present and future environmental impact of poplar cultivation in the Po Valley (Italy) under different crop management systems. *Journal of Cleaner Production* **26**, 56–66. doi: 10.1016/j.jclepro.2011.12.020, ISSN: 0959-6526.

**González-García S., M.T. Moreira, G. Feijoo, and R.J. Murphy (2012b).** Comparative life cycle assessment of ethanol production from fast-growing wood crops (black locust, eucalyptus and poplar). *Biomass and Bioenergy* **39**, 378–388. doi: 10.1016/j.biombioe.2012.01.028, ISSN: 0961-9534.

**Gopalakrishnan G., M.C. Negri, and W. Salas (2012).** Modeling biogeochemical impacts of bioenergy buffers with perennial grasses for a row-crop field in Illinois. *Global Change Biology Bioenergy* **4**, 739–750. doi: 10.1111/j.1757-1707.2011.01145.x.

**Gopalakrishnan G., M.C. Negri, and S. Snyder (2011a).** A novel framework to classify marginal land for sustainable biomass feedstock production. *Journal of Environmental Quality* **40**, 1593–1600. Available at: http://www.sciencedirect.com/science/article/pii/S0306261911002406.

**Gopalakrishnan G., M.C. Negri, and S. Snyder (2011b).** Redesigning agricultural landscapes for sustainability using bioenergy crops: quantifying the tradeoffs between agriculture, energy and the environment. *Aspects of Applied Biology* **112**, 139–146.

**Gopalakrishnan G., M.C. Negri, M. Wang, M. Wu, S.W. Snyder, and L. Lafreniere (2009).** Biofuels, land and water: a systems approach to sustainability. *Environmental Science & Technology* **43**, 6094–6100.

**Görg C. (2007).** Landscape governance: The "politics of scale" and the "natural" conditions of places. *Pro-Poor Water? The Privatisation and Global Poverty Debate* **38**, 954–966. doi: 10.1016/j.geoforum.2007.01.004, ISSN: 0016-7185.

**Gorham E. (1991).** Northern peatlands: role in the carbon cycle and probable responses to climatic warming. *Ecological Applications* **1**, 182–195.

**Gottschalk P., J.U. Smith, M. Wattenbach, J. Bellarby, E. Stehfest, N. Arnell, T.J. Osborn, and P. Smith (2012).** How will organic carbon stocks in mineral soils evolve under future climate? Global projections using RothC for a range of climate change scenarios. *Biogeosciences Discussions* **9**, 411–451. doi: 10.5194/bgd-9-411-2012, ISSN: 1810-6285.

**Government of New Zealand** New Zealand climate change information. Available at: http://www.climatechange.govt.nz/.

**Graham-Rowe D. (2011).** Agriculture: Beyond food versus fuel. *Nature* **474**, 6–8. doi: 10.1038/474S06a, ISSN: 0028-0836.

**Grainger C., and K.A. Beauchemin (2011).** Can enteric methane emissions from ruminants be lowered without lowering their production? *Animal Feed Science and Technology* **166–167**, 308–320. doi: 10.1016/j.anifeedsci.2011.04.021, ISSN: 0377-8401.

**Grainger C., T. Clarke, K.A. Beauchemin, S.M. McGinn, and R.J. Eckard (2008).** Supplementation with whole cottonseed reduces methane emissions and can profitably increase milk production of dairy cows offered a forage and cereal grain diet. *Australian Journal of Experimental Agriculture* **48**, 73–76.

**Grainger C., R. Williams, T. Clarke, A.G. Wright, and R.J. Eckard (2010).** Supplementation with whole cottonseed causes long-term reduction of methane emissions from lactating dairy cows offered a forage and cereal grain diet. *Journal of Dairy Science* **93**, 2612–2619.

**Gregg J.S., and S.J. Smith (2010).** Global and regional potential for bioenergy from agricultural and forestry residue biomass. *Mitigation and Adaptation Strategies for Global Change* **15**, 241–262. doi: 10.1007/s11027-010-9215-4, ISSN: 1381-2386, 1573–1596.

**Di Gregorio M., M. Brockhaus, T. Cronin, E. Muharrom, L. Santoso, S. Mardiah, and M. Büdenbender (2013).** Equity and REDD+ in the Media: a Comparative Analysis of Policy Discourses. *Ecology and Society* **18**, 39. doi: 10.5751/ES-05694-180239.

**Groom M., E. Gray, and P. Townsend (2008).** Biofuels and Biodiversity: Principles for Creating Better Policies for Biofuel Production. *Conservation Biology* **22**, 602–609. doi: 10.1111/j.1523-1739.2007.00879.x, ISSN: 1523-1739.

**De Groot R. (2006).** Function-analysis and valuation as a tool to assess land use conflicts in planning for sustainable, multi-functional landscapes. *Landscape and Urban Planning* **75**, 175–186.

**Guariguata M.R., J.P. Cornelius, B. Locatelli, C. Forner, and G.A. Sánchez-Azofeifa (2008).** Mitigation needs adaptation: Tropical forestry and climate change. *Mitigation and Adaptation Strategies for Global Change* **13**, 793–808. doi: 10.1007/s11027-007-9141-2, ISSN: 1381-2386, 1573–1596.

**Guest G., R.M. Bright, F. Cherubini, O. Michelsen, and A.H. Strømman (2011).** Life Cycle Assessment of Biomass-based Combined Heat and Power Plants. *Journal of Industrial Ecology* **15**, 908–921. doi: 10.1111/j.1530-9290.2011.00375.x, ISSN: 1530-9290.

**Guest G., R.M. Bright, F. Cherubini, and A.H. Strømman (2013).** Consistent quantification of climate impacts due to biogenic carbon storage across a range of bio-product systems. *Environmental Impact Assessment Review* **43**, 21–30.

**Guldea S., H. Chung, W. Amelung, C. Chang, and J. Six (2008).** Soil carbon saturation controls labile and stable carbon pool dynamics. *Soil Science Society of America Journal* **72**, 605–612. doi: 10.2136/sssaj2007.0251.

**Gumpenberger M., K. Vohland, U. Heyder, B. Poulter, K. Macey, A. Rammig, A. Popp, and W. Cramer (2010).** Predicting pan-tropical climate change induced forest stock gains and losses—implications for REDD. *Environmental Research Letters* **5**, 014013 (15pp). doi: 10.1088/1748-9326/5/1/014013, ISSN: 1748-9326.

**Gupta J. (2012).** Glocal forest and REDD+ governance: win–win or lose–lose? *Current Opinion in Environmental Sustainability* **4**, 620–627. doi: 10.1016/j.cosust.2012.09.014, ISSN: 1877-3435.

Gurung A., and S.E. Oh (2013). Conversion of traditional biomass into modern bioenergy systems: A review in context to improve the energy situation in Nepal. *Renewable Energy* **50**, 206–213. doi: 10.1016/j.renene.2012.06.021, ISSN: 0960-1481.

Gustavsson J., C. Cederberg, U. Sonesson, R. van Otterdijk, and A. Meybeck (2011). *Global Food Losses and Food Waste. Extent, Causes and Prevention.* Food and Agricultural Organization of the United Nations, Rome, 29 pp.

Gustavsson L., K. Pingoud, and R. Sathre (2006). Carbon Dioxide Balance of Wood Substitution: Comparing Concrete- and Wood-Framed Buildings. *Mitigation and Adaptation Strategies for Global Change* **11**, 667–691. doi: 10.1007/s11027-006-7207-1, ISSN: 1381-2386.

Guthinga P.M. (2008). Understanding local communities' perceptions of existing forest management regimes of Kenyan rainforest. *International Journal of Social Forestry (IJSF)* **1**, 145–166.

Haberl H. (2013). Net land-atmosphere flows of biogenic carbon related to bioenergy: towards an understanding of systemic feedbacks. *Global Change Biology Bioenergy*.

Haberl H., T. Beringer, S.C. Bhattacharya, K.-H. Erb, and M. Hoogwijk (2010). The global technical potential of bio-energy in 2050 considering sustainability constraints. *Current Opinion in Environmental Sustainability* **2**, 394–403. doi: 10.1016/j.cosust.2010.10.007, ISSN: 1877-3435.

Haberl H., K.-H. Erb, F. Krausmann, A. Bondeau, C. Lauk, C. Müller, C. Plutzar, and J.K. Steinberger (2011a). Global bioenergy potentials from agricultural land in 2050: Sensitivity to climate change, diets and yields. *Biomass and Bioenergy* **35**, 4753–4769. doi: 10.1016/j.biombioe.2011.04.035, ISSN: 0961-9534.

Haberl H., K.H. Erb, F. Krausmann, V. Gaube, A. Bondeau, C. Plutzar, S. Gingrich, W. Lucht, and M. Fischer-Kowalski (2007). Quantifying and mapping the human appropriation of net primary production in earth's terrestrial ecosystems. *Proceedings of the National Academy of Sciences* **104**, 12942–12947. doi: 10.1073/pnas.0704243104.

Haberl H., M. Fischer-Kowalski, F. Krausmann, J. Martinez-Alier, and V. Winiwarter (2011b). A socio-metabolic transition towards sustainability? Challenges for another Great Transformation. *Sustainable Development* **19**, 1–14. doi: 10.1002/sd.410, ISSN: 1099-1719.

Haberl H., C. Mbow, X. Deng, E.G. Irwin, S. Kerr, T. Kuemmerle, O. Mertz, P. Meyfroidt, and B.L. Turner II (2013a). Finite Land Resources and Competition. Strüngmann Forum Reports. In: *Rethinking global land use in an urban era,* edited by Karen C. Seto and Anette Reenberg. MIT Press, Cambridge, MA, pp. 33–67. ISBN: 9780262026901.

Haberl H., E.-D. Schulze, C. Körner, B.E. Law, B. Holtsmark, and S. Luyssaert (2013b). Response: complexities of sustainable forest use. *GCB Bioenergy* **5**, 1–2. doi: 10.1111/gcbb.12004, ISSN: 17571693.

Haberl H., D. Sprinz, M. Bonazountas, P. Cocco, Y. Desaubies, M. Henze, O. Hertel, R.K. Johnson, U. Kastrup, P. Laconte, E. Lange, P. Novak, J. Paavola, A. Reenberg, S. van den Hove, T. Vermeire, P. Wadhams, and T. Searchinger (2012). Correcting a fundamental error in greenhouse gas accounting related to bioenergy. *Energy Policy* **45**, 18–23. doi: 10.1016/j.enpol.2012.02.051, ISSN: 0301-4215.

Hakala K., M. Kontturi, and K. Pahkala (2009). Field biomass as global energy source. *Agricultural and Food Science* **18**, 347–365. ISSN: 1459-6067.

Hall J., S. Matos, L. Severino, and N. Beltrão (2009). Brazilian biofuels and social exclusion: established and concentrated ethanol versus emerging and dispersed biodiesel. *Journal of Cleaner Production* **17**, **Supplement 1**, S77–S85. doi: 10.1016/j.jclepro.2009.01.003, ISSN: 0959-6526.

Hallgren W., C.A. Schlosser, E. Monier, D. Kicklighter, A. Sokolov, and J. Melillo (2013). Climate impacts of a large-scale biofuels expansion. *Geophysical Research Letters* **40**, 1624–1630. doi: 10.1002/grl.50352, ISSN: 1944-8007.

Halsnæs K., and J. Verhagen (2007). Development based climate change adaptation and mitigation—conceptual issues and lessons learned in studies in developing countries. *Mitigation and Adaptation Strategies for Global Change* **Volume 12**, 665–684.

Halvorson J.J., J.M. Gonzalez, and A.E. Hagerman (2011). Repeated applications of tannins and related phenolic compounds are retained by soil and affect cation exchange capacity. *Soil Biology and Biochemistry* **43**, 1139–1147. doi: 10.1016/j.soilbio.2011.01.023, ISSN: 0038-0717.

Hamelinck C.N., and A.P. Faaij (2006). Outlook for advanced biofuels. *Energy Policy* **34**, 3268–3283.

Hanff E., M.-H. Dabat, and J. Blin (2011). Are biofuels an efficient technology for generating sustainable development in oil-dependent African nations? A macroeconomic assessment of the opportunities and impacts in Burkina Faso. *Renewable and Sustainable Energy Reviews* **15**, 2199–2209. doi: 10.1016/j.rser.2011.01.014, ISSN: 1364-0321.

Hansen M.C., S.V. Stehman, and P.V. Potapov (2010). Quantification of global gross forest cover loss. *Proceedings of the National Academy of Sciences of the United States of America* **107**, 8650–8655. doi: 10.1073/pnas.0912668107, ISSN: 0027-8424.

Hardner J.J., P.C. Frumhoff, and D.C. Goetze (2000). Prospects for mitigating carbon, conserving biodiversity, and promoting socioeconomic development objectives through the clean development mechanism. *Mitigation and Adaptation Strategies for Global Change* **5**, 61–80. doi: 10.1023/A:1009685323704, ISSN: 1381-2386, 1573–1596.

Harper R.J., A.C. Beck, P. Ritson, M.J. Hill, C.D. Mitchell, D.J. Barrett, K.R.J. Smettem, and S.S. Mann (2007). The potential of greenhouse sinks to underwrite improved land management. *Ecological Engineering* **29**, 329–341.

Harper R.J., S.J. Sochacki, K.R.J. Smettem, and N. Robinson (2010). Bioenergy Feedstock Potential from Short-Rotation Woody Crops in a Dryland Environment†. *Energy & Fuels* **24**, 225–231. doi: 10.1021/ef9005687, ISSN: 0887-0624.

Harris N.L., S. Brown, S.C. Hagen, S.S. Saatchi, S. Petrova, W. Salas, M.C. Hansen, P.V. Potapov, and A. Lotsch (2012). Baseline Map of Carbon Emissions from Deforestation in Tropical Regions. *Science* **336**, 1573–1576. doi: 10.1126/science.1217962, ISSN: 0036-8075, 1095–9203.

Harsono S.S., A. Prochnow, P. Grundmann, A. Hansen, and C. Hallmann (2012). Energy balances and greenhouse gas emissions of palm oil biodiesel in Indonesia. *GCB Bioenergy* **4**, 213–228. doi: 10.1111/j.1757-1707.2011.01118.x, ISSN: 1757-1707.

Harvey C.A., B. Dickson, and C. Kormos (2010). Opportunities for achieving biodiversity conservation through REDD. *Conservation Letters* **3**, 53–61. doi: 10.1111/j.1755-263X.2009.00086.x.

Harvey C.A., O. Komar, R. Chazdon, B.G. Ferguson, B. Finegan, D.M. Griffith, M. Martinez-Ramos, H. Morales, R. Nigh, L. Soto-Pinto, M. van Breugel, and M. Wishnie (2008). Integrating agricultural landscapes with biodiversity conservation in the Mesoamerican hotspot. *Conservation Biology* **22**, 8–15. Available at: http://onlinelibrary.wiley.com/doi/10.1111/j.1523-1739.2007.00863.x/full.

Harvey M., and S. Pilgrim (2011). The new competition for land: Food, energy, and climate change. *Food Policy* 36, 40–51.

Havemann T. (2011). *Financing Mitigation in Smallholder Agricultural Systems: Issues and Opportunities*. CGIAR Research Program on Climate Change, Agriculture and Food Security (CCAFS), Copenhagen, Denmark, 27 pp. Available at: http://cgspace.cgiar.org/handle/10568/6576.

Havlík P., U.A. Schneider, E. Schmid, H. Böttcher, S. Fritz, R. Skalský, K. Aoki, S.D. Cara, G. Kindermann, F. Kraxner, S. Leduc, I. McCallum, A. Mosnier, T. Sauer, and M. Obersteiner (2011). Global land-use implications of first and second generation biofuel targets. *Energy Policy* 39, 5690–5702. doi: 10.1016/j.enpol.2010.03.030, ISSN: 0301-4215.

Hegarty R.S., J.P. Goopy, R.M. Herd, and B. McCorkell (2007). Cattle selected for lower residual feed intake have reduced daily methane production. *Journal of Animal Science* 85, 1479–1486. doi: 10.2527/jas.2006-236, ISSN: 0021-8812, 1525–3163.

Heggenstaller A.H., R.P. Anex, M. Liebman, D.N. Sundberg, and L.R. Gibson (2008). Productivity and Nutrient Dynamics in Bioenergy Double-Cropping Systems. *Agronomy Journal* 100, 1740. doi: 10.2134/agronj2008.0087, ISSN: 1435-0645.

Hein L., and P.J. van der Meer (2012). REDD+ in the context of ecosystem management. *Current Opinion in Environmental Sustainability* 4, 604–611. doi: 10.1016/j.cosust.2012.09.016, ISSN: 1877-3435.

Helin T., L. Sokka, S. Soimakallio, K. Pingoud, and T. Pajula (2013). Approaches for inclusion of forest carbon cycle in life cycle assessment—a review. *GCB Bioenergy* 5, 475–486. doi: 10.1111/gcbb.12016, ISSN: 1757-1707.

Heller N.E., and E.S. Zavaleta (2009). Biodiversity management in the face of climate change: A review of 22 years of recommendations. *Biological Conservation* 142, 14–32. doi: 10.1016/j.biocon.2008.10.006, ISSN: 00063207.

Hennig C., and M. Gawor (2012). Bioenergy production and use: Comparative analysis of the economic and environmental effects. *Energy Conversion and Management* 63, 130–137. doi: 10.1016/j.enconman.2012.03.031, ISSN: 0196-8904.

Herawati H., and H. Santoso (2011). Tropical forest susceptibility to and risk of fire under changing climate: A review of fire nature, policy and institutions in Indonesia. *Forest Policy and Economics* 13, 227–233.

Herold M., and T. Johns (2007). Linking requirements with capabilities for deforestation monitoring in the context of the UNFCCC-REDD process. *Environmental Research Letters* 2, 045025. doi: 10.1088/1748-9326/2/4/045025, ISSN: 1748-9326.

Herold M., and M. Skutsch (2011). Monitoring, reporting and verification for national REDD+ programmes: two proposals. *Environmental Research Letters* 6, doi:10.1088/1748–9326/6/1/014002.

Herrero M., P. Havlík, H. Valin, A. Notenbaert, M.C. Rufino, P.K. Thornton, M. Blümmel, F. Weiss, D. Grace, and M. Obersteiner (2013). Biomass use, production, feed efficiencies, and greenhouse gas emissions from global livestock systems. *Proceedings of the National Academy of Sciences* 110, 20888–20893. doi: 10.1073/pnas.1308149110, ISSN: 0027-8424, 1091–6490.

Herrero M., P.K. Thornton, A.M. Notenbaert, S. Wood, S. Msangi, H.A. Freeman, D. Bossio, J. Dixon, M. Peters, J. van de Steeg, J. Lynam, P.P. Rao, S. Macmillan, B. Gerard, J. McDermott, C. Sere, and M. Rosegrant (2010). Smart Investments in Sustainable Food Production: Revisiting Mixed Crop-Livestock Systems. *Science* 327, 822–825. doi: 10.1126/science.1183725, ISSN: 0036-8075, 1095–9203.

Hertel T.W., A.A. Golub, A.D. Jones, M. O'Hare, R.J. Plevin, and D.M. Kammen (2010). Effects of US Maize Ethanol on Global Land Use and Greenhouse Gas Emissions: Estimating Market-mediated Responses. *BioScience* 60, 223–231. doi: 10.1525/bio.2010.60.3.8, ISSN: 0006-3568, 1525–3244.

Hertwich E. (2012). Biodiversity: Remote responsibility. *Nature* 486, 36–37. doi: 10.1038/486036a, ISSN: 0028-0836.

Hill J., E. Nelson, D. Tilman, S. Polasky, and D. Tiffany (2006). Environmental, economic, and energetic costs and benefits of biodiesel and ethanol biofuels. *Proceedings of the National Academy of Sciences* 103, 11206–11210. doi: 10.1073/pnas.0604600103, ISSN: 0027-8424, 1091–6490.

Van der Hilst F., V. Dornburg, J.P.M. Sanders, B. Elbersen, A. Graves, W.C. Turkenburg, H.W. Elbersen, J.M.C. van Dam, and A.P.C. Faaij (2010). Potential, spatial distribution and economic performance of regional biomass chains: The North of the Netherlands as example. *Agricultural Systems* 103, 403–417.

Van der Hilst F., and A.P. Faaij (2012). Spatiotemporal cost-supply curves for bioenergy production in Mozambique. *Biofuels, Bioproducts and Biorefining* 6, 405–430.

Van der Hilst F., J.P. Lesschen, J.M.C. van Dam, M. Riksen, P.A. Verweij, J.P.M. Sanders, and A.P.C. Faaij (2012a). Spatial variation of environmental impacts of regional biomass chains. *Renewable and Sustainable Energy Reviews* 16, 2053–2069. doi: 10.1016/j.rser.2012.01.027, ISSN: 1364-0321.

Van der Hilst F., J.A. Verstegen, D. Karssenberg, and A.P.C. Faaij (2012b). Spatiotemporal land use modelling to assess land availability for energy crops—illustrated for Mozambique. *GCB Bioenergy* 4, 859–874. doi: 10.1111/j .1757-1707.2011.01147.x, ISSN: 1757-1707.

Hodges R.J., J.C. Buzby, and B. Bennett (2011). Postharvest Losses and Waste in Developed and Less Developed Countries: Opportunities to Improve Resource Use. *The Journal of Agricultural Science* 149, 37–45. doi: 10.1017/S0021859610000936.

Hoefnagels R., M. Banse, V. Dornburg, and A. Faaij (2013). Macro-economic impact of large-scale deployment of biomass resources for energy and materials on a national level—A combined approach for the Netherlands. *Energy Policy* 59, 727–744. doi: 10.1016/j.enpol.2013.04.026, ISSN: 0301-4215.

Hoefnagels R., E. Smeets, and A. Faaij (2010). Greenhouse gas footprints of different biofuel production systems. *Renewable and Sustainable Energy Reviews* 14, 1661–1694. doi: 10.1016/j.rser.2010.02.014, ISSN: 1364-0321.

Holtsmark B. (2012). Harvesting in boreal forests and the biofuel carbon debt. *Climatic Change* 112, 415–428. doi: 10.1007/s10584-011-0222-6, ISSN: 0165-0009, 1573–1480.

Holtsmark B. (2013). The outcome is in the assumptions: analyzing the effects on atmospheric $CO_2$ levels of increased use of bioenergy from forest biomass. *Global Change Biology Bioenergy* in print.

Hoogwijk M., A. Faaij, B. Eickhout, B. De Vries, and W. Turkenburg (2005). Potential of biomass energy out to 2100, for four IPCC SRES land-use scenarios. *Biomass and Bioenergy* 29, 225–257. doi: 10.1016/j.biombioe.2005.05.002, ISSN: 09619534.

Hoogwijk M., A. Faaij, B. de Vries, and W. Turkenburg (2009). Exploration of regional and global cost–supply curves of biomass energy from short-rotation crops at abandoned cropland and rest land under four IPCC SRES land-use scenarios. *Biomass and Bioenergy* 33, 26–43. doi: 10.1016/j.biombioe.2008.04.005, ISSN: 0961-9534.

Hooijer A., S. Page, J.G. Canadell, M. Silvius, J. Kwadijk, H. Wösten, and J. Jauhiainen (2010). Current and future $CO_2$ emissions from drained peatlands in Southeast Asia. *Biogeosciences* **7**, 1505–1514.

Hook S.E., A. Wright, and B.W. McBride (2010). Methanogens: Methane Producers of the Rumen and Mitigation Strategies. *Archaea* **2010**. doi: 10.1155/2010/945785, ISSN: 1472-3646.

Van der Horst D., and S. Vermeylen (2011). Spatial scale and social impacts of biofuel production. *Biomass and Bioenergy* **35**, 2435–2443. doi: 10.1016/j.biombioe.2010.11.029, ISSN: 0961-9534.

Houghton R.A. (2003). Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000. *Tellus B* **55**, 378–390.

Houghton R.. (2012). Carbon emissions and the drivers of deforestation and forest degradation in the tropics. *Current Opinion in Environmental Sustainability* **4**, 597–603. doi: 10.1016/j.cosust.2012.06.006, ISSN: 1877-3435.

Houghton R.A. (2013). The emissions of carbon from deforestation and degradation in the tropics: past trends and future potential. *Carbon Management* **4**, 539–546. doi: 10.4155/cmt.13.41, ISSN: 1758-3004.

Houghton R.A., J.I. House, J. Pongratz, G.R. van der Werf, R.S. DeFries, M.C. Hansen, C. Le Quéré, and N. Ramankutty (2012). Carbon emissions from land use and land-cover change. *Biogeosciences* **9**, 5125–5142. doi: 10.5194/bg-9-5125-2012, ISSN: 1726-4189.

House J.I., I. Colin Prentice, and C. Le Quéré (2002). Maximum impacts of future reforestation or deforestation on atmospheric $CO_2$. *Global Change Biology* **8**, 1047–1052.

Howden S.M., S.J. Crimp, and C.J. Stokes (2008). Climate change and Australian livestock systems: impacts, research and policy issues. *Australian Journal of Experimental Agriculture* **48**, 780–788.

Hristov A.N., J. Oh, C. Lee, R. Meinen, F. Montes, T. Ott, J. Firkins, A. Rotz, C. Dell, A. Adesogan, W. Yang, J. Tricarico, E. Kebreab, G. Waghorn, J. Dijkstra, and S. Oosting (2013). *Food Value Chain Transformations in Developing Countries*. FAO, Food and Agriculture Organization of the United Nations, Rome, Italy, 210 pp.

Hsu D.D., D. Inman, G.A. Heath, E.J. Wolfrum, M.K. Mann, and A. Aden (2010). Life Cycle Environmental Impacts of Selected U.S. Ethanol Production and Use Pathways in 2022. *Environmental Science & Technology* **44**, 5289–5297. doi: 10.1021/es100186h, ISSN: 0013-936X.

Hu Z., J.W. Lee, K. Chandran, S. Kim, and S.K. Khanal (2012). Nitrous Oxide ($N_2O$) Emission from Aquaculture: A Review. *Environmental Science & Technology* **46**, 6470–6480. doi: 10.1021/es300110x, ISSN: 0013-936X, 1520–5851.

Hu Z., J.W. Lee, K. Chandran, S. Kim, K. Sharma, A.C. Brotto, and S.K. Khanal (2013). Nitrogen transformations in intensive aquaculture system and its implication to climate change through nitrous oxide emission. *Bioresource Technology* **130**, 314–320. doi: 10.1016/j.biortech.2012.12.033, ISSN: 09608524.

Huang M., and G.P. Asner (2010). Long-term carbon loss and recovery following selective logging in Amazon forests. *Global Biogeochemical Cycles* **24**, 15. doi: 201010.1029/2009GB003727.

Huang Y., and Y. Tang (2010). An estimate of greenhouse gas ($N_2O$ and $CO_2$) mitigation potential under various scenarios of nitrogen use efficiency in Chinese croplands: Mitigating n-induced ghg emission in China. *Global Change Biology* **16**, 2958–2970. doi: 10.1111/j.1365-2486.2010.02187.x, ISSN: 13541013.

Huang J., J. Yang, S. Msangi, S. Rozelle, and A. Weersink (2012). Biofuels and the poor: Global impact pathways of biofuels on agricultural markets. *Food Policy* **37**, 439–451. doi: 10.1016/j.foodpol.2012.04.004, ISSN: 0306-9192.

Hudiburg T.W., B.E. Law, C. Wirth, and S. Luyssaert (2011). Regional carbon dioxide implications of forest bioenergy production. *Nature Climate Change* **1**, 419–423. doi: 10.1038/nclimate1264, ISSN: 1758-678X.

Huettner M. (2012). Risks and opportunities of REDD+ implementation for environmental integrity and socio-economic compatibility. *Environmental Science & Policy* **15**, 4–12. doi: 10.1016/j.envsci.2011.10.002, ISSN: 1462-9011.

Hughes R.F., S.R. Archer, G.P. Asner, C.A. Wessman, C. McMURTRY, J. Nelson, and R.J. Ansley (2006). Changes in aboveground primary production and carbon and nitrogen pools accompanying woody plant encroachment in a temperate savanna. *Global Change Biology* **12**, 1733–1747. doi: 10.1111/j.1365-2486.2006.01210.x, ISSN: 1354-1013.

Hunsberger C., S. Bolwig, E. Corbera, and F. Creutzig (2012). Livelihood impacts of biofuel crop production: mediating factors and implications for governance. Copenhagen Biofuels Research Network—COBREN, Copenhagen, 19–20 November 2012.

Hunsberger C., and T.P. Evans (2012). Chapter 3—Land. In: *Fifth Global Environment Outlook (GEO 5)*. United Nations Environment Programme (UNEP), London, 65—97.

Huntingford C., P. Zelazowski, D. Galbraith, L.M. Mercado, S. Sitch, R. Fisher, M. Lomas, A.P. Walker, C.D. Jones, B.B.B. Booth, Y. Malhi, D. Hemming, G. Kay, P. Good, S.L. Lewis, O.L. Phillips, O.K. Atkin, J. Lloyd, E. Gloor, J. Zaragoza-Castells, P. Meir, R. Betts, P.P. Harris, C. Nobre, J. Marengo, and P.M. Cox (2013). Simulated resilience of tropical rainforests to $CO_2$-induced climate change. *Nature Geoscience* **6**, 268–273. doi: 10.1038/ngeo1741, ISSN: 1752-0894.

Hurtt G., L. Chini, S. Frolking, R. Betts, J. Feddema, G. Fischer, J. Fisk, K. Hibbard, R. Houghton, A. Janetos, C. Jones, G. Kindermann, T. Kinoshita, K. Klein Goldewijk, K. Riahi, E. Shevliakova, S. Smith, E. Stehfest, A. Thomson, P. Thornton, D. van Vuuren, and Y. Wang (2011). Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Climatic Change* **109**, 117–161. doi: 10.1007/s10584-011-0153-2, ISSN: 0165-0009.

IAASTD (2009). *Agriculture at a Crossroads: Global Report*. International Assessment of Agricultural Knowledge, Science and Technology for Development (IAASTD), 590 pp.

IBI Biochar (2012). *Standardized Product Definition and Product Testing Guidelines for Biochar That Is Used in Soil | International Biochar Initiative*. International Biochar Initiative, 47 pp. Available at: http://www.biochar-international.org/characterizationstandard.

IEA (2010). *Energy Technology Perspectives 2010. Scenarios & Strategies to 2050*. International Energy Agency, Paris, France, 706 pp.

IEA (2011). *Energy for All: Financing Access for the Poor. Special Early Excerpt of the World Energy Outlook 2011*. Organisation for Economic Co-Operation and Development/International Energy Agency, Paris, France, 48 pp.

IEA (2012a). *Tracking Clean Energy Progress. Energy Technology Perspectives 2012 Excerpt as IEA Input to the Clean Energy Ministerial*. Paris, France, 82 pp. Available at: https://www.iea.org/publications/freepublications/publication/Tracking_Clean_Energy_Progress.pdf.

IEA (2012b). *World Energy Outlook 2012*. OECD/IEA, Paris, France, 690 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2012/#d.en.26099.

IEA (2012c). *Technology Roadmaps: Bioenergy for Heat and Power*. International Energy Agency, Paris, France, 62 pp.

IEA (2013). *World Energy Outlook 2013*. OECD, Paris, France, 708 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2013/.

IEA-ETSAP, and IRENA (2013). *Production of Bio-Ethylene: Technology Brief*. International Renewable Energy Agency and Energy Technology Systems Analysis Programme of the International Energy Agency, 20 pp. Available at: http://www.irena.org/DocumentDownloads/Publications/IRENA-ETSAP%20Tech%20Brief%20I13%20Production_of_Bio-ethylene.pdf.

Imhoff M.L., L. Bounoua, T. Ricketts, C. Loucks, R. Harriss, and W.T. Lawrence (2004). Global patterns in human consumption of net primary production. *Nature* **429**, 870–873. doi: 10.1038/nature02619, ISSN: 0028-0836.

Immerzeel D.J., P. Verweij, F. Hilst, and A.P. Faaij (2013). Biodiversity impacts of bioenergy crop production: a state-of-the-art review. *GCB Bioenergy*.

Ingerson A. (2011). Carbon storage potential of harvested wood: summary and policy implications. *Mitigation and Adaptation Strategies for Global Change* **16**, 307–323. doi: 10.1007/s11027-010-9267-5, ISSN: 1381-2386, 1573–1596.

IPCC (1996). *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, K. Maskell (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY USA, 588 pp. ISBN: 0 521 56436 0.,

IPCC (2000). *Special Report on Land Use, Land Use Change and Forestry* [R.T. Watson, I. Noble, B. Bolin, N.H. Ravindranath, D.J. Verardo, and D.J. Dokken (eds.)]. Cambridge University Press, Cambridge, MA, 377 pp.

IPCC (2001). Summary for Policy Makers. In: *Climate Change 2001: Impacts Adaptation and Vulnerability. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [J.J. McCarthy, O.F. Canziani, N.A. Leary, D.J. Dokken, K.S. White (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://ipcc.ch/publications_and_data/publications_and_data_reports.shtml.

IPCC (2003). *Good Practice Guidance for Land Use, Land-Use Change and Forestry* [J. Penman, M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe, F. Wagner (eds.)]. IPCC/OECD/IEA/IGES, Hayama, Japan, 580 pp.

IPCC (2006). *2006 National Greenhouse Gas Inventory Guidelines* [S. Eggelston, L. Buendia, K. Miwa, T. Ngara, K. Tanabe (eds.)]. Institute of Global Environmental Strategies (IGES), Kanagawa, Japan, 20 pp.

IPCC (2007a). *Climate Change Mitigation: Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 862pp. Available at: http://www.ipcc.ch/pdf/assessment-report/ar4/wg3/ar4-wg3-index.pdf.

IPCC (2007b). *Impacts, Adaptation and Vulnerability: Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 986pp.

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

IPCC (2012). *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaption*. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, K.J. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (eds.)] Cambridge University Press, Cambridge, UK, and New York, NY, USA, 582 pp.

Ito A. (2005). Modelling of carbon cycle and fire regime in an east Siberian larch forest. *Ecological Modelling* **187**, 121–139. doi: 10.1016/j.ecolmodel.2005.01.037, ISSN: 03043800.

ITTO (2008). *Developing Forest Certification: Towards Increasing the Comparability and Acceptance of Forest Certification Systems Worldwide*. International Tropical Timber Organization, Yokohama, Japan, 126 pp. ISBN: 4902045397 9784902045390.

Jackson T. (2009). *Prosperity without Growth. Economics for a Finite Planet*. Earthscan, UK and USA, 264 pp. ISBN: 1844078949.

Jackson R.B., and J.S. Baker (2010). Opportunities and Constraints for Forest Climate Mitigation. *BioScience* **60**, 698–707. doi: 10.1525/bio.2010.60.9.7, ISSN: 0006-3568, 1525–3244.

Jackson R.B., K.A. Farley, W.A. Hoffman, E.G. Jobbágy, and R.L. McCulley (2007). Carbon and water tradeoffs in conversions to forests and shrublands. Global Change—The IGBP Series. In: *Terrestrial Ecosystems in a Changing World*. J.G. Canadell, D.E. Pataki, L.F. Pitelka, (eds.), Springer, Berlin, Germany, pp. 237–246. ISBN: 978-3-540-32730-1.

Jackson R.B., E.G. Jobbágy, R. Avissar, S.B. Roy, D.J. Barrett, C.W. Cook, K.A. Farley, D.C. Le Maitre, B.A. McCarl, and B.C. Murray (2005). Trading water for carbon with biological carbon sequestration. *Science* **310**, 1944.

Jackson R.B., J.T. Randerson, J.G. Canadell, R.G. Anderson, R. Avissar, D.D. Baldocchi, G.B. Bonan, K. Caldeira, N.S. Diffenbaugh, C.B. Field, and others (2008). Protecting climate with forests. *Environmental Research Letters* **3**, 044006. ISSN: 1748-9326.

Jain A.K., P. Meiyappan, Y. Song, and J.I. House (2013). $CO_2$ emissions from land-use change affected more by nitrogen cycle, than by the choice of land-cover data. *Global Change Biology* **19**, 2893–2906. doi: 10.1111/gcb.12207, ISSN: 13541013.

Jakobsson E.B., E.B. Sommer, P. De Clercq, G. Bonazzi, and B. Schröder (2002). The policy implementation of nutrient management legislation and effects in some European Countries. In: *The Final Workshop of the EU Concerted Action Nutrient Management Legislation in European Countries NUMALEC*. Pand. Oderberg, Gent, Belgium.

Janssen P.H., and M. Kirs (2008). Structure of the Archaeal Community of the Rumen. *Applied and Environmental Microbiology* **74**, 3619–3625. doi: 10.1128/AEM.02812-07, ISSN: 0099-2240.

Janzen H.H. (2011). What place for livestock on a re-greening earth? *Animal Feed Science and Technology* **166–67**, 783–796. doi: 10.1016/j.anifeedsci.2011.04.055, ISSN: 0377-8401.

Jaramillo P., W.M. Griffin, and H.S. Matthews (2008). Comparative Analysis of the Production Costs and Life-Cycle GHG Emissions of FT Liquid Fuels from Coal and Natural Gas. *Environmental Science & Technology* 42, 7559–7565. doi: 10.1021/es8002074, ISSN: 0013-936X, 1520–5851.

Jeffery S., F.G.A. Verheijen, M. van der Velde, and A.C. Bastos (2011). A quantitative review of the effects of biochar application to soils on crop productivity using meta-analysis. *Agriculture, Ecosystems & Environment* 144, 175–187. doi: 10.1016/j.agee.2011.08.015, ISSN: 0167-8809.

Jerneck A., and L. Olsson (2013). A smoke-free kitchen: initiating community based co-production for cleaner cooking and cuts in carbon emissions. *Journal of Cleaner Production* 60, 208–215. doi: 10.1016/j.jclepro.2012.09.026, ISSN: 0959-6526.

Jetter J., Y. Zhao, K.R. Smith, B. Khan, T. Yelverton, P. DeCarlo, and M.D. Hays (2012). Pollutant Emissions and Energy Efficiency under Controlled Conditions for Household Biomass Cookstoves and Implications for Metrics Useful in Setting International Test Standards. *Environmental Science & Technology* 46, 10827–10834. doi: 10.1021/es301693f, ISSN: 0013-936X.

Johansson T.B., N. Nakicenovic, A. Patwardhan, L. Gomez-Echeverri, and W.C. Turkenburg (2012). Summary for policymakers. *Global Energy Assessment—Toward a Sustainable Future*, 3–30.

Johnston M., J.A. Foley, T. Holloway, C. Kucharik, and C. Monfreda (2009a). Resetting global expectations from agricultural biofuels. *Environmental Research Letters* 4, 014004 (9pp). doi: 10.1088/1748-9326/4/1/014004, ISSN: 1748-9326.

Johnston M., R. Licker, J.A. Foley, T. Holloway, N.D. Mueller, C. Barford, and C.J. Kucharik (2011). Closing the gap: global potential for increasing biofuel production through agricultural intensification. *Environmental Research Letters* 6.

Johnston A.E., P.R. Poulton, and K. Coleman (2009b). Chapter 1 Soil Organic Matter. In: *Advances in Agronomy*. Elsevier, pp. 1–57. ISBN: 9780123748171.

Jones C.S., and S.P. Mayfield (2012). Algae biofuels: versatility for the future of bioenergy. *Current Opinion in Biotechnology* 23, 346–351. doi: 10.1016/j.copbio.2011.10.013, ISSN: 0958-1669.

Jonker J.G.G., and A.P.C. Faaij (2013). Techno-economic assessment of micro-algae as feedstock for renewable bio-energy production. *Applied Energy* 102, 461–475.

Jonker J.G.G., M. Junginger, and A. Faaij (2013). Carbon payback period and carbon offset parity point of wood pellet production in the South-eastern United States. *GCB Bioenergy*, n/a–n/a. doi: 10.1111/gcbb.12056, ISSN: 1757-1707.

Joos F., R. Roth, J.S. Fuglestvedt, G.P. Peters, I.G. Enting, W. von Bloh, V. Brovkin, E.J. Burke, M. Eby, N.R. Edwards, T. Friedrich, T.L. Frölicher, P.R. Halloran, P.B. Holden, C. Jones, T. Kleinen, F. Mackenzie, K. Matsumoto, M. Meinshausen, G.-K. Plattner, A. Reisinger, J. Segschneider, G. Shaffer, M. Steinacher, K. Strassmann, K. Tanaka, A. Timmermann, and A.J. Weaver (2013). Carbon dioxide and climate impulse response functions for the computation of greenhouse gas metrics: a multi-model analysis. *Atmospheric Chemistry and Physics Discussions* 12, 19799–19869. doi: 10.5194/acpd-12-19799-2012, ISSN: 1680-7375.

Joosten H. (2010). *The Global Peatland CO₂ Picture: Peatland Status and Drainage Related Emissions in All Countries of the World*. Wetlands International, Wageningen, Netherlands, 36 pp. Available at: http://www.wetlands.org/WatchRead/Currentpublications/tabid/56/mod/1570/article-Type/ArticleView/articleId/2418/The-Global-Peatland-CO₂-Picture.aspx.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency, Available at: http://edgar.jrc.ec.europa.eu.

Jull C., P.C. Redondo, V. Mosoti, and J. Vapnek (2007). *Recent Trends in the Law and Policy of Bioenergy Production, Promotion and Use*. FAO, Food and Agriculture Organization of the United Nations, Rome, Italy, 55 pp.

Junginger M., J. van Dam, S. Zarrilli, F. Ali Mohamed, D. Marchal, and A. Faaij (2011). Opportunities and barriers for international bioenergy trade. *Energy Policy* 39, 2028–2042. doi: 16/j.enpol.2011.01.040, ISSN: 0301-4215.

Junginger M., C.S. Goh, and A. Faaij (2014). *International Bioenergy Trade: History, Status & Outlook on Securing Sustainable Bioenergy Supply, Demand and Markets*. 233 pp. ISBN: 978-94-007-6982-3.

Kaiser E.-A., and R. Ruser (2000). Nitrous oxide emissions from arable soils in Germany—An evaluation of six long-term field experiments. *Journal of Plant Nutrition and Soil Science* 163, 249–259. doi: 10.1002/1522-2624(200006)163:3< 249::AID-JPLN249> 3.0.CO;2-Z, ISSN: 1522-2624.

Kandji S.T., L.V. Verchot, and J. Mackensen (2006). *Climate Change and Variability in the Sahel Region: Impacts and Adaptation Strategies in the Agricultural Sector*. World Agroforestry Centre (ICRAF)/United Nations Environment Programme (UNEP), Nairobi, Kenya, 58 pp.

Kaphengst T., M.S. Ma, and S. Schlegel (2009). At a Tipping Point? How the Debate on Biofuel Standards Sparks Innovative Ideas for the General Future of Standardization and Certification Schemes. *Journal of Cleaner Production* 17, 99–101.

Kar A., I.H. Rehman, J. Burney, S.P. Puppala, R. Suresh, L. Singh, V.K. Singh, T. Ahmed, N. Ramanathan, and V. Ramanathan (2012). Real-time assessment of black carbon pollution in Indian households due to traditional and improved biomass cookstoves. *Environmental Science & Technology* 46, 2993–3000.

Karipidis P., E. Tsakiridou, S. Aggelopoulos, and A. Belidis (2010). Consumers' purchasing and store switching intentions in respect of eco-marked products. *International Journal of Economics and Business Research* 2, 511–524. doi: 10.1504/IJEBR.2010.035702, ISSN: 1756-9850.

Karsenty A., A. Vogel, and F. Castell (2014). "Carbon rights", REDD+ and payments for environmental services. *Environmental Science & Policy* 35, 20–29. doi: 10.1016/j.envsci.2012.08.013, ISSN: 1462-9011.

Kastner T., K.-H. Erb, and S. Nonhebel (2011a). International wood trade and forest change: A global analysis. *Global Environmental Change* 21, 947–956. doi: 16/j.gloenvcha.2011.05.003, ISSN: 0959-3780.

Kastner T., M. Kastner, and S. Nonhebel (2011b). Tracing distant environmental impacts of agricultural products from a consumer perspective. *Ecological Economics* 70, 1032–1040. doi: 16/j.ecolecon.2011.01.012, ISSN: 0921-8009.

Kastner T., M.J.I. Rivas, W. Koch, and S. Nonhebel (2012). Global changes in diets and the consequences for land requirements for food. *Proceedings of the National Academy of Sciences* 109, 6868–6872. doi: 10.1073/pnas.1117054109, ISSN: 0027-8424, 1091–6490.

Kataeva I., M.B. Foston, S.-J. Yang, S. Pattathil, A.K. Biswal, F.L.P. Ii, M. Basen, A.M. Rhaesa, T.P. Thomas, P. Azadi, V. Olman, T.D. Saffold, K.E. Mohler, D.L. Lewis, C. Doeppke, Y. Zeng, T.J. Tschaplinski, W.S. York, M. Davis, D. Mohnen, Y. Xu, A.J. Ragauskas, S.-Y. Ding, R.M. Kelly, M.G. Hahn, and M.W.W. Adams (2013). Carbohydrate and lignin are simultaneously solubilized from unpretreated switchgrass by microbial action at high temperature. *Energy & Environmental Science* 6, 2186–2195. doi: 10.1039/C3EE40932E, ISSN: 1754-5706.

Katila P. (2008). *Devolution of Forest-Related Rights: Comparative Analyses of Six Developing Countries.* University of Helsinki, Viiki Tropical Resources Institute, Helsinki, Finland, 162 pp. ISBN: 978-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-9.

Kato E., T. Kinoshita, A. Ito, M. Kawamiya, and Y. Yamagata (2011). Evaluation of spatially explicit emission scenario of land-use change and biomass burning using a process-based biogeochemical model. *Journal of Land Use Science* 8, 104–122. doi: 10.1080/1747423X.2011.628705, ISSN: 1747-423X.

Kaufman A.S., P.J. Meier, J.C. Sinistore, and D.J. Reinemann (2010). Applying life-cycle assessment to low carbon fuel standards—How allocation choices influence carbon intensity for renewable transportation fuels. *Energy Policy* 38, 5229–5241. doi: 10.1016/j.enpol.2010.05.008, ISSN: 0301-4215.

Keating B.A., P.S. Carberry, and J. Dixon (2013). Agricultural intensification and the food security challenge in Sub Saharan Africa. In: *Agro-Ecological Intensification of Agricultural Systems in the African Highlands.* Routledge, US and Canada, pp. 20–35. ISBN: 978-0-415-53273-0.

Keeling L.J., J. Rushen, and I.J.H. Duncan (2011). Understanding animal welfare. In: *Animal welfare.* M.C. Appleby, J.A. Mench, I. a.S. Olsson, B.O. Hughes, (eds.), CABI, Wallingford, UK, pp. 13–26. ISBN: 978-1-84593-659-4.

Kehlbacher A., R. Bennett, and K. Balcombe (2012). Measuring the consumer benefits of improving farm animal welfare to inform welfare labelling. *Food Policy* 37, 627–633. doi: 10.1016/j.foodpol.2012.07.002, ISSN: 0306-9192.

Van Kessel C., R. Venterea, J. Six, M.A. Adviento-Borbe, B. Linquist, and K.J. van Groenigen (2013). Climate, duration, and N placement determine N$_2$O emissions in reduced tillage systems: a meta-analysis. *Global Change Biology* 19, 33–44. doi: 10.1111/j.1365-2486.2012.02779.x, ISSN: 13541013.

Khanna M., C.L. Crago, and M. Black (2011). Can biofuels be a solution to climate change? The implications of land use change-related emissions for policy. *Interface Focus* 1, 233–247. doi: 10.1098/rsfs.2010.0016, ISSN: 2042-8898, 2042–8901.

Kim D.-G., G. Hernandez-Ramirez, and D. Giltrap (2013). Linear and nonlinear dependency of direct nitrous oxide emissions on fertilizer nitrogen input: A meta-analysis. *Agriculture, Ecosystems & Environment* 168, 53–65. doi: 10.1016/j.agee.2012.02.021, ISSN: 01678809.

Kim M.K., and B.A. McCarl (2009). Uncertainty discounting for land-based carbon sequestration. *Journal of Agricultural and Applied Economics* 41, 1–11.

Kiptot E., and S. Franzel (2012). Gender and agroforestry in Africa: a review of women's participation. *Agroforest Systems* 84, 35–58. doi: 10.1007/s10457-011-9419-y.

De Klein C.A.M., and R.J. Eckard (2008). Targeted technologies for nitrous oxide abatement from animal agriculture. *Australian Journal of Experimental Agriculture* 48, 14–20. Available at: http://dx.doi.org/10.1071/EA07217.

De Klein C.A.M., R.J. Eckard, and T.J. van der Weerden (2010). Nitrous Oxide Emissions from the Nitrogen Cycle in Livestock Agriculture: Estimation and Mitigation. In: *Nitrous Oxide and Climate Change.* K. Smith, (ed.), Earthscan Publications, London, pp. 107–144. ISBN: 978-1-84407-757-1.

Kløverpris J.H., and S. Mueller (2013). Baseline time accounting: Considering global land use dynamics when estimating the climate impact of indirect land use change caused by biofuels. *The International Journal of Life Cycle Assessment* 18, 319–330.

Kløverpris J., H. Wenzel, M. Banse, L.M. i Canals, and A. Reenberg (2008). Conference and workshop on modelling global land use implications in the environmental assessment of biofuels. *The International Journal of Life Cycle Assessment* 13, 178–183. doi: 10.1065/lca2008.03.381, ISSN: 0948-3349, 1614–7502.

Kochsiek A.E., and J.M. Knops (2012). Maize cellulosic biofuels: soil carbon loss can be a hidden cost of residue removal. *GCB Bioenergy* 4, 229–233.

Koehler K.A., S.M. Kreidenweis, P.J. DeMott, M.D. Petters, A.J. Prenni, and O. Möhler (2010). Laboratory investigations of the impact of mineral dust aerosol on cold cloud formation. *Atmos. Chem. Phys.* 10, 11955–11968. doi: 10.5194/acp-10-11955-2010, ISSN: 1680-7324.

Koh L.P., and J. Ghazoul (2008). Biofuels, biodiversity, and people: Understanding the conflicts and finding opportunities. *Biological Conservation* 141, 2450–2460. doi: 10.1016/j.biocon.2008.08.005, ISSN: 0006-3207.

Koh L.P., and D.S. Wilcove (2008). Is oil palm agriculture really destroying tropical biodiversity? *Conservation Letters* 1, 60–64. doi: 10.1111/j.1755-263X.2008.0 0011.x, ISSN: 1755-263X.

Koizumi T. (2013). Biofuel and food security in China and Japan. *Renewable and Sustainable Energy Reviews* 21, 102–109. doi: 10.1016/j.rser.2012.12.047, ISSN: 1364-0321.

Koknaroglu H., and T. Akunal (2013). Animal welfare: An animal science approach. *59th International Congress of Meat Science and Technology, 18–23 August 2013 Izmir/Turkey* 95, 821–827. doi: 10.1016/j.meatsci.2013.04.030, ISSN: 0309-1740.

Kollmuss A., M. Lazarus, C.M. Lee, M. LeFranc, and C. Polycarp (2010). *Handbook of Carbon Offset Programs Trading Systems, Funds, Protocols and Standards.* Earthscan, London, 240 pp. ISBN: 978-1-84407-929-2(Hb).

Kontur W.S., D.R. Noguera, and T.J. Donohue (2012). Maximizing reductant flow into microbial H$_2$ production. *Current Opinion in Biotechnology* 23, 382–389. doi: 10.1016/j.copbio.2011.10.003, ISSN: 0958-1669.

Koornneef J., P. van Breevoort, C. Hamelinck, C. Hendriks, M. Hoogwijk, K. Koop, M. Koper, T. Dixon, and A. Camps (2012). Global potential for biomass and carbon dioxide capture, transport and storage up to 2050. *International Journal of Greenhouse Gas Control* 11, 117–132. doi: 10.1016/j.ijggc.2012.07.027, ISSN: 1750-5836.

Koornneef J., P. van Breevoort, P. Noothout, C. Hendriks, uchien Luning, and A. Camps (2013). Global Potential for Biomethane Production with Carbon Capture, Transport and Storage up to 2050. *GHGT-11* 37, 6043–6052. doi: 10.1016/j.egypro.2013.06.533, ISSN: 1876-6102.

Körner C. (2006). Plant CO$_2$ responses: an issue of definition, time and resource supply. *New Phytologist* 172, 393–411. doi: 10.1111/j.1469-8137.2006.01886 .x, ISSN: 0028-646X, 1469–8137.

Körner C. (2009). Biologische Kohlenstoffsenken: Umsatz und Kapital nicht verwechseln (Biological Carbon Sinks: Turnover Must Not Be Confused with Capital). *Gaia—Ecological Perspectives for Science and Society* 18, 288–293.

Krausmann F., K.-H. Erb, S. Gingrich, H. Haberl, A. Bondeau, V. Gaube, C. Lauk, C. Plutzar, and T. Searchinger (2013). Global human appropriation of net primary production doubled in the 20th century. *Proceedings of the National Academy of Sciences of the USA* submitted.

Krausmann F., K.-H. Erb, S. Gingrich, C. Lauk, and H. Haberl (2008). Global patterns of socioeconomic biomass flows in the year 2000: A comprehensive assessment of supply, consumption and constraints. *Ecological Economics* 65, 471–487. doi: 16/j.ecolecon.2007.07.012, ISSN: 0921-8009.

Krausmann F., S. Gingrich, H. Haberl, K.-H. Erb, A. Musel, T. Kastner, N. Kohlheb, M. Niedertscheider, and E. Schwarzlmüller (2012). Long-term trajectories of the human appropriation of net primary production: Lessons from six national case studies. *Ecological Economics* 77, 129–138. doi: 10.1016/j.ecolecon.2012.02.019, ISSN: 0921-8009.

Kriegler E., P. Weyant, G. Blanford, V. Krey, L. Clarke, J. Edmonds, A. Fawcett, G. Luderer, K. Riahi, R. Richels, S.K. Rose, M. Tovani, and D.P. van Vuuren (2013). The role of technology for achieving climate policy objectives: overview of the EMF27 study on global technology and climate policy strategies. *Climatic Change* in press. doi: 10.1007/s10584-013-0953-7.

Kummu M., H. de Moel, M. Porkka, S. Siebert, O. Varis, and P.J. Ward (2012). Lost food, wasted resources: Global food supply chain losses and their impacts on freshwater, cropland, and fertiliser use. *Science of The Total Environment* 438, 477–489. doi: 10.1016/j.scitotenv.2012.08.092, ISSN: 0048-9697.

Kurz W.A., G. Stinson, G.J. Rampley, C.C. Dymond, and E.T. Neilson (2008). Risk of natural disturbances makes future contribution of Canada's forests to the global carbon cycle highly uncertain. *Proceedings of the National Academy of Sciences* 105, 1551.

Kyu H.H., K. Georgiades, and M.H. Boyle (2010). Biofuel Smoke and Child Anemia in 29 Developing Countries: A Multilevel Analysis. *Annals of Epidemiology* 20, 811–817. doi: 10.1016/j.annepidem.2010.07.096, ISSN: 1047-2797.

Laganière J., D.A. Angers, and D. Pare (2010). Carbon accumulation in agricultural soils after afforestation: a meta-analysis: SOC accumulation following deforestation. *Global Change Biology* 16, 439–453. doi: 10.1111/j.1365-2486.2009.01930.x, ISSN: 13541013, 13652486.

Laitner J.A.S., S.J. DeCanio, and I. Peters (2000). Incorporating Behavioral, Social and Organizational Phenomena in the Assessment of Climate Change Mitigation Options. In: *Society, Behaviour and Climate Change Mitigation*. E. Jochem, (ed.), Kluwer, Amsterdam, pp. 1–64.

Lal R. (2010). Managing soils for a warming earth in a food-insecure and energy-starved world. *Journal of Plant Nutrition and Soil Science* 173, 4–15. doi: 10.1002/jpln.200900290, ISSN: 1522-2624.

Lal R. (2011). Sequestering carbon in soils of agro-ecosystems. *Food Policy* 36, S33–S39. doi: 10.1016/j.foodpol.2010.12.001, ISSN: 03069192.

Lam M.K., K.T. Tan, K.T. Lee, and A.R. Mohamed (2009). Malaysian palm oil: Surviving the food versus fuel dispute for a sustainable future. *Renewable and Sustainable Energy Reviews* 13, 1456–1464. doi: 10.1016/j.rser.2008.09.009, ISSN: 1364-0321.

Lambin E.F., and P. Meyfroidt (2011). Global land use change, economic globalization, and the looming land scarcity. *Proceedings of the National Academy of Sciences* 108, 3465–3472. doi: 10.1073/pnas.1100480108, ISSN: 0027-8424, 1091–6490.

Lamers P., and M. Junginger (2013). The "debt" is in the detail: A synthesis of recent temporal forest carbon analyses on woody biomass for energy. *Biofuels, Bioproducts and Biorefining* 7, 373–385. doi: 10.1002/bbb.1407, ISSN: 1932-1031.

Lamers P., H.M. Junginger, C.C. Dymond, and A. Faaij (2013). Damaged forests provide an opportunity to mitigate climate change. *GCB Bioenergy* in press.

Landis D.A., M.M. Gardiner, W. Van Der Werf, and S.M. Swinton (2008). Increasing corn for biofuel production reduces biocontrol services in agricultural landscapes. *Proceedings of the National Academy of Sciences* 105, 20552–20557. Available at: http://www.pnas.org/content/105/51/20552.short.

Langeveld J.W., J. Dixon, H. van Keulen, and P.M. Quist-Wessel (2013). Analyzing the effect of biofuel expansion on land use in major producing countries: evidence of increased multiple cropping. *Biofuels, Bioproducts and Biorefining* 8, 49–58. Available at: http://onlinelibrary.wiley.com/doi/10.1002/bbb.1432/abstract.

Lansche J., and J. Müller (2012). Life cycle assessment of energy generation of biogas fed combined heat and power plants: Environmental impact of different agricultural substrates. *Engineering in Life Sciences* 12, 313–320. doi: 10.1002/elsc.201100061, ISSN: 1618-2863.

Larson A.M. (2011). Forest tenure reform in the age of climate change: Lessons for REDD+. *Global Environmental Change* 21, 540–549. doi: 10.1016/j.gloenvcha.2010.11.008, ISSN: 0959-3780.

Larson A.M., M. Brockhaus, W.D. Sunderlin, A. Duchelle, A. Babon, T. Dokken, T.T. Pham, I.A.P. Resosudarmo, G. Selaya, A. Awono, and T.-B. Huynh (2013). Land tenure and REDD+: The good, the bad and the ugly. *Global Environmental Change* 23, 678–689. doi: 10.1016/j.gloenvcha.2013.02.014, ISSN: 0959-3780.

Larson E.D., Z. Li, and R.H. Williams (2012). Chapter 12—Fossil Energy. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 901–992. ISBN: 052118293X.

Latta G.S., J.S. Baker, R.H. Beach, S.K. Rose, and B.A. McCarl (2013). A multisector intertemporal optimization approach to assess the GHG implications of U.S. forest and agricultural biomass electricity expansion. *Journal of Forest Economics* 19, 361–383. doi: 10.1016/j.jfe.2013.05.003, ISSN: 1104-6899.

Lauder A.R., I.G. Enting, J.O. Carter, N. Clisby, A.L. Cowie, B.K. Henry, and M.R. Raupach (2013). Offsetting methane emissions—An alternative to emission equivalence metrics. *International Journal of Greenhouse Gas Control* 12, 419–429. doi: 10.1016/j.ijggc.2012.11.028, ISSN: 17505836.

Lauk C., H. Haberl, K.-H. Erb, S. Gingrich, and F. Krausmann (2012). Global socioeconomic carbon stocks in long-lived products 1900–2008. *Environmental Research Letters* 7, 34–44. doi: 10.1088/1748-9326/7/3/034023, ISSN: 1748-9326.

Le Q.B., R. Seidl, and R.W. Scholz (2012). Feedback loops and types of adaptation in the modelling of land-use decisions in an agent-based simulation. *Environmental Modelling & Software* 27–28, 83–96. doi: 10.1016/j.envsoft.2011.09.002, ISSN: 1364-8152.

Lee S.-J., S.-J. Lee, and D.-W. Lee (2013). Design and development of synthetic microbial platform cells for bioenergy. *Frontiers in Microbiotechnology, Ecotoxicology and Bioremediation* 4, 2–94. doi: 10.3389/fmicb.2013.00092.

Leemans R., and B. Eickhout (2004). Another reason for concern: regional and global impacts on ecosystems for different levels of climate change. *Global Environmental Change Part A* 14, 219–228.

Lehmann J. (2007). Bio-energy in the black. *Frontiers in Ecology and the Environment* 5, 381–387. doi: 10.1890/1540-9295(2007)5[381:BITB]2.0.CO;2, ISSN: 1540-9295.

**Lehmann J., J.P. da Silva Jr, C. Steiner, T. Nehls, W. Zech, and B. Glaser (2003).** Nutrient availability and leaching in an archaeological Anthrosol and a Ferralsol of the Central Amazon basin: fertilizer, manure and charcoal amendments. *Plant and Soil* 249, 343–357. Available at: http://link.springer.com/article/10.1023/A:1022833116184.

**Lemke R.L., A.J. VandenBygaart, C.A. Campbell, G.P. Lafond, and B. Grant (2010).** Crop residue removal and fertilizer N: Effects on soil organic carbon in a long-term crop rotation experiment on a Udic Boroll. *Agriculture, Ecosystems & Environment* 135, 42–51. doi: 10.1016/j.agee.2009.08.010, ISSN: 01678809.

**Levin K., C. McDermott, and B. Cashore (2008).** The climate regime as global forest governance: can reduced emissions from Deforestation and Forest Degradation (REDD) initiatives pass a "dual effectiveness" test? *International Forestry Review* 10, 538–549. doi: 10.1505/ifor.10.3.538, ISSN: 1465-5489.

**Lewis S.L., G. Lopez-Gonzalez, B. Sonke, K. Affum-Baffoe, T.R. Baker, L.O. Ojo, O.L. Phillips, J.M. Reitsma, L. White, J.A. Comiskey, M.N. Djuikouo, C.E.N. Ewango, T.R. Feldpausch, A.C. Hamilton, M. Gloor, T. Hart, A. Hladik, J. Lloyd, J.C. Lovett, J.R. Makana, Y. Malhi, F.M. Mbago, H.J. Ndangalasi, J. Peacock, K.S.H. Peh, D. Sheil, T. Sunderland, M.D. Swaine, J. Taplin, D. Taylor, S.C. Thomas, R. Votere, and H. Woll (2009).** Increasing carbon storage in intact African tropical forests. *Nature* 457, 1003–U3. doi: 10.1038/nature07771, ISSN: 0028-0836.

**Li H., A.F. Cann, and J.C. Liao (2010).** Biofuels: Biomolecular Engineering Fundamentals and Advances. *Annual Review of Chemical and Biomolecular Engineering* 1, 19–36. doi: 10.1146/annurev-chembioeng-073009-100938.

**Li X., E. Mupondwa, S. Panigrahi, L. Tabil, and P. Adapa (2012).** Life cycle assessment of densified wheat straw pellets in the Canadian Prairies. *The International Journal of Life Cycle Assessment* 17, 420–431. doi: 10.1007/s11367-011-0374-7, ISSN: 0948-3349.

**Liao J.D., T.W. Boutton, and J.D. Jastrow (2006).** Storage and dynamics of carbon and nitrogen in soil physical fractions following woody plant invasion of grassland. *Soil Biology and Biochemistry* 38, 3184–3196. doi: 10.1016/j.soilbio.2006.04.003, ISSN: 00380717.

**Liao J.C., and J. Messing (2012).** Energy biotechnology. *Current Opinion in Biotechnology* 23, 287–289. doi: 10.1016/j.copbio.2012.03.005, ISSN: 0958-1669.

**Lichtfouse E., M. Navarrete, P. Debaeke, V. Souchère, C. Alberola, and J. Ménassieu (2009).** Agronomy for sustainable agriculture. A review. *Agronomy for Sustainable Development* 29, 1–6. doi: 10.1051/agro:2008054, ISSN: 1774-0746.

**Lim S., T. Vos, A.D. Flaxman, G. Danaei, K. Shibuja, and et al. (2012).** A Comparative Risk Assessment of Burden of Disease and Injury Attributable to 67 Risk Factors and Risk Factor Clusters in 21 regions, 1990–2010: A Systematic Analysis for the Global Burden of Disease Study 2010. *The Lancet* 380, 2224–2260.

**Lindholm E.-L., J. Stendahl, S. Berg, and P.-A. Hansson (2011).** Greenhouse gas balance of harvesting stumps and logging residues for energy in Sweden. *Scandinavian Journal of Forest Research* 26, 586–594. doi: 10.1080/02827581.2011.615337, ISSN: 0282-7581.

**Lippke B. Garcia, J.P., Manrique, and C. (2003).** *The Impact of Forests and Forest Management on Carbon Storage.* Rural Technology Initiative, College of Forest Resources, University of Washington, Seattle, 7 pp.

**Lippke B, E. Oneil, R. Harrison, K. Skog, L. Gustavsson, and R. Sathre (2011).** Life cycle impacts of forest management and wood utilization on carbon mitigation: knowns and unknowns. *Carbon Management* 2, 303–333. doi: 10.4155/cmt.11.24, ISSN: 1758-3004.

**Lisboa C.C., K. Butterbach-Bahl, M. Mauder, and R. Kiese (2011).** Bioethanol production from sugarcane and emissions of greenhouse gases—known and unknowns. *GCB Bioenergy* 3, 277–292. doi: 10.1111/j.1757-1707.2011.01095.x, ISSN: 1757-1707.

**Liska A.J., and R.K. Perrin (2009).** Indirect land use emissions in the life cycle of biofuels: regulations vs science. *Biofuels, Bioproducts and Biorefining* 3, 318–328. doi: 10.1002/bbb.153, ISSN: 1932-1031.

**Liu G., E.D. Larson, R.H. Williams, T.G. Kreutz, and X. Guo (2010).** Making Fischer– Tropsch fuels and electricity from coal and biomass: performance and cost analysis. *Energy & Fuels* 25, 415–437.

**Liu X., J. Qu, L. Li, A. Zhang, Z. Jufeng, J. Zheng, and G. Pan (2012).** Can biochar amendment be an ecological engineering technology to depress $N_2O$ emission in rice paddies?—A cross site field experiment from South China. *Ecological Engineering* 42, 168–173. doi: 10.1016/j.ecoleng.2012.01.016, ISSN: 09258574.

**Loarie S.R., D.B. Lobell, G.P. Asner, Q. Mu, and C.B. Field (2011).** Direct impacts on local climate of sugar-cane expansion in Brazil. *Nature Climate Change* 1, 105–109. doi: 10.1038/nclimate1067, ISSN: 1758-678X.

**Lobell D.B., U.L.C. Baldos, and T.W. Hertel (2013).** Climate adaptation as mitigation: the case of agricultural investments. *Environmental Research Letters* 8, 15–28. doi: 10.1088/1748-9326/8/1/015012, ISSN: 1748-9326.

**Lohila A., M. Aurela, J.-P. Tuovinen, and T. Laurila (2004).** Annual $CO_2$ exchange of a peat field growing spring barley or perennial forage grass. *Journal of Geophysical Research: Atmospheres* 109, n/a–n/a. doi: 10.1029/2004JD004715, ISSN: 2156-2202.

**Lohila A., K. Minkkinen, J. Laine, I. Savolainen, J.-P. Tuovinen, L. Korhonen, T. Laurila, H. Tietäväinen, and A. Laaksonen (2010).** Forestation of boreal peatlands: Impacts of changing albedo and greenhouse gas fluxes on radiative forcing. *Journal of Geophysical Research* 115. doi: 10.1029/2010JG001327, ISSN: 0148-0227.

**Lott J.E., C.K. Ong, and C.R. Black (2009).** Understorey microclimate and crop performance in a< i> Grevillea robusta</i>-based agroforestry system in semi-arid Kenya. *Agricultural and Forest Meteorology* 149, 1140–1151. Available at: http://www.sciencedirect.com/science/article/pii/S0168192309000434.

**Lotze-Campen H., M. von Lampe, P. Kyle, S. Fujimori, P. Havlik, H. van Meijl, T. Hasegawa, A. Popp, C. Schmitz, A. Tabeau, H. Valin, D. Willenbockel, and M. Wise (2013).** Impacts of increased bioenergy demand on global food markets: an AgMIP economic model intercomparison. *Agricultural Economics*, n/a–n/a. doi: 10.1111/agec.12092, ISSN: 1574-0862.

**Lotze-Campen H., A. Popp, T. Beringer, C. Müller, A. Bondeau, S. Rost, and W. Lucht (2010).** Scenarios of global bioenergy production: The trade-offs between agricultural expansion, intensification and trade. *Ecological Modelling* 221, 2188–2196.

**Loudermilk E.L., R.M. Scheller, P.J. Weisberg, J. Yang, T.E. Dilts, S.L. Karam, and C. Skinner (2013).** Carbon dynamics in the future forest: the importance of long-term successional legacy and climate–fire interactions. *Global Change Biology* 19, 3502–3515. doi: 10.1111/gcb.12310, ISSN: 1365-2486.

**Lubowski R.N., and S.K. Rose (2013).** The Potential for REDD+: Key Economic Modeling Insights and Issues. *Review of Environmental Economics and Policy* 7, 67–90. doi: 10.1093/reep/res024, ISSN: 1750-6816, 1750–6824.

**Luedeling E., and H. Neufeldt (2012).** Carbon sequestration potential of parkland agroforestry in the Sahel. *Climatic Change* 115, 443–461. doi: 10.1007/s10584-012-0438-0, ISSN: 0165-0009, 1573–1480.

Lund V., and B. Algers (2003). Research on animal health and welfare in organic farming—a literature review. *Livestock Production Science* 80, 55–68. doi: 10.1016/S0301-6226(02)00321-4, ISSN: 0301-6226.

Lunt I.D., L.M. Winsemius, S.P. McDonald, J.W. Morgan, and R.L. Dehaan (2010). How widespread is woody plant encroachment in temperate Australia? Changes in woody vegetation cover in lowland woodland and coastal ecosystems in Victoria from 1989 to 2005. *Journal of Biogeography* 37, 722–732. doi: 10.1111/j.1365-2699.2009.02255.x, ISSN: 1365-2699.

Luo Y., M. Durenkamp, M. De Nobili, Q. Lin, and P.C. Brookes (2011). Short term soil priming effects and the mineralisation of biochar following its incorporation to soils of different pH. *Soil Biology and Biochemistry* 43, 2304–2314. doi: 10.1016/j.soilbio.2011.07.020, ISSN: 0038-0717.

Luo L., E Voet, G. Huppes, and H. Udo de Haes (2009). Allocation issues in LCA methodology: a case study of corn stover-based fuel ethanol. *The International Journal of Life Cycle Assessment* 14, 529–539. doi: 10.1007/s11367-009-0112-6, ISSN: 0948-3349.

Luyssaert S., E.-D. Schulze, A. Börner, A. Knohl, D. Hessenmöller, B.E. Law, P. Ciais, and J. Grace (2008). Old-growth forests as global carbon sinks. *Nature* 455, 213–215. doi: 10.1038/nature07276, ISSN: 0028-0836.

Lynd L.R., R.A. Aziz, C.H. de Brito Cruz, A.F.A. Chimphango, L.A.B. Cortez, A. Faaij, N. Greene, M. Keller, P. Osseweijer, and T.L. Richard (2011). A global conversation about energy from biomass: the continental conventions of the global sustainable bioenergy project. *Interface Focus* 1, 271–279.

Ma J., E. Ma, H. Xu, K. Yagi, and Z. Cai (2009). Wheat straw management affects $CH_4$ and $N_2O$ emissions from rice fields. *Soil Biology and Biochemistry* 41, 1022–1028. doi: 10.1016/j.soilbio.2009.01.024, ISSN: 00380717.

Macauley M.K., and R.A. Sedjo (2011). Forests in climate policy: technical, institutional and economic issues in measurement and monitoring. *Mitigation and Adaptation Strategies for Global Change* 16, 499–513. doi: 10.1007/s11027-010-9276-4, ISSN: 1381-2386, 1573–1596.

Macedo I.C. (2005). *Sugar Cane's Energy: Twelve Studies on Brazilian Sugar Cane Agribusiness and Its Sustainability*. UNICA, Sao Paulo, Brazil, 237 pp.

Macedo M.N., R.S. DeFries, D.C. Morton, C.M. Stickler, G.L. Galford, and Y.E. Shimabukuro (2012). Decoupling of deforestation and soy production in the southern Amazon during the late 2000s *Proceedings of the National Academy of Sciences* 109, 1341–1346. doi: 10.1073/pnas.1111374109, ISSN: 0027-8424, 1091–6490.

Macedo I.C., J.E.A. Seabra, and J.E.A.R. Silva (2008). Green house gases emissions in the production and use of ethanol from sugarcane in Brazil: The 2005/2006 averages and a prediction for 2020. *Biomass and Bioenergy* 32, 582–595. doi: 10.1016/j.biombioe.2007.12.006, ISSN: 0961-9534.

Machmuller A., C.R. Soliva, and M. Kreuzer (2003). Methane-suppressing effect of myristic acid in sheep as affected by dietary calcium and forage proportion. *British Journal of Nutrition* 90, 529–540.

Mackey B., I.C. Prentice, W. Steffen, J.I. House, D. Lindenmayer, H. Keith, and S. Berry (2013). Untangling the confusion around land carbon science and climate change mitigation policy. *Nature Climate Change* 3, 552–557. doi: 10.1038/nclimate1804, ISSN: 1758-678X.

MacMillan Uribe A.L., D.M. Winham, and C.M. Wharton (2012). Community supported agriculture membership in Arizona. An exploratory study of food and sustainability behaviours. *Appetite* 59, 431–436. doi: 10.1016/j.appet.2012.06.002, ISSN: 0195-6663.

Madlener R., C. Robledo, B. Muys, and J.T.B. Freja (2006). A Sustainability Framework for Enhancing the Long-Term Success of Lulucf Projects. *Climatic Change* 75, 241–271. doi: 10.1007/s10584-005-9023-0, ISSN: 0165-0009, 1573–1480.

Mahmood R., R.A. Pielke, K.G. Hubbard, D. Niyogi, P.A. Dirmeyer, C. McAlpine, A.M. Carleton, R. Hale, S. Gameda, A. Beltrán-Przekurat, B. Baker, R. McNider, D.R. Legates, M. Shepherd, J. Du, P.D. Blanken, O.W. Frauenfeld, U.s. Nair, and S. Fall (2013). Land cover changes and their biogeophysical effects on climate. *International Journal of Climatology*, n/a–n/a. doi: 10.1002/joc.3736, ISSN: 1097-0088.

Mallia E., and G. Lewis (2013). Life cycle greenhouse gas emissions of electricity generation in the province of Ontario, Canada. *The International Journal of Life Cycle Assessment* 18, 377–391. doi: 10.1007/s11367-012-0501-0, ISSN: 0948-3349.

Malmsheimer R.W., P. Heffernan, S. Brink, D. Crandall, F. Deneke, C. Galik, E. Gee, J.A. Helms, N. McClure, and M. Mortimer (2008). Forest management solutions for mitigating climate change in the United States. *Journal of Forestry* 106, 173–239. Available at: http://152.99.88.238/KFRI-CAB/IMG/006/002/157431.pdf#page=173.

Von Maltitz G.P., and K.A. Setzkorn (2013). A typology of Southern African biofuel feedstock production projects. *Biomass and Bioenergy* 59, 33–59. doi: 10.1016/j.biombioe.2012.11.024, ISSN: 0961-9534.

Mao H.L., J.K. Wang, Y.Y. Zhou, and J.X. Liu (2010). Effects of addition of tea saponins and soybean oil on methane production, fermentation and microbial population in the rumen of growing lambs. *Livestock Science* 129, 56–62.

Markus L. (2011). From CDM to REDD+—What do we know for setting up effective and legitimate carbon governance? *Ecological Economics* 70, 1900–1907. doi: 10.1016/j.ecolecon.2011.02.003, ISSN: 0921-8009.

Marland G., R.A. Pielke Sr., M. Apps, R. Avissar, R.A. Betts, K.J. Davis, P.C. Frumhoff, S.T. Jackson, L.A. Joyce, P. Kauppi, J. Katzenberger, K.G. MacDicken, R.P. Neilson, J.O. Niles, D. dutta S. Niyogi, R.J. Norby, N. Pena, N. Sampson, and Y. Xue (2003). The climatic impacts of land surface change and carbon management, and the implications for climate-change mitigation policy. *Climate Policy* 3, 149–157. doi: 10.1016/S1469-3062(03)00028-7, ISSN: 1469-3062.

Marland G., and B. Schlamadinger (1995). Biomass fuels and forest-management strategies: how do we calculate the greenhouse-gas emissions benefits? *Energy* 20, 1131–1140.

Marland G., and B. Schlamadinger (1997). Forests for carbon sequestration or fossil fuel substitution? A sensitivity analysis. *Biomass and Bioenergy* 13, 389–397. doi: 10.1016/S0961-9534(97)00027-5, ISSN: 0961-9534.

Marlow H.J., W.K. Hayes, S. Soret, R.L. Carter, E.R. Schwab, and J. Sabaté (2009). Diet and the environment: does what you eat matter? *The American Journal of Clinical Nutrition* 89, 1699S–1703S. doi: 10.3945/ajcn.2009.26736Z, ISSN: 0002-9165, 1938–3207.

Martin C., D.P. Morgavi, and M. Doreau (2010). Methane mitigation in ruminants: from microbe to the farm scale. *Animal* 4, 351–365. doi: 10.1017/S1751731109990620.

Martin C., J Rouel, J.P. Jouany, M. Doreau, and Y. Chilliard (2008). Methane output and diet digestibility in response to feeding dairy cows crude linseed, extruded linseed, or linseed oil. *Journal of Animal Science* 86, 2642–2650. doi: 10.2527/jas.2007-0774, ISSN: 0021-8812, 1525–3163.

Martinelli L.A., and S. Filoso (2008). Expansion of sugarcane ethanol production in Brazil: environmental and social challenges. *Ecological Applications: A Publication of the Ecological Society of America* 18, 885–898. ISSN: 1051-0761.

Martínez S.H., J. van Eijck, M.P. da Cunha, A. Walter, J.J. Guilhoto, and A. Faaij (2013). Analysis of socio-economic impacts of sustainable sugarcane-ethanol production by means of inter-regional input-output analysis: A case study on Northeast Brazil. *Renewable & Sustainable Energy Reviews* 28, 290–316.

Martinez-Alier J. (2002). *The Environmentalism of the Poor: A Study of Ecological Conflicts and Valuation*. Edward Elgar Publishing, Cheltenham, UK and Northampton, USA, 325 pp. ISBN: 9781840649093.

Masera O.R., J.F. Garza-Caligaris, M. Kanninen, T. Karjalainen, J. Liski, G.J. Nabuurs, A. Pussinen, B.H.J. de Jong, and G.M.J. Mohren (2003). Modeling carbon sequestration in afforestation, agroforestry and forest management projects: the CO₂FIX V.2 approach. *Ecological Modelling* 164, 177–199. doi: 10.1016/S0304-3800(02)00419-2, ISSN: 03043800.

Matson P.A., and P.M. Vitousek (2006). Agricultural Intensification: Will Land Spared from Farming be Land Spared for Nature? *Conservation Biology* 20, 709–710. doi: 10.1111/j.1523-1739.2006.00442.x, ISSN: 1523-1739.

Mattoo A., and A. Subramanian (2012). Equity in Climate Change: An Analytical Review. *World Development* 40, 1083–1097. doi: 10.1016/j.worlddev.2011.11.007, ISSN: 0305-750X.

Matyssek R., G. Wieser, R. Ceulemans, H. Rennenberg, H. Pretzsch, K. Haberer, M. Löw, A.J. Nunn, H. Werner, P. Wipfler, W. Osswald, P. Nikolova, D.E. Hanke, H. Kraigher, M. Tausz, G. Bahnweg, M. Kitao, J. Dieler, H. Sandermann, K. Herbinger, T. Grebenc, M. Blumenröther, G. Deckmyn, T.E.E. Grams, C. Heerdt, M. Leuchner, P. Fabian, and K.-H. Häberle (2010). Enhanced ozone strongly reduces carbon sink strength of adult beech (Fagus sylvatica)--resume from the free-air fumigation study at Kranzberg Forest. *Environmental Pollution (Barking, Essex: 1987)* 158, 2527–2532. doi: 10.1016/j.envpol.2010.05.009, ISSN: 1873-6424.

May, P., Boyd, E., Chang, M., V. Neto, and F.C. (2005). Incorporating sustainable development into carbon forest projects in Brazil and Bolivia. *Estudos Sociedade E Agricultura* 1, 23 p.

May P.H., F. Veiga, and M. Chang (2004). *Local Sustainable Development Effects of Forest Carbon Projects in Brazil and Bolivia: A View from the Field*. Environmental Economics Programme, London, 132 pp. ISBN: Earthprint Limited.

Mayrand K., and M. Paquin (2004). *Payments for Environmental Services: A Survey and Assessment of Current Schemes*. UNISFERA International Centre for the Commission of Environmental Cooperation of North America, Montreal, Montreal, 60 pp.

Mbow C. (2010). Africa's risky gamble. *Global Change, IGBP Secretariat, number 75 of June 2010* 75, pp.20–23.

Mbow, C., Skole, D., Dieng, M., Justice, C., Kwesha, D., Mane, L., E. Gamri, M., V. Vordzogbe, V., Virji, and H. (2012). *Challenges and Prospects for REDD+ in Africa: Desk Review Of REDD+ Implementation in Africa*. GLP-IPO, Copenhagen, 70 pp.

McCarl B.A., and U.A. Schneider (2001). Greenhouse Gas Mitigation in U.S. Agriculture and Forestry. *Science* 294, 2481–2482. doi: 10.1126/science.1064193, ISSN: 0036-8075, 1095–9203.

McKechnie J., S. Colombo, J. Chen, W. Mabee, and H.L. MacLean (2011). Forest Bioenergy or Forest Carbon? Assessing Trade-Offs in Greenhouse Gas Mitigation with Wood-Based Fuels. *Environmental Science & Technology* 45, 789–795. doi: 10.1021/es1024004, ISSN: 0013-936X.

McLaren D. (2012). A comparative global assessment of potential negative emissions technologies. *Special Issue: Negative Emissions Technology* 90, 489–500. doi: 10.1016/j.psep.2012.10.005, ISSN: 0957-5820.

McMichael A.J., J.W. Powles, C.D. Butler, and R. Uauy (2007). Food, livestock production, energy, climate change, and health. *The Lancet* 370, 1253–1263. doi: 10.1016/S0140-6736(07)61256-2, ISSN: 01406736.

McSherry M.E., and M.E. Ritchie (2013). Effects of grazing on grassland soil carbon: a global review. *Global Change Biology* 19, 1347–1357. doi: 10.1111/gcb.12144, ISSN: 13541013.

MEA (2005). *Millennium Ecosystem Assessment*. United National Environment Program, New York, Nairobi, 155 pp.

Meerman J.C., M.M.J. Knoope, A. Ramírez, W.C. Turkenburg, and A.P.C. Faaij (2013). Technical and economic prospects of coal- and biomass-fired integrated gasification facilities equipped with CCS over time. *International Journal of Greenhouse Gas Control* 16, 311–323. doi: 10.1016/j.ijggc.2013.01.051, ISSN: 1750-5836.

Meerman J.C., A. Ramírez, W.C. Turkenburg, and A.P.C. Faaij (2011). Performance of simulated flexible integrated gasification polygeneration facilities. Part A: A technical-energetic assessment. *Renewable and Sustainable Energy Reviews* 15, 2563–2587.

Meerman J.C., A. Ramírez, W.C. Turkenburg, and A.P.C. Faaij (2012). Performance of simulated flexible integrated gasification polygeneration facilities, Part B: Economic evaluation. *Renewable and Sustainable Energy Reviews* 16, 6083–6102.

De Meester S., J. Demeyer, F. Velghe, A. Peene, H. Van Langenhove, and J. Dewulf (2012). The environmental sustainability of anaerobic digestion as a biomass valorization technology. *Bioresource Technology* 121, 396–403. doi: 10.1016/j.biortech.2012.06.109, ISSN: 0960-8524.

Meier D., B. van de Beld, A.V. Bridgwater, D.C. Elliott, A. Oasmaa, and F. Preto (2013). State-of-the-art of fast pyrolysis in IEA bioenergy member countries. *Renewable and Sustainable Energy Reviews* 20, 619–641. doi: 10.1016/j.rser.2012.11.061, ISSN: 1364-0321.

Melillo J.M., J.M. Reilly, D.W. Kicklighter, A.C. Gurgel, T.W. Cronin, S. Paltsev, B.S. Felzer, X. Wang, A.P. Sokolov, and C.A. Schlosser (2009). Indirect Emissions from Biofuels: How Important? *Science* 326, 1397–1399. doi: 10.1126/science.1180251, ISSN: 0036-8075, 1095–9203.

Messerli P., A. Heinimann, M. Giger, T. Breu, and O. Schönweger (2013). From "land grabbing" to sustainable investments in land: potential contributions by land change science. *Current Opinion in Environmental Sustainability* 5, 528–534. doi: 10.1016/j.cosust.2013.03.004, ISSN: 1877-3435.

Metay A., R. Oliver, E. Scopel, J.-M. Douzet, J. Aloisio Alves Moreira, F. Maraux, B.J. Feigl, and C. Feller (2007). N₂O and CHsub> 4</sub> emissions from soils under conventional and no-till management practices in Goiânia (Cerrados, Brazil). *Geoderma* 141, 78–88. doi: 10.1016/j.geoderma.2007.05.010, ISSN: 00167061.

Milazzo M.F., F. Spina, A. Vinci, C. Espro, and J.C.J. Bart (2013). Brassica biodiesels: Past, present and future. *Renewable and Sustainable Energy Reviews* 18, 350–389. doi: 10.1016/j.rser.2012.09.033, ISSN: 1364-0321.

Millar N., G.P. Robertson, P.R. Grace, R.J. Gehl, and J.P. Hoben (2010). Nitrogen fertilizer management for nitrous oxide (N 2 O) mitigation in intensive corn (Maize) production: an emissions reduction protocol for US Midwest agriculture. *Mitigation and Adaptation Strategies for Global Change* 15, 185–204. doi: 10.1007/s11027-010-9212-7.

Millar C.I., N.L. Stephenson, and S.L. Stephens (2007). Climate change and forests of the future: managing in the face of uncertainty. *Ecological Applications* **17**, 2145–2151.

Mingorría S., G. Gamboa, and A. Alonso-Fradejas (2010). *Metabolismo Socio-Ecológico de Comunidades Campesinas Q'eqchi' Y La Expansión de La Agro-Industria de Caña de Azúcar Y Palma Africana : Valle Del Río Polochic, Guatemala*. Instituto de Ciencia y Technología Ambientales and Instituto de Estudios Agrarios y Rurales, Barcelona and Mexico, 166 pp. ISBN: 9789929561175.

Van Minnen J.G., K.K. Goldewijk, E. Stehfest, B. Eickhout, G. van Drecht, and R. Leemans (2009). The importance of three centuries of land-use change for the global and regional terrestrial carbon cycle. *Climatic Change* **97**, 123–144. doi: 10.1007/s10584-009-9596-0, ISSN: 0165-0009.

Mirle C. (2012). The industrialization of animal agriculture: implications for small farmers, rural communities, the environment, and animals in the developing world. The 10th European International Farming Systems Association Symposium in Aarhus, Denmark, July 1–4. Workshop 1.3: Understanding agricultural structural changes and their impacts, to support inclusive policy dialogue and formulation. Available at: http://www.ifsa2012.dk/downloads/WS1_3/ChetanaMirle.pdf.

Misselhorn A., P. Aggarwal, P. Ericksen, P. Gregory, L. Horn-Phathanothai, J. Ingram, and K. Wiebe (2012). A vision for attaining food security. *Current Opinion in Environmental Sustainability* **4**, 7–17. doi: 10.1016/j.cosust.2012.01.008, ISSN: 1877-3435.

Mitchell C.D., R.J. Harper, and R.J. Keenan (2012). Current status and prospects of carbon forestry in Australia. *Australian Forestry* **75**, 200–212. ISSN: 0004-9158.

Moberg J. (2011). The Chinese Grain for Green Program—assessment of the land reform's carbon mitigation potential. Department of Energy and Environment, Chalmers University of Technology, Göteborg, Sweden, 54 pp.

Mohlin K. (2013). Essays on Environmental Taxation and Climate Policy. Göteborgs Universitet. Handelshögskolan, Department of Economics, Sweden, 155 pp. Available at: https://gupea.ub.gu.se/handle/2077/33425.

Moilanen A., and A. Arponen (2011). Administrative regions in conservation: Balancing local priorities with regional to global preferences in spatial planning. *Ecoregional-Scale Monitoring within Conservation Areas, in a Rapidly Changing Climate* **144**, 1719–1725. doi: 10.1016/j.biocon.2011.03.007, ISSN: 0006-3207.

Monti A., L. Barbanti, A. Zatta, and W. Zegada-Lizarazu (2012). The contribution of switchgrass in reducing GHG emissions. *Global Change Biology Bioenergy* **4**. doi: 10.1111/j.1757-1707.2011.01142.x.

De Moraes M.A.F.D., C.C. da Costa, J.J.M. Guilhoto, L.G.A. de Souza, and F.C.R. de Oliveira (2010). Social Externalities of Fuels. In: *Ethanol and Bioelectricity: Sugarcane in the Future of the Energy Matrix*. UNICA Brazilian Sugarcane Industry Association, Sao Paulo, Brazil, pp. 44–75.

Morgavi D.P., E. Forano, C. Martin, and C.J. Newbold (2010). Microbial ecosystem and methanogenesis in ruminants. *Animal* **4**, 1024–1036. doi: 10.1017/S1751731110000546.

Morgavi D.P., J.P. Jouany, and C. Martin (2008). Changes in methane emission and rumen fermentation parameters induced by refaunation in sheep. *Australian Journal of Experimental Agriculture* **48**, 69–72. doi: http://dx.doi.org/10.1071/EA07236.

Mueller N.D., J.S. Gerber,, M. Johnston, D.K. Ray, N. Ramankutty, and J.A. Foley (2012). Closing yield gaps through nutrient and water management. *Nature* **490**, 254–257. Available at: http://dx.doi.org/10.1038/nature11420.

Muller A. (2009). Sustainable agriculture and the production of biomass for energy use. *Climatic Change* **94**, 319–331. doi: 10.1007/s10584-008-9501-2, ISSN: 0165-0009, 1573–1480.

Murdiyarso D., M. Brockhaus, W.D. Sunderlin, and L. Verchot (2012). Some lessons learned from the first generation of REDD+ activities. *Current Opinion in Environmental Sustainability* **4**, 678–685. doi: 10.1016/j.cosust.2012.10.014, ISSN: 1877-3435.

Murray B.C., B.A. McCarl, and H.-C. Lee (2004). Estimating Leakage from Forest Carbon Sequestration Programs. *Land Economics* **80**, 109–124. doi: 10.3368/le.80.1.109, ISSN: 0023-7639, 1543–8325.

Murtaugh P.A., and M.G. Schlax (2009). Reproduction and the carbon legacies of individuals. *Global Environmental Change* **19**, 14–20.

Murthy I.K., R. Tiwari, and N.H. Ravindranath (2011). Climate change and forests in India: adaptation opportunities and challenges. *Mitigation and Adaptation Strategies for Global Change* **16**, 161–175. doi: 10.1007/s11027-010-9261-y, ISSN: 1381-2386, 1573–1596.

Muys B., L. Norgrove, T. Alamirew, R. Birech, E. Chirinian, Y. Delelegn, A. Ehrensperger, C.A. Ellison, A. Feto, B. Freyer, J. Gevaert, S. Gmünder, R.E.E. Jongschaap, M. Kaufmann, J Keane, M. Kenis, B. Kiteme, J. Langat, R. Lyimo, V. Moraa, J. Muchugu, A. Negussie, C. Ouko, M.W. Rouamba, I. Soto, M. Wörgetter, R. Zah, and R. Zetina (2014). Integrating mitigation and adaptation into development: the case of Jatropha curcas in sub-Saharan Africa. *Global Change Biology Bioenergy* **6**, 169–171. doi: 10.1111/gcbb.12070, ISSN: 1757-1707.

Mwakaje A.G. (2012). Can Tanzania realise rural development through biofuel plantations? Insights from the study in Rufiji District. *Energy for Sustainable Development* **16**, 320–327. doi: 10.1016/j.esd.2012.07.001, ISSN: 0973-0826.

Myhre G., and D. Shindell (2013). *Anthropogenic and Natural Radiative Forcing*. Intergovernmental Panel on Climate Change, Cambridge UK, 124 pp.

Nabuurs G.-J., M. Lindner, P.J. Verkerk, K. Gunia, P. Deda, R. Michalak, and G. Grassi (2013). First signs of carbon sink saturation in European forest biomass. *Nature Climate Change* **3**, 792–796.

Nabuurs G.J., O. Masera, K. Andrasko, P. Benitez-Ponce, R. Boer, M. Dutschke, E. Elsiddig, J. Ford-Robertson, P. Frumhoff, T. Karjalainen, O. Krankina, W.A. Kurz, M. Matsumoto, W. Oyhantcabal, N.H. Ravindranath, M.J.S. Sanchez, and X. Zhang (2007). Forestry. In: *Climate Change 2007: Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*. B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer, (eds.), Cambridge University Press, Cambridge, UK and New York, USA, pp. 541–584.

Nassar A.M., L. Harfuch, L.C. Bachion, and M.R. Moreira (2011). Biofuels and land-use changes: searching for the top model. *Interface Focus*, rsfs20100043. doi: 10.1098/rsfs.2010.0043, ISSN: 2042-8898, 2042–8901.

Nelissen V., T. Rütting, D. Huygens, J. Staelens, G. Ruysschaert, and P. Boeckx (2012). Maize biochars accelerate short-term soil nitrogen dynamics in a loamy sand soil. *Soil Biology and Biochemistry* **55**, 20–27. doi: 10.1016/j.soilbio.2012.05.019, ISSN: 00380717.

11

**11**

Nemecek T., K. Weiler, K. Plassmann, J. Schnetzer, G. Gaillard, D. Jefferies, T. García–Suárez, H. King, and L. Milà i Canals (2012). Estimation of the variability in global warming potential of worldwide crop production using a modular extrapolation approach. *Journal of Cleaner Production* **31**, 106–117. doi: 10.1016/j.jclepro.2012.03.005, ISSN: 0959-6526.

Nepstad D.C., I.M. Tohver, D. Ray, P. Moutinho, and G. Cardinot (2007). Mortality of large trees and lianas following experimental drought in an Amazon forest. *Ecology* **88**, 2259–2269. Available at: http://www.esajournals.org/doi/abs/10.1890/06-1046.1.

Newbold C.J., J.O. Ouda, S. López, N. Nelson, H. Omed, R.J. Wallace, and A.R. Moss (2002). Propionate precursors as possible alternative electron acceptors to methane in ruminal fermentation. In: *Greenhouse Gases and Animal Agriculture*. J. Takahashi, B.A. Young, (eds.), Elsevier, Amsterdam, pp. 151–154.

Nguyen T.L.T., J.E. Hermansen, and L. Mogensen (2013). Environmental performance of crop residues as an energy source for electricity production: The case of wheat straw in Denmark. *Applied Energy* **104**, 633–641. doi: 10.1016/j.apenergy.2012.11.057, ISSN: 0306-2619.

Nijsen M., E. Smeets, E. Stehfest, and D.P. Vuuren (2012). An evaluation of the global potential of bioenergy production on degraded lands. *GCB Bioenergy* **4**, 130–147. doi: 10.1111/j.1757-1707.2011.01121.x, ISSN: 1757-1707.

Njakou Djomo S., O. El Kasmioui, T. De Groote, L.S. Broeckx, M.S. Verlinden, G. Berhongaray, R. Fichot, D. Zona, S.Y. Dillen, J.S. King, I.A. Janssens, and R. Ceulemans (2013). Energy and climate benefits of bioelectricity from low-input short rotation woody crops on agricultural land over a two-year rotation. *Applied Energy* **111**, 862–870. doi: 10.1016/j.apenergy.2013.05.017, ISSN: 0306-2619.

Nolan J.V., R.S. Hegarty, J. Hegarty, I.R. Godwin, and R. Woodgate (2010). Effects of dietary nitrate on fermentation, methane production and digesta kinetics in sheep. *Animal Production Science* **50**, 801–806.

Nolte C., A. Agrawal, K.M. Silvius, and B.S. Soares-Filho (2013). Governance regime and location influence avoided deforestation success of protected areas in the Brazilian Amazon. *Proceedings of the National Academy of Sciences* **110**, 4956–4961. doi: 10.1073/pnas.1214786110, ISSN: 0027-8424, 1091–6490.

Nonhebel S. (2005). Renewable energy and food supply: will there be enough land? *Renewable and Sustainable Energy Reviews* **9**, 191–201.

O'Brien K., R. Leichenko, U. Kelkar, H. Venema, G. Aandahl, H. Tompkins, A. Javed, S. Bhadwal, S. Barg, L. Nygaard, and others (2004). Mapping vulnerability to multiple stressors: climate change and globalization in India. *Global Environmental Change Part A* **14**, 303–313.

O'Halloran T.L., B.E. Law, M.L. Goulden, Z. Wang, J.G. Barr, C. Schaaf, M. Brown, J.D. Fuentes, M. Göckede, A. Black, and V. Engel (2012). Radiative forcing of natural forest disturbances. *Global Change Biology* **18**, 555–565.

O'Hare M., R.J. Plevin, J.I. Martin, A.D. Jones, A. Kendall, and E. Hopson (2009). Proper accounting for time increases crop-based biofuels' greenhouse gas deficit versus petroleum. *Environmental Research Letters* **4**, 24–32. doi: 10.1088/1748-9326/4/2/024001, ISSN: 1748-9326.

O'Shaughnessy S.M., M.J. Deasy, C.E. Kinsella, J.V. Doyle, and A.J. Robinson (2013). Small scale electricity generation from a portable biomass cookstove: Prototype design and preliminary results. *Applied Energy* **102**, 374–385. doi: 10.1016/j.apenergy.2012.07.032, ISSN: 0306-2619.

Oberling D.F., M. Obermaier, A. Szklo, and E.L. La Rovere (2012). Investments of oil majors in liquid biofuels: The role of diversification, integration and technological lock-ins. *Biomass and Bioenergy* **46**, 270–281. doi: 10.1016/j.biombioe.2012.08.017, ISSN: 0961-9534.

Odongo N.E., R. Bagg, G. Vessie, P. Dick, M.M. Or-Rashid, S.E. Hook, J.T. Gray, E. Kebreab, J. France, and B.W. McBride (2007). Long-term effects of feeding monensin on methane production in lactating dairy cows. *Journal of Dairy Science* **90**, 1781–1788. ISSN: 0022-0302.

Oke D.O., and K.A. Odebiyi (2007). Traditional cocoa-based agroforestry and forest species conservation in Ondo State, Nigeria. *Agriculture, Ecosystems & Environment* **122**, 305–311. Available at: http://www.sciencedirect.com/science/article/pii/S0167880907000540.

Olson D.G., J.E. McBride, A. Joe Shaw, and L.R. Lynd (2012). Recent progress in consolidated bioprocessing. *Current Opinion in Biotechnology* **23**, 396–405. doi: 10.1016/j.copbio.2011.11.026, ISSN: 0958-1669.

Oosterveer P., and A.P. Mol (2010). Biofuels, trade and sustainability: a review of perspectives for developing countries. *Biofuels, Bioproducts and Biorefining* **4**, 66–76. Available at: http://onlinelibrary.wiley.com/doi/10.1002/bbb.194/full.

Osmond D.L., N.M. Nadkarni, C.T. Driscoll, E. Andrews, A.J. Gold, S.R.B. Allred, A.R. Berkowitz, M.W. Klemens, T.L. Loecke, M.A. McGarry, K. Schwarz, M.L. Washington, and P.M. Groffman (2010). The role of interface organizations in science communication and understanding. *Frontiers in Ecology and the Environment* **8**, 306–313. doi: 10.1890/090145, ISSN: 1540-9295.

Pa A., J. Craven, X. Bi, S. Melin, and S. Sokhansanj (2012). Environmental footprints of British Columbia wood pellets from a simplified life cycle analysis. *The International Journal of Life Cycle Assessment* **17**, 220–231. doi: 10.1007/s11367-011-0358-7, ISSN: 0948-3349.

Pacca S., and J.R. Moreira (2011). A Biorefinery for Mobility? *Environmental Science & Technology* **45**, 9498–9505. doi: 10.1021/es2004667, ISSN: 0013-936X.

Palm, C., Tomich, T., V. Noordwijk, M., Vosti, S., Gockowski, J., Alegre, J., Verchot, and L. (2004). Mitigation GHG emissions in the humid tropics: case studies from the alternative to slash-and-burn program (ASB). *Environment, Development and Sustainability* **6**, 145–162. Available at: http://link.springer.com/article/10.1023 %2FB%3AENVI.0000003634.50442.ca.

Palmer C. (2011). Property rights and liability for deforestation under REDD+: Implications for "permanence" in policy design. *Ecological Economics* **70**, 571–576. doi: 10.1016/j.ecolecon.2010.10.011, ISSN: 0921-8009.

Pan Y., R.A. Birdsey, J. Fang, R. Houghton, P.E. Kauppi, W.A. Kurz, O.L. Phillips, A. Shvidenko, S.L. Lewis, J.G. Canadell, P. Ciais, R.B. Jackson, S.W. Pacala, A.D. McGuire, S. Piao, A. Rautiainen, S. Sitch, and D. Hayes (2011). A Large and Persistent Carbon Sink in the World's Forests. *Science* **333**, 988–993. doi: 10.1126/science.1201609, ISSN: 0036-8075, 1095–9203.

Pandit M.K., and R.E. Grumbine (2012). Potential Effects of Ongoing and Proposed Hydropower Development on Terrestrial Biological Diversity in the Indian Himalaya. *Conservation Biology* **26**, 1061–1071. doi: 10.1111/j.1523-1739.2012.01918.x, ISSN: 1523-1739.

Parfitt J., M. Barthel, and S. Macnaughton (2010). Food waste within food supply chains: quantification and potential for change to 2050. *Philosophical Transactions of the Royal Society B: Biological Sciences* **365**, 3065–3081. doi: 10.1098/rstb.2010.0126.

Parish E.S., M.R. Hilliard, L.M. Baskaran, V.H. Dale, N.A. Griffiths, P.J. Mulholland, A. Sorokine, N.A. Thomas, M.E. Downing, and R.S. Middleton (2012). Multimetric spatial optimization of switchgrass plantings across a watershed. *Biofuels, Bioproducts and Biorefining* **6**, 58–72. Available at: http://onlinelibrary.wiley.com/doi/10.1002/bbb.342/abstract.

Pathak H., N. Jain, A. Bhatia, J. Patel, and P.K. Aggarwal (2010). Carbon footprints of Indian food items. *Agriculture, Ecosystems & Environment* **139**, 66–73. doi: 10.1016/j.agee.2010.07.002, ISSN: 0167-8809.

Patrizi N., D. Caro, F.M. Pulselli, A.B. Bjerre, and S. Bastianoni (2013). Environmental feasibility of partial substitution of gasoline with ethanol in the Province of Siena (Italy). *Journal of Cleaner Production* **47**, 388–395. doi: 10.1016/j.jclepro.2012.11.023, ISSN: 0959-6526.

Pawelzik P., M. Carus, J. Hotchkiss, R. Narayan, S. Selke, M. Wellisch, M. Weiss, B. Wicke, and M.K. Patel (2013). Critical aspects in the life cycle assessment (LCA) of bio-based materials—Reviewing methodologies and deriving recommendations. *Resources, Conservation and Recycling* **73**, 211–228. doi: 10.1016/j.resconrec.2013.02.006, ISSN: 0921-3449.

Peralta-Yahya P.P., F. Zhang, S.B. del Cardayre, and J.D. Keasling (2012). Microbial engineering for the production of advanced biofuels. *Nature* **488**, 320–328. doi: 10.1038/nature11478, ISSN: 0028-0836.

Petersen J.-E. (2008). Energy production with agricultural biomass: environmental implications and analytical challenges†. *European Review of Agricultural Economics* **35**, 385–408. doi: 10.1093/erae/jbn016, ISSN: 0165-1587, 1464–3618.

Petersen S.O., and S.G. Sommer (2011). Ammonia and nitrous oxide interactions: Roles of manure organic matter management. *Animal Feed Science and Technology* **166–67**, 503–513. doi: 10.1016/j.anifeedsci.2011.04.077, ISSN: 0377-8401.

Peters-Stanley M., K. Hamilton, T. Marcello, and M. Sjardin (2011). *Back to the Future: State of the Voluntary Carbon Markets 2011*. Ecosystem Marketplace & Bloomberg New Energy Finance, Washington, D.C. and New York, NY, USA, 93 pp.

Pettenella D., and L. Brotto (2011). Governance features for successful REDD+ projects organization. *Forest Policy and Economics* **18**, 46–52. doi: 10.1016/j.forpol.2011.09.006, ISSN: 1389-9341.

Phalan B., M. Onial, A. Balmford, and R.E. Green (2011). Reconciling Food Production and Biodiversity Conservation: Land Sharing and Land Sparing Compared. *Science* **333**, 1289–1291. doi: 10.1126/science.1208742, ISSN: 0036-8075, 1095–9203.

Phelps J., M.C. Guerrero, D.A. Dalabajan, B. Young, and E.L. Webb (2010a). What makes a "REDD" country? *Global Environmental Change* **20**, 322–332.

Phelps J., E.L. Webb, and A. Agrawal (2010b). Does REDD+ Threaten to Recentralize Forest Governance? *Science* **328**, 312–313. doi: 10.1126/science.1187774.

Phillips O.L., L.E.O.C. Aragão, S.L. Lewis, J.B. Fisher, J. Lloyd, G. López-González, Y. Malhi, A. Monteagudo, J. Peacock, C.A. Quesada, and others (2009). Drought sensitivity of the Amazon rainforest. *Science* **323**, 1344.

Phillips O.L., Y. Malhi, N. Higuchi, W.F. Laurance, P.V. Nunez, R.. Vasquez, S.G. Laurance, L.V. Ferreira, M. Stern, S. Brown, and J. Grace (1998). Changes in the carbon balance of tropical forests: Evidence from long-term plots. *Science* **282**, 439–442.

Pielke Sr. R.A., A. Pitman, D. Niyogi, R. Mahmood, C. McAlpine, F. Hossain, K.K. Goldewijk, U. Nair, R. Betts, S. Fall, M. Reichstein, P. Kabat, and N. de Noblet (2011). Land use/land cover changes and climate: modeling analysis and observational evidence. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 828–850. doi: 10.1002/wcc.144, ISSN: 1757-7799.

Pingoud K., T. Ekholm, and I. Savolainen (2012). Global warming potential factors and warming payback time as climate indicators of forest biomass use. *Mitigation and Adaptation Strategies for Global Change* **17**, 369–386. doi: 10.1007/s11027-011-9331-9, ISSN: 1381-2386, 1573–1596.

Place S.E., and F.M. Mitloehner (2010). Invited review: Contemporary environmental issues: A review of the dairy industry's role in climate change and air quality and the potential of mitigation through improved production efficiency. *Journal of Dairy Science* **93**, 3407–3416. doi: 10.3168/jds.2009-2719, ISSN: 0022-0302.

Plattner G.-K., T. Stocker, P. Midgley, and M. Tignor (2009). IPCC expert meeting on the science of alternative metrics. *IPCC Working Group I Technical Support Unit, Bern*.

Plevin R.J., M.A. Delucchi, and F. Creutzig (2013). Using Attributional Life Cycle Assessment to Estimate Climate-Change Mitigation Benefits Misleads Policy Makers. *Journal of Industrial Ecology* **18**, 73–83. doi: 10.1111/jiec.12074, ISSN: 1530-9290.

Plevin R.J., M. O'Hare, A.D. Jones, M.S. Torn, and H.K. Gibbs (2010). Greenhouse Gas Emissions from Biofuels' Indirect Land Use Change Are Uncertain but May Be Much Greater than Previously Estimated. *Environmental Science & Technology* **44**, 8015–8021. doi: 10.1021/es101946t, ISSN: 0013-936X.

Pongratz J., C.H. Reick, R.A. Houghton, and J. House (2013). Terminology as a key uncertainty in net land use flux estimates. *Earth System Dynamics Discussions* **4**, 677–716. doi: 10.5194/esdd-4-677-2013, ISSN: 2190-4995.

Popp A., J.P. Dietrich, H. Lotze-Campen, D. Klein, N. Bauer, M. Krause, T. Beringer, D. Gerten, and O. Edenhofer (2011). The economic potential of bioenergy for climate change mitigation with special attention given to implications for the land system. *Environmental Research Letters* **6**, 34–44. doi: 10.1088/1748-9326/6/3/034017, ISSN: 1748-9326.

Popp A., M. Krause, J.P. Dietrich, H. Lotze-Campen, M. Leimbach, T. Beringer, and N. Bauer (2012). Additional CO₂ emissions from land use change—Forest conservation as a precondition for sustainable production of second generation bioenergy. *Ecological Economics* **74**, 64–70. doi: 10.1016/j.ecolecon.2011.11.004, ISSN: 0921-8009.

Popp A., H. Lotze-Campen, and B. Bodirsky (2010). Food consumption, diet shifts and associated non-CO₂ greenhouse gases from agricultural production. *Global Environmental Change* **20**, 451–462.

Popp A., S. Rose, K. Calvin, D. Vuuren, J. Dietrich, M. Wise, E. Stehfest, F. Humpenöder, P. Kyle, J. Vliet, N. Bauer, H. Lotze-Campen, D. Klein, and E. Kriegler (2013). Land-use transition for bioenergy and climate stabilization: model comparison of drivers, impacts and interactions with other land use based mitigation options. *Climatic Change*, 1–15. doi: 10.1007/s10584-013-0926-x, ISSN: 0165-0009.

Potter C., S. Klooster, C. Hiatt, V. Genovese, and J.C. Castilla-Rubio (2011). Changes in the carbon cycle of Amazon ecosystems during the 2010 drought. *Environmental Research Letters* **6**, 1–5.

Poulter B., L. Aragao, U. Heyder, M. Gumpenberger, J. Heinke, F. Langerwisch, A. Rammig, K. Thonicke, and W. Cramer (2010). Net biome production of the Amazon Basin in the 21st century. *Global Change Biology* 16, 2062–2075. doi: 10.1111/j.1365-2486.2009.02064.x, ISSN: 1354-1013.

Powlson D.S., A.P. Whitmore, and K.W.T. Goulding (2011). Soil carbon sequestration to mitigate climate change: a critical re-examination to identify the true and the false. *European Journal of Soil Science* 62, 42–55. doi: 10.1111/j.1365-2389.2010.01342.x, ISSN: 1365-2389.

Pretty J. (2008). Agricultural sustainability: concepts, principles and evidence. *Philosophical Transactions of the Royal Society B: Biological Sciences* 363, 447–465. doi: 10.1098/rstb.2007.2163, ISSN: 0962-8436, 1471–2970.

Pretty J. (2013). The Consumption of a Finite Planet: Well-Being, Convergence, Divergence and the Nascent Green Economy. *Environmental and Resource Economics* 55, 475–499. doi: 10.1007/s10640-013-9680-9, ISSN: 0924-6460, 1573–1502.

Primmer E., and H. Karppinen (2010). Professional judgment in non-industrial private forestry: Forester attitudes and social norms influencing biodiversity conservation. *Forest Policy and Economics* 12, 136–146. doi: 10.1016/j.forpol.2009.09.007, ISSN: 1389-9341.

Pucker J., R. Zwart, and G. Jungmeier (2012). Greenhouse gas and energy analysis of substitute natural gas from biomass for space heat. *Biomass and Bioenergy* 38, 95–101. doi: 10.1016/j.biombioe.2011.02.040, ISSN: 0961-9534.

Puettmann M.E., R. Bergman, S. Hubbard, L. Johnson, B. Lippke, E. Oneil, and F.G. Wagner (2010). Cradle-to-gate life-cycle inventory of the U.S. Wood products production: CORRIM Phase I and Phase II products. *Wood and Fiber Science* 42, 15–28.

Pullin R.S.V., R. Froese, and D. Pauly (2007). Indicators for the sustainability of aquaculture. In: *Ecological and Genetic Implications of Aquaculture Activities*. T.M. Bert, (ed.), Kluwer Academic Publishers, Dordrecht, The Netherlands, pp. 53–72.

Putz F.E., and K.H. Redford (2009). Dangers of carbon-based conservation. *Global Environmental Change* 19, 400–401.

Putz F.E., and C. Romero (2012). Helping curb tropical forest degradation by linking REDD+ with other conservation interventions: a view from the forest. *Current Opinion in Environmental Sustainability* 4, 670–677. doi: 10.1016/j.cosust.2012.10.003, ISSN: 1877-3435.

Le Quéré C., R.J. Andres, T. Boden, T. Conway, R.A. Houghton, J.I. House, G. Marland, G.P. Peters, G.R. van der Werf, A. Ahlström, R.M. Andrew, L. Bopp, J.G. Canadell, P. Ciais, S.C. Doney, C. Enright, P. Friedlingstein, C. Huntingford, A.K. Jain, C. Jourdain, E. Kato, R.F. Keeling, K. Klein Goldewijk, S. Levis, P. Levy, M. Lomas, B. Poulter, M.R. Raupach, J. Schwinger, S. Sitch, B.D. Stocker, N. Viovy, S. Zaehle, and N. Zeng (2013). The global carbon budget 1959–2011. *Earth System Science Data* 5, 165–185. doi: 10.5194/essd-5-165-2013, ISSN: 1866-3516.

Rametsteiner E., and M. Simula (2003). Forest certification—an instrument to promote sustainable forest management? *Journal of Environmental Management* 67, 87–98. doi: 10.1016/S0301-4797(02)00191-3, ISSN: 03014797.

Randerson J.T., H. Liu, M.G. Flanner, S.D. Chambers, Y. Jin, P.G. Hess, G. Pfister, M.C. Mack, K.K. Treseder, L.R. Welp, F.S. Chapin, J.W. Harden, M.L. Goulden, E. Lyons, J.C. Neff, E.A.G. Schuur, and C.S. Zender (2006). The Impact of Boreal Forest Fire on Climate Warming. *Science* 314, 1130–1132. doi: 10.1126/science.1132075.

Rathmann R., A. Szklo, and R. Schaeffer (2010). Land use competition for production of food and liquid biofuels: An analysis of the arguments in the current debate. *Renewable Energy* 35, 14–22.

Ravindranath N.H. (2007). Mitigation and adaptation synergy in forest sector. *Mitigation and Adaptation Strategies for Global Change* 12, 843–853. doi: 10.1007/s11027-007-9102-9, ISSN: 1381-2386, 1573–1596.

Read J.M., J.M.V. Fragoso, K.M. Silvius, J. Luzar, H. Overman, A. Cummings, S.T. Giery, and L.F. de Oliveira (2010). Space, Place, and Hunting Patterns among Indigenous Peoples of the Guyanese Rupununi Region. *Journal of Latin American Geography* 9, 213–243. ISSN: 1548-5811.

Rehl T., J. Lansche, and J. Müller (2012). Life cycle assessment of energy generation from biogas—Attributional vs. consequential approach. *Renewable and Sustainable Energy Reviews* 16, 3766–3775. doi: 10.1016/j.rser.2012.02.072, ISSN: 1364-0321.

Reichstein M., M. Bahn, P. Ciais, D. Frank, M.D. Mahecha, S.I. Seneviratne, J. Zscheischler, C. Beer, N. Buchmann, D.C. Frank, D. Papale, A. Rammig, P. Smith, K. Thonicke, M. van der Velde, S. Vicca, A. Walz, and M. Wattenbach (2013). Climate extremes and the carbon cycle. *Nature* 500, 287–295. doi: 10.1038/nature12350, ISSN: 0028-0836, 1476–4687.

Reilly J., J. Melillo, Y. Cai, D. Kicklighter, A. Gurgel, S. Paltsev, T. Cronin, A. Sokolov, and A. Schlosser (2012). Using Land To Mitigate Climate Change: Hitting the Target, Recognizing the Trade-offs. *Environmental Science & Technology* 46, 5672–5679. doi: 10.1021/es2034729, ISSN: 0013-936X, 1520–5851.

REN21 (2012). *Renewables 2012 Global Status Report*. REN21 Secretariat, Paris, France, 176 pp. Available at: http://www.ren21.net/Resources/Publications/REN21Publications/Renewables2012GlobalStatusReport.aspx.

REN21 (2013). *Renewables 2013 Global Status Report*. REN21 Secretariat, Paris, France, 178 pp. Available at: http://www.ren21.net/ren21activities/globalstatusreport.aspx.

Repo A., R. Känkänen, J.-P. Tuovinen, R. Antikainen, M. Tuomi, P. Vanhala, and J. Liski (2012). Forest bioenergy climate impact can be improved by allocating forest residue removal. *GCB Bioenergy* 4, 202–212.

Repo A., M. Tuomi, and J. Liski (2011). Indirect carbon dioxide emissions from producing bioenergy from forest harvest residues. *GCB Bioenergy* 3, 107–115. doi: 10.1111/j.1757-1707.2010.01065.x, ISSN: 1757-1707.

Reyer C., M. Guericke, and P.L. Ibisch (2009). Climate change mitigation via afforestation, reforestation and deforestation avoidance: and what about adaptation to environmental change? *New Forests* 38, 15–34. doi: 10.1007/s11056-008-9129-0, ISSN: 0169-4286, 1573–5095.

RFA (2008). *Indirect Effects of Biofuels: Study by the Renewable Fuels Agency*. Renewable Fuels Agency, London, UK, 92 pp.

Rhodes J., and D. Keith (2008). Biomass with capture: negative emissions within social and environmental constraints: an editorial comment. *Climatic Change* 87, 321–328. doi: 10.1007/s10584-007-9387-4, ISSN: 0165-0009.

Rice R.A. (2008). Agricultural intensification within agroforestry: the case of coffee and wood products. *Agriculture, Ecosystems & Environment* 128, 212–218. Available at: http://www.sciencedirect.com/science/article/pii/S0167880908001874.

Richels R., J. Merrick, G. Blanford, and S. Rose (In Review). Trade-offs Between Mitigation Costs and Temperature Change. *Climatic Change*.

Robertson G.P., T.W. Bruulsema, R.J. Gehl, D. Kanter, D.L. Mauzerall, C.A. Rotz, and C.O. Williams (2013). Nitrogen–climate interactions in US agriculture. *Biogeochemistry* 114, 41–70. doi: 10.1007/s10533-012-9802-4, ISSN: 0168-2563, 1573–515X.

Robertson G.P., and P.M. Vitousek (2009). Nitrogen in Agriculture: Balancing the Cost of an Essential Resource. *Annual Review of Environment and Resources* 34, 97–125. doi: 10.1146/annurev.environ.032108.105046, ISSN: 1543-5938.

Robinson N., R.J. Harper, K.R.J. Smettem, and J.F. McGrath (2004). Tree placement strategies for salinity control in dryland farming systems of southern Australia. In: *13th International Soil Conservation Organization Conference*. Brisbane, Australia. 6 pp. Available at: http://www.tucson.ars.ag. gov/isco/isco13/PAPERS%20R-Z/ROBINSON.pdf.

Robinson B.E., M. Holland, and L. Naughton-Treves (2011). Does secure land tenure save forest? A review of the relationship between land tenure and tropical deforestation. CCAFS Working Paper no.7. CGIAR Research Program on Climate Change, Agriculture and Food Security (CCAFS). Available at: http://cgspace.cgiar.org/handle/10568/10720.

Robledo C., N. Clot, A. Hammill, and B. Riché (2011). The role of forest ecosystems in community-based coping strategies to climate hazards: Three examples from rural areas in Africa. *Forest Policy and Economics* 24, 20–28. doi: 10.1016/j.forpol.2011.04.006, ISSN: 13899341.

Rochette P. (2008). No-till only increases $N_2O$ emissions in poorly-aerated soils. *Soil and Tillage Research* 101, 97–100. doi: 10.1016/j.still.2008.07.011, ISSN: 01671987.

Roedl A. (2010). Production and energetic utilization of wood from short rotation coppice—a life cycle assessment. *The International Journal of Life Cycle Assessment* 15, 567–578. doi: 10.1007/s11367-010-0195-0, ISSN: 0948-3349.

Rogner H.H., R.F. Aguilera, C.L. Archer, R. Bertani, S.C. Bhattacharya, I. Bryden, R.R. Charpentier, M.B. Dusseault, L. Gagnon, Y. Goswami, H. Haberl, M.M. Hoogwijk, A. Johnson, P. Odell, H. Wagner, and V. Yakushev (2012). Chapter 7—Energy resources and potentials. In: *Global Energy Assessment: Toward a Sustainable Future*. L. Gomez-Echeverri, T.B. Johansson, N. Nakicenovic, A. Patwardhan, (eds.), IIASA and Cambridge University Press, Laxenburg, Austria, Cambridge, UK, pp. 425–512.

Rohde R.F., and M.T. Hoffman (2012). The historical ecology of Namibian rangelands: Vegetation change since 1876 in response to local and global drivers. *Science of The Total Environment* 416, 276–288. doi: 10.1016/j.scitotenv.2011.10.067, ISSN: 00489697.

Rose S.K., H. Ahammad, B. Eickhout, B. Fisher, A. Kurosawa, S. Rao, K. Riahi, and D.P. van Vuuren (2012). Land-based mitigation in climate stabilization. *Energy Economics* 34, 365–380. doi: 10.1016/j.eneco.2011.06.004, ISSN: 0140-9883.

Rose S., R. Beach, K. Calvin, B. McCarl, J. Petrusa, B. Sohngen, R. Youngman, A. Diamant, F. de la Chesnaye, J. Edmonds, R. Rosenzweig, and M. Wise (2013). *Estimating Global Greenhouse Gas Emissions Offset Supplies: Accounting for Investment Risks and Other Market Realties*. EPRI, Palo Alto, CA, 23 pp.

Rose S.K., and B. Sohngen (2011). Global forest carbon sequestration and climate policy design. *Environment and Development Economics* 16, 429–454. doi: 10.1017/S1355770X11000027, ISSN: 1355-770X, 1469–4395.

Rosemary L. (2011). REDD+, transparency, participation and resource rights: the role of law. *Environmental Science & Policy* 14, 118–126. doi: 10.1016/j. envsci.2010.11.008, ISSN: 1462-9011.

Rosendal G.K., and S. Andresen (2011). Institutional design for improved forest governance through REDD: Lessons from the global environment facility. *Ecological Economics* 70, 1908–1915. doi: 10.1016/j.ecolecon.2011.04.001, ISSN: 0921-8009.

Rosenzweig C., and F.N. Tubiello (2007). Adaptation and mitigation strategies in agriculture: an analysis of potential synergies. *Mitigation, Adaptation Strategies to Global Change* 12, 855–873. doi: 10.1007/s11027-007-9103-8.

Rosillo-Calle F., S. Teelucksingh, D. Thrän, and M. Seiffert (2012). *The Potential Role of Biofuels in Commercial Air Transport—Biojetfuel*. IEA, Paris, France, 56 pp.

Rotenberg E., and D. Yakir (2010). Contribution of Semi-Arid Forests to the Climate System. *Science* 327, 451–454. doi: 10.1126/science.1179998.

Roy P., T. Orikasa, M. Thammawong, N. Nakamura, Q. Xu, and T. Shiina (2012). Life cycle of meats: An opportunity to abate the greenhouse gas emission from meat industry in Japan. *Journal of Environmental Management* 93, 218–224. doi: 10.1016/j.jenvman.2011.09.017, ISSN: 0301-4797.

Royal Society (2009). *Reaping the Benefits: Science and the Sustainable Intensification of Global Agriculture*. The Royal Society, London, 86 pp.

Rubin E.M. (2008). Genomics of cellulosic biofuels. *Nature* 454, 841–845. doi: 10.1038/nature07190, ISSN: 0028-0836.

Saatchi S.S., N.L. Harris, S. Brown, M. Lefsky, E.T.A. Mitchard, W. Salas, B.R. Zutta, W. Buermann, S.L. Lewis, S. Hagen, S. Petrova, L. White, M. Silman, and A. Morel (2011). Benchmark map of forest carbon stocks in tropical regions across three continents. *Proceedings of the National Academy of Sciences of the United States of America* 108, 9899–9904. doi: 10.1073/pnas.1019576108, ISSN: 0027-8424.

Saddler J., and L. Kumar (2013). Special Issue from the NSERC Bioconversion network workshop: pretreatment and fractionation of biomass for biorefinery/biofuels. *Biotechnology for Biofuels* 6, 17. doi: 10.1186/1754-6834-6-17, ISSN: 1754-6834.

Saggar S., R.M. Andrew, K.R. Tate, C.B. Hedley, N.J. Rodda, and J.A. Townsend (2004). Modelling nitrous oxide emissions from dairy-grazed pastures. *Nutrient Cycling in Agroecosystems* 68, 243–255. Available at: http://link.springer.com/article/10.1023/B:FRES.0000019463.92440.a3.

Sala O.E., F.S. Chapin, J.J. Armesto, E. Berlow, J. Bloomfield, R. Dirzo, E. Huber-Sanwald, L.F. Huenneke, R.B. Jackson, A. Kinzig, R. Leemans, D.M. Lodge, H.A. Mooney, M. Oesterheld, N.L. Poff, M.T. Sykes, B.H. Walker, M. Walker, and D.H. Wall (2000). Global Biodiversity Scenarios for the Year 2100. *Science* 287, 1770–1774. doi: 10.1126/science.287.5459.1770, ISSN: 0036-8075, 1095–9203.

Sandor R.L., E.C. Bettelheim, and I.R. Swingland (2002). An overview of a free-market approach to climate change and conservation. *Philosophical Transactions of the Royal Society of London Series a-Mathematical Physical and Engineering Sciences* 360, 1607–1620. ISSN: 1364-503X.

Santilli M., P. Moutinho, S. Schwartzman, D. Nepstad, L. Curran, and C. Nobre (2005). Tropical Deforestation and the Kyoto Protocol. *Climatic Change* 71, 267–276. doi: 10.1007/s10584-005-8074-6, ISSN: 0165-0009, 1573–1480.

Sathaye J., W. Makundi, L. Dale, P. Chan, and K. Andrasko (2005). *Generalized Comprehensive Mitigation Assessment Process (GCOMAP): A Dynamic Partial Equilibrium Model for*. U.S. Environmental Protection Agency, Washington, D.C., 93 pp. Available at: http://eetd.lbl.gov/sites/all/files/lbnl-58291.pdf.

Sathaye J., W. Makundi, L. Dale, P. Chan, and K. Andrasko (2006). GHG Mitigation Potential, Costs and Benefits in Global Forests: A Dynamic Partial Equilibrium Approach. *The Energy Journal* **Multi-Greenhouse Gas Mitigation and Climate Policy**, 127–162. ISSN: 0195-6574.

Sathre R., and J. O'Connor (2010). Meta-analysis of greenhouse gas displacement factors of wood product substitution. *Environmental Science & Policy* **13**, 104–114. doi: 10.1016/j.envsci.2009.12.005, ISSN: 1462-9011.

Satolo L., and M. Bacchi (2013). Impacts of the Recent Expansion of the Sugarcane Sector on Municipal per Capita Income in São Paulo State. *ISRN Economics* **2013**, 14.

Sauvant D., and S. Giger-Reverdin (2007). Empirical modelling meta-analysis of digestive interactions and $CH_4$ production in ruminants. In: *Energy and protein metabolism and nutrition*. I. Ortigues-Marty, N. Miraux, W. Brand-Williams, (eds.), Wageningen Academic Publishers, Wageningen, The Netherlands, pp. 561–563. ISBN: 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-041-8.

Sayer J., J. Ghazoul, P. Nelson, and A. Klintuni Boedhihartono (2012). Oil palm expansion transforms tropical landscapes and livelihoods. *Global Food Security* **1**, 114–119. doi: 10.1016/j.gfs.2012.10.003, ISSN: 2211-9124.

Scheidel A., and A.H. Sorman (2012). Energy transitions and the global land rush: Ultimate drivers and persistent consequences. *Global Transformations, Social Metabolism and the Dynamics of Socio-Environmental Conflicts* **22**, 588–595. doi: 10.1016/j.gloenvcha.2011.12.005, ISSN: 0959-3780.

Schils R.L.M., J. Eriksen, S.F. Ledgard, T.V. Vellinga, P.J. Kuikman, J. Luo, S.O. Petersen, and G.L. Velthof (2013). Strategies to mitigate nitrous oxide emissions from herbivore production systems. *Animal* **7**, 29–40. doi: 10.1017/S175173111100187X.

Schlamadinger B., and G. Marland (1996). The role of forest and bioenergy strategies in the global carbon cycle. *Biomass and Bioenergy* **10**, 275–300. doi: 10.1016/0961-9534(95)00113-1, ISSN: 0961-9534.

Schmidinger K., and E. Stehfest (2012). Including $CO_2$ implications of land occupation in LCAs—method and example for livestock products. *The International Journal of Life Cycle Assessment* **17**, 962–972. doi: 10.1007/s11367-012-0434-7, ISSN: 0948-3349, 1614–7502.

Schmidt J., V. Gass, and E. Schmid (2011). Land use changes, greenhouse gas emissions and fossil fuel substitution of biofuels compared to bioelectricity production for electric cars in Austria. *Biomass and Bioenergy* **35**, 4060–4074. doi: 10.1016/j.biombioe.2011.07.007, ISSN: 0961-9534.

Schmitz C., A. Biewald, H. Lotze-Campen, A. Popp, J.P. Dietrich, B. Bodirsky, M. Krause, and I. Weindl (2011). Trading more food: Implications for land use, greenhouse gas emissions, and the food system. *Global Environmental Change* **22**, 189–209. doi: 10.1016/j.gloenvcha.2011.09.013, ISSN: 0959-3780.

Schneider A., M.A. Friedl, and D. Potere (2009). A new map of global urban extent from MODIS satellite data. *Environmental Research Letters* **4**, 12. doi: 10.1088/1748-9326/4/4/044003, ISSN: 1748-9326.

Schneider U.A., P. Havlik, E. Schmid, H. Valin, A. Mosnier, M. Obersteiner, H. Böttcher, R. Skalský, J. Balkovič, T. Sauer, and S. Fritz (2011). Impacts of population growth, economic development, and technical change on global food production and consumption. *Agricultural Systems* **104**, 204–215. doi: 10.1016/j.agsy.2011.03.001, ISSN: 0308-521X.

Schut M., M. Slingerland, and A. Locke (2010). Biofuel developments in Mozambique. Update and analysis of policy, potential and reality. *Energy Policy* **38**, 5151–5165. doi: 10.1016/j.enpol.2010.04.048, ISSN: 0301-4215.

Schuur E.A.G., J. Bockheim, J.G. Canadell, E. Euskirchen, C.B. Field, S.V. Goryachkin, S. Hagemann, P. Kuhry, P.M. Lafleur, H. Lee, G. Mazhitova, F.E. Nelson, A. Rinke, V.E. Romanovsky, N. Shiklomanov, C. Tarnocai, S. Venevsky, J.G. Vogel, and S.A. Zimov (2008). Vulnerability of Permafrost Carbon to Climate Change: Implications for the Global Carbon Cycle. *BioScience* **58**, 701. doi: 10.1641/B580807, ISSN: 0006-3568.

Schwietzke S., W.M. Griffin, and H.S. Matthews (2011). Relevance of Emissions Timing in Biofuel Greenhouse Gases and Climate Impacts. *Environmental Science & Technology* **45**, 8197–8203. doi: 10.1021/es2016236, ISSN: 0013-936X.

Scown C.D., W.W. Nazaroff, U. Mishra, B. Strogen, A.B. Lobscheid, E. Masanet, N.J. Santero, A. Horvath, and T.E. McKone (2012). Lifecycle greenhouse gas implications of US national scenarios for cellulosic ethanol production. *Environmental Research Letters* **7**, 014011. doi: 10.1088/1748-9326/7/1/014011, ISSN: 1748-9326.

Seabra J.E., I.C. Macedo, H.L. Chum, C.E. Faroni, and C.A. Sarto (2011). Life cycle assessment of Brazilian sugarcane products: GHG emissions and energy use. *Biofuels, Bioproducts and Biorefining* **5**, 519–532. doi: 10.1002/bbb.289, ISSN: 1932-1031.

Seaquist J.W., Hickler, T., Eklundh, L., Ardö, J., and Heumann, and B.W. (2008). Disentangling the effects of climate and people on Sahel vegetation dynamics. *Biogeosciences Discussions* **5**, 3045–3067.

Searchinger T.D. (2010). Biofuels and the need for additional carbon. *Environmental Research Letters* **5**, 11. doi: 10.1088/1748-9326/5/2/024007, ISSN: 1748-9326.

Searchinger T.D., S.P. Hamburg, J. Melillo, W. Chameides, P. Havlik, D.M. Kammen, G.E. Likens, R.N. Lubowski, M. Obersteiner, M. Oppenheimer, G. Philip Robertson, W.H. Schlesinger, and G. David Tilman (2009). Fixing a Critical Climate Accounting Error. *Science* **326**, 527–528. doi: 10.1126/science.1178797.

Searchinger T., R. Heimlich, R.A. Houghton, F. Dong, A. Elobeid, J. Fabiosa, S. Tokgoz, D. Hayes, and T.-H. Yu (2008). Use of U.S. Croplands for Biofuels Increases Greenhouse Gases Through Emissions from Land-Use Change. *Science* **319**, 1238–1240. doi: 10.1126/science.1151861, ISSN: 0036-8075, 1095–9203.

Searcy E., and P.C. Flynn (2008). Processing of Straw/Corn Stover: Comparison of Life Cycle Emissions. *International Journal of Green Energy* **5**, 423–437. doi: 10.1080/15435070802498010, ISSN: 1543-5075.

Sedjo R., and X. Tian (2012). Does Wood Bioenergy Increase Carbon Stocks in Forests? *Journal of Forestry* **110**, 304–311.

Seitzinger S.P., U. Svedin, C.L. Crumley, W. Steffen, S.A. Abdullah, C. Alfsen, W.J. Broadgate, F. Biermann, N.R. Bondre, J.A. Dearing, L. Deutsch, S. Dhakal, T. Elmqvist, N. Farahbakhshazad, O. Gaffney, H. Haberl, S. Lavorel, C. Mbow, A.J. McMichael, J.M.F. deMorais, P. Olsson, P.F. Pinho, K.C. Seto, P. Sinclair, M.S. Smith, and L. Sugar (2012). Planetary Stewardship in an Urbanizing World: Beyond City Limits. *AMBIO* **41**, 787–794. doi: 10.1007/s13280-012-0353-7, ISSN: 0044-7447, 1654–7209.

Selfa T., L. Kulcsar, C. Bain, R. Goe, and G. Middendorf (2011). Biofuels Bonanza?: Exploring community perceptions of the promises and perils of biofuels production. *Biomass and Bioenergy* **35**, 1379–1389. doi: 10.1016/j.biombioe.2010.09.008, ISSN: 0961-9534.

Semere T., and F.M. Slater (2007). Ground flora, small mammal and bird species diversity in miscanthus (Miscanthus giganteus) and reed canary-grass (Phalaris arundinacea) fields. *Biomass and Bioenergy* **31**, 20–29. ISSN: 09619534.

Semroc B.L., G. Schroth, C.A. Harvey, Y. Zepeda, and F. Boltz (2012). Climate Change mitigation in agroforestry systems. linking smallholders to forest carbon markets. In: *Climate Change Mitigation and Agriculture*. E. Wollenberg, M.-L. Tapio-Bistrom, M. Grieg-Gran, A. Nihart, (eds.), Routledge, London-New York, pp. 360–369. ISBN: 1849713936.

Senel O., and N. Chugunov (2013). $CO_2$ Injection in a Saline Formation: Pre-Injection Reservoir Modeling and Uncertainty Analysis for Illinois Basin—Decatur Project. *Energy Procedia* **37**, 4598–4611. doi: 10.1016/j.egypro.2013.06.368, ISSN: 1876-6102.

Seppälä R., A. Buck, and P. Katila (Eds.) (2009). *Adaptation of Forests and People to Climate Change. A Global Assessment Report.* International Union of Forest Research Organizations, Helsinki, 224 pp. ISBN: 978-3-901347-80-1.

Serrano-Ruiz J.C., R.M. West, and J.A. Dumesic (2010). Catalytic Conversion of Renewable Biomass Resources to Fuels and Chemicals. *Annual Review of Chemical and Biomolecular Engineering* **1**, 79–100. doi: 10.1146/annurev-chembioeng-073009-100935.

Seto K.C., B. Güneralp, and L.R. Hutyra (2012a). Global forecasts of urban expansion to 2030 and direct impacts on biodiversity and carbon pools. *Proceedings of the National Academy of Sciences* **109**, 16083–16088. doi: 10.1073/pnas.1211658109, ISSN: 0027-8424, 1091–6490.

Seto K.C., A. Reenberg, C.G. Boone, M. Fragkias, D. Haase, T. Langanke, P. Marcotullio, D.K. Munroe, B. Olah, and D. Simon (2012b). Urban Land Teleconnections and Sustainability. *Proceedings of the National Academy of Sciences* **109**, 7687–7692. doi: 10.1073/pnas.1117622109, ISSN: 0027-8424, 1091–6490.

Shackley S., S. Carter, T. Knowles, E. Middelink, S. Haefele, S. Sohi, A. Cross, and S. Haszeldine (2012). Sustainable gasification–biochar systems? A case-study of rice-husk gasification in Cambodia, Part I: Context, chemical properties, environmental and health and safety issues. *Energy Policy* **42**, 49–58. doi: 10.1016/j.enpol.2011.11.026, ISSN: 03014215.

Shen H., C. Poovaiah, A. Ziebell, T. Tschaplinski, S. Pattathil, E. Gjersing, N. Engle, R. Katahira, Y. Pu, R. Sykes, F. Chen, A. Ragauskas, J. Mielenz, M. Hahn, M. Davis, C.N. Stewart, and R. Dixon (2013). Enhanced characteristics of genetically modified switchgrass (Panicum virgatum L.) for high biofuel production. *Biotechnology for Biofuels* **6**, 71. Available at: http://www.biotechnologyforbiofuels.com/content/6/1/71.

Siangjaeo S., S.H. Gheewala, K. Unnanon, and A. Chidthaisong (2011). Implications of land use change on the life cycle greenhouse gas emissions from palm biodiesel production in Thailand. *Energy for Sustainable Development* **15**, 1–7. doi: 10.1016/j.esd.2011.01.002, ISSN: 0973-0826.

Sikor T., J. Stahl, T. Enters, J.C. Ribot, N. Singh, W.D. Sunderlin, and L. Wollenberg (2010). REDD-plus, forest people's rights and nested climate governance. *Global Environmental Change* **20**, 423–425. doi: 10.1016/j.gloenvcha.2010.04.007, ISSN: 0959-3780.

Silalertruksa T., and S.H. Gheewala (2012). Environmental sustainability assessment of palm biodiesel production in Thailand. *Energy* **43**, 306–314. doi: 10.1016/j.energy.2012.04.025, ISSN: 0360-5442.

Silver W.R. Ostertag, and A. Lugo (2000). The potential for carbon sequestration through reforestation of abandoned tropical agricultural and pasture lands. *Restoration Ecology* **8**, 394–407.

Sims R., A. Hastings, B. Schlamadinger, G. Taylor, and P. Smith (2006). Energy crops: current status and future prospects. *Global Change Biology* **12**, 2054–2076. doi: 10.1111/j.1365-2486.2006.01163.x, ISSN: 1365-2486.

Singh P.P. (2008). Exploring biodiversity and climate change benefits of community-based forest management. *Global Environmental Change* **18**, 468–478. doi: 10.1016/j.gloenvcha.2008.04.006, ISSN: 0959-3780.

Singh B.P., A.L. Cowie, and R.J. Smernik (2012). Biochar Carbon Stability in a Clayey Soil As a Function of Feedstock and Pyrolysis Temperature. *Environmental Science & Technology* **46**, 11770–11778. doi: 10.1021/es302545b, ISSN: 0013-936X, 1520–5851.

Singh B.P., B.J. Hatton, B. Singh, A.L. Cowie, and A. Kathuria (2010). Influence of Biochars on Nitrous Oxide Emission and Nitrogen Leaching from Two Contrasting Soils. *Journal of Environment Quality* **39**, 1224. doi: 10.2134/jeq2009.0138, ISSN: 1537-2537.

Sitch S., C. Huntingford, N. Gedney, P.E. Levy, M. Lomas, S.L. Piao, R. Betts, P. Ciais, P. Cox, P. Friedlingstein, C.D. Jones, I.C. Prentice, and F.I. Woodward (2008). Evaluation of the terrestrial carbon cycle, future plant geography and climate-carbon cycle feedbacks using five Dynamic Global Vegetation Models (DGVMs). *Global Change Biology* **14**, 2015–2039. doi: 10.1111/j.1365-2486.2008.01626.x, ISSN: 1365-2486.

Skutsch M., B. Vickers, Y. Georgiadou, and M. McCall (2011). Alternative models for carbon payments to communities under REDD+: A comparison using the Polis model of actor inducements. *Environmental Science & Policy* **14**, 140–151. doi: 10.1016/j.envsci.2010.12.005, ISSN: 1462-9011.

Smeets E.M.W., L.F. Bouwman, E. Stehfest, D.P. Van VUUREN, and A. Posthuma (2009a). Contribution of $N_2O$ to the greenhouse gas balance of first-generation biofuels. *Global Change Biology* **15**, 1–23. doi: 10.1111/j.1365-2486.2008.01704.x, ISSN: 1365-2486.

Smeets E.M.W., and A.P.C. Faaij (2007). Bioenergy potentials from forestry in 2050. *Climatic Change* **81**, 353–390. doi: 10.1007/s10584-006-9163-x, ISSN: 0165-0009, 1573–1480.

Smeets E.M., and A.P. Faaij (2010). The impact of sustainability criteria on the costs and potentials of bioenergy production–Applied for case studies in Brazil and Ukraine. *Biomass and Bioenergy* **34**, 319–333.

Smeets E.M.W., A.P.C. Faaij, I.M. Lewandowski, and W.C. Turkenburg (2007). A bottom-up assessment and review of global bio-energy potentials to 2050. *Progress in Energy and Combustion Science* **33**, 56–106. doi: 10.1016/j.pecs.2006.08.001, ISSN: 0360-1285.

Smeets E., M. Junginger, A. Faaij, A. Walter, P. Dolzan, and W. Turkenburg (2008). The sustainability of Brazilian ethanol—An assessment of the possibilities of certified production. *Biomass and Bioenergy* **32**, 781–813. doi: 10.1016/j.biombioe.2008.01.005, ISSN: 09619534.

Smeets E.M.W., I.M. Lewandowski, and A.P.C. Faaij (2009b). The economical and environmental performance of miscanthus and switchgrass production and supply chains in a European setting. *Renewable and Sustainable Energy Reviews* **13**, 1230–1245. doi: 10.1016/j.rser.2008.09.006, ISSN: 1364-0321.

Smith P. (2005). An overview of the permanence of soil organic carbon stocks: Influence of direct human-induced, indirect and natural effects. *European Journal of Soil Science* **56**, 673–680.

Smith P. (2008). Land use change and soil organic carbon dynamics. *Nutrient Cycling in Agroecosystems* **81**, 169–178. doi: 10.1007/s10705-007-9138-y, ISSN: 1385-1314, 1573–0867.

Smith P. (2012). Agricultural greenhouse gas mitigation potential globally, in Europe and in the UK: what have we learnt in the last 20 years? *Global Change Biology* **18**, 35–43. doi: 10.1111/j.1365-2486.2011.02517.x, ISSN: 1365-2486.

Smith P. (2013). Delivering food security without increasing pressure on land. *Global Food Security* 2, 18–23. doi: 10.1016/j.gfs.2012.11.008, ISSN: 22119124.

Smith P., M.R. Ashmore, H.I.J. Black, P.J. Burgess, C.D. Evans, T.A. Quine, A.M. Thomson, K. Hicks, and H.G. Orr (2013a). The role of ecosystems and their management in regulating climate, and soil, water and air quality. *Journal of Applied Ecology* 50, 812–829. doi: 10.1111/1365-2664.12016, ISSN: 00218901.

Smith W.K., C.C. Cleveland, S.C. Reed, N.L. Miller, and S.W. Running (2012a). Bioenergy Potential of the United States Constrained by Satellite Observations of Existing Productivity. *Environmental Science & Technology* 46, 3536–3544. doi: 10.1021/es203935d, ISSN: 0013-936X.

Smith W.N., B.B. Grant, C.A. Campbell, B.G. McConkey, R.L. Desjardins, R. Kröbel, and S.S. Malhi (2012b). Crop residue removal effects on soil carbon: Measured and inter-model comparisons. *Agriculture, Ecosystems & Environment* 161, 27–38. doi: 10.1016/j.agee.2012.07.024, ISSN: 0167-8809.

Smith P., P.J. Gregory, D.P. van Vuuren, M. Obersteiner, P. Havlík, M. Rounsevell, J. Woods, E. Stehfest, and J. Bellarby (2010). Competition for land. *Philosophical Transactions of the Royal Society B: Biological Sciences* 365, 2941–2957. doi: 10.1098/rstb.2010.0127.

Smith P., H. Haberl, A. Popp, K. Erb, C. Lauk, R. Harper, F.N. Tubiello, A. de Siqueira Pinto, M. Jafari, S. Sohi, O. Masera, H. Böttcher, G. Berndes, M. Bustamante, H. Ahammad, H. Clark, H. Dong, E.A. Elsiddig, C. Mbow, N.H. Ravindranath, C.W. Rice, C. Robledo Abad, A. Romanovskaya, F. Sperling, M. Herrero, J.I. House, and S. Rose (2013b). How much land-based greenhouse gas mitigation can be achieved without compromising food security and environmental goals? *Global Change Biology* 19, 2285–2302. doi: 10.1111/gcb.12160, ISSN: 1365-2486.

Smith P., D. Martino, Z. Cai, D. Gwary, H.H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, R.J. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, S. Rose, U. Schneider, and S. Towprayoon (2007). Agriculture. In: *Chapter 8 of Climate change 2007: Mitigation. Contribution of Working group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer, (eds.), Cambridge University Press, Cambridge, UK and New York, USA, pp. 497–540.

Smith P., D. Martino, Z. Cai, D. Gwary, H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, B. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, U. Schneider, S. Towprayoon, M. Wattenbach, and J. Smith (2008). Greenhouse gas mitigation in agriculture. *Philosophical Transactions of the Royal Society B: Biological Sciences* 363, 789–813. doi: 10.1098/rstb.2007.2184, ISSN: 0962-8436, 1471–2970.

Smith K.A., A.R. Mosier, P.J. Crutzen, and W. Winiwarter (2012c). The role of $N_2O$ derived from crop-based biofuels, and from agriculture in general, in Earth's climate. *Philosophical Transactions of the Royal Society B: Biological Sciences* 367, 1169–1174. doi: 10.1098/rstb.2011.0313, ISSN: 0962-8436, 1471–2970.

Smith P., and J.E. Olesen (2010). Synergies between the mitigation of, and adaptation to, climate change in agriculture. *Journal of Agricultural Science* 148, 543–552. Available at: http://journals.cambridge.org/production/action/cjoGetFulltext?fulltextid=7796512.

Smith P., D.S. Powlson, J.U. Smith, P. Falloon, and K. Coleman (2000). Meeting Europe's climate change commitments: quantitative estimates of the potential for carbon mitigation by agriculture. *Global Change Biology* 6, 525–539. doi: 10.1046/j.1365-2486.2000.00331.x, ISSN: 1365-2486.

Smith K.A., and T.D. Searchinger (2012). Crop-based biofuels and associated environmental concerns. *GCB Bioenergy* 4, 479–484. doi: 10.1111/j.1757-1707.2012.01182.x, ISSN: 1757-1707.

Smith L., and M. Torn (2013). Ecological limits to terrestrial biological carbon dioxide removal. *Climatic Change* 118, 89–103. doi: 10.1007/s10584-012-06 09-9, ISSN: 0165-0009.

Smith P., and E. Trines (2006). COMMENTARY: Agricultural measures for mitigating climate change: will the barriers prevent any benefits to developing countries? *International Journal of Agricultural Sustainability* 4, 173–175.

Smith P., and E. Wollenberg (2012). Achieving mitigation through synergies with adaptation. In: *Climate Change Mitigation and Agriculture.* E. Wollenberg, A. Nihart, M. Tapio-Biström, M. Grieg-Gran, (eds.), Earthscan, London, UK, pp. 50–57.

Smith W.K., M. Zhao, and S.W. Running (2012d). Global Bioenergy Capacity as Constrained by Observed Biospheric Productivity Rates. *BioScience* 62, 911–922. doi: 10.1525/bio.2012.62.10.11, ISSN: 0006-3568, 1525–3244.

Sneddon C.S., R.B. Howarth, and R.B. Norgaard (2006). Sustainable development in a post-Brundtland world. *Ecological Economics* 57, 253–268.

Snyder C.S., T.W. Bruulsema, and T.L. Jensen (2007). *Greenhouse Gas Emissions from Cropping Systems and the Influence of Fertilizer Management.* International Plant Nutrition Institute, Norcross, Georgia, USA, 36 pp. Available at: http://npg.ipni.net/article/NPG-3004.

Soares-Filho B., P. Moutinho, D. Nepstad, A. Anderson, H. Rodrigues, R. Garcia, L. Dietzsch, F. Merry, M. Bowman, L. Hissa, R. Silvestrini, and C. Maretti (2010). Role of Brazilian Amazon protected areas in climate change mitigation. *Proceedings of the National Academy of Sciences* 107, 10821–10826. Available at: http://www.pnas.org/content/107/24/10821.short.

Sochacki S.J., R.J. Harper, and K.R.J. Smettem (2012). Bio-mitigation of carbon following afforestation of abandoned salinized farmland. *GCB Bioenergy* 4, 193–201. doi: 10.1111/j.1757-1707.2011.01139.x, ISSN: 17571693.

Sochacki S.J., R.J. Harper, K.R.J. Smettem, B. Dell, and H. Wu (2013). Evaluating a sustainability index for nutrients in a short rotation energy cropping system. *GCB Bioenergy* 5, 315–326. doi: 10.1111/j.1757-1707.2012.01202.x, ISSN: 1757-1707.

Sohi S.P. (2012). Carbon storage with benefits. *Science* 338, 1034–1035.

Sohngen B., and R. Sedjo (2006). Carbon Sequestration in Global Forests Under Different Carbon Price Regimes. *The Energy Journal* 27, 109. Available at: http://www.iaee.org/en/publications/ejarticle.aspx?id=2188.

Solli C., M. Reenaas, A. Strømman, and E. Hertwich (2009). Life cycle assessment of wood-based heating in Norway. *The International Journal of Life Cycle Assessment* 14, 517–528. doi: 10.1007/s11367-009-0086-4, ISSN: 0948-3349.

Sood K.K., and C.P. Mitchell (2011). Household level domestic fuel consumption and forest resource in relation to agroforestry adoption: Evidence against need-based approach. *Biomass and Bioenergy* 35, 337–345. Available at: http://www.sciencedirect.com/science/article/pii/S0961953410003028.

Souza S.P., M.T. de Ávila, and S. Pacca (2012a). Life cycle assessment of sugarcane ethanol and palm oil biodiesel joint production. *Biomass and Bioenergy* 44, 70–79. doi: 10.1016/j.biombioe.2012.04.018, ISSN: 0961-9534.

Souza H.N. de, R.G.M. de Goede, L. Brussaard, I.M. Cardoso, E.M.G. Duarte, R.B.A. Fernandes, L.C. Gomes, and M.M. Pulleman (2012b). Protective shade, tree diversity and soil properties in coffee agroforestry systems in the Atlantic Rainforest biome. *Agriculture, Ecosystems & Environment* 146, 179–196. doi: 10.1016/j.agee.2011.11.007, ISSN: 01678809.

Sow M., C. Hély, C. Mbow, and B. Sambou (2013). Fuel and fire behavior analysis for early-season prescribed fire planning in Sudanian and Sahelian savannas. *Journal of Arid Environments* 89, 84–93. doi: 10.1016/j.jaridenv.2012.09.007, ISSN: 01401963.

Sparovek G., G. Berndes, A. Egeskog, F.L.M. de Freitas, S. Gustafsson, and J. Hansson (2007). Sugarcane ethanol production in Brazil: an expansion model sensitive to socioeconomic and environmental concerns. *Biofuels, Bioproducts and Biorefining* 1, 270–282. doi: 10.1002/bbb.31, ISSN: 1932-1031.

Spath P.L., and M.K. Mann (2004). Biomass Power and Conventional Fossil Systems with and without $CO_2$ Sequestration—Comparing the Energy Balance, Greenhouse Gas Emissions and Economics. National Renewable Energy Laboratory (NREL), Golden, CO., 38 pp. Available at: http://www.nrel.gov/docs/fy04osti/32575.pdf.

Sperling F., C. Validivia, R. Quiroz, R. Valdivia, L. Angulo, A. Seimon, and I. Noble (2008). *Transitioning to Climate Resilient Development: Perspectives from Communities in Peru*. The World Bank, Washington, D.C., 103 pp.

Spokas K.A. (2013). Impact of biochar field aging on laboratory greenhouse gas production potentials. *GCB Bioenergy* 5, 165–176. doi: 10.1111/gcbb.12005, ISSN: 17571693.

Steenblik R. (2007). *Biofuels—At What Cost? Government Support for Ethanol in Selected OECD*. International Institute for Sustainable Development, Winnipeg, Canada, 82 pp. Available at: http://www.iisd.org/publications/pub.aspx?id=895.

Stehfest E., L. Bouwman, D.P. Vuuren, M.G.J. Elzen, B. Eickhout, and P. Kabat (2009). Climate benefits of changing diet. *Climatic Change* 95, 83–102. doi: 10.1007/s10584-008-9534-6, ISSN: 0165-0009, 1573–1480.

Steiner C., K.C. Das, N. Melear, and D. Lakly (2010). Reducing Nitrogen Loss during Poultry Litter Composting Using Biochar. *Journal of Environment Quality* 39, 1236. doi: 10.2134/jeq2009.0337, ISSN: 1537-2537.

Steinfeld H., P. Gerber, T. Wassenaar, V. Castel, M. Rosales, and C. de Haan (2008). *Livestock's Long Shadow. Environmental Issues and Options*. Food and Agriculture Organization of the United Nations (FAO), Rome, 416 pp. Available at: http://www.fao.org/docrep/010/a0701e/a0701e00.HTM.

Steinfeld H., H.A. Mooney, F. Schneider, and L.E. Neville (Eds.) (2010). *Livestock in a Changing Landscape: Drivers, Consequences, and Responses*. Island Press, Washington, DC, 416 pp. ISBN: ISBN-13: 9781597266703.

Stephenson A.L., P. Dupree, S.A. Scott, and J.S. Dennis (2010). The environmental and economic sustainability of potential bioethanol from willow in the UK. *Bioresource Technology* 101, 9612–9623. doi: 10.1016/j.biortech.2010.07.104, ISSN: 0960-8524.

Sterner M., and U. Fritsche (2011). Greenhouse gas balances and mitigation costs of 70 modern Germany-focused and 4 traditional biomass pathways including land-use change effects. *Biomass and Bioenergy* 35, 4797–4814. doi: 10.1016/j.biombioe.2011.08.024, ISSN: 0961-9534.

Stevenson B.A., R.L. Parfitt, L.A. Schipper, W.T. Baisden, and P. Mudge (2010). Relationship between soil delta(15)N, C/N and N losses across land uses in New Zealand. *Agriculture Ecosystems & Environment* 139, 736–741. doi: 10.1016/j.agee.2010.10.020, ISSN: 0167-8809.

Stickler C.M., D.C. Nepstad, M.T. Coe, D.G. McGRATH, H.O. Rodrigues, W.S. Walker, B.S. Soares-Filho, and E.A. Davidson (2009). The potential ecological costs and cobenefits of REDD: a critical review and case study from the Amazon region. *Global Change Biology* 15, 2803–2824. doi: 10.1111/j.1365-2486.2009.02109.x, ISSN: 1365-2486.

Stocker B.D., K. Strassmann, and F. Joos (2011). Sensitivity of Holocene atmospheric $CO_2$ and the modern carbon budget to early human land use: analyses with a process-based model. *Biogeosciences* 8, 69–88. doi: 10.5194/bg-8-69-2011, ISSN: 1726-4170.

Strassburg B.B.N., A.S.L. Rodrigues, M. Gusti, A. Balmford, S. Fritz, M. Obersteiner, R.K. Turner, and T.M. Brooks (2012). Impacts of incentives to reduce emissions from deforestation on global species extinctions. *Nature Climate Change* 2, 350–355. doi: 10.1038/nclimate1375, ISSN: 1758-678X.

Strassburg B., K. Turner, B. Fisher, R. Schaeffer, and A. Lovett (2008). *An Empirically-Derived Mechanism of Combined Incentives to Reduce Emissions from Deforestation*. Centre for Social and Economic Research on the Global Environment, Norwich, UK, 1–42 pp. Available at: https://ueaeprints.uea.ac.uk/24686/.

Strassburg B., R.K. Turner, B. Fisher, R. Schaeffer, and A. Lovett (2009). Reducing emissions from deforestation—The "combined incentives" mechanism and empirical simulations. *Global Environmental Change* 19, 265–278. doi: 10.1016/j.gloenvcha.2008.11.004, ISSN: 09593780.

Stratton R.W., H.M. Wong, and J.I. Hileman (2011). Quantifying Variability in Life Cycle Greenhouse Gas Inventories of Alternative Middle Distillate Transportation Fuels. *Environmental Science & Technology* 45, 4637–4644. doi: 10.1021/es102597f, ISSN: 0013-936X.

Streck C. (2012). Financing REDD+: matching needs and ends. *Current Opinion in Environmental Sustainability* 4, 628–637. doi: 10.1016/j.cosust.2012.10.001, ISSN: 1877-3435.

Stromberg P., and A. Gasparatos (2012). Biofuels at the confluence of energy security, rural development and food security: a developing country perspective. In: *Socio-economic and environmental impacts of biofuels. Evidence from developing countries*. Cambridge University Press, Cambridge, UK and New York, USA, pp. 1–375.

Stupak I., B. Lattimore, B.D. Titus, and C. Tattersall Smith (2011). Criteria and indicators for sustainable forest fuel production and harvesting: A review of current standards for sustainable forest management. *Biomass and Bioenergy* 35, 3287–3308. doi: 10.1016/j.biombioe.2010.11.032, ISSN: 09619534.

Sumathi S., S.P. Chai, and A.R. Mohamed (2008). Utilization of oil palm as a source of renewable energy in Malaysia. *Renewable and Sustainable Energy Reviews* 12, 2404–2421. doi: 10.1016/j.rser.2007.06.006, ISSN: 1364-0321.

Sun A., R. Davis, M. Starbuck, A. Ben-Amotz, R. Pate, and P.T. Pienkos (2011). Comparative cost analysis of algal oil production for biofuels. *Energy* 36, 5169–5179. Available at: http://www.sciencedirect.com/science/article/pii/S0360544211003975.

Sunde K., A. Brekke, and B. Solberg (2011). Environmental Impacts and Costs of Hydrotreated Vegetable Oils, Transesterified Lipids and Woody BTL—A Review. *Energies* 4, 845–877. ISSN: 1996-1073.

Sunderlin W.D., A. Angelsen, B. Belcher, P. Burgers, R. Nasi, L. Santoso, and S. Wunder (2005). Livelihoods, forests, and conservation in developing countries: An Overview. *World Development* 33, 1383–1402. doi: 10.1016/j.worlddev.2004.10.004, ISSN: 0305-750X.

**Sundrum A. (2001).** Organic livestock farming: A critical review. *Livestock Production Science* 67, 207–215. doi: 10.1016/S0301-6226(00)00188-3, ISSN: 0301-6226.

**Swann A., I. Fung, and J. Chiang (2011).** Mid-latitude afforestation shifts general circulation and tropical precipitation. *PNAS*.

**Swann A.L., I.Y. Fung, S. Levis, G.B. Bonan, and S.C. Doney (2010).** Changes in Arctic vegetation amplify high-latitude warming through the greenhouse effect. *Proceedings of the National Academy of Sciences* 107, 1295.

**Swingland I.R., E.C. Bettelheim, J. Grace, G.T. Prance, and L.S. Saunders (2002).** Carbon, biodiversity, conservation and income: an analysis of a free-market approach to land-use change and forestry in developing and developed countries. *Philosophical Transactions of the Royal Society of London Series a-Mathematical Physical and Engineering Sciences* 360, 1563–1565. ISSN: 1364-503X.

**Taghizadeh-Toosi A., T.J. Clough, L.M. Condron, R.R. Sherlock, C.R. Anderson, and R.A. Craigie (2011).** Biochar Incorporation into Pasture Soil Suppresses in situ Nitrous Oxide Emissions from Ruminant Urine Patches. *Journal of Environment Quality* 40, 468. doi: 10.2134/jeq2010.0419, ISSN: 1537-2537.

**Taheripour F., T.W. Hertel, and W.E. Tyner (2011).** Implications of biofuels mandates for the global livestock industry: a computable general equilibrium analysis. *Agricultural Economics* 42, 325–342. doi: 10.1111/j.1574-0862.2010.00517.x, ISSN: 1574-0862.

**Takimoto, A., Nair, P.K.R., Nair, and V.D. (2008).** Carbon stock and sequestration potential of traditional and improved agroforestry systems in the West African Sahel. *Agriculture, Ecosystems and Environment*, 159–166.

**Talens Peiró L., L. Lombardi, G. Villalba Méndez, and X. Gabarrell i Durany (2010).** Life cycle assessment (LCA) and exergetic life cycle assessment (ELCA) of the production of biodiesel from used cooking oil (UCO). *Energy* 35, 889–893. doi: 10.1016/j.energy.2009.07.013, ISSN: 0360-5442.

**Tan K.T., K.T. Lee, A.R. Mohamed, and S. Bhatia (2009).** Palm oil: Addressing issues and towards sustainable development. *Renewable and Sustainable Energy Reviews* 13, 420–427. doi: 10.1016/j.rser.2007.10.001, ISSN: 1364-0321.

**Tanaka K., D.J.A. Johansson, B.C. O'Neill, and J.S. Fuglestvedt (2013).** Emission metrics under the 2 °C climate stabilization target. *Climatic Change* 117, 933–941. doi: 10.1007/s10584-013-0693-8, ISSN: 0165-0009, 1573–1480.

**Tarnocai C. (2006).** The effect of climate change on carbon in Canadian peatlands. *Global and Planetary Change* 53, 222–232.

**Tavoni M., and R. Socolow (2013).** Modeling meets science and technology: an introduction to a special issue on negative emissions. *Climatic Change* 118, 1–14. doi: 10.1007/s10584-013-0757-9, ISSN: 0165-0009.

**Thamsiriroj T., and J.D. Murphy (2011).** The impact of the life cycle analysis methodology on whether biodiesel produced from residues can meet the EU sustainability criteria for biofuel facilities constructed after 2017. *Renewable Energy* 36, 50–63. doi: 10.1016/j.renene.2010.05.018, ISSN: 0960-1481.

**Thomas S., P. Dargusch, S. Harrison, and J. Herbohn (2010).** Why are there so few afforestation and reforestation Clean Development Mechanism projects? *Land Use Policy* 27, 880–887. Available at: http://www.sciencedirect.com/science/article/pii/S026483770900204X.

**Thomassen M.A., R. Dalgaard, R. Heijungs, and I. de Boer (2008).** Attributional and consequential LCA of milk production. *The International Journal of Life Cycle Assessment* 13, 339–349. doi: 10.1007/s11367-008-0007-y, ISSN: 0948-3349, 1614–7502.

**Thompson M.C., M. Baruah, and E.R. Carr (2011a).** Seeing REDD+ as a project of environmental governance. *Environmental Science & Policy* 14, 100–110. doi: 10.1016/j.envsci.2010.11.006, ISSN: 1462-9011.

**Thompson I., B. Mackey, S. McNulty, and A. Mosseler (2009).** *Forest Resilience, Biodiversity, and Climate Change: A Synthesis of the Biodiversity/Resilience/Stability Relationship in Forest Ecosystems.* Secretariat of the Convention on Biological Diversity, Montreal, Canada, 67 pp. Available at: http://www.cakex.org/virtual-library/1233.

**Thompson W., J. Whistance, and S. Meyer (2011b).** Effects of US biofuel policies on US and world petroleum product markets with consequences for greenhouse gas emissions. *Energy Policy* 39, 5509–5518. doi: 10.1016/j.enpol.2011.05.011, ISSN: 0301-4215.

**Thornton P.K., and M. Herrero (2010).** Potential for Reduced Methane and Carbon Dioxide Emissions from Livestock and Pasture Management in the Tropics. *Proceedings of the National Academy of Sciences* 107, 19667–19672. doi: 10.1073/pnas.0912890107, ISSN: 0027-8424, 1091–6490.

**Throop H.L., and S.R. Archer (2008).** Shrub (Prosopis velutina) encroachment in a semidesert grassland: spatial–temporal changes in soil organic carbon and nitrogen pools. *Global Change Biology* 14, 2420–2431. doi: 10.1111/j.1365-2486.2008.01650.x, ISSN: 1365-2486.

**Tilman D., C. Balzer, J. Hill, and B.L. Befort (2011).** Global food demand and the sustainable intensification of agriculture. *Proceedings of the National Academy of Sciences* 108, 20260–20264. doi: 10.1073/pnas.1116437108, ISSN: 0027-8424, 1091–6490.

**Tilman D., J. Hill, and C. Lehman (2006).** Carbon-Negative Biofuels from Low-Input High-Diversity Grassland Biomass. *Science* 314, 1598–1600. doi: 10.1126/science.1133306, ISSN: 0036-8075, 1095–9203.

**Tilman D., R. Socolow, J.A. Foley, J. Hill, E. Larson, L. Lynd, S. Pacala, J. Reilly, T. Searchinger, C. Somerville, and R. Williams (2009).** Beneficial Biofuels -The Food, Energy, and Environment Trilemma. *Science* 325, 270–271. doi: 10.1126/science.1177970, ISSN: 0036-8075, 1095–9203.

**Timilsina G.R., J.C. Beghin, D. van der Mensbrugghe, and S. Mevel (2012).** The impacts of biofuels targets on land-use change and food supply: A global CGE assessment. *Agricultural Economics* 43, 315–332. doi: 10.1111/j.1574-0862.2011.00585.x, ISSN: 1574-0862.

**Tiwary A., and J. Colls (2010).** Mitigating secondary aerosol generation potentials from biofuel use in the energy sector. *Science of The Total Environment* 408, 607–616. doi: 10.1016/j.scitotenv.2009.10.019, ISSN: 0048-9697.

**Townsend P.V., R.J. Harper, P.D. Brennan, C. Dean, S. Wu, K.R.J. Smettem, and S.E. Cook (2012).** Multiple environmental services as an opportunity for watershed restoration. *Forest Policy and Economics* 17, 45–58.

**Trabucco A., R.J. Zomer, D.A. Bossio, O. van Straaten, and L.V. Verchot (2008).** Climate change mitigation through afforestation/reforestation: A global analysis of hydrologic impacts with four case studies. *Agriculture, Ecosystems & Environment* 126, 81–97. doi: 10.1016/j.agee.2008.01.015, ISSN: 0167-8809.

**Tracy B.P., S.W. Jones, A.G. Fast, D.C. Indurthi, and E.T. Papoutsakis (2012).** Clostridia: the importance of their exceptional substrate and metabolite diversity for biofuel and biorefinery applications. *Current Opinion in Biotechnology* 23, 364–381. doi: 10.1016/j.copbio.2011.10.008, ISSN: 0958-1669.

**Triantafyllidis K., A. Lappas, and M. Stöcker (2013).** *The Role of Catalysis for the Sustainable Production of Bio-Fuels and Bio-Chemicals.* Elsevier, Oxford, UK, 608 pp. ISBN: 0444563326.

Tsao C.-C., J. E. Campbell, M. Mena-Carrasco, S.N. Spak, G.R. Carmichael, and Y. Chen (2012). Increased estimates of air-pollution emissions from Brazilian sugar-cane ethanol. *Nature Climate Change* 2, 53–57. doi: 10.1038/nclimate1325, ISSN: 1758-678X, 1758–6798.

Tubiello F.N., A. Rahman, W. Mann, J. Schmidhuber, M. Koleva, and A. Müller (2009). Carbon financial mechanisms for agriculture and rural development: challenges and opportunities along the Bali roadmap. An editorial essay. *Climatic Change* 97, 3–21.

Tubiello F., M. Salvatore, S. Rossi, and A. Ferrara (2012). Analysis of global emissions, carbon intensity and efficiency of food production. *Energia Ambiente e Innovazione* Anno 2012, 87–93. Available at: http://www.enea.it/it/produzione-scientifica/EAI/anno-2012/n.-4-5-luglio-ottobre-parte-I/analysis-of-global-emissions-carbon-intensity-and-efficiency-of-food-production.

Tubiello F.N., M. Salvatore, S. Rossi, A. Ferrara, N. Fitton, and P. Smith (2013). The FAOSTAT database of greenhouse gas emissions from agriculture. *Environmental Research Letters* 8, 1–11. doi: 10.1088/1748-9326/8/1/015009, ISSN: 1748-9326.

Turconi R., A. Boldrin, and T. Astrup (2013). Life cycle assessment (LCA) of electricity generation technologies: Overview, comparability and limitations. *Renewable and Sustainable Energy Reviews* 28, 555–565. doi: 10.1016/j.rser.2013.08.013, ISSN: 1364-0321.

Turkenburg W.C., D.J. Arent, R. Bertani, A. Faaij, M. Hand, W. Krewitt, E.D. Larson, J. Lund, M. Mehos, T. Merrigan, C. Mitchell, J.R. Moreira, W. Sinke, V. Sonntag-O'Brien, B. Thresher, W. van Sark, E. Usher, and E. Usher (2012). Chapter 11—Renewable Energy. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 761–900. ISBN: 9781 10700 5198 HARDBACK 9780 52118 2935 PAPERBACK.

Turner B.L., E.F. Lambin, and A. Reenberg (2007). The emergence of land change science for global environmental change and sustainability. *Proceedings of the National Academy of Sciences* 104, 20666–20671. doi: 10.1073/pnas.0704119104.

Tyagi L., B. Kumari, and S.N. Singh (2010). Water management—A tool for methane mitigation from irrigated paddy fields. *Science of The Total Environment* 408, 1085–1090. doi: 10.1016/j.scitotenv.2009.09.010, ISSN: 00489697.

U.S. DOE (2011). *Billion-Ton Update: Biomass Supply for a Bioenergy and Bioproducts Industry*. U.S. Department of Energy, Washington, DC, 235 pp.

U.S. EPA (2006). Global Mitigation of Non-CO₂ Greenhouse Gases (EPA Report 430-R-06–005). Available at: http://www.epa.gov/climatechange/economics/international.html.

U.S. EPA (2011). *Draft Global Antropogenic Non-CO₂ Greenhouse Gas Emissions: 1990—2030*. Washington, DC, Available at: internal-pdf://US-EPA_NonCO2_Projections_2011_draft-2650857473/US-EPA_NonCO2_Projections_2011_draft.pdf.

U.S. EPA (2013). U.S. Environmental Protection Agency Global Emissions Database. *Global Emissions*. Available at: http://www.epa.gov/climatechange/ghgemissions/global.html.

UNCCD (2011). *UNCCD Statement at UNFCCC COP17 SBSTA, Agenda Item Three. 28 November 2011*. United Nations Convention to Combat Desertification, Bonn, 45 pp.

UNDP International Poverty Centre (2006). *What Is Poverty? Concept and Measures*. United Nations Development Programme, Brasilia, Brazil, 24 pp. Available at: www.ipc-undp.org/pub/IPCPovertyInFocus9.pdf.

UNEP (2009). *Assessing Biofuels, Towards Sustainable Production and Use of Resources*. United Nations Environment Programme (UNEP), Division of Technology, Industry and Ecocnomics, Paris, 120 pp.

UNEP-WCMC (2011). *The UK National Ecosystem Assessment: Technical Report*. UK National Ecosystem Assessment, Cambridge, UK, 6 pp. Available at: http://uknea.unep-wcmc.org/Resources/tabid/82/Default.aspx.

UNFCCC United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/2860.php.

UNFCCC—CDM CDM: CDM insights—intelligence about the CDM at the end of each month. Available at: http://cdm.unfccc.int/Statistics/Public/CDMinsights/index.html.

Ungerer J., L. Tao, M. Davis, M. Ghirardi, P.-C. Maness, and J. Yu (2012). Sustained photosynthetic conversion of CO₂ to ethylene in recombinant cyanobacterium Synechocystis 6803. *Energy & Environmental Science* 5, 8998–9006.

UN-REDD Programme UN-REDD Programme. Available at: http://www.un-redd.org/.

UN-REDD Programme -- Support to Partner Countries UN-REDD Programme -- Support to Partner Countries. Available at: http://www.un-redd.org/Partner_Countries/tabid/102663/Default.aspx.

Ürge-Vorsatz D., N. Eyre, P. Graham, D. Harvey, E. Hertwich, Y. Jiang, and C. Kornevall (2012). Towards Sustainable Energy End-Use: Buildings Chapter 10. In: *Global Energy Assessment*. Cambridge University Press, Cambridge, pp. 649–760.

Valente C., R. Spinelli, and B.G. Hillring (2011). LCA of environmental and socioeconomic impacts related to wood energy production in alpine conditions: Valle di Fiemme (Italy). *Journal of Cleaner Production* 19, 1931–1938. doi: 10.1016/j.jclepro.2011.06.026, ISSN: 0959-6526.

VanderZaag A.C., S. Jayasundara, and C. Wagner-Riddle (2011). Strategies to mitigate nitrous oxide emissions from land applied manure. *Animal Feed Science and Technology* 166–167, 464–479. doi: 10.1016/j.anifeedsci.2011.04.034, ISSN: 0377-8401.

Van de Velde L., W. Verbeke, M. Popp, J. Buysse, and G. Van Huylenbroeck (2009). Perceived importance of fuel characteristics and its match with consumer beliefs about biofuels in Belgium. *Energy Policy* 37, 3183–3193. doi: 10.1016/j.enpol.2009.04.022, ISSN: 0301-4215.

Venter O., W.F. Laurance, T. Iwamura, K.A. Wilson, R.A. Fuller, and H.P. Possingham (2009). Harnessing Carbon Payments to Protect Biodiversity. *Science* 326, 1368–1368. doi: 10.1126/science.1180289, ISSN: 0036-8075, 1095–9203.

Verchot L.V., M. Noordwijk, S. Kandji, T. Tomich, C. Ong, A. Albrecht, J. Mackensen, C. Bantilan, K.V. Anupama, and C. Palm (2007). Climate change: linking adaptation and mitigation through agroforestry. *Mitigation and Adaptation Strategies for Global Change* 12, 901–918. doi: 10.1007/s11027-007-910 5-6, ISSN: 1381-2386, 1573-1596.

Verdonk M., C. Dieperink, and A.P.C. Faaij (2007). Governance of the emerging bio-energy markets. *Energy Policy* 35, 3909–3924.

Vermeulen S.J., B.M. Campbell, and J.S.I. Ingram (2012). Climate Change and Food Systems. *Annual Review of Environment and Resources* 37, 195–222. doi: 10.1146/annurev-environ-020411-130608, ISSN: 1543-5938, 1545–2050.

Viana K.R.O., and R. Perez (2013). Survey of sugarcane industry in Minas Gerais, Brazil: Focus on sustainability. *Biomass and Bioenergy* **58**, 149–157. doi: 10.1016/j.biombioe.2013.08.006, ISSN: 0961-9534.

Villamor G.B., M. van Noordwijk, Q.B. Le, B. Lusiana, R. Matthews, and P.L.G. Vlek (2011). Diversity deficits in modelled landscape mosaics. *Ecological Informatics* **6**, 73–82. doi: 10.1016/j.ecoinf.2010.08.003, ISSN: 1574-9541.

Visseren-Hamakers I.J., C. McDermott, M.J. Vijge, and B. Cashore (2012). Trade-offs, co-benefits and safeguards: current debates on the breadth of REDD+. *Current Opinion in Environmental Sustainability* **4**, 646–653. doi: 10.1016/j.cosust.2012.10.005, ISSN: 1877-3435.

Vlek C. (2004). Environmental Versus Individual Risk Taking: Perception, Decision, Behavior. In: *Encyclopedia of Applied Psychology*. Elsevier, New York, pp. 825–840. ISBN: 978-0-12-657410-4.

Vlek C., and G. Keren (1992). Behavioral decision theory and environmental risk management: Assessment and resolution of four "survival" dilemmas. *Acta Psychologica* **80**, 249–278. doi: 10.1016/0001-6918(92)90050-N, ISSN: 0001-6918.

Van Vliet O., M. van den Broek, W. Turkenburg, and A. Faaij (2011a). Combining hybrid cars and synthetic fuels with electricity generation and carbon capture and storage. *Energy Policy* **39**, 248–268. doi: 10.1016/j.enpol.2010.09.038, ISSN: 0301-4215.

Van Vliet O., A.S. Brouwer, T. Kuramochi, M. van den Broek, and A. Faaij (2011b). Energy use, cost and $CO_2$ emissions of electric cars. *Journal of Power Sources* **196**, 2298–2310. doi: 10.1016/j.jpowsour.2010.09.119, ISSN: 0378-7753.

Van Vliet O.P., A.P. Faaij, and W.C. Turkenburg (2009). Fischer–Tropsch diesel production in a well-to-wheel perspective: a carbon, energy flow and cost analysis. *Energy Conversion and Management* **50**, 855–876.

Van der Voet E., R.J. Lifset, and L. Luo (2010). Life-cycle assessment of biofuels, convergence and divergence. *Biofuels* **1**, 435–449. doi: 10.4155/bfs.10.19, ISSN: 1759-7269, 1759–7277.

De Vries M., and I.J.M. de Boer (2010). Comparing environmental impacts for livestock products: A review of life cycle assessments. *Livestock Science* **128**, 1–11. doi: 10.1016/j.livsci.2009.11.007, ISSN: 1871-1413.

Van Vuuren D.P., J. van Vliet, and E. Stehfest (2009). Future bio-energy potential under various natural constraints. *Energy Policy* **37**, 4220–4230. doi: 16/j.enpol.2009.05.029, ISSN: 0301-4215.

Waghorn G. (2008). Beneficial and detrimental effects of dietary condensed tannins for sustainable sheep and goat production—Progress and challenges. *Animal Feed Science and Technology* **147**, 116–139.

Waghorn G.C., and R.S. Hegarty (2011). Lowering ruminant methane emissions through improved feed conversion efficiency. *Animal Feed Science and Technology* **166–167**, 291–301. doi: 10.1016/j.anifeedsci.2011.04.019, ISSN: 0377-8401.

Walter A., P. Dolzan, O. Quilodrán, J.G. de Oliveira, C. da Silva, F. Piacente, and A. Segerstedt (2011). Sustainability assessment of bio-ethanol production in Brazil considering land use change, GHG emissions and socio-economic aspects. *Energy Policy* **39**, 5703–5716. doi: 10.1016/j.enpol.2010.07.043, ISSN: 0301-4215.

Wang M.Q., J. Han, Z. Haq, W.E. Tyner, M. Wu, and A. Elgowainy (2011a). Energy and greenhouse gas emission effects of corn and cellulosic ethanol with technology improvements and land use changes. *Biomass and Bioenergy* **35**, 1885–1896. doi: 10.1016/j.biombioe.2011.01.028, ISSN: 0961-9534.

Wang M., H. Huo, and S. Arora (2011b). Methods of dealing with co-products of biofuels in life-cycle analysis and consequent results within the U.S. context. *Energy Policy* **39**, 5726–5736. doi: 10.1016/j.enpol.2010.03.052, ISSN: 0301-4215.

Wang L., J. Littlewood, and R.J. Murphy (2013a). Environmental sustainability of bioethanol production from wheat straw in the UK. *Renewable and Sustainable Energy Reviews* **28**, 715–725. doi: 10.1016/j.rser.2013.08.031, ISSN: 1364-0321.

Wang X., O.R. Masera, K. Troncoso, M.X. Rivera, and J. Franco (2013b). *What Have We Learned about Household Biomass Cooking in Central America?* The World Bank, 1–134 pp. Available at: http://documents.worldbank.org/curated/en/2013/01/17524967/learned-household-biomass-cooking-central-america.

Wang Y., P. Yu, K.-H. Feger, X. Wei, G. Sun, M. Bonell, W. Xiong, S. Zhang, and L. Xu (2011c). Annual runoff and evapotranspiration of forestlands and non-forestlands in selected basins of the Loess Plateau of China. *Ecohydrology* **4**, 277–287. doi: 10.1002/eco.215, ISSN: 19360584.

Warner E., Y. Zhang, D. Inman, and G. Heath (2013). Challenges in the estimation of greenhouse gas emissions from biofuel-induced global land-use change. *Biofuels, Bioproducts and Biorefining* **8**, 114–125. doi: 10.1002/bbb.1434, ISSN: 1932-1031.

WBGU (2009). *Future Bioenergy and Sustainable Land Use*. Earthscan, London, 393 pp.

WBGU (2011). *Welt Im Wandel. Gesellschaftsvertrag Für Eine Große Transformation*. Wissenschaftlicher Beirat Globale Umweltveränderungen (WBGU), Berlin, 421 pp. ISBN: 978-3-936191-46-2.

Van der Werf G.R., J.T. Randerson, L. Giglio, G.J. Collatz, P.S. Kasibhatla, A.F. Arellano Jr, and others (2006). Interannual variability of global biomass burning emissions from 1997 to 2004. *Atmospheric Chemistry and Physics Discussions* **6**, 3175–3226. Available at: http://hal.archives-ouvertes.fr/hal-00301203/.

Van der Werf G.R., J.T. Randerson, L. Giglio, G.J. Collatz, M. Mu, P.S. Kasibhatla, D.C. Morton, R.S. DeFries, Y. Jin, and T.T. van Leeuwen (2010). Global fire emissions and the contribution of deforestation, savanna, forest, agricultural, and peat fires (1997–2009). *Atmospheric Chemistry and Physics* **10**, 11707–11735. doi: 10.5194/acp-10-11707-2010, ISSN: 1680-7316.

Werner F., R. Taverna, P. Hofer, E. Thürig, and E. Kaufmann (2010). National and global greenhouse gas dynamics of different forest management and wood use scenarios: a model-based assessment. *Environmental Science & Policy* **13**, 72–85. doi: 10.1016/j.envsci.2009.10.004, ISSN: 1462-9011.

West P.C., H.K. Gibbs, C. Monfreda, J. Wagner, C.C. Barford, S.R. Carpenter, and J.A. Foley (2010a). Trading carbon for food: Global comparison of carbon stocks vs. crop yields on agricultural land. *Proceedings of the National Academy of Sciences* **107**, 19645–19648. doi: 10.1073/pnas.1011078107, ISSN: 0027-8424, 1091–6490.

West P.C., G.T. Narisma, C.C. Barford, C.J. Kucharik, and J.A. Foley (2010b). An alternative approach for quantifying climate regulation by ecosystems. *Frontiers in Ecology and the Environment* **9**, 126–133.

Whitaker J., K.E. Ludley, R. Rowe, G. Taylor, and D.C. Howard (2010). Sources of variability in greenhouse gas and energy balances for biofuel production: a systematic review. *GCB Bioenergy* **2**, 99–112. doi: 10.1111/j.1757-1707.2010.01047.x, ISSN: 1757-1707.

Whitehead P., P. Purdon, J. Russel-Smith, P.M. Cooke, and S. Sutton (2008). The management of climate change through prescribed Savanna burning: Emerging contributions of indigenous people in Northern Australia. *Public Administration and Development Special Issue: Symposium on Climate Change, Governance and Environmental Services* 28, 374–385.

Whittaker C., N. Mortimer, R. Murphy, and R. Matthews (2011). Energy and greenhouse gas balance of the use of forest residues for bioenergy production in the UK. *Biomass and Bioenergy* 35, 4581–4594. doi: 10.1016/j.biombioe.2011.07.001, ISSN: 0961-9534.

Wicke B., V. Dornburg, M. Junginger, and A. Faaij (2008). Different palm oil production systems for energy purposes and their greenhouse gas implications. *Biomass and Bioenergy* 32, 1322–1337.

Wicke B., R. Sikkema, V. Dornburg, and A. Faaij (2011a). Exploring land use changes and the role of palm oil production in Indonesia and Malaysia. *Land Use Policy* 28, 193–206. doi: 10.1016/j.landusepol.2010.06.001, ISSN: 0264-8377.

Wicke B., E.M.W. Smeets, R. Akanda, L. Stille, R.K. Singh, A.R. Awan, K. Mahmood, and A.P.C. Faaij (2013). Biomass production in agroforestry and forestry systems on salt-affected soils in South Asia: Exploration of the GHG balance and economic performance of three case studies. *Journal of Environmental Management* 127, 324–334. doi: 10.1016/j.jenvman.2013.05.060, ISSN: 0301-4797.

Wicke B., E. Smeets, V. Dornburg, B. Vashev, T. Gaiser, W. Turkenburg, and A. Faaij (2011b). The global technical and economic potential of bioenergy from salt-affected soils. *Energy & Environmental Science* 4, 2669–2681.

Wicke B., E. Smeets, A. Tabeau, J. Hilbert, and A. Faaij (2009). Macroeconomic impacts of bioenergy production on surplus agricultural land—A case study of Argentina. *Renewable and Sustainable Energy Reviews* 13, 2463–2473. doi: 16/j.rser.2009.05.010, ISSN: 1364-0321.

Wicke B., E. Smeets, H. Watson, and A. Faaij (2011c). The current bioenergy production potential of semi-arid and arid regions in sub-Saharan Africa. *Biomass and Bioenergy* 35, 2773–2786. doi: 10.1016/j.biombioe.2011.03.010, ISSN: 0961-9534.

Wicke B., P. Verweij, H. van Meijl, D.P. van Vuuren, and A.P. Faaij (2012). Indirect land use change: review of existing models and strategies for mitigation. *Biofuels* 3, 87–100. doi: 10.4155/bfs.11.154, ISSN: 1759-7269, 1759–7277.

Wilkinson J., and S. Herrera (2010). Biofuels in Brazil: debates and impacts. *Journal of Peasant Studies* 37, 749–768.

Williams J., and P.J. Crutzen (2010). Nitrous oxide from aquaculture. *Nature Geoscience* 3, 143–143. Available at: http://www.nature.com/ngeo/journal/vaop/ncurrent/full/ngeo804.html.

Williams R.H., G. Liu, T.G. Kreutz, and E.D. Larson (2011). Coal and Biomass to Fuels and Power. *Annual Review of Chemical and Biomolecular Engineering* 2, 529–553. Available at: http://www.annualreviews.org/doi/abs/10.1146/annurev-chembioeng-061010-114126.

Wilson T.O., F.M. McNeal, S. Spatari, D.G. Abler, and P.R. Adler (2011). Densified biomass can cost-effectively mitigate greenhouse gas emissions and address energy security in thermal applications. *Environmental Science & Technology* 46, 1270–1277. doi: 10.1021/es202752b, ISSN: 0013-936X.

Wirsenius S. (2003). Efficiencies and biomass appropriation of food commodities on global and regional levels. *Agricultural Systems* 77, 219–255. doi: 10.1016/S0308-521X(02)00188-9, ISSN: 0308-521X.

Wirsenius S., F. Hedenus, and K. Mohlin (2011). Greenhouse gas taxes on animal food products: rationale, tax scheme and climate mitigation effects. *Climatic Change* 108, 159–184. doi: 10.1007/s10584-010-9971-x, ISSN: 0165-0009, 1573–1480.

Wise M., K. Calvin, A. Thomson, L. Clarke, B. Bond-Lamberty, R. Sands, S.J. Smith, A. Janetos, and J. Edmonds (2009). Implications of Limiting $CO_2$ Concentrations for Land Use and Energy. *Science* 324, 1183–1186. doi: 10.1126/science.1168475, ISSN: 0036-8075, 1095–9203.

Wiskerke W.T., V. Dornburg, C.D.K. Rubanza, R.E. Malimbwi, and A.P.C. Faaij (2010). Cost/benefit analysis of biomass energy supply options for rural smallholders in the semi-arid eastern part of Shinyanga Region in Tanzania. *Renewable and Sustainable Energy Reviews* 14, 148–165. doi: 10.1016/j.rser.2009.06.001, ISSN: 1364-0321.

De Wit M., M. Junginger, and A. Faaij (2013). Learning in dedicated wood production systems: Past trends, future outlook and implications for bioenergy. *Renewable and Sustainable Energy Reviews* 19, 417–432. doi: 10.1016/j.rser.2012.10.038, ISSN: 1364-0321.

De Wit M., M. Londo, and A. Faaij (2011). Productivity developments in European agriculture: Relations to and opportunities for biomass production. *Renewable and Sustainable Energy Reviews* 15, 2397–2412. doi: 16/j.rser.2011.02.022, ISSN: 1364-0321.

Witt G.B., R.A. Harrington, and M.J. Page (2009). Is "vegetation thickening" occurring in Queensland's mulga lands—a 50-year aerial photographic analysis. *Australian Journal of Botany* 57, 572–582. Available at: http://dx.doi.org/10.1071/BT08217.

Wollenberg E., Nihart, A., Tapio-Bistrom, M-L., Grieg-Gran, and M. (2012). *Climate Change Mitigation and Agriculture*. Earthscan, London, UK, 419 pp.

Woods J., A. Williams, J.K. Hughes, M. Black, and R. Murphy (2010). Energy and the food system. *Philosophical Transactions of the Royal Society B: Biological Sciences* 365, 2991–3006. doi: 10.1098/rstb.2010.0172.

Woods, M.C., and et al. (2007). *Cost and Performance Baseline for Fossil Energy Plants: Volume 1: Bituminous Coal and Natural Gas to Electricity*. National Energy Technology Laboratory (NETL), Department of Energy (DOE), Washington, D.C., USA., 626 pp.

Woolf D., J. E. Amonette, F.A. Street-Perrott, J. Lehmann, and S. Joseph (2010). Sustainable biochar to mitigate global climate change. *Nature Communications* 1, 1–9. doi: 10.1038/ncomms1053, ISSN: 2041-1723.

Wright A.-D.G., and A.V. Klieve (2011). Does the complexity of the rumen microbial ecology preclude methane mitigation? *Animal Feed Science and Technology* 166–67, 248–253. doi: 10.1016/j.anifeedsci.2011.04.015, ISSN: 0377-8401.

Wu C., and L. Lin (2009). Guest editorial. *Biotechnology Advances* 27, 541. doi: 10.1016/j.biotechadv.2009.04.018, ISSN: 0734-9750.

Wünscher T., and S. Engel (2012). International payments for biodiversity services: Review and evaluation of conservation targeting approaches. *Biological Conservation* 152, 222–230. doi: 10.1016/j.biocon.2012.04.003, ISSN: 0006-3207.

Ximenes F. de A., B.H. George, A. Cowie, J. Williams, and G. Kelly (2012). Greenhouse Gas Balance of Native Forests in New South Wales, Australia. *Forests* 3, 653–683. doi: 10.3390/f3030653.

Ximenes F.A., and T. Grant (2013). Quantifying the greenhouse benefits of the use of wood products in two popular house designs in Sydney, Australia. *The International Journal of Life Cycle Assessment* 18, 891–908. doi: 10.1007/s11367-012-0533-5, ISSN: 0948-3349, 1614–7502.

Yagi K., H. Tsuruta, and K. Minami (1997). Possible options for mitigating methane emission from rice cultivation. *Nutrient Cycling in Agroecosystems* **49**, 213–220. Available at: http://link.springer.com/article/10.1023/A:1009743909716.

Yan X., H. Akiyama, K. Yagi, and H. Akimoto (2009). Global estimations of the inventory and mitigation potential of methane emissions from rice cultivation conducted using the 2006 Intergovernmental Panel on Climate Change Guidelines. *Global Biogeochemical Cycles* **23**, 3–25. doi: 10.1029/2008GB003299.

Yan T., C.S. Mayne, F.G. Gordon, M.G. Porter, R.E. Agnew, D.C. Patterson, C.P. Ferris, and D.J. Kilpatrick (2010). Mitigation of enteric methane emissions through improving efficiency of energy utilization and productivity in lactating dairy cows. *Journal of Dairy Science* **93**, 2630–2638. doi: 10.3168/jds.2009-2929, ISSN: 0022-0302.

Yang Y., J. Bae, J. Kim, and S. Suh (2012). Replacing Gasoline with Corn Ethanol Results in Significant Environmental Problem-Shifting. *Environmental Science and Technology* **46**, 3671–3678. doi: 10.1021/es203641p, ISSN: 0013-936X.

Yao Z., Z. Zhou, X. Zheng, B. Xie, B. Mei, R. Wang, K. Butterbach-Bahl, and J. Zhu (2010). Effects of organic matter incorporation on nitrous oxide emissions from rice-wheat rotation ecosystems in China. *Plant and Soil* **327**, 315–330. doi: 10.1007/s11104-009-0056-4, ISSN: 0032-079X, 1573–5036.

Yoon J.M., L. Zhao, and J.V. Shanks (2013). Metabolic Engineering with Plants for a Sustainable Biobased Economy. *Annual Review of Chemical and Biomolecular Engineering* **4**, 211–237. Available at: http://www.annualreviews.org/doi/abs/10.1146/annurev-chembioeng-061312-103320.

Yu P., Y. Wang, A. Du, W. Guan, K.-H. Feger, K. Schwärzel, M. Bonell, W. Xiong, and S. Pan (2013). The effect of site conditions on flow after forestation in a dryland region of China. *Agricultural and Forest Meteorology* **178–179**, 66–74. doi: 10.1016/j.agrformet.2013.02.007, ISSN: 01681923.

Zaehle S., P. Ciais, A.D. Friend, and V. Prieur (2011). Carbon benefits of anthropogenic reactive nitrogen offset by nitrous oxide emissions. *Nature Geoscience* **4**, 601–605. doi: 10.1038/ngeo1207, ISSN: 1752-0894.

Zaks D.P.M., C.C. Barford, N. Ramankutty, and J.A. Foley (2009). Producer and consumer responsibility for greenhouse gas emissions from agricultural production—a perspective from the Brazilian Amazon. *Environmental Research Letters* **4**, 1–13. doi: 10.1088/1748-9326/4/4/044010, ISSN: 1748-9326.

Zanchi G., N. Pena, and N. Bird (2012). Is woody bioenergy carbon neutral? A comparative assessment of emissions from consumption of woody bioenergy and fossil fuel. *GCB Bioenergy* **4**, 761–772. doi: 10.1111/j.1757-1707.2011.01149.x, ISSN: 1757-1707.

Zhang Y., Y. Yu, T. Li, and B. Zou (2011). Analyzing Chinese consumers' perception for biofuels implementation: The private vehicles owner's investigating in Nanjing. *Renewable and Sustainable Energy Reviews* **15**, 2299–2309. doi: 10.1016/j.rser.2011.02.004, ISSN: 1364-0321.

Zhao M., and S.W. Running (2010). Drought-Induced Reduction in Global Terrestrial Net Primary Production from 2000 Through 2009. *Science* **329**, 940–943. doi: 10.1126/science.1192666, ISSN: 0036-8075, 1095–9203.

Zhao W.Z., H.L. Xiao, Z.M. Liu, and J. Li (2005). Soil degradation and restoration as affected by land use change in the semiarid Bashang area, northern China. *CATENA* **59**, 173–186. doi: 10.1016/j.catena.2004.06.004, ISSN: 03418162.

Van Zijderveld S.M., W.J.J. Gerrits, J.A. Apajalahti, J.R. Newbold, J. Dijkstra, R.A. Leng, and H.B. Perdok (2010). Nitrate and sulfate: Effective alternative hydrogen sinks for mitigation of ruminal methane production in sheep. *Journal of Dairy Science* **93**, 5856–5866. doi: DOI: 10.3168/jds.2010–3281, ISSN: 0022-0302.

Zimmerman A.R., B. Gao, and M.-Y. Ahn (2011). Positive and negative carbon mineralization priming effects among a variety of biochar-amended soils. *Soil Biology and Biochemistry* **43**, 1169–1179. doi: 10.1016/j.soilbio.2011.02.005, ISSN: 0038-0717.

Ziv G., E. Baran, S. Nam, I. Rodríguez-Iturbe, and S.A. Levin (2012). Trading-off fish biodiversity, food security, and hydropower in the Mekong River Basin. *Proceedings of the National Academy of Sciences* **109**, 5609–5614. doi: 10.1073/pnas.1201423109, ISSN: 0027-8424, 1091–6490.

Zomer R.J., A. Trabucco, D.A. Bossio, and L.V. Verchot (2008). Climate change mitigation: A spatial analysis of global land suitability for clean development mechanism afforestation and reforestation. *Agriculture, Ecosystems & Environment* **126**, 67–80. doi: 10.1016/j.agee.2008.01.014, ISSN: 0167-8809.

Van Zwieten L., S.W.L. Kimber, S.G. Morris, B.P. Singh, P.R. Grace, C. Scheer, J. Rust, A.E. Downie, and A.L. Cowie (2013). Pyrolysing poultry litter reduces N₂O and CO₂ fluxes. *Science of The Total Environment* **465**, 279–287. doi: 10.1016/j.scitotenv.2013.02.054, ISSN: 00489697.

# 12

# Human Settlements, Infrastructure, and Spatial Planning

**Coordinating Lead Authors:**

Karen C. Seto (USA), Shobhakar Dhakal (Nepal/Thailand)

**Lead Authors:**

Anthony Bigio (Italy/USA), Hilda Blanco (USA), Gian Carlo Delgado (Mexico), David Dewar (South Africa), Luxin Huang (China), Atsushi Inaba (Japan), Arun Kansal (India), Shuaib Lwasa (Uganda), James McMahon (USA), Daniel B. Müller (Switzerland/Norway), Jin Murakami (Japan/China), Harini Nagendra (India), Anu Ramaswami (USA)

**Contributing Authors:**

Antonio Bento (Portugal/USA), Michele Betsill (USA), Harriet Bulkeley (UK), Abel  Chavez (USA/Germany), Peter Christensen (USA), Felix Creutzig (Germany), Michail Fragkias (Greece/USA), Burak Güneralp (Turkey/USA), Leiwen Jiang (China/USA), Peter Marcotullio (USA), David McCollum (IIASA/USA), Adam Millard-Ball (UK/USA), Paul Pichler (Germany), Serge Salat (France), Cecilia Tacoli (UK/Italy), Helga Weisz (Germany), Timm Zwickel (Germany)

**Review Editors:**

Robert Cervero (USA), Julio Torres Martinez (Cuba)

**Chapter Science Assistants:**

Peter Christensen (USA), Cary Simmons (USA)

**This chapter should be cited as:**

Seto K.C., S. Dhakal, A. Bigio, H. Blanco, G.C. Delgado, D. Dewar, L. Huang, A. Inaba, A. Kansal, S. Lwasa, J.E. McMahon, D.B. Müller, J. Murakami, H. Nagendra, and A. Ramaswami, 2014: Human Settlements, Infrastructure and Spatial Planning. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**12**

**Executive Summary**..................................................................................................................... **927**

**12.1     Introduction** ................................................................................................................ **929**

**12.2     Human settlements and GHG emissions** ............................................................... **930**

    **12.2.1     The role of cities and urban areas in energy use and GHG emissions**...................................... **930**
        12.2.1.1     Urban population dynamics............................................................................................ 931
        12.2.1.2     Urban land use............................................................................................................. 933
        12.2.1.3     Urban economies and GDP ........................................................................................... 933

    **12.2.2     GHG emission estimates from human settlements** ............................................................... **933**
        12.2.2.1     Estimates of the urban share of global emissions  ........................................................... 935
        12.2.2.2     Emissions accounting for human settlements .................................................................. 936

    **12.2.3     Future trends in urbanization and GHG emissions from human settlements** ............................. **939**
        12.2.3.1     Dimension 1: Urban population......................................................................................... 939
        12.2.3.2     Dimension 2: Urban land cover ....................................................................................... 940
        12.2.3.3     Dimension 3: GHG emissions ......................................................................................... 941

**12.3     Urban systems: Activities, resources, and performance** ................................................. **942**

    **12.3.1     Overview of drivers of urban GHG emissions**.......................................................................... **942**
        12.3.1.1     Emission drivers decomposition via IPAT ........................................................................ 942
        12.3.1.2     Interdependence between drivers ................................................................................... 944
        12.3.1.3     Human settlements, linkages to sectors, and policies ...................................................... 944

    **12.3.2     Weighing of drivers**........................................................................................................... **944**
        12.3.2.1     Qualitative weighting..................................................................................................... 944
        12.3.2.2     Relative weighting of drivers for sectoral mitigation options ............................................. 947
        12.3.2.3     Quantitative modelling to determine driver weights ......................................................... 948
        12.3.2.4     Conclusions on drivers of GHG emissions at the urban scale ............................................ 948

    **12.3.3     Motivation for assessment of spatial planning, infrastructure, and urban form drivers** ................. **949**

## 12.4   Urban form and infrastructure ...................................................................... 949

### 12.4.1   Infrastructure  ............................................................................................ 951

### 12.4.2   Urban form ................................................................................................. 952
12.4.2.1      Density ..................................................................................... 952
12.4.2.2      Land use mix .............................................................................. 955
12.4.2.3      Connectivity ............................................................................... 956
12.4.2.4      Accessibility ............................................................................... 956
12.4.2.5      Effects of combined options ........................................................... 957

## 12.5   Spatial planning and climate change mitigation .............................................. 958

### 12.5.1   Spatial planning strategies ............................................................................. 958
12.5.1.1      Macro: Regions and metropolitan areas ............................................. 958
12.5.1.2      Meso: Sub-regions, corridors, and districts ......................................... 960
12.5.1.3      Micro: communities, neighbourhoods, streetscapes ............................... 960

### 12.5.2   Policy instruments ........................................................................................ 962
12.5.2.1      Land use regulations .................................................................... 962
12.5.2.2      Land management and acquisition .................................................... 963
12.5.2.3      Market-based instruments .............................................................. 964

### 12.5.3   Integrated spatial planning and implementation ................................................... 966

## 12.6   Governance, institutions, and finance ........................................................... 966

### 12.6.1   Institutional and governance constraints and opportunities ...................................... 966

### 12.6.2   Financing urban mitigation ............................................................................. 968

## 12.7   Urban climate mitigation: Experiences and opportunities ................................... 969

### 12.7.1   Scale of urban mitigation efforts ...................................................................... 971

### 12.7.2   Targets and timetables .................................................................................. 972

### 12.7.3   Planned and implemented mitigation measures ..................................................... 973

**12**

**12.8**    **Sustainable development, co-benefits, trade-offs, and spill-over effects**............................ 974

    12.8.1    Urban air quality co-benefits............................................................................... 975

    12.8.2    Energy security side-effects for urban energy systems........................................ 976

    12.8.3    Health and socioeconomic co-benefits .............................................................. 976

    12.8.4    Co-benefits of reducing the urban heat island effect ........................................ 977

**12.9**    **Gaps in knowledge and data**................................................................................ 977

**12.10**    **Frequently Asked Questions**................................................................................ 978

**References** ..................................................................................................................... 979

# Executive Summary

The shift from rural to more urban societies is a global trend with significant consequences for greenhouse gas (GHG) emissions and climate change mitigation. Across multiple dimensions, the scale and speed of urbanization is unprecedented: more than half of the world population live in urban areas and each week the global urban population increases by 1.3 million. Today there are nearly 1000 urban agglomerations with populations of 500,000 or greater; by 2050, the global urban population is expected to increase by between 2.5 to 3 billion, corresponding to 64% to 69% of the world population (*robust evidence, high agreement*). Expansion of urban areas is on average twice as fast as urban population growth, and the expected increase in urban land cover during the first three decades of the 21st century will be greater than the cumulative urban expansion in all of human history (*medium evidence, high agreement*). Urban areas generate around 80% of global Gross Domestic Product (GDP) (*medium evidence, medium agreement*). Urbanization is associated with increases in income, and higher urban incomes are correlated with higher consumption of energy and GHG emissions (*medium evidence, high agreement*) [Sections 12.1, 12.2, 12.3].

**Current and future urbanization trends are significantly different from the past** (*robust evidence, high agreement*). Urbanization is taking place at lower levels of economic development and the majority of future urban population growth will take place in small-to medium-sized urban areas in developing countries. Expansion of urban areas is on average twice as fast as urban population growth, and the expected increase in urban land cover during the first three decades of the 21st century will be greater than the cumulative urban expansion in all of human history (*robust evidence, high agreement*). [12.1, 12.2]

**Urban areas account for between 71% and 76% of $CO_2$ emissions from global final energy use and between 67–76% of global energy use** (*medium evidence, medium agreement*). There are very few studies that have examined the contribution of all urban areas to global GHG emissions. The fraction of global $CO_2$ emissions from urban areas depends on the spatial and functional boundary definitions of urban and the choice of emissions accounting method. Estimates for urban energy related $CO_2$ emissions range from 71% for 2006 to between 53% and 87% (central estimate, 76%) of $CO_2$ emissions from global final energy use (*medium evidence, medium agreement*). There is only one attempt in the literature that examines the total GHG ($CO_2$, $CH_4$, $N_2O$ and $SF_6$) contribution of urban areas globally, estimated at between 37% and 49% of global GHG emissions for the year 2000. Using Scope1 accounting, urban share of global $CO_2$ emissions is about 44% (*limited evidence, medium agreement*). [12.2]

**No single factor explains variations in per-capita emissions across cities, and there are significant differences in per capita GHG emissions between cities within a single country** (*robust*

evidence, high agreement*). Urban GHG emissions are influenced by a variety of physical, economic and social factors, development levels, and urbanization histories specific to each city. Key influences on urban GHG emissions include income, population dynamics, urban form, locational factors, economic structure, and market failures. There is a prevalence for cities in Annex I countries to have lower per capita final energy use and GHG emissions than national averages, and for per capita final energy use and GHG emissions of cities in non-Annex I countries tend to be higher than national averages (*robust evidence, high agreement*) [12.3].

**The anticipated growth in urban population will require a massive build-up of urban infrastructure across multiple sectors** (*limited evidence, high agreement*). If the global population increases to 9.3 billion by 2050 and developing countries expand their built environment and infrastructure to current global average levels using available technology of today, the production of infrastructure materials alone would generate approximately 470 Gt of $CO_2$ emissions. Currently, average per capita $CO_2$ emissions embodied in the infrastructure of industrialized countries is five times larger than those in developing countries. The continued expansion of fossil fuel-based infrastructure would produce cumulative emissions of 2,986–7,402 Gt$CO_2$ during the remainder of the 21st century (*limited evidence, high agreement*). [12.2, 12.3]

**The existing infrastructure stock of the average Annex I resident is three times that of the world average and about five times higher than that of the average non-Annex I resident** (*medium evidence, medium agreement*). The long life of infrastructure and the built environment, make them particularly prone to lock-in of energy and emissions pathways, lifestyles and consumption patterns that are difficult to change. The committed emissions from energy and transportation infrastructures are especially high, with respective ranges of 127–336 and 63–132 Gt, respectively (*medium evidence, medium agreement*). [12.3, 12.4]

**Infrastructure and urban form are strongly linked, especially among transportation infrastructure provision, travel demand and vehicle kilometres travelled** (*robust evidence, high agreement*). In developing countries in particular, the growth of transport infrastructure and ensuing urban forms will play important roles in affecting long-run emissions trajectories. Urban form and structure significantly affect direct (operational) and indirect (embodied) GHG emissions, and are strongly linked to the throughput of materials and energy in a city, the wastes that it generates, and system efficiencies of a city. (*robust evidence, high agreement*) [12.4, 12.5]

**Key urban form drivers of energy and GHG emissions are density, land use mix, connectivity, and accessibility** (*medium evidence, high agreement*). These factors are interrelated and interdependent. Pursuing one of them in isolation is insufficient for lower emissions. Connectivity and accessibility are tightly related: highly connected places are accessible. While individual measures of urban form

have relatively small effects on vehicle miles travelled, they become more effective when combined. There is consistent evidence that co-locating higher residential densities with higher employment densities, coupled with significant public transit improvements, higher land use mixes, and other supportive demand management measures can lead to greater emissions savings in the long run. Highly accessible communities are typically characterized by low daily commuting distances and travel times, enabled by multiple modes of transportation (*robust evidence, high agreement*). [12.5]

**Urban mitigation options vary across urbanization trajectories and are expected to be most effective when policy instruments are bundled** (*robust evidence, high agreement*). For rapidly developing cities, options include shaping their urbanization and infrastructure development towards more sustainable and low carbon pathways. In mature or established cities, options are constrained by existing urban forms and infrastructure and the potential for refurbishing existing systems and infrastructures. Key mitigation strategies include co-locating high residential with high employment densities, achieving high land use mixes, increasing accessibility and investing in public transit and other supportive demand management measures. Bundling these strategies can reduce emissions in the short term and generate even higher emissions savings in the long term (*robust evidence, high agreement*). [12.5]

**Successful implementation of mitigation strategies at local scales requires that there be in place the institutional capacity and political will to align the right policy instruments to specific spatial planning strategies** (*robust evidence, high agreement*). Integrated land-use and transportation planning provides the opportunity to envision and articulate future settlement patterns, backed by zoning ordinances, subdivision regulations, and capital improvements programmes to implement the vision. While smaller scale spatial planning may not have the energy conservation or emissions reduction benefits of larger scale ones, development tends to occur parcel by parcel and urbanized areas are ultimately the products of thousands of individual site-level development and design decisions (*robust evidence, high agreement*). [12.5, 12.6]

**The largest opportunities for future urban GHG emissions reduction are in rapidly urbanizing areas where urban form and infrastructure are not locked-in, but where there are often limited governance, technical, financial, and institutional capacities** (*robust evidence, high agreement*). The bulk of future infrastructure and urban growth is expected in small- to medium-size cities in developing countries, where these capacities are often limited or weak (*robust evidence, high agreement*). [12.4, 12.5, 12.6, 12.7]

**Thousands of cities are undertaking climate action plans, but their aggregate impact on urban emissions is uncertain** (*robust evidence, high agreement*). Local governments and institutions possess unique opportunities to engage in urban mitigation activities and local mitigation efforts have expanded rapidly. However, there

has been little systematic assessment regarding the overall extent to which cities are implementing mitigation policies and emission reduction targets are being achieved, or emissions reduced. Climate action plans include a range of measures across sectors, largely focused on energy efficiency rather than broader land-use planning strategies and cross-sectoral measures to reduce sprawl and promote transit-oriented development. The majority of these targets have been developed for Annex I countries and reflect neither their mitigation potential nor implementation. Few targets have been established for non-Annex I country cities, and it is in these places where reliable city-level GHG emissions inventory may not exist (*robust evidence, high agreement*). [12.6, 12.7, 12.9]

**The feasibility of spatial planning instruments for climate change mitigation is highly dependent on a city's financial and governance capability** (*robust evidence, high agreement*). Drivers of urban GHG emissions are interrelated and can be addressed by a number of regulatory, management, and market-based instruments. Many of these instruments are applicable to cities in both developed and developing countries, but the degree to which they can be implemented varies. In addition, each instrument varies in its potential to generate public revenues or require government expenditures, and the administrative scale at which it can be applied. A bundling of instruments and a high level of coordination across institutions can increase the likelihood of achieving emissions reductions and avoiding unintended outcomes (*robust evidence, high agreement*). [12.6, 12.7]

**For designing and implementing climate policies effectively, institutional arrangements, governance mechanisms, and financial resources should be aligned with the goals of reducing urban GHG emissions** (*robust evidence, high agreement*). These goals will reflect the specific challenges facing individual cities and local governments. The following have been identified as key factors: (1) institutional arrangements that facilitate the integration of mitigation with other high-priority urban agendas; (2) a multilevel governance context that empowers cities to promote urban transformations; (3) spatial planning competencies and political will to support integrated land-use and transportation planning; and (4) sufficient financial flows and incentives to adequately support mitigation strategies (*robust evidence, high agreement*). [12.6, 12.7]

**Successful implementation of urban climate change mitigation strategies can provide co-benefits** (*robust evidence, high agreement*). Urban areas throughout the world continue to struggle with challenges, including ensuring access to energy, limiting air and water pollution, and maintaining employment opportunities and competitiveness. Action on urban-scale mitigation often depends on the ability to relate climate change mitigation efforts to local co-benefits. The co-benefits of local climate change mitigation can include public savings, air quality and associated health benefits, and productivity increases in urban centres, providing additional motivation for undertaking mitigation activities (*robust evidence, high agreement*). [12.5, 12.6, 12.7, 12.8]

This assessment highlights a number of key knowledge gaps. First, there is lack of consistent and comparable emissions data at local scales, making it particularly challenging to assess the urban share of global GHG emissions as well as develop urbanization typologies and their emissions pathways. Second, there is little scientific understanding of the magnitude of the emissions reduction from altering urban form, and the emissions savings from integrated infrastructure and land use planning. Third, there is a lack of consistency and thus comparability on local emissions accounting methods, making cross-city comparisons of emissions or climate action plans difficult. Fourth, there are few evaluations of urban climate action plans and their effectiveness. Fifth, there is lack of scientific understanding of how cities can prioritize mitigation strategies, local actions, investments, and policy responses that are locally relevant. Sixth, there are large uncertainties about future urbanization trajectories, although urban form and infrastructure will play large roles in determining emissions pathways. [12.9]

# 12.1   Introduction

Urbanization is a global phenomenon that is transforming human settlements. The shift from primarily rural to more urban societies is evident through the transformation of places, populations, economies, and the built environment. In each of these dimensions, urbanization is unprecedented for its speed and scale: massive urbanization is a megatrend of the 21st century. With disorienting speed, villages and towns are being absorbed by, or coalescing into, larger urban conurbations and agglomerations. This rapid transformation is occurring throughout the world, and in many places it is accelerating.

Today, more than half of the global population is urban, compared to only 13 % in 1900 (UN DESA, 2012). There are nearly 1,000 urban agglomerations with populations of 500,000 or more, three-quarters of which are in developing countries (UN DESA, 2012). By 2050, the global urban population is expected to increase between 2.5 to 3 billion, corresponding to 64 % to 69 % of the world population (Grubler et al., 2007; IIASA, 2009; UN DESA, 2012). Put differently, each week the urban population is increasing by approximately 1.3 million.

Future trends in the levels, patterns, and regional variation of urbanization will be significantly different from those of the past. Most of the urban population growth will take place in small- to medium-sized urban areas. Nearly all of the future population growth will be absorbed by urban areas in developing countries (IIASA, 2009; UN DESA, 2012). In many developing countries, infrastructure and urban growth will be greatest, but technical capacities are limited, and governance, financial, and economic institutional capacities are weak (Bräutigam and Knack, 2004; Rodrik et al., 2004). The kinds of towns, cities, and urban agglomerations that ultimately emerge over the coming decades will have a critical impact on energy use and carbon emissions.

The Fourth Assessment Report (AR4) of the Intergovernmental Panel on Climate Change (IPCC) did not have a chapter on human settlements or urban areas. Urban areas were addressed through the lens of individual sector chapters. Since the publication of AR4, there has been a growing recognition of the significant contribution of urban areas to GHG emissions, their potential role in mitigating them, and a multi-fold increase in the corresponding scientific literature. This chapter provides an assessment of this literature and the key mitigation options that are available at the local level. The majority of this literature has focused on urban areas and cities in developed countries. With the exception of China, there are few studies on the mitigation potential or GHG emissions of urban areas in developing countries. This assessment reflects these geographic limitations in the published literature.

Urbanization is a process that involves simultaneous transitions and transformations across multiple dimensions, including demographic, economic, and physical changes in the landscape. Each of these dimensions presents indicators and definitions of urbanization. The chapter begins with a brief discussion of the multiple dimensions and definitions of urbanization, including implications for GHG emissions accounting, and then continues with an assessment of historical, current, and future trends across different dimensions of urbanization in the context of GHG emissions (12.2). It then discusses GHG accounting approaches and challenges specific to urban areas and human settlements.

In Section 12.3, the chapter assesses the drivers of urban GHG emissions in a systemic fashion, and examines the impacts of drivers on individuals sectors as well as the interaction and interdependence of drivers. In this section, the relative magnitude of each driver's impact on urban GHG emissions is discussed both qualitatively and quantitatively, and provides the context for a more detailed assessment of how urban form and infrastructure affect urban GHG emissions (12.4). Here, the section discusses the individual urban form drivers such as density, connectivity, and land use mix, as well as their interactions with each other. Section 12.4 also examines the links between infrastructure and urban form, as well as their combined and interacting effects on GHG emissions.

Section 12.5 identifies spatial planning strategies and policy instruments that can affect multiple drivers, and Section 12.6 examines the institutional, governance, and financial requirements to implement such policies. Of particular importance with regard to mitigation potential at the urban or local scale is a discussion of the geographic and administrative scales for which policies are implemented, overlapping, and/or in conflict. The chapter then identifies the scale and range of mitigation actions currently planned and/or implemented by local governments, and assesses the evidence of successful implementation of the plans, as well as barriers to further implementation (12.7). Next, the chapter discusses major co-benefits and adverse side-effects of mitigation at the local scale, including opportunities for sustainable development (12.8). The chapter concludes with a discussion of the major gaps in knowledge with respect to mitigation of climate change in urban areas (12.9).

12

## 12.2 Human settlements and GHG emissions

This section assesses past, current, and future trends in human settlements in the context of GHG emissions. It aims to provide a multidimensional perspective on the scale of the urbanization process. This section includes a discussion of the development trends of urban areas, including population size, land use, and density. Section 12.2.1 outlines historic urbanization dynamics in multiple dimensions as drivers of GHG emissions. Section 12.2.2 focuses on current GHG emissions. Finally, Section 12.2.3 assesses future scenarios of urbanization in order to frame the GHG emissions challenges to come.

### 12.2.1 The role of cities and urban areas in energy use and GHG emissions

Worldwide, 3.3 billion people live in rural areas, the majority of whom, about 92 %, live in rural areas in developing countries (UN DESA, 2012). In general, rural populations have lower per capita energy consumption compared with urban populations in developing countries (IEA, 2008). Globally, 32 % of the rural population lack access to electricity and other modern energy sources, compared to only 5.3 % of the urban population (IEA, 2010). Hence, energy use and GHG emissions from human settlements is mainly from urban areas rather than rural areas, and the role of cities and urban areas in global climate change has become increasingly important over time.

Table 12.1 | Arithmetic growth of human settlement classes for five periods between 1950–2050. Number of human settlements by size class at four points in time.

| Population | Average annual growth [%] | | | | | Number of cities | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1950–1970 | 1970–1990 | 1990–2010 | 1950–2010 | 2010–2050 | 1950 | 1970 | 1990 | 2010 |
| 10,000,000 and more | 2.60 | 6.72 | 4.11 | 4.46 | 2.13 | 2 | 2 | 10 | 23 |
| 5,000,000—10,000,000 | 7.55 | 1.34 | 2.53 | 3.77 | 1.22 | 4 | 15 | 19 | 38 |
| 1,000,000—5,000,000 | 3.27 | 3.17 | 2.70 | 3.05 | 1.36 | 69 | 128 | 237 | 388 |
| 100,000–1,000,000 | 2.86 | 2.48 | 1.87 | 2.40 | 0.70 | | | | |
| Less than 100,000 | 2.54 | 2.37 | 1.71 | 2.21 | 1.95 | | Not Available | | |
| Rural | 1.38 | 1.23 | 0.61 | 1.07 | -0.50 | | | | |

Source: (UN DESA, 2012).

### Box 12.1 | What is urban? The system boundary problem

Any empirical analysis of urban and rural areas, as well as human settlements, requires clear delineation of physical boundaries. However, it is not a trivial or unambiguous task to determine where a city, an urban area, or human settlement physically begins and ends. In the literature, there are a number of methods to establish the boundaries of a city or urban area (Elliot, 1987; Buisseret, 1998; Churchill, 2004). Three common types of boundaries include:

1. **Administrative boundaries**, which refer to the territorial or political boundaries of a city (Hartshorne, 1933; Aguilar and Ward, 2003).
2. **Functional boundaries**, which are delineated according to connections or interactions between areas, such as economic activity, per capita income, or commuting zone (Brown and Holmes, 1971; Douglass, 2000; Hidle et al., 2009).
3. **Morphological boundaries**, which are based on the form or structure of land use, land cover, or the built environment.

This is the dominant approach when satellite images are used to delineate urban areas (Benediktsson et al., 2003; Rashed et al., 2003).

What approach is chosen will often depend on the particular research question under consideration. The choice of the physical boundaries can have a substantial influence on the results of the analysis. For example, the Global Energy Assessment (GEA) (GEA, 2012) estimates global urban energy consumption between 180–250 EJ/yr depending on the particular choice of the physical delineation between rural and urban areas. Similarly, depending on the choice of different administrative, morphological, and functional boundaries, between 37 % and 86 % in buildings and industry, and 37 % to 77 % of mobile diesel and gasoline consumption can be attributed in urban areas (Parshall et al., 2010). Thus any empirical evidence presented in this chapter is dependent on the particular boundary choice made in the respective analysis.

Urbanization involves change across multiple dimensions and accordingly is defined differently by different disciplines. Demographers define urbanization as a demographic transition that involves a population becoming urbanized through the increase in the urban proportion of the total population (Montgomery, 2008; Dorélien et al., 2013). Geographers and planners describe urbanization as a land change process that includes the expansion of the urban land cover and growth in built-up areas and infrastructure (Berry et al., 1970; Blanco et al., 2011; Seto et al., 2011). Economists characterize urbanization as a structural shift from primary economic activities such as agriculture and forestry to manufacturing and services (Davis and Henderson, 2003; Henderson, 2003). Sociologists, political scientists, and other social scientists describe urbanization as cultural change, including change in social interactions and the growing complexity of political, social, and economic institutions (Weber, 1966; Berry, 1973). The next sections describe urbanization trends across the first three of these four dimensions and point to the increasing and unprecedented speed and scale of urbanization.

#### 12.2.1.1    Urban population dynamics

In the absence of any other independent data source with global coverage, assessments of historic urban and rural population are commonly based on statistics provided by the United Nations Department for Economic and Social Affairs (UN DESA). The *World Urbanization Prospects* is published every two years by UN DESA and provides projections of key demographic and urbanization indicators for all countries in the world. Even within this dataset, there is no single definition of urban or rural areas that is uniformly applied across the data. Rather, each country develops its own definition of urban, often based on a combination of population size or density, and other criteria such as the percentage of population not employed in agriculture; the availability of electricity, piped water, or other infrastructure; and characteristics of the built environment such as dwellings and built structures (UN DESA, 2012). The large variation in criteria gives rise to significant differences in national definitions. However, the underlying variations in the data do not seriously affect an assessment of urbanization dynamics as long as the national definitions are sufficiently consistent over time (GEA, 2012; UN DESA, 2012). Irrespective of definition, the underlying assumption in all the definitions is that urban areas provide a higher standard of living than rural areas (UN DESA, 2013). A comprehensive assessment of urban and rural population dynamics is provided in the Global Energy Assessment (2012). Here, only key developments are briefly summarized.

For most of human history, the world population mostly lived in rural areas and in small urban settlements, and growth in global urban population occurred slowly. In 1800, when the world population was around one billion, only 3% of the total population lived in urban areas and only one city—Beijing—had had a population greater than one million (Davis, 1955; Chandler, 1987; Satterthwaite, 2007). Over the next one hundred years, the global share of urban population







**Figure 12.1 |** Urban population as percentage of regional and world populations and in absolute numbers for RC5 regions (see Annex II.2), 1950–2010 Source: UN DESA (2012).

increased to 13 % in 1900. The second half of the 20th century experienced rapid urbanization. The proportion of world urban population increased from 13 % in 1900, to 29 % in 1950, and to 52 % in 2011 (UN DESA, 2012). In 1960, the world reached a milestone when global urban population surpassed one billion (UN DESA, 2012). Although it took all previous human history to 1960 to reach one billion urban dwellers, it took only additional 26 years to reach two billion (Seto et al., 2010). Since then, the time interval to add an additional one billion urban dwellers is decreasing, and by approximately 2030, the world urban population will increase by one billion every 13 years (Seto et al., 2010). Today, approximately 52 % of the global population, or 3.6 billion, are estimated to live in urban areas (UN DESA, 2012).

While urbanization has been occurring in all major regions of the world (Table 12.1) since 1950, there is great variability in urban transitions across regions and settlement types. This variability is shaped by multiple factors, including history (Melosi, 2000), migration patterns (Harris and Todaro, 1970; Keyfitz, 1980; Chen et al., 1998), technological development (Tarr, 1984), culture (Wirth, 1938; Inglehart, 1997), governance institutions (National Research Council, 2003), as well as environmental factors such as the availability of energy (Jones, 2004; Dredge, 2008). Together, these factors partially account for the large variations in urbanization levels across regions.

Urbanization rates in developed regions are high, between 73 % in Europe to 89 % in North America, compared to 45 % in Asia and 40 % in Africa (UN DESA, 2012). The majority of urbanization in the future is expected to take place primarily in Africa and Asia, and will occur at lower levels of economic development than the urban transitions that occurred in Europe and North America. While its urbanization rate is still lower than that of Europe and the Americas, the urban population in Asia increased by 2.3 billion between 1950 and 2010 (Figure 12.1).

Overall, urbanization has led to the growth of cities of all sizes (Figure 12.2). Although mega-cities (those with populations of 10 million or greater) receive a lot of attention in the literature, urban population growth has been dominated by cities of smaller sizes. About one-third of the growth in urban population between 1950 and 2010 (1.16 billion) occurred in settlements with populations fewer than 100 thousand. Currently, approximately 10 % of the 3.6 billion urban dwellers live in mega-cities of 10 million or greater (UN DESA, 2012). Within regions and countries, there are large variations in development levels, urbanization processes, and urban transitions. While the dominant global urbanization trend is growth, some regions are experiencing significant urban population declines. Urban shrinkage is not a new phenomenon, and most cities undergo cycles of growth and decline, which is argued to correspond to waves of economic growth and recession (Kondratieff and Stolper, 1935). There are few systematic analyses on the scale and prevalence of shrinking cities (UN-Habitat, 2008). A recent assessment by the United Nations (UN) (UN DESA, 2012) indicates that about 11 % of 3,552 cities with populations of 100,000 or more in 2005 experienced total population declines of 10.4 million between 1990 and 2005. These 'shrinking cities' are distributed globally but concentrated mainly in Eastern Europe (Bontje, 2005; Bernt, 2009) and the rust belt in the United States (Martinez-Fernandez et al., 2012), where de-urbanization is strongly tied with de-industrialization.



**Figure 12.2 |** Population by settlement size using historical (1950–2010) and projected data to 2050. Source: UN DESA (2010), Grubler et al. (2012). Note: rounded population percentages displayed across size classes sum do not sum to 100 % for year 2010 due to rounding. Urbanization results in not only in growth in urban population, but also changes in household structures and dynamics. As societies industrialize and urbanize, there is often a decline in household size, as traditional complex households become more simple and less extended (Bongaarts, 2001; Jiang and O'Neill, 2007; O'Neill et al., 2010). This trend has been observed in Europe and North America, where household size has declined from between four to six in the mid 1800s to between two and three today (Bongaarts, 2001).

#### 12.2.1.2    Urban land use

Another key dimension of urbanization is the increase in built-up area and urban land cover. Worldwide, urban land cover occupies a small fraction of global land surface, with estimates ranging between 0.28 to 3.5 million km$^2$, or between 0.2% to 2.7% of ice free terrestrial land (Schneider et al., 2009). Although the urban share of global land cover is negligible, urban land use at the local scale shows trends of declining densities and outward expansion.

Analyses of 120 global cities show significant variation in densities across world regions, but the dominant trend is one of declining built-up and population densities across all income levels and city sizes (Figure 12.3) (Angel et al., 2010). For this sample of cities, built-up area densities have declined significantly between 1990 and 2000, at an average annual rate of 2.0±0.4% (Angel et al., 2010). On average, urban population densities are four times higher in low-income countries (11,850 persons/km$^2$ in 2000) than in high-income countries (2,855 persons/km$^2$ in 2000). Urban areas in Asia experienced the largest decline in population densities during the 1990s. Urban population densities in East Asia and Southeast Asia declined 4.9% and 4.2%, respectively, between 1990 and 2000 (World Bank, 2005). These urban population densities are still higher than those in Europe, North America, and Australia, where densities are on average 2,835 persons/km$^2$. As the urban transition continues in Asia and Africa, it is expected that their urban population densities will continue to decline. Although urban population densities are decreasing, the amount of built-up area per person is increasing (Seto et al., 2010; Angel et al., 2011). A meta-analysis of 326 studies using satellite data shows a minimum global increase in urban land area of 58,000km$^2$ between 1970 and 2000, or roughly 9% of the 2000 urban extent (Seto et al., 2011). At current rates of declining densities among developing country cities, a doubling of the urban population over the next 30 years will require a tripling of built-up areas (Angel et al., 2010). For a discussion on drivers of declining densities, see Box 12.4.

#### 12.2.1.3    Urban economies and GDP

Urban areas are engines of economic activities and growth. Further, the transition from a largely agrarian and rural society to an industrial and consumption-based society is largely coincident with a country's level of industrialization and economic development (Tisdale, 1942; Jones, 2004), and reflects changes in the relative share of GDP by both sector and the proportion of the labour force employed in these sectors (Satterthwaite, 2007; World Bank, 2009). The concentration and scale of people, activities, and resources in urban areas fosters economic growth (Henderson et al., 1995; Fujita and Thisse, 1996; Duranton and Puga, 2004; Puga, 2010), innovation (Feldman and Audretsch, 1999; Bettencourt et al., 2007; Arbesman et al., 2009), and an increase of economic and resource use efficiencies (Kahn, 2009; Glaeser and Kahn, 2010). The agglomeration economies made possible by the concentration of individuals and firms make cities ideal settings for innovation,

job, and wealth creation (Rosenthal and Strange, 2004; Carlino et al., 2007; Knudsen et al., 2008; Puga, 2010).

A precise estimate of the contribution of all urban areas to global GDP is not available. However, a downscaling of global GDP during the Global Energy Assessment (Grubler et al., 2007; GEA, 2012) showed that urban areas contribute about 80% of global GDP. Other studies show that urban economies generate more than 90% of global gross value (Gutman, 2007; United Nations, 2011). In OECD countries, more than 80% of the patents filed are in cities (OECD, 2006a). Not many cities report city-level GDP but recent attempts have been made by the Metropolitan Policy Program of the Brookings Institute, PriceWaterhouseCoopers (PWC), and the McKinsey Global Institute to provide such estimates. The PWC report shows that key 27 key global cities[1] accounted for 8% of world GDP for 2012 but only 2.5% of the global population (PwC and Partnership for New York City, 2012).

In a compilation by UN-Habitat, big cities are shown to have disproportionately high share of national GDP compared to their population (UN-Habitat, 2012). The importance of big cities is further underscored in a recent report that shows that 600 cities contained 60% of global GDP in 2007 (McKinsey Global Institute, 2011). This same report shows that the largest 380 cities in developed countries account for half of the global GDP. More than 20% of global GDP comes from 190 North American cities alone (McKinsey Global Institute, 2011). In contrast, the 220 largest cities in developing countries contribute to only 10% global of GDP, while 23 global megacities generated 14% of global GDP in 2007. The prevalence of economic concentration in big cities highlights their importance but does not undermine the role of small and medium size cities. Although top-down and bottom-up estimates suggest a large urban contribution to global GDP, challenges remain in estimating the size of this, given large uncertainties in the downscaled GDP, incomplete urban coverage, sample bias, methodological ambiguities, and limitations of the city-based estimations in the existing studies.

### 12.2.2    GHG emission estimates from human settlements

Most of the literature on human settlements and climate change is rather recent.[2] Since AR4, there has been a considerable growth in scientific evidence on energy consumption and GHG emissions from human settlements. However, there are very few studies that have examined the contribution of all urban areas to global GHG emissions.

---

[1]    Paris, Hong Kong, Sydney, San Francisco, Singapore, Toronto, Berlin, Stockholm, London, Chicago, Los Angeles, New York, Tokyo, Abu Dhabi, Madrid, Kuala Lumpur, Milan, Moscow, São Paulo, Beijing, Buenos Aires, Johannesburg, Mexico City, Shanghai, Seoul, Istanbul, and Mumbai.

[2]    A search on the ISI Web of Science database for keywords "urban AND climate change" for the years 1900–2007 yielded over 700 English language publications. The same search for the period from 2007 to present yielded nearly 2800 English language publications.



**Figure 12.3 |** Left: Average annual percent change in density between 1990 and 2010 (light blue). Right: Average built-up area per person (m²) in 1990 (yellow) and 2000 (blue). Data from 120 cities. Source: Angel et al. (2005).

The few studies that do exist will be discussed in Section 12.2.2.1. In contrast, a larger number of studies have quantified GHG emissions for individual cities and other human settlements. These will be assessed in Section 12.2.2.2.

### 12.2.2.1    Estimates of the urban share of global emissions

There are very few studies that estimate the relative urban and rural shares of global GHG emissions. One challenge is that of boundary definitions and delineation: it is difficult to consistently define and delineate rural and urban areas globally (see Box 12.1). Another challenge is that of severe data constraints about GHG emissions. There is no comprehensive statistical database on urban or rural GHG emissions. Available global estimates of urban and rural emission shares are either derived bottom-up or top-down. Bottom-up, or up-scaling studies, use a representative sample of estimates from regions or countries and scale these up to develop world totals (see IEA, 2008). Top-down studies use global or national datasets and downscale these to local grid cells. Urban and rural emissions contributions are then estimated based on additional spatial information such as the extent of urban areas or the location of emission point sources (GEA, 2012). In the absence of a more substantive body of evidence, large uncertainties remain surrounding the estimates and their sensitivities (Grubler et al., 2012).

The *World Energy Outlook 2008* estimates urban energy related $CO_2$ emissions at 19.8 Gt, or 71% of the global total for the year 2006 (IEA, 2008). This corresponds to 330 EJ of primary energy, of which urban final energy use is estimated to be at 222 EJ. The Global Energy Assessment provides a range of final urban energy use between 180 and 250 EJ with a central estimate of 240 EJ for the year 2005. This is equivalent to an urban share between 56% and 78% (central estimate, 76%) of global final energy use. Converting the GEA estimates on urban final energy (Grubler et al., 2012) into $CO_2$ emissions (see Methodology and Metrics Annex) results in global urban energy related $CO_2$ emissions of 8.8—14.3 Gt (central estimate, 12.5Gt) which is between 53% and 87% (central estimate, 76%) of $CO_2$ emissions from global final energy use and between 30% and 56% (central estimate, 43%) of global primary energy related $CO_2$ emissions ($CO_2$ includes flaring and cement emissions which are small). Urban $CO_2$ emission estimates refer to commercial final energy fuel use only and exclude upstream emissions from energy conversion.

Aside from these global assessments, there is only one attempt in the literature to estimate the total GHG ($CO_2$, $CH_4$, $N_2O$ and $SF_6$) contribution of urban areas globally (Marcotullio et al., 2013). Estimates are provided in ranges where the lower end provides an estimate of the direct emissions from urban areas only and the higher end provides an estimate that assigns all emissions from electricity consumption to the consuming (urban) areas. Using this methodology, the estimated total GHG emission contribution of all urban areas is lower than other approaches, and ranges from 12.8 $GtCO_{2eq}$ to 16.9 $GtCO_{2eq}$, or between 37% and 49% of global GHG emissions in the year 2000.

The estimated urban share of energy related $CO_2$ emissions in 2000 is slightly lower than the GEA and IEA estimate, at 72% using Scope 2 accounting and 44% using Scope 1 accounting (see Figure 12.4). The urban GHG emissions ($CO_2$, $N_2O$, $CH_4$, and $SF_6$) from the energy share of total energy GHGs is between 42% and 66%. Hence, while the sparse evidence available suggests that urban areas dominate final energy consumption and associated $CO_2$ emissions, the contribution to total global GHG emissions may be more modest as the large majority of $CO_2$ emissions from land-use change, $N_2O$ emissions, and $CH_4$ emissions take place outside urban areas.



**Figure 12.4 |** Estimates of urban $CO_2$ emissions shares of total emissions across world regions. Grubler et al. (2012) estimates are based on estimates of final urban and total final energy use in 2005. Marcotullio et al. (2013) estimates are based on emissions attributed to urban areas as share of regional totals reported by EDGAR. Scope 2 emissions allocate all emissions from thermal power plants to urban areas.

Figure 12.4 shows $CO_2$ estimates derived from Grubler et al. (2012) and Marcotullio et al. (2013). It highlights that there are large variations in the share of urban $CO_2$ emissions across world regions. For example, urban emission shares of final energy related $CO_2$ emissions range from 58 % in China and Central Pacific Asia to 86 % in North America. Ranges are from 31 % to 57 % in South Asia, if urban final energy related $CO_2$ emissions are taken relative to primary energy related $CO_2$ emissions in the respective region.

Although differences in definitions make it challenging to compare across regional studies, there is consistent evidence that large variations exist (Parshall et al., 2010; Marcotullio et al., 2011, 2012). For example, the International Energy Agency (IEA) (2008) estimates of the urban primary energy related $CO_2$ emission shares are 69 % for the EU (69 % for primary energy), 80 % for the United States (85 % for primary energy, see also (Parshall et al., 2010), and 86 % for China (75 % for primary energy, see also Dhakal, 2009). Marcotullio et al. (2013) highlight that non-energy related sectors can lead to substantially different urban emissions shares under consideration of a broader selection of greenhouse gases ($CO_2$, $CH_4$, $N_2O$, $SF_6$). For example, while Africa tends to have a high urban $CO_2$ emissions share (64 %–74 %) in terms of energy related $CO_2$ emissions, the overall contribution of urban areas across all sectors and gases is estimated to range between 21 % and 30 % of all emissions (Marcotullio et al., 2013).

#### 12.2.2.2    Emissions accounting for human settlements

Whereas the previous section discussed the urban proportion of total global emissions, this section assesses emissions accounting methods for human settlements. A variety of emission estimates have been published by different research groups in the scientific literature (e.g.,Ramaswami et al., 2008; Kennedy et al., 2009, 2011; Dhakal, 2009; World Bank, 2010; Hillman and Ramaswami, 2010; Glaeser and Kahn, 2010; Sovacool and Brown, 2010; Heinonen and Junnila, 2011a, c; Hoornweg et al., 2011; Chavez and Ramaswami, 2011; Chavez et al., 2012; Grubler et al., 2012; Yu et al., 2012; Chong et al., 2012). The estimates of GHG emissions and energy consumption for human settlements are very diverse. Comparable estimates are usually only available across small samples of human settlements, which currently limit the insights that can be gained from an assessment of these estimates. The limited number of comparable estimates is rooted in the absence of commonly accepted GHG accounting standards and a lack of transparency over data availabilities, as well as choices that have been made in the compilation of particular estimates:

* **Choice of physical urban boundaries.** Human settlements are open systems with porous boundaries. Depending on how physical boundaries are defined, estimates of energy consumption and GHG emissions can vary significantly (see Box 12.1).

* **Choice of accounting approach/reporting scopes.** There is widespread acknowledgement in the literature for the need to

report beyond the direct GHG emissions released from within a settlement's territory. Complementary accounting approaches have therefore been proposed to characterize different aspects of the GHG performance of human settlements (see Box 12.2). Cities and other human settlements are increasingly adopting dual approaches (Baynes et al., 2011; Ramaswami et al., 2011; ICLEI et al., 2012; Carbon Disclosure Project, 2013; Chavez and Ramaswami, 2013).

* **Choice of calculation methods.** There are differences in the methods used for calculating emissions, including differences in emission factors used, methods for imputing missing data, and methods for calculating indirect emissions (Heijungs and Suh, 2010; Ibrahim et al., 2012).

A number of organizations have started working towards standardization protocols for emissions accounting (Carney et al., 2009; ICLEI, 2009; Covenant of Mayors, 2010; UNEP et al., 2010; Arikan, 2011). Further progress has been achieved recently when several key efforts joined forces to create a more broadly supported reporting framework (ICLEI et al., 2012). Ibrahim et al. (2012) show that the differences across reporting standards explains significant cross-sectional variability in reported emission estimates. However, while high degrees of cross-sectional comparability are crucial in order to gain further insight into the emission patterns of human settlements across the world, many applications at the settlement level do not require this. Cities and other localities often compile these data to track their own performance in reducing energy consumption and/or greenhouse gas emissions (see Section 12.7). This makes a substantial body of evidence difficult to use for scientific inquiries.

Beyond the restricted comparability of the available GHG estimates, six other limitations of the available literature remain. First, the growth in publications is restricted to the analysis of energy consumption and GHG emissions from a limited set of comparable emission estimates. New estimates do not emerge at the same pace. Second, available evidence is particularly scarce for medium and small cities as well as rural settlements (Grubler et al., 2012). Third, there is a regional bias in the evidence. Most studies focus on emissions from cities in developed countries with limited evidence from a few large cities in the developing world (Kennedy et al., 2009, 2011; Hoornweg et al., 2011; Sugar et al., 2012). Much of the most recent literature provides Chinese evidence (Dhakal, 2009; Ru et al., 2010; Chun et al., 2011; Wang et al., 2012a, b; Chong et al., 2012; Yu et al., 2012; Guo et al., 2013; Lin et al., 2013; Vause et al., 2013; Lu et al., 2013), but only limited new emission estimates are emerging from that. Evidence on human settlements in least developed countries is almost non-existent with some notable exceptions in the non peer-reviewed literature (Lwasa, 2013). Fourth, most of the available emission estimates are focusing on energy related $CO_2$ rather than all GHG emissions. Fifth, while there is a considerable amount of evidence for territorial emissions, studies that include Scope 2 and 3 emission components are growing but remain limited (Ramaswami et al., 2008, 2012b; Kennedy et al.,

**Box 12.2 | Emission accounting at the local scale**

Three broad approaches have emerged for GHG emissions accounting for human settlements, each of which uses different boundaries and units of analysis.

**1) Territorial or production-based emissions accounting** includes all GHG emissions from activities within a city or settlement's territory (see Box 12.1). This is also referred to as Scope 1 accounting (Kennedy et al., 2010; ICLEI et al., 2012). Territorial emissions accounting is, for example, commonly applied by national statistical offices and used by countries under the United Nations Framework Convention on Climate Change (UNFCCC) for emission reporting (Ganson, 2008; DeShazo and Matute, 2012; ICLEI et al., 2012).

However, human settlements are typically smaller than the infrastructure in which they are embedded, and important emission sources may therefore be located outside the city's territorial boundary. Moreover, human settlements trade goods and services that are often produced in one settlement but are consumed elsewhere, thus creating GHG emissions at different geographic locations associated with the production process of these consumable items. Two further approaches have thus been developed in the literature, as noted below.

**2) Territorial plus supply chain accounting approaches** start with territorial emissions and then add a well defined set of indirect emissions which take place outside the settlement's territory. These include indirect emissions from (1) the consumption of purchased electricity, heat and steam (Scope 2 emissions), and (2) any other activity (Scope 3 emissions). The simplest and most frequently used territorial plus supply chain accounting approach includes Scope 2 emissions (Hillman and Ramaswami, 2010; Kennedy et al., 2010; Baynes et al., 2011; ICLEI et al., 2012).

**3) Consumption-based accounting approaches** include all direct and indirect emissions from final consumption activities associated with the settlement, which usually include consumption by residents and government (Larsen and Hertwich, 2009, 2010a, b; Heinonen and Junnila, 2011a, b; Jones and Kammen, 2011; Minx et al., 2013). This approach excludes all emissions from the production of exports in the settlement territory and includes all indirect emissions occurring outside the settlement territory in the production of the final consumption items.

2009; Larsen and Hertwich, 2009, 2010a, b; Hillman and Ramaswami, 2010; White et al., 2010; Petsch et al., 2011; Heinonen and Junnila, 2011a, b; Heinonen et al., 2011; Chavez et al., 2012; Paloheimo and Salmi, 2013; Minx et al., 2013). Finally, the comparability of available evidence of GHG emissions at the city scale is usually restricted across studies. There prevails marked differences in terms of the accounting methods, scope of covered sectors, sector definition, greenhouse gas covered, and data sources used (Bader and Bleischwitz, 2009; Kennedy et al., 2010; Chavez and Ramaswami, 2011; Grubler et al., 2012; Ibrahim et al., 2012).

Across cities, existing studies point to a large variation in the magnitude of total and per capita emissions. For this assessment, emission estimates for several hundred individual cities were reviewed. Reported emission estimates for cities and other human settlements in the literature range from 0.5 $tCO_2$/cap to more than 190 $tCO_2$/cap (Carney et al., 2009; Kennedy et al., 2009; Dhakal, 2009; Heinonen and Junnila, 2011a, c; Wright et al., 2011; Sugar et al., 2012; Ibrahim et al., 2012; Ramaswami et al., 2012b; Carbon Disclosure Project, 2013; Chavez and Ramaswami, 2013; Department of Energy & Climate Change, 2013). Local emission inventories in the UK for 2005–2011 show that end use activities and industrial processes of both rural and urban localities vary from below 3 to 190 $tCO_2$/cap and more (Department of Energy & Climate Change, 2013). The total $CO_2$ emissions from end use activities for ten global cities range (reference year ranges 2003–2006) between

4.2 and 21.5 $tCO_2$eq/cap (Kennedy et al., 2009; Sugar et al., 2012), while there is variation reported in GHG estimates from 18 European city regions from 3.5 to 30 $tCO_2$eq/cap in 2005 (Carney et al., 2009).

In many cases, a large part of the observed variability will be related to the underlying drivers of emissions such as urban economic structures (balance of manufacturing versus service sector), local climate and geography, stage of economic development, energy mix, state of public transport, urban form and density, and many others (Carney et al., 2009; Kennedy et al., 2009, 2011; Dhakal, 2009, 2010; Glaeser and Kahn, 2010; Shrestha and Rajbhandari, 2010; Gomi et al., 2010; Parshall et al., 2010; Rosenzweig et al., 2011; Sugar et al., 2012; Grubler et al., 2012; Wiedenhofer et al., 2013). Normalizing aggregate city-level emissions by population therefore does not necessarily result in robust cross-city comparisons, since each city's economic function, trade typology, and imports-exports balance can differ widely. Hence, using different emissions accounting methods can lead to substantial differences in reported emissions (see Figure 12.4). Therefore, understanding differences in accounting approaches is essential in order to draw meaningful conclusions from cross-city comparisons of emissions.

Evidence from developed countries such as the United States, Finland, or the United Kingdom suggests that consumption-based emission estimates for cities and other human settlements tend to be higher than their territorial emissions. However, in some cases,



**Figure 12.5 |** Extended territorial and consumption-based per capita $CO_2$ emissions for 354 urban (yellow/orange/red) and rural (blue) municipalities in England in 2004. The extended territorial $CO_2$ emissions accounts assign $CO_2$ emissions from electricity consumption to each municipality's energy use. The consumption-based carbon footprint accounts assign all emissions from the production of goods and services in the global supply chain to the municipality where final consumption takes place. At the 45° line, per capita extended territorial and consumption-based $CO_2$ emissions are of equal size. Below the 45° line, consumption-based $CO_2$ emission estimates are larger than extended territorial emissions. Above the 45° line, estimates of extended territorial $CO_2$ emissions are larger than consumption-based $CO_2$ emissions. Robust regression lines are shown for the rural (blue) and urban (yellow/orange/red) sub-samples. In the inset, the x-axis shows 10–15 tonnes of $CO_2$ emissions per capita and the y-axis shows 4–16 tonnes of $CO_2$ emissions per capita. Source: Minx et al. (2013).




**Figure 12.6 |** Per capita (direct) total final consumption (TFC) of energy (GJ) versus cumulative population (millions) in urban areas. Source: Grubler et al. (2012).

territorial or extended territorial emission estimates (Scope 1 and Scope 2 emissions) can be substantially higher. This is mainly due to the large fluctuations in territorial emission estimates that are highly dependent on a city's economic structure and trade typology. Consumption-based estimates tend to be more homogenous (see Figure 12.5).

Based on a global sample of 198 cities by the Global Energy Assessment, Grubler et al. (2012) found that two out of three cities in Annex I countries have a lower per capita final energy use than national levels. In contrast, per capita final energy use for more than two out of three cities in non-Annex I countries have higher than national averages (see Figure 12.6). There is not sufficient comparable evidence available for this assessment to confirm this finding for energy related $CO_2$ emissions, but this pattern is suggested by the close relationship between final energy use and energy related $CO_2$ emissions. Individual studies for 35 cities in China, Bangkok, and 10 global cities provide additional evidence of these trends (Dhakal,

2009; Aumnad, 2010; Kennedy et al., 2010; Sovacool and Brown, 2010). Moreover, the literature suggests that differences in per capita energy consumption and $CO_2$ emission patterns of cities in Annex I and non-Annex I countries have converged more than their national emissions (Sovacool and Brown, 2010; Sugar et al., 2012). For consumption-based $CO_2$ emissions, initial evidence suggests that urban areas tend to have much higher emissions than rural areas in non-Annex I countries, but the evidence is limited to a few studies on India and China (Parikh and Shukla, 1995; Guan et al., 2008, 2009; Pachauri and Jiang, 2008; Minx et al., 2011). For Annex I countries, studies suggest that using consumption based $CO_2$ emission accounting, urban areas can, but do not always, have higher emissions than rural settlements (Lenzen et al., 2006; Heinonen and Junnila, 2011c; Minx et al., 2013).

There are only a few downscaled estimates of $CO_2$ emissions from human settlements and urban as well as rural areas, mostly at regional and national scales for the EU, United States, China, and India (Parshall et al., 2010; Raupach et al., 2010; Marcotullio et al., 2011, 2012; Gurney et al., 2012). However, these studies provide little to no representation of intra-urban features and therefore cannot be substitutes for place-based emission studies from cities. Recent studies have begun to combine downscaled estimates of $CO_2$ emissions with local urban energy consumption information to generate fine-scale maps of urban emissions (see Figure 12.7 and Gurney

et al., 2012). Similarly, geographic-demographic approaches have been used for downscaling consumption-based estimates (Druckman and Jackson, 2008; Minx et al., 2013). Such studies may allow more detailed analyses of the drivers of urban energy consumption and emissions in the future.

### 12.2.3 Future trends in urbanization and GHG emissions from human settlements

This section addresses two issues concerning future scenarios of urbanization. It summarizes projected future urbanization dynamics in multiple dimensions. It assesses and contextualizes scenarios of urban population growth, urban expansion, and urban emissions.

#### 12.2.3.1 Dimension 1: Urban population

Worldwide, populations will increasingly live in urban settlements. By the middle of the century, the global urban population is expected to reach between 5.6 to 7.1 billion, with trends growth varying substantially across regions (Table 12.2). While highly urbanized North America, Europe, Oceania, and Latin America will continue to urbanize, the increase in urbanization levels in these regions is relatively small. Urbanization will be much more significant in Asia and Africa where



**Figure 12.7 |** Total fossil fuel emissions of Marion County, Indiana, USA, for the year 2002. Left map: Top-down view with numbered zones. Right four panels: Blow ups of numbered zones. Box height units: Linear. Source: Gurney et al. (2012).

**Table 12.2** | Global urban population in 2050 (mid-year)

| Source | Total Pop. | % | Urban Pop. |
|---|---|---|---|
| | in billions | Urban | in billions |
| IIASA Greenhouse Gas Index, A2R Scenario | 10.245 | 69 | 7.069 |
| World Bank | 9.417 | 67 | 6.308 |
| United Nations | 9.306 | 67 | 6.252 |
| IIASA Greenhouse Gas Index, B2 Scenario | 9.367 | 66 | 6.182 |
| IIASA Greenhouse Gas Index, B1 Scenario | 8.721 | 64 | 5.581 |

Sources: IIASA (2009), UN DESA (2012), World Bank (2013).

the majority of the population is still rural. Urban population growth will also largely occur in the less developed Africa, Asia, and Latin America. The proportion of rural population in the developed regions have declined from about 60 % in 1950 to less than 30 % in 2010, and will continue to decline to less than 20 % by 2050.

Uncertainties in future global urbanization trends are large, due in part to different trajectories in economic development and population growth. While the United Nations Development Programme (UNPD) produces a single urbanization scenario for each country through 2050, studies suggests that urbanization processes in different countries and different periods of time vary remarkably. Moreover, past UN urbanization projections have contained large errors and have tended to overestimate urban growth, especially for countries at low and middle urbanization levels (Bocquier, 2005; Montgomery, 2008; Alkema et al., 2011).

Given these limitations, recent studies have begun to explore a range of urban population growth scenarios. A study undertaken at International Institute for Applied Systems Analysis (IIASA) extrapolates UN scenarios to 2100 and develops three alternative scenarios by making assumptions about long-term maximum urbanization levels (Grubler et al., 2007). However, missing from these scenarios is the full range of uncertainty over the next twenty to thirty years, the period when the majority

of developing countries will undergo significant urban transitions. For instance, variation across different urbanization scenarios before 2030 is negligible (0.3 %) for India and also very small (< 4 %) for China (see Figure 12.8, dashed lines). By 2050, urbanization levels could realistically reach between 38–69 % in India, and 55–78 % in China (O'Neill et al., 2012). In other words, there are large uncertainties in urbanization trajectories for both countries. The *speed* (fast or slow) as well as the *nature* (an increase in industrialization) of urbanization could lead to significant effects on future urban energy use and emissions.

### 12.2.3.2    Dimension 2: Urban land cover

Recently, global forecasts of urban expansion that take into account population and economic factors have become available (Nelson et al., 2010; Angel et al., 2011; Seto et al., 2011, 2012). These studies vary in their baseline urban extent, model inputs, assumptions about future trends in densities, economic and population growth, and modelling methods. They forecast that between 2000 and 2030, urban areas will expand between 0.3 million to 2.3 million km$^2$, corresponding to an increase between 56 % to 310 % (see Table 12.3 and Angel et al., 2011; Seto et al., 2011, 2012). It is important to note that these studies forecast changes in urban land cover (features of Earth's surface) and not changes in the built environment and infrastructure (e.g., buildings, roads). However, these forecasts of urban land cover can be useful to project infrastructure development and associated emissions. Given worldwide trends of declining densities, the zero population density decline scenario and associated urban growth forecast (0.3 million) is unlikely, as is the *Special Report on Emissions Scenarios* (SRES) A1 scenario of very rapid economic growth and a peak in global population mid-century. According to the studies, the most likely scenarios are SRES B2 (Seto et al., 2011), > 75 % probability (Seto et al., 2012), and 2 % decline (Angel et al., 2011), which reduces the range of forecast estimates to between 1.1 to 1.5 million km$^2$ of new urban land. This corresponds to an increase in urban land cover between 110 % to 210 % over the 2000 global urban extent. Hurtt et al. (2011) report




**Figure 12.8** | Projected urban population growth for India and China under fast, central, and slow growth scenarios (left) and associated growth in CO$_2$ emissions (right). Sources: O'Neill et al. (2012), Grubler et al. (2007).

projected land-use transitions including urbanization, out to 2100, for the intended use in Earth System Models (ESMs). However, they do not give a detailed account of the projected urban expansion in different parts of the world.

Depending on the scenario and forecast, 55 % of the total urban land in 2030 is expected to be built in the first three decades of the 21st century. Nearly half of the global growth in urban land cover is forecasted to occur in Asia, and 55 % of the regional growth will take place in China and India (Seto et al., 2012). China's urban land area is expected to expand by almost 220,000 km² by 2030, and account for 18% of the global increase in urban land cover (Seto et al., 2012). These forecasts provide first-order estimates of the likelihood that expansion of urban areas will occur in areas of increasing vulnerability to extreme climate events including floods, storm surges, sea level rise, droughts, and heat waves (see WGII AR5 Chapter 8). Urban expansion and associated land clearing and loss of aboveground biomass carbon in the pan-tropics is expected to be 1.38 PgC between 2000 and 2030, or 0.05 PgC/yr (Seto et al., 2012).

### 12.2.3.3    Dimension 3: GHG emissions

Recent developments in integrated models are beginning to capture the interdependence among urban population, urban land cover, and GHG emissions. Some integrated models have found that changes in urbanization in China and India have a less than proportional effect on aggregate emissions and energy use (O'Neill et al., 2012). These studies find that income effects due to economic growth and urbanization result in household consumption shifts toward cleaner cooking fuels (O'Neill et al., 2012). In India, the urbanization level in 2050 will be 16 percentage points lower under the slow urbanization scenario than under the central scenario, or 15 percentage points higher under the fast scenario than under the central scenario. However, these large differences in potential urbanization levels in India lead to relatively small differences in emissions: 7% between the slow and central urbanization scenarios, and 6% between the fast and central urbanization scenarios (O'Neill et al., 2012). The relatively small effect of urbanization on emissions is likely due to relatively small differences in per capita income between rural and urban areas (O'Neill et al., 2012). In contrast, large differences in per capita income between urban and rural areas in China result in significant differences in household consumption, including for energy (O'Neill et al., 2012). Differences in urbanization pathways also reflect different speeds of transition away from the use of traditional fuels toward modern fuels such as electricity and natural gas (Krey et al., 2012). Slower rates of urbanization result in slower transitions away from traditional to modern fuels (Jiang and O'Neill, 2004; Pachauri and Jiang, 2008). A large share of solid fuels or traditional biomass in the final energy mix can have adverse health impacts due to indoor air pollution (Bailis et al., 2005; Venkataraman et al., 2010).

Accounting for uncertainties in urban population growth, the scenarios show that urbanization as a demographic process does not lead to a

Table 12.3 | Forecasts of global urban land expansion to 2030. Sources: Angel et al. (2011), Seto et al. (2011, 2012).

| Study | Scenario | Projected Urban Expansion to 2030 (km²) | | | | | | | | % of projected urban land in 2030 to be built between 2000–2030 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Urban Land 2000 (km²) | Africa | Asia | Europe | Latin America | North America | Oceania | Total (% increase from 2000) | |
| Seto et al. (2011) | SRES A1 | 726,943 | 107,551 | 1,354,001 | 296,638 | 407,214 | 73,176 | 16,996 | 2,255,576 (310) | 76 |
| | SRES A2 | 726,943 | 113,423 | 702,772 | 162,179 | 122,438 | 49,487 | 15,486 | 1,165,785 (160) | 62 |
| | SRES B1 | 726,943 | 107,551 | 1,238,267 | 232,625 | 230,559 | 86,165 | 18,106 | 1,913,273 (263) | 72 |
| | SRES B2 | 726,943 | 136,419 | 989,198 | 180,265 | 131,016 | 74,572 | 15,334 | 1,526,805 (210) | 68 |
| Seto et al. (2012) | > 75 % probability | 652,825 | 244,475 | 585,475 | 77,575 | 175,075 | 118,175 | 9,700 | 1,210,475 | 65 |
| | | Urban Land 2000 (km²) | Africa | Asia | East Asia and the Pacific | Europe and Japan | Latin America and the Caribbean | Land Rich Developed Countries | Total (% increase from 2000) | |
| Angel et al. (2011) | 0 % density decline | 602,864 | 58,132 | 120,757 | 43,092 | 9,772 | 49,348 | 54,801 | 335,902 (56) | 36 |
| | 1 % density decline | 602,864 | 92,002 | 203,949 | 75,674 | 74,290 | 98,554 | 119,868 | 664,337 (110) | 52 |
| | 2 % density decline | 602,846 | 137,722 | 316,248 | 119,654 | 161,379 | 164,975 | 207,699 | 1,107,677 (184) | 65 |

corresponding growth in emissions and energy use (Figure 12.8b). In China, for example, under the central scenario (similar to UN projections) the country will reach 70 % urban population by 2050 and the total carbon emissions will reach 11 GtC/yr. Under the slow urbanization scenario, the urbanization level is 13 % lower than the central urbanization scenario, but results in emissions that are 9 % lower than under the central urbanization scenario. Similarly, the fast urbanization scenario results in emissions that are 7 % higher than under the central scenario, but with urbanization levels that are 11 % higher.

Studies of the effects of demographic change on GHG emissions come to contradicting conclusions (Dalton et al., 2008; Kronenberg, 2009). Many of the forecasts on urbanization also do not explicitly account for the infrastructure for which there is a separate set of forecasts (Davis et al., 2010; Kennedy and Corfee-Morlot, 2013; Müller et al., 2013) including those developed by the IEA (IEA, 2013) and the Organisation for Economic Co-operation and Development (OECD) (OECD, 2006b, 2007). However these infrastructure forecasts, typically by region or country, do not specify the portion of the forecasted infrastructure in urban areas and other settlements. One study finds that both ageing and urbanization can have substantial impacts on emissions in certain world regions such as the United States, the EU, China, and India. Globally, a 16–29 % reduction in the emissions by 2050 (1.4–2.5 GtC/yr) could be achieved through slowing population growth (O'Neill et al., 2010).

# 12.3   Urban systems: Activities, resources, and performance

How does urbanization influence global or regional CO$_2$ emissions? This section discusses drivers of urban GHG emissions, how they affect different sectors, and their interaction and interdependence. The magnitude of their impact on urban GHG emissions is also discussed qualitatively and quantitatively to provide context for a more detailed assessment of urban form and infrastructure (12.4) and spatial planning (12.5).

## 12.3.1   Overview of drivers of urban GHG emissions

Urban areas and nations share some common drivers of GHG emissions. Other drivers of urban GHG emissions are distinct from national drivers and are locally specific. The previous section discussed important accounting issues that affect the estimation of urban-scale GHG emissions. (For a more comprehensive review, see Kennedy et al., 2009; ICLEI et al., 2012; Ramaswami et al., 2012b; Steinberger and Weisz, 2013). Another characteristic of urban areas is that their physical form and structure in terms of land-use mix and patterns, density, and spatial configuration of infrastructure can strongly influence GHG

emissions (see discussion below and in 12.4). The basic constituent elements of cities such as streets, public spaces, buildings, and their design, placement, and function reflect their socio-political, economic, and technological histories (Kostof, 1992; Morris, 1994; Kostof and Tobias, 1999). Hence, cities often portray features of 'path dependency' (Arthur, 1989), a historical contingency that is compounded by the extent of pre-existing policies and market failures that have lasting impacts on emissions (see Section 12.6 below).

The following sections group and discuss urban GHG emission drivers into four clusters that reflect both the specificity of urban scale emissions as well as their commonality with national-scale drivers of GHG emissions addressed in the other chapters of this assessment:

- Economic geography and income
- Socio-demographic factors
- Technology
- Infrastructure and urban form

**Economic geography** refers to the function of a human settlement within the global hierarchy of places and the international division of labour, as well as the resulting trade flows of raw materials, energy, manufactured goods, and services. Income refers to the scale of economic activity, often expressed through measures of Gross Regional Product (GRP) (i.e., the GDP equivalent at the scale of human settlements), calculated either as an urban (or settlement) total, or normalized on a per capita basis.

**Socio-demographic drivers** of urban GHG emissions include population structure and dynamics (e.g., population size, age distribution, and household characteristics) (O'Neill et al., 2010) as well as cultural norms (e.g., consumption and lifestyle choices) and distributional and equity factors (e.g., access or lack thereof to basic urban infrastructure). Unequal access to housing and electricity is a significant social problem in many rapidly growing cities of the Global South (Grubler and Schulz, 2013) and shapes patterns of urban development. Here, 'technology' refers to macro-level drivers such as the technology of manufacturing and commercial activities. 'Infrastructure' and 'urban form' refer to the patterns and spatial arrangements of land use, transportation systems, and urban design elements (Lynch, 1981; Handy, 1996) and are discussed in greater detail in Section 12.4.

### 12.3.1.1   Emission drivers decomposition via IPAT

Explaining GHG emission growth trends via decomposition analysis is a widely used technique in the scientific literature and within IPCC assessments ever since Kaya (1990). The so-called IPAT identity (for a review, see Chertow, 2000) is a multiplicative identity in which Impacts (e.g., emissions) are described as being the product of Population $x$ Affluence $x$ Technology. First derivatives (growth rates) of the components of this identity become additive, thus allowing a first analysis on the relative weight of different drivers. The IPAT identity is



**Figure 12.9 |** Decomposition of urban-scale $CO_2$ emissions (absolute difference over time period specified (dark blue) and renormalized to index 1 (other colours)) for four Chinese cities 1985 to 2006. Source: Grubler et al. (2012) based on Dhakal (2009). Note the 'economic effect' in the graph corresponds to an income effect as discussed in the text. For comparison, per capita $CO_2$ emissions for these four cities range between 11.7 (Shanghai), 11.1 (Tianjin), 10.1 (Beijing), and 3.7 (Chongqing) t$CO_2$/cap (Hoornweg et al., 2011).

a growth accounting framework and does not lend itself to explaining differences between urban settlements in terms of absolute GHG emission levels and their driving forces (see discussion below).

There is great interest in understanding the drivers of China's urban GHG emissions, which has resulted in a large literature on the decomposition of GHG emissions for Chinese megacities. With approximately 10 tonnes of $CO_2$ per urban capita—three times the national average—China approaches and in some cases, surpasses levels for Annex-I countries and cities (Dhakal, 2009). Studies have used national emission inventory methods following the IPCC/OECD guidelines (Dhakal, 2009; Chong et al., 2012) or input-output techniques (Wang et al., 2013) and thus have used both production and consumption accounting perspectives. Studies have also gone beyond the simple IPAT accounting framework, such as using index decomposition (Donglan et al., 2010). Together, these studies show considerable variation in per capita GHG emissions across Chinese cities (see, for example, Figure 12.9). Although the relative contribution of different drivers of emissions varies across cities and time periods, one study of several Chinese cities found that income is the most important driver of increases in urban carbon emissions, far surpassing population growth, with improvements in energy efficiency serving as a critical counterbalancing factor to income

growth (Dhakal, 2009). The importance of economic growth as a driver of urban $CO_2$ emissions in China has been consistently corroborated in other studies, including those that examine relatively smaller cities and with the use of alternative types of data and methods (Li et al., 2010; Liu et al., 2012; Chong et al., 2012; Jiang and Lin, 2012).

However, the evidence on whether the gains in efficiency can counterbalance the scale of infrastructure construction and income growth in China is less conclusive. Several studies implemented at different spatial scales have found that the scale of urbanization and associated consumption growth in China have outpaced gains from improvements in efficiency (Peters et al., 2007; Feng et al., 2012; Güneralp and Seto, 2012). Other studies have found that improvements in efficiency offset the increase in consumption (Liu et al., 2007; Zhang et al., 2009; Minx et al., 2011).

The literature on drivers of urban GHG emissions in other non-Annex I countries is more sparse, often focusing on emission drivers at the sectoral level such as transport (Mraihi et al., 2013) or household energy use (Ekholm et al., 2010). In these sectoral studies, income and other factors (that are highly correlated with income) such as vehicle ownership and household discount rates, are also shown as important determining variables.

943

Decomposition analyses are available for cities in the United States (Glaeser and Kahn, 2010), the UK (Minx et al., 2013), Japan (Makido et al., 2012), and Australia (Wiedenhofer et al., 2013). These studies show that income is an important driver of urban GHG emissions. Studies using more disaggregated emission accounts complement these findings by also identifying other significant influencing factors including automobile dependence, household size, and education (Minx et al., 2013) or additional variables such as climate represented by heating- or cooling-degree days (Wiedenhofer et al., 2013). The latter two studies are of particular interest as they provide an in-depth analysis of the determining variables of urban GHG emissions using both production and consumption-based accounting approaches. In both accounting approaches, income emerges as an important determinant of urban GHG emissions.

### 12.3.1.2    Interdependence between drivers

The drivers outlined above vary in their ability to be influenced by local decision making. It is difficult to isolate the individual impact of any of these factors on urban energy use and GHG emissions since they are linked and often interact across different spatial and temporal scales. The interaction among the factors and the relative importance of each will vary from place to place. Moreover, many of these factors change over time and exhibit path dependence.

A legitimate concern with the IPAT decomposition approach is that the analysis assumes variable independence, thus ignoring variable interdependence and co-variance. For instance, a study of 225 cities suggests a robust negative correlation between per capita income levels and energy intensity (Grubler et al., 2012) that holds for both high-income as well as low-income cities. Income growth has the potential to drive investment in technology, changing investment in newer and more efficient technologies, as higher income segments have lower discount rates or higher tolerance to longer payback times (Hausman, 1979).

### 12.3.1.3    Human settlements, linkages to sectors, and policies

The major drivers discussed above affect urban GHG emissions through their influence on energy demand in buildings, transport, industry, and services. These can be mitigated through demand-side management options. As such, human settlements cut across the assessment of mitigation options in sector-specific chapters of this Assessment (see Table 12.4). The drivers also affect the demand for urban energy, water, and waste infrastructure systems, whose GHG emissions can be mitigated via technological improvements within each individual infrastructure system (e.g., methane recovery from municipal wastewater treatment plants and landfills) as well as through improved system integration (e.g., using urban waste as an energy source). Given the interdependence between drivers and across driver groups discussed above,

independent sectoral assessments have limitations and risk omitting important mitigation potentials that arise from systems integration.

On one hand, governance and institutions for addressing mitigation options at the urban scale are more dispersed (see 12.6) and face a legacy of inadequately addressing a range of market failures (see Box 12.3). On the other hand, the urban scale also provides unique opportunities for policy integration between urban form and density, infrastructure planning, and demand management options. These are key, especially in the domain of urban transport systems. Lastly, governance and institutional capacity are scale and income dependent, i.e., tend to be weaker in smaller scale cities and in low income/revenue settings. In so far as the bulk of urban growth momentum is expected to unfold in small- to medium-size cities in non-Annex I countries (see Section 12.2), mitigation of GHG emissions at the scale of human settlements faces a new type of 'governance paradox' (Grubler et al., 2012): the largest opportunities for GHG emission reduction (or avoidance of unfettered emission growth) might be precisely in urban areas where governance and institutional capacities to address them are weakest (Bräutigam and Knack, 2004; Rodrik et al., 2004).

## 12.3.2    Weighing of drivers

This section assesses the relative importance of the GHG drivers in different urban contexts such as size, scale, and age, and examines the differences between cities in developed and developing countries.

### 12.3.2.1    Qualitative weighting

In the previous discussion of the respective role of different emission drivers, the emphasis was placed on the role of drivers in terms of emission growth. That perspective is complemented in this section by a consideration of the absolute level of emissions, and the issue of urban size/scale. This section also differentiates the role of emission drivers between mature versus growing human settlements.

**Importance of size and scaling**

Given the significance of human settlements for global resource use, an improved understanding of their size distribution and likely growth dynamics is crucial. For many physical, biological, social, and technological systems, robust quantitative regularities like stable patterns of rank distributions have been observed. Examples of such power law-scaling patterns include phenomena like the frequency of vocabulary in languages, the hierarchy of urban population sizes across the world (Zipf, 1949; Berry and Garrison, 1958; Krugman, 1996) or the allometric scaling patterns in biology, such as Kleiber's Law, which observes the astonishing constancy in the relation between body mass and metabolic rates: for living organisms across many orders of magnitude in size that metabolic rate scales to the ¾ power of the body mass (Kleiber, 1961). There is a vigorous debate in many fields, including

Table 12.4 | Examples of policies across sectors and mitigation options at the scale of human settlements.

| | ENERGY SYSTEMS (Chapter 7) | TRANSPORT (Chapter 8) | BUILDINGS (Chapter 9) | INDUSTRY (Chapter 10) | AFOLU (Chapter 11) |
|---|---|---|---|---|---|
| Carbon Sinks / Sequestration | | | | | Tradable Credits, EQ Policies |
| Enegy Efficiency | Taxes, Credits / Permits | Subsidies for Fuel Efficiency, Standards, Targets | Taxes, Preferential Lending, Codes, Standards | Taxes, Standards, Emissions Trading, Target-setting | |
| Fuel / Energy Switching / Renewables | Taxes, EQ Policies, Ren Energy Portfolio Stds, Energy Security Policies | Taxes, Biofuel Incentives, Standards | | | Taxes, Targets, Subsidies |
| High-Performance / Passive Design | | Bike sharing, Urban Planning | Codes, Standards, Integrated Planning, Certification | | |
| Improved Planning / Management | Demand Response Measures | Integrated Planning | Commissioning, Audits, Education | | Land Planning, Protected Areas |
| Materials Efficiency | | | Codes, Standards, Taxes, LCA, Certification | Standards | Taxes |
| New / Improved Technology | B & D Policies, Low Carbon Tech Targets | Subsidies for Fuel Efficiency, Bike Sharing, Real-time Information | Real-time Information | | Bioenergy Targets |
| Recycling / Reducing Waste | | | | Taxes, Target-setting, Education | Education |
| Reduced Demand / Behavior Change | | Tolls, Congestion Pricing | | Taxes, Subsidies, Education | Education, Standards |
| Urban Form / Density | | Smart Growth, Urban Planning, Growth Management | Certification, Urban Planning | | |

Geography (Batty, 2007, 2008), Ecology (Levin, 1992; West et al., 1999; Brown et al., 2004), Architecture (Weinstock, 2011), and Physics (Carvalho and Penn, 2004) about the extent to which underlying hierarchical networks of metabolic systems or transportation networks are the ultimate causes of the size, shape and rank-distribution of entities, be they organisms or urban systems (Decker et al., 2000, 2007).

With the scale of urbanization trends currently underway, whether the relationship between city size and GHG emissions is linear (i.e., one to one, or proportional increase), super-linear (i.e., increasing returns to scale) or sub-linear (i.e., economies of scale such as efficiency gains through shared infrastructure) will be critical for understanding future urban GHG emissions. Super-linear scaling has been observed for many urban phenomena: as a city's population increases, there is a greater than one to one increase in productivity, wages, and innovation as well as crime (Bettencourt et al., 2007, 2010). If cities exhibit sub-linear scaling with respective to energy and GHG emissions, it suggests that larger cities are more efficient than smaller ones. While there are many

studies of urban scaling, few studies explicitly examine city size and GHG emissions or energy use, and the limited empirical evidence on the scaling relationship is inconclusive. A study of 930 urban areas in the United States—nearly all the urban settlements—shows a barely sub-linear relationship (coefficient=0.93) between urban population size and GHG emissions (Fragkias et al., 2013).

In a study of 225 cities across both Annex I and non-Annex I countries, Grubler and Schulz (2013) find non-uniform scaling for urban final energy use, with a distribution characterized by threshold effects across an overall convex distribution (Figure 12.10). In terms of final energy use, which is an important determinant of urban GHG emissions, increasing the urban scale in terms of energy use has different implications as a function of three different urban energy scale classes. Small cities with low levels of final energy use—below 30 PJ—present the steepest growth in energy use with respect to increasing city size: a doubling of rank position tends to increase the urban energy use by a factor of 6.1. For medium-sized cities with moderate energy

**12**

use (between 30 and 500 PJ final energy use per city), a doubling of city rank corresponds to an increase in energy consumption only by a factor of 1.6. For the largest urban energy users in the dataset, cities with greater than 500 PJ of final energy use per year, a doubling of urban rank is associated with an increase in urban energy use by a factor of only 0.5. This indicates considerable positive agglomeration economies of bigger cities with respect to energy use. Only four urban agglomerations of the entire sample of 225 have an annual final energy use significantly greater than one EJ: Shanghai (2 EJ), Moscow (1.6 EJ), Los Angeles (1.5 EJ), and Beijing (1.2 EJ). With urban growth anticipated to be the most rapid in the smaller cities of fewer than 500,000 inhabitants (UN DESA, 2010), the patterns observed by (Grubler and Schulz, 2013) suggest very high elasticities of energy demand growth with respect to future increases in urban population.

**Mature versus growing cities**
The relative impacts of the four drivers on emissions differ depending upon whether urban areas are established and mature versus growing and developing.

**Economic geography** and income have high impact for both mature and growing cities. Mature cities in developed countries often have high income, high consumption, and are net consumers of goods and services, with a large share of imports. These cities have high emissions, depending upon the energy supply mix. Many imported goods are produced in growing cities in developing countries. The resulting differentiation within the international division of labour and corresponding trade flows can be categorized into three types of cities: Net Producers, Trade Balanced, and Net Consumers (Chavez and Ramaswami, 2013). As a result, differences in reported urban GHG emissions are pronounced for Net Producer and Net Consumer cities, illustrating the critical importance of taking economic geography and international trade into account when considering urban GHG emission inventory frameworks. The degree to which economic growth drives GHG emissions includes the type of economic specialization of urban activities and the energy supply mix (Brownsword et al., 2005; Kennedy et al., 2012). Cities with energy intensive industries are likely to contribute higher total and per capita GHG emissions than those whose economic base is in the service sector (Dhakal, 2009, 2010).



**Figure 12.10 |** Rank size distribution of 225 cities in terms of their final energy use (in EJ) regrouped into 3 subsamples (> 0.5EJ, 0.03–0.5EJ, < 0.03EJ) and corresponding sample statistics. The rank of a city is its position in the list of all cities sorted by size, measured in terms of final energy use. Note the different elasticities of energy use with respect to changes in urban size rank. The factors (slopes) shown in the figure detail the increase of energy use when doubling the rank for the respective groups. Source: Grubler et al. (2012) based on Grubler and Schulz (2013).

Specialization in energy-intensive sectors creates a strong correlation between economic growth and GHG emissions growth. This relationship is further strengthened if the energy supply mix is carbon intensive (Parikh and Shukla, 1995; Sugar et al., 2012).

Higher **urban incomes** are correlated with higher consumption of energy and GHG emissions (Kahn, 2009; Satterthwaite, 2009; Kennedy et al., 2009; Weisz and Steinberger, 2010; Zheng et al., 2010; Hoornweg et al., 2011; Marcotullio et al., 2012). At the household level, studies in a variety of different countries (Netherland, India, Brazil, Denmark, Japan, and Australia) have also noted positive correlations between income and energy use (Vringer and Blok, 1995; Cohen et al., 2005; Lenzen et al., 2006; Pachauri and Jiang, 2008; Sahakian and Steinberger, 2011). As such, income exerts a *high* influence on GHG emissions. The Global Energy Assessment concluded that cities in non-Annex I countries generally have much higher levels of energy use compared to the national average, in contrast to cities in Annex I countries, which generally have lower energy use per capita than national averages (see Figure 12.6 and Grubler et al., 2012). One reason for this inverse pattern is due to the significantly higher urban to rural income gradient in cities in non-Annex I countries compared to Annex I countries. That is, per capita incomes in non-Annex I cities tend to be several fold higher than rural per capita incomes, thus leading to much higher energy use and resulting emissions.

**Socio-demographic** drivers are of *medium* importance in rapidly growing cities, further mediated as growth rates decline, incomes increase and lifestyle choices change. Social demographic drivers are of *relatively small* importance in mature cities, where growth is slow and populations are ageing. Household size, defined as the number of persons in a household, has been steadily declining over the last fifty years. Worldwide, average household size declined from 3.6 to 2.7 between 1950 to 1990, and this trend is occurring in both developed and developing countries although at different rates (MacKellar et al., 1995; Bongaarts, 2001). Smaller household size is correlated with higher per capita emissions, whereas larger household size can take advantage of economies of scale. Evidence on the relationship between urban population size and per capita emissions is inconclusive. Scale effects have been shown for cities in Asia (Marcotullio et al., 2012) but little to no scaling effect for GHG emissions in the United States (Fragkias et al., 2013).

**Infrastructure and urban form** are of *medium to high* importance as drivers of emissions. In rapidly growing cities, infrastructure is of high importance where the largest share of infrastructure construction is occurring. In mature cities, urban form drivers are of high importance as they set in place patterns of transport and other energy use behaviour. In mature cities, infrastructure is of medium importance, as they are largely established, and thus refurbishing or repurposing of old infrastructures offers primary mitigation opportunities. The global expansion of infrastructure used to support urbanization is a key driver of emissions across multiple sectors. Due to the high capital costs, increasing returns, and network externalities

related to infrastructures that provide fundamental services to cities, emissions associated with infrastructure systems are particularly prone to lock-in (Unruh and Carrillo-Hermosilla, 2006; Unruh, 2002, 2000). The committed emissions from energy and transportation infrastructures are especially high, with respective ranges of committed $CO_2$ of 127–336 and 63–132 Gt (Davis et al., 2010). For example, the GHG emissions from primary production alone for new infrastructure development for non-Annex I countries are projected to be 350 Gt $CO_2$ (Müller et al., 2013). For a detailed discussion see Sections 12.4 and 12.5.

**Technology** is a driver of *high* importance. Income and scale exert important influences on the mitigation potential for technologies. While lock-in may limit the rate of mitigation in mature cities, the opportunity exists in rapidly growing cities to leapfrog to new technologies. For mature cities, technology is important due to agglomeration externalities, Research and Development (R&D) and knowledge concentration, and access to capital that facilitate the development and early deployment of low-carbon technologies (Grubler et al., 2012). For rapidly growing cities, the importance of technology as a driver may be low for systems with high capital requirements but high for less capital-intensive (e.g., some demand-side efficiency or distributed supply) systems. The influence of all drivers depends upon governance, institutions, and finance (Section 12.6).

### 12.3.2.2    Relative weighting of drivers for sectoral mitigation options

Drivers affect GHG emissions via influence on energy demand (including demand management) in buildings (households and services), transport, and industry, as well as on energy supply, water, and waste systems. Over time, structural transitions change both the shares of emissions by sectors—with industrial, then services and transport shares of final energy increasing with development (Schäfer, 2005; Hofman, 2007)—as well as the relative importance of drivers. Economic geography has a large influence on emissions from the industry and service sectors (Ramaswami, 2013) plus international transport (bunkers fuels). These influences are particularly pronounced in urban agglomerations with very porous economies. For example Schulz (2010) analyzed Singapore and found that GHG emission embodied in the imports and exports of the city are five to six times larger than the emissions from the direct primary energy use of the city's population. Similarly, Grubler et al. (2012) examined New York and London, which are global transportation hubs for international air travel and maritime commerce. As a result, international aviation and maritime fuels (bunker fuels) make up about one-third of the total direct energy use of these cities, even if associated emissions are often excluded in inventories, following a practice also used in national GHG emission inventories (Macknick, 2011).

Income has a large influence on direct emissions due to energy use in buildings by influencing the floor area of residential dwellings,

the amount of commercial floor space and services purchased, and buildings' energy intensities (see Table 9.2), and also on transport, including increasing vehicle ownership, activity, energy intensity and infrastructure (see Chapter 8.2). Income also has large indirect effects on emissions, for example influencing the number of products purchased (e.g., increasing sales of electronics) (see Chapter 10.2) and their energy intensity (e.g., consumables like food) (see Chapter 11.4), perhaps produced by the industrial and services sectors somewhere else, and transported to the consumers (increasing freight transport activity).

Social demographic drivers have a large effect on emissions, particularly in buildings (e.g., number of households, persons per household, see Chapter 9.2.2) and transport sectors (see Chapter 8.2.1). Infrastructure and urban form have a large impact on transport (Chapter 8.4) and medium impact on energy systems (grid layout and economics) (see Chapter 7.6). Technology has a large impact in all sectors. Income interacts with technology, increasing both innovative (e.g., R&D) and adoptive capacity (purchases and replacement rate of products, which in turn can increase energy efficiency). In demand sectors, mitigation from efficiency may be mediated by behaviours impacting consumption (e.g., more efficient yet larger televisions or refrigerators, or more efficient but larger or more powerful vehicles). See the sectoral Chapters 7–11 for further discussion of these issues.

#### 12.3.2.3    Quantitative modelling to determine driver weights

An inherent difficulty in any assessment of emission drivers at the urban scale is that both mitigation options as well as policy levers are constrained by the legacy of past decisions as reflected in existing urban spatial structures and infrastructures, the built environment, and economic structures. Modelling studies that simulate alternative development strategies, even the entire evolution of a human settlement, or that explore the effects of policy integration across sectors can shed additional light on the relative weight of drivers as less constrained or entirely unconstrained by the existing status quo or by more limited sectoral assessment perspectives.

For instance, large-scale urban simulation models have been used to study the joint effects of policy integration such as pursuing smart-growth planning that restricts urban sprawl with market-based pricing mechanisms. One study of metropolitan regions in OECD countries concludes that policies such as those that encourage higher urban densities and road tolls such as congestion charges have lower stabilization costs than economy-wide approaches such as a carbon tax (Crassous et al., 2006; OECD, 2010a) . Models suggest that adding substantially upgraded urban services to the mix of bundled strategies yields even greater benefits. A meta-analysis of 14 urban simulations of scenarios with varying degrees of urban containment, road pricing, and transit services upgrades forecasted median transportation demand volumes (VKT, vehicle-kilometre-travelled) reductions of

3.9 % within 10 years, rising to 15.8 % declines over 40 years (Rodier, 2009). Estimates from a review of published studies of U.S. cities forecasted a 5 % to 12 % VKT reduction from doubling residential densities and as high as 25 % reductions when combined with other strategies, including road pricing (National Research Council, 2009a). GHG emissions were estimated to decline 11 % from the most aggressive combination of densification and market-based pricing. The combination of introducing VKT charges, upgrading transit, and more compact development from simulation studies in Helsinki, Dortmund, Edinburgh, and Sacramento yielded simulation-model estimates of 14.5 % reductions in VKT within 10 years and 24.1 % declines over 40 years (Rodier, 2009).

A more holistic modelling strategy with a much larger system boundary was followed with the Sincity model, a combined engineering-type systems-optimization model that integrates agent-based and spatially explicit modelling of urban form and density with transport and energy infrastructure planning to simulate the entire evolution of a 'synthetic' city (Keirstead and Shah, 2013; Steinberger and Weisz, 2013) or of large scale new urban developments (Hao et al., 2011). Using an illustrative European city of 20,000 inhabitants and with a service dominated economy (i.e., holding the economic geography and income variables constant), alternative urban designs were explored to separate out the various effects of different policy measures in determining urban energy use. The results suggest that compared to a baseline (sprawl city with current practice technologies), improvements by a factor of two each were possible by either a combination of energy efficiency measures for the urban building stock and the vehicle fleet, versus modifying urban form and density. Conversely energy systems optimization through cogeneration and distributed energy systems were found to yield improvements of between 15–30 % (Keirstead and Shah, 2013; Steinberger and Weisz, 2013). The largest improvements of a factor of three were found through an integration of policy measures across all domains.

#### 12.3.2.4    Conclusions on drivers of GHG emissions at the urban scale

Perhaps the most significant conclusion emerging from Section 12.2 and above discussion of urban GHG emission drivers is the realization that the traditional distinction between Annex I and non-Annex I becomes increasingly blurred at the urban scale. There is an increasing number of cities, particularly in the rapidly growing economies of Asia, where per capita resource use, energy consumption, and associated GHG emissions are not different from the ones in developed economies. A second important conclusion is that economic geography and income by themselves are often such important drivers of urban GHG emissions that they dwarf the effects of technology choices or of place-based policy variables of urban form and infrastructures. However, the latter policy options are those for which urban-scale decision making can make the *largest* impact on GHG emissions.

A more detailed discussion on the different leverage effects of urban scale policy options using the example of urban energy use is provided in the Global Energy Assessment, Chapter 18 (Grubler et al., 2012), which can be combined with above assessment on the relative weight of emission drivers to derive a categorization of urban policy intervention levels as a function of potential impacts on emissions as well as the degree to which policy interventions can be implemented by urban-scale decision making processes by local governments, firms, and individuals (Figure 12.11).

The categorization in Figure 12.11 is necessarily stylized. It will vary across local contexts, but it helps to disentangle the impacts of macro- from micro-drivers. For instance, urban GHG emission levels will be strongly influenced by differences in urban function, such as the role of a city as a manufacturing centre for international markets, versus a city providing service functions to its regional or national hinterlands. Conversely, the emissions impact from smaller-scale decisions such as increasing local and urban-scale renewable energy flows—which has been assessed to be very limited, particularly for larger and more dense cities (Grubler et al., 2012)—is much smaller. The largest leverage on urban GHG emissions from urban scale decision making thus is at the 'meso' scale level of the energy/emissions and urban policy hierarchy: improving the efficiency of equipment used in a city, improving and integrating urban infrastructure, and shaping urban form towards low carbon pathways. Pursuing multiple strategies simultaneously at this scale may be most effective at reducing the urban-related emissions. This conclusion echoes concepts such as integrated community-energy-management strategies (Jaccard et al., 1997).

### 12.3.3   Motivation for assessment of spatial planning, infrastructure, and urban form drivers

Urban form and infrastructure significantly affect direct (operational) and indirect (embodied) GHG emissions, and are strongly linked to the throughput of materials and energy in a city, the waste that it generates, and system efficiencies of a city. Mitigation options vary by city type and development levels. The options available for rapidly developing cities include shaping their urbanization and infrastructure development trajectories. For mature, built-up cities, mitigation options lie in urban regeneration (compact, mixed-use development that shortens journeys, promotes transit/walking/cycling, adaptive reuse of buildings) and rehabilitation/conversion to energy-efficient building designs. Urban form and infrastructure are discussed in detail in Section 12.4. A combination of integrated sustainable infrastructure (Section 12.4), spatial planning (Section 12.5), and market-based and regulatory instruments (Section 12.6) can increase efficiencies and reduce GHG emissions in already built-up cities and direct urban and infrastructure development to reduce the growth of GHG emissions in rapidly expanding cities in developing countries.

## 12.4   Urban form and infrastructure

Urban form and structure are the patterns and spatial arrangements of land use, transportation systems, and urban design elements, including the physical urban extent, layout of streets and buildings, as well as the internal configuration of settlements (Lynch, 1981; Handy, 1996). Infrastructure comprises services and built-up structures that support the functions and operations of cities, including transport infrastructure, water supply systems, sanitation and wastewater management, solid waste management, drainage and flood protection, telecommunications, and power generation and distribution. There is a strong connection between infrastructure and urban form (Kelly, 1993; Guy and Marvin, 1996), but the causal order is not fully resolved (Handy, 2005). Transport, energy, and water infrastructure are powerful instruments in shaping where urban development occurs and in what forms (Hall, 1993; Moss, 2003; Muller, 2004). The absence of basic infrastructure often—but not always—inhibits urban development.

This section assesses the literature on urban form and infrastructure drivers of GHG emissions, details what data exist, the ranges, effects on emissions, and their interplay with the drivers discussed in Section 12.3. Based on this assessment, conclusions are drawn on the diversity of favourable urban forms and infrastructure highlighting caveats and conflicting goals. This literature is dominated by case studies of cities in developed countries. The literature on conditions in developing country cities, especially for large parts of Africa, is



**Figure 12.11** | Stylized hierarchy of drivers of urban GHG emissions and policy leverages by urban scale decision making. Cities have little control over some of the most important drivers of GHG emissions and have large control over comparatively smaller drivers of emissions. Source: Synthesized from Jaccard et al. (1997), Grubler et al. (2012) and this assessment.



**Figure 12.12 |** (a) Total fuel-related per-capita $CO_2$ emissions in 2008 by country (red/orange/yellow and blue bars) compared to the global per-capita emission level in 2050 to reach the 2°C target with a 50–75% probability; (b) Carbon Replacement Value (CRV$_{2008}$) per capita of existing stocks by country (red/orange and blue) and as yet unbuilt stocks if developing countries converge on the current average Annex I level (light yellow background area); (c) comparison with emission budget for the period 2000–2050 to reach the 2°C target with a 75% probability. Of this emission budget (1000 Gt $CO_2$), approximately 420 GtCO2 was already emitted during the period from 2000 to 2011.Source: Müller et al. (2013).

particularly limited. This assessment reflects this limitation in the literature.

## 12.4.1    Infrastructure

Infrastructure affects GHG emissions primarily during three phases in its lifecycle: 1) construction, 2) use/operation, and 3) end-of-life. The production of infrastructure materials such as concrete and metals is energy and carbon intensive (Cole, 1998; Horvath, 2004). For example, the manufacturing of steel and cement, two of the most common infrastructure materials, contributed to nearly 9 % and 7 %, respectively, of global carbon emissions in 2006 (Allwood et al., 2010). Globally, the carbon emissions embodied in built-up infrastructure as of 2008 was estimated to be 122 (–20/+15) Gt $CO_2$ (Müller et al., 2013). Much of the research on the mitigation potential of infrastructure focuses on the use/operation phase and increasing the efficiency of the technology. Estimating emissions from urban infrastructure such as electricity grids and transportation networks is challenging because they often extend beyond a city's administrative boundaries (Ramaswami et al., 2012b) (see Section 12.2 for detailed discussion). Several studies show that the trans-boundary emissions of infrastructure can be as large as or even larger than the direct GHG emissions within city boundaries (Ramaswami et al., 2008; Kennedy et al., 2009; Hillman and Ramaswami, 2010; Chavez and Ramaswami, 2013). Thus, a full accounting of GHG emissions from urban infrastructure would need to include both primary and embodied energy of infrastructure materials, as well as energy from the use/operation phase and end-of-life, including reuse and recycling.

Rates of infrastructure construction in mature versus rapidly developing cities lead to fundamentally different impacts on GHG emissions. Infrastructure growth is hypothesized to follow an S-shaped curve starting with an early development phase, continuing with a rapid growth and expansion phase, and ending with a saturation phase (Ausubel and Herman, 1988). The build-up of infrastructure that occurs during early phases of urbanization is particularly emissions intensive. Currently, the average per capita emissions embodied in the infrastructure of industrialized countries is 53 (±6) t $CO_2$ (see Figure 12.12) which is more than five times larger than that in developing countries (10 (±1) t $CO_2$) (Müller et al., 2013). While there have been energy efficiency improvements in the industrial sector, especially steel and cement production, the scale and pace of urbanization can outstrip efficiency gains and lead to continued growth in emissions (Levine and Aden, 2008; Güneralp and Seto, 2012). China accounts for roughly 37 % of the global emissions commitments in part due to its large-scale urbanization–the United States adds 15 %; Europe 15 %, and Japan 4 %, together representing 71 % of total global emissions commitments by 2060 (Davis et al., 2010).

Emissions related to infrastructure growth are therefore tied to existing urban energy systems, investment decisions, and regulatory poli-

cies that shape the process of urban growth. The effects of these decisions are difficult to reverse: high fixed costs, increasing returns, and network externalities make emissions intensive infrastructure systems particularly prone to lock-in (Unruh and Carrillo-Hermosilla, 2006; Unruh, 2002, 2000). Furthermore, the long lifespan of infrastructure affects the turnover rate of the capital stock, which can limit the speed at which emissions in the use/operation phase can be reduced (Jaccard and Rivers, 2007).

The build-up of infrastructure in developing countries as part of the massive urbanization currently underway will result in significant future emissions. Under one scenario, if the global population increases to 9.3 billion by 2050 and developing countries expand their built environment and infrastructure to the current global average levels using available technology today, the production of infrastructure materials alone would generate approximately 470 Gt of $CO_2$ emissions (see Figure 12.12). This is in addition to the "committed emissions" from existing energy and transportation infrastructure, estimated to be in the range of 282 to 701 Gt of $CO_2$ between 2010 and 2060 (Davis et al., 2010).

The links between infrastructure and urban form are well established, especially among transportation infrastructure provision, travel demand, and VKT. In developing countries in particular, the growth of transport infrastructure and resulting urban forms are playing important roles in affecting long-run emissions trajectories (see Chapter 8). The committed emissions from existing energy and transportation infrastructure are high, with ranges of $CO_2$ of 127–336 and 63–132 Gt, respectively (see Figure 12.13 and Davis et al., 2010). Transport infrastructure affects travel demand and emissions in the short-run by reducing the time cost of travel, and in the long-run by shaping land-use patterns (Vickrey, 1969; Downs, 2004). Development of transport infrastructure tends to promote 'sprawl', characterized by low-density, auto-dependent, and separated land uses (Brueckner, 2000; Ewing et al., 2003). Consistent evidence of short-run effects show that the demand elasticities range between 0.1–0.2. That is, a doubling of transport infrastructure capacity increases VKT by 10–20 % in the short-run (Goodwin, 1996; Hymel et al., 2010). Other studies suggest larger short-run elasticities of 0.59 (Cervero and Hansen, 2002) and a range of 0.3–0.9 (Noland and Lem, 2002). Differences in short-run elasticities reflect fundamental differences in the methodologies underlying the studies (see Chapter 15.4 on policy evaluation). In the long-run, the elasticities of VKT with respect to road capacity are likely to be in the range 0.8–1.0 as land-use patterns adjust (Hansen and Huang, 1997; Noland, 2001; Duranton and Turner, 2011). While the links between transport infrastructure, urban form, and VKT are well studied, there are few studies that extend the analysis to estimate emissions due to transport-induced increases in VKT. One exception is a study that concludes that freezing United States highway capacity at 1996 levels would reduce emissions by 43 Mt C/yr by 2012, compared to continuing construction at historical rates (Noland, 2001).



**Figure 12.13** | Scenario of $CO_2$ emissions from existing energy and transportation infrastructure by industry sector (left) and country/region (right). Numbers in panels show the cumulated $CO_2$ emissions from 2010 to 2060 in Gt. Source: Davis et al. (2010).

### 12.4.2    Urban form

Urban form can be characterized using four key metrics: density, land use mix, connectivity, and accessibility. These dimensions are not independent from one another. Rather, they measure different aspects of urban form and structure, and each dimension impacts greenhouse gas emissions differently (Figure 12.14). The urban form drivers of GHG emissions do not work in isolation.

Impacts of changes in urban form on travel behaviour are commonly estimated using elasticities, which measure the effect of a 1% change in an urban form metric on the percent change in vehicle kilometres travelled (see Chapter 15.4 on policy evaluation). This allows for a comparison of magnitudes across different factors and metrics. A large share of the existing evidence is limited to studies of North American cities. Moreover, much of this work is focused on larger cities (for an extensive discussion of methodological considerations see National Research Council, 2009b).

#### 12.4.2.1    Density

Urban density is the measure of an urban unit of interest (e.g., population, employment, and housing) per area unit (e.g., block, neighbourhood, city, metro area, and nation) (Figure 12.14). There are many measures of density, and three common measures are population density (i.e., population per unit area), built-up area density (i.e., buildings or urban land cover per unit area), and employment density (i.e., jobs per unit area) (for a comprehensive review on density measures see Boyko and Cooper, 2011). Urban density affects GHG emissions in two primary ways. First, separated and low densities of employment, commerce, and housing increase the average travel distances for both work and shopping trips (Frank and Pivo, 1994; Cervero and Kockel-

man, 1997; Ewing and Cervero, 2001; Brownstone and Golob, 2009). These longer travel distances translate into higher VKT and emissions. Conversely, higher population densities, especially when co-located with high employment densities are strongly correlated with lower GHG emissions (Frank and Pivo, 1994; Kenworthy and Laube, 1999; Glaeser and Kahn, 2010; Clark, 2013). In the United States, households located in relatively low density areas (0–19 households/km²) produce twice as much GHG emissions as households located in relatively high density areas (1,900–3,900 households/km²) (U.S. Department of Transportation, 2009).

Second, low densities make it difficult to switch over to less energy intensive and alternative modes of transportation such as public transportation, walking, and cycling because the transit demand is both too dispersed and too low (Bunting et al., 2002; Saelens et al., 2003; Forsyth et al., 2007). In contrast, higher population densities at places of origin (e.g., home) and destination (e.g., work, shopping) concentrate demand that is necessary for mass transit alternatives. The density thresholds required for successful transit are not absolute, and vary by type of transit (e.g., bus, light rail, metro), their frequency, and characteristics specific to each city. One of the most comprehensive studies of density and emission estimates that a doubling of residential densities in the United States can reduce VKT by 5–12% in the short run, and if coupled with mixed land use, higher employment densities, and improvements in transit, can reduce VKT as much as 25% over the long run (National Research Council, 2009a). Urban density is thus a necessary—but not a sufficient—condition for low-carbon cities.

Comparable and consistent estimates of urban densities and changes in urban densities are difficult to obtain in part because of different methodologies to calculate density. However, multiple studies using multiple lines of evidence including satellite data (Deng et al., 2008;



**Figure 12.14 |** Four key aspects of urban form and structure (density, land use mix, connectivity, and accessibility), their Vehicle Kilometre Travelled (VKT) elasticities, commonly used metrics, and stylized graphics. The dark blue row segments under the VKT elasticities column provide the range of elasticities for the studies included.

Sources: Numbers from Ewing and Cervero (2010), National Research Council (2009a), and Salon et al (2012) are based on the following original sources: **Density** (Schimek, 1996; Kockelman, 1997; Sun et al., 1998; Pickrell and Schimek, 1999; Ewing and Cervero, 2001; Holtzclaw et al., 2002; Bhatia, 2004; Boarnet et al., 2003; Bento et al., 2005; Zhou and Kockelman, 2008; Fang, 2008; Kuzmyak, 2009a; Brownstone and Golob, 2009; Ewing et al., 2009; Greenwald, 2009; Heres-Del-Valle and Niemeier, 2011); **Land Use** (Kockelman, 1997; Sun et al., 1998; Pushkar et al., 2000; Ewing and Cervero, 2001, 2010; Chapman and Frank, 2007; Frank and Engelke, 2005; Kuzmyak et al., 2006; Vance and Hedel, 2007; Brownstone and Golob, 2009; Kuzmyak, 2009b; Frank et al., 2009); **Connectivity** (Ewing and Cervero, 2001; Boarnet et al., 2003; Chapman and Frank, 2007; Frank and Engelke, 2005; Ewing et al., 2009; Greenwald, 2009; Frank et al., 2009); **Accessibility** (Goodwin, 1996; Ewing et al., 1996, 2009; Kockelman, 1997; Cervero and Kockelman, 1997; Sun et al., 1998; Pushkar et al., 2000; Ewing and Cervero, 2001, 2010; Boarnet et al., 2003; Næss, 2005; Cervero and Duncan, 2006; Zegras, 2007; Greenwald, 2009; Kuzmyak, 2009a, b; Frank et al., 2009; Zegras, 2010; Hymel et al., 2010).

Angel et al., 2010, 2011; Seto et al., 2011) and economic and census data (Burchfield et al., 2006) show that both population and built-up densities are declining across all regions around the world (see Section 12.2 for details). Although there is substantial variation in magnitudes and rates of density decline across income groups, city sizes, and regions, the overarching trend is a persistent decline in densities (Angel et al., 2010). The dominant trend is declining density, however there are some exceptions. Analyses of 100 large cities worldwide using a microwave scatterometer show significant vertical expansion of built-up areas in East Asian cities, notably those in China (see Figure 12.15 and Frolking et al., 2013).

A common misconception about density is that it can only be achieved through high-rise buildings configured in close proximity. However, the same level of density can be achieved through multiple land use configurations (Figure 12.16). Population density is strongly correlated with built density, but high population density does not necessarily imply high-rise buildings (Cheng, 2009; Salat, 2011).

Medium-rise (less than seven floors) urban areas with a high building footprint ratio can have a higher built density than high-rise urban areas with a low building footprint. These different configurations of high-density development involve important energy tradeoffs. Often, high-rise,



**Figure 12.15 |** Changes in Urban Structure, 1999–2009 using backscatter and night time lights. The top 12 panels show changes in vertical structure of major urban areas as characterized by backscatter power ratio (PR) and horizontal growth as measured by night time lights brightness (NL) for 12 large cities. Coloured arrows represent non-water, 0.05° cells in an 11x11 grid around each city's centre; tail and head are at 1999 and 2009 coordinates of cell PR and NL, respectively (see inset in top right panel). Arrow colour corresponds to percent urban cover circa 2001 (see legend in bottom right panel). Bottom right panel shows mean change of a total of 100 cities mapping into the respective urban cover categories. Bottom left panel shows change for 100 cities colour coded by world regions. Source: Frolking et al. (2013).



**Figure 12.16** | Same densities in three different layouts: low-rise single-story homes (left); multi-story medium-rise (middle); high-rise towers (right). Adapted from Cheng (2009).

high-density urban areas involve a tradeoff between building height and spacing between buildings—higher buildings have to be more spaced out to allow light penetration. High-rise buildings imply higher energy costs in terms of vertical transport and also in heating, cooling, and lighting due to low passive volume ratios (Ratti et al., 2005; Salat, 2009). Medium-rise, high-density urban areas can achieve similar levels of density as high-rise, high density developments but require less materials and embodied energy (Picken and Ilozor, 2003; Blackman and Picken, 2010). Their building operating energy levels are lower due to high passive volume ratio (Ratti et al., 2005; Salat, 2009). Single storey, freestanding housing units are more GHG emissions intensive than multifamily, semi-detached buildings (Myors et al., 2005; Perkins et al., 2009). Thus, while the effect of building type on energy use may be relatively small, the combination of dwelling type, design, location, and orientation together can generate significant energy savings (Rickwood et al., 2008).

#### 12.4.2.2    Land use mix

Land use mix refers to the diversity and integration of land uses (e.g., residential, park, commercial) at a given scale (Figure 12.17). As with density, there are multiple measures of land use mix, including: (1) the ratio of jobs to residents; (2) the variety and mixture of amenities and activities; and (3) the relative proportion of retail and housing. Historically, the separation of land uses, especially of residential from other uses, was motivated by the noxious uses and pollution of the industrial city. However, as cities transition from industrial to service economies, resulting in a simultaneous reduction in air pollution and other nuisances, the rationale for such separation of land uses diminishes.

In general, when land uses are separated, the distance between origin (e.g., homes) and destination (e.g., work or shopping) will be longer (Kockelman, 1997). Hence, diverse and mixed land uses can reduce travel distances and enable both walking and the use of non-motorized modes of travel (Kockelman, 1997; Permana et al., 2008), thereby reducing aggregate amounts of vehicular movement and associated greenhouse

gas emissions (Lipper et al., 2010). Several meta-analyses estimate the elasticity of land use mix related VKT from −0.02 to −0.10 (Ewing and Cervero, 2010; Salon et al., 2012) while simultaneously increasing walking. The average elasticity between walking and diversity of land uses is reported to be between 0.15–0.25 (Ewing and Cervero, 2010). The effects of mixed land use on VKT and GHG emissions can applied at three spatial scales; city-regional, neighbourhood, and block.

At the city-scale, a high degree of land use mix can result in significant reductions in VKT by increasing the proximity of housing to office developments, business districts, shops, and malls (Cervero and Duncan, 2006). In service-economy cities with effective air pollution controls, mixed land use can also have a beneficial impact on citizen health and well-being by enabling walking and cycling (Saelens et al., 2003; Heath et al., 2006; Sallis et al., 2009). For cities with lower mixed land use, such as often found in North American cities and in many new urban develop-



**Figure 12.17** | Three different land use mixes (Manaugh and Kreider, 2013).

ments in Asia, large residential developments are separated from jobs or retail centres by long distances. A number of studies of such single-use zoning show strong tendencies for residents to travel longer overall distances and to carry out a higher proportion of their travel in private vehicles than residents who live in mixed land use areas in cities (Mogridge, 1985; Fouchier, 1998; Næss, 2005; Zhou and Kockelman, 2008).

Mixed use at the neighbourhood scale refers to a 'smart' mix of residential buildings, offices, shops, and urban amenities (Bourdic et al., 2012). Similar to the city-scale case, such mixed uses can decrease average travel distances (McCormack et al., 2001). However, on the neighbourhood scale, the reduced travel is primarily related to non-work trips, e.g., for shopping, services, and leisure. Research on US cities indicates that the presence of shops and workplaces near residential areas is associated with relatively low vehicle ownership rates (Cervero and Duncan, 2006), and can have a positive impact on transportation patterns (Ewing and Cervero, 2010). The impacts of mixed use on non-motorized commuting such as cycling and walking and the presence or absence of neighbourhood shops can be even more important than urban density (Cervero, 1996).

At the block and building scale, mixed use allows space for small-scale businesses, offices, workshops, and studios that are intermixed with housing and live-work spaces. Areas with a high mix of land uses encourages a mix of residential and retail activity and thus increases the area's vitality, aesthetic interest, and neighbourhood (Hoppenbrouwer and Louw, 2005).

### 12.4.2.3    Connectivity

Connectivity refers to street density and design. Common measures of connectivity include intersection density or proportion, block size, or intersections per road kilometre (Cervero and Kockelman, 1997; Pushkar et al., 2000; Chapman and Frank, 2007; Lee and Moudon, 2006; Fan, 2007). Where street connectivity is high—characterized by finer grain systems with smaller blocks that allow frequent changes in direction—there is typically a positive correlation with walking and thereby lower GHG emissions. Two main reasons for this are that distances tend to be shorter and the system of small blocks promotes convenience and walking (Gehl, 2010).

Improving connectivity in areas where it is low (and thus associated with higher GHG emissions) requires varying amounts of street reconstruction. Many street features, such as street size, four-way intersections or intersection design, sidewalk width, the number of traffic lanes (or street width) and street medians are designed at the time of the construction of the city. As the infrastructure already exists, increasing connectivity requires investment either to redevelop the site or to retrofit it to facilitate walking and biking. In larger redevelopment projects, street patterns may be redesigned for smaller blocks with high connectivity. Alternatively, retrofitting often involves widening sidewalks, constructing medians, and adding bike lanes, as well as reduc-

ing traffic speeds, improving traffic signals, and providing parking for bikes (McCann and Rynne, 2010). Other features, such as street furniture (e.g., benches, transit stops, and shelters), street trees, and traffic signals, can be added after the initial design without much disruption or large costs.

Systematic reviews show that transport network connectivity has a larger impact on VKT than density or land use mix, between −0.06 and −0.26 (Ewing and Cervero, 2010; Salon et al., 2012). For North American cities, the elasticity of walking with respect to sidewalk coverage or length is between 0.09 to 0.27 (Salon et al., 2012). There are typically higher elasticities in other OECD countries than in the United States.

### 12.4.2.4    Accessibility

Accessibility can be defined as access to jobs, housing, services, shopping, and in general, to people and places in cities (Hansen, 1959; Ingram, 1971; Wachs and Kumagai, 1973). It can be viewed as a combination of proximity and travel time, and is closely related to land use mix. Common measures of accessibility include population centrality, job accessibility by auto or transit, distance to the city centre or central business district (CBD), and retail accessibility. Meta-analyses show that VKT reduction is most strongly related to high accessibility to job destinations (Ewing and Cervero, 2001, 2010). Highly accessible communities (e.g., compact cities in Europe such as Copenhagen) are typically characterized by low daily commuting distances and travel times, enabled by multiple modes of transportation (Næss, 2006). Measures to increase accessibility that are accompanied by innovative technologies and alternative energies can reduce VKT and associated GHG emissions in the cities of both developed and developing countries (Salomon and Mokhtarian, 1998; Axhausen, 2008; Hankey and Marshall, 2010; Banister, 2011). However, it should be noted that at least one study has shown that in cities where motorization is already mature, changing accessibility no longer influences automobile-dependent lifestyles and travel behaviours (Kitamura et al., 2001).

Countries and regions undergoing early stages of urbanization may therefore have a unique potential to influence accessibility, particularly in cases where income levels, infrastructure, and motorization trends are rapidly changing (Kumar, 2004; Chen et al., 2008; Perkins et al., 2009; Reilly et al., 2009; Zegras, 2010; Hou and Li, 2011; Adeyinka, 2013). In Shanghai, China, new transportation projects have influenced job accessibility and have thereby reduced commute times (Cervero and Day, 2008). In Chennai, India, differences in accessibility to the city centre between low-income communities have been shown to strongly affect transport mode choice and trip frequency (Srinivasan and Rogers, 2005). In the rapidly motorizing city of Santiago de Chile, proximity to the central business district as well as metro stations has a relatively strong association with VKT (Zegras, 2010). The typical elasticity between job accessibility and VKT across

North American cities ranges from −0.10 to −0.30 (Ewing and Cervero, 2010; Salon et al., 2012).

#### 12.4.2.5    Effects of combined options

While individual measures of urban form have relatively small effects on vehicle miles travelled, they become more effective when combined. For example, there is consistent evidence that the combination of co-location of increased population and job densities, substantial investments in public transit, higher mix of land uses, and transportation or mobility demand management strategies can reduce VKT and travel-related carbon emissions (National Research Council, 2009a; Ewing and Cervero, 2010; Salon et al., 2012). The spatial concentration of population, coupled with jobs-housing balance, have a significant impact VKT by households. At the same time, urban form and the density of transportation networks also affect VKT (Bento et al., 2005). The elasticity of VKT with respect to each of these factors is relatively small, between 0.10 and 0.20 in absolute value. However, changing several measures of form simultaneously can reduce annual VKT significantly. Moving the sample households from a city with the characteristics of a low-density, automobile-centric city to a city with high public transit, connectivity, and mixed land use reduced annual VKT by 25 %. While in practice such change is highly unlikely in a mature city, it may be more relevant when considering cities at earlier stages of development.

A growing body of literature shows that traditional neighbourhood designs are associated with reduced travel and resource conservation (Krizek, 2003; Ewing and Cervero, 2010). A US study found those living in neo-traditional neighbourhoods made as many daily trips as those in low-density, single-family suburban neighbourhoods, however the switch from driving to walking and the shortening of trip distances resulted in a 20 % less VKT per household (Khattak and Rodriguez, 2005). Empirical research shows that the design of streets have even stronger influences than urban densities on incidences of walking and reduced motorized travel in traditional neighbourhoods of Bogota, Tehran, Taipei, and Hong Kong SAR (China) (Zhang, 2004; Cervero et al., 2009; Lin and Yang, 2009; Lotfi and Koohsari, 2011). A study in Jinan, China, found the energy use of residents living in mixed-use and grid street enclaves to be one-third that of similar households in superblock, single-use developments (Calthorpe, 2013).

---

### Box 12.3 | Urban expansion: drivers, markets, and policies

While the literature that examines the impacts of changes in urban spatial structure and infrastructure on urban GHG emissions is sparse, there is a well-established body of literature that discusses the drivers of urban development, and policies that aim to alter its pace and shape.

**Drivers of Urban Expansion**—The drivers of urban development can be broadly defined into the following categories: *Economic Geography, Income, Technology* (see Section 12.3.1), as well as *Market Failures* (see Chapter 15), and *Pre-Existing Conditions,* which are structured by *Policies and Regulations* (see Section 12.5.2) that in turn shape *Urban Form and Infrastructure* (see Section 12.4 and Box 12.4).

**Primary drivers** of urban spatial expansion unfold under the influence of economic conditions and the functioning of markets. These are however strongly affected by **Market Failures** and **Pre-Existing Policies and Regulations** that can exacerbate or alleviate the effect of the primary drivers on urban growth.

**Market Failures** are the result of individuals and firms ignoring the external costs and benefits they impose on others when making economic decisions (see Chapter 15). These include:

- Failure to account for the social costs of GHG (and local) emissions that result from production and consumption activities in cities.
- Failure to account for the social costs of traffic congestion (see Chapter 8).
- Failure to assign property rights and titles for land.
- Failure to account for the social benefits of spatial amenities and mix land uses (see Section 12.5.2.3).
- Failure to account for the social benefits of agglomeration that result from the interactions of individuals and firms in cities.

Although not precisely quantified in the literature, by altering the location of individuals and firms in space (and resulting travelling patterns and consumption of space), these market failures can lead to excessive growth (see Box 12.4).

For each failure, there is a policy solution, either in the form of regulations or market-based instruments (see Section 12.5.2)

**Pre-Existing Policies and Regulations** can also lead to excessive growth. These include:

- **Hidden Pre-Existing Subsidies**—including the failure to charge new development for the infrastructure costs it generates (see Section 12.5.3 and Box 12.4).
- **Outdated or Poorly Designed Pre-Existing Policies and Regulations**—including zoning, building codes, ordinances, and property taxes that can distort real estate markets (see Section 12.5.2 and Box 12.4).

## 12.5 Spatial planning and climate change mitigation

Spatial planning is a broad term that describes systematic and coordinated efforts to manage urban and regional growth in ways that promote well-defined societal objectives such as land conservation, economic development, carbon sequestration, and social justice. Growth management is a similar idea, aimed at guiding "the location, quality, and timing of development" (Porter, 1997) to minimize 'sprawl' (Nelson and Duncan, 1995), which is characterized by low density, non-contiguous, automobile-dependent development that prematurely or excessively consumes farmland, natural preserves, and other valued resources (Ewing, 1997).

This section reviews the range of spatial planning strategies that may reduce emissions through impacts on most if not all of the elements of urban form and infrastructure reviewed in Section 12.4. It begins with an assessment of key spatial planning strategies that can be implemented at the macro, meso, and micro geographic scales. It then assesses the range of regulatory, land use, and market-based policy instruments that can be employed to achieve these strategic objectives. Given evidence of the increased emissions reduction potential associated with affecting the collective set of spatial factors driving emissions (see Section 12.4), emphasis is placed on assessing the efficacy of strategies or bundles that simultaneously impact multiple spatial outcomes (see Chapter 15.4 and 15.5 on policy evaluation and assessment).

The strategies discussed below aim to reduce sprawl and automobile dependence–and thus energy consumption, VKT, and GHG emissions–to varying degrees. Evidence on the energy and emission reduction benefits of these strategies comes mainly from case studies in the developed world even though their greatest potential for reducing future emissions lies in developing countries undergoing early stages of urbanization. The existing evidence highlights the importance of an integrated infrastructure development framework that combines analysis of mitigation reduction potentials alongside the long-term public provision of services.

### 12.5.1 Spatial planning strategies

Spatial planning occurs at multiple geographic scales: (1) Macro—regions and metropolitan areas; (2) Meso—sub-regions, districts, and corridors; and (3) Micro—neighbourhoods, streets, blocks. At each scale, some form of comprehensive land-use and transportation planning provides a different opportunity to envision and articulate future settlement patterns, backed by zoning ordinances, subdivision regulations, and capital improvements programmes to implement the vision (Hack et al., 2009). Plans at each scale must also be harmonized and integrated to maximize effectiveness and efficiency (Hoch et al., 2000). Different strategy bundles invite different policy tools, adapted to the unique political, institutional, and cultural landscapes of cities in which they are applied (see Table 12.5). Successful implementation requires that there be in place

the institutional capacity and political wherewithal to align the right policy instruments to specific spatial planning strategies.

#### 12.5.1.1 Macro: Regions and metropolitan areas

Macro-scale strategies are regional in nature, corresponding to the territories of many economic transactions (e.g., laboursheds and tradesheds) and from where natural resources are drawn (e.g., water tributaries) or externalities are experienced (e.g., air basins).

**Regional Plan.** A regional plan shows where and when different types of development are allowed, and where and when they are not. In polycentric plans, sub-centres often serve as building blocks for designing regional rail-transit networks (Calthorpe and Fulton, 2001). Regional strategies can minimize environmental spillovers and economize on large-scale infrastructure investments (Calthorpe and Fulton, 2001; Seltzer and Carbonell, 2011). Polycentric metropolises like Singapore, Tokyo, and Paris have successfully linked sub-centres with high-quality, synchronized metro-rail and feeder bus services (Cervero, 1998; Gakenheimer, 2011). Spatial plans might be defined less in terms of a specific urban-form vision and more with regard to core development principles. In its 'Accessible Ahmedabad' plan, the city of Ahmedabad, India, embraced the principle of creating a city designed for accessibility rather than mobility, without specific details on the siting of new growth (Suzuki et al., 2013).

**Urban containment.** Urban containment encourages cities and their peripheries to grow inwards and upwards, not outwards (Pendall et al., 2002). Urban containment can also contribute to climate change mitigation by creating more compact, less car-oriented built form as well as by preserving the carbon sequestration capacity of natural and agricultural areas in the surrounding areas (Daniels, 1998). The impact of development restrictions is uncertain and varies with the geographic and regulatory context (Pendall, 1999; Dawkins and Nelson, 2002; Han et al., 2009; Woo and Guldmann, 2011). In the United States, regional measures such as the Portland urban growth boundary have been more effective at containing development than local initiatives (DeGrove and Miness, 1992; Nelson and Moore, 1993; Boyle and Mohamed, 2007). In the UK, urban containment policies may have pushed growth to leapfrog the greenbelt to more distant locations and increased car commuting (Amati, 2008). In Seoul and Swiss municipalities, greenbelts have densified the core city but made the metropolitan area as a whole less compact; in Seoul, commuting distances also increased by 5 % (Jun and Bae, 2000; Bae and Jun, 2003; Bengston and Youn, 2006; Gennaio et al., 2009).

**Regional jobs-housing balance.** Separation of workers from job sites creates long-haul commutes and thus worsens traffic and environmental conditions (Cervero, 1996). Jobs-housing imbalances are often a product of insufficient housing in jobs-rich cities and districts (Boarnet and Crane, 2001; Wilson, 2009; Pendall et al., 2012). One view holds that the market will eventually work around such problems–developers will build more housing near jobs because more profit can be made from such housing

Table 12.5 | Matching spatial planning strategies and policy instruments. Summary of the types of policy instruments that can be applied to different spatial planning strategies carried out at different geographic scales. Unless otherwise noted, references can be found in the relevant chapter sections.

| SPATIAL STRATEGY | POLICY INSTRUMENTS/IMPLEMENTATION TOOLS | | | | | |
| | Government Regulations | | Government Incentives | | Market-Based Strategies | |
| | Land Regulation/Zoning (see 12.5.2.1) | Taxation/Finance Strategies (see 12.5.2.3) | Land Management (see 12.5.2.2) | Targeted Infrastructure/Services (see 12.5.1) | Pricing (see 12.5.2.3) | Public-Private Partnerships (see 12.5.2.3) |
| **Metropolitan/Regional** | | | | | | |
| Urban containment | Development restrictions; UGBs | Sprawl taxes | Urban Service Boundaries | Park improvements; trail improvements | | |
| Balanced growth | Affordable housing mandates | Tax-bases sharing | Extraterritorial zoning | | Farm Tax Credits[1] | |
| Self-contained communities/new towns | Mixed-use zoning | | Greenbelts | Utilities; urban services | | Joint ventures[2] |
| **Corridor/District** | | | | | | |
| Corridor growth management | Zoning | Impact fees; Exactions[3] | | Service Districts[4] | | |
| Transit-oriented corridors | Transfer of development rights | | | Urban rail; Bus rapid transit investments | | Joint Powers Authorities |
| **Neighbourhood/Community** | | | | | | |
| Urban Regeneration/Infill | Mix-use zoning/small lot designations | Split-Rate Property Taxes; Tax increment finance[5] | Redevelopment districts | Highway conversions; Context-sensitive design standards | Congestion charges (see Ch. 8) | |
| Traditional Neighbourhood Designs; New urbanism | Zoning overlays; form-based codes | | | Sidewalks; cycle tracks; bike stations[6] | | |
| Transit oriented Development | Design codes; flexible parking | Impact Fees; Betterment Taxes[7] | | Station siting; station access | | Joint development[2] |
| Eco-Communities | Mixed-use zoning | | | District Heating/Cooling; co-generation (see Ch. 9.4) | Peak-load pricing | Joint venture[2] |
| **Site/Streetscape** | | | | | | |
| Pedestrian Zones/Car-Free Districts | Street code revisions[8] | Special Improvement Districts[7] | | Road entry restrictions; sidewalks[8] | Parking surcharges | |
| Traffic Calming/Context-Sensitive Design | Street code revisions[9] | Benefit Assessment[7] | | | | Property owner self-assessments |
| Complete Streets | Design standards | | | Bike infrastructure; Pedestrian facilities | | Design competitions |

Additional sources referenced in table: **1:** Nelson (1992), Alterman (1997); **2:** Sagalyn (2007), Yescombe (2007); **3:** Hagman and Misczynski (1978), Bauman and Ethier (1987); **4:** Rolon (2008); **5:** Dye and Sundberg (1998), Dye and Merriman (2000), Brueckner (2001b); **6:** Sælensminde (2004), McAndrews et al. (2010); **7:** Rolon (2008); **8:** Brambilla and Longo (1977).

(Gordon et al., 1991; Downs, 2004). There is evidence of co-location in US cities like Boston and Atlanta (Weitz, 2003). Even in the developing world, co-location occurs as a means to economize on travel, such as the peri-urban zones of Dar es Salaam and Lagos where infill and densification, often in the form of informal settlements and shantytowns, occurs in lieu of extended growth along peripheral radial roads (Pirie, 2011).

Research on balanced growth strategies provides mixed signals on mobility and environmental impacts. Studies of Atlanta estimate that jobs-housing balance can reduce traffic congestion, emissions, and related externalities (Weitz, 2003; Horner and Murray, 2003). In the San Francisco Bay Area, jobs-housing balance has reduced travel more than intermixing housing and retail development (Cervero and Duncan, 2006). Other studies, however, suggest that jobs-housing balance has little impact on travel and traffic congestion since many factors besides commuting condition residential location choices (Levine, 1998).

Self-contained, 'complete' communities—wherein the jobs, retail commodities and services needed by workers and households exist within a community—is another form of balanced growth. Many master-planned new towns in the United States, France, South Korea, and the UK were designed as self-contained communities, however their physical isolation and economic dependence on major urban centres resulted in high levels of external motorized travel (Cervero, 1995b; Hall, 1996).

How new towns are designed and the kinds of transport infrastructure built, experiences show, have strongly influenced travel and environmental outcomes (Potter, 1984). In the UK, new towns designed for good transit access (e.g., Runcorn and Redditch) averaged far higher transit ridership and less VKT per capita than low-density, auto-oriented communities like Milton Keynes and Washington, UK (Dupree, 1987).

Telecommunities are a more contemporary version of self-contained communities, combining information and communication technologies (ICTs) with traditional neighbourhood designs in remote communities on the edges of cities like Washington, DC and Seattle (Slabbert, 2005; Aguilera, 2008). Until such initiatives scale up, their contributions to VKT and GHG reductions will likely remain miniscule (Choo et al., 2005; Andreev et al., 2010; Mans et al., 2012).

### 12.5.1.2    Meso: Sub-regions, corridors, and districts

The corridor or district scale captures the spatial context of many day-to-day activities, such as going to work or shopping for common household items. Significant challenges are often faced in coordinating transportation and land development across multiple jurisdictions along a corridor.

**Corridor growth management.** Corridor-level growth management plans aim to link land development to new or expanded infrastructure investments (Moore et al., 2007). Both land development and transport infrastructure need years to implement, so coordinated and strategic long-range planning is essential (Gakenheimer, 2011). Once a transport investment is committed and land use policies are adopted, the two can co-evolve over time. A good example of coordinated multi-jurisdictional management of growth is the 20 km Paris-Pike corridor outside of Lexington, Kentucky in the United States (Schneider, 2003). There, two county governments reached an agreement and created a new extra-territorial authority to zone land parcels for agricultural activities within a 0.5 km radius of a newly expanded road to preserve the corridor's rural character, prevent sprawl, and maintain the road's mobility function.

**Transit-oriented corridors.** Corridors also present a spatial context for designing a network of Transit Oriented Developments (TODs), traditional (e.g., compact, mixed-use, and pedestrian-friendly) development that is physically oriented to a transit station. TODs are expected to reduce the need to drive, and thus reduce VKT. Some global cities have directed land uses typically scattered throughout suburban developments (e.g., housing, offices, shops, restaurants, and strip malls) to transit-served corridors (Moore et al., 2007; Ferrell et al., 2011). Scandinavian cities like Stockholm, Helsinki, and Copenhagen have created 'necklace of pearls' built form not only to induce transit riding but also to produce balanced, bi-directional flows and thus more efficient use of infrastructure (Cervero, 1998; Suzuki et al., 2013).

Curitiba, Brazil, is often heralded as one of the world's most sustainable cities and is a successful example of the use of Transit Oriented Corridors (TOCs) to shape and direct growth (Cervero, 1998; Duarte

and Ultramari, 2012). The city has evolved along well-defined radial axes (e.g., lineal corridors) that are served by dedicated busways. Along some transportation corridors, double-articulated buses transport about 16,000 passengers per hour, which is comparable to the capacity of more expensive metro-rail systems (Suzuki et al., 2013). To ensure a transit-oriented built form, Curitiba's government mandates that all medium- and large-scale urban development be sited along a Bus Rapid Transit (BRT) corridor (Cervero, 1998; Hidalgo and Gutiérrez, 2013). High transit use has appreciably shrunk the city's environmental footprint. In 2005, Curitiba's VKT per capita of 7,900 was half as much as in Brazil's national capital Brasilia, a city with a similar population size and income level but a sprawling, auto-centric built form (Santos, 2011).

### 12.5.1.3    Micro: communities, neighbourhoods, streetscapes

The neighbourhood scale is where activities like convenience shopping, socializing with neighbours, and walking to school usually take place, and where urban design approaches such as gridded street patterns and transit-oriented development are often targeted. While smaller scale spatial planning might not have the energy conservation or emission reduction benefits of larger scale planning strategies, development tends to occur parcel-by-parcel and urbanized areas are ultimately the products of thousands of individual site-level development and design decisions.

**Urban Regeneration and Infill Development.** The move to curb urban sprawl has spawned movements to revitalize and regenerate long-standing traditional urban centres (Oatley, 1995). Former industrial sites or economically stagnant urban districts are often fairly close to central business districts, offering spatial proximity advantages. However, brownfield redevelopment (e.g., tearing down and replacing older buildings, remediating contaminated sites, or upgrading worn out or obsolete underground utilities) can often be more expensive than building anew on vacant greenfield sites (Burchell et al., 2005).

In recent decades, British planners have turned away from building expensive, master-planned new towns in remote locations to creating 'new towns/in town', such as the light-rail-served Canary Wharf brownfield redevelopment in east London (Gordon, 2001). Recycling former industrial estates into mixed-use urban centres with mixed-income housing and high-quality transit services has been successful models (Foletta and Field, 2011). Vancouver and several other Canadian cities have managed to redirect successfully regional growth to their urban cores by investing heavily in pedestrian infrastructure and emphasizing an urban milieu that is attractive to families. In particular, Vancouver has invested in developing attractive and inviting urban spaces, high quality and dedicated cycling and walking facilities, multiple and reliable public transit options, and creating high-density residential areas that are integrated with public and cooperative housing (Marshall, 2008). Seoul, South Korea, has sought to regenerate its urban core through a mix of transportation infrastructure investments and de-investments, along

with urban renewal (Jun and Bae, 2000; Jun and Hur, 2001). Reclaiming valuable inner-city land in the form of tearing down an elevated freeway and expropriating roadway lanes, replaced by expanded BRT services and pedestrian infrastructure has been the centrepiece of Seoul's urban regeneration efforts (Kang and Cervero, 2009).

**Traditional neighbourhood design and new urbanism**. Another movement, spearheaded by reform-minded architects and environmental and sustainability planners, has been to return communities to their designs and qualities of yesteryear, before the ascendency of the private automobile (Nasar, 2003). Referred to as 'compact cities' in much of Europe and 'New Urbanism' in the United States, the movement takes on features of traditional, pre-automobile neighbourhoods that feature grid iron streets and small rectilinear city blocks well suited to walking, narrow lots and building setbacks, prominent civic spaces that draw people together (and thus help build social capital), tree-lined narrow streets with curbside parking and back-lot alleys that slow car traffic, and a mix of housing types and prices (Kunstler, 1998; Duany et al., 2000; Talen, 2005).

In the United States, more than 600 New Urbanism neighbourhoods have been built, are planned, or are under construction (Trudeau, 2013). In Europe, a number of former brownfield sites have been redeveloped since the 1980s based on traditional versus modernist design principles (Fraker, 2013). In developing countries, recent examples of neighbourhood designs and redevelopment projects that follow New Urbanism principles to varying degrees are found in Belize, Jamaica, Bhutan, and South Africa (Cervero, 2013).

**Transit Oriented Development (TOD).** TODs can occur at a corridor scale, as discussed earlier for cities like Curitiba and Stockholm, or as is more common, take on a nodal, neighbourhood form.  Besides being the 'jumping off' point for catching a train or bus, TODs also serve other community purposes. Scandinavian TODs often feature a large civic square that functions as a community's hub and human-scale entry-way to rail stations (Bernick and Cervero, 1996; Curtis et al., 2009).

In Stockholm and Copenhagen, TOD has been credited with reducing VKT per capita to among the lowest levels anywhere among high-income cities (Newman and Kenworthy, 1999). In the United States, studies show that TODs can decrease per capita use of cars by 50 %. In turn, this could save households about 20 % of their income (Arrington and Cervero, 2008). TOD residents in the United States typically commute by transit four to five times more than the average commuter in a region (Lund et al., 2006). Similar ridership bonuses have been recorded for TOD projects in Toronto, Vancouver, Singapore, and Tokyo (Chorus, 2009; Yang and Lew, 2009). In China, a recent study found smaller differentials of around 25 % in rail commuting between those living near, versus away from suburban rail stations (Day and Cervero, 2010).

Many cities in the developing world have had long histories of being transit oriented, and feature fine-grain mixes of land uses, abundant pathways that encourage and enable walking and biking, and ample

transit options along major roads (Cervero, 2006; Cervero et al., 2009; Curtis et al., 2009). In Latin America, TOD is being planned or has taken form to varying degrees around BRT stations in Curitiba, Santiago, Mexico City, and Guatemala City. TOD is also being implemented in Asian cities, such as in Kaohsiung, Qingdao and Jiaxing, China, and Kuala Lumpur, Malaysia (Cervero, 2013).  Green TODs that feature low-energy/low-emission buildings and the replacement of surface parking with community gardens are being built (Teriman et al., 2010; Cervero and Sullivan, 2011). A number of Chinese cities have embraced TOD for managing growth and capitalizing upon massive rail and BRT investments. For example, Beijing and Guangzhou adopted TOD as a guiding design principle in their most recent long-range master plans (Li and Huang, 2010). However, not all have succeeded. TOD efforts in many Chinese cities have been undermined by a failure to articulate densities (e.g., tapering building heights with distances from stations), the siting of stations in isolated superblocks, poor pedestrian access, and a lack of co-benefiting mixed land uses (Zhang, 2007; Zhang and Wang, 2013).

**Pedestrian zones/car-restricted districts.** Many European cities have elevated liveability and pedestrian safety to the top of transportation planning agendas, and have invested in programmes that reduce dependence on and use of private automobiles (Banister, 2005, 2008; Dupuy, 2011). One strategy for this is traffic calming, which uses speed humps, realigned roads, necked down intersections along with planted trees and other vegetation in the middle of streets to slow down traffic (Ewing and Brown, 2009). With these traffic calming approaches, automobile passage becomes secondary. A related concept is 'complete streets,' which—through dedicated lanes and traffic-slowing designs—provide safe passage for all users of a street, including drivers as well as pedestrians, cyclists, and transit patrons (McCann and Rynne, 2010).

An even bolder urban-design/traffic-management strategy has been the outright banning of cars from the cores of traditional neighbourhoods and districts, complemented by an upgrading and beautification of pedestrian spaces. This practice has become commonplace in many older European cities whose narrow and winding inner-city street were never designed for motorized traffic (Hass-Klau, 1993). Multi-block car-free streets and enhanced pedestrian zones are also found in cities of the developing world, including Curitiba, Buenos Aires, Guadalajara, and Beirut (Cervero, 2013).

Empirical evidence reveals a host of benefits from street redesigns and auto-restraint measures like these. The traffic-calming measures implemented in Heidelberg, Germany during the early 1990s lead to a 31 % decline in car-related accidents, 44 % fewer casualties, and less central-city traffic (Button, 2010). A study of pedestrianization in German cities recorded increases in pedestrian flows, transit ridership, land values, and retail transactions, as well as property conversions to more intensive land uses, matched by fewer traffic accidents and fatalities (Hass-Klau, 1993). Research on over 100 case studies in Europe, North America, Japan, and Australia, found that road-capacity reductions including car-free zones, creation of pedestrian streets, and street closures, results in an overall decline in motorized traffic of 25 % (Goodwin et al., 1998).

## 12.5.2    Policy instruments

Spatial planning strategies rely on a host of policy instruments and levers (see Chapter 15.3 for a classification of policy instruments). Some instruments intervene in markets, aimed at correcting market failures (e.g., negative externalities). Others work with markets, aimed at shaping behaviours through price signals or public-private partnerships. Interventionist strategies can discourage or restrict growth through government fiat but they can also incentivize development, such as through zoning bonuses or property tax abatements (Bengston et al., 2004). Policy instruments can be applied to different spatial planning strategies and carried out at different geographic scales (see Table 12.5). Different strategy bundles can be achieved through a mix of different policy tools, adapted to the unique political, institutional, and cultural landscapes of cities in which they are applied.  Successful implementation requires institutional capacity and political wherewithal to align the right policy instruments to specific spatial planning strategies.

The effectiveness of particular instruments introduced depends on legal and political environments. For example, cities in the Global South can lack the institutional capacity to regulate land or to enforce development regulations and tax incentives may have little impact on development in the informal sector (Farvacque and McAuslan, 1992; Sivam, 2002; Bird and Slack, 2007; UN-Habitat, 2013). Infrastructure provision and market-based instruments such as fuel taxes will more likely affect development decisions in the informal sectors, although there is little direct empirical evidence. The impact of instruments on urban form and spatial outcomes can be difficult to assess since regulations like land-use zoning are often endogenous. That is, they codify land use patterns that would have occurred under the free market rather than causing changes in urban form (Pogodzinski and Sass, 1994).

### 12.5.2.1    Land use regulations

Land-use regulations specify the use, size, mass and other aspects of development on a particular parcel of land. They are also known as development controls or zoning regulations. In countries like the United States and India, land-use regulations usually promote low-density, single-use developments with large amounts of parking that increase car dependence and emissions (Talen 2012; Levine 2005; Glaeser, 2011). For example, densities in the United States are often lower than developers would choose under an unregulated system (Fischel, 1999; Levine and Inam, 2004). Thus, regulatory reforms that relax or eliminate overly restrictive land-use controls could contribute to climate change mitigation. In Europe, by contrast, land-use regulations have been used to promote more compact, mixed-use, transit-friendly cities (Beatley, 2000). The following are the primary land-use regulations to reduce urban form-related GHG emissions.

**Use restrictions** specify which land uses, such as residential, retail or office, or a mix of uses, may be built on a particular parcel. Single-use zoning regulations which rigidly separate residential and other uses are prevalent in the United States, although some cities such as Miami have recently adopted form-based codes which regulate physical form and design rather than use (Parolek et al., 2008; Talen, 2012). Use restrictions are rare in European countries such as Germany and France, where mixed-use development is permitted or encouraged (Hirt, 2007, 2012).

**Density regulations** specify minimum and/or maximum permissible densities in terms of the number of residential units, floor area on a parcel, or restrictions on building height or mass. Density regulations can provide incentives for open space or other public benefits by allowing higher density development in certain parts of a city. In India, densities or heights are capped in many cities, creating a pattern of mid-rise buildings horizontally spread throughout the city and failing to allow TOD to take form around BRT and urban rail stations (Glaeser, 2011; Brueckner and Sridhar, 2012; Suzuki et al., 2013). In Europe, by contrast, land-use regulations have been used to promote more compact, mixed-use, transit-friendly cities (Beatley, 2000; Parolek et al., 2008; Talen, 2012). In Curitiba, Brazil, density bonuses provide incentives for mixed-use development (Cervero, 1998; Duarte and Ultramari, 2012). A density bonus (Rubin and Seneca, 1991) is an option where an incentive is created for the developer to set aside land for open spaces or other benefits by being allowed to develop more densely, typically in CBDs. One challenge with density bonus is that individuals may have preferences for density levels (high, low) and adjust their location accordingly.

**Urban containment instruments** include greenbelts or urban growth boundaries and have been employed in London, Berlin, Portland, Beijing, and Singapore. In the UK and in South Korea, greenbelts delineate the edges of many built-up and rural areas (Hall, 1996; Bengston and Youn, 2006). In many European cities, after the break-up of the city walls in the 18th and 19th centuries, greenbelts were used to delineate cities (Elson, 1986; Kühn, 2003). Some US states have passed growth management laws that hem in urban sprawl through such initiatives as creating urban growth boundaries, geographically restricting utility service districts, enacting concurrency rules to pace the rate of land development and infrastructure improvements, and tying state aid to the success of local governments in controlling sprawl (DeGrove and Miness, 1992; Nelson et al., 2004). The mixed evidence on the impacts of urban containment instruments on density and compactness (decreases in some cases and increases in others) indicates the importance of instrument choice and particularities of setting.

**Building codes** provide a mechanism to regulate the energy efficiency of development. Building codes affect the energy efficiency of new development, and cities provide enforcement of those regulations in some countries (Chapter 9). City policies influence emissions through energy use in buildings in several other ways, which can influence purchases and leasing of commercial and residential real estate properties. Some cities participate in energy labelling programmes for buildings (see Chapter 9.10.2.6) or have financing schemes linked to property taxes (see Property Assess Clean Energy (PACE) in Chapter 9.10.3.1). Energy efficient equipment in buildings can further reduce

## Box 12.4 | What drives declining densities?

The global phenomenon of declining densities (Angel et al., 2010) is the combined result of (1) fundamental processes such as population growth, rising incomes, and technological improvements in urban transportation systems (LeRoy and Sonstelie, 1983; Mieszkowski and Mills, 1993; Bertaud and Malpezzi, 2003; Glaeser and Kahn, 2004); (2) market failures that distort urban form during the process of growth (Brueckner, 2001a; Bento et al., 2006, 2011); and (3) regulatory policies that can have unintended impacts on density (Sridhar, 2007, 2010). A range of externalities can result in lower densities, such as the failure to adequately account for the cost of traffic congestion and infrastructure development and the failure to account for the social value of open space (Brueckner, 2000).

Regulatory policies, such as zoning and Floor Area Ratio (FAR) restrictions, as well as subsidies to particular types of transportation infrastructures can have large impacts on land development, which lead to leapfrog development (Mieszkowski and Mills, 1993; Baum-Snow, 2007; Brueckner and Sridhar, 2012). The emissions impacts of these interventions are often not fully understood. Finally, the spatial distribution of amenities and services can shape urban densities through housing demand (Brueckner et al., 1999). In the United States, deteriorating conditions in city centres have been an important factor in increased suburbanization (Bento et al., 2011; Brueckner and Helsley, 2011). Conversely, the continued consolidation of amenities, services, and employment opportunities in the cores of European and Chinese cities has kept households in city centres (Brueckner et al., 1999; Zheng et al., 2006, 2009).

energy consumption and associated emissions, including electronics, appliances, and equipment (see Table 9.3). Cities that operate utilities can influence energy usage directly by using smart meters and information infrastructures (see 9.4.1.3).

**Parking regulations** specify minimum and/or maximum numbers of parking spaces for a particular development. Minimum parking standards are ubiquitous in much of the world, including cities in the United States, Mexico, Saudi Arabia, Malaysia, China, and India (Barter, 2011; Al-Fouzan, 2012; Wang and Yuan, 2013). Where regulations require developers to provide more parking than they would have otherwise, as in place like New York and Los Angeles (McDonnell et al., 2011; Cutter and Franco, 2012), they induce car travel by reducing the cost of driving. Minimum parking requirements also have an indirect impact on emissions through land-use, as they reduce the densities that are physically or economically feasible on a site, by 30 %–40 % or more in typical cases in the United States (Willson, 1995; Talen, 2012). Maximum parking standards, in contrast, have been used in cities such as San Francisco, London, and Zurich (Kodransky and Hermann, 2011) to reduce the costs of development, use urban land efficiently, and encourage alternate transportation modes. In London, moving from minimum to maximum residential parking standards reduced parking supply by 40 %, with most of the impact coming through the elimination of parking minimums (Guo and Ren, 2013).

**Design regulations** can be used to promote pedestrian and bicycle travel. For example, site-design requirements may require buildings to face the street or prohibit the placement of parking between building entrances and street rights-of-way (Talen, 2012). Design regulations can also be used to increase albedo or reduce urban heat island effects, through requiring light-coloured or green roofs or regulating impervious surfaces (Stone et al., 2012), as in Montreal and Toronto (Richardson and Otero, 2012).

**Affordable housing mandates** can reduce the spatial mismatch between jobs and housing (Aurand, 2010). Incentives, such as floor area ratios and credits against exactions and impact fee obligations, can be arranged for developers to provide social housing units within their development packages (Cervero, 1989; Weitz, 2003).

### 12.5.2.2   Land management and acquisition

The previous section discussed regulatory instruments that are primarily used to shape the decisions of private landowners. Land management and acquisition include parks, lease air rights, utility corridors, transfer development rights, and urban service districts. Urban governments can also directly shape urban form through land that is publicly owned—particularly around public transport nodes, where municipalities and public transport agencies have acquired land, assembled parcels, and taken the lead on development proposals (Cervero et al., 2004; Curtis et al., 2009; Curtis, 2012). In Hong Kong SAR, China, the 'Rail + Property' development programme, which emphasizes not only density but also mixed uses and pedestrian linkages to the station, increases patronage by about 35,000 weekday passengers at the average station. In addition to supporting ridership, an important aim of many agencies is to generate revenue to fund infrastructure, as in Istanbul, Sao Paulo, and numerous Asian cities (Peterson, 2009; Sandroni, 2010).

**Transfer of Development Rights (TDR)** allows the voluntary transfer or sale of development from one region or parcel where less development is desired to another region or parcel where more development is desired. They can be used to protect heritage sites from redevelopment or to redistribute urban growth to transit station areas. The parcels that 'send' development are protected through restrictive covenants or permanent conservation easements. TDR effectively redirects new growth from areas where current development is to be protected (historical

sites or protected areas) to areas where more development is desired (e.g., transit station areas).

**Increasing green space and urban carbon sinks** can sequester carbon and reduce energy consumption for cooling. Increasing green space offers co-benefits such as increased property values, regulating stormwater, reduced air pollution, increased recreational space, provision of shade and cooling, rainwater interception and infiltration, increased biodiversity support, and enhancement of well-being (Heynen et al., 2006; Gill et al., 2007; McDonald, 2008). However, many studies show that significantly increasing urban green space would have negligible effects on offsetting total urban carbon emissions, especially when emissions generated by fuel combustion, fertilizer use, and irrigation are also considered (Pataki et al., 2009; Jim and Chen, 2009; Townsend-Small and Czimczik, 2010). Globally, urban soils could sequester 290 Mt carbon per year if designed with calcium-rich minerals (Renforth et al., 2009). Annual carbon uptake varies significantly by location and plant species. Carbon uptake per hectare for temperate urban green spaces is estimated to be 0.15–0.94 t/yr for seven cities in the United States: Atlanta, Baltimore, Boston, Jersey City, New York, Philadelphia, and Syracuse (Nowak and Crane, 2002); 0.38 t/yr in Beijing, China (Yang and Gakenheimer, 2007); and 0.53–0.8 t/yr in the South Korean cities of Chuncheon, Kangleung (Gangneung) and Seoul (Jo, 2002). United States cities in semi-tropical areas have higher levels of per hectare annual C sequestration, of 3.2 t/yr in Gainesville and 4.5 t/yr in Miami-Dade (Escobedo et al., 2010). Urban forests are estimated to sequester 1.66 t C/ha/yr in Hangzhou, China (Zhao et al., 2010). The variation in estimates across cities can be partly ascribed to differences in tree species, sizes, and densities of planting (Zhao et al., 2010), as well as land use (Whitford et al., 2001) and tree life span (Strohbach et al., 2012; Raciti et al., 2012).

### 12.5.2.3   Market-based instruments

Market-based instruments use taxation and pricing policies to shape urban form (see Chapter 15.5.2 for more in-depth discussion of market-based instruments). Because much low-density, single-use urban development stems from market failures or pre-existing distorted policies or regulations, a variety of market-based instruments can be introduced that correct these failures (Brueckner and Fansler, 1983; Brueckner and Kim, 2003; Brueckner, 2000; Bento et al., 2006, 2011).

**Property taxes.** The property tax, a local tax widely used to fund local urban services and infrastructure, typically taxes both land and structures. A variant of the property tax, a land tax or split-rate tax, levies a higher rate of tax on the value of the land, and a lower or zero rate on the value of the buildings and other improvements. This variant of the property tax can promote compact urban form through increasing the capital to land ratio, i.e., the intensity of development. There are numerous examples of the land or split-rate tax worldwide, including Jamaica, Kenya, Denmark, parts of Australia, the United States, and South Africa (Bird and Slack, 2002, 2007; Franzsen and Youngman,

2009; Banzhaf and Lavery, 2010)—although in these places, tax reform was not necessarily implemented with the aim of reducing sprawl.

In principle, moving from a standard property tax to a land or split-rate tax has ambiguous effects on urban form. The capital to land ratio could rise through an increase in dwelling size—promoting sprawl—and/or through an increase in density or units per acre—promoting compact urban form (Brueckner and Kim, 2003). In practice, however, the density effect seems to dominate. Most of the empirical evidence supporting the role of property tax reform in promoting compact urban form comes from the U.S. state of Pennsylvania, where the most thorough study found that the split-rate tax led to a 4–5% point increase per decade in the number of housing units per hectare, with a minimal increase in unit size (for other evidence from Pennsylvania, see Oates and Schwab, 1997; Plassmann and Tideman, 2000; Banzhaf and Lavery, 2010).

Prospective or simulation studies also tend to find that land or split-rate taxes have the potential to promote compact urban form at least to some extent (many earlier studies are summarized in Roakes, 1996; Needham, 2000; for more recent work see Junge and Levinson, 2012). However, studies of land taxes in Australia have tended to find no effect on urban form (Skaburskis, 2003), although with some exceptions (e.g. Edwards, 1984; Lusht, 1992). There are several suggestions to tailor land or property taxes to explicitly support urban planning objectives. For example, the property tax could vary by use or by impervious area (Nuissl and Schroeter-Schlaack, 2009), or the tax could be on greenfield development only (Altes, 2009). However, there are few examples of these approaches in practice, and little or no empirical evidence of their impacts.

Moving from a standard property tax to a land or split-rate tax can yield efficiency and equity benefits (see Chapter 3 for definitions). The efficiency effect stems from the fact that the land tax is less distortionary than a tax on improvements, as the supply of land is fixed (Brueckner and Kim, 2003). The equity argument stems from the view that land value accrues because of the actions of the wider community, for example through infrastructure investments, rather than the actions of the landowner (Roakes, 1996). Indeed, some variants of the land tax in countries such as Colombia (Bird and Slack, 2007) take an explicit 'value capture' approach, and attempt to tax the incremental increase in land value resulting from transport projects.

Development impact fees are imposed per unit of new development to finance the marginal costs of new infrastructure required by the development, and are levied on a one-time basis. The effects of impact fees on urban form will be similar to a property tax. The main difference is that impact fees are more likely to be used by urban governments as a financing mechanism for transport infrastructure. For example, San Francisco and many British cities have impact fees dedicated to public transport (Enoch et al., 2005), and other cities such as Santiago have fees that are primarily dedicated to road infrastructure (Zegras, 2003).

> ## Box 12.5 | Singapore: TOD and Road Pricing
>
> The island-state of Singapore has over the years introduced a series of cross-cutting, reinforcing spatial planning and supportive strategies that promote sustainable urbanism and mobility (Suzuki et al., 2013). Guided by its visionary Constellation Plan, Singapore built a series of new master-planned towns that interact with each other because they each have different functional niches. Rather than being self-contained entities, these new towns function together
>
> (Cervero, 1998). All are interlinked by high-capacity, high-quality urban rail and bus services, and correspondingly the majority of trips between urban centres are by public transport. Congestion charges and quota controls on vehicle registrations through an auctioning system also explain why Singapore's transit services are so heavily patronized and not un-related, why new land development is occurring around rail stations (Lam and Toan, 2006).

**Development taxes.** To the extent that excessive urban development reflects the failure to charge developers for the full costs of infrastructure and the failure to account for the social benefits of spatially explicit amenities or open space, some economists argue that development taxes, a tax per unit of land converted to residential uses, are the most direct market-based instruments to correct for such failures (Brueckner, 2000; Bento et al., 2006). According to these studies, in contrast to urban growth boundaries, development taxes can control urban growth at lower economic costs. Urban sprawl occurs in part because the costs associated with development are not fully accounted for. Development taxes could make up for the difference between the private costs and the social costs of development, and coupled with urban growth boundaries could be effective at reducing sprawl.

**Fuel prices and transportation costs.** Increases in fuel taxes or transportation costs more generally have a direct effect on reducing VKT (see Chapter 8 and Chapter 15). They are also likely to have a long-run mitigation effect as households adjust their location choices to reduce travel distances, and urban form responds accordingly. An urban area that becomes more compact as households bid up the price of centrally located land is a core result from standard theoretical economic models of urban form (Romanos, 1978; Brueckner, 2001a, 2005; Bento et al., 2006).

Empirically, evidence for this relationship comes from cities in the United States, where a 10 % increase in fuel prices leads to a 10 % decrease in construction on the urban periphery (Molloy and Shan, 2013); Canada,



**Figure 12.18 |** Singapore's Constellation Plan. Source: Suzuki et al. (2013).

where a 1 % increase in gas prices is associated with a 0.32 % increase in the population living in the inner city (Tanguay and Gingras, 2012); and cross-national datasets of 35 world cities (Glaeser et al., 2001; Glaeser and Kahn, 2004). However, another cross-national study using a larger dataset found no statistically significant link, which the authors attribute to noisiness in their (national-level) fuel price data (Angel et al., 2005).

Similar impacts on urban form would be expected from other pricing instruments that increase the cost of driving. While there is clear evidence that road and parking pricing schemes reduce emissions through direct impacts on mode and travel choices (see Chapter 8.10.1), there is more limited data on the indirect impacts through land-use patterns. One of the few simulation studies found that optimum congestion pricing would reduce the radius of the Paris metropolitan area by 34 %, and the average travel distance by 15 % (De Lara et al., 2013).

### 12.5.3   Integrated spatial planning and implementation

A characteristic of effective spatial planning is interlinked and coordinated efforts that are synergistic, and the sum of which are greater than each individual part incrementally or individually (Porter, 1997). Relying on a single instrument or one-size-fits-all approach can be ineffective or worse, have perverse, unintended consequences. Singapore is a textbook example of successfully bundling spatial planning and supportive pricing strategies that reinforce and strengthen the influences of each other (see Box 12.5). Bundling spatial strategies in ways that produce positive synergies often requires successful institutional coordination and political leadership from higher levels of government (Gakenheimer, 2011). The U.S. state of Oregon has managed to protect farmland and restrict urban sprawl through a combination of measures, including urban growth boundaries (required for all metropolitan areas above 50,000 inhabitants), farm tax credit programmes, tax abatements for infill development, and state grants that have helped fund investments in high-quality transit, such as light rail and tramways in Portland and BRT in Eugene (Moore et al., 2007). Enabling legislation introduced by the state prompted cities like Portland to aggressively curb sprawl through a combination of urban containment, targeted infrastructure investments, aggressive expansion of pedestrian and bikeway facilities, and commercial-rate pricing of parking (Nelson et al., 2004).

Empirical evidence on the environmental benefits of policies that bundle spatial planning and market strategies continues to accumulate. A 2006 experiment in Portland, Oregon, replaced gasoline taxes with VKT charges, levied on 183 households that volunteered for the experiment. Some motorists paid a flat VKT charge while others paid considerably higher rates during the peak than non-peak. The largest VKT reductions were recorded among households in compact, mixed-use neighbourhoods that paid congestion charges matched by little change in travel among those living in lower density areas and paying flat rates (Guo et al., 2011). Another study estimated that compact

development combined with technological improvements (e.g., more efficient vehicle fleets and low-carbon fuels) could reduce GHG emissions by 15 % to 20 % (Hankey and Marshall, 2010). A general equilibrium model of urban regions in the OECD concluded that "urban density policies and congestion charges reduce the overall cost of meeting GHG emissions reduction targets more than economy-wide policies, such as a carbon tax, introduced by themselves" (OECD, 2010d).

## 12.6   Governance, institutions, and finance

The feasibility of spatial planning instruments for climate change mitigation depends greatly upon each city's governance and financial capacities. Even if financial capacities are present, a number of other obstacles need to be surmounted. For example, many local governments are disinclined to support compact, mixed-use, and dense development. Even in cases where there is political support for low-carbon development, institutions may be ineffective in developing, implementing, or regulating land use plans. This section assesses the governance, institutional, and financial challenges and opportunities for implementing the mitigation strategies outlined in Section 12.5. It needs to be emphasized that both the demand for energy and for urban infrastructure services, as well as the efficiency of service delivery, is also influenced by behaviour and individual choices. Cultural and lifestyle norms surrounding comfort, cleanliness, and convenience structure expectations and use of energy, water, waste, and other urban infrastructure services (Miller, 1998; Shove, 2003, 2004; Bulkeley, 2013). Individual and household choices and behaviour can also strongly affect the demand for, and the delivery efficiency of, public infrastructure services, for instance by lowering or increasing load factors (utilization rates) of public transport systems (Sammer, 2013). Governance and institutions are necessary for the design and implementation of effective policy frameworks that can translate theoretical emission reduction potentials of a range of mitigation options into actual improved emission outcomes.

### 12.6.1   Institutional and governance constraints and opportunities

The governance and institutional requirements most relevant to changing urban form and integrated infrastructure in urban areas relate to spatial planning. The nature of spatial planning varies significantly across countries, but in most national contexts, a framework for planning is provided by state and local governments. Within these frameworks, municipal authorities have varying degrees of autonomy and authority. Furthermore, there are often divisions between land use planning, where municipalities have the authority for land regulation within their jurisdiction, and transportation planning (which is

either centrally organized or done in a cross-cutting manner), in which municipal responsibilities are often more limited. Thus, spatial planning is one area where municipalities have both the authority and the institutions to address GHG emissions.

However, the best plans for advancing sustainable urbanization and low-carbon development, especially in fast-growing parts of the world, will not become a reality unless there is both the political will and institutional capacity to implement them. The ability to manage and respond to escalating demands for urban services and infrastructure is often limited in developing country cities. Multiple institutional shortcomings exist, such as an insufficiently trained and undereducated civil service talent pool or the absence of a transparent and corruption-free procurement process for providing urban infrastructure (UN-Habitat, 2013). For example, limited experience with urban management, budgeting and accounting, urban planning, finance, and project supervision have thwarted Indonesia's decentralization of infrastructure programmes from the central to local governments over the past decade (Cervero, 2013).

Although lack of coordination among local land management and infrastructure agencies is also a common problem in cities of industrialized countries (Kennedy et al., 2005), in developing cities institutional fragmentation undermines the ability to coordinate urban services within and across sectors (Dimitriou, 2011). Separating urban sector functions into different organizations—each with its own boards, staff, budgets, and by-laws—often translates into uni-sectoral actions and missed opportunities, such as the failure to site new housing projects near public transport stations. In addition, ineffective bureaucracies are notorious for introducing waste and delays in the deployment of urban transport projects.

In rapidly urbanizing cities, limited capacities and the need to respond to everyday crises often occupy most of the available time in transportation and public utility departments, with little attention left to strategically plan for prevention of such crises in the first place. As a result, strategic planning and coordination of land use and transportation across different transport modes is practically non-existent. Institutions rarely have sufficient time or funds to expand transport infrastructure fast enough to accommodate the exponential growth in travel. Public utilities for water and sanitation face similar challenges, and most local agencies operate constantly in the catch-up mode. Water utilities in southeast Asian cities, for example, are so preoccupied with fixing leaks, removing illegal connections, and meeting water purity standards that there is little time to strategically plan ahead for expanding trunk-line capacities in line with urban population growth projections. The ability to advance sustainable transport programmes, provide clean water connections, or introduce efficient pricing schemes implies the presence of conditions that rarely exist, namely a well-managed infrastructure authority that sets clear, measurable objectives and rigorously appraises the expenditure of funds in a transparent and accountable way (Cervero, 2013). Lack of local institutional capacity among developing cities is a major barrier to achieving the full poten-

tial that such cities have to reduce GHG emissions (UN-Habitat, 2013). This highlights the urban institutional climate conundrum that rapidly urbanizing cities—cities with the greatest potential to reduce future GHG emissions—are the cities where the current lack of institutional capacity will most obstruct mitigation efforts.

Curitiba, Brazil, regarded as one of the world's most sustainable cities, is a product of not only visionary spatial planning but also strong institutions and political leadership (see Box 12.6.). Other global cities are striving to follow Curitiba's lead. Bangkok recently announced a paradigm shift in planning that emphasizes redesigning the city to eliminate or shorten trips, creating complete streets, and making the city more liveable (Bangkok Metropolitan Administration, 2013). The Amman, Jordan, Master Plan of 2008 promotes high-density, mixed-use development through the identification of growth centres, intensification along select corridors across the city, and the provision of safe and efficient public transportation (Beauregard and Marpillero-Colomina, 2011). Similar transit-oriented master plans have been prepared for Islamabad, Delhi, Kuala Lumpur, and Johannesburg in recent years. Mexico City has aggressively invested in BRT and bicycle infrastructure to promote both a culture and built form conducive to sustainable mobility (Mejía-Dugand et al., 2013).

In addition to the internal institutional challenges outlined above, cities face the problem of coordinating policies across jurisdictional boundaries as their populations grow beyond the boundaries of their jurisdictions. Effective spatial planning and infrastructure provision requires an integrated metropolitan approach that transcends traditional municipal boundaries, especially to achieve regional accessibility. The fragmented local government structure of metropolitan areas facilitates the conversion of agricultural, forested, or otherwise undeveloped land to urban uses. These expanding urban areas also exhibit fiscal weaknesses, face heightened challenges of metropolitan transportation, and deficiencies in critical physical and social infrastructures (Rusk, 1995; Norris, 2001; Orfield, 2002; McCarney and Stren, 2008; Blanco et al., 2011; McCarney et al., 2011). Several efforts to address urban climate change mitigation at a metropolitan scale are emerging. The U.S. state of California, for example, is requiring metropolitan transportation agencies to develop climate change mitigation plans in concert with municipalities in their region. California's 2008 Sustainable Communities and Climate Protection Act, or SB 375, was the first legislation in the United States to link transportation and land use planning with climate change (State of California, 2008; Barbour and Deakin, 2012).

In order for integrated planning development to be successful, it must be supported at national levels (Gakenheimer, 2011). A recent example is India's National Urban Transport Policy of 2006, which embraces integrated transport and land use planning as its top priority. In this policy, the central government covers half the costs of preparing integrated transport and land use plans in Indian cities. Another example is that for the past 25 years, Brazil has had a national urban transport policy that supports planning for sustainable transport and urban growth in BRT-served cities like Curitiba and Belo Horizonte.

12

## Box 12.6 | Sustainable Curitiba: Visionary planning and strong institutions

Developing cities such as Curitiba, Brazil, well-known for advancing sustainable transport and urbanism, owe part of their success to strong governance and institutions (Cervero, 2013). Early in Curitiba's planning process, the Instituto de Pesquisa e Planejamento Urbano de Curitiba (IPPUC) was formed and given the responsibility of ensuring the integration of all elements of urban growth. Creative design elements, such as the trinary corridors (shown in Figure 12.19) that concentrate vertically mixed development along high-capacity dedicated busways and systematically taper densities away from transit corridors, were inventions of IPPUC's professional staff. As an independent planning and research agency with dedicated funding support, IPPUC is insulated from the whims of day-to-day politics and able to cost effectively coordinate urban expansion and infrastructure development. Sustained political commitment has been another important element of Curitiba's success. The harmonization of transport and urban development took place over 40 years, marked by a succession of progressive, forward-looking, like-minded mayors who built on the work of their predecessors. A cogent long-term vision and the presence of a politically insulated regional planning organization, IPPUC, to implement the vision have been crucial in allowing the city to chart a sustainable urban pathway.

However, urban governance of land use and transport planning is not the sole province of municipal authorities or other levels of government. Increasingly, private sector developers are creating their own strategies to govern the nature of urban development that exceed codes and established standards. These strategies can relate both to the physical infrastructure being developed (e.g., the energy rating of housing on a particular development) or take the form of requirements and guides for those who will occupy new or refurbished developments (e.g., age limits, types of home appliance that can be used, energy contracts, and education about how to reduce GHG emissions). Non-governmental organizations (NGOs) aimed at industry groups, such as the U.S. Green Building Council, the Korea Green Building Certification Criteria, and UK's Building Research Establishment Environmental Assessment Method (BREEAM) have also become important in shaping urban development, particularly in terms of regeneration and the refurbishment or retrofitting of existing buildings. For example, this is the case in terms of community-based organizations in informal settlements, as well as in the redevelopment of brownfield sites in Europe and North America.



**Figure 12.19 |** Curitiba's stylized trinary road system. The inclusion of mixed land uses and affordable housing allows developers to increase building heights, adding density to the corridor. Source: Suzuki et al. (2013).

## 12.6.2    Financing urban mitigation

Urban infrastructure financing comes from a variety of sources, some of which may already be devoted to urban development. Some of these

include direct central government budgetary investments, intergovernmental transfers to city and provincial governments, revenues raised by city and provincial governments, the private sector or public-private partnerships, resources drawn from the capital markets via municipal

bonds or financial intermediaries, risk management instruments, and carbon financing. Such sources provide opportunities for urban mitigation initiatives (OECD, 2010b), but access to these financial resources varies from one place to another.

In many industrialized countries, national and supra-national policies and programmes have provided cities with the additional financing and facilitations for urban climate change mitigation. Where the national commitment is lacking, state and municipal governments can influence mitigation initiatives at the city scale. Cities in emerging economies are also increasingly engaging in mitigation, but they often rely on international sources of funding. GHG abatement is generally pursued as part of the urban development efforts required to improve access to infrastructure and services in the fast-growing cities of developing countries, and to increase the liveability of largely built-out cities in industrialized countries. Incorporating mitigation into urban development has important financial implications, as many of the existing or planned urban investments can be accompanied through requirements to meet certain mitigation standards (OECD, 2010b). As decentralization has progressed worldwide (the average share of sub-national expenditure in OECD countries reached 33 % in 2005), regional and local governments increasingly manage significant resources.

Local fiscal policy itself can restrict mitigation efforts. When local budgets rely on property taxes or other taxes imposed on new development, there is a fiscal incentive to expand into rural areas or sprawl instead of pursuing more compact city strategies (Ladd, 1998; Song and Zenou, 2006). Metropolitan transportation policies and taxes also affect urban carbon emissions. Congestion charges reduce GHG emissions from transport by up to 19.5 % in London where proceeds are used to finance public transport, thus combining global and local benefits very effectively (Beevers and Carslaw, 2005). Parking charges have led to a 12 % decrease of vehicle miles of commuters in U.S. cities, a 20 % reduction in single car trips in Ottawa, and a 38 % increase of carpooling in Portland (OECD, 2010c).

Another way to think about the policy instruments available to governments for incentivizing GHG abatement is to consider each instrument's potential to generate public revenues or demand for government expenditures, and the administrative scale at which it can be applied (Figure 12.20). Here, the policy instruments discussed earlier (Table 12.5) are categorized into four groups: (1) regulation; (2) taxation/charge; (3) land-based policy; and (4) capital investment. Many of these are applicable to cities in both the developed and developing countries, but they vary in degree of implementation due to limited institutional or governance capacities. Overcoming the lack of political will, restricted technical capacities, and ineffective institutions for regulating or planning land use will be central to attaining low-carbon development at a city-scale.

Fiscal crises along with public investment, urban development, and environmental policy challenges in both developed and developing counties have sparked interest in innovative financial instruments to affect spatial development, including a variety of land-based techniques (Peterson, 2009). One of these key financial/economic mechanisms is land value capture. Land value capture consists of financing the construction of new transit infrastructures using the profits generated by the land value price increase associated with the presence of new infrastructure (Dewees, 1976; Benjamin and Sirmans, 1996; Batt, 2001; Fensham and Gleeson, 2003; Smith and Gihring, 2006). Also called windfall recapture, it is a local financing option based on recouping a portion or all of public infrastructure costs from private land betterments under the 'beneficiary' principle. In contrast, value compensation, or wipeout mitigation, is commonly viewed as a policy tool to alleviate private land worsements—the deterioration in the value or usefulness of a piece of real property—resulting from public regulatory activities (Hagman and Misczynski, 1978; Callies, 1979).

The majority of the value capture for transit literature use U.S. cities as case studies in part because of the prevalence of low-density, automobile-centred development. However, there is an emerging literature on value capture financing that focus on developing country cities, which tend to be denser than those in OECD countries, and where there are more even shares of distinct travel modes (Cervero et al., 2004). Value capture typically is used for public transit projects. There are various ways to implement value capture, including: land and property taxes, special assessment or business improvement districts, tax increment financing, development impact fees, public land leasing and development right sales, land readjustment programmes, joint developments and cost/benefit sharing, connection fees (Johnson and Hoel, 1985; Landis et al., 1991; Bahl and Linn, 1998; Enoch et al., 2005; Smith and Gihring, 2006). There is much evidence that public transit investments often increase land values around new and existing stations (Du and Mulley, 2006; Debrezion et al., 2007).

In summary, the following are key factors for successful urban climate governance: (1) institutional arrangements that facilitate the integration of mitigation with other high-priority urban agendas; (2) an enabling multilevel governance context that empowers cities to promote urban transformations; (3) spatial planning competencies and political will to support integrated land-use and transportation planning; and (4) sufficient financial flows and incentives to adequately support mitigation strategies.

## 12.7   Urban climate mitigation: Experiences and opportunities

This section identifies the scale and range of mitigation actions being planned by municipal governments and assesses the evidence of successful implementation of the plans as well as barriers to further implementation. The majority of studies reviewed pertain to large



**Figure 12.20 |** Key spatial planning tools and effects on government revenues and expenditures across administrative scales. Figure shows four key spatial planning tools (coded in colours) and the scale of governance at which they are administered (x-axis) as well as how much public revenue or expenditure the government generates by implementing each instrument (y-axis).

Sources: Bahl and Linn (1998); Bhatt (2011); Cervero (2004); Deng (2005); Fekade (2000); Rogers (1999); Hong and Needham (2007); Peterson (2009); Peyroux (2012); Sandroni (2010); Suzuki et al. (2013); Urban LandMark (2012); U.S. EPA (2013); Weitz (2003).

cities in North America, Japan, and Europe, although there are some cross-city comparisons and case studies that include smaller cities in industrialized economies (Yalçın and Lefèvre, 2012; Dierwechter and Wessells, 2013) and cities in developing countries and emerging economies (Romero Lankao, 2007; Pitt, 2010).

Addressing climate change has become part of the policy landscape in many cities, and municipal authorities have begun to implement policies to reduce GHG emissions generated from within their administrative boundaries (Acuto, 2013; OECD, 2010a). The most visible way in

which cities undertake mitigation is under the auspices of a climate action plan—a policy document created by a local government agency that sets out a programme of action to mitigate greenhouse gas emissions. Usually such plans include a GHG emissions inventory and an emissions reduction target, as well as a series of mitigation policies.

This section focuses on such climate action plans, as they provide the most comprehensive and consistent, albeit limited, evidence available regarding urban mitigation efforts. However, there is not a one-to-one correspondence between climate action plans and urban mitigation

efforts. Even when included in climate action plans, mitigation measures may well have been implemented in the plan's absence, whether for climate-related or other reasons (Millard-Ball, 2012b). Conversely, climate action plans are only one framework under which cities plan for mitigation policies, and similar recommendations may also occur as part of a municipal sustainability, land-use, or transport plan (Bulkeley and Kern, 2006; GTZ, 2009; Bassett and Shandas, 2010). In these other types of plans, climate change may be one motivation, but mitigation measures are often pursued because of co-benefits such as local air quality (Betsill, 2001; Kousky and Schneider, 2003).

### 12.7.1    Scale of urban mitigation efforts

The number of cities that have signed up to voluntary frameworks for GHG emission reductions has increased from fewer than 50 at the start of the 1990s to several hundred by the early 2000s (Bulkeley and Bet-

sill, 2005), and several thousand by 2012 (Kern and Bulkeley, 2009; Pitt, 2010; Krause, 2011a). These voluntary frameworks provide technical assistance and political visibility. They include the C40 Cities Climate Leadership Group (C40), which by October 2013 counted most of the world's largest cities among its 58 affiliates (C40 Cities, 2013), the Cities for Climate Protection (CCP) Campaign, and the 2013 European Covenant of Mayors, which had over 5,200 members representing over 170 million people, or roughly one-third of the European population (The Covenant of Mayors, 2013). In the United States, nearly 1,100 municipalities, representing approximately 30 % of the country's population, have joined the U.S. Conference of Mayors Climate Protection Agreement, thus committing to reduce their local GHG emissions to below 1990 levels (Krause, 2011a).

Such estimates represent a lower bound, as cities may complete a climate action plan or undertake mitigation outside one of these voluntary frameworks. In California in 2009, 72 % of cities responding

---

### Box 12.7   Urban climate change mitigation in less developed countries

The majority of future population growth and demand for new infrastructure will take place in urban areas in developing countries. Africa and Asia will absorb the bulk of the urban population growth, and urbanization will occur at lower levels of economic development than the urban transitions that occurred in Annex I countries. There are currently multiple urban transitions taking place in developing countries, with differences in part due to their development histories, and with different impacts on energy use and greenhouse gas emissions.

Urban areas in developing and least developed countries can have dual energy systems (Martinot et al., 2002; Berndes et al., 2003). That is, one segment of the population may have access to modern energy and associated technology for heating and cooking. Another segment of the population—mainly those living in informal settlements—may rely mainly on wood-based biomass. Such non-commercial biomass is a prominent source in the urban fuel mix in Sub-Saharan Africa (50 %) and in South Asia (23 %). In other regions, Latin America and the Caribbean (12 %), Pacific Asia (8 %) and China (7 %) traditional, non-commercial energy is not negligible but a relatively smaller proportion of overall energy portfolio (Grubler et al., 2012). The traditional energy system operates informally and inefficiently, using out-dated technology. It can be associated with significant health impacts (see Section 9.7.3 in this report as well as Chapters 2 and 9 in IPCC, 2011). The unsustainable harvesting of woodfuels to supply large urban and industrial markets is significantly contributing to forest degradation and coupled with other land-use changes to deforestation (see Chapter 11). However, recent technological advances suggest that energy production

from biomass can be an opportunity for low carbon development (Zeng et al., 2007; Fargione et al., 2008; Hoekman, 2009; Azar et al., 2010). Projections of significant growth in woodfuel demand (Mwampamba, 2007; Zulu, 2010; Agyeman et al., 2012) make it vital that this sector is overhauled and modernized using new technologies, approaches, and governance mechanisms.

Additionally, informal urbanization may not result in an increase in the provision of infrastructure services. Rather, unequal access to infrastructure, especially housing and electricity, is a significant problem in many rapidly growing urban centres in developing countries and shapes patterns of urban development. Mitigation options vary by development levels and urbanization trajectories. The rapid urbanization and motorization occurring in many developing and least developed countries is constrained by limited infrastructure and deteriorating transport systems. Integrated infrastructure development in these areas can have greater effects on travel demands and low-emission modal choices than in high-income countries, where infrastructure is largely set in place (see Chapter 8.9). The scale of new building construction in developing countries follows a similar path. An estimated 3 billion people worldwide rely on highly polluting and unhealthy traditional solid fuels for household cooking and heating (Pachauri et al., 2012; IEA, 2012) and shifting their energy sources to electricity and clean fuels could strongly influence building-related emissions reductions (see Box 9.1 and Section 14.3.2.1). Thus, it is in developing and least developed country cities where opportunities for integrated infrastructure and land-use planning may be most effective at shaping development and emissions trajectories, but where a 'governance paradox' exists (see Section 12.3.1).

12

to a survey stated they had adopted policies and/or programmes to address climate change, but only 14% had adopted a GHG reduction target (Wang, 2013). In some countries, climate action plans are mandatory for local governments, further adding to the total. For example, in Japan, the Global Warming Law and the Kyoto Protocol Target Achievement Plan mandate that 1,800 municipal governments and 47 Prefectures prepare climate change mitigation action plans (Sugiyama and Takeuchi, 2008). In France, climate action plans are mandatory for cities with populations larger than 50,000 (Yalçın and Lefèvre, 2012). Climate action planning has been most extensive in Annex I countries, particularly those in Europe and Japan. This presents a mismatch between the places with mitigation planning efforts and the places where most urban growth will occur—and where the greatest mitigation potential exists—largely in developing countries that are rapidly urbanizing.

### 12.7.2   Targets and timetables

One way to assess the scale of planned mitigation is through the emission reduction targets set by cities, typically as part of their climate action plans. A central feature of municipal climate change responses is that targets and timetables have frequently exceeded national and international ambitions for emissions reduction. In Germany, nearly 75% of cities with a GHG target established their emissions goals based on national or international metrics rather than on a local analy-

sis of mitigation options and the average city reduction target of 1.44% per year exceeds the national target (Sippel, 2011). In the United States, signatories to the Mayors Climate Protection Agreement have pledged to reduce GHG emissions by 7% below 1990 levels by 2012, in line with the target agreed upon in the Kyoto Protocol for the United States (Krause, 2011b). Lutsey and Sperling (2008) find that these and other targets in 684 U.S. cities would reduce total emissions in the United States by 7% below the 2020 business-as-usual (BAU) baseline.

In Europe and Australia, several municipalities have adopted targets of reducing GHG emissions by 20% by 2020 and long-term targets for radically reducing GHG emissions, including 'zero-carbon' targets in the City of Melbourne and Moreland (Victoria), and a target of 80% reduction over 1990 levels by 2050 in London (Bulkeley, 2009). This approach has not been limited to cities in developed economies. For example, the city of Cape Town has set a target of increasing energy efficiency within the municipality by 12% by 2010 (Holgate, 2007), and Mexico City has implemented and achieved a target of reducing 7 million tons of GHG from 2008 to 2012 (Delgado-Ramos, 2013). Data compiled for this assessment, although illustrative rather than systematic, indicate an average reduction of 2.74 t $CO_2$eq/cap if cities were to achieve their targets, with percentage targets ranging from 10% to 100%. In general, percentage reduction targets are larger for more distant years and in more affluent cities. However, the absolute level of the targeted reductions depends primarily on the city's population and other determinants of baseline emissions (Figure 12.21.).



**Figure 12.21** | Mitigation targets for 42 cities. Sources: Baseline emissions, reduction targets, and population from self-reported data submitted to Carbon Disclosure Project (2013). GDP data from Istrate & Nadeau (2012). Note that the figure is illustrative only; data are not representative, and physical boundaries, emissions accounting methods and baseline years vary between cities. Many cities have targets for intermediate years (not shown).

In some cases, targets may reflect patterns of potential mitigation. Targets are often arbitrary or aspirational, and reflect neither mitigation potential nor implementation. How targets translate into mitigation effort also depends on how they are quantified, e.g., whether fuel economy and similar improvements mandated at the national level are claimed by cities as part of their own reductions (Boswell et al., 2010; DeShazo and Matute, 2012). Mitigation targets are often set in absolute terms, which may be less meaningful than per-capita reductions in assessing mitigation potential at the metropolitan scale. This is a particularly important issue for central cities and inner suburbs, where population and emissions may increase within the city boundary if policies to increase density and compactness are successful (see Section 12.4; Ganson, 2008; Salon et al., 2010).

Many cities, particularly those in developing countries, do not set targets at all. For example, the Delhi Climate Change Agenda only reports Delhi's $CO_2$ emissions from power, transport, and domestic sectors as 22.49 $MtCO_2$ for 2007—2008 (Government of NCT of Delhi, 2010), while the contributions from commercial sectors and industries com-

prise a larger share of the city's total emissions. Furthermore, Delhi's climate action plan lacks clear GHG reduction targets, an analysis of the total carbon reductions projected under the plan, and a strategy for how to achieve their emissions goals. Similar limitations are apparent in mitigation plans for other global cities such as Bangkok and Jakarta (Dhakal and Poruschi, 2010). For many cities in developing countries, a reliable city GHG inventory may not exist, making the climate change actions largely symbolic. However, these city action plans provide a foundation for municipal engagement in mitigation initiatives while building momentum for collective action on a global scale.

### 12.7.3   Planned and implemented mitigation measures

Limited information is available on the extent to which targets are being achieved or emissions reduced. Some cities have already achieved their initial GHG reduction targets, e.g., Seattle (Boswell et al., 2011), or are on track to do so, e.g. Stockholm (City of Stock-



**Figure 12.22** | Mitigation measures in climate action plans. Sources: Compiled for this assessment from self-reported data submitted to Carbon Disclosure Project (2013).

**12**

holm, 2013). In other places such as western Germany, few if any cities are likely to meet their targets (Sippel, 2011). Further data come from comparison of 'before' and 'after' GHG inventories. One study of six major cities found that emissions are falling by an average 0.27 t $CO_2$eq/cap per year (Kennedy et al., 2012). Overall, however, the available data are usually incomplete, self-reported, and subject to various biases. More fundamentally, changes in aggregate emissions do not necessarily reflect the success or failure to implement mitigation measures, because so many drivers of emissions—including the electricity generation mix and fuel taxation—are normally beyond the control of cities (DeShazo and Matute, 2012). Whether a city achieves its target has less to do with its own actions and more to do with external drivers of emissions.

An alternative way to gauge the extent of planned and implemented mitigation measures is through a bottom-up analysis of individual policies (Ramaswami et al., 2012a) or sector-specific data on green buildings, transport, or waste production (Millard-Ball, 2012a). However, there are no data from a large number of cities using these methods. Instead, available data are usually in the form of self-reported planned or implemented policies (Krause, 2011c; Castán Broto and Bulkeley, 2012; Stone et al., 2012; Bedsworth and Hanak, 2013). While these data do not reveal aggregate emission reductions, they indicate the sectoral breadth of city climate action plans and the types of measures that cities are planning. No single sector dominates mitigation plans, although transportation and building efficiency are the most common self-reported measures (Figure 12.22). Here it is worth noting that the relative contribution of sectors to total urban emissions varies greatly by city (see Section 12.3).

The types of land-use strategies discussed in Section 12.5, such as compact development, are sometimes included in municipal efforts or plans, but the popularity of such land-use measures varies considerably by context. In California, 80% of municipal survey respondents reported that they had policies for high-density or mixed-use development in place or under consideration, and the adoption of such land-use policies rose substantially between 2008 and 2010 (Bedsworth and Hanak, 2013). In the United States, 70% of climate action plans reviewed in one study include compact development strategies (Bassett and Shandas, 2010). In contrast, municipal climate plans in Norway and Germany focus on energy, transport and building efficiency, with little attention given to land use (Aall et al., 2007; Sippel, 2011). At a global level, self-reported data from a small sample of cities (Figure 12.22) suggests that land-use measures are relatively uncommon in climate action plans—particularly outside Annex I countries. Moreover, where land-use strategies exist, they focus on urban greenspace and/or biodiversity, rather than on the cross-sectoral measures to reduce sprawl and promote TOD that were discussed in Section 12.5.

Even if land use measures are listed in climate action plans, implementation has focused on win-win energy efficiency measures that lead to cost savings, rather than larger changes to land use, buildings or trans-

port. This is a consistent message from qualitative studies (Kousky and Schneider, 2003; Rutland and Aylett, 2008; Kern and Bulkeley, 2009), and some larger surveys of city efforts (Wang, 2013). There has been less engagement by municipalities with sectors such as energy and water supply that often lie outside their jurisdiction (Bulkeley and Kern, 2006; ARUP, 2011) or with the GHG emissions embodied in present patterns of urban resource use and consumption. More broadly, there is considerable variation in the nature and quality of climate change plans, particularly when it comes to specifying the detail of actions and approaches to implementation (Wheeler, 2008; Tang et al., 2011; Bulkeley and Schroeder, 2012).

Despite the implementation of comprehensive climate action plans and policies, progress for cities in developed countries is slow and the achievability of emissions targets remains uncertain. Although municipalities often highlight progress on mitigation projects, the impacts of these initiatives are not often evaluated (see Chapter 15 on policy evaluation). Cities' mitigation reduction performance is largely correlated to the national performance in mitigation reduction.

## 12.8 Sustainable development, co-benefits, trade-offs, and spill-over effects

Sustainable development (SD) is, and has always been, closely associated with human settlements. In fact, the very document that coined the phrase, the World Commission on Environment and Development (WCED) Report (WCED 1987), devoted a chapter to 'the urban challenge'. While averting the adverse social and environmental effects of climate change remains at the core of the urban challenge today, cities throughout the world also continue to struggle with a host of other critical challenges, including, for instance, ensuring access to clean, reliable and affordable energy services for their citizens (particularly for the urban poor); limiting congestion, noise, air and water pollution, and health and ecosystem damages; and maintaining sufficient employment opportunities and competitiveness in an increasingly globalized world.

Efforts to mitigate climate change will have important side-effects for these various policy objectives, as discussed in Sections 5.7, 6.6, 7.9, 8.7, 9.7, 10.8, 11.7 and 11.A.6. To the extent these side-effects are positive, they can be deemed 'co-benefits'; if adverse, they imply 'risks'.[3] As such side-effects are likely to materialize first in urban settings since these are the hubs of activity, commerce, and culture in

---

[3]    Co-benefits and adverse side-effects describe co-effects without yet evaluating the net effect on overall social welfare. Please refer to the respective sections in the framing chapters as well as to the glossary in Annex I for concepts and definitions—particularly Sections 2.4, 3.6.3, and 4.8.2.

**Table 12.6 |** Potential co-benefits (green arrows) and adverse side-effects (orange arrows) of urban mitigation measures. Arrows pointing up/down denote a positive/negative effect on the respective objective or concern. The effects depend on local circumstances and the specific implementation strategy. For an assessment of macroeconomic, cross-sectoral effects associated with mitigation policies (e.g., on energy prices, consumption, growth, and trade), see Sections 3.9, 6.3.6, 13.2.2.3 and 14.4.2. Numbers correspond to references listed below the table.

| Mitigation measures | Effect on additional objectives/concerns | | |
|---|---|---|---|
| | Economic | Social (including health) | Environmental |
| Compact development and infrastructure | ↑ Innovation and productivity[1] <br> ↑↑ Higher rents & residential property values[2] <br> Efficient resource use and delivery[5] | ↑ Health from increased physical activity[3] | ↑ Preservation of open space[4] |
| Increased accessibility | Commute savings[6] | ↑ Health from increased physical activity[3] <br> ↑ Social interaction and mental health[7] | ↑ Air quality and reduced ecosystem and health impacts[8] |
| Mixed land use | Commute savings[6] <br> ↑↑ Higher rents & residential property values[2] | ↑ Health from increased physical activity[3] <br> ↑ Social interaction and mental health[7] | ↑ Air quality and reduced ecosystem and health impacts[8] |

**References**: **1:** Ciccone and Hall (1996), Carlino et al. (2007); **2:** Mayer and Somerville (2000), Quigley and Raphael (2005), Glaeser et al. (2006), Koster and Rouwendal (2012); **3:** Handy et al. (2002), Frank et al. (2004, 2009), Heath et al. (2006), Forsyth et al. (2007), Owen et al. (2007); **4:** Brueckner (2000), Bengston et al. (2004), **5:** Speir and Stephenson (2002), Guhathakurta and Gober (2007); **6:** Krizek (2003), Cervero and Duncan (2006), Ma and Banister (2006), Day and Cervero (2010); **7:** Galea et al. (2005), Berke et al. (2007), Duncan et al. (2013); **8:** Campbell-Lendrum and Corvalán (2007), Creutzig and He (2009), Milner et al. (2012), Puppim de Oliveira et al. (2013).

the modern world: this section will focus on the literature specifically linked to urban settings and refer to other sections of the report where appropriate.

Action on climate change mitigation often depends on the ability to 'reframe' or 'localize' climate change with respect to the co-benefits that could be realized (Betsill, 2001). For example, in Canada "actions to reduce GHG emissions are also deeply connected to other goals and co-benefits such as human health improvements through improved air quality, cost savings, adaptability to real or potential vulnerabilities due to climate change, and overall improvements in short, medium and long-term urban sustainability" (Gore et al., 2009). Sometimes called 'localizing' or 'issue bundling' (Koehn, 2008), these reframing strategies have proven to be successful in marshalling local support and action in developing country cities, and will continue to be an important component of developing local capacity for mitigation (Puppim de Oliveira, 2009).

### 12.8.1    Urban air quality co-benefits

Worldwide, only 160 million people live in cities with truly clean air—that is, in compliance with World Health Organization (WHO) guidelines (Grubler et al., 2012) (Figure 12.23). Oxides of sulfur and nitrogen ($SO_x$ and $NO_x$) and ozone ($O_3$)—i.e., outdoor air pollutants—are particularly problematic in cities because of high concentrations and exposures (Smith et al., 2012) (see Section 9.7 for a discussion of mitigation measures in the buildings sector on indoor air pollution and Section 7.9.2). Transport remains one of the biggest emitting sectors in the industrialized world. In developing countries, a wider range of sources is to blame, with vehicle emissions playing an ever increasing role also due to continuing urbanization trends (Kinney et al., 2011; Smith et al., 2012; see also Sections 5.3.5.1 and 8.2).

In a study of four Indian megacities, for instance, gasoline and diesel vehicle emissions already comprise 20–50 % of fine particulate matter ($PM_{2.5}$) emissions (Chowdhury et al., 2007). The associated health burdens are particularly high in low-income communities due to high exposures and vulnerabilities (Campbell-Lendrum and Corvalán, 2007; Morello-Frosch et al., 2011).

Major air quality co-benefits can be achieved through mitigation actions in the urban context, especially in megacities in developing countries where outdoor air pollution tends to be higher than in urban centres in industrialized countries (Molina and Molina, 2004 and section 5.7). Urban planning strategies and other policies that promote cleaner fuels, transport mode shifting, energy cogeneration and waste heat recycling, buildings, transport and industry efficiency standards can all contribute to lower rates of respiratory and cardiovascular disease (improved human health) as well as decreased impacts on urban vegetation (enhanced ecosystems) via simultaneous reductions in co-emitted air pollutant species (Campbell-Lendrum and Corvalán, 2007; Creutzig and He, 2009; Milner et al., 2012; Puppim de Oliveira et al., 2013 and Sections 7.9, 8.7, 9.7, 10.8 as well as WGII AR5 Chapter 11.9).[4] Even an action like shading parking lots, which is generally thought of in the context of limiting the urban heat-island effect, can bring air pollution co-benefits through reductions in volatile organic compounds (VOC) and, thus, low-level ozone formation from parked vehicles (Scott et al., 1999).

---

[4]    Monetized health co-benefits are found to be larger in developing countries than industrialized countries, a finding that results from the currently higher pollution levels of the former and, thus, the greater potential for improving health, particularly in the transport and household energy demand sectors (Markandya et al., 2009; Nemet et al., 2010; West et al., 2013 and Section 5.7).

In the near-term (2030), air quality co-benefits of stringent mitigation actions (i.e., in line with achieving 450 ppm $CO_2$eq by 2100) can be quite substantial in a highly urbanized region like Europe; decarbonization and energy efficiency (largely in transport) could reduce aggregate $NO_x$ emissions by a further 38 % relative to a baseline scenario that includes current and planned air quality legislation by 2030 but does not consider climate policies (Colette et al., 2012). Similar co-benefits have been reported for other pollutants in other regions (Rao et al., 2013), particularly in developing Asia (Doll and Balaban, 2013; Puppim de Oliveira et al., 2013) (see Section 6.6). The potential for realizing these co-benefits depends on institutional frameworks and policy agendas at both the local and national level, as well as the interplay between the two (see Doll et al., 2013, and Jiang et al., 2013, for reviews of India and China). At the same time, the increasing role of decentralized power generation could lead to adverse air quality side-effects if this trend is not coupled with a more intensive use of low-carbon energy supply (Milner et al., 2012).

### 12.8.2   Energy security side-effects for urban energy systems

Mitigating climate change could have important side-effects for urban energy security (sufficient resources and resilient supply)—concerns that have re-emerged in many cities throughout the world in recent years (see Sections 6.6.2.1 and 7.9.1 for a broader discussion of energy security concerns). Perhaps the greatest energy-related vulnerability in this context is the fact that urban transport systems are at present almost entirely dependent on oil (Cherp et al., 2012). This is especially true in low-density areas where reliance on private vehicles is high (Levinson and Kumar, 1997). Therefore, any mitigation activities leading to a diversification of the transport sector away from oil could potentially also contribute to a security co-benefit (see Jewell et al., 2013 and other references in Chapter 8.7.1). Such measures might range from technology standards (e.g., for vehicles and their fuels) to integrated infrastructure, spatial planning, and mass transit policies (Sections 12.5 and 8.10). Energy efficiency regulations for buildings and industrial facilities (both existing and new) can also help to enhance the resilience of fuel and electricity distribution networks (see Chapters 9.7 and 10.8).

### 12.8.3   Health and socioeconomic co-benefits

Spatial planning and TOD can yield other positive side-effects that may enhance a city's liveability. For example, mass transit requires considerably less physical space than private automobiles (transit: 0.75–2.5 m²/cap; auto: 21–28 m²/cap) and generally emits less noise (Grubler et al., 2012), with health co-benefits in terms of cardiovascular disease and sleep disturbance (Kawada, 2011; Ndrepepa and Twardella, 2011 see also 8.7; Milner et al., 2012).

Neighbourhoods with walkable characteristics such as connectivity and proximity of destinations are correlated with higher frequency of physical activity among residents (Frank et al., 2004; Owen et al., 2007), which is correlated with lower symptoms and incidences of depression (Galea et al., 2005; Berke et al., 2007; Duncan et al., 2013).



**Figure 12.23** | Human risk exposure to $PM_{10}$ pollution in 3200 cities worldwide. Source: Grubler et al.(2012) based on Doll (2009) and Doll and Pachauri (2010).

Compact neighbourhoods with more diversified land uses are correlated with higher housing prices and rents (Mayer and Somerville, 2000; Quigley and Raphael, 2005; Glaeser et al., 2006; Koster and Rouwendal, 2012). In a study of the Netherlands, neighbourhoods with more diverse land uses had a 2.5 % higher housing prices (Koster and Rouwendal, 2012).

### 12.8.4    Co-benefits of reducing the urban heat island effect

The urban heat island (UHI) effect presents a major challenge to urban sustainability (see WG II AR5 Chapter 8). Not only does UHI increase the use of energy for cooling buildings (and thus increasing the mitigation challenge) and thermal discomfort in urban areas, but UHI also increases smoggy days in urban areas, with smog health effects present above 32 °C (Akbari et al., 2001; O'Neill and Ebi, 2009; Mavrogianni et al., 2011; Rydin et al., 2012). Proven methods for cooling the urban environment include urban greening, increasing openness to allow cooling winds (Smith and Levermore, 2008), and using more 'cool' or reflective materials that absorb less solar radiation, i.e., increasing the albedo of the surfaces (Akbari et al, 2008; Akbari and Matthews, 2012). Reducing UHI is most effective when considered in conjunction with other environmental aspects of urban design, including solar/daylight control, ventilation and indoor environment, and streetscape (Yang et al., 2010). On a global scale, increasing albedos of urban roofs and paved surfaces is estimated to induce a negative radiative forcing equivalent to offsetting about 44 Gt of $CO_2$ emissions (Akbari et al., 2008).

Reducing urban heat in urban areas has several co-benefits. Electricity use in cities increases 2–4 % for each 1 °C increase in temperature, due to air conditioning use (Akbari et al., 2001). Lower temperatures reduce energy requirements for air conditioning (which may result in decreasing GHG emissions from electricity generation, depending upon the sources of electricity), reduce smog levels (Rosenfeld et al., 1998), and reduce the risk of morbidity and mortality due to heat and poor air quality (Harlan and Ruddell, 2011). Cool materials decrease the temperature of surfaces and increase the lifespan of building materials and pavements (Santero and Horvath, 2009; Synnefa et al., 2011).

The projected global mean surface temperature increases under climate change will disproportionally impact cities already affected by UHI, thereby increasing the energy requirements for cooling buildings and increasing urban carbon emissions, as well as air pollution (Mickley et al., 2004; Jacob and Winner, 2009). In addition, it is likely that cities will experience an increase in UHI as a result of projected increases in global mean surface temperature under climate change, which will result in additional global urban energy use, GHG emissions, and local air pollution. As reviewed here, studies indicate that several strategies are effective for decreasing the UHI. An effective strategy to mitigate UHI through increasing green spaces, however, can potentially conflict with a major urban climate change mitigation strategy, which is

increasing densities to create more compact cities (Milner et al., 2012). This conflict illustrates the complexity of developing integrated and effective climate change policies for urban areas.

More generally, reducing UHI effects—either through mitigation measures (e.g., improved waste recycling, co-generation, use of reflective building materials, increased vegetation) or through mitigation—can have co-benefits for urban water supplies (e.g., cooling water for thermal or industrial plants, drinking water), given that evaporation losses rise as water bodies warm (Grubler et al., 2012).

## 12.9    Gaps in knowledge and data

This assessment highlights a number of key knowledge gaps:

- **Lack of consistent and comparable emissions data at local scales.** Although some emissions data collection efforts are underway, they have been undertaken primarily in large cities in developed countries. The lack of baseline data makes it particularly challenging to assess the urban share of global GHG emissions as well as develop urbanization and typologies and their emission pathways. Given the small number of city based estimates, more city data and research are needed, especially an urban emissions data system.

- **Little scientific understanding of the magnitude of the emissions reduction from altering urban form, and the emissions savings from integrated infrastructure and land use planning.** Furthermore, there is little understanding of how different aspects of urban form interact and affect emissions. The existing research on the impact of policies designed to achieve emissions reductions through urban form do not conform to the standards of policy evaluation and assessment defined in Chapter 15.

- **Lack of consistency and thus comparability on local emissions accounting methods.** Different accounting protocols yield significantly different results, making cross-city comparisons of emissions or climate action plans difficult. There is a need for standardized methodologies for local- or urban-level carbon accounting.

- **Few evaluations of urban climate action plans and their effectiveness.** There is no systematic accounting to evaluate the efficacy of city climate action plans (Zimmerman and Faris, 2011). Studies that have examined city climate action plans conclude that they are unlikely to have significant impact on reducing overall emissions (Stone et al., 2012; Millard-Ball, 2012a). Another major limitation to local or city climate action plans is their limited

coordination across city sectors and administrative/hierarchical levels of governance and lack of explicitly incorporating land-based mitigation strategies. Successful local climate action plans will require coordination, integration, and partnerships among community organizations, local government, state and federal agencies, and international organizations (Yalçın and Lefèvre, 2012; Zeemering, 2012).

- **Lack of scientific understanding of how cities can prioritize climate change mitigation strategies, local actions, investments, and policy responses that are locally relevant.** Some cities will be facing critical vulnerability challenges, while other will be in the 'red zone' for their high levels of emissions. Local decision-makers need clarity on where to focus their actions, and to avoid spending resources and efforts on policies and investments that are not essential. There is little scientific basis for identifying the right mix of policy responses to address local and urban level mitigation and adaptation. Policy packages will be determined based on the characteristics of individual cities and their urbanization and development pathways, as well as on forecasts of future climate and urbanization. They will be aimed at flexing the urban- and settlement-related 'drivers' of emissions and vulnerability in order to ensure a less carbon-intensive and more resilient future for cities.

- **Large uncertainties as to how cities will develop in the future.** There is robust scientific evidence that emissions vary across cities and that urban form and infrastructure play large roles in determining the relationship between urbanization and emissions.

## 12.10  Frequently Asked Questions

### FAQ 12.1  Why is the IPCC including a new chapter on human settlements and spatial planning? Isn't this covered in the individual sectoral chapters?

Urbanization is a global megatrend that is transforming societies. Today, more than 50% of the world population lives in urban areas. By 2050, the global urban population is expected to increase by between 2.5 to 3 billion, corresponding to 64% to 69% of the world population. By mid-century, more urban areas and infrastructure will be built than currently exist. The kinds of towns, cities, and urban agglomerations that ultimately emerge over the coming decades will have a critical impact on energy use and carbon emissions. The Fourth Assessment Report (AR4) of the IPCC did not have a chapter on human settlements or urban areas. Urban areas were addressed through the lens of individual sector chapters. Since the publication of AR4, there has been a growing recognition of the significant contribution of urban areas to GHG emissions, their potential role in mitigating them, and a multi-fold increase in the corresponding scientific literature.

### FAQ 12.2  What is the urban share of global energy and GHG emissions?

The exact share of urban energy and GHG emissions varies with emission accounting frameworks and definitions. Urban areas account for 67–76% of global energy use and 71–76% of global energy-related $CO_2$ emissions. Using Scope1 accounting, urban share of global $CO_2$ emissions is about 44%.

Urban areas account for between 53% and 87% (central estimate, 76%) of $CO_2$ emissions from global final energy use and between 30% and 56% (central estimate, 43%) of global primary energy related $CO_2$ emissions.

### FAQ 12.3  What is the potential of human settlements to mitigate climate change?

Drivers of urban GHG emissions can be categorized into four major groups: economic geography and income, socio-demographic factors, technology, and infrastructure and urban form. Of these, the first three groups have been examined in greatest detail, and income is consistently shown to exert a high influence on urban GHG emissions. Socio-demographic drivers are of medium importance in rapidly growing cities, technology is a driver of high importance, and infrastructure and urban form are of medium to high importance as drivers of emissions. Key urban form drivers of GHG emissions are density, land use mix, connectivity, and accessibility. These factors are interrelated and interdependent. As such, none of them in isolation are sufficient for lower emissions.

# References

**Aall C., K. Groven, and G. Lindseth (2007).** The Scope of Action for Local Climate Policy: The Case of Norway. *Global Environmental Politics* 7, 83–101. doi: 10.1162/glep.2007.7.2.83.

**Acuto M. (2013).** The new climate leaders? *Review of International Studies* 39, 835–857. doi: 10.1017/S0260210512000502.

**Adeyinka A.M. (2013).** Spatial Distribution, Pattern and Accessibility of Urban Population to Health Facilities in Southwestern Nigeria: The Case Study of Ilesa. *Mediterranean Journal of Social Sciences* 4, 425–436. ISSN: 2039-2117. doi: 10.5901/mjss.2013.v4n2p425

**Aguilar, A.G., P.M. Ward, and C.B. Smith (2003).** Globalization, regional development, and mega-city expansion in Latin America: Analyzing Mexico City's periurban hinterland. *Cities* 20, 3–21. doi: 10.1016/S0264-2751(02)00092-6, ISSN: 0264-2751.

**Aguilera A. (2008).** Business travel and mobile workers. *Transportation Research Part A: Policy and Practice* 42, 1109–1116. doi: 10.1016/j.tra.2008.03.005, ISSN: 0965-8564.

**Agyeman K.O., O. Amponsah, I. Braimah, and S. Lurumuah (2012).** Commercial Charcoal Production and Sustainable Community Development of the Upper West Region, Ghana. *Journal of Sustainable Development* 5, 149–164. doi: 10.5539/jsd.v5n4p149, ISSN: 1913-9071.

**Akbari, H. and H.D. Matthews (2012).** Global cooling updates: Reflective roofs and pavements. Energy and Buildings 55, 2–6. doi: 10.1016/j.enbuild.2012.02.055

**Akbari H., S. Menon, and A. Rosenfeld (2008).** Global cooling: increasing world-wide urban albedos to offset $CO_2$. *Climatic Change* 94, 275–286. doi: 10.1007/s10584-008-9515-9.

**Akbari H., M. Pomerantz, and H. Taha (2001).** Cool surfaces and shade trees to reduce energy use and improve air quality in urban areas. *Solar Energy* 70, 295–310. doi: 10.1016/S0038-092X(00)00089-X, ISSN: 0038-092X.

**Alkema L., A.E. Raftery, P. Gerland, S.J. Clark, F. Pelletier, T. Buettner, and G.K. Heilig (2011).** Probabilistic Projections of the Total Fertility Rate for All Countries. *Demography* 48, 815–839. doi: 10.1007/s13524-011-0040-5, ISSN: 0070-3370, 1533–7790.

**Allwood J.M., J.M. Cullen, and R.L. Milford (2010).** Options for Achieving a 50% Cut in Industrial Carbon Emissions by 2050. *Environmental Science & Technology* 44, 1888–1894. doi: 10.1021/es902909k, ISSN: 0013-936X.

**Alterman R. (1997).** The Challenge of Farmland Preservation: Lessons from a Six-Nation Comparison. *Journal of the American Planning Association* 63, 220–243. doi: 10.1080/01944369708975916, ISSN: 0194-4363, 1939–0130.

**Altes W.K.K. (2009).** Taxing land for urban containment: Reflections on a Dutch debate. *Land Use Policy* 26, 233–241. doi: 10.1016/j.landusepol.2008.01.006, ISSN: 02648377.

**Amati M. (2008).** Green belts: a twentieth-century planning experiment. In: *Urban green belts in the twenty-first century.* M. Amati, (ed.), Ashgate, pp. 1–17. ISBN: 978-0-7546-4959-5.

**Andreev P., I. Salomon, and N. Pliskin (2010).** Review: State of teleactivities. *Transportation Research Part C: Emerging Technologies* 18, 3–20. doi: 10.1016/j.trc.2009.04.017, ISSN: 0968-090X.

**Angel S., J. Parent, D.L. Civco, and A.M. Blei (2010).** The persistent decline in urban densities: Global and historical evidence of sprawl. *Lincoln Institute of Land Policy Working Paper.* Available at: http://urb.iiedlist.org/sites/default/files/Angel%202010-declineinurbandensities.pdf.

**Angel S., J. Parent, D.L. Civco, A. Blei, and D. Potere (2011).** The dimensions of global urban expansion: Estimates and projections for all countries, 2000–2050. *Progress in Planning* 75, 53–107. doi: 10.1016/j.progress.2011.04.001, ISSN: 0305-9006.

**Angel S., S.C. Sheppard, D.L. Civco, R. Buckley, A. Chabaeva, L. Gitlin, A. Kraley, J. Parent, and M. Perlin (2005).** *The Dynamics of Global Urban Expansion.* Transport and Urban Development Department, World Bank, Washington, D.C., 207 pp. Available at: http://siteresources.worldbank.org/INTURBANDEVELOPMENT/Resources/dynamics_urban_expansion.pdf.

**Arbesman S., J.M. Kleinberg, and S.H. Strogatz (2009).** Superlinear scaling for innovation in cities. *Physical Review E* 79, 016115. doi: 10.1103/PhysRevE.79.016115.

**Arikan Y. (2011).** *Carbonn Cities Climate Registry 2011 Annual Report.* Bonn Center for Local Climate Action and Reporting, Bonn. Available at: http://citiesclimateregistry.org/resources/newsletters-and-reports/.

**Arrington G.B., and R. Cervero (2008).** *Effects of TOD on Housing, Parking, and Travel.* Transit Cooperative Research Program, Washington, D.C., ISBN: 9780309117487, 0309117488. Available at: http://www.reconnectingamerica.org/assets/Uploads/finalreporttcrp128.pdf.

**Arthur W.B. (1989).** Competing Technologies, Increasing Returns, and Lock-In by Historical Events. *The Economic Journal* 99, 116–131. doi: 10.2307/2234208, ISSN: 0013-0133.

**ARUP (2011).** *Climate Action in Megacities: C40 Cities Baseline and Opportunities.* C40 Cities, Available at: http://www.arup.com/Publications/Climate_Action_in_Megacities.aspx.

**Aumnad P. (2010).** Integrated energy and carbon modeling with a decision support system: Policy scenarios for low-carbon city development in Bangkok. *Energy Policy* 38, 4808–4817. doi: 10.1016/j.enpol.2009.10.026, ISSN: 0301-4215.

**Aurand A. (2010).** Density, Housing Types and Mixed Land Use: Smart Tools for Affordable Housing? *Urban Studies* 47, 1015–1036. doi: 10.1177/0042098009353076, ISSN: 0042-0980.

**Ausubel J.H., and R. Herman (1988).** *Cities and Their Vital Systems: Infrastructure Past, Present, and Future.* National Academies Press, Washington, D.C., 368 pp. ISBN: 0309555167.

**Axhausen K. (2008).** Accessibility Long Term Perspectives. *Journal of Transport and Land Use* 1, 5–22. doi: 10.5198/jtlu.v1i2.66, ISSN: 1938-7849.

**Azar C., K. Lindgren, M. Obersteiner, K. Riahi, D.P. van Vuuren, K.M.G.J. den Elzen, K. Möllersten, and E.D. Larson (2010).** The feasibility of low $CO_2$ concentration targets and the role of bio-energy with carbon capture and storage (BECCS). *Climatic Change* 100, 195–202. doi: 10.1007/s10584-010-9832-7, ISSN: 0165-0009, 1573–1480.

**Bader N., and R. Bleischwitz (2009).** Measuring Urban Greenhouse Gas Emissions: The Challenge of Comparability. *S.A.P.I.EN.S* 2, 1–15. ISSN: 1993-3800.

**Bae C.-H.C., and M.-J. Jun (2003).** Counterfactual Planning What if there had been No Greenbelt in Seoul? *Journal of Planning Education and Research* 22, 374–383. doi: 10.1177/0739456X03022004004, ISSN: 0739-456X, 1552–6577.

**Bahl R.W., and J.F. Linn (1998).** *Urban Public Finance in Developing Countries.* Oxford University Press, New York, ISBN: 9780195211221.

Bailis R., M. Ezzati, and D.M. Kammen (2005). Mortality and Greenhouse Gas Impacts of Biomass and Petroleum Energy Futures in Africa. *Science* **308**, 98–103. doi: 10.1126/science.1106881, ISSN: 0036-8075, 1095–9203.

Bangkok Metropolitan Administration (2013). *Bangkok, The Green City.*

Banister D. (2005). *Unsustainable Transport: City Transport in the New Century.* Routledge, Oxfordshire, England, 292 pp. ISBN: 978415357829.

Banister D. (2008). The sustainable mobility paradigm. *Transport Policy* **15**, 73–80. doi: 10.1016/j.tranpol.2007.10.005, ISSN: 0967-070X.

Banister D. (2011). Cities, mobility and climate change. *Journal of Transport Geography* **19**, 1538–1546. doi: 10.1016/j.jtrangeo.2011.03.009, ISSN: 0966-6923.

Banzhaf H.S., and N. Lavery (2010). Can the land tax help curb urban sprawl? Evidence from growth patterns in Pennsylvania. *Journal of Urban Economics* **67**, 169–179. doi: 10.1016/j.jue.2009.08.005, ISSN: 00941190.

Barbour E., and E.A. Deakin (2012). Smart Growth Planning for Climate Protection. *Journal of the American Planning Association* **78**, 70–86. doi: 10.1080/01944363.2011.645272, ISSN: 0194-4363.

Barter P.A. (2011). Parking Requirements in Some Major Asian Cities. *Transportation Research Record: Journal of the Transportation Research Board* **2245**, 79–86. doi: 10.3141/2245-10, ISSN: 0361-1981.

Bassett E., and V. Shandas (2010). Innovation and Climate Action Planning: Perspectives from Muncipal Plans. *Journal of the American Planning Association* **76**, 435–450. doi: 10.1080/01944363.2010.509703, ISSN: 0194-4363.

Batt H.W. (2001). Value Capture as a Policy Tool in Transportation Economics: An Exploration in Public Finance in the Tradition of Henry George. *American Journal of Economics and Sociology* **60**, 195–228. doi:10.1111/1536-7150.00061.

Batty M. (2007). *Cities and Complexity: Understanding Cities Through Cellular Automata, Agent-Based Models and Fractals.* The MIT Press, Cambridge, MA, 565 pp. ISBN: 0262025833.

Batty M. (2008). The Size, Scale, and Shape of Cities. *Science* **319**, 769–771. doi: 10.1126/science.1151419, ISSN: 0036-8075, 1095–9203.

Bauman G., and W.H. Ethier (1987). Development Exactions and Impact Fees: A Survey of American Practices. *Land Use Law & Zoning Digest* **39**, 3–11. doi: 10.1080/00947598.1987.10395091, ISSN: 0094-7598.

Baum-Snow N. (2007). Did Highways Cause Suburbanization? *The Quarterly Journal of Economics* **122**, 775–805. doi: 10.1162/qjec.122.2.775, ISSN: 0033-5533, 1531–4650.

Baynes T., M. Lenzen, J.K. Steinberger, and X. Bai (2011). Comparison of household consumption and regional production approaches to assess urban energy use and implications for policy. *Energy Policy* **39**, 7298–7309. ISSN: 0301-4215. doi: 10.1016/j.enpol.2011.08.053.

Beatley T. (2000). *Green Urbanism: Learning From European Cities.* Island Press, Washington, D.C., 514 pp. ISBN: 9781610910132.

Beauregard R.A., and A. Marpillero-Colomina (2011). More than a master plan: Amman 2025. *Cities* **28**, 62–69. doi: 10.1016/j.cities.2010.09.002, ISSN: 0264-2751.

Bedsworth L.W., and E. Hanak (2013). Climate policy at the local level: Insights from California. *Global Environmental Change* **23**, 664–677. doi: 10.1016/j.gloenvcha.2013.02.004, ISSN: 09593780.

Beevers S., and D. Carslaw (2005). The impact of congestion charging on vehicle emissions in London. *Atmospheric Environment* **39**, 1–5. doi: 10.1016/j.atmosenv.2004.10.001, ISSN: 13522310.

Benediktsson J.A., M. Pesaresi, and K. Amason (2003). Classification and feature extraction for remote sensing images from urban areas based on morphological transformations. *IEEE Transactions on Geoscience and Remote Sensing* **41**, 1940–1949. doi: 10.1109/TGRS.2003.814625, ISSN: 0196-2892.

Bengston D.N., J.O. Fletcher, and K.C. Nelson (2004). Public policies for managing urban growth and protecting open space: policy instruments and lessons learned in the United States. *Landscape and Urban Planning* **69**, 271–286. doi: 10.1016/j.landurbplan.2003.08.007, ISSN: 0169-2046.

Bengston D.N., and Y.-C. Youn (2006). Urban containment policies and the protection of natural areas: the case of Seoul's greenbelt. *Ecology and Society* **11**, 1–15. Available at: http://www.ecologyandsociety.org/vol11/iss1/art3/.

Benjamin J.D., and G.S. Sirmans (1996). Mass Transportation, Apartment Rent and Property Values. *Journal of Real Estate Research* **12**, 1–8. Available at: http://ares.metapress.com/content/3t94up166n288076/.

Bento A.M., M.L. Cropper, A.M. Mobarak, and K. Vinha (2005). The Effects of Urban Spatial Structure on Travel Demand in the United States. *Review of Economics and Statistics* **87**, 466–478. doi: 10.1162/0034653054638292, ISSN: 0034-6535.

Bento A.M., S.F. Franco, and D. Kaffine (2006). The Efficiency and Distributional Impacts of Alternative Anti-sprawl Policies. *Journal of Urban Economics* **59**, 121–141. doi: 10.1016/j.jue.2005.09.004, ISSN: 00941190.

Bento A.M., S.F. Franco, and D. Kaffine (2011). Is there a double-dividend from anti-sprawl policies? *Journal of Environmental Economics and Management* **61**, 135–152. doi: 10.1016/j.jeem.2010.09.002, ISSN: 00950696.

Berke E.M., L.M. Gottlieb, A.V. Moudon, and E.B. Larson (2007). Protective Association Between Neighborhood Walkability and Depression in Older Men. *Journal of the American Geriatrics Society* **55**, 526–533. doi: 10.1111/j.1532-5415.2007.01108.x, ISSN: 1532-5415.

Berndes G., M. Hoogwijk, and R. van den Broek (2003). The contribution of biomass in the future global energy supply: a review of 17 studies. *Biomass and Bioenergy* **25**, 1–28. doi: 10.1016/S0961-9534(02)00185-X, ISSN: 0961-9534.

Bernick M., and R. Cervero (1996). *Transit Villages in the 21st Century.* McGraw-Hill, New York, 387 pp. ISBN: 978-0070054752.

Bernt M. (2009). Partnerships for Demolition: The Governance of Urban Renewal in East Germany's Shrinking Cities. *International Journal of Urban and Regional Research* **33**, 754–769. doi: 10.1111/j.1468-2427.2009.00856.x, ISSN: 1468-2427.

Berry B.J.L. (1973). *The Human Consequences of Urbanisation: Divergent Paths in the Urban Experience of the Twentieth Century.* Macmillan, London, 205 pp. ISBN: 9780312398651.

Berry B.J.L., and W.L. Garrison (1958). Alternate Explanations of Urban Rank–Size Relationships. *Annals of the Association of American Geographers* **48**, 83–90. doi: 10.1111/j.1467-8306.1958.tb01559.x, ISSN: 0004-5608.

Berry B.J.L., F.E. Horton, and J.O. Abiodun (1970). *Geographic Perspectives on Urban Systems with Integrated Readings.* Prentice-Hall, Englewood Cliffs, N.J., 564 pp. ISBN: 9780133513127.

Bertaud A., and S. Malpezzi (2003). *The Spatial Distribution of Population in 48 World Cities: Implications for Economies in Transition.* University of Wisconsin, Madison, 102 pp. Available at: http://alain-bertaud.com/AB_Files/Spatia_%20Distribution_of_Pop_%2050_%20Cities.pdf.

Betsill M.M. (2001). Mitigating Climate Change in US Cities: Opportunities and obstacles. *Local Environment* **6**, 393–406. doi: 10.1080/13549830120091699, ISSN: 1354-9839.

Bettencourt L.M.A., J. Lobo, D. Helbing, C. Kühnert, and G.B. West (2007). Growth, innovation, scaling, and the pace of life in cities. *Proceedings of the National Academy of Sciences* 104, 7301–7306. doi: 10.1073/pnas.0610172104, ISSN: 0027-8424, 1091–6490.

Bettencourt L.M.A., J. Lobo, D. Strumsky, and G.B. West (2010). Urban Scaling and Its Deviations: Revealing the Structure of Wealth, Innovation and Crime across Cities. *PLoS ONE* 5, e13541. doi: 10.1371/journal.pone.0013541.

Bhatia R. (2004). Land use: A key to livable transportation. In: *The Square in North America*. International Making Cities Livable Council, London. Available at: http://www.livablecities.org/conferences/40th-conference-london/program.

Bhatt K. (2011). Congestion Pricing: An Overview of Experience and Impacts. In: *Climate Change and Land Policies*. G.K. Ingram, Y.-H. Hong, (eds.), Lincoln Institute of Land Policy, Cambridge, MA, pp. 247–271.

Bird R.M., and E. Slack (2002). Land and property taxation around the world: a review. *Journal of Property Tax Assessment and Administration* 7, 31–80.

Bird R.M., and E. Slack (2007). Taxing Land and Property in Emerging Economies: Raising Revenue . . . and More? In: *Land Policies and Their Outcomes*. G.K. Ingram, Y.-H. Hong, (eds.), Lincoln Institute of Land Policy, Cambridge, MA, pp. 204–233.

Blackman I.Q., and D.H. Picken (2010). Height and Construction Costs of Residential High-Rise Buildings in Shanghai. *Journal of Construction Engineering and Management* 136, 1169–1180. ISSN: 0733-9364. doi: 10.1061/(ASCE) CO.1943-7862.0000226.

Blanco H., P.L. McCarney, S. Parnell, M. Schmidt, and K.C. Seto (2011). The Role of Urban Land in Climate Change. In: *Climate Change and Cities: First Assessment Report of the Urban Climate Change Research Network*. C. Rosenzweig, W.D. Solecki, S.A. Hammer, S. Mehrotra, (eds.), Cambridge University Press, Cambridge, UK, pp. 217–248. Isbn: 9781107004207.

Boarnet M.G., and R. Crane (2001). *Travel by Design: The Influence of Urban Form on Travel*. Oxford University Press, New York, NY, 238 pp. ISBN: 9780195352467.

Boarnet M.G., K.S. Nesamani, and C.S. Smith (2003). Comparing the influence of land use on nonwork trip generation and vehicle distance travelled: An analysis using travel diary data. In: *Paper presented at the 83rd annual meeting of the Transportation Research Board, Washington, DC*. Available at: https://escholarship.org/uc/item/4xf6r519

Bocquier P. (2005). World Urbanization Prospects: an alternative to the UN model of projection compatible with the mobility transition theory. *Demographic Research* 12, 197–236. doi: 10.4054/DemRes.2005.12.9, ISSN: 1435-9871.

Bongaarts J. (2001). Household Size and Composition in the Developing World in the 1990s. *Population Studies* 55, 263–279. doi: 10.1080/00324720127697, ISSN: 0032-4728.

Bontje M. (2005). Facing the challenge of shrinking cities in East Germany: The case of Leipzig. *GeoJournal* 61, 13–21. doi: 10.1007/s10708-005-0843-2, ISSN: 0343-2521, 1572–9893.

Boswell M.R., A.I. Greve, and T.L. Seale (2010). An Assessment of the Link Between Greenhouse Gas Emissions Inventories and Climate Action Plans. *Journal of the American Planning Association* 76, 451–462. doi: 10.1080/01944363.2010.503313, ISSN: 0194-4363.

Boswell M.R., A.I. Greve, and T.L. Seale (2011). *Local Climate Action Planning*. Island Press, Washington, DC. 304pp, ISBN: 9781597269629.

Bourdic L., S. Salat, and C. Nowacki (2012). Assessing cities: a new system of cross-scale spatial indicators. *Building Research & Information* 40, 592–605. doi: 10.1080/09613218.2012.703488, ISSN: 0961-3218.

Boyko C.T., and R. Cooper (2011). Clarifying and re-conceptualising density. *Progress in Planning* 76, 1–61. doi: 10.1016/j.progress.2011.07.001, ISSN: 0305-9006.

Boyle R., and R. Mohamed (2007). State growth management, smart growth and urban containment: A review of the US and a study of the heartland. *Journal of Environmental Planning and Management* 50, 677–697. doi: 10.1080/09640560701475337, ISSN: 0964-0568, 1360–0559.

Brambilla R., and G. Longo (1977). *For Pedestrians Only: Planning, Design and Management of Traffic-Free Zones*. Whitney Library of Design, New York, 208 pp.

Bräutigam D.A., and S. Knack (2004). Foreign Aid, Institutions, and Governance in Sub-Saharan Africa. *Economic Development and Cultural Change* 52, 255–285. doi: 10.1086/380592, ISSN: 0013-0079.

Brown J.H., J.F. Gillooly, A.P. Allen, V.M. Savage, and G.B. West (2004). Toward a Metabolic Theory of Ecology. *Ecology* 85, 1771–1789. doi: 10.1890/03-9000, ISSN: 0012-9658.

Brown L.A., and J. Holmes (1971). The Delimitation of Functional Regions, Nodal Regions, and Hierarchies by Functional Distance Approaches. *Journal of Regional Science* 11, 57–72. doi: 10.1111/j.1467-9787.1971.tb00240.x, ISSN: 1467-9787.

Brownstone D., and T.F. Golob (2009). The impact of residential density on vehicle usage and energy consumption. *Journal of Urban Economics* 65, 91–98. doi: 10.1016/j.jue.2008.09.002.

Brownsword R.A., P.D. Fleming, J.C. Powell, and N. Pearsall (2005). Sustainable cities—modelling urban energy supply and demand. *Applied Energy* 82, 167–180. doi: 10.1016/j.apenergy.2004.10.005, ISSN: 03062619.

Brueckner J.K. (2000). Urban Sprawl: Diagnosis and Remedies. *International Regional Science Review* 23, 160–171. doi: 10.1177/016001700761012710, ISSN: 0160-0176, 1552–6925.

Brueckner J.K. (2001a). Urban Sprawl: Lessons from Urban Economics. *Brookings-Wharton Papers on Urban Affairs* 2001, 65–97. doi: 10.1353/urb.2001.0003, ISSN: 1533-4449.

Brueckner J.K. (2001b). Tax increment financing: a theoretical inquiry. *Journal of Public Economics* 81, 321–343. doi: 10.1016/S0047-2727(00)00123-7, ISSN: 0047-2727.

Brueckner J.K. (2005). Transport subsidies, system choice, and urban sprawl. *Regional Science and Urban Economics* 35, 715–733. doi: 10.1016/j.regsciurbeco.2005.01.001, ISSN: 0166-0462.

Brueckner J.K., and D.A. Fansler (1983). The Economics of Urban Sprawl: Theory and Evidence on the Spatial Sizes of Cities. *The Review of Economics and Statistics* 65, 479–482. doi: 10.2307/1924193, ISSN: 0034-6535.

Brueckner J.K., and R.W. Helsley (2011). Sprawl and blight. *Journal of Urban Economics* 69, 205–213. doi: 10.1016/j.jue.2010.09.003, ISSN: 0094-1190.

Brueckner J.K., and H.-A. Kim (2003). Urban Sprawl and the Property Tax. *International Tax and Public Finance* 10, 5–23. Kluwer Academic Publishers, doi: 10.1023/A:1022260517147, ISSN: 1573-6970.

Brueckner J.K., and K.S. Sridhar (2012). Measuring welfare gains from relaxation of land-use restrictions: The case of India's building-height limits. *Regional Science and Urban Economics* 42, 1061–1067. doi: 10.1016/j.regsciurbeco.2012.08.003, ISSN: 0166-0462.

Brueckner J.K., J.-F. Thisse, and Y. Zenou (1999). Why is central Paris rich and downtown Detroit poor? An amenity-based theory. *European Economic Review* 43, 91–107. doi: 10.1016/S0014-2921(98)00019-1, ISSN: 0014-2921.

**12**

Buisseret D. (Ed.) **(1998)**. *Envisioning the City: Six Studies in Urban Cartography*. University of Chicago Press, Chicago, IL, 196 pp. ISBN: 978-0226079936.

Bulkeley H. **(2013)**. *Cities and Climate Change*. Routledge, New York, NY, 344 pp. ISBN: 9781135130114.

Bulkeley H., and M.M. Betsill **(2005)**. *Cities and Climate Change: Urban Sustainability and Global Environmental Governance*. Psychology Press, 250 pp. ISBN: 9780415273794.

Bulkeley H., and K. Kern **(2006)**. Local government and the governing of climate change in Germany and the UK. *Urban Studies* **43**, 2237–2259. doi: 10.1080/00420980601936491, ISSN: 00420980.

Bulkeley H., and H. Schroeder **(2012)**. Beyond state/non-state divides: Global cities and the governing of climate change. *European Journal of International Relations* **18**, 743–766. doi: 10.1177/1354066111413308, ISSN: 13540661.

Bunting T., P. Filion, and H. Priston **(2002)**. Density Gradients in Canadian Metropolitan Regions, 1971–96: Differential Patterns of Central Area and Suburban Growth and Change. *Urban Studies* **39**, 2531–2552. doi: 10.1080/0042098022000027095.

Burchell R., A. Downs, B. McCann, and S. Mukherji **(2005)**. *Sprawl Costs: Economic Impacts of Unchecked Development*. Island Press, Washington, D.C., 209 pp. ISBN: 9781597262507.

Burchfield M., H.G. Overman, D. Puga, and M.A. Turner **(2006)**. Causes of Sprawl: A Portrait from Space. *The Quarterly Journal of Economics* **121**, 587–633. doi: 10.1162/qjec.2006.121.2.587, ISSN: 0033-5533, 1531–4650.

Button K. **(2010)**. *Transport Economics*. Edward Elgar, Cheltenham, 528 pp. ISBN: 978-1840641912.

C40 Cities **(2013)**. *C40 Cities Climate Leadership Group*. Available at: http://www.c40cities.org/c40cities.

Callies D.L. **(1979)**. A Hypothetical Case: Value Capture/Joint Development Techniques to Reduce the Public Costs of Public Improvements. *Urban Law Annual* **16**, 155–192. Available at: http://heinonline.org/HOL/LandingPage?handle=hein.journals/waucl16&div=5.

Calthorpe P. **(2013)**. *Urbanism in the Age of Climate Change*. Island Press, Washington, D.C., 176 pp. ISBN: 9781597267212.

Calthorpe P., and W. Fulton **(2001)**. *The Regional City: Planning for the End of Sprawl*. Island Press, Washington, D.C., 298 pp. ISBN: 9781597266215.

Campbell-Lendrum D., and C. Corvalán **(2007)**. Climate Change and Developing-Country Cities: Implications For Environmental Health and Equity. *Journal of Urban Health: Bulletin of the New York Academy of Medicine* **84**, 109–117. doi: 10.1007/s11524-007-9170-x, ISSN: 1099-3460.

Carbon Disclosure Project **(2013)**. *CDP Cities 2013: Summary Report on 110 Global Cities*. Carbon Disclosure Project, London, 35 pp. Available at: http://www.cdpcities2013.net/doc/CDP-Summary-Report.pdf.

Carlino G.A., S. Chatterjee, and R.M. Hunt **(2007)**. Urban density and the rate of invention. *Journal of Urban Economics* **61**, 389–419. doi: 10.1016/j.jue.2006.08.003, ISSN: 00941190.

Carney S., N. Green, R. Wood, and R. Read **(2009)**. *Greenhouse Gas Emissions Inventories for 18 European Regions: EU CO$_2$ 80/50 Project Stage 1: Inventory Formation. The Greenhouse Gas Regional Inventory Protocol (GRIP)*. Centre for Urban and Regional Ecology, School of Environment and Development, The University of Manchester, Manchester.

Carvalho R., and A. Penn **(2004)**. Scaling and universality in the micro-structure of urban space. *Physica A: Statistical Mechanics and Its Applications* **332**, 539–547. doi: 10.1016/j.physa.2003.10.024, ISSN: 0378-4371.

Castán Broto V., and H. Bulkeley **(2012)**. A survey of urban climate change experiments in 100 cities. *Global Environmental Change* **23**, 92–102. doi: 10.1016/j.gloenvcha.2012.07.005, ISSN: 0959-3780.

Cervero R. **(1989)**. Jobs-Housing Balancing and Regional Mobility. *Journal of the American Planning Association* **55**, 136–150. doi: 10.1080/01944368908976014, ISSN: 0194-4363.

Cervero R. **(1995a)**. Sustainable new towns: Stockholm's rail-served satellites. *Cities* **12**, 41–51. doi: 10.1016/0264-2751(95)91864-C, ISSN: 0264-2751.

Cervero R. **(1995b)**. Planned Communities, Self-containment and Commuting: A Cross-national Perspective. *Urban Studies* **32**, 1135–1161. doi: 10.1080/00420980550012618, ISSN: 0042-0980, 1360–063X.

Cervero R. **(1996)**. Mixed land-uses and commuting: Evidence from the American Housing Survey. *Transportation Research Part A: Policy and Practice* **30**, 361–377. doi: 10.1016/0965-8564(95)00033-X, ISSN: 09658564.

Cervero R. **(1998)**. *The Transit Metropolis: A Global Inquiry*. Island Press, Washington, D.C., 480 pp. ISBN: 1559635916, 9781559635912.

Cervero R. **(2006)**. Public Transport and Sustainable Urbanism: Global Lessons. *University of California Transportation Center*, 1–10. http://escholarship.org/uc/item/4fp6x44f.

Cervero R. **(2013)**. Linking urban transport and land use in developing countries. *Journal of Transport and Land Use* **6**, 7–24. doi: 10.5198/jtlu.v6i1.425, ISSN: 1938-7849.

Cervero R., and J. Day **(2008)**. Suburbanization and transit-oriented development in China. *Transport Policy* **15**, 315–323. doi: 10.1016/j.tranpol.2008.12.011, ISSN: 0967-070X.

Cervero R., and M. Duncan **(2006)**. Which Reduces Vehicle Travel More: Jobs-Housing Balance or Retail-Housing Mixing? *Journal of the American Planning Association* **72**, 475–490. doi: 10.1080/01944360608976767, ISSN: 0194-4363.

Cervero R., and M. Hansen **(2002)**. Induced travel demand and induced road investment: a simultaneous equation analysis. *Journal of Transport Economics and Policy* **36**, 469–490. Available at: http://www.jstor.org/stable/10.2307/20053915.

Cervero R., and K. Kockelman **(1997)**. Travel demand and the 3Ds: Density, diversity, and design. *Transportation Research Part D: Transport and Environment* **2**, 199–219. doi: 10.1016/S1361-9209(97)00009-6, ISSN: 1361-9209.

Cervero R., S. Murphy, C. Ferrell, N. Goguts, Y.-H. Tsai, G.B. Arrington, J. Boroski, J. Smith-Heimer, R. Golem, P. Peninger, E. Nakajima, E. Chui, R. Dunphy, M. Myers, S. McKay, and N. Witenstein **(2004)**. *Transit-Oriented Development in the United States: Experiences, Challenges, and Prospects*. Transportation Research Board, Washington, D.C., 481 pp. http://www.worldtransitresearch.info/research/3066/.

Cervero R., O.L. Sarmiento, E. Jacoby, L.F. Gomez, and A. Neiman **(2009)**. Influences of Built Environments on Walking and Cycling: Lessons from Bogotá. *International Journal of Sustainable Transportation* **3**, 203–226. doi: 10.1080/15568310802178314, ISSN: 1556-8318.

Cervero R., and C. Sullivan **(2011)**. Green TODs: marrying transit-oriented development and green urbanism. *International Journal of Sustainable Development & World Ecology* **18**, 210–218. doi: 10.1080/13504509.2011.570801, ISSN: 1350-4509, 1745–2627.

Chandler T. **(1987)**. *Four Thousand Years of Urban Growth: An Historical Census*. St. David's University Press, Lewiston, NY, 656 pp. ISBN: 9780889462076.

Chapman J., and L. Frank (2007). *Integrating Travel Behavior and Urban Form Data to Address Transportation and Air Quality Problems in Atlanta*. Georgia Institute of Technology, Atlanta, 302 pp. Available at: http://atl.sites.olt.ubc. ca/files/2011/06/GDOT_final_report.pdf.

Chavez A., and A. Ramaswami (2011). Progress toward low carbon cities: approaches for transboundary GHG emissions' footprinting. *Carbon Management* **2**, 471–482. doi: 10.4155/cmt.11.38, ISSN: 1758-3004.

Chavez A., and A. Ramaswami (2013). Articulating a trans-boundary infrastructure supply chain greenhouse gas emission footprint for cities: Mathematical relationships and policy relevance. *Energy Policy* **54**, 376–384. doi: 10.1016/j. enpol.2012.10.037, ISSN: 0301-4215.

Chavez A., A. Ramaswami, D. Nath, R. Guru, and E. Kumar (2012). Implementing Trans-Boundary Infrastructure-Based Greenhouse Gas Accounting for Delhi, India. *Journal of Industrial Ecology* **16**, 814–828. doi: 10.1111/j.1530-9290.2012.00546.x, ISSN: 1530-9290.

Chen H., B. Jia, and S.S.Y. Lau (2008). Sustainable urban form for Chinese compact cities: Challenges of a rapid urbanized economy. *Habitat International* **32**, 28–40. doi: 10.1016/j.habitatint.2007.06.005, ISSN: 0197-3975.

Chen N., P. Valente, and H. Zlotnik (1998). What do we know about recent trends in urbanization? In: *Migration, Urbanization, and Development: New Directions and Issues*. R.E. Bilsborrow, (ed.), UNFPA-Kluwer Academic Publishers, Norwell, MA, pp. 59–88.

Cheng V. (2009). Understanding density and high density. In: *Designing High-Density Cities for Social and Environmental Sustainability.*. Earthscan, London; Sterling, VA, pp. 3–17. ISBN: 9781844074600.

Cherp A., A. Adenikinju, A. Goldthau, F. Hernandez, L. Hughes, J. Jansen, J. Jewell, M. Olshanskaya, R. Soares de Oliveira, B. Sovacool, and S. Vakulenko (2012). Energy and Security. In: *Global Energy Assessment: Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 325–383. Available at: http://www.iiasa.ac.at/web/home/research/Flagship-Projects/Global-Energy-Assessment/GEA_Chapter5_security_lowres.pdf.

Chertow M.R. (2000). The IPAT Equation and Its Variants. *Journal of Industrial Ecology* **4**, 13–29. doi: 10.1162/10881980052541927, ISSN: 1530-9290.

Chong W.H.B., D. Guan, and P. Guthrie (2012). Comparative Analysis of Carbonization Drivers in China's Megacities. *Journal of Industrial Ecology* **16**, 564–575. doi: 10.1111/j.1530-9290.2012.00519.x, ISSN: 10881980.

Choo S., P.L. Mokhtarian, and I. Salomon (2005). Does telecommuting reduce vehicle-miles traveled? An aggregate time series analysis for the U.S. *Transportation* **32**, 37–64. doi: 10.1007/s11116-004-3046-7, ISSN: 0049-4488, 1572–9435.

Chorus P. (2009). Transit Oriented Development in Tokyo: The Public Sector Shapes Favourable Conditions, the Private Sector Makes it Happen. In: *Transit Oriented Development: Making it Happen*. C. Curtis, J.L. Renne, L. Bertolini, (eds.), Ashgate, Surrey, England, pp. 225–238. ISBN: 9780754673156.

Chowdhury Z., M. Zheng, J.J. Schauer, R.J. Sheesley, L.G. Salmon, G.R. Cass, and A.G. Russell (2007). Speciation of ambient fine organic carbon particles and source apportionment of PM$_{2.5}$ in Indian cities. *Journal of Geophysical Research* **112**, 1–14. doi: 10.1029/2007JD008386, ISSN: 0148-0227.

Zegras P.C. (2007). As if Kyoto mattered: The clean development mechanism and transportation. *Energy Policy* **35**, 5136–5150. doi: 10.1016/j. enpol.2007.04.032, ISSN: 0301-4215.

Chun M., J. Mei-ting, Z. Xiao-chun, and L. Hong-yuan (2011). Energy consumption and carbon emissions in a coastal city in China. *Procedia Environmental Sciences* **4**, 1–9. doi: 10.1016/j.proenv.2011.03.001, ISSN: 1878-0296.

Churchill R.R. (2004). Urban Cartography and the Mapping of Chicago. *Geographical Review* **94**, 1–22. doi: 10.1111/j.1931-0846.2004.tb00155.x, ISSN: 1931-0846.

Ciccone A., and R.E. Hall (1996). Productivity and the Density of Economic Activity. *American Economic Review* **86**, 54–70. Available at: http://ideas.repec.org/a/aea/aecrev/v86y1996i1p54–70.html.

City of Stockholm (2013). A sustainable city. Available at: http://international. stockholm.se/Politics-and-organisation/A-sustainable-city/.

Clark T.A. (2013). Metropolitan density, energy efficiency and carbon emissions: Multi-attribute tradeoffs and their policy implications. *Energy Policy* **53**, 413–428. doi: 10.1016/j.enpol.2012.11.006, ISSN: 0301-4215.

Cohen C., M. Lenzen, and R. Schaeffer (2005). Energy requirements of households in Brazil. *Energy Policy* **33**, 555–562. doi: 10.1016/j.enpol.2003.08.021, ISSN: 0301-4215.

Cole R.J. (1998). Energy and greenhouse gas emissions associated with the construction of alternative structural systems. *Building and Environment* **34**, 335–348. doi: 10.1016/S0360-1323(98)00020-1, ISSN: 0360-1323.

Colette A., C. Granier, Ø. Hodnebrog, H. Jakobs, A. Maurizi, A. Nyiri, S. Rao, M. Amann, B. Bessagnet, A. D'Angiola, M. Gauss, C. Heyes, Z. Klimont, F. Meleux, M. Memmesheimer, A. Mieville, L. Rouïl, F. Russo, S. Schucht, D. Simpson, F. Stordal, F. Tampieri, and M. Vrac (2012). Future air quality in Europe: a multi-model assessment of projected exposure to ozone. *Atmos. Chem. Phys.* **12**, 10613–10630. doi: 10.5194/acp-12-10613-2012, ISSN: 1680-7324.

Covenant of Mayors (2010). *How to Develop a Sustainable Energy Action Plan (SEAP)—Guidebook*. Publications Office of the European Union, Luxembourg, Available at: http://www.eumayors.eu/IMG/pdf/seap_guidelines_en.pdf.

Crassous R., J.-C. Hourcade, and O. Sassi (2006). Endogenous Structural Change and Climate Targets Modeling Experiments with Imaclim-R. *The Energy Journal* **27**, 259–276. doi: 10.2307/23297067, ISSN: 01956574.

Creutzig F., and D. He (2009). Climate change mitigation and co-benefits of feasible transport demand policies in Beijing. *Transportation Research Part D: Transport and Environment* **14**, 120–131. doi: 10.1016/j.trd.2008.11.007, ISSN: 1361-9209.

Curtis C. (2012). Delivering the 'D' in transit-oriented development: Examining the town planning challenge. *Journal of Transport and Land Use* **5**, 83–99. doi: 10.5198/jtlu.v5i3.292.

Curtis C., J.L. Renne, and L. Bertolini (Eds.) (2009). *Transit Oriented Development: Making It Happen*. Ashgate, Surrey, England, 291 pp. ISBN: 9780754673156.

Cutter W.B., and S.F. Franco (2012). Do parking requirements significantly increase the area dedicated to parking? A test of the effect of parking requirements values in Los Angeles County. *Transportation Research Part A: Policy and Practice* **46**, 901–925. doi: 10.1016/j.tra.2012.02.012.

Dalton M., B. O'Neill, A. Prskawetz, L. Jiang, and J. Pitkin (2008). Population aging and future carbon emissions in the United States. *Energy Economics* **30**, 642–675. doi: 10.1016/j.eneco.2006.07.002.

Daniels T. (1998). *When City and Country Collide: Managing Growth In The Metropolitan Fringe*. Island Press, 361 pp. ISBN: 9781610913478.

Davis K. (1955). The Origin and Growth of Urbanization in the World. *American Journal of Sociology* **60**, 429–437. doi: 10.2307/2772530, ISSN: 0002-9602.

12

**Davis S.J., K. Caldeira, and H.D. Matthews (2010).** Future $CO_2$ Emissions and Climate Change from Existing Energy Infrastructure. *Science* **329**, 1330–1333. doi: 10.1126/science.1188566, ISSN: 0036-8075, 1095–9203.

**Davis J.C., and J.V. Henderson (2003).** Evidence on the political economy of the urbanization process. *Journal of Urban Economics* **53**, 98–125. doi: 10.1016/S0094-1190(02)00504-1, ISSN: 0094-1190.

**Dawkins C.J., and A.C. Nelson (2002).** Urban containment policies and housing prices: an international comparison with implications for future research. *Land Use Policy* **19**, 1–12. doi: 10.1016/S0264-8377(01)00038-2.

**Day J., and R. Cervero (2010).** Effects of Residential Relocation on Household and Commuting Expenditures in Shanghai, China. *International Journal of Urban and Regional Research* **34**, 762–788. doi: 10.1111/j.1468-2427.2010.00916.x, ISSN: 1468-2427.

**Debrezion G., E. Pels, and P. Rietveld (2007).** The Impact of Railway Stations on Residential and Commercial Property Value: A Meta-analysis. *The Journal of Real Estate Finance and Economics* **35**, 161–180. doi: 10.1007/s11146-007-9032-z, ISSN: 0895-5638, 1573–045X.

**Decker E.H., S. Elliott, F.A. Smith, D.R. Blake, and F.S. Rowland (2000).** Energy and Material Flow Through the Urban Ecosystem. *Annual Review of Energy and the Environment* **25**, 685–740. doi: 10.1146/annurev.energy.25.1.685.

**Decker E.H., A.J. Kerkhoff, and M.E. Moses (2007).** Global Patterns of City Size Distributions and Their Fundamental Drivers. *PLoS ONE* **2**, e934. doi: 10.1371/journal.pone.0000934.

**DeGrove J.M., and D.A. Miness (1992).** *The New Frontier for Land Policy: Planning and Growth Management in the States*. Lincoln Institute of Land Policy, 192 pp. ISBN: 9781558441217.

**Delgado-Ramos, G.C. (2013).** Climate change and metabolic dynamics in Latin American major cities, in: Zubir, S.S. and Brebbia, C.A. Sustainable City VIII. WIT Press. Southampton, UK. pp. 39–53. ISBN. 978-1-84564-746-9

**Deng F.F. (2005).** Public land leasing and the changing roles of local government in urban China. *The Annals of Regional Science* **39**, 353–373. doi: 10.1007/s00168-005-0241-1, ISSN: 0570-1864, 1432–0592.

**Deng X., J. Huang, S. Rozelle, and E. Uchida (2008).** Growth, population and industrialization, and urban land expansion of China. *Journal of Urban Economics* **63**, 96–115. doi: 10.1016/j.jue.2006.12.006, ISSN: 0094-1190.

**Department of Energy & Climate Change (2013).** *Local Authority $CO_2$ Emission Estimates 2011*. Department of Energy & Climate Change, London, 38 pp.

**DeShazo J.R., and J. Matute (2012).** The Local Regulation of Climate Change. In: *The Oxford Handbook of Urban Planning*. R. Crane, R. Weber, (eds.), Oxford University Press, New York, pp. 455–476. ISBN: 9780195374995.

**Dewees D.N. (1976).** The effect of a subway on residential property values in Toronto. *Journal of Urban Economics* **3**, 357–369. doi: 10.1016/0094-1190(76)90035-8, ISSN: 00941190.

**Dhakal S. (2009).** Urban energy use and carbon emissions from cities in China and policy implications. *Energy Policy* **37**, 4208–4219. doi: 10.1016/j.enpol.2009.05.020, ISSN: 0301-4215.

**Dhakal S. (2010).** GHG emissions from urbanization and opportunities for urban carbon mitigation. *Current Opinion in Environmental Sustainability* **2**, 277–283. doi: 10.1016/j.cosust.2010.05.007, ISSN: 1877-3435.

**Dhakal S., and L. Poruschi (2010).** *Low Carbon City Initiatives: Experiences and lessons from Asia*. Prepared for Consensus Panel on Low Carbon Cities, Academy of Sciences of South Africa.

**Dierwechter Y., and A.T. Wessells (2013).** The Uneven Localisation of Climate Action in Metropolitan Seattle. *Urban Studies* **50**, 1368–1385. doi: 10.1177/0042098013480969

**Dimitriou H.T. (2011).** Transport and city development: Understanding the fundamentals. In: *Urban Transport in the Developing World: A Handbook of Policy and Practice*. H.T. Dimitriou, R. Gakenheimer, (eds.), Edward Elgar Publishing, Cheltenham ISBN: 9781849808392.

**Doll C.N.H. (2009).** *Spatial Analysis of the World Bank's Global Urban Air Pollution Dataset*. International Institute for Applied Systems Analysis, Laxenburg, Austria.

**Doll C.N.H., and S. Pachauri (2010).** Estimating rural populations without access to electricity in developing countries through night-time light satellite imagery. *Energy Policy* **38**, 5661–5670. doi: 10.1016/j.enpol.2010.05.014, ISSN: 0301-4215.

**Doll C.N., M. Dreyfus, S. Ahmad, O. Balaban (2013).** Institutional framework for urban development with co-benefits: the Indian experience. *Journal of Cleaner Production* **58**, 121–129. doi: 10.1016/j.jclepro.2013.07.029.

**Donglan Z., Z. Dequn, and Z. Peng (2010).** Driving forces of residential $CO_2$ emissions in urban and rural China: An index decomposition analysis. *Energy Policy* **38**, 3377–3383. doi: 10.1016/j.enpol.2010.02.011, ISSN: 03014215.

**Dorélien A., D. Balk, and M. Todd (2013).** What is Urban? Comparing a satellite view with the demographic and health surveys. *Population and Development Review* **39**, 413–439. doi: 10.1111/j.1728-4457.2013.00610.x, ISSN: 00987921.

**Douglass M. (2000).** Mega-urban Regions and World City Formation: Globalisation, the Economic Crisis and Urban Policy Issues in Pacific Asia. *Urban Studies* **37**, 2315–2335. doi: 10.1080/00420980020002823, ISSN: 0042-0980, 1360–063X.

**Downs A. (2004).** *Still Stuck in Traffic: Coping with Peak-Hour Traffic Congestion*. Brookings Institution Press, Washington, D.C., 455 pp. ISBN: 9780815796558.

**Droege P. (Ed.) (2008).** *Urban Energy Transition from Fossil Fuels to Renewable Power*. Elsevier, Amsterdam; Boston; London, 664 pp. ISBN: 9780080453415.

**Druckman A., and T. Jackson (2008).** Household energy consumption in the UK: A highly geographically and socio-economically disaggregated model. *Energy Policy* **36**, 3177–3192. doi: 10.1016/j.enpol.2008.03.021, ISSN: 0301-4215.

**Du H., and C. Mulley (2006).** Relationship Between Transport Accessibility and Land Value: Local Model Approach with Geographically Weighted Regression. *Transportation Research Record: Journal of the Transportation Research Board* **1977**, 197–205. doi: 10.3141/1977-25.

**Duany A., E. Plater-Zyberk, and J. Speck (2000).** *Suburban Nation: The Rise of Sprawl and the Decline of the American Dream*. North Point Press, New York, NY, 324 pp. ISBN: 9780865476066.

**Duarte F., and C. Ultramari (2012).** Making Public Transport and Housing Match: Accomplishments and Failures of Curitba's BRT. *Journal of Urban Planning and Development* **138**, 183–194. doi: 10.1061/(ASCE)UP.1943-5444.0000107, ISSN: 0733-9488, 1943–5444.

**Duncan D.T., G. Piras, E.C. Dunn, R.M. Johnson, S.J. Melly, and B.E. Molnar (2013).** The built environment and depressive symptoms among urban youth: A spatial regression study. *Spatial and Spatio-Temporal Epidemiology* **5**, 11–25. doi: 10.1016/j.sste.2013.03.001, ISSN: 1877-5845.

**Dupree H. (1987).** *Urban Transportation: The New Town Solution*. Gower, Aldershot, U.K., 292 pp. ISBN: 9780566008399.

**Dupuy G. (2011).** *Towards Sustainable Transport: The Challenge of Car Dependence*. John Libbey Eurotext Limited, Montrouge, France, 66 pp. ISBN: 9782742007936.

Duranton G., and D. Puga (2004). Micro-foundations of urban agglomeration economies. In: *Handbook of Regional and Urban Economics*. J.V. Henderson, J.-F. Thisse, (eds.), Elsevier, pp. 2063–2117. ISBN: 9780444509673.

Duranton G., and M.A. Turner (2011). The Fundamental Law of Road Congestion: Evidence from US Cities. *American Economic Review* 101, 2616–2652. doi: 10.1257/aer.101.6.2616, ISSN: 0002-8282.

Dye R.F., and D.F. Merriman (2000). The Effects of Tax Increment Financing on Economic Development. *Journal of Urban Economics* 47, 306–328. doi: 10.1006/juec.1999.2149, ISSN: 0094-1190.

Dye R.F., and J.O. Sundberg (1998). A Model of Tax Increment Financing Adoption Incentives. *Growth and Change* 29, 90–110. doi: 10.1111/1468-2257.00077, ISSN: 1468-2257.

Edwards M.E. (1984). Site Value Taxation on Australia. *American Journal of Economics and Sociology* 43, 481–495. doi: 10.1111/j.1536-7150.1984.tb01876.x, ISSN: 0002-9246.

Ekholm T., V. Krey, S. Pachauri, and K. Riahi (2010). Determinants of household energy consumption in India. *Energy Policy* 38, 5696–5707. doi: 10.1016/j.enpol.2010.05.017, ISSN: 03014215.

Elliot J. (1987). *The City in Maps: Urban Mapping to 1900*. British Library, London, 92 pp. ISBN: 9780712301343.

Elson M.J. (1986). *Green Belts: Conflict Mediation in the Urban Fringe*. Heinemann, Portsmouth, NH, 344 pp. ISBN: 9780434905324.

Enoch M., S. Potter, and S. Ison (2005). A Strategic Approach to Financing Public Transport Through Property Values. *Public Money & Management* 25, 147–154. doi: 10.1111/j.1467-9302.2005.00467.x.

Escobedo F., S. Varela, M. Zhao, J.E. Wagner, and W. Zipperer (2010). Analyzing the efficacy of subtropical urban forests in offsetting carbon emissions from cities. *Environmental Science & Policy* 13, 362–372. doi: 10.1016/j.envsci.2010.03.009, ISSN: 1462-9011.

Ewing R.H. (1997). *Transportation & Land Use Innovations: When You Can't Pave Your Way out of Congestion*. American Planning Association, Chicago, Ill., 106 pp. ISBN: 9781884829123.

Ewing R., and S.J. Brown (2009). *U.S. Traffic Calming Manual*. American Planning Association, Chicago, IL, 236 pp. ISBN: 9781932364613.

Ewing R., and R. Cervero (2001). Travel and the Built Environment: A Synthesis. *Transportation Research Record* 1780, 87–114. doi: 10.3141/1780-10, ISSN: 0361-1981.

Ewing R., and R. Cervero (2010). Travel and the Built Environment: A Meta-analysis. *Journal of the American Planning Association* 76, 265–294. doi: 10.1080/01944361003766766.

Ewing R., M. Deanna, and S.-C. Li (1996). Land Use Impacts on Trip Generation Rates. *Transportation Research Record: Journal of the Transportation Research Board* 1518, 1–6. doi: 10.3141/1518-01.

Ewing R., M. Greenwald, M. Zhang, J. Walters, M. Feldman, R. Cervero, and J. Thomas (2009). *Measuring the Impact of Urban Form and Transit Access on Mixed Use Site Trip Generation rates—Portland Pilot Study*. U.S. Environmental Protection Agency, Washington, DC.

Ewing R., R. Pendall, and D. Chen (2003). Measuring Sprawl and Its Transportation Impacts. *Transportation Research Record: Journal of the Transportation Research Board* 1831, 175–183. doi: 10.3141/1831-20.

Fan Y. (2007). *The built environment, activity space, and time allocation: An activity-based framework for modeling the land use and travel connection*. University of North Carolina, Chapel Hill, NC, 189 pp.

Fang H.A. (2008). A discrete-continuous model of households' vehicle choice and usage, with an application to the effects of residential density. *Transportation Research Part B: Methodological* 42, 736–758. ISSN: 0191-2615.

Fargione J., J. Hill, D. Tilman, S. Polasky, and P. Hawthorne (2008). Land Clearing and the Biofuel Carbon Debt. *Science* 319, 1235–1238. doi: 10.1126/science.1152747, ISSN: 0036-8075, 1095–9203.

Farvacque C., and P. McAuslan (1992). *Reforming Urban Land Policies and Institutions in Developing Countries*. World Bank, Washington, D.C., 105 pp. ISBN: 9786610015894.

Fekade W. (2000). Deficits of formal urban land management and informal responses under rapid urban growth, an international perspective. *Habitat International* 24, 127–150. doi: 10.1016/S0197-3975(99)00034-X, ISSN: 01973975.

Feldman M.P., and D.B. Audretsch (1999). Innovation in cities: Science-based diversity, specialization and localized competition. *European Economic Review* 43, 409–429. doi: 10.1016/S0014-2921(98)00047-6, ISSN: 00142921.

Feng K., Y.L. Siu, D. Guan, and K. Hubacek (2012). Analyzing Drivers of Regional Carbon Dioxide Emissions for China. *Journal of Industrial Ecology* 16, 600–611. doi: 10.1111/j.1530-9290.2012.00494.x, ISSN: 1530-9290.

Fensham P., and B. Gleeson (2003). Capturing Value for Urban Management: A New Agenda for Betterment. *Urban Policy and Research* 21, 93–112. doi: 10.1080/0811114032000062164, ISSN: 0811-1146.

Ferrell C., M. Carroll, B. Appleyard, D. Reinke, R. Dowling, H.S. Levinson, E. Deakin, and R. Cervero (2011). *Reinventing the Urban Interstate: A New Paradigm for Multimodal Corridors*. Transportation Research Board, Washington, D.C., 148 pp. Available at: http://onlinepubs.trb.org/onlinepubs/tcrp/tcrp_rpt_145.pdf.

Fischel W. (1999). Does the American Way of Zoning Cause the Suburbs of Metropolitan Areas to Be Too Spread Out? In: *Governance and Opportunity in Metropolitan America*. A.A. Altshuler, W. Morrill, H. Wolman, F. Mitchell, (eds.), National Academies Press, Washington, D.C., pp. 151–191. ISBN: 0-309-51967-5.

Foletta N., and S. Field (2011). *Europe's Vibrant New Low Car(bon) Communities*. Institute of Transportation and Development Policy, New York, 116 pp. Available at: http://www.gwl-terrein.nl/files/artikelen/low%20carbon%20communities%20GWL%20only.pdf.

Forsyth A., J.M. Oakes, K.H. Schmitz, and M. Hearst (2007). Does Residential Density Increase Walking and Other Physical Activity? *Urban Studies* 44, 679–697. doi: 10.1080/00420980601184729, ISSN: 0042-0980, 1360–063X.

Fouchier V. (1998). Urban Density and Mobility in the Isle-de-France. In: *Ministerio de Fomento, Proceedings of the Eight Conference on Urban and Regional Research*. Madrid, España. 285–300 pp.

Al-Fouzan S.A. (2012). Using car parking requirements to promote sustainable transport development in the Kingdom of Saudi Arabia. *Cities* 29, 201–211. doi: 10.1016/j.cities.2011.08.009, ISSN: 02642751.

Fragkias M., J. Lobo, D. Strumsky, and K.C. Seto (2013). Does Size Matter? Scaling of $CO_2$ Emissions and U.S. Urban Areas (M. Convertino, Ed.). *PLOS ONE* 8, e64727. doi: 10.1371/journal.pone.0064727, ISSN: 1932-6203.

Fraker H. (2013). *The Hidden Potential of Sustainable Neighborhoods: Lessons from Low-Carbon Communities*. Island Press, Washington, D.C., 248 pp. ISBN: 9781610914093.

**12**

Frank L.D., M.A. Andresen, and T.L. Schmid (2004). Obesity relationships with community design, physical activity, and time spent in cars. *American Journal of Preventive Medicine* 27, 87–96. doi: 10.1016/j.amepre.2004.04.011, ISSN: 0749-3797.

Frank L.D., and P. Engelke (2005). Multiple Impacts of the Built Environment on Public Health: Walkable Places and the Exposure to Air Pollution. *International Regional Science Review* 28, 193–216. doi: 10.1177/0160017604273853, ISSN: 0160-0176, 1552–6925.

Frank L.D., and G. Pivo (1994). Impacts of mixed use and density on utilization of three modes of travel: single-occupant vehicle, transit, and walking. *Transportation Research Record* 1466, 44–52. Available at: http://www.reconnectingamerica.org/assets/Uploads/Frank-and-Pivo.pdf.

Frank L.D., J.F. Sallis, B.E. Saelens, L. Leary, K. Cain, T.L. Conway, and P.M. Hess (2009). The Development of a Walkability Index: Application To the Neighborhood Quality of Life Study. *British Journal of Sports Medicine* 44, 924-33. doi: 10.1136/bjsm.2009.058701, ISSN: , 14730480.

Franzsen R.C.D., and J.M. Youngman (2009). Mapping Property Taxes in Africa. *Land Lines*, pp.8–13. Lincoln Institute of Land Policy, Cambridge, MA. Available at: http://www.lincolninst.edu/pubs/1648_Mapping-Property-Taxes-in-Africa

Frolking S., T. Milliman, K.C. Seto, and M.A. Friedl (2013). A global fingerprint of macro-scale changes in urban structure from 1999 to 2009. *Environmental Research Letters* 8, 024004. doi: 10.1088/1748-9326/8/2/024004, ISSN: 1748-9326.

Fujita M., and J.-F. Thisse (1996). Economics of agglomeration. *Journal of the Japanese and International Economies* 10, 339–378. doi: 10.1006/jjie.1996.0021, ISSN: 08891583.

Gakenheimer R. (2011). Land use and transport in rapidly motorizing cities: contexts of controversy. In: *Urban Transport in the Developing World: A Handbook of Policy and Practice*. H.T. Dimitriou, R. Gakenheimer, (eds.), Edward Elgar Publishing, Cheltenham, pp. 40–68. ISBN: 9781849808392.

Galea S., J. Ahern, S. Rudenstine, Z. Wallace, and D. Vlahov (2005). Urban built environment and depression: a multilevel analysis. *Journal of Epidemiology and Community Health* 59, 822–827. doi: 10.1136/jech.2005.033084, ISSN: , 1470–2738.

Ganson C. (2008). *The Transportation Greenhouse Gas Inventory: A First Step Toward City- Driven Emissions Rationalization*. University of California Transportation Center, Berkeley, CA, 15 pp. Available at: http://www.uctc.net/research/papers/879.pdf.

GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp. ISBN: 9781 10700 5198.

Gehl J. (2010). *Cities for People*. Island Press, Washington D.C., 288 pp. ISBN: 9781597269841.

Gennaio M.-P., A.M. Hersperger, and M. Bürgi (2009). Containing urban sprawl—Evaluating effectiveness of urban growth boundaries set by the Swiss Land Use Plan. *Land Use Policy* 26, 224–232. doi: 10.1016/j.landusepol.2008.02.010, ISSN: 02648377.

Gill S.E., J.F. Handley, A.R. Ennos, and S. Pauleit (2007). Adapting Cities for Climate Change: The Role of the Green Infrastructure. *Built Environment* 33, 115–133. doi: 10.2148/benv.33.1.115.

Glaeser E. (2011). *Triumph of the City: How Our Greatest Invention Makes Us Richer, Smarter, Greener, Healthier and Happier*. Penguin, New York, 352 pp. ISBN: 0143120549.

Glaeser E.L., J. Gyourko, and R.E. Saks (2006). Urban growth and housing supply. *Journal of Economic Geography* 6, 71–89. doi: 10.1093/jeg/lbi003, ISSN: 1468-2702, 1468–2710.

Glaeser E.L., and M.E. Kahn (2004). Sprawl and Urban Growth. In: *Handbook of Regional and Urban Economics*. J.V. Henderson, J.F. Thisse, (eds.), Elsevier, pp. 2481–2527. doi: 10.1016/S1574-0080(04)80013-0, ISBN: 9780444509673.

Glaeser E.L., and M.E. Kahn (2010). The greenness of cities: Carbon dioxide emissions and urban development. *Journal of Urban Economics* 67, 404–418. doi: 10.1016/j.jue.2009.11.006, ISSN: 0094-1190.

Glaeser E.L., J. Kolko, and A. Saiz (2001). Consumer city. *Journal of Economic Geography* 1, 27–50. doi: 10.1093/jeg/1.1.27, ISSN: 1468-2702.

Gomi K., K. Shimada, and Y. Matsuoka (2010). A low-carbon scenario creation method for a local-scale economy and its application in Kyoto city. *Energy Policy* 38, 4783–4796. doi: 10.1016/j.enpol.2009.07.026, ISSN: 0301-4215.

Goodwin P.B. (1996). Empirical evidence on induced traffic. *Transportation* 23, 35–54. doi: 10.1007/BF00166218.

Goodwin P., C. Hass-Klau, and S. Cairns (1998). Evidence on the Effects of Road Capacity Reductions on Traffic Levels. *Traffic Engineering and Control* 39, 348–354. ISSN: 0041-0683.

Gordon D.L.A. (2001). The Resurrection of Canary Wharf. *Planning Theory & Practice* 2, 149–168. doi: 10.1080/14649350120068777, ISSN: 1464-9357.

Gordon P., H.W. Richardson, and M.-J. Jun (1991). The Commuting Paradox Evidence from the Top Twenty. *Journal of the American Planning Association* 57, 416–420. doi: 10.1080/01944369108975516, ISSN: 0194-4363.

Gore C., P. Robinson, and R. Stren (2009). Governance and Climate Change: Assessing and Learning from Canadian Cities. In: Hoornweg D, ed. In: *Cities and Climate Change: Responding to an Urgent Agenda*. World Bank, Marseille. 498–523 pp.

Government of NCT of Delhi (2010). *State of Environment Report for Delhi, 2010*. Department of Environment and Forests, Government of NCT of Delhi, New Delhi, 126 pp. Available at: http://www.indiaenvironmentportal.org.in/files/SoEDelhi2010.pdf.

Greenwald M.J. (2009). SACSIM modeling-elasticity results: Draft.

Grubler A., X. Bai, T. Buettner, S. Dhakal, D. Fisk, T. Ichinose, J. Keirstead, G. Sammer, D. Satterthwaite, N. Schulz, N. Shah, J. Steinberger, and H. Weisz (2012). Urban Energy Systems. In: *Global Energy Assessment: Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 1307–1400.

Grubler A., B. O'Neill, K. Riahi, V. Chirkov, A. Goujon, P. Kolp, I. Prommer, S. Scherbov, and E. Slentoe (2007). Regional, national, and spatially explicit scenarios of demographic and economic change based on SRES. *Technological Forecasting and Social Change* 74, 980–1029. doi: 10.1016/j.techfore.2006.05.023, ISSN: 0040-1625.

Grubler A., and N. Schulz (2013). Urban energy use. In: *Energizing Sustainable Cities: Assessing Urban Energy*. A. Grubler, D. Fisk, (eds.), Routledge, Oxford, UK; New York, USA, pp. 57–70. ISBN: 9781849714396.

GTZ (2009). *Urban Transport and Climate Change Action Plans. An Overview*. Federal Ministry for Economic Cooperation and Development, Germany, 20 pp.

Guan D., K. Hubacek, C.L. Weber, G.P. Peters, and D.M. Reiner (2008). The drivers of Chinese $CO_2$ emissions from 1980 to 2030. *Global Environmental Change* **18**, 626–634. doi: 10.1016/j.gloenvcha.2008.08.001, ISSN: 0959-3780.

Guan D., G.P. Peters, C.L. Weber, and K. Hubacek (2009). Journey to world top emitter: An analysis of the driving forces of China's recent $CO_2$ emissions surge. *Geophysical Research Letters* **36**, 1–5. doi: 10.1029/2008GL036540, ISSN: 1944-8007.

Guhathakurta S., and P. Gober (2007). The Impact of the Phoenix Urban Heat Island on Residential Water Use. *Journal of the American Planning Association* **73**, 317–329. doi: 10.1080/01944360708977980, ISSN: 0194-4363.

Güneralp B., and K.C. Seto (2012). Can gains in efficiency offset the resource demands and $CO_2$ emissions from constructing and operating the built environment? *Applied Geography* **32**, 40–50. doi: 10.1016/j.apgeog.2010.11.011, ISSN: 01436228.

Guo Z., A.W. Agrawal, and J. Dill (2011). Are Land Use Planning and Congestion Pricing Mutually Supportive? *Journal of the American Planning Association* **77**, 232–250. doi: 10.1080/01944363.2011.592129, ISSN: 0194-4363.

Guo J., H. Liu, Y. Jiang, D. He, Q. Wang, F. Meng, and K. He (2013). Neighborhood form and $CO_2$ emission: evidence from 23 neighborhoods in Jinan, China. *Frontiers of Environmental Science & Engineering* **8**, 79–88. doi: 10.1007/s11783-013-0516-1, ISSN: 2095-2201, 2095–221X.

Guo Z., and S. Ren (2013). From Minimum to Maximum: Impact of the London Parking Reform on Residential Parking Supply from 2004 to 2010? *Urban Studies* **50**, 1183–1200. doi: 10.1177/0042098012460735.

Gurney K.R., I. Razlivanov, Y. Song, Y. Zhou, B. Benes, and M. Abdul-Massih (2012). Quantification of Fossil Fuel $CO_2$ Emissions on the Building/Street Scale for a Large U.S. City. *Environmental Science & Technology* **46**, 12194–12202. doi: 10.1021/es3011282, ISSN: 0013-936X.

Gutman P. (2007). Ecosystem services: Foundations for a new rural–urban compact. *Ecological Economics* **62**, 383–387. doi: 10.1016/j.ecolecon.2007.02.027, ISSN: 0921-8009.

Guy S., and S. Marvin (1996). Transforming urban infrastructure provision—The emerging logic of demand side management. *Policy Studies* **17**, 137–147. doi: 10.1080/01442879608423701, ISSN: 0144-2872.

Hack G., E. Birch, P.H. Sedway, and M. Silver (Eds.) (2009). *Local Planning: Contemporary Principles and Practice*. International City/County Management Association, Washington, D.C., 496 pp. ISBN: 9780873261487.

Hagman D.G., and D.J. Misczynski (1978). *Windfalls for Wipeouts: Land Value Capture and Compensation*. American Society Planning Association, Chicago, 660 pp. ISBN: 9780918286116.

Hall P. (1993). Forces Shaping Urban Europe. *Urban Studies* **30**, 883–898. doi: 10.1080/00420989320080831, ISSN: 0042-0980, 1360–063X.

Hall P.G. (1996). *Cities of Tomorrow: An Intellectual History of Urban Planning and Design in the Twentieth Century*. Blackwell Publishers, Oxford, UK ; Cambridge, MA, 502 pp. ISBN: 063119942X.

Han H., S.-K. Lai, A. Dang, Z. Tan, and C. Wu (2009). Effectiveness of urban construction boundaries in Beijing: an assessment. *Journal of Zhejiang University SCIENCE A* **10**, 1285–1295. doi: 10.1631/jzus.A0920317, ISSN: 1673-565X, 1862–1775.

Handy S. (1996). Methodologies for exploring the link between urban form and travel behavior. *Transportation Research Part D: Transport and Environment* **1**, 151–165. doi: 10.1016/S1361-9209(96)00010-7, ISSN: 1361-9209.

Handy S. (2005). Smart Growth and the Transportation-Land Use Connection: What Does the Research Tell Us? *International Regional Science Review* **28**, 146–167. doi: 10.1177/0160017604273626, ISSN: 0160-0176, 1552–6925.

Handy S., M.G. Boarnet, R. Ewing, and R.E. Killingsworth (2002). How the built environment affects physical activity: Views from urban planning. *American Journal of Preventive Medicine* **23**, 64–73. doi: 10.1016/S0749-3797(02)00475-0, ISSN: 0749-3797.

Hankey S., and J.D. Marshall (2010). Impacts of urban form on future US passenger-vehicle greenhouse gas emissions. *Energy Policy* **38**, 4880–4887. doi: 10.1016/j.enpol.2009.07.005, ISSN: 0301-4215.

Hansen W.G. (1959). How Accessibility Shapes Land Use. *Journal of the American Institute of Planners* **25**, 73–76. doi: 10.1080/01944365908978307, ISSN: 0002-8991.

Hansen M., and Y. Huang (1997). Road supply and traffic in California urban areas. *Transportation Research Part A: Policy and Practice* **31**, 205–218. doi: 10.1016/S0965-8564(96)00019-5.

Hao L., J. Keirstead, N. Samsatli, W. Shah, and W. Long (2011). Application of a novel, optimisation-based toolkit ("syncity") for urban energy system design in Shanghai Lingang New City. *Energy Education Science and Technology A: Energy Science and Research* **28**, 311–318.

Harlan S.L., and D.M. Ruddell (2011). Climate change and health in cities: impacts of heat and air pollution and potential co-benefits from mitigation and adaptation. *Current Opinion in Environmental Sustainability* **3**, 126–134. doi: 10.1016/j.cosust.2011.01.001, ISSN: 1877-3435.

Harris J.R., and M.P. Todaro (1970). Migration, Unemployment & Development: A Two-Sector Analysis. *American Economic Review* **60**, 126–42. Available at: http://www.jstor.org/stable/1807860.

Hartshorne R. (1933). Geographic and Political Boundaries in Upper Silesia. *Annals of the Association of American Geographers* **23**, 195–228. doi: 10.1080/00045603309357073, ISSN: 0004-5608.

Hass-Klau C. (1993). Impact of pedestrianization and traffic calming on retailing: A review of the evidence from Germany and the UK. *Transport Policy* **1**, 21–31. doi: 10.1016/0967-070X(93)90004-7.

Hausman J.A. (1979). Individual Discount Rates and the Purchase and Utilization of Energy-Using Durables. *The Bell Journal of Economics* **10**, 33–54. doi: 10.2307/3003318, ISSN: 0361-915X.

Heath G.W., R.C. Brownson, J. Kruger, R. Miles, K.E. Powell, and L.T. Ramsey (2006). The effectiveness of urban design and land use and transport policies and practices to increase physical activity: a systematic review. *Journal of Physical Activity & Health* **3**, S55–S76. Available at: http://www.aapca3.org/resources/archival/060306/jpah.pdf

Heijungs R., and S. Suh (2010). *The Computational Structure of Life Cycle Assessment*. Springer, Dordrecht, NL; Boston, US, 256 pp. ISBN: 9789048160419.

Heinonen J., and S. Junnila (2011a). Implications of urban structure on carbon consumption in metropolitan areas. *Environmental Research Letters* **6**, 014018. doi: 10.1088/1748-9326/6/1/014018, ISSN: 1748-9326.

Heinonen J., and S. Junnila (2011b). Case study on the carbon consumption of two metropolitan cities. *The International Journal of Life Cycle Assessment* **16**, 569–579. doi: 10.1007/s11367-011-0289-3, ISSN: 0948-3349.

Heinonen J., and S. Junnila (2011c). A Carbon Consumption Comparison of Rural and Urban Lifestyles. *Sustainability* **3**, 1234–1249. doi: 10.3390/su3081234, ISSN: 2071-1050.

Heinonen J., R. Kyrö, and S. Junnila (2011). Dense downtown living more car-
bon intense due to higher consumption: a case study of Helsinki. *Environmental
Research Letters* **6**, 034034. doi: 10.1088/1748-9326/6/3/034034, ISSN: 1748-
9326.

Henderson V. (2003). The Urbanization Process and Economic Growth:
The So-What Question. *Journal of Economic Growth* **8**, 47–71. doi:
10.1023/A:1022860800744, ISSN: 1381-4338, 1573–7020.

Henderson J.V., A. Kuncoro, and M. Turner (1995). Industrial Development in Cit-
ies. *Journal of Political Economy* **103**, 1067–1090. doi: 10.1086/262013, ISSN:
0022-3808.

Heres-Del-Valle D., and D. Niemeier (2011). $CO_2$ emissions: Are land-use changes
enough for California to reduce VMT? Specification of a two-part model with
instrumental variables. *Transportation Research Part B: Methodological* **45**,
150–161. doi: 10.1016/j.trb.2010.04.001, ISSN: 0191-2615.

Heynen N., H.A. Perkins, and P. Roy (2006). The Political Ecology of Uneven Urban
Green Space. *Urban Affairs Review* **42**, 3–25. doi: 10.1177/1078087406290729.

Hidalgo D., and L. Gutiérrez (2013). BRT and BHLS around the world: Explosive
growth, large positive impacts and many issues outstanding. *Research in Trans-
portation Economics* **39**, 8–13. doi: 10.1016/j.retrec.2012.05.018, ISSN: 0739-
8859.

Hidle K., A.A. Farsund, and H.K. Lysgård (2009). Urban–Rural Flows and
the Meaning of Borders Functional and Symbolic Integration in Norwe-
gian City-Regions. *European Urban and Regional Studies* **16**, 409–421. doi:
10.1177/0969776409340863, ISSN: 0969-7764, 1461–7145.

Hillman T., and A. Ramaswami (2010). Greenhouse Gas Emission Footprints and
Energy Use Benchmarks for Eight U.S. Cities. *Environmental Science & Technol-
ogy* **44**, 1902–1910. doi: 10.1021/es9024194, ISSN: 0013-936X.

Hirt S. (2007). The Devil Is in the Definitions: Contrasting American and German
Approaches to Zoning. *Journal of the American Planning Association* **73**,
436–450. doi: 10.1080/01944360708978524, ISSN: 0194-4363, 1939–0130.

Hirt S. (2012). Mixed Use by Default: How the Europeans (Don't) Zone. *Journal
of Planning Literature* **27**, 375–393. doi: 10.1177/0885412212451029, ISSN:
0885-4122, 1552–6593.

Hoch C., L.C. Dalton, and F.S. So (Eds.) (2000). *The Practice of Local Govern-
ment Planning*. Published for the ICMA Training Institute by the International
City/County Management Association, Washington, D.C., ISBN: 0873261712
9780873261715.

Hoekman S.K. (2009). Biofuels in the U.S.—Challenges and Opportunities. *Renew-
able Energy* **34**, 14–22. doi: 10.1016/j.renene.2008.04.030, ISSN: 0960-1481.

Hofman P.S. (2007). Transition paths for the electricity system. Three alternative
electricity futures based upon the sociotechnical scenario methodology. In:
*Visions on the Development of the Electricity System*. Eindhoven.

Holgate C. (2007). Factors and Actors in Climate Change Mitigation: A
Tale of Two South African Cities. *Local Environment* **12**, 471–484. doi:
10.1080/13549830701656994, ISSN: 1354-9839.

Holtzclaw J., R. Clear, H. Dittmar, D. Goldstein, and P. Haas (2002). Loca-
tion Efficiency: Neighborhood and Socio-Economic Characteristics Deter-
mine Auto Ownership and Use—Studies in Chicago, Los Angeles and
San Francisco. *Transportation Planning and Technology* **25**, 1–27. doi:
10.1080/03081060290032033, ISSN: 0308-1060, 1029–0354.

Hong Y., and B. Needham (2007). *Analyzing Land Readjustment: Economics, Law,
and Collective Action*. Lincoln Institute of Land Policy, Cambridge, MA, 203 pp.
ISBN: 9781558441644.

Hoornweg D., L. Sugar, and C.L.T. Gómez (2011). Cities and greenhouse gas
emissions: moving forward. *Environment and Urbanization* **23**, 207–227. doi:
10.1177/0956247810392270, ISSN: 0956-2478, 1746–0301.

Hoppenbrouwer E., and E. Louw (2005). Mixed-use development: Theory and
practice in Amsterdam's Eastern Docklands. *European Planning Studies* **13**,
967–983. doi: 10.1080/09654310500242048, ISSN: 0965-4313.

Horner M., and A. Murray (2003). A Multi-objective Approach to Improv-
ing Regional Jobs-Housing Balance. *Regional Studies* **37**, 135–146. doi:
10.1080/0034340022000057514, ISSN: 0034-3404, 1360–0591.

Horvath A. (2004). Construction Materials and the Environment. *Annual
Review of Environment and Resources* **29**, 181–204. doi: 10.1146/annurev.
energy.29.062403.102215.

Hou Q., and S.-M. Li (2011). Transport infrastructure development and changing
spatial accessibility in the Greater Pearl River Delta, China, 1990–2020. *Journal
of Transport Geography* **19**, 1350–1360. doi: 10.1016/j.jtrangeo.2011.07.003,
ISSN: 09666923.

Hurtt G., L. Chini, S. Frolking, R. Betts, J. Feddema, G. Fischer, J. Fisk, K. Hib-
bard, R. Houghton, A. Janetos, C. Jones, G. Kindermann, T. Kinoshita,
K. Klein Goldewijk, K. Riahi, E. Shevliakova, S. Smith, E. Stehfest, A.
Thomson, P. Thornton, D. van Vuuren, and Y. Wang (2011). Harmonization
of land-use scenarios for the period 1500–2100: 600 years of global gridded
annual land-use transitions, wood harvest, and resulting secondary lands. *Cli-
matic Change* **109**, 117–161. doi: 10.1007/s10584-011-0153-2, ISSN: 0165-
0009.

Hymel K.M., K.A. Small, and K.V. Dender (2010). Induced demand and rebound
effects in road transport. *Transportation Research Part B: Methodological* **44**,
1220–1241. doi: 10.1016/j.trb.2010.02.007, ISSN: 01912615.

Ibrahim N., L. Sugar, D. Hoornweg, and C. Kennedy (2012). Greenhouse gas
emissions from cities: comparison of international inventory frameworks. *Local
Environment* **17**, 223–241. doi: 10.1080/13549839.2012.660909, ISSN: 1354-
9839.

ICLEI (2009). *International Local Government GHG Emission Analysis Protocol
(IEAP): Version 1.0*. ICLEI—Local Governments for Sustainability, Bonn, Ger-
many, 56 pp. Available at: http://carbonn.org/fileadmin/user_upload/carbonn/
Standards/IEAP_October2010_color.pdf.

ICLEI, C40, and WRI (2012). *Global Protocol for Community-Scale GHG Emis-
sions*. World Resources Institute and World Business Council for Sustainable
Development, Washington, D.C. Conches-Geneva, Switzerland, 14 pp. Avail-
able at: http://www.ghgprotocol.org/files/ghgp/GPC_PilotVersion_1.0_
May2012_20120514.pdf.

IEA (2008). *World Energy Outlook 2008 Edition*. International Energy Agency,
Paris, France, 578 pp. ISBN: 9789264045606. Available at: http://www.
worldenergyoutlook.org/media/weowebsite/2008-1994/weo2008.pdf.

IEA (2010). *Energy Poverty: How to Make Modern Energy Access Universal?*
OECD/IEA, Paris, France, 52 pp. Available at: http://www.se4all.org/wp-content/
uploads/2013/09/Special_Excerpt_of_WEO_2010.pdf.

IEA (2012). *World Energy Outlook 2012*. OECD Publishing, Paris, Available at:
http://www.iea.org/publications/freepublications/publication/English.pdf.

IEA (2013). *Redrawing the Energy Climate Map*. International Energy Agency
(IEA), Paris, France, 132 pp. Available at: http://www.worldenergyoutlook.org/
energyclimatemap/.

IIASA (2009). GGI Scenario Database Version 2.0.1. Available at: http://www.iiasa.
ac.at/Research/GGI/DB.

Inglehart R. (1997). *Modernization and Postmodernization: Cultural, Economic, and Political Change in 43 Societies*. Princeton University Press, Princeton, N.J., ISBN: 9780691011806.

Ingram D.R. (1971). The concept of accessibility: A search for an operational form. *Regional Studies* 5, 101–107. doi: 10.1080/09595237100185131, ISSN: 0034-3404, 1360–0591.

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*. Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

Istrate E., and C.A. Nadeau (2012). *Global MetroMonitor 2012: Slowdown, Recovery, and Interdependence*. Brookings Institution, Washington, D.C., 52 pp. Available at: http://www.brookings.edu/~/media/research/files/reports/2012/11/30%20global%20metro%20monitor/30%20global%20monitor.

Jaccard M., L. Failing, and T. Berry (1997). From equipment to infrastructure: community energy management and greenhouse gas emission reduction. *Energy Policy* 25, 1065–1074. doi: 10.1016/S0301-4215(97)00091-8, ISSN: 0301-4215.

Jaccard M., and N. Rivers (2007). Heterogeneous capital stocks and the optimal timing for $CO_2$ abatement. *Resource and Energy Economics* 29, 1–16. doi: 10.1016/j.reseneeco.2006.03.002, ISSN: 0928-7655.

Jacob D.J., and D.A. Winner (2009). Effect of climate change on air quality. *Atmospheric Environment* 43, 51–63. doi: 10.1016/j.atmosenv.2008.09.051, ISSN: 1352-2310.

Jewell J., A. Cherp, V. Vinichenko, N. Bauer, T. Kober, D. McCollum, D. van Vuuren, and B. vander Zwaan (2013). Energy security of China, India, the EU, and the US under long-term low-carbon scenarios: Results from six IAMs. In: *Climate Change Economics*. Paris, France.

Jiang Z., and B. Lin (2012). China's energy demand and its characteristics in the industrialization and urbanization process. *Energy Policy* 49, 608–615. doi: 10.1016/j.enpol.2012.07.002, ISSN: 03014215.

Jiang L., and B.C. O'Neill (2004). The energy transition in rural China. *International Journal of Global Energy Issues* 21, 2–26. Available at: http://inderscience.metapress.com/content/16KPY22M4U3K56VW.

Jiang L., and B.C. O'Neill (2007). Impacts of Demographic Trends on US Household Size and Structure. *Population and Development Review* 33, 567–591. ISSN: 0098-7921.

Jim C.Y., and W.Y. Chen (2009). Ecosystem services and valuation of urban forests in China. *Cities* 26, 187–194. doi: 10.1016/j.cities.2009.03.003, ISSN: 0264-2751.

Jo H. (2002). Impacts of urban greenspace on offsetting carbon emissions for middle Korea. *Journal of Environmental Management* 64, 115–126. doi: 10.1006/jema.2001.0491, ISSN: 03014797.

Johnson G.T., and L.A. Hoel (1985). *An Inventory of Value Capture Techniques for Transportation*. University of Virginia, Charlottesville, VA, 39 pp.

Jones D.W. (2004). Urbanization and Energy. In: *Encyclopedia of Energy*. C.J. Cleveland, (ed.), Elsevier, Amsterdam, pp. 329–335. ISBN: 9780121764807.

Jones C.M., and D.M. Kammen (2011). Quantifying Carbon Footprint Reduction Opportunities for U.S. Households and Communities. *Environmental Science & Technology* 45, 4088–4095. doi: 10.1021/es102221h, ISSN: 0013-936X, 1520–5851.

Jun M.-J., and C.-H.C. Bae (2000). Estimating the Commuting Costs of Seoul's Greenbelt. *International Regional Science Review* 23, 300–315.

Jun M.-J., and J.-W. Hur (2001). Commuting costs of "leap-frog" newtown development in Seoul. *Cities* 18, 151–158. doi: 10.1016/S0264-2751(01)00007-5, ISSN: 0264-2751.

Junge J.R., and D. Levinson (2012). Financing transportation with land value taxes: Effects on development intensity. *Journal of Transport and Land Use* 5, 49–63. doi: 10.5198/jtlu.v5i1.148, ISSN: 1938-7849.

Kahn M.E. (2009). Urban Growth and Climate Change. *Annual Review of Resource Economics* 1, 333–350. doi: 10.1146/annurev.resource.050708.144249.

Kang C.D., and R. Cervero (2009). From Elevated Freeway to Urban Greenway: Land Value Impacts of the CGC Project in Seoul, Korea. *Urban Studies* 46, 2771–2794.

Kawada T. (2011). Noise and Health—Sleep Disturbance in Adults. *Journal of Occupational Health* 53, 413–416. doi: 10.1539/joh.11-0071-RA.

Kaya Y. (1990). Impact of Carbon Dioxide Emission Control on GNP Growth: Interpretation of Proposed Scenarios. In: *Response Strategies Working Group*. Paris.

Keirstead J., and N. Shah (2013). Urban energy systems planning, design and implementation. In: *Energizing Sustainable Cities: Assessing Urban Energy*. A. Grubler, D. Fisk, (eds.), Routledge, pp. 155–162. ISBN: 9781849714396.

Kelly E.D. (1993). *Planning, Growth, and Public Facilities: A Primer for Local Officials*. American Planning Association, Planning Advisory Service, Chicago, IL, 30 pp.

Kennedy C., and J. Corfee-Morlot (2013). Past performance and future needs for low carbon climate resilient infrastructure—An investment perspective. *Energy Policy* 59, 773–783. doi: j.enpol.2013.04.031.

Kennedy C., S. Demoullin, and E. Mohareb (2012). Cities reducing their greenhouse gas emissions. *Energy Policy* 49, 774–777. doi: 10.1016/j.enpol.2012.07.030, ISSN: 0301-4215.

Kennedy C., E. Miller, A. Shalaby, H. Maclean, and J. Coleman (2005). The Four Pillars of Sustainable Urban Transportation. *Transport Reviews* 25, 393–414. doi: 10.1080/01441640500115835, ISSN: 0144-1647, 1464–5327.

Kennedy C., A. Ramaswami, S. Carney, and S. Dhakal (2011). Greenhouse gas emission baselines for global cities and metropolitan regions. Urban Development Series. In: *Cities and Climate Change: Responding to an Urgent Agenda*. D. Hoornweg, M. Freire, M.J. Lee, P. Bhada-Tata, B. Yuen, (eds.), The World Bank, Washington, D.C., USISBN: 978-0-8213-8493-0.

Kennedy C., J. Steinberger, B. Gasson, Y. Hansen, T. Hillman, M. Havránek, D. Pataki, A. Phdungsilp, A. Ramaswami, and G.V. Mendez (2009). Greenhouse Gas Emissions from Global Cities. *Environmental Science & Technology* 43, 7297–7302. doi: 10.1021/es900213p, ISSN: 0013-936X.

Kennedy C., J. Steinberger, B. Gasson, Y. Hansen, T. Hillman, M. Havránek, D. Pataki, A. Phdungsilp, A. Ramaswami, and G.V. Mendez (2010). Methodology for inventorying greenhouse gas emissions from global cities. *Energy Policy* 38, 4828–4837. doi: 10.1016/j.enpol.2009.08.050, ISSN: 0301-4215.

Kenworthy J.R., and F.B. Laube (1999). Patterns of automobile dependence in cities: an international overview of key physical and economic dimensions with some implications for urban policy. *Transportation Research Part A: Policy and Practice* 33, 691–723. doi: 10.1016/S0965-8564(99)00006-3.

**12**

Kern K., and H. Bulkeley (2009). Cities, Europeanization and multi-level governance: Governing climate change through transnational municipal networks. *Journal of Common Market Studies* **47**, 309–332. doi: 10.1111/j.1468-5965.2009.00806.x, ISSN: 00219886.

Keyfitz N. (1980). Do Cities Grow by Natural Increase or by Migration? *Geographical Analysis* **12**, 142–156. doi: 10.1111/j.1538-4632.1980.tb00024.x, ISSN: 1538-4632.

Khattak A.J., and D. Rodriguez (2005). Travel behavior in neo-traditional neighborhood developments: A case study in USA. *Transportation Research Part A: Policy and Practice* **39**, 481–500. doi: 10.1016/j.tra.2005.02.009, ISSN: 0965-8564.

Kinney P.L., M.G. Gichuru, N. Volavka-Close, N. Ngo, P.K. Ndiba, A. Law, A. Gachanja, S.M. Gaita, S.N. Chillrud, and E. Sclar (2011). Traffic Impacts on PM2.5 Air Quality in Nairobi, Kenya. *Environmental Science & Policy* **14**, 369–378. doi: 10.1016/j.envsci.2011.02.005, ISSN: 1462-9011.

Kitamura R., T. Akiyama, T. Yamamoto, and T. Golob (2001). Accessibility in a Metropolis: Toward a Better Understanding of Land Use and Travel. *Transportation Research Record* **1780**, 64–75. doi: 10.3141/1780-08, ISSN: 0361-1981.

Kleiber M. (1961). *The Fire of Life: An Introduction to Animal Energetics*. Wiley, New York, NY, 454 pp.

Knudsen B., R. Florida, K. Stolarick, and G. Gates (2008). Density and Creativity in U.S. Regions. *Annals of the Association of American Geographers* **98**, 461–478. doi: 10.1080/00045600701851150, ISSN: 0004-5608, 1467–8306.

Kockelman K. (1997). Travel Behavior as Function of Accessibility, Land Use Mixing, and Land Use Balance: Evidence from San Francisco Bay Area. *Transportation Research Record: Journal of the Transportation Research Board* **1607**, 116–125. doi: 10.3141/1607-16.

Kodransky M., and G. Hermann (2011). *Europe's Parking U-Turn: From Accommodation to Regulation*. Institute for Transport and Development Policy, New York, USA, 84 pp. Available at: http://www.itdp.org/library/publications/european-parking-u-turn-from-accommodation-to-regulation.

Koehn P.H. (2008). Underneath Kyoto: emerging subnational government initiatives and incipient issue-bundling opportunities in China and the United States. *Global Environmental Politics* **8**, 53–77. doi: 10.1162/glep.2008.8.1.53.

Kondratieff N.D., and W.F. Stolper (1935). The Long Waves in Economic Life. *The Review of Economics and Statistics* **17**, 105–115. doi: 10.2307/1928486, ISSN: 0034-6535.

Koster H.R.A., and J. Rouwendal (2012). The Impact Of Mixed Land Use On Residential Property Values. *Journal of Regional Science* **52**, 733–761. Available at: http://ideas.repec.org/a/bla/jregsc/v52y2012i5p733--761.html.

Kostof S. (1992). *The City Assembled: The Elements of Urban Form Through History*. Little, Brown, Boston, 320 pp. ISBN: 0821219308 9780821219300.

Kostof S., and R. Tobias (1999). *The City Shaped: Urban Patterns and Meanings Through History*. Thames & Hudson, New York, 352 pp. ISBN: 0821220160 9780821220160.

Kousky C., and S.H. Schneider (2003). Global climate policy: will cities lead the way? *Climate Policy* **3**, 359–372. Available at: http://search.ebscohost.com/login.aspx?direct=true&db=egh&AN=17053210&site=ehost-live.

Krause R.M. (2011a). Symbolic or substantive policy? Measuring the extent of local commitment to climate protection. *Environment and Planning C: Government and Policy* **29**, 46–62. doi: 10.1068/c09185, ISSN: 0263774X.

Krause R.M. (2011b). Policy Innovation, Intergovernmental Relations, and the Adoption of Climate Protection Initiatives by U.S. Cities. *Journal of Urban Affairs* **33**, 45–60. doi: 10.1111/j.1467-9906.2010.00510.x, ISSN: 1467-9906.

Krause R.M. (2011c). An assessment of the greenhouse gas reducing activities being implemented in US cities. *Local Environment* **16**, 193–211. doi: 10.1080/13549839.2011.562491, ISSN: 1354-9839.

Krey V., B.C. O'Neill, B. van Ruijven, V. Chaturvedi, V. Daioglou, J. Eom, L. Jiang, Y. Nagai, S. Pachauri, and X. Ren (2012). Urban and rural energy and carbon dioxide emissions in Asia. *Energy Economics* **34**, S272–S283. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0--84870553992&partnerID=40&md5=000fc5bd314e96ec58bf9aceb09d78ec.

Krizek K.J. (2003). Residential Relocation and Changes in Urban Travel: Does Neighborhood-Scale Urban Form Matter? *Journal of the American Planning Association* **69**, 265–281. doi: 10.1080/01944360308978019, ISSN: 0194-4363, 1939–0130.

Kronenberg T. (2009). The impact of demographic change on energy use and greenhouse gas emissions in Germany. *Ecological Economics* **68**, 2637–2645. doi: 10.1016/j.ecolecon.2009.04.016, ISSN: 0921-8009.

Krugman P. (1996). Confronting the Mystery of Urban Hierarchy. *Journal of the Japanese and International Economies* **10**, 399–418. doi: 10.1006/jjie.1996.0023, ISSN: 0889-1583.

Kühn M. (2003). Greenbelt and Green Heart: separating and integrating landscapes in European city regions. *Landscape and Urban Planning* **64**, 19–27. Available at: http://www.sciencedirect.com/science/article/pii/S0169204602001986.

Kumar N. (2004). Changing geographic access to and locational efficiency of health services in two Indian districts between 1981 and 1996. *Social Science & Medicine* **58**, 2045–2067. doi: 10.1016/j.socscimed.2003.08.019, ISSN: 0277-9536.

Kunstler J.H. (1998). *Home from Nowhere: Remaking Our Everyday World For the 21st Century*. Simon and Schuster, New York, US, 326 pp. ISBN: 0684837374.

Kuzmyak J.R. (2009a). Estimating the travel benefits of blueprint land use concepts. Unpublished Manuscript, Southern California Association of Governments, Los Angeles, CA.

Kuzmyak R. (2009b). *Estimates of Point Elasticities*. Maricopa Association of Governments, Phoenix, AZ.

Kuzmyak J., C. Baber, and D. Savory (2006). Use of Walk Opportunities Index to Quantify Local Accessibility. *Transportation Research Record: Journal of the Transportation Research Board* **1977**, 145–153. doi: 10.3141/1977-19.

Ladd H. (1998). Effects of taxes on economic activity. In: *Local government tax and land use policies in the U.S.: Understanding the links*. Edward Elgar, Northampton, MA, pp. 82–101. ISBN: 1-85898-657-5.

Lam S.H., and T.D. Toan (2006). Land Transport Policy and Public Transport in Singapore. *Transportation* **33**, 171–188. doi: 10.1007/s11116-005-3049-z, ISSN: 0049-4488, 1572–9435.

Landis J., R. Cervero, and P. Hall (1991). Transit joint development in the USA: an inventory and policy assessment. *Environment and Planning C: Government and Policy* **9**, 431–452. doi: 10.1068/c090431.

de Lara M., A. de Palma, M. Kilani, and S. Piperno (2013). Congestion pricing and long term urban form: Application to Paris region. *Regional Science and Urban Economics* **43**, 282–295. doi: 10.1016/j.regsciurbeco.2012.07.007, ISSN: 01660462.

**Larsen H.N., and E. G. Hertwich (2009).** The case for consumption-based accounting of greenhouse gas emissions to promote local climate action. *Environmental Science & Policy* **12**, 791–798. doi: 10.1016/j.envsci.2009.07.010, ISSN: 1462-9011.

**Larsen H.N., and E.G. Hertwich (2010a).** Identifying important characteristics of municipal carbon footprints. *Ecological Economics* **70**, 60–66. doi: 10.1016/j.ecolecon.2010.05.001, ISSN: 0921-8009.

**Larsen H.N., and E.G. Hertwich (2010b).** Implementing Carbon-Footprint-Based Calculation Tools in Municipal Greenhouse Gas Inventories. *Journal of Industrial Ecology* **14**, 965–977. doi: 10.1111/j.1530-9290.2010.00295.x, ISSN: 1530-9290.

**Lee C., and A.V. Moudon (2006).** The 3Ds + R: Quantifying land use and urban form correlates of walking. *Transportation Research Part D: Transport and Environment* **11**, 204–215. doi: 10.1016/j.trd.2006.02.003, ISSN: 1361-9209.

**Lenzen M., M. Wier, C. Cohen, H. Hayami, S. Pachauri, and R. Schaeffer (2006).** A comparative multivariate analysis of household energy requirements in Australia, Brazil, Denmark, India and Japan. *Energy* **31**, 181–207. doi: 10.1016/j.energy.2005.01.009, ISSN: 0360-5442.

**LeRoy S.F., and J. Sonstelie (1983).** Paradise lost and regained: Transportation innovation, income, and residential location. *Journal of Urban Economics* **13**, 67–89. doi: 10.1016/0094-1190(83)90046-3, ISSN: 0094-1190.

**Levin S.A. (1992).** The Problem of Pattern and Scale in Ecology: The Robert H. MacArthur Award Lecture. *Ecology* **73**, 1943–1967. doi: 10.2307/1941447, ISSN: 0012-9658.

**Levine J. (1998).** Rethinking Accessibility and Jobs-Housing Balance. *Journal of the American Planning Association* **64**, 133–149. doi: 10.1080/01944369808975972, ISSN: 0194-4363, 1939–0130.

**Levine J. (2005).** *Zoned Out: Regulation, Markets, and Choices in Transportation and Metropolitan Land Use.* Resources for the Future, Washington D.C., 223 pp. ISBN: 9781933115153.

**Levine M.D., and N.T. Aden (2008).** Global Carbon Emissions in the Coming Decades: The Case of China. *Annual Review of Environment and Resources* **33**, 19–38. doi: 10.1146/annurev.environ.33.012507.172124.

**Levine J., and A. Inam (2004).** The Market for Transportation-Land Use Integration: Do Developers Want Smarter Growth than Regulations Allow? *Transportation* **31**, 409–427. doi: 10.1023/B:PORT.0000037086.33893.9f, ISSN: 0049-4488, 1572–9435.

**Li L., C. Chen, S. Xie, C. Huang, Z. Cheng, H. Wang, Y. Wang, H. Huang, J. Lu, and S. Dhakal (2010).** Energy demand and carbon emissions under different development scenarios for Shanghai, China. *Energy Policy* **38**, 4797–4807. doi: 10.1016/j.enpol.2009.08.048, ISSN: 0301-4215.

**Li W., and J. Huang (2010).** The Conception of Transit Metropolis in Guangzhou. Institute of Electrical and Electronics Engineers (IEEE), Singapore. 817–820 pp. Available at: http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=5535305.

**Lin J., Y. Liu, F. Meng, S. Cui, and L. Xu (2013).** Using hybrid method to evaluate carbon footprint of Xiamen City, China. *Energy Policy* **58**, 220–227. doi: 10.1016/j.enpol.2013.03.007, ISSN: 0301-4215.

**Lin J.-J., and A.-T. Yang (2009).** Structural Analysis of How Urban Form Impacts Travel Demand: Evidence from Taipei. *Urban Studies* **46**, 1951–1967. doi: 10.1177/0042098009106017, ISSN: 0042-0980, 1360–063X.

**Liu L.-C., Y. Fan, G. Wu, and Y.-M. Wei (2007).** Using LMDI method to analyze the change of China's industrial $CO_2$ emissions from final fuel use: An empirical analysis. *Energy Policy* **35**, 5892–5900. doi: 10.1016/j.enpol.2007.07.010, ISSN: 0301-4215.

**Liu Z., S. Liang, Y. Geng, B. Xue, F. Xi, Y. Pan, T. Zhang, and T. Fujita (2012).** Features, trajectories and driving forces for energy-related GHG emissions from Chinese mega cites: The case of Beijing, Tianjin, Shanghai and Chongqing. *Energy* **37**, 245–254. doi: 10.1016/j.energy.2011.11.040, ISSN: 03605442.

**Lotfi S., and M. Koohsari (2011).** Neighborhood Walkability in a City within a Developing Country. *Journal of Urban Planning and Development* **137**, 402–408. doi: 10.1061/(ASCE)UP.1943-5444.0000085, ISSN: 0733-9488.

**Lu W., C. Chen, M. Su, B. Chen, Y. Cai, and T. Xing (2013).** Urban energy consumption and related carbon emission estimation: a study at the sector scale. *Frontiers of Earth Science* **7**, 480–486. doi: 10.1007/s11707-013-0363-1, ISSN: 2095-0195, 2095–0209.

**Lund H., R.W. Willson, and R. Cervero (2006).** A Re-Evaluation of Travel Behavior in California Tods. *Journal of Architectural & Planning Research* **23**, 247–263. ISSN: 07380895.

**Lusht K.M. (1992).** *The Site Value Tax and Residential Development.* Lincoln Insitute for Land Policy, Washington, D.C., 22 pp.

**Lutsey N., and D. Sperling (2008).** America's bottom-up climate change mitigation policy. *Energy Policy* **36**, 673–685. doi: 10.1016/j.enpol.2007.10.018, ISSN: 0301-4215.

**Lwasa S. (2013).** Planning innovation for better urban communities in sub-Saharan Africa: The education challenge and potential responses. *Town and Regional Planning* **60**, 38–48. ISSN: 1012-280X.

**Lynch K. (1981).** *A Theory of Good City Form.* MIT Press, ISBN: 9780262120852.

**Ma K.-R., and D. Banister (2006).** Extended Excess Commuting: A Measure of the Jobs-Housing Imbalance in Seoul. *Urban Studies* **43**, 2099–2113. doi: 10.1080/00420980600945245, ISSN: 0042-0980, 1360–063X.

**MacKellar F.L., W. Lutz, C. Prinz, and A. Goujon (1995).** Population, Households, and $CO_2$ Emissions. *Population and Development Review* **21**, 849–865. doi: 10.2307/2137777, ISSN: 0098-7921.

**Macknick J. (2011).** Energy and $CO_2$ emission data uncertainties. *Carbon Management* **2**, 189–205. doi: 10.4155/cmt.11.10, ISSN: 1758-3004.

**Makido Y., S. Dhakal, and Y. Yamagata (2012).** Relationship between urban form and $CO_2$ emissions: Evidence from fifty Japanese cities. *Urban Climate* **2**, 55–67. doi: 10.1016/j.uclim.2012.10.006, ISSN: 22120955.

**Manaugh K., and T. Kreider (2013).** What is mixed use? Presenting an interaction method for measuring land use mix. *Journal of Transport and Land Use* **6**, 63–72. ISSN: 1938-7849.

**Mans J., E. Interrante, L. Lem, J. Mueller, and M. Lawrence (2012).** Next Generation of Travel Behavior. *Journal of the Transportation Research Board* **2323**, 90–98. doi: 10.3141/2323-11, ISSN: 0361-1981.

**Marcotullio P.J., J. Albrecht, and A. Sarzynski (2011).** The geography of greenhouse gas emissions from within urban areas of India: a preliminary assessment. *Journal of Resources, Energy and Development* **8**, 11–35. doi: 10.3233/RED-120079.

**Marcotullio P.J., A. Sarzynski, J. Albrecht, and N. Schulz (2012).** The geography of urban greenhouse gas emissions in Asia: A regional analysis. *Global Environmental Change* **22**, 944–958. doi: 10.1016/j.gloenvcha.2012.07.002, ISSN: 0959-3780.

Marcotullio P.J., A. Sarzynski, J. Albrecht, N. Schulz, and J. Garcia (2013). The geography of global urban greenhouse gas emissions: an exploratory analysis. *Climatic Change*, **121**, 621–634. doi: 10.1007/s10584-013-0977-z, ISSN: 0165-0009, 1573–1480.

Markandya A., B.G. Armstrong, S. Hales, A. Chiabai, P. Criqui, S. Mima, C. Tonne, and P. Wilkinson (2009). Public health benefits of strategies to reduce greenhouse-gas emissions: low-carbon electricity generation. *The Lancet* **374**, 2006–2015. doi: 10.1016/S0140-6736(09)61715-3, ISSN: 01406736.

Marshall J.D. (2008). Energy-efficient urban form. *Environmental Science & Technology* **42**, 3133–3137.

Martinez-Fernandez C., I. Audirac, S. Fol, and E. Cunningham-Sabot (2012). Shrinking Cities: Urban Challenges of Globalization. *International Journal of Urban and Regional Research* **36**, 213–225. doi: 10.1111/j.1468-2427.2011.01092.x, ISSN: 1468-2427.

Martinot E., A. Chaurey, D. Lew, J.R. Moreira, and N. Wamukonya (2002). Renewable Energy Markets in Developing Countries. *Annual Review of Energy and the Environment* **27**, 309–348. doi: 10.1146/annurev.energy.27.122001.083444.

Mavrogianni A., M. Davies, M. Batty, S.E. Belcher, S.I. Bohnenstengel, D. Carruthers, Z. Chalabi, B. Croxford, C. Demanuele, S. Evans, R. Giridharan, J.N. Hacker, I. Hamilton, C. Hogg, J. Hunt, M. Kolokotroni, C. Martin, J. Milner, I. Rajapaksha, I. Ridley, J.P. Steadman, J. Stocker, P. Wilkinson, and Z. Ye (2011). The comfort, energy and health implications of London's urban heat island. *Building Services Engineering Research and Technology* **32**, 35–52. doi: 10.1177/0143624410394530, ISSN: 0143-6244, 1477–0849.

Mayer C.J., and C.T. Somerville (2000). Land use regulation and new construction. *Regional Science and Urban Economics* **30**, 639–662. Available at: http://www.sciencedirect.com/science/article/pii/S0166046200000557.

McAndrews C., E. Deakin, and L. Schipper (2010). Climate Change and Urban Transportation in Latin America. *Transportation Research Record: Journal of the Transportation Research Board* **2191**, 128–135. doi: 10.3141/2191-16.

McCann B., and B. Rynne (Eds.) (2010). *Complete Streets: Best Policy Implementation Practices*. American Planning Association, Chicago, 141 pp. Available at: http://www.planning.org/pas/brochure/pdf/report.pdf.

McCarney P.L., H. Blanco, J. Carmin, and M. Colley (2011). Cities and Climate Change: The Challenges for Governance. In: *Climate Change and Cities: First Assessment Report of the Urban Climate Change Research Network*. C. Rosenzweig, W.D. Solecki, S.A. Hammer, S. Mehrotra, (eds.), Cambridge University Press, Cambridge, UK, pp. 249–269. ISBN: 978-110-700-420-7.

McCarney P.L., and R.E. Stren (2008). Metropolitan Governance: Governing in a city of cities. In: *State of the World's Cities 2008/2009 – Harmonious Cities.*. UN-HABITAT, Nairobi, Kenya, pp. 226–237. ISBN: 978-92-1-132010-7.

McCormack E., G. Scott Rutherford, and M. Wilkinson (2001). Travel Impacts of Mixed Land Use Neighborhoods in Seattle, Washington. *Transportation Research Record* **1780**, 25–32. doi: 10.3141/1780-04, ISSN: 0361-1981.

McDonald R.I. (2008). Global urbanization: can ecologists identify a sustainable way forward? *Frontiers in Ecology and the Environment* **6**, 99–104. doi: 10.1890/070038, ISSN: 1540-9295.

McDonnell S., J. Madar, and V. Been (2011). Minimum parking requirements and housing affordability in New York City. *Housing Policy Debate* **21**, 45–68. DOI:1 0.1080/10511482.2011.534386.

McKinsey Global Institute (2011). *Urban World: Mapping the Economic Power of Cities*. McKinsey Global Institute, 62 pp.

Mejia-Dugand S., O. Hjelm, L. Baas, and R.A. Ríos (2013). Lessons from the spread of Bus Rapid Transit in Latin America. *Journal of Cleaner Production* **50**, 82–90. doi: 10.1016/j.jclepro.2012.11.028, ISSN: 0959-6526.

Melosi M.V. (2000). *The Sanitary City: Urban Infrastructure in America from Colonial Times to the Present*. Johns Hopkins University Press, Baltimore, 578 pp. ISBN: 0801861527, 9780801861529.

Mickley L.J., D.J. Jacob, B.D. Field, and D. Rind (2004). Effects of future climate change on regional air pollution episodes in the United States. *Geophysical Research Letters* **31**, 1–4. doi: 10.1029/2004GL021216, ISSN: 1944-8007.

Mieszkowski P., and E.S. Mills (1993). The causes of metropolitan suburbanization. *The Journal of Economic Perspectives* **7**, 135–147. Available at: http://www.jstor.org/stable/10.2307/2138447.

Millard-Ball A. (2012a). Do city climate plans reduce emissions? *Journal of Urban Economics* **71**, 289–311. doi: 10.1016/j.jue.2011.12.004, ISSN: 00941190.

Millard-Ball A. (2012b). The Limits to Planning: Causal Impacts of City Climate Action Plans. *Journal of Planning Education and Research* **33**, 5–19. doi: 10.1177/0739456X12449742, ISSN: 0739-456X, 1552–6577.

Miller D. (1998). *Material Cultures: Why Some Things Matter*. University of Chicago Press, Chicago, US, 243 pp. Available at: http://www.press.uchicago.edu/ucp/books/book/chicago/M/bo3631823.html.

Milner J., M. Davies, and P. Wilkinson (2012). Urban energy, carbon management (low carbon cities) and co-benefits for human health. *Current Opinion in Environmental Sustainability* **4**, 398–404. doi: 10.1016/j.cosust.2012.09.011, ISSN: 18773435.

Minx J.C., G. Baiocchi, G.P. Peters, C.L. Weber, D. Guan, and K. Hubacek (2011). A "Carbonizing Dragon": China's Fast Growing $CO_2$ Emissions Revisited. *Environmental Science and Technology* **45**, 9144–9153. doi: 10.1021/es201497m, ISSN: 0013-936X.

Minx J., G. Baiocchi, T. Wiedmann, J. Barrett, F. Creutzig, K. Feng, M. Förster, P.-P. Pichler, H. Weisz, and K. Hubacek (2013). Carbon footprints of cities and other human settlements in the UK. *Environmental Research Letters* **8**, 035039. doi: 10.1088/1748-9326/8/3/035039, ISSN: 1748-9326.

Mogridge M.J.H. (1985). Transport, Land Use and Energy Interaction. *Urban Studies* **22**, 481–492.

Molina M.J., and L.T. Molina (2004). Megacities and Atmospheric Pollution. *Journal of the Air & Waste Management Association* **54**, 644–680. doi: 10.1080/10473289.2004.10470936, ISSN: 1096-2247.

Molloy R., and H. Shan (2013). The Effect of Gasoline Prices on Household Location. *Review of Economics and Statistics* **95**, 1212–1221. doi: 10.1162/REST_a_00331, ISSN: 0034-6535.

Montgomery M.R. (2008). The Urban Transformation of the Developing World. *Science* **319**, 761–764. doi: 10.1126/science.1153012.

Moore T., P. Thorsnes, B. Appleyard, and American Planning Association (2007). *The Transportation/land Use Connection*. American Planning Association, Planning Advisory Service, Chicago, 409 pp. ISBN: 9781932364422 1932364420.

Morello-Frosch R., M. Zuk, M. Jerrett, B. Shamasunder, and A.D. Kyle (2011). Understanding the cumulative impacts of inequalities in environmental health: implications for policy. *Health Affairs (Project Hope)* **30**, 879–887. doi: 10.1377/hlthaff.2011.0153, ISSN: 1544-5208.

Morris A.E.J. (1994). *A History of Urban Form: Before the Industrial Revolution*. Longman Scientific & Technical, Harlow, Essex, UK, 444 pp. ISBN: 9780582301542.

Moss T. (2003). Utilities, land-use change, and urban development: brownfield sites as "cold-spots" of infrastructure networks in Berlin. *Environment and Planning A* **35**, 511 – 529. doi: 10.1068/a3548.

Mraihi R., K. ben Abdallah, and M. Abid (2013). Road transport-related energy consumption: Analysis of driving factors in Tunisia. *Energy Policy* **62**, 247–253. doi: 10.1016/j.enpol.2013.07.007, ISSN: 03014215.

Muller P.O. (2004). Transportation and Urban Form—Stages in the Spatial Evolution of the American Metropolis. In: *The Geography of Urban Transportation*. S. Hanson, G. Guiliano, (eds.), Guilford Publications, New York, pp. 444. Available at: http://trid.trb.org/view.aspx?id=756060.

Müller D.B., G. Liu, A.N. Løvik, R. Modaresi, S. Pauliuk, F.S. Steinhoff, and H. Brattebø (2013). Carbon Emissions of Infrastructure Development. *Environmental Science & Technology* **47**, 11739-11746. doi: 10.1021/es402618m, ISSN: 0013-936X.

Mwampamba T.H. (2007). Has the woodfuel crisis returned? Urban charcoal consumption in Tanzania and its implications to present and future forest availability. *Energy Policy* **35**, 4221–4234. doi: 10.1016/j.enpol.2007.02.010, ISSN: 0301-4215.

Myors P., R. O'Leary, and R. Helstrom (2005). Multi-Unit Residential Buildings Energy and Peak Demand Study. *Energy News* **23**, 113–116. Available at: http://www.aie.org.au/Content/NavigationMenu/Publications/Energy_News_Archive.htm.

Næss P. (2005). Residential location affects travel behavior—but how and why? The case of Copenhagen metropolitan area. *Progress in Planning* **63**, 167–257. doi: 10.1016/j.progress.2004.07.004, ISSN: 03059006.

Næss P. (2006). Accessibility, Activity Participation and Location of Activities: Exploring the Links between Residential Location and Travel Behaviour. *Urban Studies* **43**, 627–652. doi: 10.1080/00420980500534677, ISSN: 0042-0980, 1360–063X.

Nasar J.L. (2003). Does Neotraditional Development Build Community? *Journal of Planning Education and Research* **23**, 58–68. doi: 10.1177/0739456X03256224, ISSN: 0739456X, 00000000.

National Research Council (2003). *Cities Transformed: Demographic Change and Its Implications in the Developing World* (M.R. Montgomery, R. Stren, B. Cohen, and H.E. Reed, Eds.). National Academies Press, Washington, D.C., 529 pp. ISBN: 9780309088626.

National Research Council (2009a). *Driving and the Built Environment: The Effects of Compact Development on Motorized Travel, Energy Use and $CO_2$ Emissions*. The National Academies Press, Washington, D.C., 257 pp. Available at: http://www.nap.edu/catalog.php?record_id=12747.

National Research Council (2009b). Impacts of Land Use Patterns on Vehicle Miles Traveled. In: *Driving and the Built Environment: The Effects of Compact Development on Motorized Travel, Energy Use and $CO_2$ Emissions*. The National Academies Press, Washington, D.C., pp. 50–105. ISBN: 9780309142557.

Ndrepepa A., and D. Twardella (2011). Relationship between noise annoyance from road traffic noise and cardiovascular diseases: A meta-analysis. *Noise and Health* **13**, 251–259. doi: 10.4103/1463-1741.80163, ISSN: 1463-1741.

Needham B. (2000). Land taxation, development charges, and the effects on land-use. *Journal of Property Research* **17**, 241–257. Routledge, doi: 10.1080/09599910050120000, ISSN: 0959-9916.

Nelson A.C. (1992). Preserving Prime Farmland in the Face of Urbanization: Lessons from Oregon. *Journal of the American Planning Association* **58**, 467–488. doi: 10.1080/01944369208975830, ISSN: 0194-4363.

Nelson A.C., R.J. Burby, E. Feser, C.J. Dawkins, E.E. Malizia, and R. Quercia (2004). Urban containment and central-city revitalization. *Journal of the American Planning Association* **70**, 411–425. Available at: http://www.tandfonline.com/doi/abs/10.1080/01944360408976391.

Nelson A.C., and J.B. Duncan (1995). *Growth Management Principles and Practices*. APA Planners Press, Chicago, 172 pp. ISBN: 9780918286925.

Nelson A.C., and T. Moore (1993). Assessing urban growth management: The case of Portland, Oregon, the USA's largest urban growth boundary. *Land Use Policy* **10**, 293–302. Available at: http://www.sciencedirect.com/science/article/pii/026483779390039D.

Nelson E., H. Sander, P. Hawthorne, M. Conte, D. Ennaanay, S. Wolny, S. Manson, and S. Polasky (2010). Projecting global land-use change and its effect on ecosystem service provision and biodiversity with simple models. *PLOS ONE* **5**, doi: 10.1371/journal.pone.0014327.

Nemet G.F., T. Holloway, and P. Meier (2010). Implications of incorporating air-quality co-benefits into climate change policymaking. *Environmental Research Letters* **5**, 014007. doi: 10.1088/1748-9326/5/1/014007, ISSN: 1748-9326.

Newman P., and J. Kenworthy (1999). *Sustainability and Cities: Overcoming Automobile Dependence*. Island Press, Washington, D.C., 468 pp. ISBN: 9781559636605.

Noland R.B. (2001). Relationships between highway capacity and induced vehicle travel. *Transportation Research Part A: Policy and Practice* **35**, 47–72. Available at: http://www.sciencedirect.com/science/article/pii/S0965856499000476.

Noland R.B., and L.L. Lem (2002). A review of the evidence for induced travel and changes in transportation and environmental policy in the US and the UK. *Transportation Research Part D: Transport and Environment* **7**, 1–26. Available at: http://www.sciencedirect.com/science/article/pii/S1361920901000098.

Norris D.F. (2001). Whither Metropolitan Governance? *Urban Affairs Review* **36**, 532–550. doi: 10.1177/10780870122184984, ISSN: 1078-0874, 1552–8332.

Nowak D.J., and D.E. Crane (2002). Carbon storage and sequestration by urban trees in the USA. *Environmental Pollution* **116**, 381–389. doi: 10.1016/S0269-7491(01)00214-7, ISSN: 0269-7491.

Nuissl H., and C. Schroeter-Schlaack (2009). On the economic approach to the containment of land consumption. *Environmental Science & Policy* **12**, 270–280. doi: 10.1016/j.envsci.2009.01.008, ISSN: 14629011.

O'Neill B.C., M. Dalton, R. Fuchs, L. Jiang, S. Pachauri, and K. Zigova (2010). Global demographic trends and future carbon emissions. *Proceedings of the National Academy of Sciences* **107**, 17521–17526. doi: 10.1073/pnas.1004581107, ISSN: 0027-8424, 1091–6490.

O'Neill M.S., and K.L. Ebi (2009). Temperature extremes and health: impacts of climate variability and change in the United States. *Journal of Occupational and Environmental Medicine* **51**, 13–25. doi: 10.1097/JOM.0b013e318173e122.

O'Neill B.C., X. Ren, L. Jiang, and M. Dalton (2012). The effect of urbanization on energy use in India and China in the iPETS model. *Energy Economics* **34**, S339–S345. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84870500779&partnerID=40&md5=2246a009568f1dca91083df6a71fdfd9.

Oates W.E., and R.M. Schwab (1997). The impact of urban land taxation: the Pittsburgh experience. *National Tax Journal* **50**, 1–21.

Oatley N. (1995). Urban Regeneration. *Planning Practice and Research* **10**, 261–270. doi: 10.1080/02697459509696277, ISSN: 0269-7459, 1360–0583.

OECD (2006a). *OECD Territorial Reviews: Competitive Cities in the Global Economy*. Organisation for Economic Co-Operation and Development, Paris, France, 446 pp. Available at: http://www.oecd.org/regional-policy/oecdterritorialreviewscompetitivecitiesintheglobaleconomy.htm.

OECD (2006b). *Infrastructure to 2030: Telecom, Land Transport, Water and Electricity (Volume 1)*. Organisation for Economic Co-Operation and Development (OECD), France, 355 pp. ISBN: 9264023984.

OECD (2007). *Infrastructure to 2030: Mapping Policy for Electricity, Water and Transport (Volume 2)*. Organisation for Economic Co-operation and Development (OECD), France, 505 pp.

OECD (2010a). *Eco-Innovation in Industry: Enabling Green Growth*. Organisation for Economic Co-operation and Development, Paris, 276 pp. Available at: http://www.oecd.org/sti/ind/eco-innovationinindustryenablinggreengrowth.htm.

OECD (2010b). *Cities and Climate Change*. Organisation for Economic Co-operation and Development Publishing, Paris, France, 276 pp. ISBN: 9789264091375.

OECD (2010c). *OECD Territorial Reviews: Guangdong, China 2010*. Organisation for Economic Co-operation and Development Publishing, 311 pp. ISBN: 9789264090088.

OECD (2010d). Financial Instruments and Funding New Expenditure Needs. In: *Cities and Climate Change*. Organisation for Economic Co-operation and Development, pp. 227–249. Available at: http://www.oecd-ilibrary.org/content/chapter/9789264091375–14-en.

Orfield M. (2002). *American Metropolitics: The New Suburban Reality*. Brookings Institution Press, Washington, D.C., 333 pp. ISBN: 0815705441.

Owen N., E. Cerin, E. Leslie, L. duToit, N. Coffee, L.D. Frank, A.E. Bauman, G. Hugo, B.E. Saelens, and J.F. Sallis (2007). Neighborhood Walkability and the Walking Behavior of Australian Adults. *American Journal of Preventive Medicine* 33, 387–395. doi: 10.1016/j.amepre.2007.07.025, ISSN: 0749-3797.

Pachauri S., A. Brew-Hammond, D.F. Barnes, D.H. Bouille, S. Gitonga, V. Modi, G. Prasad, A. Rath, and H. Zerriffi (2012). Chapter 19—Energy Access for Development. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 1401–1458. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Pachauri S., and L. Jiang (2008). The household energy transition in India and China. *Energy Policy* 36, 4022–4035. doi: 10.1016/j.enpol.2008.06.016, ISSN: 0301-4215.

Paloheimo E., and O. Salmi (2013). Evaluating the carbon emissions of the low carbon city: A novel approach for consumer based allocation. *Cities* 30, 233–239. doi: 10.1016/j.cities.2012.04.003, ISSN: 0264-2751.

Parikh J., and V. Shukla (1995). Urbanization, energy use and greenhouse effects in economic development: Results from a cross-national study of developing countries. *Global Environmental Change* 5, 87–103. doi: 10.1016/0959-3780(95)00015-G, ISSN: 0959-3780.

Parolek D.G., K. Parolek, and P.C. Crawford (2008). *Form-Based Codes. A Guide for Planners, Urban Designers, Municipalities, and Developers*. John Wiley & Sons, Hoboken, NJ, 332 pp.

Parshall L., K. Gurney, S.A. Hammer, D. Mendoza, Y. Zhou, and S. Geethakumar (2010). Modeling energy consumption and $CO_2$ emissions at the urban scale: Methodological challenges and insights from the United States. *Energy Policy* 38, 4765–4782. doi: 10.1016/j.enpol.2009.07.006, ISSN: 0301-4215.

Pataki D.E., P.C. Emmi, C.B. Forster, J.I. Mills, E.R. Pardyjak, T.R. Peterson, J.D. Thompson, and E. Dudley-Murphy (2009). An integrated approach to improving fossil fuel emissions scenarios with urban ecosystem studies. *Ecological Complexity* 6, 1–14. doi: 10.1016/j.ecocom.2008.09.003, ISSN: 1476-945X.

Pendall R. (1999). Do land-use controls cause sprawl? *Environment & Planning B: Planning & Design* 26, 555–571. Available at: http://www.envplan.com/abstract.cgi?id=b260555.

Pendall R., J. Martin, and W. Fulton (2002). Holding the Line: Urban Containment in the United States. Brookings Institution Center on Urban and Metropolitan Policy. Available at: http://www.brookings.edu/~/media/research/files/reports/2002/8/metropolitanpolicy%20pendall/pendallfultoncontainment.

Pendall R., B. Theodos, and K. Franks (2012). *The Built Environment and Household Vulnerability in a Regional Context*. Urban Institute, Washington, D.C., 10 pp. Available at: http://www.urban.org/UploadedPDF/412609-The-Built-Environment-and-Household-Vulnerability-in-a-Regional-Context.pdf?RSSFeed=UI_CitiesandNeighborhoods.xml.

Perkins A., S. Hamnett, S. Pullen, R. Zito, and D. Trebilcock (2009). Transport, Housing and Urban Form: The Life Cycle Energy Consumption and Emissions of City Centre Apartments Compared with Suburban Dwellings. *Urban Policy and Research* 27, 377–396. doi: 10.1080/08111140903308859, ISSN: 0811-1146.

Permana A.S., R. Perera, and S. Kumar (2008). Understanding energy consumption pattern of households in different urban development forms: A comparative study in Bandung City, Indonesia. *Energy Policy* 36, 4287–4297.

Peters G.P., C.L. Weber, D. Guan, and K. Hubacek (2007). China's Growing $CO_2$ Emissions—A Race between Increasing Consumption and Efficiency Gains. *Environmental Science & Technology* 41, 5939–5944. doi: 10.1021/es070108f, ISSN: 0013-936X.

Peterson G.E. (2009). *Unlocking Land Values to Finance Urban Infrastructure*. World Bank, Washington, D.C., 128 pp. ISBN: 9780821377093.

Petsch S., S. Guhathakurta, L. Heischbourg, K. Müller, and H. Hagen (2011). Modeling, Monitoring, and Visualizing Carbon Footprints at the Urban Neighborhood Scale. *Journal of Urban Technology* 18, 81–96. doi: 10.1080/10630732.2011.648436, ISSN: 1063-0732.

Peyroux E. (2012). Legitimating Business Improvement Districts in Johannesburg: a discursive perspective on urban regeneration and policy transfer. *European Urban and Regional Studies* 19, 181–194. doi: 10.1177/0969776411420034, ISSN: 0969-7764, 1461–7145.

Picken D.H., and B.D. Ilozor (2003). Height and construction costs of buildings in Hong Kong. *Construction Management and Economics* 21, 107–111.

Pickrell D., and P. Schimek (1999). Growth in motor vehicle ownership and use: evidence from the nationwide personal transportation survey. *Journal of Transportation and Statistics* 2, 1–18. ISSN: 1094-8848.

Pirie G. (2011). *Sustainable Urban Mobility in "Anglophone" Sub-Saharan Africa*. UN-Habitat, Nairobi, 53 pp. Available at: http://www.unhabitat.org/downloads/docs/GRHS.2013.Regional.Anglophone.Africa.pdf.

Pitt D. (2010). The impact of internal and external characteristics on the adoption of climate mitigation policies by US municipalities. *Environment and Planning C-Government and Policy* 28, 851–871. doi: 10.1068/c09175, ISSN: 0263-774X.

Plassmann F., and T.N. Tideman (2000). A Markov Chain Monte Carlo Analysis of the Effect of Two-Rate Property Taxes on Construction. *Journal of Urban Economics* 47, 216–247. doi: 10.1006/juec.1999.2140, ISSN: 00941190.

Pogodzinski J.M., and T.R. Sass (1994). The Theory and Estimation of Endogenous Zoning. *Regional Science and Urban Economics* 24, 601–630. Available at: http://www.elsevier.com/wps/find/journaldescription.cws_home/505570/description#description http://search.ebscohost.com/login.aspx?direct=true&db=ecn&AN=0346226&site=ehost-live.

Porter D.R. (1997). *Managing Growth in America's Communities*. Island Press, Washington, D.C., 311 pp. ISBN: 9781559634427.

Potter S. (1984). *Transport and New Towns: The Transport Assumptions Underlying the Design of Britain's New Towns, 1946–1976*. Open University, New Town Study Unit, 9 pp.

Puga D. (2010). The magnitude and causes of agglomeration economies. *Journal of Regional Science* 50, 203–219. doi: 10.1111/j.1467-9787.2009.00657.x, ISSN: 00224146, 14679787.

Puppim de Oliveira J.A. (2009). The implementation of climate change related policies at the subnational level: An analysis of three countries. *Habitat International* 33, 253–259. doi: 10.1016/j.habitatint.2008.10.006, ISSN: 0197-3975.

Puppim de Oliveira J.A., C.N.H. Doll, T.A. Kurniawan, Y. Geng, M. Kapshe, and D. Huisingh (2013). Promoting win–win situations in climate change mitigation, local environmental quality and development in Asian cities through co-benefits. *Journal of Cleaner Production* 58, 1–6. doi: 10.1016/j.jclepro.2013.08.011, ISSN: 0959-6526.

Pushkar A.O., B.J. Hollingworth, and E.J. Miller (2000). A multivariate regression model for estimating greenhouse gas emissions from alternative neighborhood designs. In: *79th annual meeting of the Transportation Research Board, Washington, DC*. Available at: http://www.civ.utoronto.ca/sect/traeng/ilute/downloads/conference_papers/pushkar-etal_trb-00.pdf.

PwC and Partnership for New York City (2012). *Cities of Opportunity 2012*. PriceWaterhouseCoopers LLP, Delaware, USA, 96 pp. Available at: http://www.pwc.es/es_ES/es/publicaciones/sector-publico/assets/cities-of-opportunity-2012.pdf.

Quigley J.M., and S. Raphael (2005). Regulation and the High Cost of Housing in California. *The American Economic Review* 95, 323–328. ISSN: 0002-8282.

Raciti S.M., L.R. Hutyra, P. Rao, and A.C. Finzi (2012). Inconsistent definitions of "urban" result in different conclusions about the size of urban carbon and nitrogen stocks. *Ecological Applications* 22, 1015–1035. doi: 10.1890/11-1250.1, ISSN: 1051-0761.

Ramaswami A. (2013). Understanding Infrastructure Impacts on Urban Greenhouse Gas Emissions and Key Mitigation Strategies. In: *Infrastructure and Land Polices*. Lincoln Institute of Land Policy, Cambridge, MA, pp. 296–317. ISBN: 9781558442511.

Ramaswami A., M. Bernard, A. Chavez, T. Hillman, M. Whitaker, G. Thomas, and M. Marshall (2012a). Quantifying Carbon Mitigation Wedges in U.S. Cities: Near-Term Strategy Analysis and Critical Review. *Environmental Science & Technology* 46, 3629–3642. doi: 10.1021/es203503a, ISSN: 0013-936X.

Ramaswami A., A. Chavez, and M. Chertow (2012b). Carbon Footprinting of Cities and Implications for Analysis of Urban Material and Energy Flows. *Journal of Industrial Ecology* 16, 783–785. doi: 10.1111/j.1530-9290.2012.00569.x, ISSN: 1530-9290.

Ramaswami A., A. Chavez, J. Ewing-Thiel, and K.E. Reeve (2011). Two approaches to greenhouse gas emissions foot-printing at the city scale. *Environmental Science & Technology* 45, 4205–4206. doi: 10.1021/es201166n, ISSN: 1520-5851.

Ramaswami A., T. Hillman, B. Janson, M. Reiner, and G. Thomas (2008). A Demand-Centered, Hybrid Life-Cycle Methodology for City-Scale Greenhouse Gas Inventories. *Environmental Science & Technology* 42, 6455–6461. doi: 10.1021/es702992q, ISSN: 0013-936X.

Rao S., S. Pachauri, F. Dentener, P. Kinney, Z. Klimont, K. Riahi, and W. Schoepp (2013). Better air for better health: Forging synergies in policies for energy access, climate change and air pollution. *Global Environmental Change* 23, 1122–1130. doi: 10.1016/j.gloenvcha.2013.05.003, ISSN: 0959-3780.

Rashed T., J.R. Weeks, D. Roberts, J. Rogan, and R. Powell (2003). Measuring the physical composition of urban morphology using multiple endmember spectral mixture models. *Photogrammetric Engineering and Remote Sensing* 69, 1011–1020. ISSN: 0099-1112.

Ratti C., N. Baker, and K. Steemers (2005). Energy consumption and urban texture. *Energy and Buildings* 37, 762–776.

Raupach M.R., P.J. Rayner, and M. Paget (2010). Regional variations in spatial structure of nightlights, population density and fossil fuel $CO_2$ emissions. *Energy Policy* 38, 4756–4764. doi: 10.1016/j.enpol.2009.08.021, ISSN: 0301-4215.

Reilly M.K., M.P. O'Mara, and K.C. Seto (2009). From Bangalore to the Bay Area: Comparing transportation and activity accessibility as drivers of urban growth. *Landscape and Urban Planning* 92, 24–33. doi: 10.1016/j.landurbplan.2009.02.001, ISSN: 01692046.

Renforth P., D.A.C. Manning, and E. Lopez-Capel (2009). Carbonate precipitation in artificial soils as a sink for atmospheric carbon dioxide. *Applied Geochemistry* 24, 1757–1764. doi: 10.1016/j.apgeochem.2009.05.005, ISSN: 0883-2927.

Richardson G.R.A., and J. Otero (2012). *Land Use Planning Tools for Local Adaptation to Climate Change*. Government of Canada, Ottawa, 23 pp. Available at: http://publications.gc.ca/collections/collection_2013/rncan-nrcan/M4–106–2012-eng.pdf.

Rickwood P., G. Glazebrook, and G. Searle (2008). Urban Structure and Energy—A Review. *Urban Policy and Research* 26, 57–81. doi: 10.1080/08111140701629886.

Roakes S.L. (1996). Reconsidering land value taxation. *Land Use Policy* 13, 261–272. doi: 10.1016/0264-8377(96)84556-X, ISSN: 02648377.

Rodier C.J. (2009). *A Review of the International Modeling Literature: Transit, Land Use, and Auto Pricing Strategies to Reduce Vehicle Miles Traveled and Greenhouse Gas Emissions*. Institute of Transportation Studies, University of California, Davis, Davis, California, 32 pp. Available at: http://www.its.ucdavis.edu/wp-content/themes/ucdavis/pubs/download_pdf.php?id=1350.

Rodrik D., A. Subramanian, and F. Trebbi (2004). Institutions Rule: The Primacy of Institutions Over Geography and Integration in Economic Development. *Journal of Economic Growth* 9, 131–165. doi: 10.1023/B:JOEG.0000031425.72248.85, ISSN: 1381-4338, 1573–7020.

Rogers R.G. (1999). *Towards an Urban Renaissance*. Spon Press, London, 328 pp. ISBN: 185112165X.

Rolon A. (2008). Evaluation of Value Capture Mechanisms from Linkage Capture to Special Assessment Districts. *Transportation Research Record: Journal of the Transportation Research Board* 2079, 127–135. doi: 10.3141/2079-16.

Romanos M.C. (1978). Energy-price effects on metropolitan spatial structure and form. *Environment & Planning A* 10, 93–104. Available at: http://envplan.com/abstract.cgi?id=a100093.

**Romero Lankao P. (2007).** How do Local Governments in Mexico City Manage Global Warming? *Local Environment* **12**, 519–535. doi: 10.1080/13549830701656887, ISSN: 1354-9839.

**Rosenfeld A.H., H. Akbari, J.J. Romm, and M. Pomerantz (1998).** Cool communities: strategies for heat island mitigation and smog reduction. *Energy and Buildings* **28**, 51–62. doi: 10.1016/S0378-7788(97)00063-7, ISSN: 0378-7788.

**Rosenthal S.S., and W.C. Strange (2004).** Evidence on the nature and sources of agglomeration economies. In: *Handbook of Regional and Urban Economics* **4**, 2119–2171 J.V. Henderson, J.-F. Thisse, (eds.), Elsevier, Amsterdam ; New York: North-Holland ; New York, N.Y., U.S.A. ISBN: 9780444509673.

**Rosenzweig C., W.D. Solecki, S.A. Hammer, and S. Mehrotra (2011).** *Climate Change and Cities: First Assessment Report of the Urban Climate Change Research Network.* Cambridge University Press, Cambridge, UK, 312 pp.

**Ru G., C. Xiaojing, Y. Xinyu, L. Yankuan, J. Dahe, and L. Fengting (2010).** The strategy of energy-related carbon emission reduction in Shanghai. *Energy Policy* **38**, 633–638. doi: 10.1016/j.enpol.2009.06.074, ISSN: 0301-4215.

**Rubin J.I., and J.J. Seneca (1991).** Density bonuses, exactions, and the supply of affordable housing. *Journal of Urban Economics* **30**, 208–223. ISSN: 00941190.

**Rusk D. (1995).** *Cities without Suburbs.* Woodrow Wilson Center Press, Princeton, NJ, 180 pp. ISBN: 9780943875743.

**Rutland T., and A. Aylett (2008).** The work of policy: Actor networks, governmentality, and local action on climate change in Portland, Oregon. *Environment and Planning D: Society and Space* **26**, 627–646. doi: 10.1068/d6907, ISSN: 02637758.

**Rydin Y., A. Bleahu, M. Davies, J.D. Dávila, S. Friel, G. De Grandis, N. Groce, P.C. Hallal, I. Hamilton, P. Howden-Chapman, K.-M. Lai, C. Lim, J. Martins, D. Osrin, I. Ridley, I. Scott, M. Taylor, P. Wilkinson, and J. Wilson (2012).** Shaping cities for health: complexity and the planning of urban environments in the 21st century. *The Lancet* **379**, 2079–2108. doi: 10.1016/S0140-6736(12)60435-8, ISSN: 01406736.

**Saelens B.E., J.F. Sallis, and L.D. Frank (2003).** Environmental correlates of walking and cycling: Findings from the transportation, urban design, and planning literatures. *Annals of Behavioral Medicine* **25**, 80–91. doi: 10.1207/S15324796ABM2502_03, ISSN: 0883-6612, 1532–4796.

**Sælensminde K. (2004).** Cost–benefit analyses of walking and cycling track networks taking into account insecurity, health effects and external costs of motorized traffic. *Transportation Research Part A: Policy and Practice* **38**, 593–606. doi: 10.1016/j.tra.2004.04.003, ISSN: 0965-8564.

**Sagalyn L.B. (2007).** Public/Private Development : Lessons from History, Research, and Practice. *Journal of the American Planning Association* **73**, 7–22. doi: 10.1080/01944360708976133, ISSN: 0194-4363.

**Sahakian M.D., and J.K. Steinberger (2011).** Energy Reduction Through a Deeper Understanding of Household Consumption. *Journal of Industrial Ecology* **15**, 31–48. doi: 10.1111/j.1530-9290.2010.00305.x, ISSN: 1530-9290.

**Salat S. (2009).** Energy loads, $CO_2$ emissions and building stocks: morphologies, typologies, energy systems and behaviour. *Building Research & Information* **37**, 598–609. doi: 10.1080/09613210903162126, ISSN: 0961-3218, 1466–4321.

**Salat S. (2011).** *Cities and Forms:* On Sustainable Urbanism. Hermann, 544 pp. ISBN: 2705681116.

**Sallis J.F., B.E. Saelens, L.D. Frank, T.L. Conway, D.J. Slymen, K.L. Cain, J.E. Chapman, and J. Kerr (2009).** Neighborhood built environment and income: Examining multiple health outcomes. *Social Science & Medicine* **68**, 1285–1293. doi: 10.1016/j.socscimed.2009.01.017, ISSN: 0277-9536.

**Salomon I., and P.L. Mokhtarian (1998).** What happens when mobility-inclined market segments face accessibility-enhancing policies? *Transportation Research Part D: Transport and Environment* **3**, 129–140. doi: 10.1016/S1361-9209(97)00038-2, ISSN: 1361-9209.

**Salon D., M.G. Boarnet, S. Handy, S. Spears, and G. Tal (2012).** How do local actions affect VMT? A critical review of the empirical evidence. *Transportation Research Part D: Transport and Environment* **17**, 495–508. doi: 10.1016/j.trd.2012.05.006, ISSN: 1361-9209.

**Salon D., D. Sperling, A. Meier, S. Murphy, R. Gorham, and J. Barrett (2010).** City carbon budgets: A proposal to align incentives for climate-friendly communities. *Energy Policy* **38**, 2032–2041.

**Sammer G. (2013).** Transport Systems. In: *Energizing Sustainable Cities: Assessing Urban Energy.* A. Grubler, D. Fisk, (eds.), Routledge, Abingdon, Oxon, UK, pp. 135–154. ISBN: 9781849714396.

**Sandroni P. (2010).** A New Financial Instrument of Value Capture in São Paulo. In: *Municipal Revenues and Land Policies.* G.K. Ingram, Y.-H. Hong, (eds.), Lincoln Institute of Land Policy., Cambridge, MA, pp. 218–236.

**Santero N.J., and A. Horvath (2009).** Global warming potential of pavements. *Environmental Research Letters* **4**, 034011. doi: 10.1088/1748-9326/4/3/034011, ISSN: 1748-9326.

**Santos E. (2011).** *Curitiba, Brazil: Pioneering in Developing Bus Rapid Transit and Urban Planning Solutions.* Lap Lambert Academic Publishing, Saarbrücken, Deutschland, 221 pp. ISBN: 3844332995 9783844332995.

**Satterthwaite D. (2007).** *The Transition to a Predominantly Urban World and Its Underpinnings.* IIED, London, 99 pp. Available at: http://pubs.iied.org/10550IIED.html?k=Urban-change&s=HSWP&b=d.

**Satterthwaite D. (2009).** The implications of population growth and urbanization for climate change. *Environment and Urbanization* **21**, 545–567. doi: 10.1177/0956247809344361, ISSN: 0956-2478.

**Schäfer A. (2005).** Structural change in energy use. *Energy Policy* **33**, 429–437. doi: 10.1016/j.enpol.2003.09.002, ISSN: 0301-4215.

**Schimek P. (1996).** Household Motor Vehicle Ownership and Use: How Much Does Residential Density Matter? *Transportation Research Record: Journal of the Transportation Research Board* **1552**, 120–125. doi: 10.3141/1552-17.

**Schneider A. (2003).** *The Paris-Lexington Road: Community-Based Planning And Context Sensitive Highway Design.* Island Press, Washington, D.C., 106 pp. ISBN: 9781597263009.

**Schneider A., M.A. Friedl, and D. Potere (2009).** A new map of global urban extent from MODIS satellite data. *Environmental Research Letters* **4**, 044003. doi: 10.1088/1748-9326/4/4/044003, ISSN: 1748-9326.

**Schulz N.B. (2010).** Delving into the carbon footprints of Singapore—comparing direct and indirect greenhouse gas emissions of a small and open economic system. *Energy Policy* **38**, 4848–4855. doi: 10.1016/j.enpol.2009.08.066, ISSN: 0301-4215.

**Scott K.I., J.R. Simpson, and E.G. McPherson (1999).** Effects of tree cover on parking lot microclimate and vehicle emissions. *Journal of Arboriculture* **25**, 129–142. Available at: http://www.fs.fed.us/psw/programs/uesd/uep/products/11/psw_cufr68_EffectsTreeCoverOnEmissions.pdf.

**Seltzer E., and A. Carbonell (2011).** *Regional Planning in America: Practice and Prospect.* Lincoln Institute of Land Policy, Cambridge, MA, 288 pp. ISBN: 9781558442153.

996

Seto K.C., M. Fragkias, B. Güneralp, and M.K. Reilly (2011). A Meta-Analysis of Global Urban Land Expansion. *PLOS ONE* 6, e23777. doi: 10.1371/journal.pone.0023777.

Seto K.C., B. Güneralp, and L.R. Hutyra (2012). Global forecasts of urban expansion to 2030 and direct impacts on biodiversity and carbon pools. *Proceedings of the National Academy of Sciences* 109, 16083–16088. doi: 10.1073/pnas.1211658109, ISSN: 0027-8424, 1091–6490.

Seto K.C., R. Sánchez-Rodríguez, and M. Fragkias (2010). The New Geography of Contemporary Urbanization and the Environment. *Annual Review of Environment and Resources* 35, 167–194. doi: 10.1146/annurev-environ-100809-125336.

Shove E. (2003). Users, technologies and expectations of comfort, cleanliness and convenience. *Innovation* 16, 193–206. doi: 10.1080/13511610304521, ISSN: 13511610.

Shove E. (2004). *Comfort, Cleanliness and Convenience: The Social Organization of Normality*. Berg Publishers, New York, USA, 221 pp. ISBN: 1859736300.

Shrestha R.M., and S. Rajbhandari (2010). Energy and environmental implications of carbon emission reduction targets: Case of Kathmandu Valley, Nepal. *Energy Policy* 38, 4818–4827. doi: 10.1016/j.enpol.2009.11.088, ISSN: 0301-4215.

Sippel M. (2011). Urban GHG inventories, target setting and mitigation achievements: how German cities fail to outperform their country. *Greenhouse Gas Measurement and Management* 1, 55–63. doi: 10.3763/ghgmm.2010.0001, ISSN: 2043-0779.

Sivam A. (2002). Constraints affecting the efficiency of the urban residential land market in developing countries: a case study of India. *Habitat International* 26, 523–537.

Skaburskis A. (2003). Pricing city form: development cost charges and simulated markets. *Planning Practice and Research* 18, 197–211. Routledge, doi: 10.1080/0269745032000168250, ISSN: 0269-7459.

Slabbert N. (2005). Telecommunities. *Urban Land* 64, pp.86–92. Available at: http://www.virtualadjacency.com/wp-content/uploads/2008/01/9-uli-telecommunities-may2005.pdf.

Smith K.R., K. Balakrishnan, C. Butler, Z. Chafe, I. Fairlie, P. Kinney, T. Kjellstrom, D.L. Mauzerall, T. McKone, A. McMichael, M. Schneider, and P. Wilkinson (2012). Energy and Health. In: *Global Energy Assessment: Toward a Sustainable Future*. Cambridge University Press; International Institute for Applied Systems Analysis, Cambridge, UK and New York, NY, USA; Laxenburg, Austria, pp. 255–324. Available at: http://www.iiasa.ac.at/web/home/research/Flagship-Projects/Global-Energy-Assessment/GEA_Chapter4_health_lowres.pdf.

Smith J.J., and T.A. Gihring (2006). Financing Transit Systems Through Value Capture: An Annotated Bibliography. *The American Journal of Economics and Sociology* 65, 751–786.

Smith C., and G. Levermore (2008). Designing urban spaces and buildings to improve sustainability and quality of life in a warmer world. *Energy Policy* 36, 4558–4562. doi: 10.1016/j.enpol.2008.09.011, ISSN: 0301-4215.

Song Y., and Y. Zenou (2006). Property tax and urban sprawl: Theory and implications for US cities. *Journal of Urban Economics* 60, 519–534. doi: 10.1016/j.jue.2006.05.001, ISSN: 00941190.

Sovacool B.K., and M.A. Brown (2010). Twelve metropolitan carbon footprints: A preliminary comparative global assessment. *Energy Policy* 38, 4856–4869. doi: 10.1016/j.enpol.2009.10.001, ISSN: 0301-4215.

Speir C., and K. Stephenson (2002). Does Sprawl Cost Us All? Isolating the Effects of Housing Patterns on Public Water and Sewer Costs. *Journal of the American Planning Association* 68, 56–70. doi: 10.1080/01944360208977191, ISSN: 0194-4363.

Sridhar K.S. (2007). Density gradients and their determinants: Evidence from India. *Regional Science and Urban Economics* 37, 314–344. doi: 10.1016/j.regsciurbeco.2006.11.001, ISSN: 01660462.

Sridhar K.S. (2010). Impact of Land Use Regulations: Evidence from India's Cities. *Urban Studies* 47, 1541–1569. doi: 10.1177/0042098009353813, ISSN: 0042-0980, 1360–063X.

Srinivasan S., and P. Rogers (2005). Travel behavior of low-income residents: studying two contrasting locations in the city of Chennai, India. *Journal of Transport Geography* 13, 265–274. doi: 10.1016/j.jtrangeo.2004.07.008, ISSN: 0966-6923.

State of California (2008). Sustainable Communities and Climate Protection Act of 2008, Senate Bill No. 375. *Chapter 728*. Available at: http://www.leginfo.ca.gov/pub/07–08/bill/sen/sb_0351–0400/sb_375_bill_20080930_chaptered.pdf.

Steinberger J., and H. Weisz (2013). City walls and urban hinterlands: the importance of system boundaries. In: *Energizing Sustainable Cities: Assessing Urban Energy*. A. Grubler, D. Fisk, (eds.), Routledge, pp. 41–56. ISBN: 9781849714396.

Stone B., J. Vargo, and D. Habeeb (2012). Managing climate change in cities: Will climate action plans work? *Landscape and Urban Planning* 107, 263–271.

Strohbach M.W., E. Arnold, and D. Haase (2012). The carbon footprint of urban green space—A life cycle approach. *Landscape and Urban Planning* 104, 220–229. doi: 10.1016/j.landurbplan.2011.10.013, ISSN: 01692046.

Sugar L., C. Kennedy, and E. Leman (2012). Greenhouse Gas Emissions from Chinese Cities. *Journal of Industrial Ecology* 16, 552–563. doi: 10.1111/j.1530-9290.2012.00481.x, ISSN: 1530-9290.

Sugiyama N., and T. Takeuchi (2008). Local Policies for Climate Change in Japan. *The Journal of Environment & Development* 17, 424–441. doi: 10.1177/1070496508326128.

Sun X., C. Wilmot, and T. Kasturi (1998). Household Travel, Household Characteristics, and Land Use: An Empirical Study from the 1994 Portland Activity-Based Travel Survey. *Transportation Research Record* 1617, 10–17. doi: 10.3141/1617-02, ISSN: 0361-1981.

Suzuki H., R. Cervero, and K. Iuchi (2013). *Transforming Cities with Transit: Transit and Land-Use Integration for Sustainable Urban Development*. World Bank, Washington, D.C., 205 pp. ISBN: 9780821397459, 0821397451, 9780821397503, 0821397508.

Synnefa A., T. Karlessi, N. Gaitani, M. Santamouris, D.N. Assimakopoulos, and C. Papakatsikas (2011). Experimental testing of cool colored thin layer asphalt and estimation of its potential to improve the urban microclimate. *Building and Environment* 46, 38–44. doi: 10.1016/j.buildenv.2010.06.014, ISSN: 0360-1323.

Talen E. (2005). *New Urbanism and American Planning: The Conflict of Cultures*. Routledge, New York, US, 329 pp. ISBN: 9780203799482.

Talen E. (2012). *City Rules: How Regulations Affect Urban Form*. Island Press, Washington D.C., 236 pp.

Tang Z., Z. Wang, and T. Koperski (2011). Measuring local climate change response capacity and bridging gaps between local action plans and land use plans. *International Journal of Climate Change Strategies and Management* 3, 74–100. doi: 10.1108/17568691111107952, ISSN: 17568692.

Tanguay G.A., and I. Gingras (2012). Gas price variations and urban sprawl: An empirical analysis of the twelve largest Canadian metropolitan areas. *Environment and Planning A* 44, 1728–1743. doi: 10.1068/a44259, ISSN: 0308518X.

Tarr J.A. (1984). The Search for the Ultimate Sink: Urban Air, Land, and Water Pollution in Historical Perspective. *Records of the Columbia Historical Society* 51, 1–29. doi: 10.2307/40067842, ISSN: 0897-9049.

Teriman S., T. Yigitcanlar, and S. Mayere (2010). Sustainable Urban Infrastructure Development in South East Asia: Evidence from Hong Kong, Kuala Lumpur and Singapore. In: *Sustainable Urban and Regional Infrastructure Development: Technologies, Applications and Management*. T. Yigitcanlar, (ed.), IGI Global, Hershey, PA, pp. 152–164. ISBN: 978-1-61520-775-6.

The Covenant of Mayors (2013). The Covenant of Mayors. Available at: http://www.covenantofmayors.eu/index_en.html.

Tisdale, H. (1942) The process of urbanization. *Social Forces* 20 (3), 311 pp

Townsend-Small A., and C.I. Czimczik (2010). Carbon sequestration and greenhouse gas emissions in urban turf. *Geophysical Research Letters* 37, 5 PP. doi: 201010.1029/2009GL041675.

Trudeau D. (2013). A typology of New Urbanism neighborhoods. *Journal of Urbanism: International Research on Placemaking and Urban Sustainability* 6, 113–138. doi: 10.1080/17549175.2013.771695, ISSN: 1754-9175.

U.S. Department of Transportation (2009). *2009 National Household Travel Survey*. U.S. Department of Transportation, Washinton, D.C. Available at: http://nhts.gov/index.shtml.

U.S. EPA (2013). *Infrastructure Financing Options for Transit-Oriented Development*. Office of Sustainable Communities Smart Growth Program, Washington, D.C., 251 pp.

UN DESA (2010). *World Urbanization Prospects: The 2009 Revision*. United Nations, Department of Economic and Social Affairs, Population Division, New York.

UN DESA (2012). *World Urbanization Prospects: The 2011 Revision*. United Nations, Department of Economic and Social Affairs, Population Division, New York.

UN DESA (2013). Population Density and Urbanization. Available at: http://unstats.un.org/unsd/demographic/sconcerns/densurb/densurbmethods.htm.

UNEP, UN Habitat, and The World Bank (2010). International Standard for Determining Greenhouse Gas Emissions for Cities, version 2.1. United Nations Environment Programme. Available at: http://www.unep.org/urban_environment/PDFs/InternationalStd-GHG.pdf.

UN-Habitat (2008). *State of the World's Cities 2008/2009: Harmonious Cities*. UN-Habitat; Earthscan, London, 224 pp. ISBN: 9789211320107, 9211320100, 9789211320114, 9211320119, 9781844076963, 1844076962, 9781844076956, 1844076954.

UN-Habitat (2012). *State of the World's Cities 2012/2013*. Routledge, New York, 184 pp. ISBN: 978-0-415-83888-7.

UN-Habitat (2013). *Planning and Design for Sustainable Urban Mobility: Global Report on Human Settlements 2013*. Earthscan/UN HABITAT, Abingdon, Oxon. Available at: http://mirror.unhabitat.org/pmss/listItemDetails.aspx?publicationID=3503.

United Nations (2011). National Accounts Main Aggregates Database. *National Accounts Main Aggregates Database (United Nations Statistics Division)*. Available at: https://unstats.un.org/unsd/snaama/Introduction.asp.

Unruh G.C. (2000). Understanding carbon lock-in. *Energy Policy* 28, 817–830. doi: 10.1016/S0301-4215(00)00070-7, ISSN: 0301-4215.

Unruh G.C. (2002). Escaping carbon lock-in. *Energy Policy* 30, 317–325. doi: 10.1016/S0301-4215(01)00098-2, ISSN: 0301-4215.

Unruh G.C., and J. Carrillo-Hermosilla (2006). Globalizing carbon lock-in. *Energy Policy* 34, 1185–1197. doi: 10.1016/j.enpol.2004.10.013, ISSN: 0301-4215.

Urban LandMark (2012). *Improving Access to the City through Value Capture: An Overview of Capturing and Allocating Value Created through the Development of Transport Infrastructure in South Africa*. UK Department for International Development, London, 60 pp.

Vance C., and R. Hedel (2007). The impact of urban form on automobile travel: disentangling causation from correlation. *Transportation* 34, 575–588. doi: 10.1007/s11116-007-9128-6, ISSN: 0049-4488, 1572–9435.

Vause J., L. Gao, L. Shi, and J. Zhao (2013). Production and consumption accounting of $CO_2$ emissions for Xiamen, China. *Energy Policy* 60, 697–704. doi: 10.1016/j.enpol.2013.04.069, ISSN: 0301-4215.

Venkataraman C., A.D. Sagar, G. Habib, N. Lam, and K.R. Smith (2010). The Indian National Initiative for Advanced Biomass Cookstoves: The benefits of clean combustion. *Energy for Sustainable Development* 14, 63–72. doi: 10.1016/j.esd.2010.04.005, ISSN: 0973-0826.

Vickrey W.S. (1969). Congestion theory and transport investment. *The American Economic Review* 59, 251–260. Available at: http://www.jstor.org/stable/10.2307/1823678.

Vringer K., and K. Blok (1995). The direct and indirect energy requirements of households in the Netherlands. *Energy Policy* 23, 893–910. doi: 10.1016/0301-4215(95)00072-Q, ISSN: 0301-4215.

Wachs M., and T.G. Kumagai (1973). Physical accessibility as a social indicator. *Socio-Economic Planning Sciences* 7, 437–456. doi: 10.1016/0038-0121(73)90041-4, ISSN: 00380121.

Wang R. (2013). Adopting Local Climate Policies: What Have California Cities Done and Why? *Urban Affairs Review* 49, 593–613. doi: 10.1177/1078087412469348, ISSN: 1078-0874.

Wang W., L. Ren, Q. Guo, and T. Chen (2012a). Predicating Energy Demand and Carbon Emissions of the Yellow River Delta High-efficiency Eco-economic Zone. *Energy Procedia* 14, 229–234. doi: 10.1016/j.egypro.2011.12.922, ISSN: 1876-6102.

Wang R., and Q. Yuan (2013). Parking practices and policies under rapid motorization: The case of China. *Transport Policy* 30, 109–116. doi: j.tranpol.2013.08.006.

Wang H., R. Zhang, M. Liu, and J. Bi (2012b). The carbon emissions of Chinese cities. *Atmospheric Chemistry and Physics* 12, 6197–6206. doi: 10.5194/acp-12-6197-2012, ISSN: 1680-7324.

Wang Y., H. Zhao, L. Li, Z. Liu, and S. Liang (2013). Carbon dioxide emission drivers for a typical metropolis using input–output structural decomposition analysis. *Energy Policy* 58, 312–318. doi: 10.1016/j.enpol.2013.03.022, ISSN: 03014215.

Weber M. (1966). *The City*. The Free Press, New York, 242 pp. ISBN: 0029342104 9780029342107.

Weinstock M. (2011). The Metabolism of the City: The Mathematics of Networks and Urban Surfaces. *Architectural Design* 81, 102–107. doi: 10.1002/ad.1275, ISSN: 1554-2769.

Weisz H., and J.K. Steinberger (2010). Reducing energy and material flows in cities. *Current Opinion in Environmental Sustainability* 2, 185–192. doi: 10.1016/j.cosust.2010.05.010, ISSN: 18773435.

Weitz J. (2003). *Jobs-Housing Balance*. American Planning Association, Washington, D.C., 41 pp.