West G. B., J. H. Brown, and B. J. Enquist (1999). The Fourth Dimension of Life: Fractal Geometry and Allometric Scaling of Organisms. *Science* **284**, 1677–1679. doi: 10.1126/science.284.5420.1677, ISSN: 0036-8075, 1095–9203.

West J. J., S. J. Smith, R.A. Silva, V. Naik, Y. Zhang, Z. Adelman, M.M. Fry, S. Anenberg, L.W. Horowitz, and J.-F. Lamarque (2013). Co-benefits of mitigating global greenhouse gas emissions for future air quality and human health. *Nature Climate Change* **3**, 885–889. doi: 10.1038/nclimate2009, ISSN: 1758-678X.

Wheeler S.M. (2008). State and Municipal Climate Change Plans: The First Generation. *Journal of the American Planning Association* **74**, 481–496. doi: 10.1080/01944360802377973, ISSN: 0194-4363.

White P., J. S. Golden, K.P. Biligiri, and K. Kaloush (2010). Modeling climate change impacts of pavement production and construction. *Resources, Conservation and Recycling* **54**, 776–782. doi: 10.1016/j.resconrec.2009.12.007, ISSN: 09213449.

Whitford V., A.R. Ennos, and J.F. Handley (2001). "City form and natural process"—indicators for the ecological performance of urban areas and their application to Merseyside, UK. *Landscape and Urban Planning* **57**, 91–103. doi: 10.1016/S0169-2046(01)00192-X, ISSN: 0169-2046.

Wiedenhofer D., M. Lenzen, and J.K. Steinberger (2013). Energy requirements of consumption: Urban form, climatic and socio-economic factors, rebounds and their policy implications. *Energy Policy* **63**, 696–707. doi: 10.1016/j.enpol.2013.07.035, ISSN: 03014215.

Willson R.W. (1995). Suburban Parking Requirements: A Tacit Policy for Automobile Use and Sprawl. *Journal of the American Planning Association* **61**, 29–42. doi: 10.1080/01944369508975617, ISSN: 0194-4363, 1939–0130.

Wilson E. (2009). Multiple Scales for Environmental Intervention: Spatial Planning and the Environment under New Labour. *Planning Practice and Research* **24**, 119–138. doi: 10.1080/02697450902742205, ISSN: 0269-7459.

Wirth L. (1938). Urbanism as a Way of Life. *American Journal of Sociology* **44**, 1–24. doi: 10.2307/2768119, ISSN: 0002-9602.

Woo M., and J.-M. Guldmann (2011). Impacts of Urban Containment Policies on the Spatial Structure of US Metropolitan Areas. *Urban Studies* **48**, 3511–3536. doi: 10.1177/0042098011399594, ISSN: 0042-0980, 1360–063X.

World Bank (2005). *Dynamics of Urban Expansion*. Available at: http://siteresources.worldbank.org/INTURBANDEVELOPMENT/Resources/dynamics_urban_expansion.pdf.

World Bank (2009). *World Development Report 2009: Reshaping Economic Geography*. World Bank, Washington, D.C., 383 pp. ISBN 9978-0-8213-7607-2.

World Bank (2010). *Cities and Climate Change: An Urgent Agenda*. The World Bank, Washington, D.C., 306 pp. Available at: http://siteresources.worldbank.org/INTUWM/Resources/340232-1205330656272/CitiesandClimateChange.pdf.

World Bank (2013). Health Nutrition and Population Statistics. Available at: http://data.worldbank.org/data-catalog/health-nutrition-and-population-statistics.

Wright L.A., J. Coello, S. Kemp, and I. Williams (2011). Carbon footprinting for climate change management in cities. *Carbon Management* **2**, 49–60. doi: 10.4155/cmt.10.41, ISSN: 1758-3004.

Yalçın M., and B. Lefèvre (2012). Local Climate Action Plans in France: Emergence, Limitations and Conditions for Success. *Environmental Policy and Governance* **22**, 104–115.

Yang J., and R. Gakenheimer (2007). Assessing the transportation consequences of land use transformation in urban China. *Habitat International* **31**, 345–353. doi: 10.1016/j.habitatint.2007.05.001, ISSN: 0197-3975.

Yang F., S.S.Y. Lau, and F. Qian (2010). Summertime heat island intensities in three high-rise housing quarters in inner-city Shanghai China: Building layout, density and greenery. *Building and Environment* **45**, 115–134. doi: 10.1016/j.buildenv.2009.05.010, ISSN: 0360-1323.

Yang P.P.-J., and S.H. Lew (2009). An Asian Model of TOD: The Planning Integration in Singapore. In: *Transit Oriented Development: Making It Happen*. C. Curtis, J.L. Renne, L. Bertolini, (eds.), Ashgate, Surrey, England, pp. 91–106. ISBN: 9780754673156.

Yescombe E.R. (2007). *Public-Private Partnerships: Principles of Policy and Finance*. Elsevier; Butterworth-Heinemann, Amsterdam; Boston; Burlington, Mass, 350 pp. ISBN: 9780750680547.

Yu W., R. Pagani, and L. Huang (2012). $CO_2$ emission inventories for Chinese cities in highly urbanized areas compared with European cities. *Energy Policy* **47**, 298–308. doi: 10.1016/j.enpol.2012.04.071, ISSN: 0301-4215.

Zeemering E. (2012). Recognising interdependence and defining multi-level governance in city sustainability plans. *Local Environment* **17**, 409–424. doi: 10.1080/13549839.2012.678315, ISSN: 1354-9839.

Zegras C. (2003). Financing transport infrastructure in developing country cities: Evaluation of and lessons from nascent use of impact fees in Santiago de Chile. *Transportation Research Record: Journal of the Transportation Research Board* **1839**, 81–88. Available at: http://trb.metapress.com/index/9366673J23868L03.pdf.

Zegras C. (2010). The Built Environment and Motor Vehicle Ownership and Use: Evidence from Santiago de Chile. *Urban Studies* **47**, 1793–1817. doi: 10.1177/0042098009356125, ISSN: 0042-0980, 1360–063X.

Zeng X., Y. Ma, and L. Ma (2007). Utilization of straw in biomass energy in China. *Renewable and Sustainable Energy Reviews* **11**, 976–987. doi: 10.1016/j.rser.2005.10.003, ISSN: 1364-0321.

Zhang M. (2004). The role of land use in travel mode choice: Evidence from Boston and Hong Kong. *Journal of the American Planning Association* **70**, 344–360.

Zhang M. (2007). Chinese edition of transit-oriented development. *Journal of the Transportation Research Board* **2038**, 120–127. doi: 10.3141/2038-16.

Zhang M., H. Mu, and Y. Ning (2009). Accounting for energy-related $CO_2$ emission in China, 1991–2006. *Energy Policy* **37**, 767–773. doi: 10.1016/j.enpol.2008.11.025, ISSN: 0301-4215.

Zhang M., and L. Wang (2013). The impacts of mass transit on land development in China: The case of Beijing. *Research in Transportation Economics* **40**, 124–133. doi: 10.1016/j.retrec.2012.06.039, ISSN: 0739-8859.

Zhao M., Z. Kong, F.J. Escobedo, and J. Gao (2010). Impacts of urban forests on offsetting carbon emissions from industrial energy use in Hangzhou, China. *Journal of Environmental Management* **91**, 807–813. doi: 10.1016/j.jenvman.2009.10.010, ISSN: 0301-4797.

Zheng S., Y. Fu, and H. Liu (2006). Housing-choice hindrances and urban spatial structure: Evidence from matched location and location-preference data in Chinese cities. *Journal of Urban Economics* **60**, 535–557. doi: 10.1016/j.jue.2006.05.003, ISSN: 0094-1190.

**12**

Zheng S., Y. Fu, and H. Liu (2009).** Demand for Urban Quality of Living in China: Evolution in Compensating Land-Rent and Wage-Rate Differentials. *The Journal of Real Estate Finance and Economics* **38**, 194–213. doi: 10.1007/s11146-008-9152-0, ISSN: 0895-5638, 1573–045X.

**Zheng S., R. Wang, E.L. Glaeser, and M.E. Kahn (2010).** The greenness of China: household carbon dioxide emissions and urban development. *Journal of Economic Geography* **11**, 761–792. doi: 10.1093/jeg/lbq031, ISSN: 1468-2702, 1468–2710.

**Zhou B.B., and K.M. Kockelman (2008).** Self-selection in home choice: Use of treatment effects in evaluating relationship between built environment and travel behavior. *Transportation Research Record: Journal of the Transportation Research Board* **2077**, 54–61. doi: 10.3141/2077-08.

**Zimmerman R., and C. Faris (2011).** Climate change mitigation and adaptation in North American cities. *Current Opinion in Environmental Sustainability* **3**, 181–187. doi: 10.1016/j.cosust.2010.12.004, ISSN: 1877-3435.

**Zipf G.K. (1949).** *Human Behavior and the Principle of Least Effort.* Addison-Wesley Press, Oxford, England, 573 pp.

**Zulu L.C. (2010).** The forbidden fuel: Charcoal, urban woodfuel demand and supply dynamics, community forest management and woodfuel policy in Malawi. *Energy Policy* **38**, 3717–3730. doi: 10.1016/j.enpol.2010.02.050, ISSN: 0301-4215.

# 13

# International Cooperation: Agreements & Instruments

**Coordinating Lead Authors:**

Robert Stavins (USA), Zou Ji (China)

**Lead Authors:**

Thomas Brewer (USA), Mariana Conte Grand (Argentina), Michel den Elzen (Netherlands), Michael Finus (Germany/UK), Joyeeta Gupta (Netherlands), Niklas Höhne (Germany), Myung-Kyoon Lee (Republic of Korea), Axel Michaelowa (Germany/Switzerland), Matthew Paterson (Canada), Kilaparti Ramakrishna (Republic of Korea/USA), Gang Wen (China), Jonathan Wiener (USA), Harald Winkler (South Africa)

**Contributing Authors:**

Daniel Bodansky (USA), Gabriel Chan (USA), Anita Engels (Germany), Adam Jaffe (USA/New Zealand), Michael Jakob (Germany), T. Jayaraman (India), Jorge Leiva (Chile), Kai Lessmann (Germany), Richard Newell (USA), Sheila Olmstead (USA), William Pizer (USA), Robert Stowe (USA), Marlene Vinluan (Philippines)

**Review Editors:**

Antonina Ivanova Boncheva (Mexico/Bulgaria), Jennifer Morgan (USA)

**Chapter Science Assistant:**

Gabriel Chan (USA)

This chapter should be cited as:

Stavins R., J. Zou, T. Brewer, M. Conte Grand, M. den Elzen, M. Finus, J. Gupta, N. Höhne, M.-K. Lee, A. Michaelowa, M. Paterson, K. Ramakrishna, G. Wen, J. Wiener, and H. Winkler, 2014: International Cooperation: Agreements and Instruments. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**13**

Executive Summary ............................................................................. 1005

13.1   Introduction ............................................................................. 1007

13.2   Framing concepts for an assessment of means for international cooperation ................. 1007

    13.2.1   Framing concepts and principles ............................................... 1007
        13.2.1.1   The global commons and international climate cooperation ................. 1007
        13.2.1.2   Principles ....................................................................... 1008

    13.2.2   Potential criteria for assessing means of international cooperation ............. 1009
        13.2.2.1   Environmental effectiveness ................................................ 1009
        13.2.2.2   Aggregate economic performance ........................................... 1009
        13.2.2.3   Distributional and social impacts .......................................... 1009
        13.2.2.4   Institutional feasibility ...................................................... 1010
        13.2.2.5   Conflicts and complementarities ........................................... 1012

13.3   International agreements: Lessons for climate policy ................................... 1012

    13.3.1   The landscape of climate agreements and institutions ......................... 1012

    13.3.2   Insights from game theory for climate agreements ............................. 1012

    13.3.3   Participation in climate agreements .......................................... 1014

    13.3.4   Compliance .................................................................. 1015

13.4   Climate policy architectures ............................................................ 1016

    13.4.1   Degrees of centralized authority .............................................. 1016
        13.4.1.1   Centralized architectures and strong multilateralism ..................... 1018
        13.4.1.2   Harmonized national policies ............................................... 1018
        13.4.1.3   Decentralized approaches and coordinated policies ...................... 1018
        13.4.1.4   Advantages and disadvantages of different degrees of centralization ..... 1018

    13.4.2   Current features, issues, and elements of international cooperation ............. 1019
        13.4.2.1   Legal bindingness .......................................................... 1019
        13.4.2.2   Goals and targets ........................................................... 1020
        13.4.2.3   Flexible mechanisms ....................................................... 1020
        13.4.2.4   Equitable methods for effort sharing ...................................... 1021

    13.4.3   Recent proposals for future climate change policy architecture ................ 1022

13.4.4    The special case of international cooperation regarding carbon dioxide removal and
          solar radiation management ..................................................................... 1022

## 13.5   Multilateral and bilateral agreements and institutions across different scales ................. 1023

13.5.1    International cooperation among governments ......................................... 1024
          13.5.1.1    Climate agreements under the UNFCCC ........................................ 1024
          13.5.1.2    Other UN climate-related forums ............................................... 1025
          13.5.1.3    Non-UN forums ...................................................................... 1026

13.5.2    Non-state international cooperation ....................................................... 1027
          13.5.2.1    Transnational cooperation among sub-national public actors ............... 1027
          13.5.2.2    Cooperation around human rights and rights of nature ..................... 1027

13.5.3    Advantages and disadvantages of different forums ................................. 1028

## 13.6   Linkages between international and regional cooperation ........................................ 1028

13.6.1    Linkages with the European Union Emissions Trading Scheme ................. 1028

13.6.2    Linkages with other regional policies ..................................................... 1029

## 13.7   Linkages between international and national policies ............................................ 1029

13.7.1    Influence of international climate policies on domestic action .................... 1029

13.7.2    Linkages between the Kyoto mechanisms and national policies ................. 1029

13.7.3    International linkage among regional, national, and sub-national policies ...... 1030

## 13.8   Interactions between climate change mitigation policy and trade .......................... 1030

13.8.1    WTO-related issues ............................................................................ 1032

13.8.2    Other international venues ................................................................... 1034

13.8.3    Implications for policy options ............................................................. 1034

## 13.9   Mechanisms for technology and knowledge development, transfer, and diffusion ........... 1035

13.9.1    Modes of international incentive schemes to encourage technology-investment flows .............. 1035

13.9.2    Intellectual property rights and technology development and transfer ......... 1036

13.9.3    International collaboration to encourage knowledge development .............. 1037
          13.9.3.1    Knowledge sharing, R&D coordination, and joint collaboration ............ 1037
          13.9.3.2    International cooperation on domestic climate technology R&D funding .......... 1037

**13**

**13.10    Capacity building** ........................................................................ **1037**

**13.11    Investment and finance** ................................................................ **1038**

    **13.11.1    Public finance flows** ...................................................... **1038**
        13.11.1.1    Public funding vehicles under the UNFCCC................................1038
        13.11.1.2    Multilateral development banks ......................................................1039

    **13.11.2    Mobilizing private investment and financial flows** ...................... **1039**

**13.12    The role of public and private sectors and public-private partnerships** .......................... **1040**

    **13.12.1    Public-private partnerships** .............................................. **1040**

    **13.12.2    Private sector-led governance initiatives** ................................. **1040**

    **13.12.3    Motivations for public-private sector collaboration and private sector governance** .................... **1041**

**13.13    Performance assessment on policies and institutions including market mechanisms** ........ **1041**

    **13.13.1    Performance assessment of existing cooperation** ....................... **1041**
        13.13.1.1    Assessment of the UNFCCC, the Kyoto Protocol, and its flexible mechanisms .....................1041
        13.13.1.2    Assessment of the Kyoto Protocol's Clean Development Mechanism .................................1045
        13.13.1.3    Assessment of further agreements under the UNFCCC.................................................1047
        13.13.1.4    Assessment of envisioned international cooperation outside of the UNFCCC .....................1049

    **13.13.2    Performance assessment of proposed international climate policy architectures** ...................... **1051**
        13.13.2.1    Strong multilateralism .................................................................1051
        13.13.2.2    Harmonized national policies .......................................................1052
        13.13.2.3    Decentralized architectures and coordinated national policies.....................................1052

**13.14    Gaps in knowledge and data** ......................................................... **1053**

**13.15    Frequently Asked Questions** ......................................................... **1053**

**References** ............................................................................ **1055**

# Executive Summary

This chapter critically examines and evaluates the ways in which agreements and instruments for international cooperation to address global climate change have been and can be organized and implemented, drawing upon evidence and insights found in the scholarly literature. The retrospective analysis of international cooperation in the chapter discusses and quantifies what has been achieved to date and surveys the literature on explanations of successes and failures.

**International cooperation is necessary to significantly mitigate climate change impacts** (*robust evidence, high agreement*). This is principally due to the fact that greenhouse gases (GHGs) mix globally in the atmosphere, making anthropogenic climate change a global commons problem. International cooperation has the potential to address several challenges: multiple actors that are diverse in their perceptions of the costs and benefits of collective action, emissions sources that are unevenly distributed, heterogeneous climate impacts that are uncertain and distant in space and time, and mitigation costs that vary. [Section 13.2.1.1, 13.15]

**International cooperation on climate change has become more institutionally diverse over the past decade** (*robust evidence, high agreement*). The United Nations Framework Convention on Climate Change (UNFCCC) remains a primary international forum for climate negotiations, but other institutions have emerged at multiple scales: global, regional, national, and local, as well as public-private initiatives and transnational networks. [13.3.1, 13.4.14, 13.5, 13.12] This institutional diversity arises in part from the growing inclusion of climate change issues in other policy arenas (e.g., sustainable development, international trade, and human rights). These and other linkages create opportunities, potential co-benefits, or harms that have not yet been thoroughly examined. Issue linkage also creates the possibility of forum shopping and increased negotiation costs, which could distract from or dilute the performance of international cooperation toward climate goals. [13.3, 13.4, 13.5]

**Existing and proposed international climate agreements vary in the degree to which their authority is centralized** (*robust evidence, high agreement*). The range of centralized formalization spans: strong multilateral agreements (such as the Kyoto Protocol targets), harmonized national policies (such as the Copenhagen/Cancún pledges), and decentralized but coordinated national policies (such as planned linkages of national and sub-national emissions trading schemes). [13.4.1, 13.4.3] Additionally, potential agreements vary in their degree of legal bindingness [13.4.2.1]. Three other design elements of international agreements have particular relevance: goals and targets, flexible mechanisms, and equitable methods for effort sharing. [13.4.2]

**The UNFCCC is currently the only international climate policy venue with broad legitimacy, due in part to its virtually univer-**sal membership (*robust evidence, medium agreement*). The UNFCCC continues to develop institutions and systems for governance of climate change. [13.2.2.4, 13.3.1, 13.4.1.4, 13.5]

**Non-UN forums and coalitions of non-state actors, such as private businesses and city-level governments, are also contributing to international cooperation on climate change** (*medium evidence, medium agreement*). These forums and coalitions address issues including deforestation, technology transfer, adaptation, and fossil fuel subsidies. However, their actual mitigation performance is unclear. [13.5.1.3, 13.13.1.4]

**International cooperation may have a role in stimulating public investment, financial incentives, and regulations to promote technological innovation, thereby more actively engaging the private sector with the climate regime** (*medium evidence, medium agreement*). Technology policy can help lower mitigation costs, thereby increasing incentives for participation and compliance with international cooperative efforts, particularly in the long run. Equity issues can be affected by domestic intellectual property rights regimes, which can alter the rate of both technology transfer and the development of new technologies. [13.3, 13.9, 13.12]

**In the absence of—or as a complement to—a binding, international agreement on climate change, policy linkages among existing and nascent regional, national, and sub-national climate policies offer potential climate change mitigation and adaptation benefits** (*medium evidence, medium agreement*) [13.3.1, 13.5.1.3]. Direct and indirect linkages between and among sub-national, national, and regional carbon markets are being pursued to improve market efficiency. Yet integrating climate policies raises a number of concerns about the performance of a system of linked legal rules and economic activities. Linkage between carbon markets can be stimulated by competition between and among public and private governance regimes, accountability measures, and the desire to learn from policy experiments. [13.3.1, 13.5.3, 13.6, 13.7, 13.13.2.3, Figure 13.4]

**While a number of new institutions are focused on adaptation funding and coordination, adaptation has historically received less attention than mitigation in international climate policy, but inclusion of adaptation is increasingly important to reduce damages and may engage a greater number of countries** (*robust evidence, medium agreement*). Other possible complementarities and tradeoffs between mitigation and adaptation, particularly the temporal distribution of actions, are not well-understood. [13.2, 13.3.3, 13.5.1.1, 13.14]

**Participation in international cooperation on climate change can be enhanced by monetary transfers, market-based mechanisms, technology transfer, and trade-related measures** (*robust evidence, medium agreement*). These mechanisms to enhance participation, along with compliance, legitimacy, and flexibility, affect the

institutional feasibility of international climate policy. [13.2.2.4, 13.3.3, 13.8.1, 13.9.2]

**International trade can offer a range of positive and negative incentives to promote international cooperation on climate change** (*robust evidence, medium agreement*). Three issues are key to developing constructive relationships between international trade and climate agreements: how existing trade policies and rules can be modified to be more climate friendly; whether border adjustment measures (BAMs) or other trade measures can be effective in meeting the goals of international climate agreements; whether the UNFCCC, World Trade Organization (WTO), hybrid of the two, or a new institution is the best forum for a trade-and-climate architecture. [13.8]

**Climate change policies can be evaluated using four criteria: environmental effectiveness, aggregate economic performance, distributional impacts, and institutional feasibility.** These criteria are grounded in several principles: maximizing global net benefits; equity and the related principles of distributive justice and common but differentiated responsibilities and respective capabilities (CBDRRC); precaution and the related principles of anticipation, and prevention of future risks; and sustainable development. These criteria may at times conflict, forcing tradeoffs among them. [13.2.1, 13.2.2]

**International cooperation has produced political agreement regarding a long-term goal of limiting global temperature increase to no more than 2 °C above pre-industrial levels, but the overall level of mitigation achieved to date by cooperation appears inadequate to achieve this goal** (*robust evidence, medium agreement*). Mitigation pledges by individual countries in the Copenhagen-Cancún regime, if fully implemented, will help reduce emissions in 2020 to below the projected business-as-usual level, but are unlikely to attain an emission level in 2020 consistent with cost-effective pathways, based on the immediate onset of mitigation, that achieve the long-term 2 °C goal with a greater than 50 % probability. The contribution of international cooperation outside of the UNFCCC is largely not quantified. [13.2.2.1, 13.13.1]

**The Kyoto Protocol was the first binding step toward implementing the principles and goals provided by the UNFCCC, but it has had limited effects on global emissions because some countries did not ratify the Protocol, some Parties did not meet their commitments, and its commitments applied to only a portion of the global economy** (*medium evidence, low agreement*). The Parties collectively surpassed their collective emission reduction target in the first commitment period, but the Protocol credited emissions reductions that would have occurred even in its absence. The Kyoto Protocol does not directly influence the emissions of non-Annex I countries, which have grown rapidly over the past decade. [13.13.1.1]

**The flexible mechanisms under the Kyoto Protocol have generally helped to improve its economic performance, but their envi-**ronmental effectiveness is less clear (*medium evidence, medium agreement*). The Clean Development Mechanism (CDM) created a market for emissions offsets from developing countries, generating credits equivalent to nearly 1.4 billion $tCO_2eq$ as of October 2013, many of which have been generated by low-cost mitigation technologies. The CDM showed institutional feasibility of a project-based market mechanism under widely varying circumstances. The CDM's environmental effectiveness has been mixed due to concerns about the additionality of projects, the validity of baselines, the possibility of emissions leakage, and recent price decreases. Its distributional impacts were limited due to the concentration of projects in a limited number of countries. The Protocol's other flexible mechanisms, Joint Implementation and International Emissions Trading, have been undertaken both by governments and private market participants, but have raised concerns related to government sales of emission units. [13.7.2, 13.13.1.2]

**Recent UNFCCC negotiations have sought to include more ambitious mitigation commitments from countries with commitments under the Kyoto Protocol, mitigation contributions from a broader set of countries, and new finance and technology mechanisms** (*medium evidence, low agreement*). Under the 2010 Cancún Agreement, developed countries formalized voluntary pledges of quantified, economy-wide emission reduction targets and some developing countries formalized voluntary pledges to mitigation actions. The distributional impact of the Agreement will depend in part on the magnitude and sources of financing, including the successful fulfilment by developed countries of their expressed joint commitment to mobilize 100 billion USD per year by 2020 for climate action in developing countries. Under the 2011 Durban Platform for Enhanced Action, delegates agreed to craft a future legal regime that would be 'applicable to all Parties … under the Convention' and would include substantial new financial support and technology arrangements to benefit developing countries, but the delegates did not specify means for achieving those ends. [13.5.1.1, 13.11, 13.13.1.3]

**The Montreal Protocol, aimed at protecting the stratospheric ozone layer, has also achieved significant reductions in global GHG emissions** (*robust evidence, high agreement*). The Montreal Protocol set limits on emissions of ozone-depleting gases that are also potent GHGs, such as chlorofluorocarbons (CFCs) and hydrochlorofluorocarbons (HCFCs). Substitutes for those ozone-depleting gases (such as hydrofluorocarbons (HFCs), which are not ozone-depleting) may also be potent GHGs. Lessons learned from the Montreal Protocol, for example, about the effect of financial and technological transfers on broadening participation in an international environmental agreement, could be of value to the design of future international climate change agreements. [13.3.3, 13.3.4, 13.13.1.4]

**Assessment of proposed cooperation structures reinforces the finding that there will likely be tradeoffs between the four criteria, as they will inevitably conflict in some elements of any agreement** (*medium evidence, high agreement*). Assessment of proposed climate policy architectures reveals important tradeoffs that

depend on the specific design elements and regulatory mechanisms of a proposal. For example, there is a potential tradeoff between broad participation and the institutional feasibility of an ambitious environmental performance goal. The extent of this tradeoff may depend on financial transfers, national enforcement mechanisms, and the distribution and sharing of mitigation efforts. [13.2.2.5, 13.3.3, 13.13.1.4, 13.13.2]

**Increasing interest in solar radiation management (SRM) and carbon dioxide removal (CDR) as strategies to mitigate the harms of climate change, pose new challenges for international cooperation** (*medium evidence, high agreement*). Whereas emissions abatement poses challenges of engaging multilateral action to cooperate, SRM may pose challenges of coordinating research and restraining unilateral deployment of measures with potentially adverse side-effects. [13.4.4]

**Gaps in knowledge and data**: (1) comparisons among proposals in terms of aggregate and country-level costs and benefits per year, with incorporation of uncertainty; (2) assessment of the overall effect of emerging intergovernmental and transnational arrangements, including 'hybrid' approaches; (3) understanding of complementarities and tradeoffs between policies affecting mitigation and adaptation; (4) understanding how international cooperation on climate change can help achieve co-benefits and development goals, including capacity building approaches; (5) understanding the factors that affect national decisions to join and form agreements.

# 13.1   Introduction

Due to global mixing of greenhouse gases (GHGs) in the atmosphere, anthropogenic climate change is a global commons problem. For this reason, international cooperation is necessary to achieve significant progress in mitigating climate change. Drawing on published research, this chapter critically examines and evaluates the ways in which agreements and instruments for international cooperation have been and can be organized and implemented. The retrospective analysis of international cooperation in the chapter quantifies and discusses what has been achieved to date, and surveys the literature on explanations of successes and failures.

The scope of the chapter is defined by the range of feasible international agreements and other policy instruments for cooperation on climate-change mitigation and adaptation. The disciplinary scope spans the social sciences of economics, political science, international relations, law, public policy, psychology, and sociology; relevant humanities, including history and philosophy; and—where relevant to the discussion—the natural sciences. Where appropriate, the chapter synthesizes literature that utilizes econometric modelling, integrated modelling, game theory, comparative case studies, legal analysis, and

political analysis. This chapter focuses on research and policy developments since the Fourth Assessment Report (AR4) of the Intergovernmental Panel on Climate Change (IPCC, 2007).

# 13.2   Framing concepts for an assessment of means for international cooperation

This section introduces the concept of a global commons problem to frame the challenge of international cooperation on climate change, principles for designing effective international climate policy, and criteria for evaluating these policies.

## 13.2.1   Framing concepts and principles

### 13.2.1.1   The global commons and international climate cooperation

Climate change is a global commons problem, meaning reduction in emissions by any jurisdiction carries an economic cost, but the benefits (in the form of reduced damages from climate change) are spread around the world—although unevenly—due to GHG emissions mixing globally in the atmosphere. Mitigation of climate change is non-excludable, meaning it is difficult to exclude any individual or institution from the shared global benefits of emissions reduction undertaken by any localized actor. Also, these benefits are non-rival, meaning they may be enjoyed by any number of individuals or institutions at the same time, without reducing the extent of the benefit any one of them receives. These public good characteristics of climate protection (non-excludability and non-rivalry) create incentives for actors to 'free ride' on other actors' investments in mitigation. Therefore, lack of ambition in mitigation and overuse of the atmosphere as a receptor of GHGs are likely.

Incentives to free ride on climate protection have been analyzed extensively and are well-understood (Gordon, 1954; Hardin, 1968; Stavins, 2011). The literature suggests that in some cases, effective common property management of local open-access resources can limit or even eliminate overuse (Ostrom, 2001; Wiener, 2009). Effective common property management of the atmosphere would require applying such management at a global level, by allocating rights to emit and providing disincentives for overuse through sanctions or pricing emissions (Byrne and Glover, 2002; Wiener, 2009).

Enhancing production of public goods may be achieved by internalizing external costs (i.e., those costs not incorporated into market prices) or through legal remedies. Economic instruments can incorporate

external costs and benefits into prices, providing incentives for private actors to more optimally reduce external costs and increase external benefits (Baumol and Oates, 1988; Nordhaus, 2006; Buchholz et al., 2012). Legal remedies may include seeking injunctive relief or compensatory payments (IPCC, 2007, Chapter 13; Faure and Peeters, 2011; Haritz, 2011)

International cooperation is necessary to significantly mitigate climate change because of the global nature of the problem (WCED, 1987; Kaul et al., 1999, 2003; Byrne and Glover, 2002; Barrett, 2003; Stewart and Wiener, 2003; Sandler, 2004) Cooperation has the potential to address several challenges: multiple actors that are diverse in their perceptions of the costs and benefits of collective action; emissions sources that are unevenly distributed; heterogeneous climate impacts that are uncertain and distant in space and time; and mitigation costs that vary (IPCC, 2001, pp. 607–608).

In the absence of universal collective action, smaller groups of individual actors may be able to organize schemes to supply public goods, particularly if actors know each other well, expect repeated interactions, can exclude non-members, and can monitor and sanction non-compliance in the form of either overconsumption or underproduction (Eckersley, 2012; McGee, 2011; Nairn, 2009; Ostrom, 1990, 2010a; b, 2011; Weischer et al., 2012). Some authors are optimistic regarding such 'minilateralism' (e.g., Keohane and Victor, 2011; on the term, see Eckersley, 2012) and others are more sceptical (e.g., Depledge and Yamin, 2009; Winkler and Beaumont, 2010) . Section 13.3 discusses the literature on coalitions in more detail.

Because there is no world government, each country must voluntarily consent to be bound by any international agreement. If these are to be effective, the agreements must be attractive enough to gain broad participation (Barrett, 2003, 2007; Stewart and Wiener, 2003; Schmalensee, 2010; Brousseau et al., 2012). Considering the relationship between mitigation costs and climate benefits discussed above, there is insufficient incentive for actors at any level to reduce emissions significantly in the absence of international cooperation. Behavioural research, however, indicates that individuals are sometimes motivated to cooperate (and to punish those who do not) to a degree greater than strict rational choice models predict (Camerer, 2003; Andreoni and Samuelson, 2006). This may explain some of the observed policies being adopted to reduce GHG emissions at the national, subnational, firm, and individual level. Moreover, even under the assumption of rational action, some emission reductions can occur without cooperation due to positive externalities of otherwise self-beneficial actions, or co-benefits, such as actions to reduce energy expenditures, enhance the security of energy supply, reduce local air pollution, improve land use, and protect biodiversity (Seto et al., 2012). Co-benefits of climate protection are receiving increasing attention in the literature (Rayner, 2010; Dubash, 2009; UNEP, 2013b). However, policies designed to address climate change mitigation may also have adverse side-effects. See Section 4.8 and 6.6 for an overview of the discussion of co-benefits and adverse side-effects throughout this report.

#### 13.2.1.2    Principles

Several principles have been advanced to shape international climate change policies. The IPCC Third Assessment Report (TAR) (IPCC, 2001) discusses principles and mentions some criteria for evaluation of policies, whereas the AR4 (IPCC, 2007), clearly differentiates principles from criteria. Principles serve as guides to design climate policies, while criteria are specific standards by which to evaluate them. The roles and applications of principles and criteria are further elaborated in Chapter 3 of this report.

Sets of principles are enumerated and explained in multiple international climate change fora, including the Rio Declaration on Environment and Development (UNEP, 1992) and the United Nations Framework Convention on Climate Change (UNFCCC) (UNFCCC, 1992). In the latter, the principles listed explicitly include: 'equity' and 'common but differentiated responsibilities and respective capabilities' (CBDRRC) (Article 3(1)), relative needs, vulnerability, burdens in countries of differing wealth (Article 3(2)), precaution and 'cost-effective[ness] so as to ensure global benefits at the lowest possible cost' (Article 3(3)), 'sustainable development' (Article 3(4)), and cooperation (Article 3(5)).

Principles of climate change policy relevant for international cooperation can be grouped into several broad categories. First, the principle of maximizing global net benefits makes the tradeoff between aggregate compliance costs and aggregate performance benefits explicit. The principle also incorporates the notion of maximizing co-benefits of climate policies (Stern, 2007; Nordhaus, 2008; Bosetti et al., 2010; Rayner, 2010; Dubash, 2009) (see also Section 3.6.3). A related concept is that of cost-effectiveness, which allows for policies with the same level of performance in terms of aggregate benefits to be compared on the dimension of aggregate cost (IPCC, 2001, 2007, Chapter 13). See Section 6.6 for applied scenario studies.

Second, equity is a principle that emphasizes distributive justice across and within countries and across and within generations (Vanderheiden, 2008; Baer et al., 2009; Okereke, 2010; Posner and Sunstein, 2010; Posner and Weisbach, 2010; Somanathan, 2010; Cao, 2010c). It includes evaluating the procedures used to reach an agreement as well as the achieved outcomes. This principle may also apply in a broader assessment of well-being (Sen, 2009; Cao, 2010a). The principle of CBDRRC has been central in international climate negotiations (Rajamani, 2006, 2011a; Gupta and Sanchez, 2013). The literature refers to the varied historic responsibility—and current capability and capacity—of countries with regard to impacts of and action to address climate change (Jacoby et al., 2010; Rajamani, 2006, 2012b; Höhne et al., 2008; Dellink et al., 2009; den Elzen et al., 2013b). Some literature assesses how the principle might be applied to actors' diverse needs (Jonas, 1984; Dellink et al., 2009), including the specific needs and vulnerabilities of developing countries (Rong, 2010; Smith et al., 2011; Bukovansky et al., 2012). Recent literature suggests that this principle's application may be more nuanced as patterns of development, emissions, and impacts evolve (Bukovansky et al., 2012; Deleuil, 2012; Müller and

Mahadev, 2013; Winkler and Rajamani, 2013). The literature describes competing views regarding the meaning of this principle in terms of its legal status, operational significance, and the obligations it may entail (Höhne et al., 2006; Halvorssen, 2007; O'Brien, 2009; Winkler et al., 2009; Winkler, 2010; Hertel, 2011). The principle of CBDRRC is further analyzed in Sections 3.3 and 4.6.

Third, the principle of precaution emphasizes anticipation and prevention of future risks, even in the absence of full scientific certainty about the impacts of climate change (Bodansky, 2004; Wiener, 2007; Urueña, 2008). Some see precaution as a strategy for effective action across diverse uncertain scenarios (Barrieu and Sinclair-Desgagné, 2006; World Bank, 2010), although the application of precaution varies across risks and countries (Hammitt, 2010). A key ongoing debate concerns whether or not this principle implies the need for stringent climate change policies as an insurance against potentially catastrophic outcomes, even if they may have very low probability (Weitzman, 2007, 2009, 2011; Pindyck, 2011; Nordhaus, 2011). The application of the precautionary principle to climate risk is further discussed in Section 2.5.5.

Fourth, the principle of sustainable development, broadly defined, emphasizes consideration of the socioeconomic needs of future generations in making decisions about current resource use (IPCC, 2007, Chapter 12; World Bank, 2010). For a detailed discussion of the literature on sustainable development, see Section 4.2.1.

## 13.2.2   Potential criteria for assessing means of international cooperation

The principles elaborated above can be translated into criteria to evaluate forms of international cooperation, thereby assisting in the design of a distribution of efforts intended to solve the collective action problem of climate protection. The AR4 put forth one set of criteria: environmental effectiveness, cost-effectiveness, distributional considerations, and institutional feasibility (IPCC, 2007, pp. 751–752). As 'metrics of success', these evaluation criteria can be applied in the context of both ex-post evaluations of actual performance and ex-ante assessments of proposed cooperation (Hammitt, 1999; Fischer and Morgenstern, 2010). Below, this section describes four evaluation criteria that are applied in Section 13.13 to assess existing and proposed forms of international cooperation to address climate change mitigation. These criteria are subject to caveats, which are detailed in Section 13.13.

### 13.2.2.1   Environmental effectiveness

The environmental effectiveness of a climate change mitigation policy is the extent to which it achieves its objective to reduce the causes and impacts of climate change. Environmental effectiveness can be achieved by reducing anthropogenic sources of GHG emissions, removing GHGs from the atmosphere, or reducing the impacts of climate change directly through increased resilience. A primary objective of

international cooperation has been to stabilize GHG concentrations at levels sufficient to "prevent dangerous anthropogenic interference with the climate system," in the words of the UNFCCC Article 2 (1992). This would require action within a time-frame sufficient to "allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner" (UNFCCC, 1992), Article 2). The Kyoto Protocol established specific emission-reduction targets for developed countries, while the Copenhagen Accord and Cancún Agreements expressed the environmental objective in terms of global average temperature increase. In addition to endorsing mitigation targets by developed countries and mitigation actions by developing countries, the Copenhagen and Cancún agreements recognized a goal of limiting increases in average global temperature to 2 °C above pre-industrial levels (UNFCCC, 2009a, 2010, 2011a).

### 13.2.2.2   Aggregate economic performance

Measuring the aggregate economic performance of a climate policy requires considering both its economic efficiency and its cost-effectiveness. Economic efficiency refers to the maximization of net benefits, the difference between total social benefits and total social costs (Stern, 2007; Nordhaus, 2008; Bosetti et al., 2010).

Cost-effectiveness refers to the ability of a policy to attain a prescribed level of environmental performance at least cost, taking into account impacts on dynamic efficiency, notably technological innovation (Jaffe and Stavins, 1995). Unlike net benefit assessment, cost-effectiveness analysis takes the environmental performance of a policy as given and seeks the least-cost strategy to attain it (Hammitt, 1999). While analysis of a policy in terms of its cost-effectiveness still requires environmental performance of the policy to be quantified, it does not require environmental performance benefits to be monetized. Thus, analysis of a policy's cost-effectiveness may be more feasible than analysis of a policy's economic efficiency in the case of climate change, as some social benefits of climate-change mitigation are difficult to monetize.

### 13.2.2.3   Distributional and social impacts

Distributional equity and fairness may be considered important attributes of climate policy because of their impact on measures of well-being (Posner and Weisbach, 2010) and political feasibility (Jacoby et al., 2010; Gupta, 2012). Distributional equity relates to burden- and benefit-sharing across countries and across time. Section 4.2.2 puts forward three justifications for considering distributional equity—legal, environmental effectiveness, and moral. The framing in Section 4.2 also identifies a relatively small set of core equity principles: responsibility, capacity, the right to sustainable development, and equality. These may be modelled with quantitative indicators, as discussed in Section 6.3.6.6. The moral justification draws on ethical principles, which are

13

reflected in the principles of the Convention (see Section 13.2.1.2; and detailed treatment of the literature on ethics in Section 3.2).

Another dimension of distributional equity is the possibility for mitigation actions in one jurisdiction to have positive or negative consequences in another jurisdiction. This phenomenon, sometimes referred to as 'response measures' or as 'spillover effects' (see WGIII AR4 Glossary), can lead to an unequal distribution of the impacts of climate change mitigation actions themselves. A plausible example of a spillover effect is the impact of emissions reductions in developed countries lowering the demand for fossil fuels and thus decreasing their prices, leading to more use of such fuels and greater emissions in developing nations, partially off-setting the original cuts (Bauer et al., 2013) This dynamic can also be important for countries with large endowments of conventional oil and gas that depend on export revenues. These countries may lose energy export revenue as a result of climate policies enacted in other countries (Kalkuhl and Brecha, 2013; Bauer et al., 2013). Additionally, climate policies could also reduce international coal trading (Jewell et al., 2013). See also Sections 6.3.6, 14.4.2, and 15.5.2 for further discussion of spillover effects.

### 13.2.2.4   Institutional feasibility

The institutional feasibility of international climate policy may depend upon agreement among national governments and between governments and intergovernmental bodies (Wiener, 2009; Schmalensee, 2010). Institutional feasibility is closely related to domestic political feasibility, because domestic political conditions affect participation in, and compliance with, international climate policies. This has been addressed in the literature on 'two-level' games (Kroll and Shogren, 2009; Hafner-Burton et al., 2012). Four sub-criteria of institutional feasibility can also be considered: *participation*, *compliance*, *legitimacy*, and *flexibility*.

First, *participation* in an international climate agreement might refer to the number of parties, geographical coverage, or the share of global GHG emissions covered. Participating parties might vary with regard to the nature and specificity of their commitments (e.g., actions versus quantitative emissions-reduction targets). Sovereign states are not bound by an international treaty or other arrangement unless they consent to participate. The literature has examined a broad array of incentives to promote breadth of participation in international agreements (Barrett, 2003; Barrett and Stavins, 2003; Stewart and Wiener, 2003; Hall et al., 2010; Victor, 2010; World Bank, 2010; Olmstead and Stavins, 2012). These incentives can be positive (e.g., financial support or technology transfers) or negative (e.g., trade sanctions). Some authors have suggested that participation limited to countries with the highest emissions enhances institutional feasibility (Leal-Arcas, 2011) and that incentive-based emissions-permit allocations, or rules requiring participation of key players, may enable larger coalitions (Dellink et al., 2008; Dellink, 2011).

Second, institutional feasibility is also partly determined by the *compliance* of participating countries with an agreement's provisions. Mechanisms to ensure compliance, in turn, affect decisions to participate, as well as long-term performance (Barrett, 2003). Incentives for encouraging compliance can be built into flexible mechanisms, such as tradable permit systems (Wiener, 2009; Ismer and Neuhoff, 2009; Keohane and Raustiala, 2010). Compliance is fundamentally problematic in international agreements, as it is difficult to establish an authority that can legitimately and effectively impose sanctions upon sovereign national governments. Despite that, indirect negative consequences of non-compliance can arise within the regime established by the agreement, or in other regimes, for example, adverse voting behaviour in international forums or reduction in foreign aid (Heitzig et al., 2011).

Third, *legitimacy* is a key component of institutional feasibility. Parties to a cooperative agreement must have reason to accept and implement decisions made under the agreement, meaning they must believe that the relevant regime represents them fairly. Legitimacy depends on the shared understanding both that the substantive rules (outputs) and decision-making procedures (inputs) are fair, equitable, and beneficial (Scharpf, 1999), and thus that other regime members will continue to cooperate (Ostrom, 1990, 2011). In practice, the legitimacy of substantive rules is typically based on whether parties evaluate positively the results of an authority's policies, while procedural legitimacy is typically based on the existence of proper input mechanisms of participation and consultation for the parties participating in an agreement (Stevenson and Dryzek, 2012).

Finally, the institutional feasibility of international climate policy depends in part on whether the institutions relevant for a policy can develop *flexibility* mechanisms—which typically require that the institutions themselves are flexible or adjustable. It may be important to be able to adapt to new information or to changes in economic and political circumstances. The institutionalization of learning among actors, which is referred to as 'social learning' in the literature of environmental governance (Pahl-Wostl et al., 2007), is an important aspect of success, enabling adaptation to changing circumstances. While institutional arrangements that incorporate a purposive process of experimentation, evaluation, learning, and revision may be costly, policies that do not incorporate these steps may be overly rigid in the face of change and therefore potentially even more costly (Greenstone, 2009; Libecap, 2011). Another area of current debate and research is the question of whether increased flexibility in designing obligations for states helps them align their international obligations more readily with domestic political constraints (von Stein, 2008; Hafner-Burton et al., 2012). This suggests that designing international climate policies involves a balance between the benefits of flexibility and the costs of regulatory uncertainty (Goldstein and Martin, 2000; Brunner et al., 2012). Chapter 2, for example in Section 2.6.5.1, goes into more depth on problems related to regulatory uncertainty.

## Box 13.1 | International agreements and developing countries

The United Nations Framework Convention on Climate Change (UNFCCC) is a statement of aspirations, principles, goals, and the means to meet commitments. The Kyoto Protocol of the UNFCCC included, for the first time, binding mitigation commitments—for nations listed in its Annex B. Other countries may assist Annex B Parties in meeting their mitigation commitments via the Clean Development Mechanism (CDM), under the Protocol's Article 12.

Annex I countries under the UNFCCC, which include all Annex B countries under the Kyoto Protocol, are largely the wealthiest countries and largest historical emitters of GHGs. However, Annex I countries' share of historical cumulative GHG emissions in 2010 is close to the share of the non-Annex I countries (Section 13.13.1.1). Thus, the Kyoto Protocol's mitigation commitments were initially consistent with the UNFCCC principle of 'common but differentiated responsibilities and respective capabilities' (CBDRRC). However, since the UNFCCC divided countries into two categories in 1992, both income patterns and the distribution of GHG emissions have changed significantly, even as variations in income and per capita responsibility for emissions remain substantial both within and between countries. Between Conference of Parties (COP)-13 (Bali) in 2007 and COP-16 (Cancún) in 2010, many developing countries put forward quantifiable mitigation *actions* (as contrasted with quantified, economy-wide emissions reductions *targets* assumed by Annex B parties under the Kyoto Protocol) and agreed to more frequent reporting and enhanced transparency of those actions. Further pledges of actions have been made since Cancún. (Section 13.13)

For many developing countries, adaptation can have comparable priority to mitigation. This may be because countries are especially vulnerable to climate change damages or they lack confidence in progress with mitigation efforts. These countries are often the least able to finance adaptation, leaving cooperative agreements to attempt to identify sources of support. (See Chapter 16 for detail.)

International collaboration regarding public climate finance under the UNFCCC dates back to 1991, when the Climate Change Program of the Global Environment Facility (GEF) was established. The literature reflects mixed evidence on the scale and environmental effectiveness of such funding. Funding for reporting and mitigation flows through four primary vehicles: the GEF, which focuses on mitigation; the Least Developed Country Fund (LDCF) and Special Climate Change Fund (SCCF), created in 2001 for adaptation purposes and operated by the GEF; the Adaptation Fund set up in 2008; and the Green Climate Fund (GCF), established in 2010 for mitigation and adaptation. (Section 13.11, see also Section 16.2) The Copenhagen Accord set a goal to jointly mobilize 100 billion USD/yr by 2020 to address the needs of developing countries.

(Section 13.11) Article 4.5 of the UNFCCC also calls for technology transfer from developed to developing countries. The Technology Mechanism, with an Executive Committee and Climate Technology Centre and Network, is seeking to fulfil this goal.

Research indicates that adaptation assistance, such as that provided by the Kyoto Protocol's Adaptation Fund, can be crucial for inclusion of developing countries in international climate agreements. Further research into the distribution of adaptation finance across countries from both UNFCCC and non-UNFCCC sources is required to assess the equity, efficiency, effectiveness, and environmental impacts of the Adaptation Fund and other funding mechanisms. Many developing countries have created institutions to coordinate adaptation finance from domestic and international funding sources. (Sections 13.3, 13.5)

The literature identifies several models for equitable burden sharing—among both developed and developing countries in international cooperation for climate change mitigation. The principles on which burden sharing arrangements may be based are described in Section 4.6.2, and the implications of these arrangements are discussed in Section 6.3.6.6. Distributional impacts from agreements will depend on the approach taken, criteria applied to operationalize equity, and the manner in which developing countries' emissions plans are financed; studies suggest potential approaches (Section 13.4, UNFCCC Secretariat 2007b, 2008). A major distributional issue is how to account for emissions from goods produced in a developing country, but consumed in an industrialized country. Such emissions have increased rapidly since 1990, as developed countries have typically been importers of embodied emissions, while many developing countries have large shares of emissions embodied in exports. (Sections 13.8, 14.3.4)

New and existing coalitions of countries have engaged in the UNFCCC negotiations, each presenting coordinated positions. Several distinct coalitions of developing countries have formed to negotiate their divergent priorities. Examples include the Group of 77 (G-77) and China, which contains sub-groups such as the African Group, the Least Developed Countries, and the Arab Group; the Alliance of Independent Latin American and Caribbean states; and a 'like-minded developing country' group that included China, India, and Saudi Arabia. Other coalitions organized to influence UNFCCC negotiations include the Alliance of Small Island States (AOSIS); various groupings of industrialized countries, including the Umbrella Group; the Environmental Integrity Group; the BASIC countries (Brazil, South Africa, India, and China); the Coalition of Rainforest Nations; and other active coalitions not limited to the climate context, for example, the Comision Centroamericana de Ambiente y Desarollo and the Bolivarian Alliance for the Americas.

13

#### 13.2.2.5   Conflicts and complementarities

Criteria may be mutually reinforcing (Cao, 2010a; c), but there may also be conflicts, forcing tradeoffs between and among them. For example, maximizing global net benefits or attaining cost-effectiveness may lead to actions that decrease distributional equity (van Asselt and Gupta, 2009), which could lead to low participation. Posner and Weisbach (2010) and Baer (2009) argue that efficiency and distribution can be reconciled by either normatively adjusting the net benefit or cost calculations to account for changes in relative utility, or by adopting redistributive policy in addition to cost-effective climate policy.

Different approaches to meet the same criteria (for example, equity) may also conflict with each other when operationalized (Fischer and Morgenstern, 2010) or lead to different results (Dellink et al., 2009). Simultaneously, there are relations among sub-criteria: excessive flexibility may undermine incentives to invest in long-term solutions, and may also increase the likelihood of participation. Compromises to enable institutional feasibility of an agreement may weaken performance along other dimensions. The environmental performance of an international agreement depends largely on tradeoffs among the ambition of an agreement with regards to mitigation goals and participation, and compliance (Barrett, 2003; Bodansky, 2011a; Rajamani, 2012a). For further discussion of potential tradeoffs between participation and environmental effectiveness, see Section 13.3.3.

## 13.3   International agreements: Lessons for climate policy

Several lessons from research on existing international agreements, as well as game-theoretic models of such agreements, can be applied to climate change institutions. This section briefly summarizes some of the key lessons, which are addressed in more detail in subsequent sections of this chapter.

### 13.3.1   The landscape of climate agreements and institutions

Since the publication of IPCC AR4 in 2007, the landscape of international institutions related to climate policy has become significantly more complex. Climate change is addressed in a growing number of fora and institutions and across a wider range of scales (Keohane and Victor, 2011; Bulkeley et al., 2012; Biermann et al., 2009, 2010; Barrett, 2010; Abbott, 2011; Hoffmann, 2011; Zelli, 2011; Rayfuse and Scott, 2012).

Figure 13.1 illustrates the variety of international, transnational, regional, national, sub-national, and non-state agreements and other forms of

cooperation, many of which have emerged since the mid-2000s. Some regimes that previously focused on other issues, e.g., trade (see Section 13.8), energy (see Chapter 7), biodiversity, and human rights have begun to address climate change. For a more detailed discussion of these initiatives, see also Section 13.5.

Future efforts for international cooperation on climate policy will need to account for this wide variety of agreements and institutions. Careful design of linkages and cooperative arrangements will be needed to manage the increasingly fragmented regime complex to prevent conflicts among institutions (Biermann et al., 2010; Keohane and Victor, 2011; Zelli, 2011), avoid gaps or loopholes (Downs, 2007), and maximize potential institutional synergies (Hoffmann, 2011; Rayfuse and Scott, 2012).

### 13.3.2   Insights from game theory for climate agreements

Game theory provides insights into international cooperation on climate policy, from research communities in environmental economics (Ward, 1993; Finus, 2001, 2003; Wagner, 2001; Barrett, 2003, 2007) and in the rationalist school of political science (Sjostedt, 1992; Downs et al., 1996; Underdal, 1998; Koremenos et al., 2001; Avenhaus and Zartman, 2007; Hafner-Burton et al., 2012). These researchers analyze the incentives and motivations of actors to join and comply with international environmental agreements (IEAs).

The game-theoretic literature on climate change agreements has grown substantially in the last two decades (Barrett, 2007; Rubio and Ulph, 2007; Chambers, 2008; Froyn and Hovi, 2008; Bosetti et al., 2009a; Asheim and Holtsmark, 2009; Dutta and Radner, 2009; Muñoz et al., 2009; Carbone et al., 2009; Weikard et al., 2010; Bréchet et al., 2011; Wood, 2011; Heitzig et al., 2011; Dietz and Zhao, 2011; Bréchet and Eyckmans, 2012; Pittel and Rübbelke, 2012). It is important, however, to treat with caution any general conclusions from recent game theory literature on climate change agreements, as many have been criticized for their simplicity. In this section, we refrain from listing assumptions in detail, and restrict attention to the most general and policy-relevant discussions. See Finus (2001, 2003) for a more detailed review of the relevant game theory literature.

By and large, the game-theoretic literature assumes actors to be states that are maximizing the welfare of their citizens (Ward, 1993; Carraro and Siniscalco, 1998; Grundig, 2006). A central premise is that there is currently no supranational institution that can impose a IEA on governments and subsequently enforce it (see Section 13.2.1.1). Thus, IEAs must be self-enforcing to engage and maintain participation and compliance (Finus, 2001; Barrett, 2007; Dutta and Radner, 2009; Rubio and Casino, 2005; Heitzig et al., 2011). Nevertheless, in theory and practice, international institutions can help to promote, negotiate, and administer an IEA. They can do so by serving to coordinate and moderate negotiations and implementation, reducing transaction costs



| UNFCCC | Kyoto Protocol, Clean Development Mechanism, International Emissions Trading |
| Other UN Intergovernmental organizations | Intergovernmental Panel on Climate Change, UN Development Programme, UN Environment Programme, UN Global Compact, International Civil Aviation Organization, International Maritime Organization, UN Fund for International Partnerships |
| Non-UN IOs | World Bank, World Trade Organization |
| Other environmental treaties | Montreal Protocol, UN Conference on the Law of the Sea, Environmental Modification Treaty, Convention on Biological Diversity |
| Other multilateral 'clubs' | Major Economies Forum on Energy and Climate, G20, REDD+ Partnerships |
| Bilateral arrangements | e.g., US-India, Norway-Indonesia |
| Partnerships | Global Methane Initiative, Renewable Energy and Energy Efficiency Partnership, Climate Group |
| Offset certification systems | e.g., Gold Standard, Voluntary Carbon Standard |
| Investor governance initiatives | Carbon Disclosure Project, Investor Network on Climate Risk |
| Regional governance | e.g., EU climate change policy |
| Subnational regional initiatives | Regional Greenhouse Gas Initiative, California emissions-trading system |
| City networks | US Mayors' Agreement, Transition Towns |
| Transnational city networks | C40, Cities for Climate Protection, Climate Alliance, Asian Cities Climate Change Resilience Network |
| NAMAs, NAPAs | Nationally Appropriate Mitigation Actions (NAMAs) of developing countries; National Adaptation Programmes of Action (NAPAs) |

**Figure 13.1** | The landscape of agreements and institutions on climate change. Lines connecting different types of agreements and institutions indicate different types of links. In some cases, lines represent a formal agreement of a division of labour (e.g. between the UNFCCC and ICAO concerning aviation emissions). In other cases, lines represent a more simple mutual recognition (e.g. the accreditation of C40 cities by the UNFCCC). In others still, lines represent a functional linkage without any formal relationship (e.g. the relationship between the CDM and the NGO certification of carbon offsets). This is a rapidly-changing landscape and not all links may be captured.

13

of negotiations, and generating trust (Keohane, 1984, 1989; Finus and Rundshagen, 2006); changing the interests of actors by providing new information or building capacity (Haas et al., 1993); enlisting actors in domestic politics within and across states (Abbott and Snidal, 2010; Hafner-Burton et al., 2012); and inculcating norms (Bodansky, 2010a).

Alternative perspectives on game theory weaken the assumption of rationality and emphasize the roles of legitimacy, norms, and acculturation in shaping behaviour under international law and institutions (Goodman and Jinks, 2004; March and Olsen, 2008; Brunnée and Toope, 2010; Bernauer et al., 2010; Hafner-Burton et al., 2012). See Chapter 2 for a discussion of behavioural approaches in the literature.

### 13.3.3    Participation in climate agreements

Greater participation in climate change agreements, all else equal, improves environmental effectiveness by covering a larger share of global emissions and reducing potential leakage to non-participating areas. Greater participation may also improve aggregate economic performance by enabling lower-cost emissions abatement and reducing leakage. An international climate agreement regime might achieve depth (ambition of emissions reduction) and breadth (of participation) in different sequence. Schmalensee (1998) argues for breadth of participation first, with less emphasis on ambition. He argues that this approach allows time to develop correspondingly broad-based institutions that can potentially facilitate substantial aggregate emissions reductions over time (Schelling, 1992; Barrett, 2003). Conversely, pursuing an arrangement with depth before breadth can be motivated by the urgency of the climate-change problem. However, such an approach may make broadening participation more difficult later on (Schmalensee, 1998), and this type of agreement could induce emissions leakage, undermining effectiveness (Babiker, 2005).

In the theoretical literature, the tradeoff between the level of abatement by a sub-set of actors and participation in an IEA has been analyzed as a comparison between an 'ambitious versus a modest treaty' (Finus and Maus, 2008; Courtois and Haeringer, 2011) or between a focal (deep and narrow) versus a consensus (broad but shallow) treaty (Barrett, 2002; Hafner-Burton et al., 2012). Scholars conclude that, overall, a consensus treaty may achieve more in terms of emission reductions and global welfare than a focal treaty. Further analysis has investigated the tradeoff between breadth and depth, and how broad participation can increase environmental effectiveness (by covering more emissions and reducing leakage), and reduce costs (by encompassing more low-cost abatement options in a larger market). Through these plausible mechanisms, greater breadth enables greater ambition (subject to the costs of attracting participants) (Battaglini and Harstad, 2012).

While most existing IEAs feature open membership, some theoretical literature finds that exclusive membership can help to stabilize IEAs, prevent defection, and lead to better environmental outcomes, even

in the context of a global public good such as climate protection (Carraro and Marchiori, 2003; Eyckmans and Finus, 2006; Finus, 2008a; Finus and Rundshagen, 2009). In practice, exclusive membership may reduce supply of a public good such as global emissions abatement, may increase emissions leakage (unless non-members are covered by their own coalition in a system of multiple agreements), and may conflict with norms of institutional legitimacy. Multiple agreements (i.e., multiple coalitions) may be a pragmatic, short- to mid-term strategy for achieving more effective cooperation if a universal treaty of all countries to limit emissions is not stable or attainable in the short-run (Finus and Rundshagen, 2003; Stewart and Wiener, 2003; Asheim et al., 2006; Eyckmans and Finus, 2006; Bosetti et al., 2009b; Bréchet and Eyckmans, 2012). Multiple coalition agreements involving all major emitters could potentially achieve better environmental effectiveness than a partial coalition acting while other countries do not act at all. However, for protecting a global public good, separate coalitions could forego some of the cost-effectiveness gains of a broader regime, and they could face questions of legitimacy (Karlsson-Vinkhuyzen and McGee, 2013). It remains unclear whether partial coalitions for climate policy will accelerate momentum for a more universal global agreement in the future, or undermine such momentum (Brewster, 2010).

International transfers can also attract participation in climate agreements, balancing the asymmetric gains from cooperation. These transfers can either be direct monetary transfers (e.g., contributions to a fund from which developing countries can draw), in-kind transfers (e.g., technology transfer), or indirect transfers via market-based mechanisms (e.g., through the initial allocation of tradable emission permits) (Carraro et al., 2006; Barrett, 2007; Bosetti et al., 2009a; Fuentes-Albero and Rubio, 2010; Bréchet and Eyckmans, 2012; Stewart and Wiener, 2003). Historically, transfers have been important for building participation in past international agreements (Hafner-Burton et al., 2012; Bernauer et al., 2013). The experience of the Montreal Protocol illustrates how transfers can engage participation by major developing countries through financial and technological assistance (Sandler, 2010; Kaniaru, 2007; Zhao, 2005, 2002; Andersen et al., 2007). The role of technology transfer in international cooperation is discussed in greater detail in Section 13.9, and the role of finance is discussed in Section 13.11.

Linkages across issues may also help encourage participation. Many linkages exist between climate change and other issues, such as energy, water, agriculture, sustainable development, poverty alleviation, public health, international trade, human rights, foreign direct investment, biodiversity, and national security (see Sections 3.4, 5.7, 6.6, and Section 13.2.1.1). Such linkages may create opportunities, co-benefits, or adverse side-effects, not all of which have been thoroughly examined. However, the advantages of issue linkage may diminish as the number of parties and issues increase, raising the transaction costs of negotiations (Weischer et al., 2012).

A different instrument to encourage participation is trade sanctions against non-parties to an IEA. The threat of trade sanctions can moti-

vate participation (Barrett, 2003; Victor, 2011), as exemplified by the Montreal Protocol. However, since participation in an international treaty is voluntary, sanctions for non-participation may be difficult to justify (see Section 13.3.4). Similar to trade sanctions are 'offsetting border adjustment measures' (BAMs) (see Section 13.8 for further discussion).

Particularly vulnerable countries may be more likely to participate in agreements that address and fund adaptation activities (Huq et al., 2004; Mace, 2005; Ayers and Huq, 2009; Denton, 2010; Smith et al., 2011). Benefits of adaptation are often local, and these local benefits may be more effective incentives for countries vulnerable to climate damages to participate in an IEA relative to the benefits of mitigation and support for technological development or deployment. Both of these alternative possible incentive mechanisms are less-excludable and are of potentially less value to lower-emitting countries, compared with adaptation benefits. Recent game theoretic analyses suggest that private co-benefits from mitigation actions may not substantially increase participation in international climate agreements (Pittel and Rübbelke, 2008; Finus and Rübbelke, 2012).

A final key issue related to participation is the role played by uncertainty. Earlier research suggested that reducing uncertainty about the benefits and costs of mitigation can render IEAs less effective, showing that as parties learn of the actual costs and benefits of mitigation, their incentive to participate may shrink (Na and Shin, 1998; Kolstad, 2005; Kolstad and Ulph, 2008). However, more recent work (Finus and Pintassilgo, 2012, 2013; Dellink and Finus, 2012) has qualified this conclusion by showing that removing uncertainty only has a negative impact on cooperation in certain cases. Recent experimental evidence suggests that if there is uncertainty in the likelihood of tipping points of disastrous climate change impacts, this may reduce the success of cooperation (Dannenberg et al., 2011); conversely, reducing uncertainty about the likelihood of tipping points can increase prospects for collective action (Barrett and Dannenberg, 2012).

### 13.3.4    Compliance

As noted in Section 13.2.1.1, in the absence of a supranational authority, compliance with international agreements must be verified by parties to the agreement or through a related collaborative body they perceive as legitimate. Barrett (2003) sees compliance as a dimension of participation, in the sense that incentives to comply are incentives to continue participating in the agreement. The reputational costs of being a non-compliant party may differ from those of withdrawing altogether, but the magnitude of the difference is not clear. For example, there is only one case of withdrawal from the Kyoto Protocol, that of Canada in December 2011, but more than one case in which countries have not met their agreed emission targets (see Section 13.13.1.1).

Compliance does not necessarily equate with success—because countries choose whether to become party to an agreement, compliance may only reflect what countries would have done without the agreement (Downs et al., 1996). One measure of effectiveness is the extent to which the agreement changed countries' behaviour, compared to what they would have done in the absence of the agreement (the counterfactual baseline scenario) (Hafner-Burton et al., 2012). Evaluating an agreement's effectiveness is difficult because the counterfactual is not observed (Simmons and Hopkins, 2005; Mitchell, 2008; Hafner-Burton et al., 2012).

A necessary condition for successful compliance strategies is an independent and effective regime of 'measurement (or monitoring), reporting, and verification' (MRV) with a high frequency of reporting (as documented in the IPCC TAR; see also Section 2.6.4.3). Provisions for greater transparency in MRV are being developed with regard to (1) countries' GHG emissions, and (2) international financial flows from developed countries to developing countries for mitigation and adaptation measures (Winkler, 2008; Breidenich and Bodansky, 2009; Ellis and Larsen, 2008; Ellis and Moarif, 2009; Clapp et al., 2012). Lessons on MRV from other multilateral regimes—such as International Monetary Fund (IMF) consultations, Organisation for Economic Co-operation and Development (OECD) economic policy reviews, World Trade Organization (WTO) trade policy reviews, and arms control agreements—include attention to accuracy, evolution over time, combining self-reporting with third-party verification, including independent technical assessment as well as some form of political or peer review, the potential use of remote sensing or other technical means, and public domain outputs (Cecys, 2010; Pew Center, 2010; Bell et al., 2012).

Technical capabilities for monitoring emissions now include remote sensing from satellites which themselves pose new issues about the availability, diffusion, and governance of MRV capabilities for greater transparency. Greater transparency about financial flows requires detailed analysis of donor government budgeting in their legislative and administrative processes (Clapp et al., 2012; Falconer et al., 2012; Brewer and Mehling, 2014).

Measurement, reporting, and verification may be beneficially complemented by enforcement strategies, which are comprised of positive inducements—such as international transfers, financing, capacity-building, and technology transfer—and credible threats of sanctions for violating emissions commitments or reporting requirements. From a rationalist perspective, compliance will occur if the discounted net benefits from cooperation (including direct climate benefits, co-benefits, reputation, transfers, and other elements) exceed the discounted net benefits of defection (including avoided mitigation costs, avoided adverse side-effects, and expected sanctions). The institutional and behavioural reality of ensuring compliance can be more complicated. Moreover, the theoretical literature has stressed the difficulty of designing credible sanctions that are renegotiation-proof (Finus, 2001, 2003; Barrett, 2002; Asheim et al., 2006; Froyn and Hovi, 2008).

**13**

Some research suggests that the Kyoto Protocol is unusual among IEAs in that it established an 'elaborate and multifaceted' compliance system, which has been successful in assuring compliance with MRV requirements (Finus, 2008b; Oberthür and Lefeber, 2010; Brunnée et al., 2012), while many other IEAs rely on self-reporting of domestic actions. Compliance with MRV requirements can in turn improve detection of other forms of noncompliance. Even if the Kyoto Protocol compliance regime has been imperfect, it can offer lessons for future regimes, in particular with regard to MRV. The design of sanction mechanisms currently in place under the Kyoto Protocol, however, has also been criticized for not being fully credible (Halvorssen and Hovi, 2006; Barrett, 2009; Vezirgiannidou, 2009), though possibilities for improvement through modification have been identified (Finus, 2008b). For example, a sanction could take the form of a temporary suspension of monetary and technological transfers if recipient countries are found in non-compliance (Finus, 2008b). It has also been shown that a deposit system can be effective to enforce compliance: treaty members lodge a deposit into a fund from which they receive interest as long as they comply. In case of non-compliance, parts of the deposit are forfeited to compliant countries (Gerber and Wichardt, 2009, 2013).

Trade sanctions, such as those employed under the Montreal Protocol, are frequently put forward as a possible compliance mechanism (Barrett, 2003; Victor, 2011) (see Section 13.8 for institutional details and further discussion). A general reservation about trade sanctions is that they often not only affect the agreement-violator but also compliant countries, and hence this threat is not credible. Barrett (2009), Victor (2010), and others argue that trade sanctions are neither a feasible nor a desirable option for enforcing compliance with a climate agreement because trade sanctions may not be compatible with WTO rules. A WTO-compatible design may be feasible in the case of border adjustments with obligations to buy allowances (Ismer and Neuhoff, 2007; Monjon and Quirion, 2011). Meanwhile, imposition of trade sanctions would pose some risks of reducing cooperation by undermining capacity for compliance in targeted countries and could be burdensome to low-income populations in targeted countries (Murase, 2011). Especially if applied to embedded carbon (carbon from energy used to produce traded goods), the number of goods affected by the sanctions could be large, potentially fuelling a trade war that may negatively affect even those countries that intend to be the punishers (McKibbin and Wilcoxen, 2009) (see Sections 13.8 and 5.4.1 for further discussion).

Finally, there is a considerable literature on the potential use of legal remedies (such as civil liability) to address climate damages (Penalver, 1998; Grossman, 2003; Allen, 2003; Gillespie, 2004; Hancock, 2004; Burns, 2004; Verheyen, 2005; Jacobs, 2005; Smith and Shearman, 2006; Lord et al., 2011; Farber, 2011; Faure and Peeters, 2011). There has been little suggestion that such liability remedies be formally incorporated into climate agreements as compliance mechanisms, and there would be significant obstacles to doing so (including the lack of a robust international civil liability system). Nonetheless, this is a potential avenue for encouraging compliance, perhaps indirectly. The IPCC AR4 (IPCC, 2007) reported on evidence from various legal actions and

potential actions that have been considered in the theoretical literature. Haritz (2011) has argued, based on an analysis of the literature and court cases, that it is theoretically possible to link the IPCC scale of likelihood with a scale based on legal standards of proof required for various kinds of legal action. Liability for climate change damage at the supranational level (de Larragán, 2011; Gouritin, 2011; Peeters, 2011), and at the national level in the United Kingdom (Kaminskaite-Slaters, 2011), the United States (Kosolapova, 2011), and the Netherlands (van Dijk, 2011), has been explored. Climate litigation and legal liability may put additional pressure on corporations and governments to be more accountable (Smith and Shearman, 2006; Faure and Peeters, 2011). However, there are key analytical hurdles to establishing important legal facts, such as causation and who is to be held liable (Gupta, 2014). While not framed in terms of liability or compensation, the UNFCCC negotiations in Doha decided to establish institutional arrangements associated with Loss and Damage (UNFCCC, 2013a).

## 13.4   Climate policy architectures

'Policy architecture' for global climate change refers to "the basic nature and structure of an international agreement or other multilateral (or bilateral) climate regime" (Aldy and Stavins, 2010a). The term includes the sense of durability, with regard to both policy structure and the institutions to implement and support that structure (Schmalensee, 1998, 2010), which is appropriate to the long-term nature of the climate-change problem.

### 13.4.1   Degrees of centralized authority

Absent the emergence of a global authority that has the capacity to impose an allocation of emissions rights on countries, as advocated by Tickell (2008), approaches to international cooperation all arise out of negotiated agreements among independent participants. However, they vary in the degree to which they confer authority on multilateral institutions to manage the rules and processes agreed to. On one end of the spectrum of possible approaches, referred to by some as 'top-down' (Dubash and Rajamani, 2010), actors agree to a high degree of mutual coordination of their actions with, for example, fixed targets and a common set of rules for specific mechanisms, such as emissions trading. On the other end of the spectrum, sometimes known as 'bottom-up' (Victor et al., 2005; Dubash and Rajamani, 2010), national policies are established that may or may not be linked with one another.

Figure 13.2 illustrates how existing and proposed international agreements can be placed on this spectrum (see IPCC, 2007, pp. 770–773 for a detailed list of many proposals that could be placed in this grid). The level of centralization refers to the authority an agreement confers on

an international institution, not the process of negotiating the agreement. It shows that many proposals can be more or less centralized depending on the specific design. It also shows that the three idealized types discussed in the following sections have more blurred boundaries than their titles suggest. The figure also divides them into agreements focused on specific ends (emissions targets, for example)—and those that focus on means (specific policies, or technologies, for example). Finally, it should be understood that these are idealized types, and in practice there will be considerable additional complexity in how the basic design of agreements connect the actions of the various actors that make them up. There are distinct limits to what can be gleaned

from the 'top-down vs bottom-up' metaphor or the degrees-of-centralization notion employed here (Dai, 2010) as, for example, emphasized in Ostrom's (2012) accounts of 'polycentric governance'.

As one prominent example, the Cancún Agreements are a 'hybrid' of top-down and bottom-up. They include voluntary mitigation pledges from many (but not all) UNFCCC parties, together with additional or elaborated common goals and centralized UNFCCC functions (e.g., with regard to adaptation, see Part II of the Cancún Agreements (UNFCCC, 2010)). It is quite possible that the agreement mandated by the Durban Platform on Enhanced Action, to be completed by 2015, will also be such a hybrid.



Loose coordination of policies: examples include transnational city networks and Nationally Appropriate Mitigation Actions (NAMAs);
R&D technology cooperation: examples include the Major Economies Forum on Energy and Climate (MEF), Global Methane Initiative (GMI), or Renewable Energy and Energy Efficiency Partnership (REEEP); Other international organization (IO) GHG regulation: examples include the Montreal Protocol, International Civil Aviation Organization (ICAO), International Maritime Organization (IMO).

**Figure 13.2** | Alternative forms of international cooperation. The figure represents a compilation of existing and possible forms of international cooperation, based upon a survey of published research, but is not intended to be exhaustive of existing or potential policy architectures, nor is it intended to be prescriptive. Examples in orange are existing agreements. Examples in blue are structures for agreements proposed in the literature. The width of individual boxes indicates the range of possible degrees of centralization for a particular agreement. The degree of centralization indicates the authority an agreement confers on an international institution, not the process of negotiating the agreement.

**13**

#### 13.4.1.1 Centralized architectures and strong multilateralism

A centralized architecture, such as that generated by strong commitments to multilateral processes and institutions, is an agreement that establishes goals, targets, or both which are generally binding, for participating countries, within a specific time-frame, and establishes collective processes for monitoring progress towards meeting those goals. The Kyoto Protocol adopted targets and timetables for participating Annex B countries, one realisation of strong multilateralism (Bodansky, 2007). Other centralized approaches to international cooperation could expand on targets-and-timetables by also specifying the mechanism for implementation of the goals and/or targets of the agreement. Such an approach could establish, for example, a global cap-and-trade system or global carbon tax.

In the literature, targets-and-timetables have been coupled with specific notions of fairness, prospective conditions for political acceptance, or both—to establish quantitative targets and timetables for all countries and all years in a potential international agreement (Agarwala, 2010; Frankel, 2010; Höhne et al., 2008; Bosetti and Frankel, 2011; Cao, 2010c; IPCC, 2007, Chapter 13).

#### 13.4.1.2 Harmonized national policies

A less-centralized approach would be to structure international cooperation around policies that would be harmonized, such as via collective monitoring, but where relatively little centralized authority is established or employed. In this class of approaches, aspects of national policies are made similar or even equivalent to one another. Examples include the G20 and Asia-Pacific Economic Cooperation (APEC) agreement in 2009 to phase out fossil fuel subsidies that encourage wasteful consumption (Barbier, 2010); the EU's use of private certification schemes for biofuels to link to its import policies for such fuels; efforts to harmonize private carbon-accounting systems, such as in the Carbon Disclosure Standards Board (Lovell and MacKenzie, 2011); hypothetical national carbon taxes that would be harmonized internationally (Cooper, 2010); adjusting design details of cap-and-trade schemes that are to be linked; and implementation of similar technology or performance standards. Many of these involve—or would involve—relatively limited numbers of actors, compared to UNFCCC agreements, reflecting the 'minilateralism' discussed in Section 13.2.1.1.

The so-called 'pledge and review' approach, exemplified to some degree by the Copenhagen Accord and the Cancún Agreements, is an architecture in which a participating nation or region voluntarily registers to abide by its stated domestic reduction targets or actions (pledges). The degree of centralization generated by this approach could vary considerably (see Figure 13.2), depending on the particular arrangement. If a pledge and review system, such as that represented by the Cancún Agreements, involved cooperation in forging an agreement that provided some centralized administration or monitoring

(in addition to the voluntary announcement of pledges by individual countries), it could be considered an example of strong multilateralism, although perhaps with less centralized authority than the Kyoto Protocol or of coordinated national policies.

#### 13.4.1.3 Decentralized approaches and coordinated policies

Finally, even more decentralized architectures may arise out of different regional, national, and sub-national policies, and subsequently vary in the extent to which they are connected internationally (Victor et al., 2005; Hoffmann, 2011). One form of decentralized architecture is linked regional, national, or sub-national tradable permit systems (Jaffe et al., 2009; Ranson and Stavins, 2012; Mehling and Haites, 2009). In such a system, smaller-scale tradable permit systems can be linked directly (e.g., through mutual recognition of the permits from other systems) or indirectly (e.g., through mutual recognition of an emission reduction credit system such as the Kyoto Protocol's CDM). In practice, such a system of linkage is already emerging. However, there remains the challenge of harmonizing the design details of the various trading systems, as discussed above (e.g., emissions reductions requirements, proportions of target emissions that may be covered by offset credits, use of ceiling or floor prices, and accounting units (Jaffe et al., 2009; Bernstein et al., 2010).

Similarly, heterogeneous regional, national, or sub-national policies could be linked either directly or indirectly (e.g., cap and trade in one jurisdiction linked with a tax in another) (Metcalf and Weisbach, 2012). Linkage of heterogeneous policies can occur through trade mechanisms (e.g., import allowance requirements or border adjustments) or via access to a common emission reduction credit system (e.g., the CDM, as with indirectly linked tradable permit systems).

#### 13.4.1.4 Advantages and disadvantages of different degrees of centralization

Some authors conclude, particularly post-Copenhagen, that attempts to develop a comprehensive, integrated climate regime have failed, due to resistance to costly policies in both developed and developing countries and lack of political will (Michonski and Levi, 2010; Keohane and Victor, 2011), or alternatively because of the complexity that characterizes the problem (Hoffmann, 2011). Other analyses emphasize the legitimacy of the UN, particularly citing its universal membership (Hare et al., 2010; Winkler and Beaumont, 2010; Müller, 2010; La Viña, 2010) and noting that fragmentation of the climate regime could create opportunities for forum shopping, a loss of transparency, and reduced ambition (Biermann et al., 2009; Hare et al., 2010; Biermann, 2010). Other studies have examined (1) the evolution of multilateralism (Bodansky and Diringer, 2010) and possible transitional arrangements from fragmentation to a comprehensive agreement (Winkler and Vorster, 2007), and (2) how to manage fragmentation so that it

may become synergistic rather than prone to conflict (Biermann et al., 2009; Oberthür, 2009).

## 13.4.2 Current features, issues, and elements of international cooperation

The policy architecture for climate change raises a number of specific questions about the structure of international cooperation. Four specific elements are of particular contemporary relevance: legal bindingness; goals, actions, and metrics; flexibility mechanisms; and participation, equity, and effort-sharing methods. These four elements deal with the key questions of how much an agreement insists on compliance with its obligations, what obligations it establishes, how flexible the implementation of the obligations may be, and how the obligations may vary across actors and situations. The discussion below focuses on mitigation of GHG emissions, but the four key elements apply as well to adaptation, financing, and other potential topics of international agreements on climate change. For example, UNFCCC Article 4(1)(b) (UNFCCC, 1992) calls on "all parties" to formulate and implement both "measures to mitigate climate change" by reducing net GHG emissions, and "measures to facilitate adequate adaptation to climate change." Understanding what is meant by such obligations requires examining these four key elements.

### 13.4.2.1 Legal bindingness

States choose whether to join an agreement, and can withdraw from an agreement, so international agreements exist by consent of the parties (Waltz, 1979; Thompson, 2006). Having said this, international agreements among states (national governments) may be more or less 'legally binding' on their parties. The degree of 'bindingness' depends on both the legal form of the agreement and the costs to the state of noncompliance.

Among the indicators of legal bindingness in the agreement itself are (1) legal type (e.g., treaty, protocol to a treaty, decision of the UNFCCC Conference of the Parties, and political declaration); (2) mandatory commitments, i.e., whether a commitment is 'expressed in obligatory language' (e.g., 'shall' or 'must', vs. 'should' or 'aim') (Werksman, 2010)(Werksman, 2010)(Werksman, 2010); (3) specificity, i.e., "… whether [commitments] are expressed in sufficient detail to accurately assess compliance"; and (4) the type of enforcement procedures, mechanisms, and sanctions designed to implement an agreement by monitoring, reviewing, and encouraging compliance with commitments (Werksman, 2010).

International agreements may be labelled 'hard law' (such as treaties, their protocols, and contracts) that are legally binding on the

**Table 13.1** | Taxonomy of legal bindingness: examples of commitments in international agreements for climate change.

| Legal character (noting relevance of indicators 1–4 discussed in the text) | Description | Example |
|---|---|---|
| Mandatory provision in a legally binding agreement with enforcement mechanisms. (1)–(4) | A legally binding commitment can be subject to a compliance regime, with authority to sanction non-compliant parties. Enforcement can also come in the form of reciprocity for non-compliant actions. | The targets and timetables in the Kyoto Protocol (UNFCCC, 1998) and the Marrakech Accords (UNFCCC, 2001), with specific quantitative emissions limits, a compliance system that sanctions non-compliance, and flexibility mechanisms. (Outside the climate arena, the World Trade Organization is the most prominent example of this type.) |
| Mandatory provision in a legally binding agreement without enforcement mechanism. (1) and (3); possibly (3); but not (4) | 'Legally binding,' but subject only to self-enforcement. | Article 4.1 of the UNFCCC (1992), mandating, *inter alia*, national emissions inventories, measures to mitigate, and measures to facilitate adaptation. |
| Non-mandatory provision in a legally binding agreement. (1), but not (2)–(4) | Such a provision does not demand compliance, but carries somewhat more weight than a political agreement. | Article 4.2 (a) and (b) of the UNFCCC (1992) commit developed countries to adopt policies and measures to limit their net GHG emissions (a mandatory provision); 4.2(b) then 'recognizes' that returning these emissions to earlier levels by the year 2000 would be desirable, and 4.2(b) provides the 'aim' of returning to 1990 levels (both non-mandatory provisions). |
| Mandatory provision in a non-legally binding ('political') agreement. (2), possibly (3); but not (1) or (4) | Such a provision may induce the party to act, through norms, reputation, and reciprocity. | The pledges on targets and actions submitted by states pursuant to the Copenhagen Accord (UNFCCC, 2009a) and Cancún Agreements (UNFCCC, 2010). (Outside the climate arena, the moratorium on high seas driftnet fishing is treated as binding by many states, even though United Nations General Assembly (UNGA) resolutions are not binding.) |
| Non-mandatory provision in a non-legally binding ('political') agreement. None of (1)–(4) | An aim or aspiration, expressed in hortatory, non-binding language. This type of provision typically includes one or more statements of principles or norms. | Targets set in the Noordwijk Declaration (1989), at a ministerial conference on climate change held prior to the 1992 Rio summit. |

13

parties, or 'soft law' (such as declarations, resolutions, and guidelines) that are not legally binding. But the reality is more complex (Baxter, 1980; Abbott et al., 2000; Bodansky, 2010a; Guzman and Meyer, 2010). Across types of agreements, commitments may be more or less legally binding; for example, although treaties often contain mandatory commitments, a treaty may also contain hortatory provisions, such as aims and pledges, which are understood to be aspirational; while a political declaration may nonetheless contain provisions that raise strong expectations and consequences for failure (Raustiala, 2005). Some commitments may be specific and subject to monitoring and accountability, while others are vague and difficult to verify (Abbott and Snidal, 2000). Further, across types of agreements, the enforcement mechanism may be weak or rigorous, ranging from inaction to admonishments to trade sanctions to military force.

The bindingness of an agreement depends on the costs to a state of nonparticipation, noncompliance, or withdrawal—as well as to legal form. These costs include, as discussed above (see Section 13.3.4), not only the costs of sanctions imposed by the agreement's enforcement mechanism, but also the costs incurred from the state's loss of reputation and from the loss of mutual cooperation by other states. Reputational costs and lost-cooperation costs can influence states to adhere to (initially informal) norms; hence strong norms with high costs of violation are sometimes called 'binding' (Hoffmann, 2005, 2011; MacLeod, 2010).

Table 13.1 provides a taxonomy of the bindingness of international agreements (Bodansky, 2003, 2009). The usage of 'mandatory' in the table refers to the specific wording of the commitment—not to a state's choice of whether to participate or not.

Research has not resolved whether or under what circumstances a more binding agreement elicits more effective national policy. In general, a more legally binding commitment is more subject to monitoring and enforcement (both internationally and domestically), is more likely to require ratification by domestic institutions, and signals a greater seriousness by states (Bodansky, 2003; Rajamani, 2009). These factors increase the costs of violation (through enforcement and sanctions at international and domestic scales, the loss of mutual cooperation by others, and the loss of reputation and credibility in future negotiations).

On the other hand, there may be situations where there is a tradeoff between legal bindingness and ambition (stringency of commitments). Because greater legal bindingness implies greater costs of violation, states may prefer more legally binding agreements to embody less ambitious commitments, and may be willing to accept more ambitious commitments when they are less legally binding. (Rajamani, 2009; Raustiala, 2005; Guzman and Meyer, 2010; Albin, 2001; Grasso and Sacchi, 2011; Bodansky, 1999; Bernstein, 2005; See also Sections 13.2.2.5 and 13.3.3)

### 13.4.2.2   Goals and targets

Most agreements that advance international cooperation to address climate change incorporate goals. 'Goals' are 'long-term and systemic' (as contrasted with absolute emissions-reduction 'targets,' which may flow logically from the goals but which are 'near-term and specific') (IPCC, 2007, Chapter 13). The goals of an international agreement might include, for example, stabilization levels (or a reduction in a previously agreed stabilization level) of atmospheric concentrations of GHGs—or reductions in impacts of climate change.

Targets can be classified according to whether they require absolute GHG cuts relative to a historical baseline, or reductions relative to economic output, population growth, or business-as-usual projections (intensity targets). In recent literature on targets´ metrics, there has been a focus on whether or not intensity targets are superior to fixed ones when there is uncertainty about the future (Jotzo and Pezzey, 2007; Marschinski and Edenhofer, 2010; Sue Wing et al., 2009; Conte Grand, 2013). There are tradeoffs between reduced uncertainty about the cost of abatement, associated with intensity targets, and reduced uncertainty about environmental effectiveness, associated with absolute targets (Ellerman and Wing, 2003; Herzog, Timothy et al., 2006).

In the UNFCCC climate negotiations, examples of fixed targets are Kyoto Annex B country-emission reductions by 2008–2012 with respect to 1990 levels, and Copenhagen pledges (Some of the developed countries propose emissions reductions by 2020 with respect to some base year—1990, 2000, or 2005—while some of the developing economies suggest reductions by 2020 with respect to their business-as-usual trends). On the other hand, intensity targets have been proposed by China and India: their pledge is a reduction of carbon intensity (i.e., emissions/gross domestic product (GDP)) between 40 and 45 % and 20 and 25 % respectively by 2020 with respect to 2005 (Steckel et al., 2011; Zhang, 2011; Yuan et al., 2012; Cao, 2010b; Government of India, 2012). Another carbon target linked to GDP was the one planned by Argentina in 1999 (Barros and Conte Grand, 2002).

### 13.4.2.3   Flexible mechanisms

One focus of international negotiations has been enabling states to have flexibility in meeting obligations. In principle, there are numerous ways this could be achieved. For example, there could be provisions for renegotiating targets. The most often-cited benefit of flexibility is reduction in the costs associated with GHG-emissions reductions. However, Hafner-Burton et al. (2012) explore whether increased flexibility in designing obligations for states helps them align their international obligations more readily with domestic political constraints.

In existing interstate agreements, flexibility has been pursued principally through mechanisms that create markets. The rationale for these is to lower the cost of reducing emissions, relative to traditional regula-

tory regimes, as they direct investments in emissions reductions toward lower-cost abatement opportunities available in various jurisdictions. Such flexible mechanisms can involve trading emissions allowances under a fixed overall cap, generating offset credits, or combinations of the two. Generally, offset credits can be generated through project-based mechanisms or crediting of policies and sectoral actions. The former have been developed since the mid-1990s, with the CDM as by far the largest programme (Michaelowa and Buen, 2012); the literature assessing the CDM is reviewed in Section 13.13.1.1.) The latter are still being discussed with regards to post-2012 climate policies in the context of 'new market mechanisms' related to mitigation policies in developing countries (Nationally Appropriate Mitigation Actions (NAMAs). Additionally, inter-temporal flexibility may be added to an allowance-trading regime through banking and borrowing of allowances, by which regulated entities may transfer current obligations to the future or vice versa. However, the environmental effectiveness and distributional impact of carbon markets have also raised concerns (Lohmann, 2008; Böhm and Dabhi, 2009).

The Kyoto Protocol provides three flexible mechanisms: Joint Implementation (JI), the CDM, and international emissions trading (IET) (in Articles 6, 12, and 17, respectively). Joint Implementation and CDM both generate offset credits from projects that reduce GHG emissions, and IET allows for government-to-government trading of Kyoto emissions allowances. Most attention in the research on these mechanisms has focused on the CDM, in part because of the volume of trading compared to the others (on the relatively small volume in Kyoto emissions trading, see Aldrich and Koerner, 2012).

The credits from JI and CDM may be used by Annex B countries to meet their emissions-reduction obligations. In practice, the key driver of investment in CDM projects has been the European Union (EU) Emission Trading Scheme (ETS), which allows regulated entities (companies or installations) to use credits from the CDM (referred to as 'Certified Emission Reductions' (CERs) and from JI (referred to as 'Emissions Reduction Units' or ERUs) to meet a portion of their ETS obligations (see Sections 13.6.1 and 14.4.2.1 for details). The EU ETS has accounted for about 84 % of demand for CERs and ERUs from 2008–2012. The next largest source of demand for CERs and ERUs comes from Japan, at 15 % of demand (Kossoy and Guigon, 2012).

Market-based flexibility mechanisms are evolving. Japan is pursuing bilateral crediting approaches under its Joint Crediting Mechanism/Bilateral Offset Crediting Mechanism (Ministry of the Environment, Government of Japan, 2012). COP-17 in Durban in 2011 mandated two approaches be pursued in the UNFCCC negotiations leading to a new international agreement in late 2015: (1) top-down, operating under authority of the COP ('new market-based mechanism'), which, as noted, focuses in large part on sectoral crediting; and (2) bottom-up, developed by countries 'in accordance with their national circumstances' ('framework for various approaches'), which attempts to coordinate heterogeneous policies across countries. COP-18 in Doha, Qatar, in 2012 reiterated and developed further details regarding these two approaches (UNFCCC, 2013b).

### 13.4.2.4    Equitable methods for effort sharing

While universal participation might be desirable in principle, actors participate in a context of heterogeneity in both economic capacity and emissions levels. Variations in both wealth and emissions have evolved over time; for example, many countries classified in the 1992 UNFCCC as developing (non-Annex I) have since experienced increasing incomes and increasing emissions (in some cases exceeding the incomes and/or emissions of some countries classified in 1992 as developed (Annex I)). These variations and continued differences are discussed further in Section 4.1.2.2. As to participation in international agreements, in general, a country is less likely to participate in an international agreement the more the country perceives the agreement to be unfair to its own economic and environmental interests. Addressing climate change equitably can thus be central to pursuing broad participation in climate agreements.

There is disagreement, however, about how to put equity principles into practice in international agreements. The UNFCCC adopted the principle of CBDRRC of parties (Article 3.1) (UNFCCC, 1992). Several different approaches have been advanced for putting this principle into practice. Deleiul (2012) argues that CBDRRC initially facilitated agreement and participation in the UNFCCC, but has become more contentious as national variations in income and emissions have evolved over time (hence Deleiul sees promise in the Durban Platform, which calls for mitigation contributions from all parties in a new treaty concluded by 2015, to take effect by 2020).

Section 4.6.2 elaborates these different approaches in detail, and suggests they can be broadly divided into those that start with the status quo of emissions, that thus focus on the question of 'effort-sharing' or 'burden sharing,' and those that start with a specific account of 'rights' to GHG emissions (such as equal per capita or equal per GDP emissions) and derive targets for countries from that formula (known as 'resource-sharing'). Rao (2011) refers to these as burden sharing vs. resource-sharing equity principles. Burden sharing methods are reviewed in (Jotzo and Pezzey, 2007; den Elzen and Höhne, 2008, 2010; Winkler et al., 2009; Chakravarty et al., 2009; Mearns and Norton, 2010; Frankel, 2010; Ekholm et al., 2010; Marschinski and Edenhofer, 2010; Cao, 2010c; Tavoni et al., 2013; den Elzen et al., 2013b; Höhne et al., 2013). 'Resource-sharing' approaches are examined in (Höhne et al., 2006; Chakravarty et al., 2009; Baer et al., 2009; Kanitkar et al., 2010; Jayaraman et al., 2011; Rao, 2011; Kartha et al., 2012).

Section 6.3.6.6 elaborates a wide range of possible approaches and quantifies them in terms of levels of emissions reductions for various world regions. One recent example is Winkler et al. (2013), which evaluates several approaches for mitigation of and adaptation to climate change, and suggests that these call for more mitigation in wealthier countries. Recent research is also comparing various measures of equity for climate policy within developing countries (Casillas and Kammen, 2012). Section 13.13 assesses existing and proposed agreements in light of these criteria.

13

**Table 13.2 |** Description of recent proposals for climate change policy architectures.

| Proposed Architecture (recent references) | Description |
|---|---|
| **Strong multilateralism** | |
| Indicator-linked national participation and commitments (Baer et al., 2009; Chakravarty et al., 2009; Frankel, 2010; Bosetti and Frankel, 2011; WBGU, 2009; Cao, 2010c; BASIC Project, 2007; Winkler et al., 2011) | All countries adopt emissions targets and timetables, with time of participation and/or target levels based on one or more indicators (per capita income, economic cost as percentage of national income, historical emissions). Targets can both be reductions in emissions growth rates as well as absolute reductions. |
| Per capita commitments (Agarwal, 2010) | Countries implement equal per capita emissions targets, resulting in significant emissions increases for many developing countries, and significant decreases for industrialized countries. |
| Top-down burden sharing (Baer et al., 2009; Kartha et al., 2012; Cao, 2010c; Kanitkar et al., 2010; Jayaraman et al., 2011) | Emissions targets based on equal per capita emissions, mitigation burden proportional to cumulative emissions and ability to pay, countries with similar economic circumstances have similar burdens, and poorest countries and individuals exempt from obligations. |
| Sectoral approaches (Sawa, 2010; Schmidt et al., 2008; Barrett, 2010; den Elzen et al., 2008) | Countries develop national emissions targets by sector, and governments make international commitments to implement policies to achieve targets (Sawa, 2010) or based on staged sectoral approach (den Elzen et al., 2008); can be developed in a portfolio of treaties (Barrett, 2010). Alternatively, developing countries pledge to meet voluntary sectoral targets; reductions beyond targets can be sold to industrialized countries (Schmidt et al., 2008). |
| Portfolio system of treaties (Barrett, 2010; Stewart et al., 2012) | Separate international treaties concluded for different sectors, different GHGs. Treaty obligations apply globally, and developing countries offered financial assistance to aid compliance and induce participation. Trade restrictions used to enforce agreements in trade-sensitive sectors. |
| **Harmonized national policies** | |
| Global emissions permit trading system (Ellerman, 2010) | The EU ETS serves as prototype for a global emissions trading system. Design informed by EU ETS experience, which has a central coordinating institution (the European Commission), mechanisms to expand participation to new Member States, and effective financial flows resulting from trading. Distributional impacts addressed by specific design features. |
| International carbon tax (Cooper, 2010; Nordhaus, 2008; Metcalf and Weisbach, 2009) | A common charge levied on all global GHG emissions, most practically upstream (at oil refineries, gas pipelines, mine mouths, etc.). Each country collects and keeps its own revenues. Charges rise over time according to schedule to induce cost-effective technological change. Distributional impacts addressed by allocation of revenues. |
| Hybrid market-based approaches (Fell et al., 2012) | A tradable emissions permit system includes a price ceiling, a price floor, or a combination of the two (a price collar). System functions like a hybrid of a tax and a tradable permit system. The price ceiling (often called a 'safety valve') can take the form of unlimited allowances sold at a fixed price or a limited allowance reserve. |
| **Decentralized architectures and coordinated national policies** | |
| Linked domestic cap-and-trade systems (Jaffe and Stavins, 2010; Jaffe et al., 2009; Bernstein et al., 2010; Metcalf and Weisbach, 2012; Ranson and Stavins, 2013) | Domestic and international emissions trading and emissions reduction credit systems linked, directly or indirectly, to achieve cost savings. Direct linkages require more coordination, while indirect linkages (of cap-and-trade systems through a common credit system, for example) require less. Linkage achieved independently (as a bottom-up architecture), as a transition to a new top-down architecture, or as an element of a broader climate agreement. |
| Linked heterogeneous policy instruments (Metcalf and Weisbach, 2012) | Domestic and international emissions trading systems linked with carbon tax systems, allowing emissions permits from one country to be remitted as tax payments, and/or allowing payments in excess of the tax in one country to satisfy the requirement to own a permit in another. Alternatively, fixed emissions standards (or even technology standards) linked with taxes or tradable permit systems across countries or regions. |
| Technology-oriented agreements (Newell, 2009, 2010a; de Coninck et al., 2008) | International climate change agreements to cover issues such as knowledge sharing and coordination, joint research and development, technology transfer, and/or technology deployment mandates or incentives. Distributional impacts affected by intellectual property sharing rules. |

### 13.4.3    Recent proposals for future climate change policy architecture

An extensive literature has examined what options could be pursued 'post-2012', after the end of the first commitment period (CP1) of the Kyoto Protocol. The literature now contains several surveys of diverse proposals (see summaries of pre-2007 literature in Höhne et al., 2008; Moncel et al., 2011; Aldy and Stavins, 2010b; Rajamani, 2011b, 2012a; IPCC, 2007, Chapter 13). Table 13.2 describes recent proposals for climate policy architectures. Qualitative and quantitative performance assessments of these proposals, where available, are surveyed in Section 13.13.

### 13.4.4    The special case of international cooperation regarding carbon dioxide removal and solar radiation management

Since the publication of AR4, carbon dioxide removal (CDR) and solar radiation management (SRM) have received increasing attention as a means to address climate change, distinct from mitigation and adaptation. These two approaches are often collectively referred to as 'geoengineering' or 'climate engineering' (for more detail, see Working Group (WG) I contribution to the IPCC Fifth Assessment Report (AR5) Section 6.9). Carbon dioxide removal refers to techniques to extract GHGs

directly from the atmosphere and store them in sinks, or to directly enhance such sinks. Solar radiation management aims to reduce the amount of solar radiation absorbed by the Earth's surface. Proposed SRM projects can be atmospheric (e.g., cloud brightening or adding reflective sulphate particles to the lower stratosphere), terrestrial (e.g., enhancing the albedo of the ground, or painting pavements and roof materials white to reflect solar radiation) and space-based (e.g., placing mirrors in space). See WGI report, Section 7.7, for details of these.

Some SRM options (e.g., injecting sulphate particles into the lower stratosphere) may be inexpensive enough for individual states (Barrett, 2008a) and even non-state actors, such as wealthy individuals, to undertake (Barrett, 2008a; Victor, 2008; Lin, 2009; Victor et al., 2009; Bodansky, 2011b). CDR and other SRM approaches might need to be implemented by numerous countries in order to be effective (Humphreys, 2011). Some SRM options may also have specific regional impacts (e.g., regional temperature and precipitation effects, leaf albedo enhancement, or ocean circulation modification), providing direct and perhaps excludable benefits to actors undertaking them (Millard-Ball, 2012) and external costs to others (Ricke et al., 2010, 2013). See also WGII 19.5.4 for detailed discussion of the risks of SRM.

Smaller-scale actors that are particularly vulnerable to climate change impacts may perceive advantages to be first-movers with SRM, in order to ensure both global climate protection and a favourable distribution of regional impacts from their selected SRM projects (Ricke et al., 2010; Millard-Ball, 2012). Hardly any cooperation might be needed for SRM's development and deployment—indeed, countries facing severe impacts might rush to launch a preferred SRM project (Millard-Ball, 2012). If the benefits of such an SRM project outweigh the adverse side-effects, and its costs are indeed low, then such an SRM project might be desirable. But such unilateral action could also produce significant adverse side-effects and costs for other actors, if the SRM option chosen is one that secures climate benefits for one part of the world while creating climate or other damages in other parts (Lin, 2009). Solar radiation management may also be ineffective in mitigating some climate impacts, for example the acidification of oceans from absorption of excessive $CO_2$ (Humphreys, 2011). Further, SRM does not reduce concentrations of atmospheric GHGs, and interrupting SRM after concentrations have risen significantly could allow temperatures to rise rapidly (see also Smith and Rasch, 2012).

Solar radiation management poses the converse of the collective action and governance challenges arising from emissions-reduction efforts: rather than mobilizing hesitant action to limit emissions, SRM governance involves restraining hasty unilateral action (Victor, 2008; Victor et al., 2009; Virgoe, 2009; House of Commons Science and Technology Committee, 2010; Lloyd and Oppenheimer, 2014; Millard-Ball, 2012; Bodansky, 2011b). One of the main issues for international cooperation will be to develop institutions and norms to address potential negative consequences of SRM in other social or environmental fields, or for parts of the world either not protected or negatively affected by the SRM option chosen. Thus, some analysts have

recommended that international governance be organized for SRM research and testing, to learn about the benefits and side-effects of SRM options, to develop institutions to decide if and when to deploy SRM, to learn how to maintain SRM capabilities, and to monitor and evaluate this research and its use (Victor et al., 2009; Blackstock and Long, 2010; Lin, 2009; Solar Radiation Management Governance initiative, 2011).

Some existing international agreements may be relevant to geoengineering. The UNFCCC already includes a provision, Article 4.1(f), requiring assessment of the adverse impacts of mitigation measures. The UN Convention on Law of the Sea contains important provisions on environmental protection (Redgwell, 2006), and may have increased significance with regards to the governance of marine-based carbon dioxide storage or geo-engineering options (Virgoe, 2009). Under the London Convention and Protocol, the International Maritime Organization (IMO) held that, given the uncertainty surrounding negative impacts, ocean fertilization other than 'legitimate scientific research' ought not be permitted (Reynolds, 2011; IMO resolution LC-LP.1, 2008 and LC-LP.2, 2010). Several multilateral fora have recently taken up the issue of SRM. The 1992 Convention on Biological Diversity (CBD) adopted a decision calling for a moratorium on 'geo-engineering activities that may affect biodiversity' (Convention on Biological Diversity, 2010; Tollefson, 2010). Other existing multilateral treaties and agreements that may relate to geo-engineering include: the 1977 UN Convention on the Prohibition of Military or any Other Hostile Use of Environmental Modification Techniques (the ENMOD Convention) (though it restricts only 'hostile' actions); the convention on Environmental Impact Assessment in a Transboundary Context (UNECE, 1991); the 1959 Antarctic Treaty System (US Department of State, 2002); and ongoing developments in human rights law and in environmental law (Reynolds, 2011; Convention on Biological Diversity, 2012). Further, the 1967 Treaty on Principles Governing the Activities of States in the Exploration and Use of Outer Space, including the Moon and Other Celestial Bodies (United Nations, 2002) may apply to the use of sun-deflecting mirrors in space.

## 13.5   Multilateral and bilateral agreements and institutions across different scales

This section builds on the description of the climate policy landscape in Section 13.3.1 and plausible climate policy architectures in Section 13.4. It considers the experience and evolution of international and transnational cooperation on climate change between states and non-state actors since 2007 when the Fourth Assessment Report of the IPCC was published.

**13**

### 13.5.1 International cooperation among governments

#### 13.5.1.1 Climate agreements under the UNFCCC

The UNFCCC's universal membership provides it with a high degree of legitimacy among parties around the world (Karlsson-Vinkhuyzen and McGee, 2013). Steps taken under the Convention and its Kyoto Protocol have led to more extensive action than under other forms of international cooperation on climate change.

**Evolution of the multilateral climate regime since AR4**
At COP-13 in Bali in 2007, discussions on long-term cooperative action under the Convention turned into negotiations under the Bali Action Plan (UNFCCC, 2007a). Also in Bali, countries agreed to MRV of mitigation commitments or actions by developed countries and mitigation actions by developing countries and support for those. Under the

Copenhagen Accord (UNFCCC, 2009a) and Cancún Agreements (UNFCCC, 2010), Forty-two developed countries (including the 27 EU member states) submitted absolute reduction commitments against various base years in the form of quantified economy-wide emissions targets for 2020. Fifty-five developing countries and the African Union submitted information on NAMAs to the UNFCCC (as of May 2013), which are subject to domestic and international MRV. These 55 developing countries expressed their proposed goals in a variety of ways (e.g., relative emission reductions, deviation below business-as-usual, absolute reductions, and goals related to carbon neutrality); 16 proposed economy-wide goals for mitigation of GHGs. Since 2010, no major economy has significantly changed its emission reduction proposal under the UNFCCC, though some countries have clarified their assumptions and business-as-usual emission levels (UNEP, 2010, 2011, 2012, 2013b; den Elzen et al., 2013a; Sharma and Desgain, 2013; UNFCCC, 2013c). Figure 13.3 displays the different categories of actions and pledges taken by countries under the Cancún Agreements and the Kyoto Protocol as of September 2013.



**Figure 13.3 |** Global map showing the different categories of reduction proposals or commitments for 2020 under the Cancún Agreements and Kyoto Protocol, based on UNEP (2012, 2013b) with underlying data supported by UNFCCC (2011b, 2012d, 2013c).

COP-17 in Durban in 2011 produced the Durban Platform for Enhanced Action (UNFCCC, 2011a), in which the delegates agreed "to launch a process to develop a protocol, another legal instrument or an agreed outcome with legal force under the Convention applicable to all Parties" (UNFCCC, 2011a) and "complete its work as early as possible but no later than 2015 in order to adopt this protocol, another legal instrument or an agreed outcome with legal force at the twenty-first session of the Conference of the Parties and for it to come into effect and be implemented from 2020" (UNFCCC, 2011a).

## Evolution of coalitions among UNFCCC parties

New and existing coalitions of countries have engaged in the UNFCCC negotiations, each presenting coordinated positions. Several distinct coalitions of developing countries have formed to negotiate their divergent priorities. Examples include the G77 & China, which represents 131 developing countries operating in the UNFCCC and the UN system more broadly and which contains sub-groups such as the African Group, the Least Developed Countries, and the Arab Group; the Alliance of Independent Latin American and Caribbean states; and a 'like-minded developing country' group that included China, India, and Saudi Arabia (Grubb, 2013). Other coalitions organized to influence UNFCCC negotiations include the Alliance of Small Island States (AOSIS), which has played a significant role in UNFCCC negotiations since the early 1990s; various groupings of industrialized countries, including the Umbrella Group; the Environmental Integrity Group, which was the first coalition to include both industrialized and developing countries; the BASIC countries (Brazil, South Africa, India and China) (Olsson et al., 2010; Rong, 2010; Nhamo, 2010); the Coalition of Rainforest Nations, which has increased the salience of forests in climate negotiations; and other active coalitions not limited to the climate context, for example the Comision Centroamericana de Ambiente y Desarollo and the Bolivarian Alliance for the Americas.

## Negotiations under the Kyoto Protocol

Negotiations on a second commitment period (CP2) of the Kyoto Protocol were launched in Montréal in 2005. These negotiations concluded in late 2012 at COP-18 in Doha, Qatar with a decision and amendment establishing the second commitment period of the Protocol for 2013–2020. However, a number of Annex I countries (Belarus, Canada, Japan, New Zealand, Russia, the United States, and Ukraine) decided not to participate in the second commitment period. The other Annex I countries (Australia, the EU and its member states, Iceland, Liechtenstein, Monaco, New Zealand, Norway, Switzerland, and Ukraine) adopted quantified emission reduction commitments (Figure 13.3), covering 13 % of global GHG emissions at 2010 emission levels (UNFCCC, 2012d; JRC/PBL, 2013). At COP-18 in Doha in 2012, parties also agreed upon rules for transferring surplus Kyoto emissions allowances from the first to the second period. These rules are assessed in Section 13.13.1.1, and the evolution of market-based flexibility mechanisms in the UNFCCC negotiations is discussed in Section 13.4.2.3.

## New institutions under the UNFCCC and the Kyoto Protocol

The UNFCCC and its Kyoto Protocol have brought about a number of new institutions focused on adaptation (funding and coordination), finance, and technology. The Adaptation Fund was established to provide direct access to financing for developing countries and is governed by a majority of developing countries. The Adaptation Committee was established to coordinate previously fragmented aspects of adaptation policy under the Convention, with modalities and linkages to other institutions to be defined (UNFCCC, 2011c) (see Section 13.11.1.1). The GCF is accountable to the Conference of the Parties, and, when it is fully operational, may be a major channel for the provision of climate finance (Brown et al., 2011). The Standing Committee on Finance supports the parties in coordinating and providing accountability for the financial mechanism of the Convention. The Climate Technology Centre and Network (CTCN), together with the Technology Executive Committee (TEC), was established to exchange information regarding technology development and transfer for adaptation and mitigation (UNFCCC, 2011c).

### 13.5.1.2    Other UN climate-related forums

Acting on climate change may require functions other than negotiation under the UNFCCC or other forms of high-level cooperation, such as analytical support and implementation assistance for mitigation and adaptation efforts. A diverse set of forums both within and outside the UN system has taken up the issue of climate change since AR4, possibly contributing to broader institutional learning and effectiveness (Depledge, 2006; Stewart et al., 2012).

The United Nations Environment Programme (UNEP) has had a natural concern with climate change for many years, given its mission, and it collaborates closely with the UNFCCC. Since AR4, UNEP has provided increasingly significant analytical support to the international process, in part through its emissions-gap reports (UNEP, 2010, 2012, 2013b; Höhne et al., 2012b; Hof et al., 2013), but also through a wide range of other analytical efforts and support for institution building.

United Nations forums beyond the UNFCCC are increasingly addressing funding for adaptation and mitigation. Fragmentation in the various objectives, conditions, and eligibility requirements of the different funds may make it difficult for developing countries to identify and access appropriate funding (Czarnecki and Guilanpour, 2009). The literature examines the relationship between adaptation and development finance, including concerns about measuring official development assistance (ODA) and how much adaptation funding is 'new and additional' (Stadelmann et al., 2010; Smith et al., 2011). A number of developing countries have established "national funding entities to coordinate domestic and international funding for adaptation with development funding" (Smith et al., 2011).

Other UN agencies have also addressed the connections of climate change with human development (UNDP, 2007; UNDESA, 2009), the

**13**

$CO_2$ emissions gap (Convention on Biological Diversity, 2012; Höhne et al., 2012b), finance (AGF, 2010), and human rights (see Section 13.5.2.2).

The Montreal Protocol on Substances that Deplete the Stratospheric Ozone Layer (concluded in 1987 under UN auspices)—and the Protocol's subsequent amendments, adjustments, and decisions—have also contributed to reductions in GHGs. One notable proposed amendment would accelerate the phaseout of substitutes of ozone depleting substances that are also strong GHGs (Mauritius & Micronesia, 2009; Velders et al., 2012).

### 13.5.1.3     Non-UN forums

Climate change is increasingly addressed in forums for international cooperation outside of the UN. The AR4 (IPCC, 2007, Chapter 13) assessed several partnerships focused on particular themes, technologies, or regions.

Some international partnerships have defined themselves as complements to the UNFCCC rather than as alternatives. For example, the REDD+ Partnership helps coordinate measures for reducing emissions from deforestation and degradation (REDD) in the UNFCCC process. The Partnership focuses on conservation, sustainable forest management, and forest carbon stock enhancement. In 2010, more than 50 countries signed a non-binding agreement to pledge more than 4 billion USD to REDD+ (Bodansky and Diringer, 2010). Michaelowa (2012a) and Stewart el al. (2009) describe multiple avenues for climate change financing to assist transitions to low-carbon technologies, such as through the International Renewable Energy Agency (IRENA). Established in 2009, IRENA seeks to advance the development and transfer of renewable energy technologies, with a focus on financing renewable energy in its 163 member and signatory states (plus the European Union) (Florini, 2011; International Renewable Energy Agency, 2013).

The MEF, organized by the United States, provides a forum for informal consultation. Its members—Australia, Brazil, Canada, China, the European Union, France, Germany, India, Indonesia, Italy, Japan, the Republic of Korea, Mexico, Russia, South Africa, the United Kingdom, and the United States—together account for about 70% of global GHG emissions (JRC/PBL, 2013). Its meetings are intended to advance discussion of international climate change agreements (MEF, 2009), and it has generated a related Clean Energy Ministerial. MEF participants recognize the group as a venue for discussion rather than a forum for negotiating binding agreements. The MEF produces a chairs' summary instead of formally agreed text (Leal-Arcas, 2011). The existence of the MEF may be evidence of an overall increase in the fragmentation of global environmental governance (Biermann and Pattberg, 2008; Biermann, 2010). Some may also be concerned about a small set of large countries reaching even informal decisions that affect a much larger

set, and some may not be comfortable with a process chaired by a single nation (Stavins, 2010).

The Group of Twenty (G20) finance ministers from industrialized and developing economies could have the capacity to address climate finance, building on its core mission to discuss economic and finance policy. The make-up of the G20 is similar to that of the MEF, with the addition of Argentina, Saudi Arabia, and Turkey. Houser (2010) finds that the G20 might help to accelerate the deployment of clean energy technology, help vulnerable countries adapt to climate change impacts, and help phase out inefficient fossil-fuel subsidies. At its meeting in Pittsburgh in 2009 (G20, 2009), the G20 gave considerable attention to climate change policy issues, in particular to fossil-fuel subsidies. Likewise, since 2005, the smaller Group of Eight (G8) heads of state and government have held a series of meetings relating to climate change and recognized the broad scientific view that the increase in global average temperature above pre-industrial levels ought not exceed 2 °C (G8, 2009). Van de Graaf and Wsetphal (2011) explore both opportunities for and constraints on the G20 and G8 with regard to climate.

Two forums of growing importance, providing analytical support for international cooperation on climate change, are the International Energy Agency (IEA) and the OECD. While the IEA has limited its membership to industrialized oil-importing countries (Scott, 1994; Goldthau and Witte, 2011), the OECD has granted membership to advanced developing countries. Both institutions have received increasingly strong mandates by their members to provide analytical support for climate change mitigation decisions. The OECD has a unit for economic analysis of climate policy and impacts, and already plays a role in building knowledge (OECD, 2009). The IEA could play a key role to reduce uncertainty about countries' performance by collecting, analyzing, and comparing energy and industry-related emissions data (Harvard Project on Climate Agreements, 2010). The IEA and OECD have formed and jointly manage the Climate Change Expert Group, whose explicit mission is to provide analytical support on technical issues to the international negotiations.

The Cartagena Dialogue for Progressive Action includes around 30 industrialized and developing countries, which have met both during and between formal sessions since 2009. The Dialogue is open to countries working toward an ambitious, comprehensive, and legally binding regime in the UNFCCC, and who are committed to domestic policy to reduce emissions. The aim of the Dialogue is to openly discuss positions, to increase understanding, and to explore areas where convergence and enhanced joint action could emerge (Oberthür, 2011).

In February 2012, a group of seven partners (Bangladesh, Canada, Ghana, Mexico, Sweden, and the United States, together with the UNEP) launched a new 'Climate and Clean Air Coalition' as a forum for dialogue among state and non-state actors outside the UNFCCC

process. The goal of the Coalition is to reduce levels of black carbon, methane, and hydrofluorocarbons (HFCs) among its 34 state members (including the European Commission) in collaboration with nine international organizations and 29 non-state partners (as of September 2013). The Coalition has received funding from a number of countries, including Canada, Japan, and the United States to implement projects (Blok et al., 2012; UNEP, 2013a).

New initiatives on international cooperation for adaptation and its funding have also been created, such as the World Bank's Pilot Program on Climate Resilience, and the European Commission-established Global Climate Change Alliance (GCCA), which pledges regional and country-specific finance.

## 13.5.2   Non-state international cooperation

### 13.5.2.1   Transnational cooperation among sub-national public actors

A prominent development since AR4 is the emergence of a large number of international agreements between non-state entities (den Elzen et al., 2011a; Höhne et al., 2012b; Hare et al., 2012). These are most commonly referred to as 'transnational climate governance initiatives' (Biermann and Pattberg, 2008; Pattberg and Stripple, 2008; Andonova et al., 2009; Bulkeley et al., 2012). In the most comprehensive survey, (Bulkeley et al., 2012) document 60 of these initiatives, which can be grouped into four principal types: public-private partnerships, private sector governance initiatives, non-governmental organization (NGO) transnational initiatives, and sub-national transnational initiatives. The first two, involving private actors, are discussed in Section 13.12.

NGO transnational initiatives attempt to influence the activities of corporations directly through transnational partnerships, some of which involve collaboration with the private sector. They have set up certification schemes for carbon offset credits, such as the Gold Standard, which is limited to renewable energy and demand-side energy efficiency projects, and the Community Carbon and Biodiversity Association standard, which aims to increase the quality of forestry credits (Bayon et al., 2007; Bumpus and Liverman, 2008). Certified offset credits have commanded a price premium above other ('standard') credits (Sterk and Wittneben, 2006; Ellis et al., 2007; Nussbaumer, 2009; Newell and Paterson, 2010). These certification schemes have been used for the Voluntary Carbon Market as well as for the CDM (Conte and Kotchen, 2010).

Sub-national transnational initiatives involve sub-national actors, such as city-level governments, collaborating at an international scale. One example of this form of cooperation is the International Council for Local Environmental Initiatives (ICLEI)—Local Governments for Sustainability network. This organization has taken action through its Cities for Climate Protection programme from 1993 and more recently through a partnership the C40 Cities Climate Leadership Group (Kern and Bulkeley, 2009; Román, 2010; Bulkeley et al., 2012). A World Mayors Summit in November 2010 had participation from 138 cities and agreed on a Global Cities Covenant on Climate, otherwise known as the Mexico City Pact. A related initiative, the 'carbonn' Cities Climate Registry, is an effort of local governments to regularly measure, report, and verify cities' actions on climate change mitigation and adaptation (Chavez and Ramaswami, 2011; Ibrahim et al., 2012; Otto-Zimmermann and Balbo, 2012; Richardson, 2012). Recognition of local governments as governmental stakeholders in paragraph I.7 of the Cancún Agreements is a reflection of the growing role of sub-national transnational cooperation in the UNFCCC processes.

Larger sub-national units have developed transnational collaborative schemes. Most notable are the North American sub-federal cap-and-trade schemes, including the Western Climate Initiative (WCI). The WCI was originally envisaged to link state and provincial cap-and-trade systems in seven western U.S. states and four Canadian provinces beginning in 2012. The original aim of the initiative was reducing GHG emissions by the member states and provinces to 15 % below 2005 levels by 2020 (Rabe, 2007; WCI, 2007; Selin and VanDeveer, 2009; Bernstein et al., 2010). While the U.S. state of California's ETS began operating in January 2013, the launch of the WCI system has been delayed. The WCI currently includes only California and Québec, although Ontario, British Columbia, and Manitoba are considering accession.

### 13.5.2.2   Cooperation around human rights and rights of nature

Human rights law could conceivably frame an approach to climate change (Bodansky, 2010b; Bell, 2013; Gupta, 2014). Some recent literature argues that a human rights framing helps 'to counteract gross imbalances of power' between states and individuals (Sinden, 2007; Bratspies, 2011; Akin, 2012). The human rights approach to climate change has been acknowledged by the UN Human Rights Council in its Resolution 7/23 and the Office of the United Nations High Commissioner for Human Rights (UNHRC, 2008; Limon, 2009; OHCHR, 2009). The literature discusses a variety of specific issues, including the implications for climate adaptation; the impacts of climate change on human rights to water, food, health, and development; obligations to undertake mitigation actions; and whether human rights law implies an obligation to receive climate refugees.

Refugees displaced from their homes due to climate change may strain the capacity of existing institutions (Biermann and Boas, 2008). However, policies to address climate refugees face legal hurdles, including the issue of causality: who is to be held responsible, who is the rights-bearer, and the issue of standing (Limon, 2009). Proposals have been made in the literature for a new protocol to the UNFCCC, a new

**13**

convention, and funding mechanisms to address the issues associated with climate refugees (Biermann and Boas, 2008; Docherty and Giannini, 2009). Such efforts could build on the 1951 Geneva Convention Relating to the Status of Refugees. In the absence of coordinated efforts, the Special Procedures and the Universal Periodic Review of the Human Rights Council are advancing the human rights and climate change agenda (Cameron and Limon, 2012).

In 2010, the government of Bolivia convened government and non-government representatives in the World People's Conference on Climate Change and the Rights of Mother Earth, which culminated in a People's Agreement (WPCCC and RME, 2010). The participation of social movements in international cooperation on climate change may enhance recognition of 'radical climate justice' (Roberts, 2011) and an approach to law that seeks to establish 'rights of nature' (Cullinan, 2002; Sandberg and Sandberg, 2010; Aguirre and Cooper, 2010).

### 13.5.3    Advantages and disadvantages of different forums

The literature has considered the strengths and weaknesses of negotiating climate policy across multiple forums and institutions. Some studies suggest that, in addition to its own action, the UNFCCC effect of catalyzing efforts by others and providing coherence to multiple initiatives may result in greater aggregate impact (Moncel and van Asselt, 2012). Other literature suggests that 'regime complexes' may emerge from smaller 'clubs' and then expand (Keohane and Victor, 2011; Victor, 2011). Regimes need (external) incentives for participation and (internal) incentives for compliance (Aldy and Stavins, 2010c). A key advantage of smaller forums or 'clubs' may be greater efficiency in the negotiation process, as emphasized in the general political science literature on negotiations (for example, Oye, 1985). But the literature also reflects key disadvantages, including that such clubs lack universality and hence legitimacy (Moncel et al., 2011), and that the environmental effectiveness of clubs may be undercut by leakage of emissions sources to other countries outside the club (Babiker, 2005). Some have suggested clubs as a way forward outside the UNFCCC, while others suggest they could contribute to the UNFCCC, for example by assisting in catalyzing greater ambition (Weischer et al., 2012). Several smaller 'clubs' that cut across categories (e.g., public/ private) and scales (from international to local) are assessed in Section 13.5.1.2. Flexibility is another advantage cited for smaller clubs. Climate change mitigation through 'clubs' is not necessarily superior (Keohane and Victor, 2011) and action through this form of cooperation has to date not brought about high levels of participation and action. Smaller clubs must address conflicts where the climate change regime intersects with other major policy regimes (Michonski and Levi, 2010). Analysis of existing clubs suggests they enable incremental change and suggests that a set of incentives (related to trade, investment, labour mobility, or access to finance) could turn these into 'transformational clubs' (Weischer et al., 2012).

In a fragmented world, linking multiple agreements into a coherent whole is a major challenge. The aggregate effectiveness (in terms of the criteria discussed in Section 13.2) of the landscape of climate agreements and related institutions (Figure 13.1) can be enhanced by coordinated linkages among multiple elements. The actual forms and effects of policy linkages, existing or future, must be evaluated in each context. Policy linkages across the landscape of agreements on climate change might take several forms, such as mandated action and reporting by subsidiary bodies, agreed links between institutions (e.g., memoranda of understanding), loose coordination, information sharing, and delegation. The literature on transnational governance acknowledges a gap in that "interactions are understudied in all areas of transnational governance" (Weischer et al., 2012). Some characteristics of potential linkages may stimulate their formation, for example, competition among public and private governance regimes (Helfer and Austin, 2011), accountability (Bäckstrand, 2008; Ballesteros et al., 2010), learning (Kolstad and Ulph, 2008), and experimentation. Related literatures suggest that other important characteristics of linkages across regime components may be reciprocity (Saran, 2010), relationships of conflict or interpretation (ILC, 2006), collaboration (Young, 2011), the catalytic role of the UNFCCC (UNFCCC, 2007a), NGOs as norm entrepreneurs (Finnemore and Sikkink, 1998), evaluation of policy approaches (Stewart and Wiener, 2003; Greenstone, 2009), and delegation to other institutions (Green, 2008).

## 13.6    Linkages between international and regional cooperation

### 13.6.1    Linkages with the European Union Emissions Trading Scheme

Due to the scale effects that occur when carbon markets are enlarged, market-based mechanisms may be an important means of regional policy integration. The largest carbon market is the EU ETS, which began operating in 2005, and now includes all 28 European Union member states and is linked with the Norwegian system. The EU ETS is described and evaluated in detail in Section 14.4.2.1.

The EU ETS interacts with international carbon markets through the project-based Kyoto mechanisms. Import of units through international emissions trading is not allowed, but companies covered by the EU ETS can import CDMs and JI credits. A relatively liberal import regime for the pilot phase was established in a 'Linking Directive' approved in 2004 (Flåm, 2009). Forestry credits were banned and additional criteria for large hydropower projects were set. For the EU ETS's second phrase, which corresponded to the Kyoto Protocol's first commitment period, 2008–2012, countries proposed import thresholds;

several proposals were adjusted downwards by the Commission. For the third phase, 2013–2020, imports were limited to credits from CDM projects registered before 2013 in the absence of an international climate change agreement. New (2013 inception or later) CDM projects can only be used in the EU ETS if located in least developed countries (LDCs) (Skjærseth, 2010; Skjærseth and Wettestad, 2010). However, CDM credits from new projects in non-LDCs can be accepted after 2013 if the EU has concluded a bilateral agreement with the country in question regulating their level of use.

The European Union could potentially link the EU ETS to other schemes, and legislation for the period until 2020 allows negotiation of such bilateral treaties. The EU and Australia have already agreed to a one-way indirect link to commence on 1 July 2015, meaning that EU credits will be allowed for compliance under the Australia system (European Commission, 2012). This agreement will transition to a two-way direct link by no later than 1 July 2018, provided that the Australian system goes forward.

## 13.6.2    Linkages with other regional policies

The Asia-Pacific Partnership for Clean Development and Climate, which was time-limited and has now concluded, involved about 50 % of the world population, GHG emissions, and world economic output (Kelly, 2007). The partnership included countries that had not ratified the Kyoto Protocol, and while it was 'soft' in terms of legal bindingness, it may have had a modest impact on governance (Karlsson-Vinkhuyzen and van Asselt, 2009; McGee and Taplin, 2009) and encouraged voluntary action (Heggelund and Buan, 2009). After the end of the Partnership, the Global Superior Energy Performance Partnership (GSEP) Clean Energy Ministerial took over some of the Partnership's activities.

In addition to coordination by international organizations, such as ICLEI—Local Governments for Sustainability, voluntary mitigation action of cities is taking a regional/global character (Kern and Bulkeley, 2009). In Europe, the Climate Alliance has about 1700 member cities from a number of countries. The Climate Alliance has supported rainforest conservation projects in the Amazon region (Climate Alliance, 2013).

# 13.7    Linkages between international and national policies

As the landscape of multilateral and other international agreements on climate has become more complex, the interactions between international and national levels have become more varied.

## 13.7.1    Influence of international climate policies on domestic action

International policy may trigger more ambitious national policies. Treaties provide greater certainty that others will act, thus addressing key concerns that countries will free ride. International climate policy can shape domestic climate discourse, even if it may not be the main inspiration for proactive action (Tompkins and Amundsen, 2008).

National policies also affect the effectiveness of international policies. The implementation of international policy is affected by national political structure. Examples of studies on how varying domestic political structures affect the implementation of international policies include studies in: Italy (Massetti et al., 2007), France (Mathy, 2007), Canada (Harrison, 2008), China (Teng and Gu, 2007), the UK (Barry and Paterson, 2004; Compston and Bailey, 2008) and the Netherlands (Gupta et al., 2007). National and sub-national settings, where actions may be less risky or more politically feasible, may also provide useful 'laboratories' to test policy instruments before implementation at the international level (Michaelowa et al., 2005; Moncel et al., 2011; Zelli, 2011).

## 13.7.2    Linkages between the Kyoto mechanisms and national policies

Linking national policies with international policies may provide flexibility by allowing a group of parties to meet obligations in the aggregate. The Kyoto Protocol (Article 4) provides for such inter-regional flexibility, and the European Union has taken advantage of the Protocol's provision through its internal burden sharing decision. This decision allowed the EU's Kyoto commitment of an 8 % emissions reduction below 1990 for the 2008–2012 period to be redistributed among EU-15 member states; commitments of these states range from −28 % (Luxembourg) to +27 % (Portugal) (Michaelowa and Betz, 2001; Hunter et al., 2011).

Use of the CDM and JI Kyoto mechanisms has been driven by national mitigation policies to achieve developed countries' emissions commitments. While governments of some developed countries buy emissions credits directly, others introduce instruments with emissions commitments for private companies, like the EU ETS; some countries, such as Denmark, have done both. These companies can then use emissions credits generated under the Kyoto Protocol to satisfy part of their commitments (Michaelowa and Buen, 2012). Another example is Japan's Industry Voluntary Action Plan that includes diverse sectors, each of which has its own target set either in absolute terms, in emissions' intensity, or in terms of energy consumption (Mitsutsune, 2012).

Many industrialized countries limit imports of credits generated by the Kyoto mechanisms for various reasons; two have been posited in the literature: (1) to keep the domestic carbon price high to induce technological diffusion and possibly innovation; and (2) to avoid diminishing

**13**

environmental effectiveness by allowing required emissions-reduction to occur in other jurisdictions because of concerns about the quality of credits ('additionality'). For example, the European Union has prohibited the import of Assigned Amount Units (AAU) into the EU-ETS to prevent the use of surplus units from countries in transition, colloquially called 'hot air' (Michaelowa and Buen, 2012). Japanese companies have used AAUs from Green Investment Schemes for meeting their targets (Tuerk et al., 2010). In 2011, credits from certain CDM project types were banned for use in the EU-ETS from 2013 onwards (Schneider, 2011). The ban includes CERs generated from projects involving destruction of trifluoromethane (HFC-23) and nitrous oxide ($N_2O$) from adipic acid production.

The Kyoto mechanisms also interact with the national policies of countries in which projects are implemented. However, the CDM Executive Board decided that the effects of new policies implemented in host countries that reduce emissions should not be considered when assessing the additionality of new projects to avoid perverse incentives not to adopt mitigation policies (Winkler, 2004; Michaelowa, 2010). Instead, countries may subsidize renewable energy while generating CDM credits. There are indications that the availability of CDM credits has accelerated the introduction of feed-in tariffs in China (Schroeder, 2009). Freeing emission units for sale under international emissions trading requires national mitigation policies unless there is a surplus of units in a business-as-usual situation, as in countries in transition (Böhringer et al., 2007).

Investment law, defined through private international law and more than 3000 multilateral and bilateral investment treaties (UNCTAD, 2013), applies to the CDM and emissions trading contracts. Proposed standardized contracts link the CDM to investment law by covering the choice of language and the process and forum for dispute resolution. These contracts could expose contractors to the costs associated with international arbitration (Gupta, 2008; Klijn et al., 2009).

### 13.7.3   International linkage among regional, national, and sub-national policies

International linkages can be established among regional, national, or sub-national policies. These can be direct or indirect. Under direct linkage, the same units are valid throughout the linked systems. Under indirect linkage, a unit in a certified emission reduction credit system is accepted by multiple systems. Figure 13.4 shows subnational, national, and regional GHG cap-and-trade schemes and existing and planned linkages between them. The only formal direct linkage between two trading schemes is that arranged between the Australian ETS and the EU ETS, which was officially announced in August 2012. A strong indirect linkage between carbon markets exists through the CDM, whose credits are accepted under the EU-ETS, the Australian Carbon Pricing Mechanism, and the New Zealand ETS. Nazifi (2010) finds that EU demand has driven the price for CDM credits.

Review of unilateral and bilateral direct linkages demonstrates that bilateral direct linkage reduces mitigation costs, increases credibility of the price signal, and expands market size and liquidity (Anger, 2008; Flachsland et al., 2009; Jaffe et al., 2009; Dellink et al., 2010; Cason and Gangadharan, 2011; Lanzi et al., 2012). However, direct linkage also raises a variety of concerns (Jaffe et al., 2009), including that linking can lead to a dilution of mitigation achieved through trading schemes, as linked systems are only as environmentally effective as the weakest among them (e. g., the one that allows imports of offsets with the lowest standards). Grubb (2009) also warns that countries may be unwilling to accept an increase of carbon prices that would result from linking with a more ambitious system. Tuerk et al. (2009) see the biggest challenges to linking in differential stringencies of targets in each system, varying degrees of enforcement, differences in eligible project-based credits, and the existence of cost-containment measures, such as price ceilings. Haites and Mehling (2009) highlight that only bilateral links (or reciprocal unilateral links) yield the full benefits of linkage. Bilateral links often face lengthy adoption procedures as well as legal and procedural constraints, whereas reciprocal unilateral links, possibly framed by an informal agreement, are often easier to implement and provide more flexibility for almost the same benefits.

Also attractive are indirect linkages among regional, national, or subnational cap-and-trade systems, an approach that maintains the benefits of linkage without much of the downside. Such indirect linkages achieve cost savings and avoid risk diversification without the need for deliberative harmonization of emerging and existing cap-and-trade systems. Indirect linkage is attractive because de facto linkages limit potential distributional concerns and preserve a high degree of national control over allowance markets (Jaffe et al., 2009).

In addition, both direct and indirect linkages can occur among heterogeneous regional, national, and sub-national policy instruments (Metcalf and Weisbach, 2012). Some such linking would be relatively straightforward, such as forming a link between a cap-and-trade system and a carbon tax. Other links would be more challenging, such as between a cap-and-trade system and a quantity standard. Others would be even more difficult, such as between a cap-and-trade system and a technology mandate, and some linkages between heterogeneous policy instruments would simply not be possible (Metcalf and Weisbach, 2012).

## 13.8   Interactions between climate change mitigation policy and trade

Research on interactions between climate change mitigation policy and trade indicates a diversity of compatibilities, synergies, conflicts, and cooperative arrangements (Brewer, 2003, 2004, 2010; Cosbey,

2007; ICTSD, 2008; Cottier et al., 2009; Epps and Green, 2010; Rao, 2012; Leal-Arcas, 2013). Consideration of these and other issues and options needs to take into account the context of the provisions of the principal existing multilateral climate change framework (Yamin and Depledge, 2004) and multilateral trade framework (Hoekman and Kostecki, 2009). Negotiators acknowledged the opportunities for international cooperation on interactions between climate change and trade in both the UNFCCC (1992) and in a Ministerial Decision at the time of the negotiations of the Marrakech Agreement establishing the WTO (1994). But there is a potential for conflict between climate and trade issues. According to Article 3.5 of the UNFCCC, "Measures taken to combat climate change, including unilateral ones, should not constitute a means of arbitrary or unjustifiable discrimination or a disguised restriction on international trade". The Kyoto Protocol notes in Article 2.3 that Annex I Parties "shall strive to implement policies and measures under this Article in such a way as to minimize adverse effects, including … effects on international trade."

Trade and climate policy interact at many levels (Copeland and Taylor, 2005; Tamiotti et al., 2009; UNEP, 2009; UNCTAD, 2010; World Bank, 2010). For instance, on the one hand, according to Peters and Hertwich (2008), "almost one-quarter of carbon dioxide released to the atmosphere is emitted in the production of internationally traded goods and services" (see also Peters et al., 2011). Transportation associated with trade is another related issue (Conca, 2000). On the other hand, various climate change policies currently in place affect the relative prices of goods and services, which thereby affect trade flows and the total volume of traded goods (Whalley, 2011). Moreover, trade barriers and obligations regarding intellectual property (IP) rights of 'green technology' as well as many other WTO obligations impinge on climate policy (Thomas, 2004; Khor, 2010a; Johnson and Brewster, 2013). Victor (1995) suggested that lessons from the trade regime could be used in the development of the climate regime, but comparative governance studies of the trade and climate regimes have not been thoroughly utilized to gain insights into how the two regimes might address trade-climate interactions (Bell et al., 2012 an exception).



**Figure 13.4** | Cap-and-trade schemes with existing and planned linkages. Linkage through proposed acceptance of offsets and Joint Implementation projects not displayed. In some cases, countries otherwise eligible to host CDM projects must first establish a Designated National Authority. Accurate as of March 2014.

**13**

The production of internationally traded goods gives rise to a 'labelling' issue, a problem for accounting purposes and also for possible policy intervention. The issue arises because a proportion of a country's GHG emissions resulting from the production of goods and services in one country may be 'embedded' in traded products that are consumed in other countries. At issue is whether to attribute the emissions to the producing (exporting) country or consuming (importing) country (Kainuma et al., 2000; Peters and Hertwich, 2008) (see also Sections 5.4.1 and 14.3.4.2). There is an ethical and equity issue about how to define climate responsibility and allocate climate mitigation costs (discussed in detail in Sections 3.3, 4.1, and 4.2). There is also a political and economic issue whether climate policy instruments ought to address production- or consumption-induced GHGs (Droege, 2011a, b; see also Section 14.3.4). Finally, there is a technical issue as territorial measurement is the current GHG accounting practice under the UNFCCC, and switching to consumption-induced measurement may be technically more difficult (Droege, 2011a; b; Peters et al., 2011; Caldeira and Davis, 2011).

There are significant differences among researchers and policymakers in their perspectives on the relationship between climate change and trade. These differences include fundamental empirical assumptions and policy preferences concerning the roles of markets and governments (Bhagwati, 2009), specifically concerning whether government measures are required to address market failures that produce climate change (Stern, 2007), or government regulations tend to create inefficiencies and distort trade (Krugman, 1979; Rodrik, 2011). Trade measures (e.g., trade sanctions, trade enticements, and trade-relevant domestic product standards; see Section 13.8.1 below) could be used to address free-rider problems of international agreements, specifically participation and/or compliance problems (Victor, 2010), and some (e.g., Victor, 2011) suggest these may be useful in achieving an effective climate agreement. However, there are also some who conclude that trade measures are an inappropriate tool to pursue climate change policy objectives, pointing to the possibility of 'green protectionism' (Khor, 2010a; Johnson and Brewster, 2013). The potential use of trade measures to enhance participation and/or compliance poses major institutional design questions (see Section 13.4).

### 13.8.1   WTO-related issues

A central issue for WTO members is whether policies are consistent with principles of non-discrimination. Most Favoured Nation Treatment prohibits favourable treatment of the goods, services, or corporations of any one member as compared with other members, while National Treatment prohibits less favourable treatment of foreign relative to domestic goods, services or corporations. Of the more than 60 WTO agreements that apply these principles, many are pertinent to climate change, including the General Agreement on Tariffs and Trade (GATT), the General Agreement on Trade in Services (GATS), the Agreement on Trade Related Intellectual Property Rights (TRIPs), the Agreement on Technical Barriers to Trade (TBT), the Agreement on Trade Related

Investment Measures (TRIMs) and the Dispute Settlement Understanding (DSU), as well as agreements on subsidies, government procurement, and agriculture (Brewer, 2003, 2004, 2010; Cottier et al., 2009; Hufbauer et al., 2009; Epps and Green, 2010). Studies have suggested that ETSs can be designed to be compatible with WTO obligations (Werksman, 1999; Petsonk, 1999).

Trade issues concerning CDM projects have received special attention (Werksman et al., 2001; Rechsteiner et al., 2009; Werksman, 2009). Although no trade or investment disputes have arisen yet in connection with CDM projects, there is the possibility that they will in the future as the number and economic significance of CDM projects continues to increase. Significant attention has also been given to product labelling and standards issues that can arise in relation to the WTO Agreement on TBT (Appleton, 2009), which could be pertinent to the use of labels concerning 'food miles' (ICTSD, 2007; World Bank, 2010). Although long-distance air transport of agricultural products itself is GHG-intensive, the agricultural practices of many exporting countries are less GHG-intensive than those of the importing countries, and determining the relative GHG emissions levels of imported versus domestic products thus requires complete lifecycle analyses of individual products and specific pairs of exporting-importing countries.

Government procurement policies that entail buy-local practices concerning climate-friendly goods and services have emerged as an issue under the principle of non-discrimination in the context of national economic stimulus programmes. The applicability of the WTO Agreement on Government Procurement to such trade issues is limited because many countries have not agreed to it; among those that have, there are many government agencies whose programmes are not covered (van Asselt et al., 2006; Hoekman and Kostecki, 2009; Malumfashi, 2009; van Calster, 2009).

Government subsidies for renewable energy and energy-efficiency goods and services have also become issues in relation to the WTO Agreement on Subsidies and Countervailing Measures, as well as the TRIMs agreement. Such issues have prompted WTO dispute cases, including one involving subsidies for producers of wind turbines (WTO, 2010) and another involving feed-in tariffs (WTO, 2011). The application of WTO subsidy rules could slow the development and diffusion of climate-friendly technologies, but it is not yet clear whether this has or will have an effect (see Bigdeli, 2009; Howse and Eliason, 2009; Howse, 2010 on subsidy issues).

There are WTO-related issues related to tariffs and non-tariff barriers resulting from climate change policy. In general, non-tariff barriers tend to be more important barriers than tariffs at the climate-trade interface, but tariffs are still high in some industries and countries (Steenblik, 2006; World Bank, 2008a). Countries may seek to limit competitive disadvantage introduced by domestic climate policy by raising tariffs and introducing non-tariff barriers that restrict imports, or by other BAMs. One example of a BAM would be a country that has imposed a domestic carbon tax also (1) imposing the carbon tax

on imported goods and services at a rate proportional to the emissions associated with their production and (2) offering reimbursement to domestic exporters who sell a good or service outside of the jurisdiction of the carbon tax (Wooders et al., 2009; Elliott et al., 2010; Monjon and Quirion, 2011). Barriers to transfers of technologies identified by IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (IPCC, 2011) as potential contributors to climate change mitigation have been issues in the on-going WTO Doha Round negotiations (Tamiotti et al., 2009). Domestic subsidies such as those for biofuels have also been at issue in the Doha Round.

Border adjustment measures to offset international differences in costs—and thus possible international leakage (see Section 5.4.1) arising from international differences in mitigation policy—have become one of the most contentious and researched points of interaction (Babiker, 2005; de Cendra, 2006; Cosbey and Tarasofsky, 2007; Ismer and Neuhoff, 2007; Genasci, 2008; Frankel, 2008; Tamiotti and Kulacoglu, 2009; O'Brien, 2009; van Asselt and Brewer, 2010; Tamiotti, 2011; Zhang, 2012). This issue draws particular attention to differences between production-based and consumption-based emissions in both developed and developing countries (Figure 1.5 in Chapter 1). BAMs include policy options ranging from: (1) tariffs on imports or subsidies on exports based on the amount of GHGs released in their production to (2) 'compensatory measures,' as for instance the free-allocation emission permits in the EU ETS or export rebates to energy-intensive sectors. Theoretical arguments in favour of BAMs can be grouped into three classes, each discussed below: the reduction of economic inefficiencies in the context of an externality, the reduction of carbon leakage, and increasing participation and compliance in a climate agreement.

The economic research on BAMs stresses that the inclusion of more countries in climate policy, e.g., by linking permit trading schemes and including more sectors and countries, reduces economic inefficiencies relative to unilateral BAMs. While, BAMs can enhance the competitiveness of GHG- and trade-intensive industries within a given climate regime (Kuik and Hofkes, 2010; Böhringer et al., 2012a; Balistreri and Rutherford, 2012; Lanzi et al., 2012), welfare effects may be negative for consumers and countries facing BAMs on their exports. Overall welfare effects accounting for externalities are mainly perceived to be positive at an abstract theoretical level (Gros and Egenhofer, 2011); the evidence is more blurred at an empirical level and is sensitive to assumptions (The Carbon Trust, 2010; Fischer and Fox, 2012; Lanzi et al., 2012). Export rebates, the exclusion of energy and $CO_2$-intensive industries from regulation, or the free-allocation of permits to these industries are recognized as causing efficiency losses (Lanzi et al., 2012). Most empirical studies also do not confirm a need at the macroeconomic level for BAMs in the first place: they tend to find that climate policy is not a significant trade issue at the macro-economic level of national economies, though there are competitiveness and leakage issues for a few industries which are both GHG-intensive and trade-intensive. They hold that the main channel of impact of climate policies

is through world energy prices and not through manufactured goods (Grubb and Neuhoff, 2006; Houser et al., 2008; Aldy and Pizer, 2009; The Carbon Trust, 2010).

The economic modelling literature on the effectiveness of BAMs to reduce carbon leakage finds that carbon leakage rates tend to decline by 2–12% following the introduction of a border adjustment tax (Böhringer et al., 2012a). The political literature on the appropriateness of using BAMs to address carbon leakage, on the other hand, tends to be divided into two perspectives. Developed countries and/or countries with some form of mitigation policy either already in place or considering this for the future argue that BAMs are necessary to avoid carbon controls driving production abroad. Arguments along this line have emerged in the European Union and the United States for instance (see Veel, 2009; The Carbon Trust, 2010; Fischer and Fox, 2012). Developing countries tend to oppose BAMs, as many are concerned about negative welfare effects for their countries and what they see as a violation of the principle of CBDRRC as agreed under the UNFCCC (Khor, 2010a; Droege, 2011a; Scott and Rajamani, 2012). Nevertheless, the technical difficulties of measuring production-induced or consumption-induced GHG emissions are significant (Droege, 2011a), and addressing them may be associated with high administrative costs, possibly outweighing the potential benefits (McKibbin and Wilcoxen, 2009).

Participation and compliance in climate agreements might be enhanced by BAMs. However, conceptual thinking on the question does not reveal a consensus, and direct evidence on the point is insufficient to reach definitive conclusions (see Barrett, 2003, 2009, 2010; Victor, 2010, 2011). Because BAMs affect the distribution of abatement costs across countries, enacting a BAM could result in welfare loss, particularly for exporting developing countries, and even retaliatory countermeasures (de Cendra, 2006; Mattoo et al., 2009; Böhringer et al., 2012b; Balistreri and Rutherford, 2012). For more discussion on the topic, see Section 13.3.3 on participation and Section 13.3.4 on compliance.

From the research on legal issues related to BAMs, four major conclusions emerge. First, BAMs may clash with WTO obligations, a point which is emphasized by many observers (Wooders et al., 2009; Condon, 2009; ICTSD, 2009; Holzer, 2010, 2011; Tamiotti, 2011; Du, 2011). Second, it is possible to design BAMs to be compatible with these obligations, according to other observers (Condon, 2009; Droege, 2011a; b), particularly when BAMs are targeted to countries based on their production technology efficiency (Ismer and Neuhoff, 2007). Third, WTO obligations and their legal interpretation have evolved over time, allowing for the possibility to bring trade and climate policy goals more in line in the future (Kelemen, 2001; Neumayer, 2004). Finally, the use of BAMs for climate change purposes may be politically controversial (Khor, 2010a).

A final WTO-related issue concerns the distinction between products and 'process and production methods' (PPMs). The legal notion of PPMs, as applied in the WTO, can be based on several aspects of

13

**13**

production processes and can have a variety of effects on climate change-related policies. (For extensive discussions of the technical legal issues and their relevance to climate change issues see Cottier et al., 2009).

## 13.8.2    Other international venues

Two GHG-emitting industries that are centrally involved in international trade as modes of transportation are covered by separate international agreements outside the WTO system (see also Chapter 8). International aviation issues are covered by the Chicago Convention and the International Civil Aviation Organization (ICAO), while international maritime shipping issues have been addressed by the IMO (see Section 13.13.1.4 for performance assessments of the ICAO and IMO).

There has been increasing interest in recent years in both ICAO and IMO in industry practices concerning GHG emissions, with some efforts at international cooperation to address them. However, there has been international conflict about the European Union's inclusion of international aviation within the EU ETS. The Kyoto Protocol in Article 2.2 recognized ICAO as the venue for negotiations on matters concerning international aviation emissions, but in the absence of what was seen in the EU as adequate progress in the ICAO, the EU decided to include aviation in the EU ETS. This unilateral decision prompted strong reactions (Mueller, 2012; Scott and Rajamani, 2012), and flights in and out of the EU were temporarily exempted in April 2013 through the ICAO General Assembly scheduled for September-October 2013. Among the concerns expressed about the inclusion of aviation in the EU ETS has been the assertion that it represents a violation of the principle of CBDRRC of the UNFCCC (Scott and Rajamani, 2012; Ireland, 2012), though this concern only applies to developing countries. There are also legal issues about the relationship of the EU ETS to the Chicago Convention, which has traditionally been the international legal basis for aviation policies. Though studies indicate that the economic impacts of the EU ETS provisions are small relative to other airline expenses and ticket prices and that much of the cost can be passed on to consumers (Scheelhaase and Grimme, 2007; Anger and Köhler, 2010), political and legal issues have nevertheless made international cooperation difficult. The IMO (2009) concluded that a significant potential for $CO_2$ reduction exists through technical and operational measures, many of which appear to be cost-effective; the IMO adopted an energy efficiency design index (International Maritime Organization (IMO), 2011). A link of carbon controls of aviation and shipping to the EU ETS and/or a possible U.S. ETS is suggested by Haites (2009) with the view that carbon offsets under the CDM could also be used.

There are other international institutional contexts within which climate change-trade interaction issues have been addressed, namely, the World Bank, G8, G20, IEA, MEF, and OECD (Section 13.5).

## 13.8.3    Implications for policy options

In terms of WTO and/or UNFCCC involvement, there are logically four possible sets of options for institutional architectures at the multilateral level for addressing climate change-trade interactions: WTO-based, UNFCCC-based, joint UNFCCC-WTO, and stand-alone. In addition, there could be hybrid arrangements involving combinations of these four types. For instance, proposals for Sustainable Energy Trade Agreements (SETAs) could be addressed in a variety of venues (ICTSD, 2011).

Of the four options, WTO-based architectures have received the most attention in the literature. Alternatives include making revisions in existing WTO arrangements or undertaking new arrangements (Epps and Green, 2010). Possible changes in existing WTO arrangements include a 'peace clause' (Hufbauer et al., 2009) or waiver agreement (Howse and Eliason, 2009; Howse, 2010), whereby WTO members would agree—within some limits—not to challenge on WTO grounds, respectively, climate policies in general or climate-related subsidies in particular. An extensive list of other possible changes to existing WTO arrangements has been discussed by Epps and Green (2010), whose suggestions include: change GATT Article XX (which allows exceptions to members' obligations, including measures for the 'conservation of exhaustible natural resources') so that climate measures are explicitly identified as qualifying for exceptional treatment; add a similar provision to the Subsidies Agreement; change the burden of proof or standard of review for the scientific evidence presented in climate change cases to Dispute Settlement panels; change Dispute Appellate Body rules to take into account the scientific uncertainties in climate change cases; establish a notification process for members to inform other members of the adoption of climate policies with trade implications; and establish a Climate Change Committee, which could facilitate conflict resolution without resorting to the Dispute Resolution process.

Many possibilities for a new Climate Change Agreement at the WTO have also been discussed by (Epps and Green, 2010). The elements of such an agreement could include: establishment of a Climate Change Committee (as above); establishment of a notification procedure for climate change measures (as above); establishment of climate change mitigation as a legitimate objective; development of a 'non-aggression clause' that would prohibit unilateral actions, such as BAMs; adoption of transparency requirements for national climate change policymaking processes to determine their legitimacy in relation to climate change concerns and protect against disguised trade protectionism; adoption of environmental rationales for subsidies; reviews of members' trade-related climate measures to insure that they are substantive responses to climate issues; and clarification of the potential application of PPMs questions to climate change disputes. Although these ideas have been mentioned in the literature, they have not been formulated as specific proposals to the WTO.

UNFCCC-based options have been discussed in the literature (Werksman et al., 2009) relating to the possible creation of a 'level' playing field, such as through border charges on imports, or border rebates for exports, though views differ greatly, as indicated above in the discussion of BAMs.

A potential joint UNFCCC-WTO agreement has not yet received much attention in the published literature (Epps and Green, 2010). However, there are already in effect arrangements whereby the UNFCCC secretariat is an observer in meetings of the WTO Committee on Trade and Environment (CTE) and is invited on an ad hoc basis to meetings of the Committee overseeing the specific trade and environment negotiations (CTESS) (Cossey and Marceau, 2009). In addition, WTO Secretariat staff members attend the annual UNFCCC COP meetings. Finally, a stand-alone arrangement could be developed (Epps and Green, 2010), a possibility that has not yet been analyzed in the published literature.

There are numerous and diverse unexplored opportunities for greater international cooperation in trade-climate policy interactions. While mutually destructive conflicts between the two systems have thus far been largely avoided, pre-emptive cooperation could protect against such developments in the future. Whether such cooperative arrangements can be most effectively devised within the existing institutional architectures for trade and for climate change or through new architectures is an unsettled issue (Section 13.4).

## 13.9   Mechanisms for technology and knowledge development, transfer, and diffusion

Technology-related policies could conceivably play a significant role in an international climate regime (de Coninck et al., 2008). These policies have the potential to lower the cost of climate change mitigation and increase the likelihood that countries will commit to reducing their GHG emissions. By lowering the relative cost of more environmentally sound technologies, technology policy can increase incentives for countries to comply with international climate obligations and could therefore play an important role in increasing the robustness of long-run international frameworks (Barrett, 2003). Such policies might generate incentives for participation in international climate agreements by facilitating access to climate-change-mitigating technologies or funding to cover the additional costs of such technologies.

The role of international cooperation in facilitating technological change, including access to, facilitation of, and transfer of technology, is explicitly recognized in Article 4(1)(c) and (h), 4(5), 4(7), 4(8),

and 4(9) of the UNFCCC. Article 4.5 states that "The developed country Parties and other developed Parties included in Annex II shall take all practicable steps to promote, facilitate and finance, as appropriate, the transfer of, or access to, environmentally sound technologies and know-how to other Parties, particularly developing country Parties...." The performance of international institutional arrangements and the adequacy of financing are subject to a variety of interpretations. (See Section 14.3.6.2 for a discussion of the UNFCCC CTCN, and see Section 15.12 for a discussion of financial issues.)

Although international technology transfer issues for climate change mitigation or adaptation have become concerns in numerous countries, these concerns have been especially acute in developing countries. Concerns over technology transfer in developing countries are frequently embedded in broader capacity building, sustainable development, and other equity issues (for discussions of the broader issues of CBDRRC and equity, see respectively Sections 13.2.1.2 and 13.4.2.4, and also Chapter 3 and Sections 4.1 and 4.2) (Brewer, 2008; GEA, 2012; Ockwell and Mallett, 2012).

Technology-oriented agreements could include activities across the technology life cycle for knowledge sharing, coordinated or joint research and development of climate-change-mitigating technologies, technology transfer, and technology deployment policies (such as technology or performance standards and incentives for technology development or adoption). International technology policy may play an important role in improving the efficiency of existing research and development (R&D) activities by increasing the international exchange of scientific and technical knowledge and by reducing duplicated R&D effort that could be shared across nations. (Newell, 2010a).

### 13.9.1   Modes of international incentive schemes to encourage technology-investment flows

Absent additional market failures, underinvestment in innovative activity relative to socially optimal levels can occur due to several well-understood general properties of innovation (see Section 15.6). At a global level, international carbon markets and the flexibility mechanisms they may employ, such as international linkage of domestic emission programmes, offsets, and the CDM, may be used to finance emission reductions in developing countries and transferring technology between nations and regions (see Section 13.13 and Haščič and Johnstone, 2011). Clear rules for these markets and their associated flexibility mechanisms may be established under international agreements and domestic policies to aid the removal of unnecessary barriers to technology transfer and to facilitate investment flows.

Because private-sector investments constitute more than 85 % of global financial flows (UNFCCC, 2007b), international trade and foreign direct investment are the primary means by which new knowl-

**13**

edge and technology are transferred between countries (World Bank, 2008b). While domestic actions can improve the conditions to enable technology transfer investments (e.g., through regulatory flexibility, transparency, and stability), international actions can also contribute. In particular, the literature has identified tariffs and non-tariff trade barriers as impediments to energy technology transfer (World Bank, 2008b). An existing example is OECD regulation of export credits, with specific conditions to foster technology transfer for climate change mitigation (OECD, 2013).

In summary, national and supra-national policies that provide incentives for climate change mitigation will likely play an essential role in stimulating public investment, financial incentives, and regulations to promote innovation in the necessary new technologies for mitigation goals. Reducing fossil-fuel subsidies may have a similar effect (UNEP, 2008).

### 13.9.2    Intellectual property rights and technology development and transfer

The strength of IP right protection, together with other conditions related to the rule of law, regulatory transparency, and market openness affect technology transfer rates (Newell, 2010a) (see also Sections 3.11 and 16.8).

The goal of IP protection is to foster both the development of new technologies (innovation), and the diffusion of new technologies across countries (technology transfer) and within countries (technology adoption). In theory, such protection achieves these ends by increasing and/or maintaining the private economic incentive to create and transfer technology. At the same time, protection of IP also works to slow the diffusion of new technologies, because it raises their cost and potentially limits their availability. To the extent that IP protection raises the cost and limits the availability around the world of mitigation technologies, the potential for new technologies to reduce the cost of mitigation will be hampered. Concern by developing countries that IP protection for low-carbon technology will make climate action excessively costly has been a contentious issue in the climate negotiations (Government of India, 2013). On the other hand, IP protection may encourage firms to innovate more than they otherwise would, thus potentially increasing the supply and reducing the cost of new technology.

In order to balance the possible incentive effects of IP protection against the adverse impact of such protection on costs and availability, it is important to assess the empirical significance of the incentive effects, both with respect to innovation and technology diffusion. The empirical evidence regarding the effect of IP policy on innovation is discussed in Section 15.6.2.1.

Even if stronger IP protection does not foster creation and development of new technologies, it may be beneficial for mitigation if it fos-

ters transfer of technologies from developed to less developed countries. Theoretically, strong IP protection in developing countries may be necessary to limit the risk for foreign firms that transfer of their technology will lead to imitation and resulting profit erosion. Looking at technology transfer in general, empirical literature finds a role for strong IP protection in receiving countries in facilitating technology transfer from advanced countries through exports, foreign direct investment (FDI), and licensing for transfers from the OECD (Maskus and Penubarti, 1995); FDI to 16 countries originating in the United States, Germany and Japan (Lee and Mansfield, 1996; Mansfield, 2000); and transfers from the United State (Smith, 1999). Regarding recipients, Awokuse and Yin (2010) find evidence for transfers to China, and Javorcik (2004) for FDI to 24 Eastern European transition economies. Branstetter et al. (2006) assessed FDI to 16 middle-income countries after those countries strengthened their IP protection and found indicators for United States technology transfer increasing subsequently.

The empirical evidence suggests that the effects of IP strength on technology licensing parallel those for FDI. The Branstetter et al. (2006) results discussed above included royalty payments among the measures of technology transfer that increased after IP strengthening. Smith (2001) finds that the association between strong IP and licenses is stronger than the relationship between IP and exports. In general, the evidence indicates a systematic impact of IP protection on technology transfer through exports, FDI, and technology licensing for middle-income countries for which the risk of imitation in the absence of such protection is relatively high. It is unclear whether or not these effects extend to the least developed countries whose absorptive capacity and ability to appropriate foreign technology in the absence of strong IP protections is less (Hall and Helmers, 2010). It is also important to note that IP rules are but one of many factors affecting FDI decisions. Others, particularly more general aspects of the legal and institutional environment that affect the riskiness of investments, may be more significant (Fosfuri, 2004).

Literature on the role of IP rights in the development of low-carbon technologies remains limited (Reichman et al., 2008). For example, Barton (2007) analyzes existing solar, wind, and biofuel technologies, and Lewis (2007, 2011) and Pueuo et al. (2011) find that IP protection has induced innovation in wind technologies without compromising technology transfer. However, problems could arise if new, very broad patents were granted that impede the development of future, more efficient technologies (though even then, IP rights may provide flexibility). Compulsory licensing has been proposed as a mechanism to encourage technology transfer. Such an action would compensate a patent holder while overcoming market power inhibitions on voluntary licensing (Reichman and Hasenzahl, 2003). Despite short-run technology transfer benefits, compulsory licensing of mitigation technologies may not be desirable in the long-run, and current international law may limit the circumstances under which compulsory licensing can be used to achieve climate change mitigation objectives (Fair, 2009; Maitra, 2010).

In summary, there is inadequate evidence in the literature regarding the impact of IP policy on transfer of GHG-mitigating technologies to draw robust conclusions. If the experience from other technology sectors is indicative, maintenance of effective protection of IP may be a factor in determining the transfer of mitigation technology to middle-income countries, although other aspects of the legal and institutional environments are likely to be at least as important. There is little empirical evidence that protection of IP rights is a major factor affecting technology transfer to the least developed countries.

### 13.9.3 International collaboration to encourage knowledge development

International cooperation on climate change mitigation has been linked to technology transfer policy, as transferring knowledge and equipment internationally, and ensuring that technologies are deployed in appropriate national contexts, may require additional international action (Newell, 2010a). International cooperation on climate-relevant technology policy can include efforts to share technological knowledge, collaborate or coordinate R&D, and directly facilitate and finance technology transfer.

#### 13.9.3.1 Knowledge sharing, R&D coordination, and joint collaboration

International cooperation on knowledge-sharing and R&D coordination can include information exchange, coordinated or harmonized research agendas, measurement and technology standards, and coordinated or cooperative R&D (IEA, 2008; de Coninck et al., 2008; GEA, 2012). Examples of such existing forms of cooperation include the Carbon Sequestration Leadership Forum, the former Asia Pacific Partnership on Clean Development and Climate, the U.S.-China Clean Energy Research Center, and the International Partnership for a Hydrogen Economy. Empirically, a higher degree of collaboration has been more frequently observed in research areas of more fundamental science without larger commercial interests (for example, the ITER fusion reactor and the CERN supercollider) (de Coninck et al., 2008). In addition to enhancing the cross-border flow of scientific and technical information, joint R&D can increase the cost-effectiveness of R&D through complementary expertise and reduced duplication of effort (Newell, 2010a).

The IEA has coordinated the development of more than 40 Implementing Agreements. Under these agreements, IEA member countries may engage either in task-sharing programmes pursued within participating countries and funded by individual country contributions, or in cost-sharing programmes funded by countries but performed by a single contractor. All existing Implementing Agreements incorporate some degree of task sharing while about half incorporate cost sharing (Newell, 2010a).

#### 13.9.3.2 International cooperation on domestic climate technology R&D funding

Public sector investment in energy- and climate-related R&D has decreased since the early 1980s, although there has been a relative increase in recent years (Newell, 2010a, 2011). Newell (2010a), using the precedent of European Union cooperation on setting R&D spending goals, has proposed an international agreement that would increase domestic R&D funding for climate technologies (either in absolute terms, percentage increases from historic levels, or relative to GDP) in an analogous fashion to internationally agreed emission targets. Also, at a G8 meeting, in the context of a consideration of how to address climate change, there was agreement to seek to double public investment in R&D between 2009 and 2015 (G8, 2009). See Torvanger and Meadowcroft (2011) and Fischer et al. (2012) on issues in the design and support of climate friendly technologies. International coordination of R&D portfolios may reduce the duplication of R&D effort, cover a broader technological base, and enhance the exchange of information gained through national-level R&D processes. This coordination could cover the allocation of effort by government scientists and engineers, the targeting of extramural research funding to specific projects, and public-private partnerships. Engaging developing economies in developing and deploying new technologies may require further technology development to meet the needs of domestic institutions and norms.

Bringing newly developed technologies to full commercialization often presents challenges, and for some technologies, such as carbon dioxide capture and storage (CCS) (de Coninck et al., 2009), the private sector may not have sufficient incentives to commercialize new technologies in the absence of international cooperation. Since some of the economic risk the private sector faces reflects uncertainty about the incentives that future climate policies would create, governments may have a role in financing technology demonstration projects (Newell, 2007). The case for such demonstration projects may be stronger in developing and emerging economies, where incomplete capital markets may undermine investment in commercializing these technologies.

## 13.10 Capacity building

Several articles in the UNFCCC (4.1(i), 4.5, 6 and 9.2(d)) and the Kyoto Protocol (Article 10(e)) acknowledge the role of capacity building in promoting collective action on climate change. While the texts give special attention to building capacity in developing countries, they also recognize a general need for all countries to improve policy, planning, and education on climate issues.

A variety of public, private, and NGO initiatives have undertaken capacity building efforts both within and outside of the UNFCCC,

13

focusing primarily on three issues: (1) adaptation policy and planning; (2) mitigation policy and planning; and (3) measurement, reporting, and verification of mitigation actions. Capacity building efforts with respect to technology transfer are addressed in Section 13.9. Section 4.6.1 considers adaptive capacity and mitigative capacity jointly as dimensions of 'response capacity' and Section 15.10 considers capacity building in a national context.

Capacity building for adaptation includes (i) risk management approaches to address adverse effects of climate change, (ii) maintenance and revision of a database on local coping strategies, and (iii) maintenance and revision of the adaptation practices interface (Yohe, 2001; UNFCCC, 2009b). The process of preparing the National Adaptation Programmes of Action (NAPAs) for and by LDCs identifies their most 'urgent' adaptation needs. However, capacity building for adaptation is likely insufficient because the costs in such regards are rarely estimated (Smith et al., 2011; see also WGII, 3.6.4). At the community level, adaptation projects require time and patience and can be successful if they raise awareness, develop and use partnerships, combine reactive and anticipatory approaches, and are in line with local culture and context (Engels, 2008; Dumaru, 2010).

Capacity building for mitigation includes technical assistance and policy planning support. In CDM, capacity building has focused on the establishment of Designated National Authorities (DNAs), the training of private and public personnel, and project support (Michaelowa, 2005; Winkler et al., 2007; Okubo and Michaelowa, 2010). Efforts aimed at capacity building for NAMAs and REDD-plus are expected (Bosetti and Rose, 2011). NAMAs are a potentially important means of action by developing countries that emerged in the negotiations under the Bali Roadmap (UNFCCC, 2007); and have been assessed in the literature (Wang-Helmreich, et al., 2011; Upadhyaya,, 2012; Tyler et al., 2013). NAMAs are discussed in detail in Section 15.2.

Monitoring and evaluation activities are important to ensure effective implementation of a capacity-building framework, helping to understand gaps and needs in capacity building, share best practices, and promote resource efficiency (UNFCCC, 2009c). There are few empirical assessments of current capacity building approaches in relation to climate change (Virji et al., 2012).

# 13.11  Investment and finance

Since AR4, international cooperation on climate policy has increasingly focused on mobilizing public and private investment and finance for mitigation and adaptation activities. Such cooperation has included the setup of market mechanisms to generate private investment as well as public transfers through dedicated institutions (Michaelowa, 2012b). The Copenhagen Accord of 2009 included a provision to jointly mobilize 100 billion USD per year by 2020 to address the needs of developing countries, in the context of meaningful mitigation actions and transparency of implementation (UNFCCC, 2009a). In order to reach this goal, the High-level Advisory Group on Climate Change Financing (AGF) (AGF, 2010) identified four potential sources of finance: public sources (funds mobilized under the UNFCCC), development bank instruments, carbon market finance, and private capital.

In the follow-up to the Copenhagen conference, the term 'climate finance' has been coined for financial flows to developing countries, but there exists no internationally agreed definition (Buchner et al., 2011). Stadelmann et al. (2011b) provide a discussion of what could be counted and how the baseline for international climate finance could be set to provide 'new and additional' funds. See Section 16.2.2 for a description of the potential financing need and Section 16.5 for a description of possible public funding sources.

## 13.11.1   Public finance flows

### 13.11.1.1   Public funding vehicles under the UNFCCC

The largest share of UNFCCC-organized climate finance goes to mitigation: Abadie et al. (2013) provide reasons for this, such as the differences between mitigation and adaptation regarding public good characteristics and the lack of information regarding context-specific climate impacts. The UNFCCC mobilizes financial flows to developing countries and countries in transition through four primary vehicles: (1) the GEF, which focuses on mitigation (GEF, 2011); (2) the LDCF and SCCF, which focus on adaptation; (3) the Adaptation Fund, which also focuses on adaptation; and (4) the GCF, which will focus on both mitigation and adaptation when it becomes operational. The GEF is the secretariat for all funds other than the GCF. This section reviews the literature on these four mechanisms (see also Section 16.5; UNFCCC, 2012a).

The Adaptation Fund is financed through a 2% in-kind levy on emissions credits generated by CDM projects, though parties to the Kyoto Protocol have contributed additional funding (Liverman and Billett, 2010; Horstmann, 2011; Ratajczak-Juszko, 2012). All other UNFCCC funding vehicles are based on voluntary government contributions that can be counted as official development assistance. Ayers and Huq (2009) maintain that the Adaptation Fund's governance structure avoids many of the issues of ownership and accountability faced by other funds. Harmeling and Kaloga (2011) examine the influence of competing interests on funding decisions by the Adaptation Fund Board. Under the Fund, Multilateral Implementing Entities (MIEs) have had the most success in securing funding, followed by National Implementing Entities (NIEs), but none by Regional Implementing Entities (RIEs). This disparity has led to calls for transparency in project assessment (Harmeling and Kaloga, 2011). Grasso and Sacchi (2011) discuss

issues of justice in Adaptation Fund financing decisions to date. Further research into the distribution of adaptation finance across countries, sectors, and communities is required to assess the equity, efficiency, effectiveness, and environmental impacts of the operation of the Adaptation Fund (Persson, 2011).

The Conference of the Parties to the UNFCCC has decision-making power regarding the representation of country groups on the governing boards of the UNFCCC's funding vehicles, voting rules, the choice of secretariat and the choice of trustee (e.g., who oversees the finances and ensures funds go where they are supposed to go). Due to its complex structure, the GEF faces challenges coordinating with UNFCCC decisions (COWI and IIED, 2009; Ayers and Huq, 2009). Recipient countries have a majority on the board of the Adaptation Fund, while the decision-making bodies for the other UNFCCC financing institutions have equal representation for developing and industrialized countries. The Adaptation Fund has allowed the possibility of 'direct access' by host country institutions, which has been used sparingly to date (Ratajczak-Juszko, 2012). The GEF is also starting to experiment with this approach (GEF, 2011).

Funding per country eligible under the Adaptation Fund is limited to 10 million USD, essentially leading to a situation where each country gets financing for a single project. Stadelmann et al. (2013) show that this does not lead to projects ranking high on equity and efficiency criteria. The GEF operates funding floors and caps for each country (currently 2 million USD and 11 % of the total volume available, respectively) (GEF, 2010). Between these thresholds, a complex allocation formula is used whose variables consist of GDP, project portfolio performance, country environmental policy and institutional performance, GHG-emissions level, development of carbon intensity, forestry emissions, and changes in deforestation.

A step change with regards to the international coordination of public finance flows was the collective commitment by industrialized countries in the Copenhagen Accord of 2009 to provide resources approaching 30 billion USD as 'Fast Start Finance' (FSF) during the period 2010–2012 for mitigation and adaptation in developing countries (UNFCCC, 2009a). Fast Start Finance was to provide 'new and additional' resources, flowing through existing multilateral, regional, and bilateral channels. Although few countries disclose details of their FSF, studies show that FSF ranges from small grants to large loans for infrastructure development (Fransen et al., 2012; Nakhooda and Fransen, 2012; Kuramochi et al., 2012). While the FSF commitment for 2010–2012 has been exceeded, transparency regarding allocation criteria and actual disbursement is low (Ciplet et al., 2013). Official development assistance (ODA) made up a large share of total funding (Ballesteros et al., 2010) and several studies argue that the use of ODA as a substitute for new climate finance mechanisms could divert funding away from other important imperatives (Michaelowa and Michaelowa, 2007; Ayers and Huq, 2009; Gupta and van der Grijp, 2010). See also Section 16.2.1.1.

### 13.11.1.2  Multilateral development banks

Multilateral development banks (MDBs) have played a significant role in mobilizing, coordinating, and overseeing the growth of climate-related financial flows. The World Bank provides services as trustee or interim trustee for all the UNFCCC-related funds noted above. A group of MDBs manages and governs the Climate Investment Funds (CIFs), which were set up in 2008, are not supervised by the UNFCCC, and are financed through voluntary government contributions. The Clean Technology Fund supports investments in low-carbon technologies, and the Strategic Climate Fund is an umbrella for improving resilience against climate change, reducing deforestation and renewable energy support for low-income countries.

Tirpak and Adams (2008) see increases in MDBs' funding and shifts to low-GHG technologies being fragile owing to variability and low levels of funding. Bowen (2011) proposes expansion of the capital base of multilateral financial institutions in order to increase concessional financing (finance made available at lower than market costs) of mitigation and adaptation activities.

Over the last two decades, recipients have gained more decision-making power in the institutions under the UNFCCC, while multilateral financial institutions have not followed this trend. Financing is typically not given directly to the project recipients but provided through implementing agencies, mostly multilateral financial institutions or UN agencies that fulfil predefined fiduciary standards. Direct access, as implemented by the Adaptation Fund, is seen by some as the most appropriate model for climate finance (UNDP, 2011). However, peer-reviewed literature comparing the effectiveness of the two approaches is lacking. At the same time, national development banks (e.g., China Development Bank, Brazilian Development Bank (BNDES)), Bilateral Finance Institutions, and a planned multilateral fund of the Brazil, Russia, India, China, and South Africa (BRICS) countries have also provided or may provide substantial funding (Höhne et al., 2012a; Robles, 2012)

### 13.11.2  Mobilizing private investment and financial flows

Another emerging focus of international climate cooperation is on mobilizing private investment to finance mitigation and adaptation. As discussed in Sections 13.4.1.4 and 13.13.1.1, carbon credits from market mechanisms generate revenues for private sector players, thus leveraging potentially large investments in mitigation. Such leverage is seen as important by Urpelainen (2012), who presents a game-theoretical model where capacity building leverages private mitigation investment. A number of international initiatives have supported capacity building for market mechanisms (Okubo and Michaelowa, 2010). Also, the multilateral financing institutions discussed in Section 13.11.1 will 'leverage' private finance to complement their public funding.

The potential for leveraging to lead to double- and multiple-counting has led to suggestions that internationally agreed methodologies to account for leveraging are needed (Clapp et al., 2012), which would be of help in consistent reporting of finance against the goal agreed under the UNFCCC. Stadelmann et al. (2011a) find that the leverage factors, that is the ratio between mobilized private funding and mobilized public finance, for the Climate Technology Fund under the CIFs and the GEF reach self-reported levels of 8.4 and 6.2, respectively. However, an analysis of over 200 CDM and close to 400 GEF projects, Stadelmann et al. (2011a) find a leverage ratio of just 3.0–4.5. Moreover, high-leverage factors may mean that the underlying project is not additional, i.e., not contributing to mitigation. Finally, instead of leveraging in the private sector through capacity building, the World Bank engagement in the Kyoto mechanisms has at least partially crowded out private sector activities, as shown empirically by Michaelowa and Michaelowa (2011).

Besides market mechanisms, other instruments such as grants, loans at concessional rates, provision of equity through financial institutions, or guarantees can mobilize private funds. This can happen directly on the company level or be channelled through national governments (Neuhoff et al., 2010). While they can be implemented on any level of aggregation, the level of incentive provided could be coordinated internationally, e.g., by basing it on a previously agreed 'social cost of carbon' (Hourcade et al., 2012). The success of the Multilateral Investment Guarantee Agency shows that costs of guarantees are likely to be low if multilateral and bilateral financial institutions with strong financial ratings provide them (Brown et al., 2011; Buchner et al., 2011).

# 13.12  The role of public and private sectors and public-private partnerships

International responses to climate change ultimately depend on private sector action. Large multinational corporations produce about half of the global world product and global GHG emissions (Morgera, 2004). Hence, private companies will need to generate investment and innovation necessary to pursue a low-carbon economy (Forsyth, 2005). Given that damages from climate change are a (negative) externality, a gap remains between the need for GHG reduction and the commitments of the largest international companies (Knox-Hayes and Levy, 2011). While some business sectors may have an interest advancing policy to mitigate climate change (Pulver, 2007; Falkner, 2008; Pinkse and Kolk, 2009; Meckling, 2011), in practice the public sector typically guides, supports, and motivates private sectors to contribute to a low-carbon economy. These types of public sector interactions with the private sector can operate through government regulations (whether market-based or conventional), but may also be facilitated through public-private partnerships, the focus of this section.

## 13.12.1  Public-private partnerships

One channel for such guidance is through public-private partnerships focused on climate change, which have multiplied and grown in recent years (Bäckstrand, 2008; Pattberg, 2010; Andonova, 2010; Kolk et al., 2010). Public-private partnerships involve governments, businesses, and sometimes NGOs. Examples include the Renewable Energy and Energy Efficiency Partnership (REEEP) (Parthan et al., 2010); the Methane to Markets initiative (now renamed the Global Methane Initiative) (de Coninck et al., 2008); the former Asia Pacific Partnership on Climate and Energy (which was largely organized through sector-specific partnerships) (Karlsson-Vinkhuyzen and van Asselt, 2009; McGee and Taplin, 2009; Okazaki and Yamaguchi, 2011); the Global Superior Energy Performance Partnership (taking sector-specific activities from the regional scale to the global scale) (Fujiwara, 2012; Okazaki et al., 2012; see also Section 14.3.3); the CDM (where some projects can take the character of public-private partnerships) (Streck, 2004; Green, 2008; Newell, 2009); the World Bank Prototype Carbon Fund (Lecocq, 2003; Andonova, 2010); the UN Fund for International Partnerships (39% of whose environmental partnerships are in energy- or climate change-related projects) (Andonova, 2010); the UN Global Compact's 'Caring for Climate' initiative (Abbott, 2011); the Green Power Market Development Group (Andonova, 2009); and the Munich Climate Insurance Initiative (Pinkse and Kolk, 2011). These partnerships can facilitate development and commercial deployment of low-carbon technologies as governments remove barriers to the entry and provide stakeholders with new business frameworks. Industries also demonstrate leadership through active involvement with regards to their technologies, investments, and know-how (IEA, 2010).

Some international public-private partnerships concentrate on the development of specific technologies. Others focus on rural renewable energy or low-carbon energy development in general. Others center their attention on carbon market development. Few focus on adaptation, although the insurance sector is involved in such initiatives (Pinkse and Kolk, 2011). Effective partnerships are institutionalized with representatives of major stakeholders, a permanent secretariat, resources and a dedicated mission (Pattberg et al., 2012). Company willingness to engage in adaptation depends on their capacity, their past exposure to disasters, and the link between their business planning horizons and climate impact uncertainty (Agrawala et al., 2011). Some also need to ensure that they are able to adapt to changing climatic circumstances (Linnenluecke and Griffiths, 2010; Vine, 2012).

## 13.12.2  Private sector-led governance initiatives

Private sector actors have also engaged in direct attempts to govern aspects of climate change transnationally. First, some institutional investors now ask companies to report on their GHG emissions, strategies to reduce them, and more broadly on climate risk exposures (Kolk et al., 2008; Newell and Paterson, 2010; Harmes, 2011; MacLeod and

Park, 2011). The most important example of this is the Carbon Disclosure Project, whose signatories controlled 70 trillion USD in assets in 2011 (Carbon Disclosure Project, 2011). The private sector is playing a role in developing systems for carbon accounting (Lovell and MacKenzie, 2011).

Second, like NGOs (see Section 13.5.2), private-sector actors have developed initiatives to govern voluntary carbon markets, either through certification standards for offset markets or by developing trading exchanges, registries, and protocols for reporting GHGs (Green, 2010, 2013; Hoffmann, 2011). Many of the certification schemes are either developed by private-sector actors (such as the Voluntary Carbon Standard, developed by the International Emissions Trading Association, the Climate Group, and the World Business Council for Sustainable Development) or by such actors in collaboration with environmental NGOs (such as the Social Carbon standard).

### 13.12.3   Motivations for public-private sector collaboration and private sector governance

For private sector actors, partnerships with governments or NGOs on climate may create direct economic benefits through financial support, learning opportunities, risk sharing, or market access (Pinkse, 2007; Perusse et al., 2009). Since direct regulation of firms at the international level is unavailable, states have incentives to pursue partnerships to affect transnational private sector activities. International organizations pursue partnerships for similar reasons (Andonova, 2010). Partnerships or private governance may create club goods for participants (Andonova, 2009). Sometimes, firms are motivated more by concerns for public relations (Pinkse and Kolk, 2009). Private sector finance can be stimulated by a five-step approach: strategic goal setting and policy alignment, an enabling process and incentives for low-carbon and climate-resilient (LCR) investment, financial policies and instruments, harnessing resources and building capacity for a LCR economy, and promoting green business and consumer behaviour (Corfee-Morlot et al., 2012).

## 13.13   Performance assessment on policies and institutions including market mechanisms

This section surveys and synthesizes quantitative and qualitative assessments of existing and proposed forms of international cooperation to address climate change mitigation that have appeared in the literature since AR4. Adaptation is not treated here, as there have

been few international cooperative initiatives focused on adaptation, although these are now starting to emerge (Section 13.5.1.1).

Existing cooperation is considered in Section 13.13.1 with reference to the UNFCCC, its Kyoto Protocol, the CDM, agreements under the UNFCCC pertaining to the post-2012 period, and agreements and other forms of international cooperation outside of the UNFCCC. Section 13.13.2 considers the literature that assesses various proposed forms of future international cooperation described in Section 13.4.3. Throughout, we synthesize assessments in terms of the four criteria discussed in Section 13.2: environmental effectiveness, aggregate economic performance, distributional impacts, and institutional feasibility. Table 13.3 summarizes the key findings of this section's performance assessment.

In applying the evaluation criteria to evaluate existing and proposed forms of international cooperation, five general caveats apply. First, an ex-ante evaluation of a policy may overestimate the costs and/or the benefits of that policy for several reasons, such as overestimating the extent of its implementation (Harrington et al., 2000; Harrington, 2006), failing to account for over-reporting by regulated parties (Bailey et al., 2002), and underestimating learning related to technological development (Norman et al, 2008). Second, ex-ante evaluation may over- or under-estimate the effectiveness of proposed cooperation, because interactions between proposed policies and other existing policies may be difficult to predict. These interactions can be counterproductive, inconsequential, or beneficial (Fankhauser et al., 2010; Goulder and Stavins, 2011; Levinson, 2012). Third, while evaluation of proposed policies can be informed by lessons learned from regime complexes in other contexts (see Section 13.5), such lessons may come with extrapolation bias, since it may not be appropriate to generalize to climate change findings from other contexts. Fourth, in comparing existing policies using these criteria, it can be helpful to keep in mind that as institutions evolve, the performance of particular policies may change. Fifth and finally, the overall performance of the international regime depends also on national and regional policies (see Chapters 14 and 15, in particular Sections 14.4.2 and 15.5).

### 13.13.1   Performance assessment of existing cooperation

#### 13.13.1.1   Assessment of the UNFCCC, the Kyoto Protocol, and its flexible mechanisms

The UNFCCC established a framework and a set of principles and goals for the international response to climate change. Under Article 2, the parties agreed to the objective of "prevent[ing] dangerous anthropogenic interference with the climate system," an objective which was not quantified and was subject to several caveats. Under Article 4(2) (a), the Annex I parties committed to adopt measures (which could be

**13**

**Table 13.3** | Summary of performance assessments of existing cooperation of proposed cooperation on climate change.

| Mode of International Cooperation | | Assessment Criteria | | | |
|---|---|---|---|---|---|
| | | Environmental Effectiveness | Aggregate Economic Performance | Distributional Impacts | Institutional Feasibility |
| Existing Cooperation [13.13.1] | UNFCCC | Aggregate GHG emissions in Annex I countries declined by 6.0 to 9.2% below 1990 levels by 2000, a larger reduction than the apparent 'aim' of returning to 1990 levels by 2000. | Authorized joint fulfilment of commitments, multi-gas approach, sources and sinks, and domestic policy choice. Cost and benefit estimates depend on baseline, discount rate, participation, leakage, co-benefits, adverse side-effects, and other factors. | Commitments distinguish between Annex I (developed) and non-Annex I countries. Principle of 'common but differentiated responsibility.' Commitment to 'equitable and appropriate contributions by each [party].' | Ratified (or equivalent) by 195 countries and regional organizations. Compliance depends on national communications. |
| | The Kyoto Protocol (KP) | Aggregate GHG emissions in Annex I countries were reduced by 8.5 to 13.6% below 1990 levels by 2011, more than the first commitment period (CP1) collective reduction target of 5.2%. Reductions occurred mainly in EITs; emissions increased in some others. Incomplete participation in CP1 (even lower in CP2). | Cost-effectiveness improved by flexible mechanisms (Joint Implementation (JI), CDM, International Emissions Trading (IET)) and domestic policy choice. Cost and benefit estimates depend on baseline, discount rate, participation, leakage, co-benefits, adverse side-effects, and other factors. | Commitments distinguish between developed and developing countries, but dichotomous distinction correlates only partly (and decreasingly) with historical emissions trends and with changing economic circumstances. Intertemporal equity affected by short-term actions. | Ratified (or equivalent) by 192 countries and regional organizations, but took 7 years to enter into force. Compliance depends on national communications, plus KP compliance system. Later added approaches to enhance measurement, reporting, and verification (MRV). |
| | The Kyoto Mechanisms | About 1.4 billion tCO$_2$eq credits under the CDM, 0.8 billion under JI, and 0.2 billion under IET (through October 2013). Additionality of CDM projects remains an issue but regulatory reform underway. | CDM mobilized low-cost options, particularly industrial gases, reducing costs. Under-performance of some project types. Some evidence that technology is transferred to non-Annex I countries. | Limited direct investment from Annex I countries. Domestic investment dominates, leading to concentration of CDM projects in few countries. Limited contributions to local sustainable development. | Helped enable political feasibility of Kyoto Protocol. Has multi-layered governance. Largest carbon markets to date. Has built institutional capacity in developing countries. |
| | Further Agreements under the UNFCCC | Pledges to limit GHG emissions made by all major emitters under Cancún Agreements. Unlikely sufficient to limit temperature change to 2°C cost-effectively. Depends on treatment of measures beyond current pledges for mitigation and finance. Durban Platform calls for new agreement by 2015, to take effect in 2020, engaging all parties. | Efficiency not assessed. Cost-effectiveness might be improved by market-based policy instruments, inclusion of forestry sector, commitments by more nations than Annex I countries (as envisioned in Durban Platform). | Depends on sources of financing, particularly for actions of developing countries. | Cancún Conference of the Parties (COP) decision; 97 countries made pledges of emission reduction targets or actions for 2020. |
| | Agreements outside the UNFCCC / G8, G20, Major Economies Forum on Energy and Climate (MEF) | G8 and MEF have recommended GHG emissions reductions by all major emitters. G20 may spur GHG emissions reductions by phasing out of fossil fuel subsidies. | Action by all major emitters may reduce leakage and improve cost-effectiveness, if implemented using flexible mechanisms. Potential efficiency gains through subsidy removal. Too early to assess economic performance empirically. | Has not mobilized climate finance. Removing fuel subsidies would be progressive but have negative effects on oil-exporting countries and on those with very low incomes unless other help for the poorest is provided. | Lower participation of countries than UNFCCC, yet covers 70% of global emissions. Opens possibility for forum-shopping, based on issue preferences. |
| | Montreal Protocol on Ozone-Depleting Substances (ODS) | Spurred GHG emissions reductions through ODS phaseouts approximately 5 times the magnitude of Kyoto CP1 targets. Contribution may be negated by high-GWP substitutes, though efforts to phase out HFCs are growing. | Cost-effectiveness supported by multi-gas approach. Some countries used market-based mechanisms to implement domestically. | Later compliance period for phaseouts by developing countries. Montreal Protocol Fund provided finance to developing countries. | Universal participation, but the timing of required actions vary for developed and developing countries. |
| | Voluntary Carbon Market | Covers 0.13 billion tCO$_2$eq, but certification remains an issue. | Credit prices are heterogeneous, indicating market inefficiencies. | [No literature cited.] | Fragmented and non-transparent market. |

| Mode of International Cooperation | | | Assessment Criteria | | | |
|---|---|---|---|---|---|---|
| | | | Environmental Effectiveness | Aggregate Economic Performance | Distributional Impacts | Institutional Feasibility |
| Proposed Cooperation [13.13.2] | Proposed architectures | Strong multi-lateralism | Tradeoff between ambition (deep) and participation (broad). | More cost-effective with greater reliance on market mechanisms. | Multilateralism facilitates integrating distributional impacts into negotiations and may apply equity-based criteria as outlined in Ch. 4. | Depends on number of parties; degree of ambition. |
| | | Harmonized national policies | Depends on net aggregate change in ambition across countries resulting from harmonization. | More cost-effective with greater reliance on market mechanisms. | Depends on specific national policies. | Depends on similarity of national policies; more similar may support harmonization but domestic circumstances may vary. National enforcement. |
| | | Decentralized architectures, coordinated national policies | Effectiveness depends on quality of standards and credits across countries. | Often (though not necessarily) refers to linkage of national cap-and-trade systems, in which case cost-effective. | Depends on specific national policies. | Depends on similarity of national policies. National enforcement. |
| | Effort (burden) sharing arrangements | | Refer to Sections 4.6.2 for discussion of the principles on which effort (burden) sharing arrangements may be based, and Section 6.3.6.6 for quantitative evaluation. | | | |

implemented jointly) to limit net emissions (covering both sources and sinks of all GHGs not controlled by the Montreal Protocol)," "recognizing that the return by the end of the present decade [the year 2000] to earlier levels" would contribute to modifying long-term trends consistent with the treaty's objective. Under Article 4(2)(b), Annex I parties committed to periodically communicate information on their emissions, "with the aim of returning individually or jointly to their 1990 levels."

According to UN data, aggregate GHG emissions in Annex I countries declined by 9.2 % from 1990–2000 (if land use and forestry are included; or by 6.0 % if they are not; the base year for some countries is in the mid- or late 1980s) (UNFCCC, 2013c, Profile for Annex I Parties). This is a larger reduction than the apparent two-step 'aim' implied in Article 4(2)(a) and (b) of the UNFCCC to return emissions to 1990 levels by the year 2000. Much of this reduction, however, was due to factors other than measures adopted under the UNFCCC, such as the economic downturn in Annex I 'economies in transition' (EITs)—Russia, former Soviet Republics, and Eastern Europe—during the 1990s.

The 1997 Kyoto Protocol adopted the first binding, quantitative mitigation commitments for developed countries. The 38 countries listed in its Annex B (industrialized countries, EITs, and the European Union separately from its member states) made aggregate commitments to collectively reduce their GHG emissions by 4.2 % relative to 1990 levels (5.2 % relative to the country-specific base years used for establishing national commitments) by the Protocol's first commitment period, 2008–2012 (UNFCCC, 1998, 2012b). Other parties to the Kyoto Protocol are not constrained (but can participate in other ways; in particular, see discussion of CDM in Section 13.13.1.2). The Protocol also contained a number of new mechanisms, including IET, JI, and the CDM, that aimed to help reduce GHG emissions cost-effectively.

The aggregate emissions by Annex I countries have been reduced below the Kyoto Protocol's collective 5.2 % reduction target, but, as with the UNFCCC, much of the reduction was due to factors other than Kyoto Protocol. (The list of countries in the Protocol's Annex B is nearly identical to the list of countries in the Convention's Annex I during the historical periods referenced in this section, and the difference in aggregate emissions between the two does not affect the analysis here.) According to UNFCCC GHG inventories, aggregate GHG emissions from all Annex I countries were reduced by 13.6 % from 1990–2011 (if land use and forestry-sector changes are taken into account, and 8.5 % if they are not). Not counting the United States—because it was not a party to the Kyoto Protocol—the reduction from 1990–2011 in the remaining Annex I aggregate GHG emissions was 22.9 % if land use and forestry sectors changes are taken into account and 16.6 % if they are not. Not counting the EITs, the remaining Annex I countries' aggregate GHG emissions increased by 2.1 % and 3.2 % from 1990 to 2011 (with and without land use and forestry, respectively) (UNFCCC, 2012b).

Although emissions have decreased among Annex B parties, the environmental effectiveness of the Protocol's first commitment period has been less than it could have been, for several reasons. First, not all Annex B parties have participated. The United States, until recently the country with the largest share of global emissions (Gregg et al., 2008), did not ratify the Protocol (see also Section 13.3.1). Therefore, its target emissions reduction of 7 %, which would have amounted to over 40 % of the difference in total Annex B committed emissions commitments and base year emissions levels (UNFCCC, 2012b), was not binding. In addition, Canada withdrew from the Protocol in December 2011 (effective December 2012). Russia, Japan, and New Zealand opted not to participate in the second commitment period (2013–2020).

Second, the Annex B EITs were credited for emissions reductions that would have occurred without the Protocol due to their significant economic contraction during the 1990s. These loose targets may have been necessary to engage them as parties (Stewart and Wiener, 2003). In principle, these countries were allowed to sell resultant surplus emissions-reduction credits to other Annex B parties, which might have further reduced environmental effectiveness. However, in practice, other parties bought few AAUs relative to the stock available from EITs during the first commitment period (perhaps because the United States decision not to ratify reduced demand for such allowances), and thus environmental effectiveness was not affected as much as it could have been (Brandt and Svendsen, 2002; Böhringer, 2003; IPCC, 2007, p. 778; Crowley, 2007; Aldrich and Koerner, 2012).

Current model projections imply that emission reductions achieved by Annex B parties during the first and second commitment periods of the Kyoto Protocol are not likely to be sufficient to achieve environmental performance that limits global average temperature increases to 2 °C above pre-industrial levels (Rogelj et al., 2011; Höhne et al., 2012b) (see also Section 6.4 for a discussion of scenarios that relate short-term environmental performance to long-term GHG stabilization and temperature change goals). A key reason is that, since 1990, the Annex B countries' share of global GHG emissions has declined significantly, from approximately 56% of global emissions in 1990 to approximately 39% in 2010. Simultaneously, overall global GHG emissions have risen significantly; global emissions in 2010 were approximately 31% higher than in 1990 (JRC/PBL, 2013) (see Section 5.2).

The criterion of economic performance encompasses both efficiency and cost-effectiveness (see Sections 3.7.1 and 13.2.) Assessments of the efficiency of the Kyoto Protocol depend on respective estimates of the costs and benefits of mitigation and assumptions regarding the appropriate discount rate (see Sections 2.4.3.2 and 3.6.2 on discounting). Contrasting assumptions regarding these values are the key determinants in explaining the differences between assessments that have found the Protocol inefficient (e.g., Nordhaus, 2007), and those that find it cost-effective, but insufficient (e.g., Stern, 2007; Weitzman, 2007). These latter researchers also tend to emphasize the non-zero probability of catastrophic climate outcomes. The Kyoto Protocol also fostered monitoring and reporting of emissions, and capacity building in developing countries, which may facilitate further cost-effective action in the future (Hare et al., 2010).

With respect to cost-effectiveness, the Kyoto Protocol's three market-based instruments (the CDM, JI, and IET) intended to lower the cost of the global regime (see Section 13.4.2.3 for a description of these mechanisms). Most research on the Kyoto mechanisms has focused on the CDM, primarily because transaction volumes of CDM credits have been so much greater than JI credits or AAUs. Performance assessment of the CDM is discussed separately in Section 13.13.1.2.

International Emissions Trading could, in theory, reduce abatement costs by as much as 50% if trades took place among Annex B countries (Blanford et al., 2010; Bosetti et al., 2010; Jacoby et al., 2010). However, in practice, trading under this mechanism has been limited, partly due to the surplus problem discussed above (Aldrich and Koerner, 2012) and the absence of the United States. As of July 2013, 0.2 billion $tCO_2eq$ have been traded through IET (Point Carbon, 2013). The few trades that were made generally required reinvestment of the revenues into projects that reduce GHG emissions, under so-called 'Green Investment Schemes.' The economic performance of IET also depends on what type of actor is doing the trading. Early expectations were that the main traders would be states (national governments), and that states would not operate as efficient traders, because they are not cost-minimizers (e.g., Hahn and Stavins, 1999). In practice, increasing shares of trades have been made by private sector firms, which may increase cost-effectiveness (Aldrich and Koerner, 2012).

Joint Implementation also has the potential to improve the cost-effectiveness of Annex B countries' activities under the Protocol (Böhringer, 2003; Vlachou and Konstantinidis, 2010). A large majority of JI projects have been in the transition economies, especially Russia and Ukraine, given the low cost of emissions reductions there relative to other Annex B countries (Korppoo and Moe, 2008). From 2008 through July 2013, JI had led to the issuance of over 0.8 billion emission reduction unit (ERU) credits (UNFCCC, 2013d), each equivalent to one $tCO_2eq$ of reported emission abatement. Over half of this volume was issued by Ukraine and Russia, especially in 2012 in response to the limitation on carrying over surplus AAUs to the second commitment period. The actual distribution of JI projects is not consistent with the theoretical potential, as some countries, such as Ukraine, proactively supported JI, while in others, including Russia, JI lacked political support, and efficient frameworks took several years to establish. In Western Europe, a number of companies in the chemical industry generated emission credits for their own use in the EU ETS, demonstrating the cost-reduction potential (Shishlov et al., 2012). Countries without a surplus of emission units usually applied strict rules to capture part of the emission reductions achieved by JI projects (Michaelowa and O'brien, 2006; Shishlov et al., 2012).

In addition to the three Kyoto flexibility mechanisms, the Protocol provides flexibility with regard to how Annex B parties may achieve their targets; they may employ domestic or regional policies of their own choice. One result has been the development of domestic emissions trading programmes in several countries and regions (Paterson et al., 2014). Regional and national emissions trading programmes include those in the EU (the EU ETS), Australia, and New Zealand, as well as subnational trading programmes in the United States Regional Greenhouse Gas Initiative (RGGI) and California/WCI) and in China (seven regional pilot programmes launched in 2013). See Figure 13.4 above and Sections 14.4.2 and 15.5; (Convery and Redmond, 2007; Ellerman and Buchner, 2007; Ellerman and Joskow,

2008; Ellerman, 2010; Ellerman et al., 2010; Olmstead and Stavins, 2012; Newell et al., 2013).

Distributional impacts of the Kyoto Protocol have been examined both cross-sectionally (mainly geographically) and temporally. Income patterns and trends as well as distribution of GHG emissions have changed significantly since the 1990s, when the UNFCCC and Kyoto Protocol listed Annex I/Annex B countries; some countries outside these lists have become wealthier and larger emitters than some countries on these lists (U.S. Department of Energy, 2012; WRI, 2012; Aldy and Stavins, 2012). For example, in 1990, China's total $CO_2$ emissions were about half of United States emissions, but by 2010, China emitted more than $50\%$ more $CO_2$ than the United States. Over this same time period, China's per capita $CO_2$ emissions experienced an almost three-fold increase, rising to nearly equal the level in the EU, but still about $36\%$ of the United States level (IEA, 2012; PBL, 2012, see Annex II.9; Olivier et al., 2012; JRC/PBL, 2013). Non-Annex I countries as a group have a share in the cumulative global greenhouse emissions for the period 1850 to 2010 close to $50\%$, a share that is increasing (den Elzen et al., 2013b) (see Section 5.2.1 for more detail on historical emissions).

Meanwhile, income inequality and variations in capacity remain substantial both within and across countries. While GDP per capita in some non-Annex I countries has increased and some have joined the OECD, incomes of G8 countries remain higher than those of major emerging economies such as the BASIC countries (World Bank, 2013). Poverty is much more extensive and income at lower absolute levels in the latter, compared to the former (Milanovic, 2012). Inequality in income remains related to inequalities in emissions (Padilla and Serrano, 2006; Chakravarty et al., 2009).

More broadly, although the Kyoto Protocol's quantitative mitigation requirements are limited to Annex B countries, the economic impacts of these requirements may spill over to non-Annex B countries (Böhringer and Rutherford, 2004). In terms of intertemporal distributional equity, some have noted that climate change mitigation that requires emissions reductions in the short term for uncertain long-term benefits, also involves inter-generational distributional impacts (Schelling, 1997; Leach, 2009).

Among Annex B countries, the Kyoto Protocol's emissions-target allocation is generally progressive, one common measure of distributional equity, exhibiting positive correlation between gross domestic product per capita and the degree of targeted emissions reduction below business-as-usual levels. For a $10\%$ increase in per capita GDP, Annex B countries' emissions reduction targets are, on average, about $1.4\%$ more stringent (Frankel, 1999, 2005).

In terms of institutional feasibility, it is notable that the Kyoto Protocol has been ratified (or the equivalent) by 191 countries (plus the EU separately) (Falkner et al., 2010). As noted above, participation among

Annex I countries in emissions-reduction commitments dropped significantly from the first (2008–2012) to the second (2013–2020) commitment periods, though the stringency of the emission-reduction commitments of those countries still participating increased for the second period. More broadly, the high rate of ratification is likely due in part to the lack of emissions-reduction commitments asked of non-Annex B countries (Lutter, 2000).

Allowing Annex B countries the flexibility to choose policies to meet their national emissions commitments may have contributed to institutional feasibility. However, compromises made during the negotiation of the Protocol that enabled its institutional and political viability may have reduced its environmental effectiveness (Victor, 2004; Helm, 2010; Falkner et al., 2010). This serves as an example of the tradeoff across ambition, participation, and compliance discussed in Section 13.2.2.5.

Additionally, obstacles for enforcement have hurt the Protocol's institutional feasibility. Despite the Kyoto Protocol's compliance system (Oberthür and Ott, 1999; Hare et al., 2010; Brunnée et al., 2012), it is difficult in practice to enforce the Kyoto Protocol's targets because of the lack of a legal authority with enforcement powers, and the weakness of possible sanctions relative to the costs of compliance. This is, of course, true of most international agreements (van Kooten, 2003; Böhringer, 2003; Barrett, 2008b) (see also Sections 13.3.2 and 13.4.2.1.).

### 13.13.1.2   Assessment of the Kyoto Protocol's Clean Development Mechanism

The CDM aims to reduce mitigation costs for Annex B countries and contribute to sustainable development in non-Annex B countries (UNFCCC, 1998) (Article 12). This mechanism led to the issuance of nearly 1.4 billion emission credits from over 7300 registered projects by October 2013 (see Section 13.7.2; UNFCCC, 2014). This performance was surprising, given that the CDM suffered from many disadvantages relative to the other flexibility mechanisms (Woerdman, 2000).

The environmental effectiveness of the CDM depends on three key factors: whether a credited project actually reduces more emissions than would have been reduced in its absence (which may depend on whether the project developers are indeed motivated primarily by expected revenue from the sale of the emission credits) ('additionality'); the validity of the baseline from which emission reductions are calculated; and indirect emissions impacts ('leakage') caused by the projects.

The issue of additionality (IPCC, 2007, pp. 779–780) continues to generate controversy, despite an increasing elaboration of additionality tests by CDM regulators (Michaelowa et al., 2009). On the one hand, (Schneider, 2009) found that key assumptions regarding additionality

**13**

were often not substantiated with credible, documented evidence, in a sample of 93 projects. On the other hand, (Lewis, 2010) finds a clear contribution of the CDM to the rapid upswing of the renewable energy sector in China.

Clean Development Mechanism projects in energy efficiency, transport and buildings have faced challenges in baseline determination, monitoring, and transaction costs (Sirohi and Michaelowa, 2008; Michaelowa et al., 2009; Millard-Ball and Ortolano, 2010). Kollmuss et al. (2010) suggest that it may be possible to prevent baseline gaming through a clear regulatory framework. Heeding this advice, CDM regulators have increased the conservativeness of approved methodologies, after rejecting a significant share of baseline methodology proposals (Michaelowa et al., 2009; Millard-Ball and Ortolano, 2010). Recent attempts by CDM regulators to standardize baselines have triggered a debate regarding their impacts on environmental effectiveness and transaction costs. Making the choice between standardized and project-specific baselines voluntary (Spalding-Fecher and Michaelowa, 2013), as well as "simple, highly aggregated performance standards" (Hayashi and Michaelowa, 2013) could reduce environmental effectiveness.

With regard to leakage, (Vöhringer et al., 2006) argue that emission leakage due to market price effects is unavoidable (as it is for mitigation within Annex B countries), while Kallbekken et al. (2007) stress that regardless of the baseline used, the CDM will reduce carbon leakage through the reduction in the difference in marginal mitigation costs between countries. Schneider (2011) shows that for HFC-23 reduction projects, baseline gaming enabled production of the underlying commodity to shift from industrialized to developing countries (Wara, 2008).

With regard to cost-effectiveness, the CDM offers the potential for cost savings where abatement costs are lower in developing countries. The large volume of credits and projects in the CDM indicates its cost-saving potential. Still, Castro (2012) found that many low-cost opportunities had not been taken up by CDM projects.

The long-term contribution of the CDM to cost-effectiveness depends in part on its ability to promote technological change in developing countries either through technology transfer from industrialized to developing countries (see Section 16.8 for an overview of the technology transfer component of CDM), or by stimulating innovation within developing countries (Reichman et al. 2008). Roughly a third of CDM projects involve technology transfer (Haites et al., 2006). Dechezleprêtre et al. (2008) find that the likelihood of technology transfer is higher for CDM projects operated by subsidiaries of companies from industrialized countries. Seres et al. (2009) find that 36 % of 3296 registered and proposed projects accounting for 59 % of the annual emission reductions claim to involve technology transfer, confirming Dechezleprêtre et al.'s (2008) results. But all of these technology transfer studies limit themselves to assessment of project

documents, which are not subject to rigorous and independent verification. Project developers have an incentive to overstate technology transfer. Wang (2010) is an exception, and underpins his analyses of many project documents with background interviews and assesses government policies. He finds that in all but one of the industrial gas projects in China, technology transfer occurred, but only in about a quarter of wind and coal mine methane projects. Okazaki and Yamaguchi (2011) fear that transactions costs, imposed by additionality criteria and Executive Board delays, can discourage technology transfer through the CDM.

Distributional impacts of the CDM relate to contributions to sustainable development, as well as the distribution of rents generated by the sale of emission credits. Olsen (2007) provides a summary of the early literature that did not find significant support for sustainable development induced by CDM projects. Several researchers (Sutter and Parreño, 2007; Gupta et al., 2008; Headon, 2009; Boyd et al., 2009; Alexeew et al., 2010) see the process of host country responsibility for sustainable development and competition between host countries for CDM investment as a reason for the lack of sustainability benefits of CDM projects in some countries, as Designated National Authorities (national CDM-management bodies) may not adequately scrutinize the environmental or social benefits of projects. Parnphhumeesup and Kerr (2011) find that experts and the local population weight sustainability criteria differently in the context of biopower projects in Thailand. Ellis et al. (2007) found wide variation in the contribution to local sustainable development by project type, with greater contributions in small-scale renewable energy and energy efficiency than in large-scale industrial CDM projects. Using a sample of 39 projects, Nussbaumer (2009) finds that CDM projects certified by 'The Gold Standard'—referring both to the organization and the certification scheme by that name—slightly outperform other CDM projects with respect to sustainable-development benefits. A similar result is found by Drupp (2011) for a sample of 18 Gold Standard projects compared with 30 projects certified through other means. Torvanger et al. (2013) propose dividing the CDM into two tracks, one for GHG offsets and one for sustainable development (though investors in the second track would need some new incentive).

The distribution of CDM projects has been concentrated in a relatively small number of developing countries (Yamada and Fujimori, 2012; see also Section 14.3.6.4). Given that companies in developing countries finance CDM projects out of their own resources and eventually sell the credits as a new export product, with the CDM consultant receiving a share (Michaelowa, 2007), a substantial amount of the rents remain in the host country. At the same time, the demand for CERs is evidence that it reduces costs compared to domestic reductions by developed countries. The fear, even if unfounded, of losing this export revenue may be a deterrent against taking up national emissions commitments (Castro, 2012), although in practice many such countries are developing policies aimed at emissions limi-

tations. Therefore, it has been proposed to discount CDM credits to provide an incentive for taking up stricter national targets (Schneider, 2009).

In terms of institutional feasibility, baselines, additionality, and emissions-reductions are subject to third-party audit. However, due to the inadequate quality of many audits, regulators have been forced to introduce multi-layered procedures that have led to high transaction costs. Flues et al. (2010) show econometrically that regulatory decisions about project registration and baseline methodology approval have been influenced by political economy considerations.

There is ongoing debate in the literature about the efficacy of CDM governance (Green, 2008; Lund, 2010; Michaelowa, 2011; Okazaki and Yamaguchi, 2011; Böhm and Dhabi, 2011; Newell, 2012). The UNFCCC commissioned an evaluation of the CDM in the CDM Policy Dialogue, which issued a report in September 2012 recommending several reforms of CDM governance (CDM Policy Dialogue, 2012). Michaelowa (2009) and Schneider (2009) propose a shift from the current 1:1 offsetting system to a system that only credits part of the reductions. This would improve additionality on the aggregate level and provide an incentive for advanced developing countries to accept their own emission reduction commitments. Giving preferential treatment in pro-

cedures and methodology to certain project categories, certain sectors, notably forestry (Thomas et al., 2010; CDM Policy Dialogue, 2012), or certain regions (Nguyen et al., 2010; Bakker et al., 2011) might expand the reach of CDM.

The price of CDM credits has declined, due largely to decreased demand from the EU ETS and others, following the 2008 recession, as well as changes in EU ETS rules regarding the use of CDM credits (see Section 13.6.1). In response, the CDM Policy Dialogue (2012) proposed creation of a central bank for carbon markets to bolster credit prices, as well as further standardization of baseline and additionality determination to reduce transaction costs. The benefits of these two recommendations are disputed in the literature (Hayashi and Michaelowa, 2013; Spalding-Fecher and Michaelowa, 2013).

### 13.13.1.3   Assessment of further agreements under the UNFCCC

As discussed in 13.5.1.1, since AR4, negotiations under the UNFCCC have produced the system of pledges in the Copenhagen Accord and the Cancún Agreements, as well as the development of the GCF and an agreement to negotiate a new agreement by 2015. In terms of



**Figure 13.5 |** Blue box plots show historic global GHG emissions and emissions in 2020 from business-as-usual projections and projections including Cancún pledges. Four cases are considered which combine assumptions about pledges (unconditional or conditional) and rules for complying with pledges (lenient or strict)*. The ranges of 2020 emissions (20th percentile, median, and 80th percentile) are taken directly from the UNEP Emissions Gap Report (UNEP, 2012) and represent findings from various modelling groups considering scenarios that begin mitigation immediately. The arrows indicate the difference between the median emissions projection in each case and the median emission level projected to maintain temperature change below 2 °C with a greater than 66 % probability. The ranges (20th to 80th percentiles) of 2020 emissions that maintain temperature change below 2 °C can be compared to those from cost-effective immediate mitigation scenarios from the WGIII AR5 Scenario Database: greater than 66 % probability: 36–47 GtCO₂eq/yr; 50–66 % probability: 43–47 GtCO₂eq/yr (see Chapter 6 and Annex II.10 for details, including MAGICC calculations). Differences in these ranges depend, for example, on assumptions about the availability of negative emissions technologies (see, e.g, Figure 6.31). Note that the analysis reconciles pledges for all countries against a business-as-usual counterfactual based on what has been described in the literature, even though developed country pledges for 2020 are absolute (against a historical base year) and developing country pledges relative (with rare exceptions; see Section 13.5.1).

**13**

environmental performance, these agreements acknowledged that deep reductions in GHG emissions would be required to limit global average temperature increases to 2 °C above pre-industrial levels, and recognized the possibility strengthening this target to 1.5 °C (UNFCCC, 2010). Different goals will imply different reductions in climate change impacts (see WGII AR5) and different mitigation costs (see Section 6.3).

There is broad agreement in the literature that global emissions reductions through 2020 implied by the Cancún pledges are inconsistent with cost-effective mitigation scenarios, which are based on the immediate onset of mitigation that maintain temperature change below 2 °C with a greater than 50 % probability (see Section 6.4 for detail on these scenarios). The difference between the emissions in 2020 in immediate mitigation scenarios and the Cancún pledges has been referred to as the '2°C emissions gap' (Rogelj et al., 2010; Dellink et al., 2011; den Elzen et al., 2011b; Höhne et al., 2012b). However, there are a number of delayed mitigation scenarios that delay mitigation and still meet this temperature goal and have emissions in the range of the Cancún pledges in 2020 (see Section 6.4). Analyses that have quantified the Cancún pledges exhibit substantial differences in results, owing in part to uncertainties in current and projected emissions estimates and interpretations of reduction proposals, and in part to different methodologies (UNEP, 2010, 2011, 2012, 2013b; Höhne et al., 2012b) (Figure 13.5). For example, one source of differences in analyses is due to changing rules: At COP-17 in Durban in 2011, parties agreed to new rules for using land use credits for the Kyoto Protocol's Second Commitment Period (UNFCCC, 2012c; Grassi et al., 2012), and at COP-18 in Doha in 2012, for surplus Kyoto allowances (Chen et al., 2013; UNFCCC, 2012d).

Studies suggest that the emissions gap between current Cancún pledges and a an immediate mitigation trajectory consistent with maintaining temperature change below 2°C with a 50 % or greater chance could be narrowed by implementing more stringent pledges, applying stricter accounting rules for credits from forests (Grassi et al., 2012) and surplus emission units (den Elzen et al., 2012), avoiding double-counting of offsets for both developed-country commitments and developing countries' Cancún pledges (UNEP, 2013b), increasing support for action in developing countries (Winkler et al., 2009), and implementing measures beyond current pledges (den Elzen et al., 2011b; Blok et al., 2012; Weischer et al., 2012; UNEP, 2013b).

In terms of aggregate economic performance, some analyses have estimated the direct costs of the Cancún pledges (den Elzen et al., 2011a), as well as broader economic effects (Mckibbin et al., 2011; Dellink et al., 2011; Peterson et al., 2011). For example, Dellink et al. (2011) estimate costs of action at around 0.3 % of GDP for both Annex I and non-Annex I countries and 0.5–0.6 % of global real income. However, there have been no published comparisons of the benefits and costs of the Cancún pledges, and thus no quantitative assessments of economic efficiency.

In terms of cost-effectiveness, the Cancún Agreements endorsed an on-going role for domestic and international market-based mechanisms, among various approaches, to improve cost-effectiveness. They also made a potential step forward on the cost-effectiveness criterion by emphasizing the role of mitigation actions in the forestry sector (UNFCCC, 2010; Grassi et al., 2012), which could be integrated with other actions through market mechanisms. Including forestry in market mechanisms could reduce global mitigation costs by taking advantage of low-cost mitigation opportunities in that sector (Eliasch, 2008; Busch et al., 2009; Bosetti et al., 2011; UNEP, 2013b) (see also Section 13.5.1.1).

Assessing distributional impacts accurately depends both on the mitigation costs for developing-country emission reductions and the sources of financing for such reductions. The distributional equity of recent emission-reduction pledges could be increased through financing of reductions in non-Annex I countries. By one study's estimate, between 2.1–3.3 GtCO$_2$eq could be reduced in non-Annex I countries with 50 billion USD in financing, half of the financing agreed to under the Copenhagen Accord (Carraro and Massetti, 2012). Studies of the climate change mitigation 'financing gap' have suggested potential approaches to providing financial resources (Ballesteros et al., 2010; AGF, 2010; Haites, 2011) (see also Sections 16.2 and 13.11).

Assessments of climate agreements following the Copenhagen, Cancún, and Durban UN climate conferences reflect differing interpretations of recent negotiations with regard to institutional feasibility (Dubash, 2009; Rajamani, 2010, 2012a; Werksman and Herbertson, 2010; Müller, 2010). Copenhagen (2009) was assessed as a failure by those who expected a new climate treaty and a second commitment period of the Kyoto Protocol. Others saw the political agreement reached among a small group of world leaders (eventually espoused by more than fifty) as a major step forward, even though not legally binding, especially because it moved toward a future agreement on emissions reductions by all major emitting countries, rather than continuing to divide developed from developing countries (Ladislaw, 2010). Others noted more specific effects, such as the change in the organization of carbon markets (Bernstein et al., 2010). The literature suggests that views diverge on the Cancún Agreements: some see them as a step forward in the multilateral process (Grubb, 2011) potentially towards a subsequent legal agreement (Bodansky and Diringer, 2010), while others suggest that the move to a voluntary pledge system has weakened the multilateral climate regime (Khor, 2010b). The participation of 97 countries in the form of emission reduction pledges (42 countries) or mitigation actions (55 countries) speaks to the institutional feasibility of the Cancún Agreements (see Section 13.5.1.1). The Durban Platform in 2011 further de-emphasized the distinction between developing and developed countries, with regard to mitigation commitments, and mandated a new treaty by 2015, to take effect by 2020, mobilizing emissions reductions by all countries (UNFCCC, 2011a).

### 13.13.1.4   Assessment of envisioned international cooperation outside of the UNFCCC

A wide variety of international institutions outside of the UNFCCC have some role in international climate change policy. These are described in Section 13.5 and depicted graphically in Figure 13.1, above. They include activities at the international, regional, national, subnational, and local scales, and they include public, private and civil society actors. Here, we discuss those institutions for which there exist published assessments of performance for at least one of the criteria from Section 13.2.2.

The breadth of group membership poses a potential tradeoff between global participation and other aspects of institutional feasibility (see Sections 13.2.2.4, 13.3.3, and 13.5.1). To the extent that a group's membership includes only a subset of countries, this may facilitate negotiations and implementation, thereby improving institutional feasibility (Houser, 2010), but this may reduce environmental and economic performance due to incomplete global coverage—omitting others' emissions, yielding leakage, and forgoing low-cost opportunities for abatement (Wiener, 1999; see also Sections 13.13.1 and 13.5.1.2). Moreover, bringing climate discussions into smaller international forums has been criticized by some as attempts to circumvent the UNFCCC and reduce its legitimacy (Hurrell and Sengupta, 2012). Because the UNFCCC's Kyoto Protocol provides for emissions commitments only by Annex B countries (which account for a declining share of global emissions, with increased risk of leakage), some of the smaller groups discussed in this subsection have tried to engage major developing countries as well, to reduce leakage and increase environmental effectiveness.

### The G8

The G8 includes eight major industrialized countries (United States, United Kingdom, Canada, France, Germany, Italy, Japan, and Russia), plus the European Union. At the 2007 G8 summit, member countries agreed (though without a binding commitment) to set a goal of a 50 % reduction in GHG emissions below 1990 levels by 2050, conditional on major developing countries making significant reductions. A comparison of four models of global emission pathways (including the G8 plus China, India, and other major developing countries, a group which resembles the MEF or G20 more than the G8), to achieve concentration levels of 550, 450, or 400 ppm by 2100, found that aggregate global costs through 2100 would be below 0.8 % of global GDP to achieve 550 ppm and about 2.5 % for 400 ppm (but highly sensitive to the availability of CCS and biofuels) (Edenhofer et al., 2010); see also Section 6.3.2.1.

Analysts have examined the economic impacts of achieving reductions approximating the G8 pledge on individual countries, such as the United Kingdom (Dagoumas and Barker, 2010) and the United States (Paltsev et al., 2008). The former finds no simple tradeoff between emission reductions and economic growth in the United Kingdom. Of the more aggressive reductions modelled for the United States, Palt-

sev et al. (2008) finds carbon prices rising to between 120 and 210 USD by 2050, a level of cost that "would not seriously affect US GDP growth but would imply large-scale changes in its energy system." Paltsev et al. (2009) found somewhat higher costs, noting moreover that the details of policy design and incomplete sectoral coverage could raise these costs further. Meanwhile, actions by the G8 countries alone (excluding major developing countries) would address a declining share of global emissions and would be subject to leakage to non-G8 members.

### The Major Economies Forum on Energy and Climate

The MEF, described in Section 13.5.1.3, is a forum for the discussion of policy options and international collaboration with regard to climate and energy, not a forum for negotiation. There are no published assessments of the MEF's effectiveness. Massetti (2011) considers a scheme that achieves the MEF's informal, aspirational objective of "reducing global emissions by 50 % in 2050" (similar to the G8 goal, described above) through hypothetical 80 % reductions by high-income MEF countries and 25–30 % reductions by low-income countries, and finds costs would exceed 1.5 % of GDP.

### The G20

The G20, described in Section 13.5.1.3, came to a political agreement at its 2009 Pittsburgh meeting to "phase out and rationalize over the medium term inefficient fossil fuel subsidies while providing targeted support for the poorest" (G20, 2009). This was not followed by a legally binding agreement. In terms of environmental effectiveness, this effort could significantly affect GHG emissions, if countries in fact implemented it; by one modelled estimate, complete phaseout of such subsidies by 2020, could reduce $CO_2$ emissions by 4.7 % (IEA, 2011). Analysis suggests that, of the economies identified by the IEA as having fossil-fuel consumption subsidies, almost half had either implemented fossil-fuel subsidy reforms or announced related plans by 2011 (IEA et al., 2011). However, other analysts suggest that progress towards this goal can be attributed to changes in reporting and subsidy estimation, and that no fossil fuel subsidies have been eliminated under this pledge (Koplow, 2012).

Studies have confirmed that countries reforming fossil fuel consumer subsidies would realize positive economic benefits (IEA et al., 2011). However, "these economic benefits would be offset by trade impacts if other countries also removed their subsidies and thus reduced their demand for fossil-fuel imports" (IEA et al., 2011). The G20 initiative on fossil fuel subsidies could have positive distributional impacts within some countries, however. Since fossil fuel subsidies tend to benefit high-income households more than the poor in developing countries, their removal would be progressive in such nations (World Bank, 2008c).

Some note that the creation of the G20 and its elevation to a premier global international economic forum during the financial crisis in 2008 (Houser, 2010) has led to more open and dynamic negotiations between industrialized and developing countries (Hurrell and Sengupta, 2012), suggesting a potentially positive route forward.

**13**

## The Montreal Protocol

The Montreal Protocol is one agreement outside of the UNFCCC that has achieved nearly universal participation and has made a significant contribution to reducing GHG emissions (Molina et al., 2009; Velders et al., 2007). (The UNFCCC does not address GHGs already controlled by the Montreal Protocol.) In its effort to reduce emissions of ozone-depleting substances (ODS), the Montreal Protocol initially phased down chlorofluorocarbons (CFCs), which harm the ozone layer and also have very high global warming potential (GWP), and in 2007 decided to accelerate the phase-down schedule for HCFCs—an interim replacement for CFCs with a somewhat lower, but still very significant, GWP. The latter decision was affected by climate considerations (Bodansky, 2011a). Even before the HCFC decision, one estimate suggested that the Montreal Protocol's overall net contribution to climate change mitigation had been approximately 5 times what the Kyoto Protocol would achieve under its first commitment period (Velders et al., 2007, 2012). However, this comparison may be unfair because the progress in reducing ozone depleting gases relative to GHGs may be due to the major ozone depleting gases being less central to economic activities than the major GHGs. In addition, the time-periods in which the two agreements have been operating makes comparison difficult.

Hydrofluorocarbons are being widely adopted as a longer-term substitute for CFCs. Many of these have extremely high GWP, and their use will partially negate climate gains otherwise achieved by the Montreal Protocol (Moncel and van Asselt, 2012). Zaelke et al. (2012) suggest that a combination of reductions of HFCs and significant cuts in $CO_2$, the largest contributor to climate change, can significantly increase the chances of remaining below the 2 °C limit. Proposals have been made in the Montreal Protocol process to phase down HFCs (even though these gases are not ozone-depleting substances), but as of mid-2013, parties to the Montreal Protocol had not agreed to an HFC phasedown. However, in June 2013 the presidents of the United States and China announced a joint initiative to phase down HFCs.

In terms of distributional equity, unlike the Kyoto Protocol, which placed no restrictions on developing country emissions, the Montreal Protocol applied equally-stringent emission requirements on all countries. However, the Montreal Protocol allowed for a 10-year 'grace period' for countries with low per capita CFC consumption to meet their implementation requirements, consistent with the principle of CBDRRC. The Montreal Protocol also established mechanisms for financing and provided technical support to assist developing countries in reducing their ODS emissions; the most notable mechanism is the Multilateral Fund, which has transferred more than 3 billion USD to assist developing country ODS mitigation (Molina et al., 2009).

## The International Maritime Organisation and the International Civil Aviation Organisation

Under the Kyoto Protocol's Article 2.2, Annex I parties agreed to pursue GHG limitations from maritime and air transport through the IMO and ICAO.

Approximately 3.3 % of global $CO_2$ emissions in 2007 were attributable to shipping (IMO, 2009). In 2011, the IMO adopted the first mandatory standards for a sector relating to GHG emissions, instituting a performance-based energy-efficiency regulation for large ships "for which the building contract is placed on or after January 1, 2013" (Bodansky, 2011c). This regulation applies uniformly to all countries, extending participation in GHG emissions regulation. These standards were adopted by majority vote (over some objections), and include a provision to promote technical cooperation and assistance, especially for developing countries (Bodansky, 2011c), to address equity concerns, enhancing institutional feasibility.

The ICAO adopted a resolution on climate change in 2010. In contrast to the IMO, the ICAO's climate change goals are 'voluntary and aspirational.' Perceived inadequate progress by the ICAO toward aviation emissions reduction goals may have prompted the inclusion of aviation emissions in the EU-ETS in January 2012 (Bodansky, 2011c) (see Section 13.8.2).

## Agreements among non-state actors and agreements among sub-national actors

It is unclear whether agreements among non-state (NGOs, private sector) or sub-national actors (transnational city networks) have been effective in reducing emissions. Partly this is because of their novelty and partly because the units of measurement for such effectiveness are considerably more complex than for interstate agreements (Pinkse and Kolk, 2009). For subnational efforts, the question of attribution requires better disaggregation, to understand whether reductions are additional to national effort, or only contribute to delivering national pledges. While these sub-national efforts may make a small contribution to climate action, they may be valuable in influencing nation states or helping them meet commitments (Osofsky, 2012).

Other measures of impacts do exist. In private sector initiatives, the Carbon Disclosure Project has high rates of reporting, with about 91 % of Global 500 companies surveyed in 2011 disclosing GHG emissions (Carbon Disclosure Project, 2011). There is little evidence of substantial changes in investor behaviour, with disagreement as to the potential for such changes in the future (Kolk et al., 2008; Harmes, 2011; MacLeod and Park, 2011). Some assessments have focused on how transnational city initiatives promote technology uptake within cities (Hoffmann, 2011) or on how they create a combination of competition and learning among member cities.

The voluntary carbon market (VCM) (see Section 13.5.2) had grown to 131 million $tCO_2eq$ (about one-tenth of the size of the CDM), with a value of 424 million USD, by 2010 (Peters-Stanley et al., 2011). In 2004, virtually no VCM projects underwent third-party verified certification, but by 2010, this figure had reached 90 % and the VCM has created a varied landscape of emission-offset providers, registries, and standards (Peters-Stanley et al., 2011).

For some, the VCM is complementary to the CDM, and provides for learning about new ways of developing emissions reduction projects

(Benessaiah, 2012). However, Dhanda and Hartman (2011) find that the voluntary market is not transparent and suffers from large swings of demand for specific project types. Offset prices for the same project type differs by up to two orders of magnitude. As noted, competing registries and standard providers proliferate, and additionality of a significant share of projects is doubtful. Some regard voluntary certification systems as primarily public relations exercises (Bumpus and Liverman, 2008). An earlier assessment by Corbera et al. (2009) concluded that the voluntary market does not perform better than the CDM. However, performance in the VCM seems to improve with the increased use of third-party certification systems (Hamilton et al., 2008; Capoor and Ambrosi, 2009; Newell and Paterson, 2010).

There is evidence that the importance of partnerships between the private sector and government depends on their relationship to more traditional state-led governance. Partnerships may work once government regulations send strong signals to investors (Pfeifer and Sullivan, 2008). Rules developed in private sector agreements may then become incorporated in government regulations (Knox-Hayes and Levy, 2011), and private carbon market offset standards may be introduced into regulated carbon markets (Hoffmann, 2011).

### 13.13.2 Performance assessment of proposed international climate policy architectures

This section describes proposed global climate policy architectures (surveyed in Section 13.4), focusing on those that have been described for the first time since AR4, and older proposals for which new research on anticipated performance is available. Earlier proposals are listed in Table 13.2 of Gupta et al. (2007). The performance assessment of proposed architectures is difficult because it depends on both the architecture and the specific design elements of its regulatory targets and mechanisms.

For analytical purposes, this chapter classifies proposals using the taxonomy developed in Section 13.4.3 and Table 13.2: (a) strong multilateralism, (b) harmonized national policies, and (c) decentralized architectures and coordinated national policies. Combinations of these categories have also been proposed and assessed. For example, strong multilateralism can be advanced by 'clubs' of selected ambitious countries (Weischer et al., 2012)or by non-state actors (Blok et al., 2012).

#### 13.13.2.1 Strong multilateralism

The anticipated performance of various proposals for strong multilateralism has been assessed in the literature. In addition, another body of research has examined the ends (but not the policy architecture) associated with various aggregate goals in terms of country- or region-level emission targets based on specific notions of distributional equity, so-called 'burden sharing approaches' (see Section

13.2, as well as Sections 4.6.2 and 6.3.6.6 for quantitative assessments).

Comprehensive proposals for strong multilateralism have in some cases been closely related to the targets-and-timetables approach of the Kyoto Protocol. This approach aims to be based on the UNFCCC principle of CBDRRC while introducing a more nuanced differentiation and broader base of participation, along with some details of the means of implementation. This is well reflected in the literature on reduction proposals with national emission targets and emissions trading (see Table 13.2 in Gupta et al. (2007) for literature prior to AR4). Since AR4, this literature has studied gradually-increasing emission-reduction commitments linked to indicators such as per capita income (Cao, 2010a; Frankel, 2010; Bosetti and Frankel, 2011), differentiating groups of countries (den Elzen et al., 2007; Rajamani, 2013), common but differentiated convergence (Luderer et al., 2012), and per capita targets (Agarwala, 2010).

Distributional impacts vary significantly with underlying criteria for effort sharing. For example, proposals that use 'responsibility and capability' as a criterion for allocating effort would result in relatively more stringent implied actions for 'early' emitters, assigning them lower allocations. Proposals based on the criterion of 'mitigation potential' would be less stringent for 'early' emitters, capturing the mitigation potential in developing countries, assumed to be relatively low-cost (Höhne et al., 2013). Especially for low-stabilization levels, the approaches differ in the extent to which they rely on contributions from all countries, from emissions reductions within their borders, and on international assistance between countries. Section 4.6.2 details many more possible criteria for effort sharing, and Section 6.3.6.6 quantifies the implications of these various effort sharing criteria in terms of regional emission allocations and costs.

Sectoral approaches are generally not anticipated to perform optimally in terms of environmental effectiveness or economic performance when compared with economy-wide approaches; therefore, sectoral approaches can be thought of as second-best policies (Bradley et al., 2007; Schmidt et al., 2008; den Elzen et al., 2008; Meckling and Chung, 2009). Sectors that are homogenous and already globally integrated, such as aviation, may lend themselves better to international cooperation than those that are heterogeneous. Omitting some sectors makes it more difficult to achieve emissions or stabilization goals and also reduces cost-effectiveness, relative to economy-wide approaches, as required emissions reductions must be made within-sector, failing to take advantage of the lower of heterogeneous marginal abatement costs across sectors. Transaction costs may also be higher with sectoral approaches, including, for example, greater challenges to negotiation (Bradley et al., 2007).

However, these approaches could potentially help mitigate leakage within particular industries (Bradley et al., 2007; Sawa, 2010). In terms of institutional feasibility, sectoral approaches may encourage the participation of a wider range of countries than economy-wide

**13**

approaches, because sectoral agreements can be more politically manageable in domestic policy processes (Bradley et al., 2007; Sawa, 2010). Developing countries may also be more likely to participate meaningfully in sectoral processes than economy-wide agreements limiting emissions (Meckling and Chung, 2009).

Several researchers have suggested that a 'regime complex' is emerging (see Sections 13.3 and 13.5), with the strong implication that component regimes may display a range of architectures—from strong multilateralism through more decentralized systems (Carraro et al., 2007; Biermann et al., 2009; Barrett, 2010; Keohane and Victor, 2011). The portfolio of treaties approach is similar in some ways to the sectoral approaches described above. However, the approach described in (Barrett, 2010) includes much more significant enforcement possibilities, potentially increasing environmental effectiveness, while potentially reducing institutional feasibility.

### 13.13.2.2   Harmonized national policies

In principle, a wide variety of national climate policies can be harmonized across countries. This holds for cap-and-trade systems (e.g., a global emissions permit trading system (Ellerman, 2010)), as we discuss in the context of linkage below, as well as for national carbon or other GHG taxes. The most-studied approach in terms of performance assessments has been harmonized carbon taxes. Their environmental performance would depend upon the level of the tax, but relative to non-market-based approaches, this approach would be cost-effective. The impact of a carbon tax on economic efficiency will depend, in part, on how tax revenues are used (Bovenberg and de Mooij, 1994; Parry, 1995; Bovenberg and Goulder, 1996; Cooper, 2010).

Estimates in the recent literature of the environmental effectiveness and economic performance of proposed carbon taxes vary dramatically depending upon assumptions (Edmonds et al., 2008; Clarke et al., 2009; van Vuuren et al., 2009; Bosetti et al., 2010; Luderer et al., 2012). The distributional impacts of a carbon tax include negative impacts on the fossil fuel industry as a whole, with stronger impacts for fuels with higher carbon emissions per unit of energy. For example, impacts on coal would be much greater than on natural gas (Cooper, 2010). Impacts of national carbon taxes on consumers would likely be somewhat regressive in high-income countries but progressive in low-income countries (see Section 15.5 for detail). Tax revenues could be used by individual countries to address these domestic distributional concerns (See e.g.,Winkler and Marquard, 2011; Alton et al., 2012).

Under a harmonized national carbon tax regime, fossil-fuel-exporting countries might experience negative impacts, and net importers could experience decreasing prices due to reduced demand, while some regions could experience increased bio-energy exports (Persson et al., 2006; OECD, 2008; Cooper, 2010; Leimbach et al., 2010). International transfers drawing on revenues of such a tax could, in theory, be used to address these concerns or to encourage participation by developing

countries (Nordhaus, 2006). As with emissions trading (Frankel, 2010), the extent of developing country participation in an international carbon tax scheme could be based upon income thresholds (Nordhaus, 2006).

The institutional feasibility of a global carbon tax has not been thoroughly considered in the literature. The relatively large number of studies on a global carbon tax is at least partly due to the fact that economic modellers often model a global carbon tax as a proxy for other mitigation policy instruments that would impose shadow prices on the carbon content of fossil fuels and/or $CO_2$ emissions.

Many hybrid market-based approaches to mitigation, combining tradable emissions permits with some characteristics of a carbon tax, have been proposed and examined in the recent literature (Pizer, 2002; Murray et al., 2009; FELL et al., 2010; Webster et al., 2010; Grüll and Taschini, 2011). In principle, these hybrid approaches can provide better aggregate economic performance, lowering compliance costs and reducing price volatility, at the potential expense of environmental effectiveness in the form of uncertain changes in aggregate emissions (Grüll and Taschini, 2011). However, recent research suggests that 'soft' price collars, which provide a modest reserve of additional emission allowances at the price ceiling, may achieve most of the expected compliance cost savings provided by 'hard' collars (unlimited supplies of additional allowances), while maintaining a more predictable cap on emissions (Fell et al., 2012). In terms of distributional equity, hybrid systems may reduce expected compliance costs for regulated firms, though they may increase regulatory costs (Grüll and Taschini, 2011). This characteristic may also increase political feasibility.

### 13.13.2.3   Decentralized architectures and coordinated national policies

In principle, many types of national climate policies could be linked to each other. In the literature to date, most discussion is of linked carbon markets. The recent literature on these suggests that economic performance of existing GHG allowance trading systems could be enhanced through linkage, which would reduce abatement costs and improve market liquidity (Haites and Mehling, 2009; Mehling and Haites, 2009; Sterk and Kruger, 2009; Anger et al., 2009; Jaffe et al., 2009; Jaffe and Stavins, 2010; Grüll and Taschini, 2011; Metcalf and Weisbach, 2012; Ranson and Stavins, 2013).

In terms of environmental performance, linkage can increase or reduce emissions leakage, depending on the stringency of caps, and the quality of offset credits within linked systems.

Linkages among cap-and-trade systems as well as linkages with and among emission-reduction-credit systems would create winners and losers, generating distributional impacts relative to un-linked systems, depending upon impacts on allowance prices and whether participating entities are net buyers or net sellers of emissions (Jaffe and Stavins, 2010). While it does preserve the ability of countries to meet

their commitments through means of their own choice, consistent with the Kyoto Protocol, linkage also poses some challenges for institutional feasibility, since it reduces domestic control over prices, emissions, and other aspects of policy design and impact (Buchner and Carraro, 2007; Jaffe et al., 2009; Jaffe and Stavins, 2010; Ranson and Stavins, 2013). Linking may not benefit all participating countries due to potential market distortions and the rebalancing of production and consumption patterns in multiple markets (i.e., general equilibrium effects) (Marschinski et al., 2012). In one analysis that modelled the heterogeneous costs and benefits of participation in a climate coalition using a game-theoretic framework, incentives to deviate from cooperation could not be compensated by transfers (Bosetti et al., 2013).

Institutional-feasibility challenges may be more significant for linked heterogeneous policy instruments (such as taxes and emissions permit systems, or taxes and technology standards) relative to linked regimes that use similar instruments (Metcalf and Weisbach, 2012). For example, unrestricted linkage would effectively turn a permit trading system into a tax, pegging the permit price to the other country's tax rate, and allowing aggregate emissions above the permit system's established cap (Metcalf and Weisbach, 2012).

Climate policy architectures that can be characterized as technology-oriented agreements may seek to share and coordinate knowledge and enhance technology research, development, demonstration, and transfer. Some literature suggests that such agreements may increase the efficiency and environmental effectiveness of international climate cooperation, but will have limited environmental effectiveness operating alone (de Coninck et al., 2008). Though technology-oriented policies can promote the development of new technologies, environmental effectiveness hinges on the need for other policies to provide incentives for adoption (Fischer, 2008; Newell, 2010b). For example, (Bosetti et al., 2009b) show that R&D alone is insufficient to stabilize $CO_2$ levels without an accompanying carbon tax or functionally equivalent policy instrument. See Section 13.9.3 for details of international cooperation on technology.

# 13.14  Gaps in knowledge and data

Current understanding of agreements and instruments for international cooperation continues to evolve. At the time of this publication, there are a number of gaps in the scholarly literature of international cooperation for climate change mitigation, as identified below:

- There exist few comparisons of proposals in terms of any or all of the four criteria used in this report. Research that would be particularly useful would be comparisons of aggregate cost, or

disaggregated regional- or country-level costs per year, with incorporation of uncertainty.
- There exist few assessments of the emerging range of new intergovernmental and transnational arrangements, including 'hybrid' approaches and approaches that interact across the landscape of climate agreements, which might enable better assessment of the sum of efforts.
- Current understanding of the complementarities and tradeoffs between policies affecting mitigation and adaptation is incomplete.
- Current understanding of how international cooperation on climate change can help achieve co-benefits and development goals of countries and what policies and practices work and do not work in capacity building projects is incomplete.
- Current understanding of the factors that affect national decisions to join and form international agreements and how international cooperation can directly influence achievement of various performance criteria is incomplete.

# 13.15  Frequently Asked Questions

**FAQ 13.1 Given that GHG emissions abatement must ultimately be carried out by individuals and firms within countries, why is international cooperation necessary?**

International cooperation is important to achieve significant emissions reductions for a number of reasons. First, climate protection is a public good that requires collective action, because firms and individuals will not otherwise bear the private costs needed to achieve the global benefits of abatement (see Section 13.2.1.1). Second, because GHGs mix globally in the atmosphere, anthropogenic climate change is a global commons problem. Third, international cooperation helps to give every country an opportunity to ascertain how responsibilities are to be divided among them, based on principles adopted in international agreements (see Section 13.3). This is important because individual countries are the entities with jurisdiction over individuals and firms, whose actions ultimately determine if emissions are abated. Fourth, international cooperation allows for linkages across policies at different scale, notably through harmonizing national and regional policies, as well as linkages across issues, and through enhanced cooperation may reduce mitigation costs, create opportunities for sharing the benefits of adaptation, increase credibility of price signals, and expand market size and liquidity. Fifth, international cooperation may help bring together international science and knowledge, which may improve the performance of cooperatively-developed policy instruments.

**13**

## FAQ 13.2 What are the advantages and disadvantages of including all countries in international cooperation on climate change (an 'inclusive' approach) and limiting participation (an 'exclusive' approach)?

The literature suggests that there are tradeoffs between 'inclusive' approaches to negotiation and agreement (i.e., approaches with broad participation, as in the UNFCCC) and 'exclusive' approaches (i.e., limiting participation according to chosen criteria—for example, including only the largest emitters, or groups focused on specific issues). Regarding an 'inclusive' approach, the universal membership of the UNFCCC is an indicator of its high degree of legitimacy among states as a central institution to develop international climate policy. However, the scholarly literature offers differing views over whether or not the outcomes of recent negotiations strengthen or weaken the multilateral climate regime (Section 13.13.1.3). A number of other multilateral forums have emerged as potentially valuable in advancing the international process through an 'exclusive' approach. These smaller groups can advance the overall process through informal consultations, technical analysis and information sharing, and implementation of UNFCCC decisions or guidance (e.g., with regard to climate finance). They might also be more effective in advancing agreement among the largest emitters, but so far have not been able to do so. Examples include the MEF, the G20 and G8, and the city-level C-40 Climate Leadership Group. Section 13.5 goes into more detail, and Figure 13.1 illustrates the overall landscape of climate change-relevant agreements and institutions.

## FAQ 13.3 What are the options for designing policies to make progress on international cooperation on climate change mitigation?

There are a number of potential structures for formalized international cooperation on climate change mitigation, referred to in the text as policy 'architectures' (see Section 13.4). Architectures vary by the degree to which their authority is centralized and can be roughly categorized into three groups: strong multilateralism, harmonized national policies, and decentralized architectures (see Section 13.4.1). An example of strong multilateralism is a targets-and-timetables approach, which sets aggregate quantitative emissions-reduction targets over a fixed period of time and allocates responsibility for this reduction among countries, based on principles jointly accepted. The UNFCCC's Kyoto Protocol is an example of a strong multilateral approach. The second architecture is harmonized national policies. An example in principle (though not put into practice) might be multilaterally harmonized domestic carbon taxes. An example of the third architecture, decentralized approaches and coordinated national policies, would be linkage among domestic cap-and-trade systems, driven not through a multilateral agreement but largely by bilateral arrangements. The literature suggests that each of the various proposed policy architectures for global climate change has advantages and disadvantages with regard to four evaluation criteria: environmental effectiveness, aggregate economic performance, distributional equity, and institutional feasibility. Section 13.4.1.4 goes into more detail.

# References

**Abadie L.M., I. Galarraga, and D. Rübbelke (2013).** An analysis of the causes of the mitigation bias in international climate finance. *Mitigation and Adaptation Strategies for Global Change* **18**, 943–955. doi: 10.1007/s11027-012-9401-7, ISSN: 1381-2386, 1573–1596.

**Abbott K.W. (2011).** *The Transnational Regime Complex for Climate Change.* Arizona State University, 23 pp. Available at: http://media.cigionline.org/geo-eng/2010 %20-%20Abbott%20-%20The%20Transnational%20Regime%20 Complex%20for%20Climate%20Change.pdf.

**Abbott K.W., R.O. Keohane, A. Moravcsik, A.-M. Slaughter, and D. Snidal (2000).** The concept of legalization. *International Organization* **54**, 401–419. doi: 10.1162/002081800551271.

**Abbott K.W., and D. Snidal (2000).** Hard and soft law in international governance. *International Organization* **54**, 421–456. doi: 10.1162/002081800551280.

**Abbott K.W., and D. Snidal (2010).** International regulation without international government: Improving IO performance through orchestration. *The Review of International Organizations* **5**, 315–344. doi: 10.1007/s11558-010-9092-3, ISSN: 1559-7431, 1559–744X.

**Agarwala R. (2010).** Towards a global compact for managing climate change. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 179–200. ISBN: 978-0521137850.

**AGF (2010).** *Report of the Secretary-General's High-Level Advisory Group on Climate Change Financing.* Advisory Group on Finance, United Nations, New York, NY, 65 pp. Available at: http://www.un.org/wcm/webdav/site/climatechange/shared/Documents/AGF_reports/AGF%20Report.pdf.

**Agrawala S., M. Carraro, N. Kingsmill, E. Lanzi, M. Mullan, and G. Prudent-Richard (2011).** *Private Sector Engagement in Adaptation to Climate Change: Approaches to Managing Climate Change Risks.* OECD, Paris, 56 pp. Available at: http://dx.doi.org/10.1787/5kg221jkf1g7-en.

**Aguirre J.C., and E.S. Cooper (2010).** Evo Morales, climate change, and the paradoxes of a social-movement presidency. *Latin American Perspectives* **37**, 238–244. doi: 10.1177/0094582X10376362.

**Akin J. (2012).** Civil justice in the mountains: The Bolivian Andes as grounds for climate reform. *Colorado Journal of International Environmental Law and Policy* **23**, 433–471. Available at: http://www.cjielp.org/documents/cjielp_art185.pdf.

**Albin C. (2001).** *Justice and Fairness in International Negotiation.* Cambridge University Press, Cambridge, UK, 263 pp. ISBN: 0521793289 (hardback).

**Aldrich E.L., and C.L. Koerner (2012).** Unveiling Assigned Amount Unit (AAU) trades: Current market impacts and prospects for the future. *Atmosphere* **3**, 229–245. doi: 10.3390/atmos3010229, ISSN: 2073-4433.

**Aldy J.E., and W.A. Pizer (2009).** *The Competitiveness Impacts of Climate Change Mitigation Policies.* Pew Center on Global Climate Change, Arlington, VA, 56 pp. Available at: http://www.c2es.org/docUploads/competitiveness-impacts-report.pdf.

**Aldy J.E., and R.N. Stavins (2010a).** Introduction. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 1–28. ISBN: 978-0521129527.

**Aldy J.E., and R.N. Stavins (Eds.) (2010b).** *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* Cambridge University Press, Cambridge, UK, ISBN: 978-0521129527.

**Aldy J.E., and R.N. Stavins (2010c).** Lessons for the international policy community. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 899–929. ISBN: 9780521137850 (hbk.).

**Aldy J.E., and R.N. Stavins (2012).** Climate negotiators create an opportunity for scholars. *Science* **337**, 1043–1044. doi: 10.1126/science.1223836, ISSN: 0036-8075, 1095–9203.

**Alexeew J., L. Bergset, K. Meyer, J. Petersen, L. Schneider, and C. Unger (2010).** An analysis of the relationship between the additionality of CDM projects and their contribution to sustainable development. *International Environmental Agreements: Politics, Law and Economics* **10**, 233–248. doi: 10.1007/s10784-010-9121-y.

**Allen M. (2003).** Liability for climate change: Will it ever be possible to sue anyone for damaging the climate? *Nature* **421**, 891–892. doi: 10.1038/421891a.

**Alton T., C. Arndt, R. Davies, F. Hartley, K. Makrelov, J. Thurlow, and D. Ubogu (2012).** *The Economic Implications of Introducing Carbon Taxes in South Africa.* UNU-WIDER, Helsinki, Finland, Available at: http://www.wider.unu.edu/publications/working-papers/2012/en_GB/wp2012–046/.

**Andersen S.O., K.M. Sarma, and K.N. Taddonio (2007).** *Technology Transfer for the Ozone Layer: Lessons for Climate Change.* Routledge, 448 pp. ISBN: 978-1844074730.

**Andonova L.B. (2009).** Networks, club goods, and partnerships for sustainability: The green power market development group. In: *Enhancing the Effectiveness of Sustainability Partnerships: Summary of a Workshop.* D. Vollmer, (ed.), National Academies Press, Washington, D.C., pp. 65–95. ISBN: 9780309129930.

**Andonova L.B. (2010).** Public-private partnerships for the Earth: Politics and patterns of hybrid authority in the multilateral system. *Global Environmental Politics* **10**, 25–53. doi: 10.1162/glep.2010.10.2.25.

**Andonova L.B., M.M. Betsill, and H. Bulkeley (2009).** Transnational climate governance. *Global Environmental Politics* **9**, 52–73. doi: 10.1162/glep.2009.9.2.52.

**Andreoni J., and L. Samuelson (2006).** Building rational cooperation. *Journal of Economic Theory* **127**, 117–154. doi: 10.1016/j.jet.2004.09.002, ISSN: 0022-0531.

**Anger N. (2008).** Emissions trading beyond Europe: Linking schemes in a post-Kyoto world. *Energy Economics* **30**, 2028–2049. doi: 10.1016/j.eneco.2007.08.002, ISSN: 01409883.

**Anger N., B. Brouns, and J. Onigkeit (2009).** Linking the EU emissions trading scheme: economic implications of allowance allocation and global carbon constraints. *Mitigation and Adaptation Strategies for Global Change* **14**, 379–398. doi: 10.1007/s11027-009-9180-y, ISSN: 1381-2386, 1573–1596.

**Anger A., and J. Köhler (2010).** Including aviation emissions in the EU ETS: Much ado about nothing? A review. *Transport Policy* **17**, 38–46. doi: 10.1016/j.tranpol.2009.10.010, ISSN: 0967070X.

**Appleton A. (2009).** Private climate change standards and labelling schemes under the WTO Agreement on Technical Barriers to Trade. In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum.* T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, pp. 131–152. ISBN: 978-0521766197.

**13**

Asheim G.B., C.B. Froyn, J. Hovi, and F.C. Menz (2006). Regional versus global cooperation for climate control. *Journal of Environmental Economics and Management* 51, 93–109. doi: 10.1016/j.jeem.2005.04.004, ISSN: 0095-0696.

Asheim G., and B. Holtsmark (2009). Renegotiation-proof climate agreements with full participation: Conditions for pareto-efficiency. *Environmental and Resource Economics* 43, 519–533. doi: 10.1007/s10640-008-9247-3, ISSN: 0924-6460, 1573–1502.

Van Asselt H., and T.L. Brewer (2010). Addressing competitiveness and leakage concerns in climate policy: An analysis of border adjustment measures in the US and the EU. *Energy Policy* 38, 42–51. doi: 10.1016/j.enpol.2009.08.061.

Van Asselt H., N. van der Grijp, and F. Oosterhuis (2006). Greener public purchasing: Opportunities for climate-friendly government procurement under WTO and EU rules. *Climate Policy* 6, 217–229.

Van Asselt H., and J. Gupta (2009). Stretching too far: developing countries and the role of flexibility mechanisms beyond Kyoto. *Stanford Environmental Law Journal* 28, 311–380.

Avenhaus R., and I.W. Zartman (Eds.) (2007). *Diplomacy Games: Formal Models and International Negotiations*. Springer, 370 pp. ISBN: 9783642087929.

Awokuse T.O., and H. Yin (2010). Does stronger intellectual property rights protection induce more bilateral trade? Evidence from China's imports. *World Development* 38, 1094–1104. doi: 10.1016/j.worlddev.2009.12.016, ISSN: 0305-750X.

Ayers J.M., and S. Huq (2009). Supporting adaptation to climate change: What role for official development assistance? *Development Policy Review* 27, 675–692. doi: 10.1111/j.1467-7679.2009.00465.x.

Babiker M.H. (2005). Climate change policy, market structure, and carbon leakage. *Journal of International Economics* 65, 421–445. doi: 10.1016/j.jinteco.2004.01.003.

Bäckstrand K. (2008). Accountability of networked climate governance: The rise of transnational climate partnerships. *Global Environmental Politics* 8, 74–102. doi: 10.1162/glep.2008.8.3.74.

Baer P. (2009). Equity in climate–economy scenarios: The importance of subnational income distribution. *Environmental Research Letters* 4, 015007. doi: 10.1088/1748-9326/4/1/015007, ISSN: 1748-9326.

Baer P., T. Athanasiou, S. Kartha, and E. Kemp-Benedict (2009). Greenhouse development rights: A proposal for a fair global climate treaty. *Ethics, Place & Environment* 12, 267–281. doi: 10.1080/13668790903195495.

Bailey P.D., G. Haq, and A. Gouldson (2002). Mind the gap! Comparing ex ante and ex post assessments of the costs of complying with environmental regulation. *European Environment* 12, 245–256. doi: 10.1002/eet.303, ISSN: 1099-0976.

Bakker S., C. Haug, H. Van Asselt, J. Gupta, and R. Saidi (2011). The future of the CDM: Same same, but differentiated? *Climate Policy* 11, 752–767. doi: 10.3763/cpol.2009.0035, ISSN: 1469-3062.

Balistreri E.J., and T.F. Rutherford (2012). Subglobal carbon policy and the competitive selection of heterogeneous firms. *Energy Economics* 34, S190–S197. doi: 10.1016/j.eneco.2012.08.002, ISSN: 01409883.

Ballesteros A., S. Nakhooda, J. Werksman, and K. Hurlburt (2010). *Power, Responsibility, and Accountability: Re-Thinking the Legitimacy of Institutions for Climate Finance*. World Resources Institute, Washington, D.C., Available at: http://pdf.wri.org/power_responsibility_accountability.pdf.

Barbier E. (2010). How is the global Green New Deal going? *Nature* 464, 832–833. doi: 10.1038/464832a, ISSN: 0028-0836.

Barrett S. (2002). Consensus treaties. *Journal of Institutional and Theoretical Economics* 158, 529–547. doi: 10.1628/0932456022975169.

Barrett S. (2003). *Environment and Statecraft: The Strategy of Environmental Treaty-Making*. Oxford University Press, Oxford, UK, New York, 427 pp. ISBN: 0199257337 (hbk : alk. paper).

Barrett S. (2007). *Why Cooperate? : The Incentive to Supply Global Public Goods*. Oxford University Press, New York, ISBN: 978-0199211890.

Barrett S. (2008a). The incredible economics of geoengineering. *Environmental and Resource Economics* 39, 45–54. doi: 10.1007/s10640-007-9174-8.

Barrett S. (2008b). Climate treaties and the imperative of enforcement. *Oxford Review of Economic Policy* 24, 239–258. doi: 10.1093/oxrep/grn015.

Barrett S. (2009). Rethinking global climate change governance. *Economics: The Open-Access, Open-Assessment E-Journal* 3. doi: 10.5018/economics-ejournal.ja.2009-5.

Barrett S. (2010). A portfolio system of climate treaties. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J. E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 240–270. ISBN: 978-0521137850.

Barrett S., and A. Dannenberg (2012). Climate negotiations under scientific uncertainty. *Proceedings of the National Academy of Sciences* 109, 17372–17376. doi: 10.1073/pnas.1208417109, ISSN: 0027-8424, 1091–6490.

Barrett S., and R.N. Stavins (2003). Increasing participation and compliance in international climate change agreements. *International Environmental Agreements: Politics, Law and Economics* 3, 349–376. doi: 10.1023/B:INEA.000000 5767.67689.28.

Barrieu P., and B. Sinclair-Desgagné (2006). On precautionary policies. *Management Science* 52, 1145–1154. doi: 10.1287/mnsc.1060.0527.

Barros V., and M. Conte Grand (2002). Implications of a dynamic target of greenhouse gases emission reduction: the case of Argentina. *Environment and Development Economics* 7, 547–569. doi: 10.1017/S1355770X02000323.

Barry J., and M. Paterson (2004). Globalisation, ecological modernization, and New Labour. *Political Studies* 52, 767–784. doi: 10.1111/j.1467-9248.2004.00507.x.

Barton J. (2007). *Intellectual Property and Access to Clean Energy Technologies in Developing Countries: An Analysis of Solar Photovoltaic, Biofuel and Wind Technologies*. International Centre for Trade and Sustainable Development, Available at: http://ictsd.org/downloads/2008/11/intellectual-property-and-access-to-clean-energy-technologies-in-developing-countries_barton_ictsd-2007.pdf.

BASIC Project (2007). *The Sao Paulo Proposal for an Agreement on Future Climate Policy (Revised Version)*. European Commission, BASIC Project, Brussels, Available at: http://www.basic-project.net/data/final/Paper17Sao%20Paulo%20 Agreement%20on%20Future%20Climate%20International%20Climate%85.pdf.

Battaglini M., and B. Harstad (2012). *Participation and Duration of Environmental Agreements*. National Bureau of Economic Research, Cambridge, MA, Available at: http://www.nber.org/papers/w18585.

Bauer N., I. Mouratiadou, G. Luderer, L. Baumstark, R. Brecha, O. Edenhofer, and E. Kriegler (2013). Global fossil energy markets and climate change mitigation: An analysis with ReMIND. *Climatic Change*. doi: 10.1007/s10584-013-0901-6.

Baumol W., and W. Oates (1988). *The Theory of Environmental Policy*. Cambridge University Press, Cambridge, UK, ISBN: 978-0521311120.

Baxter R.R. (1980). International law in "Her Infinite Variety." *International & Comparative Law Quarterly* 29, 549–566. doi: 10.1093/iclqaj/29.4.549.

Bayon R., A. Hawn, and K. Hamilton (2007). *Voluntary Carbon Markets: An International Business Guide to What They Are and How They Work*. Earthscan, London, 164 pp. ISBN: 184407417X (hardback).

Bell D. (2013). Climate change and human rights. *Wiley Interdisciplinary Reviews: Climate Change* 4, 159–170. doi: 10.1002/wcc.218, ISSN: 17577780.

Bell R.G., M.S. Ziegler, B. Blechman, B. Finlay, and M.S. Ziegler (2012). *Building International Climate Cooperation: Lessons from the Weapons and Trade Regimes for Achieving International Climate Goals* (R. Greenspan Bell and M.S. Ziegler, Eds.). World Resources Institute, Washington, D.C., ISBN: 978-1-56973-788-0.

Benessaiah K. (2012). Carbon and livelihoods in Post-Kyoto: Assessing voluntary carbon markets. *Ecological Economics* 77, 1–6. doi: 10.1016/j.ecolecon.2012.02.022, ISSN: 0921-8009.

Bernauer T., A. Kalbhenn, V. Koubi, and G. Spilker (2010). A comparison of internal and domestic sources of global governance dynamics. *British Journal of Political Science* 40, 509–538. doi: 10.1017/S0007123410000098.

Bernauer T., A. Kalbhenn, V. Koubi, and G. Spilker (2013). Is there a "Depth versus Participation" dilemma in international cooperation? *The Review of International Organizations*, 1–21. doi: 10.1007/s11558-013-9165-1, ISSN: 1559-7431, 1559–744X.

Bernstein S. (2005). Legitimacy in global environmental governance. *Journal of International Law and International Relations* 1, 139–166.

Bernstein S., M.M. Betsill, M.J. Hoffmann, and M. Paterson (2010). A tale of two Copenhagens: Carbon markets and climate governance. *Millennium: Journal of International Studies* 39, 161–173. doi: 10.1177/0305829810372480.

Bhagwati J. (2009). Reflections on climate change and trade. In: *Climate Change, Trade, and Competitiveness: Is a Collision Inevitable?* L. Brainard, I. Sorkin, (eds.), Brookings Institution Press, Washington, D.C., pp. 171–176. ISBN: 9780815702986.

Biermann F. (2010). Beyond the intergovernmental regime: Recent trends in global carbon governance. *Current Opinion in Environmental Sustainability* 2, 284–288. doi: 10.1016/j.cosust.2010.05.002.

Biermann F., and I. Boas (2008). Protecting climate refugees: The case for a global protocol. *Environment: Science and Policy for Sustainable Development* 50, 8–17. doi: 10.3200/ENVT.50.6.8-17, ISSN: 0013-9157.

Biermann F., and P. Pattberg (2008). Global environmental governance: Taking stock, moving forward. *Annual Review of Environment and Resources* 33, 277–294. doi: 10.1146/annurev.environ.33.050707.085733.

Biermann F., P. Pattberg, H. Van Asselt, and F. Zelli (2009). The fragmentation of global governance architectures: A framework for analysis. *Global Environmental Politics* 9, 14–40. doi: 10.1162/glep.2009.9.4.14.

Biermann F., P. Pattberg, and F. Zelli (Eds.) (2010). *Global Climate Governance Beyond 2012*. Cambridge University Press, 350 pp. ISBN: 9780521190114.

Bigdeli S. (2009). Incentive schemes to promote renewables and the WTO law of subsidies. In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, pp. 155–192. ISBN: 978-0521766197.

Blackstock J.J., and J.C.S. Long (2010). The politics of geoengineering. *Science* 327, 527. doi: 10.1126/science.1183877.

Blanford G.J., R.G. Richels, and T.F. Rutherford (2010). Revised emissions growth projections for China: Why post-Kyoto climate policy must look east. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, New York, pp. 822–856. ISBN: 822-856.

Blok K., N. Höhne, K. van der Leun, and N. Harrison (2012). Bridging the greenhouse-gas emissions gap. *Nature Climate Change* 2, 471–474. doi: 10.1038/nclimate1602, ISSN: 1758-678X.

Bodansky D. (1999). The legitimacy of international governance: A coming challenge for international environmental law? *The American Journal of International Law* 93, 596–624. doi: 10.2307/2555262.

Bodansky D. (2003). Climate commitments: Assessing the options. In: *Beyond Kyoto: Advancing the international effort against climate change*. E. Diringer, (ed.), Pew Center on Global Climate Change, Arlington, VA, pp. 37–60. Available at: http://belfercenter.ksg.harvard.edu/files/Aldy%20Baron%20Tubiana%20 2003.pdf.

Bodansky D. (2004). Deconstructing the precautionary principle. In: *Bringing New Law to Ocean Waters*. D.D. Caron, H.N. Scheiber, (eds.), Brill, Leiden, NetherlandsISBN: 9004140883; 978–9004140882.

Bodansky D. (2007). Targets and timetables: Good policy but bad politics. In: *Architectures for Agreement: Addressing Global Climate Change in the Post-Kyoto World*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 57–66. ISBN: 9780521871631 (hbk.).

Bodansky D. (2009). *Legal Form of a New Climate Agreement: Avenues and Options*. Pew Center on Global Climate Change, Arlington, VA, 8 pp. Available at: http://www.pewclimate.org/docUploads/legal-form-of-new-climate-agreement-paper.pdf.

Bodansky D. (2010a). *The Art and Craft of International Environmental Law*. Harvard University Press, Cambridge, MA, 359 pp. ISBN: 9780674035430 (alk. paper).

Bodansky D. (2010b). Introduction: Climate change and human rights: Unpacking the issues. *Georgia Journal of International and Comparative Law* 38, 511–534. Available at: http://ssrn.com/abstract=1581555.

Bodansky D. (2011a). Tale of two architectures: The once and future U.N. climate change regime. *Arizona State Law Journal* 43, 697–712. Available at: http://dx.doi.org/10.2139/ssrn.1773865.

Bodansky D. (2011b). *Governing Climate Engineering: Scenarios for Analysis*. Harvard Project on International Climate Agreements, Available at: http://belfercenter.ksg.harvard.edu/files/bodansky-dp-47-nov-final.pdf.

Bodansky D. (2011c). *Multilateral Climate Efforts beyond the UNFCCC*. Center for Climate and Energy Solutions, Arlington, VA, 20 pp. Available at: http://www.c2es.org/publications/multilateral-climate-efforts-beyond-unfccc.

Bodansky D., and E. Diringer (2010). *The Evolution of Multilateral Regimes: Implications for Climate Change*. Pew Center on Global Climate Change, Arlington, VA, 28 pp. Available at: http://www.pewclimate.org/docUploads/evolution-multilateral-regimes-implications-climate-change.pdf.

Böhm S., and Dabhi (Eds.) (2009). *Upsetting the Offset: The Political Economy of Carbon Markets*. MayFly Books, London, ISBN: 978-1-906948-07-8.

Böhm S., and S. Dhabi (2011). Commentary: Fault lines in climate policy: What role for carbon markets? *Climate Policy* 11, 1389–1392. doi: 10.1080/14693062.2011.618770, ISSN: 1469-3062, 1752–7457.

**13**

Böhringer C. (2003). The Kyoto Protocol: A review and perspectives. *Oxford Review of Economic Policy* **19**, 451–466. doi: 10.1093/oxrep/19.3.451, ISSN: 0266-903X, 1460–2121.

Böhringer C., E.J. Balistreri, and T.F. Rutherford (2012a). The role of border carbon adjustment in unilateral climate policy: Overview of an Energy Modeling Forum study (EMF 29). *Energy Economics* **34**, S97–S110. doi: 10.1016/j.eneco.2012.10.003, ISSN: 01409883.

Böhringer C., J. Carbone, and T. Rutherford (2012b). Unilateral climate policy design: Efficiency and equity implications of alternative instruments to reduce carbon leakage. *Energy Economics* **34**, S208–S217. Available at: http://www.sciencedirect.com/science/article/pii/S0140988312002253.

Böhringer C., U. Moslener, and B. Sturm (2007). Hot air for sale: A quantitative assessment of Russia's near-term climate policy options. *Environmental and Resource Economics* **38**, 545–572. doi: 10.1007/s10640-007-9089-4.

Böhringer C., and T.F. Rutherford (2004). Who should pay how much? Compensation for international spillovers from carbon abatement policies to developing countries—a global CGE assessment. *Computational Economics* **23**, 71–103. doi: 10.1023/B:CSEM.0000007187.30194.2e, ISSN: 0927-7099, 1572–9974.

Bosetti V., C. Carraro, E. De Cian, R. Duval, E. Massetti, and M. Tavoni (2009a). The incentives to participate in and the stability of international climate coalitions: A game-theoretic approach using the WITCH model. *OECD Economics Department Working Papers*. doi: 10.1787/223552487415.

Bosetti V., C. Carraro, E. De Cian, E. Massetti, and M. Tavoni (2013). Incentives and stability of international climate coalitions: An integrated assessment. *Energy Policy* **55**, 44–56. doi: 10.1016/j.enpol.2012.12.035, ISSN: 0301-4215.

Bosetti V., C. Carraro, R. Duval, A. Sgobbi, and M. Tavoni (2009b). *The Role of R&D and Technology Diffusion in Climate Change Mitigation: New Perspectives Using the WITCH Model*. OECD, Paris, 53 pp. Available at: http://search.oecd.org/officialdocuments/displaydocument-pdf/?doclanguage=en&cote=eco/wkp%282009%295.

Bosetti V., C. Carraro, A. Sgobbi, and M. Tavoni (2010). Modeling economic impacts of alternative international climate policy architectures: A quantitative and comparative assessment of architectures for agreement. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 715–752. ISBN: 978-0521137850.

Bosetti V., and J. Frankel (2011). *Politically Feasible Emission Target Formulas to Attain 460 Ppm $CO_2$ Concentrations*. Harvard Kennedy School, Cambridge, MA, 43 pp.

Bosetti V., R. Lubowski, A. Golub, and A. Markandya (2011). Linking reduced deforestation and a global carbon market: implications for clean energy technology and policy flexibility. *Environment and Development Economics* **16**, 479–505. doi: 10.1017/S1355770X10000549.

Bosetti V., and S.K. Rose (2011). Reducing carbon emissions from deforestation and forest degradation: issues for policy design and implementation. *Environment and Development Economics* **16**, 357–360. doi: 10.1017/S1355770X11000143.

Bovenberg A.L., and L.H. Goulder (1996). Optimal environmental taxation in the presence of other taxes: General- equilibrium analyses. *American Economic Review* **86**, 985–1000. Available at: http://arno.uvt.nl/show.cgi?fid=26996.

Bovenberg A.L., and R.A. de Mooij (1994). Environmental levies and distortionary taxation. *American Economic Review* **84**, 1085–1089. Available at: http://arno.uvt.nl/show.cgi?fid=26860.

Bowen A. (2011). Raising climate finance to support developing country action: Some economic considerations. *Climate Policy* **11**, 1020–1036. doi: 10.1080/14693062.2011.582388.

Boyd E., N. Hultman, J. Timmons Roberts, E. Corbera, J. Cole, A. Bozmoski, J. Ebeling, R. Tippman, P. Mann, K. Brown, and D.M. Liverman (2009). Reforming the CDM for sustainable development: Lessons learned and policy futures. *Environmental Science & Policy* **12**, 820–831. doi: 10.1016/j.envsci.2009.06.007.

Bradley R., K.A. Baumert, B. Childs, T. Herzog, and J. Pershing (2007). *Slicing the Pie: Sector-Based Approaches to International Climate Arrangements, Issues and Options*. World Resources Institute, Washington, DC, 63 pp. Available at: http://pdf.wri.org/slicing-the-pie.pdf.

Brandt U.S., and G.T. Svendsen (2002). Hot air in Kyoto, cold air in The Hague—the failure of global climate negotiations. *Energy Policy* **30**, 1191–1199. doi: 10.1016/S0301-4215(02)00015-0, ISSN: 0301-4215.

Branstetter L.G., R. Fisman, and C.F. Foley (2006). Do stronger intellectual property rights increase international technology transfer? Empirical evidence from U.S. firm-level panel data. *The Quarterly Journal of Economics* **121**, 321–349. ISSN: 0033-5533.

Bratspies R.M. (2011). Human rights and environmental regulation. *NYU Environmental Law Journal* **19**, 225–302. Available at: http://envlaw.nyulaw.me/wp-content/uploads/2013/03/Bratspies-Human-Rights.pdf.

Bréchat T., and J. Eyckmans (2012). Coalition theory and integrated assessment modeling: Lessons for climate governance. In: *Global Environmental Commons: Analytical and Political Challenges in Building Governance Mechanisms*. E. Brousseau, T. Dedeurwaerdere, P.-A. Jouvet, M. Willinger, (eds.), Oxford University Press, Oxford, pp. 384. ISBN: 9780199656202.

Bréchat T., F. Gerard, and H. Tulkens (2011). Efficiency vs. stability in climate coalitions: A conceptual and computational appraisal. *The Energy Journal* **32**. doi: 10.5547/ISSN0195-6574-EJ-Vol32-No1-3, ISSN: 01956574.

Breidenich C., and D. Bodansky (2009). *Measurement, Reporting and Verification in a Post-2012 Climate Agreement*. Pew Center on Global Climate Change, Arlington, VA, Available at: http://www.pewclimate.org/docUploads/mrv-report.pdf.

Brewer T.L. (2003). The trade regime and the climate regime: Institutional evolution and adaptation. *Climate Policy* **3**, 329–341. doi: 10.1016/j.clipol.2003.08.003.

Brewer T.L. (2004). The WTO and the Kyoto Protocol: Interaction issues. *Climate Policy* **4**, 3–12. doi: 10.1080/14693062.2004.9685506.

Brewer T.L. (2008). Climate change technology transfer: a new paradigm and policy agenda. *Climate Policy* **8**, 516–526. doi: 10.3763/cpol.2007.0451, ISSN: 1469-3062.

Brewer T.L. (2010). Trade policies and climate change policies: A rapidly expanding joint agenda. *The World Economy* **33**, 799–809. doi: 10.1111/j.1467-9701.2010.01284.x.

Brewer T., and M. Mehling (2014). Transparency issues in carbon markets, corporate disclosure practices and government climate change policies. In: *Oxford Handbook of Transparency*. Oxford University Press, Oxford, Chapter 8.

Brewster R. (2010). Stepping stone or stumbling block: Incrementalism in national climate change legislation. *Yale Law & Policy Review* **28**, 245–312. Available at: http://yalelawandpolicy.org/sites/default/files/Brewster_28.pdf.

Brousseau E., T. Dedeurwaerdere, P.-A. Jouvet, M. Willinger, and Marc Willinger (Eds.) (2012). *Global Environmental Commons: Analytical and Political Challenges in Building Governance Mechanisms*. Oxford University Press, Oxford, ISBN: 978-0199656202.

Brown J., N. Bird, and L. Schalatek (2011). *Design Challenges for the Green Climate Fund*. Heinrich Boll Stiftung North America, Overseas Development Institute, Washington, D.C. and London, 8 pp. Available at: http://www.odi.org.uk/resources/docs/6457.pdf.

Brunnée J., M. Doelle, and L. Rajamani (Eds.) (2012). Conclusion: Promoting compliance in an evolving climate regime. In: *Promoting Compliance in an Evolving Climate Regime*. Cambridge University Press, Cambridge, U.K.ISBN: 9780521199483.

Brunnée J., and S.J. Toope (2010). *Legitimacy and Legality in International Law: An Interactional Account*. Cambridge University Press, Cambridge, 434 pp. ISBN: 978-0521706834.

Brunner S., C. Flachsland, and R. Marschinski (2012). Credible commitment in carbon policy. *Climate Policy* 12, 255–271. doi: 10.1080/14693062.2011.582327, ISSN: 1469-3062.

Buchholz W., R. Cornes, and D. Rübbelke (2012). Matching as a cure for underprovision of voluntary public good supply. *Economics Letters* 117, 727–729. doi: 10.1016/j.econlet.2011.12.095, ISSN: 0165-1765.

Buchner B., and C. Carraro (2007). Regional and sub-global climate blocs: A cost–benefit analysis of bottom-up climate regimes. ESRI Studies Series on the Environment. In: *Climate and Trade Policy: Bottom-up Approaches Towards Global Agreement*. C. Carraro, C. Egenhofer, (eds.), Edward Elgar, Cheltenham, UK and Northampton, MA, USA, pp. 16–41. ISBN: 9781847202277.

Buchner B., A. Falconer, M. Herve-Mignucci, C. Trabacchi, and M. Brinkman (2011). *The Landscape of Climate Finance*. Climate Policy Initiative, Venice, 101 pp. Available at: http://climatepolicyinitiative.org/wp-content/uploads/2011/10/The-Landscape-of-Climate-Finance-120120.pdf.

Bukovansky M., I. Clark, R. Eckersley, R.M. (Richard M. Price, C. Reus-Smit, and N.J. Wheeler (2012). *Special Responsibilities: Global Problems and American Power*. Cambridge University Press, Cambridge, ISBN: 9781107021358 (hardback).

Bulkeley H., L.B. Andonova, K. Bäckstrand, M.M. Betsill, D. Compagnon, R. Duffy, A. Kolk, M.J. Hoffmann, D. Levy, P. Newell, T. Milledge, M. Paterson, and P. Pattberg (2012). Governing climate change transnationally: Assessing the evidence from a survey of sixty initiatives. *Environment and Planning C: Government and Policy* 30, 591–612. doi: 10.1068/c11126.

Bumpus A.G., and D.M. Liverman (2008). Accumulation by decarbonization and the governance of carbon offsets. *Economic Geography* 84, 127–155. doi: 10.1111/j.1944-8287.2008.tb00401.x.

Burns W.C.G. (2004). The exigencies that drive potential causes of action for climate change damages at the international level. *Proceedings of the Annual Meeting (American Society of International Law)* 98, 223–227. Available at: http://www.jstor.org/stable/25659921.

Busch J., B. Strassburg, A. Cattaneo, R. Lubowski, A. Bruner, R. Rice, A. Creed, R. Ashton, and F. Boltz (2009). Comparing climate and cost impacts of reference levels for reducing emissions from deforestation. *Environmental Research Letters* 4, 044006. doi: 10.1088/1748-9326/4/4/044006, ISSN: 1748-9326.

Byrne J., and L. Glover (2002). A common future or towards a future commons: Globalization and sustainable development since UNCED. *International Review of Environmental Strategies* 3, 5–25. ISSN: 13457594.

Caldeira K., and S.J. Davis (2011). Accounting for carbon dioxide emissions: A matter of time. *Proceedings of the National Academy of Sciences* 108, 8533–8534. doi: 10.1073/pnas.1106517108, ISSN: 0027-8424, 1091–6490.

Van Calster G. (2009). Procurement and the World Trade Organization: Purchase power or pester power? In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, pp. 351–368. ISBN: 978-0521766197.

Camerer C. (2003). *Behavioral Game Theory: Experiments in Strategic Interaction*. Russell Sage Foundation; Princeton University Press, New York, NY & Princeton, N.J., xv, 550 p. pp. ISBN: 0691090394 (alk. paper).

Cameron E., and M. Limon (2012). Restoring the climate by realizing rights: The role of the international human rights system. *Review of European Community & International Environmental Law* 21, 204–219. doi: 10.1111/reel.12004, ISSN: 1467-9388.

Cao J. (2010a). Reconciling human development and climate protection: A multistage hybrid climate policy architecture. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 563–598. ISBN: 978-0521137850.

Cao J. (2010b). Reconciling economic growth and carbon mitigation: Challenges and policy options in China. *Asian Economic Policy Review* 5, 110–129. doi: 10.1111/j.1748-3131.2010.01153.x, ISSN: 1748-3131.

Cao J. (2010c). *Beyond Copenhagen: Reconciling International Fairness, Economic Development, and Climate Protection*. The Harvard Project on International Climate Agreements, Available at: http://belfercenter.ksg.harvard.edu/files/CaoHPICADP44.pdf.

Capoor K., and P. Ambrosi (2009). *State and Trends of the Carbon Market 2009*. The World Bank, Washington, DC, 71 pp. Available at: http://iklim.cob.gov.tr/iklim/Files/eKutuphane/State___Trends_of_the_Carbon_Market_2009-FINAL_26_May09.pdf.

Carbon Disclosure Project (2011). *CDP S&P 500 Report 2011: Strategic Advantage Through Climate Change Action*. Carbon Disclosure Project, London, Available at: https://www.cdproject.net/en-US/Pages/sp500.aspx.

Carbone J., C. Helm, and T. Rutherford (2009). The case for international emission trade in the absence of cooperative climate policy. *Journal of Environmental Economics and Management* 58, 266–280. doi: 10.1016/j.jeem.2009.01.001.

Carraro C., C. Egenhofer, and N. Fujiwara (2007). Bottom-up approaches towards a global climate agreement: An overview. ESRI studies series on the environment. In: *Climate and Trade Policy: Bottom-up Approaches Towards Global Agreement*. C. Carraro, C. Egenhofer, (eds.), Edward Elgar, Cheltenham, UKISBN: 9781847202277 (hardcover).

Carraro C., J. Eyckmans, and M. Finus (2006). Optimal transfers and participation decisions in international environmental agreements. *The Review of International Organizations* 1, 379–396. doi: 10.1007/s11558-006-0162-5.

Carraro C., and C. Marchiori (2003). Stable coalitions. Globalization of the World Economy. In: *Governing the Global Environment*. C. Carraro, (ed.), E. Elgar Pub., Cheltenham, UKISBN: 1843760142.

Carraro C., and E. Massetti (2012). Beyond Copenhagen: A realistic climate policy in a fragmented world. *Climatic Change* 110, 523–542. doi: 10.1007/s10584-011-0125-6, ISSN: 0165-0009, 1573–1480.

**13**

Carraro C., and D. Siniscalco (1998). International institutions and environmental policy: International environmental agreements: Incentives and political economy. *European Economic Review* **42**, 561–572. doi: 10.1016/S0014-2921(97)00118-9, ISSN: 0014-2921.

Casillas C.E., and D.M. Kammen (2012). Quantifying the social equity of carbon mitigation strategies. *Climate Policy* **12**, 690–703. doi: 10.1080/14693062.2012.669097, ISSN: 1469-3062.

Cason T., and L. Gangadharan (2011). Price discovery and intermediation in linked emissions trading markets: A laboratory study. *Ecological Economics* **70**, 1424–1433. doi: 10.1016/j.ecolecon.2011.03.005.

Castro P. (2012). Does the CDM discourage emission reduction targets in advanced developing countries? *Climate Policy* **12**, 198–218. doi: 10.1080/14693062.2011.592658, ISSN: 1469-3062, 1752–7457.

CDM Policy Dialogue (2012). *Climate Change, Carbon Markets and the CDM: A Call to Action—Report of the High-Level Panel on the CDM Policy Dialogue*. CDM Policy Dialogue, Luxembourg, 90 pp. Available at: http://www.cdmpolicydialogue.org/report/rpt110912.pdf.

Cecys K. (2010). *MRV: A Survey of Reporting and Review in Multilateral Regimes*. Center for Climate and Energy Solutions, Arlington, VA, Available at: http://www.c2es.org/docUploads/survey-reporting-review-multilateral-regimes.pdf.

De Cendra J. (2006). Can emissions trading schemes be coupled with border tax adjustments? An analysis vis-à-vis WTO law. *Review of European Community & International Environmental Law* **15**, 131–145. doi: 10.1111/j.1467-9388.2006.00518.x.

Chakravarty S., A. Chikkatur, H. de Coninck, S. Pacala, R. Socolow, and M. Tavoni (2009). Sharing global $CO_2$ emission reductions among one billion high emitters. *Proceedings of the National Academy of Sciences*. doi: 10.1073/pnas.0905232106.

Chambers W.B. (2008). *Interlinkages and the Effectiveness of Multilateral Environmental Agreements*. United Nations University, Tokyo, ISBN: 9280811495.

Chavez A., and A. Ramaswami (2011). Progress toward low carbon cities: Approaches for transboundary GHG emissions' footprinting. *Carbon Management* **2**, 471–482. doi: 10.4155/cmt.11.38, ISSN: 1758-3004.

Chen C.M., J. Gütschow, M. Vieweg, K. Macey, and M. Schaeffer (2013). Impact of the Doha outcome on surplus emission allowances and their effect on developed country emissions. *Climatic Change* **120**, 845–857. doi: 10.1007/s10584-013-0841-1, ISSN: 0165-0009, 1573–1480.

Ciplet D., T. Roberts, M. Khan, S. Fields, and K. Madden (2013). *Least Developed, Most Vulnerable: Have Climate Finance Promises Been Fulfilled for the LDCs?* European Capacity Building Initiative, Oxford, UK, Available at: http://www.eldis.org/go/display&type=Document&id=65049#.UoZnMOLJKNO.

Clapp C., J. Ellis, J. Benn, and J. Corfee-Morlot (2012). *Tracking Climate Finance: What and How?* OECD/IEA, Paris, France, 44 pp. Available at: http://www.oecd-ilibrary.org/environment/tracking-climate-finance_5k44xwtk9tvk-en.

Clarke L., J. Edmonds, V. Krey, R. Richels, S. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *Energy Economics* **31**, Supplement 2, S64–S81. doi: 10.1016/j.eneco.2009.10.013, ISSN: 0140-9883.

Climate Alliance (2013). *Members of Climate Alliance*. Climate Alliance of European Cities with Indigenous Rainforest Peoples, Frankfurt, Germany, Available at: http://www.climatealliance.org/fileadmin/inhalte/dokumente/2013/Mitgliederliste_international_September_2013.pdf.

Compston H., and I. Bailey (Eds.) (2008). *Turning Down the Heat: The Politics of Climate Policy in Affluent Democracies*. Palgrave Macmillan, London, ISBN: 0230202055.

Conca K. (2000). The WTO and the undermining of global environmental governance. *Review of International Political Economy* **7**, 484–494. doi: 10.1080/09692290050174051, ISSN: 0969-2290.

Condon B.J. (2009). Climate change and unresolved issues in WTO law. *Journal of International Economic Law* **12**, 895–926. doi: 10.1093/jiel/jgp033, ISSN: 1369-3034, 1464–3758.

De Coninck H., C. Fischer, R.G. Newell, and T. Ueno (2008). International technology-oriented agreements to address climate change. *Energy Policy* **36**, 335–356. doi: 10.1016/j.enpol.2007.09.030.

De Coninck H., J.C. Stephens, and B. Metz (2009). Global learning on carbon capture and storage: A call for strong international cooperation on CCS demonstration. *Energy Policy* **37**, 2161–2165. doi: 10.1016/j.enpol.2009.01.020, ISSN: 0301-4215.

Conte Grand M. (2013). *Is There a Future for Intensity Targets in the Durban Platform Climate Negotiations?* Harvard Project on Climate Agreements, Cambridge, Massachusetts, USA, Available at: http://belfercenter.hks.harvard.edu/publication/23366.

Conte M.N., and M.J. Kotchen (2010). Explaining the price of voluntary carbon offsets. *Climate Change Economics* **01**, 93–111. doi: 10.1142/S2010007810000091, ISSN: 2010-0078, 2010–0086.

Convention on Biological Diversity (2010). *COP 10 Decision X/33*. Convention on Biodiversity, Nagoya, Japan, Available at: http://www.cbd.int/decision/cop/?id=12299.

Convention on Biological Diversity (2012). *Impacts of Climate-Related Geoengineering on Biological Diversity*. United Nations Environment Programme, Available at: http://www.cbd.int/doc/meetings/sbstta/sbstta-16/information/sbstta-16-inf-28-en.pdf.

Convery F.J., and L. Redmond (2007). Market and price developments in the European Union Emissions Trading Scheme. *Review of Environmental Economics and Policy* **1**, 88–111. doi: 10.1093/reep/rem010, ISSN: 1750-6816, 1750–6824.

Cooper R.N. (2010). The case for charges on greenhouse gas emissions. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 151–178. ISBN: 9780521137850 (hbk.).

Copeland B.R., and M.S. Taylor (2005). Free trade and global warming: a trade theory view of the Kyoto protocol. *Journal of Environmental Economics and Management* **49**, 205–234. doi: 10.1016/j.jeem.2004.04.006, ISSN: 0095-0696.

Corbera E., M. Estrada, and K. Brown (2009). How do regulated and voluntary carbon-offset schemes compare? *Journal of Integrative Environmental Sciences* **6**, 25–50. doi: 10.1080/15693430802703958.

Corfee-Morlot J., V. Marchal, C. Kauffmann, C. Kennedy, F. Stewart, C. Kaminker, and G. Ang (2012). *Towards a Green Investment Policy Framework: The Case of Low-Carbon, Climate-Resilient Infrastructure*. OECD, Paris, 70 pp. Available at: http://dx.doi.org/10.1787/5k8zth7s6s6d-en.

Cosbey A. (2007). *Trade and Climate Change Linkages*. International Institute for Sustainable Development, Bali, Available at: http://www.iisd.org/pdf/2007/trade_climate_linkages.pdf.

Cosbey A., and R. Tarasofsky (2007). *Climate Change, Competitiveness and Trade*. Chatham House, 40 pp. Available at: http://www.iisd.org/publications/pub.aspx?id=859.

Cossey M., and G. Marceau (2009). Institutional challenges to enhance policy coordination: How WTO rules could be utilised to meet climate objectives. In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, UKISBN: 9780521766197.

Cottier T., O. Nartova, and S.Z. Bigdeli (Eds.) (2009). *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. Cambridge University Press, Cambridge, UK, ISBN: 9780521766197.

Courtois P., and G. Haeringer (2011). Environmental cooperation: Ratifying second-best agreements. *Public Choice* **15**, 20. doi: 10.1007/s11127-010-9759-6.

COWI, and IIED (2009). *Evaluation of the Operation of the Least Developed Countries Fund for Adaptation to Climate Change*. Ministry of Foreign Affairs, Government of Denmark, Copenhagen, Available at: http://pubs.iied.org/pdfs/G02586.pdf.

Crowley K. (2007). Is Australia faking it? The Kyoto Protocol and the greenhouse policy challenge. *Global Environmental Politics* **7**, 118–139. doi: 10.1162/glep.2007.7.4.118, ISSN: 1526-3800.

Cullinan C. (2002). *Wild Law: A Manifesto for Earth Justice*. Siber Ink, Cape Town, 210 pp. ISBN: 0-9584417-8-2 and 1–9039998–35–2.

Czarnecki R., and K. Guilanpour (2009). The Adaptation Fund after Poznan. *Carbon and Climate Law Review* **3**, 79–88. ISSN: 18649004.

Dagoumas ☒. S., and T.S. Barker (2010). Pathways to a low-carbon economy for the UK with the macro-econometric E3MG model. *Energy Policy* **38**, 3067–3077. doi: 10.1016/j.enpol.2010.01.047, ISSN: 0301-4215.

Dai X. (2010). Global regime and national change. *Climate Policy* **10**, 622–637. doi: 10.3763/cpol.2010.0146.

Dannenberg A., A. Löschel, G. Paolacci, C. Reif, and A. Tavoni (2011). *Coordination under Threshold Uncertainty in a Public Goods Game*. Center for European Economic Research, Available at: http://ftp.zew.de/pub/zew-docs/dp/dp11065.pdf.

Dechezleprêtre A., M. Glachant, and Y. Ménière (2008). The clean development mechanism and the international diffusion of technologies: An empirical study. *Energy Policy* **36**, 1273–1283. doi: 10.1016/j.enpol.2007.12.009.

Deleuil T. (2012). The common but differentiated responsibilities principle: Changes in continuity after the Durban Conference of the Parties. *Review of European Community & International Environmental Law* **21**, 271–281. doi: 10.1111/j.1467-9388.2012.00758.x, ISSN: 1467-9388.

Dellink R. (2011). Drivers of stability of climate coalitions in the STACO model. *Climate Change Economics* **02**, 105–128. doi: 10.1142/S2010007811000231, ISSN: 2010-0078, 2010–0086.

Dellink R., G. Briner, and C. Clapp (2011). The Copenhagen Accord/Cancún Agreements emission pledges for 2020: Exploring economic and environmental impacts. *Climate Change Economics* **2**, 53–78. Available at: http://www.worldscientific.com/doi/abs/10.1142/S2010007811000206.

Dellink R., M.G.J. den Elzen, H. Aiking, E. Bergsma, F. Berkhout, T. Dekker, and J. Gupta (2009). Sharing the burden of financing adaptation to climate change. *Global Environmental Change* **19**, 411–421. doi: 10.1016/j.gloenvcha.2009.07.009.

Dellink R., and M. Finus (2012). Uncertainty and climate treaties: Does ignorance pay? *Resource and Energy Economics* **34**, 565–584. doi: 10.1016/j.reseneeco.2012.05.007, ISSN: 0928-7655.

Dellink R., M. Finus, and N. Olieman (2008). The stability likelihood of an international climate agreement. *Environmental and Resource Economics* **39**, 357–377. doi: 10.1007/s10640-007-9130-7, ISSN: 0924-6460, 1573–1502.

Dellink R., S. Jamet, J. Chateau, and R. Duval (2010). *Towards Global Carbon Pricing: Direct and Indirect Linking of Carbon Markets*. OECD, Paris, 39 pp. Available at: http://www.oecd-ilibrary.org/environment/towards-global-carbon-pricing_5km975t0cfr8-en.

Denton F. (2010). Financing adaptation in Least Developed Countries in West Africa: Is finance the "real deal"? *Climate Policy* **10**, 655–671. doi: 10.3763/cpol.2010.0149, ISSN: 14693062, 17527457.

Depledge J. (2006). The opposite of learning: Ossification in the climate change regime. *Global Environmental Politics* **6**, 1–22. doi: 10.1162/glep.2006.6.1.1, ISSN: 1526-3800, 1536–0091.

Depledge J., and F. Yamin (2009). The global climate change regime: A defence. In: *The Economics and Politics of Climate Change*. D. Helm, C. Hepburn, (eds.), Oxford University Press, Oxford, pp. 433–453. ISBN: 978-0-19-957328-8.

Dhanda K.K., and L. Hartman (2011). The ethics of carbon neutrality: A critical examination of voluntary carbon offset providers. *Journal of Business Ethics* **100**, 119–149. doi: 10.1007/s10551-011-0766-4.

Dietz T., and J. Zhao (2011). Paths to climate cooperation. *Proceedings of the National Academy of Sciences* **108**, 15671–15672. doi: 10.1073/pnas.1112844108, ISSN: 0027-8424, 1091–6490.

Van Dijk C. (2011). Civil liability for global warming in the Netherlands. In: *Climate Change Liability*. M. Faure, M. Peeters, (eds.), Edward Elgar Publishing, Cheltenham, UK; Northampton, MA, pp. 206–226. ISBN: 9781849802864.

Docherty B., and T. Giannini (2009). Confronting a rising tide: A proposal for a convention on climate change refugees. *Harvard Environmental Law Review* **33**, 349–403. Available at: http://www.law.harvard.edu/students/orgs/elr/vol33_2/Docherty%20Giannini.pdf.

Downs E.B.& G.W. (2007). The empire's new clothes: Political economy and the fragmentation of international law. *Stanford Law Review* **60**, 595. Available at: http://www.stanfordlawreview.org/print/article/empires-new-clothes-political-economy-and-fragmentation-international-law.

Downs G.W., D.M. Rocke, and P.N. Barsoom (1996). Is the good news about compliance good news about cooperation? *International Organization* **50**, 379–406. doi: 10.1017/S0020818300033427.

Droege S. (2011a). Using border measures to address carbon flows. *Climate Policy* **11**, 1191–1201. doi: 10.1080/14693062.2011.592671.

Droege S. (2011b). Do border measures have a role in climate policy? *Climate Policy* **11**, 1185–1190. doi: 10.1080/14693062.2011.600844, ISSN: 1469-3062.

Drupp M.A. (2011). Does the Gold Standard label hold its promise in delivering higher Sustainable Development benefits? A multi-criteria comparison of CDM projects. *Energy Policy* **39**, 1213–1227. doi: 10.1016/j.enpol.2010.11.049, ISSN: 0301-4215.

Du M.M. (2011). The rise of national regulatory autonomy in the GATT/WTO regime. *Journal of International Economic Law* **14**, 639–675. doi: 10.1093/jiel/jgr029, ISSN: 1369-3034, 1464–3758.

Dubash N.K. (2009). Copenhagen: Climate of mistrust. *Economic & Political Weekly* **64**, 8–11. Available at: http://re.indiaenvironmentportal.org.in/files/COP.pdf.

13

Dubash N.K., and L. Rajamani (2010). Beyond Copenhagen: Next steps. *Climate Policy* 10, 593–599. doi: 10.3763/cpol.2010.0693.

Dumaru P. (2010). Community-based adaptation: Enhancing community adaptive capacity in Druadrua Island, Fiji. *Climate Change* 1, 751–763. doi: 10.1002/wcc.65, ISSN: 17577780.

Dutta P.K., and R. Radner (2009). A strategic analysis of global warming: Theory and some numbers. *Journal of Economic Behavior & Organization* 71, 187–209. doi: 10.1016/j.jebo.2009.01.013, ISSN: 0167-2681.

Eckersley R. (2012). Moving forward in the climate negotiations: Multilateralism or minilateralism? *Global Environmental Politics* 12, 24–42. doi: 10.1162/GLEP_a_00107, ISSN: 1526-3800.

Edenhofer O., B. Knopf, T. Barker, L. Baumstark, E. Bellevrat, B. Chateau, P. Criqui, M. Isaac, A. Kitous, S. Kypreos, M. Leimbach, K. Lessmann, B. Magné, Ş. Scrieciu, H. Turton, and D.P. van Vuuren (2010). The economics of low stabilization: Model comparison of mitigation strategies and costs. *Energy Journal* 31, 11–48. ISSN: 01956574.

Edmonds J., L. Clarke, J. Lurz, and M. Wise (2008). Stabilizing $CO_2$ concentrations with incomplete international cooperation. *Climate Policy* 8, 355–376. doi: 10.3763/cpol.2007.0469, ISSN: 1469-3062.

Ekholm T., S. Soimakallio, S. Moltmann, N. Höhne, S. Syri, and I. Savolainen (2010). Effort sharing in ambitious, global climate change mitigation scenarios. *Energy Policy* 38, 1797–1810. doi: 10.1016/j.enpol.2009.11.055.

Eliasch J. (2008). *Climate Change: Financing Global Forests: The Eliasch Review*. Office of Climate Change, London, UK, 273 pp. Available at: http://www.official-documents.gov.uk/document/other/9780108507632/9780108507632.pdf.

Ellerman A.D. (2010). The EU emission trading scheme: A prototype global system? In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement: Research from the Harvard Project on International Climate Agreements*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 88–118. ISBN: 978-0521129527.

Ellerman A.D., and B.K. Buchner (2007). The European Union Emissions Trading Scheme: Origins, allocation, and early results. *Review of Environmental Economics and Policy* 1, 66–87. doi: 10.1093/reep/rem003, ISSN: 1750-6816, 1750–6824.

Ellerman A.D., F. Convery, and C. de Perthuis (2010). *Pricing Carbon: The European Union Emissions Trading Scheme*. Cambridge University Press, ISBN: 9780521196475.

Ellerman A.D., and P.L. Joskow (2008). *The European Union's Emissions Trading System in Perspective*. Pew Center on Global Climate Change, Arlington, VA, 64 pp. Available at: http://www.c2es.org/publications/european-union-emissions-trading-system.

Ellerman A.D., and I.S. Wing (2003). Absolute versus intensity-based emission caps. *Climate Policy* 3, **Supplement 2**, S7–S20. doi: 10.1016/j.clipol.2003.09.013, ISSN: 1469-3062.

Elliott J., I. Foster, S. Kortum, T. Munson, F.P. Cervantes, and D. Weisbach (2010). Trade and carbon taxes. *American Economic Review* 100, 465–469. doi: 10.1257/aer.100.2.465, ISSN: 0002-8282.

Ellis J., and K. Larsen (2008). *Measurement, Reporting and Verification of Mitigation Actions and Commitments*. OECD/IEA, Paris, 27 pp. Available at: http://www.oecd.org/env/climatechange/41762333.pdf.

Ellis J., and S. Moarif (2009). *GHG Mitigation Actions: MRV Issues and Options*. Organisation for Economic Co-Operation and Development, Paris, Available at: http://www.oecd.org/dataoecd/26/44/42474623.pdf.

Ellis J., H. Winkler, J. Corfee-Morlot, and F. Gagnon-Lebrun (2007). CDM: Taking stock and looking forward. *Energy Policy* 35, 15–28. doi: 10.1016/j.enpol.2005.09.018.

Den Elzen M.G.J., A.F. Hof, A. Mendoza Beltran, G. Grassi, M. Roelfsema, B. van Ruijven, J. van Vliet, and D.P. van Vuuren (2011a). The Copenhagen Accord: Abatement costs and carbon prices resulting from the submissions. *Environmental Science and Policy* 14, 28–39. doi: 10.1016/j.envsci.2010.10.010, ISSN: 1462-9011.

Den Elzen M.G.J., A.F. Hof, and M. Roelfsema (2011b). The emissions gap between the Copenhagen pledges and the 2°C climate goal: Options for closing and risks that could widen the gap. *Global Environmental Change* 21, 733–743. doi: 10.1016/j.gloenvcha.2011.01.006.

Den Elzen M.G.J., A.F. Hof, and M. Roelfsema (2013a). Analysing the greenhouse gas emission reductions of the mitigation action plans by non-Annex I countries by 2020. *Energy Policy* 56, 633–643. doi: 10.1016/j.enpol.2013.01.035, ISSN: 0301-4215.

Den Elzen M.G.J., and N. Höhne (2008). Reductions of greenhouse gas emissions in Annex I and non-Annex I countries for meeting concentration stabilisation targets: An editorial comment. *Climatic Change* 91, 249–274. doi: 10.1007/s10584-008-9484-z.

Den Elzen M.G.J., and N. Höhne (2010). Sharing the reduction effort to limit global warming to 2°C. *Climate Policy* 10, 247–260. doi: 10.3763/cpol.2009.0678.

Den Elzen M.G.J., N. Höhne, B. Brouns, H. Winkler, and H.E. Ott (2007). Differentiation of countries' future commitments in a post-2012 climate regime: An assessment of the "South–North Dialogue" Proposal. *Environmental Science & Policy* 10, 185–203. doi: 10.1016/j.envsci.2006.10.009.

Den Elzen M.G.J., N. Höhne, and S. Moltmann (2008). The Triptych approach revisited: A staged sectoral approach for climate mitigation. *Energy Policy* 36, 1107–1124. doi: 10.1016/j.enpol.2007.11.026.

Den Elzen M.G.J., M. Meinshausen, and A.F. Hof (2012). The impact of surplus units from the first Kyoto period on achieving the reduction pledges of the Cancún Agreements. *Climatic Change* 114, 401–408. doi: 10.1007/s10584-012-0530-5, ISSN: 0165-0009, 1573–1480.

Den Elzen M.G.J., J.G.J. Olivier, N. Höhne, and G. Janssens-Maenhout (2013b). Countries' contributions to climate change: effect of accounting for all greenhouse gases, recent trends, basic needs and technological progress. *Climatic Change* 121, 1–16. doi: 10.1007/s10584-013-0865-6, ISSN: 0165-0009, 1573–1480.

Engels A. (2008). Local environmental crises and global sea level rise: the case of coastal zones in Senegal. In: *Culture and the changing environment: uncertainty, cognition and risk management in cross-cultural perspective*. Berghahn Books, New York, pp. 175–195. ISBN: 9781571814784.

Epps T., and A. Green (2010). *Reconciling Trade and Climate: How the WTO Can Help Address Climate Change*. Edward Elgar, Cheltenham, UK, 280 pp. ISBN: 9781849800068.

Eyckmans J., and M. Finus (2006). Coalition formation in a global warming game: How the design of protocols affects the success of environmental treaty-making. *Natural Resource Modeling* 19, 323–358. doi: 10.1111/j.1939-7445.2006.tb00184.x.

**Fair R. (2009).** Does Climate Change Justify Compulsory Licensing of Green Technology. *International Law and Management Review* 6, 21. Available at: http://heinonline.org.ezp-prod1.hul.harvard.edu/HOL/Page?handle=hein.journals/intlawmanr6&id=25&div=&collection=journals.

**Falconer A., P. Hogan, V. Micale, A. Vasa, Y. Yu, X. Zhang, X. Zhao, and J. Zuckerman (2012).** *Tracking Emissions and Mitigation Actions: Evaluation of MRV Systems in China, Germany, Italy, and the United States*. Climate Policy Initiative, San Francisco, Available at: http://climatepolicyinitiative.org/wp-content/uploads/2012/05/Tracking-Emissions-and-Mitigation-Actions-Evaluation.pdf.

**Falkner R. (2008).** *Business Power and Conflict in International Environmental Politics*. Palgrave Macmillan, Basingstoke [England]; New York, ISBN: 0230572529; 9780230572522.

**Falkner R., H. Stephan, and J. Vogler (2010).** International climate policy after Copenhagen: Towards a "building blocks" approach. *Global Policy* 1, 252–262. doi: 10.1111/j.1758-5899.2010.00045.x.

**Fankhauser S., C. Hepburn, and J. Park (2010).** Combining multiple climate policy instruments: How not to do it. *Climate Change Economics* 1, 209–225. doi: 10.1142/S2010007810000169, ISSN: 2010-0078, 2010–0086.

**Farber D. (2011).** The UNCC as a model for climate change compensation. In: *Gulf War Reparations and the UN Compensation Commission: Environmental Liability*. C. Payne, P. Sand, (eds.), Oxford University Press, New York, pp. 392. ISBN: 9780199732203.

**Faure M., and M. Peeters** (Eds.) **(2011).** *Climate Change Liability*. Edward Elgar, Cheltenham, UK and Northampton, MA, USA, ISBN: 978-1849802864.

**Fell H., D. Burtraw, R.D. Morgenstern, and K.L. Palmer (2012).** Soft and hard price collars in a cap-and-trade system: A comparative analysis. *Journal of Environmental Economics and Management* 64, 183–198. doi: 10.1016/j.jeem.2011.11.004, ISSN: 0095-0696.

**FELL H., D. Burtraw, R. Morgenstern, K. Palmer, and L. Preonas (2010).** *Soft and Hard Price Collars in a Cap-and-Trade System: A Comparative Analysis*. Resources For the Future, Washington, DC, 26 pp. Available at: http://www.rff.org/documents/RFF-DP-10–27.pdf.

**Finnemore M., and K. Sikkink (1998).** International norm dynamics and political change. *International Organization* 52, 887–917. doi: 10.1162/002081898550789, ISSN: 15315088, 00208183.

**Finus M. (2001).** *Game Theory and International Environmental Cooperation*. Edward Elgar, Cheltenman, UK; Northampton, MA, 416 pp. ISBN: 1840644087.

**Finus M. (2003).** Stability and design of international and environmental agreements: The case of global and transboundary pollution. New horizons in environmental economics. In: *The International Yearbook of Environmental and Resource Economics: A Survey of Current Issues*. H. Folmer, T.H. Tietenberg, (eds.), E. Elgar, Cheltenham, UK, pp. 82–158. ISBN: 1843767864; 978–1843767862.

**Finus M. (2008a).** Game theoretic research on the design of international environmental agreements: Insights, critical remarks, and future challenges. *International Review of Environmental and Resource Economics* 2, 29–67. doi: 10.1561/101.00000011.

**Finus M. (2008b).** The enforcement mechanisms of the Kyoto protocol: Flawed or promising concepts? *Letters in Spatial and Resource Sciences* 1, 13–25. doi: 10.1007/s12076-008-0002-8, ISSN: 1864-4031, 1864–404X.

**Finus M., and S. Maus (2008).** Modesty may pay! *Journal of Public Economic Theory* 10, 801–826. doi: 10.1111/j.1467-9779.2008.00387.x.

**Finus M., and P. Pintassilgo (2012).** International environmental agreements under uncertainty: does the "veil of uncertainty" help? *Oxford Economic Papers* 64, 736–764. doi: 10.1093/oep/gpr054, ISSN: 0030-7653, 1464–3812.

**Finus M., and P. Pintassilgo (2013).** The role of uncertainty and learning for the success of international climate agreements. *Journal of Public Economics* 103, 29–43. doi: 10.1016/j.jpubeco.2013.04.003, ISSN: 0047-2727.

**Finus M., and D.T.G. Rübbelke (2012).** Public good provision and ancillary benefits: The case of climate agreements. *Environmental and Resource Economics*, 1–16. doi: 10.1007/s10640-012-9570-6, ISSN: 0924-6460, 1573–1502.

**Finus M., and B. Rundshagen (2003).** Endogenous coalition formation in global pollution control: a partition function approach. Fondazione Eni Enrico Mattei (FEEM) series on economics and the environment. In: *The Endogenous Formation of Economic Coalitions*. C. Carraro, (ed.), Edward Elgar, Cheltenham, UK, pp. 199–243. ISBN: 9781843762652.

**Finus M., and B. Rundshagen (2006).** Participation in International environmental agreements: The role of timing and regulation. *Natural Resource Modeling* 19, 165–200. doi: 10.1111/j.1939-7445.2006.tb00179.x.

**Finus M., and B. Rundshagen (2009).** Membership rules and stability of coalition structures in positive externality games. *Social Choice and Welfare* 32, 389–406. doi: 10.1007/s00355-008-0330-z.

**Fischer C. (2008).** Emissions pricing, spillovers, and public investment in environmentally friendly technologies. *Energy Economics* 30, 487–502. doi: 10.1016/j.eneco.2007.06.001, ISSN: 0140-9883.

**Fischer C., and A.K. Fox (2012).** Comparing policies to combat emissions leakage: Border carbon adjustments versus rebates. *Journal of Environmental Economics and Management* 64, 199–216. doi: 10.1016/j.jeem.2012.01.005, ISSN: 0095-0696.

**Fischer C., and R. Morgenstern (2010).** Metrics for evaluating policy commitments in a fragmented world: The challenges of equity and integrity. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 300–342. ISBN: 978-0521137850.

**Fischer C., A. Torvanger, M.K. Shrivastava, T. Sterner, and P. Stigson (2012).** How should support for climate-friendly technologies be designed? *AMBIO* 41, 33–45. doi: 10.1007/s13280-011-0239-0, ISSN: 0044-7447, 1654–7209.

**Flachsland C., R. Marschinski, and O. Edenhofer (2009).** To link or not to link: Benefits and disadvantages of linking cap-and-trade systems. *Climate Policy* 9, 358–372. doi: 10.3763/cpol.2009.0626.

**Flåm K. H. (2009).** Restricting the import of "emission credits" in the EU: A power struggle between states and institutions. *International Environmental Agreements: Politics, Law and Economics* 9, 23–38. doi: 10.1007/s10784-008-9081-7.

**Florini A. (2011).** The International Energy Agency in global energy governance. *Global Policy* 2, 40–50. doi: 10.1111/j.1758-5899.2011.00120.x, ISSN: 17585880.

**Flues F., A. Michaelowa, and K. Michaelowa (2010).** What determines UN approval of greenhouse gas emission reduction projects in developing countries? *Public Choice* 145, 1–24. doi: 10.1007/s11127-009-9525-9.

**Forsyth T. (2005).** Enhancing climate technology transfer through greater public–private cooperation: Lessons from Thailand and the Philippines. *Natural Resources Forum* 29, 165–176. doi: 10.1111/j.1477-8947.2005.00125.x.

**13**

Fosfuri A. (2004). Determinants of international activity: Evidence from the chemical processing industry. *Research Policy* 33, 1599–1614. doi: 10.1016/j.respol.2004.09.003, ISSN: 0048-7333.

Frankel J.A. (1999). *Greenhouse Gas Emissions*. Brookings Institution, Washington, D.C., Available at: http://www.brookings.edu/research/papers/1999/06/energy-frankel.

Frankel J.A. (2005). You're getting warmer: The most feasible path for addressing global climate change does run through Kyoto. In: *Trade and the Environment in the Perspective of the EU Enlargement*. M. Tamborra, J. Maxwell, (eds.), Edward Elgar, Cheltenham, United Kingdom, pp. 37–58.

Frankel J. (2008). *Global Environmental Policy and Global Trade Policy*. Harvard John F. Kennedy School of Government, Cambridge, MA, 25 pp. Available at: http://belfercenter.ksg.harvard.edu/files/Frankel2Web.pdf.

Frankel J. (2010). An elaborated proposal for a global climate policy architecture: Specific formulas and emission targets for all countries in all decades. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement: Research from the Harvard Project on International Climate Agreements*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 31–87. ISBN: 0521129524; 978–0521129527.

Fransen T., K. Stasio, and S. Nakhooda (2012). *The U.S. Fast-Start Finance Contribution*. World Resources Institute & Overseas Development Institute, Washington, D.C., Available at: http://pdf.wri.org/working_papers/ocn_us_fast-start_finance_contribution.pdf.

Froyn C.B., and J. Hovi (2008). A climate agreement with full participation. *Economics Letters* 99, 317–319. doi: 10.1016/j.econlet.2007.07.013, ISSN: 0165-1765.

Fuentes-Albero C., and S.J. Rubio (2010). Can international environmental cooperation be bought? *European Journal of Operational Research* 202, 255–264. doi: 10.1016/j.ejor.2009.05.006.

Fujiwara N. (2012). *Sector-Specific Activities as the Driving Force towards Low-Carbon Economy: From the Asia-Pacific Partnership to Global Partnership*. Centre for European Policy Studies, Brussels, Available at: http://aei.pitt.edu/33371/1/PB262_NF_on_Asia_Pacific_partnership_to_global_partnership.pdf.

G20 (2009). *Leaders' Statement: The Pittsburgh Summit*. G-20 (Group of Twenty), Pittsburgh, PA, 23 pp. Available at: http://ec.europa.eu/commission_2010–2014/president/pdf/statement_20090826_en_2.pdf.

G8 (2009). *Chair's Summary of the 2009 G8 Summit*. G8 (Group of Eight), L'Aquila, Italy, Available at: http://www.g8italia2009.it/static/G8_Allegato/Chair_Summary,1.pdf.

GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

GEF (2010). *System for Transparent Allocation of Resources (STAR)*. Global Environment Facility, Washington, D.C., Available at: http://www.thegef.org/gef/sites/thegef.org/files/documents/document/GEF.P.3.2010–1.pdf.

GEF (2011). *Report of the Global Environment Facility to the Conference of the Parties*. UNFCCC, Bonn, Germany, 101 pp. Available at: http://www.thegef.org/gef/sites/thegef.org/files/documents/document/GEF%20Report%20to%20COP17%20FCC.CP_.2011.11.30_English%20version.pdf.

Genasci M. (2008). Border tax adjustments and emissions trading: The implications of international trade law for policy design. *Carbon & Climate Law Review* 2, 33–42.

Gerber A., and P.C. Wichardt (2009). Providing public goods in the absence of strong institutions. *Journal of Public Economics* 93, 429–439. doi: 10.1016/j.jpubeco.2008.10.006, ISSN: 0047-2727.

Gerber A., and P.C. Wichardt (2013). On the private provision of intertemporal public goods with stock effects. *Environmental and Resource Economics* 55, 245–255. doi: 10.1007/s10640-012-9624-9, ISSN: 0924-6460, 1573–1502.

Gillespie A. (2004). Small island states in the face of climate change: The end of the line in international environmental responsibility. *UCLA Journal of Environmental Law and Policy* 22, 107–129.

Goldstein J., and L.L. Martin (2000). Legalization, trade liberalization, and domestic politics: A cautionary note. *International Organization* 54, 603–632. doi: 10.1162/002081800551226.

Goldthau A., and J.M. Witte (2011). Assessing OPEC's performance in global energy. *Global Policy* 2, 31–39. doi: 10.1111/j.1758-5899.2011.00122.x, ISSN: 17585880.

Goodman R., and D. Jinks (2004). How to influence states: Socialization and international human rights law. *Duke Law Journal* 54, 621–703. ISSN: 0012-7086.

Gordon H.S. (1954). The economic theory of a common-property resource: The fishery. *The Journal of Political Economy* 62, 124–142. Available at: http://www.jstor.org/stable/1825571.

Goulder L.H., and R.N. Stavins (2011). Challenges from State-Federal Interactions in US Climate Change Policy. *The American Economic Review* 101, 253–257. doi: 10.1257/aer.101.3.253.

Gouritin A. (2011). Potential liability of European States under the ECHR for failure to take appropriate measures with a view to adaptation to climate change. In: *Climate Change Liability*. M. Faure, R. Marjan, (eds.), Edward Elgar Publishing, Cheltenham, UK; Northampton, MA, pp. 134–164. ISBN: 1849802866; 978–1849802864.

Government of India (2012). *India: Second National Communication to the United Nations Framework Convention on Climate Change*. Ministry of Environment and Forests, Government of India, New Delhi, India, Available at: http://unfccc.int/resource/docs/natc/indnc2.pdf.

Government of India (2013). *Submission to the UNFCCC on the Work of the Ad-Hoc Working Group on the Durban Platform for Enhanced Action Workstream 1*. Government of India, New Dehli, India, Available at: http://unfccc.int/files/documentation/submissions_from_parties/adp/application/pdf/adp_india_workstream_1_20130913.pdf.

Van de Graaf T., and K. Westphal (2011). The G8 and G20 as global steering committees for energy: Opportunities and constraints. *Global Policy* 2, 19–30. doi: 10.1111/j.1758-5899.2011.00121.x.

Grassi G., M.G.J. den Elzen, A.F. Hof, R. Pilli, and S. Federici (2012). The role of the land use, land use change and forestry sector in achieving Annex I reduction pledges. *Climatic Change* 115, 873–881. doi: 10.1007/s10584-012-0584-4, ISSN: 0165-0009, 1573–1480.

Grasso M., and S. Sacchi (2011). *Procedural Justice in International Negotiations on Climate Change*. CISEPS, University of Milan Bicocca, Milan, Italy, Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1863855.

**Green J.F. (2008).** Delegation and accountability in the clean development mechanism: The new authority of non-state actors. *Journal of International Law and International Relations* **4**, 21–55. Available at: http://politicalscience.case.edu/green/Green.JILIR.pdf.

**Green J.F. (2010).** Private standards in the climate regime: The Greenhouse Gas Protocol. *Business and Politics* **12**. doi: 10.2202/1469-3569.1318.

**Green J.F. (2013).** Order out of chaos: Public and private rules for managing carbon. *Global Environmental Politics* **13**, 1–25. doi: 10.1162/GLEP_a_00164, ISSN: 1526-3800.

**Greenstone M. (2009).** Toward a culture of persistent regulatory experimentation and evaluation. In: *New Perspectives on Regulation.* D. Moss, J. Cisternino, (eds.), The Tobin Project, Cambridge, MA, pp. 111–126. ISBN: 978-0982478806.

**Gregg J.S., R.J. Andres, and G. Marland (2008).** China: Emissions pattern of the world leader in $CO_2$ emissions from fossil fuel consumption and cement production. *Geophysical Research Letters* **35**, n/a–n/a. doi: 10.1029/2007GL032887, ISSN: 1944-8007.

**Gros D., and C. Egenhofer (2011).** The case for taxing carbon at the border. *Climate Policy* **11**, 1262–1268. doi: 10.1080/14693062.2011.592669, ISSN: 1469-3062.

**Grossman D.A. (2003).** Warming up to a not-so-radical idea: Tort-based climate change litigation. *Columbia Journal of Environmental Law* **28**, 1–61.

**Grubb M. (2009).** Linking emissions trading schemes. *Climate Policy* **9**, 339–340. doi: 10.3763/cpol.2009.0665.

**Grubb M. (2011).** Cancun: The art of the possible. *Climate Policy* **11**, 847–850. doi: 10.3763/cpol.2011.0698.

**Grubb M. (2013).** Doha's dawn? *Climate Policy* **13**, 281–284. doi: 10.1080/14693062.2013.770976, ISSN: 1469-3062.

**Grubb M., and K. Neuhoff (Eds.) (2006).** *Emissions Trading and Competitiveness: Allocations, Incentives and Industrial Competitiveness under the EU Emissions Trading Scheme.* Earthscan Publications, 160 pp. ISBN: 9781844074037.

**Grüll G., and L. Taschini (2011).** Cap-and-trade properties under different hybrid scheme designs. *Journal of Environmental Economics and Management* **61**, 107–118. doi: 10.1016/j.jeem.2010.09.001, ISSN: 0095-0696.

**Grundig F. (2006).** Patterns of international cooperation and the explanatory power of relative gains: An analysis of cooperation on global climate change, ozone depletion, and international trade. *International Studies Quarterly* **50**, 781–801. doi: 10.1111/j.1468-2478.2006.00425.x.

**Gupta J. (2008).** Global change: Analysing scale and scaling in environmental governance. In: *Institutions and Environmental Change: Principal Findings, Applications, and Research Frontiers.* O.R. Young, L.A. King, H. Schroeder, (eds.), MIT Press, Cambridge, MA, pp. 225–258. ISBN: 0-262-74033-8; 978–0–262–74033–3.

**Gupta J. (2012).** Negotiating challenges and climate change. *Climate Policy* **12**, 630–644. doi: 10.1080/14693062.2012.693392, ISSN: 1469-3062.

**Gupta J. (2014).** *The History of Global Climate Governance.* Cambridge University Press, Cambridge, UK. ISBN: 9781107040519.

**Gupta J., P. Van Beukering, H. Van Asselt, L. Brander, S. Hess, and K. Van Der Leeuw (2008).** Flexibility mechanisms and sustainable development: Lessons from five AIJ projects. *Climate Policy* **8**, 261–276. doi: 10.3763/cpol.2007.0463.

**Gupta J., and N. van der Grijp (Eds.) (2010).** *Mainstreaming Climate Change in Development Cooperation: Theory, Practice and Implications for the European Union.* Cambridge University Press, Cambridge, ISBN: 0521197619; 978–0521197618.

**Gupta J., R. Lasage, and T. Stam (2007).** National efforts to enhance local climate policy in the Netherlands. *Environmental Sciences* **4**, 171–182. doi: 10.1080/15693430701742719.

**Gupta J., and N. Sanchez (2013).** The Common But Different Responsibility (CBDR) Principle Elaborated in Relation to Other Principles of Law. In: *The Global Community Yearbook of International Law and Jurisprudence: Global Trends: Law, Policy & Justice Essays in Honour of Professor Giuliana Ziccardi Capaldo.* M.C. Bassiouni, G. Joanna, P. Mengozzi, J.G. Merrills, R.N. Navia, A. Oriolo, W. Schabas, A. Vigorito, (eds.), Oxford University Press, Oxford, UK, pp. 23–39. ISBN: 9780199332304.

**Guzman A.T., and T.L. Meyer (2010).** International soft law. *Journal of Legal Analysis* **2**, 171–225. doi: 10.1093/jla/2.1.171, ISSN: 2161-7201, 1946–5319.

**Haas P.M., R.O. Keohane, and M.A. Levy (1993).** *Institutions for the Earth: Sources of Effective International Environmental Protection.* MIT Press, Cambridge, Mass., ISBN: 0262082187.

**Hafner-Burton E., D.G. Victor, and Y. Lupu (2012).** Political science research on international law: The state of the field. *The American Journal of International Law* **106**, 47–97. doi: 10.5305/amerjintelaw.106.1.0047, ISSN: 00029300, 21617953.

**Hahn R.W., and R.N. Stavins (1999).** *What Has the Kyoto Protocol Wrought? The Real Architecture of International Tradable Permit Markets.* Resources for the Future, Washington, DC, 23 pp. Available at: http://www.rff.org/documents/RFF-DP-99–30.pdf.

**Haites E. (2009).** Linking emissions trading schemes for international aviation and shipping emissions. *Climate Policy* **9**, 415–430. doi: 10.3763/cpol.2009.0620, ISSN: 1469-3062.

**Haites E. (2011).** Climate change finance. *Climate Policy* **11**, 963–969. doi: 10.1080/14693062.2011.582292.

**Haites E., M. Duan, and S. Seres (2006).** Technology transfer by CDM projects. *Climate Policy* **6**, 327–344. doi: 10.1080/14693062.2006.9685605.

**Haites E., and M. Mehling (2009).** Linking existing and proposed GHG emissions trading schemes in North America. *Climate Policy* **9**, 373–388. doi: 10.3763/cpol.2009.0622, ISSN: 1469-3062.

**Hall B.H., and C. Helmers (2010).** The role of patent protection in (clean/green) technology transfer. *Santa Clara Computer & High Technology Law Journal* **26**, 487–532. ISSN: 08823383.

**Hall D., M.A. Levi, W. Pizer, and T. Ueno (2010).** Policies for developing country engagement. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge UK, pp. 649–681. ISBN: 978-0521137850.

**Halvorssen A. (2007).** Common, but differentiated commitments in the future climate change regime—Amending the Kyoto Protocol to include Annex C and the Annex C Mitigation Fund. *Colorado Journal of International Environmental Law and Policy* **18**, 247–266.

**Halvorssen A., and J. Hovi (2006).** The nature, origin and impact of legally binding consequences: The case of the climate regime. *International Environ Agreements: Politics, Law and Economics* **6**, 157–171. doi: 10.1007/s10784-006-9003-5.

**Hamilton K., M. Sjardin, T. Marcello, and G. Xu (2008).** *Forging a Frontier: State of the Voluntary Carbon Markets 2008.* The Katoomba Group's Ecosystem Marketplace, New Carbon Finance, New York and Washington, DC, 79 pp. Available at: http://www.ecosystemmarketplace.com/documents/cms_documents/2008_StateofVoluntaryCarbonMarket2.pdf.

**13**

**Hammitt J. (1999).** Evaluation endpoints and climate policy: Atmospheric stabilization, benefit-cost analysis, and near-term greenhouse-gas emissions. *Climatic Change* **41**, 447–468. doi: 10.1023/A:1005499206442.

**Hammitt J. (2010).** Stratospheric ozone depletion and global climate change. In: *The Reality of Precaution: Comparing Risk Regulation in the United States and Europe*. J. Wiener, M. Rogers, J. Hammitt, P. Sand, (eds.), RFF Press, Washington, DCISBN: 978-1933115863.

**Hancock E.E. (2004).** Red dawn, blue thunder, purple rain: Corporate risk of liability for global climate change and the SEC disclosure dilemma. *Georgetown International Environmental Law Review* **17**, 233. Available at: http://heinonline.org.ezp-prod1.hul.harvard.edu/HOL/Page?handle=hein.journals/gintenlr17&id=243&div=&collection=journals.

**Hardin G. (1968).** The tragedy of the commons. *Science* **162**, 1243–1248.

**Hare B., N. Höhne, C. Chen, M. Schaeffer, and M. Vieweg-Mersmann (2012).** Climate Action Tracker. *Climate Action Tracker*. Available at: http://www.climateactiontracker.org/.

**Hare W., C. Stockwell, C. Flachsland, and S. Oberthür (2010).** The architecture of the global climate regime: A top-down perspective. *Climate Policy* **10**, 600–614. doi: 10.3763/cpol.2010.0161.

**Haritz M. (2011)** *An Inconvenient Deliberation: The Precautionary Principle's Contribution to the Uncertainties Surrounding Climate Change Liablility*. Kluwer Law International, Alphen aan den Rijn, Netherlands, ISBN: 978-9041135216.

**Harmeling S., and A.O. Kaloga (2011).** Understanding the political economy of the Adaptation Fund. *IDS Bulletin* **42**, 23–32. doi: 10.1111/j.1759-5436.2011.00219.x, ISSN: 02655012.

**Harmes A. (2011).** The limits of carbon disclosure: Theorizing the business case for investor environmentalism. *Global Environmental Politics* **11**, 98–119. doi: 10.1162/GLEP_a_00057.

**Harrington W. (2006).** *Grading Estimates of the Benefits and Costs of Federal Regulation*. Resources for the Future, Washington D.C., Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=937357.

**Harrington W., R. D. Morgenstern, and P. Nelson (2000).** On the accuracy of regulatory cost estimates. *Journal of Policy Analysis and Management* **19**, 297–322. doi: 10.1002/(SICI)1520-6688(200021)19:2<297::AID-PAM7>3.0.CO;2-X, ISSN: 0276-8739, 1520–6688.

**Harrison K. (2008).** Challenges and opportunities in Canadian climate policy. In: *A Globally Integrated Climate Policy for Canada*. S. Bernstein, J. Brunnée, D. Duff, A. Green, (eds.), University of Toronto Press, Toronto, pp. 336–342. ISBN: 978-0802095961.

**Harvard Project on Climate Agreements (2010).** *Institutions for International Climate Governance*. Harvard Project on Climate Agreements, Cambridge, MA, Available at: http://belfercenter.ksg.harvard.edu/publication/20551.

**Haščič I., and N. Johnstone (2011).** CDM and international technology transfer: empirical evidence on wind power. *Climate Policy* **11**, 1303–1314. doi: 10.1080/14693062.2011.579311, ISSN: 1469-3062.

**Hayashi D., and A. Michaelowa (2013).** Standardization of baseline and additionality determination under the CDM. *Climate Policy* **2**, 191–209. doi: 10.1080/14693062.2013.745114, ISSN: 1469-3062.

**Headon S. (2009).** Whose sustainable development? Sustainable development under the Kyoto Protocol, the Coldplay Effect, and the CDM Gold Standard. *Colorado Journal of International Environmental Law and Policy* **20**, 127–156.

**Heggelund G., and I.F. Buan (2009).** China in the Asia–Pacific Partnership: Consequences for UN climate change mitigation efforts? *International Environmental Agreements: Politics, Law and Economics* **9**, 301–317. doi: 10.1007/s10784-009-9099-5.

**Heitzig J., K. Lessmann, and Y. Zou (2011).** Self-enforcing strategies to deter free-riding in the climate change mitigation game and other repeated public good games. *Proceedings of the National Academy of Sciences* **108**, 15739–15744. doi: 10.1073/pnas.1106265108, ISSN: 0027-8424, 1091–6490.

**Helfer L.R., and G. Austin (2011).** *Human Rights and Intellectual Property: Mapping the Global Interface*. Cambridge University Press, Cambridge UK, ISBN: 9780521884372, 0521884373, 9780521711258, 0521711258.

**Helm D. (2010).** Climate-change policy: Why has so little been achieved? In: *The Economics and Politics of Climate Change*. D. Helm, C. Hepburn, (eds.), Oxford University Press, Oxford, pp. 9–35. ISBN: 978-0-19-957328-8.

**Hertel M. (2011).** Climate-change-related trade measures and Article XX: Defining discrimination in light of the principle of common but differentiated responsibilities. *Journal of World Trade* **45**, 653–678. ISSN: 1011-6702.

**Herzog, Timothy, Baumert, Kevin, and Pershing, Jonathan (2006).** *Target: Intensity—an Analysis of Greenhouse Gas Intensity Targets*. World Resources Institute, Washington, D.C., Available at: http://pdf.wri.org/target_intensity.pdf.

**Hoekman B.M., and M.M. Kostecki (2009).** *The Political Economy of the World Trading System: The WTO and Beyond*. Oxford University Press, Oxford, UK, ISBN: 0198294344.

**Hof A.F., M.G.J. den Elzen, and M. Roelfsema (2013).** The effect of updated pledges and business-as-usual projections, and new agreed rules on expected global greenhouse gas emissions in 2020. *Environmental Science & Policy* **33**, 308–319. doi: 10.1016/j.envsci.2013.06.007, ISSN: 1462-9011.

**Hoffmann M.J. (2005).** *Ozone Depletion and Climate Change: Constructing a Global Response*. State University of New York Press, Albany, NY, 276 pp. ISBN: 978-0-7914-8290-2.

**Hoffmann M.J. (2011).** *Climate Governance at the Crossroads: Experimenting with a Global Response after Kyoto*. Oxford University Press, Oxford, UK, 224 pp. ISBN: 9780195390087.

**Höhne N., M. den Elzen, and D. Escalante (2013).** Regional GHG reduction targets based on effort sharing: a comparison of studies. *Climate Policy* **14**, 122–147. doi: 10.1080/14693062.2014.849452.

**Höhne N., M.G.J. den Elzen, and M. Weiss (2006).** Common but differentiated convergence (CDC): A new conceptual approach to long-term climate policy. *Climate Policy* **6**, 181–199. Available at: www.ingentaconnect.com/content/earthscan/cpol/2006/00000006/00000002/art00002.

**Höhne N., S. Khosla, H. Fekete, and A. Gilbert (2012a).** *Mapping of Green Finance Delivered by IDFC Members in 2011*. Ecofys, Cologne, Germany, Available at: https://www.kfw-entwicklungsbank.de/migration/Entwicklungsbank-Startseite/Entwicklungsfinanzierung/Umwelt-und-Klima/Zahlen-Daten-Studien/Studien-und-Publikationen/2012_Mapping-Report.pdf.

**Höhne N., S. Moltmann, M. Hagemann, T. Angelini, A. Gardiner, and R. Heuke (2008).** *Factors Underpinning Future Action—Country Fact Sheets. 2008 Update*. Ecofys (Ecofys International BV), DECC (Department of Energy and Climate Change, United Kingdom), Utecht, Netherlands, 147 pp. Available at: http://www.ecofys.com/files/files/ecofys_2008_factorsunderpinningfutureaction_countryfactsheets.pdf.

Höhne N., C. Taylor, R. Elias, M.G.J. Den Elzen, K. Riahi, C. Chen, J. Rogelj, G. Grassi, F. Wagner, K. Levin, E. Massetti, and Z. Xiusheng (2012b). National GHG emissions reduction pledges and 2°C: comparison of studies. *Climate Policy* 12, 356–377. doi: 10.1080/14693062.2011.637818, ISSN: 1469-3062.

Holzer K. (2010). Proposals on carbon-related border adjustments: Prospects for WTO compliance. *Carbon & Climate Law Review*, 51–64. Available at: http://www.lexxion.de/shop.html?page=shop.product_details&category_id=2&product_id=1671.

Holzer K. (2011). *Perspectives for the Use of Carbon-Related Border Adjustments in Preferential Trade Agreements*. NCCR Climate, Bern, 24 pp. Available at: http://www.iadb.org/intal/intalcdi/PE/2012/09640.pdf.

Horstmann B. (2011). Operationalizing the Adaptation Fund: Challenges in allocating funds to the vulnerable. *Climate Policy* 11, 1086–1096. doi: 10.1080/14693062.2011.579392.

Hourcade J.C., B.P. Fabert, and J. Rozenberg (2012). Venturing into uncharted financial waters: an essay on climate-friendly finance. *International Environmental Agreements: Politics, Law and Economics* 12, 165–186. doi: 10.1007/s10784-012-9169-y, ISSN: 1567-9764, 1573–1553.

House of Commons Science and Technology Committee (2010). *The Regulation of Geoengineering*. House of Commons Science and Technology Committee, London, 54 pp. Available at: http://www.publications.parliament.uk/pa/cm200910/cmselect/cmsctech/221/221.pdf.

Houser T. (2010). *A Role for the G-20 in Addressing Climate Change?* Peterson Institute for International Economics, Washington, D.C., 20 pp. Available at: http://www.iie.com/publications/wp/wp10–15.pdf.

Houser T., R. Bradley, B. Childs, J. Werksman, and R. Heilmayr (2008). *Leveling the Carbon Playing Field: International Competition and Us Climate Policy Design*. World Resources Institute, Washington, DC, 95 pp. ISBN: 9780881324204 (alk. paper).

Howse R. (2010). *Climate Mitigation Subsidies and the WTO Legal Framework: A Policy Analysis*. International Institute for Sustainable Development, Winnipeg, Available at: http://www.iisd.org/pdf/2009/bali_2_copenhagen_subsidies_legal.pdf.

Howse R., and A. Eliason (2009). Domestic and international strategies to address climate change: An overview of the WTO legal issues. In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, pp. 48–94. ISBN: 978-0521766197.

Hufbauer G.C., S. Charnovitz, and J. Kim (2009). *Global Warming and the World Trading System*. Peterson Institute for International Economics, Washington, DC, 166 pp. ISBN: 0881324280; 978–0881324280.

Humphreys D. (2011). Smoke and mirrors: Some reflections on the science and politics of geoengineering. *The Journal of Environment & Development* 20, 99–120. doi: 10.1177/1070496511405302, ISSN: 1070-4965, 1552–5465.

Hunter D., J. Salzman, and D. Zaelke (2011). *International Environmental Law and Policy*. Thomson Reuters/Foundation Press, New York, 1508 pp. ISBN: 9781599415383.

Huq S., H. Reid, M. Konate, A. Rahman, Y. Sokona, and F. Crick (2004). Mainstreaming adaptation to climate change in Least Developed Countries (LDCs). *Climate Policy* 4, 25–43. doi: 10.1080/14693062.2004.9685508, ISSN: 1469-3062, 1752–7457.

Hurrell A., and S. Sengupta (2012). Emerging powers, North–South relations and global climate politics. *International Affairs* 88, 463–484. doi: 10.1111/j.1468-2346.2012.01084.x, ISSN: 1468-2346.

Ibrahim N., L. Sugar, D. Hoornweg, and C. Kennedy (2012). Greenhouse gas emissions from cities: Comparison of international inventory frameworks. *Local Environment* 17, 223–241. doi: 10.1080/13549839.2012.660909, ISSN: 1354-9839.

ICTSD (2007). Food miles debate carries on. *BioRes: Trade and Environment Review*, 7. Available at: http://ictsd.org/downloads/bioresreview/biores1–2.pdf.

ICTSD (2008). *Climate Change and Trade on the Road to Copenhagen*. International Centre for Trade and Sustainable Development, Geneva, Switzerland, Available at: http://ictsd.org/i/publications/12524/.

ICTSD (2009). *Competitiveness and Climate Policies: Is There a Case for Restrictive Unilateral Trade Measures*. International Centre for Trade and Sustainable Development, Geneva, Switzerland, Available at: http://ictsd.org/downloads/2012/03/competitiveness-and-climate-policies-is-there-a-case-for-restrictive-unilateral-trade-measures.pdf.

ICTSD (2011). *Fostering Low Carbon Growth: The Case for a Sustainable Energy Trade Agreement*. International Centre for Trade and Sustainable Development, Geneva, Switzerland, Available at: http://ictsd.org/i/publications/117557.

IEA (2008). *Energy Technology Perspectives 2008: Scenarios and Strategies to 2050*. International Energy Agency, Paris, 650 pp. Available at: http://www.iea.org/w/bookshop/add.aspx?id=330.

IEA (2010). *Energy Technology Perspectives 2010: Scenarios and Strategies to 2050*. International Energy Agency, Paris, 650 pp. Available at: http://www.iea.org/techno/etp/etp10/English.pdf.

IEA (2011). *World Energy Outlook*. OECD Publishing, Paris, 696 pp. ISBN: 978-92-64-12413-4.

IEA (2012). *CO2 Emissions from Fuel Combustion: Beyond 2020 Online Database*. International Energy Agency, Available at: http://data.iea.org.

IEA, OPEC, OECD, and World Bank (2011). *Joint Report by IEA, OPEC, OECD and World Bank on Fossil-Fuel and Other Energy Subsidies: An Update of the G20 Pittsburgh and Toronto Commitments*. OECD, Paris, 14 pp. Available at: http://www.oecd.org/env/49090716.pdf.

ILC (2006). *Fragmentation of International Law: Difficulties Arising from the Diversification and Expansion of International Law*. International Law Commission, New York, Available at: http://untreaty.un.org/ilc/documentation/english/a_cn4_l682.pdf.

IMO (2008). *Resolution LC-LP.1 on the Regulation of Ocean Fertilization*. International Maritime Organization, London.

IMO (2009). *Second IMO GHG Study 2009*. International Maritime Organization, London, Available at: http://www.imo.org/blast/blastDataHelper.asp?data_id=27795&filename=GHGStudyFINAL.pdf.

IMO (2010). *Resolution LC-LP.2 on the Assessment Framework for Scientific Research Involving Ocean Fertilization*. International Maritime Organization, London, Available at: http://www.imo.org/OurWork/Environment/LCLP/EmergingIssues/geoengineering/Documents/OFassessmentResolution.pdf.

IMO (2011). *Note by the International Maritime Organization to the Thirty-Fifth Session of the Subsidiary Body for Scientific and Technical Advice (SBSTA 35) : Agenda Item 9(a)—Emissions from Fuel Used for International Aviation and Maritime Transport: Technical and Operational Measures to Improve the Energy Efficiency of International Shipping and Assessment of Their Effect on Future Emissions.* International Maritime Organization, London, Available at: http://www.imo.org/OurWork/Environment/PollutionPrevention/Air-Pollution/Documents/COP%2017/Submissions/Final%20SBSTA%20EEDI-%20EEMP%20COP17.pdf.

International Renewable Energy Agency (2013). IRENA membership. *International Renewable Energy Agency.* Available at: http://www.irena.org/menu/index.aspx?mnu=cat&PriMenuID=46&CatID=67.

IPCC (2001). *Climate Change 2001: Mitigation: Contribution of Working Group III to the Third Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, UK and New York, ISBN: 978-0521807692.

IPCC (2007). *Climate Change 2007: Mitigation of Climate Change: Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA. Available at: http://ipcc.ch/publications_and_data/publications_and_data_reports.shtml

IPCC (2011). *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

Ireland R. (2012). *The EU Aviation Emissions Policy and Border Tax Adjustments.* World Customs Organization, Brussels, 9 pp. Available at: http://www.wcoomd.org/en/topics/research/activities-and-programmes/~/media/5DE1056A53F4428EBD0908CBF80B6A9C.ashx.

Ismer R., and K. Neuhoff (2007). Border tax adjustment: A feasible way to support stringent emission trading. *European Journal of Law and Economics* 24, 137–164. doi: 10.1007/s10657-007-9032-8.

Ismer R., and K. Neuhoff (2009). Commitments through financial options: an alternative for delivering climate change obligations. *Climate Policy* 9, 9–21. doi: 10.3763/cpol.2008.0358, ISSN: 1469-3062.

Jacobs R.E. (2005). Treading deep waters: Substantive law issues in Tuvalu's threat to sue the United States in the International Court of Justice. *Pacific Rim Law & Policy Journal* 14, 103.

Jacoby H.D., M.H. Babiker, S. Paltsev, and J.M. Reilly (2010). Sharing the burden of GHG reductions. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 753–785. ISBN: 978-0521137850.

Jaffe J., M. Ranson, and R.N. Stavins (2009). Linking tradable permit systems: A key element of emerging international climate policy architecture. *Ecology Law Quarterly* 36, 789–808.

Jaffe A., and R.N. Stavins (1995). Dynamic incentives of environmental regulations: The effects of alternative policy instruments on technology diffusion. *Journal of Environmental Economics and Management* 29, S43–S63. doi: 10.1006/jeem.1995.1060.

Jaffe J., and R.N. Stavins (2010). Linkage of tradable permit systems in international climate policy architecture. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement: Research from the Harvard Project on International Climate Agreements.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 119–150. ISBN: 978-0521129527.

Javorcik B.S. (2004). The composition of foreign direct investment and protection of intellectual property rights: Evidence from transition economies. *European Economic Review* 48, 39–62. doi: 10.1016/S0014-2921(02)00257-X, ISSN: 0014-2921.

Jayaraman T., T. Kanitkar, and M. D'Souza (2011). Equity and burden sharing in emission scenarios: a carbon budget approach. In: *Handbook of Climate Change and India: Development, Politics and Governance.* N.K. Dubash, (ed.), Oxford University Press, New Delhi, pp. 131–146. ISBN: 9780198071884.

Jewell J., A. Cherp, V. Vinichenko, N. Bauer, T. Kober, D. McCollum, D. van Vuuren, and B. van der Zwaan (2013). Energy security of China, India, the E.U. and the U.S. under long-term scenarios: Results from six IAMs. *Climate Change Economics* 4.

Johnson T., and R. Brewster (2013). Information revelation and structural supremacy: Explaining the international trade regime's perceived hostility to environmental policy. Mannheim, Germany. Available at: http://147.142.190.246/joomla/peio/files2013/papers/Johnson,%20Brewster%2028.09.2012.PDF.

Jonas H. (1984). *The Imperative of Responsibility: In Search of an Ethics for the Technological Age.* University of Chicago Press, Chicago and London, ISBN: 978-0226405971.

Jotzo F., and J.C.V. Pezzey (2007). Optimal intensity targets for greenhouse gas emissions trading under uncertainty. *Environmental and Resource Economics* 38, 259–284. doi: 10.1007/s10640-006-9078-z, ISSN: 0924-6460, 1573–1502.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010.* European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency, Available at: http://edgar.jrc.ec.europa.eu.

Kainuma M., Y. Matsuoka, and T. Morita (2000). Estimation of embodied $CO_2$ emissions by general equilibrum model. *European Journal of Operational Research* 122, 392–404. doi: 10.1016/S0377-2217(99)00241-6.

Kalkuhl M., and R.J. Brecha (2013). The carbon rent economics of climate policy. *Energy Economics* 39, 89–99. doi: 10.1016/j.eneco.2013.04.008.

Kallbekken S., L.S. Flottorp, and N. Rive (2007). CDM baseline approaches and carbon leakage. *Energy Policy* 35, 4154–4163. doi: 10.1016/j.enpol.2007.02.013.

Kaminskaite-Slaters G. (2011). Climate change litigation in the UK: Its feasibility and prospects. In: *Climate Change Liability.* M. Faure, M. Peeters, (eds.), Edward Elgar Publishing, Cheltenham, UK, pp. 165–188. ISBN: 9781849802864.

Kaniaru D. (Ed.) (2007). *The Montreal Protocol: Celebrating 20 Years of Environmental Progress—Ozone Layer and Climate Protection.* Cameron May, Nottingham, UK, 359 pp. ISBN: 978-1905017515.

Kanitkar T., M. D'Souza, M. Sanwal, P. Purkayastha, and D. Raghunandan (2010). *Global Carbon Budgets and Burden Sharing in Mitigation Actions.* Tata Institute of Social Sciences, Mumbai, 36–71 pp. Available at: http://moef.nic.in/downloads/public-information/tiss-conference-cc-2010.pdf.

**13**

Karlsson-Vinkhuyzen S.I., and H. van Asselt (2009). Introduction: Exploring and explaining the Asia-Pacific Partnership on clean development and climate. *International Environmental Agreements: Politics, Law and Economics* 9, 195–211. doi: 10.1007/s10784-009-9103-0.

Karlsson-Vinkhuyzen S.I., and J. McGee (2013). Legitimacy in an Era of Fragmentation: The Case of Global Climate Governance. *Global Environmental Politics* 13, 56–78. doi: 10.1162/GLEP_a_00183, ISSN: 1526-3800.

Kartha S., T. Athanasiou, and P. Baer (2012). *The North-South Divide, Equity and Development—The Need for Trust—Building for Emergency Mobilisation*. Dag Hammarskjold Foundation, Uppsala, Sweden, 47–71 pp. Available at: http://www.dhf.uu.se/wordpress/wp-content/uploads/2012/10/dd61_art4.pdf.

Kaul I., P. Conceicao, K. Le Goulven, and R. Mendoza (Eds.) (2003). *Providing Global Public Goods: Managing Globalization*. Oxford University Press, New York, ISBN: 978-0195157406.

Kaul I., I. Grunberg, and M. Stern (Eds.) (1999). *Global Public Goods: International Cooperation in the 21st Century*. Oxford University Press, New York, ISBN: 978-0195130515.

Kelemen R.D. (2001). The limits of judicial power: trade-environment disputes in the GATT/WTO and the EU. *Comparative Political Studies* 34, 622–650. doi: 10.1177/0010414001034006002, ISSN: 0010-4140, 1552–3829.

Kelly R.A. (2007). *Energy Supply and Renewable Resources*. Infobase Publishing, New York, NY, ISBN: 9780816067688.

Keohane R.O. (1984). *After Hegemony: Cooperation and Discord in the World Political Economy*. Princeton University Press, Princeton, 304 pp. ISBN: 9780691022284.

Keohane R. (1989). *International Institutions and State Power: Essays in International Relations Theory*. Westview Press, Boulder, ISBN: 0813308372.

Keohane R.O., and K. Raustiala (2010). Toward a post-Kyoto climate change architecture: A political analysis. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 372–400. ISBN: 978-0521137850.

Keohane R.O., and D.G. Victor (2011). The regime complex for climate change. *Perspectives on Politics* 9, 7–23. doi: 10.1017/S1537592710004068.

Kern K., and H. Bulkeley (2009). Cities, Europeanization and multi-level governance: Governing climate change through transnational municipal networks. *Journal of Common Market Studies* 47, 309–332. doi: 10.1111/j.1468-5965.2009.00806.x.

Khor M. (2010a). *The Climate and Trade Relation: Some Issues*. South Centre, Geneva, Switzerland, 58 pp. Available at: http://www.southcentre.int/research-paper-29-may-2010/.

Khor M. (2010b). Complex implications of the Cancun climate conference. *Economic & Political Weekly* 45, 10–15. Available at: http://www.ifg.org/pdf/CN122510_Complex_Implications_Martin_Khor.pdf.

Klijn A-M., J. Gupta, and A. Nijboer (2009). Privatizing environmental resources: The need for supervision of Cean Development Mechanism contracts? *Review of European Community & International Environmental Law* 18, 172–184. doi: 10.1111/j.1467-9388.2009.00639.x.

Knox-Hayes J., and D.L. Levy (2011). The politics of carbon disclosure as climate governance. *Strategic Organization* 9, 91–99. doi: 10.1177/1476127010395066.

Kolk A., D.L. Levy, and J. Pinkse (2008). Corporate responses in an emerging climate regime: The institutionalization and commensuration of carbon disclosure. *European Accounting Review* 17, 719–745. doi: 10.1080/09638180802489121.

Kolk A., J. Pinkse, and L. Hull Van Houten (2010). Corporate responses to climate change: The role of partnerships. In: *The Social and Behavioural Aspects of Climate Change: Linking Vulnerability, Adaptation and Migration*. P. Martens, C.T. Chang, (eds.), Greenleaf Publishing, Sheffield, UK, pp. 48–67. ISBN: 978-1906093426.

Kollmuss A., C. Lee, and M. Lazarus (2010). How offset programs assess and approve projects and credits. *Carbon Management* 1, 119–134. doi: 10.4155/cmt.10.6.

Kolstad C. (2005). Piercing the veil of uncertainty in transboundary pollution agreements. *Environmental and Resource Economics* 31, 21–34. doi: 10.1007/s10640-004-6980-0.

Kolstad C., and A. Ulph (2008). Learning and international environmental agreements. *Climatic Change* 89, 125–141. doi: 10.1007/s10584-008-9399-8.

Van Kooten G.C. (2003). Smoke and mirrors: The Kyoto Protocol and beyond. *Canadian Public Policy* 29, 397–415. Available at: http://economics.ca/cgi/jab?journal=cpp&view=v29n4/CPPv29n4p397.pdf.

Koplow D. (2012). *Phasing out Fossil-Fuel Subsidies in the G20: A Progress Update*. Earth Track, Inc. and Oil Change International, 34 pp. Available at: http://priceofoil.org/2012/06/17/report-phasing-out-fossil-fuel-subsidies-in-the-g20-a-progress-update/.

Koremenos B., C. Lipson, and D. Snidal (2001). The rational design of international institutions. *International Organization* 55, 761–799. doi: 10.1162/002081801317193592.

Korppoo A., and A. Moe (2008). Joint Implementation in Ukraine: National benefits and implications for further climate pacts. *Climate Policy* 8, 305–316. doi: 10.3763/cpol.2008.0515, ISSN: 1469-3062.

Kosolapova E. (2011). Liability for climate change-related damage in domestic courts: claims for compensation in the USA. In: *Climate Change Liability*. M. Faure, M. Peeters, (eds.), Edward Elgar Publishing, Cheltenham, UK; Northampton, MA, pp. 189–205. ISBN: 978 1 84980 286 4.

Kossoy A., and P. Guigon (2012). *The State and Trends of the Carbon Market 2012*. World Bank, Washington, D.C., Available at: http://siteresources.worldbank.org/INTCARBONFINANCE/Resources/State_and_Trends_2012_Web_Optimized_19035_Cvr&Txt_LR.pdf.

Kroll S., and J.F. Shogren (2009). Domestic politics and climate change: international public goods in two-level games. *Cambridge Review of International Affairs* 21, 563–583. doi: 10.1080/09557570802452904, ISSN: 0955-7571.

Krugman P.R. (1979). Increasing returns, monopolistic competition, and international trade. *Journal of International Economics* 9, 469–479. doi: 10.1016/0022-1996(79)90017-5, ISSN: 0022-1996.

Kuik O., and M. Hofkes (2010). Border adjustment for European emissions trading: Competitiveness and carbon leakage. *Energy Policy* 38, 1741–1748. doi: 10.1016/j.enpol.2009.11.048, ISSN: 03014215.

Kuramochi T., N. Shimizu, S. Nakhooda, and T. Fransen (2012). *The Japanese Fast-Start Finance Contribution*. World Resources Institute, Overseas Development Institute, and Institute for Global Environmental Strategies, Washington, D.C., Available at: http://www.wri.org/sites/default/files/pdf/ocn_jp_fast_start_finance.pdf.

Ladislaw S.O. (2010). *A Post-Copenhagen Pathway*. Center for Strategic and International Studies, Washington D.C., 10 pp. Available at: http://csis.org/files/publication/100111_Ladislaw_Post_copenhagen.pdf.

Lanzi E., J. Chateau, and R. Dellink (2012). Alternative approaches for levelling carbon prices in a world with fragmented carbon markets. *Energy Economics* **34**, **Supplement 2**, S240–S250. doi: 10.1016/j.eneco.2012.08.016, ISSN: 0140-9883.

De Larragán J. de C. (2011). Liability of member states and the EU in view of the international climate change framework: Between solidarity and responsibility. New Horizons in Environmental and Energy Law. In: *Climate Change Liability*. M. Faure, M. Peeters, (eds.), Edward Elgar Publishing, Cheltenman, UK; Northampton, MA, pp. 55–89. ISBN: 9781849802864.

Leach A.J. (2009). The welfare implications of climate change policy. *Journal of Environmental Economics and Management* **57**, 151–165. doi: 10.1016/j.jeem.2007.11.006, ISSN: 0095-0696.

Leal-Arcas R. (2011). Alternative architecture for climate change—Major economies. *European Journal of Legal Studies* **4**, 25–56. Available at: http://www.ejls.eu/8/99UK.htm.

Leal-Arcas R. (2013). *Climate Change and International Trade*. Edward Elgar, Cheltenham, UK ; Northampton, MA, 512 pp. ISBN: 9781781956083.

Lecocq F. (2003). Pioneering transactions, catalyzing markets, and building capacity: The prototype carbon fund contributions to climate policies. *American Journal of Agricultural Economics* **85**, 703–707. doi: 10.1111/1467-8276.00471.

Lee J.-Y., and E. Mansfield (1996). Intellectual property protection and U.S. foreign direct investment. *The Review of Economics and Statistics* **78**, 181–186. doi: 10.2307/2109919, ISSN: 0034-6535.

Leimbach M., N. Bauer, L. Baumstark, and O. Edenhofer (2010). Mitigation costs in a globalized World: Climate policy analysis with REMIND-R. *Environmental Modeling and Assessment* **15**, 155–173. doi: 10.1007/s10666-009-9204-8.

Levinson A. (2012). Belts and suspenders: Interactions among climate policy regulations. In: *The Design and Implementation of U.S. Climate Policy*. D. Fullerton, Wolfram, (eds.), University of Chicago Press, Chicago Available at: http://www.nber.org/books/full10–1.

Lewis J.I. (2007). Technology acquisition and innovation in the developing world: Wind turbine development in China and India. *Studies in Comparative International Development* **42**, 208–232. doi: 10.1007/s12116-007-9012-6, ISSN: 0039-3606, 1936–6167.

Lewis J.I. (2010). The evolving role of carbon finance in promoting renewable energy development in China. *Energy Policy* **38**, 2875–2886. doi: 10.1016/j.enpol.2010.01.020.

Lewis J.I. (2011). Building a national wind turbine industry: experiences from China, India and South Korea. *International Journal of Technology and Globalisation* **5**, 281–305. doi: 10.1504/IJTG.2011.039768.

Libecap G. (2011). Institutional path dependence in climate adaptation: Coman's "Some unsettled problems of irrigation." *American Economic Review* **101**, 64–80. doi: 10.1257/aer.101.1.64.

Limon M. (2009). Human rights and climate change: Constructing a case for political action. *Harvard Environmental Law Review* **33**, 439. Available at: http://www.law.harvard.edu/students/orgs/elr/vol33_2/Limon.pdf.

Lin A.C. (2009). Geoengineering governance. *Issues in Legal Scholarship* **8**. doi: 10.2202/1539-8323.1112, ISSN: 1539-8323.

Linnenluecke M., and A. Griffiths (2010). Beyond adaptation: Resilience for business in light of climate change and weather extremes. *Business & Society* **49**, 477–511. doi: 10.1177/0007650310368814, ISSN: 0007-6503, 1552–4205.

Liverman D.M., and S. Billett (2010). Copenhagen and the governance of adaptation. *Environment: Science and Policy for Sustainable Development* **52**, 28–36. doi: 10.1080/00139151003761579.

Lloyd I.D., and M. Oppenheimer (2014). On the design of an international governance framework for geoengineering. *Global Environmental Politics* **Forthcoming**. Available at: http://www.princeton.edu/step/people/faculty/michael-oppenheimer/research/Lloyd_Oppenheimer_GEP_May2011.pdf.

Lohmann L. (2008). Carbon trading, climate justice and the production of ignorance: Ten examples. *Development* **51**, 359–365. doi: 10.1057/dev.2008.27, ISSN: 1011-6370.

Lord R., S. Goldberg, L. Rajamani, and J. Brunnée (Eds.) (2011). *Climate Change Liability*. Cambridge University Press, Cambridge, UK, 690 pp. ISBN: 9781107017603.

Lovell H., and D. MacKenzie (2011). Accounting for carbon: The role of accounting professional organisations in governing climate change. *Antipode* **43**, 704–730. doi: 10.1111/j.1467-8330.2011.00883.x, ISSN: 1467-8330.

Luderer G., E. De Cian, J.-C. Hourcade, M. Leimbach, H. Waisman, and O. Edenhofer (2012). On the regional distribution of mitigation costs in a global cap-and-trade regime. *Climatic Change* **114**, 59–78. doi: 10.1007/s10584-012-0408-6, ISSN: 0165-0009, 1573–1480.

Lund E. (2010). Dysfunctional delegation: Why the design of the CDM's supervisory system is fundamentally flawed. *Climate Policy* **10**, 277–288. doi: 10.3763/cpol.2009.0031, ISSN: 14693062, 17527457.

Lutter R. (2000). Developing Countries' Greenhouse Emmissions: Uncertainty and Implications for Participation in the Kyoto Protocol. *The Energy Journal* **21**. doi: 10.5547/ISSN0195-6574-EJ-Vol21-No4-4, ISSN: 01956574.

Mace M.J. (2005). Funding for adaptation to climate change: UNFCCC and GEF developments since COP-7. *Review of European Community and International Environmental Law* **14**, 225–246. doi: 10.1111/j.1467-9388.2005.00445.x, ISSN: 0962-8797, 1467–9388.

MacLeod M. (2010). Private governance and climate change: Institutional investors and emerging investor-driven governance mechanisms. *St Antony's International Review* **5**, 46–65. Available at: http://www.ingentaconnect.com/content/stair/stair/2010/00000005/00000002/art00006.

MacLeod M., and J. Park (2011). Financial activism and global climate change: The rise of investor-driven governance networks. *Global Environmental Politics* **11**, 54–74. doi: 10.1162/GLEP_a_00055.

Maitra N. (2010). Access to Environmentally Sound Technology in the Developing World: A Proposed Alternative to Compulsory Licensing. *Columbia Journal of Environmental Law* **35**, 407. Available at: http://heinonline.org.ezp-prod1.hul.harvard.edu/HOL/Page?handle=hein.journals/cjel35&id=411&div=&collection=journals.

Malumfashi S. (2009). Procurement policies, Kyoto compliance and the WTO Agreement on Government Procurement: The case of the EU green electricity procurement and the PPMs debate. In: *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, Cambridge, pp. 328–350. ISBN: 978-0521766197.

Mansfield E. (2000). Intellectual property protection, direct investment and technology transfer: Germany, Japan and the USA. *International Journal of Technology Management* **19**, 3–21. doi: 10.1504/IJTM.2000.002805.

March J.G., and J.P. Olsen (2008). The Logic of Appropriateness. In: *The Oxford Handbook of Public Policy*. R.E. Goodin, M. Moran, M. Rein, (eds.), Oxford University Press, ISBN: 9780199548453.

Marschinski R., and O. Edenhofer (2010). Revisiting the case for intensity targets: Better incentives and less uncertainty for developing countries. *Energy Policy* **38**, 5048–5058. doi: 10.1016/j.enpol.2010.04.033, ISSN: 0301-4215.

Marschinski R., C. Flachsland, and M. Jakob (2012). Sectoral linking of carbon markets: A trade-theory analysis. *Resource and Energy Economics* **34**, 585–606. doi: 10.1016/j.reseneeco.2012.05.005, ISSN: 0928-7655.

Maskus K.E., and M. Penubarti (1995). How trade-related are intellectual property rights? *Journal of International Economics* **39**, 227–248. doi: 10.1016/0022-1996(95)01377-8, ISSN: 0022-1996.

Massetti E. (2011). Carbon tax scenarios for China and India: Exploring politically feasible mitigation goals. *International Environmental Agreements: Politics, Law and Economics* **11**, 209–227. doi: 10.1007/s10784-011-9157-7, ISSN: 1567-9764, 1573–1553.

Massetti E., S. Pinton, and D. Zanoni (2007). National through to local climate policy in Italy. *Environmental Sciences* **4**, 149–158. doi: 10.1080/15693430701742685.

Mathy S. (2007). Urban and rural policies and the climate change issue: The French experience of governance. *Environemntal Sciences* **4**, 159–169. doi: 10.1080/15693430701742701.

Mattoo A., A. Subramanian, D. van der Mensbrugghe, and J. He (2009). *Reconciling Climate Change and Trade Policy*. Center for Global Development, Washington D.C., Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1516053.

Mauritius & Micronesia (2009). Proposed amendment to the Montreal Protocol. Available at: ozone.unep.org/Meeting_Documents/oewg/29oewg/OEWG-29–8E.pdf.

McGee J.S. (2011). Exclusive Minilateralism: An Emerging Discourse within International Climate Change Governance? *PORTAL Journal of Multidisciplinary International Studies* **8**. ISSN: 1449-2490.

McGee J., and R. Taplin (2009). The role of the Asia Pacific Partnership in discursive contestation of the international climate regime. *International Environmental Agreements: Politics, Law and Economics* **9**, 213–238. doi: 10.1007/s10784-009-9101-2.

Mckibbin W.J., A.C. Morris, and P.J. Wilcoxen (2011). Comparing commitments: A model-based analysis of the Copenhagen Accord. *Climate Change Economics* **2**, 79–103. Available at: http://ideas.repec.org/a/wsi/ccexxx/v02y2011i02p79–103.html.

McKibbin W.J., and P.J. Wilcoxen (2009). The economic and environmental effects of border tax adjustments for climate policy. In: *Climate Change, Trade, and Competitiveness: Is a Collision Inevitable?* I. Sorkin, L. Brainard, (eds.), Brookings Institution Press, Washington, D.C., pp. 1–34. ISBN: 978-0-8157-0298-6.

Mearns R., and A. Norton (2010). *Social Dimensions of Climate Change: Equity and Vulnerability in a Warming World*. The World Bank, Washington, DC, 319 pp. ISBN: 0821378872 9780821378878.

Meckling J. (2011). *Carbon Coalitions: Business, Climate Politics, and the Rise of Emissions Trading*. MIT Press, Cambridge, Massachusetts, USA, ISBN: 9780262516334.

Meckling J.O., and G.Y. Chung (2009). Sectoral approaches for a post-2012 climate regime: A taxonomy. *Climate Policy* **9**, 652–668. doi: 10.3763/cpol.2009.0629, ISSN: 1469-3062.

MEF (2009). *Technology Action Plan—Executive Summary*. Major Economies Forum on Energy and Climate, Washington, D.C., 20 pp. Available at: http://www.majoreconomiesforum.org/images/stories/documents/MEF%20Exec%20Summary%2014Dec2009.pdf.

Mehling M., and E. Haites (2009). Mechanisms for linking emissions trading schemes. *Climate Policy* **9**, 169–184. doi: 10.3763/cpol.2008.0524.

Metcalf G.E., and D. Weisbach (2009). The design of a carbon tax. *Harvard Environmental Law Review* **33**, 499–556. Available at: http://www.law.harvard.edu/students/orgs/elr/vol33_2/Metcalf%20Weisbach.pdf.

Metcalf G.E., and D. Weisbach (2012). Linking policies when tastes differ: Global climate policy in a heterogeneous world. *Review of Environmental Economics and Policy* **6**, 110–129. doi: 10.1093/reep/rer021.

Michaelowa A. (2005). Creating the foundations for host country participation in the CDM: Experiences and challenges in CDM capacity building. In: *Climate Change and Carbon Markets: A Handbook of Emission Reduction Mechanisms*. F. Yamin, (ed.), Earthscan, London, pp. 305–320. ISBN: 978-1844071630.

Michaelowa A. (2007). Unilateral CDM—Can developing countries finance generation of greenhouse gas emission credits on their own? *International Environmental Agreements: Politics, Law and Economics* **7**, 17–34. doi: 10.1007/s10784-006-9026-y.

Michaelowa A. (2009). Will the CDM become a victim of its own success? Reform options for Copenhagen. In: *Beyond Copenhagen: A climate policymaker's handbook*. J. Delgado, S. Gardner, (eds.), Brussels, Belgium, pp. 31–40. ISBN: 978-9-078910-15-2.

Michaelowa A. (2010). The future of the Clean Development Mechanism. In: *Climate Change Policies: Global Challenges and Future Prospects*. E. Cerdá, X. Labandeira, (eds.), Edward Elgar, Cheltenham, UK, pp. 209–232. ISBN: 9781849808286 (hbk.).

Michaelowa A. (2011). Failures of global carbon markets and CDM? *Climate Policy* **11**, 839–841. doi: 10.3763/cpol.2010.0688.

Michaelowa A. (2012a). Manouvering Climate Finance Around the Pitfalls—Finding the Right Policy. Routledge Explorations in Environmental Economics. In: *Carbon Markets or Climate Finance?: Low Carbon and Adaptation Investment Choices for the Developing World*. A. Michaelowa, (ed.), Routledge, Abingdon, pp. 255–265. ISBN: 978-1849714747.

Michaelowa A. (Ed.) (2012b). *Carbon Markets or Climate Finance? Low Carbon and Adaptation Investment Choices for the Developing World*. Routledge, Abingdon, UK, ISBN: 113647126X, 9781136471261.

Michaelowa A., and R. Betz (2001). Implications of EU enlargement on the EU greenhouse gas "bubble" and internal burden sharing. *International Environmental Agreements: Politics, Law and Economics* **1**, 267–279. doi: 10.1007/s10584-007-9270-3.

Michaelowa A., and J. Buen (2012). The Clean Development Mechanism gold rush. In: *Carbon Markets or Climate Finance? Low Carbon and Adaptation Investment Choices for the Developing World*. A. Michaelowa, (ed.), Routledge, Abingdon, UKISBN: 978-1849714747.

Michaelowa A., D. Hayashi, and M. Marr (2009). Challenges for energy efficiency improvement under the CDM—The case of energy-efficient lighting. *Energy Efficiency* **2**, 353–367. doi: 10.1007/s12053-009-9052-z.

Michaelowa A., and K. Michaelowa (2007). Climate or development: Is ODA diverted from its original purpose? *Climatic Change* **84**, 5–21. doi: 10.1007/s10584-007-9270-3.

**13**

Michaelowa A., and K. Michaelowa (2011). Climate business for poverty reduction? The role of the World Bank. *The Review of International Organizations* **6**, 259–286. doi: 10.1007/s11558-011-9103-z, ISSN: 1559-7431, 1559–744X.

Michaelowa A., and J. O'brien (2006). Domestic UNFCCC Kyoto Protocol mechanisms project supply coordination through tendering—Lessons from the New Zealand experience. *Mitigation and Adaptation Strategies for Global Change* **11**, 711–722. doi: 10.1007/s11027-006-2844-y, ISSN: 1381-2386, 1573–1596.

Michaelowa A., K. Tangen, and H. Hasselknippe (2005). Issues and options for the post-2012 climate architecture—An overview. *International Environmental Agreements: Politics, Law and Economics* **5**, 5–24. doi: 10.1007/s10784-004-3665-7, ISSN: 1567-9764, 1573–1553.

Michonski K., and M.A. Levi (2010). *Harnessing International Institutions to Address Climate Change*. Council on Foreign Relations, New York, 24 pp. Available at: http://www.cfr.org/climate-change/harnessing-international-institutions-address-climate-change/p21609 accessed 2 October 2011.

Milanovic B. (2012). *The Haves and the Have-Nots: A Brief and Idiosyncratic History of Global Inequality*. Basic Books, New York, 280 pp. ISBN: 978-0465031412.

Millard-Ball A. (2012). The Tuvalu Syndrome. *Climatic Change* **110**, 1047–1066. doi: 10.1007/s10584-011-0102-0, ISSN: 0165-0009, 1573–1480.

Millard-Ball A., and L. Ortolano (2010). Constructing carbon offsets: The obstacles to quantifying emission reductions. *Energy Policy* **38**, 533–546. doi: 10.1016/j.enpol.2009.10.005.

Ministerial Conference on Atmospheric Pollution & Climatic Change, Netherlands Ministerie van Volkshuisvesting, Ruimtelijke Ordening en Milieubeheer, World Meteorological Organization, and United Nations Environment Programme (1989). *Noordwijk Declaration of the Ministerial Conference on Atmospheric Pollution and Climatic Change*. Noordwijk, Netherlands.

Ministry of the Environment, Government of Japan (2012). MOEJ Initiatives on Bilateral Offset Credit Mechanism for Mitigating Climate Change. Tokyo. Available at: http://www.mmechanisms.org/document/120309-MOEJ_Initiatives_on_BOCM_en.pdf.

Mitchell R.B. (2008). Evaluating the performance of environmental institutions: What to evaluate and how to evaluate it? In: *Institutions And Environmental Change Principal Findings, Applications, and Research Frontiers*. O.R. Young, L.A. King, H. Schroeder, (eds.), MIT Press, Cambridge, MA, pp. 400. ISBN: 9780262240574.

Mitsutsune Y. (2012). Policies and measures. Lecture Notes in Energy. In: *Climate Change Mitigation, A Balanced Approach to Climate Change*. Y. Mitsutsune, (ed.), Springer, London, pp. 262. ISBN: 978-1-4471-4227-0.

Molina M., D. Zaelke, K.M. Sarma, S.O. Andersen, V. Ramanathan, and D. Kaniaru (2009). Reducing abrupt climate change risk using the Montreal Protocol and other regulatory actions to complement cuts in $CO_2$ emissions. *Proceedings of the National Academy of Sciences* **106**, 20616–20621. doi: 10.1073/pnas.0902568106, ISSN: 0027-8424, 1091–6490.

Moncel R., and H. van Asselt (2012). All hands on deck! Mobilizing climate change action beyond the UNFCCC. *Review of European Community & International Environmental Law* **21**, 163–176. doi: 10.1111/reel.12011, ISSN: 1467-9388.

Moncel R., P. Joffe, K. McCall, and K. Levin (2011). *Building the Climate Change Regime: Survey and Analysis of Approaches*. World Resources Institute, United Nations Environment Programme, Washington D.C., Available at: http://pdf.wri.org/working_papers/building_the_climate_change_regime.pdf.

Monjon S., and P. Quirion (2011). Addressing leakage in the EU ETS: Border adjustment or output-based allocation? *Ecological Economics* **70**, 1957–1971. doi: 10.1016/j.ecolecon.2011.04.020, ISSN: 09218009.

Morgera E. (2004). From Stockholm to Johannesburg: From corporate responsibility to corporate accountability for the global protection of the environment? *Review of European Community & International Environmental Law* **13**, 214–222. doi: 10.1111/j.1467-9388.2004.00398.x.

Mueller B. (2012). *From Confrontation to Collaboration? CBDR and the EU ETS Aviation Dispute with Developing Countries Oxford Institute for Energy Studies*. Oxford Institute for Energy Studies, Oxford, UK, 25 pp. Available at: http://www.oxfordenergy.org/wpcms/wp-content/uploads/2012/03/From-Collaboration-to-Confrontation.pdf.

Müller B. (2010). *Copenhagen 2009: Failure or Final Wake-up Call for Our Leaders?* Oxford Institute for Energy Studies, Oxford, 28 pp. Available at: http://www.oxfordclimatepolicy.org/publications/documents/EV49.pdf.

Müller B., and L. Mahadev (2013). *The Oxford Approach: Operationalizing the UNFCCC Principle of "Respective Capabilities."* Oxford Institute for Energy Studies, Oxford, UK, Available at: http://www.oxfordenergy.org/wpcms/wp-content/uploads/2013/02/EV-58.pdf.

Muñoz M., R. Thrasher, and A. Najam (2009). Measuring the negotiation burden of multilateral environmental agreements. *Global* **9**, 1–13. doi: 10.1162/glep.2009.9.4.1.

Murase S. (2011). Conflict of international regimes: Trade and the environment. In: *International Law : An Integrative Perspective on Transboundary Issues*. Sophia University Press, Tokyo, pp. 130–166. ISBN: 978-4324090510.

Murray B.C., R.G. Newell, and W.A. Pizer (2009). Balancing cost and emissions certainty: An allowance reserve for cap-and-trade. *Review of Environmental Economics and Policy* **3**, 84–103. doi: 10.1093/reep/ren016, ISSN: 1750-6816, 1750–6824.

Na S., and H.S. Shin (1998). International environmental agreements under uncertainty. *Oxford Economic Papers* **50**, 173–185. ISSN: 0030-7653, 1464–3812.

Nairn M. (2009). Minilateralism. *Foreign Policy*, 135–136. Available at: http://www.foreignpolicy.com/articles/2009/06/18/minilateralism.

Nakhooda S., and T. Fransen (2012). *The UK Fast-Start Finance Contribution*. World Resources Institute & Overseas Development Institute, Washington, D.C., Available at: http://www.odi.org.uk/sites/odi.org.uk/files/odi-assets/publications-opinion-files/7662.pdf.

Nazifi F. (2010). The price impacts of linking the European Union Emissions Trading Scheme to the Clean Development Mechanism. *Environmental Economics and Policy Studies* **12**, 164–186. doi: 10.1007/s10018-010-0168-3, ISSN: 1432-847X, 1867–383X.

Neuhoff K., S. Fankhauser, E. Guerin, J.-C. Hourcade, H. Jackson, R. Rajan, and J. Ward (2010). *Structuring International Financial Support for Climate Change Mitigation in Developing Countries*. DIW Berlin, Berlin, 41 pp. Available at: http://dx.doi.org/10.2139/ssrn.1596079.

Neumayer E. (2004). The WTO and the environment: Its past record is better than critics believe, but the future outlook is bleak. *Global Environmental Politics* **4**, 1–8. doi: 10.1162/1526380041748083, ISSN: 1526-3800.

Newell R.G. (2007). *Climate Technology Deployment Policy*. Resources for the Future, Washington D.C., Available at: http://fds.duke.edu/db/attachment/725.

Newell P. (2009). Varieties of CDM governance: Some reflections. *The Journal of Environment & Development* **18**, 425–435. doi: 10.1177/1070496509347089.

**Newell R.G. (2010a).** International climate technology strategies. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement: Research from the Harvard Project on International Climate Agreements*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 403–438. ISBN: 978-0521129527.

**Newell R.G. (2010b).** The role of markets and policies in delivering innovation for climate change mitigation. *Oxford Review of Economic Policy* **26**, 253–269. doi: 10.1093/oxrep/grq009, ISSN: 0266-903X, 1460–2121.

**Newell P. (2011).** The governance of energy finance: The public, the private and the hybrid. *Global Policy* **2**, 94–105. doi: 10.1111/j.1758-5899.2011.00104.x.

**Newell P. (2012).** The political economy of carbon markets: The CDM and other stories. *Climate Policy* **12**, 135–139. doi: 10.1080/14693062.2012.640785, ISSN: 1469-3062, 1752–7457.

**Newell P., and M. Paterson (2010).** *Climate Capitalism: Global Warming and the Transformation of the Global Economy*. Cambridge University Press, Cambridge, UK, 222 pp. ISBN: 9780521127288 0521127289.

**Newell R.G., W.A. Pizer, and D. Raimi (2013).** Carbon markets 15 years after Kyoto: Lessons learned, new challenges. *Journal of Economic Perspectives* **27**, 123–146. doi: 10.1257/jep.27.1.123, ISSN: 0895-3309.

**Nguyen N.T., M. Ha-Duong, S. Greiner, and M. Mehling (2010).** Improving the Clean Development Mechanism post-2012: A developing country perspective. *Carbon and Climate Law Review*, 76–85. Available at: http://www.lexxion.de/cclr-12010#.

**Nhamo G. (2010).** Dawn of a new climate order: Analysis of USA + BASIC collaborative frameworks. *Politikon: South African Journal of Political Studies* **37**, 353–376. doi: 10.1080/02589346.2010.522344.

**Nordhaus W.D. (2006).** After Kyoto: Alternative mechanisms to control global warming. *American Economic Review* **96**, 31–34. doi: 10.1257/000282806777211964.

**Nordhaus W.D. (2007).** A review of the Stern Review on the Economics of Climate Change. *Journal of Economic Literature* **45**, 686–702. doi: 10.1257/jel.45.3.686.

**Nordhaus W.D. (2008).** *A Question of Balance: Weighing the Options on Global Warming Policies*. Yale University Press, New Haven, ISBN: 978-0300137484.

**Nordhaus W.D. (2011).** The economics of tail events with an application to climate change. *Review of Environmental Economics and Policy* **5**, 240–257. doi: 10.1093/reep/rer004, ISSN: 1750-6816, 1750–6824.

**Nussbaumer P. (2009).** On the contribution of labelled Certified Emission Reductions to sustainable development: A multi-criteria evaluation of CDM projects. *Energy Policy* **37**, 91–101. doi: 10.1016/j.enpol.2008.07.033.

**O'Brien J. (2009).** The equity of levelling the playing field in the climate change context. *Journal of World Trade* **43**, 1093–1114.

**Oberthür S. (2009).** Interplay management: Enhancing environmental policy integration among international institutions. *International Environmental Agreements: Politics, Law and Economics* **9**, 371–391. doi: 10.1007/s10784-009-9109-7.

**Oberthür S. (2011).** Global climate governance after Cancun: Options for EU leadership. *The International Spectator* **46**, 5–13. doi: 10.1080/03932729.2011.567900, ISSN: 0393-2729.

**Oberthür S., and R. Lefeber (2010).** Holding countries to account: The Kyoto Protocol's compliance system revisited after four years of experience. *Climate Law* **1**, 133–158. doi: 10.3233/CL-2010-006, ISSN: 1878-6553.

**Oberthür S., and H.E. Ott (1999).** *The Kyoto Protocol: International Climate Policy for the 21st Century*. Springer, Berlin, 379 pp. ISBN: 978-3540664703.

**Ockwell D.G., and A. Mallett** (Eds.) **(2012).** *Low-Carbon Technology Transfer: From Rhetoric to Reality*. Routledge, London ; New York, NY, 374 pp. ISBN: 9781849712699.

**OECD (2008).** *OECD Environmental Outlook to 2030*. OECD Publishing, Paris, ISBN: 9789264040489.

**OECD (2009).** *The Economics of Climate Change Mitigation: Policies and Options for Global Action beyond 2012*. Organisation for Economic Co-operation and Development, Paris, France, ISBN: 9789264056060.

**OECD (2013).** *Arrangement on Officially Supported Export Credits*. Organisation for Economic Co-operation and Development, Paris. Available at: http://search.oecd.org/officialdocuments/displaydocumentpdf/?doclanguage=en&cote=tad/pg(2013)11.

**OHCHR (2009).** *Report of the Office of the United Nations High Commissioner for Human Rights on the Relationship between Climate Change and Human Rights*. Office of the United Nations High Commissioner for Human Rights, Geneva, Switzerland, Available at: http://www.ohchr.org/EN/Issues/HRAndClimateChange/Pages/Study.aspx.

**Okazaki T., and M. Yamaguchi (2011).** Accelerating the transfer and diffusion of energy saving technologies steel sector experience—Lessons learned. *Energy Policy* **39**, 1296–1304. doi: 10.1016/j.enpol.2010.12.001, ISSN: 0301-4215.

**Okazaki T., M. Yamaguchi, H. Watanabe, A. Ohata, H. Inoue, and H. Amano (2012).** Technology diffusion and development. Lecture Notes in Energy. In: *Climate Change Mitigation: A Balanced Approach to Climate Change*. M. Yamaguchi, (ed.), Springer, London ISBN: 9781447142287.

**Okereke C. (2010).** Climate justice and the international regime. *Wiley Interdisciplinary Reviews: Climate Change* **1**, 462–474. doi: 10.1002/wcc.52.

**Okubo Y., and A. Michaelowa (2010).** Effectiveness of subsidies for the Clean Development Mechanism: Past experiences with capacity building in Africa and LDCs. *Climate and Development* **2**, 30–49. doi: 10.3763/cdev.2010.0032.

**Olivier J.G.J., G. Janssens-Maenhout, and J.A.H.W. Peters (2012).** *Trends in Global $CO_2$ Emissions: 2012 Report*. PBL Netherlands Environmental Assessment Agency, The Hague, Netherlands, Available at: http://edgar.jrc.ec.europa.eu/CO2REPORT2012.pdf.

**Olmstead S.M., and R.N. Stavins (2012).** Three key elements of a post-2012 international climate policy architecture. *Review of Environmental Economics and Policy* **6**, 65–85. doi: 10.1093/reep/rer018.

**Olsen K.H. (2007).** The clean development mechanism's contribution to sustainable development: A review of the literature. *Climatic Change* **84**, 59–73. doi: 10.1007/s10584-007-9267-y.

**Olsson M., A. Atteridge, K. Hallding, and J. Hellberg (2010).** *Together Alone? Brazil, South Africa, India, China (BASIC) and the Climate Change Conundrum*. Stockholm Environment Institute, Stockholm, Available at: http://www.sei-international.org/mediamanager/documents/Publications/SEI-PolicyBrief-Olsson-BASIC-ClimateChangeConundrum.pdf.

**Osofsky H.M. (2012).** Climate change and crises of international law: Possibilities for geographic reenvisioning. *Case Western Reserve's Journal of International Law* **44**, 423–433. Available at: http://law.case.edu/journals/JIL/Documents/%2819%29%20Osofsky_Darby.pdf.

**Ostrom E. (1990).** *Governing the Commons: The Evolution of Institutions for Collective Action*. Cambridge University Press, Cambridge, UK, ISBN: 978-0521405997.

**13**

**Ostrom E. (2001).** Reformulating the commons. In: *Protecting the Commons: A Framework for Resource Management in the Americas*. J. Burger, E. Ostrom, R. Norgaard, D. Policansky, B. Goldstein, (eds.), Island Press, Washington, DC, pp. 17–43. ISBN: 978-1559637381.

**Ostrom E. (2010a).** Beyond markets and states: Polycentric governance of complex economic systems. *American Economic Review* **100**, 641–672. doi: 10.1257/aer.100.3.641.

**Ostrom E. (2010b).** Polycentric systems for coping with collective action and global environmental change. *Global Environmental Change* **20**, 550–557. doi: 10.1016/j.gloenvcha.2010.07.004.

**Ostrom E. (2011).** Reflections on "Some unsettled problems of irrigation." *American Economic Review* **101**, 49–63. doi: 10.1257/aer.101.1.49.

**Ostrom E. (2012).** Nested externalities and polycentric institutions: must we wait for global solutions to climate change before taking actions at other scales? *Economic Theory* **49**, 353–369. doi: 10.1007/s00199-010-0558-6, ISSN: 0938-2259, 1432–0479.

**Otto-Zimmermann K., and A. Balbo (2012).** The global adaptation community expands its scope. Local Sustainability. In: *Resilient Cities 2*. K. Otto-Zimmermann, (ed.), Springer Netherlands, pp. 3–8. ISBN: 978-94-007-4222-2.

**Oye K.A. (1985).** Explaining cooperation under anarchy: Hypotheses and strategies. *World Politics* **38**, 1–24.

**Padilla E., and A. Serrano (2006).** Inequality in $CO_2$ emissions across countries and its relationship with income inequality: A distributive approach. *Energy Policy* **34**, 1762–1772. doi: 10.1016/j.enpol.2004.12.014, ISSN: 0301-4215.

**Pahl-Wostl C., M. Craps, A. Dewulf, E. Mostert, D. Tabara, and T. Taillieu (2007).** Social learning and water resources management. *Ecology and Society* **12**. Available at: http://www.ecologyandsociety.org/vol12/iss2/art5/.

**Paltsev S., J.M. Reilly, H.D. Jacoby, A.C. GURGEL, G.E. METCALF, A.P. SOKOLOV, and J.F. HOLAK (2008).** Assessment of US GHG cap-and-trade proposals. *Climate Policy* **8**, 395–420. doi: 10.3763/cpol.2007.0437, ISSN: 1469-3062.

**Paltsev S., J.M. Reilly, H.D. Jacoby, and J.F. Morris (2009).** *The Cost of Climate Policy in the United States*. Massachusetts Institute of Technology, Cambridge, MA, 61 pp. Available at: http://globalchange.mit.edu/files/document/MITJP-SPGC_Rpt173.pdf.

**Parnphumeesup P., and S.A. Kerr (2011).** Stakeholder preferences towards the sustainable development of CDM projects: Lessons from biomass (rice husk) CDM project in Thailand. *Energy Policy* **39**, 3591–3601. doi: 10.1016/j.enpol.2011.03.060, ISSN: 03014215.

**Parry I.W.H. (1995).** Pollution taxes and revenue recycling. *Journal of Environmental Economics and Management* **29**, S64–S77. doi: 10.1006/jeem.1995.1061, ISSN: 0095-0696.

**Parthan B., M. Osterkorn, M. Kennedy, S.J. Hoskyns, M. Bazilian, and P. Monga (2010).** Lessons for low-carbon energy transition: Experience from the Renewable Energy and Energy Efficiency Partnership (REEEP). *Energy for Sustainable Development* **14**, 83–93. doi: 10.1016/j.esd.2010.04.003.

**Paterson M., M. Hoffmann, M. Betsill, and S. Bernstein (2014).** The Micro Foundations of Policy Diffusion towards Complex Global Governance: An Analysis of the Transnational Carbon Emission Trading Network. *Comparative Political Studies* **37**.

**Pattberg P. (2010).** Public–private partnerships in global climate governance. *Wiley Interdisciplinary Reviews: Climate Change* **1**, 279–287. doi: 10.1002/wcc.38, ISSN: 1757-7799.

**Pattberg P., F. Biermann, S. Chan, and A. Mert (2012).** Conclusions: Partnership for Sustainable Development. In: *Public–Private Partnerships For Sustainable Development: Emergence, Influence and Legitimacy*. P. Pattberg, F. Biermann, S. Chan, A. Mert, (eds.), Edward Elgar, Cheltenham, UK, pp. 239–248. ISBN: 978 1 84980 930 6.

**Pattberg P., and J. Stripple (2008).** Beyond the public and private divide: Remapping transnational climate governance in the 21st century. *International Environmental Agreements: Politics, Law and Economics* **8**, 367–388. doi: 10.1007/s10784-008-9085-3.

**PBL (2012).** *Analysing the Emission Gap between Pledged Emission Reductions under the Cancún Agreements and the 2 °C Climate Target*. Netherlands Environmental Assessment Agency, Bilthoven, Available at: http://www.pbl.nl/sites/default/files/cms/publicaties/pbl-2012-analysing-the-emission-gap-between-pledged-emission-reductions-500114021.pdf.

**Peeters M. (2011).** The regulatory approach of the EU in view of liability for climate change damage. New Horizons in Environmental and Energy Law. In: *Climate Change Liability*. M. Faure, M. Peeters, (eds.), Edward Elgar Publishing, Cheltenham, UK; Northampton, MA, pp. 90–133. ISBN: 9781849802864.

**Penalver E.M. (1998).** Acts of God or toxic torts—Applying tort principles to the problem of climate change. *Natural Resources Journal* **38**, 563–601.

**Persson Å. (2011).** Institutionalising Climate Adaptation Finance under the UNFCCC and beyond: Could an Adaptation "market" Emerge? Stockholm Environment Institute, Stockholm, Available at: http://environmentalportal.in/files/file/adaptation-commodification.pdf.

**Persson T.A., C. Azar, and K. Lindgren (2006).** Allocation of $CO_2$ emission permits: Economic incentives for emission reductions in developing countries. *Energy Policy* **34**, 1889–1899. doi: 10.1016/j.enpol.2005.02.001.

**Perusse B., M. Riggins, J. Rodgers, and M. Zimring (2009).** Melting down and scaling up: Stabilizing climate change by promoting private sector technology development. *Review of Policy Research* **26**, 511–531. doi: 10.1111/j.1541-1338.2009.00403.x.

**Peters G.P., and E.G. Hertwich (2008).** $CO_2$ embodied in international trade with implications for global climate policy. *Environmental Science & Technology* **42**, 1401–1407. doi: 10.1021/es072023k.

**Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011).** Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences*. doi: 10.1073/pnas.1006388108, ISSN: 0027-8424, 1091–6490.

**Peterson E.B., J. Schleich, and V. Duscha (2011).** Environmental and economic effects of the Copenhagen pledges and more ambitious emission reduction targets. *Energy Policy* **39**, 3697–3708. doi: 10.1016/j.enpol.2011.03.079.

**Peters-Stanley M., K. Hamilton, T. Marcello, and M. Sjardin (2011).** *Back to the Future: State of the Voluntary Carbon Markets 2011*. Ecosystem Marketplace, Bloomberg New Energy Finance, New York and Washington, DC, 78 pp. Available at: http://www.forest-trends.org/documents/files/doc_2828.pdf.

**Petsonk A. (1999).** The Kyoto Protocol and the WTO: Integrating greenhouse gas emissions allowance trading into the global marketplace. *Duke Environmental Law & Policy Forum* **10**, 185–220. ISSN: 1064-3958.

**Pew Center (2010).** *Strengthening International Climate Finance*. Pew Center on Global Climate Change, Arlington, VA, 8 pp. Available at: http://www.pewclimate.org/docUploads/strengthening-international-climate-finance.pdf.

**Pfeifer S., and R. Sullivan (2008)**. Public policy, institutional investors and climate change: A UK case-study. *Climatic Change* **89**, 245–262. doi: 10.1007/s10584-007-9380-y.

**Pindyck R.S. (2011)**. Fat tails, thin tails, and climate change policy. *Review of Environmental Economics and Policy* **5**, 258–274. doi: 10.1093/reep/rer005, ISSN: 1750-6816, 1750–6824.

**Pinkse J. (2007)**. Corporate intentions to participate in emission trading. *Business Strategy & the Environment (John Wiley & Sons, Inc)* **16**, 12–25. doi: 10.1002/bse.463.

**Pinkse J., and A. Kolk (2009)**. *International Business and Global Climate Change*. Routledge, Abingdon, UK, 202 pp. ISBN: 978-0-41541-553-8.

**Pinkse J., and A. Kolk (2011)**. Addressing the climate change--sustainable development nexus: The role of multistakeholder partnerships. *Business & Society* **51**, 176–210. doi: 10.1177/0007650311427426, ISSN: 0007-6503, 1552–4205.

**Pittel K., and D.T.G. Rübbelke (2008)**. Climate policy and ancillary benefits: A survey and integration into the modelling of international negotiations on climate change. *Ecological Economics* **68**, 210–220. doi: 10.1016/j.ecolecon.2008.02.020.

**Pittel K., and D.T.G. Rübbelke (2012)**. Transitions in the negotiations on climate change: from prisoner's dilemma to chicken and beyond. *International Environmental Agreements: Politics, Law and Economics* **12**, 23–39. doi: 10.1007/s10784-010-9126-6, ISSN: 1567-9764, 1573–1553.

**Pizer W.A. (2002)**. Combining price and quantity controls to mitigate global climate change. *Journal of Public Economics* **85**, 409–434. doi: 10.1016/S0047-2727(01)00118-9, ISSN: 0047-2727.

**Point Carbon (2013)**. *Project Manager, Issuance to Date*. Point Carbon, Oslo, Norway.

**Posner E., and C. Sunstein (2010)**. Justice and climate change: The unpersuasive case for per capita allocations of emissions rights. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 343–371. ISBN: 978-0521137850.

**Posner E., and D. Weisbach (2010)**. *Climate Change Justice*. Princeton University Press, Princeton, ISBN: 978-0691137759.

**Pueyo A., R. Garcia, M. Mendiluce, and D. Morales (2011)**. The role of technology transfer for the development of a local wind component industry in Chile. *Energy Policy* **39**, 4274–4283. doi: 10.1016/j.enpol.2011.04.045, ISSN: 0301-4215.

**Pulver S. (2007)**. Making sense of corporate environmentalism. *Organization & Environment* **20**, 44–83. doi: 10.1177/1086026607300246.

**Rabe B.G. (2007)**. Beyond Kyoto: Climate change policy in multilevel governance systems. *Governance* **20**, 423–444. doi: 10.1111/j.1468-0491.2007.00365.x, ISSN: 0952-1895, 1468–0491.

**Rajamani L. (2006)**. *Differential Treatment in International Environmental Law*. Oxford University Press, Oxford, UK, 281 pp. ISBN: 9780199280704 (alk. paper).

**Rajamani L. (2009)**. Addressing the "Post-Kyoto" stress disorder: Reflections on the emerging legal architecture of the climate regime. *International & Comparative Law Quarterly* **58**, 803–834. doi: 10.1017/S0020589309001584.

**Rajamani L. (2010)**. The making and unmaking of the Copenhagen Accord. *International & Comparative Law Quarterly* **59**, 824–843.

**Rajamani L. (2011a)**. The reach and limits of the principle of common but differentiated responsibilities in the climate change regime. In: *Handbook on climate change in India: Development, governance and politics*. N.K. Dubash, (ed.), Routledge, ISBN: ISBN-10: 1849713588 ISBN-13: 978–1849713580.

**Rajamani L. (2011b)**. The Cancun climate change agreements: Reading the text, subtext and tealeaves. *International & Comparative Law Quarterly* **60**, 499–519. doi: 10.1017/S0020589311000078.

**Rajamani L. (2012a)**. The Durban Platform for Enhanced Action and the future of the climate regime. *International & Comparative Law Quarterly* **61**, 501–518. doi: 10.1017/S0020589312000085.

**Rajamani L. (2012b)**. The changing fortunes of differential treatment in the evolution of international environmental law. *International Affairs* **88**, 605–623. doi: 10.1111/j.1468-2346.2012.01091.x, ISSN: 1468-2346.

**Rajamani L. (2013)**. Differentiation in the emerging climate regime. *Theoretical Inquiries in Law* **14**, 151–172. Available at: http://www.degruyter.com/view/j/til.2013.14.issue-1/til-2013–009/til-2013–009.xml.

**Ranson M., and R.N. Stavins (2012)**. *Post-Durban Climate Policy Architecture Based on Linkage of Cap-and-Trade Systems*. National Bureau of Economic Research, Cambridge, MA, 30 pp. Available at: http://www.nber.org/papers/w18140.pdf?new_window=1.

**Ranson M., and R. Stavins (2013)**. A post-Durban climate policy architecture based on linkage of cap-and-trade systems. *Chicago Journal of International Law* **13**, 403–438.

**Rao N. (2011)**. Equity in climate change: The range of metrics and views. In: *Handbook of Climate Change and India: Development, Politics and Governance*. N.K. Dubash, (ed.), Oxford University Press, New Delhi, pp. 147–156. ISBN: 9780198071884.

**Rao P.K. (2012)**. *International Trade Policies and Climate Change Governance*. Springer, Berlin; New York, ISBN: 9783642252525, 3642252524.

**Ratajczak-Juszko I. (2012)**. The Adaptation Fund: Towards resilient economies in the developing world. Routledge Explorations in Environmental Economics. In: *Carbon Markets or Climate Finance?: Low Carbon and Adaptation Investment Choices for the Developing World*. A. Michaelowa, (ed.), Routledge, Abingdon, pp. 92–116. ISBN: 978-1849714747.

**Raustiala K. (2005)**. Form and substance in international agreements. *American Journal of International Law* **99**, 581–614. ISSN: 00029300.

**Rayfuse R., and S.V. Scott** (Eds.) **(2012)**. *International Law in the Era Of Climate Change*. Edward Elgar, Cheltenham, UK, 400 pp. ISBN: 9781781006085.

**Rayner S. (2010)**. How to eat an elephant: A bottom-up approach to climate policy. *Climate Policy* **10**, 615–621. doi: 10.3763/cpol.2010.0138, ISSN: 1469-3062.

**Rechsteiner S., C. Pfister, and F. Martens (2009)**. TRIMS and the Clean Development Mechanism? potential conflicts. In: *International Trade Regulation and the Mitigation of Climate Change*. T. Cottier, O. Nartova, S.Z. Bigdeli, (eds.), Cambridge University Press, ISBN: 9780511757396.

**Redgwell C. (2006)**. From permission to prohibition: The LOSC and protection of the marine environment in the 21st Century. In: *The Law of the Sea: Progress and Prospects*. D. Freestone, R. Barnes, D.M. Ong, (eds.), Oxford University Press, Oxford, pp. 180–191. ISBN: 0199299617.

**Reichman J.H., and C. Hasenzahl (2003)**. *Non-Voluntary Licensing of Patented Inventions : Historical Perspective, Legal Framework under TRIPS, and an Overview of the Practice in Canada and the United States of America*. ICTSD and UNCTAD, Geneva, Switzerland, 49 pp. Available at: http://ictsd.org/i/publications/11764/.

Reichman J., A. Rai, R.G. Newell, and J. Wiener (2008). *Intellectual Property and Alternatives: Strategies for Green Innovation.* Chatham House, London, Available at: http://www.chathamhouse.org/sites/default/files/public/Research/Energy,%20Environment%20and%20Development/1208eedp_duke.pdf.

Reynolds J. (2011). The regulation of climate engineering. *Law, Innovation and Technology* **3**, 113–136. doi: 10.5235/175799611796399821, ISSN: 17579961, 1757997X.

Richardson B.J. (2012). *Local Climate Change Law: Environmental Regulation in Cities and Other Localities.* Edward Elgar, Cheltenham, UK, 424 pp. ISBN: 978 0 85793 747 6.

Ricke K., Moreno-Cruz, Juan, and Caldeira, Ken (2013). Strategic incentives for climate geoengineering coalitions to exclude broad participation. *Environmental Research Letters* **8**. doi: 10.1088/1748-9326/8/1/014021.

Ricke K.L., M.G. Morgan, and M.R. Allen (2010). Regional climate response to solar-radiation management. *Nature Geoscience* **3**, 537–541. doi: 10.1038/ngeo915, ISSN: 1752-0894, 1752–0908.

Roberts J.T. (2011). Multipolarity and the new world dis(order): US hegemonic decline and the fragmentation of the global climate regime. *Global Environmental Change* **21**, 776–784. doi: 10.1016/j.gloenvcha.2011.03.017.

Robles T. (2012). *A BRICS Development Bank: An Idea Whose Time Has Come?* S. Rajaratnam School of International Studies, Nanyang Technological University, Singapore, Available at: http://dr.ntu.edu.sg/bitstream/handle/10220/11692/RSIS2102012.pdf?sequence=1.

Rodrik D. (2011). *The Globalization Paradox: Democracy and the Future of the World Economy.* W.W. Norton & Company, 369 pp. ISBN: 9780393080803.

Rogelj J., C. Chen, J. Nabel, K. Macey, W. Hare, M. Schaeffer, K. Markmann, N. Höhne, K. Krogh Andersen, and M. Meinshausen (2010). Analysis of the Copenhagen Accord pledges and its global climatic impacts— A snapshot of dissonant ambitions. *Environmental Research Letters* **5**, 9. doi: 10.1088/1748-9326/5/3/034013.

Rogelj J., W. Hare, J. Lowe, D.P. van Vuuren, K. Riahi, B. Matthews, T. Hanaoka, K. Jiang, and M. Meinshausen (2011). Emission pathways consistent with a 2 °C global temperature limit. *Nature Climate Change* **1**, 413–418. doi: 10.1038/nclimate1258, ISSN: 1758-678X, 1758–6798.

Román M. (2010). Governing from the middle: The C40 Cities Leadership Group. *Corporate Governance* **10**, 73–84. doi: 10.1108/14720701011021120.

Rong F. (2010). Understanding developing country stances on post-2012 climate change negotiations: Comparative analysis of Brazil, China, India, Mexico, and South Africa. *Energy Policy* **38**, 4582–4591. doi: 10.1016/j.enpol.2010.04.014.

Rubio S.J., and B. Casino (2005). Self-enforcing international environmental agreements with a stock pollutant. *Spanish Economic Review* **7**, 89–109. doi: 10.1007/s10108-005-0098-6, ISSN: 1435-5469, 1435–5477.

Rubio S.J., and A. Ulph (2007). An infinite-horizon model of dynamic membership of international environmental agreements. *Journal of Environmental Economics and Management* **54**, 296–310. doi: 10.1016/j.jeem.2007.02.004, ISSN: 0095-0696.

Sandberg L.A., and T. Sandberg (Eds.) (2010). *Climate Change—Who's Carrying the Burden?: The Chilly Climates of the Global Environmental Dilemma.* Canadian Centre for Policy Alternatives, Ottawa, ISBN: 978-1-926888-06-4.

Sandler T. (2004). *Global Collective Action.* Cambridge University Press, Cambridge, UK, ISBN: 978-0521742548.

Sandler T. (2010). Overcoming global and regional collective action impediments. *Global Policy* **1**, 40–50. doi: 10.1111/j.1758-5899.2009.00002.x, ISSN: 1758-5899.

Saran S. (2010). Irresistible forces and immovable objects: A debate on contemporary climate politics. *Climate Policy* **10**, 678–683. doi: 10.3763/cpol.2010.0136, ISSN: 14693062, 17527457.

Sawa A. (2010). Sectoral approaches to a post-Kyoto international climate policy framework. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 201–239. ISBN: 978-0521129527.

Scharpf F. (1999). *Governing in Europe: Effective and Democratic?* Oxford University Press, New York, ISBN: 978-0198295464.

Scheelhaase J.D., and W.G. Grimme (2007). Emissions trading for international aviation: An estimation of the economic impact on selected European airlines. *Journal of Air Transport Management* **13**, 253–263. doi: 10.1016/j.jairtraman.2007.04.010, ISSN: 09696997.

Schelling T.C. (1992). Some economics of global warming. *The American Economic Review* **82**, 1–14. ISSN: 0002-8282.

Schelling T.C. (1997). The cost of combating global warming: Facing the tradeoffs. *Foreign Affairs* **76**, 8–14. doi: 10.2307/20048272, ISSN: 00157120.

Schmalensee R. (1998). Greenhouse policy architectures and institutions. In: *Economics and Policy Issues in Climate Change.* W.D. Nordhaus, (ed.), Resources for the Future Press, Washington, D.C., pp. 137–158. ISBN: 978-0915707959.

Schmalensee R. (2010). Epilogue. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement.* J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 889–898. ISBN: 978-0521137850.

Schmidt J., N. Helme, J. Lee, and M. Houdashelt (2008). Sector-based approach to the post-2012 climate change policy architecture. *Climate Policy* **8**, 494–515. doi: 10.3763/cpol.2007.0321, ISSN: 1469-3062.

Schneider L. (2009). Assessing the additionality of CDM projects: Practical experiences and lessons learned. *Climate Policy* **9**, 242–254. doi: 10.3763/cpol.2008.0533.

Schneider L. (2011). Perverse incentives under the CDM: An evaluation of HFC-23 destruction projects. *Climate Policy* **11**, 851–864. doi: 10.3763/cpol.2010.0096.

Schroeder M. (2009). Utilizing the Clean Development Mechanism for the deployment of renewable energies in China. *Applied Energy* **86**, 237–242. doi: 10.1016/j.apenergy.2008.04.019.

Scott R. (1994). *The History of the International Energy Agency—The First 20 Years.* International Energy Agency, Paris, 413 pp. ISBN: 92-64-14059-X.

Scott J., and L. Rajamani (2012). EU climate change unilateralism. *European Journal of International Law* **23**, 469–494. doi: 10.1093/ejil/chs020, ISSN: 0938-5428, 1464–3596.

*Second IMO GHG Study 2009* (2009). International Maritime Organization, London, 240 pp. Available at: http://www.imo.org/blast/blastDataHelper.asp?data_id=27795&filename=GHGStudyFINAL.pdf.

Selin H., and S.D. VanDeveer (2009). *Changing Climates in North American Politics: Institutions, Policymaking, and Multilevel Governance.* MIT Press, Cambridge, MA, 338 pp. ISBN: 9780262012997 (hardcover : alk. paper).

Sen A. (2009). *The Idea of Justice.* Belknap Press of Harvard University Press, Cambridge, MA, ISBN: 978-0674036130.

Seres S., E. Haites, and K. Murphy (2009). Analysis of technology transfer in CDM projects: An update. *Energy Policy* **37**, 4919–4926. doi: 10.1016/j.enpol.2009.06.052.

Seto K.C., B. Guneralp, and L.R. Hutyra (2012). Global forecasts of urban expansion to 2030 and direct impacts on biodiversity and carbon pools. *Proceedings of the National Academy of Sciences* 109, 16083–16088. doi: 10.1073/pnas.1211658109, ISSN: 0027-8424, 1091–6490.

Sharma S., and D. Desgain (2013). *Understanding the Concept of Nationally Appropriate Mitigation Action*. UNEP Risø Centre, Roskilde, Denmark, ISBN: 978-87-550-3949-0.

Shishlov I., V. Bellassen, and B. Leguet (2012). *Joint Implementation: A Frontier Mechanism within the Borders of an Emissions Cap*. CDC Climat Research, Paris, 37 pp.

Simmons B.A., and D.J. Hopkins (2005). The constraining power of international treaties: Theory and methods. *American Political Science Review* 99, 623–631. doi: 10.1017/S0003055405051920.

Sinden A. (2007). Climate change and human rights. *Journal of Land, Resources, & Environmental Law* 27, 255–272. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=984266.

Sirohi S., and A. Michaelowa (2008). Implementing CDM for the Indian dairy sector: Prospects and issues. *Climate Policy* 8, 62–74. doi: 10.3763/cpol.2007.0309.

Sjostedt G. (Ed.) (1992). *International Environmental Negotiation*. Sage Publications, 360 pp. ISBN: 9780803947603.

Skjærseth J.B. (2010). EU emissions trading: Legitimacy and stringency. *Environmental Policy and Governance* 20, 295–308. doi: 10.1002/eet.541.

Skjærseth J.B., and J. Wettestad (2010). Fixing the EU Emissions Trading System? Understanding the post-2012 changes. *Global Environmental Politics* 10, 101–123. doi: 10.1162/GLEP_a_00033.

Smith P.J. (1999). Are weak patent rights a barrier to U.S. exports? *Journal of International Economics* 48, 151–177. doi: 10.1016/S0022-1996(98)00013-0, ISSN: 0022-1996.

Smith P.J. (2001). How do foreign patent rights affect U.S. exports, affiliate sales, and licenses? *Journal of International Economics* 55, 411–439. doi: 10.1016/S0022-1996(01)00086-1, ISSN: 0022-1996.

Smith J.B., T. Dickinson, J.D.B. Donahue, I. Burton, E. Haites, R.J.T. Klein, and A. Patwardhan (2011). Development and climate change adaptation funding: Coordination and integration. *Climate Policy* 11, 987–1000. doi: 10.1080/14693062.2011.582385.

Smith S.J., and P.J. Rasch (2012). The long-term policy context for solar radiation management. *Climatic Change*, 1–11. doi: 10.1007/s10584-012-0577-3, ISSN: 0165-0009, 1573–1480.

Smith J., and D. Shearman (2006). *Climate Change Litigation: Analysing the Law, Scientific Evidence & Impacts on the Environment, Health & Property*. Presidian Legal Publications, Adelaide, AU, 187 pp. ISBN: 9780975725443.

Solar Radiation Management Governance initiative (2011). *Solar Radiation Management: The Governance of Research*. Royal Society, London, 70 pp. Available at: http://www.srmgi.org/files/2012/01/DES2391_SRMGI-report_web_11112.pdf.

Somanathan E. (2010). What do we expect from an international climate agreement? A perspective from a low-income country. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 599–617. ISBN: 978-0521137850.

Spalding-Fecher R., and A. Michaelowa (2013). Should the use of standardized baselines in the CDM be mandatory? *Climate Policy* 13, 80–88. doi: 10.1080/14693062.2012.726129, ISSN: 1469-3062.

Stadelmann M., P. Castro, and A. Michaelowa (2011a). *Mobilising Private Finance for Low-Carbon Development*. Climate Strategies, London, 29 pp. Available at: http://www.climatestrategies.org/research/our-reports/category/71/334.html.

Stadelmann M., Å. Persson, I. Ratajczak-Juszko, and A. Michaelowa (2013). Equity and cost-effectiveness of multilateral adaptation finance: are they friends or foes? *International Environmental Agreements: Politics, Law and Economics*, 1–20. doi: 10.1007/s10784-013-9206-5, ISSN: 1567-9764, 1573–1553.

Stadelmann M., J.T. Roberts, and S. Huq (2010). *Baseline for Trust: Defining "new and Additional" Climate Funding*. International Institute for Environment and Development, London, Available at: http://pubs.iied.org/17080IIED.html.

Stadelmann M., J.T. Roberts, and A. Michaelowa (2011b). New and additional to what? Assessing options for baselines to assess climate finance pledges. *Climate and Development* 3, 175–192. doi: 10.1080/17565529.2011.599550, ISSN: 1756-5529.

Stavins R.N. (2010). *Options for the Institutional Venue for International Climate Negotiations*. Harvard Project on International Climate Agreements, Cambridge, MA, 10 pp. Available at: http://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&ved=0CFAQFjAA&url=http%3A%2F%2Fbelfercenter.ksg.harvard.edu%2Ffiles%2FStavins-Issue-Brief-3.pdf&ei=4mMEUMn1JdCx0QHOi43pBw&usg=AFQjCNEHSvEJ-1IG9r_VxxQXRlwAlWQZNg.

Stavins R.N. (2011). The problem of the commons: Still unsettled after 100 Years. *American Economic Review* 101, 81–108. doi: 10.1257/aer.101.1.81.

Steckel J.C., M. Jakob, R. Marschinski, and G. Luderer (2011). From carbonization to decarbonization?—Past trends and future scenarios for China's $CO_2$ emissions. *Energy Policy* 39, 3443–3455. doi: 10.1016/j.enpol.2011.03.042, ISSN: 0301-4215.

Steenblik R. (2006). *Liberalisation of Trade in Renewable Energy and Associated Technologies: Biodiesel, Solar Thermal and Geothermal Energy*. Organisation for Economic Co-Operation and Development, 26 pp. Available at: http://www.oecdistanbul.org/dataoecd/45/32/36420527.pdf.

Von Stein J. (2008). The international law and politics of climate change ratification of the United Nations Framework Convention and the Kyoto Protocol. *Journal of Conflict Resolution* 52, 243–268. doi: 10.1177/0022002707313692, ISSN: 0022-0027, 1552–8766.

Sterk W., and J. Kruger (2009). Establishing a transatlantic carbon market. *Climate Policy* 9, 389–401. doi: 10.3763/cpol.2009.0623, ISSN: 1469-3062.

Sterk W., and B. Wittneben (2006). Enhancing the Clean Development Mechanism through sectoral approaches: Definitions, applications and ways forward. *International Environmental Agreements: Politics, Law and Economics* 6, 271—287. doi: 10.1007/s10784-006-9009-z.

Stern N. (2007). *The Economics of Climate Change: The Stern Review*. Cambridge University Press, Cambridge, UK, ISBN: 978-0521700801.

Stevenson H., and J.S. Dryzek (2012). The discursive democratisation of global climate governance. *Environmental Politics* 21, 189–210. doi: 10.1080/09644016.2012.651898, ISSN: 0964-4016, 1743–8934.

Stewart R.B., B. Kingsbury, and B. Rudyk (Eds.) (2009). *Climate Finance: Regulatory and Funding Strategies for Climate Change and Global Development*. New York University Press, New York, ISBN: 9780814741382, 9780814741436 081474138X 0814741436.

Stewart R., M. Oppenheimer, and B. Rudyk (2012). *Building Blocks for Global Climate Protection*. Social Science Research Network, Rochester, NY, Available at: http://papers.ssrn.com/abstract=2186541.

Stewart R., and J. Wiener (2003). *Reconstructing Climate Policy: Beyond Kyoto.* AEI Press, Washington, D.C., ISBN: 978-0844741864.

Streck C. (2004). New partnerships in global environmental policy: The clean development mechanism. *The Journal of Environment & Development* **13**, 295–322. doi: 10.1177/1070496504268696.

Sue Wing I., A.D. Ellerman, and J.M. Song (2009). Absolute vs. intensity limits for $CO_2$ emission control: Performance under uncertainty. In: *The Design of Climate Policy*. R. Guesnerie, H. Tulkens, (eds.), MIT Press, Cambridge, pp. 221–252. ISBN: 9780262073028.

Sutter C., and J.C. Parreño (2007). Does the current Clean Development Mechanism (CDM) deliver its sustainable development claim? An analysis of officially registered CDM projects. *Climatic Change* **84**, 75–90. doi: 10.1007/s10584-007-9269-9.

Tamiotti L. (2011). The legal interface between carbon border measures and trade rules. *Climate Policy* **11**, 1202–1211. doi: 10.1080/14693062.2011.592672.

Tamiotti L., and V. Kulacoglu (2009). National climate change mitigation measures and their implications for the multilateral trading system: Key findings of the WTO/UNEP report on trade and climate change. *Journal of World Trade* **43**, 1115–1144. Available at: http://www.kluwerlawonline.com/document.php?id=TRAD2009044&type=toc&num=9&.

Tamiotti L., R. Teh, V. Kulaçoğlu, A. Olhoff, B. Simmons, and H. Abaza (2009). *Trade and Climate Change: A Report by the United Nations Environment Programme and the World Trade Organization.* WTO (World Trade Organization), UNEO (United Nations Environment Programme), 166 pp. Available at: http://www.wto.org/english/res_e/booksp_e/trade_climate_change_e.pdf.

Tavoni M., E. Kriegler, T. Aboumahboub, K. Calvin, G. De Maere, J. Jewell, T. Kober, P. Lucas, G. Luderer, D. McCollum, G. Marangoni, K. Riahi, and D. van Vuuren (2013). The distribution of the major economies' effort in the Durban platform scenarios. *Climate Change Economics*.

Teng F., and A. Gu (2007). Climate change: national and local policy opportunities in China. *Environmental Sciences* **4**, 183–194. doi: 10.1080/15693430701742735, ISSN: 1569-3430.

The Carbon Trust (2010). *Tackling Carbon Leakage—Sector-Specific Solutions for a World of Unequal Prices*. The Carbon Trust, London, 70 pp. Available at: http://www.carbontrust.com/media/84908/ctc767-tackling-carbon-leakage.pdf.

Thomas U.P. (2004). Trade and the environment: Stuck in a political impasse at the WTO after the Doha and Cancun Ministerial Conferences. *Global Environmental Politics* **4**, 9–21. doi: 10.1162/1526380041748092, ISSN: 1526-3800.

Thomas S., P. Dargusch, S. Harrison, and J. Herbohn (2010). Why are there so few afforestation and reforestation Clean Development Mechanism projects? *Land Use Policy* **27**, 880–887. doi: 10.1016/j.landusepol.2009.12.002, ISSN: 0264-8377.

Thompson A. (2006). Management under anarchy: The international politics of climate change. *Climatic Change* **78**, 7–29. doi: 10.1007/s10584-006-9090-x.

Tickell O. (2008). *Kyoto2: How to Manage the Global Greenhouse*. Zed Books, London, 301 pp. ISBN: 978-1848130258.

Tirpak D., and H. Adams (2008). Bilateral and multilateral financial assistance for the energy sector of developing countries. *Climate Policy* **8**, 135–151. doi: 10.3763/cpol.2007.0443.

Tollefson J. (2010). Geoengineering faces ban. *Nature* **468**, 13–14. doi: 10.1038/468013a, ISSN: 0028-0836, 1476–4687.

Tompkins E.L., and H. Amundsen (2008). Perceptions of the effectiveness of the United Nations Framework Convention on Climate Change in advancing national action on climate change. *Environmental Science and Policy* **11**, 1–13. doi: 10.1016/j.envsci.2007.06.004.

Torvanger A., and J. Meadowcroft (2011). The political economy of technology support: Making decisions about carbon capture and storage and low carbon energy technologies. *Global Environmental Change* **21**, 303–312. doi: 10.1016/j.gloenvcha.2011.01.017, ISSN: 0959-3780.

Torvanger A., M.K. Shrivastava, N. Pandey, and S.H. Tørnblad (2013). A two-track CDM: Improved incentives for sustainable development and offset production. *Climate Policy* **13**, 471–489. doi: 10.1080/14693062.2013.781446, ISSN: 1469-3062.

Tuerk A., D. Frieden, M. Sharmina, H. Schreiber, and D. Urge-Vorsatz (2010). *Green Investment Schemes: First Experiences and Lessons Learned*. Joanneum Research, Graz, Austria, 50 pp. Available at: http://www.joanneum.at/climate/Publications/Solutions/JoanneumResearch_GISWorkingPaper_April2010.pdf.

Tuerk A., M. Mehling, C. Flachsland, and W. Sterk (2009). Linking carbon markets: Concepts, case studies and pathways. *Climate Policy* **9**, 341–357. doi: 10.3763/cpol.2009.0621.

Tyler E., A.S. Boyd, K. Coetzee, and H. Winkler (2013). A case study of South African mitigation actions (For the special issue on mitigation actions in five developing countries). *Climate and Development* **0**, 1–10. doi: 10.1080/17565529.2013.768175, ISSN: 1756-5529.

U.S. Department of Energy (2012). International energy statistics. Available at: http://www.eia.gov/cfapps/ipdbproject/IEDIndex3.cfm.

UNCTAD (2010). *World Investment Report: Investing in a Low-Carbon Economy*. United Nations Conference on Trade and Development), New York, NY and Geneva, Switzerland, 184 pp. Available at: http://www.unctad.org/en/docs/wir2010_en.pdf.

UNCTAD (2013). *World Investment Report 2013: Global Value Chains: Investment and Trade for Development*. United Nations Conference on Trade and Development, Switzerland, ISBN: 9789211128680.

Underdal A. (1998). Explaining Compliance and defection: Three models. *European Journal of International Relations* **4**, 5–30. doi: 10.1177/1354066198004001001.

UNDESA (2009). *World Economic and Social Survey 2009: Promoting Development, Saving the Planet*. UNDESA (United Nations Department of Economic and Social Affairs), New York, 207 pp. Available at: http://www.un.org/en/development/desa/policy/wess/wess_archive/2009wess.pdf.

UNDP (2007). *Human Development Report 2007/2008: Fighting Climate Change: Human Solidarity in a Divided World*. United Nations Development Programme, New York, 384 pp. Available at: http://hdr.undp.org/en/media/HDR_20072008_EN_Complete.pdf.

UNDP (2011). *Direct Access to Climate Finance: Experiences and Lessons Learned*. United Nations Development Programme and Overseas Development Institute, New York, Available at: http://www.odi.org.uk/sites/odi.org.uk/files/odi-assets/publications-opinion-files/7479.pdf.

UNECE (1991). *Convention on Environmental Impact Assessment in a Transboundary Context*. United Nations Economic Commission for Europe, Geneva, Switzerland, Available at: http://www.unece.org/fileadmin/DAM/env/eia/documents/legaltexts/conventiontextenglish.pdf.

UNEP (1992). *Rio Declaration on Environment and Development*. United Nations Environment Programme, Nairobi, Kenya, Available at: http://www.unep.org/Documents.Multilingual/Default.asp?documentid=78&articleid=1163.

UNEP (2008). *Reforming Energy Subsidies: Opportunities to Contribute to the Climate Change Agenda*. United Nations Environment Programme, Nairobi, Kenya, 34 pp. Available at: http://www.unep.org/pdf/pressreleases/reforming_energy_subsidies.pdf.

UNEP (2009). *Climate and Trade Policies in a Post-2012 World*. United Nations Environment Programme, Nairobi, Kenya, Available at: http://www.unep.org/climatechange/Portals/5/documents/ClimateAndTradePoliciesPost2012_en.pdf.

UNEP (2010). *The Emissions Gap Report: Are the Copenhagen Accord Pledges Sufficient to Limit Global Warming to 2°C or 1.5°C? A Preliminary Assessment*. United Nations Environment Programme, Nairobi, Kenya, 52 pp. Available at: http://www.unep.org/publications/ebooks/emissionsgapreport/pdfs/GAP_REPORT_SUNDAY_SINGLES_LOWRES.pdf.

UNEP (2011). *Bridging the Emissions Gap*. United Nations Environment Programme, Nairobi, Kenya, Available at: http://www.unep.org/publications/ebooks/bridgingemissionsgap/.

UNEP (2012). *The Emissions Gap Report 2012: A UNEP Synthesis Report*. United Nations Environment Programme, Nairobi, Kenya, 62 pp. Available at: http://www.unep.org/pdf/2012gapreport.pdf.

UNEP (2013a). Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants. *About*. Available at: http://www.unep.org/ccac.

UNEP (2013b). *The Emissions Gap Report 2013: A UNEP Synthesis Report*. United Nations Environment Programme, Nairobi, Kenya, 64 pp. Available at: http://www.unep.org/publications/ebooks/emissionsgapreport2013/portals/50188/EmissionsGapReport%202013_high-res.pdf.

UNFCCC (1992). *United Nations Framework Convention on Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/files/essential_background/background_publications_htmlpdf/application/pdf/conveng.pdf.

UNFCCC (1998). *Kyoto Protocol to the United Nations Framework Convention on Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/convkp/kpeng.pdf.

UNFCCC (2001). *Report of the Conference of the Parties on Its Seventh Session, Held at Marrakesh from 29 October to 10 November 2001*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/cop7/13a01.pdf.

UNFCCC (2007a). *Decision 1/CP.13: Bali Action Plan*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2007/cop13/eng/06a01.pdf#page=3.

UNFCCC (2007b). *Investment and Financial Flows to Address Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/files/cooperation_and_support/financial_mechanism/application/pdf/background_paper.pdf.

UNFCCC (2009a). *Decision 2/CP.15: Copenhagen Accord*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2009/cop15/eng/11a01.pdf#page=4.

UNFCCC (2009b). *Synthesis Report on the Implementation of the Framework for Capacity-Building in Developing Countries*. UNFCCC Subsidiary Body for Implementation, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2009/sbi/eng/10.pdf.

UNFCCC (2009c). *Synthesis of Experiences and Lessons Learned in the Use of Performance Indicators for Monitoring and Evaluating Capacity-Building at the National and Global Levels*. UNFCCC Subsidiary Body for Implementation, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2009/sbi/eng/05.pdf.

UNFCCC (2010). *Decision 1/CP.16: The Cancun Agreements: Outcome of the Work of the Ad Hoc Working Group on Long-Term Cooperative Action under the Convention*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2010/cop16/eng/07a01.pdf#page=2.

UNFCCC (2011a). *Decision 1/CP.17: Establishment of an Ad Hoc Working Group on the Durban Platform for Enhanced Action*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2011/cop17/eng/09a01.pdf#page=2.

UNFCCC (2011b). *Quantified Economy-Wide Emission Reduction Targets by Developed Country Parties to the Convention: Assumptions, Conditions and Comparison of the Level of Emission Reduction Efforts*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2011/tp/01.pdf.

UNFCCC (2011c). *Synthesis Report on the Composition Of, and Modalities and Procedures For, the Adaptation Committee, Including Linkages with Other Relevant Institutional Arrangements*. United Nations Framework Convention on Climate Change, Bonn, Germany, 20 pp. Available at: http://unfccc.int/resource/docs/2011/awglca14/eng/03.pdf.

UNFCCC (2012a). Finance Portal for Climate Change. Available at: http://unfccc.int/pls/apex/f?p=116:1:1835562615266858.

UNFCCC (2012b). Time series—Annex I. Available at: http://unfccc.int/ghg_data/ghg_data_unfccc/time_series_annex_i/items/3814.php.

UNFCCC (2012c). *Report of the Conference of the Parties Serving as the Meeting of the Parties to the Kyoto Protocol on Its Seventh Session, Held in Durban from 28 November to 11 December 2011: Addendum: Part Two: Action Taken by the Conference of the Parties Serving as the Meeting of the Parties to the Kyoto Protocol at Its Seventh Session*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2011/cmp7/eng/10a01.pdf#page=11.

UNFCCC (2012d). *Outcome of the Work of the Ad Hoc Working Group on Further Commitments for Annex I Parties under the Kyoto Protocol*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2012/cmp8/eng/l09.pdf.

UNFCCC (2013a). *Decision 3/CP.18: Approaches to Address Loss and Damage Associated with Climate Change Impacts in Developing Countries That Are Particularly Vulnerable to the Adverse Effects of Climate Change to Enhance Adaptive Capacity*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2012/cop18/eng/08a01.pdf.

UNFCCC (2013b). *Report of the Conference of the Parties on Its Eighteenth Session, Held in Doha from 26 November to 8 December 2012; Addendum: Part Two: Action Taken by the Conference of the Parties at Its Eighteenth Session*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2012/cop18/eng/08a01.pdf.

UNFCCC (2013c). *Compilation of Information on Nationally Appropriate Mitigation Actions to Be Implemented by Developing Country Parties*. United Nations Framework Convention on Climate Change, Bonn, Germany, Available at: http://unfccc.int/resource/docs/2013/sbi/eng/inf12r02.pdf.

UNFCCC (2013d). Emission Reduction Units (ERUs) issued (by Host Party, Track, and Year). *UNFCCC*. Available at: http://ji.unfccc.int/statistics/2013/ERU_Issuance.pdf.

UNFCCC (2014). Clean Development Mechanism. *United Nations Framework Convention on Climate Change*, Bonn, Germany, Available at: http://cdm.unfccc.int.

UNHRC (2008). *Human Rights and Climate Change*. United Nations Human Rights Council, Geneva, Switzerland, Available at: http://ap.ohchr.org/documents/E/HRC/resolutions/A_HRC_RES_7_23.pdf.

United Nations (2002). *United Nations Treaties and Principles on Outer Space: Text of Treaties and Principles Governing the Activities of States in the Exploration and Use of Outer Space, Adopted by the United Nations General Assembly.* United Nations, New York, ISBN: 9211009006 9789211009002.

Upadhyaya, P. (2012). *Scaling up Carbon Markets in Developing Countries Post-2012: Are NAMAs the Way Forward?* Ecologic Institute, Berlin, Germany, Available at: http://www.ecologic.eu/4504.

Urpelainen J. (2012). Strategic problems in North–South climate finance: Creating joint gains for donors and recipients. *Environmental Science & Policy* 21, 14–23. doi: 10.1016/j.envsci.2012.03.001, ISSN: 1462-9011.

Urueña R. (2008). Risk and randomness in international legal argumentation. *Leiden Journal of International Law* 21, 787–822. doi: 10.1017/S0922156508005396.

US Department of State (2002). *Handbook of the Antarctic Treaty System* (H. Cohen, Ed.). US Department of State, Washington D.C., Available at: http://www.state.gov/e/oes/rls/rpts/ant/.

Vanderheiden S. (2008). *Atmospheric Justice: A Political Theory of Climate Change*. Oxford University Press, Oxford and New York, ISBN: 978-0199733125.

Veel P-E. (2009). Carbon tariffs and the WTO: An evaluation of feasible policies. *Journal of International Economic Law* 12, 749–800. doi: 10.1093/jiel/jgp031, ISSN: 1369-3034, 1464–3758.

Velders G.J.M., S.O. Andersen, J.S. Daniel, D.W. Fahey, and M. McFarland (2007). The importance of the Montreal Protocol in protecting climate. *Proceedings of the National Academy of Sciences* 104, 4814–4819. doi: 10.1073/pnas.0610328104.

Velders G.J.M., A.R. Ravishankara, M.K. Miller, M.J. Molina, J. Alcamo, J.S. Daniel, D.W. Fahey, S.A. Montzka, and S. Reimann (2012). Preserving Montreal Protocol climate benefits by limiting HFCs. *Science* 335, 922–923. doi: 10.1126/science.1216414, ISSN: 0036-8075, 1095–9203.

Verheyen R. (2005). *Climate Change Damage and International Law: Prevention Duties and State Responsibility*. Brill Academic Pub, Leiden, ISBN: 9004146504.

Vezirgiannidou S.-E. (2009). The climate change regime post-Kyoto: Why compliance is important and how to achieve it. *Global Environmental Politics* 9, 41–63. doi: 10.1162/glep.2009.9.4.41.

Victor D.G. (1995). *Design Options for Article 13 of the Framework Convention on Climate Change: Lessons from the GATT Dispute Panel System*. International Institute for Applied Systems Analysis, Available at: http://econpapers.repec.org/paper/wopiasawp/er95001.htm.

Victor D.G. (2004). *The Collapse of the Kyoto Protocol and the Struggle to Slow Global Warming*. Prince, Princeton, NJ, 224 pp. ISBN: 9780691120263.

Victor D.G. (2008). On the regulation of geoengineering. *Oxford Review of Economic Policy* 24, 322–336. doi: 10.1093/oxrep/grn018.

Victor D.G. (2010). Climate accession deals: New strategies for taming growth of greenhouse gases in developing countries. In: *Post-Kyoto International Climate Policy: Implementing Architectures for Agreement*. J.E. Aldy, R.N. Stavins, (eds.), Cambridge University Press, Cambridge, UK, pp. 618–648. ISBN: 978-0521137850.

Victor D.G. (2011). *Global Warming Gridlock: Creating More Effective Strategies for Protecting the Planet*. Cambridge University Press, Cambridge, ISBN: 9780521865012 0521865018.

Victor D.G., J.C. House, and S. Joy (2005). A Madisonian approach to climate policy. *Science* 309, 1820–1821. doi: 10.1126/science.1113180, ISSN: 0036-8075, 1095–9203.

Victor D.G., M.G. Morgan, J. Apt, J. Steinbruner, and K. Rich (2009). The geoengineering option. *Foreign Affairs* 88, 64–76.

La Viña A.G.M. (2010). *Ways Forward after Copenhagen: Reflections on the Climate Change Negotiating Processes by the REDD-plus Facilitator. Paper for FIELD*. FIELD (Foundation for International Environmental Law and Development), London, 6 pp. Available at: http://www.field.org.uk/files/AT_La_Vina_Copenhagen_reflections_FIELD_Feb_10.pdf.

Vine E. (2012). Adaptation of California's electricity sector to climate change. *Climatic Change* 111, 75–99. doi: 10.1007/s10584-011-0242-2, ISSN: 0165-0009, 1573–1480.

Virgoe J. (2009). International governance of a possible geoengineering intervention to combat climate change. *Climatic Change* 95, 103–119. doi: 10.1007/s10584-008-9523-9.

Virji H., J. Padgham, and C. Seipt (2012). Capacity building to support knowledge systems for resilient development—Approaches, actions, and needs. *Current Opinion in Environmental Sustainability* 4, 115–121. doi: 10.1016/j.cosust.2012.01.005, ISSN: 18773435.

Vlachou A., and C. Konstantinidis (2010). Climate change: The political economy of Kyoto flexible mechanisms. *Review of Radical Political Economics* 42, 32–49. doi: 10.1177/0486613409357179, ISSN: 0486-6134, 1552–8502.

Vöhringer F., T. Kuosmanen, and R. Dellink (2006). How to attribute market leakage to CDM projects. *Climate Policy* 5, 503–516. doi: 10.1080/14693062.2006.9685574.

Van Vuuren D.P., M.G.J. den Elzen, J. van Vliet, T. Kram, P. Lucas, and M. Isaac (2009). Comparison of different climate regimes: the impact of broadening participation. *Energy Policy* 37, 5351–5362. doi: 10.1016/j.enpol.2009.07.058, ISSN: 0301-4215.

Wagner U.J. (2001). The design of stable international environmental agreements: Economic theory and political economy. *Journal of Economic Surveys* 15, 377–411. doi: 10.1111/1467-6419.00143.

Waltz K.N. (1979). *Theory of International Politics*. Random House, New York, 251 pp. ISBN: 0394349423.

Wang B. (2010). Can CDM bring technology transfer to China?--An empirical study of technology transfer in China's CDM projects. *Energy Policy* 38, 2572–2585. doi: 10.1016/j.enpol.2009.12.052.

Wang-Helmreich, H., W. Sterk, T. Wehnert, and C. Arens (2011). *Current Developments in Pilot Nationally Appropriate Mitigation Action Plans (NAMAs)*. Wuppertal Institute for Climate, Environment and Energy, Wuppertal, Germany, Available at: http://www.jiko-bmu.de/english/background_information/publications/doc/1044.php.

Wara M. (2008). Measuring the Clean Development Mechanism's performance and potential. *UCLA Law Review* **55**, 1759–1803. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1086242.

Ward H. (1993). Game theory and the politics of the global commons. *Journal of Conflict Resolution* **37**, 203–235. doi: 10.1177/0022002793037002001.

WBGU (2009). *Solving the Climate Dilemma: The Budget Approach*. WGBU (German Advisory Council on Global Change), Berlin, 54 pp. Available at: http://www.wbgu.de/fileadmin/templates/dateien/veroeffentlichungen/sondergutachten/sn2009/wbgu_sn2009_en.pdf.

WCED (1987). *Report of the World Commission on Environment and Development: Our Common Future*. Oxford University Press, Oxford, ISBN: 978-0192820808.

WCI (2007). *Western Climate Initiative: Statement of Regional Goal*. Western Climate Initiative, Sacramento, CA, Available at: http://www.swenergy.org/news/news/documents/file/2007–08-Western_Climate_Initiative.pdf.

Webster M., I. Sue Wing, and L. Jakobovits (2010). Second-best instruments for near-term climate policy: Intensity targets vs. the safety valve. *Journal of Environmental Economics and Management* **59**, 250–259. doi: 10.1016/j.jeem.2010.01.002, ISSN: 0095-0696.

Weikard H.-P., R. Dellink, and E. van Ierland (2010). Renegotiations in the Greenhouse. *Environmental and Resource Economics* **45**, 573–596. doi: 10.1007/s10640-009-9329-x, ISSN: 0924-6460, 1573–1502.

Weischer L., J. Morgan, and M. Patel (2012). Climate clubs: Can small groups of countries make a big difference in addressing climate change? *Review of European Community & International Environmental Law* **21**, 177–192. doi: 10.1111/reel.12007, ISSN: 1467-9388.

Weitzman M.L. (2007). A review of the Stern Review on the Economics of Climate Change. *Journal of Economic Literature* **45**, 703–724. doi: 10.1257/002205107783217861.

Weitzman M.L. (2009). On modeling and interpreting the economics of catastrophic climate change. *The Review of Economics and Statistics* **91**, 1–19. doi: 10.1162/rest.91.1.1.

Weitzman M.L. (2011). Fat-tailed uncertainty in the economics of catastrophic climate change. *Review of Environmental Economics and Policy* **5**, 275–292. doi: 10.1093/reep/rer006, ISSN: 1750-6816, 1750–6824.

Werksman J. (1999). Greenhouse gas emissions trading and the WTO. *Review of European Community & International Environmental Law* **8**, 251–264. doi: 10.1111/1467-9388.00209, ISSN: 1467-9388.

Werksman J. (2009). "Taking note" of the Copenhagen Accord: What it means. *World Resources Institute: Home/ News/ Climate, Energy & Transport*. Available at: http://www.wri.org/stories/2009/12/taking-note-copenhagen-accord-what-it-means.

Werksman J. (2010). Legal symmetry and legal differentiation under a future deal on climate change. *Climate Policy* **10**, 672–677. doi: 10.3763/cpol.2010.0150.

Werksman J., K.A. Baumert, and N.K. Dubash (2001). *Will International Investment Rules Obstruct Climate Protection Policies?* World Resources Institute, Washington D.C., 20 pp.

Werksman J., J.A. Bradbury, and L. Weischer (2009). *Trade Measures and Climate Change: Searching for Common Ground on an Uneven Playing Field*. World Resources Institute, Washington D.C., 13 pp.

Werksman J., and K. Herbertson (2010). Aftermath of Copenhagen: Does international law have a role to play in a global response to climate change. *Maryland Journal of International Law* **25**, 109. Available at: http://heinonline.org/HOL/Page?handle=hein.journals/mljilt25&id=113&div=&collection=journals.

Whalley J. (2011). What role for trade in a post-2012 global climate policy regime. *The World Economy* **34**, 1844–1862. doi: 10.1111/j.1467-9701.2011.01422.x, ISSN: 1467-9701.

Wiener J.B. (1999). Global environmental regulation: Instrument choice in legal context. *Yale Law Journal* **108**, 677–800. Available at: http://www.jstor.org/stable/797394.

Wiener J. (2007). Precaution. In: *The Oxford Handbook of International Environmental Law*. D. Bodansky, J. Brunnée, E. Hey, (eds.), Oxford University Press, New York, pp. 597–612. ISBN: 978-0199269709.

Wiener J. (2009). Property and prices to protect the planet. *Duke Journal of Comparative & International Law* **19**, 515–534. Available at: http://scholarship.law.duke.edu/faculty_scholarship/2227/.

Winkler H. (2004). National policies and the CDM: Avoiding perverse incentives. *Journal of Energy in Southern Africa* **15**, 118–122. Available at: http://www.erc.uct.ac.za/Research/publications/04Winkler_National_Policies_CSM.pdf.

Winkler H. (2008). Measurable, reportable and verifiable: The keys to mitigation in the Copenhagen deal. *Climate Policy* **8**, 534–547. doi: 10.3763/cpol.2008.0583, ISSN: 14693062, 17527457.

Winkler H. (2010). An architecture for long-term climate change: North-South cooperation based on equity and common but differentiated responsibilities. In: *Global Climate Governance Beyond 2012: Architecture, Agency and Adaptation*. F. Biermann, P. Pattberg, F. Zelli, (eds.), Cambridge University Press, Cambridge, UK, pp. 97–115. ISBN: 9780521190114.

Winkler H., K. Baumert, O. Blanchard, S. Burch, and J. Robinson (2007). What factors influence mitigative capacity? *Energy Policy* **35**, 692–703. doi: 10.1016/j.enpol.2006.01.009, ISSN: 0301-4215.

Winkler H., and J. Beaumont (2010). Fair and effective multilateralism in the post-Copenhagen climate negotiations. *Climate Policy* **10**, 638–654. doi: 10.3763/cpol.2010.0130.

Winkler H., T. Jayaraman, J. Pan, A. Santhiago de Oliveira, Y. Zhang, G. Sant, J.D. Gonzalez Miguez, T. Letete, A. Marquard, and S. Raubenheimer (2011). *Equitable Access to Sustainable Development: Contribution to the Body of Scientific Knowledge*. BASIC Expert Group, Beijing, Brasilia, Cape Town and Mumbai,

Winkler H., T. Letete, and A. Marquard (2013). Equitable access to sustainable development: Operationalizing key criteria. *Climate Policy* **13**, 411–432. doi: 10.1080/14693062.2013.777610, ISSN: 1469-3062.

Winkler H., and A. Marquard (2011). Analysis of the economic implications of a carbon tax. *Journal of Energy in Southern Africa* **22**, 55–68. Available at: http://www.erc.uct.ac.za/jesa/volume22/22–1jesa-Winklermarquard.pdf.

Winkler H., and L. Rajamani (2013). CBDR&RC in a regime applicable to all. *Climate Policy* **0**, 1–20. doi: 10.1080/14693062.2013.791184, ISSN: 1469-3062.

Winkler H., and S. Vorster (2007). Building bridges to 2020 and beyond: The road from Bali. *Climate Policy* **7**, 240–254. doi: 10.1080/14693062.2007.9685652.

Winkler H., S. Vorster, and A. Marquard (2009). Who picks up the remainder? Mitigation in developed and developing countries. *Climate Policy* **9**, 634–651. doi: 10.3763/cpol.2009.0664.

Woerdman E. (2000). Implementing the Kyoto protocol: Why JI and CDM show more promise than international emissions trading. *Energy Policy* **28**, 29–38. doi: 10.1016/S0301-4215(99)00094-4, ISSN: 0301-4215.

Wood P.J. (2011). Climate change and game theory. *Annals of the New York Academy of Sciences* **1219**, 153–170. doi: 10.1111/j.1749-6632.2010.05891.x, ISSN: 1749-6632.

Wooders P., J. Reinaud, and A. Cosbey (2009). *Options for Policy-Makers: Addressing Competitiveness, Leakage and Climate Change*. Internatoinal Institute for Sustainable Development, Winnipeg, Canada, Available at: http://www.iisd.org/pdf/2009/bali_2_copenhagen_bcas.pdf.

World Bank (2008a). *International Trade and Climate Change: Economic, Legal, and Institutional Perspectives*. World Bank Publications, Washington, DC, ISBN: 978-0821372258.

World Bank (2008b). *Global Economic Prospects: Technology Diffusion in the Developing World*. Washington, DC, Available at: http://siteresources.world-bank.org/INTGEP2008/Resources/complete-report.pdf.

World Bank (2008c). *Climate Change and the World Bank Group—Phase I : An Evaluation of World Bank Win-Win Energy Policy Reforms*. World Bank, Washington, DC, Available at: https://openknowledge.worldbank.org/handle/10986/10594.

World Bank (2010). *World Development Report 2010: Development and Climate Change*. The International Bank for Reconstruction and Development, Washington, DC, ISBN: 978-0821379875.

World Bank (2013). World DataBank. *World Bank*. Available at: http://databank.worldbank.org/data/home.aspx.

WPCCC, and RME (2010). *Peoples Agreement*. WPCCC (World People's Conference on Climate Change), RME (Rights of Mother Earth), Cochabamba, Bolivia, Available at: http://pwccc.wordpress.com/support/.

WRI (2012). Climate analysis indicators tool (CAIT), Version 9.0. *World Resources Institute*. Available at: http://cait.wri.org.

WTO (1994). *Decision on Trade and the Environment*. World Trade Organization, Geneva, Switzerland, 2 pp. Available at: http://www.wto.org/english/docs_e/legal_e/56-dtenv.pdf.

WTO (2010). *China—Measures Concerning Wind Power Equipment*. Available at: http://www.wto.org/english/tratop_e/dispu_e/cases_e/ds419_e.htm.

WTO (2011). *Canada—Certain Measures Affecting the Renewable Energy Generation Sector*. Available at: http://www.wto.org/english/tratop_e/dispu_e/cases_e/ds412_e.htm.

Yamada K., and M. Fujimori (2012). Current status and critical issues of the CDM. In: *Climate Change Mitigation and Development Cooperation*. T. Toyota, R. Fujikura, (eds.), Routledge, Oxford, pp. 37–48. ISBN: 978-0415508643.

Yamin F., and J. Depledge (2004). *The International Climate Change Regime: A Guide to Rules, Institutions and Procedures*. Cambridge University Press, Cambridge, UK, 730 pp. ISBN: 0521840899, 9780521840897.

Yohe G.W. (2001). Mitigative capacity—the mirror image of adaptive capacity on the emissions side. *Climatic Change* **49**, 247–262. doi: 10.1023/A:1010677916703, ISSN: 0165-0009, 1573–1480.

Young M.A. (2011). *Trading Fish, Saving Fish: The Interaction Between Regimes in International Law*. Cambridge University Press, Cambridge, UK, ISBN: 9780521765725 0521765722.

Yuan J., Y. Hou, and M. Xu (2012). China's 2020 carbon intensity target: Consistency, implementations, and policy implications. *Renewable and Sustainable Energy Reviews* **16**, 4970–4981. doi: 10.1016/j.rser.2012.03.065, ISSN: 1364-0321.

Zaelke D., S.O. Andersen, and N. Borgford-Parnell (2012). Strengthening Ambition for Climate Mitigation: The Role of the Montreal Protocol in Reducing Short-lived Climate Pollutants. *Review of European Community & International Environmental Law* **21**, 231–242. doi: 10.1111/reel.12010, ISSN: 1467-9388.

Zelli F. (2011). The fragmentation of the global climate governance architecture. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 255–270. doi: 10.1002/wcc.104, ISSN: 17577780.

Zhang Z. (2011). Assessing China's carbon intensity pledge for 2020: Stringency and credibility issues and their implications. *Environmental Economics and Policy Studies* **13**, 219–235. doi: 10.1007/s10018-011-0012-4, ISSN: 1432-847X, 1867–383X.

Zhang Z. (2012). Climate change meets trade in promoting green growth: Potential conflicts and synergies. KDI/EWC series on Economic Policy. In: *Responding to Climate Change Global: Experiences and the Korean Perspective*. ElgarOnline, Cheltenham, UK ISBN: 9780857939951.

Zhao J. (2002). The Multilateral Fund and China's compliance with the Montreal Protocol. *The Journal of Environment & Development* **11**, 331–354. doi: 10.1177/1070496502238661, ISSN: 1070-4965, 1552–5465.

Zhao J. (2005). Implementing international environmental treaties in developing countries: China's compliance with the Montreal Protocol. *Global Environmental Politics* **5**, 58–81. doi: 10.1162/1526380053243512, ISSN: 1526-3800.

**13**

# 14

# Regional Development and Cooperation

**Coordinating Lead Authors:**
Shardul Agrawala (France), Stephan Klasen (Germany)

**Lead Authors:**
Roberto Acosta Moreno (Cuba), Leonardo Barreto-Gomez (Colombia/Austria), Thomas Cottier (Switzerland), Alba Eritrea Gámez-Vázquez (Mexico), Dabo Guan (China/UK), Edgar E. Gutierrez-Espeleta (Costa Rica), Leiwen Jiang (China/USA), Yong Gun Kim (Republic of Korea), Joanna Lewis (USA), Mohammed Messouli (Morocco), Michael Rauscher (Germany), Noim Uddin (Bangladesh/Australia), Anthony Venables (UK)

**Contributing Authors:**
Christian Flachsland (Germany), Kateryna Holzer (Ukraine/Switzerland), Joanna I. House (UK), Jessica Jewell (IIASA/USA), Brigitte Knopf (Germany), Peter Lawrence (USA), Axel Michaelowa (Germany/Switzerland), Victoria Schreitter (France/Austria)

**Review Editors:**
Volodymyr Demkine (Kenya/Ukraine), Kirsten Halsnaes (Denmark)

**Chapter Science Assistants:**
Iris Butzlaff (Germany), Nicole Grunewald (Germany)

This chapter should be cited as:

Agrawala S., S. Klasen, R. Acosta Moreno, L. Barreto, T. Cottier, D. Guan, E.E. Gutierrez-Espeleta, A.E. Gámez Vázquez, L. Jiang, Y.G. Kim, J. Lewis, M. Messouli, M. Rauscher, N. Uddin, and A. Venables, 2014: Regional Development and Cooperation. In: Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**14**

# Contents

Executive Summary............................................................................................. 1086

14.1   Introduction ............................................................................................. 1088

   14.1.1   Overview of issues ........................................................................... 1088

   14.1.2   Why regions matter.......................................................................... 1089

   14.1.3   Sustainable development and mitigation capacity at the regional level ................... 1090
            14.1.3.1   The ability to adopt new technologies............................................. 1090

14.2   Low-carbon development at the regional level: opportunities and barriers...................... 1093

14.3   Development trends and their emission implications at the regional level ...................... 1093

   14.3.1   Overview of trends in GHG emissions and their drivers by region......................... 1093

   14.3.2   Energy and development ...................................................................... 1094
            14.3.2.1   Energy as a driver of regional emissions........................................... 1094
            14.3.2.2   Opportunities and barriers at the regional level for low-carbon development
                       in the energy sector........................................................... 1098

   14.3.3   Urbanization and development ................................................................ 1099
            14.3.3.1   Urbanization as a driver of regional emissions..................................... 1099
            14.3.3.2   Opportunities and barriers at the regional level for low-carbon development in urbanization ..... 1100

   14.3.4   Consumption and production patterns in the context of development.......................... 1101
            14.3.4.1   Consumption as a driver of regional emissions growth .............................. 1101
            14.3.4.2   Embodied emission transfers between world regions ................................. 1102
            14.3.4.3   Opportunities and barriers at the regional level for low-carbon development in
                       consumption patterns.......................................................... 1104

   14.3.5   Agriculture, forestry, and other land-use options for mitigation ......................... 1104

   14.3.6   Technology transfer, low-carbon development, and opportunities for leapfrogging.................... 1106
            14.3.6.1   Examining low-carbon leapfrogging across and within regions........................ 1107
            14.3.6.2   Regional approaches to promote technologies for low-carbon development..................... 1107

   14.3.7   Investment and finance, including the role of public and private sectors and
            public private partnerships ................................................................ 1109
            14.3.7.1   Participation in climate-specific policy instruments related to financing.................. 1109

**14.4     Regional cooperation and mitigation: opportunities and barriers**.................................1110

    **14.4.1     Regional mechanisms: conceptual** ........................................................1110

    **14.4.2     Existing regional cooperation processes and their mitigation impacts**..................1111
        14.4.2.1     Climate specific regional initiatives...................................................1111
        14.4.2.2     Regional cooperation on energy.......................................................1114
        14.4.2.3     Climate change cooperation under regional trade agreements .......................1117
        14.4.2.4     Regional examples of cooperation schemes where synergies between adaptation and
                 mitigation are important.........................................................1118

    **14.4.3     Technology-focused agreements and cooperation within and across regions**...........1119
        14.4.3.1     Regional technology-focused agreements..............................................1119
        14.4.3.2     Inter-regional technology-focused agreements........................................1120
        14.4.3.3     South-South technology cooperation agreements......................................1121
        14.4.3.4     Lessons learned from regional technology agreements ...............................1121

    **14.4.4     Regional mechanisms for investments and finance** .......................................1122
        14.4.4.1     Regional and sub-regional development banks and related mechanisms..................1122
        14.4.4.2     South-South climate finance...........................................................1122

**14.5     Taking stock and options for the future** ....................................................1122

**14.6     Gaps in knowledge and data**................................................................1122

**14.7     Frequently Asked Questions**................................................................1123

**References** ...................................................................................1124

# Executive Summary

**Regional cooperation already is a powerful force in the global economy** (*medium evidence, high agreement*). This is reflected in numerous agreements related to trade and technology cooperation, as well as trans-boundary agreements related to water, energy, transport, etc. As a result, there is growing interest in regional cooperation as a means of achieving mitigation objectives. A regional perspective (where regions are defined primarily geographically, with further differentiation related to economic proximity) recognizes differences in the opportunities and barriers for mitigation, opportunities for joint action on mitigation and common vulnerabilities, and assesses what regional cooperation can and has already achieved in terms of mitigation. Regional cooperation can provide a linkage between global and national/subnational action on climate change and can also complement national and global action. [Section 14.1.2, 14.4.1]

**Regions can be defined in many different ways depending upon the context.** Mitigation challenges are often differentiated by region, based on their levels of development. For the analysis of greenhouse gas (GHG) projections, as well as of climate change impacts, regions are typically defined in geographical terms. Regions can also be defined at a supra-national or sub-national level. This chapter defines regions as supra-national regions (sub-national regions are examined in Chapter 15). Ten regions are defined based on a combination of proximity in terms of geography and levels of economic and human development: East Asia (China, Korea, Mongolia) (EAS); Economies in Transition (Eastern Europe and former Soviet Union) (EIT); Latin America and Caribbean (LAM); Middle East and North Africa (MNA); North America (USA, Canada) (NAM); Pacific Organisation for Economic Co-operation and Development 1990 (Japan, Australia, New Zealand) (POECD); South-East Asia and Pacific (PAS); South Asia (SAS); sub-Saharan Africa (SSA); Western Europe (WEU). Where appropriate, we also examine the category of least-developed countries (LDC), which combines 33 countries in SSA, 5 in SAS, 9 in PAS, and one each in LAM and the MNA, and which are classified as such by the United Nations based on their low incomes, low human assets, and high economic vulnerabilities. We also examine regional cooperation initiatives through actual examples that bear upon mitigation objectives, which do not typically conform to the above listed world regions. [14.1.2]

**There is considerable heterogeneity across and within regions in terms of opportunities, capacity, and financing of climate action, which has implications for the potential of different regions to pursue low-carbon development** (*high confidence*). Several multi-model exercises have explored regional approaches to mitigation. In general, these regional studies find that the costs of climate stabilization for an individual region will depend on the baseline development of regional emission and energy-use and energy-pricing policies, the mitigation requirement, the emissions reduction potential of the region, and terms of trade effects of climate policy, particularly in energy markets. [14.1.3, 14.2]

**At the same time, there is a mismatch between opportunities and capacities to undertake mitigation** (*medium confidence*). The regions with the greatest potential to leapfrog to low-carbon development trajectories are the poorest developing regions where there are few lock-in effects in terms of modern energy systems and urbanization patterns. However, these regions also have the lowest financial, technological, and human capacities to embark on such low-carbon development paths and their cost of waiting is high due to unmet energy and development needs. Emerging economies already have more lock-in effects but their rapid build-up of modern energy systems and urban settlements still offers substantial opportunities for low-carbon development. Their capacity to reorient themselves to low-carbon development strategies is higher, but also faces constraints in terms of finance, technology, and the high cost of delaying the installation of new energy capacity. Lastly, industrialized economies have the largest lock-in effects, but the highest capacities to reorient their energy, transport, and urbanizations systems towards low-carbon development. [14.1.3, 14.3.2]

**Heterogeneity across and within regions is also visible at a more disaggregated level in the energy sector** (*high confidence*). Access to energy varies widely across regions, with LDC and SSA being the most energy-deprived regions. These regions emit less $CO_2$, but offer mitigation opportunities from future sustainable energy use. Regional cooperation on energy takes different forms and depends on the degree of political cohesion in a region, the energy resources available, the strength of economic ties between participating countries, their institutional and technical capacity, political will and the available financial resources. Regional cooperation on energy offers a variety of mitigation and adaptation options, through instruments such as harmonized legalization and regulation, energy resources and infrastructure sharing (e.g., through power pools), joint development of energy resources (e.g., hydropower in a common river basin), and know-how transfer. As regional energy cooperation instruments interact with other policies, notably those specifically addressing climate change, they may affect their ability to stimulate investment in low-carbon technologies and energy efficiency. Therefore, there is a need for coordination between these energy cooperation and regional/national climate policy instruments. In this context, it is also important to consider spillovers on energy that may appear due to trade. While mitigation policy would likely lead to lower import dependence for energy importers, it can also devalue endowments of fossil fuel exporting countries (with differences between regions and fuels). While the effect on coal exporters is expected to be negative in the short- and long-term, as policies could reduce the benefits of using coal, gas exporters could benefit in the medium-term as coal is replaced by gas. The overall impact on oil is more uncertain. [14.3.2, 14.4.2]

**The impact of urbanization on carbon emissions also differs remarkably across regions** (*high confidence*). This is due to the regional variations in the relationship between urbanization, economic growth, and industrialization. Developing regions and their cities have significantly higher energy intensity than developed regions, partly

due to different patterns and forms of urban settlements. Therefore, regional cooperation to promote environmentally friendly technology, and to follow sustainably socioeconomic development pathways, can induce great opportunities and contribute to the emergence of low-carbon societies. [14.3.3]

**In terms of consumption and production of GHG emissions, there is great heterogeneity in regional GHG emissions in relation to the population, sources of emissions and gross domestic product (GDP)** (*high confidence*). In 2010, NAM, POECD, EIT, and WEU, taken together, had 20.5 % of the world's population, but accounted for 58.3 % of global GHG emissions, while other regions with 79.5 % of population accounted for 41.7 % of global emissions. If we consider consumption-based emissions, the disparity is even larger with NAM, POECD, EIT, and WEU generating around 65 % of global consumption-based emissions. In view of emissions per GDP (intensity), NAM, POECD and WEU have the lowest GHG emission intensities, while SSA and PAS have high emission intensities and also the highest share of forestry-related emissions. This shows that a significant part of GHG-reduction potential might exist in the forest sector in these developing regions. [14.3.4]

**Regional prospects of mitigation action and low-carbon development from agriculture and land-use change are mediated by their development level and current pattern of emissions** (*medium evidence, high agreement*). Emissions from agriculture, forestry, and other land use (AFOLU) are larger in ASIA (SAS, EAS, and PAS combined) and LAM than in other regions, and in many LDC regions, emissions from AFOLU are greater than from fossil fuels. Emissions were predominantly due to deforestation for expansion of agriculture, and agricultural production (crops and livestock), with net sinks in some regions due to afforestation. Region-specific strategies are needed to allow for flexibility in the face of changing demographics, climate change and other factors. There is potential for the creation of synergies with development policies that enhance adaptive capacity. [14.3.5]

**In addition, regions use different strategies to facilitate technology transfer, low-carbon development, and to make use of opportunities for leapfrogging** (*robust evidence, medium agreement*). Leapfrogging suggests that developing countries might be able to follow more sustainable, low-carbon development pathways and avoid the more emissions-intensive stages of development that were previously experienced by industrialized nations. Time and absorptive capacity, i.e., the ability to adopt, manage, and develop new technologies, have been shown to be a core condition for successful leapfrogging. The appropriateness of different low-carbon pathways depends on the nature of different technologies and the region, the institutional architecture and related barriers and incentives, as well as the needs of different parts of society. [14.3.6, 14.4.3]

**In terms of investment and finance, regional participation in different climate policy instruments varies strongly** (*high confi-*

*dence*). For example, the Clean Development Mechanism (CDM) has developed a distinct pattern of regional clustering of projects and buyers of emission credits, with projects mainly concentrated in Asia and Latin America, while Africa and the Middle East are lagging behind. The regional distribution of the climate change projects of the Global Environment Facility (GEF) is much more balanced than that of the CDM. [14.3.7]

**Regional cooperation for mitigation can take place via climate-specific cooperation mechanisms or existing cooperation mechanisms that are (or can be) climate-relevant.** Climate-specific regional initiatives are forms of cooperation at the regional level that are designed to address mitigation challenges. Climate-relevant initiatives were launched with other objectives, but have potential implications for mitigation at the regional level. [14.4.1]

**Our assessment is that regional cooperation has, to date, only had a limited (positive) impact on mitigation** (*medium evidence, high agreement*). Nonetheless, regional cooperation could play an enhanced role in promoting mitigation in the future, particularly if it explicitly incorporates mitigation objectives in trade, infrastructure, and energy policies, and promotes direct mitigation action at the regional level. [14.4.2, 14.5]

**Most literature suggests that climate-specific regional cooperation agreements in areas of policy have not played an important role in addressing mitigation challenges to date** (*medium confidence*). This is largely related to the low level of regional integration and associated willingness to transfer sovereignty to supranational regional bodies to enforce binding agreements on mitigation. [14.4.2, 14.4.3]

**Even in areas with deep regional integration, economic mechanisms to promote mitigation (including the European Union (EU) Emission Trading Scheme (ETS)) have not been as successful as anticipated in achieving intended mitigation objectives** (*high confidence*). While the EU-ETS has demonstrated that a cross-border cap-and-trade system can work, the persistently low carbon price in recent years has not provided sufficient incentives to motivate additional mitigation action. The low price is related to a number of factors, including the unexpected depth and duration of the economic recession, uncertainty about the long-term emission-reduction targets, import of credits from the CDM, and the interaction with other policy instruments, particularly related to the expansion of renewable energy as well as regulation on energy efficiency. As of the time of this assessment in late 2013, it has proven to be politically difficult to address this problem by removing emission permits temporarily, tightening the cap, or providing a long-term mitigation goal. [14.4.2]

**Climate-specific regional cooperation using binding regulation-based approaches in areas of deep integration, such as EU directives on energy efficiency, renewable energy, and biofuels, have had some impact on mitigation objectives** (*medium confidence*).

**14**

Nonetheless, theoretical models and past experience suggest that there is substantial potential to increase the role of climate-specific regional cooperation agreements and associated instruments, including economic instruments and regulatory instruments. In this context, it is important to consider carbon leakage of such regional initiatives and ways to address it. [14.4.2, 14.4.1]

**In addition, non-climate-related modes of regional cooperation could have significant implications for mitigation, even if mitigation objectives are not a component** (*medium confidence*). Regional cooperation with non-climate-related objectives but possible mitigation implications, such as trade agreements, cooperation on technology, and cooperation on infrastructure and energy, has to date also had negligible impacts on mitigation. Modest impacts have been found on the level of emissions of members of regional preferential trade areas if these agreements are accompanied with environmental agreements. Creating synergies between adaptation and mitigation can increase the cost-effectiveness of climate change actions. Linking electricity and gas grids at the regional level has also had a modest impact on mitigation as it facilitated greater use of low-carbon and renewable technologies; there is substantial further mitigation potential in such arrangements. [14.4.2]

**Despite a plethora of agreements on technology, the impact on mitigation has been negligible to date** (*medium confidence*). A primary focus of regional agreements surrounds the research, development, and demonstration of low-carbon technologies, as well as the development of policy frameworks to promote the deployment of such technologies within different national contexts. In some cases, geographical regions exhibit similar challenges in mitigating climate change, which can serve as a unifying force for regional technology agreements or cooperation on a particular technology. Other regional agreements may be motivated by a desire to transfer technological experience across regions. [14.4.3]

**Regional development banks play a key role in mitigation financing** (*medium confidence*). The regional development banks, the World Bank, the United Nations system, other multilateral institutions, and the reducing emissions from deforestation and degradation (REDD)+ partnership will be crucial in scaling up national appropriate climate actions, e.g., via regional and thematic windows in the context of the Copenhagen Green Climate Fund, such as a possible Africa Green Fund. [14.4.4]

**Going forward, regional mechanisms have considerably greater potential to contribute to mitigation goals than have been realized so far** (*medium confidence*). In particular, these mechanisms have provided different models of cooperation between countries on mitigation, they can help realize joint opportunities in the field of trade, infrastructure, technology, and energy, and they can serve as a platform for developing, implementing, and financing climate-specific regional initiatives for mitigation, possibly also as part of global arrangements on mitigation. [14.5]

# 14.1   Introduction

## 14.1.1   Overview of issues

This chapter provides an assessment of knowledge and practice on regional development and cooperation to achieve climate change mitigation. It will examine the regional trends and dimensions of the mitigation challenge. It will also analyze what role regional initiatives, both with a focus on climate change and in other domains such as trade, can play in addressing these mitigation challenges.

The regional dimension of mitigation was not explicitly addressed in the IPCC Fourth Assessment Report (AR4). Its discussion of policies, instruments, and cooperative agreements (Working Group III AR4, Chapter 13) was focused primarily on the global and national level. However, mitigation challenges and opportunities differ significantly by region. This is particularly the case for the interaction between development/growth opportunities and mitigation policies, which are closely linked to resource endowments, the level of economic development, patterns of urbanization and industrialization, access to finance and technology, and—more broadly—the capacity to develop and implement various mitigation options. There are also modes of regional cooperation, ranging from regional initiatives focused specifically on climate change (such as the emissions trading scheme (ETS) of the European Union (EU)) to other forms of cooperation in the areas of trade, energy, or infrastructure, that could potentially provide a platform for delivering and implementing mitigation policies. These dimensions will be examined in this chapter.

Specifically, this chapter will address the following questions:

- Why is the regional level important for analyzing and achieving mitigation objectives?
- What are the trends, challenges, and policy options for mitigation in different regions?
- To what extent are there promising opportunities, existing examples, and barriers for leapfrogging in technologies and development strategies to low-carbon development paths for different regions?
- What are the interlinkages between mitigation and adaptation at the regional level?
- To what extent can regional initiatives and regional integration and cooperation promote an agenda of low-carbon climate-resilient development? What has been the record of such initiatives, and what are the barriers? Can they serve as a platform for further mitigation activities?

The chapter is organized as follows: after discussing the definition and importance of supra-national regions, sustainable development at the regional level, and the regional differences in mitigation capacities, Section 14.2 will provide an overview of opportunities and barriers for low-carbon development. Section 14.3 will examine current

development patterns and goals and their emission implications at the regional level. In this context, this section will discuss issues surrounding energy and development, urbanization and development, and consumption and production patterns. Section 14.3 will also examine opportunities and barriers for low-carbon development by examining policies and mechanisms for such development-indifferent regions and sectors. Moreover, it will analyze issues surrounding technology transfer, investment, and finance. Section 14.4 will evaluate existing regional arrangements and their impact on mitigation, including climate-specific as well as climate-relevant regional initiatives. In this context, links between mitigation, adaptation and development will be discussed. Also, the experiences of technology transfer and leapfrogging will be evaluated. Section 14.5 will formulate policy options. Lastly, Section 14.6 will outline gaps in knowledge and data related to the issues discussed in this chapter.

The chapter will draw on Chapter 5 on emission trends and drivers, Chapter 6 on transformation pathways, the sectoral Chapters 7–12, and Chapter 16 on investment and finance, by analyzing the region-specific information in these chapters. In terms of policy options, it differs from Chapters 13 and 15 by explicitly focusing on regions as the main entities and actors in the policy arena.

We should note from the outset that there are serious gaps in the peer-reviewed literature on several of the topics covered in this chapter, as the regional dimension of mitigation has not received enough attention or the issues covered are too recent to have been properly analyzed in peer-reviewed literature. We will therefore sometimes draw on grey literature or state the research gaps.

## 14.1.2    Why regions matter

This chapter only examines supra-national regions (i.e., regions in between the national and global level). Sub-national regions are addressed in Chapter 15. Thinking about mitigation at the regional level matters mainly for three reasons:

First, regions manifest vastly different patterns in their level, growth, and composition of GHG emissions, underscoring significant differences in socio-economic contexts, energy endowments, consumption patterns, development pathways, and other underlying drivers that influence GHG emissions and therefore mitigation options and pathways (Section 14.3). For example, low-income countries in sub-Saharan Africa, whose contribution to consumption-based GHG emissions is currently very low, face the challenge to promote economic development (including broader access to modern energy and transport) while encouraging industrialization. Their mitigation challenge relates to choosing among development paths with different mitigation potentials. Due to their tight resource situation and severe capacity constraints, their ability to choose low-carbon development paths and their opportunities to wait for more mitigation-friendly technologies is severely constrained (Collier and Venables, 2012a).

Moreover, these development paths may be costly. Nonetheless, with sufficient access to finance, technologies, and the appropriate institutional environment, these countries might be able to leapfrog to low-carbon development paths that would promote their economic development and contribute to mitigating climate change in the medium to long run. Emerging economies, on the other hand, which are further along the way of carbon-intensive development, are better able to adopt various mitigation options, but their gains from leapfrogging may be relatively smaller. For more rapidly growing economies, the opportunities to follow different mitigation paths are greater, as they are able to quickly install new energy production capacities and build up transport and urban infrastructure. However, once decisions have been made, lock-in effects will make it costly for them to readjust paths. In industrialized countries, the opportunities to leapfrog are small and the main challenge will be to drastically re-orient existing development paths and technologies towards lower-carbon intensity of production and consumption. We call this the 'regional heterogeneity' issue.

Second, regional cooperation is a powerful force in global economics and politics—as manifest in numerous agreements related to trade, technology cooperation, trans-boundary agreements relating to water, energy, transport, and so on. From loose free-trade areas in many developing countries to deep integration involving monetary union in the EU, regional integration has built up platforms of cooperation among countries that could become the central institutional forces to undertake regionally coordinated mitigation activities. Some regions, most notably the EU, already cooperate on mitigation, using a carbon-trading scheme and binding regulations on emissions. Others have focused on trade integration, which might have repercussions on the mitigation challenge. It is critical to examine to what extent these forms of cooperation have already had an impact on mitigation and to what extent they could play a role in achieving mitigation objectives (Section 14.3). We call this the 'regional cooperation and integration issue'.

Third, efforts at the regional level complement local, domestic efforts on the one hand and global efforts on the other hand. They offer the potential of achieving critical mass in the size of markets required to make policies, for example, on border tax adjustment, in exploiting opportunities in the energy sector or infrastructure, or in creating regional smart grids required to distribute and balance renewable energy.

Given the policy focus of this chapter and the need to distinguish regions by their levels of economic development, this chapter adopts regional definitions that are based on a combination of economic and geographic considerations. In particular, the chapter considers the following 10 regions: East Asia (China, Korea, Mongolia) (EAS); Economies in Transition (Eastern Europe and former Soviet Union) (EIT); Latin America and Caribbean (LAM); Middle East and North Africa (MNA); North America (USA, Canada) (NAM); Pacific Organisation for Economic Co-operation and Development (OECD)-1990 members (Japan,

Australia, New Zealand) (POECD); South East Asia and Pacific (PAS); South Asia (SAS); sub-Saharan Africa (SSA); Western Europe (WEU). These regions can, with very minor deviations, readily be aggregated to regions used in scenarios and integrated models. They are also consistent with commonly used World Bank regional classifications, and can be aggregated into the geographic regions used by WGII. However, if dictated by the reviewed literature, in some cases other regional classifications are used. Regional cooperation initiatives define regions by membership of these ventures. The least-developed countries (LDC) region is orthogonal to the above regional definitions and includes countries from SSA, SAS, PAS, and LAM.

### 14.1.3    Sustainable development and mitigation capacity at the regional level

Sustainable development refers to the aspirations of regions to attain a high level of well-being without compromising the opportunities of future generations. Climate change relates to sustainable development because there might be tradeoffs between development aspirations and mitigation. Moreover, limited economic resources, low levels of technology, poor information and skills, poor infrastructure, unstable or weak institutions, and inequitable empowerment and access to resources compromise the capacity to mitigate climate change. They will also pose greater challenges to adapt to climate change and lead to higher vulnerability (IPCC, 2001).

Figure 14.1 shows that regions differ greatly in development outcomes such as education, human development, unemployment, and poverty. In particular, those regions with the lowest level of per capita emissions also tend to have the worst human development outcomes. Generally, levels of adult education (Figure 14.1b), life expectancy (Figure 14.1c), poverty, and the Human Development Index (Figure 14.1d) are particularly low in SSA, and also in LDCs in general. Unemployment (Figure 14.1a) is high in SSA, MNA, and EIT, also in LDCs, making employment-intensive economic growth a high priority there (Fankhauser et al., 2008).

The regions with the poorest average development indicators also tend to have the largest disparities in human development dimensions (Grimm et al., 2008; Harttgen and Klasen, 2011). In terms of income, LAM faces particularly high levels of inequality (Figure 14.1f). Gender gaps in education, health, and employment are particularly large in SAS and MNA, with large educational gender gaps also persisting in SSA. Such inequalities will raise distributional questions regarding costs and benefits of mitigation policies.

When thinking about inter-generational inequality (Figure 14.2b), adjusted net savings (i.e., gross domestic savings minus depreciation of physical and natural assets plus investments in education and minus damage associated with $CO_2$ emissions) is one way to measure whether societies transfer enough resources to next generations. As shown in Figure 14.2b, there is great variation in these savings rates.

In several regions, including SSA, MNA, LAM, as well as LDCs, there are a number of countries where adjusted net savings are negative. Matters would look even worse if one considered that—due to substantial population growth—future generations are larger in some regions, considered a broader range of assets in the calculation of depreciation, or considered that only imperfect substitution is possible between financial savings and the loss of some natural assets. For these countries, maintenance of their (often low) living standards is already under threat. Damage from climate change might pose further challenges and thereby limit the ability to engage in costly mitigation activities.

#### 14.1.3.1    The ability to adopt new technologies

Developing and adopting low-carbon technologies might be one way to address the mitigation challenge. However, the capacity to adopt new technologies, often referred to as absorptive capacity, as well as to develop new technologies, is mainly located in four regions: NAM, EAS, WEU, and POECD. This is also shown in Figure 14.2a, which plots high-technology exports as share of total manufactured exports. High-technology exports refer to products with high research and development intensity, such as in aerospace, computers, pharmaceuticals, scientific instruments, and electrical machinery. As visible in the figure, these exports are very low in most other regions, suggesting low capacity to develop and competitively market new technologies. Since most technological innovation happens in developed regions, technological spillovers could significantly increase the mitigation potential in developing regions.

While Section 13.9 discusses inter-regional technology transfer mechanisms, which could help foster this process, there is an emerging literature that looks at the determinants and precursors of successful technology absorption. Some studies have found that for energy technologies, the more technologically developed a country is, the more likely it is to be able to receive innovations (Verdolini and Galeotti, 2011; Dechezleprêtre et al., 2013). However, more recent work looking at a wider range of mitigation technologies finds that domestic technological development tends to crowd out foreign innovations (Dechezleprêtre et al., 2013). But the determinants of the receptivity of a host country or region go beyond the technological development of the receiving countries. Some of these aspects are relatively harder (or impossible) to influence with policy interventions such as the geographical distance from innovating countries (Verdolini and Galeotti, 2011) and linkages with countries with $CO_2$-efficient economies (Perkins and Neumayer, 2009). However, other aspects can be influenced such as institutional capacity (Perkins and Neumayer, 2012), and in particular the strength of intellectual property laws to protect incoming technologies (Dechezleprêtre et al., 2013).

Two further challenges for promoting mitigation in different regions are the costs of capital, which circumscribe the ability to invest in new low-



**Figure 14.1 |** Social provisions enabling regional capacities to embrace mitigation policies. Statistics refer to the year 2010 or the most recent year available. The red bar refers to Least Developed Countries (LDC). Source: UNDP (2010), World Bank (2011).

14



**Figure 14.2 |** Economic and governance indicators affecting regional capacities to embrace mitigation policies. Statistics refer to the year 2010 or the most recent year available. The red bar refers to Least Developed Countries (LDC). Source: UNDP (2010), World Bank (2011). Note: The lending interest rate refers to the average interest rate charged by banks to private sector clients for short- to medium-term financing needs. The governance index is a composite measure of governance indicators compiled from various sources, rescaled to a scale of 0 to 1, with 0 representing weakest governance and 1 representing strongest governance.

carbon technologies, and differences in governance. Figure 14.2 presents the lending interest rate (Figure 14.2c) to firms by region as well as the World Bank Governance index (Figure 14.2d). It shows that poorer regions face higher interest rates and struggle more with governance issues, both reducing the ability to effectively invest in a low-carbon development strategy.

Conversely, there are different regional opportunities to promote mitigation activities. As discussed by Collier and Venables (2012a), Africa has substantial advantages in the development of solar energy and hydropower. However, as these investments are costly in human and financial capital and depend on effective states and policies, these advantages may not be realized unless the financing and governance challenges discussed above are addressed.

In sum, differences in the level of economic development among countries and regions affect their level of vulnerability to climate change as well as their ability to adapt or mitigate (Beg et al., 2002). Given these regional differences, the structure of multi-national or multi-regional environmental agreements affects their chance of success (Karp and Zhao, 2010). By taking these differences into account, regional cooperation on climate change can help to foster mitigation

that considers distributional aspects, and can help addressing climate-change impacts (Asheim et al., 2006). At the same time, disparities between and within regions diminish the opportunities that countries have to undertake effective mitigation policies (Victor, 2006).

## 14.2 Low-carbon development at the regional level: opportunities and barriers

There are great differences in the mitigation potential of regions. One way to assess these heterogeneities is through integrated models on the regional distribution of costs of mitigation pathways as well as regional modelling exercises that compare integrated model results for particular regions. The region-specific results are discussed in detail in Chapter 6 using a higher level of regional aggregation than adopted here (Section 6.3.6.4). They show that in an idealized scenario with a universal carbon price, where mitigation costs are distributed in the most cost-effective manner across regions, the macroeconomic costs of mitigation differ considerably by region. In particular, in OECD countries (including the regions WEU, NAM, and POECD), these costs would be substantially lower, in LAM they would be average, and in other regions they would be higher (Clarke et al., 2009; Tavoni et al., 2014). These differences are largely due to the following: First, energy and carbon intensities are higher in non-OECD regions, leading to more opportunities for mitigation, but also to higher macroeconomic costs. Second, some developing regions face particularly attractive mitigation options (e.g., hydropower or afforestation) that would shift mitigation there. Third, some developing regions, and in particular countries exporting fossil energy (which are concentrated in MNA, but include countries in other regions as well), would suffer negative terms of trade effects as a result of aggressive global mitigation policies, thus increasing the macroeconomic impact of mitigation (see also Section 14.4.2). The distribution of these costs could be adjusted through transfer payments and other burden sharing regimes. The distribution of costs would shift towards OECD countries, if there was limited participation among developing and emerging economies (de Cian et al., 2013).

One should point out, however, that these integrated model results gloss over many of the issues highlighted in this chapter, including the regional differences in financial, technological, institutional, and human resource capacities that will make the implementation of such scenarios very difficult.

As many of the region-specific opportunities and barriers for low-carbon development are sector-specific, we will discuss them in the relevant sectoral sub-sections in Section 14.2.

## 14.3 Development trends and their emission implications at the regional level

### 14.3.1 Overview of trends in GHG emissions and their drivers by region

Global GHG emissions have increased rapidly over the last two decades (Le Quéré et al., 2009, 2012). Despite the international financial and economic crisis, global GHG emissions grew faster between 2000 and 2010 than in the previous three decades (Peters et al., 2012b). Emissions tracked at the upper end of baseline projections (see Sections 1.3 and 6.3) and reached around 49–50 GtCO$_2$eq in 2010 (JRC/PBL, 2013; IEA, 2012a; Peters et al., 2013). In 1990, EIT was the world's highest emitter of GHG emissions at 19% of global total of 37 GtCO$_2$eq, followed by NAM at 18%, WEU at 12%, and EAS at 12%, with the rest of the world emitting less than 40%. By 2010, the distribution had changed remarkably. The EAS became the major emitter with 24% of the global total of 48 GtCO$_2$eq (excluding international transport) (JRC/PBL, 2013; IEA, 2012a). The rapid increase in emissions in developing Asia was due to the region's dramatic economic growth and its high population level.

Figure 14.3 shows the change in GHG emissions in the 10 regions (and additionally reporting for LDC including countries from several regions) over the period from 1990 to 2010, broken down along three drivers: Emissions intensity (emissions per unit of gross domestic product (GDP)), GDP per capita, and population. As shown in the figure, the most influential driving force for the emission growth has been the increase of per capita income. Population growth also affected the emission growth but decreases of GHG emission intensities per GDP contributed to lowering the growth rate of GHG emissions. These tendencies are similar across regions, but with notable differences. First, the magnitude of economic growth differed greatly by region with EAS showing by far the highest growth in GDP per capita, leading to the highest growth in emissions in the past 20 years; stagnating incomes in POECD contributed to low growth in emissions. Second, falling population levels in EIT contributed to lower emissions there. Third, improvements in the emission intensity were quantitatively larger than the increases in emissions due to income growth in all richer regions (WEU, POECD, NAM, and EIT), while the picture is more mixed in developing and emerging regions. Note also that in LDCs emissions were basically flat with improvements in emission intensity making up for increases in GDP and population.

Other ways to look at heterogeneity of regional GHG emissions are relative to the size of the total population, the size of the overall economy and in terms of sources of these emissions. These perspectives are shown in the two panels of Figure 14.4. In 2010, NAM, EIT, POECD, and WEU, taken together, had 20% of the world's population, but accounted for 39% of global GHG emissions, while other regions



**Figure 14.3 |** Decomposition of drivers for changes in total annual GHG emissions (excluding international transport) in different world regions from 1990–2010 (Logarithmic Mean Divisia Index (LMDI) method according to Ang, 2004). The white dots indicate net changes of GHG emissions from 1990 to 2010, and the bars, which are divided by three colours, show the impacts on GHG emission changes resulting from changes in population, GDP per capita, and GHG emission per GDP. For example, the white dot for EAS shows its emission increased by 7.4 Gt $CO_2$eq, and the influence of the three driving factors are 1.2, 11, and −5.1 $GtCO_2$eq, which are indicated by red, yellow, and blue bars, respectively. Data sources: GHG emission data (in $CO_2$eq using 100-year GWP values) from JRC/PBL (2013) and IEA (2012a), see Annex II.9; GDP (PPP) [Int$2005] from World Bank (2013a); and population data from United Nations (2013).

with 80 % of population accounted for 61 % of global emissions (Figure 14.4). The contrast between the region with the highest per capita GHG emissions (NAM) and the lowest (SAS) is more pronounced: 5.0 % of the world's population (NAM) emits 15 %, while 23 % (SAS) emits 6.8 %. One of the important observations from Figure 14.4 (top panel) is that some regions such as SSA and PAS have the lowest levels of per capita emissions of $CO_2$ from non-forestry sources, but they have GHG emissions per capita that are comparable to other regions due to large emissions from land-use change and other non-$CO_2$ GHG emissions.

The cumulative distribution of emissions per GDP (emission intensity) shows a strikingly different picture (Figure 14.4 bottom panel). The four regions with highest per capita emissions, NAM, EIT, POECD, and WEU, have the lowest GHG emission intensities (emission per GDP), except EIT. Some regions with low per capita emissions, such as SSA and PAS, have high emission intensities and also highest share of forestry-related emissions. This shows that a significant part of GHG-reduction potential might exist in the forest sector in these developing regions (see Chapter 11).

### 14.3.2   Energy and development

#### 14.3.2.1   Energy as a driver of regional emissions

Final energy consumption is growing rapidly in many developing countries. Consequently, energy-related $CO_2$ emissions in developing country regions such as EAS, MNA, and PAS in 2010 were more than double the level of 1990, while the $CO_2$ emission in EIT decreased by around 30 % (Figure 14.5). The composition of energy consumption also varies by region. Oil dominates the final energy consumption in many regions such as NAM, POECD, WEU, LAM, and MNA, while coal has the highest share in EAS. The share of electricity in final energy consumption has tended to grow in all regions.

When looking at trends in $CO_2$ emissions by source (see Figure 14.5), the largest growth in total $CO_2$ emissions between 1990 and 2010 has come from coal, followed by gas and oil. In this period, $CO_2$ emissions from coal grew by 4.4 $GtCO_2$ in EAS, which is equivalent to roughly half of the global net increase of $CO_2$ emissions from fossil fuel combustion.

These observations are in line with findings in the literature emphasizing the transformation of energy use patterns over the course of eco-





**Figure 14.4 |** Distribution of regional GHG emissions (excluding international transport) in relation to population and GDP: cumulative distribution of GHG emissions per capita (top panel) and GDP (bottom panel). The percentages in the bars indicate a region's share in global GHG emissions. Data sources: GHG emission data (in $CO_2$eq using 100-year GWP values) from JRC/PBL (2013) and IEA (2012a), see Annex II.9; GDP (PPP) [Int$2005] from World Bank (2013a); and population data from United Nations (2013).



**Figure 14.5 |** $CO_2$ emissions by sources and regions. Data source: IEA (2012a).

**14**

nomic development from traditional biomass to coal and liquid fuel and finally natural gas and nuclear energy (Smil, 2000; Marcotullio and Schulz, 2007; Krausmann et al., 2008). Similar transitions in energy use are also observed for the primary energy carriers employed for electricity production (Burke, 2010) and in household energy use (Leach, 1992; Barnes and Floor, 1996).

Due to its role in global emissions growth since 1990, it is worthwhile to look a little deeper into the underlying drivers for emissions in EAS, which have been increased by nearly 8 GtCO$_2$eq between 1990 and 2010. The major part of the increase has been witnessed in the years after 2002 (Minx et al., 2011). Efficiency gains and technological progress particularly in energy-intensive sectors that had a decreasing effect on emissions (Ma and Stern, 2008; Guan et al., 2009; Zhao et al., 2010) were overcompensated by increasing effects of structural changes of the Chinese economy after 2002 (Liao et al., 2007; Ma and Stern, 2008; Guan et al., 2009; Zhao et al., 2010; Minx et al., 2011; Liu et al., 2012a). Looking at changes from 2002 to 2005, Guan et al. (2009) find manufacturing, particularly for exports (50 %) as well as capital formation (35 %) to be the most important drivers from the demand side. Along with an increasing energy intensity of GDP, Steckel et al. (2011) identify a rising carbon intensity of energy, particularly driven by an increased use of coal to have contributed to rapid increase in emissions in the 2000s.

Figure 14.6 shows the relationship between GHG emissions and per capita income levels. Individual regions have different starting levels, directions, and magnitudes of changes. Developed regions (NAM, WEU, POECD) appear to have grown with stable per capita emissions in the last two decades, with NAM having much higher levels of per capita emissions throughout (Figure 14.6 top panel). Carbon intensities of GDP tended to decrease constantly for most regions as well as for the globe (Figure 14.6 bottom panel).

Despite rising incomes and rising energy use, lack of access to modern energy services remains a major constraint to economic development in many regions (Uddin et al., 2006; Johnson and Lambe, 2009; IEA, 2013). The energy access situation is acute in LDCs (Chaurey et al., 2012) but likely to improve there and in other parts of the world in coming decades (Bazilian et al., 2012a). Of the world's 'energy poor'[1], 95 % live in Asia and SSA (Rehman et al., 2012).

About 1.2–1.5 billion people—about 20 % of the global population—lacked access to electricity in 2010 (IEA, 2010a, 2012b; World Bank, 2012; Pachauri et al., 2012, 2013; Sovacool et al., 2012; Sustainable Energy for All, 2013) and nearly 2.5–3.0 billion—about 40 % of the global population—lack access to modern cooking energy options (Zerriffi, 2011; IEA, 2012b; Pachauri et al., 2012; Sovacool et al., 2012;

Table 14.1 | Access to electricity in 2009

|  | Population with Access (%) | Population Lacking Access (millions) |
|---|---|---|
| Latin America and Caribbean | 93.4 | 30 |
| North America | 100.0 | 0 |
| East Asia | 97.8 | 29 |
| Western Europe | 100.0 | 0 |
| POECD | 100.0 | 0 |
| Sub-Saharan Africa | 32.4 | 487 |
| Middle East and North Africa | 93.7 | 23 |
| South Asia | 62.2 | 607 |
| Economies in Transition | 100.0 | 0 |
| South East Asia and Pacific | 74.3 | 149 |
| **Total** | **79.5** | **1330** |

Note: Information missing for several small islands, Mexico, Puerto Rico, Suriname, Hong Kong SAR (China), North Korea, Macao SAR (China), Burundi, Cape Verde, Central African Republic, Chad, Equatorial Guinea, Gambia, Guinea, Guinea-Bissau, Liberia, Mali, Mauritania, Niger, Rwanda, Sierra Leone, Somalia, South Sudan, Swaziland, Djibouti, Malta, Turkey, West Bank and Gaza, Bhutan. For OECD and EIT, no data are listed but presumed to be 100 % access; these are recorded in italics. Source: World Bank (2012).

Rehman et al., 2012; Sustainable Energy for All, 2013). There is considerable regional variation as shown in Table 14.1, with electricity access being particularly low in SSA, followed by SAS.

The lack of access to electricity is much more severe in rural areas of LDCs (85 %) and SSA (79 %) (IEA, 2010b; Kaygusuz, 2012). In developing countries, 41 % of the rural population does not have electricity access, compared to 10 % of the urban population (UNDP, 2009). This low access to electricity is compounded by the fact that people rely on highly polluting and unhealthy traditional solid fuels for household cooking and heating, which results in indoor air pollution and up to 3.5 million premature deaths in 2010—mostly women and children; another half-million premature deaths are attributed to household cooking fuel's contribution to outdoor air pollution (Sathaye et al., 2011; Agbemabiese et al., 2012) (Lim et al., 2012); see Section 9.7.3.1 and WGII Section 11.9.1.3). Issues that hinder access to energy include effective institutions (Sovacool, 2012b), good business models (e.g., ownership of energy service delivery organizations and finance; Zerriffi, 2011), transparent governance (e.g., institutional diversity; Sovacool, 2012a) and appropriate legal and regulatory frameworks (Bazilian et al., 2012b; Sovacool, 2013). Despite these factors, universal access to energy services by 2030 is taking shape (Hailu, 2012).

---

[1]  'Energy poor' population is defined as population without electricity access and/or without access to modern cooking technologies (Rehman et al., 2012).



**Figure 14.6 |** Relationship between GHG emissions per capita and GDP per capita (top panel), and GHG emissions per GDP and GDP and per capita (bottom panel) (1990–2010). Data sources: GHG emission data (in CO₂eq using 100-year GWP values) from JRC/PBL (2013) and IEA (2012a), see Annex II.9; GDP (PPP) from World Bank (2013a); and population data from United Nations (2013).

**14**

### 14.3.2.2 Opportunities and barriers at the regional level for low-carbon development in the energy sector

The regional differences in opportunities and challenges for low-carbon development in the energy sector described above arise due to patters of energy production and use, the local costs and capital investment needs of particular energy technologies, as well as their implications for regulatory capacity (Collier and Venables, 2012b).The choice of present and future energy technologies depends on the local costs of technologies. Local prices indicate the opportunity cost of different inputs. While in some regions diverting resources from other productive uses to climate change mitigation has a high opportunity cost, in others the cost is lower.

Local costs mainly depend on two factors. First, they depend on the natural advantage of the region. An abundant endowment will tend to reduce the local price of resources to the extent that they are not freely traded internationally. Trade restrictions may be due to high transport costs or variability of the resource price, which reduces the return to exports and thereby the opportunity cost of using the resource domestically.

Second, local costs depend on the capital endowment of the region. Capital includes the accumulated stocks of physical capital and the financial capital needed to fund investment, the levels of human capital and skills, and the institutional and governance capacity required to implement and regulate economic activity. As shown in Section 14.1.3, developing regions are, to varying degrees, scarce in all of these types of capital. Borrowing costs for developing countries are high, education and skill levels are a serious constraint, and lack of government regulatory capacity creates barriers (a high shadow price) on running large-scale or network investments.

A number of features of energy production interact with local costs and thereby determine the extent of uptake of particular technologies in different regions. In general, the high capital intensity of many renewable technologies (IEA, 2010c) makes them relatively more expensive in many capital and skill-scarce developing economies (Strietska-Ilina, 2011). Different energy generation technologies also use different feedstock, the price of which depends upon their local availability and tradability; for example, coal-based electricity generation is relatively cheap in countries with large coal resources (Heptonstall, 2007).

Many power generation technologies, in particular nuclear and coal, but also large hydropower, create heavy demands on regulatory capacity because they have significant-scale economies and are long-lived projects. This has several implications. The first is that projects of this scale may be natural monopolies, and so need to be undertaken directly by the state or by private utilities that are regulated. Large-scale electricity systems have been ineffective in regions that are scarce in regulatory capacity, resulting in under-investment, lack

of maintenance, and severe and persistent power shortages (Eberhard et al., 2011). The second implication of scale is that a grid has to be installed and maintained. As well as creating a heavy demand for capital, this also creates complex regulatory and management issues. This problem can be less severe in the cases where off-grid electrification or small-scale energy local energy systems (such as mini-hydro) are feasible and economically advantageous; but even in such cases, local institutional, financial, and regulatory capacity to build and maintain such facilities are a challenge in places where such capacity is low (see Chapter 7).

Third, if scale economies are very large, there are cross-border issues. For example, smaller economies may have difficulty agreeing on and/or funding cross-border power arrangements with their neighbors (see Section 14.4). Several studies have examined the use of roadmaps to identify options for low-carbon development (Amer and Daim, 2010), with some taking a regional focus. For example, a study by Doig and Adow (2011) examines options for low-carbon energy development across six SSA countries. More common are studies examining low-development roadmaps with a national focus, such as a recent study that explores four possible low-carbon development pathways for China (Wang and Watson, 2008).

Regional modelling exercises have also examined different mitigation pathways in the energy sector in different regions. For example, the Stanford Energy Modeling Forum (EMF)28, which focuses on mitigation pathways for Europe suggests that transformation pathways will involve a greater focus on a switch to bioenergy for the whole energy system and a considerable increase of wind energy in the power system until 2050 that catches up with nuclear, while solar PV is only of limited importance (Knopf et al., 2013). By contrast, in the Asian Modeling Exercise (AME) for Asia it will involve a greater switch to natural gas with carbon dioxide capture and storage (CCS) and solar (van Ruijven et al., 2012).

Studies that examine potentials for low-carbon development within different locations frequently focus on specific technologies and their opportunities in a specific context. For example, there are several studies on low-carbon technology potential in SSA that focus on biomass (Marrison and Larson, 1996; Hiemstra-van der Horst and Hovorka, 2009; Dasappa, 2011) and solar energy technologies (Wamukonya, 2007; Munzhedzi and Sebitosi, 2009; Zawilska and Brooks, 2011). However, other technologies have perhaps less clear regional advantages, including biofuels, which have been widely studied not just for use in Brazil or in Latin America (Goldemberg, 1998; Dantas, 2011; Lopes de Souza and Hasenclever, 2011) but also in South East Asia (focusing on Malaysia) (Lim and Teong, 2010) and in OECD countries (Mathews, 2007). Wind energy also has a wider geographic focus, with studies ranging from East and South Asia (Lema and Ruby, 2007; Lewis, 2007, 2011) to South America (Pueyo et al., 2011), and the Middle East (Gökçek and Genç, 2009; Keyhani et al., 2010; Ilkılıç et al., 2011). Examinations of geothermal energy and hydropower potential are likewise geographically diverse (Hepbasli and Ozgener, 2004; Alam

Zaigham et al., 2009; Kusre et al., 2010; Guzović et al., 2010; Kosnik, 2010; Fang and Deng, 2011).

Many developing regions are latecomers to large-scale energy production. While developed regions have sunk capital in irreversible investments in power supply, transport networks, and urban structures, many developing countries still need to do so. This creates a latecomer advantage, as developing countries will be able to use the new and more-efficient technologies that will be available when they make these investments. However, being a latecomer also implies that there are current energy shortages, a high shadow price on power, and an urgent need to expand capacity. Further delay in anticipation of future technical progress is particularly expensive (Collier and Venables, 2012b).

While the opportunities for switching to low-carbon development in different regions are circumscribed by capacity in poorer countries or lock-in effects in richer countries, there are low-cost options for reducing the carbon-intensity of the economies through the removal of energy subsidies and the introduction of energy taxes. Energy subsidy levels vary substantially by region (IEA, 2012; OECD, 2012; IMF, 2013). Pre-tax consumption subsidies compare the consumer price to a world price for the energy carrier, which may be due to direct price subsidies, subsidies to producers leading to lower prices, or low production costs for energy producers, relative to world market prices. Note that pre-tax figures therefore do not correspond to the actual fiscal outlays of countries to subsidize energy. In particular, for energy exporters, the domestic costs of production might be lower than the world market price and therefore a lower domestic price represents a lower fiscal outlay compared to an energy importer who pays world market prices (IEA, OECD, OPEC, and World Bank, 2010). Nevertheless, pre-tax figures represent the opportunity costs to energy exporters (IEA, OPEC, OECD; and World Bank, 2011). An IMF policy paper (2013), reports that in MNA as well as EIT, pre-tax energy subsidies are very high as a share of GDP. Also in SAS, energy subsidies are substantial, and there are also some subsidies in LAM and SSA where they are concentrated among fuel exporters (IMF, 2013). Similar data on pre-tax subsidies is available from the International Energy Agency (IEA) for a reduced set of countries. These data confirm the regional distribution of pre-tax energy subsidies, particularly their high level in MNA and EIT (IEA, 2012c).

The OECD (2012) provides an inventory of various direct budgetary transfers and reported tax expenditures that support fossil fuel production or use in OECD countries. The OECD report finds that between 2005 and 2011, these incentives tended to benefit crude oil and other petroleum products (70 % in 2011) more than coal (12 %) and natural gas (18 %) in absolute terms (OECD, 2012).

Reducing energy subsidies would reduce the carbon-intensity of growth and save fiscal resources. A report prepared for the Group of Twenty Finance Ministers (G20) (IEA, OECD, OPEC, and World Bank, 2011) not only reports data on fossil fuel and other energy-support measures, but also draws some lessons on subsidy reform.

It concludes that three of the specific challenges facing developing countries are strengthening social safety nets and improving targeting mechanisms for subsidies; informing the public and implementing social policy or compensatory measures; and implementing the reform in the context of broader energy sector reform (IEA, OECD, OPEC, and World Bank, 2011).This issue, as well as the political economy of fuel subsidies and fuel taxation, is discussed in more detail in Section 15.5.

### 14.3.3 Urbanization and development

#### 14.3.3.1 Urbanization as a driver of regional emissions

Urbanization has been one of the most profound socioeconomic and demographic trends during the past decades, particularly in less-urbanized developed regions (UNDESA, 2010), see Section 12.2. Accompanying the changes in industrial structure and economic development, urbanization tends to increase fossil fuel consumption and $CO_2$ emissions at the global level (Jones, 1991; York et al., 2003; Cole and Neumayer, 2004; York, 2007; Liddle and Lung, 2010). Studies of the net impact of urbanization on energy consumption based on historical data suggest that—after controlling for industrialization, income growth and population density—a 1 % of increase in urbanization increases energy consumption per unit of GDP by 0.25 % (Parikh and Shukla, 1995) to 0.47 % (Jones, 1991), and increases carbon emissions per unit of energy use by 0.6 % to 0.75 % (Cole and Neumayer, 2004).

However, the impact of urbanization on energy use and carbon emissions differs remarkably across regions and development level (Poumanyvong and Kaneko, 2010; Martínez-Zarzoso and Maruotti, 2011; Poumanyvong et al., 2012). For instance, LAM has a similar urbanization level as NAM and WEU, but substantially lower per capita $CO_2$ emissions because of its lower-income level (World Bank, 2013b). In SSA, the per capita carbon emissions remained unchanged in the past four decades (JRC/PBL, 2013; IEA, 2012a), while the urbanization level of the region almost doubled (UNDESA, 2011). This is because in SSA the rapid urbanization was not accompanied by significant industrialization and economic growth, the so-called 'urbanization without growth' (Easterly, 1999; Haddad et al., 1999; Fay and Opal, 2000; Ravallion, 2002).

On the one hand, per capita energy use of developing countries is significantly lower than in developed countries (Figure 14.7 left panel). On the other hand, per capita energy use of cities in developing regions is usually higher than the national average, while the relationship is reversed in developed regions (Kennedy et al., 2009; Grübler et al., 2012). This is because in developing countries industrialization often happens through manufacturing in cities, while developed regions have mostly completed the industrialization process. Moreover, urban residents of developing regions usually have higher-income and energy-consumption levels than their rural counterparts (see Section 12.3.2 for a more-detailed discussion). This is particularly true in developing

**14**

Asia. In contrast, many cities in SSA and LAM have lower than national average per capita energy use because of the so-called 'urbanization of poverty' (Easterly, 1999; Haddad et al., 1999; Fay and Opal, 2000; Ravallion, 2002). Other studies reveal an inverted-U shape between urbanization and $CO_2$ emissions among countries of different economic development levels. One study suggests that the carbon emissions elasticity of urbanization is larger than 1 for the low-income group, 0.72 for the middle-income group, and negative (or zero) for the upper-income group of countries (Martínez-Zarzoso and Maruotti, 2011).

Per capita energy consumption in cities of developing countries is shown to be generally lower (Figure 14.7 left panel). At the same time, studies reveal that cities in developing regions have significantly higher energy intensity than cities in developed regions (Figure 14.7 right panel). Still, the majority of cities in both developed and developing countries (two-thirds in developed region and more than 60 % in developing regions) have lower than national average energy intensity. Important factors that contribute to the varying energy intensities across cities are the different patterns and forms of urban settlements (Glaeser and Kahn, 2010; Grübler and Fisk, 2012; see Section 12.3.2 for a detailed discussion). Comparative analyses indicate that United States cities consume 3.5 times more per capita energy in transportation than their European counterparts (Steemers, 2003) because the

latter are five times as dense as the former and have significantly higher car ownership and average distance driven (Kahn, 2000). Suburbanization in the United States may also contribute to increasing residential fuel consumption and land-use change (Bento et al., 2005). See Section 12.4 for a more-detailed discussion on urban form as a driver for emissions.

### 14.3.3.2    Opportunities and barriers at the regional level for low-carbon development in urbanization

Urbanization has important implications for global and regional mitigation challenges and opportunities. Many developing regions are projected to become more urbanized, and future global population growth will almost entirely occur in cities of developing regions (IIASA, 2009; UNDESA, 2011) (see Section 12.1). Due to their early stage of urbanization and industrialization, many SSA and Asian countries will inevitably increase energy consumption and carbon emissions, which may become a barrier for these regions to achieve mitigation goals. Assuming that the historical effect of urbanization on energy use and carbon emissions remains unchanged, the doubling of current urbanization levels by 2050 in many low-urbanized developing countries (such as India) implies 10–20 % more energy consumption and 20–25 % more



**Figure 14.7 |** Per capita energy use (left panel), and energy intensity in cities compared with the national average by regions (right panel), in the year 2000. The per capita energy use of cities, represented by a dot above the green line, is higher than the national average; otherwise, is lower than the national average. Data sources: (1) city data is from Grübler et al. (2012); (2) national energy data is from IEA energy balances (IEA, 2010d).

CO$_2$ emissions (Jones, 1991). On the other hand, because they are still at an early stage of urbanization and face large uncertainty in future urban development trends (O'Neill et al., 2012), these regions have great opportunities to develop energy-saving and resource-efficient urban settlements. For instance, if the African and Asian population increasingly grow into compact cities, rather than sprawl suburban areas, these regions have great potential to reduce energy intensity while proceeding urbanization.

An integrated and dynamic analysis reveals that if the world follows different socioeconomic, demographic, and technological pathways, urbanization may result in very different emission levels (O'Neill et al., 2010). The study compares the net contributions of urbanization to total emissions under the Intergovernmental Panel on Climate Change (IPCC) Special Report on Emissions Scenarios SRES A2 and B2 scenarios (Nakicenovic and Swart, 2000). Under the A2 scenario, the world is assumed to be heterogeneous, with fast population growth, slow technological changes and economic growth. If all regions follow the urbanization trends projected by the United Nations (UN) Urbanization Prospects (UNDESA, 2006), extrapolated up to 2100 by Grübler et al. (2007), the global total carbon emissions in 2100 increase by 3.7 GtC per year due to the impacts of urbanization growth (Figure 14.8). In a B2 world, which assumes local solutions to economic, social, and environmental sustainability issues, with continuous population growth and intermediate economic development, and faster improvement in environmentally friendly technology, the same urbanization trend generates a much smaller impact (1.1 GtC per year in 2100) on global total carbon emissions. Considering the differences in total emissions under different scenarios, the relative change in emissions due to urbanization under B2 scenarios (12 %) is also significantly lower than under A2 scenarios (15 %). Comparing the impacts in different regions, the 1.1 GtC per year more global total emissions due to urbanization under the B2 scenario is mostly due to East Asia, SAS and other less urbanized developing regions. Moreover, the relative changes in regional emissions due to urbanization are also very significant in EAS (27 %), SAS (24 %), and SSA, MNA, and PAS (15 %), considerably higher than in other regions (< 10 %). Therefore, a growing urban population in developing regions will inevitably pose significant challenges to global mitigation. Moreover, it also has important implications for adaption. However, urban climate change mitigation policies and strategies can have important co-benefits by reducing the urban heat island effect (see Section 12.8.4).

## 14.3.4 Consumption and production patterns in the context of development

As discussed in Section 5.4, the difference between production and consumption accounting methods are that the former identifies the place where emissions occur and the latter investigates emissions discharged for the goods and services consumed within a certain geographic area.



**Figure 14.8 |** Impact of urbanization on carbon emissions in 2100 for the world under SRES A2 and B2 scenarios and by regions only under SRES B2 scenario. This figure is based on O'Neill et al. (2010), data for NAM from the United States, POECD from Japan, EIT from Russia, LAM from Mexico and Brazil, EAS from China, SAS from India, and other from Indonesia. The urbanization data follows UN Urbanization Prospects (UNDESA, 2006), extrapolated up to 2100 by Grübler et al. (2007). The effect of urbanization on emissions for the world and by region is shown in absolute and relative terms.

### 14.3.4.1 Consumption as a driver of regional emissions growth

Researchers have argued that the consumption-based accounting method (Peters, 2008) provides a better understanding of the common but differentiated responsibility between regions in different economic development stages (Peters and Hertwich, 2008; Davis and Caldeira, 2010; Peters et al., 2011; Steinberger et al., 2012; Lenzen et al., 2012). Consequently, much research effort has been focused on estimating (1) country-level CO$_2$ emissions from both production and consumption perspectives (Kondo et al., 1998; Lenzen, 1998; Peters and Hertwich, 2006; Weber and Matthews, 2007; Peters et al., 2007; Nansai et al., 2008; Weber et al., 2008; Guan et al., 2009; Baiocchi and Minx, 2010); and (2) the magnitude and importance of international trade in transferring emissions between regions (Davis and Caldeira, 2010; Peters et al., 2012b; Wiebe et al., 2012). Reviews of modelling international emission transfers are provided by Wiedmann et al. (2007), Wiedmann (2009), Peters et al. (2012a), and Tukker and Dietzenbacher (2013).

During the period 1990–2008, the consumption emissions of EAS and SAS grew by almost 5–6% annually from 2.5 to 6.5 GtCO$_2$ and from 0.8 to 2.0 GtCO$_2$, respectively. The other developing regions observed a steadier growth rate in consumption emissions of 1–2.5% per year. This growth is largely driven by flourishing global trade, especially trade between developing countries. The transfer of emissions via traded products between developing countries grew at 21.5% annually during 1990–2008 (Peters et al., 2011).

While per capita consumption emissions in developed regions are far larger than the average level of developing countries, many high-income households in large developing countries (e.g., China and India) are similar to those in developed regions (Feng et al., 2009;

14

Hubacek et al., 2009). Along with the rapid economic developments and lifestyle changes in Asia, average consumption emissions have increased 72%, 74%, and 120% in PAS, SAS, and EAS, respectively, and the growth is projected to be further accelerating (Hubacek et al., 2007; Guan et al., 2008). Per capita consumption emissions in LDCs have changed relatively little, due to minimal improvements in lifestyle. In fact, per capita consumption emission in SSA has slightly decreased from 0.63 tCO$_2$ to 0.57 tCO$_2$ (Peters et al., 2011).

Methodologies, datasets, and modelling techniques vary between studies, producing uncertainties of estimates of consumption-based emissions and measures of emissions embodied in trade. These issues and associated uncertainties in the estimates are addressed in detail in Section 5.2.3.6.

### 14.3.4.2 Embodied emission transfers between world regions

Figure 14.9 illustrates the net CO$_2$ emission transfer between 10 world regions in 2007 using the Multi-Regional Input-Output Analysis (MRIO) method and economic and emissions (from fossil fuel combustion) data derived from the Global Trade Analysis Project (GTAP) Version 8. Focusing on production-related emissions, the left-hand side of Figure 14.9 explains the magnitudes and regional final consumption destinations of production emissions embodied in exports. Percentage values represent total exported production emissions as a share of total production emissions for each regional economy. Now, focusing on consumption-related emissions, the right-hand side of Figure 14.9 illustrates the magnitudes and origins of production emissions embodied



**Figure 14.9** | Net transfer of CO$_2$ emissions (from fossil fuel combustion only) between world regions in 2007 using the multi-regional input-output (MRIO) method. Flow widths represent the magnitude of emissions (in MtCO$_2$) released by left-hand side regions that have become embodied (along global supply chains) in the goods and services consumed by the regions listed on the right-hand side. Figures for total exported production emissions and total imported consumption emissions are given, and the difference between these two measures is shown as either a net export or net import emissions transfer. Percentages on the left-hand side indicate the total exported emissions as percentage of total industry production emissions, while the percentage figures on the right-hand side indicate total imported emissions as percentage of the total industry consumption emissions. Data reports global CO$_2$ emissions of 26.5 GtCO$_2$ in 2007 (22.8 Gt from industry and a further 3.7 Gt from residential sources). The analysis is performed using the MRIO model and emissions data derived from GTAP Version 8 database, as explained and presented by Andrew and Peters (2013).

in regional final consumption imports. The associated percentages represent total imported consumption emissions as a share of total consumption emissions. The difference between exported production emissions and imported consumption emissions are highlighted to represent the net emission transfer between regions.

For example, EAS was the largest net emission exporter (1102 MtCO$_2$) in 2007, with total exported production emissions (1520 MtCO$_2$) accounting for 27% of total production emissions (5692 MtCO$_2$), while imported consumption emissions (418 MtCO$_2$) accounted for less than 10% of total consumption emissions (4590 MtCO$_2$). OECD countries are the major destinations of export products in EAS. For example, NAM and WEU account for 34% and 29% of EAS's total exported production emissions, respectively. In China, the largest economy in EAS, the share of embodied emissions in exports to total annual emis-

sions have increased from 12% in 1987 to 21% in 2002, further to 33% in 2005 (Weber et al., 2008), and settled around 30% in 2007 (Minx et al., 2011). Producing exports have driven half of emissions growth in China during 2002–2005 (Guan et al., 2009). Over 60% of embodied emissions in Chinese exports in 2005, mainly formed by electronics, metal products, textiles, and chemical products, are transferred to developed countries (Weber et al., 2008). Based on the 2002 dataset, Dietzenbacher et al. (2012) argue that the embodied emissions in China may be over-estimated by more than 60% if the distinction between processing exports and normal exports is not made. In contrast, WEU was the largest net emissions importer (870 MtCO$_2$) in 2007, with total exported production emissions (457 MtCO$_2$) accounting for 16% of total production emissions, while imported consumption emissions (1327 MtCO$_2$) accounted for 36% of total consumption emissions.

14



**Figure 14.10 |** Growth in bilateral traded CO$_2$ emissions between world regions from 1990 to 2008: Flow widths represent the growth in bilateral traded emissions (in MtCO$_2$) between 1990 and 2008, exported from left-hand side region and imported by right-hand side region. Flows representing a growth greater than 30 MtCO$_2$ are shown individually. Less significant flows have been combined and dropped to the background. Figures for the sum of all export/import connections of each region exhibiting positive growth are provided. Bracketed figures show the net growth in exported/imported emissions for each region after trade connections exhibiting negative growth (not shown in diagram) have been accounted for. Trade connections exhibiting significant negative growth include EIT to WEU (−267 MtCO$_2$), to EAS (−121 MtCO$_2$), to POECD (−80 MtCO$_2$), and to other regions (−15 MtCO$_2$). Total growth in inter-region traded emissions between 1990 and 2008 is found to be 2.5 GtCO$_2$ (this does not include intra-region traded emissions, e.g., between the United States and Canada). The analysis uses the emissions embodied in the bilateral trade (EEBT) approach. The input-output dataset, trade statistics, and emissions data derived from Peters et al. (2011).

**14**

Figure 14.10 demonstrates (using the emissions embodied in the bilateral trade (EEBT) method) that the embodied $CO_2$ emissions in international bilateral trade between the 10 world regions have grown by 2.5 Gt during 1990–2008. Considering exports, half of global growth is accounted for by exports from EAS (1226 $MtCO_2$), followed by exports from MNA and SAS with 20 % (510 $MtCO_2$) and 12 % (290 $MtCO_2$) of global growth, respectively. The NAM region has increased imports by 621 $MtCO_2$, with the three Asian regions providing 75 % of the increase. Although WEU observed positive import flows increase by 610 $MtCO_2$, it also saw a decrease of 268 $MtCO_2$ in some bilateral trade connections, primarily from EIT (257 $MtCO_2$).

Many developing country regions have also observed considerable increases in imported emissions during 1990–2008. The total growth in developing countries accounts for 48 % of the global total. For example, EAS, PAS, and LAM have increased their imported emissions by 260 $MtCO_2$, 242 $MtCO_2$, and 212 $MtCO_2$, respectively. Over half of the growth in EAS and LAM has been facilitated via trade with other developing country regions. While trade with other developing country regions has contributed over 90 % of increase in imported emissions to PAS and SAS. These results are indicative of further growth of emissions transfers within the Global South.

Recent research efforts have investigated the embodied emissions at the sectoral level (Liu et al., 2012a; b; Lindner et al., 2013; Vetőné Mózner, 2013) and emission transfers between industrial sectors within or across country borders (Sinden et al., 2011; Homma et al., 2012). Skelton et al. (2011) calculate total industrial sector production and consumption attributions to map the embodied emissions delivered from production to consumption end through the global production systems. They find that Western Europe tends to be a net importer of emissions in all sectors but particularly so in the primary and secondary sectors.

### 14.3.4.3 Opportunities and barriers at the regional level for low-carbon development in consumption patterns

The growing discrepancy between production- and consumption-based emissions discussed above, is most likely related to changing structures of international trade, although carbon leakage associated with efforts to curb emissions in industrialized countries can play a role here as well. It is also related to the fact that demand for emission-intensive goods has not been reduced by as much as the production of emission-intensive goods in industrialized countries. However, as identical goods can be produced with different carbon content in different countries, substitution processes need to be taken into account to assess how global emissions would react to a change of imported emissions (Jakob and Marschinski, 2013).

Climate change analysis and policies pay increasing attention to consumption (Nakicenovic and Swart, 2000; Michaelis, 2003). Analy-



**Figure 14.11** | Expenditure share of households and per capita income, 2001. Household expenditure is based on Zigova et al. (2009) and O'Neill et al. (2010). Per capita GDP is from World Bank Development Indicators (World Bank, 2011).

sis of household survey data from different regions shows that with improving income levels, households spend an increasing proportion of their income on energy-intensive goods (Figure 14.11) (O'Neill et al., 2010). Households in lower SSA and PAS have much lower income levels than more-developed regions, and spend a much larger share of their smaller income on food and other basic needs. Households in the more-developed PAS and NAM, on the other hand, spend a larger share of their income on transportation, recreation, etc. With economic growth, households in less-developed regions are expected to 'westernize' their lifestyles, which will substantially increase per capita and global total carbon emissions (Stern, 2006). Thus changing lifestyles and consumption patterns (using taxes, subsidies, regulation, information, and other tools) can be an important policy option for reducing the emission-intensity of consumption patterns (Barrett et al., 2013). To the extent that carbon leakage (see Section 5.4.1) contributes to this increasing discrepancy between production and consumption-based emissions, border-tax adjustments or other trade measures (Ismer and Neuhoff, 2007) can be an option in the absence of a global agreement on mitigation. This is discussed in more detail below.

### 14.3.5 Agriculture, forestry, and other land-use options for mitigation

Emission of GHGs in the Agriculture, Forestry, and Other Land-Use (AFOLU) options sector increased by 20 % from 9.3 $GtCO_2eq/yr$ in 1970 to 11.2 $GtCO_2eq/yr$ (Figure 5.18) in 2010, and contributed about 22 % to the global total in 2010 (JRC/PBL, 2013; IEA, 2012a). Over this period, the increase in the Agriculture sub-sector was 35 %, from

4.2 GtCO$_2$eq/yr to 5.7 GtCO$_2$eq/yr, and in the Forestry and Other Land Use (FOLU) sub-sector it rose from 5.1 GtCO$_2$eq/yr to 5.5 GtCO$_2$eq/yr (Section 5.3.5.4; see also Sections 11.2 and 11.3 for more-detailed sector-specific values). The AFOLU emissions have been relatively more significant in non-OECD-1990 regions, dominating, for example, total GHG emissions from Middle East and Africa (MAF) and LAM regions[2] (see Section 5.3.5.4 and Figure 5.6, Sections 11.2 and 11.4, Figures 11.5 and 11.7). In the LDCs, more than 90 % of the GHG emissions from 1970–2010 were generated by AFOLU (Figure 5.20), and emissions grew by 0.6 % per year over the past four decades (Box 5.3).

As outlined in Section 11.2.3, global FOLU CO$_2$ flux estimates are based on a wide range of data sources, and include different processes, definitions, and different approaches to calculating emissions; this leads to a large range across global FOLU flux estimates (Figures 11.6 and 11.7). For the period 1750–2011, cumulative CO$_2$ fluxes have been estimated at 660 (± 293) GtCO$_2$ based on the mean approach of Houghton (2003, updated in Houghton, 2012), while annual emissions averaged 3.8 ± 2.9 GtCO$_2$/yr in 2000 to 2009 (see Table 11.1). In Chapter 11 of this assessment, Figure 11.7 shows the regional distribution of FOLU CO$_2$ over the last four decades from a range of estimates. For 2000 to 2009, FOLU emissions were greatest in ASIA (1.1 GtCO$_2$/yr) and LAM (1.2 GtCO$_2$/yr) compared to MAF (0.56 GtCO$_2$/yr), OECD (0.21 GtCO$_2$/yr), and EIT (0.12 GtCO$_2$/yr) (Houghton, 2003; Pongratz et al., 2009; Hurtt et al., 2011; Pan et al., 2011; Lawrence et al., 2012); these are means across seven estimates, noting that in OECD and EIT some estimates indicate net emissions, while others indicate a net sink of CO$_2$ due to FOLU. Emissions are predominantly due to deforestation for expansion of agriculture, and agricultural production (crops and livestock), with net sinks in some regions due to afforestation. There have been decreases in FOLU-related emissions in most regions since the 1980s, particular ASIA and LAM where rates of deforestation have decreased (FAOSTAT, 2013; Klein Goldewijk et al., 2011; Hurtt et al., 2011).

In the agriculture sub-sector 60 % of GHG emissions in 2010 were methane, dominated by enteric fermentation and rice cultivation (see Sections 5.3.5.4, 11.2.2, Figure 11.2). Nitrous oxide contributed 38 % to agricultural GHG emissions, mainly from application of fertilizer and manure. Between 1970 and 2010 emissions of methane increased by 18 % whereas emission of nitrous oxide increased by 73 %. The ASIA region contributed most to global GHG emissions from agriculture, particularly for rice cultivation, while the EIT region contributed least (see Figure 11.5). Due to the projected increases in food production by 2030, which drive short-term land conversion, the contribution of developing countries to future GHG emissions is expected to be very significant (Box 11.6).

Trajectories from 2006 to 2100 of the four Representative Concentration Pathways (RCPs) (see Table 6.2 in Section 6.3.2.1; Meinshausen et al., 2011) show different combinations of land cover change (cropland and grazing land) and wood harvest as developed by four integrated assessment models and harmonized in the Hurtt et al. (2011) dataset. These results in regional emissions as illustrated by Figure 14.12 show the results from one Earth System Model (Lawrence et al., 2012). However, even using a common land cover change dataset, resulting forest cover, net CO$_2$ flux, and climate change vary substantially across different Earth System Models (Brovkin et al., 2013). Furthermore, as shown by Popp et al. (2013) projections regarding regional land cover changes and related emissions can vary substantially across different integrated models for the same concentration scenario (see Figure 11.19).

Mitigation options in the AFOLU sector mainly focus on reducing GHG emissions, increasing carbon sequestration, or using biomass to



**Figure 14.12** | Cumulative regional emissions of CO$_2$ from AFOLU. The four RCPs developed for this Assessment Report explore the implications of a broad range of future GHG concentration trajectories, resulting in a range of radiative forcing values in the year 2100: 2.6, 4.5, 6.0, and 8.5 Watts per square meter (see Table 6.2 in Section 6.3.2.1; Meinshausen et al., 2011). Past and future land cover change and wood harvest data was from Hurtt et al. (2011). The historical period is from 1850 to 2005, the RCPs cover the period from 2005 to 2100. This figure shows results running the scenarios in the Community Climate System Model (CCSM4) (Lawrence et al., 2012) as illustrative of one of several Earth System Model results presented in the IPCC Working Group I Report.

---

[2]   These belong to the so called five RC5 regions, which include ASIA, OECD-1990, LAM, MAF, and Economies in Transition (EIT) (see Annex II.2). The ten RC10 regions (see also Annex II.2) used in this chapter further disaggregate OECD-1990 (WEU, NAM, POECD), MAF (MNA and SSA), and ASIA (EAS, SAS, PAS).

**14**

generate energy to displace fossil fuels (Table 11.2). As such, potential activities involve reducing deforestation, increasing forest cover, agroforestry, agriculture, and livestock management, and the production of sustainable renewable biomass energy (Sathaye et al., 2005; Smith et al., 2013) (see Box 11.6). Since development conditions affect the possibilities for mitigation and leapfrogging, in business-as-usual conditions, the current level of emission patterns is to persist and intensify (Reilly et al., 2001; Parry et al., 2004; Lobell et al., 2008; Iglesias et al., 2011a). This poses challenges in terms of these regions' vulnerability to climate change, their prospects of mitigation actions and low-carbon development from agriculture and land-use changes. The WGII report shows that without adaptation, increases in local temperature of more than 1 °C above pre-industrial are projected to have negative effects on yields for the major crops (wheat, rice, and maize) in both tropical and temperate regions, although individual locations may benefit (see WGII 7.4). However, the quantification of adaptation co-benefits and risks associated with specific mitigation options is still in an emerging state (see Section 6.3.3 and 6.6) and, as referred to in Section 11.5.5, subject to technological but also societal constraints.

Moreover, linking land productivity to an increase in water irrigation demand in the 2080s to maintain similar current food production, offers a scenario of a high-risk from climate change, especially for regions such as South East Asia and Africa. These regions could benefit from more technology and investment, especially at the farm level, in the means of access to irrigation for food production to decrease the impacts of climate change (Iglesias et al., 2011b). 'Bottom-up' regional strategies to merge market forces, domestic policies, and finance have been recommended for LAM (Nepstad et al., 2013). Region-specific strategies are needed to allow for flexibility in the face of impacts and to create synergies with development policies that enhance adaptive lower levels of risk. This is the case for NAM, Western and Eastern Europe, and POECD, but also South East Asia, Central America, and Central Africa (Iglesias et al., 2011a).

Studies reveal large differences in the regional mitigation potential as well as clear differences in the ranking of the most-effective options (see Section 11.6.3). For a range of different mitigation scenarios across the RC5 regions and all AFOLU measures, ASIA shows the largest economic mitigation potential, both in forestry and agriculture, followed by LAM, OECD-1990, MAF, and EIT. Reduced deforestation dominates the forestry mitigation potential in LAM and MAF, but shows very little potential in OECD-1990 and EIT. Forest management, followed by afforestation, dominate in OECD-1990, EIT, and ASIA (see Figure 11.19). Among agricultural measures, almost all of the global potential in rice management practices is in ASIA, and the large potential for restoration of organic soils also in ASIA (due to cultivated South East Asian peats), and OECD-1990 (due to cultivated Northern peatlands).

Although climate and non-climate policies have been key to foster opportunities for adaptation and mitigation regarding forestry and agriculture, the above-mentioned scenarios imply very different abilities to reduce emissions from land-use change and forestry in different regions, with the RCP 4.5 implying the most ambitious reductions. Reducing the gap between technical potential and realized mitigation requires, in addition to market-based trading schemes, the elimination of barriers to implementation, including climate and non-climate policy, and institutional, social, educational, and economic constraints (Smith et al., 2008). Opportunities for cooperation schemes arise at the regional level as, for instance, combining reducing emissions from deforestation and degradation (REDD)+ and market transformation, which could potentially mitigate climate change impacts by linking biodiversity, regional development and cooperation favouring conservation (Nepstad et al., 2013), or river basin management planning (Cooper et al., 2008; González-Zeas et al., 2012).

### 14.3.6 Technology transfer, low-carbon development, and opportunities for leapfrogging

The notion of 'leapfrogging' has particular resonance in climate change mitigation. It suggests that developing countries might be able to follow more sustainable, low-carbon development pathways and avoid the more emissions-intensive stages of development that were previously experienced by industrialized nations (Goldemberg, 1998; Davison et al., 2000; Lee and Kim, 2001; Perkins, 2003; Gallagher, 2006; Ockwell et al., 2008; Walz, 2010; Watson and Sauter, 2011; Doig and Adow, 2011). Other forms of technological change that are more gradual than leapfrogging include the adoption of incrementally cleaner or more energy-efficient technologies that are commercially available (Gallagher, 2006).The evidence for whether such low-carbon technology transitions can or have already occurred, as well as specific models for low-carbon development, have been increasingly addressed in the literature reviewed in this section.

Most of the energy-leapfrogging literature deals with how latecomer countries can catch up with the energy-producing or consuming technologies of industrialized countries (Goldemberg, 1998; Perkins, 2003; Unruh and Carrillo-Hermosilla, 2006; Watson and Sauter, 2011; Lewis, 2012). Case studies of successful leapfrogging have shown that both the build-up of internal knowledge within a country or industry and the access to external knowledge are crucial (Lee and Kim, 2001; Lewis, 2007, 2011; Watson and Sauter, 2011). The increasing specialization in global markets can make it increasingly difficult for developing countries to gain access to external knowledge (Watson and Sauter, 2011). Other studies have identified clear limits to leapfrogging, for example, due to barriers in introducing advanced energy technologies in developing countries where technological capabilities to produce or integrate the technologies may be deficient (Gallagher, 2006).

### 14.3.6.1    Examining low-carbon leapfrogging across and within regions

The strategies used by countries to leapfrog exhibit clear regional differences. Many cases of technological leapfrogging have been documented in emerging Asia, including the Korean steel (D'Costa, 1994) and automobile industries (Lee, 2005; Yoon, 2009), and the wind power industries in China and India (Lema and Ruby, 2007; Lewis, 2007, 2011, 2012; Ru et al., 2012). Within Latin America, much attention has been focused on leapfrogging in transportation fuels, and specifically the Brazilian ethanol program (Goldemberg, 1998; Dantas, 2011; Souza and Hasenclever, 2011).

Absorptive capacity, i.e., the ability to adopt, manage, and develop new technologies, has been identified in the literature as a core condition for successful leapfrogging (Katz, 1987; Lall, 1987, 1998; Kim, 1998; Lee and Kim, 2001; Watson and Sauter, 2011). While difficult to measure, absorptive capacity includes technological capabilities, knowledge, and skills. It is therefore useful to examine regional differences across such technological capabilities, using metrics such as the number of researchers within a country, and total research and development (R&D) invested. These metrics are investigated on a national and regional basis in Figure 14.13 along with total $CO_2$ emissions from energy use.

### 14.3.6.2    Regional approaches to promote technologies for low-carbon development

The appropriateness of different low-carbon development pathways relies on factors that may vary substantially by region, including the nature of technologies and their appropriateness within different regions, the institutional architectures and related barriers and incentives, and the needs of different parts of society within and across



**Figure 14.13** | Emissions contribution and innovative capacity: regional comparison. Source: Data on researchers and R&D expenditures as percentage of GDP from the OECD Main Science and Technology Indicators Database (OECD, 2011b); $CO_2$ from fossil fuels are for 2009 (IEA, 2011).

**14**





**Figure 14.14 |** Options for regionally coordinated climate technology networks. Upper map illustrates a network of climate technology research, development, and demonstration (RD&D) centers (large circles) with a small secretariat (small circle); lower map illustrates a network of climate technology RD&D centers with national hubs (red dots) and regional centers (yellow shapes). Source: Cochran et al. (2010).

regions. As a result, an appropriate low-carbon development pathway for a rapidly emerging economy in EAS may not be appropriate for countries in PAS or SSA (Ockwell et al., 2008). Low-carbon development pathways could also be influenced by climatic or ecological considerations, as well as renewable resource endowments (Gan and Smith, 2011).

**Regional institutions for low-carbon development**

Many studies propose that regions could be a basis for establishing low-carbon technology innovation and diffusion centres (Carbon Trust, 2008). Such centres could "enhance local and regional engagement with global technological developments" and "catalyze domestic capacity to develop, adapt and diffuse beneficial innovations" (Carbon

Trust, 2008). In a report prepared for the United Nations Environment Program (UNEP) by the National Renewable Energy Laboratory (NREL) and the Energy Research Center of the Netherlands (ECN), several options for structuring climate technology centres and networks were presented that focus on establishing regionally based, linked networks, as illustrated in Figure 14.14 (Cochran et al., 2010). A Climate Technology Center and Network (CTCN) was formally established by the United Nations Framework Convention on Climate Change (UNFCCC) at the Conference of Parties (COP) 17 as part of the Cancun Agreements. The CTCN, confirmed during COP 18 in Doha, is jointly managed by UNEP and the United Nations Industrial Development Organization (UNIDO), an advisory board, and 11 regionally based technology institutes serving as the CTCN consortium (UNEP Risoe Centre, 2013). The structure of the CTCN is therefore similar to the one illustrated in the left map in Figure 14.14.



**Figure 14.15 |** Regional distribution of pre-2013 credit volumes for annual CDM project cohorts. Raw data source: UNEP Risoe Centre (2013).

### 14.3.7    Investment and finance, including the role of public and private sectors and public private partnerships

Since the signature of the UNFCCC in 1992, public finance streams have been allocated for climate change mitigation and adaptation in developing countries, e.g., through the Global Environment Facility (GEF) and the Climate Investment Funds of the World Bank, but also through bilateral flows (for a discussion of existing and proposed public climate finance instruments, see Chapter 16). Moreover, since the setup of the pilot phase for Activities Implemented Jointly in 1995 and the operationalization of the Clean Development Mechanism (CDM) and Joint Implementation (JI) from 2001 onwards, private finance has flown into mitigation projects abroad (for an assessment of these mechanisms, see Section 13.13.1). In this section, regional differences are assessed in use of public finance instruments and private finance triggered by market mechanisms.

#### 14.3.7.1    Participation in climate-specific policy instruments related to financing

The CDM has developed a distinct pattern of regional clustering of projects and buyers of emission credits. Projects are concentrated in EAS, SAS, and LAM. PAS has a lower level of participation, while EIT, MNA, and SSA are lagging behind. Credit buyers are concentrated in WEU (see Figure 14.15 for project volumes). This pattern has been relatively stable since 2006, although in 2011 and 2012 the distribution has become more balanced in terms of volumes.

The reasons for the skewed regional concentration of CDM projects have been thoroughly researched. Jung (2006) assesses host country attractiveness through a cluster analysis, by looking at mitigation potential, institutional CDM capacity, and general investment climate. Jung's prediction that China, India, Brazil, Mexico, Indonesia, and Thailand would dominate was fully vindicated, and only Argentina and South Africa did

not perform as well as expected. Oleschak and Springer (2007) evaluate host country risk according to the Kyoto-related institutional environment, the general regulatory environment, and the economic environment, and derive similar conclusions. Castro and Michaelowa (2010) assess grey literature on host country attractiveness and find that even discounting of CDM credits from advanced developing countries would not be sufficient to bring more projects to low-income countries. Okubo and Michaelowa (2010) find that capacity building is a necessary but not sufficient condition for successful implementation of CDM projects. Van der Gaast el al. (2009) discusses how technology transfer could contribute to a more equitable distribution of projects.

For CDM programmes of activities that allow bundling an unlimited number of projects, the distribution differs markedly. According to the UNEP Riso Centre (2013), the SSA's share is 10 times higher than for ordinary CDM projects, while EAS and SAS's share are one-third lower. LAM region's share remains the same. The reason for this more-balanced distribution is the higher attractiveness of small-scale projects in a low-income context (Hayashi et al., 2010). However, high fixed-transaction costs of the CDM project cycle are a significant barrier for small-scale projects (Michaelowa and Jotzo, 2005).

The distribution of JI projects, of which 90 % are implemented in the EIT region, was not predicted by Oleschak and Springer (2007)'s list of most-attractive JI countries. The shares have not shifted substantially over time.

Figure 14.15 shows the regional distribution of pre-2013 credit volumes for annual CDM project cohorts. It confirms the regionally skewed distribution of CDM projects. In contrast, the 880 climate change projects of the GEF (a total of 3.1 billion current USD spent since the early 1990s) do not show a significant regional imbalance when assessed in terms of numbers. Once volumes are assessed, they are somewhat skewed towards EAS and SAS. Academic literature has evaluated the regional distribution of GEF projects only to a very limited extent. Mee et al. (2008) note that there is a correlation between national emissions level and the number of GEF mitigation projects, which would

**14**

lead to a concentration of projects in the same countries that have a high share in CDM projects. Dixon et al. (2010) describe the regional distribution of the energy efficiency, renewable energy, and transport project portfolio, but do not discuss what drives this distribution.

While the general direction of bilateral climate finance flows from the North to the South is clear, regional specificities have only partially been addressed by the literature. Atteridge et al. (2009) assess the 2008 climate finance flows from France, Germany, and Japan as well as the European Investment Bank and find that 64 % of mitigation finance went to Asia and Oceania, 9 % to SSA, 8 % to MNA, and 5 % to LAM. With 11 %, EIT had a surprisingly high share. Climate Funds Update (2013) provides data on pledges, deposits, and recipients of the fast-start finance committed in the Copenhagen Accord. Of the 31.4 billion USD funds pledged by September 2011, 53 % came from Asia, 37 % from Europe, 9 % from North America, and 1 % from Australasia. Of 3.1 billion USD allocated to approved projects, 44 % was to be spent in Asia, 37 % in Africa, 13 % in Latin America, 13 % in North America and 6 % in Europe. There is no recent peer-reviewed literature discussing flows from Multilateral Development Banks.

As of 2009, a total of 79 REDD readiness activities and 100 REDD demonstration activities were reported (Cerbu et al., 2011). REDD readiness activities were evenly distributed among regions (21 in Amazon Region of South America, 19 in East Asia and the Pacific, 13 in Central America and the Caribbean, and 22 in Africa). In contrast, East Asia and the Pacific hold major REDD demonstration projects (40), followed by 31 in Amazon, 18 in Africa, and 2 in South Asia (Cerbu et al., 2011). Thirty-six countries, mainly in Latin America (15), Africa (15), and Asia-Pacific (8) participate in the global initiative Forest Carbon Partnership Facilities (Nguon and Kulakowski, 2013).

Other global and regional REDD+ initiatives include the UN-REDD Program, which aims to support REDD+ readiness in 46 partner countries in Africa, Asia-Pacific, and Latin America; the REDD+ Partnership, which serves as an interim platform for its partner countries to scale up actions and finance for REDD+ initiatives in developing countries; and the Forest Investment Program, which supports developing countries' efforts to REDD and promotes sustainable forest management (den Besten et al., 2013) (see also Section 11.10).

## 14.4 Regional cooperation and mitigation: opportunities and barriers

### 14.4.1 Regional mechanisms: conceptual

As a global environmental challenge, mitigation of climate change would ideally require a global solution (see Chapter 13). However,

when global agreement is difficult to achieve, regional cooperation may be useful to accomplish global mitigation objectives, at least partially. The literature on international environmental governance emphasizes the advantages of common objectives, common historical and cultural backgrounds, geographical proximity, and a smaller number of negotiating parties, which make it easier to come to agreement and to coordinate mitigation efforts. As a caveat, regional fragmentation might hamper the achievement of global objectives (Biermann et al., 2009; Zelli, 2011; Balsiger and VanDeveer, 2012). However, game-theoretic models using the endogenous coalition formation framework suggest that several regional agreements are better than one global agreement with limited participation (Asheim et al., 2006; Osmani and Tol, 2010). The underlying reason is that endogenous participation in a global environmental agreement is very small since free-riders profit more from the agreement than its signatories unless the number of signatories is very small.

The discussion in this section distinguishes between climate-specific and climate-relevant initiatives. Climate-specific regional initiatives address mitigation challenges directly. Climate-relevant initiatives were launched with other objectives, but have potential implications for mitigation at the regional level, e.g. regional trade agreements and regional cooperation on energy. This section will also address tradeoffs and synergies between adaptation, mitigation, and development at the regional level. Questions addressed in this chapter are in regard to what extent the existing schemes have had an impact on mitigation and to what extent they can be adjusted to have a greater mitigation potential in future. Since this section focuses on the mitigation potential of regional cooperation, well-being, equity, intra- and inter-generational justice will not be considered (see Sections 3.3 and 3.4 for a discussion on these issues).

An important aspect of regional mechanisms is related to efficiency and consistency. As GHGs are global pollutants and their effect on global warming is largely independent of the geographical location of the emission source, all emitters of GHGs should be charged the same implicit or explicit price. If this 'law of one price' is violated, mitigation efforts will be inefficient. This would imply that regions should strive for internal and external consistency of prices for GHGs. The law of one price should apply within and across regions. As regards internal consistency, regional markets for GHG emission permits, such as the EU ETS, have the potential to achieve this goal at least in theory (Montgomery, 1972). However, since existing trading schemes cover only a part of GHG emissions, the law of one price is violated and mitigation efforts tend to be inefficiently allocated.

External consistency is linked to the problem of GHG leakage. Specifically, regional climate regimes can lead to both carbon leakage (discussed in Section 5.4.1) and a decrease in competitiveness for participating countries (discussed in Section 13.8.1). Thus, the specific policies addressing these concerns, particularly the latter, have a large impact on an agreement's regional and national acceptability. One of the most widely discussed policies to correct for climate-related cost differ-

ences between countries is border tax adjustments (BTAs), which are similar to the (non-climate) value-added tax in the EU (Lockwood and Whalley, 2010). There is agreement that BTAs can enhance competitiveness of GHG- and trade-intensive industries within a given climate regime (Alexeeva-Talebi et al., 2008; Kuik and Hofkes, 2010; Böhringer et al., 2012; Balistreri and Rutherford, 2012; Lanzi et al., 2012). However, while BTAs ensure the competitiveness of acting countries, they lead to severe welfare losses for non-acting ones (Winchester et al., 2011; Böhringer et al., 2012; Ghosh et al., 2012; Lanzi et al., 2012), particularly developing countries and the global South (Curran, 2009; Brandi, 2013). Other solutions to the problem of carbon leakage include incorporating more countries into regional agreements (Peters and Hertwich, 2008, p. 1406), and linking regional emission trading systems. Tuerk et al. (2009) and Flachsland et al. (2009) show that linking regional emission trading systems does not necessarily benefit all parties, even though it is welfare-enhancing at a global level (see also Section 13.7).

## 14.4.2   Existing regional cooperation processes and their mitigation impacts

While there is ongoing discussion in the literature on the continued feasibility of negotiating and implementing global environmental agreements (see Chapter 13), a distinct set of studies has emerged that examines international coordination through governance arrangements that aim at regional rather than universal participation(Balsiger and VanDeveer, 2010, 2012; Balsiger and Debarbieux, 2011; Elliott and Breslin, 2011). Much of the literature adopts a regional focus (Kato, 2004; Selin and Vandeveer, 2005; Komori, 2010; van Deveer, 2011) or focuses on a particular environmental issue (Schreurs, 2011; Pahl-Wostl et al., 2012). Since 60 % of the international environmental agreements are regional (UNEP, 2001; Balsiger et al., 2012), this broader set of regional environmental agreements can provide insights on designing regional climate initiatives, although further research is needed. In addition, several regional environmental agreements have climate change components, such as the Alpine Convention's Action Plan on Climate Change in the Alps in March 2009 (Alpine Convention, 2009).

This section examines a variety of regional initiatives with climate implications. Figure 14.16 illustrates three major areas in which regional climate change coordination can be classified: climate-specific agreements, technology-focused agreements, and trade-related agreements. Most, but not all, regionally coordinated initiatives fit into one of these three categories, though some span multiple categories. In addition, some of the programs within each category have been implemented within a single geographic region, while others are intra-regional. The following sections examine regional initiatives with climate-specific objectives, trade agreements with climate implications, regional cooperation on energy, and regional cooperation schemes where mitigation and adaptation are important.

### 14.4.2.1   Climate specific regional initiatives

To date, specific regional climate policy initiatives have been rare, and they need to be distinguished from transnational initiatives that abound (Andonova et al., 2009). Grunewald et al. (2013) survey existing regional cooperation agreements on mitigation (except the agreements in the European Union for which a large literature exists). Of the 15 agreements surveyed, they find that most are built on existing trade or regional integration agreements or are related to efforts by donors and international agencies. Most relate to technology (see discussion below), some to finance, and some to trade. Few of them have been rigorously evaluated and the likely impact of most of these activities appears to be limited, given their informal and mostly voluntary nature. The technology-focused agreements are discussed in more detail below. The EU has been an exception to this pattern of rather loose and voluntary agreements, where deep integration has generated binding and compulsory market-based as well as regulation-based initiatives. Therefore, the discussion of impacts of the EU experience offers lessons of the promise and challenges to use regional cooperation mechanisms to further a mitigation agenda also for other regions.

Of the wide array of mitigation policy instruments (see Chapter 15 for a discussion of such instruments), only emission trading systems have been applied on a regional scale: the EU ETS covering the EU's 27 member states, Iceland, Norway, and Liechtenstein; and the Western Climate Initiative (WCI), which initially included several states in the United States and provinces in Canada, and now includes just California and Quebec (see Section 13.7.1.2 for a detailed review).

While the EU has tried over many years to introduce a common $CO_2$ tax, these efforts have failed and only a minimum level of energy taxes to apply across the EU could be defined. Most other supranational climate policy initiatives specialize on certain technologies. These include the Methane to Markets Initiative, the Climate Technology Initiative, the Carbon Sequestration Leadership Forum, and the International Partnership for the Hydrogen Economy, which are open for global membership (see Bäckstrand, (2008) for a summary of these initiatives). In selected cases regional initiatives have emerged, such as the Asia-Pacific Partnership for Climate Change, and the addition of regional collaboration in the framework of the UNFCCC (e. g., the Central Group 11 (CG 11) of Eastern European countries in transition or the African Group). An evaluation of these initiatives follows.

**The EU ETS**
The EU ETS is a mandatory policy, which has evolved over a decade in strong interaction between the EU Commission, the European Parliament, member state governments, and industry lobbies (for an overview of the role of the different interests, see Skjærseth (2010). It has gone through three phases, and shifted from a highly decentralized to a centralized system.

The EU ETS is by far the largest emission trading system in the world, covering over 12,000 installations belonging to over 4,000 companies

14



**Figure 14.16 |** Typology of regional agreements with mitigation implications. Figure includes selected regional agreements only, and is not comprehensive. While not all agreements fit into the typology presented in this diagram, many do.

and initially over 2 Gt of annual $CO_2$ emissions. It has thus been thoroughly researched (see Convery, (2009a), for a review of the literature, and Lohmann, (2011), for a general critique).

How was institutional, political, and administrative feasibility achieved in the case of the EU ETS? According to Skjærseth and Wettestad (2009), from being an opponent of market mechanisms in climate policy as late as 1997, the EU became a supporter of a large-scale emissions trading system since 2000 due to a rare window of opportunity. The Kyoto Protocol had increased the salience of climate policy, and according to EU rules, trading could be agreed through a qualified majority, whereas a carbon tax required unanimity. Industry was brought on board through grandfathering (Convery, 2009b) and the lure of windfall profits generated by passing through the opportunity cost of allowances into prices of electricity and other products not exposed to international competition.

Environmental effectiveness of the EU ETS has essentially been determined by the stringency of allowance allocation. Initially, a decentralized allocation system was put in place, which has been criticized by researchers as leading to a 'race to the bottom' by member states (Betz and Sato, 2006). Nevertheless, allowance prices reached levels of almost 40.5 $USD_{2010}$ (30 $EUR_{2008}$), which was unexpected by analysts, and in the 2005–2007 pilot phase triggered emission reductions estimated from 85 $MtCO_2$ (Ellerman and Buchner, 2008) up to over 170 $MtCO_2$ (Anderson and Di Maria, 2011). The wide range is due to the difficulty to assess baseline emissions. Hintermann (2010) sees the initial price spike not as sign of a shortfall of allowances but as market inefficiency due to a bubble, exercise of market power or companies hedging against uncertain future emissions levels. This is corroborated by the fact that the release of the 2005 emissions data in April–May 2006 showed an allowance surplus and led to a price crash, as allowances could not be banked into the second period starting

2008 (see Alberola and Chevallier, (2009) for an econometric analysis of the crash). A clampdown of the EU Commission on member states' allocation plan proposals for 2008–2012 reduced allocation by 10% (230 million $tCO_2$ per year for the period 2008–2012) and bolstered price levels, the crash of industrial production due to the financial and economic crisis of 2008 led to an emissions decrease by 450 $MtCO_2$ and an allowance surplus for the entire 2008–2012 period. As a result, prices fell by two-thirds but did not reach zero because allowances could be banked beyond 2012, and the Commission acted swiftly to set a stringent centralized emissions cap for the period 2013–2020 (see Skjærseth, 2010, and Skjærseth and Wettestad, 2010, for the details of the new rules and how interest groups and member states negotiated them). This stabilized prices until late 2011. But again, the unexpected persistence of industrial production decreases led to a situation of general over-allocation and pressure on allowance prices. The European Parliament and member states decided in late 2013 to stop auctioning allowances between 2013 and 2015 to temporarily take up to 900 million allowances out of the market ('backloading').

While there is a literature investigating short-term spot carbon price fluctuations, which attributes price volatility to shifts in relative coal, gas, and oil prices, weather, or business cycles (Alberola et al., 2008; Hintermann, 2010), the unexpected low prices in the EU ETS are more likely to be driven by structural factors. Four structural factors discussed in the literature are (1) the financial and economic crises (Neuhoff et al., 2012; Aldy and Stavins, 2012); (2) the change of offset regulations (Neuhoff et al., 2012); (3) the interaction with other policies (Fankhauser et al., 2010; Van den Bergh et al., 2013); and (4) regulatory uncertainty and lack of long-term credibility (Blyth and Bunn, 2011; Brunner et al., 2012; Clò et al., 2013; Lecuyer and Quirion, 2013). There is no analysis available that quantitatively attributes a relative share of these explanatory factors in the overall European Union Allowances (EUA) price development, but all four factors seemed to have played a role in the sense that the absence of any of them would have led to a higher carbon price. The following paragraphs briefly review each of the four price drivers.

*Financial and economic crises*—the crash of industrial production due to the financial and economic crisis of 2008 led to an emissions decrease by 450 $MtCO_2$ and an allowance surplus for the entire 2008–2012 period. This has led to a decrease in EUA prices (Aldy et al., 2003; Neuhoff et al., 2012) prices fell by two thirds but did not reach zero because allowances could be banked beyond 2012, and the Commission acted swiftly to set a stringent centralized emissions cap for the period 2013–2020 (see Skjærseth (2010) and Skjærseth and Wettestad (2010) for the details of the new rules and how interest groups and member states negotiated them). This action stabilized prices until late 2011. Nonetheless, since then the price has again dropped and the surplus has reached approximately 2 billion $tCO_2$ (European Commission, 2013a). Schopp and Neuhoff (2013) argue that when the surplus of permits in the market exceeds the hedging needs of market participants—which they find to be the case in the period from 2008 to at least 2020—the remaining purchase of allowance is driven by

speculators applying high discount rates. As a consequence, the EUA price remains below its long-term trend in the short-term until sufficient scarcity is back in the market.

*Import of offsets*—The use of offsets should not have influenced the price, as market participants should consider the future scarcity of offset credits and there is a limit to the maximum cumulated use of offsets between 2008 and 2020. Most large companies covered by the EU ETS engaged in futures contracts for CER acquisition as early as 2006. However, changes in offset regulations in 2009 and 2011 led to a pressure to rapidly import Certified Emission Reductions and Emission Reduction Units (CERs, ERUs). As due to rapidly rising issuance of CERs, imports approached the maximum level allowed for the period 2008–2020, price pressure on CERs/ERUs increased, which in turn generated pressure on the price of EUAs (Neuhoff et al., 2012).

*Interaction with other policies*—Interaction of the EU ETS with other mitigation policies and the resulting effects on economic efficiency has been discussed by del Río (2010) for renewable energy and energy-efficiency policies, by Sorrell et al. (2009) for renewable energy certificates, by Frondel et al. (2010) for renewable feed-in tariffs, and by Kautto et al. (2012) for biomass energy. These studies find that other mitigation policies can drive the allowance price down due to a decrease in the demand of allowances (Fankhauser et al. 2010; Van den Bergh et al., 2013). However, there is no robust scientific assessment that identifies which share of the price decline is due to expansion of renewable energy and improvement of energy efficiency. Section 15.7.3 deals with this issue of policy interactions such as those of the EU ETS and EU policies on energy efficiency, renewable, and biofuels in more detail, including also a welfare analysis of such interactions.

*Regulatory uncertainty and lack of long-term credibility*—Regulatory uncertainty (Clò et al., 2013; Lecuyer and Quirion, 2013) and the lack of long-term credibility (Brunner et al., 2012) might also have influenced the decline of the carbon price. The uncertainties surrounding 2030 and 2040 targets, potential short-term interventions to address the low allowance price, the outcome of international climate negotiations, as well as the inherent lack of credibility of long-term commitment due to potential time inconsistency problems (Brunner et al., 2012) probably increases the discount rate applied by market participants on future carbon prices. Indeed, it has been pointed out that the current linear reduction factor of 1.74% per year is not in line with ambitious 2050 emission targets (achieving only around 50% emissions reduction compared to the EU's 80–95% target) (Neuhoff, 2011). However, while lack of credibility as a factor driving EU ETS prices has been discussed in some theoretical articles, no empirical evidence on the magnitude of this factor on EUA prices is available.

Economic effectiveness of the EU ETS has been discussed with respect to the mobilization of the cheapest mitigation options. While cheap options such as biomass co-firing for coal power plants have been exploited, it is contested whether price levels of allowances have been

**14**

sufficiently high after the 2005 and 2009 crashes to drive emissions reduction. Literature suggests that they have not been high enough to drive renewable energy investment in the absence of feed-in tariffs (Blanco and Rodrigues, 2008). Engels et al. (2008) surveyed companies covered by the EU ETS and found widespread evidence of irrational behavior, i.e., companies not mitigating even if costs were substantially below allowance prices. Engels (2009) even finds that many companies did not know their abatement costs. A barrier to participation in trading could have been the highly scale-specific transaction costs, which were estimated to reach over 2 EUR/EUA for small companies in Ireland (Jaraitė et al., 2010). Given that 75% of installations were responsible for just 5% of emissions in 2005–2006 (Kettner et al., 2008), this is a relevant barrier to market participation. Another way of mobilizing cheap options is increasing the reach of the EU ETS, either through linking to other trading schemes or by allowing import of offset credits. Anger et al. (2009) find that linking can substantially reduce compliance cost, especially if the allocation is done in an efficient way that does not advantage energy-intensive industries. Linking to the states of the European Economic Area and Switzerland has not been researched to a large extent, with the exception of Schäfer (2009), who shows how opposition of domestic interest groups in Switzerland and lacking flexibility of the EU prevented linking. Access to credits from the project-based mechanisms was principally allowed by the 'Linking Directive' agreed in 2004. In 2005–2007, companies covered by the EU ETS could import credits from the mechanisms without limit, but access to the mechanisms has been reduced over time, e.g., by national level limitations in the 2008–2012 period and a central limitation for 2013–2020. The import option was crucial for the development of the CDM market (Wettestad, 2009) and drove CER prices. Skjærseth and Wettestad (2008), Chevallier (2010) and Nazifi (2010) discuss the exchange between the member states and the EU Commission about import thresholds for the 2008–2012 period.

Distributional and broader social impacts of the EU ETS have not been assessed by the literature to date except for impacts on specific industrial sectors. While the majority of allowances for the electricity sector are now sold through auctions, other industries receive free allocations according to a system of 52 benchmarks. Competitiveness impacts of the EU ETS have been analyzed intensively. Demailly and Quirion (2008) find that auctioning of 50% of allocations would only lead to a 3% loss in profitability of the steel sector, while in their analysis for the cement sector Demailly and Quirion (2006) see a stronger exposure with significant production losses at 50% auctioning. Grubb and Neuhoff (2006) and Hepburn et al. (2006) extended this analysis to other sectors and concluded that higher shares of auctioning are not jeopardizing competitiveness.

Summing up the experiences from the EU ETS, institutional feasibility was achieved by a structurally lenient allocation, which puts into doubt its environmental effectiveness. There was a centralization of allocation over time, taking competences away from national governments. Several factors have pushed the carbon prices down in the second phase of the EU ETS. This has created a situation in which the target set by European policy makers is achieved, but carbon prices are low; while there are efforts to stabilize the carbon price through backloading or an ambitious emission target for 2030, at the time of this writing it has proven politically difficult to reach agreement on these matters. Future reform of the EU ETS will need to clarify the objectives of the scheme, i.e., a quantitative emissions target or a strong carbon price (e.g., to stimulate development of mitigation technologies). The link to the project-based mechanisms was important to achieve cost-effectiveness, but this has been eroded over time due to increasingly stringent import limits.

### 14.4.2.2    Regional cooperation on energy

Given the centrality of the energy sector for mitigation, regional cooperation in the energy sector could be of particular relevance. Regional cooperation on renewable energy sources (RES) and energy efficiency (EE) typically emerges from more general regional and/or interregional agreements for cooperation at economic, policy, and legislative levels. It also arises through initiatives to share available energy resources and to develop cross-border infrastructure. Regional cooperation mechanisms on energy take different forms depending, among others, on the degree of political cohesion in the region, the energy resources available, the strength of economic ties between participating countries, their institutional and technical capacity, and the financial resources that can be devoted to cooperation efforts.

In this context, it is also important to consider spillovers on energy that may appear due to trade. As discussed in Chapter 6 (Section 6.6.2.2), mitigating climate change would likely lead to lower import dependence for energy importers (Shukla and Dhar, 2011; Criqui and Mima, 2012). The flip side of this trend is that energy-exporting countries could lose out on significant energy-export revenues as the demand for and prices of fossil fuels drops.[3] The effect on coal exporters is very likely to be negative in the short- and long-term as mitigation action would reduce the attractiveness of coal and reduce the coal wealth of exporters (Bauer et al., 2013a; b; Cherp et al., 2013; Jewell et al., 2013). Gas exporters could win out in the medium term as coal is replaced by gas. The impact on oil is more uncertain. The effect of climate policies on oil wealth and export revenues is found to be negative in most studies (IEA, 2009; Haurie and Vielle, 2011; Bauer et al., 2013a; b; McCollum et al., 2014; Tavoni et al., 2014). However, some studies find that climate policies would increase oil export revenues of mainstream exporters by pricing carbon-intensive unconventionals out of the market (Persson et al., 2007; Johansson et al., 2009; Nemet and Brandt, 2012). See also Section 6.3.6.6.

In the following section, some examples of regional cooperation will be briefly examined, namely the implementation of directives on renewable energy resources in the EU (European Commission, 2001, 2003, 2009b) and in South East Europe under the Energy Community Treaty

---

[3]    See also Section 13.4 on burden sharing regimes that could be used to offset the possible decrease in export revenue for fossil exporters.

(Energy Community, 2005, 2008 and 2010), and energy resource sharing through regional power pools and regional cooperation on hydropower.

## Regional cooperation on renewable energy in the European Union

The legislative and regulatory framework for renewable energy in the EU has been set up through several directives of the European Commission adopted by EU member states and the European parliament (European Commission, 2001, 2003, 2009b). These directives are an example of a regulatory instrument, in contrast to the cap-and-trade mechanism of the EU ETS described above. In the past, the European Community adopted two directives on the promotion of electricity from renewable sources and on the promotion of biofuels (European Commission, 2001, 2003). These two EU directives established indicative targets for electricity from renewable sources and biofuels and other renewables in transport, respectively, for the year 2010. Furthermore, they started a process of legal and regulatory harmonization and required actions by EU member states to improve the development of renewable energy (Haas et al., 2006, 2011; Harmelink et al., 2006). There was progress toward the targets, but it did not occur at the required pace (Rowlands, 2005; Patlitzianas et al., 2005; European Commission, 2009a; Ragwitz et al., 2012). Therefore, the European Commission proposed a comprehensive legislative and regulatory framework for renewable energy with binding targets.

This led to the introduction of the Directive 2009/28/EC on the promotion of RES (European Commission, 2009b). In this directive, EU Member States agreed to meet binding targets for the share of RES in their gross final energy consumption by the year 2020. The overall target for the European Union is 20 % of EU gross final energy consumption to come from RES by the year 2020. The share of renewables in gross final energy consumption has indeed increased substantially after passage of the directive and stands at around 13 % in 2011.

The RES Directive is part of the EU climate and energy package (European Commission, 2008). As such, it has interactions with the other two pillars, namely the EU ETS and the EE-related directives. On the basis of model analysis, the European Commission (European Commission, 2011b) estimates that the implementation of the EU RES directive could represent an emissions reduction of between 600 and 900 MtCO$_2$eq by the year 2020 in the EU-27 compared to a baseline scenario (Capros et al., 2010). The introduction of regulatory instruments targeted at RES and/or EE on top of the EU ETS appears justified on the grounds of the failure of the market to provide incentives for the uptake of these technologies (European Commission, 2013a). Still, the combined emission reductions resulting from RES deployment and EE measures leave the EU ETS with a reduced portion of the effort necessary to achieve the 20 % EU emission reduction target by 2020 (e.g., European Commission, 2013a). This, as discussed above, has contributed to a reduced carbon price in the EU ETS (Abrell and Weigt, 2008; OECD, 2011a), affecting its strength as a signal for innovation and investments in efficiency and low-carbon technologies (e.g., European Commission, 2013b).

Therefore, coordination between RES and EE policies and the EU ETS is needed and could include introducing adjustment mechanisms into the EU ETS.

The implementation of the EU directives for renewable energy and the achievement of the national targets have required considerable efforts to surmount a number of barriers (Held et al., 2006; Haas et al., 2011; Patlitzianas and Karagounis, 2011; Arasto et al., 2012). One obstacle is the heterogeneity between EU member states regarding their institutional capacity, know-how, types of national policy instruments and degrees of policy implementation (e.g., European Commission, 2013c). Still, the EU directives for renewable energy have contributed to advancing the introduction of RES in the member states (Cardoso Marques and Fuinhas, 2012). This regional cooperation has taken place in the framework of a well-developed EU integration at the political, legal, policy, economic, and industrial level. Only with these close integration ties has it been possible to implement EU directives on RES.

## Power pools for energy resources sharing

Power pools have evolved as a form of regional cooperation in the electricity sector and are an example of an opportunity for mitigation that only arises for geographically close countries. Electricity interconnections and common markets in a region primarily serve the purpose of sharing least-cost generation resources and enhancing the reliability of supply. Getting regional electricity markets to operate effectively supports mitigation programs in the electricity sector. Cross-border transmission systems (interconnectors), regional markets and trade, and system-operating capability play a major role in both the economics and feasibility of intermittent renewables. In some cases, power pools provide opportunities for sharing renewable energy sources, notably hydropower and wind energy, facilitating fuel switching away from fossil fuels (ICA, 2011; Khennas, 2012). In this context, there is a correlation between the development of the power pool and the ability of a region to develop renewable electricity sources (Cochran et al., 2012). A combination of electricity sector reform, allowing power utilities to be properly run and sustainable, and regional wholesale market development, with the corresponding regional grid development, is necessary to tap their potential.

An example of a well-established power pool is the Nord Pool, the common market for electricity in Scandinavia, covering Denmark, Sweden, Norway, and Finland. The Nordic power system is a mixture of hydro, nuclear, wind, and thermal fossil power. With this mix, the pool possesses sizeable amounts of flexible regulating generation sources, specifically hydropower in Norway. These flexible hydropower plants and pump storage plants allow compensating the inflexibility of wind power generation (e.g., in Denmark), which cannot easily follow load changes. Through the wholesale market, the Nord Pool can absorb and make use of excess wind electricity generation originating in Denmark, through complementary generation sources. This allows the Nord Pool to integrate a larger share of wind energy (e.g., Kopsakangas-Savolainen and Svento, 2013).

**14**

## Box 14.1 | Regional cooperation on renewable energy in the Energy Community

The Energy Community extends the EU internal energy market to South East Europe and beyond, based on a legally binding framework. The Energy Community Treaty (EnCT) establishing the Energy Community entered into force on 1 July 2006 (Energy Community, 2005). The Parties to the Treaty are the European Union, and the Contracting Parties Albania, Bosnia and Herzegovina, Croatia, Former Yugoslav Republic of Macedonia, Montenegro, Serbia, the United Nations Interim Administration Mission in Kosovo (UNMIK), Moldova and Ukraine. The Energy Community treaty extended the so-called '*acquis communautaire*', the body of legislation, legal acts, and court decisions, which constitute European law, to the contracting parties. As a result, contracting parties are obliged to adopt and implement several EU directives in the areas of electricity, gas, environment, competition, renewable energies, and energy efficiency. In the field of renewable energy, the EU acquis established the adoption of the EU directives on electricity produced from renewable energy sources and on biofuels. As a further step, in 2012, the Energy Community adopted the EU RES Directive 2009/28/EC (Energy Community, 2012). This allows contracting parties to use the cooperation mechanisms (statistical transfers, joint projects, and joint support schemes) foreseen by the RES directive under the same conditions as the EU member states.

Analyses of the implementation of the *acquis* on renewables in the energy community (EIHP, 2007, p. 2007; Energy Community, 2008; IEA, 2008; IPA and EPU-NTUA, 2010) found that progress in implementing the EU directives has been dissimilar across Contracting Parties, among others due to the heterogeneity between these countries in institutional capacity, know-how, and pace of implementation of policies and regulatory frameworks (Energy Community, 2010; Mihajlov, 2010; Karakosta et al., 2011; Tešić et al., 2011; Lalic et al., 2011). Still, economic and political ties between South East Europe and the European Union and the prospect of contracting parties to become EU member states have contributed to the harmonization of legal, policy, and regulatory elements for RES (Renner, 2009, p. 20). Through the legally binding Energy Community Treaty, the European Union has exported its legislative frameworks on RES and EE to a neighboring region. Their further implementation, however, requires strengthening national and regional institutional capacity, developing regional energy markets and infrastructure, and securing financing of projects.

In Africa there are five main power pools, namely the Southern Africa Power Pool (SAPP), the West African Power Pool (WAPP), the East African Power Pool (EAPP), the Central African Power Pool (CAPP), and the Comité Maghrébin de l'Electricité (COMELEC). The SAPP, for example, includes 12 countries: Botswana, Lesotho, Malawi, South Africa, Swaziland, Zambia, Zimbabwe, Namibia, Tanzania, Angola, Mozambique, and Democratic Republic of the Congo. Its generation mix is dominated by coal-based power plants from South Africa, which has vast coal resources and the largest generation capacity within SAPP. Other resources available in the SAPP are hydropower from the northern countries and, to a lower extent, nuclear power, and gas and oil plants (Economic Consulting Associates (ECA), 2009; ICA, 2011). Overall the scale of trade within these power pools is small, leading to continued inefficiencies in the distribution of electricity generation across the continent (Eberhard et al., 2011). One of the driving forces in SAPP is supplying rapid demand growth in South Africa with hydropower generated in the northern part of the SAPP region. This way, the power pool can contribute to switching from coal to hydropower (ICA, 2011; IRENA, 2013). African power pools and related generation and transmission projects are financed through different sources, including member contributions, levies raised on transactions in the pool and donations and grants (Economic Consulting Associates (ECA), 2009). To the extent that financial sources are grants or loans from donor countries or multi-lateral development banks, there exists the possibility to tie financing to carbon performance standards imposed on electricity generation and transmission infrastructure projects.

### Regional gas grids
Regional gas grids offer similar opportunities for mitigation (see Chapter 7). In particular, they allow the replacement of high-carbon coal-fired and diesel generation of electricity by gas-fired plants. Such gas grids are developing in East Asia linking China with gas exporting countries as well as in Eastern Europe, again linking gas exporters in Eastern Europe and Central Asia with consumers in Western Europe with the EU taking a coordinating role (Victor, 2006).

### Regional cooperation on hydropower
Regional cooperation on hydropower may enable opportunities for GHG-emissions reduction for geographically close countries by exploiting hydropower power potential in one country and exporting electricity to another, by joint development of a transboundary river system (van Edig et al., 2001; Klaphake and Scheumann, 2006; Wyatt and Baird, 2007; Grumbine et al., 2012), or by technology cooperation and transfer to promote small hydropower (UNIDO, 2010; Kumar et al., 2011; Kaunda et al., 2012). The development of hydropower potential, however, needs to comply with stringent environmental, social and economic sustainability criteria as it has important ramifications

for development and climate change in the affected regions (Kumar et al., 2011). In addition, there are difficult economic, political, and social issues regarding water sharing, upstream and downstream impacts, and other development objectives. Given its vulnerability to droughts and other impacts of climate change, hydropower development requires careful planning, including provisions for complementary electricity generation sources (Zarsky, 2010; Nyatichi Omambi et al., 2012)

### Regional cooperation on energy efficiency standards and labelling

Standards and labels (S&L) for energy-efficient products are useful in accelerating market transformation towards more energy-efficient technologies. Energy-efficiency S&L programs help, for instance, reducing consumption of fossil fuels (e.g., diesel) for electricity generation. Also, when applied to biomass-based cook stoves, S&L help decreasing the use of traditional biomass for cooking (Jetter et al., 2012). Standards and labelling programs at a regional-scale provide critical mass for the creation of regional markets for energy efficiency and, therefore, incentives to equipment manufacturers. They are also useful in reducing non-tariff barriers to trade (NAEWG, 2002). Examples of existing S&L regional programs are the European Energy Labelling directive, first published as Directive 92/75/EEC by the European Commission in 1992 (European Commission, 1992) and subsequently revised (Directive 2010/30/EU; European Commission, 2010), to harmonize energy-efficiency S&L throughout EU member states and harmonization efforts on energy-efficiency S&L between the U.S, Canada, and Mexico as a means to reduce barriers to trade within the North American Free Trade Agreement (NAFTA), (NAEWG, 2002; Wiel and McMahon, 2005; Geller, 2006). Currently, several regional S&L initiatives are being developed, such as the Economic Community of West African States (ECOWAS) regional initiative on energy-efficiency standards and labelling (ECREEE, 2012a), and the Pacific Appliance Labelling and Standards (PALS) program in Pacific Island Countries (IIEC Asia, 2012).

#### 14.4.2.3   Climate change cooperation under regional trade agreements

International trade regulation is particularly relevant as mitigation and adaptation policies often depend on trade policy (Cottier et al., 2009; Hufbauer et al., 2010; Aerni et al., 2010). On the one hand, trade liberalization induces structural change, which can have a direct impact on emissions of pollutants such as GHGs. On the other hand, regional trade agreements (RTAs), while primarily pursuing economic goals, are suitable to create mechanisms for reducing emissions and establish platforms for regional cooperation on mitigation and adaptation to climate change. In parallel to provisions on elimination of tariff and non-tariff trade barriers, the new generation of RTAs contains so called WTO-X provisions, which promote policy objectives that are not discussed at the multilateral trade negotiations (Horn et al., 2010). In particular, they offer the potential to refine criteria

for distinctions made on the basis of process and production methods (PPMs), which are of increasing importance in addressing the linkage of trade and environment and of climate change mitigation in particular.

Regional trade agreements have flourished over the last two decades. As of December 2013, the World Trade Organization (WTO) acknowledged 379 notifications of RTAs to be in force(WTO, 2013), half of which went into force only after 2000. This includes bilateral as well as multilateral agreements such as, e.g., the EU, the NAFTA, the Southern Common Market (MERCOSUR), the Association of Southeast Asian Nations (ASEAN) and the Common Market of Eastern and Southern Africa (COMESA). Regional trade agreements increasingly transgress regional relations and encompass transcontinental preferential trade agreements (PTAs).

According to the economic theory of international trade, PTAs foster trade within regions and amongst member countries (trade creation) and they are detrimental to trade with third parties since trade with non-member countries is replaced by intraregional trade (trade diversion). Although the impacts of trade creation and trade diversion have not been analyzed theoretically with respect to their environmental impacts, conclusion by analogy implies that the effects on pollution-intensive and green industries can be positive or negative depending on the patterns of specialization. Most empirical studies look at NAFTA and find mixed evidence on the environmental consequences of regional trade integration in North America (Kaufmann et al., 1993; Stern, 2007). The effects of NAFTA on Mexico turn out to be small. Akbostancı et al. (2008) look at the EU-Turkey free trade agreement and find weak evidence that the demand for dirty imports declined slightly. A study including 162 countries that were involved in RTAs supports the view that regional trade integration is good for the environment (Ghosh and Yamarik, 2006). Among empirical studies looking at the effects of trade liberalization in general, Antweiler et al. (2001), Frankel and Rose (2005), Kellenberg (2008) and Managi et al. (2009) indicate that freer trade is slightly beneficial to the environment. As shown in Section 14.3.4, carbon embodied in trade is substantial and it has been increasing from 1990 to 2008 (Peters et al., 2011).

Trade liberalization in major trade regions has fostered processes that are relevant to climate change mitigation via the development of cooperation on climate issues. (Dong and Whalley, 2010, 2011) look at environmentally motivated trade agreements and find that their impacts, albeit positive, are very small. Many PTAs contain environmental chapters or environmental side-agreements, covering the issues of environmental cooperation and capacity building, commitments on enforcement of national environmental laws, dispute settlement mechanisms regarding environmental commitments, etc. (OECD, 2007). In the case of NAFTA, the participating countries (Canada, Mexico, and the United States) created the North American Agreement on Environmental Cooperation (NAAEC). The NAAEC established an international organization, the Commission for Environmental Cooperation (CEC), to facilitate col-

**14**

laboration and public participation to foster conservation, protection, and enhancement of the North American environment in the context of increasing economic, trade, and social links among the member countries. Several factors, such as the CEC's small number of actors, the opportunities for issue linkage, and the linkage between national and global governance systems have led to beneficial initiatives; yet assessments stress its limitations and argue for greater interaction with other forms of climate governance in North America (Betsill, 2007). The Asia-Pacific Economic Forum (APEC) provides an example of how trade-policy measures can be used to promote trade and investment in environmental goods and services. In 2011, APEC leaders reaffirmed to reduce the applied tariff rate to 5 % or less on goods on the APEC list of environmental goods by the end of 2015 (APEC, 2011). Although the legal status of these political declarations is non-binding, this 'soft law' can help to define the standards of good behavior for a 'well-governed state' (Dupuy, 1990; Abbott and Snidal, 2000).

Recent evidence suggests that environmental provisions in RTAs do affect $CO_2$ emissions of member countries (Baghdadi et al., 2013). Member countries of RTAs that include environmental harmonization policies converge in $CO_2$ emissions per capita, with the gap being 18 % lower than in countries without an RTA. On the other hand, member countries of RTAs not containing such an environmental agreement tend to diverge in terms of $CO_2$ emissions per capita. Moreover, the authors find that membership in an RTA *per se* does not affect average $CO_2$ emissions significantly whereas environmental policy harmonization within an RTA has a very small (0.3 %) but significant effect on reducing emissions. Thus, regional agreements with environmental provisions lead to slightly lower average emissions in the region and a strong tendency for convergence in those emissions.

There is a potential to expand PTA environmental provisions to specifically cover climate policy concerns. One of the few existing examples of enhanced bilateral cooperation on climate change under PTAs relates to the promotion of capacity building to implement the CDM under the Kyoto Protocol provided for in Article 147 of the Japan-Mexico Agreement for the Strengthening of the Economic Partnership. Holmes et al. (2011) argue that PTAs can include provisions on establishment of ETSs with mutual recognition of emissions allowances (i.e., linking national ETSs in a region) and carbon-related standards. In promoting mitigation and adaptation goals, PTAs can go beyond climate policy cooperation provisions in environmental chapters and make climate protection a crosscutting issue. Obligations to provide know-how and transfer of technology, as well as concessions in other areas covered by a PTA can provide appropriate incentives for PTA parties to accept tariff distinctions based on PPMs (Cosbey, 2004). Although PTAs constitute their own regulatory system of trade relations, the conclusion of PTAs, the required level of trade liberalization, and trade measures used under PTAs are subject to WTO rules (Cottier and Foltea, 2006). While trade measures linked to emissions is a contentious issue in the WTO (Bernasconi-Osterwalder et al., 2006; Holzer, 2010; Hufbauer et al., 2010; Conrad, 2011), the use of carbon-related trade measures

under PTAs provides greater flexibility compared to their application in normal trade based on the most-favored nation (MFN) principle. Particularly, it reduces the risk of trade retaliations and the likelihood of challenge of a measure in the WTO dispute settlement (Holzer and Shariff, 2012).

While concerns are expressed in the literature about the coherence between regional and multilateral cooperation (Leal-Arcas, 2011), it is also recognized that PTAs could play a useful role in providing a supplementary forum for bringing together a number of key players (Lawrence, 2009) and fostering bilateral, regional, and trans-regional environmental cooperation (Carrapatoso, 2008; Leal-Arcas, 2013). With the current complexities of the UNFCCC negotiations, PTAs with their negotiation leverages and commercial and financial incentives can facilitate achievement of climate policy objectives. They can also form a platform for realization of mitigation and adaptation policies elaborated at a multilateral level (Fujiwara and Egenhofer, 2007).

### 14.4.2.4    Regional examples of cooperation schemes where synergies between adaptation and mitigation are important

Referring to potential regional actions to integrate adaptation and mitigation, Burton et al. (2007) point out the need to incorporate adaptation in mitigation and development policies. An integrated approach to climate change policies was considered and large-scale mitigation opportunities at the national and regional level were identified, indicating that scaling up could be realized through international initiatives (Kok and De Coninck, 2007). The UNFCCC Cancun agreements include mandates for multiple actions at the regional level, in particular related to adaptation and technology (UNFCCC, 2011). Some authors also underlined the importance of the linkage between adaptation and mitigation at the project level, in particular where the mitigative capacity is low and the need for adaptation is high. This linkage facilitates the integration of sustainable development priorities with climate policy, as well as the engagement of local policymakers in the mitigation agenda (Ayers and Huq, 2009). Section 4.6 underlines the large similarities and the complementarities between mitigative and adaptive capacities.

Opportunities of synergies vary by sector (Klein et al., 2007). Promising options can be primarily identified in sectors that can play a major role in both mitigation and adaptation, notably land use and urban planning, agriculture and forestry, and water management (Swart and Raes, 2007). It has been stated that forest-related mitigation activities can significantly reduce emissions from sources and increase $CO_2$ removals from sinks at a low cost. It was also suggested that those activities can be designed promoting synergies with adaptation and sustainable development (IPCC, 2007). Adaptation measures in the forestry sector are essential to climate change mitigation, for maintaining the forest functioning status addressing the negative impacts of climate change ('adaptation for forests'). They are also needed due to the

role that forests play in providing local ecosystem services that reduce vulnerability to climate change ('adaptation for people') (Vignola et al., 2009; Locatelli et al., 2011). Information and multiple examples on interactions between mitigation and adaptation that are mutually reinforcing in forests ecosystems and agriculture systems are provided in Section 11.5.

Examples where integration of mitigation and adaptation processes are necessary include REDD+ activities in the Congo Basin, a region where there are well-established cooperation institutions to deal with common forest matters, such as the Central Africa Forest Commission (COMIFAC) and the Congo Basin Forest Partnership (CBFP). Some authors consider that the focus is currently on mitigation, and adaption is insufficiently integrated (Nkem et al., 2010). Other authors have suggested designing an overarching environmental road map or policy strategy. The policy approaches for implementing REDD+, adaptation, biodiversity conservation and poverty reductions may arise from them (Somorin et al., 2011).

The Great Green Wall of the Sahara, launched by the African Union, is another example to combine mitigation and adaptation approaches to address climate change. It is a priority action of the Africa-EU Partnership on Climate (European Union, 2011). The focus of the initiative is adaptation and mitigation to climate change through sustainable land management (SLM) practices. These practices are increasingly recognized as crucial to improving the resilience of land resources to the potentially devastating effects of climate change in Africa (and elsewhere). Thus, it will contribute to maintaining and enhancing productivity. SLM practices, which are referred in Section 14.3.5 of this report, also contribute to mitigate climate change through the reduction of GHG emissions and carbon sequestration (Liniger et al., 2011).

There may, however, also be significant differences across regions in terms of the scope of such opportunities and related regional cooperative activities. At present there is not enough literature to assess these possible synergies and tradeoffs between mitigation and adaptation in sufficient depth for different regions.

## 14.4.3    Technology-focused agreements and cooperation within and across regions

A primary focus of regional climate agreements surrounds the research, development, and demonstration (RD&D) of low-carbon energy technologies, as well as the development of policy frameworks to promote the deployment of such technologies within different national contexts (Grunewald et al., 2013). While knowledge-sharing and joint RD&D agreements related to climate change mitigation are possible in bilateral, regional, and larger multilateral frameworks (de Coninck et al., 2008), regional cooperation mechanisms may evolve as geographical regions often exhibit similar challenges in mitigating climate change. In some cases these similarities serve as a unifying force for regional

technology agreements or for cooperation on a particular regionally appropriate technology.

Other regional agreements do not conform to traditional geographically defined regions, but rather may be motivated by a desire to transfer technological experience across regions. In the particular case of technology cooperation surrounding climate change mitigation, regional agreements are frequently comprised of countries that have experience in developing or deploying a particular technology, and countries that want to obtain such experience and deploy a similar technology. While many such agreements include countries from the North sharing such experience with countries from the South, it is increasingly common for agreements to also transfer technology experiences from North to North, or from South to South. Other forms of regional agreements on technology cooperation, including bilateral technology cooperation agreements, may serve political purposes such as to improve bilateral relations, or contribute to broader development assistance goals. Multilateral technology agreements, such as those facilitated under the UNFCCC, the Montreal Protocol, the IEA, and the GEF, are not included in the scope of this chapter as they are discussed in Chapter 13.

While there has been limited assessment of the efficacy of regional agreements, when available such assessments are reviewed below.

### 14.4.3.1    Regional technology-focused agreements

Few regional technology-focused agreements conform to traditional geographically defined regions. One exception is the Energy and Climate Partnership of the Americas (ECPA), which was initiated by the United States, and is a regional partnership among Western hemisphere countries to jointly promote clean energy, low-carbon development, and climate-resilient growth (ECPA, 2012). Argentina, Brazil, Canada, Chile, Colombia, Costa Rica, Dominica, Mexico, Peru, Trinidad, and Tobago, and the United States as well as the Inter-American Development Bank (IDB) and the Organization of American States (OAS) have announced initiatives and/or are involved in ECPA-supported projects. They focus on a range of topics, including advanced power sector integration and cross border trade in electricity, advancing renewable energy, and the establishment of an Energy Innovation Center to serve as a regional incubator for implementation and financing of sustainable energy innovation (ECPA, 2012). The ECPA could provide a model for other neighboring countries to form regionally coordinated climate change partnerships focused on technologies and issues that are of common interest within the region.

While not explicitly focused on climate, the Regional Innovation and Technology Transfer Strategies and Infrastructures (RITTS) program provides an interesting example of a regionally coordinated technology innovation and transfer agreement that could provide a model for regional technology cooperation. RITTS reportedly helped to develop the EU's regional innovation systems, improve the efficiency of the

**14**

support infrastructure for innovation and technology transfer, enhance institutional capacity at the regional level, and promote the exchange of experiences with innovation policy (Charles et al., 2000).

The ASEAN is a particularly active region in organizing initiatives focused on energy technology cooperation that may contribute to climate change mitigation. ASEAN has organized the Energy Security Forum in cooperation with China, Japan, and Korea (the ASEAN+3) that aims to promote greater emergency preparedness, wider use of energy efficiency and conservation measures, diversification of types and sources of energy, and development of indigenous petroleum (Philippine Department of Energy Portal, 2014). The Forum of the Heads of ASEAN Power Utilities/Authorities (HAPUA) includes working groups focused on electricity generation, transmission, and distribution; renewable energy and environment; electricity supply industry services; resource development; power reliability and quality; and human resources (Philippine Department of Energy Portal, 2014). ASEAN's Center on Energy (ACE) (previously called the ASEAN-EC Energy Management Training and Research Center) was founded in 1990 as an intergovernmental organization to initiate, coordinate, and facilitate energy cooperation for the ASEAN region, though it lacks a mandate to implement actual projects (Kneeland et al., 2005; UNESCAP, 2008; Poocharoen and Sovacool, 2012). In addition, the European Commission partnered with the ASEAN countries in the COGEN 3 initiative, focused on promoting cogeneration demonstration projects using biomass, coal, and gas technologies (COGEN3, 2005). Regional energy cooperation in the ASEAN region has been mainly motivated by concerns about security of energy supply (Kuik et al., 2011) and energy access (Bazilian et al., 2012a), an increasing energy demand, fast-rising fossil fuel imports, and rapidly growing emissions of GHGs and air pollutants (USAID, 2007; UNESCAP, 2008; Cabalu et al., 2010; IEA, 2010b; c). As a result, some policies have translated into action on the ground. For example, during the APAEC 2004–2009, the regional 10% target to increase the installed renewable energy-based capacities for electricity generation was met (Kneeland et al., 2005; Sovacool, 2009; ASEAN, 2010; IEA, 2010c).

The APEC also has an Energy Working Group (EWG) that was launched in 1990 to maximize the energy sector's contribution to the region's economic and social well-being, while mitigating the environmental effects of energy supply and use (APEC Secretariat, 2012).

The ECOWAS regional energy program aims to strengthen regional integration and to boost growth through market development to fight poverty (ECOWAS, 2003, 2006). The ECOWAS Energy Protocol includes provisions for member states to establish energy-efficiency policies, legal and regulatory frameworks, and to develop renewable energy sources and cleaner fuels. It also encourages ECOWAS member states to assist each other in this process. The ECOWAS has recently expanded further energy access initiatives, which were launched by The Regional Centre for Renewable Energy and Energy Efficiency (ECREEE, 2012a; b).

There are also examples of institutions that have been established to serve as regional hubs for international clean energy technology cooperation. For example, the Asia Energy Efficiency and Conservation Collaboration Center (AEEC), which is part of the Energy Conservation Center of Japan, promotes energy efficiency and conservation in Asian countries through international cooperation (ECCJ/AEEC, 2011). One of the longest-established institutions for promoting technology transfer and capacity building in the South is the Asian and Pacific Center for Transfer of Technology (APCTT), based in New Delhi, India. Founded in 1977, APCTT operates under the auspices of the United Nations Economic and Social Commission for Asia and the Pacific to facilitate technology development and transfer in developing countries of the region, with special emphasis on technological growth in areas such as agriculture, bioengineering, mechanical engineering, construction, microelectronics, and alternative energy generation (Asia-Pacific Partnership on Clean Development and Climate, 2013).

### 14.4.3.2    Inter-regional technology-focused agreements

Some technology agreements have brought together non-traditional regions, or spanned multiple regions. For example, the Asia-Pacific Partnership on Clean Development and Climate (APP) brought together Australia, Canada, China, India, Japan, Korea, and the United States. These countries did not share a specific geography, but had common interests surrounding mitigation technologies, as well as a technology-oriented approach to climate change policy. The purpose of the APP was to build upon existing bilateral and multilateral initiatives, although it was perceived by some to be offered forth by the participating nations as an alternative to the Kyoto Protocol (Bäckstrand, 2008; Karlsson-Vinkhuyzen and Asselt, 2009; Lawrence, 2009; Taplin and McGee, 2010). The APP was a public-private partnership that included many active private sector partners in addition to governmental participants that undertook a range of projects across eight task forces organized by sector. Initiated in 2006, the work of the APP was formally concluded in 2011, although some projects have since been transferred to the Global Superior Energy Performance Partnership (GSEP) under the Clean Energy Ministerial. This includes projects from the sectoral task forces on power generation and transmission, cement, and steel (US Department of State, 2011; Clean Energy Ministerial, 2012). One study reviewing the implementation of the APP found that a majority of participants found the information and experiences exchanged within the program to be helpful, particularly on access to existing technologies and know-how (Okazaki and Yamaguchi, 2011; Fujiwara, 2012). The APP's record on innovation and access to newer technologies was more mixed, with factors such as limited funding and a lack of capacity for data collection and management perceived as barriers (Fujiwara, 2012). As discussed in Section 13.6.3, it may also have had a modest impact on governance (Karlsson-Vinkhuyzen and Asselt, 2009; McGee and Taplin, 2009) and encouraged voluntary action (Heggelund and Buan, 2009).

Another technology agreement that brings together clean energy technology experience from different regions is the Clean Energy Ministerial (CEM). The CEM convenes ministers with responsibility for clean energy technologies from the world's major economies and ministers from a select number of smaller countries that are leading in various areas of clean energy (Clean Energy Ministerial, 2012). The first CEM meeting was held in Washington in 2010. The 23 governments participating in CEM initiatives are Australia, Brazil, Canada, China, Denmark, the European Commission, Finland, France, Germany, India, Indonesia, Italy, Japan, Korea, Mexico, Norway, Russia, South Africa, Spain, Sweden, the United Arab Emirates, the United Kingdom, and the United States. These participant governments account for 80 % of global GHG emissions and 90 % of global clean energy investment (Clean Energy Ministerial, 2012).

A smaller agreement that focused on a broad range of mitigation technologies, the Sustainable Energy Technology at Work (SETatWork) Program, was comprised of two years of activities that ran from 2008 to 2010. SETatWork developed partnerships between organizations in the EU, Asia, and South America focused on implementing the EU ETS through identifying CDM project opportunities and transferring European technology and know-how to CDM host countries (European Commission, 2011a).

Other inter-regional technology cooperation initiatives and agreements focus on specific technology areas. For example, multiple initiatives focus on the development or deployment of carbon dioxide capture and storage (CCS) technologies, including the Carbon Sequestration Leadership Forum (CSLF), the European CCS Demonstration Project Network, The Gulf Cooperation Council CCS Strategic Workshop, and the Global Carbon Capture and Storage Institute.

### 14.4.3.3    South-South technology cooperation agreements

There are increasingly more examples of technology cooperation agreements among and between developing countries, often in the context of broader capacity building programs or agreements to provide financial assistance. One example is the Caribbean Community Climate Change Centre; which coordinates the Caribbean region's response to climate change and provides climate change-related policy advice and guidelines to the Caribbean Community (Caribbean Community Climate Change Center, 2012). Larger countries such as China and Brazil have taken an active role in promoting South-South cooperation. For example, China has served as a key donor to the UNDP Voluntary Trust Fund for the Promotion of South-South Cooperation, and United Nations Educational, Scientific and Cultural Organization (UNESCO) is working with the China Science and Technology Exchange Centre, which is part of China's Ministry of Science and Technology, to develop a network for South-South cooperation on science and technology to Address Climate Change (United Nations Development Programme: China, 2005; UNESCO Bejing, 2012). The Brazilian Agricultural Research Corporation has established several programs to promote agricultural and biofuel

cooperation with Africa, including the Africa-Brazil Agricultural Innovation Marketplace, supported by Brazilian and international donors (Africa-Brazil Agricultural Innovation Marketplace, 2012).

Other South-South programs of cooperation that do not focus on climate change explicitly still may encourage climate related technology cooperation. For example, the India, Brazil, South Africa (IBSA) Trust Fund implements South-South cooperation for the benefit of LDCs, focusing on identifying replicable and scalable projects that can be jointly adapted and implemented in interested developing countries as examples of best practices in the fight against poverty and hunger. Projects have included solar energy programs for rural electrification and other projects with potential climate change mitigation benefits (UNDP IBSA Fund, 2014).

### 14.4.3.4    Lessons learned from regional technology agreements

A review of regional climate technology agreements reveals a complex landscape of cooperation that includes diversity in structure, focus, and effectiveness. While all of the regional agreements discussed above vary in their achievements, the strength of the regional organization or of the relationships of the members of the partnership also vary substantially. This has a direct implication for the effectiveness of the cooperation, and for any emissions reductions that can be attributed to the program of cooperation.

Well-coordinated, regionally based organizations, such as ASEAN, have served as an effective platform for cooperation on clean energy, because such programs build upon a strong, pre-existing regional platform for cooperation. Since most regional organizations coordinate regional activity rather than govern it, most of these regional energy and climate technology agreements focus on sharing information and knowledge surrounding technologies, rather than implementing actual projects, though there are exceptions. Since many countries are involved in multiple regional agreements, often with a similar technical focus, it can be difficult to attribute technology achievements to any specific agreement or cooperation initiative.

Because of the large number of intra-regional climate technology agreements with different types of membership structures and motivations, it is very difficult to draw general lessons from these types of initiatives. Since intra-regional technology agreements rarely build upon existing regional governance structures, their efficacy depends both on the commitment of the members, as well as the resources committed. The prominence of regionally coordinated agreements in other arenas, including environmental protection and trade, suggests that regions will play an increasingly important role in climate-related cooperation in the future. Experience with regional climate cooperation thus far suggests that building upon pre-existing regional groupings and networks, particularly those with strong economic or trade relationships, may provide the best platform for enhanced regional climate change cooperation.

#### 14.4.4 Regional mechanisms for investments and finance

##### 14.4.4.1 Regional and sub-regional development banks and related mechanisms

Regional institutions, including the regional multilateral development banks and the regional economic commissions of the United Nations, play an important role in stimulating action and funding for mitigation activities (see Section 16.5.1.2 for a discussion of specific regional institutions). Development finance institutions channeled an estimated 76.8 billion $USD_{2010}$ in 2010/2011 (Buchner et al., 2011).

Appropriate governance arrangements at the national, regional, and international level are an essential pre-requisite for efficient, effective, and sustainable financing of mitigation measures (see Chapter 16). The Report of the Secretary-General's High-Level Advisory Group on Climate Change Financing recommended that the delivery of finance for adaptation and mitigation be scaled up through regional institutions, given their strong regional ownership. It also found that regional cooperation provides the greatest opportunity for analyzing and understanding the problems of, and designing strategies for coping with, the impact of climate change and variability (United Nations, 2010).

There are few aggregated estimates of the split of finance by type of disbursement organization available (see Chapter 16). A regional breakdown of the recipients of Multilateral Development Bank (MDB) climate finance based on the OECD Creditor Reporting System (CRS) database shows that recipients are primarily located in Asia (26 %), Latin America and the Caribbean (23 %) and Europe/Commonwealth of Independent States region (19 %) (Buchner et al., 2011).

##### 14.4.4.2 South-South climate finance

There are limited data available to accurately quantify South-South climate finance flows, and many studies have pointed to a need for more accessible and consistent data (Buchner et al., 2011). One study that tracked overall development assistance from countries that are not members of the OECD Development Assistance Committee (DAC) estimated flows of 9.66 billion to 12.88 billion $USD_{2010}$ (9 to 12 billion $USD_{2006}$) and projected that these flows would surpass 15 billion USD by 2010 (ECOSOC, 2008; Buchner et al., 2011). Brazil, India and China, the 'emerging non-OECD donors', are playing an increasingly important role in the overall aid landscape, and these countries also have programs to provide climate-related assistance to developing countries (Buchner et al., 2011). The share of GEF contributions that come from developing countries was estimated to total 56.6 million $USD_{2010}$ (52.8 million $USD_{2006}$) (Ballesteros et al., 2010).

## 14.5 Taking stock and options for the future

A key finding from this chapter is that currently there is a wide gap between the potential of regional cooperation to contribute to a mitigation agenda and the reality of modest to negligible impacts to date. As shown in the discussion on climate-specific as well as climate-relevant regional cooperation, the ability to use existing regional cooperation for furthering a mitigation agenda, by pursuing a common and coordinated energy policy, embodying mitigation objectives in trade agreements in urbanization and infrastructure strategies, and developing and sharing technologies at the regional level, is substantial. In principle, in many regions the willingness to cooperate on such an agenda is substantial. In the absence of an increasingly elusive global agreement, such regional cooperation may provide the best alternative to furthering an ambitious mitigation agenda. Also, if a global agreement emerges, such regional cooperation could prove vital for its implementation.

At the same time, the reality is one of very low mitigation impacts to date. Even in areas of deep integration where multiple instruments for mitigation have been put into place, progress on mitigation has been slower than anticipated. This is largely related to a political reluctance to pursue the multiple policy instruments with sufficient rigor. The challenge will be to drastically increase the ambition of existing instruments while carefully considering the positive and negative interactions between these different policies. For regions where deep regional integration is not present yet, the experience from the EU suggests that only after a substantial transfer of sovereignty to regional bodies can an ambitious mitigation be pursued. Such a transfer of sovereignty is unlikely in most regions where the regional cooperation processes are still in early stages of development. Alternatively, regional cooperation on mitigation can build on the substantial good-will within regions to develop voluntary cooperation schemes in the fields outlined in the chapter that also further other development goals, such as energy security, trade, infrastructure, or sustainable development. Whether such voluntary cooperation will be sufficient to implement ambitious mitigation measures to avoid the most serious impacts of climate change remains an open question.

## 14.6 Gaps in knowledge and data

While there is clear evidence from the theoretical and empirical literature that regional mechanisms have great potential to contribute to mitigation goals, there are large gaps in knowledge and data related to the issues covered in this chapter. In particular, there are gaps in the literature on:

- The quantitative impact of regional cooperation schemes on mitigation, especially in terms of quantifying their impact and significance. While some of the mechanisms, such as the EU-ETS are well-studied, many other cooperation mechanisms in the field of technology, labelling, and information sharing have hardly been analyzed at all.

- The factors that lead to the success or failure of regional cooperation mechanisms, including regional disparities and the mismatch between capacities and opportunities within and between regions. This research would be useful to determine which cooperation mechanisms are suitable for a particular region at a given stage of development, resource endowment, a given level of economic and political cooperation ties, institutional and technical national capacities and heterogeneity among the participating countries.

- Synergies and tradeoffs between mitigation and adaptation. In addition, it would be important to understand more about capacity barriers for low-carbon development at the regional level, including on the costs of capital and credit constraints. There is also very little peer-reviewed literature assessing the mitigation potential and actual achievements of climate-relevant regional cooperation agreements (such as trade, energy, or infrastructure agreements).

- The empirical interaction of different policy instruments. It is clear that regional policies interact with national and global initiatives, and often there are many regional policies that interact within the same regions. Not enough is known to what extent these many initiatives support or counteract each other.

## 14.7   Frequently Asked Questions

### FAQ 14.1 How are regions defined in the AR5?

This chapter examines supra-national regions (i.e., regions in between the national and global level). Sub-national regions are addressed in Chapter 15. There are several possible ways to classify regions and different approaches are used throughout the IPCC Fifth Assessment Report (AR5). In most chapters, a five-region classification is used that is consistent with the integrated models: OECD-1990, Middle East and Africa, Economies in Transition, Asia, Latin America and the Caribbean. Given the policy focus of this chapter and the need to distinguish regions by their levels of economic development, this chapter adopts regional definitions that are based on a combination of economic and geographic considerations. In particular, this chapter considers the following 10 regions: East Asia (China, Korea, Mongolia) (EAS); Economies in Transition (Eastern Europe and former Soviet Union) (EIT); Latin America and Caribbean (LAM); Middle East and North Africa (MNA);

North America (USA, Canada) (NAM); South-East Asia and Pacific (PAS); Pacific OECD-1990 members (Japan, Australia, New Zealand) (POECD); South Asia (SAS); sub-Saharan Africa (SSA); Western Europe (WEU). These regions can readily be aggregated to other regional classifications such as the regions used in scenarios and integrated assessment models (e.g., the so-called Representative Concentration Pathways (RCP) regions, commonly used World Bank socio-geographic regional classifications, and geographic regions used by WGII. In some cases, special consideration will be given to the cross-regional group of Least Developed Countries (LDCs), as defined by the United Nations, which includes 33 countries in SSA, 5 in SAS, 8 in PAS, and one each in LAM and MNA, and which are characterized by low incomes, low human assets, and high economic vulnerability.

### FAQ 14.2  Why is the regional level important for analyzing and achieving mitigation objectives?

Thinking about mitigation at the regional level matters for two reasons. First, regions manifest vastly different patterns in their level, growth, and composition of GHG emissions, underscoring significant differences in socio-economic contexts, energy endowments, consumption patterns, development pathways, and other underlying drivers that influence GHG emissions and therefore mitigation options and pathways [14.3]. We call this the 'regional heterogeneity' issue.

Second, regional cooperation, including the creation of regional institutions, is a powerful force in global economics and politics—as manifest in numerous agreements related to trade, technology cooperation, transboundary agreements relating to water, energy, transport, and so on. It is critical to examine to what extent these forms of cooperation have already had an impact on mitigation and to what extent they could play a role in achieving mitigation objectives [14.4]. We call this the 'regional cooperation and integration issue'.

Third, efforts at the regional level complement local, domestic efforts on the one hand, and global efforts on the other hand. They offer the potential of achieving critical mass in the size of the markets required to make policies, for example, on border tax adjustment, work, in creating regional smart grids required to distribute and balance renewable energy.

### FAQ 14.3 How do opportunities and barriers for mitigation differ by region?

Opportunities and barriers for mitigation differ greatly by region. On average, regions with the greatest opportunities to bypass more carbon-intensive development paths and leapfrog to low-carbon development are regions with low lock-in, in terms of energy systems, urbanization, and transport patterns. Poorer developing regions such as sub-Saharan Africa, as well as most Least Developed Countries, fall into

14

this category. Also, many countries in these regions have particularly favorable endowments for renewable energy (such as hydropower or solar potential). At the same time, however, they are facing particularly strong institutional, technological, and financial constraints to undertake the necessary investments. Often these countries also lack access to the required technologies or the ability to implement them effectively. Given their urgent need to develop and improve energy access, their opportunities to engage in mitigation will also depend on support from the international community to overcome these barriers to invest in mitigation. Conversely, regions with the greatest technological, financial, and capacity advantages face much-reduced opportunities for low-cost strategies to move towards low-carbon development, as they suffer from lock-in in terms of energy systems, urbanization, and transportation patterns. Particularly strong opportunities for low-carbon development exist in developing and emerging regions where financial and institutional capacities are better developed, yet lock-in effects are low, also due to their rapid planned installation of new capacity in energy and transport systems. For these regions, which include particularly Latin America, much of Asia, and parts of the Middle East, a reorientation towards low-carbon development paths is particularly feasible. [14.1, 14.2, 14.3]

## FAQ 14.4 What role can and does regional cooperation play to mitigate climate change?

Apart from the European Union (with its Emissions Trading Scheme and binding regulations on energy and energy efficiency), regional cooperation has, to date, not played an important role in furthering a mitigation agenda. While many regional groupings have developed initiatives to directly promote mitigation at the regional level—primarily through sharing of information, benchmarking, and cooperation on technology development and diffusion—the impact of these initiatives is very small to date. In addition, regional cooperation agreements in other areas (such as trade, energy, and infrastructure) can influence mitigation indirectly. The effect of these initiatives and policies on mitigation is currently also small, but there is some evidence that trade pacts that are accompanied by environmental agreements have had some impact on reducing emissions within the trading bloc. Nonetheless, regional cooperation could play an enhanced role in promoting mitigation in the future, particularly if it explicitly incorporates mitigation objectives in trade, infrastructure, and energy policies and promotes direct mitigation action at the regional level. With this approach regional cooperation could potentially play an important role within the framework of implementing a global agreement on mitigation, or could possibly promote regionally coordinated mitigation in the absence of such an agreement. [14.4]

# References

**Abbott K.W., and D. Snidal (2000).** Hard and Soft Law in International Governance. *International Organization* 54, 421–456. doi: 10.1162/002081800551280.

**Abrell J., and H. Weigt (2008).** *The Interaction of Emissions Trading and Renewable Energy Promotion*. Social Science Research Network, Rochester, NY. Available at: http://papers.ssrn.com/abstract=1317310.

**Aerni P., B. Boie, T. Cottier, K. Holzer, D. Jost, B. Karapinar, S. Matteotti, O. Nartova, T. Payosova, L. Rubini, A. Shingal, F. Temmerman, E. Xoplaki, and S.Z. Bigdeli (2010).** Climate Change and International Law: Exploring the Linkages between Human Rights, Environment, Trade and Investment. *German Yearbook of International Law* 53, 139–188. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1994464.

**Africa-Brazil Agricultural Innovation Marketplace (2012).** Africa-Brazil Agricultural Innovation Marketplace: A Partnership between Africa and Brazilian organizations to enhance agricultural innovation and development. Available at: http://www.africa-brazil.org/about-us/general-information.

**Agbemabiese L., J. Nkomo, and Y. Sokona (2012).** Enabling innovations in energy access: An African perspective. *Energy Policy* 47, Supplement 1, 38–47. doi: 10.1016/j.enpol.2012.03.051, ISBN: 0301-4215.

**Akbostancı E., G. İpek Tunç, and S. Türüt-Aşık (2008).** Environmental impact of customs union agreement with EU on Turkey's trade in manufacturing industry. *Applied Economics* 40, 2295–2304. doi: 10.1080/00036840600949405, ISBN: 0003-6846, 1466–4283.

**Alam Zaigham N., Z. Alam Nayyar, and N. Hisamuddin (2009).** Review of geothermal energy resources in Pakistan. *Renewable and Sustainable Energy Reviews* 13, 223–232. doi: 10.1016/j.rser.2007.07.010, ISBN: 1364-0321.

**Alberola E., and J. Chevallier (2009).** Banking and borrowing in the EU ETS: An econometric appraisal of the 2005–2007 intertemporal market. *International Journal of Energy, Environment and Economics* 17, 1.

**Alberola E., J. Chevallier, and B. Chèze (2008).** Price drivers and structural breaks in European carbon prices 2005–2007. *Energy Policy* 36, 787–797. doi: 10.1016/j.enpol.2007.10.029, ISBN: 0301-4215.

**Aldy J.E., S. Barrett, and R.N. Stavins (2003).** Thirteen plus one: a comparison of global climate policy architectures. *Climate Policy* 3, 373–397. doi: 10.1016/j.clipol.2003.09.004, ISBN: 1469-3062.

**Aldy J.E., and R.N. Stavins (2012).** The Promise and Problems of Pricing Carbon Theory and Experience. *The Journal of Environment & Development* 21, 152–180. doi: 10.1177/1070496512442508, ISBN: 1070-4965, 1552–5465.

**Alexeeva-Talebi V., A. Löschel, and T. Mennel (2008).** *Climate Policy and the Problem of Competitiveness: Border Tax Adjustments or Integrated Emission Trading?* ZEW Discussion Papers. Available at: http://www.econstor.eu/handle/10419/24757.

**Alpine Convention (2009).** Alpine Convention Action Plan on Climate Change in the Alps. Available at: http://www.alpconv.org/en/ClimatePortal/actionplan/Documents/AC_X_B6_en_new_fin.pdf.

**Amer M., and T.U. Daim (2010).** Application of technology roadmaps for renewable energy sector. *Technological Forecasting and Social Change* 77, 1355–1370. doi: 10.1016/j.techfore.2010.05.002.

**Anderson B., and C. Di Maria (2011).** Abatement and Allocation in the Pilot Phase of the EU ETS. *Environmental and Resource Economics*, 83–103.

**Andonova L.B., M.M. Betsill, and H. Bulkeley (2009).** Transnational Climate Governance. *Global Environmental Politics* 9, 52–73. doi: 10.1162/glep.2009.9.2.52, ISBN: 1526-3800.

**Andrew R.M., and G.P. Peters (2013).** A Multi-Region Input–Output Table Based on the Global Trade Analysis Project Database (gtap-Mrio). *Economic Systems Research* 25, 99–121. doi: 10.1080/09535314.2012.761953, ISBN: 0953-5314.

**Ang B.W. (2004).** Decomposition analysis for policymaking in energy—which is the preferred method? *Energy Policy* 32, 1131–1139. doi: 10.1016/S0301-4215(03)00076-4.

**Anger N., B. Brouns, and J. Onigkeit (2009).** Linking the EU emissions trading scheme: economic implications of allowance allocation and global carbon constraints. *Mitigation and Adaptation Strategies for Global Change* 14, 379–398.

**Antweiler W., B.R. Copeland, and M.S. Taylor (2001).** Is Free Trade Good for the Environment? *American Economic Review* 91, 877–908. doi: 10.1257/aer.91.4.877, ISBN: 0002-8282.

**APEC H., United States (Ed.) (2011).** Leaders' Declaration Annex C—Trade and Investment in Environmental Goods and Services. Available at: http://www.apec.org/Meeting-Papers/Leaders-Declarations/2011/2011_aelm/2011_aelm_annexC.aspx.

**APEC Secretariat (2012).** APEC Energy Overview 2011. Available at: http://www.apec.org/Groups/SOM-Steering-Committee-on-Economic-and-Technical-Cooperation/Working-Groups/Energy.aspx.

**Arasto A., L. Kujanpää, T. Mäkinen, R.W.R. Zwart, J.H.A. Kiel, and J. Vehlow (2012).** Analysis and implications of challenges in achieving the targets of EU RES-E directive. *Biomass and Bioenergy* 38, 109–116. doi: 10.1016/j.biombioe.2011.02.026, ISBN: 0961-9534.

**ASEAN (2010).** ASEAN plan of action for energy cooperation (APAEC) 2010–2015. Bringing Policies to Actions: Towards a cleaner, more efficient and sustainable ASEAN energy community. *ASEAN Center for Energy*. Available at: http://aseanenergy.org/index.php/about/apaec.

**Asheim G.B., C.B. Froyn, J. Hovi, and F.C. Menz (2006).** Regional versus global cooperation for climate control. *Journal of Environmental Economics and Management* 51, 93–109. doi: 10.1016/j.jeem.2005.04.004, ISSN: 00950696.

**Asia-Pacific Partnership on Clean Development and Climate (2013).** Asia-Pacific Partnership on Clean Development and Climate. Available at: http://asiapacificpartnership.org/english/about.aspx#Vision.

**Atteridge A., C. Siebert, R. Klein, C. Butler, and P. Tella (2009).** *Bilateral Finance Institutions and Climate Change: A Mapping of Climate Portfolios*. Stockholm Environment Institute, Stockholm, Sweden.

**Ayers J.M., and S. Huq (2009).** The value of linking mitigation and adaptation: A case study of Bangladesh. *Environmental Management* 43, 753–764.

**Bäckstrand K. (2008).** Accountability of Networked Climate Governance: The Rise of Transnational Climate Partnerships. *Global Environmental Politics* 8, 74–102. doi: 10.1162/glep.2008.8.3.74, ISBN: 1526-3800.

**Baghdadi L., I. Martinez-Zarzoso, and H. Zitouna (2013).** Are RTA agreements with environmental provisions reducing emissions? *Journal of International Economics* 90, 378–390. doi: 10.1016/j.jinteco.2013.04.001, ISBN: 0022-1996.

**Baiocchi G., and J.C. Minx (2010).** Understanding Changes in the UK's $CO_2$ Emissions: A Global Perspective. *Environmental Science & Technology* 44, 1177–1184. doi: 10.1021/es902662h, ISBN: 0013-936X.

**Balistreri E.J., and T.F. Rutherford (2012).** Subglobal carbon policy and the competitive selection of heterogeneous firms. *Energy Economics* 34, Supplement 2, S190–S197. doi: 10.1016/j.eneco.2012.08.002, ISBN: 0140-9883.

**14**

Ballesteros A., S. Nakhooda, J. Werksman, and K. Hurlburt (2010). *Power, Responsibility, and Accountability: Re-Thinking the Legitimacy of Institutions for Climate Finance*. World Resouces Institute, Washington, D.C., 84 pp. Available at: http://www.wri.org/publication/power-responsibility-and-accountability.

Balsiger J., and B. Debarbieux (2011). Major challenges in regional environmental governance research and practice. *Procedia—Social and Behavioral Sciences* **14**, 1–8. doi: 10.1016/j.sbspro.2011.03.010, ISBN: 1877-0428.

Balsiger J., M. Prys, and N. Steinhoff (2012). The Nature and Role of Regional Agreements in International Environmental Politics: Mapping Agreements, Outlining Future Research. *SSRN eLibrary* **GIGA Working Paper No 208**, 4–32. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2170324.

Balsiger J., and S.D. VanDeveer (2010). Regional Governance and Environmental Problems. In: *The International Studies Compendium Project*. R. Denemark, (ed.), Wiley Blackwell, Oxford, pp. 6179–6200. ISBN: 978–1–4051–5238–9.

Balsiger J., and S.D. VanDeveer (2012). Navigating Regional Environmental Governance. *Global Environmental Politics* **12**, 1–17. doi: 10.1162/GLEP_e_00120, ISBN: 1526-3800.

Barnes D., and W. Floor (1996). Rural Energy in Developing Countries: A Challenge for Economic Development. *Annual Review Energy Environment* **21**, 497–530.

Barrett J., G. Peters, T. Wiedmann, K. Scott, M. Lenzen, K. Roelich, and C. Le Quéré (2013). Consumption-based GHG emission accounting: a UK case study. *Climate Policy* **13**, 451–470. doi: 10.1080/14693062.2013.788858, ISBN: 1469-3062.

Bauer N., V. Bosetti, K. Calvin, M. Hamdi-Cherif, A. Kitous, D. McCollum, A. Méjean, S. Rao, T. Hal, L. Paroussos, S. Ashina, and D. van Vuuren (2013a). $CO_2$ emission mitigation and fossil fuel markets: Dynamic and international aspects of climate Policies. *Technological Forecasting and Social Change*.

Bauer N., I. Mouratiadou, G. Luderer, L. Baumstark, R.J. Brecha, O. Edenhofer, and E. Kriegler (2013b). Global fossil energy markets and climate change mitigation—an analysis with REMIND. *Climatic Change*, 1–14. doi: 10.1007/s10584-013-0901-6, ISBN: 0165-0009, 1573–1480.

Bazilian M., P. Nussbaumer, C. Eibs-Singer, A. Brew-Hammond, V. Modi, B. Sovacool, V. Ramana, and P-K. Aqrawi (2012a). Improving Access to Modern Energy Services: Insights from Case Studies. *The Electricity Journal* **25**, 93–114. doi: 10.1016/j.tej.2012.01.007, ISBN: 1040-6190.

Bazilian M., P. Nussbaumer, H.-H. Rogner, A. Brew-Hammond, V. Foster, S. Pachauri, E. Williams, M. Howells, P. Niyongabo, L. Musaba, B.Ó. Gallachóir, M. Radka, and D.M. Kammen (2012b). Energy access scenarios to 2030 for the power sector in sub-Saharan Africa. *Utilities Policy* **20**, 1–16. doi: 10.1016/j.jup.2011.11.002, ISBN: 0957-1787.

Beg N., J.C. Morlot, O. Davidson, Y. Afrane-Okesse, L. Tyani, F. Denton, Y. Sokona, J.P. Thomas, E.L. La Rovere, J.K. Parikh, K. Parikh, and A. Atiq Rahman (2002). Linkages between climate change and sustainable development. *Climate Policy* **2**, 129–144. doi: 10.3763/cpol.2002.0216.

Bento A.M., M.L. Cropper, A.M. Mobarak, and K. Vinha (2005). The Effects of Urban Spatial Structure on Travel Demand in the United States. *Review of Economics and Statistics* **87**, 466–478. doi: 10.1162/0034653054638292, ISBN: 0034-6535.

Van den Bergh K., E. Delarue, and W. D'haeseleer (2013). Impact of renewables deployment on the $CO_2$ price and the $CO_2$ emissions in the European electricity sector. *Energy Policy* **63**, 1021–1031. doi: 10.1016/j.enpol.2013.09.003, ISBN: 0301-4215.

Bernasconi-Osterwalder N., D. Magraw, M.J. Oliva, E. Tuerk, and M. Orellana (2006). *Environment and Trade: A Guide to WTO Jurisprudence*. Earthscan Publications, UK and US, 370 pp. ISBN: 1844072983.

Den Besten J.W., B. Arts, and P. Verkooijen (2013). The evolution of REDD+: An analysis of discursive-institutional dynamics. *Environmental Science & Policy*. doi: 10.1016/j.envsci.2013.03.009, ISBN: 1462-9011.

Betsill M.M. (2007). Regional Governance of Global Climate Change: The North American Commission for Environmental Cooperation. *Global Environmental Politics* **7**, 11–27. doi: 10.1162/glep.2007.7.2.11, ISBN: 1526-3800.

Betz R., and M. Sato (2006). Emissions trading: lessons learnt from the 1st phase of the EU ETS and prospects for the 2nd phase. *Climate Policy* **6**, 351–359.

Biermann F., P. Pattberg, H. van Asselt, and F. Zelli (2009). The Fragmentation of Global Governance Architectures: A Framework for Analysis. *Global Environmental Politics* **9**, 14–40. doi: 10.1162/glep.2009.9.4.14, ISBN: 1526-3800.

Blanco M.I., and G. Rodrigues (2008). Can the future EU ETS support wind energy investments? *Energy Policy* **36**, 1509–1520.

Blyth W., and D. Bunn (2011). Coevolution of policy, market and technical price risks in the EU ETS. *Energy Policy* **39**, 4578–4593.

Böhringer C., E.J. Balistreri, and T.F. Rutherford (2012). The role of border carbon adjustment in unilateral climate policy: Overview of an Energy Modeling Forum study (EMF 29). *Energy Economics* **34**, **Supplement 2**, S97–S110. doi: 10.1016/j.eneco.2012.10.003, ISBN: 0140-9883.

Brandi C. (2013). Trade and Climate Change: Environmental, Economic and Ethical Perspectives on Border Carbon Adjustments. *Ethics, Policy & Environment* **16**, 79–93. doi: 10.1080/21550085.2013.768395, ISBN: 2155-0085.

Brandt, A.R. and G.F. Nemet (2012). Willingness to Pay for a Climate Backstop: Liquid Fuel Producers and Direct $CO_2$ Air Capture. *The Energy Journal* **33**, 53–82. Available at: http://ideas.repec.org/a/aen/journl/33–1-a03.html.

Brovkin V., L. Boysen, V.K. Arora, J.P. Boisier, P. Cadule, L. Chini, M. Claussen, P. Friedlingstein, V. Gayler, B.J.J.M. van den Hurk, G.C. Hurtt, C.D. Jones, E. Kato, N. de Noblet-Ducoudré, F. Pacifico, J. Pongratz, and M. Weiss (2013). Effect of Anthropogenic Land-Use and Land-Cover Changes on Climate and Land Carbon Storage in CMIP5 Projections for the Twenty-First Century. *Journal of Climate* **26**, 6859–6881. doi: 10.1175/JCLI-D-12-00623.1, ISBN: 0894-8755, 1520–0442.

Brunner S., C. Flachsland, and R. Marschinski (2012). Credible commitment in carbon policy. *Climate Policy* **12**, 255–271. doi: 10.1080/14693062.2011.582327, ISBN: 1469-3062.

Buchner B., A. Falconer, M. Hervé-Mignucci, C. Trabacchi, and M. Brinkman (2011). The Landscape of Climate Finance. *Climate Policy Initiative: Venice* **27**, 60. Available at: http://climatepolicyinitiative.org/wp-content/uploads/2011/10/The-Landscape-of-Climate-Finance-120120.pdf.

Burke P.J. (2010). Income, resources, and electricity mix. *Energy Economics* **32**, 616–626. doi: 10.1016/j.eneco.2010.01.012, ISBN: 0140-9883.

Burton I., L. Bizikova, T. Dickinson, and Y. Howard (2007). Integrating adaptation into policy: upscaling evidence from local to global. *Climate Policy* **7**, 371–376.

Cabalu H., C. Alfonso, and C. Manuhutu (2010). The role of regional cooperation in energy security: the case of the ASEAN+3. *International Journal of Global Energy Issues* **33**, 56–72. ISBN: 0954-7118.

Capros P., L. Mantzos, N. Tasios, A. De Vita, and N. Kouvaritakis (2010). *EU Energy Trends to 2030—Update 2009. Institute of Communication and Computer Systems of the National Technical University of Athens (ICCS-NTUA), E3M-Lab*. 180 pp. Available at: http://ec.europa.eu/energy/observatory/trends_2030/index_en.htm.

Carbon Trust (2008). *Low Carbon Technology Innovation and Diffusion Centres*. Carbon Trust, UK.

Cardoso Marques A.C., and J.A. Fuinhas (2012). Are public policies towards renewables successful? Evidence from European countries. *Renewable Energy* **44**, 109–118. doi: 10.1016/j.renene.2012.01.007, ISBN: 0960-1481.

Caribbean Community Climate Change Center (2012). Caribbean Community Climate Change Centre. Available at: http://www.caribbeanclimate.bz/.

Carrapatoso A.F. (2008). Environmental aspects in free trade agreements in the Asia-Pacific region. *Asia Europe Journal* **6**, 229–243.

Castro P., and A. Michaelowa (2010). The impact of discounting emission credits on the competitiveness of different CDM host countries. *Ecological Economics* **70**, 34–42. doi: 10.1016/j.ecolecon.2010.03.022, ISBN: 0921-8009.

Cerbu G.A., B.M. Swallow, and D.Y. Thompson (2011). Locating REDD: A global survey and analysis of REDD readiness and demonstration activities. *Environmental Science & Policy* **14**, 168–180. doi: 16/j.envsci.2010.09.007, ISBN: 1462-9011.

Charles D.R., C. Nauwelaers, B. Mouton, and D. Bradley (2000). Assessment of the Regional Innovation and Technology Transfer Strategies and Infrastructures (RITTS) Scheme. Centre for Urban and Regional Development Studies University of Newcastle. Available at: ftp://ftp.cordis.europa.eu/pub/innovation-policy/studies/studies_regional_technology_transfer_strategies.pdf.

Chaurey A., P.R. Krithika, D. Palit, S. Rakesh, and B.K. Sovacool (2012). New partnerships and business models for facilitating energy access. *Energy Policy* **47**, **Supplement 1**, 48–55. doi: 10.1016/j.enpol.2012.03.031, ISBN: 0301-4215.

Cherp A., J. Jewell, V. Vadim, N. Bauer, and E. De Cian (2013). Global Energy Security Under Different Climate Policies, GDP Growth Rates and Fossil Resource Availabilities. *Climatic Change* **121**, 1–12. doi: 10.1007/s10584-013-0950-x.

Chevallier J. (2010). EUAs and CERs: Vector autoregression, impulse response function and cointegration analysis. *Economics Bulletin* **30**, 558.

De Cian E., I. Keppo, J. Bollen, S. Carrara, H. Förster, M. Hübler, A. Kanudia, S. Paltsev, R. Sands, and K. Schumacher (2013). European-led climate policy versus global mitigation action—Implications on trade, technology, and energy. *Climate Change Economics* **4**, 1–28.

Clarke L., J. Edmonds, V. Krey, R. Richels, S. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *Energy Economics* **31**, **Supplement 2**, S64–S81. doi: 10.1016/j.eneco.2009.10.013, ISBN: 0140-9883.

Clean Energy Ministerial (2012). Clean Energy Ministerial Website. Available at: http://www.cleanenergyministerial.org/about/index.html.

Climate Funds Update (2013). Graphs and statistics. Available at: http://www.climatefundsupdate.org/listing/global-climate-change-allianc#TOC-Graphs-and-statistics.

Clò S., S. Battles, and P. Zoppoli (2013). Policy options to improve the effectiveness of the EU emissions trading systems: A mulit-criteria analysis. *Energy Policy* **57**, 477–490.

Cochran J., L. Bird, J. Heeter, and D. J. Arent (2012). *Integrating Variable Renewable Energy in Electric Power Markets: Best Practices from International Experience, Summary for Policymakers*. US National Renewable Energy Laboratory (NREL), Washington D.C., 16 pp. Available at: http://www.nrel.gov/docs/fy12osti/53730.pdf.

Cochran J., S. Cox, R. Benioff, H. de Coninck, and L. Würtenberger (2010). An exploration of options and functions of climate technology centers and networks. United Nations Environment Programme.

COGEN3 (2005). COGEN Experience Overview. Available at: http://cogen3.net/final/.

Cole M.A., and E. Neumayer (2004). Examining the Impact of Demographic Factors on Air Pollution. *Population and Environment* **26**, 5–21. doi: 10.1023/B:POEN.0000039950.85422.eb, ISBN: 0199-0039.

Collier P., and A.J. Venables (2012a). Greening Africa? Technologies, endowments and the latecomer effect. Available at: http://www.csae.ox.ac.uk/workingpapers/pdfs/csae-wps-2012–06.pdf.

Collier P., and A.J. Venables (2012b). Greening Africa? Technologies, endowments and the latecomer effect. *Energy Economics* **34**, **Supplement 1**, 75–S84. doi: 10.1016/j.eneco.2012.08.035, ISBN: 0140-9883.

De Coninck H., C. Fischer, R.G. Newell, and T. Ueno (2008). International technology-oriented agreements to address climate change. *Energy Policy* **36**, 335–356. doi: 10.1016/j.enpol.2007.09.030, ISBN: 0301-4215.

Conrad C.R. (2011). *Processes and Production Methods (PPMs) in WTO Law: Interfacing Trade and Social Costs*. Cambridge University Press, 564 pp. ISBN: 9781107008120.

Convery F.J. (2009a). Reflections—The emerging literature on emissions trading in Europe. *Review of Environmental Economics and Policy* **3**, 121.

Convery F.J. (2009b). Origins and Development of the EU ETS. *Environmental and Resource Economics* **43**, 391–412.

Cooper P.J.M., J. Dimes, K.P.C. Rao, B. Shapiro, B. Shiferaw, and S. Twomlow (2008). Coping better with current climatic variability in the rain-fed farming systems of sub-Saharan Africa: An essential first step in adapting to future climate change? *Agriculture, Ecosystems & Environment* **126**, 24–35. doi: 10.1016/j.agee.2008.01.007, ISBN: 0167-8809.

Cosbey A. (2004). *The Rush to Regionalism: Sustainable Development and Regional/Bilateral Approaches to Trade and Investment Liberalization*. International Institute for Sustainable Development, Manitoba, Canada, 49 pp. Available at: http://www.iisd.org/pdf/2005/trade_rush_region.pdf.

Cottier T., and M. Foltea (2006). Constitutional Functions of the WTO and Regional Trade Agreements. In: *Regional Trade Agreements and the WTO Legal System*. L. Bartels, F. Ortino, (eds.), Oxford University Press, pp. 43–76. ISBN: 9780199210596.

Cottier T., O. Nartova, and S.Z. Bigdeli (2009). *International Trade Regulation and the Mitigation of Climate Change: World Trade Forum*. Cambridge University Press, 456 pp. ISBN: 9780521766197.

Criqui P., and S. Mima (2012). European climate—energy security nexus: A model based scenario analysis. *Energy Policy* **41**, 827–842. doi: 10.1016/j.enpol.2011.11.061, ISBN: 0301-4215.

Curran L. (2009). *Carbon Taxing Imports—Can the North Reduce Global Warming While Avoiding Negative Economic Implications for the South?* Social Science Research Network, Rochester, NY, 18 pp. Available at: http://papers.ssrn.com/abstract=1425421.

**D'Costa A.P. (1994).** State, steel and strength: Structural competitiveness and development in South Korea. *Journal of Development Studies* **31**, 44–81. doi: 10.1080/00220389408422348, ISBN: 0022-0388.

**Dantas E. (2011).** The evolution of the knowledge accumulation function in the formation of the Brazilian biofuels innovation system. *International Journal of Technology and Globalisation* **5**, 327–340. Available at: http://inderscience.metapress.com/index/U741552T0333P561.pdf.

**Dasappa S. (2011).** Potential of biomass energy for electricity generation in sub-Saharan Africa. *Energy for Sustainable Development* **15**, 203–213. doi: 10.1016/j.esd.2011.07.006, ISBN: 0973-0826.

**Davis S.J., and K. Caldeira (2010).** Consumption-based accounting of $CO_2$ emissions. *Proceedings of the National Academy of Sciences* **107**, 5687–5692. doi: 10.1073/pnas.0906974107.

**Davison R., D. Vogel, R. Harris, and N. Jones (2000).** Technology leapfrogging in developing countries—An inevitable luxury? *The Electronic Journal on Information Systems in Developing Countries* **1**, 1–10.

**Dechezleprêtre A., M. Glachant, and Y. Ménière (2013).** What Drives the International Transfer of Climate Change Mitigation Technologies? Empirical Evidence from Patent Data. *Environmental and Resource Economics* **54**, 161–178. doi: 10.1007/s10640-012-9592-0, ISBN: 0924-6460, 1573–1502.

**Demailly D., and P. Quirion (2006).** $CO_2$ abatement, competitiveness and leakage in the European cement industry under the EU ETS: grandfathering versus output-based allocation. *Climate Policy* **6**, 93–113.

**Demailly D., and P. Quirion (2008).** European Emission Trading Scheme and competitiveness: A case study on the iron and steel industry. *Energy Economics* **30**, 2009–2027.

**Van Deveer S.D. (2011).** Networked Baltic Environmental Cooperation. *Journal of Baltic Studies* **42**, 37–55. doi: 10.1080/01629778.2011.538516, ISBN: 0162-9778.

**Dietzenbacher E., J. Pei, and C. Yang (2012).** Trade, production fragmentation, and China's carbon dioxide emissions. *Journal of Environmental Economics and Management* **64**, 88–101. Available at: http://ideas.repec.org/a/eee/jeeman/v64y2012i1p88–101.html.

**Dixon R.K., R.M. Scheer, and G.T. Williams (2010).** Sustainable energy investments: contributions of the Global Environment Facility. *Mitigation and Adaptation Strategies for Global Change* **16**, 83–102. doi: 10.1007/s11027-010-9253-y, ISBN: 1381-2386, 1573–1596.

**Doig A., and M. Adow (2011).** *Low-Carbon Africa: Leapfrogging to a Green Future*. Christian Aid. Available at: http://www.christianaid.org.uk/resources/policy/climate/low-carbon-africa.aspx.

**Dong Y., and J. Whalley (2010).** Carbon, Trade Policy and Carbon Free Trade Areas. *The World Economy* **33**, 1073–1094. doi: 10.1111/j.1467-9701.2010.01272.x, ISBN: 1467-9701.

**Dong Y., and J. Whalley (2011).** Carbon motivated regional trade arrangements: Analytics and simulations. *Economic Modelling* **28**, 2783–2792. doi: 10.1016/j.econmod.2011.08.016, ISBN: 0264-9993.

**Dupuy P.-M. (1990).** Soft law and the international law of the environment. *Michigan Journal of International Law* **12**, 420–435.

**Easterly W. (1999).** Life During Growth. *Journal of Economic Growth* **4**, 239–276. doi: 10.1023/A:1009882702130, ISBN: 1381-4338.

**Eberhard A., O. Rosnes, M. Shkaratan, and H. Vennemo (2011).** *Africa's Power Infrastructure: Investment, Integration, Efficiency*. World Bank Publications, Washington, D.C., 352 pp. ISBN: 9780821384558.

**ECCJ/AEEC (2011).** Asia Energy Efficiency and Conservation Collaboration Center. Available at: http://www.asiaeec-col.eccj.or.jp/.

**Economic Consulting Associates (ECA) (2009).** *The Potential of Regional Power Sector Integration—South African Power Pool (SAPP)—Transmission & Trading Case Study*. London, UK, 49 pp. Available at: http://www.esmap.org/sites/esmap.org/files/BN004–10_REISP-CD_South%20African%20Power%20Pool-Transmission%20&%20Trading.pdf.

**ECOSOC (2008).** *Trends in South-South and Triangular Cooperation: Background Study for the Development Cooperation Forum*. United Nations Economic and Social Council, 58 pp.

**ECOWAS (2003).** *ECOWAS Energy Protocol A/P4/1/03*. Economic Commission of West African States (ECOWAS), 79 pp. Available at: http://www.comm.ecowas.int/sec/en/protocoles/WA_EC_Protocol_English-_DEFINITIF.pdf.

**ECOWAS (2006).** *Regional Initiatives to Scale up Energy Access for Economic and Human Development Sharing Lessons Learned: The Case of the ECOWAS*. Economic Commission of West African States (ECOWAS), 13 pp. Available at: http://www.gfse.at/fileadmin/files/Archive/GFSE_6/CEDEAO_Briefing_paper_for_GFSE_final.pdf.

**ECPA (2012).** Energy and Climate Partnership of the Americas Website. Available at: http://ecpamericas.org/.

**ECREEE (2012a).** *The ECOWAS Energy Efficiency Policy (EEEP)*. ECOWAS Regional Centre for Renewable Energy and Energy Efficiency, Praia, Cape Verde, 56 pp.

**ECREEE (2012b).** *The ECOWAS Renewable Energy Policy (EREP)*. ECOWAS Regional Centre for Renewable Energy and Energy Efficiency, Praia, Cape Verde, 92 pp.

**Van Edig A., N. van de Giesen, M. Andreini, and W. Laube (2001).** Transboundary, institutional, and legal aspects of the Water Resources Commission in Ghana in: IHP/OHP Nationalkommittee. *Hydrological Challenges in Transboundary Water Resources Management Sonderheft* **12**, 391–400. Available at: http://www.glowa.org/de/literaturliste/dateien/aspects_of_wrc_in_ghana.pdf.

**EIHP (2007).** *Report on the Implementation of the Acquis on Renewables in the Energy Community Contracting Parties*. Energy Institute Hrvoje Pozar, Zagreb, Croatia, 1–143 pp.

**Ellerman A.D., and B.K. Buchner (2008).** Over-allocation or abatement? A preliminary analysis of the EU ETS based on the 2005–06 emissions data. *Environmental and Resource Economics* **41**, 267–287.

**Elliott L., and Breslin** (Eds.) **(2011).** *Comparative Environmental Regionalism*. Routledge, London. Available at: http://www.routledge.com/books/details/9780415611435/.

**Energy Community (2005).** Treaty establishing the Energy Community. Available at: http://www.energy-community.org/portal/page/portal/ENC_HOME/ENERGY_COMMUNITY/Legal/Treaty.

**Energy Community (2008).** *Report on Renewable Energy Sources—Implementation of the Acquis under the Energy Community Treaty—State of Play*. Available at: http://www.energy-community.org/pls/portal/docs/103814.PDF.

**Energy Community (2010).** *Annual Report on the Implementation of the Acquis under the Treaty Establishing the Energy Community*. Energy Community Secretariat, Vienna, Austria, 7 pp. Available at: http://www.energy-community.org/pls/portal/docs/722178.PDF.

**Energy Community (2012).** *Decision on the Implementation of Directive 2009/28/EC and Amending Article 20 of the Energy Community Treaty*. Available at: http://www.energy-community.org/pls/portal/docs/1766219.PDF.

Engels A. (2009). The European Emissions Trading Scheme: An exploratory study of how companies learn to account for carbon. *Accounting, Organizations and Society* 34, 488–498. doi: 10.1016/j.aos.2008.08.005, ISBN: 0361-3682.

Engels A., L. Knoll, and M. Huth (2008). Preparing for the "real" market: national patterns of institutional learning and company behaviour in the European Emissions Trading Scheme (EU ETS). *European Environment* 18, 276–297.

European Commission (1992). *Council Directive 92/75/EEC Od 22 September 1992 on the Indication by Labelling and Standard Product Information of the Consumption of Energy and Other Resources by Household Appliances*. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=CELEX:31992L0075:en:HTML.

European Commission (2001). *Directive 2001/77/EC of the European Parliament and of the Council of 27 September 2001 on the Promotion of Electricity from Renewable Energy Sources in the Internal Electricity Market*. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2001:283:0033:0040:EN:PDF.

European Commission (2003). *Directive 2003/30/EC of the European Parliament and of the Council of 8 May 2003 on the Promotion of the Use of Biofuels or Other Renewable Fuels for Transport*. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2003:123:0042:0042:EN:PDF.

European Commission (2008). *20 20 by 2020. Europe's Climate Change Opportunity*. European Commission, Brussels. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=COM:2008:0030:FIN:EN:PDF.

European Commission (2009a). Directive 2009/31/EC of the European Parliament and of the Council of 23 April 2009 on the geological storage of carbon dioxide. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=CELEX:32009L0031:EN:NOT.

European Commission (2009b). Directive 2009/28/EC of the European Parliament and of the Council of 23 April 2009 on the promotion of the use of energy from renewable sources. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=CELEX:32009L0028:EN:NOT.

European Commission (2010). *Directive 2010/30/EU of the European Parliament and of the Council of 19 May 2010 on the Indication by Labelling and Standard Product Information of the Consumption of Energy and Other Resources by Energy-Related Products*. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2010:153:0001:0012:EN:PDF.

European Commission (2011a). SETatWork. Available at: http://setatwork.eu/index.htm.

European Commission (2011b). *Accompanying the Document REPORT FROM THE COMMISSION TO THE EUROPEAN PARLIAMENT AND THE COUNCIL PROGRESS TOWARDS ACHIEVING THE KYOTO OBJECTIVES (required under Article 5 of Decision 280/2004/EC of the European Parliament and of the Council Concerning a Mechanism for Monitoring Community Greenhouse Gas Emissions and for Implementing the Kyoto Protocol*. Brussels, 26 pp. Available at: http://ec.europa.eu/clima/policies/g-gas/docs/sec_2011_1151_en.pdf.

European Commission (2013a). *Energy Efficiency and the ETS Study*. Directorate-General for Internal Policies, Policy Department A: Economic and Scientific Policy, Brussels, Belgium. Available at: http://www.europarl.europa.eu/committees/fr/studiesdownload.html?languageDocument=EN&file=83590.

European Commission (2013b). *A 2030 Framework for Climate and Energy Policies (Green Paper)*. European Commission, Brussels, Belgium, 16 pp. Available at: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=COM:2013:0169:FIN:EN:PDF.

European Commission (2013c). *Report from the Commission to the European Parliament, the Council, the European Economic and Social Committee and the Committee of the Regions—Renewable Energy Progress Report*. Brussels, Belgium, 15 pp. Available at: http://ec.europa.eu/energy/renewables/reports/doc/com_2013_0175_res_en.pdf.

European Union (2011). The Africa-European Union Strategic Partnership, Meeting Current and Future Challenges together. Luxembourg Publications. Office of the European Union. Available at: ISBN-978–92–824–2924doi:10.2860/76071.

Fang Y., and W. Deng (2011). The critical scale and section management of cascade hydropower exploitation in Southwestern China. *Energy* 36, 5944–5953. doi: 10.1016/j.energy.2011.08.022, ISBN: 0360-5442.

Fankhauser S., C. Hepburn, and J. Park (2010). Combining multiple climate policy instruments: How not to do it. *Climate Change Economics* 01, 209–225. doi: 10.1142/S2010007810000169, ISBN: 2010-0078, 2010–0086.

Fankhauser S., F. Sehlleier, and N. Stern (2008). Climate change, innovation and jobs. *Climate Policy* 8, 421–429.

FAOSTAT (2013). FAOSTAT database. Food and Agriculture Organization of the United Nations. Available at: http://faostat.fao.org/.

Fay M., and C. Opal (2000). *Urbanization Without Growth: A Not So Uncommon Phenomenon*. World Bank Publications, 30 pp.

Feng K., K. Hubacek, and D. Guan (2009). Lifestyles, technology and $CO_2$ emissions in China: A regional comparative analysis. *Ecological Economics* 69, 145–154. Available at: http://ideas.repec.org/a/eee/ecolec/v69y2009i1p145–154.html.

Flachsland C., R. Marschinski, and O. Edenhofer (2009). Global trading versus linking: Architectures for international emissions trading. *Energy Policy* 37, 1637–1647. doi: 10.1016/j.enpol.2008.12.008, ISBN: 0301-4215.

Frankel J.A., and A.K. Rose (2005). Is Trade Good or Bad for the Environment? Sorting Out the Causality. *Review of Economics and Statistics* 87, 85–91. doi: 10.1162/0034653053327577, ISBN: 0034-6535.

Frondel M., N. Ritter, C.M. Schmidt, and C. Vance (2010). Economic impacts from the promotion of renewable energy technologies: The German experience. *Energy Policy* 38, 4048–4056. doi: 10.1016/j.enpol.2010.03.029, ISBN: 0301-4215.

Fujiwara N. (2012). *Sector-Specific Activities as the Driving Force towards a Low-Carbon Economy: From the Asia-Pacific Partnership to a Global Partnership*. CEPS, Brussels, 12 pp.

Fujiwara N., and C. Egenhofer (2007). Do regional integration approaches hold lessons for climate change regime formation? The case of differentiated integration in Europe. In: *Climate and Trade Policy: Bottom-up Approaches Towards Global Agreement*. Edward Elgar, pp. 42–69. ISBN: 1847202276.

Van der Gaast W., K. Begg, and A. Flamos (2009). Promoting sustainable energy technology transfers to developing countries through the CDM. *Applied Energy* 86, 230–236. doi: 10.1016/j.apenergy.2008.03.009, ISBN: 0306-2619.

Gallagher K.S. (2006). Limits to Leapfrogging in Energy Technologies? Evidence from the Chinese Automobile Industry. *Energy Policy* 34, 383–394.

Gan J., and C.T. Smith (2011). Drivers for renewable energy: A comparison among OECD countries. *Biomass and Bioenergy* 35, 4497–4503. doi: 10.1016/j.biombioe.2011.03.022, ISBN: 0961-9534.

Geller H. (2006). *Minimum Efficiency Performance Standards, Labels, and Test Procedures for Refrigerators, Freezers, and Room Air Conditioners in Canada, México, the United States, China, and Other Developing and Transition Nations*. Collaborative Labeling and Appliance Standards Program (CLASP), 19 pp. Available at: http://www.clasponline.org/en/Resources/Resources/StandardsLabeling ResourceLibrary/2006/~/media/Files/SLDocuments/2006~2011/2006~07_MEPSLabelTestProcedureForRefrigeratorsAndFreezers.pdf.

Ghosh M., D. Luo, M.S. Siddiqui, and Y. Zhu (2012). Border tax adjustments in the climate policy context: $CO_2$ versus broad-based GHG emission targeting. *Energy Economics* 34, Supplement 2, S154–S167. doi: 10.1016/j.eneco.2012.09.005, ISBN: 0140-9883.

Ghosh S., and S. Yamarik (2006). Do Regional Trading Arrangements Harm the Environment? An Analysis of 162 Countries in 1990. *Applied Econometrics and International Development* 6, 15–36. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1241702.

Glaeser E.L., and M.E. Kahn (2010). The greenness of cities: Carbon dioxide emissions and urban development. *Journal of Urban Economics* 67, 404–418. doi: 10.1016/j.jue.2009.11.006, ISBN: 0094-1190.

Gökçek M., and M.S. Genç (2009). Evaluation of electricity generation and energy cost of wind energy conversion systems (WECSs) in Central Turkey. *Applied Energy* 86, 2731–2739. doi: 10.1016/j.apenergy.2009.03.025, ISBN: 0306-2619.

Goldemberg J. (1998). Leapfrog Energy Technologies. *Energy Policy* 26, 729–741.

González-Zeas D., S. Quiroga, A. Iglesias, and L. Garrote (2012). Looking beyond the average agricultural impacts in defining adaptation needs in Europe. *Regional Environmental Change*, 1–11. doi: 10.1007/s10113-012-0388-0, ISBN: 1436-3798, 1436–378X.

Grimm M., K. Harttgen, S. Klasen, and M. Misselhorn (2008). A Human Development Index by Income Groups. *World Development* 36, 2527–2546. doi: 10.1016/j.worlddev.2007.12.001, ISBN: 0305-750X.

Grubb M., and K. Neuhoff (2006). Allocation and competitiveness in the EU emissions trading scheme: policy overview. *Climate Policy* 6, 7–30.

Grübler A., X. Bai, T. Buettner, S. Dhakal, D.J. Fisk, T. Ichinose, J.E. Keirstead, G. Sammer, D. Satterthwaite, N.B. Schulz, N. Shah, J. Steinberger, and H. Weisz (2012). Urban energy systems—Chapter 18. In: *The Global Energy Assessment—Toward a Sustainable Future*. GEA Writing Team, (ed.), Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Vienna, Austria, pp. 1307–1400. ISBN: ISBN 9781107005198 Hardback, ISBN 9780521182935 Paperback.

Grübler A., and D. Fisk (2012). *Energizing Sustainable Cities: Assessing Urban Energy*. Routledge, London, UK, 232 pp. ISBN: 9781136273629.

Grübler A., B. O'Neill, K. Riahi, V. Chirkov, A. Goujon, P. Kolp, I. Prommer, S. Scherbov, and E. Slentoe (2007). Regional, national, and spatially explicit scenarios of demographic and economic change based on SRES. *Technological Forecasting and Social Change* 74, 980–1029. doi: 10.1016/j.techfore.2006.05.023, ISBN: 0040-1625.

Grumbine R.E., J. Dore, and J. Xu (2012). Mekong hydropower: drivers of change and governance challenges. *Frontiers in Ecology and the Environment* 10, 91–98. doi: 10.1890/110146, ISBN: 1540-9295.

Grunewald N., I. Butzlaff, and S. Klasen (2013). Regional Agreements to Address Climate Change: Scope, Promise, Funding, and Impacts. *Courant Research Centre, Discussion Papers* 152, 26.

Guan D., K. Hubacek, C.L. Weber, G.P. Peters, and D.M. Reiner (2008). The drivers of Chinese $CO_2$ emissions from 1980 to 2030. *Global Environmental Change* 18, 626–634. doi: 16/j.gloenvcha.2008.08.001, ISBN: 0959-3780.

Guan D., G.P. Peters, C.L. Weber, and K. Hubacek (2009). Journey to world top emitter: An analysis of the driving forces of China's recent $CO_2$ emissions surge. *Geophysical Research Letters* 36, L04709. doi: 10.1029/2008GL036540, ISBN: 0094-8276.

Guzović Z., D. Lončar, and N. Ferdelji (2010). Possibilities of electricity generation in the Republic of Croatia by means of geothermal energy. *Energy* 35, 3429–3440. doi: 10.1016/j.energy.2010.04.036, ISBN: 0360-5442.

Haas R., J.M. Glachant, N. Keseric, and Y. Perez (2006). Competition in the continental European electricity market: despair or work in progress? Elsevier Global Energy Policy and Economics Series. In: *Electricity Market Reform An International Perspective*. Elsevier Ltd, pp. 265–311. ISBN: 978–0080450308.

Haas R., C. Panzer, G. Resch, M. Ragwitz, G. Reece, and A. Held (2011). A historical review of promotion strategies for electricity from renewable energy sources in EU countries. *Renewable and Sustainable Energy Reviews* 15, 1003–1034. doi: 10.1016/j.rser.2010.11.015, ISBN: 1364-0321.

Haddad L., M.T. Ruel, and J.L. Garrett (1999). Are Urban Poverty and Undernutrition Growing? Some Newly Assembled Evidence. *World Development* 27, 1891–1904. doi: 10.1016/S0305-750X(99)00093-5, ISBN: 0305-750X.

Hailu Y.G. (2012). Measuring and monitoring energy access: Decision-support tools for policymakers in Africa. *Energy Policy* 47, Supplement 1, 56–63. doi: 10.1016/j.enpol.2012.03.065, ISBN: 0301-4215.

Harmelink M., M. Voogt, and C. Cremer (2006). Analysing the effectiveness of renewable energy supporting policies in the European Union. *Energy Policy* 34, 343–351. Available at: http://ideas.repec.org/a/eee/enepol/v34y2006i3p343–351.html.

Harttgen K., and S. Klasen (2011). A Human Development Index by Internal Migrational Status. *Journal of Human Development and Capabilities* 12, 393–424. Available at: http://ideas.repec.org/a/taf/jhudca/v12y2011i3p393–424.html.

Haurie A., and M. Vielle (2011). A Metamodel of the Oil Game under Climate Treaties. *INFOR: Information Systems and Operational Research* 48, 215–228. doi: 10.3138/infor.48.4.215.

Hayashi D., N. Müller, S. Feige, and A. Michaelowa (2010). *Towards a More Standardised Approach to Baselines and Additionality under the CDM*. UK Department for International Development, Zurich, Switzerland, 174 pp. Available at: http://r4d.dfid.gov.uk/Output/188945/.

Heggelund G., and I. Buan (2009). China in the Asia–Pacific Partnership: consequences for UN climate change mitigation efforts? *International Environmental Agreements: Politics, Law and Economics* 9, 301–317. doi: 10.1007/s10784-009-9099-5, ISBN: 1567-9764.

Held A., R. Haas, and M. Ragwitz (2006). On the success of policy strategies for the promotion of electricity from renewable energy sources in the EU. *Energy and Environment* 17, 849–868. ISBN: 0958-305X.

Hepbasli A., and L. Ozgener (2004). Development of geothermal energy utilization in Turkey: a review. *Renewable and Sustainable Energy Reviews* 8, 433–460. doi: 10.1016/j.rser.2003.12.004, ISBN: 1364-0321.

Hepburn C., M. Grubb, K. Neuhoff, F. Matthes, and M. Tse (2006). Auctioning of EU ETS phase II allowances: how and why. *Climate Policy* 6, 137–160.

Heptonstall P. (2007). A review of electricity unit cost estimates. *UK Energy Research Centre Working Paper*.

**Hiemstra-van der Horst G., and A.J. Hovorka (2009).** Fuelwood: The "other" renewable energy source for Africa? *Biomass and Bioenergy* **33**, 1605–1616. doi: 10.1016/j.biombioe.2009.08.007, ISBN: 0961-9534.

**Hintermann B. (2010).** Allowance price drivers in the first phase of the EU ETS. *Journal of Environmental Economics and Management* **59**, 43–56.

**Holmes P., T. Reilly, and J. Rollo (2011).** Border carbon adjustments and the potential for protectionism. *Climate Policy* **11**, 883–900. doi: 10.3763/cpol.2009.0071, ISBN: 1469-3062.

**Holzer K. (2010).** Proposals on carbon-related border adjustments: Prospects for WTO Compliance. *Carbon and Climate Law Review* **1**, 51–64.

**Holzer K., and N. Shariff (2012).** The Inclusion of Border Carbon Adjustments in Preferential Trade Agreements: Policy Implications. *Carbon and Climate Law Review*, 246–260.

**Homma T., K. Akimoto, and T. Tomoda (2012).** Quantitative evaluation of time-series GHG emissions by sector and region using consumption-based accounting. *Energy Policy* **51**, 816–827. doi: 10.1016/j.enpol.2012.09.031, ISBN: 0301-4215.

**Horn H., P.C. Mavroidis, and A. Sapir (2010).** Beyond the WTO? An Anatomy of EU and US Preferential Trade Agreements. *The World Economy* **33**, 1565–1588. doi: 10.1111/j.1467-9701.2010.01273.x, ISBN: 1467-9701.

**Houghton R.A. (2003).** Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850–2000. *Tellus B* **55**, 378–390. doi: 10.1034/j.1600-0889.2003.01450.x, ISBN: 1600-0889.

**Houghton R. (2012).** Carbon emissions and the drivers of deforestation and forest degradation in the tropics. *Current Opinion in Environmental Sustainability* **4**, 597–603. doi: 10.1016/j.cosust.2012.06.006, ISBN: 1877-3435.

**Hubacek K., D. Guan, J. Barrett, and T. Wiedmann (2009).** Environmental implications of urbanization and lifestyle change in China: Ecological and Water Footprints. *Journal of Cleaner Production* **17**, 1241–1248. doi: 10.1016/j.jclepro.2009.03.011, ISBN: 0959-6526.

**Hubacek K., D. Guan, and A. Barua (2007).** Changing lifestyles and consumption patterns in developing countries: A scenario analysis for China and India. *Futures* **39**, 1084–1096. doi: 10.1016/j.futures.2007.03.010, ISSN: 00163287.

**Hufbauer G.C., S. Chamowitz, and J. Kim (2010).** Global Warming and the World Trading System. *World Trade Review* **9**, 282–285. doi: 10.1017/S1474745609990218.

**Hurtt G., L. Chini, S. Frolking, R. Betts, J. Feddema, G. Fischer, J. Fisk, K. Hibbard, R. Houghton, A. Janetos, C. Jones, G. Kindermann, T. Kinoshita, K.K. Goldewijk, K. Riahi, E. Shevliakova, S. Smith, E. Stehfest, A. Thomson, P. Thornton, D. Vuuren, and Y. Wang (2011).** Harmonization of land-use scenarios for the period 1500–2100: 600 years of global gridded annual land-use transitions, wood harvest, and resulting secondary lands. *Climatic Change* **109**, 117–161. Available at: http://ideas.repec.org/a/spr/climat/v109y2011i1p117-161.html.

**ICA I.C. for A. (2011).** *Regional Power Status in African Power Pools*. African Development Bank, Tunis Belvédère, Tunisia, 120 pp. Available at: http://www.icafrica.org/fileadmin/documents/Knowledge/Energy/ICA_RegionalPowerPools_Report.pdf.

**IEA (2008).** *Energy in the Western Balkans. The Path to Reform and Reconstruction*. IEA Publications, Paris, France, 416 pp. ISBN: 978-92-64-04218-6.

**IEA (2009).** *World Energy Outlook 2009*. International Energy Agency, Paris. Available at: http://www.iea.org/publications/freepublications/publication/name,3853,en.html.

**IEA (2010a).** *Energy Technology Perspectives 2010. Scenarios & Strategies to 2050*. International Energy Agency, Paris, France, 706 pp.

**IEA (2010b).** *Energy Poverty: How to Make Modern Energy Access Universal. World Energy Outlook 2010*. IEA Publications, Paris, France, 52 pp. Available at: http://www.iea.org/publications/freepublications/publication/weo2010_poverty.pdf.

**IEA (2010c).** *Deploying Renewables in Southeast Asia. Trends and Potentials*. Paris, France, 159 pp. Available at: http://www.iea.org/publications/freepublications/publication/name,3907,en.html.

**IEA (2010d).** $CO_2$ *Emissions from Fuel Combustion 2010*. Paris, France, 125 pp.

**IEA (2011).** *World Energy Outlook 2011*. Organization for Economic Co-Operation, 740 pp. ISBN: 9264124144.

**IEA (2012a).** $CO_2$ *Emissions from Fuel Combustion. Beyond 2020 Online Database. 2012 Edition*. Available at: http://data.iea.org.

**IEA (2012b).** *World Energy Outlook 2012*. OECD/IEA, Paris, France, 690 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2012/#d.en.26099.

**IEA (2012c).** *World Energy Outlook 2012*. International Energy Agency, Paris, France, 690 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2012/.

**IEA (2013).** *World Energy Outlook 2013*. International Energy Agency, Paris, France, 708 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2013/.

**IEA, OECD, OPEC, and World Bank (2010).** *Analysis of the Scope of Energy Subsidies and Suggestions for the G-20 Initiative. Joint Report Prepared for Submission to the G-20 Summit Toronto (Canada), 26–27 June 2010*. Paris, Cannes, France, 81 pp. Available at: http://www.oecd.org/env/45575666.pdf.

**IEA, OECD, OPEC, and World Bank (2011).** *An Update of the G20 Pittsburgh and Toronto Commitments. (Prepared for the G20 Meeting of Finance Ministers and Central Bank Governors (Paris, 14–15 October 2011) and the G20 Summit (Cannes, 3–4 November 2011). Joint Report by IEA, OPEC, OECD, and World Bank on Fossil-Fuel and Other Energy Subsidies*. Paris, Cannes, France.

**Iglesias A., R. Mougou, M. Moneo, and S. Quiroga (2011a).** Towards adaptation of agriculture to climate change in the Mediterranean. *Regional Environmental Change* **11**, 159–166. doi: 10.1007/s10113-010-0187-4, ISBN: 1436-3798.

**Iglesias A., S. Quiroga, and A. Diz (2011b).** Looking into the future of agriculture in a changing climate. *European Review of Agricultural Economics* **38**, 427–447. doi: 10.1093/erae/jbr037, ISBN: 0165-1587, 1464–3618.

**IIASA (2009).** GGI Scenario Database Version 2.0.1. Available at: http://www.iiasa.ac.at/Research/GGI/DB.

**IIEC Asia (2012).** *Technical Analysis of Appliance Markets to Support the Pacific Appliance Labeling and Standards (PALS) Programme*. International Institute for Energy Conservation—Asia (IIEC Asia), Bangkok, Thailand, 8 pp. Available at: http://www.reeep.org/sites/default/files/Technical%20Analysis%20of%20Appliance%20Markets%20to%20Support%20PALS%20Programme.pdf.

**Ilkılıç C., H. Aydın, and R. Behçet (2011).** The current status of wind energy in Turkey and in the world. *Energy Policy* **39**, 961–967. doi: 10.1016/j.enpol.2010.11.021, ISBN: 0301-4215.

**IMF (2013).** *Energy Subsidy Reform—Lessons and Implications*. Washington, D.C., 184 pp.

**14**

IPA, and EPU-NTUA (2010). *Study on the Implementation of the New EU Renewables Directive in the Energy Community. Final Report to Energy Community Secretariat*. IPA Energy + Water Economics and EPU-NTUA, Edinburgh, 346 pp. Available at: http://www.energy-community.org/pls/portal/docs/644177.PDF.

IPCC (2001). *Climate Change 2001: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [McCarthy J.J., O.F. Canziani, N.A. Leary, D.J. Dokken, K.S. White (eds.)]. Cambridge University Press, Cambridge, UK, 1042 pp. ISBN: 0521807689.

IPCC (2007). *Climate Change 2007: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 986pp.

IRENA (2013). *Southern African Power Pool: Planning and Prospects from Renewable Energy*. International Renewable Energy Agency, Bonn, Germany, 91 pp. Available at: http://www.irena.org/DocumentDownloads/Publications/SAPP.pdf.

Ismer R., and K. Neuhoff (2007). Border tax adjustment: a feasible way to support stringent emission trading. *European Journal of Law and Economics* 24, 137–164. doi: 10.1007/s10657-007-9032-8, ISBN: 0929-1261, 1572–9990.

Jakob M., and R. Marschinski (2013). Interpreting trade-related $CO_2$ emission transfers. *Nature Climate Change* 3, 19–23. doi: 10.1038/nclimate1630, ISBN: 1758-678X.

Jaraité J., F. Convery, and C. Di Maria (2010). Transaction costs for firms in the EU ETS: lessons from Ireland. *Climate Policy* 10, 190–215. doi: 10.3763/cpol.2009.0659.

Jetter J., Y. Zhao, K.R. Smith, B. Khan, T. Yelverton, P. DeCarlo, and M.D. Hays (2012). Pollutant Emissions and Energy Efficiency under Controlled Conditions for Household Biomass Cookstoves and Implications for Metrics Useful in Setting International Test Standards. *Environmental Science & Technology* 46, 10827–10834. doi: 10.1021/es301693f, ISBN: 0013-936X.

Jewell J., A. Cherp, V. Vadim, N. Bauer, T. Kober, D. McCollum, D.P. van Vuuren, and B. Van der Zwaan (2013). Energy Security of China, India, the E.U. and the U.S. Under Long-Term Scenarios. *Climate Change Economics*.

Johansson D., C. Azar, K. Lindgren, and T.A. Persson (2009). OPEC Strategies and Oil Rent in a Climate Conscious World. *The Energy Journal* 30, 23–50.

Johnson F., and F. Lambe (2009). *Energy Access, Climate and Development*. Stockholm Environment Institute, Stockholm, 9 pp.

Jones D.W. (1991). How urbanization affects energy-use in developing countries. *Energy Policy* 19, 621–630.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010*. European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency. Available at: http://edgar.jrc.ec.europa.eu.

Jung M. (2006). Host country attractiveness for CDM non-sink projects. *Energy Policy* 34, 2173–2184. doi: 10.1016/j.enpol.2005.03.014, ISBN: 0301-4215.

Kahn M.E. (2000). The environmental impact of suburbanization. *Journal of Policy Analysis and Management* 19, 569–586. doi: 10.1002/1520-6688(200023)19:4<569::AID-PAM3>3.0.CO;2-P, ISBN: 1520-6688.

Karakosta C., S. Dimopoulou, H. Doukas, and J. Psarras (2011). The potential role of renewable energy in Moldova. *Renewable Energy* 36, 3550–3557. doi: 10.1016/j.renene.2011.05.004, ISBN: 0960-1481.

Karlsson-Vinkhuyzen S.I., and H. van Asselt (2009). Introduction: exploring and explaining the Asia-Pacific Partnership on Clean Development and Climate. *International Environmental Agreements: Politics, Law and Economics* 9, 195–211. doi: 10.1007/s10784-009-9103-0, ISBN: 1567-9764, 1573–1553.

Karp L., and J. Zhao (2010). International Environmental Agreements: Emissions Trade, Safety Valves and Escape Clauses. *Revue Économique* 61, 153. doi: 10.3917/reco.611.0153, ISBN: 0035-2764, 1950–6694.

Kato H. (2004). An Introduction to Regional Environmental Regimes in Asia and the Pacific: The Present State and Future Prospects. *Nagoya University Journal of Law and Politics* 202, 325–352.

Katz J.M. (1987). *Technology Generation in Latin American Manufacturing Industries*. St. Martin's Press, New York, ISBN: 0312790023 : 9780312790028.

Kaufmann R.K., P. Pauly, and J. Sweitzer (1993). The Effects of NAFTA on the Environment. *Energy Journal* 14, 217–224.

Kaunda C.S., C.Z. Kimambo, and T.K. Nielsen (2012). Potential of Small-Scale Hydropower for Electricity Generation in Sub-Saharan Africa. *ISRN Renewable Energy* 2012, 1–15. doi: 10.5402/2012/132606, ISBN: 2090-746X.

Kautto N., A. Arasto, J. Sijm, and P. Peck (2012). Interaction of the EU ETS and national climate policy instruments—Impact on biomass use. *Biomass and Bioenergy* 38, 117–127. doi: 10.1016/j.biombioe.2011.02.002, ISBN: 0961-9534.

Kaygusuz K. (2012). Energy for sustainable development: A case of developing countries. *Renewable and Sustainable Energy Reviews* 16, 1116–1126. doi: 10.1016/j.rser.2011.11.013, ISBN: 1364-0321.

Kellenberg D.K. (2008). A reexamination of the role of income for the trade and environment debate. *Ecological Economics* 68, 106–115. doi: 10.1016/j.ecolecon.2008.02.007, ISBN: 0921-8009.

Kennedy C., J. Steinberger, B. Gasson, Y. Hansen, T. Hillman, M. Havránek, D. Pataki, A. Phdungsilp, A. Ramaswami, and G.V. Mendez (2009). Greenhouse Gas Emissions from Global Cities. *Environ. Sci. Technol.* 43, 7297–7302. doi: 10.1021/es900213p, ISBN: 0013-936X.

Kettner C., A. Koppl, S.P. Schleicher, and G. Thenius (2008). Stringency and distribution in the EU Emissions Trading Scheme: first evidence. *Climate Policy* 8, 41–61.

Keyhani A., M. Ghasemi-Varnamkhasti, M. Khanali, and R. Abbaszadeh (2010). An assessment of wind energy potential as a power generation source in the capital of Iran, Tehran. *Energy* 35, 188–201. doi: 10.1016/j.energy.2009.09.009, ISBN: 0360-5442.

Khennas S. (2012). Understanding the political economy and key drivers of energy access in addressing national energy access priorities and policies: African Perspective. *Energy Policy* 47, Supplement 1, 21–26. doi: 10.1016/j.enpol.2012.04.003, ISBN: 0301-4215.

Kim L. (1998). Crisis Construction and Organizational Learning: Capability Building in Catching-up at Hyundai Motor. *Organization Science* 9, 506–521. doi: 10.1287/orsc.9.4.506, ISBN: 1047-7039, 1526–5455.

Klaphake A., and W. Scheumann (2006). Understanding transboundary water cooperation: Evidence from Africa. *Berlin: TU Berlin (Working Paper on Management in Environmental Planning 013)*. Available at: http://www.bahnsysteme.tu-berlin.de/fileadmin/a0731/uploads/publikationen/workingpapers/WP_14_2006_Klaphake_Scheuman_Transboundary_Wat_.pdf.

Klein Goldewijk K., A. Beusen, G. van Drecht, and M. de Vos (2011). The HYDE 3.1 spatially explicit database of human-induced global land-use change over the past 12,000 years. *Global Ecology and Biogeography* **20**, 73–86. doi: 10.1111/j.1466-8238.2010.00587.x, ISBN: 1466-8238.

Klein R.J., S. Huq, F. Denton, T.E. Downing, R.G. Richels, J.B. Robinson, and F.L. Toth (2007). Inter-relationships between adaptation and mitigation. *Climate Change* **200**, 745–777.

Kneeland J., C. Barnett, T. Juliani, and W. Knowland (2005). *Case Studies of Regional Energy Cooperation Programs: APEC and ASEAN*. USA, 101 pp. Available at: http://pdf.usaid.gov/pdf_docs/PNADD963.pdf.

Knopf B., Y.-H.H. Chen, E. De Cian, H. Förster, A. Kanudia, I. Karkatsouli, I. Keppo, T. Koljonen, K. Schumacher, and D.P. van Vuuren (2013). Beyond 2020—Strategies and costs for transforming the European energy system. *Climate Change Economics* **4**, 38.

Kok M., and H. De Coninck (2007). Widening the scope of policies to address climate change: directions for mainstreaming. *Environmental Science & Policy* **10**, 587–599.

Komori Y. (2010). Evaluating Regional Environmental Governance in Northeast Asia. *Asian Affairs: An American Review* **37**, 1–25. doi: 10.1080/00927671003591367, ISBN: 0092-7678.

Kondo Y., Y. Moriguchi, and H. Shimizu (1998). $CO_2$ emissions in Japan: Influences of imports and exports. *Applied Energy* **59**, 163–174. doi: 10.1016/S0306-2619(98)00011-7, ISBN: 0306-2619.

Kopsakangas-Savolainen M., and R. Svento (2013). Promotion of Market Access for Renewable Energy in the Nordic Power Markets. *Environmental and Resource Economics* **54**, 549–569. doi: 10.1007/s10640-012-9605-z, ISBN: 0924-6460, 1573–1502.

Kosnik L. (2010). The potential for small scale hydropower development in the US. *Energy Policy* **38**, 5512–5519. doi: 10.1016/j.enpol.2010.04.049, ISBN: 0301-4215.

Krausmann F., H. Schandl, and R.P. Sieferle (2008). Socio-ecological regime transitions in Austria and the United Kingdom. *Ecological Economics* **65**, 187–201. doi: 10.1016/j.ecolecon.2007.06.009, ISBN: 0921-8009.

Kuik O., and M. Hofkes (2010). Border adjustment for European emissions trading: Competitiveness and carbon leakage. *Energy Policy* **38**, 1741–1748. doi: 10.1016/j.enpol.2009.11.048, ISBN: 0301-4215.

Kuik O.J., M.B. Lima, and J. Gupta (2011). Energy security in a developing world. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 627–634. doi: 10.1002/wcc.118, ISBN: 1757-7799.

Kumar A., T. Schei, A. Ahenkorah, R. Caceres Rodriguez, J.-M. Devernay, M. Freitas, D. Hall, A. Killingtveit, and Z. Liu (2011). Hydropower (Chapter 5). In: *Renewable Energy Sources and Climate Change Mitigation—Special Report of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 437–496. ISBN: 9781107607101.

Kusre B.C., D.C. Baruah, P.K. Bordoloi, and S.C. Patra (2010). Assessment of hydropower potential using GIS and hydrological modeling technique in Kopili River basin in Assam (India). *Applied Energy* **87**, 298–309. doi: 10.1016/j.apenergy.2009.07.019, ISBN: 0306-2619.

Lalic D., K. Popovski, V. Gecevska, S.P. Vasilevska, and Z. Tesic (2011). Analysis of the opportunities and challenges for renewable energy market in the Western Balkan countries. *Renewable and Sustainable Energy Reviews* **15**, 3187–3195. doi: 10.1016/j.rser.2011.04.011, ISBN: 1364-0321.

Lall S. (1987). *Learning to Industrialize : The Acquisition of Technological Capability by India*. Macmillan, Basingstoke, ISBN: 0333433750 9780333433751 0333433769 9780333433768.

Lall S. (1998). Technological Capabilities in Emerging Asia. *Oxford Development Studies* **26**, 213–243.

Lanzi E., J. Chateau, and R. Dellink (2012). Alternative approaches for levelling carbon prices in a world with fragmented carbon markets. *Energy Economics* **34**, **Supplement 2**, S240–S250. doi: 10.1016/j.eneco.2012.08.016, ISBN: 0140-9883.

Lawrence P. (2009). Australian climate policy and the Asia Pacific partnership on clean development and climate (APP). From Howard to Rudd: continuity or change? *International Environmental Agreements: Politics, Law and Economics* **9**, 281–299. doi: 10.1007/s10784-009-9102-1, ISBN: 1567-9764, 1573–1553.

Lawrence P.J., J.J. Feddema, G.B. Bonan, G.A. Meehl, B.C. O'Neill, K.W. Oleson, S. Levis, D.M. Lawrence, E. Kluzek, K. Lindsay, and P.E. Thornton (2012). Simulating the Biogeochemical and Biogeophysical Impacts of Transient Land Cover Change and Wood Harvest in the Community Climate System Model (CCSM4) from 1850 to 2100. *Journal of Climate* **25**, 3071–3095. doi: 10.1175/JCLI-D-11-00256.1, ISBN: 0894-8755, 1520–0442.

Leach G. (1992). The energy transition. *Energy Policy* **20**, 116–123. doi: 10.1016/0301-4215(92)90105-B, ISBN: 0301-4215.

Leal-Arcas R. (2011). Proliferation of Regional Trade Agreements: Complementing or Supplanting Multilateralism? *Chicago Journal of International Law* **11**, 597–629.

Leal-Arcas R. (2013). Climate Change Mitigation from the Bottom Up: Using Preferential Trade Agreements to Promote Climate Change Mitigation. *Carbon and Climate Law Review*, 34–42.

Lecuyer O., and P. Quirion (2013). Can uncertainty justify overlapping policy instruments to mitigate emissions? *Ecological Economics* **93**, 177–191. doi: 10.1016/j.ecolecon.2013.05.009, ISBN: 0921-8009.

Lee K. (2005). Making a Technological Catch Up: Barriers and Opportunities. *Asian Journal of Technology Innovation* **13**, 97–131.

Lee K., and C. Kim (2001). Technological Regimes, Catching Up, and Leapfrogging: Findings from the Korean Industries. *Research Policy* **30**, 459–483.

Lema A., and K. Ruby (2007). Between fragmented authoritarianism and policy coordination: Creating a Chinese market for wind energy. *Energy Policy* **35**, 3879–3890. doi: 10.1016/j.enpol.2007.01.025, ISBN: 0301-4215.

Lenzen M. (1998). Primary energy and greenhouse gases embodied in Australian final consumption: an input–output analysis. *Energy Policy* **26**, 495–506. doi: 10.1016/S0301-4215(98)00012-3, ISBN: 0301-4215.

Lenzen M., D. Moran, K. Kanemoto, B. Foran, L. Lobefaro, and A. Geschke (2012). International trade drives biodiversity threats in developing nations. *Nature* **486**, 109–112. doi: 10.1038/nature11145, ISBN: 0028-0836.

Lewis J.I. (2007). Technology Acquisition and Innovation in the Developing World: Wind Turbine Development in China and India. *Studies in Comparative International Development* **42**, 208–232.

Lewis J.I. (2011). Building a National Wind Turbine Industry: Experiences from China, India and South Korea. *International Journal of Technology and Globalisation* **5**, 281–305.

Lewis J.I. (2012). *Green Innovation in China: China's Wind Power Industry and the Global Transition to a Low-Carbon Economy.* Columbia University Press, New York.

Liao H., Y. Fan, and Y.-M. Wei (2007). What induced China's energy intensity to fluctuate: 1997–2006? *Energy Policy* 35, 4640–4649. doi: 10.1016/j.enpol.2007.03.028, ISBN: 0301-4215.

Liddle B., and S. Lung (2010). Age-structure, urbanization, and climate change in developed countries: revisiting STIRPAT for disaggregated population and consumption-related environmental impacts. *Population and Environment* 31, 317–343. doi: 10.1007/s11111-010-0101-5, ISBN: 0199-0039, 1573–7810.

Lim S., and L.K. Teong (2010). Recent trends, opportunities and challenges of bio-diesel in Malaysia: An overview. *Renewable and Sustainable Energy Reviews* 14, 938–954. doi: 10.1016/j.rser.2009.10.027, ISBN: 1364-0321.

Lim S.S., T. Vos, A.D. Flaxman, G. Danaei, K. Shibuya, H. Adair-Rohani, M.A. AlMazroa, M. Amann, H.R. Anderson, K.G. Andrews, M. Aryee, C. Atkinson, L.J. Bacchus, A.N. Bahalim, K. Balakrishnan, J. Balmes, S. Barker-Collo, A. Baxter, M.L. Bell, J.D. Blore, F. Blyth, C. Bonner, G. Borges, R. Bourne, M. Boussinesq, M. Brauer, P. Brooks, N.G. Bruce, B. Brunekreef, C. Bryan-Hancock, C. Bucello, R. Buchbinder, F. Bull, R.T. Burnett, T.E. Byers, B. Calabria, J. Carapetis, E. Carnahan, Z. Chafe, F. Charlson, H. Chen, J.S. Chen, A.T.-A. Cheng, J.C. Child, A. Cohen, K.E. Colson, B.C. Cowie, S. Darby, S. Darling, A. Davis, L. Degenhardt, F. Dentener, D.C. Des Jarlais, K. Devries, M. Dherani, E.L. Ding, E.R. Dorsey, T. Driscoll, K. Edmond, S.E. Ali, R.E. Engell, P.J. Erwin, S. Fahimi, G. Falder, F. Farzadfar, A. Ferrari, M.M. Finucane, S. Flaxman, F.G.R. Fowkes, G. Freedman, M.K. Freeman, E. Gakidou, S. Ghosh, E. Giovannucci, G. Gmel, K. Graham, R. Grainger, B. Grant, D. Gunnell, H.R. Gutierrez, W. Hall, H.W. Hoek, A. Hogan, H.D. Hosgood III, D. Hoy, H. Hu, B.J. Hubbell, S.J. Hutchings, S.E. Ibeanusi, G.L. Jacklyn, R. Jasrasaria, J.B. Jonas, H. Kan, J.A. Kanis, N. Kassebaum, N. Kawakami, Y.-H. Khang, S. Khatibzadeh, J.-P. Khoo, C. Kok, F. Laden, R. Lalloo, Q. Lan, T. Lathlean, J.L. Leasher, J. Leigh, Y. Li, J.K. Lin, S.E. Lipshultz, S. London, R. Lozano, Y. Lu, J. Mak, R. Malekzadeh, L. Mallinger, W. Marcenes, L. March, R. Marks, R. Martin, P. McGale, J. McGrath, S. Mehta, Z.A. Memish, G.A. Mensah, T.R. Merriman, R. Micha, C. Michaud, V. Mishra, K.M. Hanafiah, A.A. Mokdad, L. Morawska, D. Mozaffarian, T. Murphy, M. Naghavi, B. Neal, P.K. Nelson, J.M. Nolla, R. Norman, C. Olives, S.B. Omer, J. Orchard, R. Osborne, B. Ostro, A. Page, K.D. Pandey, C.D. Parry, E. Passmore, J. Patra, N. Pearce, P.M. Pelizzari, M. Petzold, M.R. Phillips, D. Pope, C.A. Pope III, J. Powles, M. Rao, H. Razavi, E.A. Rehfuess, J.T. Rehm, B. Ritz, F.P. Rivara, T. Roberts, C. Robinson, J.A. Rodriguez-Portales, I. Romieu, R. Room, L.C. Rosenfeld, A. Roy, L. Rushton, J.A. Salomon, U. Sampson, L. Sanchez-Riera, E. Sanman, A. Sapkota, S. Seedat, P. Shi, K. Shield, R. Shivakoti, G.M. Singh, D.A. Sleet, E. Smith, K.R. Smith, N.J. Stapelberg, K. Steenland, H. Stöckl, L.J. Stovner, K. Straif, L. Straney, G.D. Thurston, J.H. Tran, R. Van Dingenen, A. van Donkelaar, J.L. Veerman, L. Vijayakumar, R. Weintraub, M.M. Weissman, R.A. White, H. Whiteford, S.T. Wiersma, J.D. Wilkinson, H.C. Williams, W. Williams, N. Wilson, A.D. Woolf, P. Yip, J.M. Zielinski, A.D. Lopez, C.J. Murray, and M. Ezzati (2012). A comparative risk assessment of burden of disease and injury attributable to 67 risk factors and risk factor clusters in 21 regions, 1990–2010: a systematic analysis for the Global Burden of Disease Study 2010. *The Lancet* 380, 2224–2260. doi: 10.1016/S0140-6736(12)61766-8, ISBN: 0140-6736.

Lindner S., Z. Liu, D. Guan, Y. Geng, and X. Li (2013). $CO_2$ emissions from China's power sector at the provincial level: Consumption versus production perspectives. *Renewable and Sustainable Energy Reviews* 19, 164–172. doi: 10.1016/j.rser.2012.10.050, ISBN: 1364-0321.

Liniger H.P., R. Mekdaschi Studer, C. Hauert, and M. Gurtner (2011). *Sustainable Land Management in Practice—Guidelines and Best Practices for Sub-Saharan Africa.* TerrAfrica, World Overview of Conservation Approaches and Technologies (WOCAT) and Food and Agriculture Organization of the United Nations (FAO), Rome, Italy, 240 pp.

Liu Z., Y. Geng, S. Lindner, and D. Guan (2012a). Uncovering China's greenhouse gas emission from regional and sectoral perspectives. *Energy* 45, 1059–1068. doi: 10.1016/j.energy.2012.06.007, ISBN: 0360-5442.

Liu Z., Y. Geng, S. Lindner, H. Zhao, T. Fujita, and D. Guan (2012b). Embodied energy use in China's industrial sectors. *Energy Policy* 49, 751–758. doi: 10.1016/j.enpol.2012.07.016, ISBN: 0301-4215.

Lobell D.B., M.B. Burke, C. Tebaldi, M.D. Mastrandrea, W.P. Falcon, and R.L. Naylor (2008). Prioritizing Climate Change Adaptation Needs for Food Security in 2030. *Science* 319, 607–610. doi: 10.1126/science.1152339, ISBN: 0036-8075, 1095–9203.

Locatelli B., V. Evans, A. Wardell, A. Andrade, and R. Vignola (2011). Forests and Climate Change in Latin America: Linking Adaptation and Mitigation. *Forests* 2, 431–450.

Lockwood B., and J. Whalley (2010). Carbon-motivated Border Tax Adjustments: Old Wine in Green Bottles? *World Economy* 33, 810–819. doi: 10.1111/j.1467-9701.2010.01285.x, ISBN: 1467-9701.

Lohmann L. (2011). The Endless Algebra of Climate Markets. *Capitalism Nature Socialism* 22, 93–116. doi: 10.1080/10455752.2011.617507, ISBN: 1045-5752.

Lopes de Souza T., and L. Hasenclever (2011). The Brazilian system of innovation for bioethanol: a case study on the strategic role of the standardisation process. *International Journal of Technology and Globalisation* 5, 341–356. Available at: http://inderscience.metapress.com/index/CQV184045T5380J4.pdf.

Ma C., and D.I. Stern (2008). China's changing energy intensity trend: A decomposition analysis. *Energy Economics* 30, 1037–1053. doi: 10.1016/j.eneco.2007.05.005, ISBN: 0140-9883.

Managi S., A. Hibiki, and T. Tsurumi (2009). Does trade openness improve environmental quality? *Journal of Environmental Economics and Management* 58, 346–363. doi: 10.1016/j.jeem.2009.04.008, ISBN: 0095-0696.

Marcotullio P.J., and N.B. Schulz (2007). Comparison of Energy Transitions in the United States and Developing and Industrializing Economies. *World Development* 35, 1650–1683. doi: 10.1016/j.worlddev.2006.11.006, ISBN: 0305-750X.

Marrison C.I., and E.D. Larson (1996). A preliminary analysis of the biomass energy production potential in Africa in 2025 considering projected land needs for food production. *Biomass and Bioenergy* 10, 337–351. doi: 10.1016/0961-9534(95)00122-0, ISBN: 0961-9534.

Martínez-Zarzoso I., and A. Maruotti (2011). The impact of urbanization on $CO_2$ emissions: Evidence from developing countries. *Ecological Economics* 70, 1344–1353. doi: 10.1016/j.ecolecon.2011.02.009, ISBN: 0921-8009.

Mathews J.A. (2007). Biofuels: What a Biopact between North and South could achieve. *Energy Policy* 35, 3550–3570. doi: 10.1016/j.enpol.2007.02.011, ISBN: 0301-4215.

McCollum D., N. Bauer, K. Calvin, A. Kitous, and K. Riahi (2014). Fossil resource and energy security dynamics in conventional and carbon-constrained worlds. *Climatic Change*, 1–14. doi: 10.1007/s10584-013-0939-5, ISBN: 0165-0009, 1573–1480.

McGee J., and R. Taplin (2009). The role of the Asia Pacific Partnership in discursive contestation of the international climate regime. *International Environmental Agreements: Politics, Law and Economics* 9, 213–238. doi: 10.1007/s10784-009-9101-2, ISBN: 1567-9764, 1573–1553.

Mee L.D., H.T. Dublin, and A.A. Eberhard (2008). Evaluating the Global Environment Facility: A goodwill gesture or a serious attempt to deliver global benefits? *Global Environmental Change* 18, 800–810. doi: 10.1016/j.gloenvcha.2008.07.005, ISBN: 0959-3780.

Meinshausen M., S. Smith, K. Calvin, J. Daniel, M. Kainuma, J.-F. Lamarque, K. Matsumoto, S. Montzka, S. Raper, K. Riahi, A. Thomson, G. Velders, and D.P. van Vuuren (2011). The RCP greenhouse gas concentrations and their extensions from 1765 to 2300. *Climatic Change* 109, 213–241. doi: 10.1007/s10584-011-0156-z, ISBN: 0165-0009.

Michaelis L. (2003). Sustainable consumption and greenhouse gas mitigation. *Climate Policy* 3, Supplement 1, S135–S146. doi: 10.1016/j.clipol.2003.10.012, ISBN: 1469-3062.

Michaelowa A., and F. Jotzo (2005). Transaction costs, institutional rigidities and the size of the clean development mechanism. *Energy Policy* 33, 511–523. doi: 10.1016/j.enpol.2003.08.016, ISBN: 0301-4215.

Mihajlov A. (2010). Opportunities and challenges for a sustainable energy policy in SE Europe: SE European Energy Community Treaty. *Renewable and Sustainable Energy Reviews* 14, 872–875. doi: 10.1016/j.rser.2009.10.026, ISBN: 1364-0321.

Minx J.C., G. Baiocchi, G.P. Peters, C.L. Weber, D. Guan, and K. Hubacek (2011). A "Carbonizing Dragon": China's Fast Growing $CO_2$ Emissions Revisited. *Environmental Science & Technology* 45, 9144–9153. doi: 10.1021/es201497m, ISBN: 0013-936X.

Montgomery W.D. (1972). Markets in licenses and efficient pollution control programs. *Journal of Economic Theory* 5, 395–418. doi: 10.1016/0022-0531(72)90049-X, ISBN: 0022-0531.

Munzhedzi R., and A.B. Sebitosi (2009). Redrawing the solar map of South Africa for photovoltaic applications. *Renewable Energy* 34, 165–169. doi: 10.1016/j.renene.2008.03.023, ISBN: 0960-1481.

NAEWG (2002). North American Energy Efficiency Standards and Labeling. Available at: www.eere.energy.gov/buildings/appliance_standards.

Nakicenovic N., and R. Swart (2000). *Special Report on Emissions Scenarios: A Special Report of Working Group III of the Intergovernmental Panel on Climate Change*. Cambridge University Press, Cambridge, UK, 612 pp. ISBN: 0521804930.

Nansai K., R. Inaba, S. Kagawa, and Y. Moriguchi (2008). Identifying common features among household consumption patterns optimized to minimize specific environmental burdens. *Journal of Cleaner Production*, 538–548. doi: 10.1016/j.jclepro.2007.01.008.

Nazifi F. (2010). The price impacts of linking the European Union Emissions Trading Scheme to the Clean Development Mechanism. *Environmental Economics and Policy Studies* 12, 164–186.

Nepstad D.C., W. Boyd, C.M. Stickler, T. Bezerra, and A.A. Azevedo (2013). Responding to climate change and the global land crisis: REDD+, market transformation and low-emissions rural development. *Philosophical Transactions of the Royal Society B: Biological Sciences* 368. doi: 10.1098/rstb.2012.0167, ISBN: 0962-8436, 1471–2970.

Neuhoff K. (2011). *Climate Policy after Copenhagen*. Cambridge University Press. Available at: http://ideas.repec.org/b/cup/cbooks/9781107008939.html.

Neuhoff K., A. Schopp, R. Boyd, K. Stelmakh, and A. Vasa (2012). *Banking of Surplus Emissions Allowances: Does the Volume Matter?* Social Science Research Network, Rochester, NY, 23 pp. Available at: http://papers.ssrn.com/abstract=2021733.

Nguon P., and D. Kulakowski (2013). Natural forest disturbances and the design of REDD+ initiatives. *Environmental Science & Policy* 33, 332–345. doi: 10.1016/j.envsci.2013.04.011, ISBN: 1462-9011.

Nkem J., F.B. Kalame, M. Idinoba, O.A. Somorin, O. Ndoye, and A. Awono (2010). Shaping forest safety nets with markets: Adaptation to climate change under changing roles of tropical forests in Congo Basin. *Environmental Science & Policy* 13, 498–508.

Nyatichi Omambi A., C. Shemsanga, and I. Sanchez (2012). Climate Change Impacts, Vulnerability, and Adaptation in East Africa (EA) and South America (SA). In: *Handbook of Climate Change Mitigation*. W.-Y. Chen, J. Seiner, T. Suzuki, M. Lackner, (eds.), Springer US, pp. 571–620. ISBN: 978-1-4419-7990-2, 978-1-4419-7991-9.

O'Neill B.C., M. Dalton, R. Fuchs, L. Jiang, S. Pachauri, and K. Zigova (2010). Global demographic trends and future carbon emissions. *Proceedings of the National Academy of Sciences* 107, 17521–17526. doi: 10.1073/pnas.1004581107, ISBN: 0027-8424, 1091–6490.

O'Neill B.C., X. Ren, L. Jiang, and M. Dalton (2012). The effect of urbanization on energy use in India and China in the iPETS model. *Energy Economics* 34, Supplement 3, S339–S345. doi: 10.1016/j.eneco.2012.04.004, ISBN: 0140-9883.

Ockwell D.G., J. Watson, G. MacKerron, P. Pal, and F. Yamin (2008). Key policy considerations for facilitating low carbon technology transfer to developing countries. *Energy Policy* 36, 4104–4115. doi: 10.1016/j.enpol.2008.06.019, ISBN: 0301-4215.

OECD (2007). *Environment and Regional Trade Agreements*. 230 pp. ISBN: 9789264006652.

OECD (2011a). *Interactions between Emission Trading Systems and Other Overlapping Policy Instruments*. Paris, France, 15 pp. Available at: http://www.oecd.org/env/tools-evaluation/Interactions%20between%20Emission%20Trading%20Systems%20and%20Other%20Overlapping%20Policy%20Instruments.pdf.

OECD (2011b). OECD Science, Technology and Industry Scoreboard 2011: Innovation and Growth in Knowledge Economies. Available at: http://www.oecd.org/document/10/0,3746,en_2649_33703_39493962_1_1_1_1,00.html.

OECD (2012). *Inventory of Estimated Budgetary Support and Tax Expenditures for Fossil Fuels 2013*.

Okazaki T., and M. Yamaguchi (2011). Accelerating the transfer and diffusion of energy saving technologies steel sector experience—Lessons learned. *Energy Policy* 39, 1296–1304. doi: 10.1016/j.enpol.2010.12.001, ISBN: 0301-4215.

Okubo Y., and A. Michaelowa (2010). Effectiveness of subsidies for the Clean Development Mechanism: Past experiences with capacity building in Africa and LDCs. *Climate and Development* 2, 30–49. doi: 10.3763/cdev.2010.0032, ISSN: 17565529, 17565537.

Oleschak R., and U. Springer (2007). Measuring host country risk in CDM and JI projects: a composite indicator. *Climate Policy* **7**, 470–487.

Osmani D., and R.S.J. Tol (2010). The Case of two Self-Enforcing International Agreements for Environmental Protection with Asymmetric Countries. *Computational Economics* **36**, 93–119. doi: 10.1007/s10614-010-9232-0.

Pachauri S., A. Brew-Hammond, D.F. Barnes, D.H. Bouille, S. Gitonga, V. Modi, G. Prasad, A. Rath, and H. Zerriffi (2012). Chapter 19: Energy Access for Development. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press and the International Institute for Applied Systems Analysis, Cambridge, UK; New York, NY, USA; Laxenburg, Austria, pp. 1401–1458. Available at: http://www.iiasa.ac.at/web/home/research/Flagship-Projects/Global-Energy-Assessment/Chapte19.en.html.

Pachauri S., B.J. van Ruijven, Y. Nagai, K. Riahi, D.P. van Vuuren, A. Brew-Hammond, and N. Nakicenovic (2013). Pathways to achieve universal household access to modern energy by 2030. *Environmental Research Letters* **8**, 024015. doi: 10.1088/1748-9326/8/2/024015, ISBN: 1748-9326.

Pahl-Wostl C., L. Lebel, C. Knieper, and E. Nikitina (2012). From applying panaceas to mastering complexity: toward adaptive water governance in river basins. *Environmental Science & Policy* **23**, 24–34. doi: 10.1016/j.envsci.2012.07.014, ISBN: 1462-9011.

Pan Y., R.A. Birdsey, J. Fang, R. Houghton, P.E. Kauppi, W.A. Kurz, O.L. Phillips, A. Shvidenko, S.L. Lewis, J.G. Canadell, P. Ciais, R.B. Jackson, S.W. Pacala, A.D. McGuire, S. Piao, A. Rautiainen, S. Sitch, and D. Hayes (2011). A Large and Persistent Carbon Sink in the World's Forests. *Science* **333**, 988–993. doi: 10.1126/science.1201609, ISBN: 0036-8075, 1095–9203.

Parikh J., and V. Shukla (1995). Urbanization, energy use and greenhouse effects in economic development: Results from a cross-national study of developing countries. *Global Environmental Change* **5**, 87–103. doi: 10.1016/0959-3780(95)00015-G, ISBN: 0959-3780.

Parry M., C. Rosenzweig, A. Iglesias, M. Livermore, and G. Fischer (2004). Effects of climate change on global food production under SRES emissions and socio-economic scenarios. *Global Environmental Change* **14**, 53–67. doi: 10.1016/j.gloenvcha.2003.10.008, ISBN: 0959-3780.

Patlitzianas K.D., A.G. Kagiannas, D.T. Askounis, and J. Psarras (2005). The policy perspective for RES development in the new member states of the EU. *Renewable Energy* **30**, 477–492. doi: 10.1016/j.renene.2004.07.012, ISBN: 0960-1481.

Patlitzianas K., and K. Karagounis (2011). The progress of RES environment in the most recent member states of the EU. *Renewable Energy* **36**, 429–436. doi: 10.1016/j.renene.2010.08.032, ISBN: 0960-1481.

Perkins R. (2003). Environmental leapfrogging in developing countries: A critical assessment and reconstruction. *Natural Resources Forum* **27**, 177–188. doi: 10.1111/1477-8947.00053, ISBN: 1477-8947.

Perkins R., and E. Neumayer (2009). Transnational linkages and the spillover of environment-efficiency into developing countries. *Global Environmental Change* **19**, 375–383. doi: 10.1016/j.gloenvcha.2009.05.003, ISBN: 0959-3780.

Perkins R., and E. Neumayer (2012). Do recipient country characteristics affect international spillovers of $CO_2$-efficiency via trade and foreign direct investment? *Climatic Change* **112**, 469–491. doi: 10.1007/s10584-011-0204-8, ISBN: 0165-0009, 1573–1480.

Persson T.A., C. Azar, D. Johansson, and K. Lindgren (2007). Major oil exporters may profit rather than lose, in a carbon-constrained world. *Energy Policy* **35**, 6346–6353. doi: 10.1016/j.enpol.2007.06.027, ISBN: 0301-4215.

Peters G.P. (2008). From production-based to consumption-based national emission inventories. *Ecological Economics* **65**, 13–23. doi: 16/j.ecolecon.2007.10.014, ISBN: 0921-8009.

Peters G.P., R.M. Andrew, T. Boden, J.G. Canadell, P. Ciais, C. Le Quéré, G. Marland, M.R. Raupach, and C. Wilson (2013). The challenge to keep global warming below 2°C. *Nature Climate Change* **3**, 4–6. doi: 10.1038/nclimate1783, ISBN: 1758-678X.

Peters G.P., S. Davis, and R.M. Andrew (2012a). A synthesis of carbon in international trade. *Biogeosciences* **9**. doi: 10.5194/bgd-9-3949-2012.

Peters G.P., and E.G. Hertwich (2006). Pollution embodied in trade: The Norwegian case. *Global Environmental Change* **16**, 379–387. doi: 10.1016/j.gloenvcha.2006.03.001, ISBN: 0959-3780.

Peters G.P., and E.G. Hertwich (2008). $CO_2$ Embodied in International Trade with Implications for Global Climate Policy. *Environmental Science & Technology* **42**, 1401–1407. doi: 10.1021/es072023k, ISBN: 0013-936X.

Peters G.P., G. Marland, C.L. Quéré, T. Boden, J.G. Canadell, and M.R. Raupach (2012b). Rapid growth in $CO_2$ emissions after the 2008–2009 global financial crisis. *Nature Climate Change* **2**, 2–4. doi: 10.1038/nclimate1332, ISBN: 1758-678X.

Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011). Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences* **108**, 8903–8908. doi: 10.1073/pnas.1006388108.

Peters G.P., C.L. Weber, D. Guan, and K. Hubacek (2007). China's growing $CO_2$ emissions--a race between increasing consumption and efficiency gains. *Environmental Science & Technology* **41**, 5939–5944. ISBN: 0013-936X.

Philippine Department of Energy Portal (2014). Official Website of the Phillipine Department of Energy. Available at: http://www.doe.gov.ph/.

Pongratz J., C.H. Reick, T. Raddatz, and M. Claussen (2009). Effects of anthropogenic land cover change on the carbon cycle of the last millennium. *Global Biogeochemical Cycles* **23**, 13 PP. doi: 200910.1029/2009GB003488.

Poocharoen O., and B.K. Sovacool (2012). Exploring the challenges of energy and resources network governance. *Energy Policy* **42**, 409–418. doi: 10.1016/j.enpol.2011.12.005, ISBN: 0301-4215.

Popp A., S.K. Rose, K. Calvin, D.P.V. Vuuren, J.P. Dietrich, M. Wise, E. Stehfest, F. Humpenöder, P. Kyle, J.V. Vliet, N. Bauer, H. Lotze-Campen, D. Klein, and E. Kriegler (2013). Land-use transition for bioenergy and climate stabilization: model comparison of drivers, impacts and interactions with other land use based mitigation options. *Climatic Change*, 1–15. doi: 10.1007/s10584-013-0926-x, ISBN: 0165-0009, 1573–1480.

Poumanyvong P., and S. Kaneko (2010). Does urbanization lead to less energy use and lower $CO_2$ emissions? A cross-country analysis. *Ecological Economics* **70**, 434–444. doi: 10.1016/j.ecolecon.2010.09.029, ISBN: 0921-8009.

Poumanyvong P., S. Kaneko, and S. Dhakal (2012). *Impacts of Urbanization on National Residential Energy Use and $CO_2$ Emissions: Evidence from Low-, Middle- and High-Income Countries*. Hiroshima University, Graduate School for International Development and Cooperation (IDEC). Available at: http://ideas.repec.org/p/hir/idecdp/2–5.html.

Pueyo A., R. García, M. Mendiluce, and D. Morales (2011). The role of technology transfer for the development of a local wind component industry in Chile. *Energy Policy* **39**, 4274–4283. doi: 10.1016/j.enpol.2011.04.045, ISBN: 0301-4215.

14

Le Quéré C., R.J. Andres, T. Boden, T. Conway, R.A. Houghton, J.I. House, G. Marland, G.P. Peters, G. van der Werf, A. Ahlström, R.M. Andrew, L. Bopp, J.G. Canadell, P. Ciais, S.C. Doney, C. Enright, P. Friedlingstein, C. Huntingford, A.K. Jain, C. Jourdain, E. Kato, R.F. Keeling, K. Klein Goldewijk, S. Levis, P. Levy, M. Lomas, B. Poulter, M.R. Raupach, J. Schwinger, S. Sitch, B.D. Stocker, N. Viovy, S. Zaehle, and N. Zeng (2012). The global carbon budget 1959–2011. *Earth System Science Data Discussions* 5, 1107–1157. doi: 10.5194/essdd-5-1107-2012, ISBN: 1866-3591.

Le Quéré C., M.R. Raupach, J.G. Canadell, G.M. et Al, C.L.Q. et Al, G. Marland, L. Bopp, P. Ciais, T.J. Conway, S.C. Doney, R.A. Feely, P. Foster, P. Friedlingstein, K. Gurney, R.A. Houghton, J.I. House, C. Huntingford, P.E. Levy, M.R. Lomas, J. Majkut, N. Metzl, J.P. Ometto, G.P. Peters, I.C. Prentice, J.T. Randerson, S.W. Running, J.L. Sarmiento, U. Schuster, S. Sitch, T. Takahashi, N. Viovy, G.R. van der Werf, and F.I. Woodward (2009). Trends in the sources and sinks of carbon dioxide. *Nature Geoscience* 2, 831–836. doi: 10.1038/ngeo689, ISBN: 1752-0894.

Ragwitz M., S. Steinhilber, G. Resch, C. Panzer, A. Ortner, S. Busch, M. Rathmann, C. Klessmann, C. Nabe, I. Lovinfosse de, K. Neuhoff, R. Boyd, M. Junginger, R. Hoefnagels, N. Cusumano, A. Lorenzoni, J. Burgers, M. Boots, I. Konstantinaviciute, and B. Weöres (2012). *RE-Shaping: Shaping an Effective and Efficient European Renewable Energy Market*. Karlsruhe, Germany. Available at: http://www.reshaping-res-policy.eu/downloads/Final report RE-Shaping_Druck_D23.pdf.

Ravallion M. (2002). On the urbanization of poverty. *Journal of Development Economics* 68, 435–442. doi: 10.1016/S0304-3878(02)00021-4, ISBN: 0304-3878.

Rehman I.H., A. Kar, M. Banerjee, P. Kumar, M. Shardul, J. Mohanty, and I. Hossain (2012). Understanding the political economy and key drivers of energy access in addressing national energy access priorities and policies. *Energy Policy* 47, Supplement 1, 27–37. doi: 10.1016/j.enpol.2012.03.043, ISBN: 0301-4215.

Reilly J., P.H. Stone, C.E. Forest, M.D. Webster, H.D. Jacoby, and R.G. Prinn (2001). Uncertainty and Climate Change Assessments. *Science* 293, 430–433. doi: 10.1126/science.1062001, ISBN: 0036-8075, 1095–9203.

Renner S. (2009). The Energy Community of Southeast Europe: A neo-functionalist project of regional integration. *European Integration Online Papers (EIoP)* 13. ISBN: 1027-5193.

Del Rio P. (2010). Analysing the interactions between renewable energy promotion and energy efficiency support schemes: The impact of different instruments and design elements. *Energy Policy* 38, 4978–4989. doi: 10.1016/j. enpol.2010.04.003, ISBN: 0301-4215.

Rowlands I.H. (2005). The European directive on renewable electricity: conflicts and compromises. *Energy Policy* 33, 965–974. doi: 10.1016/j. enpol.2003.10.019, ISBN: 0301-4215.

Ru P., Q. Zhi, F. Zhang, X. Zhong, J. Li, and J. Su (2012). Behind the development of technology: The transition of innovation modes in China's wind turbine manufacturing industry. *Energy Policy* 43, 58–69. doi: 10.1016/j.enpol.2011.12.025, ISBN: 0301-4215.

Van Ruijven B.J., D.P. van Vuuren, J. van Vliet, A. Mendoza Beltran, S. Deetman, and M.G.J. den Elzen (2012). Implications of greenhouse gas emission mitigation scenarios for the main Asian regions. *Energy Economics* 34, Supplement 3, S459–S469. doi: 10.1016/j.eneco.2012.03.013, ISBN: 0140-9883.

Sathaye J., Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, S. Kadner, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *Renewable Energy Sources and Climate Change Mitigation—Special Report of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]*. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USAISBN: 9781107607101.

Sathaye J., W. Makundi, L. Dale, P. Chan, and K. Andrasko (2005). *Generalized Comprehensive Mitigation Assessment Process (GCOMAP): A Dynamic Partial Equilibrium Model for*. U.S. Environmental Protection Agency, Washington, D.C., 93 pp. Available at: http://eetd.lbl.gov/sites/all/files/lbnl-58291.pdf.

Schäfer W. (2009). Some Talk, No Action (Yet): Interdependence, Domestic Interests and Hierarchical EU Governance in Climate Policy. *Swiss Political Science Review* 15, 683–713.

Schopp A., and K. Neuhoff (2013). *The Role of Hedging in Carbon Markets*. Social Science Research Network, Rochester, NY. Available at: http://papers.ssrn. com/abstract=2239646.

Schreurs M.A. (2011). Transboundary cooperation to address acid rain: Europe, North America, and East Asia compared. In: *Beyond Resource Wars Scarcity, Environmental Degradation, and International Cooperation*. S. Dinar, (ed.), MIT Press, Cambridge, pp. 89–116.

Selin H., and S.D. Vandeveer (2005). Canadian-U.S. Environmental Cooperation: Climate Change Networks and Regional Action. *American Review of Canadian Studies* 35, 353–378. doi: 10.1080/02722010509481376, ISBN: 0272-2011.

Shukla P.R., and S. Dhar (2011). Climate agreements and India: aligning options and opportunities on a new track. *International Environmental Agreements: Politics, Law and Economics* 11, 229–243. doi: 10.1007/s10784-011-9158-6, ISBN: 1567-9764, 1573–1553.

Sinden G.E., G.P. Peters, J. Minx, and C.L. Weber (2011). International flows of embodied $CO_2$ with an application to aluminium and the EU ETS. *Climate Policy* 11, 1226–1245. doi: 10.1080/14693062.2011.602549, ISBN: 1469-3062.

Skelton A., D. Guan, G.P. Peters, and D. Crawford-Brown (2011). Mapping Flows of Embodied Emissions in the Global Production System. *Environmental Science & Technology* 45, 10516–10523. doi: 10.1021/es202313e, ISBN: 0013-936X.

Skjærseth J.B. (2010). EU emissions trading: Legitimacy and stringency. *Environmental Policy and Governance* 20, 295–308.

Skjærseth J.B., and J. Wettestad (2008). Implementing EU emissions trading: success or failure? *International Environmental Agreements: Politics, Law and Economics* 8, 275–290. doi: 10.1007/s10784-008-9068-4, ISBN: 1567-9764, 1573–1553.

Skjærseth J.B., and J. Wettestad (2009). The origin, evolution and consequences of the EU emissions trading system. *Global Environmental Politics* 9, 101–122.

Skjærseth J.B., and J. Wettestad (2010). Fixing the EU Emissions Trading System? Understanding the Post-2012 Changes. *Global Environmental Politics* 10, 101–123.

Smil V. (2000). Energy in the Twentieth Century: Resources, Conversions, Costs, Uses, and Consequences. *Annual Review of Energy and the Environment* 25, 21–51. doi: 10.1146/annurev.energy.25.1.21.

Smith P., M. Bustamante, H. Ahammad, H. Clark, H.M. Dong, E.A. Elsiddig, H. Haberl, R.J. Harper, M. Jafari, O. Masera, C. Mbow, N.H. Ravindranath, C.W. Rice, C. Robledo, C. Abad, A. Romanovskaya, F. Sperling, R. Zougmore, G. Berndes, M. Herrero, A. Popp, A. de Siqueira Pinto, S. Sohi, and F.N. Tubiello (2013). How much land based greenhouse gas mitigation can be achieved without compromising food security and environmental goals? *Global Change Biology* to be submitted September 2012.

Smith P., D. Martino, Z. Cai, D. Gwary, H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, B. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, U. Schneider, S. Towprayoon, M. Wattenbach, and J. Smith (2008). Greenhouse gas mitigation in agriculture. *Philosophical Transactions of the Royal Society B: Biological Sciences* 363, 789–813. doi: 10.1098/rstb.2007.2184, ISBN: 0962-8436.

Somorin O.A., H. Brown, I.J. Visseren-Hamakers, D.J. Sonwa, B. Arts, and J. Nkem (2011). The Congo Basin forests in a changing climate: Policy discourses on adaptation and mitigation (REDD+). *Global Environmental Change*.

Sorrell S., D. Harrison, D. Radov, P. Klevnas, and A. Foss (2009). White certificate schemes: Economic analysis and interactions with the EU ETS. *Energy Policy* 37, 29–42. doi: 10.1016/j.enpol.2008.08.009, ISBN: 0301-4215.

Souza T.L. de, and L. Hasenclever (2011). The Brazilian system of innovation for bioethanol: a case study on the strategic role of the standardisation process. *International Journal of Technology and Globalisation* 5, 341—356. doi: 10.1504/IJTG.2011.039771.

Sovacool B.K. (2009). Energy policy and cooperation in Southeast Asia: The history, challenges, and implications of the trans-ASEAN gas pipeline (TAGP) network. *Energy Policy* 37, 2356–2367. doi: 10.1016/j.enpol.2009.02.014, ISBN: 0301-4215.

Sovacool B.K. (2012a). Design principles for renewable energy programs in developing countries. *Energy & Environmental Science* 5, 9157. doi: 10.1039/c2ee22468b, ISBN: 1754-5692, 1754–5706.

Sovacool B.K. (2012b). Deploying Off-Grid Technology to Eradicate Energy Poverty. *Science* 338, 47–48. doi: 10.1126/science.1222307, ISBN: 0036-8075, 1095–9203.

Sovacool B.K. (2013). A qualitative factor analysis of renewable energy and Sustainable Energy for All (SE4ALL) in the Asia-Pacific. *Energy Policy* 59, 393–403. doi: 10.1016/j.enpol.2013.03.051, ISBN: 0301-4215.

Sovacool B.K., C. Cooper, M. Bazilian, K. Johnson, D. Zoppo, S. Clarke, J. Eidsness, M. Crafton, T. Velumail, and H.A. Raza (2012). What moves and works: Broadening the consideration of energy poverty. *Energy Policy* 42, 715–719. doi: 10.1016/j.enpol.2011.12.007, ISBN: 0301-4215.

Steckel J.C., M. Jakob, R. Marschinski, and G. Luderer (2011). From carbonization to decarbonization?—Past trends and future scenarios for China's $CO_2$ emissions. *Energy Policy* 39, 3443–3455. doi: 10.1016/j.enpol.2011.03.042, ISBN: 0301-4215.

Steemers K. (2003). Energy and the city: density, buildings and transport. *Energy and Buildings* 35, 3–14. doi: 10.1016/S0378-7788(02)00075-0, ISBN: 0378-7788.

Steinberger J.K., J.T. Roberts, G.P. Peters, and G. Baiocchi (2012). Pathways of human development and carbon emissions embodied in trade. *Nature Climate Change* 2, 81–85. doi: 10.1038/nclimate1371, ISBN: 1758-678X.

Stern N. (2006). What is the Economics of Climate Change? *World Economics* 7. Available at: http://www.minnlake.eans.net/Presse/PMitt/2006/061030c76.pdf.

Stern D.I. (2007). The Effect of NAFTA on Energy and Environmental Efficiency in Mexico. *Policy Studies Journal* 35, 291–322. doi: 10.1111/j.1541-0072.2007.00221.x, ISBN: 1541-0072.

Strietska-Ilina O. (2011). Skills for green jobs: a global view: synthesis report based on 21 country studies. International Labor Office, Geneva.

Sustainable Energy for All (2013). Chapter 2: Universal Access to Modern Energy Services. In: *Global Tracking Framework*. United Nations, New York, NY Available at: http://www.sustainableenergyforall.org/images/Global_Tracking/7-gtf_ch2.pdf.

Swart R., and F. Raes (2007). Making integration of adaptation and mitigation work: mainstreaming into sustainable development policies. *Climate Policy* 7, 288–303.

Taplin R., and J. McGee (2010). The Asia-Pacific Partnership: implementation challenges and interplay with Kyoto. *Wiley Interdisciplinary Reviews: Climate Change* 1, 16–22. doi: 10.1002/wcc.10, ISSN: 17577780.

Tavoni M., E. Kriegler, T. Aboumaboub, K.V. Calvin, G. De Maeure, J. Jewell, T. Kober, P. Lucas, G. Luderer, D. McCollum, G. Marangoni, K. Riahi, and D. Van Vuuren (2014). The Distribution of the Major Economies' Effort in the Durban Platform Scenarios. *Climate Change Economics*.

Tešić M., F. Kiss, and Z. Zavargo (2011). Renewable energy policy in the Republic of Serbia. *Renewable and Sustainable Energy Reviews* 15, 752–758. doi: 10.1016/j.rser.2010.08.016, ISBN: 1364-0321.

Tuerk A., M. Mehling, C. Flachsland, and W. Sterk (2009). Linking carbon markets: concepts, case studies and pathways. *Climate Policy* 9, 341–357. doi: 10.3763/cpol.2009.0621, ISBN: 1469-3062.

Tukker A., and E. Dietzenbacher (2013). Global Multiregional Input–Output Frameworks: An Introduction and Outlook. *Economic Systems Research* 25, 1–19. doi: 10.1080/09535314.2012.761179, ISBN: 0953-5314.

Uddin S.N., R. Taplin, and X. Yu (2006). Advancement of renewables in Bangladesh and Thailand: Policy intervention and institutional settings. *Natural Resources Forum* 30, 177–187. doi: 10.1111/j.1477-8947.2006.00113.x, ISBN: 1477-8947.

UNDESA (United Nations, Department of Economic and Social Affairs) (2006). *World Urbanization Prospects. The 2005 Revision*. New York, USA, 210 pp. Available at: http://www.un.org/esa/population/publications/WUP2005/2005WUPHighlights_Final_Report.pdf.

UNDESA (United Nations, Department of Economic and Social Affairs) (2010). *World Urbanization Prospects. The 2009 Revision*. New York, USA, 56 pp. Available at http://esa.un.org/unpd/wup/doc_highlights.htm.

UNDESA (United Nations, Department of Economic and Social Affairs) (2011). *World Urbanization Prospects. The 2011 Revision*. The Population Division of the Department of Economic and Social Affairs of the United Nations, New York, USA, 318 pp. Available at: http://esa.un.org/unpd/wup/Documentation/final-report.htm.

UNDP W. (2009). *The Energy Access Situation in Developing Countries*. New York.

UNDP (2010). *Human Development Report 2010*. Available at: http://hdr.undp.org/en/reports/global/hdr2010/chapters/de/.

UNDP IBSA Fund (2014). India, Brazil and South Africa (IBSA) Fund. Available at: http://tcdc2.undp.org/IBSA/.

UNEP (2001). *International Environmental Governance: Multilateral Environment Agreements*. United Nations, New York. Available at: http://www.unep.org/ieg/Meetings_docs/index.asp.

**UNEP Risoe Centre (2013).** UNEP Risoe CDM/JI Pipeline Analysis and Database. Available at: http://cdmpipeline.org/.

**UNESCAP (2008).** *Energy Security and Sustainable Development in Asia and the Pacific.* Bangkok. Available at: http://www.unescap.org/esd/publications/energy/theme_study/energy-security-ap.pdf.

**UNESCO Bejing (2012).** UNESCO Chair in South-South Cooperation on Science and Technology to Address Climate Change. Available at: http://www.unescobej.org/natural-sciences/resources/news-and-upcoming-events/2012/unesco-chair-in-south-south-cooperation-on-science-and-technology-to-address-climate-change/.

**UNFCCC (2011).** *Decision 1/CP.16. Report of the Conference of the Parties on Its Sixteenth Session.* Cancun. 29 November to 10 December 2010. Part Two.

**UNIDO (2010).** *Independent Thematic Review: UNIDO Projects for the Promotion of Small Hydro Power for Productive Use.* UNITED NATIONS INDUSTRIAL DEVELOPMENT ORGANIZATION, Vienna, Austria. Available at: http://www.unido.org/fileadmin/user_media/About_UNIDO/Evaluation/Project_reports/e-book_small-hydro.PDF.

**United Nations (2010).** Report of the Secretary-General's High-level Advisory Group on Climate Change Financing. United Nations. Available at: http://www.un.org/wcm/webdav/site/climatechange/shared/Documents/AGF_reports/AGF%20Report.pdf.

**United Nations (2013).** *World Population Prospect: The 2012 Revision.*

**United Nations Development Programme: China (2005).** South-South Cooperation. Available at: http://www.undp.org.cn/modules.php?op=modload&name=News&file=article&catid=17&sid=14.

**Unruh G.C., and J. Carrillo-Hermosilla (2006).** Globalizing carbon lock-in. *Energy Policy* 34, 1185–1197. doi: 10.1016/j.enpol.2004.10.013, ISBN: 0301-4215.

**US Department of State (2011).** Asia-Pacific Partnership on Clean Development and Climate. Available at: http://www.asiapacificpartnership.org/english/default.aspx.

**USAID (2007).** *From Ideas to Action. Clean Energy Solutions for Asia to Address Climate Change.* USAID-Asia, 146 pp. Available at: http://usaid.eco-asia.org/programs/cdcp/reports/Ideas-to-Action/From%20Ideas%20to%20Action_Complete%20Report.pdf.

**Verdolini E., and M. Galeotti (2011).** At home and abroad: An empirical analysis of innovation and diffusion in energy technologies. *Journal of Environmental Economics and Management* 61, 119–134. doi: 10.1016/j.jeem.2010.08.004, ISBN: 0095-0696.

**Vetóné Mózner Z. (2013).** A consumption-based approach to carbon emission accounting—sectoral differences and environmental benefits. *Journal of Cleaner Production* 42, 83–95. doi: 10.1016/j.jclepro.2012.10.014, ISBN: 0959-6526.

**Victor D.G. (2006).** Toward Effective International Cooperation on Climate Change: Numbers, Interests and Institutions. *Global Environmental Politics* 6, 90–103. doi: Article, ISSN: 15263800.

**Vignola R., B. Locatelli, C. Martinez, and P. Imbach (2009).** Ecosystem-based adaptation to climate change: what role for policy-makers, society and scientists? *Mitigation and Adaptation Strategies for Global Change* 14, 691–696.

**Walz R. (2010).** Competences for green development and leapfrogging in newly industrializing countries. *International Economics and Economic Policy* 7, 245–265. doi: 10.1007/s10368-010-0164-x, ISBN: 1612-4804.

**Wamukonya N. (2007).** Solar home system electrification as a viable technology option for Africa's development. *Energy Policy* 35, 6–14. doi: 10.1016/j.enpol.2005.08.019, ISBN: 0301-4215.

**Wang T., and J. Watson (2008).** China's Energy Transition: Pathways for Low Carbon Development. Sussex Energy Group SPRU, University of Sussex, UK and Tyndall Centre for Climate Change Research, UK. Available at: http://www.

**Watson J., and R. Sauter (2011).** Sustainable innovation through leapfrogging: a review of the evidence. *International Journal of Technology and Globalisation* 5, 170—189. doi: 10.1504/IJTG.2011.039763.

**Weber C.L., and H.S. Matthews (2007).** Embodied environmental emissions in U.S. international trade, 1997–2004. *Environmental Science & Technology* 41, 4875–4881. ISBN: 0013-936X.

**Weber C.L., G.P. Peters, D. Guan, and K. Hubacek (2008).** The contribution of Chinese exports to climate change. *Energy Policy* 36, 3572–3577. doi: 16/j.enpol.2008.06.009, ISBN: 0301-4215.

**Wettestad J. (2009).** Interaction between EU carbon trading and the international climate regime: synergies and learning. *International Environmental Agreements: Politics, Law and Economics* 9, 393–408. doi: 10.1007/s10784-009-9107-9, ISBN: 1567-9764, 1573–1553.

**Wiebe K.S., M. Bruckner, S. Giljum, and C. Lutz (2012).** Calculating Energy-Related $CO_2$ Emissions Embodied in International Trade Using a Global Input–Output Model. *Economic Systems Research* 24, 113–139. doi: 10.1080/09535314.2011.643293, ISBN: 0953-5314.

**Wiedmann T. (2009).** A review of recent multi-region input–output models used for consumption-based emission and resource accounting. *Ecological Economics* 69, 211–222. doi: 10.1016/j.ecolecon.2009.08.026, ISBN: 0921-8009.

**Wiedmann T., M. Lenzen, K. Turner, and J. Barrett (2007).** Examining the global environmental impact of regional consumption activities — Part 2: Review of input–output models for the assessment of environmental impacts embodied in trade. *Ecological Economics* 61, 15–26. doi: 10.1016/j.ecolecon.2006.12.003, ISSN: 09218009.

**Wiel S., and J.E. McMahon (2005).** *Energy Efficiency Labels and Standards: A Guidebook for Appliances, Equipment, and Lighting.* Collaborative Labeling and Appliance Standards Program (CLASP), Washington, D.C., USA, 321 pp. Available at: http://www.clasponline.org/Resources/Resources/StandardsLabelingResourceLibrary/2005/~/media/Files/SLDocuments/2005_SLGuidebook/English/SLGuidebook_eng_1_FullGuidebook.pdf.

**Winchester N., S. Paltsev, and J.M. Reilly (2011).** Will Border Carbon Adjustments Work? *The B.E. Journal of Economic Analysis & Policy* 11. doi: 10.2202/1935-1682.2696, ISBN: 1935-1682.

**World Bank (2011).** *World Development Indicators 2011.* World Bank Publications, Washington DC, USA, 488 pp. ISBN: 978–0-8213–8709–2.

**World Bank (2012).** *World Development Indicators 2012.* World Bank Publications, Washington DC, USA, 463 pp. ISBN: 978–0-8213–8985–0.

**World Bank (2013a).** International Comparison Program Database 2013. Available at: http://data.worldbank.org/data-catalog/international-comparison-program.

**World Bank (2013b).** *World Development Indicators 2013.* World Bank Publications, Washington DC, USA, 152 pp. ISBN: 978–0-8213–9824–1.

**WTO (2013).** WTO | Regional Trade Agreements gateway. Available at: http://www.wto.org/english/tratop_e/region_e/region_e.htm.

**14**

Wyatt A.B., and I.G. Baird (2007). Transboundary Impact Assessment in the Sesan River Basin: The Case of the Yali Falls Dam. *International Journal of Water Resources Development* **23**, 427–442. doi: 10.1080/07900620701400443, ISBN: 0790-0627.

Yoon S.-C. (2009). Systemic problems in technology transfer in emerging markets. *International Journal of Technology and Globalisation* **4**, 341—349. doi: 10.1504/IJTG.2009.032735.

York R. (2007). Demographic trends and energy consumption in European Union Nations, 1960–2025. *Social Science Research* **36**, 855–872. doi: 10.1016/j.ssresearch.2006.06.007, ISBN: 0049-089X.

York R., E.A. Rosa, and T. Dietz (2003). STIRPAT, IPAT and ImPACT: analytic tools for unpacking the driving forces of environmental impacts. *Ecological Economics* **46**, 351–365. doi: 10.1016/S0921-8009(03)00188-5, ISBN: 0921-8009.

Zarsky L. (2010). Climate-Resilient Industrial Development Paths: Design Principles and Alternative Models. In: *Towards New Developmentalism: Market as Means rather than Master*. S.R. Khan, J. Christiansen, (eds.), Taylor & Francis, pp. 227–251. ISBN: 9780203844311.

Zawilska E., and M.J. Brooks (2011). An assessment of the solar resource for Durban, South Africa. *Renewable Energy* **36**, 3433–3438. doi: 10.1016/j.renene.2011.05.023, ISBN: 0960-1481.

Zelli F. (2011). The fragmentation of the global climate governance architecture. *Wiley Interdisciplinary Reviews: Climate Change* **2**, 255–270. doi: 10.1002/wcc.104, ISBN: 1757-7799.

Zerriffi H. (2011). Innovative business models for the scale-up of energy access efforts for the poorest. *Current Opinion in Environmental Sustainability* **3**, 272–278. doi: 10.1016/j.cosust.2011.05.002, ISBN: 1877-3435.

Zhao X., C. Ma, and D. Hong (2010). Why did China's energy intensity increase during 1998–2006: Decomposition and policy analysis. *Energy Policy* **38**, 1379–1388. doi: 10.1016/j.enpol.2009.11.019, ISBN: 0301-4215.

Zigova K., R. Fuchs, L. Jiang, B.C. O'Neill, and S. Pachauri (2009). *Household Survey Data Used in Calibrating the Population-Environment-Technology Model*. International Institute for Applied Systems Analysis, Laxenburg, Austria, 31 pp. Available at: http://www.iiasa.ac.at/Admin/PUB/Documents/IR-09–046.pdf.

# 15

# National and Sub-national Policies and Institutions

**Coordinating Lead Authors:**

Eswaran Somanathan (India), Thomas Sterner (Sweden), Taishi Sugiyama (Japan)

**Lead Authors:**

Donald Chimanikire (Zimbabwe), Navroz K. Dubash (India), Joseph Kow Essandoh-Yeddu (Ghana), Solomone Fifita (Tonga/Fiji), Lawrence Goulder (USA), Adam Jaffe (USA/New Zealand), Xavier Labandeira (Spain), Shunsuke Managi (Japan), Catherine Mitchell (UK), Juan Pablo Montero (Chile), Fei Teng (China), Tomasz Zylicz (Poland)

**Contributing Authors:**

Arild Angelsen (Norway), Kazumasu Aoki (Japan), Kenji Asano (Japan), Michele Betsill (USA), Rishikesh Ram Bhandary (Nepal/USA), Nils-Axel Braathen (France/Norway), Harriet Bulkeley (UK), Dallas Burtraw (USA), Ann Carlson (USA), Luis Gomez-Echeverri (Austria/Colombia), Erik Haites (Canada), Frank Jotzo (Germany/Australia), Milind Kandlikar (India/Canada), Osamu Kimura (Japan), Gunnar Kohlin (Sweden), Hidenori Komatsu (Japan), Andrew Marquard (South Africa), Michael Mehling (Germany/USA), Duane Muller (USA), Luis Mundaca (Chile/Sweden), Michael Pahle (Germany), Matthew Paterson (Canada), Charles Roger (UK/Canada), Kristin Seyboth (USA), Elisheba Spiller (USA), Christoph von Stechow (Germany), Paul Watkiss (UK), Harald Winkler (South Africa), Bridget Woodman (UK)

**Review Editors:**

Martin Jänicke (Germany), Ronaldo Seroa da Motta (Brazil), Nadir Mohamed Awad Suliman (Sudan)

**Chapter Science Assistant:**

Rishikesh Ram Bhandary (Nepal/USA)

15

**This chapter should be cited as:**

Somanathan E., T. Sterner, T. Sugiyama, D. Chimanikire, N.K. Dubash, J. Essandoh-Yeddu, S. Fifita, L. Goulder, A. Jaffe, X. Labandeira, S. Managi, C. Mitchell, J.P. Montero, F. Teng, and T. Zylicz, 2014: National and Sub-national Policies and Institutions. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

Executive Summary .......................................................................................................... 1147

15.1      Introduction .......................................................................................................... 1149

15.2      Institutions and governance ................................................................................ 1149

          15.2.1    Why institutions and governance matter ................................................................. 1149

          15.2.2    Increase in government institutionalization of climate mitigation actions ............................... 1150

          15.2.3    Climate change mitigation through sectoral action ....................................................... 1151

          15.2.4    Co-Benefits as a driver of mitigation action ............................................................. 1152

          15.2.5    Sub-national climate action and interaction across levels of governance ............................... 1152

          15.2.6    Drivers of national and sub-national climate action ...................................................... 1154

          15.2.7    Summary of institutions and governance ................................................................. 1154

15.3      Characteristics and classification of policy instruments and packages ......................... 1155

          15.3.1    Economic instruments ................................................................................... 1155

          15.3.2    Regulatory approaches ................................................................................... 1155

          15.3.3    Information policies ...................................................................................... 1156

          15.3.4    Government provision of public goods and services and procurement .................................. 1156

          15.3.5    Voluntary actions ....................................................................................... 1156

15.4      Approaches and tools used to evaluate policies and institutions ................................. 1156

          15.4.1    Evaluation criteria ...................................................................................... 1156

          15.4.2    Approaches to evaluation ................................................................................ 1156

15.5      Assessment of the performance of policies and measures, including their policy design, in developed and developing countries taking into account development level and capacity . 1157

          15.5.1    Overview of policy implementation ....................................................................... 1157

**15.5.2    Taxes, charges, and subsidy removal** .......................................................... **1159**
    15.5.2.1    Overview .......................................................................................1159
    15.5.2.2    Environmental effectiveness and efficiency .....................................1160
    15.5.2.3    Distributional incidence and feasibility ...........................................1161
    15.5.2.4    Design issues: exemptions, revenue recycling, border adjustments ......1162

**15.5.3    Emissions trading** ..................................................................................... **1163**
    15.5.3.1    Overview of emissions trading schemes ..........................................1163
    15.5.3.2    Has emissions trading worked? .....................................................1163
    15.5.3.3    Sector coverage and scope of the cap ...........................................1165
    15.5.3.4    Setting the level of the cap ..........................................................1165
    15.5.3.5    Allocations ................................................................................1166
    15.5.3.6    Linking of schemes .....................................................................1166
    15.5.3.7    Other design issues: banking, offsets, leakage, price volatility and market power ......1166
    15.5.3.8    Choice between taxes and emissions trading ...................................1167

**15.5.4    Regulatory approaches** ............................................................................. **1168**
    15.5.4.1    Overview of the implementation of regulatory approaches ................1168
    15.5.4.2    Environmental effectiveness of energy efficiency regulations ..............1168
    15.5.4.3    Cost effectiveness of energy efficiency regulations ..........................1169

**15.5.5    Information measures** ............................................................................... **1170**

**15.5.6    Government provision of public goods or services, and procurement** ................... **1170**

**15.5.7    Voluntary actions** .................................................................................... **1171**
    15.5.7.1    Government-sponsored voluntary programmes for firms ...................1171
    15.5.7.2    Voluntary agreements as a major complement to mandatory regulations ......1172
    15.5.7.3    Voluntary agreements as a policy instrument in governmental mitigation plan ......1172
    15.5.7.4    Synthesis .................................................................................1173

**15.5.8    Summary** .............................................................................................. **1174**

**15.6    Technology policy and R&D policy** ........................................................... **1174**

**15.6.1    Overview of the role of technology policy and R&D policy** ................................. **1174**

**15.6.2    Experience with technology policy** ............................................................... **1175**
    15.6.2.1    Intellectual property ...................................................................1175
    15.6.2.2    Public funding of research and development ...................................1175
    15.6.2.3    Policies to foster or accelerate deployment and diffusion of new technologies ......1176

**15.6.3    The impact of environmental policy instruments on technological change** ............. **1177**

**15.6.4    The social context of technological transitions and its interaction with policy** ......... **1178**

**15.6.5    Building programme evaluation into government technology programmes** ............. **1178**

**15.6.6    Summary of technology policy and R&D policy** ............................................... **1178**

**15.7**    **Synergies and tradeoffs among policies**.................................................................**1179**

   15.7.1    Relationship between policies with different objectives.................................................1179

   15.7.2    Interactions between climate policies conducted at different jurisdictional levels.....................1180
             15.7.2.1    Beneficial interactions ........................................................1180
             15.7.2.2    Problematic interactions ......................................................1180

   15.7.3    Interactions between policies conducted at the same jurisdictional level ..............................1181
             15.7.3.1    Beneficial interactions ........................................................1181
             15.7.3.2    Problematic interactions ......................................................1181

**15.8**    **National, state and local linkages** ..........................................................**1182**

   15.8.1    Overview of linkages across jurisdictions ...............................................................1182

   15.8.2    Collective action problem of sub-national actions ......................................................1182

   15.8.3    Benefits of sub-national actions ........................................................................1183

   15.8.4    Summary ..................................................................................................1183

**15.9**    **The role of stakeholders including NGOs**.................................................**1183**

   15.9.1    Advocacy and accountability.............................................................................1184

   15.9.2    Policy design and implementation .......................................................................1184

   15.9.3    Summary of the role of stakeholders ...................................................................1184

**15.10**   **Capacity building** ......................................................................................**1184**

   15.10.1   Capacity to analyze the implications of climate change ...............................................1185

   15.10.2   Capacity to design, implement and evaluate policies..................................................1185

   15.10.3   Capacity to take advantage of external funding and flexible mechanisms.............................1185

   15.10.4   Capacity building modalities.............................................................................1185

**15.11**   **Links to adaptation** ...................................................................................**1186**

**15**

**15.12**   **Investment and finance**.................................................................................1187

    **15.12.1**   **National and sub-national institutions and policies**......................................................**1187**

    **15.12.2**   **Policy change direction for finance and investments in developing countries**..........................**1188**

**15.13**   **Gaps in knowledge and data**........................................................................1189

**15.14**   **Frequently Asked Questions**........................................................................1189

**References**..................................................................................................1191

# Executive Summary

Since the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4), there has been a marked increase in national policies and legislation on climate change, however, these policies, taken together, have not yet achieved a substantial deviation in emissions from the past trend. Many baseline scenarios (those without additional policies to reduce emissions) show GHG concentrations that exceed 1000 ppm $CO_2$eq by 2100, which is far from a concentration with a high probability of maintaining temperature increases below 2 °C this century. Mitigation scenarios suggest that a wide range of environmentally effective policies could be enacted that would be consistent with such goals. This chapter assesses national and sub-national policies and institutions to mitigate climate change in this context. It assesses the strengths and weaknesses of various mitigation policy instruments and policy packages and how they may interact either positively or negatively. Sector-specific policies are assessed in greater detail in the individual sector chapters (7–12). Major findings are summarized as follows. [Section 15.1]

**The design of institutions affects the choice and feasibility of policy options as well as the sustainable financing of climate change mitigation measures** (*limited evidence, medium agreement*). By shaping appropriate incentives, creating space for new stakeholders in decision making, and by transforming the understanding of policy choices, institutions designed to encourage participation by representatives of new industries and technologies can facilitate transitions to low-emission pathways, while institutions inherited unchanged from the past can perpetuate lock-in to high-carbon development paths. [15.2, 15.6]

**There has been a considerable increase in national and sub-national mitigation plans and strategies since AR4** (*medium evidence, high agreement*). These plans and strategies are in their early stages of development and implementation in many countries, making it difficult to assess whether and how they will result in appropriate institutional and policy change, and thus, their impact on future emissions. However, to date these policies, taken together, have not yet achieved a substantial deviation in emissions from the past trend. Theories of institutional change suggest they might play a role in shaping incentives, political contexts, and policy paradigms in a way that encourages emissions reductions in the future. [15.1, 15.2]

**Sector-specific policies have been more widely used than economy-wide, market-based policies** (*medium evidence, high agreement*). Although economic theory suggests that economy-wide market-based policies for the singular objective of mitigation would generally be more cost-effective than sector-specific policies, political economy considerations often make economy-wide policies harder to design and implement than sector-specific policies. Sector-specific policies may also be needed to overcome sectoral market failures that price policies do not address. For example, building codes can require

publicly funded energy efficient investments where private investments would otherwise not exist. Sector approaches also allow for packages of complementary policies, as, for example, in transport, where pricing policies that raise the cost of carbon-intensive forms of private transport are more effective when backed by public investment in viable alternatives. [15.1, 15.2, 15.5, 15.8, 15.9]

**Direct regulatory approaches and information measures are widely used, and are often environmentally effective, though debate remains on the extent of their environmental impacts and cost effectiveness** (*medium evidence, medium agreement*). Examples of regulatory approaches include energy efficiency standards; examples of information programmes include labelling programmes that can help consumers make better-informed decisions. While such approaches often work at a net social benefit, the scientific literature is divided on whether such policies are implemented with negative private costs to firms and individuals. Since AR4 there has been continued investigation into 'rebound' effects that arise when higher efficiency leads to lower energy prices and greater consumption. There is general agreement that such rebound effects exist, but there is low agreement in the literature on the magnitude. [3.9.5, 8.3, 9.7.2.4, 15.5.4, 15.5.5]

**Fuel taxes are an example of a sector-specific policy and are often originally put in place for objectives such as revenue—they are not necessarily designed for the purpose of climate change mitigation** (*high confidence*). In Europe, where fuel taxes are highest, they have contributed to reductions in carbon emissions from the transport sector of roughly 50 % for this group of countries. The short-run response to higher fuel prices is often small, but long-run price elasticities are quite high, or roughly −0.6 to −0.8. This means that in the long run, 10 % higher fuel prices correlate with 7 % reduction in fuel use and emissions. In the transport sector, taxes have the advantage of being progressive or neutral in most countries and strongly progressive in low-income countries. [15.5.2]

**Reduction of subsidies to fossil energy can result in significant emission reductions at negative social cost** (*high confidence*). [15.5.2] Although political economy barriers are substantial, many countries have reformed their tax and budget systems to reduce fuel subsidies that actually accrue to the relatively wealthy, and utilized lump-sum cash transfers or other mechanisms that are more targeted to the poor. [15.5.3]

**Cap and trade systems for greenhouse gases are being established in a growing number of countries and regions** (*limited evidence, medium agreement*). Their environmental effect has so far been limited because caps have either been loose or have not yet been binding. There appears to have been a tradeoff between the political feasibility and environmental effectiveness of these programmes, as well as between political feasibility and distributional equity in the allocation of permits. Greater environmental effectiveness through a tighter cap may be combined with a price ceiling that makes for political feasibility. [15.5.3]

**15**

Carbon taxes have been implemented in some countries and—alongside technology and other policies—have contributed to decoupling of emissions from gross domestic product (GDP) (*high confidence*). Differentiation by sector, which is quite common, reduces cost-effectiveness that arises from the changes in production methods, consumption patterns, lifestyle shifts, and technology development, but it may increase political feasibility, be preferred for reasons of competitiveness or distributional equity. In some countries, high carbon and fuel taxes have been made politically feasible by refunding revenues or by lowering other taxes in an environmental fiscal reform. [15.2, 15.5.2, 15.5.3]

Adding a mitigation policy to another may not necessarily enhance mitigation (*high confidence*). For instance, if a cap and trade system has a sufficiently stringent cap, then other policies such as renewable subsidies have no further impact on total emissions (although they may affect costs and possibly the viability of more stringent future targets). If the cap is loose relative to other policies, it becomes ineffective. This is an example of a negative interaction between policy instruments. Since other policies cannot be 'added on' to a cap-and-trade system, if it is to meet any particular target, a sufficiently low cap is necessary. A carbon tax, on the other hand, can have an additive environmental effect to policies such as subsidies to renewables. [15.7]

There is a distinct role for technology policy as a complement to other mitigation policies (*high confidence*). Properly implemented technology policies reduce the cost of achieving a given environmental target. Technology policy will be most effective when technology-push policies (e.g., publicly funded research and development (R&D)) and demand-pull policies (e.g., governmental procurement programmes or performance regulations) are used in a complementary fashion (*robust evidence, high agreement*). [15.6] While technology-push and demand-pull policies are necessary, they are unlikely to be sufficient without complementary framework conditions. Managing social challenges of technology policy change may require innovations in policy and institutional design, including building integrated policies that make complementary use of market incentives, authority and norms (*medium evidence, medium agreement*). [15.6.5].

Since AR4, a large number of countries and sub-national jurisdictions have introduced support policies for renewable energy such as feed-in tariffs (FIT) and renewable portfolio standards (RPS). These have promoted substantial diffusion and innovation of new energy technologies such as wind turbines and photovoltaic (PV) panels, but have raised questions about their economic efficiency, and introduced challenges for grid and market integration (7.12, 15.6).

Worldwide investment in research in support of climate change mitigation is small relative to overall public research spending (*medium evidence, medium agreement*). The effectiveness of research support will be greatest if it is increased slowly and steadily rather than dramatically or erratically. It is important that data collection for

programme evaluation be built into technology policy programmes, because there is very little empirical evidence on the relative effectiveness of different mechanisms for supporting the creation and diffusion of new technologies. [15.6.2, 15.6.5]

Public finance mechanisms reduce risks that deter climate investments (*high confidence*). The future value of carbon permits created by an economic instrument such as cap and trade may, for example, not be accepted as sufficiently secure by banks. Government public finance mechanisms to reduce risks include debt and equity mechanisms, carbon finance, and innovative grants. [15.12]

Government planning and provision can facilitate shifts to less energy and GHG-intensive infrastructure and lifestyles (*high confidence*). This applies particularly when there are indivisibilities in the provision of infrastructure as in the energy sector (e.g., for electricity transmission and distribution or district heating networks); in the transport sector (e.g., for non-motorized or public transport), and in urban planning. The provision of adequate infrastructure is important for behavioural change (*medium evidence, high agreement*) [15.5.6].

Successful voluntary agreements on mitigation between governments and industries are characterized by a strong institutional framework with capable industrial associations (*medium evidence, medium agreement*). The strengths of voluntary agreements are speed and flexibility in phasing measures, and facilitation of barrier removal activities for energy efficiency and low emission technologies. Regulatory threats, even though the threats are not always explicit, are also an important factor for firms to be motivated. There are few environmental impacts without a proper institutional framework (*medium evidence, medium agreement*). [15.5.5]

Synergies and tradeoffs between mitigation and adaptation policies may exist in the land-use sector (*medium evidence, medium agreement*). For other sectors such as industry and power, the connections are not obvious. [15.11]

The ability to undertake policy action requires information, knowledge, tools, and skills, and therefore capacity building is central both for mitigation and to the sustainable development agenda (*medium evidence, high agreement*). The needs for capacity building include capacity to analyze the implications of climate change; capacity to formulate, implement, and evaluate policies; capacity to take advantage of external funding and flexible mechanisms; and capacity to make informed choices of the various capacity building modalities. [15.10]

Mainstreaming climate change into development planning has helped yield financing for various climate policy initiatives (*medium evidence, medium agreement*). Among developing and some least developed countries, an emerging trend is the establishment of national funding entities dedicated to climate change. While diverse in design and objectives, they tap and blend international and national

sources of finance, thereby helping to improve policy coherence and address aid fragmentation. Financing adaptation and mitigation in developing countries is crucial from the viewpoint of welfare and equity (*medium evidence, high agreement*). [15.12]

**Gaps in knowledge:** The fact that various jurisdictions produce various policy instruments influenced by co-benefits and political economy and that they interact in complex manners makes it difficult to evaluate the economic and environmental effectiveness of individual policy instrument as well as policy package of a nation. Most importantly, it is not known with certainty how much an emission reduction target may cost to the economy in the real world in comparison to the 'first best' optimal solution estimated by economic models in other chapters in this report. Costs may be under-stated or over-stated.

# 15.1   Introduction

This chapter assesses national and sub-national mitigation policies and their institutional settings. There has been a marked increase in national policies and legislation on climate change since the AR4 with a diversity of approaches and a multiplicity of objectives (see Section 15.2). However, Figure 1.9 of Chapter 1 suggests that these policies, taken together, have not yet achieved a substantial deviation in emissions from the past trend. Limiting concentrations to levels that would be consistent with a likely probability of maintaining temperature increases below 2 °C this century (scenarios generally in the range of 430–480 ppmv $CO_2$eq) would require that emissions break from these trends and be decreased substantially. In contrast, concentrations exceed 1000 ppmv $CO_2$eq by 2100 in many baseline scenarios (that is, scenarios without additional efforts to reduce emissions).

The literature on mitigation scenarios provides a wide range of $CO_2$ shadow price levels consistent with these goals, with estimates of less than USD 50/t$CO_2$ in 2020 in many studies and exceeding USD 100/t$CO_2$ in others, assuming a globally-efficient and immediate effort to reduce emissions. These shadow prices exhibit a strongly increasing trend thereafter. Policies and instruments are assessed in this light.

Section 15.2 assesses the role of institutions and governance. Section 15.3 lays out the classification of policy instruments and packages, while 15.4 discusses the methodologies used to evaluate policies and institutions. The performance of various policy instruments and measures are individually assessed in Sections 15.5 and 15.6.

The two main types of economic instruments are price instruments, that is, taxes and subsidies (including removal of subsidies on fossil fuels), and quantity instruments—emission-trading systems. These are assessed in Sections 15.5.2 and 15.5.3 respectively. An important feature of both these instruments is that they can be applied at a very

broad, economy-wide scale. This is in contrast to the regulation and information policies and voluntary agreements which are usually sector-specific. These policies are assessed in Sections 15.5.4, 15.5.5, and 15.5.7. Government provision and planning is discussed in 15.5.6. The next section, 15.6, provides a focused discussion on technology policy including research and development and the deployment and diffusion of clean energy technologies. In addition to technology policy, longer-term effects of the policies assessed in Section 15.5 are addressed in Section 15.6.

Both these sections, 15.5 and 15.6, bring together lessons from policies and policy packages used at the sectoral level from Chapters 7 (Energy), 8 (Transport), 9 (Buildings), 10 (Industry), 11 (Agriculture, Forestry and Land Use) and Chapter 12 (Human Settlements, Infrastructure, and Spatial Planning).

The following sections further assess the interaction among policy instruments, as they are not usually used in isolation, and the impacts of particular instruments depend on the entire package of policies and the institutional context. Section 15.7 reviews interactions, both beneficial and harmful, that may not have been planned. The presence of such interactions is in part a consequence of the multi-jurisdictional nature of climate governance as well as the use of multiple policy instruments within a jurisdiction. Section 15.8 examines the deliberate linkage of policies across national and sub-national jurisdictions.

Other key issues are further discussed in dedicated sections. They are: the role of stakeholders including non-governmental organizations (NGOs) (15.9), capacity building (15.10), links between adaptation and mitigation policies (15.11), and investment and finance (15.12). Gaps in knowledge are collected in 15.13.

# 15.2   Institutions and governance

## 15.2.1   Why institutions and governance matter

Institutions and processes of governance (see Annex 1: Glossary for definitions) shape and constrain policy-making and policy implementation in multiple ways relevant for a shift to a low carbon economy. First, institutions—understood as formal rules and informal norms—set the incentive structure for economic decision making (North, 1991), influencing, for example, decisions about transportation investments, and behavioural decisions relevant to efficient energy use. Second, institutions shape the political context for decision making, empowering some interests and reducing the influence of others (Steinmo et al., 1992; Hall, 1993). Harrison (2012) illustrates this with respect to environmental tax reform in Canada. Third, institutions can also shape patterns of thinking and understanding of policy choices—through both

**15**

normative and cognitive effects (Powell and DiMaggio, 1991). These effects can result in dominant policy paradigms—ideas, policy goals, and instruments—that favour some actions and exclude others from consideration (Radaelli and Schmidt, 2004). For example, existing energy systems are likely to remain in place without appropriate institutional change (Hughes, 1987) and changes in discourse, which would perpetuate existing technologies and policies and lock out new ones (Unruh, 2000; Walker, 2000). More generally, a mismatch between social-ecological context and institutional arrangements can lead to a lack of fit and exert a drag on policy and technological response (Young, 2002).

### 15.2.2    Increase in government institutionalization of climate mitigation actions

There has been a definite increase since AR4 in formal governmental efforts to promote climate change mitigation. These efforts are diverse in their approach, scale, and emphasis, and take the form of legislation, strategies, policies, and coordination mechanisms. Many of these are relatively recent, and often in the design or early implementation stage. As a result, it is premature to evaluate their effectiveness

and there is insufficient literature as yet that attempts to do so. Since global greenhouse gas emissions have continued to increase in recent years (Chapter 5 and Section 15.1), it will be important to closely monitor this trend to evaluate if policies and institutions created are sufficiently strong and effective to lead to the reductions required to stabilize global temperature, for instance, at the 2 °C target. This section reviews national centralized governmental actions, while 15.2.3 discusses sectoral actions and 15.2.5 examines the roles of other stakeholders including non-state actors.

A review of climate legislation and strategy in almost all United Nation (UN) Member States shows that there has been a substantial increase in these categories between 2007 and 2012 (Dubash et al., 2013) (See Figure 15.1). Dubash et al. (2013) define climate legislation as mitigation-focused legislation that goes beyond sectoral action alone, while climate strategy is defined as a non-legislative plan or framework aimed at mitigation that encompasses more than a small number of sectors, and that includes a coordinating body charged with implementation. International pledges are not included. By these definitions, 39 % of countries, accounting for 73 % of population and 67 % of greenhouse gas emissions, were covered by climate law or strategies in 2012, an increase from 23 % of countries, 36 % of population, and 45 % of emissions in 2007. There are also strong regional differences,



**Figure 15.1 |** National climate legislation and strategies in 2007 and 2012.* Reproduced from Dubash et al., (2013). In this figure, climate legislation is defined as mitigation-focused legislation that goes beyond sectoral action alone. Climate strategy is defined as a non-legislative plan or framework aimed at mitigation that encompasses more than a small number of sectors, and that includes a coordinating body charged with implementation. International pledges are not included, nor are sub-national plans and strategies. The panel shows proportion of GHG emissions covered.

' 	Number of countries and GHG emissions covered (NAI: Non Annex I countries (developing countries), AI: Annex I countries (developed countries), LAM: Latin America, MAF: Middle East and Africa, ASIA: Asia, EIT: Economies in Transition, OECD-1990: OECD of 1990)

with Asia and Latin America recording the fastest rate of increase. Taken as a block, in 2012, 49 % of current emissions from the developing world regions of Asia, Africa, and Latin America were under climate law and 77 % of emissions were under either law or strategy, while for the developed world regions of Organisation for Economic Co-operation and Development 1990 Countries OECD-1990 and Economies in Transition (EIT) the equivalent numbers are 38 % and 56 %. Finally, while the number of countries with climate legislation increased marginally from 18 % to 22 % over this period, the number of countries with climate strategies increased from 5 % to 18 %, suggesting many more countries are adopting a strategy-led approach. (For regional aggregations see Annex II.2)

Climate legislation and strategies follow a wide diversity of approaches to operationalization and implementation. The imposition of carbon prices is one approach widely discussed in the literature (See Section 15.5) but less frequently implemented in practice. Examples include the European Union's Emissions Trading Scheme (ETS) (See Section 14.4.2) or setting of carbon taxes (see Section 15.5.2). One study of the 19 highest emitting countries finds that six have put in place some form of carbon price, while 14 have put in place both regulation and other economic incentives for greenhouse gas mitigation (Lachapelle and Paterson, 2013). Common explanations for this variation are in terms of the novelty of emissions trading (although emissions trading has been in practice implemented much more widely than carbon taxation), the legitimacy problems faced by emissions trading (Paterson, 2010), or political contestation over increased taxation (see for example Laurent (2010), on the French case, Jotzo (2012) for Australia or Jagers and Hammar (2009), for evidence that popular support for carbon taxes in Sweden depend on how it is framed in popular debate), and lobbying by fossil-fuel or energy-intense industry lobbies (Bailey et al., 2012; Sarasini, 2013).

More generally speaking, policy instruments have often been sector-specific. Economy-wide instruments, even when implemented, have had exemptions for some sectors, most commonly those most exposed to international trade. The exemptions have arisen because national policies have been developed under the strong influence of sectoral policy networks (Compston, 2009) and many stakeholders therein—including firms and NGOs—influence the policy to promote their interests (Helm, 2010). This phenomenon undermines the overall cost-effectiveness of climate policy (Anthoff and Hahn, 2010) although it may help further other objectives such as equity and energy security (see Section 15.7).

Another approach follows a model of national-level target backed by explicit creation of institutions to manage performance to that target. In China, for example, a 'National Leading Group on Climate Change' in June 2007, housed in the apex National Development and Reform Commission and chaired by the premier (Tsang and Kolk, 2010a) coordinates the achievement of targets set in the subsequent National Climate Change Programme. The Chinese examples illustrate a broader point emerging from a cross-country study that implementation of cli-

mate legislation and plans are, in at least some cases, drawing powerful finance and planning departments into engagement with climate change (Held et al., 2013).

Another approach is to establish dedicated new climate change bodies that are substantially independent of the executive and that seek to coordinate existing government agencies through a variety of levers. The leading example of this approach is in the UK, where a dedicated Climate Change Committee analyzes departmental plans and monitors compliance with five-year carbon budgets (U.K., 2008; Stallworthy, 2009). Instead of direct executive action, as in the Chinese case, this approach relies on analysis, public reporting, and advice to government. Following the UK example, Australia has established an independent Climate Change Authority to advise the government on emission targets and review effectiveness of its Carbon Pricing Mechanism (Keenan et al., 2012).

### 15.2.3   Climate change mitigation through sectoral action

While there is no systematic study of implementation of climate plans, case study evidence suggests that these plans are frequently operationalized through sectoral actions. There are a variety of ways through which national plans interface with sectoral approaches to mainstream climate change. In some cases, there is a formal allocation of emissions across sectors. For example, in Germany, mitigation efforts were broken down by sectors for the period between 2008 and 2012, with the national 'Allocation Act 2012' specifying emissions budgets for sectors participating in the EU ETS as well as the remaining sectors (Dienes, 2007; Frenz, 2007). More typically, climate mainstreaming occurs through a sector by sector process led by relevant government departments, as in France (Mathy, 2007), India (Dubash, 2011; Atteridge et al., 2012), and Brazil (da Motta, 2011a; La Rovere et al., 2011).

In some cases, the sectoral process involves a role for stakeholders in engagement with government departments. In France, sectoral approaches are devised at the central level through negotiation and consultation between multiple ministries, experts, business, and NGOs. According to at least one analysis, this approach risks a dilution of measures through the influence of lobbies that may lose from mitigation actions (Mathy, 2007). In Brazil, sector specific approaches are developed by sectoral ministries complemented by a multi-stakeholder forum to solicit views and forge consensus (Hochstetler and Viola, 2012; Viola and Franchini, 2012; Held et al., 2013a).

In some cases, climate change considerations bring about changes in long-standing patterns of sector governance. In South Africa, for example, the Copenhagen pledge led to a process of reconsidering South Africa's integrated resource plan for electricity to include carbon reduction as one among multiple criteria (Republic of South Africa, 2011). In India, the establishment of national sectoral 'missions' had the effect of creating new institutional mechanisms in the case of the National

Case No. 1:20-cv-02484-MSK    Document 82-1    filed 05/06/21    USDC Colorado    pg 154 of 443
National and Sub-national Policies and Institutions
Chapter 15

**15**

Solar Mission, or of raising the profile and importance of particular ministries or departments as in the example of the Bureau of Energy Efficiency (Dubash, 2011). In other cases, climate mainstreaming was facilitated by prior political shifts in governance of a sector. Brazil's climate approach particularly emphasizes the forest sector (da Motta, 2011b; La Rovere, 2011). Progress on the Brazilian plan was enabled by prior domestic political consensus around a far-reaching Forest Code (Hochstetler and Viola, 2012).

### 15.2.4    Co-Benefits as a driver of mitigation action

The importance of co-benefits—both development gains from climate policy and climate gains from development policy—emerge as a particularly strong rationale and basis for sectoral action. As Table 6.7 shows, an inventory of sectoral action on climate change (drawn from Chapter 7–12) is linked to a wide range of co-benefits and adverse side-effects, encompassing economic, social, and environmental effects. Table 15.1 provides a roadmap for the co-benefits and adverse side-effects from sectoral mitigation measures most prominently discussed across Chapters 7 to 12. They are listed in three columns: economic, social, and environmental. Each column shows the range of effects on objectives or concerns beyond mitigation discussed in Chapters 7.12 for that category. For example, energy security is categorized in the column of 'economic' and addressed in Section 7.9, 8.7, 9.7, 10.8, 11.13.6, and 12.8.

This perception is reinforced by comparative case studies and specific country studies. A comparative study finds that co-benefits is an important driving force for mitigation policies across large, rapidly industrializing countries (Bailey and Compston, 2012a), a finding that is supported by country level studies. India's National Action Plan on Climate Change (NAPCC), for example, is explicitly oriented to pursuit of co-benefits, with mitigation understood to be the secondary benefit emerging from development policies. The linkage between energy security and

mitigation is particularly important to winning broader political support for action on mitigation (Dubash, 2011; Fisher, 2012). A similar trend is apparent in China (Oberheitmann, 2008), where provincial implementation of targets is enabled by linking action to local motivations, notably for energy efficiency (Teng and Gu, 2007; Richerzhagen and Scholz, 2008a; Qi et al., 2008; Tsang and Kolk, 2010b; Kostka and Hobbs, 2012). Tsang and Kolk (2010a) go so far as to say that Chinese leaders essentially equate climate policy with energy conservation. Kostka and Hobbs (2012) identify three ways in which this alignment of global and local objectives happens: interest bundling, through which objectives of political institutions are tied to local economic interests; policy bundling, to link climate change with issues of local political concern; and framing in ways that play to local constituencies.

The concept of 'nationally appropriate mitigation actions' (NAMAs) has a conceptual connection to the idea of co-benefits. Nationally appropriate mitigation actions are intended to be mitigation actions that are 'nationally appropriate' in the sense that they contribute to development outcomes. Therefore, NAMAs provide a possible mechanism for connection of national policies and projects to the global climate regime, although the mechanisms through which this will be accomplished are yet to be fully articulated (see Box 15.1). Another, related mechanism is the explicit formulation in many countries of 'low emissions development strategies' that seek to integrate climate and development strategies (Clapp et al., 2010).

### 15.2.5    Sub-national climate action and interaction across levels of governance

In many countries, the formulation and implementation of national mitigation approaches are further delegated to sub-national levels, with differing levels of central coordination, depending on national contexts and institutions. Comparative analysis of cross-country climate action is insufficiently developed to allow generalization and explanation of different approaches to climate policy.

**Table 15.1** | Roadmap for the assessment of potential co-benefits and adverse side-effects from mitigation measures for additional objectives in the sector chapters (7–12). For overview purposes, only those objectives and concerns are shown that are assessed in at least two sectors. For a broader synthesis of the literature assessed in this report, see Section 6.6.

| Effect of mitigation measures on additional objectives or concerns | | |
|---|---|---|
| **Economic** | **Social** | **Environmental** |
| Energy security (7.9, 8.7, 9.7, 10.8, 11.13.6, 12.8) | Health impact (e.g., via air quality and noise) (5.7, 7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6, 12.8) | Ecosystem impact (e.g., via air pollution) (7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6/7, 12.8) |
| Employment impact (7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6) | Energy/mobility access (7.9, 8.7, 9.7, 11.13.6, 12.4) | Land-use competition (7.9, 8.7, 10.8, 11.7, 11.13.6/7) |
| New business opportunity/economic activity (7.9, 11.7, 11.13.6) | (Fuel) Poverty alleviation (7.9, 8.7, 9.7, 11.7, 11.13.6) | Water use/quality (7.9, 9.7, 10.8, 11.7, 11.13.6) |
| Productivity/competitiveness (8.7, 9.7, 10.9, 11.13.6) | Food security (7.9, 11.7, 11.13.6/7) | Biodiversity conservation (7.9, 9.7, 11.7, 11.13.6) |
| Technological spillover/innovation (7.9, 8.7, 10.8, 11.3, 11.13.6) | Impact on local conflicts (7.9, 10.8, 11.7, 11.13.6) | Urban heat island effect (9.7, 12.8) |
| | Safety/disaster resilience (7.9, 8.7, 9.7, 10.8, 12.8) | Resource/material use impact (7.9, 8.7, 9.7, 10.8, 12.8) |
| | Gender impact (7.9, 9.7, 11.7, 11.13.6) | |

## Box 15.1 | Nationally Appropriate Mitigation Actions (NAMAs)

The Bali Action Plan (BAP), (1/CP.13; UNFCCC, 2007) states that developing countries are called on to take NAMAs supported and enabled by technology and finance. For example, NAMAs could be articulated in terms of national emissions intensity or trajectories, sectoral emissions, or specific actions at sectoral or sub-sectoral levels. As of June 2013, 57 parties had submitted NAMAs to the United Nations Framework Convention on Climate Change (UNFCCC) secretariat.

The design of mechanisms to link NAMAs to global support lead to some complex tradeoffs. For example, large scale sectoral NAMAs provide the least scope for leakage (decreased emissions in one sector is undermined by increased emissions in another part of the economy) and the lowest measurement costs (Jung et al., 2010). However, designing NAMAs around transaction costs might run counter to designing them for targeted focus on national development priorities. Exploring the extent of this tradeoff and managing it carefully will be an important part of implementing NAMAs.

Much of the writing on NAMAs is focused on the challenges of linking national actions to the international climate framework. Conceptual challenges involved in linking NAMAs to the UNFCCC process include the legal nature of NAMAs (van Asselt et al., 2010), financing of NAMAs, and associated concerns of avoiding double counting (Cheng, 2010; Jung et al., 2010; van Asselt et al., 2010; Sovacool, 2011a) and measurement, reporting, and verification of NAMAs (Jung et al., 2010; Sterk, 2010; van Asselt et al., 2010).

While NAMAs pertain particularly to the developing world, co-benefits based arguments are also used in developed countries. In the United States, Gore and Robinson (2009) argue that expansion of municipal scale action is articulated in the form of co-benefits, and is driven by network-based communication and citizen initiative. In Germany, several benefits in addition to climate change have been attributed to the policy for energy transition or 'Energiewende,' including security of energy supply and industrial policy (Lehmann and Gawel, 2013).

In some federal systems, national target setting by the central government is followed by further allocation of targets to provinces, often through nationally specific formulae or processes. For example, in the case of Belgium, Kyoto targets were re-allocated to the regional level through a process of negotiation, followed by the preparation of regional climate plans to implement regional targets (Happaerts et al., 2011). Ultimately, since agreement could not be reached on regional targets to meet the national Kyoto targets, the approach relied on off-sets were explicitly internalized as part of the national approach to meeting Kyoto targets. In China, national action is defined and monitored by the central government in consultation with provinces, and implementation is delegated to provinces. Targets set in the subsequent National Climate Change Programme as part of the 11th Five Year Plan were implemented through a mechanism of provincial communiqués to track compliance with the target, and provincial leading groups to implement the target (Teng and Gu, 2007; Qi et al., 2008; Tsang and Kolk, 2010b; Held et al., 2011a; Kostka and Hobbs, 2012). A range of policy mechanisms were used to implement this target, such as differential energy prices based on energy efficiency performance, promotion of energy audits, and financial incentives for performance (Held et al., 2011b). Subsequent revised targets have been set for the 12th Five Year Plan.

Other countries represent intermediate cases between central control and decentralization. India has developed a mix of national policies through its National Action Plan on Climate Change, responsibility for which rests with central government ministries, and State Action Plans on Climate Change to be developed and implemented by states

(Dubash et al., 2013). While they are predominantly focused on implementing national level directives, there is also sufficient flexibility to pursue state-level concerns, and some states have created new mechanisms, such as the establishment of a Climate Change department in the state of Gujarat, and the establishment of a green fund in Kerala (Atteridge et al., 2012). In France, the EU objectives were adopted as national goals, and through national legislation, all urban agglomerations over 50,000 are required to prepare 'Climate and Energy Territorial Plans' to meet these goals and, additionally, to address adaptation needs (Assemblée Nationale, 2010). Since all other planning processes related to issues such as transport, building, urban planning, and energy have to conform to and support these objectives, this approach provides a powerful mechanism to mainstream climate change into local public planning. These plans also form a framework around which private voluntary action can be organized. In Germany, while the federal government initiates and leads climate action, the states or 'Länder' have a veto power against central initiatives through representation in the upper house of parliament (Weidner and Mez, 2008). In addition, however, the Länder may also take additional action in areas such as energy efficiency measures, renewable energy development on state property and even through state-wide targets (Biedermann, 2011).

In some cases, sub-national jurisdictions seem to be attempting to compensate for the lack of political momentum at the national level (Schreurs, 2008; Dubash, 2011). In the United States, for example, although progress at the federal level has been slow and halting, there have been multiple efforts at sub-national scales, through unilateral and coordinated action by states, judicial intervention, and municipal-

**15**

scale action (Carlarne, 2008; Rabe, 2009, 2010; Posner, 2010). There are examples of states joining together in creating new institutional mechanisms, such as the Regional Greenhouse Gas Initiative (RGGI) among Northeastern states in the United States to institute an emissions trading programme, and the Western Climate Initiative (WCI) between California and several Canadian provinces, although both these initiatives have also failed to live up to their original promise (Mehling and Frenkil, 2013). Climate policy in the state of California, with its new cap and trade programme, is particularly worth noting both because of the size of its economy and because California has a history as a pioneer of environmental innovation (Mazmanian et al., 2008; Farrell and Hanemann, 2009).

As detailed further in Section 15.8, cities are particularly vibrant sites of sub-national action in some countries, often operating in networks and involving a range of actors at multiple scales (Betsill and Bulkeley, 2006; Gore and Robinson, 2009). For example, in the Netherlands, the central government has established a programme that provides subsidies to municipalities to undertake various measures such as improvements in municipal buildings and housing, improved traffic flow, sustainable energy, and so on (Gupta et al., 2007). In Brazil, important cities such as Rio de Janeiro and São Paulo have taken specific measures that go beyond national policies. For example, a 2009 São Paulo law (No. 13.798) commits the state to undertake mandatory economy-wide GHG emission reduction targets of 20 % by 2020 from 2005 levels (Lucon and Goldemberg, 2010). In the United States, over 1000 cities and municipalities have committed to reaching what would have been the US Kyoto target as part of the Conference of Mayors' Climate Protection Agreement (Mehling and Frenkil, 2013).

Sub-national action on climate change is a mix of bottom-up experimentation and the interaction of top-down guidance with local implementation action. In some cases, countries have set in place explicit mechanisms for coordination of national and sub-national action, such as in China and India, but there is insufficient evidence to assess the effectiveness of these mechanisms. More typical is relatively uncoordinated action and experimentation at sub-national level, particularly focused on cities. These issues are discussed further in Section 15.8.

## 15.2.6    Drivers of national and sub-national climate action

National and sub-national actions are related to domestic political institutions, domestic politics, international influences, and ideational factors. Based on data from industrialized countries, a comparative political analysis suggests that proportional representation systems such as those in many EU nations are more likely than first past the post systems to give importance to minority interests or environmental outcomes; systems with multiple veto points, such as the US system, afford more opportunities for opponents to block political action; and in federal systems powerful provinces with high compliance costs can block action, as seems to have occurred in Canada (Harrison and Sund-

strom, 2010). Lachapelle and Paterson (2013) use quantitative analysis to substantiate the argument about proportional representation and systems with multiple veto points. They also show that presidential-congressional systems find it systematically more difficult to develop climate policy than parliamentary systems.

These are, however, only general tendencies: the specific details of country cases, as well as the possibility of multiple and interacting causal factors, suggests the need for caution in predicting outcomes based on these factors.

In particular, national domestic political factors are also salient. Electoral politics, operating through pressure for action from domestic constituents, is a determinant of action as is the cost of compliance (Harrison and Sundstrom, 2010). The role of climate change in electoral strategies developed by political parties may also play a role in climate governance, although evidence for this effect is available only for developed countries (Carter, 2008; Fielding et al., 2012; Bailey and Compston, 2012a). For example, the compliance costs of carbon pricing were the subject of direct electoral competition between Australia's major political parties in the 2007 and 2010 general elections (Rootes, 2011; Bailey et al., 2012). The presence of substantial co-benefits opportunities and re-framing policy around these opportunities can also influence domestic politics in favour of climate action (Held et al., 2013b); (Bailey and Compston, 2012a). Finally, the 'type' of state—liberal market, corporatist or developmental—can shape outcomes (Lachapelle and Paterson, 2013). For example, somewhat counter-intuitively corporatist states (e.g., Germany, South Korea) are more likely to have introduced carbon pricing than states with liberal market policy traditions (e.g., the United States, Canada). Conversely, liberal market economies are more likely, as are developmental states (e.g., China), to focus on R&D as a principal policy tool (on the United States, see notably Macneil (2012). These patterns reflect powerful institutional path dependencies and incentives facing actors promoting climate policy in particular countries (Macneil, 2012).

International pressures are also important in explaining state action. Diplomatic pressure, changes in public and private finance that emphasize mainstreaming climate change, and a general trend toward higher fossil-fuel energy prices all are associated with increasing climate action (Held et al., 2013b).

Finally, based on comparative case studies, various ideational factors such as national norms around multilateralism, perceptions of equity in the global climate regime (Harrison and Sundstrom, 2010), and ideas put forward by scientists, international organizations and other voices of authority can also shift domestic politics (Held et al., 2013b).

## 15.2.7    Summary of institutions and governance

The evidence on institutional change and new patterns of climate governance is limited, as many countries are in the process of establishing

new institutions and systems of governance. However, several trends are visible. First, there is a considerable increase in government led institutionalization of climate action through both legislation and policy since AR4. The factors driving these changes include international pressures, scope for co-benefits, and changing norms and ideas. The specifics of national political systems also affect country actions. Second, evidence from national cases illustrates considerable diversity in the forms of action. While there are only a few cases of nationally led economy wide carbon price setting efforts, more common are sectoral approaches to climate change mitigation or delegated action to sub-national levels, often embedded within national climate policy frameworks. Third, the promise of 'co-benefits' is often an important stated reason for climate policies and their framing. Fourth, there is a profusion of activity at sub-national levels, particularly urban areas, much of which is only loosely coordinated with national actions. Finally, the diversity of approaches appears to be strongly driven by local institutional and political context, with legislative and policy measures tailored to operate within the constraints of national political and institutional systems.

## 15.3    Characteristics and classification of policy instruments and packages

This section presents a brief and non-exhaustive description of the main policy instruments and packages, using the common classification set by Chapter 3.8. Most of these instruments will be assessed with the common evaluation criteria set by Chapter 3 (see Section 15.5) in most of the remaining parts of this chapter. As indicated in Section 15.2, these instruments are introduced within an institutional context that obviously influences their design and implementation.

### 15.3.1    Economic instruments

Economic instruments are sometimes termed 'market-based' approaches because prices are employed in environmental and climate policies. Economic instruments for climate change mitigation include taxes (including charges and border adjustments), subsidies and subsidy removal, and emissions trading schemes. Taxes and subsidies are known as price instruments since they do not directly target quantities, while emissions trading schemes, especially cap-and-trade schemes (see below), are known as quantity instruments. This distinction can be important, as seen in Sections 15.5.3.8, 15.7.3.2, and 15.7.3.4.

*Taxes and charges* are ideally defined as a payment for each unit of GHG released into the atmosphere. In the climate context, they are usually unrelated to the provision of a service and are thus known as taxes rather than charges. They can be levied on different tax bases, whereas tax rates, given the global and uniform characteristics of the taxed emissions, usually do not show spatial variation (OECD, 2001). In the last years, many taxes on GHG or energy have devoted part of their revenues to the reduction of other distortionary taxes (green tax reforms), although other revenue uses are now playing an increasing role (Ekins and Speck, 2011).

*Border tax adjustments* are related instruments that intend to solve the dysfunctions of variable climate change regulations across the world. Although some authors highlight that they could alleviate the problem of leakage and a contribute to a wider application of mitigation policies (Ismer and Neuhoff, 2007), others emphasize that they do not constitute optimal policy instruments and could even increase leakage (Jakob et al., 2013) or cause potential threats to fairness and to the functioning of the global trade system (e.g., Bhagwati and Mavroidis, 2007).

*Subsid*ies to low GHG products or technologies have been applied by a number of countries but, contrary to the previous revenue-raising/neutral economic instruments, they demand public funds. In some countries there are 'perverse' subsidies lowering the prices of fossil fuels or road transport, which bring about a higher use of energy and an increase of GHG emissions. Therefore, *subsidy reduction or removal* would have positive effects in climate change and public-revenue terms and is therefore treated as an instrument in its own right (OECD, 2008).

In 'cap-and-trade' *emissions trading systems* regulators establish an overall target of emissions and issue an equivalent number of emissions permits. Permits are subsequently allocated among polluters and trade leads to a market price. The allocation of emission permits can be done through free distribution (e.g., grandfathering) or through auctioning. In 'baseline and credit' emissions trading systems, polluters may create emission reduction credits (often project-based) by emitting below a baseline level of emissions (Stavins, 2003).

### 15.3.2    Regulatory approaches

Regulations and standards were the core of the first environmental policies and are still very important in environmental and climate policies all around the world. They are conventional regulatory approaches that establish a rule and/or objective that must be fulfilled by the polluters who would face a penalty in case of non-compliance with the norm. There are several categories of standards that are applicable to climate policies, mainly:

- *Emission standards*, which are the maximum allowable discharges of pollutants into the environment, and which can also be termed as performance standards;
- *Technology standards* that mandate specific pollution abatement technologies or production methods (IPCC, 2007); and
- *Product standards* that define the characteristics of potentially polluting products (Gabel, 2000).

Case No. 1:20-cv-02484-MSK   Document 82-1   filed 05/06/21   USDC Colorado   pg 158 of 443
National and Sub-national Policies and Institutions                                    Chapter 15

15

### 15.3.3    Information policies

A typical market failure in the environmental domain is the lack, or at least asymmetric nature, of relevant information among some firms and consumers. Good quality information is essential for raising public awareness and concern about climate change, identifying environmental challenges, better designing and monitoring the impacts of environmental policies, and providing relevant information to inform consumption and production decisions. Examples of information instruments include eco-labelling or certification schemes for products or technologies and collection and disclosure of data on GHG emissions by significant polluters (Krarup and Russell, 2005).

### 15.3.4    Government provision of public goods and services and procurement

A changing climate will typically be a 'public bad' and actions and programmes by governments to counteract or prevent climate change can thus be seen as 'public goods'. There are many examples where public good provision may be an appropriate form of mitigation or adaptation. Examples include physical and infrastructure planning, provision of district heating or public transportation services (Grazi and van den Bergh, 2008), and funding and provision of research activities (Metz, 2010). Moreover, the removal of institutional and legal barriers that promote GHG emissions (or preclude mitigation) should be included in this policy type. Afforestation programmes and conservation of state-owned forests are an important example.

### 15.3.5    Voluntary actions

Voluntary actions refer to actions taken by firms, NGOs, and other actors beyond regulatory requirement. Voluntary agreements represent an evolution from traditional mandatory approaches based on conventional or economic regulations and intend to provide further flexibility to polluters. They are based on the idea that, under certain conditions, polluters can decide collectively to commit themselves to abatement instead of, or beyond the requirements of regulation. Voluntary agreements, sometimes known as long-term agreements, can be developed in different ways; in most cases the voluntary commitment is assumed as a consequence of an explicit negotiation process between the regulator and the pollutant. In other cases a spontaneous commitment may be viewed as a way to avoid future mandatory alternatives from the regulator (Metz, 2010). Finally, there are cases where the regulator promotes standard environmental agreements on the basis of estimation of costs and benefits to firms (Croci, 2005).

## 15.4    Approaches and tools used to evaluate policies and institutions

### 15.4.1    Evaluation criteria

Several criteria have been usually employed to assess the effects of climate change policies and these have been laid out in Section 3.7. The criteria that have been used are environmental effectiveness, economic effectiveness (cost-effectiveness and economic efficiency), distributional equity and broader social impacts, and institutional, political, and administrative feasibility and flexibility. Political and institutional feasibility are not only a separate criterion, but also need to be taken into account when judging other criteria such as economic effectiveness. It would be misleading to show that a tax would have been more cost-effective than, for example, a regulation if it would never have been feasible to implement the tax at a sufficiently high level to have the same effect as that regulation.

### 15.4.2    Approaches to evaluation

One can evaluate the effect of policy instrument $x$ on a set of variables $y$ that matter for the evaluation criteria either through modelling or through ex-post empirical measurement. For any evaluation based solely on modelling, it will never be possible to know whether all important aspects of the relationship between $x$ and the $y$'s are captured appropriately by the model. For this reason, it is highly desirable to have ex-post empirical analysis to evaluate a policy instrument. In order to measure the effect of a policy instrument, one must compare the observed $y$'s in the presence of $x$ with the 'but-for' or 'counterfactual' value of the $y$'s  defined as their estimated likely value but for the implementation of x.

Statistical methods can be used to attempt to control for the evolution of the world in the absence of the policy. The most reliable basis for estimating counterfactual developments is to build programme evaluation into the design of programmes from their inception (Jaffe, 2002). If the planning of such evaluation is undertaken at the beginning of a programme, then data can be developed and maintained that greatly increase the power of statistical methods to quantify the true impact of a programme by controlling for but-for developments.

Statistical analyses capture only those policy effects that can be and have been measured quantitatively. Qualitative analyses and case studies complement statistical analyses by capturing the effects of policies and institutions on other aspects of the system, and the effect of institutional, social and political factors on policy success (e.g., Bailey et al., 2012).

Of course, data for ex-post evaluation is not always available, and even where it is, it is very challenging to capture all aspects of the situation empirically. Therefore, there will always be a role for models to elucidate the structure of policy effects, and to estimate or put bounds on the magnitude of effects. Such models can be purely analytical/theoretical, or they can combine empirical estimates of certain parameters with a model structure, as in 'bottom-up' models where many small effects are estimated and cumulated, or in simulation models, which combine an analytical/theoretical structure with numerical estimates of parameters of the model. Many such models are 'partial equilibrium,' meaning they capture the particular context of interest but ignore impacts on and feedback from the larger system. There are also computable 'general equilibrium' (CGE) models that allow for interactions between the context of the policy focus and the larger system, including overall macroeconomic impacts and feedbacks see for example, Bohringer et al., (2006).

'Experimental economics' uses a laboratory setting as a 'model' of a real-world process, and uses 'experimental subjects' responses in that setting as an indicator of likely real-world behaviour (Kotani et al., 2011). With any model, results are truly predictive of real-world results only to the extent that the model—be it theoretical, simulation or experimental—captures adequately the key aspects of the real world in the experiment.

## 15.5 Assessment of the performance of policies and measures, including their policy design, in developed and developing countries taking into account development level and capacity

### 15.5.1 Overview of policy implementation

In this section we assess the performance of a series of policy instruments and measures, starting with economic instruments (taxes in 15.5.2, emissions trading in 15.5.3), regulatory approaches (15.5.4), information programmes (15.5.5), government provision of public goods (15.5.6) and voluntary agreements (15.5.7). We assess aspects of these and other policies in Section 15.6 on technology and R&D policy, and in Section 15.7 that deals with interactions between policies.

Many policy instruments are in principle capable of covering the entire economy. However, as mentioned in Section 15.2, in practice the instru-

ments are often targeted to particular sectors or industries. This partly reflects the fact that certain barriers or market failures are specific to or more pronounced in certain sectors or industries. Furthermore, some policies may cover only part of the economy as a result of the ability of special interests to exempt some sectors or industries (Compston, 2009), (Helm, 2010).

Broader coverage tends to promote greater cost-effectiveness. However, on fairness grounds there is an argument for partly or fully exempting certain industries in order to maintain international competitiveness, particularly when the threat to competitiveness comes from other nations that have not introduced climate policy and would gain competitive advantage as a result.

Table 15.2 brings together policy instruments discussed in sector chapters (Chapters 7 to 12). Two broad themes emerge from this survey. First, while policies that target broad energy prices—taxes or tradable allowances are clearly applicable across all sectors—a wide range of other policy approaches are also prevalent, which enable policy design that addresses sector specific attributes. For example, in the buildings sector regulatory instruments are an important tool. In the absence of a building code enforcing enhanced efficiency, an energy price signal alone might be insufficient to induce a builder to invest in an energy efficient building that they plan to sell or rent. Building and product standards also increase investor certainty thereby reducing costs. Similarly, the transport sector relies not only on pricing policies but also on government provision of infrastructure and regulation that guides urban development and modal choices. The industry sector faces information and other barriers to investment in efficiency, which can be overcome by audits and other information based programmes. In Agriculture, Forestry, and Other Land Use (AFOLU), government regulation to protect forests and set the conditions for REDD+ (Reducing Emissions From Deforestation and Forest Degradation) plays a substantial role, as do certification programmes for sustainable forestry.

Sector-specific policies often exist alongside broader ones. In energy supply, broad-based GHG emissions pricing has often been supplemented by specific price- and quantity-based mechanisms (such as feed-in-tariffs (FITs) and portfolio standards) and underpinned by sufficient regulatory stability (including non-discriminatory access to electricity and gas networks). In industry, relatively broad tax exemptions may be combined with mandatory audits, with the former helping 'level the playing field' and providing the impetus for action, and the latter addressing an information barrier; thus each instrument addresses a separate market failure or barrier. The implementation of multiple policy instruments within a single sector can promote cost-effectiveness when the two instruments address distinct market failures. On the other hand, multiple instruments can work against cost-effectiveness when the two instruments fail to address different market failures and thus are simply redundant. This issue is discussed further in Section 15.7 below.

**15**

**Table 15.2 |** Sector Policy Instruments.

| Policy Instruments | Energy (See 7.12) | Transport (See 8.10) | Buildings (See 9.10) | Industry (See 10.11) | AFOLU (See 11.10) | Human Settlements and Infrastructure (See 12.5) |
|---|---|---|---|---|---|---|
| **Economic Instruments—Taxes (Carbon taxes may be economy-wide)** | • Carbon taxes | • Fuel taxes<br>• Congestion charges, vehicle registration fees, road tolls<br>• Vehicle taxes | • Carbon and/or energy taxes (either sectoral or economy wide) | • Carbon tax or energy tax<br>• Waste disposal taxes or charges | • Fertilizer or Nitrogen taxes to reduce nitrous oxide | • Sprawl taxes, impact fees, exactions, split-rate property taxes, tax increment finance, betterment taxes, congestion charges |
| **Economic Instruments—Tradable Allowances (May be economy-wide)** | • Emissions trading (e.g., EU ETS)<br>• Emission credits under the Kyoto Protocol's Clean Development Mechanism (CDM)<br>• Tradable Green Certificates | • Fuel and vehicle standards | • Tradable certificates for energy efficiency improvements (white certificates) | • Emissions trading<br>• Emission credits under CDM<br>• Tradable Green Certificates | • Emission credits under CDM<br>• Compliance schemes outside Kyoto protocol (national schemes)<br>• Voluntary carbon markets | • Urban-scale Cap and Trade |
| **Economic Instruments—Subsidies** | • Fossil fuel subsidy removal<br>• Feed-in-tariffs for renewable energy<br>• Capital subsidies and insurance for 1st generation Carbon Dioxide Capture and Storage (CCS) | • Biofuel subsidies<br>• Vehicle purchase subsidies<br>• Feebates | • Subsidies or tax exemptions for investment in efficient buildings, retrofits and products<br>• Subsidized loans | • Subsidies (e.g., for energy audits)<br>• Fiscal incentives (e.g., for fuel switching) | • Credit lines for low carbon agriculture, sustainable forestry. | • Special Improvement or Redevelopment Districts |
| **Regulatory Approaches** | • Efficiency or environmental performance standards<br>• Renewable Portfolio Standards for renewable energy<br>• Equitable access to electricity grid<br>• Legal status of long-term CO$_2$ storage | • Fuel economy performance standards<br>• Fuel quality standards<br>• GHG emission performance standards<br>• Regulatory restrictions to encourage modal shifts (road to rail)<br>• Restriction on use of vehicles in certain areas<br>• Environmental capacity constraints on airports<br>• Urban planning and zoning restrictions | • Building codes and standards<br>• Equipment and appliance standards<br>• Mandates for energy retailers to assist customers invest in energy efficiency | • Energy efficiency standards for equipment<br>• Energy management systems (also voluntary)<br>• Voluntary agreements (where bound by regulation)<br>• Labelling and public procurement regulations | • National policies to support REDD+ including monitoring, reporting and verification<br>• Forest law to reduce deforestation<br>• Air and water pollution control GHG precursors<br>• Land-use planning and governance | • Mixed use zoning<br>• Development restrictions<br>• Affordable housing mandates<br>• Site access controls<br>• Transfer development rights<br>• Design codes<br>• Building codes<br>• Street codes<br>• Design standards |
| **Information Programmes** | | • Fuel labelling<br>• Vehicle efficiency labelling | • Energy audits<br>• Labelling programmes<br>• Energy advice programmes | • Energy audits<br>• Benchmarking<br>• Brokerage for industrial cooperation | • Certification schemes for sustainable forest practices<br>• Information policies to support REDD+ including monitoring, reporting and verification | |

| Policy Instruments | Energy (See 7.12) | Transport (See 8.10) | Buildings (See 9.10) | Industry (See 10.11) | AFOLU (See 11.10) | Human Settlements and Infrastructure (See 12.5) |
|---|---|---|---|---|---|---|
| Government Provision of Public Goods or Services | • Research and development<br>• Infrastructure expansion (district heating/cooling or common carrier) | • Investment in transit and human powered transport<br>• Investment in alternative fuel infrastructure<br>• Low emission vehicle procurement | • Public procurement of efficient buildings and appliances | • Training and education<br>• Brokerage for industrial cooperation | • Protection of national, state, and local forests.<br>• Investment in improvement and diffusion of innovative technologies in agriculture and forestry | • Provision of utility infrastructure such as electricity distribution, district heating/cooling and wastewater connections, etc.<br>• Park improvements<br>• Trail improvements<br>• Urban rail |
| Voluntary Actions | | | • Labelling programmes for efficient buildings<br>• Product eco-labelling | • Voluntary agreements on energy targets or adoption of energy management systems, or resource efficiency | • Promotion of sustainability by developing standards and educational campaigns | |

**15** 

## 15.5.2  Taxes, charges, and subsidy removal

### 15.5.2.1  Overview

Taxes on carbon (together with emissions trading systems) are economic instruments. In the presence of rational consumers, firms, and complete markets, they achieve any given level of emissions reduction in the least costly way possible. Economic instruments like carbon taxes are attractive because of their simplicity and broad scope covering all technologies and fuels (Section 3.8) and thus evoking the cost-minimizing combination of changes to inputs in production and technologies to changing behaviour as manifested in consumption choices and lifestyles. This is the reason they have the potential to be more efficient than directly regulating technology, products, or behaviour.[1] To minimize administrative costs, a carbon tax can be levied 'upstream' (at the points of production or entry into the country). Finally, unlike an emissions trading system that requires new administrative machinery, a tax can piggyback off existing revenue collection systems.

Despite these attractive properties, carbon taxes are not nearly as prevalent a policy instrument as one might expect. As yet, the Scandinavian countries, the Netherlands, the UK, and the Canadian province of British Columbia are the only large jurisdictions with significant and fairly general carbon taxes of at least USD 10/tCO$_2$.[2] The reasons for this are not entirely clear. It may be that a carbon tax, unlike a narrower sectoral regulation, attracts more hostile lobbying from fossil fuel interests[3] for whom the stakes it creates are high (Hunter and Nelson, 1989; Potters and Sloof, 1996; Goel and Nelson, 1999; Godal and Holtsmark, 2001; Skjærseth and Skodvin, 2001; Kolk and Levy, 2002; van den Hove et al., 2002b; McCright and Dunlap, 2003; Markussen and Svendsen, 2005; Pearce, 2006; Beuermann and Santarius, 2006; Deroubaix and Lévèque, 2006; Pinkse and Kolk, 2007; Bridgman et al., 2007; Bjertnæs and Fæhn, 2008; Blackman et al., 2010; Sterner and Coria, 2012). Secondly, the payments required by a tax are transparent, unlike the visible costs of regulations. The general public, not being aware of the above-mentioned efficiency properties of a tax, may be less likely to accept such an instrument (Brännlund and Persson, 2010). Third, policy may be driven by perceived risks to competitiveness and employment as well as the distribution of costs rather than on considerations of pure efficiency (Decker and Wohar, 2007). Finally, a set of institutional path dependencies may have led to a favouring of emissions trading systems over taxes, including a post-Kyoto preference for emissions trading in key bureaucracies, supported by creation of supportive industry and other associations (Skjærseth and Wettestad, 2008; Paterson, 2012).

Countries that have sizeable general carbon taxes are fewer still—mainly a few Northern European countries. The carbon tax in Sweden is 1100 SEK or USD165/tCO$_2$, which is an order of magnitude higher than the price of permits on the EU emissions trading scheme (ETS) market or than the carbon taxes discussed in many other countries. Such high taxes typically have some exemptions motivated by the fact that other (competing) countries have no (or low) taxes. Sweden, for example, exempted the large energy users who participate in the EU ETS from also paying the carbon tax on the grounds that there would otherwise be a form of 'double' taxation (See 15.5.2.4 for a more thorough discussion).

---

[1]   If psychological or institutional barriers to adoption or other market failures are the main factor impeding choice then regulations or other instruments may be an efficient complement or stand-alone instrument to deal with this (see Section 15.4).

[2]   Australia has a fixed fee hybrid system sometimes described as a tax that will be converted into an ETS.

[3]   These can be either producers (for instance of fossil fuels) or users of energy, ranging from energy intensive industries to truck drivers.

**15**

Although general carbon taxes are so far uncommon, there are many policies that have similar effects but (for political reasons) avoid using the words 'carbon' and/or 'tax', (Rabe and Borick, 2012). Taxes on fuels, especially transport fuels are very common. While narrower in scope, they nevertheless cover a significant fraction of emissions in many countries. They can be interpreted as sectoral carbon taxes; in some countries this is clearly stated as an objective of fuel taxes, in others it is not. Fuel taxes may be politically easier to implement in some countries since (private) transport is hardly subject to international competition and hence leakage rates are low. A large share of all revenues from environmentally related taxes in fact come from fuel taxes, which were introduced in various countries, beginning with Europe and Japan, though they are also common in low income, oil-importing countries. One of their main stated purposes is to finance road building, although additional arguments include reducing expensive imports, government revenue raising, and reducing environmental impacts. Irrespective of the motivation, the effect of carbon taxes on fuel is to raise prices to consumers and restrict demand (see Section 15.5.2.2). Fuel taxes are important for climate change mitigation since the transport sector represents a large and increasing share of carbon emissions (27 % of global energy-related $CO_2$ emissions in 2010 — see Section 8.1). Theory, simulation, and empirical studies all suggest strongly that taxing fuel is a lower cost method of reducing emissions compared to policies such as fuel efficiency mandates, driving restrictions, or subsidies to new technologies[4] (Austin and Dinan, 2005). However, consumers who buy vehicles may be unable to correctly internalize the long-run savings of more fuel-efficient vehicles. This would be considered a 'barrier' and would provide motivation for having fuel efficiency standards in addition to fuel taxes (see Section 15.5.4).

Variation in fuel prices is generated by subsidies as well as taxes. Fossil fuel subsidies are prevalent in many countries, being most common in oil and coal producing countries. According to the International Monetary Fund (IMF) (2013), the Middle East and North Africa region accounts for around 50 % of global energy subsidies. In 2008, fossil fuel subsidies—for transport fuels, electricity, tax breaks for oil and gas production, and for research and development into coal generation, exceeded $USD_{2010}$ 489.1 billion globally (IEA/OECD, 2011). A more recent estimate by the IMF (2013) puts the figure at $USD_{2010}$ 469.5 billion or 0.7 % of global GDP in 2011. This is a pre-tax estimate and includes petroleum products, electricity, natural gas, and coal. A large share is in the fossil fuel exporting countries. After factoring in negative externalities, through corrective taxes, the IMF reports $USD_{2010}$ 1.85 trillion in implicit subsidies. This figure assumes damages corresponding to a USD 25/t social cost on carbon, consistent with United States Interagency Working Group on Social Cost of Carbon (2010). 'Advanced economies' make up 40 % of the global post-tax estimate. Reviewing six major studies that estimate fossil fuel subsidies, Ellis (2010) notes that removal of such subsidies would increase the aggregate GDP in OECD and non-OECD countries in the "range from 0.1 per

cent in total by 2010 to 0.7 per cent per year to 2050 (Ellis, 2010)." The studies reviewed include both modelling and empirical exercises.

### 15.5.2.2    Environmental effectiveness and efficiency

Assessing the environmental effectiveness of carbon taxation is not straightforward because multiple instruments and many other factors co-evolve in each country to produce policy mixes with different outcomes in terms of emissions. For example, energy taxes varying by sector have been prominent in the Nordic countries since the 1970s with carbon taxes being added on in the early 1990s. Ex-post analyses have found varying reductions in $CO_2$ emission from carbon taxes in Norway, Sweden, Denmark, and Iceland, compared to business-as-usual (see Andersen (2004) for an extensive review of these studies and their estimation techniques).

The UK's Climate Change Levy (CCL), introduced in 2001 on manufacturing plants and non-residential energy users (offices, supermarkets, public buildings, etc.), has had a strong impact on energy intensity (Martin et al., 2011). Electricity use, taxed at a rate of about 10 %, declined by over 22 % at plants subject to the levy as compared to plants that were eligible to opt out by entering into a voluntary agreement to reduce energy use. There was no evidence that the tax had any detrimental effect on economic performance or led plants to exit from the industry (Martin et al., 2011).

From 1990 to 2007, the $CO_2$ equivalent emissions in Sweden were reduced by 9 % while the country experienced an economic growth of +51 %. In Sweden, with the highest carbon tax (albeit with exemptions for some industrial sectors), there was a very strong decoupling of carbon emissions and growth with reductions in carbon intensity of GDP of 40 % (Johansson, 2000; Hammar et al., 2013). Per capita emissions in Denmark were reduced by 15 % from 1990 to 2005; the experience in Scandinavia, the UK, and the Netherlands was similar (Enevoldsen, 2005; Enevoldsen et al., 2007), (Bruvoll and Larsen, 2004), (Cambridge Econometrics, 2005), (Berkhout et al., 2004; Sumner et al., 2011; Lin and Li, 2011). Of course, many factors may be at play, and these differences cannot be attributed solely to differences in taxation. Overall, the evidence does suggest that carbon taxes, as part of an environmental tax reform, lead to abatement of GHG emissions, generate revenue for the government, and allow reductions in income tax threatening employment. Theory strongly suggests that if a tax is implemented then it would also be cost effective, but it is for natural reasons hard to demonstrate this empirically at the macro level.

There is much more evidence available on the environmental efficacy of fuel as compared to carbon taxation. In the short run, consumers may be locked into patterns of use by habit, culture, vehicle characteristics, urban infrastructure, and architecture. The short-run response to higher fuel prices is indeed often small—price elasticity estimates range between −0.1 to −0.25 for the first year. However long-run price elasticities are quite high: approximately −0.7 or a range of −0.6 to

---

[4]    See also Section 15.12 on climate finance.

−0.8. This range is the average found by surveys of hundreds of studies that use both market based variations in fuel price as well as policy induced variations and exploit both temporal and cross-sectional variations in the data; the individual study estimates range substantially more depending on countries or regions covered, time period, method and other factors (Oum, 1989; Goodwin, 1992; Graham and Glaister, 2002; Goodwin et al., 2004). In the long run, therefore, 10% higher fuel prices will ultimately lead to roughly a 7% reduction in fuel use and emissions. Income elasticities are about 1, which means that 5% growth in income gives 5% growth in emissions. If instead a 2% reduction is desired there is a 7% gap between the 5% increase and the −2% desired and a 10% increase in fuel price every year would be needed to achieve such a reduction in emissions with a 5% growth in income.

The long-run effects of transport fuel taxation have been large. Sterner (2007) shows that in Europe, where fuel taxes have been the highest, they have contributed to reductions in $CO_2$ emissions from transport by 50% for this group of countries. The whole Organisation for Economic Co-operation and Development (OECD) would have had 30% higher fuel use had not the European Union and some other members imposed high fuel taxes (i.e., if all the OECD countries had instead chosen to have low fuel taxes as in the United States). Similarly, the OECD could have decreased fuel use by more than 35% if all member countries would have chosen as high taxes as the United Kingdom. The accumulated difference in emissions over the years leads to a difference in several ppm in $CO_2$ concentration, presumably making fuel taxes the policy that has had the largest actual impact on the climate up till now (Sterner, 2007).

The environmental effect of a fuel tax is illustrated in Figure 15.2, where the fitted curve is from a log-linear regression of the emission intensity of liquid fuels on the price of diesel. The cross-country variation in diesel prices is mostly due to variation in taxes (and in some cases, subsidies). Figure 15.2 suggests that the effect of a change in the price of a fuel on emissions is greater at low prices. This is intuitive,

since fuel will be consumed wastefully when it is cheap, allowing for greater demand reductions when the price rises.

Though there are few clean experiments, the market continuously creates 'quasi-experiments' which are analogous to the introduction of policies. Increased fuel prices in the USA in 2008, for instance, led to a shift in the composition of vehicles sold, increasing fuel-efficiency, while also reducing miles travelled (Ramey and Vine, 2010; Aldy and Stavins, 2012).

Other price instruments that have been used in the transport sector are congestion charges, area pricing, parking fees, and tolls on roads or in cities. These have been used to reduce congestion; emission reduction is a co-benefit. The $USD_{2010}$ 15.4 congestion fee in London led to reductions in incoming private cars by 34% when introduced. Overall congestion was also estimated to have been reduced by 30%, and emissions fell (Leape, 2006). The smaller ($USD_{2010}$ 2.6) congestion fee in Stockholm reduced total road usage by 15% (Johansson et al., 2009).

Reducing subsidies to fossil energy will have a significant impact on emissions. Removing them could reduce world GHG emissions by 10% at negative social cost by 2050 (Burniaux and Chateau, 2011).The IMF calculates that the removal of these subsidies induce a 15% reduction in global energy related carbon emissions or 5 billion $tCO_2$ in absolute terms and concludes that the post-tax estimate of $USD_{2010}$ 1.85 trillion in subsidies is 'likely to underestimate' energy subsidies due to the assumptions made, hence the impact on carbon emissions is likely to be higher. Ellis (2010) reports a range of effects from just a few percent to 18% by 2050 depending on the size of the subsidy reduction.

Recognizing the potential impact of a reduction in subsidies to fossil fuels, the G20 and APEC blocks agreed in 2009 to phase out inefficient fossil fuel subsidies in all countries (G20 Leaders, 2009).

In China, the energy saving policies adopted in 1991, the 1998 Law on Energy Conservation, and the 2004 Medium and Long Term Specific Schema on Energy Saving, led to higher energy prices and explain half the decline in energy intensity of Chinese industries between 1997 and 1999, while R&D accounted for only 17% of the decline (Fisher-Vanden et al., 2006; Yuan et al., 2009).

### 15.5.2.3   Distributional incidence and feasibility

Although fuel taxes have often been criticized for being regressive (that is, for imposing a proportionally higher burden on the poor), this is not always the case. There are large variations in distributional impacts both within and between social groups  the effects range from regressive or progressive (Rausch et al., 2010, 2011); see also 6.3.5.2.

Studies of the distributional incidence of fuel taxes show that they may be neutral or weakly regressive (before revenue recycling) in rich countries, but they are generally progressive in poor countries. In many



**Figure 15.2** | The impact of average diesel prices across the world on the emissions intensity of liquid fuels.

15

least developed and developing countries such as India, Indonesia, China, and many African countries, the progressivity of fuel taxes is in fact quite strong. In Europe they are approximately neutral (Sterner, 2012). Carbon taxation can sometimes have regressive effects prior to recycling revenue, but recycling can make the poorest households better off. Generally, the degree of progressivity can be selected depending on the method of recycling revenues. The environmental taxation gives rise to government income that can be allocated in ways that either benefit the poor or any other group giving a considerable range of options for how progressive or regressive the politicians want to make the overall package (Bureau, 2011).

The distributional effects of other taxes vary significantly. Kerosene taxes in developing countries are regressive since kerosene is used predominantly by the poor (Younger et al., 1999; Gangopadhyay et al., 2005; Datta, 2010). This regressivity may also apply to taxes on electricity or coal. The distributional effects of a more general carbon tax will depend on the mode of implementation with respect to different fuels and sectors and typically be more complex than for a single fuel, since the potential substitution possibilities are many. Results vary, but for instance, Hassett et al. (2009) finds a carbon tax to be regressive in the USA, showing that the cost is about 3.74 % for the poorest decile four times the effect on the highest decile. In India, on the other hand, a carbon tax would be progressive (Datta, 2010). The pro- or regressivity of carbon taxes will vary between countries but can also be affected by design, as shown for instance by Fullerton et al., (2012) or Sterner and Coria (2012).

The assertion that fuel taxes are regressive is often used as an argument and can make fuel taxes politically difficult to implement even if not true. Feasibility is however not tied in any simple way to income distribution effects. If a tax is progressive, this does not necessarily increase feasibility since this means that the interests of influential groups are affected, which may be a much bigger impediment to feasibility (Datta, 2010). Fear of social unrest may hold up subsidy removal. Protests over reduced petrol subsidies are common; for example, recently riots erupted in Nigeria when President Jonathan Goodluck tried to eliminate very costly petrol subsidies with only partial success. Some countries such as Iran and Indonesia have recognized that fuel subsidies actually accrue to the relatively wealthy and managed to successfully reduce the subsidies without much unrest, by making sure that revenues saved are spent fairly—for instance through general lump-sum cash transfers (Coady et al., 2010; Atashbar, 2012; Sterner, 2012; Aldy and Stavins, 2012).

### 15.5.2.4    Design issues: exemptions, revenue recycling, border adjustments

As mentioned above in 15.5.2.1, despite the attractive efficiency properties of a broad carbon tax, and even its progressivity in many circumstances, it may face political resistance. To have a big effect on emissions a tax must be high. Carbon and fuel taxes have often been initially resisted, but once introduced it seems the fee level has often been increased, (Sumner et al., 2011b). Another factor may be a path dependency since the taxes reduce the use of fossil fuel and lower fuel use means less opposition to fuel taxes, (Hammar et al., 2004). This path dependency may be the rationale for raising the fuel or carbon taxes slowly and steadily as done by the Conservative government in the UK with the Fuel Price Escalator starting in 1993, a policy that was continued under the successor Labour government for several years.

An emissions tax involves a transfer from economic agents to the state, namely the tax revenue from the residual emissions that are not abated. Private parties have to make this transfer in addition to bearing the cost of actually reducing emissions. There are a number of approaches to designing a tax (or fee) so that the transfer does not take place and resistance from incumbent polluters is reduced.

One approach is simply to exempt certain carbon-intensive industries—such as heavy industry in Sweden, as mentioned earlier. Such policies with incomplete coverage are less cost efficient than general policies (Montgomery, 1972 and Chapter 6.3.5.1). This lack of efficiency applies not only to carbon emissions—it applies even more broadly to agriculture, forestry and to other climate gases such as methane or nitrous oxide (Bosetti et al., 2011). However, narrow sectoral policies may be politically more feasible due to concerns about international competitiveness, the structure of winners and losers, and consequent lobbying (Holland et al., 2011).

A related approach that tries to avoid the loss of coverage is to exempt some firms from taxes conditional on their undertaking emission reduction commitments. In Denmark, for example, companies signing an energy savings agreement with the government received a 25 % tax reduction (OECD, 2001; Agnolucci, 2009; Sumner et al., 2011; Ekins and Speck, 2011; Aldy and Stavins, 2012). Similarly, in the UK some firms may sign Climate Change Agreements (CCA) to reduce emissions that exempt them from the CCL. This experience offers a cautionary tale: on average the agreements did not require firms to reduce emissions beyond what they would have done anyway (Martin et al., 2011). Conditional exemptions amount to unconditional ones if the conditions are lax.

Yet another approach to avoiding a large transfer to the state is to recycle all or part of the tax revenue. In the Canadian province of British Columbia, revenue from the broad carbon tax of $USD_{2010}$ 29.1/t$CO_2$ is fully rebated to the general population via income tax cuts and transfers to low-income people who do not pay income tax. British Columbia raised the tax gradually in increments of $USD_{2010}$ 4.8/t$CO_2$ annually to its current level (Jaccard, 2012).

Sometimes revenues are recycled to firms in emission-intensive industries. Again, this relies on identifying the recipients, so it is usually confined to a few sectors with the attendant disadvantages mentioned above. Refunded emission payments and other combinations of taxes and subsidies may be designed to be neutral so that, for example, the

industry pays the cost of abatement but does not pay a tax for the allowed or reference level of pollution (Fischer, 2011). One expression of this is fees, which are collected in environmental funds and subsequently used in ways that benefit the polluters. An example from $NO_x$ emissions in Sweden is that a refunded emission payment may be politically more acceptable and thus environmentally more effective than simply a tax. Since the fee is refunded (in proportion to output), there is considerably less resistance to the fee and it can be set much higher than what would have been acceptable for a pure tax. Norway has pioneered another instrument for $NO_x$ emissions—taxes are refunded to cover abatement expenses. This implies a combination of a tax on emissions with a subsidy on abatement. Experience shows that a lower fee can achieve the same result with this instrument design as a tax (Fischer, 2011). Norway is considering promoting similar solutions for carbon emissions (Hagem et al., 2012). The drawback of such schemes for reducing carbon emissions is that their sectoral nature reduces coverage and raises costs.

Abatement subsidies have also been financed out of general revenues. Abatement subsidies need to be financed through tax revenues. The taxes needed to finance the subsidies in general involve a marginal excess burden. This deadweight loss is an extra cost of subsidies relative to emissions taxes. Furthermore, there is an efficiency penalty due to their sectoral nature. If applied to firms, subsidies may create perverse incentives to enter or to fail to exit from, a polluting industry, and raise costs (Polinsky, 1979). Perhaps for such reasons, they are seen in residential and commercial sectors, for instance, tax breaks are provided for building insulation or refurbishing. There are also white certificates and innovative financing schemes that allow loans to be repaid as part of electricity bills (See Section 9.10 for further discussion).

Another reason for tax exemptions is to avoid a loss of competitiveness in industries exposed to foreign competition that is not subject to taxation or equivalent policies. A pure tax (at a high level) may incentivize industries to move to neighbouring countries. This is known as 'leakage', since emissions `leak' to jurisdictions not subject to taxation. It is generally hard to find decisive empirical evidence of carbon leakage, though this may be partly because high carbon taxes have not been tried in any significant way for trade-exposed sectors. As discussed in Chapter 5, some simulations suggest that there could be sizeable effects (Elliott et al., 2010). Though the overall effects of border tax adjustment on leakage are subject to debate (see Jakob et al., 2013), a recent model comparison suggests that full border tax adjustments would moderately decrease leakage rates from on average from on average 12 to 8% (Bohringer et al., 2012). Border tax adjustments are taxes levied on imported goods that impose equivalent taxes on emissions `embedded' in the goods. Aichele and Felbermayr (2011) find that sectoral carbon imports for a committed (i.e., taxed) country from an uncommitted exporter are approximately 8% higher than if the country had no commitments and that the carbon intensity of those imports is about 3% higher. When measurement of embedded emissions is uncertain, border tax adjustments can be criticized for introducing trade barriers in environmental guise (Holmes et al., 2011).

Leakage can also occur intertemporally. As shown by Sinn (2008, 2012), a carbon tax might not only encourage demand in other areas. There may also be a perverse supply side reaction (referred to as the Green Paradox) increasing the current supply of fossil fuels in anticipation of rising carbon taxes. Subsequent research (Gerlagh, 2011; Hoel, 2012) has shown that, strictly speaking, this only applies to very simplified and special models with complete exhaustion of all fossil fuels (which would lead to very drastic climate change) and also only to models in which the carbon tax actually starts low and rises faster than the discount rate. A number of conclusions can be drawn from the debate: (1) generally, the supply side should not be neglected; (2) if a tax is used, there are arguments for making it high rather than low and fast-growing; and most importantly, (3) instruments used need to cover as many countries and sources as possible. It may be difficult to find a single optimal tax, and it may be necessary, rather to formulate a tax rule that will decide how the tax rate is to be updated (Kalkuhl and Edenhofer, 2013).

### 15.5.3    Emissions trading

#### 15.5.3.1    Overview of emissions trading schemes

Over the past three decades, emissions trading, or cap and trade, has evolved from just a textbook idea (Dales, 1968) to its current role as a major policy instrument for pollution control. Earlier experiences with emissions trading include schemes such as the California RECLAIM Program and the US Acid Rain Program (Tietenberg, 2006; Ellerman et al., 2010).

But since the start of the EU carbon trading system (See Section 14.4.2), several countries and sub-national jurisdictions (e.g., New Zealand, Australia, California, northeastern United States, Quebec, South Korea, Tokyo, and five cities and seven provinces in China) have also put in place or proposed trading schemes to control their carbon emissions. This section provides a brief overview of the literature (see further Perdan and Azapagic, 2011; Aldy and Stavins, 2012) and draws lessons for the design of carbon trading programmes.

#### 15.5.3.2    Has emissions trading worked?

We begin by assessing environmental effectiveness. There were three GHG cap-and-trade programmes that were operational[5] by 2012 (Newell et al. 2013). The EU ETS, reviewed in 14.4.2, is by far the largest. Emissions are estimated to have fallen by 2–5% relative to business-as-usual in the first pilot phase from 2005–2007 (Ellerman, Convery, De Perthuis, et al., 2010). Similarly, Egenhofer et al., (2011) attribute

---

[5]   California and Quebec started recently in 2013, as did Australia with its 'fixed-price' or tax period; trading starts 2014 and S Korea starts even later. None of these can be evaluated empirically at present.

**15**

reduction of emission intensity by 3.35 % per year in 2008–2009, in contrast to only 1 % in 2006–2007, to the EU ETS. Permit prices have fallen to around USD 10–15 in 2012 (Newell et al., 2013). Section 14.4.2 concludes that environmental effectiveness has been compromised to a large extent by a structurally lenient allocation of permits that was driven by the necessity for institutional and political feasibility.

The Regional Greenhouse Gas Initiative (RGGI), (see 15.5.3.3) has been ineffective since the cap has never been binding and is not expected to become so for several years (Aldy and Stavins, 2012). The third, much smaller, New Zealand ETS, appears to have had a small impact on emissions (Bullock, 2012). The last of the emissions trading schemes in GHGs, the Clean Development Mechanism (CDM), was an offset programme, not a cap-and-trade scheme. Section 13.13.1.2 finds that there are many challenges when it comes to additionality, baseline definition and leakage but possibly some advantages from the viewpoint of generating income in developing countries.

This experience shows that it is has been very difficult to get a cap-and-trade programme for GHGs enacted with a cap tight enough to have a significant environmental effect, at least initially. Other programmes (notably for the whole USA) that have been suggested have not made it through the political process. It is unclear to what extent this issue is peculiar to ETSs but there is a similar if not stronger opposition to the other major economic instrument, carbon taxation. One of the advantages claimed for an ETS is a greater option of allocating rights to appease opponents of a tax scheme. Hence there is a tradeoff between feasibility, distributional effects, and environmental effectiveness at least in the short run. Older non-GHG cap-and-trade programmes such as the SO$_2$ and leaded petrol phase-out programmes in the United States have been environmentally effective (Tietenberg, 2006; Schmalensee and Stavins, 2013).[6] It may be that any policy instrument stringent enough to have a significant environmental effective programme may have faced opposition in the particular circumstances. One possible lesson for design may be to build a price ceiling into any proposed cap-and-trade programme. In that case, the concern that a tight cap would lead to very high costs, would be alleviated and may make it politically feasible to have a somewhat more ambitious cap (Aldy and Stavins, 2012).

Cost-effectiveness is the main economic rationale for using emissions trading as opposed to simpler regulation. The experience with regard to GHG programmes is too limited to draw any conclusions yet. As in many of the earlier markets, cost savings in the US Acid Rain Program—an allowance trading system established in 1995 to control SO$_2$ emissions from coal-fired plants in the continental United States—were substantial (Carlson et al., 2000; Ellerman et al., 2000).

Cost savings in this programme came not only from equalizing marginal costs across affected electric utility units on a period-by-period basis but also from equalizing (present value) marginal costs intertemporally as firms have saved current permits for future use in what is known as banking of permits. According to (Ellerman and Montero, 2007), the use of banking has been substantial and remarkably close to what would be expected in a well-functioning market. Recently, the price has collapsed to zero also in this market as the Environmental Protection Agency (EPA) has used other instruments to push for further reductions.

Banking has also been responsible for a large part of the significant cost savings in the US Lead Phasedown Program, a trading scheme established in 1982 to provide refineries with flexibility to gradually remove lead from gasoline. In addition to banking, cost savings in this program were driven by dynamic efficiencies, i.e., the faster adoption and/or development of more efficient refining technologies (Kerr and Newell, 2003). In contrast, dynamic efficiency has played a minor role in explaining cost savings in the US SO$_2$ allowance program (e.g., Ellerman et al., 2000; Fowlie, 2010; Kumar and Managi, 2010).

The introduction of a price on carbon through either a carbon tax or cap-and-trade can have substantial distributional consequences. Extensive analyses of these effects have been conducted in the US context. Burtraw et al. (2009) illustrate in the context of a trading programme that the outcome for the average household will depend much more importantly on the use of the value associated with emissions allowances than with the actual stringency of the regulation. For example, lump sum dividends or some kinds of tax reform can be progressive. Similarly Hassett et al. (2009) find that the degree of regressivity is much reduced when a lifetime measure of income is used. Parry (2004) shows in an analytical framework that emissions trading can be regressive, especially if implemented with free allocation to incumbent emitters (grandfathering). Bovenberg et al. (2005) find that profits can be maintained throughout the economy by freely allocating less (sometimes considerably less) than 25 % of pollution permits, with the rest auctioned. These considerations are very similar for tax or cap-and-trade systems. Granting greater than this quantity for free would lead to windfall profits. In simulation modelling of the US electricity market, Burtraw and Palmer (2008) find that it would be sufficient to allocate just 6 % of the allowances to the electricity industry to offset costs under a CO$_2$ trading programme because a majority of costs are borne by consumers; greater allocation would again lead to windfall profits. Hassett et al. (2009) examine regional effects and find them not to be very significant. Blonz et al. (2012) show that even if programmes are regressive, social safety nets, which adjust automatically to inflation, generally protect low-income groups in the United States, and middle income groups may be most vulnerable.

It should be noted that the experience with emissions trading, whether for greenhouse gases or other, non-climate-related pollutants, has been wholly in high-income countries. Coria and Sterner (2010) describe some success for air pollution in a middle income country like

---

[6] Note that there is literature (e.g., Lohmann, 2008) much less enthusiastic about the concept of emissions trading for reasons of justice and environmental integrity, among others, and more so after the current collapse of carbon prices in the EU-ETS (Lohmann, 2008).

Chile but it is unclear to what extent these can be transferred to developing countries.

### 15.5.3.3   Sector coverage and scope of the cap

A key component in a trading scheme is establishing the pollutants (e.g., greenhouse gases) and entities that will be regulated. There are several factors that may affect this decision: (1) the quality and cost of emissions measurement and verification, (2) the ability to target sectors with the greatest mitigation potential, (3) the ability to broaden the coverage to unlock low-cost mitigation opportunities, (4) the political and institutional feasibility of including certain sectors, and (5) the interactive effects the cap may have with other policies.

In most trading schemes, the affected sources are relatively large emitting sources whose emissions have been closely monitored (smaller sources are often regulated with alternative instruments). This applies to the earlier programmes (e.g., Acid Rain, RECLAIM, Lead Phasedown)[7] but also in carbon markets. In other words, there are few cases in which the point of obligation has been upstream, i.e., different than the emitting point. The trading scheme in Australia, launched in 2012, covered 373 entities comprising approximately 60 % of Australia's GHG emissions. Electricity generation, industrial processes, fugitive emissions, and non-legacy waste are under permit liability (Clean Energy Regulator, 2012). Small-scale stationary fossil fuel use (especially gas) is covered by upstream permit liability on fuel distributors. Liquid fuels used in aviation/shipping and synthetic GHGs are subject to an equivalent carbon price through changes to existing taxes. Agriculture and forestry can produce offset credits (Macintosh and Waugh, 2012; Caripis et al., 2012).[8]

Coverage in the carbon-trading scheme in New Zealand, is the most comprehensive and covers all GHGs and all sectors. It has expanded in stages from the forestry sector (in January 2008) to fossil fuels and industrial emissions (in July 2010), and will cover the waste sector in May 2014. The agricultural sector must report emissions since January 2012 but a decision on when it will face surrender obligations has not yet been made. This is the only national emissions trading scheme to include forestry, and is intended to shift land-use change decisions towards greater carbon sequestration and less deforestation (Karpas and Kerr, 2011; Adams and Turner, 2012). Coverage is also scheduled to expand in stages in the recently launched carbon market in California (Hanemann, 2009). In the first compliance period, which runs from 2013–2014, electricity generating and industrial facilities that

exceed 25,000 tonnes of $CO_2$eq per year will be obligated to abide by the agreement; the second period (2015–2017) adds distributors of transportation, natural gas, and other fuels; and the third period (2018–2020) adds transportation fuels (CARB, 2011). All major sources will be covered over time, which will represent an equivalent of 85 % of California's GHG emissions (CARB, 2011). Offset projects are foreseen in forestry management, urban forestry, dairy methane digesters, and the destruction of ozone-depleting substances.

There are other carbon markets that are less ambitious in scope. The trading scheme in Tokyo, launched in April 2012, includes 300 industrial facilities—which in total consume at least 1,500 kl of crude oil equivalent per annum—and a combined 1,000 commercial and institutional buildings. In aggregate, this is equivalent to only 20 % of Tokyo's total $CO_2$ emissions (Partnership for Market Readiness, 2012). Though the programme may be limited in scope, it is one of the first programmes in the world to address emissions from urban buildings, which can be quite significant (Nishida and Hua, 2011). The Regional Greenhouse Gas Initiative (RGGI), a cap-and-trade programme initiated in 2009 and that covers nine Northeast and Mid-Atlantic states in the United States (Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New York, Rhode Island, and Vermont), only regulates $CO_2$ emissions from power plants.

### 15.5.3.4   Setting the level of the cap

The cap defines the stringency of the trading scheme. Naturally, the permit prices also depend on many circumstances such as the economic growth. In many of the trading programmes reviewed above, the caps appear however to have been set below what would lead to efficient levels of abatement—since the allowance prices (the marginal abatement costs) have ended up below most estimates of the marginal environmental benefits from abatement. The RECLAIM Program which covers $NO_x$ and $SO_2$ is an example as are the acid rain and lead phase-out programmes. It should be noted, however, that to varying extents, carbon trading programmes include mechanisms to tighten the cap gradually.

Caps in the carbon markets have slower reductions maybe because of higher short-term mitigation costs. In the Australian scheme, there is no cap on emissions during the initial so-called 'fixed price phase' (2012–2014) but a price that rises from AUS 23.00 per tonne in 2012/2013 to AUS 25.40 in 2014/2015. The fixed price scheme, has many of the characteristics of a tax and offered advantages in the specific political circumstances that failed to agree on an emissions target but not on a price (Jotzo et al., 2012) hence preferring implicitly uncertainty on emissions rather than on the price (Jotzo and Betz, 2009; Jotzo and Hatfield-Dodds, 2011; Pearce, 2012). The fixed price period naturally established a price signal and provided time for important elements of the flexible price period to be implemented, such as an auction platform. Starting with the first flexible-price phase (2015–2018), the government will set annual caps for five-year peri-

---

[7]   An exception is the market for particulates established in Santiago-Chile in 1992 for industrial sources (Montero et al., 2002). The trading commodity was not actual emissions, which were difficult to monitor on a daily basis, but a firm's maximum capacity to emit.

[8]   For more see Section 7A of the National Greenhouse and Energy Reporting Act 2007 (National Greenhouse and Energy Reporting Act 2007, 2007). The carbon market in South Korea, to start in 2015, will cover around 450 large facilities and about 60 % of the country's GHG emissions (Kim, 2011).

15

ods, extending the cap by one year every year. A default cap (associated to a GHG emissions reduction of 5% from 2000 levels by 2020) will apply in the event the parliament cannot agree on a cap (CAUS, 2012).

New Zealand, on the other hand, has operated within the Kyoto cap for 2008–2012 by requiring every unit of emission to be matched by a Kyoto unit at the end of the Protocol's true-up period. For 2012 and forward, the government has proposed legislative amendments to introduce a domestic cap and remove the requirement to back domestic emission with Kyoto units (NZME, 2013).

The cap in the California scheme is set in 2013 at about 2% deviating under the projected level for 2012, and then drops about 2% in 2014 and about 3% from 2015 to 2020 on an annual basis (4% of allowances will be held in reserve to contain costs). The Regional Greenhouse Gas Initiative has introduced a 'soft' fixed cap from 2009 to 2014 to decline by 2.5% per year. Economic growth and natural gas prices have been lower than expected, so it is unlikely that the cap becomes binding by 2020 (Aldy and Stavins, 2012).[9]

#### 15.5.3.5    Allocations

Permits have been allocated either by auction, or have been given away for free. In the latter case, allocation has been proportional to past emissions or output (i.e., grandfathered) or proportional to current output. Earlier programmes relied almost exclusively on grandfathering. The $SO_2$ allowance programme allocated less than 3% of the total cap, through revenue-neutral auctions; mainly to provide an earlier and more reliable price signal to participants (Ellerman, Convery, De Perthuis, et al., 2010). Some of the recent carbon markets also provide free allocations because of concerns about emissions-intensive trade-exposed industries. In fact, the programme in New Zealand considers a very limited amount of auctioning (although increasing over time) unlike RGGI, which allocates the vast majority of permits through auctions (the softer cap in RGGI may explain the difference). Australia and California are somewhere in the middle in terms of auctioning, roughly 50% and 80% respectively.

The Californian and Australian schemes also make explicit output-based (free) allocation rules for energy-intensive, trade-exposed sectors, where recent production determines firm-level allocation. The Australian experience on this matter has also shown the influence that industry lobby groups can have in policy design (Garnaut, 2008; Pezzey et al., 2010) and how politically involved this can become (Macintosh et al., 2010).

#### 15.5.3.6    Linking of schemes

Linking occurs when a trading scheme allows permits from another trading programme to be used to meet domestic targets. Such linkages can be mutually beneficial as they can improve market liquidity and lower costs of compliance. However, these benefits need to be weighed against challenges like losing unilateral control over domestic design and being subject to international price movements. Linking, however, involves certain tradeoffs in terms of exposure to international prices and loss of flexibility to unilaterally change features in the domestic design once links are established. International linkage of trading schemes might be simpler than harmonizing carbon taxes through international agreements (Karpas and Kerr, 2011). There is however, not general agreement on this point; to the contrary, agreements on taxes might avoid the most contentious baseline issues see for instance Nordhaus (2007).

The experience with linking is limited because carbon markets are relatively recent. One example of a linking process is the ongoing collaboration, since 2007, between California and the Canadian province of Quebec, which will both place compliance obligations on large emitters under their trading schemes beginning in January 2013 and continue negotiations for a full linking of the two schemes later on in 2013 (CARB, 2011). Another example is the announcement in 2013 of an Australia-EU ETS link by 2018 preceded by a transition phase in which Australian installations can use EU-Allowances for compliance from 2015 on. Interestingly, Australia is also exploring ways for establishing links with schemes in South Korea and California, which, de facto, would create links between all these trading schemes.[10] We do not yet know if linking schemes without prior commitment on overall caps will facilitate or complicate future negotiations on the caps.

#### 15.5.3.7    Other design issues: banking, offsets, leakage, price volatility and market power

There are additional, important, aspects of policy design on which we can only briefly touch here. Unlike borrowing, banking of permits for future use is a feature used in many trading schemes with good results in terms of cost savings and environmental benefits (i.e., absence of emission spikes and acceleration of emission reductions). A well-documented example is the US $SO_2$ allowance programme (Ellerman and Montero, 2007). A dramatic example of volatility is given by the RECLAIM programme where in the summer of 2000 permit prices that began under USD 5,000 per ton of $NO_x$ increased abruptly in price to almost USD 45,000, leading to a relaxation of the cap see Metcalf (2009). Offsets, the possibility of using emission credits outside the capped sectors either domestically or internationally (e.g., CDM or REDD), is another design feature common in most trading

---

[9]    There is a proposal from the RGGI states, however, to reduce the cap in 45% by 2020 (Regional Greenhouse Gas Initiative, Inc., 2013).

[10]    The firm intentions of New Zealand and Australia about linking their systems came to a sudden end after the latter announced it was linking its system to the EU ETS.

schemes but of much concern because of the well-known tension between cost-effectiveness and additionality. One way to somewhat assuage this tension is to move away from a project-based crediting approaches (e.g., CDM) to scaled-up approaches—to the level of the sector, jurisdiction or country. Offset provisions, if well designed, can also help alleviate the 'leakage' problem of moving emissions from capped to uncapped sectors. An alternative design option to address leakage might be to use output-based allocation rules although this will raise concerns related to output subsidy. Another problem is market power specific to permit trading which has been the subject of much research since the work of Hahn (1984). It seems, however, that market power is less of a problem than anticipated (Liski and Montero, 2011), also confirmed by findings from laboratory experiments (Sturm, 2008).

### 15.5.3.8    Choice between taxes and emissions trading

Regarding the choice between taxes and tradable permits, longstanding economic theory (Weitzman, 1974; Hoel and Karp, 2001, 2002; Newell and Pizer, 2003) suggests that in the presence of uncertainty about the marginal cost of emission reduction, for a stock pollutant like $CO_2$, a carbon tax is more economically efficient than a tradable permit system. According to the Weitzman intuition, a tax is preferred since the benefits curve is fairly flat for a stock pollutant (this result could be changed in the presence of a major threshold effect). The reason is essentially that when there is a negative shock to the cost of emission reduction, as has been the case in the EU following the economic slowdown that began in 2008, cost efficiency calls for doing more abatement, with less being done at other times when the abatement cost is higher. This is achieved with a tax, but not with a cap that is fixed in each period. The slump in the carbon price in the EU ETS is thus suggestive of a loss of cost-effectiveness.

In the very long run there may be more uncertainty about the level of an optimal tax than about a quantity target and policymakers may then prefer to legislate a long-run abatement target in a cap-and-trade system. As seen above, this can entail short-run efficiency losses and it would be desirable to allow flexibility with regard to annual caps that would add up to the long run target, but concerns about credibility mean that such flexibility must be severely limited. As shown in Chapter 2 (Section 2.6.5), there is a literature on regulatory uncertainty that shows extra costs deriving from the hesitancy by investors in the face of all regulatory uncertainty but in particular perhaps, when it comes to cap-and-trade systems.

To prevent a large loss of efficiency in a cap and trade-system, and to avoid exceptionally high price volatility that deters investment, price floors and ceilings can be used, although care would be needed in design to avoid breaching the integrity of the cap. Banking and borrowing of permits (see Section 15.5.3) are another means of providing intertemporal flexibility in abatement as are the availability of credit reserves or of offsets.

As explained in Section 15.7, a tax can be used in conjunction with other policy instruments while a cap-and-trade system either renders the other policies environmentally irrelevant or is itself rendered environmentally irrelevant by them. This is a major concern when decision making takes place at several levels.

As discussed in Section 15.5.2.4, the issues of intertemporal (and spatial) leakage discussed in the green paradox literature would appear to give preference to cap and trade over taxes but this is partly a simplification. The green paradox mainly exists in oversimplified models and poorly designed tax schemes. There are however, lessons from this literature concerning design details. For example, one might prefer high taxes that grow slowly to low taxes that rise very fast, and one might be careful with too much flexibility, particularly borrowing in permit systems. Kalkuhl and Edenhofer (2013) compares four policies, (1) a conventional Pigouvian carbon tax, (2) a carbon tax rule (that adjusts the tax level dependent on GHG concentrations), a permit trade (3) with or (4) without banking and borrowing) in the context of a (weak) green paradox setting with respect to three different criteria: the informational burden for the government, the commitment problem of the government, and the robustness of the policy with respect to deviations in behaviour (discount rate) by agents in the economy. They find that a tax and a trading scheme without banking and borrowing have high informational requirements. The ETS with banking and borrowing shifts the timing problem of carbon emissions to the private sector, but does not work well if these have different discount rates from the regulator. The flexible tax rule or an ETS with restricted banking and borrowing can lead to an optimal allocation even in this case, but then again the informational requirements for the regulator are daunting.

One of the attractions of emissions trading schemes appears to have been that they may meet with less opposition from industry, which can be allocated permits for free. Taxation is often resisted by lobbies and sometimes for constitutional reasons. Taxation is also resisted by those who want a smaller government—in which case environmental fiscal reform (raising carbon taxes while lower other taxes) may be more acceptable. Another argument that has been made in favour of an ETS is that it may be easier to link permit schemes across borders than to agree on common taxes. Harmonization is advantageous, since it reduces costs (15.7). There is however, no general agreement on this. Some analysts believe the opposite, that it will be easier to link taxation systems within an international agreement (Helm, 2003; Nordhaus, 2007; Jaffe et al., 2009; Metcalf and Weisbach, 2011) and (15.8.1). Finally, linking cap-and-trade systems would automatically involve financial transfers between countries. These might be a benefit for low-income countries if they can be carbon-efficient and maybe less controversial than negotiated side payments but this hinges on agreement concerning the various country targets.

Finally taxes, unlike an emission-trading scheme, do not require a new institutional infrastructure to keep track of ownership of emissions allowances. This consideration may be especially important in developing countries.

**15**

### 15.5.4    Regulatory approaches

#### 15.5.4.1    Overview of the implementation of regulatory approaches

As discussed in Section 15.2, economy-wide carbon pricing, though widely discussed in the literature, has been rarely implemented. Those policies that have been implemented have often been sector-specific, and have often fallen in the category of a regulatory approach. Regulatory approaches are used across sectors, usually alongside other policies, as can be seen in Table 15.2. For example, Renewable Portfolio Standards (RPS), and energy efficiency standards may be combined with fuel subsidy reduction in the energy sector (Chapter 7). In the transport sector, vehicle efficiency and fuel quality standards are used alongside government provision of mass transit, and fuel taxes (Chapter 8). In the building sector, a number of complementary policies, such as appliance standards, labelling, and building codes are employed, along with tax exemptions for investment in energy-efficient buildings (9.9). In the industrial sector, energy audits for energy-intensive manufacturing firms are also regularly combined with voluntary or negotiated agreements and energy management schemes. Information programmes are the most prevalent approach for energy efficiency, followed by economic instruments, regulatory approaches and voluntary actions (10.11).

Several of these regulatory approaches often contain market-like features so that the distinction between regulatory approaches and economic instruments is not always sharp. Renewable Portfolio Standards programmes often, for example, allow utilities to satisfy their obligations by purchasing renewable energy credits from other producers, while feed-in tariffs involve both regulations and subsidies for renewable energy. Low-carbon fuel standards also sometimes incorporate market-like features including trading among suppliers.

Regulatory approaches play the following roles in mitigation policy. First, they directly limit greenhouse gas emissions by specifying technologies or their performance. Second, in sectors such as AFOLU (see Chapter 11) and urban planning (see Chapters 8 and 12) in which much activity is strongly influenced by government planning and provision, regulations that take climate policy into account are clearly important. These are discussed in further in Section 15.5.6. Third, regulations such as RPS can promote the diffusion and innovation of emerging technologies, a role that is examined in Section 15.6. Fourth, regulations may remove barriers for energy efficiency improvement. These may arise when firms and consumers are hindered by the difficulty of acquiring and processing information about energy efficient investments, or have split incentives as in landlord-tenant relationships.

Regulatory approaches have been criticized, both for being environmentally ineffective, and more strongly, for lack of cost-effectiveness, as the governments have limited information and may make govern-

mental failures in intervention (Helm, 2010; see also Section 3.8.2). Some are opposed to the regulations on libertarian philosophical grounds (Section 3.10.1.1). In what follows, we assess the environmental and cost effectiveness of regulatory approaches, largely focusing on short-run effects of energy efficiency policies that have been extensively studied. Long-run effects acting through technology development are assessed in Section 15.6. There is insufficient literature on distributional incidence and feasibility to underpin an assessment of these dimensions.

#### 15.5.4.2    Environmental effectiveness of energy efficiency regulations

Several prospective studies reviewed by Gillingham, Newell, and Palmer (2006) and one large ex-post study of US energy efficiency standards for appliances (Meyers et al., 2003) found substantial energy savings. Such savings have also been found in the building sector across countries (Section 9.10) in a study of best-practice building codes and other standards. Recently, econometric studies in the United States have also found energy reductions from building codes (Aroonruengsawat, 2012; Jacobsen and Kotchen, 2013). These studies also reported significant energy savings and related $CO_2$ reduction. Fuel economy standards for vehicles have also been successful in reducing fuel consumption in many countries (Anderson et al., 2011). Generally speaking, energy efficiency policies that address market failure can result in energy savings (7.10, 8.10, 9.10, Table 9.8, 10.10). Some case studies however, identified weak environmental effectiveness due to lack of implementation. Such examples were found for building codes and energy management systems.

Rebound effects need to be taken into account in interpreting these findings of environmental effectiveness of energy efficiency regulations. The rebound effect refers to the increase in energy consumption induced by a fall in the cost of using energy services as a result of increased energy efficiency. For detailed general discussion on rebound effects, see Sections 3.9.5 and 5.6.2. For sector-specific studies of rebound effects, see Section 9.6.2.4 for building sector and Chapter 8 for transport sector. With regard to appliance standards and fuel-economy regulations in the United States, environmental effects remain large even when taking the rebound effect into account (Gillingham et al., 2006; Anderson et al., 2011). More generally, direct rebound effects (within the regulated sector as a result of the fall in the cost of energy services) are commonly found to be in the range of 10 %–30 % in various sectors in developed countries, and higher in developing countries (Sorrell et al., 2009; Gillingham et al., 2013). Indirect rebound effects, which result from increased economic growth resulting from the fall in the cost of energy services, can be much larger. Reviewing claims of rebound effects in excess of 100 %, Dimitropoulos (2007) concluded that although the evidence base and methodologies were weak, the possibility of significant rebound effects could not be dismissed. A recent review suggests that total rebound effects are unlikely to exceed 60 % (Gillingham et al., 2013).

While the scale of the rebound effect varies, its presence suggests that complementary policies that include carbon pricing are called for so that mitigation is not compromised. Some countries, such as the UK, have begun to account for a direct rebound effect in energy policies (Maxwell et al., 2011).

Regulations such as emissions standards have also been criticized on the ground that they are less flexible than incentive-based approaches and may even provide perverse incentives and increase emissions under certain conditions like treating new units more stringently than old ones (Burtraw et al., 2010). Yet, recent modelling that incorporates institutional features of various policies in the United States, including the capacity to adjust the stringency of a regulation or a cap/tax, suggests that emissions standards may be more effective than cap and trade in reducing overall emissions (Burtraw and Woerman, 2013).

### 15.5.4.3   Cost effectiveness of energy efficiency regulations

Regulatory approaches are often implemented in contexts in which market failures or barriers to adoption of energy-efficient technologies exist. There is a considerable sectoral literature showing that energy efficiency regulations have been implemented at negative costs to firms and individuals, meaning that their value to consumers exceeded programme costs on average. In the transport sector, fuel economy standards have been shown to produce net cost savings over the life of the vehicle (Chapter 8.10). In the building sector, a range of energy efficiency policies including appliance standards and building codes have been found to have negative private costs (Table 9.8), (Gillingham et al., 2006, 2009a). In the industrial sector, a number of case studies on energy management systems and energy audit systems show that they have been cost effective (Chapter 10.10).

The cost effectiveness of such regulations has been the subject of heated debate. Economic theory points to the following circumstances in which regulations may be implemented with negative private costs. Buyers may have less information about the efficiency and cost of a device than sellers. They may not be able to assess the energy savings from an appliance even after using it. This can lead to a situation in which low-efficiency devices drive more expensive high-efficiency models out of the market. Efficiency standards in this setting can improve consumer welfare by reducing the informational asymmetry between buyers and sellers (Akerlof, 1970; Leland, 1979; Goulder and Parry, 2008). When competition is imperfect and sellers compete on both quality (efficiency) and price, then a minimum quality standard eliminates low-quality sellers from the market enhancing price competition among high-quality goods. This can make all consumers better off (Ronnen, 1991). Split incentives, as in landlord-tenant relationships, can lead to economically inefficient devices persisting in the market, absent intervention. For more details, see Box 3.10.

Individuals working in small workplaces often find it difficult to acquire and analyze information on energy efficiency (see 2.6.5.3 on human behaviour on energy efficiency). As a consequence, those individuals are prone to rely on intuition to make decisions. In many cases, analyzing the minimum cost actions given the price signal is too challenging, and thus cognitive costs may result in some consumers simply not taking operating (energy) costs into account at all while making their purchase decisions (Section 3.10.1.1). (Allcott, 2011) exhibits this case in a recent survey of US car buyers, 40 % of whom were shown not to consider fuel costs in their purchasing decision. This kind of consumer decision making can lead sellers to offer—and consumers to buy—less energy efficient products than if consumers could more easily compute the operating costs. Section 9.8 indicates that such barriers to energy efficiency are significant in the building sector. Regulation and information measures can help overcome these barriers.

Large firms have more resources than individuals to assess information on energy efficiency, and so may be more sensitive to carbon pricing. However, firms, especially small and medium enterprises, also face the barriers such as split incentive and lack of information. Governments may employ regulations (and information measures) to help correct this by implementing energy efficiency standards for equipment. See 3.10.1.2 for more on behaviour of firms on energy efficiency.

Although both the theory and empirical evidence detailed above show that policy interventions to remove barriers can have negative costs to firms and individuals, it has been argued that unaccounted labour and opportunity costs borne by governments, firms, and individuals involved in policy design and implementation process, as well as loss of amenity (for example, fuel economy standards may undermine other functions of cars, such as speed, safety, quality of air conditioning, and audio sets), result in understatement of regulatory costs. Such unaccounted costs are called 'hidden costs' (Box 3.10).

On the other hand, an ex-post evaluation of expected and realized costs of environmental regulations in the United States found that estimates of the unit cost of regulations by the regulator were overstated just as often as they were understated, while total costs were more frequently overstated (Harrington et al., 2000). Furthermore, Gillingham et al. (2006) note that in the United States, "even if unaccounted-for costs of appliance standards were almost equal to those measured, and actual energy savings only roughly half of those estimated, appliance standards still would yield positive net benefits on average" (Gillingham et al., 2006b). There may also be hidden benefits of regulations, (Sorrell, 2009), such as improved amenities and 'free drivers' (which would occur if nonparticipants were induced to invest in energy efficiency because others in the programme made such investments) induced by regulation (Gillingham et al., 2006). In conclusion, while it is clear that opportunities do exist to improve energy efficiency at negative private cost by regulations, the literature is divided as to what extent such negative private cost opportunities exist.

It is the social rather than the private costs of regulations, however, that are more relevant for public policy. This means that externalities need to be taken into account and co-benefits of policies, such as local air pollution reduction, would ideally be valued and subtracted from costs. Such externalities can be large. Muller, Mendelsohn, and Nordhaus (2011) found that the external costs of coal-fired utilities in the United States exceeded value-added in that sector. These and other costs and benefits have to be taken into account when evaluating policies.

## 15.5.5    Information measures

Information measures have been widely used in all sectors. To take typical examples, energy efficiency labelling for home electric appliances and thermal insulation of buildings, as well as carbon footprint certificates and public awareness initiatives are implemented in the building sector (9.10). Energy management systems, as well as government-assisted energy audits, either mandatory or voluntary, are used in the building, industry, and energy sectors (7.10, 9.10, 10.10). Mandatory reporting of GHG emissions is common for firms in the power and industrial sectors (7.10, 10.10), while labelling of automobile fuel economy is used in the transport sector (8.10). Sustainability certificate programmes are used in the forestry sector (11.10).

Regarding the environmental and economic effectiveness, a number of case studies in the building sector are shown for the energy efficiency labelling for home electric appliance, building label and certificates, energy audit programmes, and awareness raising campaign to stimulate behavioural change (see 9.10, Table 9.8). For energy efficiency, the role of information measures is the same with regulatory approaches, that is, to address market failure such as lack of information and split incentives. For details of the market failure and role of information measures, see Section 15.5.4.

While some studies mentioned above reported high economic and environmental effectiveness, the results are mixed in general, reflecting the wide diversity of the information measures, and it is not appropriate to draw a general conclusion. Note that some policy instruments, such as energy management systems and energy audit in the industrial sector that may fall either in regulatory approach and information measures, are also covered in the section on regulatory approach above.

Since information programmes typically provide information and leave it to firms or consumers to take appropriate action, those actions will usually only be taken spontaneously, or if they are perceived to have negative private costs economically. The discussion of hidden costs/benefits and rebound effects parallels that of regulatory approach, are covered in Section 15.5.4.

It should be noted that the role of information measure has been mostly supplementary to other policy instruments such as obligatory standards or much wider policy package as detailed in sector specific policy chapter (7.10, 8.10, 9.10, 10.10, 11.10). For example, energy efficiency labelling is often followed by energy efficiency standard as a single policy package. This also makes difficult to estimate the impacts of the information measure alone.

## 15.5.6    Government provision of public goods or services, and procurement

While formal assessment is difficult, it is clear that public provision and planning can and have played a prominent role in the mitigation of climate change at the national and sub-national levels, and in a wide range of industries including energy, transport, agriculture, forestry, and others. At the national level, government provision or funding is crucial for basic research into low and zero-emission technologies (see Section 15.7).

In the energy sector, the provision and planning of infrastructure, whether for electricity transmission and distribution or district heating networks, interconnectors, storage facilities, etc., is complementary to the development of renewable energy sources such as wind and solar energy (7.6.1.3). A modal shift from air to rail transport also requires public planning or provision by national and local governments as a part of the policy mix and in best-case scenarios could reduce associated emissions by 65–80 % (8.4.2).

Urban planning that incorporates climate change mitigation can have a major impact on emissions (Chapter 12); therefore, municipal governments have a very important role to play. Since mitigation policies have many co-benefits at the local level, including reduced local pollution and congestion, and improved quality of urban space, cities have an interest in mitigation policies in addition to the largely external climate benefits they provide. Land-use and transport policies can considerably influence the share of non-motorized transport, public transport, and associated emissions (8.4.2.3). Buildings and associated energy supply infrastructure are very long-lasting (9.4.5) so public planning to encourage the rapid adoption of new low-carbon technologies and avoid lock-in to high-emission infrastructure assumes importance. Such planning would need to take into account transport pricing relative to land prices, building, parking, and other zoning regulation, city-wide district heating and cooling systems, and green areas (see Section 12.5, and Baeumler et al., 2012). Capacity building at the municipal level may be needed for incorporating climate change mitigation and its co-benefits into the planning process, especially in developing countries (see Section 15.10.3).

Government planning and infrastructure provision can complement a carbon or fuel tax, addressing market failures that increase the quantity response to the price instrument by making substitution towards less energy and carbon-intensive lifestyles easier to implement. Conversely, whether or not a public transit system will generate sufficient demand to be economical depends on whether private

transit (and its climate externalities) is suitably priced. By contrast, as noted below in Section 15.8, a tradable permit system for emissions would be a substitute, rather than a complement for emission reduction through public provision. In conjunction with a tradable permit system, local actions would affect the cost of reducing emissions, but not overall emissions themselves. This raises the possibility that local governments may be de-motivated to integrate mitigation in their planning if they are located in a national or international jurisdiction with a tradable permit system. In that case, their actions would not be 'additional' in GHG emission reduction, rather they would reduce the cost of meeting the overall cap. Furthermore, the cost reduction would not be captured entirely by the residents of the local jurisdiction in which the actions took place.

Since most of the world's forests are publicly owned, provision of sequestration services as part of forest conservation is largely in the public sector. Forest protected areas make up 13.5 % of the worlds' forests, and 20.8 % for tropical lowland evergreen broadleaf forests (rainforests) (Schmitt et al., 2009). During the period 2000–2005, strictly protected forest areas experienced 70 % less deforestation than all tropical forests (Campbell et al., 2008), but impact studies must also control for 'passive protection' (protected areas being located in remote and inaccessible areas), and 'leakage' (more deforestation outside the protected area). The understanding of how protected areas can contribute to forest conservation, and thereby be a means of climate change mitigation, has advanced much since AR4, due to better spatial data and methods.

Andam et al. (2008) find substantial passive protection for protected areas in Costa Rica. While a simple comparison suggests that protected areas reduce deforestation by 65 %, the impact drops to 10 % after controlling for differences in location and other characteristics. Gaveau et al. (2009) estimate the difference between deforestation rates in protected areas and wider areas in Sumatra, Indonesia during the 1990s to be 58.6 %; this difference falls to 24 % after propensity score matching which accounts for passive protection. In a global study, also using matching techniques, Joppa and Pfaff (2011) finds that for about 75 % of the countries, protected areas reduce forest conversion, but that in 80 % of these controlling for land characteristics reduces the impact by 50 % or more. Thus, an emerging consensus is that protected areas reduce deforestation (Chomitz et al., 2007), even though protection is not perfect, and there is a medium to high degree of passive protection. Estimates of leakage are more challenging, as the channels of leakage are diverse and harder to quantify.

Local governance of forests can be an effective way of reducing emissions from deforestation and forest degradation, as at least some of the public goods provided by forest are included in the decision making process. A meta-analysis of 69 cases of community forest management finds that 58 % of these were successful in meeting ecological sustainability criteria, e.g., 'improved forest condition' (Pagdee et al., 2006). Similarly, using data from 80 different forest management units in 10 countries, a study found positive correlation between

greater devolved authority at the local level with higher levels of carbon sequestration (Chhatre and Agrawal, 2009). However, a study analyzing forest cover of central Himalaya in India that controls for confounders reports no statistically significant results (in forest cover) between village and state-managed forests, even though the costs per hectare are seven folds greater for the state-managed forests (Somanathan et al., 2009).

Where property rights are insecure, strengthening land rights is often put forward as a way to contain deforestation, though the effects are ambiguous. It is argued that the lack of tenure rights can discourage investment in land and increase soil exhaustion. This would, in turn, lead to greater incentives to deforest to compensate for the lost productivity due to degradation. Unclear tenure can also lead to unproductive and violent land conflicts (Alston et al., 2000). However, by increasing the value of land clearing, policies that strengthen private property rights over land could increase deforestation (Angelsen, 1999).

### 15.5.7    Voluntary actions

It has become quite common for major firms, either individually or in alliance with others, to commit to mitigation of climate change as part of their corporate social responsibility through emission cuts at their offices and facilities, technological research, development, and sales of climate friendly equipment (See IPCC, 2007). Non-government organizations also initiate voluntary actions (See Section 15.9).

This section focuses on voluntary agreements that are convened by industries in association with government. Voluntary agreements have been developed in very different ways in different nations, depending on their institutional and corporate culture background. In what follows the literature will be reviewed according to the three categories provided by Pinkse and Kolk (2009).

#### 15.5.7.1    Government-sponsored voluntary programmes for firms

Government-sponsored programmes for firms, where participation is completely voluntary and there are no penalties for not participating in the agreement, have been implemented in several countries, including the United States and Australia. The United States EPA led voluntary programmes foster partnerships with industry and the private sector at large by providing technical support among other means (US EPA, 2013).

Ex-post case studies on the environmental and economic effectiveness have been scarce compared to the wide range of activities. Where available, they have been critical of this type of programme. Several studies say little reduction was achieved (see Brouhle et al. (2009) analyzing a voluntary programme in the US metal-finishing industry) or

Case No. 1:20-cv-02484-MSK    Document 82-1    filed 05/06/21    USDC Colorado    pg 174 of
443
National and Sub-national Policies and Institutions                                    Chapter 15

the impacts were short lived, as was the case for the US Climate Wise Program (Morgenstern et al., 2007). See also Griffiths et al. (2007) and Lyon and Maxwell (2004) who conclude the US Climate Leaders programme had little effect on firm behaviour.

### 15.5.7.2    Voluntary agreements as a major complement to mandatory regulations

Voluntary agreements (VAs) often form a part of a larger climate policy approach that contains binding policies such as a carbon tax or a cap-and-trade programme. Voluntary agreements conducted jointly with mandatory regulations have been widely implemented in Europe (Rezessy and Bertoldi, 2011).

This approach allows the regulated industries to use the voluntary agreement as a partial fulfilment of the mandatory regulation. For example, through participation in the CCA in the UK, energy intensive industrial sectors established targets to improve energy efficiency and the companies that met such targets received an 80 % discount from the CCL (Price et al., 2008). Likewise, the Dutch government ensured industries participating in Long-Term Agreements (LTA) were not subject to additional government policies regulating $CO_2$ emission reductions or energy conservation and that the new energy tax would not be levied on the participating industries. In both cases participants established a long term plan to save energy and reduce $CO_2$, and implemented energy management systems (Price et al., 2008; Stenqvist and Nilsson, 2012).

Some studies found that the voluntary agreements were environmentally and economically effective. Bressers et al. (2009) found positive results in terms of ambition, compliance, goal attainment and behavioural change. They also acknowledged the efficiency advantages of flexibility in phasing technical measures. Ekins and Etheridge (2006) analyzed the UK CCA and found that, while the targets were not very stringent and were generally achieved in advance of the set date, the CCAs appeared to have catalyzed energy savings by increasing awareness. This allowed the net environmental benefits to exceed what would have been achieved by levying a flat tax without rebates and CCAs while also generating economic gains for the companies under the CCAs (Ekins and Etheridge, 2006).

Rezessy and Bertoldi (2011) assessed the effectiveness of voluntary agreements in nine EU member countries. In cases where there is cooperative culture between governmental entities and the private sector, VAs can have some beneficial effects compared to legislation. They include willingness by the industry, sharing of information, flexibility in phasing measures, and fine-tuned solutions to individual industries. They emphasized that by engaging signatories in energy audits, consumption monitoring, energy management systems and energy efficiency project implementation, the voluntary agreements helped overcome the barrier for energy efficiency improvement in a

systematic manner. Nevertheless, they also noted that the VAs had been criticized for lenient targets, deficiencies in monitoring, and difficulty in establishing the additionality. There are other critical studies. Bohringer and Frondel (2007) argued that they found little evidence that the commitment of the German cement industry was effective, due to weak monitoring. Martin et al. (2011) concluded that the CCL had strong negative environmental impacts. Voluntary agreement between the European Commission and the car industry which set a mid-term target of 25 % reduction on $CO_2$ emissions from automobiles by 2008 completely failed (Newell and Paterson, 2010).

### 15.5.7.3    Voluntary agreements as a policy instrument in governmental mitigation plan

Voluntary agreements may be used as a major policy instrument with wide coverage and political salience in a governmental mitigation plan. This type of voluntary agreement has been implemented in Japan and Taiwan, province of China.

The Japanese Voluntary Action Plan (VAP) by Keidanren (Japan Business Federation) was initiated in 1997. The plan, led by Keidanren and joined by 114 industrial associations, covered about 80 % of GHG emissions from Japan's industrial and energy transformation sectors. The plan is embedded in the regulatory culture in which the government constantly consults with industrial associations. It was reviewed annually in governmental committees, and an independent third party committee was also established to monitor its implementation; the included industries were required to be accountable with their environmental performance constantly. Industrial groups and firms established energy and GHG management systems, exchanged information, being periodically reviewed and acted to improve energy efficiency and cut GHG emissions. Several industry sectors raised the ambition levels with stricter targets during the course of VAP, once they achieved original targets (Tanikawa, 2004; Akimoto, 2012; Uchiyama et al., 2012; Yamaguchi, 2012). An econometric analysis found that voluntary actions by the manufacturing sector led to significant energy efficiency investments (Sugino and Arimura, 2011).

Two successful case studies in VAP have been reported. In cutting stand-by power by electric appliances, three major industrial associations announced 2001 the target to limit stand-by power less than 1 W for all electric appliances to be met by 2003. It was possible for them to commit to the ambitious targets—ambitious in terms of the level of target (1 W), wide coverage of appliances, and early timing of goal—exactly because it was voluntary, not mandatory. In contrast, other countries that took a regulatory approach have implemented much weaker targets at later dates, and the coverage of appliances had been small. By 2003, almost all appliances met the target on time in Japan. Also, semiconductor industrial associations committed to cut

Perfluorocarbons (PFC) emissions in 1998 and succeeded in reduction by 58 % by 2009 (Wakabayashi, 2013).

Chen and Hu (2012) analyzed the voluntary GHG reduction agreements of six different industrial sectors, as well as the fluorinated gases (F-gas) reduction agreement of the semiconductor and liquid crystal display (LCD) industries in Taiwan, province of China. They found that the plan launched in 2005 was largely successful.

### 15.5.7.4    Synthesis

The voluntary agreements have been successful particularly in countries with traditions of close cooperation between government and industry (IPCC, 2007; Rezessy and Bertoldi, 2011; Akimoto, 2012; Yamaguchi, 2012).

Successful voluntary agreements are characterized by a proper institutional framework. This framework consists of, first, capable and influential industrial associations that serve as an arena for information exchange and development of common expectation among industries. Second, governmental involvement in implementation review is crucial. Third, accompanying measures such as technical assistance and subsidies for energy audits and equipment can also be instrumental. Finally, regulatory threats, even if they are not explicitly articulated, are an important motivating factor for firms to be active in the voluntary agreements.

The key benefits of voluntary agreements are: 1) quick planning and actions when technological solutions are largely known but still face uncertainties; 2) flexibility in phasing technical measures; 3) facilitating coordination and information exchange among key stakeholders that are crucial to removing barriers to energy efficiency and $CO_2$ reductions; and 4) providing an opportunity for 'learning by doing' and sharing experiences.

However, several voluntary agreements have been criticized for not bringing about significant environmental impacts due to their limited scope or lack of proper institutional framework to ensure the actions to be taken (see Sections 15.5.7.2 and 15.5.7.3).

As cross-national evaluations, Morgenstern and Pizer (2007) reviewed voluntary environmental programmes in the United States, Europe, and Japan and found average reductions in energy use and GHG emissions of approximately 5 % beyond baselines. Borck and Coglianese (2009) argued that, as an alternative to regulatory approaches, voluntary agreements may effectively achieve small environmental goals at comparatively low cost.

The major role of voluntary agreements is to facilitate cooperation among firms, industrial associations, and governments in order to find and implement low cost emissions reduction measures. Such a role is

important because large mitigation potential exists, yet it is hampered by formidable barriers such as lack of information and coordination among actors. In such context the voluntary agreements can play an important role as part of a policy package.

### 15.5.8    Summary

This section has reviewed a range of policy instruments. Among the four policy evaluation criteria, literature is rich for economic and environmental effectiveness. The distributional incidence of taxes has been studied quite extensively, much less is known about other policy instruments. Political and institutional feasibility was also discussed as a design issue of economic instruments. The reasons for which sector specific policy instruments such as regulations and information measures have higher political feasibility than economy-wide economic instruments were briefly discussed in Section 15.2, but there is a dearth of literature really analyzing this issue.

Basic economics suggests that one instrument—e.g., a price on carbon—would be most cost effective in dealing with the market failure associated with the release of greenhouse gases. The presence of other market failures, however, means that one instrument is insufficient for dealing comprehensively with issues related to the climate problem. We have seen in Section 15.5.4 that there are cognitive and institutional factors that imply barriers to market response to carbon prices. Therefore, regulatory approaches, information programmes, voluntary agreements, and government provision may serve as a complement to pricing policy as a way to remove barriers, thereby saving the money of firms and individuals and reducing social costs. There are strong separate arguments for a technology policy to correct for the externality implied by insufficient protection of property rights, as detailed in Section 15.6. Furthermore, because carbon-pricing policy is often lacking or insufficient for political reasons in nations, various policy instruments are playing substitutive role (see Section 8.10 for examples of the transport sector).

In several sectors such as transport, urban planning and buildings, energy, and forestry, government planning and provision of infrastructure is important, even crucial, for achieving emission reductions in a cost-effective manner. Absent the appropriate infrastructure, the costs of achieving significant emission reduction might be prohibitive.

As discussed in Section 15.2 and this section, real-world politics tend to produce various policy instruments and differentiated carbon price across sectors owing to politics. Those policy instruments may positively interact as illustrated above, but may also negatively interact. Such interactions will be further detailed in Sections 15.7 and 15.8. Policymakers face the challenge to understand how the policy package is constructed in their nation and must harmonize various policy instruments so that they interact synergistically.

**15**

## Box 15.2 | National and sub-national policies specific to least developed countries (LDCs)

A number of developing countries have developed legislative and regulatory frameworks to measure and manage GHG emission (Box 15.1). These frameworks or strategies can be a part of larger development plans that aim to shift the economy to a low carbon and climate resilient trajectory. These plans can serve an important signaling function by aiding coordination of government agencies and stakeholders in addition to providing the government's commitment to a low-carbon policy framework (Clapp et al., 2010).

There are pre-requisites to develop these low carbon development strategies. Achieving this policy 'readiness' entails assembling the technical knowledge and analytical capacity, legal and institutional capacity, and engagement of stakeholders in the process (Aasrud et al., 2010; van Tilburg et al., 2011). Capacity building is also a continuous process that aims to improve strategies over time to enhance low carbon outcomes. Readiness for market-based instruments increases mitigative capacity in general and enables implementation and monitoring of mitigation policies (Partnership for Market Readiness, 2011). Due to tremendous variation in capacity across countries, sufficient flexibility to allow these strategies to evolve over time is needed (Clark et al., 2010; van Tilburg et al., 2011).

Evidence from CDM projects indicates that capacity building is necessary but not sufficient to allow countries to attract CDM projects. Targeted measures like support for Designated National Authorities have shown to be successful (Okubo and Michaelowa, 2010). In addition, CDM projects have been an important mechanism for creating awareness about climate change mitigation, and have served as an indirect link between cap-and-trade systems around the world (Michaelowa, 2013). Some developing country beneficiaries of CDM are also moving towards implementing

longer-term national mitigation policies. For an assessment of the Clean Development Mechanism, please refer to Chapter 13 (13.13.1.2) and Chapter 16 (16.8) for the technology component.

Climate change mitigation has also been pursued through a co-benefits approach (See Section 15.2). Increasing access to energy services is an important priority for policymakers in developing countries (Chapter 4). An estimated 1.3 billion of the world's people have no access to electricity and roughly three billion rely on highly polluting and unhealthy traditional solid fuel for household heating and cooking (IEA, 2012; Pachauri et al., 2012, p. 19) (see Section 14.3.2.1). In the short term, policies may address use of climate-friendly technologies like solar lighting alternatives to kerosene lamps (Lam et al., 2012), and gasifier cook stoves (Grieshop et al., 2011), while longer term policies may address more comprehensive approaches such as universal grid connectivity. Chapter 6 (Section 6.6.2.3) and Chapter 16 (Box 16.3 in Section 16.8) use global scenario results to conclude that universal basic energy access can be achieved without significantly increasing GHG emissions.

One option particularly relevant for developing countries is a repeal of regressive subsidies given to fossil fuel based energy carriers, together with suitable compensating income transfers so as not to limit energy access or increase poverty (see Section 15.5.2). In some developing countries, subsidies to fossil fuels are slowing penetration of less expensive renewables. For example subsidies to natural gas result in an incremental levelized cost of wind power in Egypt of an estimated 88 % (Schmidt et al., 2012). Care must also be taken to ensure transparency and to clearly demonstrate that the savings that accrue from the removal of subsidies will be used to benefit the poor.

## 15.6 Technology policy and R&D policy

### 15.6.1 Overview of the role of technology policy and R&D policy

As discussed in Chapter 3.11, there are market failures associated with research, technology development, and technology diffusion that are distinct from and interact with the market failures associated with environmental harm of human activities such as anthropogenic climate change. There is therefore a distinct role for technology policy in climate change mitigation, which is complementary to the role of policies

aimed directly at reducing current GHG emissions, which are discussed in Section 15.5 above.

Public policies and institutions affect the rate and direction of technological change at all points in the chain from the invention, to innovation, to adoption and diffusion of the technology, and unaddressed market failures or barriers at any stage in the chain can limit policy effectiveness (Nemet, 2013). The innovation systems literature stresses that technology development and deployment are driven by both technology push (forces that drive the development of technologies and innovation such as R&D funding and tax breaks for R&D, patents), and demand pull forces that increase the market demand for technologies such as technology subsidies and standards (Gallagher et al., 2012; Wilson et al., 2012).

Technology systems may create path dependencies in the innovation process. The current dominance of the carbon-based system creates incentives to improve carbon technology rather than non-carbon. This has been observed in private (Aghion et al., 2012) as well as public institutions (Unruh, 2000) exemplified by fossil fuel subsidies (OECD, 2013). Escaping carbon lock-in is essentially a problem of coordination (Rodrik, 2007; Kretschmer, 2008), which can be facilitated by public policy that addresses technology-push, demand-pull, and framework conditions in a complementary fashion (Nemet, 2013).

This section addresses the generic issues that arise in the implementation of policies intended specifically to foster the development and implementation of low-GHG technologies. It begins by discussing technology policy instruments in three overarching categories: 1) the patent system and other forms of intellectual property (IP); 2) public funding of research, tax subsidies for firms engaging in R&D; and 3) various policies designed to foster deployment of new technologies. It then moves on to discuss the impact of environmental policy on technological change in general, technological change in a broader social framework often termed an 'enabling environment' together with interactions across various elements of innovation systems, and finally the importance of incorporating programme evaluation into the design of technology policy.

## 15.6.2    Experience with technology policy

### 15.6.2.1    Intellectual property

Public policy towards IP inherently involves a tradeoff between the desire to create incentives for knowledge creators and developers, and the desire to have new knowledge used as widely as possible once it is created (Hall, 2007). It is therefore crucial to analyze the extent to which IP protection such as patents, will foster climate change mitigation, by encouraging the creation and development of new GHG-reducing technologies, versus the extent to which it will hamper mitigation by raising the cost and limiting access to such new technologies as are developed. Intellectual Property policy will affect climate change mitigation both through its effects on the creation of new technology and on the international transfer of mitigation technology. The first of these mechanisms will be considered here; the effect of IP policy on technology transfer is discussed in Chapter 13.9.

In general, the empirical evidence that IP protection stimulates innovation is limited to the chemical and pharmaceutical sectors, and to developed economies (Park and Ginarte, 1997). It is unclear to what extent IP protection is relevant to the development of the kind of technologies that would mitigate climate change in advanced and middle income countries, and it appears unlikely to be relevant to indigenous

technology development in the poorest countries (Hall and Helmers, 2010).[11]

The Trade Related Intellectual Property Rights (TRIPS) agreement generally commits all countries to create and enforce standard IP protections, but it does allow for the possibility of exceptions to standard patent regulations for public policy reasons (World Trade Organization, 1994). Hence a major policy issue related to climate change is the extent to which developing countries will be compelled within the TRIPS framework to enforce strong IP protection relative to GHG-reducing technologies, or whether an exception or exceptions will develop for these technologies on public policy grounds (Derclaye, 2008; Rimmer, 2009).

Because the evidence that strong IP protection increases domestic innovation is almost entirely limited to specific sectors in the developed world, it is unclear whether maintenance of strong IP protection in less developed countries will increase those countries' indigenous creation or adaptation of GHG-reducing technologies. As discussed in Chapter 13, however, the evidence does suggest that the presence of an effective IP regime is a factor in fostering technology transfer into a country.

### 15.6.2.2    Public funding of research and development

Public funding of research and development may address specific market failures related to innovation (as discussed in Chapter 3.11), but may also help to compensate for barriers to private investment that may result from long lifetimes of incumbent technologies leading to lengthy transition times from one system/technology to another (Fouquet and Pearson, 2006; Fouquet, 2010), uncertainty about future levelized costs of capital or discount rates (Nemet, 2013), or the lack of guarantee on the success of an investment (Mazzucato, 2013; Nemet, 2013).

Public research expenditures that have the potential to foster the long-run development of GHG-mitigating technology come under a number of different common public research expenditure categories, including environment, agriculture, materials, and others. There are no widely accepted data that attempt to identify and sum up public expenditures across different categories that potentially relate to mitigation technologies. Much discussion about the potential for technological change to mitigate GHG emissions revolves around reducing and eliminating use of fossil fuels, and the largest single category of public research expenditure related to mitigation is energy research, discussed in Chapter 7.12.2.

Public energy-related research expenditures among the International Energy Agency (IEA) countries currently comprise about 5 % of total public R&D spending in those countries, less than half the share of

---

11    There are however other relevant examples for instance of indigenous knowledge in developing countries being valuable when it comes to biodiversity and pharmaceuticals.

**15**

such research in total public research spending in 1980. Gallagher et al. (2012) report an increase in public funding for energy-technologies among IEA member countries in the 2000s but also find a continued prominence of funding for nuclear and fossil fuel technologies. A similar trend has been noted for non-IEA members like Brazil, China India, Mexico, Russia, and South Africa (Gallagher et al., 2012). A gradual but steady increase in this share is a major policy option for fostering the long-run development of GHG-reducing technologies (Jaffe, 2012).

The U.S. National Research Council (NRC) evaluated Federal Energy research, development, and demonstration (RD&D) investments in energy efficiency and fossil energy for the period 1978–2000. The NRC found that these investments "yielded significant benefits (economic, environmental, and national security-related), important technological options for potential application in a different (but possible) economic, political, and/or environmental setting, and important additions to the stock of engineering and scientific knowledge in a number of fields" (U.S. National Research Council, 2001). In terms of overall benefit-cost evaluation, the NRC found that the energy efficiency programmes produced net realized economic benefits that 'substantially exceeded' the investment in the programmes. For the fossil energy programmes, the net realized economic benefits were less than the cost of the programmes for the period 1978–1986, but exceeded the cost of the programmes for 1986–2000 (U.S. National Research Council, 2001). Japanese technology RD&D programmes for renewable energy and energy efficiency, known as Sunshine program and Moonlight program since 1974, were also found to be both economically and environmentally effective (Kimura, 2010).

In the short run, the availability of appropriately trained scientists and engineers is a constraint on a country's ability to increase its research output (Goolsbee, 1998) (See also Jensen and Thomson, 2013). This factor combines with short-run adjustment costs in laboratory facilities to make rapid ramp-up in research in a particular area likely to be cost-ineffective, as found to occur, for example, as a result of the doubling of US health research (Cockburn et al., 2011). Therefore, sustained gradual increases in research are likely to be more effective than short-run rapid increases. In the long run, it is possible to expand the supply of scientific and technical labour available to perform energy-related research. This can occur through training that occurs when publicly funded research is carried out at universities and other combined research and teaching institutions, and/or via direct public funding of training. Success at increasing the technical workforce has been found to be a crucial factor in the long-run benefits of health-related research in the United States (Cockburn et al., 2011).

### 15.6.2.3    Policies to foster or accelerate deployment and diffusion of new technologies

In addition to fostering technology development through research, many policies seek to foster the deployment of GHG-mitigating technologies in households and firms. Such deployment policies could be thought

of as a form of abatement policy, to the extent that they reduce emissions relative to what would occur with the use of previous technologies. But the more fundamental reason for public policy to foster technology deployment is that deployment feeds back and enhances subsequent improvement of the technology over time (Jaffe and Stavins, 1994; Henkel and Hippel, 2005; Jaffe, 2012). For example, publicly funded research certainly played a role in the digital revolution, but active government involvement as an early purchaser was also crucial (Mowery, 2011). Purchases were made of products meeting stated technical specifications, and this approach has helped move products down the learning curve, eventually allowing civilian versions to be sold competitively.

Market failure in the deployment of new technologies is often illustrated via an image of a 'Valley of Death' between small scale or prototype developments and successful commercialization, in which the need for substantial increase in the scale of investment combines with uncertainty about technical reliability, market receptiveness and appropriability to stall or slow deployment (Grubb, 2004; Nemet, 2013, p. 112). A variety of demand-pull public policies can operate to carry technology deployment through the Valley of Death.

As laid out in Table 15.2, economic instruments such as subsidies, regulatory approaches, information programmes, government provision of public goods and services, as well as voluntary actions are common across sectors. The targeted technologies include low-emission vehicles such as hybrid cars in the transport sector (8.10), efficient electric appliances such as light-emitting diodes (LED) in the building sector (9.10), and advanced industrial equipment (11.10). Feed-in-tariffs are used for renewable in the power sector (7.10). Quantity requirement are also common, including RPSs in the power sector (7.10), biofuel mandates in the transport sector (8.10). Information programmes such as labelling of home electric appliance may be used to promote the sales of new, low emission technologies (9.10).

Since AR4, a large number of countries and sub-national jurisdictions have introduced support policies for renewable energy. These have promoted substantial diffusion and innovation of new energy technologies such as wind turbines and photovoltaic panels, though many renewable energy (RE) technologies still need policy support, if their market shares are to be increased (see 7.5.3, 7.6.1, 7.8.2, and Chapter 11 Bioenergy Annex).

Chapter 7 (citing the IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN)) argued that "…some feed in tariffs have been effective and efficient at promoting RE electricity, mainly due to the combination of long-term fixed price or premium payments, network connections, and guaranteed purchase of all RE electricity generated". Feed-in-tariffs have been effective in promoting renewables in Germany and other nations (Couture and Gagnon, 2010; Ragwitz and Steinhilber, 2013). It is also argued that the flexibility of FITs can incorporate economic and technological changes (Klobasa et al., 2013) and encourage dynamic innovation (Mitchell et al., 2006). Proving dynamic efficiency in the narrow economic sense is more com-

15

plicated, although Jaffe et al., (2005) have explored this in a somewhat positive light.

There are different views on FITs, especially in relation to their cost-effectiveness. Some criticize FIT of having 'failed to harness market incentives' because it is not statically cost effective (i.e., it supports photovoltaics in addition to wind energy, although the former is more expensive than the latter) (Frondel et al., 2008, 2010) . Schmalensee (2012), using a simple model, argues that while FITs shift risk away from investors in renewable energies, they may not reduce the risk to society as a whole. In a paper for the European Union, Canton and Linden (2010) argue that feed-in premiums are preferable to FITs if internal market distortions are to be avoided.

With the increasing market shares of intermittent generation, new challenges have to be addressed in respect to grid and market integration such as capacity constraints, demand spikes, back up capacity, and transmission. A reform of market design, including flexible demand side pricing, is proposed to make the system more flexible so it can react to the new challenges (See 7.10 and SSREN Chapter 8 for details (Sims et al., 2012).

A theme that runs through many of the sectoral deployment policy discussions is the importance of information, and the relationship between incomplete information and risk. Uncertainty about the physical and economic performance of new technologies is a major factor limiting their diffusion, so policies that address information issues may be complementary with economic incentives or regulatory approaches.

Many nations, including Germany, Spain, China, India, among others, have implemented ambitious deployment programmes for renewables consisting of capacity targets, FIT, and so forth (Jänicke, 2012), resulting in rapid capacity expansion and lower costs of technologies. Such progress may result in economic and environmental efficiency in the long run at the global scale (Kalkuhl et al., 2013). Ondraczek (2013) identifies awareness among consumers as a critical element in market development in Kenya and Tanzania and finds evidence for a 'virtuous cycle' between dissemination and awareness. Friebe et al. (2013) emphasize the need for including pre and post-sales services to sustain the uptake of solar home systems. Glemarec (2012) highlights the role for public-private partnerships to deliver energy access but underlines the need for public investment in capacity and market development.

Many developing countries face a somewhat different set of choices in encouraging technology deployment because of the dominance of state-owned or other monopoly enterprises in the energy sector. Liu and Kokko (2010) evaluate the factors related to the significant growth of wind power in China, and conclude that administrative rules stipulating levels of wind usage have been more effective than incentives operating through the pricing system. Pegels (2010) describes the introduction of a renewable FIT guaranteed for 20 years in South Africa, but notes that it is unclear what effect this will have on the investment decisions of the monopolist electricity supplier.

### 15.6.3   The impact of environmental policy instruments on technological change

There is some empirical literature assessing the impact of generic environmental policy instruments (discussed in the previous section) on technological change. For surveys, see Newell (2010) and Popp et al. (2010b). Jaffe and Palmer (1997), looking across industries in the United States., found that more stringent regulation was associated with higher R&D expenditures (controlling for industry fixed effects), but did not find any impact on industry patents. Lanjouw and Moody (1996) did find that across the United States, Germany, and Japan, patenting rates were correlated at the industry level with pollution control expenditures.

A number of studies have looked at the impact of energy prices on energy-saving technological change. These effects can be seen as indicative of the possible consequences of GHG policies that increase the effective price of emitting GHG. Popp (2002) found that rising energy prices increased the rate of patenting with respect to alternative energy sources and energy efficiency, with more than one-half the effect coming within five years of energy price changes. Newell (1999) found that rising energy prices increased the efficiency of the menu of household appliances available for purchase in the United States. The Norwegian carbon tax appears to have triggered technology innovation in the form of carbon dioxide storage in the Sleipner gas field (Sumner et al., 2011). Fuel taxes moved auto industry innovation towards more efficient technologies (Aghion et al., 2012), and the EU ETS moved the firms most affected by its constraints towards low-carbon innovation (Calel and Dechezleprêtre, 2012).

At a theoretical level, there are arguments why incentive-based policies such as carbon taxes or tradable permits are more conducive to innovation than regulatory approaches (Popp, Newell, et al., 2010b). After the 1990 Clean Air Act Amendments in the United States implemented a tradable permit programme for sulphur dioxide, Popp (2003) found that the rate of patenting on techniques for sulphur removal increased, and Lange and Bellas (2005) found that both capital and operating expenditures for scrubbers were reduced. In a survey of research on the effects of tradable permit systems on technology innovation and diffusion, Bellas (2011) concluded "The general result is that tradable permit programs have improved the pollution control technology compared to the previous regulation used." Sterner and Turnheim (2009) find similarly that the very high fee on $NO_x$ in Sweden has led to a rapid process of both innovation and technology diffusion for abatement technologies.

More recently, a few studies have explored the effect of renewable energy policies on energy innovation. Johnstone et al. (2010) found that policy had a significant impact on patent applications for renewable technologies, with different policy instruments being effective for different technologies. Popp et al. (2010a) found that the link between greater patenting and investment in specific technologies is weak, but there does seem to be an association between policy and investment.

**15**

### 15.6.4    The social context of technological transitions and its interaction with policy

The central insight from the empirical literature is that both technology push and demand pull policies are required to be most effective (Nemet, 2009). A 'virtuous cycle' (IEA, 2003; Edenhofer et al., 2012) can occur, derived from learning from combined technology push and market pull whereby as 'learning' from market demand feeds back in to research and development, the improved product leads to more market demand and reduced costs. This virtuous technology and market cycle has been extended to include a third cycle of policy learning (Jänicke, 2012) whereby as learning from a successful policy occurs across the innovation chain, it can also be fed back into the process.

A technology policy will be more effective if it addresses multiple aspects such as institutions, regulations and standards, political models, laws, social norms and preferences, individual behaviours, skills, and other characteristics. This idea was originally developed and encapsulated in the UNFCCC definition of an 'enabling environment' (UNFCCC, 2001).[12] This general intention to match up specific technology requirements with the system situation in which they develop has been called framework conditions (Grubb, 2004), enabling environment (Edenhofer et al., 2012; Johansson et al., 2012), enabling factors (Nemet, 2013), and complementary innovations (Grubb et al., 2014).

There is a literature base that explores technology transitions and the implications of multilevel interactions across social and technological elements (e.g., Geels, 2011; Meadowcroft, 2011; Foxon, 2011). Three social challenges are raised as especially salient to social management when attempting to alter the technological system: (1) the size and visibility of transfers and assets created; (2) the predictability of pressure to expand the focus of the policies to broaden the social benefits; and (3) the potential for market incentives and framings of environmental issues to undermine normative motivational systems (Parson and Kravitz, 2013). Managing these social challenges may require innovations in policy and institutional design, including building integrated policies that make complementary use of market incentives, authority, and norms (Foxon, 2011; Gallagher et al., 2012; Parson and Kravitz, 2013). Doing so will reduce the risk of market incentives failing to achieve behavioural change and recognizes that incentives and norms have to be integrated to achieve sustainability transitions.

### 15.6.5    Building programme evaluation into government technology programmes

Evaluation of government programmes to foster new energy technologies has been hampered by a lack of complete and consistent evaluation data at the programme level (U.S. National Research Council, 2001). This problem is common to many government technology programmes. Proper evaluation requires that data on project selection and project performance be collected as programmes commence and maintained after they are completed (Jaffe, 2002). Wider use of such evaluation methods would allow experience with relative effectiveness of different programmes to be used to improve outcomes over time. While the above argument applies to all governmental policy in general, it is particularly important for technology development programmes that may be vulnerable to governmental failure related to the picking and choosing of technologies under high uncertainty (Helm, 2010).

### 15.6.6    Summary of technology policy and R&D policy

There is a distinct role for technology policy in climate change mitigation. This role is complementary to the role of policies aimed directly at reducing current GHG emissions (15.6.1).

The availability of new technologies is crucial for the ability to realistically implement stringent carbon policies. Technology policy will be most effective when all aspects of the innovation/deployment chain are addressed in a complementary fashion (see Section 15.6.1). Investment depends on the willingness of a variety of actors to manage the balance between the risks and rewards in each step of the chain, and government decisions are crucial to this balance.

Evidence suggests that the presence of an effective IP regime increases domestic innovation. However, as evidence is almost entirely limited to specific sectors in the developed world, it is unclear whether strong IP protection in less developed countries will increase those countries' indigenous creation or adaptation of mitigation technologies (15.6.2.1).

Worldwide investment in research in support of climate change mitigation is small relative to overall public research spending. The effectiveness of research support will be greatest if it is increased steadily rather than dramatically or erratically (15.6.3).

A wide range of policy approaches is prevalent across sectors, which enable policy design that addresses sector- and technology-specific attributes. These policies are often designed as complementary sets of policies, or policy packages (15.5.1 and 15.6.2.3).

Complementary framework conditions, or an enabling environment, may complement a package of technology-push and demand-pull policies (15.6.4). Managing social challenges of technology policy change

---

[12]    Enabling environment is defined as: "the component of the framework [that] focuses on government actions such as fair trade policies, removal of technical, legal and administrative barriers to technical transfer, sound economic policy, regulatory frameworks and transparency, all of which create an environment conducive to private and public sector technology transfer" (UNFCCC, 2001).

may require innovations in policy and institutional design, including building integrated policies that make complementary use of market incentives, authority and norms (15.6. 4).

It is important that data collection for programme evaluation be built into technology policy programmes (15.6.5), because there is very little empirical evidence on the relative effectiveness of different mechanisms for supporting the creation and diffusion of new technologies.

# 15.7    Synergies and tradeoffs among policies

This section discusses interactions between policies with different main objectives as well as between differing climate policies with the same objective. Section 15.7.2 discusses relationships between policies with different principal objectives—for example, between climate policy and development policy. The next two sections consider interactions between climate policies. Section 15.7.3 describes interactions between different climate policies at different levels of government, and 15.7.4 takes up interactions between climate policies enacted at the same level of government. The interactions in 15.7.3 and 15.7.4 reflect the absence of policy coordination, and they affect the environmental and economic outcomes. Deliberate linking of policies is discussed in Section 15.8.

## 15.7.1    Relationship between policies with different objectives

Governments throughout the world have enacted various policies to support the mitigation of climate change, which is the central objective of climate policy. However, the implementation of mitigation policies and measures can have positive or negative effects on additional objectives—and vice versa. To the extent these side-effects are positive, they can be deemed 'co-benefits'; if adverse and uncertain, they imply risks.[13] The co-benefits of climate policy are primary benefits of policies with other main objectives. Social development is a primary benefit of development policy, since such development is the main objective. Similarly, enhanced energy security, technological development, and reduced air pollution are primary benefits of energy security, technological development, and air-pollution policies, respectively. To the extent that these other policies (with other objectives) lead to mitigation, such mitigation is a co-benefit of these other policies.

Although there is growing interest in research on mitigation as a co-benefit (see Sections 1.2.1 and e.g., Kahn Ribeiro and de Abreu, 2008), the great majority of the literature assessed in other chapters focuses on the co-effects of sectoral mitigation measures (Chapters 7.9, 8.7, 9.7, 10.8, 11.7, 11.13.6, and 12.8) or transformation pathways (Section 6.6) on additional objectives. Table 15.1 in Section 15.2.4 provides a roadmap for the assessment of those co-benefits and adverse side-effects on the many objectives examined in various chapters of this report and highlights that the effects on energy security and air pollution as well as the associated reductions in health and ecosystem impacts are discussed in all sector chapters. For example, stringent mitigation results in reduced combustion of fossil fuels with major cuts in air pollutant emissions significantly below baseline scenarios (see 6.6.2.1 and, e.g., ApSimon et al., 2009) for a discussion of policy interaction in Europe); by increasing the diversity of energy sources and reducing energy imports in most countries, mitigation often results in energy systems that are less vulnerable to price volatility and supply disruptions (see 6.6.2.2 and, e.g., Lecuyer and Bibas, 2011) for a discussion of policy interaction in Europe).

According to recent scenario studies assessed in Chapter 6.6.2.7, stringent climate policies would significantly reduce the costs of reaching energy security and/or air pollution objectives globally. Recent literature assessed in Chapters 6.6.2.3, 7.9.1 and 16.8 finds that increasing access to modern energy services may not conflict with mitigation objectives—and vice versa.

There are two important advantages to coordinating separate policies and their various benefits. By coordinating policies, the various benefits and costs can be considered in an integrated fashion, which offers information helpful to determining how to achieve the objectives at low cost (see 6.6.2.7). In addition, coordinating policies can improve political feasibility. The concept of 'mainstreaming' climate policy refers to the linking of climate policy with other policy efforts, particularly policy efforts that have broad recognition. The prospects for successful climate policy can be enhanced through such mainstreaming (Kok and de Coninck, 2007).

Development frameworks at international or national levels, or by sector, may include mainstreaming as a key element. For it to be effective, climate change mitigation needs to be mainstreamed in appropriate national and sector planning processes to widen development goals within national and sectoral contexts. For developing countries, such integration of mitigation into development planning can reduce problems of cooperation and coordination that may arise across different levels of government (Tyler, 2010).

Mitigation plans can be embedded in national policy-making processes to align economic and social development with mitigation actions. For example, in China, the National Leading Group on Climate Change is part of the National Development and Reform Commission, the principal national planning body (see Section 15.2.2.2).

---

[13]    Co-benefits and adverse side-effects describe effects in non-monetary units without yet evaluating the net effect on overall social welfare. Please refer to the glossary in Annex I for definitions and to Chapters 3.6.3 and 4.8 for a discussion of how the concept of co-benefits relates to welfare and sustainable development, respectively.

**15**

Limited institutional capacity in developing countries presents the most significant barrier to mainstreaming of mitigation policies. This includes a lack of knowledge and/or expertise in climate change issues, a lack of (or weak) oversight and/or enforcement. Developing countries aiming to mainstream and implement climate change mitigation policies must; 1) encourage awareness on the topic; 2) establish related training programmes; 3) ensure an adequate level of finance for enforcement; and 4) enhance coordination between ministries (Ellis et al., 2009).

### 15.7.2   Interactions between climate policies conducted at different jurisdictional levels

Climate policy has been conducted at various jurisdictional levels: international, national, regional (state or provincial), and local (municipal). Important interactions can occur across jurisdictional levels. Some interactions are beneficial, reinforcing the intended effects; others are problematic, interfering with the planned objectives. Sound policymaking requires attention to these interactions.

#### 15.7.2.1   Beneficial interactions

Policies introduced by a local jurisdiction sometimes reinforce the goals of efforts undertaken at a higher jurisdictional level. In particular, a sub-national policy can enhance cost-effectiveness if it addresses market failures that are not confronted by a national climate policy. Thus, for example, as seen in Sections 15.5.4 and 15.5.6, an RPS in the electricity sector and an R&D subsidy could usefully complement a national emissions pricing policy.

The connections between instruments that deal with climate change and those that deal with congestion or local pollution also present an opportunity to policymakers, but they are very different since the latter vary depending on the socioeconomic context, technology, fuel, and vehicle use (Parry et al., 2007; Oikonomou and Jepma, 2008; Vanderschuren et al., 2010; Parry, 2013). For example, urban planning implemented jointly with fuel or carbon taxes can help fast growing developing countries minimize resource waste by avoiding urban sprawl. Policies incentivizing for more dense urban architecture combined with the appropriate infrastructure for modern public transport can be an important complement to energy taxation. Such policies can be supported (and possibly financed) by fuel taxes if the policymaker wants to discourage citizens from making private decisions that are incompatible with this broader vision; policy combinations for this sector are discussed in greater detail in Chapter 8. Conversely, subsidizing fuels and taking a hands-off urban planning approach can result in urban sprawl and a growth in private automobile use along with growth in resulting emissions.

Local-level action can also be a good source of information by allowing experimentation. In the United States, environmental policies by the federal government have a history of evolving out of successful policy 'experiments' undertaken by states (Goulder and Stavins, 2011; Shobe and Burtraw, 2012). Thus, an appealing feature of local-level actions are their ability to try out policy options not currently in place at the higher jurisdictional level; the higher jurisdiction may have more confidence in introducing a policy subsequently if it already has a successful track record at the more local level.

Finally, local policies can produce beneficial strategic interactions. If national policy is insufficiently stringent, a stringent state/province or even municipal policy may create pressure on the national government to increase its own policy's stringency. Goulder and Stavins (2011) cite the example of California, which repeatedly increased the stringency of its local air pollution standards and was repeatedly followed by the federal government increasing Clean Air Act regulations' stringency. Similarly, Lucon and Goldemberg (2010) note the importance of São Paulo's GHG-reducing policies in influencing other local and even regional governments in Brazil.

#### 15.7.2.2   Problematic interactions

Policies introduced at different levels sometimes interact in ways that compromise or weaken the intended environmental or economic impacts.

One particular difficulty that may arise is the problem of emissions leakage. This can occur, for example, when a climate policy introduced at a lower jurisdictional level is 'nested' within a cap-and-trade programme implemented at a higher jurisdictional level. Consider the case where a cap-and-trade programme exists at the national level, and where a sub-national authority introduces a new policy intended to reduce its own (sub-national) emissions beyond what would result from the national programme alone. The sub-national jurisdiction's efforts might indeed yield reductions within that jurisdiction, but facilities in other sub-national jurisdictions covered by the cap-and-trade programme will now use these allowances leading to higher emissions in these jurisdictions completely compensating the abatement effort in the more stringent jurisdiction. Since overall emissions at the higher level are determined by the given national-level cap, the effort by the sub-national jurisdiction does not succeed in reducing nationwide: it just causes emissions leakage—offsetting increases in emissions elsewhere in the nation. The national cap effectively prevents sub-national jurisdictions from achieving further emissions reductions (Goulder and Stavins, 2011; Shobe and Burtraw, 2012).

The issue applies to the United Kingdom's efforts to reduce emissions through a carbon tax on the power sector (electricity generators). The generators are required to pay the tax on every unit of carbon emissions while also being subject to the EU ETS cap on over-

all emissions. While the tax may lead to greater reduction in carbon emissions by the generators in the UK, the impact on overall emissions in the EU might be negligible, since overall European emissions are largely determined by the Europe-wide cap under the EU ETS. On this, see (Böhringer et al., 2008; Sartor and Berghmans, 2011; Goulder, 2013)

This leakage problem can be avoided when the lower-level jurisdiction's programme is nested within a carbon tax programme, rather than emissions cap, at the higher level. In this case, the sub-national policies generally are not environmentally irrelevant. The reduced emissions in the sub-national jurisdiction do not lead to a fall in the emissions price (the carbon tax) at the national level; hence there are no offsetting increases in emissions in jurisdictions outside the jurisdiction introducing the more stringent policy (De Jonghe et al., 2009; Fankhauser et al., 2010; Goulder and Stavins, 2011). This can be an important advantage of a carbon tax over a cap-and-trade system.

### 15.7.3    Interactions between policies conducted at the same jurisdictional level

Interactions also can arise when different policy instruments are introduced at the same jurisdictional level. These interactions can be beneficial or problematic in terms of the cost-effectiveness of reducing greenhouse gas emissions.

#### 15.7.3.1    Beneficial interactions

The potential for cost-reducing interactions is greatest when the different instruments address different market failures. A fundamental principle of public policy is that the most cost-effective outcome results when there are as many policy instruments as the number of market failures involved, with each instrument focusing mainly on a different market failure (Tinbergen, 1970).

Climate policy is meant to address one market failure in particular—the climate-change-related externalities associated with GHGs. As seen in Section 15.6, another important market failure applies in the market for innovation: because new knowledge can spill over to third parties, innovators often cannot capture all of the social benefits from the new knowledge they create. Introducing two policy instruments, for example, emissions pricing to address the emissions externality, and a subsidy to R&D to address the innovation market failure, can lower the costs of achieving given emissions reductions. In addition to helping reduce emissions by encouraging fuel-switching and a reduction in demand, emissions pricing can help spur innovation. Likewise, the R&D subsidy can promote invention of low-carbon technologies, thereby helping to curb emissions. Hence the interactions of the two policies are beneficial. Although each of the two policies

might to some degree affect both of the market failures, emissions pricing is particularly well focused on the first, while the R&D policy sharply addresses the second. Using two instruments helps achieve emissions reductions at the lowest cost. In this connection, Fischer and Newell (2004) and Oikonomou et al. (2010) find that a policy combination including a price on GHG emissions and renewable energy subsidies achieves emissions reductions at significantly lower cost than either of these policies alone. Schneider and Goulder (1997) obtain a similar result for the combination of carbon tax and R&D subsidy.

As noted already in Section 15.5.4.1, several studies (Greene, 1998; Goulder and Parry, 2008; Gillingham et al., 2009b) argue that there is a market failure associated with consumer purchases of durable energy-using equipment (automobiles, refrigerators, etc.), according to which consumers systematically underestimate their own future gains from purchasing more energy efficient durables. To the extent that this market failure is significant, the combination of emissions pricing and a second instrument (for example, an energy-efficiency standard for appliances) to address this additional market failure could lead to beneficial interactions and promote cost-effectiveness.

Some studies suggest a market failure associated with reliance on crude oil, claiming that reliance on oil produces an 'economic vulnerability externality', given the possibility of supply disruptions on the world oil market (Jones et al., 2004). Under these circumstances, the combination of emissions pricing (to address the climate change externality) and a tax on oil consumption (to address the vulnerability externality) can be a cost-effective way of dealing with both climate change and economic vulnerability. Several authors (e.g., Nordhaus, 2009), emphasize that the vulnerability to world oil price changes is largely a function of the share of overall oil consumption in GDP, rather than the share of consumed oil that comes from imports. This suggests that the vulnerability externality is best addressed through a tax on oil consumption rather than a tax on imported oil.

#### 15.7.3.2    Problematic interactions

Multiple policies at the same jurisdictional level also can yield problematic interactions. This can happen when multiple policies only address the same market failure. Consider the situation where a given jurisdiction attempts to reduce greenhouse gases through both emissions pricing and another policy such as a performance standard (a limit on the ratio of emissions per unit of production). Economic theory claims that, absent market failures and other barriers, emissions pricing tends to promote a highly cost-effective outcome by promoting equality in the marginal costs of emissions-abatement across all the facilities that face the given price of emissions (the carbon tax or the price of emissions allowances). If, in addition, facilities face a performance standard, then this added policy approach either is redundant or it compromises cost-effectiveness.

15

It is redundant if meeting the performance standard would involve marginal abatement costs lower than the emissions price. In this event, cost-minimizing firms would be induced to meet or exceed this standard by the emissions price alone: there is no need for the standard. On the other hand, if the performance standard entails a cost per unit of abatement that is significantly higher than the emissions price, then this requirement sacrifices cost-effectiveness. Relying on emissions pricing alone would have promoted emissions reductions by the facilities that can achieve those reductions at the least cost. Thus it would likely have led to a situation where the more expensive technology approach was not employed. Hence in this case the combination of emissions pricing and the performance standard does not promote cost-effectiveness.

Emissions price policies interact with other policies differently depending on whether the emissions price policy involves a quantity limit (as is the case under cap and trade) or a stipulated emissions price (as is the case under an emissions tax). In the presence of a cap-and-trade programme, introducing an additional instrument such as a performance standard might yield no further reductions in overall emissions (Burtraw and Shobe, 2009; Fankhauser et al., 2010). The reason is that overall emissions are determined by the overall cap or number of allowances in circulation. The problem is formally very similar to the difficulty described in Section 15.7.3 above, where in the presence of a national cap-and-trade programme an effort by a sub-national jurisdiction to achieve further emissions reductions is likely to have difficulty achieving that goal. In contrast, introducing a performance standard in the presence of an emissions tax can in fact lead to a reduction in overall emissions. The price of emissions—the emissions tax—does not change when the performance standard causes a reduction in emissions. For this reason the reduction caused by the performance standard does not lead to a compensating increase in emissions elsewhere. Overall emissions fall.

For similar reasons, the same difficulty arises when a carbon tax is introduced in the presence of a cap-and-trade programme at the same jurisdictional level (Fischer and Preonas, 2010).

Nevertheless, as suggested above, the combination of emissions pricing and some other policy could be justified in terms of cost-effectiveness to the extent that the latter policy directly addresses a second market failure that emissions pricing does not directly confront.

It is important to recognize that the notion of a 'market failure' pertains only to the criterion of economic efficiency. Another important public policy consideration is distributional equity. Concerns about distributional equity can justify supplementing a given policy instrument with another in order to bring about a more equitable outcome. This may be desirable even if the multiplicity of instruments reduces cost-effectiveness.

## 15.8   National, state and local linkages

### 15.8.1   Overview of linkages across jurisdictions

In the last few years, an increasing number of sub-national administrations across the world have been active in the design and application of climate policies. Section 15.2 has reported some of these experiences, whereas Section 15.7 has dealt with some of the interactions that may arise with the simultaneous use of climate policy instruments by several jurisdictions. This section goes back a little and is basically interested in the allocation of climate policy responsibilities across the different levels of government that usually exist in most countries (central, provincial, and local administrations). Although such allocation involves the use the policy types described in Section 15.4, the emphasis here will not be on instrument use in itself, as this was already covered in Sections 15.5 to 15.7. The objective of this section is to examine the theoretical backing for such practical applications and to extract lessons that may be useful for future sub-national applications and even for the design and implementation of national and supra-national mitigation policies. When dealing with the reasons for and guidelines for the 'vertical' allocation of responsibilities among jurisdictions that co-exist in a country, the theory of fiscal federalism (economic federalism) offers valuable insights. In short, that the responsibility for public decision making over a particular issue (e.g., allocation of public goods, economic stabilization, or distribution) should be given to the jurisdictional level that could better manage it. In this sense, fiscal federalism contends that the central government should have the basic responsibility for functions whose national extension would render ineffective and inefficient a sub-national approximation, including 'national' public goods (Oates, 1999).

### 15.8.2   Collective action problem of sub-national actions

Given the global and public good nature of climate change, its jurisdictional allocation should actually be at the highest possible level. A sub-global allocation, as observed in Chapter 13, would lead other jurisdictions that are not active in climate change mitigation to benefit without paying the costs, i.e., in a free-riding fashion (Kousky and Schneider, 2003). Empirically, case studies found that climate policies tended to be less intrusive at sub-national level. While co-benefits with local development were pursued, policies that might incur costs to local economy were avoided in prefectures in Japan (Aoki, 2010). The costs for a sub-national administration may be actually beyond those of pure mitigation, as climate policies implemented by a jurisdiction might bring about leakage, (see the glossary in Annex I for a definition) (Kruger, 2007; Engel, 2009). Moreover, the 'reshuffling' that may be associated to sub-national policies may reduce their environmental effectiveness (Bushnell et al., 2008). As a consequence, climate change

mitigation would be provided in a sub-optimal level with sub-national allocation of responsibilities.

### 15.8.3    Benefits of sub-national actions

Yet, even if the central government has a major responsibility in this area, this does not preclude the allocation of mitigation responsibilities within a federation, as observed in citizen's attitudes on this matter (Lachapelle et al., 2012). But even within the theory of fiscal federalism there are other reasons that may justify sub-national action in this field. First, as noted by Edenhofer et al. (2013), the exploitation of heterogeneous sub-national preferences for mitigation would lead to efficiency gains. This is actually one of the reasons for the decentralization theorem, a centrepiece of fiscal federalism, which in fact justifies sub-national allocation of certain public goods.

Moreover, decentralization can contribute to policy innovation by providing an opportunity to experiment with different approximations. Indeed, there might be potential gains from learning by doing in policy terms without imposing large costs on an entire country or the world with untried options (Oates, 2002). Sub-national governments could also choose to be leaders in the development of climate policies to obtain potential economic gains that are associated to 'first movers' (Jänicke and Jacob, 2004) and may provide guidance and incentives to other jurisdictions to follow them (Bulkeley and Castán Broto, 2012). Besides, as they tend to be smaller, sub-national governments may be able to adapt to new situations in a swifter manner and therefore may have a greater flexibility to modify existing climate policies or to define new ones (Puppim de Oliveira, 2009; Galarraga et al., 2011).

Other general approaches to federalism, such as cooperative and democratic federalism, may also provide reasons for sub-national involvement in this area (Inman and Rubinfeld, 1997). On the one hand, cooperative federalism argues for allocating pure public goods to the local level, counting on the power of inter-jurisdictional bargaining to improve allocations. On the other hand, democratic federalism incorporates sub-national representation in central decision making on public goods. In any case, federal structures may be crucial for the transmission of mitigation policies because most sub-national governments are now responsible for matters that have huge effects on GHG emissions, namely: land use planning, building codes, waste management, traffic infrastructure and management, and public transport (Collier and Löfstedt, 1997; Bulkeley and Betsill, 2005; Doremus and Hanemann, 2008). But sub-national governments also have direct policies aimed at GHG mitigation, including: energy efficiency programmes, educational efforts, green procurement standards, partnership agreements with local businesses, or tree planting (Schreurs, 2008).

Yet another reason for a sub-national role in climate policies is beyond the standard collective action approach. By indicating that externality-correcting regulations and global agreements are not the only

pace to tackling climate change problems, Ostrom (2010) suggested a polycentric approach in which mitigation activities are undertaken by multiple (public and private) units at diverse scales. The prevalence of sub-national actions in the field, contentious to other approaches, may be actually a proof of polycentrism in the area (Byrne et al., 2007; Sovacool, 2011b). The polycentric approach could be seen as a reinterpretation of the findings of the federalism literature, as actions should involve many different agents in a reinforcing manner.

Finally, further issues may explain sub-national allocation. Local authorities, for instance, may be more effective in reducing GHG emissions from some sources such as waste and transport, as this may provide significant co-benefits to local citizens (Kousky and Schneider, 2003). Moreover, sub-central administrations are usually closer to the places and citizens impacted by climate change. Even though climate change is a global phenomenon, the nature of its impacts and severity varies significantly across locations so some sub-national governments have reasons to be more protective than national or supranational administrations (Andreen, 2008). This is also the case of adaptation, where sub-national authorities can better manage challenges such as flood risk, water stress, or 'climate proofing' of urban infrastructure (Corfee-Morlot et al., 2009). In all the preceding situations, sub-national governments may tailor actions and policies to people's needs, with an easier identification of priorities and difficulties as they are closer to citizens than more centralized administrations (Lindseth, 2004; Galarraga et al., 2011).

### 15.8.4    Summary

As in other environmental areas (Dalmazzone, 2006), there is theoretical backing for the allocation of climate-related policies to sub-national levels of government, although there are several limiting factors to a widespread reliance on these administrations. A federal structure that provides coordination and enables an easier transmission of climate policies throughout the agents of the economy is likely to increase the effectiveness of actions against climate change. Moreover, the lessons learned in the design and application of climate policies at different jurisdictional levels could be used in a global setting.

## 15.9    The role of stakeholders including NGOs

This section considers the role of stakeholders and civil society in developing and delivering concrete mitigation action and focuses on how stakeholders impact policy design and implementation. The range of stakeholders is immense given the extent and complexity of climate change. Devising policy in an inclusive manner may be lengthy and politically challenging (Irvin and Stansbury, 2004), however adopting

**15**

an inclusive approach to climate policy can bring advantages, notably through increasing the legitimacy of policy design, its durability and implementation (Lazo et al., 2000; Beierle, 2002; Dombrowski, 2010).

### 15.9.1   Advocacy and accountability

Some of the major functions and roles of NGOs can include raising public awareness, which often involves translating scientific and technical knowledge into actionable forms, lobbying, influencing business investment decisions, and monitoring and implementing agreements (Gulbrandsen and Andresen, 2004; Guay et al., 2004; Betsill and Corell, 2008; Newell, 2008; Dombrowski, 2010). Their domains of action also include engagement in sub-national and national policies and institutions as well as international processes like UNFCCC (Wapner, 1995; Lisowski, 2005). It is in these diverse forms that NGOs play a role in "connecting knowledge with responsibility" (Szarka, 2013) and promoting norms of accountability (Gough and Shackley, 2001; Newell, 2008).

Stakeholders can also affect when and how evidence of climate change translates into policies via the domestic political system (Social Learning Group, 2001). The differing results of the same scientific evidence, for instance, the political polarization in the United States versus more proactive and consensual attempts to find solutions in Europe (Skjærseth et al., 2013) demonstrate how stakeholder interests can filter scientific evidence.

Evidence also indicates that that some fossil fuel companies went further and promoted climate scepticism by providing financial resources to like-minded think-tanks (Antilla, 2005; Boykoff and Boykoff, 2007), although other fossil fuel companies adopted a more supportive position on climate science (van den Hove et al., 2002a). Differences in the attitudes of oil companies towards climate change are explained in part by domestic institutional contexts and management structures as well as the structure of assets or technologies of different energy companies (Rowlands, 2000; Kolk and Levy, 2002).

### 15.9.2   Policy design and implementation

Three factors have been considered important for lobbying success in policy design namely: how institutions shape the space for participation (Kohler-Koch and Finke, 2007), organizational resources (Eising, 2007), and the policy environment (Mahoney, 2008; Coen and Richardson, 2009).

In the case of the EU ETS, Skodvin et al. (2010) find that interest groups are able to limit "spectrum of politically feasible policy options." Instrument choice is a function of the extent of resources these interest groups control, the role of veto players in the political process, policy networks and entrepreneurs (Skjærseth and Wettestad, 2009; Skodvin et al., 2010; Braun, 2013; Skjærseth et al., 2013).

The role of business interests in supporting emissions trading as opposed to taxation, in the UK, has also been recognized (Bailey and Rupp, 2006; Nye and Owens, 2008). The political opposition to Australia's Carbon Pollution Reduction Scheme has been explained largely by the opposition of fossil fuel interests (Crowley, 2010, 2013; Macintosh et al., 2010; Bailey et al., 2012). Similarly, in New Zealand, the agriculture sector has played a major role in obtaining a transition period for the sector, use of an intensity-based accounting system, and free credits (Bullock, 2012). This has led to questions regarding the environmental effectiveness of the ETS (Bührs, 2008).

Stakeholders also affect policy durability, flexibility, and implementation. For example, European Climate Change Programme featured consultation processes that ensured policy credibility by having the buy-in of stakeholders. Similarly, the persistence of climate legislation in California has been explained by the stability of coalition groups supporting the legislation due path dependence despite the economic downturn in contrast to the emerging coalition at the national level which broke down after economic shocks (Knox-Hayes, 2012).

### 15.9.3   Summary of the role of stakeholders

Early findings indicate the importance of institutions in creating spaces for stakeholder participation, the organizational resources of the stakeholders themselves, and the general policy environment as being critical factors that determine the effectiveness of stakeholder engagement. However, the degree to which policy design and implementation to mitigate climate change is dependent on stakeholder engagement is as yet under-researched and it must be stressed that the evidence base is thin and that these results primarily derive from case studies.

## 15.10   Capacity building

As national and sub-national governments around the globe confront the multifaceted challenge of climate change mitigation and adaptation, capacity is essential. According to the Agenda 21, building a country's capacity "encompasses the country's human, scientific, technological, organizational, institutional, and resource capabilities" (United Nations, 1992).

The priority for capacity building is strongly reflected in the Johannesburg Plan of Implementation (United Nations, 2002), where capacity building, especially for developing countries and countries with economies in transition, features prominently. It is also stressed in the UNFCCC's capacity building framework for developing countries (Decision 2/CP.7; UNFCCC, 2001). The goal of capacity building under this framework is "to strengthen particularly developing country parties, to promote the widespread dissemination, application and development of environmentally sound technologies and know-how, and to enable

them to implement the provisions of the Convention. In addition, the COP under the UNFCCC requested the Subsidiary Body for Implementation to organize an annual in-session Durban Forum for in-depth discussion on capacity-building following COP-17" (Decision 2/CP.17; UNFCCC, 2011). The Durban Forum provides an opportunity for representatives from governments, UN organizations, intergovernmental and non-governmental organizations, academia, and the private sector to share ideas, experiences, and good practices on implementing capacity-building activities.

## 15.10.1   Capacity to analyze the implications of climate change

Climate change is a severe and major problem that has the potential to seriously derail poverty alleviation in a number of low income countries (Dell et al., 2009). Climate change will affect livelihood assets by impacting health, access to natural resources and infrastructure (Skoufias, 2012). It is also likely to erode agricultural productivity in tropical climates (Skoufias, 2012). Given that the implications of climate change differ so dramatically between countries, to inform climate negotiations and allow countries to realize the full extent of their adaptation needs, substantial capacity would be required to analyze the implications of climate change and to formulate country positions. So far, the academic capacity is geographically very skewed. For example, the International Social Science Council (ISSC) commissioned a bibliometric study on social science research on climate change and global environmental change in the period from 2000 until 2010. It found that OECD countries completely dominated this research and that the poorest countries, notably in Africa, hardly were visible at all in the statistics (Hackmann and St Clair, 2012).

## 15.10.2   Capacity to design, implement and evaluate policies

The design, implementation, and evaluation of national and sub-national climate policies necessitate in-country human capital. National governments and civil society require that climate policies be adapted to local economic, cultural, and social conditions to ensure their effectiveness and public support. To be politically acceptable, such work generally needs to be done by citizens of the country in which the policies are to be implemented. Political feasibility is mainly determined by policy design to improve environmental and economic effectiveness and distributional equity (Bailey and Compston, 2012b). A high level of scientific knowledge and analytical skills are required for such work. Capacity building allows the leadership to be sensitive to environmental constraints and encourages policymaking to meet the needs of the people within these parameters (United Nations, 1992).

Many studies analyze the technological options for achieving deep reductions in GHG emissions, however they do not necessarily reflect the need for capacity building. For example, while Pacala and Socolow

(2004), through their 'stabilization wedges', increased the understanding of the technological options that could be deployed to reach stabilization targets, they did so without pointing out the capacity necessary to reach such a potential. These do however need local adaptation. Through the collaborative dialogue under the Durban Forum, key areas for capacity building on mitigation have emerged, including: low-carbon development strategies; NAMAs; Monitoring, Reporting and Verification; Technology Needs Assessments (TNAs); and mitigation assessments.

## 15.10.3   Capacity to take advantage of external funding and flexible mechanisms

Climate change, and the global policies to mitigate and adapt to it, also imply additional capacity challenges in order to take advantage of international funding and flexible mechanisms such as the CDM in the Kyoto Protocol, and REDD+. So far, the distribution of projects under flexible mechanisms has been very skewed towards countries with greater capacity. As an example, only 2.5 % of normal CDM projects have been hosted by African countries (Fenhann and Staun, 2010).

In the preparations for the UNFCCC Durban Forum on Capacity Building (UNFCCC, 2011) it was noted that capacity-building in developing countries should be improved by (1) ensuring consultations with stakeholders throughout the entire process of activities; (2) enhancing integration of climate change issues and capacity-building needs into national development strategies, plans and budgets; (3) increasing country-driven coordination of capacity-building activities; and (4) strengthening networking and information sharing among developing countries, especially through South-South and triangular cooperation.

## 15.10.4   Capacity building modalities

Capacity building is about equipping people, communities, and organizations with the tools, skills, and knowledge to address the challenges of climate change. It can be delivered through education, outreach, and awareness, but it can also be facilitated through peer learning, knowledge platforms, information exchanges, and technical assistance (Mytelka et al., 2012). The need for capacity building is large. Hundreds of thousands of scientists of various disciplines need to be trained globally in the coming decades as well as policymakers, civil servants, businessmen, and civil society. These needs are not limited to developing countries, as it is needed at all levels of society and in all regions of the world.

There are many different modalities. Since the 15th Conference of the Parties (COP-15), partnerships have formed at the international, national, and sub-national level aimed at climate readiness activities. Capacity building in the private sector is also important. Studies indicate that good management, trained workers, and clean manufacturing

**15**

increase energy efficiency while reducing $CO_2$ emissions. Substantive carbon reductions can be achieved at zero or negative cost through improved workplace practices, optimized processes, and behavioural changes in production (Bloom et al., 2010). Even this requires human resources and capacity to be undertaken.

Capacity building requires a long time horizon, and this is particularly evident in education-poor countries. Building in-country academic programmes that can graduate well-trained masters and PhD students can take decades. When students graduate from such programmes it takes an additional 5–10 years of post-doctoral and junior faculty positions to build the experience and skills to contribute at a high international level (Sterner et al., 2012). Capacity building initiatives are therefore fragile and require continued support and nurturing by both national governments and international organizations. This may be one additional and important area for climate finance.

## 15.11  Links to adaptation

This section discusses links between national and sub-national policies and institutions for mitigation and adaptation. Links between adaptation and mitigation policies at the international level are discussed in Chapter 13, while adaptation in general is discussed in WGII. Adaptation will be needed because some climate change is inevitable (Chapter 5). Indeed, some governments have started to plan and implement policies aimed at tackling changes that are likely to take place or have taken place already (Aaheim et al., 2009). In the longer term, the level of adaptation needed will depend on the success of mitigation efforts and the resulting GHG concentrations, thus there is an obvious linkage between mitigation and adaptation. However, the level of adaptation needed will also depend on the climate response to any given GHG level, around which there is high uncertainty. Mitigation will help to reduce the uncertainty on future changes and is therefore helpful for planning adaptation.

It has been argued that mitigation and adaptation policies are related to each other (Smith and Olesen, 2010). This, however, is a controversial issue (Hamin and Gurran, 2009). Any given mitigation policy at the national or sub-national level is unlikely to have a significant effect on the global climate, so that the climatic consequences of that policy for the purpose of planning adaptation can usually be ignored. The direct side-effects of a mitigation policy for adaptation are more relevant. Examples of such direct effects are mainly in land use (discussed in Section 15.11.3 below) where synergies and tradeoffs between mitigation and adaptation policies may arise.

It is, of course, true that mitigation policies can have effects on adaptation across sectors. For example, carbon pricing can make air-conditioning more expensive, thus hindering adaptation to a warmer climate. However, this is simply one of many costs of a mitigation policy

that will be taken into account while making policies. Conversely, adaptation to higher temperatures has led to increased electricity consumption for cooling (Gupta, 2012) that has to be taken into account while planning mitigation, but so do all changes in demand arising for other reasons such as income growth.

On the national scale, the approach to mitigation and adaptation differs between high or upper-middle income countries and low or lower-middle income countries due to the balance of responsibilities and the focus on mitigation versus adaptation.

The early national policy focus in high or upper-middle income countries was largely on mitigation. These policies were largely developed without in-depth consideration of adaptation linkages. Those high or upper-middle income countries that are developing national adaptation strategies and policies (e.g., see Bizikova et al., 2008; Stewart et al., 2009; Bedsworth and Hanak, 2010; Biesbroek et al., 2010) have shown limited consideration of the effects of adaptation policies on greenhouse gas emissions to date. Neufeldt et al. (2010) investigated the reasons for this disconnect in Europe and found it was due to a strong sectoral separation: sectors that were major emitters have been mitigation focused, and have received little attention on adaptation, whereas climate sensitive sectors such as agricultural, although a potential contributor to emission reductions, have focused on adaptation. They also report that adaptation policy and actions have lagged behind mitigation more generally, and the difference in timing also contributes to the separation of the two domains. This is now starting to change: Bruin et al. (2009) in the Netherlands considered the potential GHG emissions of adaptation measures as part of a national multi-criteria ranking of options.

To date, most of the national climate policy initiatives in low-income countries, especially in the LDCs, have focused on adaptation, notably through the National Adaptation Programme of Action (NAPAs). However, more recently there has been a shift with a number of national policy initiatives that aim to develop climate resilient, low carbon economies (also known as low-emission development strategies or green growth). These include Ethiopia's Climate Resilient Green Economy Vision (EPA Ethiopia, 2011) and Rwanda's Green Growth and Climate Resilience National Strategy for Climate Change and Low Carbon Development (Government of Rwanda, 2011). Given the importance of climate change in these highly vulnerable countries, these initiatives look to build climate resilience, but also recognize the benefits in advancing low carbon development. Research on the linkages between emission reductions and adaptation is still at an early stage and most of the synergies between adaptation and mitigation are centred on the agricultural and forestry sectors.

Some local activities, such as those regarding land-use decisions, have important implications for both mitigation (e.g., by means of carbon sequestration) and adaptation (e.g., by means of increasing resilience to climate change). Ravindranath (2007) explores the synergies between mitigation and adaptation in the forestry sector. As forests

are highly vulnerable to climate change, but provide opportunities for mitigation (e.g., through afforestation), efforts to enhance carbon sequestration need to embed adaptation elements so that exposure to climate impacts can be addressed. Mitigation efforts through forest management regimes such as conservation areas and sustainable forestry contribute to adaptation. Conversely, adaptation efforts such as urban forestry and measures to conserve soil and water also have mitigation effects (Ravindranath, 2007).

Similar issues have emerged for the agricultural sector, with the focus on climate-smart agriculture. This focus recognizes the high vulnerability of agriculture as a climate-sensitive sector, but also addresses the fact that it is a major source of greenhouse gas emissions in developing economies. A number of options have been identified as potentially beneficial for mitigation and adaptation, including (McCarthy et al., 2011) soil and water conservation (including conservation agriculture, low or minimum tillage, vegetation strips, terraces, structures such as bunds contours, shade trees, tied ridges, small-scale water harvesting, compost production, cover crops, improved fallows, crop residues), agroforestry, and improved pasture and grazing management including restoration. These options are based on sustainable agricultural land management (SALM) practices. These practices reduce climate related risks in the form of rainfall variability and soil erosion, increase soil organic matter and soil fertility (thus increasing productivity), and reduce emissions by either reducing soil emissions or preventing other more emission intensive activities. More traditional measures to increase productivity, such as fertilizer use or increased irrigation, have the potential to increase greenhouse gas emissions because of the high energy intensity of fertilizer production and the energy use in water abstraction and pumping; however, they may still reduce land-use emissions by increasing the productivity and yields per hectare, as well we reduce future land-use pressures that may lead to deforestation (Chapter 11). However, as highlighted by McCarthy et al. (2011), many of these climate-smart options involve important opportunity or policy costs, higher risks, or may involve benefits that arise over longer time periods (e.g., improved soil function), or involve wider environmental benefits that are not immediately useful to farmers. They also frequently involve institutional, financial, and capacity barriers, and so may not happen autonomously.

Both the forest and agricultural sectors also link through to issues of rural land-use change and land planning/management, which can have synergistic effects on mitigation and adaptation (Pimentel et al., 2010), but which can also involve complex tradeoffs.

Overall, the emerging evidence suggests that while there may be a potential for synergistic mitigation and adaptation policy linkages in the agricultural and forest sectors, the translation of these policies through to implementation may well be challenging because of the different characteristics of mitigation and adaptation (e.g., the global public good nature of mitigation versus the local benefits from adaptation), because of the additional costs involved (e.g., involving higher capital costs or opportunity costs associated with synergistic

options), because of institutional, technological or behavioural barriers, and because different actors maybe involved in mitigation and adaptation decisions, including the need to address cross-sectoral aspects.

# 15.12  Investment and finance

## 15.12.1  National and sub-national institutions and policies

The justification for investment and finance and the description of the various financial agreements have been elaborated in Chapter 13. Chapter 16 assesses in more detail the range of institutional arrangements for mitigation finance at the global, regional, national, and sub-national levels. This section concentrates on institutional mechanisms which parties to the UNFCCC, developed and developing countries, have been using or introducing to facilitate, tap, channel, and catalyze climate change investment and finance. It also briefly touches on some of the major policy directions and trends affecting mitigation finance and investments. Earlier sections of this chapter presented the variety of policy instruments available and being used both in developed and developing countries. Public finance is needed for subsidies and public provision (Sections 15.5.2 and 15.5.6). In this section we track the consequences with a view to the aggregate funding needed.

Without dedicated financial policy, other policy instruments alone may be insufficient to mobilize the large-scale investments needed to move the world away from its current high-emission path.

Recent case studies and some empirical evidence highlight the importance of targeted public finance to help catalyze and leverage private investment in some mitigation activities (CPI, 2012). For this purpose, governments have at their disposal a variety of mechanisms that include credit lines, bonds, guarantees, equity, venture capital, carbon finance, and grants (Maclean et al., 2008). These mechanisms exist and are effective mostly in developed and emerging economies (Kennedy and Corfee-Morlot, 2012).

In addition, a number of innovative mechanisms are being promoted in some developed countries with success. These include, 'property assessed financing districts' where residential and commercial property owners are provided with loans for renewable energy and energy efficiency, 'direct cash subsidies' to promote the installation of energy efficiency measures and renewable energy systems, 'power purchase agreements', and ESCOs—Energy Service Companies to implement performance-based energy efficiency projects (Ellingson et al., 2010).

National development banks are increasingly playing a critical role in leveraging public and private resources in both developed and devel-

oping countries. National development banks, which operate mainly domestically, have an advantage in accessing local financial markets and dealing with barriers that they understand better than others (Smallridge et al., 2013).

International financing for mitigation and adaptation has impacted the domestic climate discourse and has created incentives for sustainable development at national and local levels in developing countries (Metz and Kok, 2008). National and sub-national efforts to finance climate change often have an explicit link to international processes or support through the various mechanisms of the Convention and Kyoto Protocol or those encouraged to facilitate funding for developing countries such as bilateral and multilateral channels. Some of these mechanisms have led to significant investment in developing countries. An estimated USD 215.4 billion had been invested in 4832 Clean Development Mechanism projects by June 15, 2012 (UNFCCC, 2012). Similarly, the Global Environment Facility (GEF) estimates that since the start of its operations (1991–2013), it has leveraged over USD 27 billion for climate change projects (GEF, 2013).

A new trend is the establishment by several developing countries of funds and national funding entities dedicated to climate change. Table 16.2 lists some of these institutions, their objectives, governance, and sources of funding. The missions and objectives are diverse and their level of institutionalization varies from country to country. All are designed to tap and blend funding available from international and domestic sources—public and private—to catalyze climate investment in their country (Flynn, 2011).

National funding entities have the potential to help countries cope with the proliferation of funds and entities offering financial resources for mitigation activities (Glemarec, 2011; Smith et al., 2011). Increased fragmentation of international assistance has increased transaction costs for recipients while the multiplicity and competitive nature of sources has challenged national and sub-national capacities (Knack and Rahman, 2007; Anderson, 2012). Limited absorptive and human capacity resources do however present serious challenges. Evidence of the ability of national funding entities to ensure coherence between national institutions dedicated to climate change and cabinet entities such as the Ministry of Finance or the Office of the President relies on case studies and, currently, does not yet offer general conclusions (Thornton, 2010).

## 15.12.2  Policy change direction for finance and investments in developing countries

There have been some significant trends in recent years regarding climate finance and the actors involved. Three are particularly relevant for their impact on the way climate finance is being managed and who does the management.

First, financing climate objectives by mainstreaming climate change into development planning has been gaining ground. This is particularly the case of countries wanting to integrate adaptation strategies into their overall national strategy as a way to build resilience. It is also evident in some of the climate change action plans and strategies of some countries that are clearly linked to poverty reduction and national development objectives (Garibaldi et al., 2013). However, the benefits and costs of integrating climate change considerations into development planning may be difficult to attain in practice. The OECD (OECD, 2005) warns of 'mainstreaming overload' as climate change competes with other issues like governance and gender to be mainstreamed into development planning. Barriers to integrating climate and development objectives include: lack of human and institutional capacity and lack of coordination among line ministries (Knack and Rahman, 2007; Kok et al., 2008).

Second, is the growing recognition that financing climate actions can have large co-benefits. Investments in clean energy, for example, may result in improvement in health indicators as air pollution levels decrease. Similarly, investing in forest conservation may result in a reduction of GHG emissions from deforestation. Thus, the increasing interest in the concept of co-benefits or climate and development as 'win-win' outcomes. Reducing emissions has been seen as a by-product of reducing energy costs in the case of China (Richerzhagen and Scholz, 2008). Reducing emissions from deforestation and forest degradation is seen as another major opportunity to deliver both emissions reductions and livelihood benefits. However, Campbell (2009) and Adams and Hulme (2001) argue that the ability to define these win-win objectives is a major factor for success.

Third, the number of actors involved in climate finance and investment is growing. Climate change finance is no longer a monopoly of the public sector. There is now a multiplicity of actors from the private and business world whose level of financing exceeds that of the public sector several fold, particularly in the middle-income and emerging economies (Gomez-Echeverri, 2013). This development has the potential to address implementation gaps, generate greater participation from stakeholders, and encourage public-private partnerships that promote sustainable development (Pattberg, 2010).

Two areas of need emerge from the literature (Cameron, 2011; Zingel, 2011). First, attracting climate finance investments will require strengthening institutional and governance capacities at the national and sub-national levels in recipient countries. Specifically, the ability to formulate strategies and action plans, including policies and measures, formulate, assess and approve projects, demonstrate accountability and transparency to their own populations, as well as to the development partners to raise levels of investment confidence will be needed. Second, robust mechanisms are needed to ensure accountability. This would involve greater transparency in both donor and recipient countries. The role of civil society organizations and the media could be strengthened for good governance and accountability.

## 15.13 Gaps in knowledge and data

- Cross-country comparisons of institutional design options, particularly mechanisms for coordinating and mainstreaming climate and other related sector policies, are limited. Wider use of evaluation methods would allow for the understanding of relative effectiveness of different options and designs to be used to improve outcomes over time.

- Evaluating the economic and environmental effectiveness of individual policy instruments and packages is difficult as various jurisdictions produce policy instruments influenced by context-specific factors such as co-benefits and political economy considerations. As a result, the cost of committing to a target and the actions needed to meet it, are difficult to estimate. For example, fuel taxes in the transport sector are implemented for multiple purposes including energy security, congestion and pollution reduction, revenue for road construction, mitigation of climate change, and so forth. It is difficult to gauge the contribution of fuel taxes to mitigation efforts.

- While the distributional incidence of taxes has been studied quite extensively, much less is known about the distributional incidence of other policy instruments and packages. Similarly, knowledge gaps remain uneven across policy instruments on other criteria such as institutional, political, and administrative feasibility.

- The asymmetry of methodologies regarding 'negative cost' policies regarding regulation and information measures with case studies arguing for negative private and social cost polices while critiques basing results on economic theory and models has meant that conclusive results are not yet available.

- Understanding of the relative balance between demand pull and supply push policies needed to accelerate technological innovation remains an important gap. Data on global private investment in research and development is a major gap along in addition to public R&D figures in middle income and low-income countries.

- The valuation of co-benefits from emission reduction has been studied comprehensively in the United States (Muller et al., 2011), but much less is known about other countries. This is important because taking these co-benefits into account could significantly lower the cost of emission reduction, and perhaps offer negative costs, in several sectors.

## 15.14 Frequently Asked Questions

### FAQ 15.1 What kind of evidence and analysis will help us design effective policies?

Economic theory can help with policy design at a conceptual level, while modelling can provide an ex-ante assessment of the potential impact of alternative mitigation policies. However, as theory and modelling tend to be based on sets of simple assumptions, it is desirable that they are complemented by ex-post policy evaluations whenever feasible. For example, theory and bottom up modelling suggest that some energy efficiency policies can deliver $CO_2$ emission reductions at negative cost, but we need ex-post policy evaluation to establish whether they really do and whether the measures are as effective as predicted by ex-ante assessments (Section 15.4).

As climate policies are implemented, they can generate an empirical evidence base that allows policy evaluation to take place. If evaluation is built into the design of a programme or policy from its inception, the degree of success and scope for improvement can be identified. Policies implemented at the sub-national levels provide sites for experimentation on climate policies. Lessons from these efforts can used to accelerate policy learning.

Much of the evidence base consists of case studies. While this method is useful to gain context-specific insights into the effectiveness of climate policies, statistical studies based on large sample sizes allow analysts to control for various factors and yield generalizable results. However, quantitative methods do not capture institutional, political, and administrative factors and need to be complemented by qualitative studies.

### FAQ 15.2 What is the best climate change mitigation policy?

A range of policy instruments is available to mitigate climate change including carbon taxes, emissions trading, regulation, information measures, government provision of goods and services, and voluntary agreements (Section 15.3). Appropriate criteria for assessing these instruments include: economic efficiency, cost effectiveness, distributional impact, and institutional, political, and administrative feasibility (Section 15.5).

Policy design depends on policy practices, institutional capacity and other national circumstances. As a result, there is no single best policy instrument and no single portfolio of instruments that is best across many nations. The notion of 'best' depends on which assessment criteria we employ when comparing policy instruments and the relative weights attached to individual criteria. The literature provides

15

**15**

more evidence about some types of policies, and how well they score against the various criteria, than others. For example, the distributional impacts of a tax are relatively well known compared to the distributional impacts of regulation. Further research and policy evaluation is required to improve the evidence base in this respect (Section 15.12).

Different types of policy have been adopted in varying degrees in actual plans, strategies, and legislation. While economic theory provides a strong basis for assessing economy-wide economic instruments, much mitigation action is being pursued at the sectoral level (Chapters 7–12). Sectoral policy packages often reflect co-benefits and wider political considerations. For example, fuel taxes are among a range of sectoral measures that can have a substantial effect on emissions even though they are often implemented for other objectives.

Interactions between different policies need to be considered. The absence of policy coordination can affect environmental and economic outcomes. When policies address distinct market failures such as the externalities associated with greenhouse gas emissions or the undersupply of innovation, the use of multiple policy instruments has considerable potential to reduce costs. In contrast, when multiple instruments such as a carbon tax and a performance standard are employed to address the same objective, policies can become redundant and undermine overall cost effectiveness (Section 15.8.4.2).

# References

**Aaheim A., F. Berkhout, D. McEvoy, R. Mechler, H. Neufeldt, A. G. Patt, P. Watkiss, A. Wreford, Z. Kundzewicz, C. Lavalle, and others (2009).** Adaptation to Climate Change: Why is it needed and how can it be implemented?

**Aasrud A., R. Baron, and K. Karousakis (2010).** Market Readiness: Building Blocks for Market Approaches. Organisation for Economic Co-Operation and Development/ International Energy Agency. Available at: http://www.oecd.org/env/cc/46563135.pdf.

**Adams W.M., and D. Hulme (2001).** If community conservation is the answer in Africa, what is the question? *Oryx* **35**, 193–200. doi: 10.1046/j.1365-3008.2001.00183.x, ISSN: 0030-6053, 1365–3008.

**Adams T., and J.A. Turner (2012).** An investigation into the effects of an emissions trading scheme on forest management and land use in New Zealand. *Forest Policy and Economics* **15**, 78–90. doi: 10.1016/j.forpol.2011.09.010, ISSN: 1389-9341.

**Aghion P., A. Dechezleprêtre, D. Hemous, R. Martin, and J.V. Reenen (2012).** *Carbon Taxes, Path Dependency and Directed Technical Change: Evidence from the Auto Industry.* National Bureau of Economic Research, Cambridge, MA. Available at: http://www.nber.org/papers/w18596.

**Agnolucci P. (2009).** The Effect of the German and British Environmental Taxation Reforms: A simple assessment. *Energy Policy* **37**, 3043–3051. Available at: http://ideas.repec.org/a/eee/enepol/v37y2009i8p3043-3051.html.

**Aichele R., and G.J. Felbermayr (2011).** Kyoto and Carbon Leakage: An Empirical Analysis of the Carbon Content of Bilateral Trade. *CESifo Working Paper Series* **3661**, 32. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1968868.

**Akerlof G.A. (1970).** The Market for "Lemons": Quality Uncertainty and the Market Mechanism. *The Quarterly Journal of Economics* **84**, 488. doi: 10.2307/1879431, ISSN: 00335533.

**Akimoto K. (2012).** Potential for Energy Efficiency Improvement and Barriers. In: *Climate change mitigation a balanced approach to climate change.* M. Yamaguchi, (ed.), Springer, London; New York, pp. 161–177. ISBN: 9781447142287 1447142284.

**Aldy J.E., and R.N. Stavins (2012).** The Promise and Problems of Pricing Carbon: Theory and Experience. *The Journal of Environment & Development* **21**, 152–180. doi: 10.1177/1070496512442508, ISSN: 1070-4965, 1552–5465.

**Allcott H. (2011).** Consumers' Perceptions and Misperceptions of Energy Costs. *American Economic Review* **101**, 98–104. doi: 10.1257/aer.101.3.98, ISSN: 0002-8282.

**Alston L.J., G.D. Libecap, and B. Mueller (2000).** Land Reform Policies, the Sources of Violent Conflict, and Implications for Deforestation in the Brazilian Amazon. *Journal of Environmental Economics and Management* **39**, 162–188. doi: 10.1006/jeem.1999.1103, ISSN: 0095-0696.

**Andam K.S., P.J. Ferraro, A. Pfaff, G.A. Sanchez-Azofeifa, and J.A. Robalino (2008).** Measuring the effectiveness of protected area networks in reducing deforestation. *Proceedings of the National Academy of Sciences* **105**, 16089–16094. doi: 10.1073/pnas.0800437105, ISSN: 0027-8424, 1091–6490.

**Andersen M.S. (2004).** Vikings and virtues: a decade of $CO_2$ taxation. *Climate Policy* **4**, 13–24.

**Anderson E. (2012).** Aid fragmentation and donor transaction costs. *Economics Letters* **117**, 799–802. doi: 10.1016/j.econlet.2012.08.034, ISSN: 01651765.

**Anderson S.T., I.W.H. Parry, J.M. Sallee, and C. Fischer (2011).** Automobile Fuel Economy Standards: Impacts, Efficiency, and Alternatives. *Review of Environmental Economics and Policy* **5**, 89–108. Available at: http://ideas.repec.org/a/oup/renvpo/v5y2011i1p89-108.html.

**Andreen W.L. (2008).** Federal Climate Change Legislation and Preemption. *Environmental and Energy Law and Policy* **3**, 261.

**Angelsen A. (1999).** Agricultural expansion and deforestation: modelling the impact of population, market forces and property rights. *Journal of Development Economics* **58**, 185–218. Available at: http://ideas.repec.org/a/eee/deveco/v58y1999i1p185-218.html.

**Anthoff D., and R. Hahn (2010).** Government failure and market failure: on the inefficiency of environmental and energy policy. *Oxford Review of Economic Policy* **26**, 197–224. Available at: http://ideas.repec.org/a/oup/oxford/v26y2010i2p197-224.html.

**Antilla L. (2005).** Climate of scepticism: US newspaper coverage of the science of climate change. *Global Environmental Change* **15**, 338–352. doi: 10.1016/j.gloenvcha.2005.08.003, ISSN: 09593780.

**Aoki K. (2010).** Determinants of the Possibilities and Impossibilities of the Japanese Local Governments' Progressive Low Carbon Measures: Case Studies of the Policy Processes at the Tokyo Metropolitan Government, Nagano, and Iwate Prefectures. Yale University. 20 pp. Available at: http://conference.unitar.org/yale/local-and-community-level-governance.

**ApSimon H., M. Amann, S. Åström, and T. Oxley (2009).** Synergies in addressing air quality and climate change. *Climate Policy* **9**, 669–680. doi: 10.3763/cpol.2009.0678, ISSN: 14693062, 17527457.

**Aroonruengsawat A. (2012).** The Impact of State Level Building Codes on Residential Electricity Consumption. *The Energy Journal* **33**, 31–52. doi: 10.5547/ISSN0195-6574-EJ-Vol33-No1-2, ISSN: 01956574.

**Van Asselt H., J. Berseus, J. Gupta, and C. Haug (2010).** Nationally Appropriate Mitigation Actions (NAMAs) in Developing Countries: challenges and opportunities. Institute for Environmental Studies, Vrije Universiteit Amsterdam.

**Assemblée Nationale (2010).** LOI n° 2010–788 du 12 juillet 2010 portant engagement national pour l'environnement. Available at: http://www.legifrance.gouv.fr/affichTexte.do?cidTexte=JORFTEXT000022470434.

**Atashbar T. (2012).** Illusion therapy: How to impose an economic shock without social pain. *Journal of Policy Modeling* **34**, 99–111. ISSN: 0161-8938.

**Atteridge A., M.K. Shrivastava, N. Pahuja, and H. Upadhyay (2012).** Climate policy in India: what shapes international, national and state policy? *Ambio* **41 Suppl 1**, 68–77. doi: 10.1007/s13280-011-0242-5, ISSN: 0044-7447.

**Baeumler A., E. Ijjasz-Vasquez, and S. Mehndiratta (2012).** *Sustainable Low-Carbon City Development in China.* World Bank Publications, 618 pp. ISBN: 9780821389881.

**Bailey I., and H. Compston (2012a).** *Feeling the Heat: The Politics of Climate Policy in Rapidly Industrializing Countries.* Palgrave Macmillan, 285 pp. ISBN: 9780230374997.

**Bailey I., and H. Compston (2012b).** Political strategy and climate policy. In: *Feeling the Heat: The Politics of Climate Policy in Rapidly Industrializing Countries.* Palgrave Macmillan, Chippenham and Eastbourne, pp. 264. ISBN: 9780230280403.

**Bailey I., I. MacGill, R. Passey, and H. Compston (2012).** The fall (and rise) of carbon pricing in Australia: a political strategy analysis of the carbon pollution reduction scheme. *Environmental Politics* **21**, 691–711. doi: 10.1080/09644016.2012.705066, ISSN: 0964-4016.

Bailey I., and S. Rupp (2006). The evolving role of trade associations in negotiated environmental agreements: the case of United Kingdom Climate Change Agreements. *Business Strategy and the Environment* 15, 40–54. doi: 10.1002/bse.465, ISSN: 1099-0836.

Bedsworth L.W., and E. Hanak (2010). Adaptation to climate change: a review of challenges and tradeoffs in six areas. *Journal of the American Planning Association* 76, 477–495.

Bellas A.S. (2011). Evidence of Innovation and Diffusion Under Tradable Permit Programs. *International Review of Environmental and Resource Economics* 5, 1–22. doi: 10.1561/101.00000036, ISSN: 19321473.

Berkhout P.H.G., A. Ferrer-i-Carbonell, and J.C. Muskens (2004). The ex post impact of an energy tax on household energy demand. *Energy Economics* 26, 297–317. doi: 10.1016/j.eneco.2004.04.002, ISSN: 01409883.

Betsill M.M., and H. Bulkeley (2006). Cities and the Multilevel Governance of Global Climate Change. *Global Governance* 12, 141–159. ISSN: 1075-2846.

Beuermann C., and T. Santarius (2006). Ecological tax reform in Germany: handling two hot potatoes at the same time. *Energy Policy* 34, 917–929. doi: 10.1016/j.enpol.2004.08.045, ISSN: 0301-4215.

Bhagwati J., and P.C. Mavroidis (2007). Is action against US exports for failure to sign Kyoto Protocol WTO-legal? *World Trade Review* 6, 299–310. doi: 10.1017/S1474745607003291.

Biedermann A. (2011). Klimaschutzziele in den deutschen Bundesländern. Umwelt Bundesamt. Available at: http://www.uba.de/uba-info-medien/4146.html.

Biesbroek G.R., R.J. Swart, T.R. Carter, C. Cowan, T. Henrichs, H. Mela, M.D. Morecroft, and D. Rey (2010). Europe adapts to climate change: Comparing National Adaptation Strategies. *Global Environmental Change* 20, 440–450. doi: 10.1016/j.gloenvcha.2010.03.005, ISSN: 09593780.

Bizikova L., T. Neale, and I. Burton (2008). *Canadian Communities' Guidebook for Adaptation to Climate Change. Including an Approach to Generate Mitigation Co-Benefits in the Context of Sustainable Development [Electronic Resource]*. Environmenta Canada/ University of British Columbia, Vancouver, 100 pp. ISBN: 1100108394.

Bjertnæs G.H., and T. Fæhn (2008). Energy taxation in a small, open economy: Social efficiency gains versus industrial concerns. *Energy Economics* 30, 2050–2071. ISSN: 0140-9883.

Blackman A., R. Osakwe, and F. Alpizar (2010). Fuel tax incidence in developing countries: The case of Costa Rica. *Energy Policy* 38, 2208–2215. Available at: http://ideas.repec.org/a/eee/enepol/v38y2010i5p2208-2215.html.

Blonz J., D. Burtraw, and M. Walls (2012). Social safety nets and US climate policy costs. *Climate Policy* 12, 474–490. doi: 10.1080/14693062.2011.644073, ISSN: 1469-3062.

Bloom N., C. Genakos, R. Martin, and R. Sadun (2010). Modern Management: Good for the Environment or Just Hot Air?*. *The Economic Journal* 120, 551–572. doi: 10.1111/j.1468-0297.2010.02351.x, ISSN: 1468-0297.

Boehringer C., and M. Frondel (2007). *Assessing Voluntary Commitments in the German Cement Industry: The Importance of Baselines*. RFF Press, Washington, D.C., 105–117 pp.

Bohringer C., B. Bye, T. Faehn, and K.E. Rosendahl (2012). Alternative designs for tariffs on embodied carbon: A global cost-effectiveness analysis. *Energy Economics* 34, S143–S153. ISSN: 01409883.

Böhringer C., H. Koschel, and U. Moslener (2008). Efficiency losses from overlapping regulation of EU carbon emissions. *Journal of Regulatory Economics* 33, 299–317. doi: 10.1007/s11149-007-9054-8, ISSN: 0922-680X, 1573–0468.

Bohringer C., A. Loschel, and T.F. Rutherford (2006). Efficiency Gains from "What"-Flexibility in Climate Policy an Integrated CGE Assessment. *The Energy Journal* Multi-Greenhouse Gas Mitigation and Climate Policy, 405–424. Available at: http://ideas.repec.org/a/aen/journl/2006se_weyant-a21.html.

Borck J.C., and C. Coglianese (2009). Voluntary Environmental Programs: Assessing Their Effectiveness. *Annual Review of Environment and Resources* 34, 305–324. doi: 10.1146/annurev.environ.032908.091450.

Bosetti V., S. Paltsev, J. Reilly, and C. Carraro (2011). *Emissions Pricing to Stabilize Global Climate*. Fondazione Eni Enrico Mattei, Milan, Italy, 18 pp. Available at: http://ideas.repec.org/p/fem/femwpa/2011.80.html.

Bovenberg A.L., L.H. Goulder, and D.J. Gurney (2005). Efficiency Costs of Meeting Industry-Distributional Constraints Under Environmental Permits and Taxes. *RAND Journal of Economics* 36, 950–970. Available at: http://ideas.repec.org/a/rje/randje/v36y2005i4p950-970.html.

Boykoff M.T., and J.M. Boykoff (2007). Climate change and journalistic norms: A case-study of US mass-media coverage. *Geoforum* 38, 1190–1204. doi: 10.1016/j.geoforum.2007.01.008, ISSN: 00167185.

Brännlund R., and L. Persson (2010). *Tax or Not Tax? Preferences for Climate Policy Attributes*. CERE—the Center for Environmental and Resource Economics, Umeå, Sweden, 24 pp. Available at: http://ideas.repec.org/p/hhs/slucer/2010_004.html.

Braun C. (2013). The Driving Forces of Stability Exploring the Nature of Long-Term Bureaucracy—Interest Group Interactions. *Administration & Society* 45, 809–836. doi: 10.1177/0095399712438377, ISSN: 0095-3997, 1552–3039.

Bressers H., T. Bruijn, and K. Lulofs (2009). Environmental negotiated agreements in the Netherlands. *Environmental Politics* 18, 58–77. doi: 10.1080/09644010802624819.

Bridgman B.R., I.D. Livshits, and J.C. MacGee (2007). Vested interests and technology adoption. *Journal of Monetary Economics* 54, 649–666. Available at: http://ideas.repec.org/a/eee/moneco/v54y2007i3p649-666.html.

Brouhle K., C. Griffiths, and A. Wolverton (2009). Evaluating the role of EPA policy levers: An examination of a voluntary program and regulatory threat in the metal-finishing industry. *Journal of Environmental Economics and Management* 57, 166–181. doi: 10.1016/j.jeem.2008.07.006, ISSN: 0095-0696.

Bruin K. de, R. Dellink, and S. Agrawala (2009). *Economic Aspects of Adaptation to Climate Change: Integrated Assessment Modelling of Adaptation Costs and Benefits*. OECD Publishing, Paris, France. Available at: http://ideas.repec.org/p/oec/envaaa/6-en.html.

Bruvoll A., and B.M. Larsen (2004). Greenhouse gas emissions in Norway: do carbon taxes work? *Energy Policy* 32, 493–505. doi: 10.1016/S0301-4215(03)00151-4, ISSN: 03014215.

Bührs T. (2008). Climate Change Policy and New Zealand's "National Interest": the Need for Embedding Climate Change Policy Into a Sustainable Development Agenda. *Political Science* 60, 61–72. doi: 10.1177/00323187080600106, ISSN: 0032-3187, 2041–0611.

Bulkeley H., and M.M. Betsill (2005). Rethinking Sustainable Cities: Multilevel Governance and the "Urban" Politics of Climate Change. *Environmental Politics* 14, 42–63. doi: Article, ISSN: 09644016.

Bulkeley H., and V. Castán Broto (2012). Government by experiment? Global cities and the governing of climate change. *Transactions of the Institute of British Geographers* 38, 361–375.

15

Bullock D. (2012). Emissions trading in New Zealand: development, challenges and design. *Environmental Politics* **21**, 657–675. doi: 10.1080/09644016.2012.688359, ISSN: 0964-4016.

Bureau B. (2011). Distributional Effects of a Carbon Tax on Car Fuels in France. *Energy Economics* **33**, 121–130. doi: 10.1016/j.eneco.2010.07.011, ISSN: 0140-9883.

Burniaux J.M., and J. Chateau (2011). *Mitigation Potential of Removing Fossil Fuel Subsidies: A General Equilibrium Assessment*. Organisation for Economic Cooperation and Development, Paris, France, 28 pp. Available at: http://www.oecd-ilibrary.org/economics/mitigation-potential-of-removing-fossil-fuel-subsidies_5kgdx1jr2plp-en.

Burtraw D., and K. Palmer (2008). Compensation rules for climate policy in the electricity sector. *Journal of Policy Analysis and Management* **27**, 819–847. doi: 10.1002/pam.20378, ISSN: 1520-6688.

Burtraw D., K. Palmer, and D. Kahn (2010). A symmetric safety valve. *Energy Policy* **38**, 4921–4932. Available at: http://ideas.repec.org/a/eee/enepol/v38y2010i9p4921-4932.html.

Burtraw D., and W. Shobe (2009). *State and Local Climate Policy under a National Emissions Floor*. Resources For the Future, Washington, D.C., 19 pp. Available at: www.rff.org/rff/documents/rff-dp-09-54.pdf.

Burtraw D., R. Sweeney, and M. Walls (2009). The Incidence of U.S. Climate Policy: Alternative Uses of Revenues from a Cap-and-Trade Auction. *National Tax Journal* **62**, 497–518.

Burtraw D., and M. Woerman (2013). Technology Flexibility and Stringency for Greenhouse Gas Regulations. Resources for the Future. Available at: http://www.rff.org/Publications/Pages/PublicationDetails.aspx?PublicationID=22235.

Bushnell J., C. Peterman, and C. Wolfram (2008). Local Solutions to Global Problems: Climate Change Policies and Regulatory Jurisdiction. *Review of Environmental Economics and Policy* **2**, 175–193. doi: 10.1093/reep/ren007, ISSN: 1750-6816, 1750–6824.

Byrne J., K. Hughes, W. Rickerson, and L. Kurdgelashvili (2007). American policy conflict in the greenhouse: Divergent trends in federal, regional, state, and local green energy and climate change policy. *Energy Policy* **35**, 4555–4573. doi: 10.1016/j.enpol.2007.02.028, ISSN: 0301-4215.

Calel R., and A. Dechezleprêtre (2012). *Environmental Policy and Directed Technological Change: Evidence from the European Carbon Market*. Social Science Research Network, Rochester, NY, 33 pp. Available at: http://papers.ssrn.com/abstract=2041147.

Cambridge Econometrics (2005). Modelling the initial effects of the Climate Change Levy. *Report Submitted to HM Customs and Excise* **8**.

Cameron C. (2011). *Climate Change Financing and Aid Effectiveness: Ghana Case Study*. Organisation for Economic Cooperation and Development, 35 pp. Available at: www.oecd.org/dac/environmentanddevelopment/48458430.pdf.

Campbell B.M. (2009). Beyond Copenhagen: REDD+, agriculture, adaptation strategies and poverty. *Global Environmental Change* **19**, 397–399. doi: 10.1016/j.gloenvcha.2009.07.010, ISSN: 09593780.

Campbell, A., Kapos, V., Lysenko, I., Scharlemann, J., Dickson, B., Gibbs, H., Hansen, M., and Miles, L. (2008). Carbon emissions from forest loss in protected areas. Available at: http://archive.org/details/carbonemissionsf08camp.

Canton J., and A.J. Linden (2010). *Support Schemes for Renewable Electricity in the EU*. Directorate General Economic and Monetary Affairs (DG ECFIN), European Commission, Brussels, Belgium, 59 pp. Available at: http://ideas.repec.org/p/euf/ecopap/0408.html.

CARB (2011). California Greenhouse Gas Emissions Inventory: 2000–2009. California Air Resources Board.

Caripis L., J. Peel, L.C. Godden, and R. Keenan (2012). Australia's Carbon Pricing Mechanism. *Climate Law* **2**, 25. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=2055522.

Carlarne C. (2008). Notes from a Climate Change Pressure-Cooker: Sub-Federal Attempts at Transformation Meet National Resistance in the USA. *Connecticut Law Review* **40**. Available at: https://litigation-essentials.lexisnexis.com/webcd/app?action=DocumentDisplay&crawlid=1&doctype=cite&docid=40+Conn.+L.+Rev.+1351&srctype=smi&srcid=3B15&key=556887f2a2d2220e8196e28bd29a4eed.

Carlson C., D. Burtraw, M. Cropper, and K.L. Palmer (2000). Sulfur Dioxide Control by Electric Utilities: What Are the Gains from Trade? *Journal of Political Economy* **108**. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=248522.

Carter N. (2008). Combating Climate Change in the UK: Challenges and Obstacles1. *The Political Quarterly* **79**, 194–205. doi: 10.1111/j.1467-923X.2008.00913.x, ISSN: 1467-923X.

CAUS (2012). Australia's emissions reduction targets. Available at: http://www.climatechange.gov.au/climate-change/greenhouse-gas-measurement-and-reporting/australias-emissions-projections/australias.

Chen L.-T., and A.H. Hu (2012). Voluntary GHG reduction of industrial sectors in Taiwan. *Chemosphere* **88**, 1074–1082. doi: 10.1016/j.chemosphere.2012.04.049, ISSN: 1879-1298.

Cheng C.-C. (2010). A New NAMA Framework for Dispersed Energy End-Use Sectors. *Energy Policy* **38**, 5614–5624. ISSN: 0301-4215.

Chhatre A., and A. Agrawal (2009). Trade-offs and synergies between carbon storage and livelihood benefits from forest commons. *Proceedings of the National Academy of Sciences* **106**, 17667–17670. doi: 10.1073/pnas.0905308106, ISSN: 0027-8424, 1091–6490.

Chomitz K.M., P. Buys, G. De Luca, T.S. Thomas, and S. Wertz-Kanounnikoff (2007). *At Loggerheads : Agricultural Expansion, Poverty Reduciton and Environment in Th Tropical Forests*. The U.S. World Bank, Washington, 224 pp. ISBN: 0821367358 9780821367353 0821367366 9780821367360.

Clapp C., G. Briner, and K. Karousakis (2010). *Low-Emission Development Strategies (LEDS): Technical, Institutional and Policy Lessons*. Organisation for Economic Cooperation and Development/International Energy Agency, Paris, 56 pp. Available at: www.oecd.org/dataoecd/32/58/46553489.pdf.

Clark K., A. Gauthier, and N. Pinon (2010). Assessing the Structural Capacity Requirements that Would Allow Developing Countries to Participate in Evolving Carbon Markets. Marmanie Consulting Ltd.

Clean Energy Regulator (2012). Liable Entities Public Information Database. Clean Energy Regulator, Government of Australia. Available at: http://www.cleanenergyregulator.gov.au/Carbon-Pricing-Mechanism/Liable-Entities-Public-Information-Database/LEPID-for-2012-13-Financial-year/Pages/default.aspx.

Coady D., R. Gillingham, R. Ossowski, J. Pietrowski, and S. Tareq (2010). Petroleum Product Subsidies: Costly, Inequitable, and Rising. *IMF Staff Position Note* **10**, 20. Available at: http://www.imf.org/external/pubs/ft/spn/2010/spn1005.pdf.

Cockburn I., S. Stern, and J. Zausner (2011). Finding the Endless Frontier: Lessons from the Life Sciences Innovation System for Energy R&D. In: *Accelerating Energy Innovation: Insights from Multiple Sectors*. R. Henderson, R.G. Newell, (eds.), University of Chicago Press, pp. 113–157.

**1193**

**Coen D., and J. Richardson (2009).** *Lobbying the European Union: Institutions, Actors, and Issues.* Oxford University Press, 339 pp. ISBN: 9780191607219.

**Collier U., and R.E. Löfstedt (1997).** Think globally, act locally?: Local climate change and energy policies in Sweden and the UK. *Global Environmental Change* **7**, 25–40. doi: 10.1016/S0959-3780(96)00025-8, ISSN: 0959-3780.

**Compston H. (2009).** Networks, resources, political strategy and climate policy. *Environmental Politics* **18**, 727–746. doi: 10.1080/09644010903157032, ISSN: 0964-4016.

**Corfee-Morlot J., L. Kamal-Chaoui, M. Donovan, I. Cochran, A. Robert, and P.-J. Teasdale (2009).** Cities, Climate Change and Multilevel Governance. *OECD Publishing* **14**, pp.125.

**Coria J., and T. Sterner (2010).** Tradable Permits in Developing Countries: Evidence From Air Pollution in Chile. *The Journal of Environment & Development* **19**, 145–170. doi: 10.1177/1070496509355775, ISSN: 1070-4965, 1552–5465.

**Couture T., and Y. Gagnon (2010).** An analysis of feed-in tariff remuneration models: Implications for renewable energy investment. *Energy Policy* **38**, 955–965. doi: 10.1016/j.enpol.2009.10.047, ISSN: 0301-4215.

**CPI (2012).** The Landscape of Climate Finance 2012. Climate Policy Initiative. Available at: http://climatepolicyinitiative.org/wp-content/uploads/2012/12/The-Landscape-of-Climate-Finance-2012.pdf.

**Croci E. (2005).** The Economics of Environmental Voluntary Agreements. Environment & Policy. In: *The Handbook of Environmental Voluntary Agreements*. E. Croci, (ed.), Springer Netherlands, pp. 3–30. ISBN: 978-1-4020-3355-1, 978-1-4020-3356-8.

**Crowley K. (2010).** Climate Clever? Kyoto and Australia's Decade of Recalcitrance. In: *Global commons, domestic decisions the comparative politics of climate change*. K. Harrison, L.M. Sundstrom, (eds.), MIT Press, Cambridge, Mass., pp. 201–228. ISBN: 9780262289481 0262289482.

**Crowley K. (2013).** Irresistible Force? Achieving Carbon Pricing in Australia. *Australian Journal of Politics & History* **59**, 368–381. doi: 10.1111/ajph.12021, ISSN: 1467-8497.

**Dales J.H. (1968).** *Pollution, Property & Prices: An Essay in Policy-Making and Economics.* Edward Elgar Publishing, 144 pp. ISBN: 9781840648423.

**Dalmazzone S. (2006).** 18 Decentralization and the environment. *Handbook of Fiscal Federalism*, 459. ISSN: 184542008X.

**Datta A. (2010).** The incidence of fuel taxation in India. *Energy Economics* **32**, S26–S33. ISSN: 0140-9883.

**Decker C.S., and M.E. Wohar (2007).** Determinants of state diesel fuel excise tax rates: the political economy of fuel taxation in the United States. *The Annals of Regional Science* **41**, 171–188. ISSN: 1432-0592.

**Dell M., B.F. Jones, and B.A. Olken (2009).** Temperature and Income: Reconciling New Cross-Sectional and Panel Estimates. *American Economic Review* **99**, 198–204. doi: 10.1257/aer.99.2.198, ISSN: 0002-8282.

**Derclaye E. (2008).** Intellectual property rights and global warming. *Marquette Intellectual Property Review* **12**, 265–297.

**Deroubaix J.-F., and F. Lévèque (2006).** The rise and fall of French Ecological Tax Reform: social acceptability versus political feasibility in the energy tax implementation process. *Energy Policy* **34**, 940–949. doi: 10.1016/j.enpol.2004.08.047, ISSN: 0301-4215.

**Dienes K. (2007).** Struktur-und Rechtsfragen zum CO₂-Emissionshandel insbesondere nach dem Zuteilungsgesetz 2012. *Energiewirtschaftliche Tagesfragen* **57**, 82–90.

**Dimitropoulos J. (2007).** Energy productivity improvements and the rebound effect: An overview of the state of knowledge. *Energy Policy* **35**, 6354–6363. Available at: http://ideas.repec.org/a/eee/enepol/v35y2007i12p6354-6363.html.

**Doremus H., and W.M. Hanemann (2008).** Of Babies and Bathwater: Why the Clean Air Act's Cooperative Federalism Framework is Useful for Addressing Global Warming. *Arizona Law Review* **50**, 799. Available at: http://papers.ssrn.com/abstract=1155476.

**Dubash N.K. (2011).** From Norm Taker to Norm Maker? Indian energy governance in global context. *Global Policy* **2**, 66–79. doi: 10.1111/j.1758-5899.2011.00123.x, ISSN: 1758-5899.

**Dubash N.K., M. Hagemann, N. Höhne, and P. Upadhyaya (2013).** Developments in national climate change mitigation legislation and strategy. *Climate Policy* **13**, 649–664. doi: 10.1080/14693062.2013.845049, ISSN: 1469-3062.

**Edenhofer O., C. Flachsland, M. Jakob, and K. Lessmann (2013).** The Atmosphere as a Global Commons—Challenges for International Cooperation and Governance. In: *The Handbook on the Macroeconomics of Climate Change*. W. Semmler, L. Bernard, (eds.), Oxford University Press, Oxford

**Edenhofer O., R. Pichs-Madruga, and Y. Sokona (2012).** *Renewable Energy Sources and Climate Change Mitigation: Special Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1089 pp. ISBN: 9781139505598.

**Egenhofer C., M. Alessi, A. Georgiev, and N. Fujiwara (2011).** The EU Emissions Trading System and Climate Policy towards 2050: Real incentives to reduce emissions and drive innovation? Center for European Policy Studies. Available at: www.ceps.eu/ceps/dld/4097/pdf.

**Eising R. (2007).** The access of business interests to EU institutions: towards élite pluralism? *Journal of European Public Policy* **14**, 384–403. doi: 10.1080/13501760701243772, ISSN: 1350-1763.

**Ekins P., and B. Etheridge (2006).** The environmental and economic impacts of the UK climate change agreements. *Energy Policy* **34**, 2071–2086. doi: 10.1016/j.enpol.2005.01.008, ISSN: 0301-4215.

**Ekins P., and S. Speck (2011).** *Environmental Tax Reform (ETR): A Policy for Green Growth.* Oxford University Press, 407 pp. ISBN: 9780199584505.

**Ellerman A.D., F.J. Convery, and C. De Perthuis (2010).** *Pricing Carbon: The European Union Emissions Trading Scheme.* Cambridge University Press, Cambridge, 390 pp. ISBN: 9780521196475 0521196477.

**Ellerman A.D., P.L. Joskow, R. Schmalensee, J.-P. Montero, and E.M. Bailey (2000).** *Markets for Clean Air: The U.S. Acid Rain Program.* Cambridge University Press, 388 pp. ISBN: 0521660831.

**Ellerman A.D., and J.-P. Montero (2007).** The Efficiency and Robustness of Allowance Banking in the U.S. Acid Rain Program. *Energy Journal* **28**, 47–71. ISSN: 01956574.

**Ellingson M., L. Hunter, R.B. Lung, K. Carey, and E. Plunkett (2010).** Compendium of Best Practices: Sharing Local and State Successes in Energy Efficiency and Renewable Energy from the United States. Renewable Energy and Energy Efficiency Partnership and American Council on Renewable Energy. Available at: http://j.mp/Best_Practices_for_EE_and_RE.

**Elliott J., I. Foster, S. Kortum, T. Munson, F.P. Cervantes, and D. Weisbach (2010).** Trade and Carbon Taxes. *American Economic Review* **100**, 465–469. doi: 10.1257/aer.100.2.465, ISSN: 0002-8282.

Ellis J. (2010). *The Effects of Fossil-Fuel Subsidy Reform: A Review of Modelling and Empirical Studies*. International Institute for Sustainable Development, Geneva, Switzerland, 47 pp. ISBN: 978-1-894784-35-1.

Ellis K., B. Baker, and K. Lemma (2009). *Policies for Low Carbon Growth*. Overseas Development Institute, 69 pp. Available at: http://www.odi. org.uk/resources/details.asp?id=4575&title=policies-low-carbon-growth.

Enevoldsen M. (2005). *The Theory of Environmental Agreements and Taxes: $CO_2$ Policy Performance in Comparative Perspective*. E. Elgar, Northhampton, MA, 320 pp. ISBN: 1843768801 9781843768807.

Enevoldsen M.K., A.V. Ryelund, and M.S. Andersen (2007). Decoupling of industrial energy consumption and $CO_2$-emissions in energy-intensive industries in Scandinavia. *Energy Economics* 29, 665–692. Available at: http://ideas. repec.org/a/eee/eneeco/v29y2007i4p665-692.html.

Engel K.H. (2009). Whither Subnational Climate Change Initiatives in the Wake of Federal Climate Legislation? *Publius: The Journal of Federalism* 39, 432–454. doi: 10.1093/publius/pjp008, ISSN: 0048-5950.

EPA Ethiopia (2011). Climate-Resilient Green Economy Strategy. Federal Democratic Republic of Ethiopa. Available at: http://www.undp-aap.org/sites/undp-aap.org/files/Ethiopia%20CRGE%20Strategy%20Final.pdf.

Fankhauser S., C. Hepburn, and J. Park (2010). Combining multiple climate policy instruments: how not to do it. *Climate Change Economics* 01, 209–225. doi: 10.1142/S2010007810000169, ISSN: 2010-0078, 2010–0086.

Farrell A., and W.M. Hanemann (2009). Field Notes on the Political Economy of California Climate Policy. In: *Changing Climates in North American Politics*. MIT Press, Cambridge, MA, pp. 87–109.

Fenhann J., and F. Staun (2010). An analysis of key issues in the Clean Development Mechanism based on the UNEP Risoe Clean Development Mechanism pipeline. *Carbon Management* 1, 65–77. doi: 10.4155/cmt.10.13, ISSN: 1758-3004.

Fielding K.S., B.W. Head, W. Laffan, M. Western, and O. Hoegh-Guldberg (2012). Australian politicians' beliefs about climate change: political partisanship and political ideology. *Environmental Politics* 21, 712–733. doi: 10.1080/09644016.2012.698887, ISSN: 0964-4016.

Fischer C. (2011). Market power and output-based refunding of environmental policy revenues. *Resource and Energy Economics* 33, 212–230. Available at: http://ideas.repec.org/a/eee/resene/v33y2011i1p212-230.html.

Fischer C., and R. Newell (2004). *Environmental and Technology Policies for Climate Mitigation*. Resources For the Future, Washington, D.C., 52 pp. Available at: http://ideas.repec.org/p/rff/dpaper/dp-04-05.html.

Fischer C., and L. Preonas (2010). Combining policies for renewable energy: Is the whole less than the sum of its parts. *International Review of Environmental and Resource Economics* 4, 51–92.

Fisher S. (2012). India and Climate Change: Energy, Equity and Development. In: *Feeling the Heat: The Politics of Climate Policy in Rapidly Industrializing Countries*. I. Bailey, H. Compston, (eds.), Palgrave Macmillan, ISBN: 9780230374997.

Fisher-Vanden K., G.H. Jefferson, M. Jingkui, and X. Jianyi (2006). Technology development and energy productivity in China. *Energy Economics* 28, 690–705. doi: 10.1016/j.eneco.2006.05.006, ISSN: 0140-9883.

Flynn C. (2011). Blending Climate Finance through National Climate Funds: A guidebook for the design and establishment of national funds to achieve climate change priorities. United Nations Development Programme. Available at: http://www.undp.org/content/dam/undp/library/Environment%20and%20 Energy/Climate%20Change/Capacity%20Development/Blending_Climate_ Finance_Through_National_Climate_Funds.pdf.

Fouquet R. (2010). *The Slow Search for Solutions: Lessons from Historical Energy Transitions by Sector and Service*. Basque Centre for Climate Change, Bilbao, Spain, 25 pp. Available at: http://ideas.repec.org/p/bcc/wpaper/2010-05.html.

Fouquet R., and P.J.G. Pearson (2006). Seven Centuries of Energy Services: The Price and Use of Light in the United Kingdom (1300–2000). *Energy Journal* 27, 139–177. ISSN: 01956574.

Fowlie M. (2010). Emissions trading, electricity restructuring, and investment in pollution abatement. *The American Economic Review* 100, 837–869.

Foxon T.J. (2011). A coevolutionary framework for analysing a transition to a sustainable low carbon economy. *Ecological Economics* 70, 2258–2267. doi: 10.1016/j.ecolecon.2011.07.014, ISSN: 0921-8009.

Frenz W. (2007). Bestandsschutz im Emissionshandel. RdE.

Friebe C.A., P. von Flotow, and F.A. Täube (2013). Exploring the link between products and services in low-income markets—Evidence from solar home systems. *Energy Policy* 52, 760–769. doi: 10.1016/j.enpol.2012.10.038.

Frondel M., N. Ritter, and C.M. Schmidt (2008). Germany's solar cell promotion: Dark clouds on the horizon. *Energy Policy* 36, 4198–4204. doi: 10.1016/j. enpol.2008.07.026, ISSN: 0301-4215.

Frondel M., N. Ritter, C.M. Schmidt, and C. Vance (2010). Economic impacts from the promotion of renewable energy technologies: The German experience. *Energy Policy* 38, 4048–4056.

Fullerton D., G. Heutel, and G. Metcalf (2012). Does the Indexing of Government Transfers Make Carbon Pricing Progressive? *American Journal of Agricultural Economics* 94, 347–353. Available at: http://econpapers.repec.org/article/oup-ajagec/v_3a94_3ay_3a2012_3ai_3a2_3ap_3a347-353.htm.

G20 Leaders (2009). G20 Leaders' Statement- 2009 Pittsburgh Summit. G20 Information Centre. Available at: http://www.canadainternational.gc.ca/g20/sum-mit-sommet/g20/declaration_092509.aspx?view=d.

Gabel H.L. (2000). *Principles of Environmental and Resource Economics: A Guide for Students and Decision-Makers*. Edward Elgar Publishing, 820 pp. ISBN: 9781840643817.

Galarraga I., M. Gonzalez-Eguino, and A. Markandya (2011). The Role of Regional Governments in Climate Change Policy. *Environmental Policy and Governance* 21, 164–182. doi: 10.1002/eet.572, ISSN: 1756-9338.

Gallagher K.S., A. Grübler, L. Kuhl, G. Nemet, and C. Wilson (2012). The Energy Technology Innovation System. *Annual Review of Environment & Resources* 37, 137–162. doi: 10.1146/annurev-environ-060311-133915, ISSN: 15435938.

Gangopadhyay S., B. Ramaswami, and W. Wadhwa (2005). Reducing subsidies on household fuels in India: how will it affect the poor? *Energy Policy* 33, 2326–2336. doi: 10.1016/j.enpol.2004.04.024. Garibaldi J.A., H. Winkler, E.L. la Rovere, A. Cadena, R. Palma, J.E. Sanhueza, E. Tyler, and M. Torres Gunfaus (2013). Comparative analysis of five case studies: commonalities and differences in approaches to mitigation actions in five developing countries. *Climate and Development*, 1–12. doi: 10.1080/17565529.2013.812031, ISSN: 1756-5529.

Garnaut R. (2008). *The Garnaut Climate Change Review*. Cambridge University Press, Port Melbourne, Vic., 597 pp. ISBN: 9780521744447 052174444X.

Gaveau D.L.A., S. Wich, J. Epting, D. Juhn, M. Kanninen, and N. Leader-Williams (2009). The future of forests and orangutans (Pongo abelii) in Sumatra: predicting impacts of oil palm plantations, road construction, and mechanisms for reducing carbon emissions from deforestation. *Environmental Research Letters* 4, 034013. doi: 10.1088/1748-9326/4/3/034013, ISSN: 1748-9326.

**15**

Geels F. (2011). The multi-level perspective on sustainability transitions: responses to seven criticisms. *Journal of Environmental Innovation & Societal Transitions* 1, 24–40. ISSN: 2210-4224.

GEF (2013). *Behind the Numbers: A Closer Look at GEF Achievements*. Global Environment Facility, Washington, D.C., 19 pp. ISBN: 978-1-939339-85-0.

Gerlagh R. (2011). Too Much Oil. *CESifo Economic Studies* 57, 79–102. doi: 10.1093/cesifo/ifq004, ISSN: 1610-241X, 1612–7501.

Gillingham K., M.J. Kotchen, D.S. Rapson, and G. Wagner (2013). Energy policy: The rebound effect is overplayed. *Nature* 493, 475–476. doi: 10.1038/493475a, ISSN: 0028-0836.

Gillingham K., R. Newell, and K. Palmer (2006). Energy Efficiency Policies: a retrospective examination. *Annual Review of Environment and Resources* 31, 161–192. doi: 10.1146/annurev.energy.31.020105.100157.

Gillingham K., R.G. Newell, and K. Palmer (2009a). Energy efficiency economics and policy. *Annual Review of Resource Economics* 1, 597–620. doi: 10.1146/annurev.resource.102308.124234.

Gillingham K., R.G. Newell, and K. Palmer (2009b). Energy Efficiency Economics and Policy. *Annual Review of Resource Economics* 1, 597–620. doi: 10.1146/annurev.resource.102308.124234.

Glemarec Y. (2011). Catalyzing Climate Finance: A Guidebook on Policy and Financing Options to Support Green, Low-Emission and Climate-Resilient Development. United Nations Development Programme. Available at: http://www.climatefinanceoptions.org/cfo/node/261.

Glemarec Y. (2012). Financing off-grid sustainable energy access for the poor. *Energy Policy* 47, **Supplement** 1, 87–93. doi: 10.1016/j.enpol.2012.03.032, ISSN: 0301-4215.

Godal O., and B. Holtsmark (2001). Greenhouse gas taxation and the distribution of costs and benefits: the case of Norway. *Energy Policy* 29, 653–662. doi: 10.1016/S0301-4215(00)00158-0, ISSN: 0301-4215.

Goel R.K., and M.A. Nelson (1999). The Political Economy of Motor-Fuel Taxation. *The Energy Journal* 20, 43–59.

Gomez-Echeverri L. (2013). The changing geopolitics of climate change finance. *Climate Policy* 13, 632–648. doi: 10.1080/14693062.2013.822690, ISSN: 1469-3062.

Goodwin P.B. (1992). A Review of New Demand Elasticities with Special Reference to Short and Long Run Effects of Price Changes. *Journal of Transport Economics and Policy* 26, 155–169. doi: 10.2307/20052977, ISSN: 0022-5258.

Goodwin P., J. Dargay, and M. Hanly (2004). Elasticities of Road Traffic and Fuel Consumption with Respect to Price and Income: A Review. *Transport Reviews* 24, 275–292. doi: 10.1080/0144164042000181725, ISSN: 0144-1647, 1464–5327.

Goolsbee A. (1998). Does Government R&D Policy Mainly Benefit Scientists and Engineers? *American Economic Review* 88, 298–302. Available at: http://econpapers.repec.org/article/aeaaecrev/v_3a88_3ay_3a1998_3ai_3a2_3ap_3a298-302.htm.

Gore C., and P. Robinson (2009). Local Government Response to Climate Change: our last, best hope? In: *Changing Climates in North American Politics: Institutions, Policymaking, and Multilevel Governance*. H. Selin, S.D. VanDeveer, (eds.), MIT Press, Cambridge, MA, pp. 338. ISBN: 9780262012997.

Gough C., and S. Shackley (2001). The Respectable Politics of Climate Change: The Epistemic Communities and NGOs. *International Affairs* 77, 329–346. doi: 10.1111/1468-2346.00195, ISSN: 1468-2346.

Goulder L. H. (2013). Markets for Pollution Allowances: What Are the (New) Lessons? *Journal of Economic Perspectives* 27, 87–102. Available at: http://ideas.repec.org/a/aea/jecper/v27y2013i1p87-102.html.

Goulder L. H., and I.W. Parry (2008). Instrument choice in environmental policy. *Review of Environmental Economics and Policy* 2, 152–174.

Goulder L. H., and R.N. Stavins (2011). Challenges from State-Federal Interactions in US Climate Change Policy. *American Economic Review* 101, 253–57. ISSN: 0002-8282.

Government of Rwanda (2011). Green Growth and Climate Resilience: National Strategy for Climate Change and Low Carbon Development. Government of Rwanda. Available at: http://www.uncsd2012.org/content/documents/364Rwanda-Green-Growth-Strategy-FINAL.pdf.

Graham D.J., and S. Glaister (2002). The demand for automobile fuel: a survey of elasticities. *Journal of Transport Economics and Policy*, 1–25.

Grazi F., and J.C.J.M. van den Bergh (2008). Spatial organization, transport, and climate change: Comparing instruments of spatial planning and policy. *Ecological Economics* 67, 630–639. doi: 10.1016/j.ecolecon.2008.01.014, ISSN: 0921-8009.

Greene D.L. (1998). Why CAFE Worked. *Energy Policy* 26, 595–613.

Grieshop A.P., J.D. Marshall, and M. Kandlikar (2011). Health and climate benefits of cookstove replacement options. *Energy Policy* 39, 7530–7542. Available at: http://ideas.repec.org/a/eee/enepol/v39y2011i12p7530-7542.html.

Griffiths A., N. Haigh, and J. Rassias (2007). A Framework for Understanding Institutional Governance Systems and Climate Change:: The Case of Australia. *European Management Journal* 25, 415–427. doi: 10.1016/j.emj.2007.08.001, ISSN: 0263-2373.

Grubb M. (2004). Technology Innovation and Climate Change Policy: An Overview of Issues and Options. *Keio Economic Studies* 41, 103–132. Available at: http://koara.lib.keio.ac.jp/xoonips/modules/xoonips/download.php?file_id=28331.

Grubb M., J.C. Hourcade, and K. Neuhoff (2014). *Planetary Economics: Energy, Climate Change and the Three Domains of Sustainable Development*. Routledge, 548 pp. ISBN: 9780415518826 0415518822.

Gupta E. (2012). Global warming and electricity demand in the rapidly growing city of Delhi: A semi-parametric variable coefficient approach. *Energy Economics* 34, 1407–1421. doi: 10.1016/j.eneco.2012.04.014, ISSN: 0140-9883.

Gupta J., R. Lasage, and T. Stam (2007). National efforts to enhance local climate policy in the Netherlands. *Environmental Sciences* 4, 171–182. doi: 10.1080/15693430701742719, ISSN: 1569-3430.

Hackmann H., and A.L. St Clair (2012). *Transformative Cornerstones of Social Science Research for Global Change: Report of the International Social Science Council*. International Social Science Council, Paris, 28 pp. Available at: http://www.igfagcr.org/index.php/bf-annoucements-blog/70-issc-transformative-cornerstones.

Hagem C., B. Holtsmark, and T. Sterner (2012). Mechanism Design for Refunding Emissions Payment. *Statistics Norway Discussion Papers*.

Hahn R.W. (1984). Market Power and Transferable Property Rights. *The Quarterly Journal of Economics* 99, 753–765. doi: 10.2307/1883124, ISSN: 0033-5533, 1531–4650.

Hall P.A. (1993). Policy Paradigms, Social Learning, and the State: The Case of Economic Policymaking in Britain. *Comparative Politics* 25, 275–296. doi: 10.2307/422246, ISSN: 0010-4159.

Hall B.H. (2007). Patents and patent policy. *Oxford Review of Economic Policy* 23, 568–587.

Hall B.H., and C. Helmers (2010). *The Role of Patent Protection in (clean/green) Technology Transfer*. National Bureau of Economic Research, 36 pp.

Hamin E., and N. Gurran (2009). Urban form and climate change: Balancing adaptation and mitigation in the U.S. and Australia. *Habitat International* 33, 238–245. ISSN: 01973975.

Hammar H., T. Sterner, and S. Åkerfeldt (2013). Sweden's $CO_2$ tax and taxation reform experiences. In: *Reducing Inequalities: A Sustainable Development Challenge*. R. Genevey, R.K. Pachauri, L. Tubiana, (eds.), Energy and Resources Institute, ISBN: 9788179935309.

Hanemann M. (2009). The Role of Emission Trading in Domestic Climate Policy. *The Energy Journal* 30.

Happaerts S., S. Schunz, and H. Bruyninckx (2011). Federalism and Intergovernmental Relations: the multi-level politics of climate change policy in Belgium. Leuven Centre for Global Governance Studies. Available at: https://lirias.kuleuven.be/handle/123456789/297529.

Harrington W., R.D. Morgenstern, and P. Nelson (2000). On the accuracy of regulatory cost estimates. *Journal of Policy Analysis and Management* 19, 297–322. doi: 10.1002/(SICI)1520-6688(200021)19:2<297::AID-PAM7>3.0.CO;2-X, ISSN: 1520-6688.

Harrison K. (2012). A Tale of Two Taxes: The Fate of Environmental Tax Reform in Canada. *Review of Policy Research* 29, 383–407. doi: 10.1111/j.1541-1338.2012.00565.x, ISSN: 1541-1338.

Harrison K., and L.M. Sundstrom (2010). *Global Commons, Domestic Decisions the Comparative Politics of Climate Change*. MIT Press, Cambridge, Mass., 328 pp. ISBN: 9780262289481 0262289482.

Hassett K.A., A. Mathur, and G. Metcalf (2009). The Incidence of a U.S. Carbon Tax: A Lifetime and Regional Analysis. *The Energy Journal* 30, 155–178. ISSN: 0195-6574.

Held D., E.-M. Nag, and C. Roger (2011a). The Governance of Climate Change in China. *LSE Global Governance Working Papers*.

Held D., E.-M. Nag, and C. Roger (2011b). *The Governance of Climate Change in China*.

Held D., C. Roger, and E.-M. Nag (2013a). A Green Revolution: China's Governance of Energy and Climate Change. In: *Climate Governance in the Developing World*. D. Held, C. Roger, E.-M. Nag, (eds.), John Wiley & Sons, Cambridge, pp. 29–52. ISBN: 9780745678740.

Held D., C. Roger, and E.-M. Nag (2013b). Editors' Introduction: Climate Governance in the Developing World. In: *Climate Governance in the Developing World*. D. Held, C. Roger, E.-M. Nag, (eds.), John Wiley & Sons, Cambridge. ISBN: 9780745678740.

Held D., C. Roger, and E. Nag (2013). A Green Revolution: China's Governance of Energy and Climate Change. In: *Climate Governance in the Developing World*. D. Held, C. Roger, E. Nag, (eds.), John Wiley & Sons, pp. 29–52. ISBN: 9780745662763.

Helm D. (2010). Government failure, rent-seeking, and capture: the design of climate change policy. *Oxford Review of Economic Policy* 26, 182–196. doi: 10.1093/oxrep/grq006, ISSN: 0266-903X, 1460–2121.

Henkel J., and E. von Hippel (2005). Welfare Implications of User Innovation. *The Journal of Technology Transfer* 30, 73–87. Available at: http://ideas.repec.org/a/kap/jtecht/v30y2005i2_2p73-87.html.

Hochstetler K., and E. Viola (2012). Brazil and the politics of climate change: beyond the global commons. *Environmental Politics* 21, 753–771. doi: 10.1080/09644016.2012.698884, ISSN: 0964-4016.

Hoel M. (2012). Carbon Taxes and the Green Paradox. In: *Climate Change and Common Sense: Essays in Honour of Tom Schelling*. R.W. Hahn, A. Ulph, (eds.), Oxford University Press, ISBN: 9780199692873.

Hoel M., and L. Karp (2001). Taxes and quotas for a stock pollutant with multiplicative uncertainty. *Journal of Public Economics* 82, 91–114. Available at: http://ideas.repec.org/a/eee/pubeco/v82y2001i1p91-114.html.

Hoel M., and L. Karp (2002). Taxes versus quotas for a stock pollutant. *Resource and Energy Economics* 24, 367–384. Available at: http://ideas.repec.org/a/eee/resene/v24y2002i4p367-384.html.

Holland S.P., J.E. Hughes, C.R. Knittel, and N.C. Parker (2011). *Some Inconvenient Truths About Climate Change Policy: The Distributional Impacts of Transportation Policies*. National Bureau of Economic Research. Available at: http://www.nber.org/papers/w17386.

Holmes P., T. Reilly, and J. Rollo (2011). Border carbon adjustments and the potential for protectionism. *Climate Policy* 11, 883–900. doi: 10.3763/cpol.2009.0071, ISSN: 1469-3062.

Van den Hove S., M. Le Menestrel, and H.-C. de Bettignies (2002a). The oil industry and climate change: strategies and ethical dilemmas. *Climate Policy* 2, 3–18. doi: 10.3763/cpol.2002.0202, ISSN: 1469-3062, 1752–7457.

Van den Hove S., M. Le Menestrel, and H.-C. de Bettignies (2002b). The Oil Industry and Climate Change: strategies and ethical dilemmas. *Climate Policy* 2, 3–18. doi: 10.1016/S1469-3062(02)00008-6, ISSN: 1469-3062.

Hughes T.P. (1987). The evolution of large technological systems. In: *The social construction of technological systems*. MIT Press, Cambridge, pp. 1–82.

Hunter W.J., and M.A. Nelson (1989). Interest Group Demand for Taxation. *Public Choice* 62, 41–61. ISSN: 0048-5829.

IEA (2003). *Renewables for Power Generation*. Organisation for Economic Co-operation and Development, Paris, ISBN: 9789264019188.

IEA (2012). *World Energy Outlook 2012*. OECD/IEA, Paris, France, 690 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2012/#d.en.26099.

IEA/OECD (2011). *World Energy Outlook 2011*. IEA, International Energy Agency : OECD, Paris, 696 pp. ISBN: 9789264124134 9264124136.

IMF (2013). *Energy Subsidy Reform: Lessons and Implications*. International Monetary Fund, Washington, D.C., 68 pp. ISBN: 1475558112 9781475558111.

Inman R.P., and D.L. Rubinfeld (1997). Rethinking Federalism. *The Journal of Economic Perspectives* 11, 43–64. ISSN: 0895-3309.

IPCC (2007). *Climate Change 2007: Mitigation of Climate Change. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 863 pp. ISBN: 9781139468640.

Irvin R.A., and J. Stansbury (2004). Citizen Participation in Decision Making: Is It Worth the Effort? *Public Administration Review* 64, 55–65. doi: 10.1111/j.1540-6210.2004.00346.x, ISSN: 1540-6210.

Ismer R., and K. Neuhoff (2007). Border tax adjustment: a feasible way to support stringent emission trading. *European Journal of Law and Economics* 24, 137–164. ISSN: 0929-1261 (print version).

**15**

Jaccard M. (2012). The Political Acceptability of Carbon Taxes: Lessons from British Columbia. In: *Handbook of research on environmental taxation*. J.E. Milne, M.S. Andersen, (eds.), Edward Elgar, Cheltenham, pp. 175–191. ISBN: 9781848449978 1848449976 9781781952146 1781952140.

Jacobsen G.D., and M.J. Kotchen (2013). Are Building Codes Effective at Saving Energy? Evidence from Residential Billing Data in Florida. *The Review of Economics and Statistics* **95**, 34–49. Available at: http://ideas.repec.org/a/tpr/restat/v95y2013i1p34-49.html.

Jaffe A.B. (2002). Building Programme Evaluation into the Design of Public Research-Support Programmes. *Oxford Review of Economic Policy* **18**, 22–34.

Jaffe A. (2012). Technology Policy and Climate Change. *Climate Change Economics (CCE)* **03**, 1250025-1-1250025-15. ISSN: 2010-0086.

Jaffe A.B., R.G. Newell, and R.N. Stavins (2005). A tale of two market failures: Technology and environmental policy. *Ecological Economics* **54**, 164–174. Available at: http://ideas.repec.org/a/eee/ecolec/v54y2005i2-3p164-174.html.

Jaffe A., and K. Palmer (1997). Environmental regulation and innovation: a panel data study. *The Review of Economics and Statistics* **10**, 610–619.

Jaffe A.B., and R.N. Stavins (1994). The energy-efficiency gap: What does it mean? *Energy Policy* **22**, 804–810.

Jagers S.C., and H. Hammar (2009). Environmental taxation for good and for bad: the efficiency and legitimacy of Sweden's carbon tax. *Environmental Politics* **18**, 218–237. doi: 10.1080/09644010802682601, ISSN: 0964-4016.

Jakob M., R. Marschinski, and M. Hübler (2013). Between a Rock and a Hard Place: A Trade-Theory Analysis of Leakage Under Production- and Consumption-Based Policies. *Environmental and Resource Economics* **56**, 47–72. doi: 10.1007/s10640-013-9638-y, ISSN: 0924-6460, 1573–1502.

Jänicke M. (2012). Dynamic governance of clean-energy markets: how technical innovation could accelerate climate markets. *Journal of Cleaner Production* **22**, 50–59. doi: 10.1016/j.jclepro.2011.09.006, ISSN: 0959-6526.

Jänicke M., and K. Jacob (2004). Lead Markets for Environmental Innovations: A New Role for the Nation State. *Global Environmental Politics* **4**, 29–46. doi: Article, ISSN: 15263800.

Johansson B. (2000). The Carbon Tax in Sweden. In: *Innovation and the environment*. OECD Publishing, Paris, pp. 85–94. ISBN: 9264185747 9789264185746.

Johansson T.B., A. Patwardhan, and L. Gomez-Echeverri (2012). *Global Energy Assessment (GEA)*. Cambridge University Press; International Institute for Applied Systems Analysis, Cambridge; Laxenburg, Austria, 1802 pp. ISBN: 9781107005198 1107005191 9780521182935 052118293X.

Johnstone N., I. Haščič, and D. Popp (2010). Renewable energy policies and technological innovation: Evidence based on patent counts. *Environmental and Resource Economics* **45**, 133–155.

Jones D., P. Leiby, and I.K. Paik (2004). Oil Price Shocks and the Macroeconomy: What Has Been Learned Since 1996. *The Energy Journal* **Volume 25**, 1–32. ISSN: 0195-6574.

De Jonghe C., E. Delarue, R. Belmans, and W. D'haeseleer (2009). Interactions between measures for the support of electricity from renewable energy sources and CO$_2$ mitigation. *Energy Policy* **37**, 4743–4752. doi: 10.1016/j.enpol.2009.06.033, ISSN: 0301-4215.

Joppa L.N., and A. Pfaff (2011). Global protected area impacts. *Proceedings. Biological Sciences/ The Royal Society* **278**, 1633–1638. doi: 10.1098/rspb.2010.1713, ISSN: 1471-2954.

Jotzo F. (2012). Australia's carbon price. *Nature Climate Change* **2**, 475–476. doi: 10.1038/nclimate1607, ISSN: 1758-678X.

Jotzo F., and R. Betz (2009). *Linking the Australian Emissions Trading Scheme*. Australian National University, Environmental Economics Research Hub, Canberra, 28 pp. Available at: http://ideas.repec.org/p/ags/eerhrr/94814.html.

Jotzo F., P.J. Burke, P.J. Wood, A. Macintosh, and D.I. Stern (2012). Decomposing the 2010 global carbon dioxide emissions rebound. *Nature Climate Change* **2**, 213–214. doi: 10.1038/nclimate1450, ISSN: 1758-678X.

Jotzo F., and S. Hatfield-Dodds (2011). *Price Floors in Emissions Trading to Reduce Policy Related Investment Risks: An Australian View*. Centre for Climate Economics & Policy, Crawford School of Public Policy, The Australian National University, Canberra, 19 pp. Available at: http://ideas.repec.org/p/een/ccepwp/1105.html.

Jung M., M. Vieweg, K. Eisbrenner, N. Hohne, C. Ellermann, S. Schimschar, and C. Beyer (2010). Nationally Appropriate Mitigation Actions: insights from example development. Ecofys.

Kahn Ribeiro S., and A. de Abreu (2008). Brazilian transport initiatives with GHG reductions as a co-benefit. *Climate Policy* **8**, 220–240. doi: 10.3763/cpol.2007.0431, ISSN: 1469-3062.

Kalkuhl M., and O. Edenhofer (2013). Managing the Climate Rent: How Can Regulators Implement Intertemporally Efficient Mitigation Policies? *Natural Resource Modeling* **27**, 25–60. doi: 10.1111/nrm.12018, ISSN: 1939-7445.

Kalkuhl M., O. Edenhofer, and K. Lessmann (2013). Renewable energy subsidies: Second-best policy or fatal aberration for mitigation? *Resource and Energy Economics* **35**, 217–234. doi: 10.1016/j.reseneeco.2013.01.002, ISSN: 0928-7655.

Karpas E., and S. Kerr (2011). Preliminary Evidence on Responses to the New Zealand Forestry Emission Trading Scheme. Available at: http://www.motu.org.nz/publications/detail/preliminary_evidence_on_responses_to_the_new_zealand_forestry_emissions_tra.

Keenan R.J., L. Caripis, A. Foerster, L. Godden, and J. Peel (2012). Science and the governance of Australia's climate regime. *Nature Climate Change* **2**, 477–478. doi: 10.1038/nclimate1608, ISSN: 1758-678X.

Kennedy C., and J. Corfee-Morlot (2012). Mobilising Investment in Low Carbon, Climate Resilient Infrastructure. *OECD Environment Working Papers* **46**, 90. doi: 10.1787/5k8zm3gxxmnq-en, ISSN: 1997-0900.

Kerr S., and R.G. Newell (2003). Policy-Induced Technology Adoption: Evidence from the U.S. Lead Phasedown. *The Journal of Industrial Economics* **51**, 317–343. doi: 10.1111/1467-6451.00203, ISSN: 1467-6451.

Kim H. (2011). System Architecture for Effective Green Finance in Korea. *Korea's Economy* **27**. ISSN: 1054–6944.

Kimura O. (2010). Public R&D and commercialization of energy-efficient technology: A case study of Japanese projects. *Energy Policy* **38**, 7358–7369. doi: 10.1016/j.enpol.2010.08.012, ISSN: 0301-4215.

Klobasa M., J. Winkler, F. Sensfuß, and M. Ragwitz (2013). Market Integration of Renewable Electricity Generation—The German Market Premium Model. *Energy & Environment* **24**, 127–146. doi: 10.1260/0958-305X.24.1-2.127.

Knack S., and A. Rahman (2007). Donor fragmentation and bureaucratic quality in aid recipients. *Journal of Development Economics* **83**, 176–197. doi: 10.1016/j.jdeveco.2006.02.002, ISSN: 03043878.

Knox-Hayes J. (2012). Negotiating climate legislation: Policy path dependence and coalition stabilization. *Regulation & Governance* **6**, 545–567. doi: 10.1111/j.1748-5991.2012.01138.x, ISSN: 1748-5991.

Kohler-Koch B., and B. Finke (2007). The Institutional Shaping of EU—Society Relations: A Contribution to Democracy via Participation? *Journal of Civil Society* **3**, 205–221. doi: 10.1080/17448680701775630, ISSN: 1744-8689.

Kok M.T.J., and H.C. de Coninck (2007). Widening the scope of policies to address climate change: directions for mainstreaming. *Environmental Science & Policy* **10**, 587–599. doi: 10.1016/j.envsci.2007.07.003, ISSN: 1462-9011.

Kok M., B. Metz, J. Verhagen, and S. Van Rooijen (2008). Integrating development and climate policies: national and international benefits. *Climate Policy* **8**, 103–118. doi: 10.3763/cpol.2007.0436, ISSN: 14693062, 17527457.

Kolk A., and D. Levy (2002). *Winds of Change: Corporate Strategy, Climate Change and Oil Multinationals*. Social Science Research Network, Rochester, NY. Available at: http://papers.ssrn.com/abstract=291719.

Kostka G., and W. Hobbs (2012). Local Energy Efficiency Policy Implementation in China: Bridging the gap between national priorities and local interests. *The China Quarterly* **211**, 765–785. doi: 10.1017/S0305741012000860.

Kotani K., K. Tanaka, and S. Managi (2011). On fundamental performance of a marketable permits system in a trader setting: Double auction vs uniform price auction. Tohoku, Japan, 30 pp.

Kousky C., and S.H. Schneider (2003). Global climate policy: will cities lead the way? *Climate Policy* **3**, 359–372. doi: 10.1016/j.clipol.2003.08.002, ISSN: 1469-3062.

Krarup S., and C.S. Russell (2005). *Environment, Information and Consumer Behaviour*. Edward Elgar Publishing, 328 pp. ISBN: 9781845420116.

Kretschmer T. (2008). Splintering and Inertia in Network Industries. *The Journal of Industrial Economics* **56**, 685–706. doi: 10.1111/j.1467-6451.2008.00359.x, ISSN: 1467-6451.

Kruger J. (2007). From SO₂ to greenhouse gases: Trends and events shaping future emissions trading programs in the United States. In: *Acid in the Environment: Lessons Learned and Future Prospects*. Springer, Washington, D.C.ISBN: 9780387375625.

Kumar S., and S. Managi (2010). Sulfur dioxide allowances: Trading and technological progress. *Ecological Economics* **69**, 623–631. Available at: http://ideas.repec.org/a/eee/ecolec/v69y2010i3p623-631.html.

Lachapelle E., C.P. Borick, and B. Rabe (2012). Public Attitudes toward Climate Science and Climate Policy in Federal Systems: Canada and the United States Compared. *Review of Policy Research* **29**, 334–357. doi: 10.1111/j.1541-1338.2012.00563.x, ISSN: 1541-1338.

Lachapelle E., and M. Paterson (2013). Drivers of national climate policy. *Climate Policy* **13**, 547–571. doi: 10.1080/14693062.2013.811333, ISSN: 1469-3062.

Lam N.L., Y. Chen, C. Weyant, C. Venkataraman, P. Sadavarte, M.A. Johnson, K.R. Smith, B.T. Brem, J. Arineitwe, J.E. Ellis, and T.C. Bond (2012). Household Light Makes Global Heat: High Black Carbon Emissions From Kerosene Wick Lamps. *Environmental Science & Technology* **46**, 13531–13538. doi: 10.1021/es302697h, ISSN: 0013-936X.

Lange I., and A. Bellas (2005). Technological change for sulfur dioxide scrubbers under market-based regulation. *Land Economics* **81**, 546.

Lanjouw J.O., and A. Mody (1996). Innovation and the international diffusion of environmentally responsive technology. *Research Policy* **25**, 549–571.

Laurent É. (2010). The French Carbon Tax: Autopsy of an Ambition. *French Politics, Culture & Society* **28**, 114–122. doi: 10.3167/fpcs.2010.280307, ISSN: 15376370, 15585271.

Leape J. (2006). The London Congestion Charge. *Journal of Economic Perspectives* **20**, 157–176. doi: 10.1257/jep.20.4.157, ISSN: 0895-3309.

Lecuyer O., and R. Bibas (2011). Combining Climate and Energy Policies: Synergies or Antagonism? Modeling Interactions with Energy Efficiency Instruments. Fondazione Eni Enrico Mattei. Available at: http://ageconsearch.umn.edu/bitstream/120049/2/NDL2011-098.pdf.

Lehmann P., and E. Gawel (2013). Why should support schemes for renewable electricity complement the EU emissions trading scheme? *Energy Policy* **52**, 597–607. Available at: http://ideas.repec.org/a/eee/enepol/v52y2013icp597-607.html.

Leland H.E. (1979). Quacks, Lemons, and Licensing: A Theory of Minimum Quality Standards. *Journal of Political Economy* **87**, 1328–1346. doi: 10.2307/1833335, ISSN: 0022-3808.

Lin B., and X. Li (2011). The effect of carbon tax on per capita CO₂ emissions. *Energy Policy* **39**, 5137–5146. doi: 10.1016/j.enpol.2011.05.050, ISSN: 03014215.

Lindseth G. (2004). The Cities for Climate Protection Campaign(CCPC) and the Framing of Local Climate Policy. *Local Environment* **9**, 325–36. ISSN: 1354-9839.

Liski M., and J.-P. Montero (2011). Market Power in an Exhaustible Resource Market: The Case of Storable Pollution Permits. *The Economic Journal* **121**, 116–144. doi: 10.1111/j.1468-0297.2010.02366.x, ISSN: 1468-0297.

Lisowski M. (2005). How NGOs Use Their Facilitative Negotiating Power and Bargaining Assets To Affect International Environmental Negotiations†. *Diplomacy & Statecraft* **16**, 361–383. doi: 10.1080/09592290590948405, ISSN: 0959-2296.

Liu Y., and A. Kokko (2010). Wind power in China: Policy and development challenges. *Energy Policy* **38**, 5520–5529. doi: 10.1016/j.enpol.2010.04.050, ISSN: 0301-4215.

Lohmann L. (2008). Carbon Trading, Climate Justice and the Production of Ignorance: Ten examples. *Development* **51**, 359–365. Available at: http://ideas.repec.org/a/pal/develp/v51y2008i3p359-365.html.

Lucon O., and J. Goldemberg (2010). São Paulo—The "Other" Brazil: different pathways on climate change for state and federal governments. *The Journal of Environment & Development* **19**, 335–357. doi: 10.1177/1070496510378092, ISSN: 1070-4965, 1552-5465.

Lyon T.P., and J.W. Maxwell (2004). *Corporate Environmentalism and Public Policy*. Cambridge University Press, Cambridge, UK; New York, 291 pp. ISBN: 0521819474 9780521819473 0521603765 9780521603768.

Macintosh A., and L. Waugh (2012). An Introduction to the Carbon Farming Initiative: key principles and concepts. Available at: http://ccep.anu.edu.au/data/2012/pdf/wpaper/CCEP1203.pdf.

Macintosh A., D. Wilkinson, and R. Denniss (2010). Climate Change. In: *The Rudd Government: Australian Commonwealth Administration 2007–2010*. C. Aulich, M. Evans, (eds.), ANU-E Press, CanberraISBN: 9781921862076.

Maclean J., J. Tan, D. Tirpak, and E. Usher (2008). *Public Finance Mechanisms to Mobilise Investment in Climate Change Mitigation*. United Nations Environment Programme, 39 pp.

Macneil R. (2012). Alternative climate policy pathways in the US. *Climate Policy*, 1–16. doi: 10.1080/14693062.2012.714964, ISSN: 1469-3062, 1752–7457.

Mahoney C. (2008). *Brussels Versus the Beltway: Advocacy in the United States and the European Union*. Georgetown University Press, Washington, D.C., 272 pp. ISBN: 1589012828.

Markussen P., and G.T. Svendsen (2005). Industry lobbying and the political economy of GHG trade in the European Union. *Energy Policy* **33**, 245–255. doi: 10.1016/S0301-4215(03)00238-6, ISSN: 0301-4215.

**15**

Mathy S. (2007). Urban and Rural Policies and the Climate Change Issue: the French experience of governance. *Environmental Sciences* **4**. Available at: http://halshs.archives-ouvertes.fr/halshs-00366296.

Maxwell D., P. Owen, L. McAndrew, K. Muehmel, and A. Neubauer (2011). *Addressing the Rebound Effect: A Report for the European Commission DG Environment.* Global View Sustainability Services, 133 pp. Available at: ec.europa.eu/environment/eussd/pdf/rebound_effect_report.pdf.

Mazmanian D.A., J. Jurewitz, and H. Nelson (2008). California's Climate Change Policy. *The Journal of Environment & Development* **17**, 401–423. doi: 10.1177/1070496508325438.

Mazzucato M. (2013). *The Entrepreneurial State: Debunking Public vs. Private Sector Myths.* Anthem Press, 266 pp. ISBN: 9780857282521 0857282522.

McCarthy N., L. Lipper, and G. Branca (2011). *Climate-Smart Agriculture: Smallholder Adoption and Implications for Climate Change Adaptation and Mitigation.* Food and Agriculture Organization of the United Nations, Rome, 25 pp. Available at: http://cgspace.cgiar.org/handle/10568/33461.

McCright A.M., and R.E. Dunlap (2003). Defeating Kyoto: The Conservative Movement's Impact on U.S. Climate Change Policy. *Social Problems* **50**, 348–373. doi: 10.1525/sp.2003.50.3.348, ISSN: 00377791, 15338533.

Meadowcroft J. (2011). Engaging with the politics of sustainability transitions. *Environmental Innovation and Societal Transitions* **1**, 70–75. doi: 10.1016/j.eist.2011.02.003, ISSN: 2210-4224.

Mehling M., and D.J. Frenkil (2013). Climate Law in the United States: Facing Structural and Procedural Limitations. In: *Climate Change and the Law*. E.J. Hollo, K. Kulovesi, M. Mehling, (eds.), Springer Netherlands, Dordrecht, pp. 473–487. ISBN: 978-94-007-5439-3, 978-94-007-5440-9.

Metcalf G.E. (2009). Market-based Policy Options to Control U.S. Greenhouse Gas Emissions. *Journal of Economic Perspectives* **23**, 5–27. doi: 10.1257/jep.23.2.5, ISSN: 0895-3309.

Metz B. (2010). *Controlling Climate Change.* Cambridge University Press, Cambridge, 376 pp. ISBN: 9780521747844.

Metz B., and M. Kok (2008). Integrating development and climate policies. *Climate Policy* **8**, 99–102. doi: 10.3763/cpol.2008.0523, ISSN: 14693062, 17527457.

Meyers S., J.E. McMahon, M. McNeil, and X. Liu (2003). Impacts of U.S. Federal Energy Efficiency Standards for Residential Appliances. *Energy* **28**, 755–67.

Michaelowa A. (2013). A call to action: but too late, in vain? *Climate Policy* **13**, 408–410. doi: 10.1080/14693062.2013.770964, ISSN: 1469-3062.

Mitchell C., D. Bauknecht, and P.M. Connor (2006). Effectiveness through risk reduction: a comparison of the renewable obligation in England and Wales and the feed-in system in Germany. *Energy Policy* **34**, 297–305. ISSN: 0301-4215.

Montero J., Jose Miguel Sanchez, and R. Katz (2002). A Market-Based Environmental Policy Experiment in Chile. *Journal of Law and Economics* **45**, 267–287. doi: 10.1086/jle.2002.45.issue-1, ISSN: 0022-2186.

Montgomery W.D. (1972). Markets in licenses and efficient pollution control programs. *Journal of Economic Theory* **5**, 395–418. ISSN: 0022-0531.

Morgenstern R.D., and W.A. Pizer (2007). *Reality Check: "The Nature and Performance of Voluntary Environmental Programs in the United States, Europe, and Japan."* RFF Press, 204 pp. ISBN: 1933115378.

Morgenstern R., W. Pizer, and J.-S. Shih (2007). Evaluating voluntary U.S. climate programs: the case of Climate Wise. In: *Reality Check: "The Nature and Performance of Voluntary Environmental Programs in the United States, Europe, and Japan."* R.D. Morgenstern, W.A. Pizer, (eds.), Resources for the Future, Washington, D.C., pp. 118–137. ISBN: 9781933115375.

Da Motta R. (2011a). *Climate Change in Brazil : Economic, Social and Regulatory Aspects.* Instituto de Pesquisa Economica Aplicada, Brasilia, 1 pp. ISBN: 9788578111281 8578111281.

Da Motta R.S. (2011b). The national policy on climate change: Regulatory and governance aspects. In: *Climate change in Brazil: economic, social and regulatory aspects*. Brasilia.

Mowery D. (2011). Federal Policy and the Development of Semiconductors, Computer Hardware, and Computer Software: A Policy Model for Climate-Change R&D? In: *Accelerating Energy Innovation: Insights from Multiple Sectors*. R. Henderson, R.G. Newell, (eds.), University of Chicago Press, Chicago, pp. 159–188.

Muller N.Z., R. Mendelsohn, and W. Nordhaus (2011). Environmental Accounting for Pollution in the United States Economy. *American Economic Review* **101**, 1649–1675. doi: 10.1257/aer.101.5.1649, ISSN: 0002-8282.

Mytelka L., F. Aguayo, G. Boyle, S. Breukers, G. de Scheemaker, I. Abdel Gelil, R. Kemp, J. Monkelbaan, C. Rossini, J. Watson, and R. Wolson (2012). Chapter 25- Policies for Capacity Development. In: *Global Energy Assessment (GEA)*. Cambridge University Press ; International Institute for Applied Systems Analysis, Cambridge; Laxenburg, Austria, pp. 1745–1802. ISBN: 9781107005198 1107005191 9780521182935 052118293X.

*National Greenhouse and Energy Reporting Act 2007* (2007). Available at: http://www.comlaw.gov.au/Details/C2007A00175.

Nemet G.F. (2009). Demand-pull, technology-push, and government-led incentives for non-incremental technical change. *Research Policy* **38**, 700–709. Available at: http://ideas.repec.org/a/eee/respol/v38y2009i5p700-709.html.

Nemet G.F. (2013). Technological Change and Climate Change Policy. In: *Encyclopedia of Energy, Natural Resource, and Environmental Economics*. Jason Shogren, (ed.), Elsevier, Waltham, pp. 107–116. ISBN: 978-0-08-096452-2.

Neufeldt H., E. Jochem, J. Hinkel, D. Huitma, E. Massey, P. Watkiss, D. McEvoy, T. Rayner, A. Hof, and K. Lonsdale (2010). Climate policy and inter-linkages between adaptation and mitigation. In: *Making Climate Change Work for Us: European Perspectives on Adaptation and Mitigation Strategies*. M. Hulme, H. Neufeldt, (eds.), Cambridge University Press, Cambridge, pp. 3–30. Available at: http://researchbank.rmit.edu.au/view/rmit:4876.

Newell P. (2008). Civil Society, Corporate Accountability and the Politics of Climate Change. *Global Environmental Politics* **8**, 122–153. ISSN: 1536-0091.

Newell R.G. (2010). The role of markets and policies in delivering innovation for climate change mitigation. *Oxford Review of Economic Policy* **26**, 253–269. doi: 10.1093/oxrep/grq009.

Newell R.G., A.B. Jaffe, and R.N. Stavins (1999). The Induced Innovation Hypothesis and Energy-Saving Technological Change. *Quarterly Journal of Economics* **114**, 941–975. doi: i: 10.1162/003355399556188, ISSN: 0033-5533.

Newell P., and M. Paterson (2010). *Climate Capitalism : Global Warming and the Transformation of the Global Economy.* Cambridge University Press, Cambridge; New York, 223 pp. ISBN: 9780521194853 0521194857 9780521127288 0521127289 9780511789366 051178936X.

Newell R.G., and W.A. Pizer (2003). Discounting the distant future: how much do uncertain rates increase valuations? *Journal of Environmental Economics and Management* **46**, 52–71. Available at: http://ideas.repec.org/a/eee/jeeman/v46y2003i1p52-71.html.

Newell R.G., W.A. Pizer, and D. Raimi (2013). Carbon Markets 15 Years after Kyoto: Lessons Learned, New Challenges. *Journal of Economic Perspectives* **27**, 123–146. doi: 10.1257/jep.27.1.123, ISSN: 0895-3309.

**Nishida Y., and Y. Hua (2011).** Motivating stakeholders to deliver change: Tokyo's Cap-and-Trade Program. *Building Research & Information* **39**, 518–533. doi: 10.1080/09613218.2011.596419, ISSN: 0961-3218, 1466–4321.

**Nordhaus (2007).** To Tax or Not to Tax: Alternative Approaches to Slowing Global Warming. *Review of Environmental Economics and Policy* **1**, 26–44. doi: 10.1093/reep/rem008.

**Nordhaus W.D. (2009).** The Economics of an Integrated World Oil Market. In: *International Energy Workshop.* Venice, Italy. 17–19 pp. Available at: http://aida.econ.yale.edu/~nordhaus/homepage/documents/iew_052909.pdf.

**North D. (1991).** Institutions. *Journal of Economic Perspectives* **5**, 97–112. doi: 10.1257/jep.5.1.97.

**Nye M., and S. Owens (2008).** Creating the UK emission trading scheme: motives and symbolic politics. *European Environment* **18**, 1–15. doi: 10.1002/eet.468, ISSN: 1099-0976.

**NZME (2013).** The global effort—New Zealand Climate change information. Climate Change Information, New Zealand. Available at: http://www.climatechange.govt.nz/reducing-our-emissions/targets.html.

**Oates W.E. (1999).** An Essay on Fiscal Federalism. *Journal of Economic Literature* **37**, 1120–1149. ISSN: 0022-0515.

**Oates W.E. (2002).** A Reconsideration of Environmental Federalism. In: *Recent advances in environmental economics.* Edward Elgar, ISBN: 1858986117 9781858986111.

**Oberheitmann A. (2008).** *China's Energy Security Strategy and the Regional Environment: Assessing the Environmental Impact of China's Economic Growth and Energy Consumption Applying a Dynamic Welfare Optimisation Approach.* VDM Verlag Dr. Müller, Saarbrücken, 208 pp. ISBN: 9783639100877 3639100875.

**OECD (2001).** *Environmentally Related Taxes in OECD Countries.* Organisation for Economic Co-operation and Development, Paris, 100 pp. ISBN: 9789264187313.

**OECD (2005).** *Bridge over Troubled Waters Linking Climate Change and Development.* Organisation for Economic Co-operation and Development, Paris, 153 pp. ISBN: 9264012753 9789264012752 9789264012769 9264012761.

**OECD (2008).** *An OECD Framework for Effective and Efficient Environmental Policies.* Available at: http://www.oecd.org/dataoecd/8/44/40501159.pdf.

**OECD (2013).** *Taxing Energy Use a Graphical Analysis.* Organisation for Economic Co-operation and Development, Paris, 256 pp. iSBN: 9789264183933 9264183930.

**Oikonomou V., A. Flamos, and S. Grafakos (2010).** Is blending of energy and climate policy instruments always desirable? *Energy Policy* **38**, 4186–4195. Available at: http://ideas.repec.org/a/eee/enepol/v38y2010i8p4186-4195.html.

**Oikonomou V., and C. Jepma (2008).** A framework on interactions of climate and energy policy instruments. *Mitigation and Adaptation Strategies for Global Change* **13**, 131–156. Available at: http://econpapers.repec.org/article/sprmasfgc/v_3a13_3ay_3a2008_3ai_3a2_3ap_3a131-156.htm.

**Okubo Y., and A. Michaelowa (2010).** Effectiveness of subsidies for the Clean Development Mechanism: Past experiences with capacity building in Africa and LDCs. *Climate and Development* **2**, 30–49. doi: 10.3763/cdev.2010.0032, ISSN: 1756-5529.

**Ondraczek J. (2013).** The sun rises in the east (of Africa): A comparison of the development and status of solar energy markets in Kenya and Tanzania. *Energy Policy.* doi: 10.1016/j.enpol.2013.01.007.

**Ostrom E. (2010).** Polycentric systems for coping with collective action and global environmental change. *Global Environmental Change* **20**, 550–557. doi: 10.1016/j.gloenvcha.2010.07.004, ISSN: 0959-3780.

**Oum T.H. (1989).** Alternative Demand Models and Their Elasticity Estimates. *Journal of Transport Economics and Policy* **23**, 163–187. doi: 10.2307/20052880, ISSN: 0022-5258.

**Pacala S., and R. Socolow (2004).** Stabilization Wedges: Solving the Climate Problem for the Next 50 Years with Current Technologies. *Science* **305**, 968–972. doi: 10.1126/science.1100103, ISSN: 0036-8075, 1095–9203.

**Pachauri S., A. Brew-Hammond, D.F. Barnes, D.H. Bouille, S. Gitonga, V. Modi, and H. Zerriffi (2012).** Chapter 19: Energy Access for Development. In: *Global Energy Assessment (GEA).* Cambridge University Press ; International Institute for Applied Systems Analysis, Cambridge; Laxenburg, Austria, pp. 1401–1458. ISBN: 9781107005198 1107005191 9780521182935 052118293X.

**Pagdee A., Y. Kim, and P.J. Daugherty (2006).** What Makes Community Forest Management Successful: A Meta-Study From Community Forests Throughout the World. *Society & Natural Resources* **19**, 33–52. doi: 10.1080/08941920500323260, ISSN: 0894-1920.

**Park W.G., and J.C. Ginarte (1997).** Intellectual property rights and economic growth. *Contemporary Economic Policy* **15**, 51–61.

**Parry I. (2004).** Are emissions permits regressive? *Journal of Environmental Economics and Management* **47**, 364–387. ISSN: 0095-0696.

**Parry I.W.H. (2013).** *Reforming the Tax System to Promote Environmental Objectives: An Application to Mauritius.* International Monetary Fund, 39 pp. Available at: http://ideas.repec.org/p/imf/imfwpa/11-124.html.

**Parry I.W.H., M. Walls, and W. Harrington (2007).** *Automobile Externalities and Policies.* Resources For the Future, Washington, D.C., 37 pp. Available at: http://ideas.repec.org/p/rff/dpaper/dp-06-26.html.

**Parson E.A., and E.L. Kravitz (2013).** Market Instruments for the Sustainability Transition. *Annual Review of Environment and Resources* **38**, 415–440. doi: 10.1146/annurev-environ-061311-111640.

**Partnership for Market Readiness (2011).** Design Document. World Bank. Available at: https://www.thepmr.org/system/files/documents/PMR%20Design%20Document_May_24_2011.pdf.

**Partnership for Market Readiness (2012).** PMR Technical Note 2. Domestic Emissions Trading: Existing and Proposed Schemes. World Bank. Available at: https://www.thepmr.org/system/files/documents/PMR_Technical_Note_2_Domestic_ETS.pdf.

**Paterson M. (2010).** Legitimation and Accumulation in Climate Change Governance. *New Political Economy* **15**, 345–368. doi: 10.1080/13563460903288247, ISSN: 1356-3467, 1469–9923.

**Paterson M. (2012).** Who and what are carbon markets for? Politics and the development of climate policy. *Climate Policy* **12**, 82–97. doi: 10.1080/14693062.2011.579259, ISSN: 1469-3062.

**Pattberg P. (2010).** Public-private partnerships in global climate governance. *Wiley Interdisciplinary Reviews: Climate Change* **1**, 279–287. doi: 10.1002/wcc.38, ISSN: 17577780, 17577799.

**Pearce D. (2006).** The political economy of an energy tax: The United Kingdom's Climate Change Levy. *Energy Economics* **28**, 149–158. Available at: http://ideas.repec.org/a/eee/eneeco/v28y2006i2p149-158.html.

**Pearce D. (2012).** Policy Forum: Designing a Carbon Price Policy: Empirical Uncertainties in Climate Policy Implementation. *Australian Economic Review* **45**, 114–124. doi: 10.1111/j.1467-8462.2011.00669.x, ISSN: 1467-8462.

**Pegels A. (2010).** Renewable energy in South Africa: Potentials, barriers and options for support. *Energy Policy* **38**, 4945–4954. doi: 10.1016/j.enpol.2010.03.077, ISSN: 0301-4215.

**Perdan S., and A. Azapagic (2011).** Carbon Trading: Current Schemes and Future Developments. *Energy Policy* **39**, 6040–6054. doi: 10.1016/j.enpol.2011.07.003, ISSN: 0301-4215.

**Pezzey J.C.V., S. Mazouz, and F. Jotzo (2010).** *The Logic Of Collective Action And Australia's Climate Policy.* Australian Agricultural and Resource Economics Society, Adelaide, Australia, 19 pp. Available at: http://ideas.repec.org/p/ags/aare10/59577.html.

**Pimentel D., R. Lal, and J. Singmaster (2010).** Carbon capture by biomass and soil are sound: $CO_2$ burial wastes energy. *Environment, Development and Sustainability* **12**, 447–448. doi: 10.1007/s10668-010-9236-x, ISSN: 1387-585X, 1573–2975.

**Pinkse J., and A. Kolk (2007).** Multinational Corporations and Emissions Trading: Strategic Responses to New Institutional Constraints. *European Management Journal* **25**, 441–452.

**Pinkse J., and A. Kolk (2009).** *International Business and Global Climate Change.* Taylor & Francis US, New York; Oxford, 215 pp. ISBN: 9780415415521.

**Polinsky M. (1979).** Controlling Externalities and Protecting Entitlements: Property Right, Liability Rule, and Tax-Subsidy Approaches. *The Journal of Legal Studies* **8**, 1–48. doi: 10.2307/724046, ISSN: 00472530.

**Popp D. (2002).** Induced Innovation and Energy Prices. *The American Economic Review* **92**, 160–180.

**Popp D. (2003).** Pollution control innovations and the Clean Air Act of 1990. *Journal of Policy Analysis and Management* **22**, 641–660.

**Popp D., I. Hascic, and N. Medhi (2010a).** Technology and the diffusion of renewable energy. *Energy Economics* **33**, 648–662.

**Popp D., R.G. Newell, and A.B. Jaffe (2010b).** Energy, the environment, and technological change. In: *Handbook of the economics of innovation.* B. Hall, N. Rosenberg, (eds.), North Holland, Amsterdam; Boston, pp. 873–937. ISBN: 2210-8807.

**Posner R. (2010).** The Politics of Vertical Diffusion: The States and Climate Change. In: *Introduction: The Challenges of U.S. Climate Governance.* Brookings Institution, Washington DC, pp. 73–99.

**Potters J., and R. Sloof (1996).** Interest Groups: A survey of empirical models that try to assess their influence. *European Journal of Political Economy* **12**, 403–442. doi: 10.1016/S0176-2680(96)00008-0, ISSN: 0176-2680.

**Powell W.E., and P.J. DiMaggio** (Eds.) **(1991).** *The New Institutionalism in Organizational Analysis.* University of Chicago Press, Chicago, IL, 486 pp. ISBN: 9780226677095.

**Price L., C. Galitsky, K.J. Kramer, and A. McKane (2008).** *International Experience with Key Program Elements of Industrial Energy Efficiency or Greenhouse Gas Emissions Reduction Target-Setting Programs.* Lawrence Berkeley National Lab, Berkeley, CA, US, 43 pp.

**Puppim de Oliveira J.A. (2009).** The implementation of climate change related policies at the subnational level: An analysis of three countries. *Habitat International* **33**, 253–259. doi: 10.1016/j.habitatint.2008.10.006, ISSN: 0197-3975.

**Qi Y., L. Ma, H. Zhang, and H. Li (2008).** Translating a Global Issue Into Local Priority: China's Local Government Response to Climate Change. *The Journal of Environment & Development* **17**, 379–400. doi: 10.1177/1070496508326123, ISSN: 1070-4965, 1552–5465.

**Rabe B.G. (2009).** Second-Generation Climate Policies in the States: Proliferation, Diffusion, and Regionalization. In: *Changing Climates in North American Politics.* H. Selin, S.D. Vandeveer, (eds.), Massachusetts Institute of Technology, pp. 67–86.

**Rabe B.G. (2010).** Greenhouse Governance: Addressing Climate Change in America. In: *Introduction: The Challenges of U.S. Climate Governance.* Brookings Institution, Washington DC, pp. 17.

**Rabe B.G., and C.P. Borick (2012).** Carbon Taxation and Policy Labeling: Experience from American States and Canadian Provinces. *Review of Policy Research* **29**, 358–382. doi: 10.1111/j.1541-1338.2012.00564.x, ISSN: 1541-1338.

**Radaelli C.M., and V.A. Schmidt (2004).** Policy change and discourse in Europe: conceptual and methodological issues. *West European Politics* **27**, 183–210.

**Ragwitz M., and S. Steinhilber (2013).** Effectiveness and efficiency of support schemes for electricity from renewable energy sources. *Wiley Interdisciplinary Reviews: Energy and Environment.* doi: 10.1002/wene.85, ISSN: 2041-840X.

**Ramey V.A., and D.J. Vine (2010).** *Oil, Automobiles, and the U.S. Economy: How Much Have Things Really Changed?* National Bureau of Economic Research, Cambridge, Mass, 53 pp. Available at: http://www.nber.org/pap.

**Rausch S., G.E. Metcalf, and J.M. Reilly (2011).** Distributional impacts of carbon pricing: A general equilibrium approach with micro-data for households. *Energy Economics* **33**, S20–S33. doi: 10.1016/j.eneco.2011.07.023, ISSN: 01409883.

**Rausch S., G.E. Metcalf, J.M. Reilly, and S. Paltsev (2010).** Distributional Implications of Alternative U.S. Greenhouse Gas Control Measures. *The B.E. Journal of Economic Analysis & Policy* **10**, 45. Available at: http://www.degruyter.com.ezproxy.library.tufts.edu/view/j/bejeap.2010.10.issue-2/bejeap.2010.10.2.2537/bejeap.2010.10.2.2537.xml?rskey=XUopMw&result=1&q=rausch.

**Ravindranath N.H. (2007).** Mitigation and adaptation synergy in forest sector. *Mitigation and Adaptation Strategies for Global Change* **12**, 843–853. doi: 10.1007/s11027-007-9102-9, ISSN: 1381-2386, 1573–1596.

**Regional Greenhouse Gas Initiative, Inc. (2013).** RGGI States Propose Lowering Regional $CO_2$ Emissions Cap 45%, Implementing a More Flexible Cost-Control Mechanism. Available at: http://www.rggi.org/docs/PressReleases/PR130207_ModelRule.pdf.

**Republic of South Africa (2011).** *National Climate Change Response White Paper.* Republic of South Africa, 48 pp. Available at: www.info.gov.za/view/DynamicAction?pageid=632&myID=315325.

**Rezessy S., and P. Bertoldi (2011).** Voluntary Agreements in the Field of Energy Efficiency and Emission Reduction: review and analysis of experiences in the European Union. *Energy Policy* **39**, 7121–7129. ISSN: 0301-4215.

**Richerzhagen C., and I. Scholz (2008).** China's capacities for mitigating climate change. *World Development* **36**, 308–324. doi: 10.1016/j.worlddev.2007.06.010, ISSN: 0305750X.

**Rimmer M. (2009).** The road to Copenhagen: intellectual property and climate change. *Journal of Intellectual Property Law & Practice* **4**, 784–788.

**Rodrik D. (2007).** *One Economics, Many Recipes: Globalization, Institutions, and Economic Growth.* Princeton University Press, Princeton, 280 pp. ISBN: 9780691129518 0691129517 9780691141176 0691141177.

**Ronnen U. (1991).** Minimum Quality Standards, Fixed Costs, and Competition. *The RAND Journal of Economics* **22**, 490–504. doi: 10.2307/2600984, ISSN: 0741-6261.

**Rootes C. (2011).** Denied, deferred, triumphant? Climate change, carbon trading and the Greens in the Australian federal election of 21 August 2010. *Environmental Politics* **20**, 410–417. doi: 10.1080/09644016.2011.573363, ISSN: 0964-4016.

**La Rovere E.L. (2011).** *Mitigation Actions in Developing Countries: Case Study for Brazil.* CENTROCLIMA/PPE/COPPE/UFRJ, Rio de Janeiro.

La Rovere E.L., A.S. Pereira, and A.F. Simoes (2011). Biofuels and Sustainable Energy Development in Brazil. *World Development* **39**, 1026–1036.

Rowlands I.H. (2000). Beauty and the beast? BP's and Exxon's positions on global climate change. *Environment and Planning C: Government and Policy* **18**, 339–354. doi: 10.1068/c9752, ISSN: 0263-774X, 1472–3425.

Sarasini S. (2013). Institutional work and climate change: Corporate political action in the Swedish electricity industry. *Energy Policy* **56**, 480–489. doi: 10.1016/j.enpol.2013.01.010, ISSN: 0301-4215.

Sartor O., and N. Berghmans (2011). Carbon Price Flaw? The impact of the UK's $CO_2$ price support on the EU ETS. *Climate Brief* n. **6**, 9. Available at: http://www.cdcclimat.com/Climate-Brief-no6-Carbon-Price.html?lang=en.

Schmalensee R. (2012). Evaluating Policies to Increase Electricity Generation from Renewable Energy. *Review of Environmental Economics and Policy* **6**, 45–64. doi: 10.1093/reep/rer020, ISSN: 1750-6816, 1750–6824.

Schmalensee R., and R.N. Stavins (2013). The $SO_2$ Allowance Trading System: The Ironic History of a Grand Policy Experiment. *The Journal of Economic Perspectives* **27**, 103–121. doi: 10.1257/jep.27.1.103.

Schmidt T.S., R. Born, and M. Schneider (2012). Assessing the costs of photovoltaic and wind power in six developing countries. *Nature Climate Change* **2**, 548–553. doi: 10.1038/nclimate1490, ISSN: 1758-678X.

Schmitt C.B., N.D. Burgess, L. Coad, A. Belokurov, C. Besançon, L. Boisrobert, A. Campbell, L. Fish, D. Gliddon, K. Humphries, V. Kapos, C. Loucks, I. Lysenko, L. Miles, C. Mills, S. Minnemeyer, T. Pistorius, C. Ravilious, M. Steininger, and G. Winkel (2009). Global analysis of the protection status of the world's forests. *Biological Conservation* **142**, 2122–2130. doi: 10.1016/j.biocon.2009.04.012, ISSN: 00063207.

Schneider S.H., and L.H. Goulder (1997). Achieving Low-Cost Emissions Targets. *Nature* **389**, pp.13–14.

Schreurs M.A. (2008). From the Bottom Up: Local and Subnational Climate Change Politics. *The Journal of Environment & Development* **17**, 343–355. doi: 10.1177/1070496508326432, ISSN: 1070-4965, 1552–5465.

Shobe W., and D. Burtraw (2012). *Rethinking Environmental Federalism in a Warming World.* Center for Economic and Policy Studies. Available at: http://ideas.repec.org/p/vac/wpaper/wp12-01.html.

Sims R., P. Mercado, W. Krewitt, G. Bhuyan, D. Flynn, H. Holttinen, G. Jannuzzi, S. Khennas, Y. Liu, L.J. Nilsson, J. Ogden, K. Ogimoto, M. O'Malley, H. Outhred, O. Ulleberg, and F. van Hulle (2012). Integration of Renewable energy into Present and Future Energy Systems. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, UK; New York, NY, USA, pp. 609–706.

Sinn H.-W. (2008). Public policies against global warming: a supply side approach. *International Tax and Public Finance* **15**, 360–394. Available at: http://ideas.repec.org/a/kap/itaxpf/v15y2008i4p360-394.html.

Sinn H.-W. (2012). *Green Paradox.* MIT Press, Cambridge, MA, 288 pp. ISBN: 0262016680.

Skjærseth J.B., G. Bang, and M.A. Schreurs (2013). Explaining Growing Climate Policy Differences Between the European Union and the United States. *Global Environmental Politics*, 61–80. doi: 10.1162/GLEP_a_00198, ISSN: 1526-3800.

Skjærseth J.B., and T. Skodvin (2001). Climate Change and the Oil Industry: Common Problems, Different Strategies. *Global Environmental Politics* **1**, 43–64. doi: 10.1162/152638001317146363, ISSN: 1526-3800.

Skjærseth J.B., and J. Wettestad (2008). *EU Emissions Trading: Initiation, Decision-Making and Implementation.* Ashgate Publishing, Ltd., Burlington, VT, USA; London, UK, 240 pp. ISBN: 9780754686408.

Skjærseth J.B., and J. Wettestad (2009). The Origin, Evolution and Consequences of the EU Emissions Trading System. *Global Environmental Politics* **9**, 101–122. doi: 10.1162/glep.2009.9.2.101, ISSN: 1526-3800.

Skodvin T., A.T. Gullberg, and S. Aakre (2010). Target-group influence and political feasibility: the case of climate policy design in Europe. *Journal of European Public Policy* **17**, 854–873. doi: 10.1080/13501763.2010.486991, ISSN: 1350-1763.

Skoufias E. (2012). *The Poverty and Welfare Impacts of Climate Change: Quantifying the Effects, Identifying the Adaptation Strategies.* World Bank, Washington D.C., 128 pp. ISBN: 9780821396117 0821396110 9780821396124 0821396129.

Smallridge D., B. Buchner, C. Trabacchi, M. Netto, J.-J. Gomes Lorenzo, and L. Serra (2013). The Role of National Development Banks in Catalyzing International Climate Finance. Inter-American Development Bank. Available at: http://www.iadb.org/en/publications/publication-detail,7101.html?id=67857.

Smith J.B., T. Dickinson, J.D.B. Donahue, I. Burton, E. Haites, R.J.T. Klein, and A. Patwardhan (2011). Development and climate change adaptation funding: coordination and integration. *Climate Policy* **11**, 987–1000. doi: 10.1080/14693062.2011.582385, ISSN: 1469-3062.

Smith P., and J.E. Olesen (2010). Synergies Between the Mitigation of, and Adaptation to, Climate Change in Agriculture. *The Journal of Agricultural Science* **148**, 543–552. doi: 10.1017/S0021859610000341.

Social Learning Group (2001). *Learning to Manage Global Environmental Risks. 2. A Functional Analysis of Social Responses to Climate Change, Ozone Depletion, and Acid Rain.* MIT Press, Cambridge, MA, 258 pp. ISBN: 9780262692397.

Somanathan E., R. Prabhakar, and B.S. Mehta (2009). Decentralization for cost-effective conservation. *Proceedings of the National Academy of Sciences of the United States of America* **106**, 4143–4147. doi: 10.1073/pnas.0810049106, ISSN: 0027-8424.

Sorrell S. (2009). Jevons' Paradox revisited: The evidence for backfire from improved energy efficiency. *Energy Policy* **37**, 1456–1469. doi: 10.1016/j.enpol.2008.12.003, ISSN: 0301-4215.

Sorrell S., J. Dimitropoulos, and M. Sommerville (2009). Empirical estimates of the direct rebound effect: A review. *Energy Policy* **37**, 1356–1371. doi: 10.1016/j.enpol.2008.11.026, ISSN: 03014215.

Sovacool B.K. (2011a). An International Comparison of Four Polycentric Approaches to Climate and Energy Governance. *Energy Policy* **39**, 3832–3844. ISSN: 0301-4215.

Sovacool B.K. (2011b). An international comparison of four polycentric approaches to climate and energy governance. *Energy Policy* **39**, 3832–3844. ISSN: 0301-4215.

Stallworthy M. (2009). Legislating Against Climate Change: A UK Perspective on a Sisyphean Challenge. *The Modern Law Review* **72**, 412–436. doi: 10.1111/j.1468-2230.2009.00752.x, ISSN: 1468-2230.

Stavins R.N. (2003). *Experience with Market-Based Environmental Policy Instruments.* Elsevier, 355–435 pp. Available at: http://ideas.repec.org/h/eee/envchp/1-09.html.

Steinmo S., K. Thelen, and F. Longstreth (Eds.) (1992). *Structuring Politics: Historical Institutionalism in Comparative Analysis.* Cambridge University Press, Cambridge, UK; New York, 272 pp. ISBN: 9780521428309.

**Stenqvist C., and L.J. Nilsson (2012).** Energy efficiency in energy-intensive industries—an evaluation of the Swedish voluntary agreement PFE. *Energy Efficiency* **5**, 225–241. doi: 10.1007/s12053-011-9131-9, ISSN: 1570-646X, 1570–6478.

**Sterk W. (2010).** Nationally Appropriate Mitigation Actions: definitions, issues, and options. Wuppertal Institute for Climate, Environment and Energy.

**Sterner T. (2007).** Fuel taxes: An important instrument for climate policy. *Energy Policy* **35**, 3194–3202.

**Sterner T. (2012).** Distributional effects of taxing transport fuel. *Energy Policy* **41**, 75–83. doi: 10.1016/j.enpol.2010.03.012, ISSN: 0301-4215.

**Sterner T., and J. Coria (2012).** *Policy Instruments for Environmental and Natural Resource Management.* RFF Press, Washington, D.C., 528 pp. ISBN: 9781617260971 1617260975 9781617260988 1617260983.

**Sterner T., M. Damon, G. Kohlin, and M. Visser (2012).** Capacity Building to Deal With Climate Challenges Today and in the Future. *The Journal of Environment & Development* **21**, 71–75. doi: 10.1177/1070496511435672, ISSN: 1070-4965, 1552–5465.

**Sterner T., and B. Turnheim (2009).** Innovation and diffusion of environmental technology: Industrial NOx abatement in Sweden under refunded emission payments. *Ecological Economics* **68**, 2996–3006. doi: 10.1016/j.ecolecon.2009.06.028, ISSN: 09218009.

**Stewart R., R. Biesbroek, S. Binnerup, T.R. Carter, C. Cowan, T. Henrichs, S. Loquen, H. Mela, M. Morecroft, M. Reese, and D. Rey (2009).** *Europe Adapts to Climate Change: Comparing National Adaptation Strategies.* Partnership for European Environmental Research, Helsinki, 280 pp. ISBN: 978-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-0.

**Sturm B. (2008).** Market Power in Emissions Trading Markets Ruled by a Multiple Unit Double Auction: Further Experimental Evidence. *Environmental and Resource Economics* **40**, 467–487. doi: 10.1007/s10640-007-9165-9.

**Sugino M., and T. Arimura (2011).** The effects of voluntary action plans on energy-saving investment: an empirical study of the Japanese manufacturing sector. *Environmental Economics and Policy Studies* **13**, 237–257. doi: 10.1007/s10018-011-0015-1, ISSN: 1432-847X.

**Sumner J., L. Bird, and H. Dobos (2011).** Carbon Taxes: a review of experience and policy design considerations. *Climate Policy* **11**, 922–943. doi: 10.3763/cpol.2010.0093, ISSN: 14693062, 17527457.

**Szarka J. (2013).** From Climate Advocacy to Public Engagement: An Exploration of the Roles of Environmental Non-Governmental Organisations. *Climate* **1**, 12–27. doi: 10.3390/cli1010012, ISSN: 2225-1154.

**Tanikawa H. (2004).** *Incentive Schemes for Japanese Companies' Voluntary Environmental Initiatives— Empirical Analysis Based on Case Studies and Questionnaires (Japanese).* Research Institute of Economy, Trade and Industry (RIETI), 55 pp. Available at: http://ideas.repec.org/p/eti/rdpsjp/04030.html.

**Teng F., and A. Gu (2007).** Climate Change: national and local policy opportunities in China. *Environmental Sciences* **4**, 183–194. doi: 10.1080/15693430701742735, ISSN: 1569-3430.

**Thomson R., and P. Jensen (2013).** The Effects of Government Subsidies on Business R&D Employment: Evidence from OECD Countries. *National Tax Journal* **66**, 281–309. ISSN: 00280283.

**Thornton N. (2010).** Realising Development Effectiveness: Making the Most of Climate Change Finance in Asia and the Pacific. Capacity Development for Development Effectiveness Facility. Available at: www.agulhas.co.uk/cms_files/14/942_Report_lowres_091110.pdf.

**Tietenberg T.H. (2006).** *Emissions Trading: Principles And Practice 2nd Edition.* Resources for the Future, Washington, D.C., 247 pp. ISBN: 9781933115306.

**Van Tilburg X., L. Wurtenberger, H. Coninck, and S. Bakker (2011).** Paving the Way for Low-Carbon Development Strategies. Energy Research Centre of the Netherlands.

**Tinbergen J. (1970).** *On the Theory of Economic Policy.* Elsevier Science & Technology, 84 pp. ISBN: 0720431301.

**Tsang S., and A. Kolk (2010a).** The Evolution of Chinese Policies and Governance Structures on Environment, Energy and Climate. *Environmental Policy and Governance* **20**, 180–196.

**Tsang S., and A. Kolk (2010b).** The Evolution of Chinese Policies and Governance Structures on Environment, Energy and Climate. *Environmental Policy and Governance* **20**, 180–196. doi: 10.1002/eet.540, ISSN: 1756-9338.

**Tyler E. (2010).** Aligning South African energy and climate change mitigation policy. *Climate Policy* **10**, 575–588. doi: 10.3763/cpol.2010.0094, ISSN: 14693062, 17527457.

**U.K. (2008).** Climate Change Act 2008. Available at: http://www.legislation.gov.uk/ukpga/2008/27/contents.

**U.S. National Research Council (2001).** *Energy Research at DOE: Was It Worth It? Energy Efficiency and Fossil Energy Research 1978 to 2000.* National Academy Press, Washington, D.C., 224 pp. Available at: http://www.nap.edu/openbook.php?isbn=0309074487.

**Uchiyama Y., T. Aoyagi, K. Asade, M. Mashita, R. Matsuhashi, and K. Yoshiokaa (2012).** Keidanren Voluntary Action Plan Evaluation Report Fiscal 2011. Evaluation Commitee for the Voluntary Action Plan on the Environment. Available at: www.keidanren.or.jp/policy/2012/029.pdf.

**UNFCCC (2001).** *Report of the Conference of the Parties on Its Seventh Session.* United Nations Framework on Climate Change, Marrakesh, 69 pp. Available at: unfccc.int/resource/docs/cop7/13a01.pdf.

**UNFCCC (2007).** Bali Action Plan. Decision 1/CP.13. United Nations Framework on Climate Change.

**UNFCCC (2011).** Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention (2/CP.17). United Nations Framework on Climate Change.

**UNFCCC (2012).** Benefits of the Clean Development Mechanism. United Nations Framework on Climate Change. Available at: http://cdm.unfccc.int/about/dev_ben/index.html.

**United Nations (1992).** *Report of the United Nations Conference on Environment and Development.* United Nations, Rio de Janeiro. Available at: www.un.org/documents/ga/conf151/aconf15126-1annex1.htm.

**United Nations (2002).** *Report of the World Summit on Sustainable Development.* United Nations, 62 pp. Available at: http://library.arcticportal.org/1679/.

**Unruh G.C. (2000).** Understanding Carbon Lock-In. *Energy Policy* **28**, 817–830. Available at: http://ideas.repec.org/a/eee/enepol/v28y2000i12p817-830.html.

**US EPA (2013).** Voluntary Energy and Climate Programs. Available at: http://www.epa.gov/climatechange/EPAactivities/voluntaryprograms.html.

**Vanderschuren M., T.E. Lane, and W. Korver (2010).** Managing energy demand through transport policy: What can South Africa learn from Europe? *Energy Policy* **38**, 826–831. doi: 10.1016/j.enpol.2009.10.029, ISSN: 0301-4215.

**Viola E., and M. Franchini (2012).** Public Awareness, Social Transformations and Emissions Reductions. In: *Feeling the Heat: The Politics of Climate Policy in Rapidly Industrializing Countries.* I. Bailey, H. Compston, (eds.), Palgrave Macmillan, pp. 175–204. ISBN: 9780230280403.

**Wakabayashi M. (2013).** Voluntary business activities to mitigate climate change: Case studies in Japan. *Energy Policy*. doi: 10.1016/j.enpol.2013.08.027, ISSN: 0301-4215.

**Walker W. (2000).** Entrapment in large technology systems: institutional commitment and power relations. *Research Policy* **29**, 833–846. doi: 10.1016/S0048-7333(00)00108-6, ISSN: 0048-7333.

**Wapner P. (1995).** Politics beyond the State Environmental Activism and World Civic Politics. *World Politics* **47**, 311–340. doi: 10.1017/S0043887100016415.

**Weidner H., and L. Mez (2008).** German Climate Change Policy. *The Journal of Environment & Development* **17**, 356–378. doi: 10.1177/1070496508325910.

**Weitzman M.L. (1974).** Prices vs. Quantities. *The Review of Economic Studies* **41**, 477. doi: 10.2307/2296698, ISSN: 00346527.

**Wilson C., A. Grubler, K.S. Gallagher, and G.F. Nemet (2012).** Marginalization of end-use technologies in energy innovation for climate protection. *Nature Climate Change* **2**, 780–788. doi: 10.1038/nclimate1576, ISSN: 1758-678X.

**World Trade Organization (1994).** *Marrakesh Agreement Establishing the World Trade Organization*. World Trade Organization, Geneva.

**Yamaguchi M. (2012).** *Climate Change Mitigation: A Balanced Approach to Climate Change (Lecture Notes in Energy)*. Springer, 288 pp. ISBN: 1447142276.

**Young O.R. (2002).** *The Institutional Dimensions of Environmental Change: Fit, Interplay, and Scale*. MIT Press, Cambridge, MA, 237 pp. ISBN: 0262740249.

**Younger S.D., D.E. Sahn, S. Haggblade, and P.A. Dorosh (1999).** Tax Incidence in Madagascar: An Analysis Using Household Data. *The World Bank Economic Review* **13**, 303–331. doi: 10.1093/wber/13.2.303, ISSN: 0258-6770, 1564–698X.

**Yuan C., S. Liu, Z. Fang, and J. Wu (2009).** Research on the energy-saving effect of energy policies in China: 1982–2006. *Energy Policy* **37**, 2475–2480. doi: 10.1016/j.enpol.2009.03.010, ISSN: 0301-4215.

**Zingel J. (2011).** Climate Change Financing and Aid Effectiveness: South African Country Analysis. Organisation for Economic Co-Operation and Development, Development Assistance Committee and African Development Bank. Available at: www.oecd.org/dataoecd/23/10/48458419.pdf.

**15**

# 16

# Cross-cutting Investment and Finance Issues

**Coordinating Lead Authors:**

Sujata Gupta (India/Philippines), Jochen Harnisch (Germany)

**Lead Authors:**

Dipal Chandra Barua (Bangladesh), Lloyd Chingambo (Zambia), Paul Frankel (USA), Raúl Jorge Garrido Vázquez (Cuba), Luis Gómez-Echeverri (Austria/Colombia), Erik Haites (Canada), Yongfu Huang (Finland/China), Raymond Kopp (USA), Benoit Lefèvre (France/USA), Haroldo de Oliveira Machado-Filho (Brazil), Emanuele Massetti (Italy)

**Contributing Authors:**

Katrin Enting (Germany), Martin Stadelmann (Switzerland), Murray Ward (New Zealand/Canada), Silvia Kreibiehl (Germany)

**Review Editors:**

Carlo Carraro (Italy), Mohammed Saïd Karrouk (Morocco), Ignacio Pérez-Arriaga (Spain)

**Chapter Science Assistant:**

Katrin Enting (Germany)

**This chapter should be cited as:**

Gupta S., J. Harnisch, D.C. Barua, L. Chingambo, P. Frankel, R.J. Garrido Vázquez, L. Gómez-Echeverri, E. Haites, Y. Huang, R. Kopp, B. Lefèvre, H. Machado-Filho, and E. Massetti, 2014: Cross-cutting Investment and Finance Issues. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Inter-governmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**16**

# Contents

Executive Summary ................................................................................................................. 1210

16.1    Introduction ............................................................................................................... 1211

16.2    Scale of financing at national, regional, and international level in the short-, mid-, and long-term ............................................................................................. 1213

    16.2.1    Current financial flows and sources ....................................................... 1213
        16.2.1.1    Estimates of current climate finance ........................................ 1214
        16.2.1.2    Current sources of climate finance .......................................... 1216
        16.2.1.3    Recent developments .............................................................. 1217

    16.2.2    Future low-carbon investment  ............................................................... 1217
        16.2.2.1    Investment needs .................................................................... 1217
        16.2.2.2    Incremental costs ................................................................... 1221

    16.2.3    Raising public funding by developed countries for climate finance in developing countries ............ 1221

16.3    Enabling environments ............................................................................................... 1223

16.4    Financing low-carbon investments, opportunities, and key drivers  ............................ 1223

    16.4.1    Capital managers and investment decisions ........................................... 1223

    16.4.2    Challenges for low-carbon investment .................................................... 1224

    16.4.3    Financial instruments ............................................................................. 1226
        16.4.3.1    Reducing investment risks ....................................................... 1226
        16.4.3.2    Reducing cost of and facilitating access to capital ................... 1227
        16.4.3.3    Enhancing cash flow ............................................................... 1228

16.5    Institutional arrangements for mitigation financing ................................................... 1228

    16.5.1    International arrangements ..................................................................... 1228

    16.5.2    National and sub-national arrangements ................................................ 1229

    16.5.3    Performance in a complex institutional landscape ................................... 1230

16.6    Synergies and tradeoffs between financing mitigation and adaptation ........................ 1231

    16.6.1    Optimal balance between mitigation and adaptation and time dimension ................. 1231

16

16.6.2    Integrated financing approaches................................................................1232

**16.7    Financing developed countries' mitigation activities**....................................1233

**16.8    Financing mitigation activities in and for developing countries including for technology development, transfer, and diffusion**................................................1234

**16.9    Gaps in knowledge and data** ..................................................................1237

**16.10   Frequently Asked Questions**..................................................................1238

**References** ................................................................................................1239

**16**

# Executive Summary

For the first time, an assessment report by the Intergovernmental Panel on Climate Change (IPCC) contains a chapter dedicated to investment and finance. These are the chapter's key findings:

**Scientific literature on investment and finance to address climate change is still very limited and knowledge gaps are substantial; there are no agreed definitions for climate investment and climate finance.** Quantitative data are limited, relate to different concepts, and are incomplete. Accounting systems are highly imperfect. Estimates are available for current total climate finance, total climate finance provided to developing countries, public climate finance provided to developing countries, and climate finance under the United Nations Framework Convention on Climate Change (UNFCCC), as well as future incremental investment and incremental cost for mitigation measures. Climate finance relates both to adaptation and mitigation, while under the scope of this chapter, estimates of future investment needs are presented only for mitigation. [Section 16.1]

**Total climate finance for mitigation and adaptation is estimated at 343 to 385 billion USD (2010/11/12 USD) per year using a mix of 2010, 2011, and 2012 data, almost evenly being invested in developed and developing countries** (*medium confidence*). The figures reflect the total financial flow for the underlying investments, *not the incremental investment,* i.e., the portion attributed to the emission reductions. Around 95 % of reported total climate finance is for mitigation (*medium confidence*). [16.2.1.1]

**The total climate finance currently flowing to developing countries is estimated to be between 39 to 120 billion USD per year using a mix of 2009, 2010, 2011, and 2012 data (2009/2010/2011/2012 USD)** (*medium confidence*). This range covers public and private flows for mitigation and adaptation. Public climate finance is estimated at 35–49 billion USD (2011/2012 USD) (*medium confidence*). Most public climate finance provided to developing countries flows through bilateral and multilateral institutions, usually as concessional loans and grants. Climate finance under the UNFCCC is funding provided to developing countries by Annex II Parties. The climate finance reported by Annex II Parties averaged nearly 10 billion USD per year from 2005 to 2010 (2005–2010 USD) (*medium confidence*). Between 2010 and 2012, the 'fast-start finance' (FSF) provided by some developed countries amounted to over 10 billion USD per year (2010/2011/2012 USD) (*medium confidence*). Estimates of international private climate finance flowing to developing countries range from 10 to 72 billion USD (2009/2010 USD) per year, including foreign direct investment as equity and loans in the range of 10 to 37 billion USD (2010 USD and 2008 USD) per year over the period of 2008–2011 (*medium confidence*). [16.2.1.1]

**Emission patterns that limit temperature increase from pre-industrial level to no more than 2 °C require considerably differ-ent patterns of investment.** A limited number of studies have examined the investment needs to transform the economy to limit warming to 2 °C. Information is largely restricted to energy use with global total annual investment in the energy sector at about 1200 billion USD. In the results for these scenarios, which are consistent to keeping carbon dioxide equivalent ($CO_2$eq) concentration in the interval 430–530 ppm until 2100, annual investment in fossil-fired power plants without carbon dioxide capture and storage (CCS) would decline by 30 (median: −20 % compared to 2010) (2 to 166) billion USD during the period 2010–2029, compared to the reference scenarios (*limited evidence, medium agreement*). Investment in low-emissions generation technologies (renewable, nuclear, and electricity generation with CCS) would increase by 147 (median: +100 % compared to 2010) (31 to 360) billion USD per year during the same period (*limited evidence, medium agreement*) in combination with an increase by 336 (1 to 641) billion USD in energy-efficiency investments in the building, transport, and industry sector (*limited evidence, medium agreement*), frequently involving modernization of existing equipment. Higher energy efficiency and the shift to low-emission energy sources contribute to a reduction in the demand for fossil fuels, thus causing a decline in investment in fossil fuel extraction, transformation, and transportation. Scenarios suggest that the average annual reduction of investment in fossil fuel extraction in 2010–2029 would be 116 (−8 to 369) billion USD (*limited evidence, medium agreement*). Such 'spillover' effects could yield adverse effects on economies, especially of countries that rely heavily on exports of fossil fuels. Model results suggest that deforestation could be reduced against current deforestation trends by 50 % with an investment of 21 to 35 billion USD per year (*low confidence*). Information on investment needs in other sectors in addition to energy efficiency, e.g., to abate process or non-$CO_2$ emissions is virtually unavailable. [16.2.2]

**Resources to address climate change need to be scaled up considerably over the next few decades both in developed and developing countries** (*medium evidence, high agreement*). Increased financial support by developed countries for mitigation (and adaptation) measures in developing countries will be needed to stimulate the increased investment. Developed countries have committed to a goal of jointly mobilizing 100 billion USD per year by 2020 in the context of meaningful mitigation action and transparency on implementation. The funding could come from a variety of sources—public and private, bilateral and multilateral, including alternative sources of finance. Studies of how 100 billion USD per year could be mobilized by 2020 conclude that it is challenging but feasible. [16.2]

**Public revenues can be raised by collecting carbon taxes and by auctioning carbon allowances** (*high confidence*). Putting a price on greenhouse gas (GHG) emissions, through a carbon tax or emissions trading, alters the rate of return on high- and low-carbon investments. It makes low-emission technologies attract more investment and at the same time it raises a considerable amount of revenue that can be used for a variety of purposes, including climate finance. These carbon-related sources are already sizeable in some countries

[16.2.1.2]. The consideration of alternative sources of public revenue like taxes on international bunker fuels has the potential to generate significant funds but is still in its infancy. Reducing fossil fuel subsidies would lower emissions and release public funds for other purposes [16.2.3].

**Within appropriate enabling environments, the private sector, along with the public sector, can play an important role in financing mitigation** (*medium evidence, high agreement*). Its contribution is estimated at 267 billion USD per year in 2010 and 2011 (2010/2011 USD) and at 224 billion USD (2011/2012 USD) per year in 2011 and 2012 on average, which represents around 74 % and 62 % of overall climate finance, respectively (*limited evidence, medium agreement*) [16.2.1]. In a range of countries, a large share of private sector climate investment relies on low-interest and long-term loans as well as risk guarantees provided by public sector institutions to cover the incremental costs and risks of many mitigation investments. In many countries, therefore, the role of the public sector is crucial in helping these private investments happen. The quality of a country's enabling environment—including the effectiveness of its institutions, regulations and guidelines regarding the private sector, security of property rights, credibility of policies and other factors—has a substantial impact on whether private firms invest in new technologies and infrastructures. Those same broader factors will probably have a big impact on whether and where investment occurs in response to mitigation policies [16.3]. By the end of 2012, the 20 largest emitting developed and developing countries with lower risk country grades for private sector investments covered 70 % of global energy-related $CO_2$ emissions (*low confidence*). This makes them attractive for international private sector investment in low-carbon technologies. In many other countries, including most least developed countries, low-carbon investment will often have to rely mainly on domestic sources or international public finance [16.4.2].

**A main barrier to the deployment of low-carbon technologies is a low risk-adjusted rate of return on investment vis-à-vis high-carbon alternatives often resulting in higher cost of capital** (*medium evidence, high agreement*). This is true in both developed and developing countries. Dedicated financial instruments to address these barriers exist and include inter alia credit insurance to decrease risk, renewable energy premiums to increase return, and concessional finance to decrease the cost of capital. Governments can also alter the relative rates of return of low-carbon investments in different ways and help to provide an enabling environment. [16.3, 16.4]

**Appropriate governance and institutional arrangements at the national, regional, and international level need to be in place for efficient, effective, and sustainable financing of mitigation measures** (*high confidence*). They are essential to ensure that financing to mitigate and adapt to climate change responds to national needs and priorities and that national and international activities are linked and do not contradict each other. An enabling environment at the national level ensures efficient implementation of funds and risk reduction using international resources, national funds, as well as national development and financial institutions. [16.5]

**Important synergies and tradeoffs between financing mitigation and adaptation exist** (*medium confidence*). Available estimates show that adaptation projects get only a minor fraction of international climate finance. Current analyses do not provide conclusive results on the most efficient temporal distribution of funding on adaptation vis-à-vis mitigation. While the uncertainties about specific pathways and relationships remain, and although there are different considerations on its optimal balance, there is a general agreement that funding for both mitigation and adaptation is needed. Moreover, there is an increasing interest in promoting integrated financing approaches, addressing both adaptation and mitigation activities in different sectors and at different levels. [16.6]

**Increasing access to modern energy services for meeting basic cooking and lighting needs could yield substantial improvements in human welfare at relatively low cost** (*medium confidence*). Shifting the large populations that rely on traditional solid fuels (such as unprocessed biomass, charcoal, and coal) to modern energy systems and expanding electricity supply for basic human needs could yield substantial improvements in human welfare for a relatively low cost; 72–95 billion USD per year until 2030 to achieve nearly universal access. [16.8]

# 16.1   Introduction

This is the first time an assessment report by the Intergovernmental Panel on Climate Change (IPCC) contains a chapter dedicated to investment and finance to address climate change. This reflects the growing awareness of the relevance of these issues for the design of efficient and effective climate policies.

The assessment of this topic is complicated by the absence of agreed definitions, sparse data from disparate sources, and limited peer-reviewed literature. Equity, burden sharing, and gender considerations related to climate change are discussed in other chapters, inter alia Sections 3.3 and 4.6.2. This chapter does not include a separate discussion of these considerations in relation to climate finance.

There is no agreed definition of climate finance (Haites, 2011; Stadelmann et al., 2011b; Buchner et al., 2011; Forstater and Rank, 2012). The term 'climate finance' is applied both to the financial resources devoted to addressing climate change globally and to financial flows to developing countries to assist them in addressing climate change. The literature includes multiple concepts within each of these broad categories (Box 1.1). The specific mitigation and adaptation measures whose costs qualify as 'climate finance' also are not agreed. The mea-

## Box 16.1 | Different concepts, different numbers

Different concepts of climate finance are found in the literature. The corresponding values differ significantly.

**Financial resources devoted to addressing climate change globally:**

*Total climate finance* includes all financial flows whose expected effect is to reduce net GHG emissions and/or to enhance resilience to the impacts of climate variability and the projected climate change. This covers private and public funds, domestic and international flows, expenditures for mitigation and adaptation to current climate variability as well as future climate change. It covers the full value of the financial flow rather than the share associated with the climate change benefit; e.g., the entire investment in a wind turbine rather than the portion attributed to the emission reductions. The estimate by Buchner et al. (2012, 2013b) of current climate finance of 343 to 385 billion USD (2010/2011/2012 USD) per year using a mix of 2010, 2011, and 2012 data, corresponds roughly to this concept.

The *incremental investment* is the extra capital required for the initial investment for a mitigation or adaptation project in comparison to a reference project. For example, the investment in wind turbines less the investment that would have been required for the coal or natural gas-generating unit displaced. Since the value depends on the unknown investment in a hypothetical alternative, the incremental investment is uncertain. Incremental investment for mitigation and adaptation measures is not regularly estimated and reported, but estimates are available from models. It can be positive or negative. Many agriculture and reducing emissions from deforestation and forest degradation (REDD+) mitigation options that involve ongoing expenditures for labour and other operating costs rather than investments are excluded.

The *incremental costs* reflect the cost of capital of the incremental investment and the change of operating and maintenance costs for a mitigation or adaptation project in comparison to a reference project. It can be calculated as the difference of the net present values of the two projects. Many mitigation measures—such as energy efficiency, renewables, and nuclear—have a higher capital cost and lower operating costs than the measures displaced. Frequently the incremental costs are lower than the incremental investment. Values depend on the incremental investment as well as projected operating costs, including fossil fuel prices, and the discount rate. Models can estimate the incremental costs of energy supply and demand but data are not immediately available and aggregate estimates cannot be provided. Estimates are available for single-mitigation options (see, e.g., Chapter 7).

The *macroeconomic costs of mitigation policy* are the reductions of aggregate consumption or gross domestic product induced by the reallocation of investments and expenditures induced by climate policy. These costs do not account for the benefit of reducing anthropogenic climate change and should thus be assessed against the economic benefit of avoided climate change impacts. Models have traditionally provided estimates of the macroeconomic costs of climate policy (see Chapter 6).

**Financial flows to developing countries to assist them in addressing climate change:**

The *total climate finance flowing to developing countries* is the amount of the total climate finance invested in developing countries that comes from developed countries. This covers private and public funds for mitigation and adaptation. Estimates from a few studies suggest the current flow is between 39 and 120 billion USD per year (2009–2012 USD).

*Public climate finance provided to developing countries* is the finance provided by developed countries' governments and bilateral institutions as well as multilateral institutions for mitigation and adaptation activities in developing countries. Most of the funds provided are concessional loans and grants. Estimates suggest that public climate finance flows to developing countries were at 35 to 49 billion USD per year in 2011 and 2012 (2011/2012 USD).

*Private climate finance flowing to developing countries* is finance and investment by private actors in/from developed countries for activities in developing countries whose expected effect is to reduce net GHG emissions and/or to enhance resilience to the impacts of climate variability and the projected climate change.

Under the *United Nations Framework Convention on Climate Change (UNFCCC), climate finance* is not well-defined. Annex II Parties provide and mobilize funding for climate related activities in developing countries. Most of the funds provided are concessional loans and grants. The climate finance provided to developing countries reported by Annex II Parties averaged nearly 10 billion USD per year from 2005 to 2010 (2005–2010 USD). In addition, some developed countries promised FSF amounting to over 10 billion USD per year between 2010 and 2012 (2010/2011/2012 USD).



**Figure 16.1** | Overview of climate finance flows. Note: Capital should be understood to include all relevant financial flows. The size of the boxes is not related to the magnitude of the financial flow.

sures included vary across studies and often are determined by the data available[1].

The rest of the chapter is structured as follows: Section 16.2 reviews estimates of current climate finance corresponding to the different concepts in Box 1, projections of global incremental investment and incremental costs for energy-related mitigation measures to 2030, and options for raising public funds for climate finance. Enabling factors that influence the ability to efficiently generate and implement climate finance are discussed in Section 16.3. Section 16.4 considers opportunities and key drivers for low-carbon investments. Institutional arrangements for mitigation finance are addressed in Section 16.5. Synergies and tradeoffs between financing mitigation and adaptation are discussed in Section 16.6. The chapter concludes with sections devoted to financing mitigation activities in developed (Section 16.7) and developing countries (Section 16.8) and a review of important gaps of knowledge (Section 16.9).

## 16.2    Scale of financing at national, regional, and international level in the short-, mid-, and long-term

### 16.2.1    Current financial flows and sources

Figure 16.1 provides an overview of climate finance and the terms used in this chapter. The term 'capital' is used because most climate finance involves an investment, but it should be understood to include all relevant financial flows[2]. One or more capital managers mobilize the required capital and invest it in an adaptation or mitigation project. Project owners or sponsors—governments, corporations, or households—implement a project using their own and other sources of capital. However, projects often obtain capital from multiple capital managers (Buchner et al., 2011, 2012; Jürgens et al., 2012). An instrument defines the financial agreement between a project owner/sponsor and a manager of capital. A project that obtains capital from sev-

---

[1]    Most of the financial flow data in this chapter originate from 2010, 2011, and 2012 and were published in USD. The exchange rates used by each source to convert other currencies to USD are not specified in the published sources. In these cases, the published USD figure has been maintained and the base year is related to the year the commitment/investment/flow was announced/reported. If no base year is indicated, as for most monetary values in Section 16.2.2, the base year is 2010.

[2]    Terms that cover both capital and operating costs, such as 'financial resources' or 'funds' are cumbersome (sources/managers of financial resources) or potentially confusing ('funds' can also be institutions).

**16**

eral managers would use multiple instruments. The size of the boxes is not related to the magnitude of the financial flow.

Data on current climate finance, summarized below, indicate that most capital deployed is private—private corporations and households. That is not surprising since they dominate the economy in most countries.

Domestically, government funds are disbursed directly as financial incentives or tax credits, or through national financial institutions. Climate finance under the UNFCCC currently is provided mainly by the national governments of Annex II Parties. Climate finance from the budgets of these government flows through bilateral institutions being a national public entity, such as Japan International Cooperation Agency (JICA), Agence Française de Développement (AFD), Kreditanstalt für Wiederaufbau (KfW), or through multilateral institutions having several countries as shareholders, such as the World Bank, regional development banks, and multilateral climate funds.

There is no internationally agreed definition of mitigation and adaptation projects; for example, whether a high-efficiency gas-fired generating unit is a mitigation project or which capacity building activities help to address climate change. The relevant projects, and hence the scale of climate finance, depend upon the definition of mitigation and adaptation projects adopted. In practice, the definition varies across studies and is often determined by the data available.

### 16.2.1.1    Estimates of current climate finance

This section reviews estimates of current global total climate finance, total climate finance flowing to developing countries, public climate finance provided to developing countries and climate finance under the UNFCCC.

There is no comprehensive system for tracking climate finance (Clapp et al., 2012; Tirpak et al., 2012), therefore, estimates must be compiled from disparate sources of variable quality and timeliness, sources that use different assumptions and methodologies and have gaps and may occasionally duplicate coverage. Available data typically relate to commitments rather than disbursements, so the amount reported may not equal the amount received by the project owner during a given year. Changes in exchange rates further complicate the picture. For these and other reasons, estimates of current climate finance exhibit considerable uncertainties.

**Global total climate finance** is estimated at 343 to 385 billion USD per year for 2010/11 (2010/11 USD) and 356 to 363 billion USD per year for 2011/12 (2011/12 USD), with mitigation accounting for approximately 95 % of this amount (350 billion USD and 337 billion USD, respectively) (Buchner et al., 2012, 2013b). This estimate includes a mix of instruments, e.g., grants, concessional loans, commercial loans and equity, as well as the full investment in mitigation measures such as renewable energy generation technologies that also produce

other goods or services[3]. The figures reflect new commitments by capital managers using a mix of 2010/11 and 2011/12 data, respectively. Private finance dominates the total, but its share declined from 74 % (267 billion USD) on average in 2010 and 2011 to 62 % (224 billion USD) on average in 2011 and 2012 (2010/2011 USD and 2011/2012 USD) (Buchner et al., 2012, 2013b). Investment in renewable generation technologies dominates the mitigation investment (Frankfurt School-UNEP Centre and BNEF, 2012).

Reasonably robust estimates of *total climate finance for individual countries* are available for only a few cases, for instance, for Germany (Jürgens et al., 2012). However, some institutions report on their financing commitments for climate and environment. Data from 19 development banks indicate that commitments of mitigation finance increased from 51 billion USD in 2011 to 65 billion USD in 2012 with commitments of adaptation finance rising from 6 to 14 billion USD over the same period (2011/2012 USD). Concessional funding provided by public development banks plays an important role in financing domestic climate projects, e.g., in Brazil, China, and Germany.

A growing number of developed and developing countries, including Bangladesh, Colombia, Indonesia, Nepal, Samoa, Tanzania, Uganda, and the United States as well as the European Commission, calculates the share of their annual budget devoted to climate change mitigation and adaptation often using a methodology known as a Climate Public Expenditure and Institutional Review (UNDP, 2013a). Country estimates range from 3–15 % of the national budget.

A few estimates of *total climate finance flowing to developing countries* are available. Clapp et al. (2012) estimate the total at 70–120 billion USD per year based on 2009–2010 data (2009/2010 USD). Data from Buchner et al. (2013a) suggest a net flow to developing countries of the order of 40 to 60 billion USD for 2010 and 2011 (2010/2011 USD).[4] For 2011 and 2012, North-South flows are estimated at 39 to 62 billion USD (2011/2012 USD) (Buchner et al., 2013b). Clapp et al. (2012) estimate the private investment at 37–72 billion USD (2009/2010 USD) per year based on 2009–2010 data and Stadelmann

---

3    Methodology used by Buchner et al. (2012, 2013b): Finance flows are limited to 'climate-specific finance', capital flows targeting low-carbon, and climate-resilient development with direct or indirect mitigation or adaptation objectives/outcomes. The focus is on current financial flows (upfront capital investment costs and grants expressed as commitments, so risk management instruments are excluded). Data are for total rather than incremental investment because incremental investment requires assumptions on the baseline on a project-by-project basis. The data are for 'gross' investment, the full value of the investment, and reflect commitments because disbursement data is not widely available. The data are a mix of 2010 and 2011 data, and 2011 and 2012 data, respectively.

4    Buchner et al. (2013) estimate that developed countries mobilized 213 to 255 billion USD climate finance per year during 2010 and 2011 while 160 to 208 billion USD climate finance had been committed to climate change projects in developed countries. Developing countries mobilized 120 to 141 billion USD climate finance per year during 2010 and 2011 and 162 to 202 billion USD had been committed to climate change projects in developing countries. Those figures suggest a net flow to developing countries of the order of 40 to 60 billion USD per year (2010/2011 USD).

et al. (2013) estimate foreign direct investment as equity and loans in the range of 10 to 37 billion USD per year based on 2008–2011 data (2010 USD and 2008 USD).

The investment in registered **Clean Development Mechanism (CDM)** projects is estimated at over 400 billion USD over the period 2004 to 2012 (2004–2012 USD) (UNEP Risø, 2013). Of that amount almost 80 billion USD was for projects registered during 2011 and 195 billion USD for projects registered during 2012 (2011 USD and 2012 USD). The majority of the investment in CDM projects is private. Renewable energy projects account for over 70 % of the total investment. The share of CDM renewable energy projects with some foreign investment has grown over time, representing almost 25 billion USD in 2011 (2011 USD) (Kirkman et al., 2013).[5]

Since 1999 almost 100 **carbon funds** with a capitalization of 14.2 billion USD have been established (Alberola and Stephan, 2010).[6] Carbon funds are investment vehicles that raise capital to purchase carbon credits (52 %) and/or invest in emission reduction projects (23 %). A fund may have only private investors (48 %), only public investors (29 %) or a mix of both (23 %) (Alberola and Stephan, 2010). Investment may be restricted to a specific region or project type (e. g., REDD+). Financial data, especially for private funds, is often confidential so the amount of finance provided to developing countries via carbon funds is not available. Scaling up data from 29 funds on the amount invested in projects suggests a maximum cumulative investment of 18 billion USD (1999–2009 USD) (Kirkman et al., 2013).

**Public climate finance provided to developing countries** was estimated at 35 to 49 billion USD per year in 2011 and 2012 (2011/2012 USD) (Buchner et al., 2013b).[7] These public funds flow mainly through bilateral and multilateral institutions[8]. Most of the climate finance is implemented by development banks, frequently involving the blending of government resources with their own funds. There are two main reporting systems for public support in place that are not fully comparable due to differences in respective methodologies.

The Organisation for Economic Co-operation and Development (OECD) Development Assistance Committee (DAC) reports the amount of official development assistance (ODA) committed bilaterally for projects

that have climate change mitigation or adaptation as a 'principal' or 'significant' objective by its 23 member countries and the European Commission. The DAC defines ODA as those flows to countries on the DAC List of ODA Recipients and to multilateral institutions provided by official agencies or by their executive agencies. Resources must be used to promote the economic development and welfare of developing countries as a main objective and they must be concessional in character, meaning as grants or as concessional loans including a grant element of at least 25 %, calculated at a rate of discount of 10 %. The amount is the total funding committed to each project, not the share of the project costs attributable to climate change (OECD, 2013a). Researchers have questioned the accuracy of the project classification (Michaelowa and Michaelowa, 2011; Junghans and Harmeling, 2013). Bilateral commitments averaged 20 billion USD per year in 2010 and 2011 (2010/2011 USD) (OECD, 2013a) and were implemented by bilateral development banks or other bilateral agencies, provided to national government directly or to dedicated multilateral climate funds (Buchner et al., 2012, 2013b).

Seven multilateral development banks (MDBs)[9] reported climate finance commitments of about 24.1 and 26.8 billion USD in 2011 and 2012, respectively (2011/2012 USD). The reporting is activity-based allowing counting entire projects but also project components. Recipient countries include developing countries and 13 European Union (EU) member states. It covers grant, loan, guarantee, equity, and performance-based instruments, not requiring a specific grant element. The volume covers MDBs' own resources as well as external resources managed by the MDBs that are also reported to OECD DAC (such as contributions to the Global Environment Facility (GEF), Climate Investment Funds (CIFs), and Carbon Funds) (AfDB et al., 2012a; b, 2013).

**Under the UNFCCC, climate finance** is not well-defined. Annex II Parties committed to provide new and additional financial resources to cover the "agreed full incremental costs" of agreed mitigation measures implemented by developing countries (Article 4.3), to "assist the developing country Parties that are particularly vulnerable to the adverse effects of climate change in meeting costs of adaptation" (Article 4.4) and to cover the agreed full costs incurred by developing countries for the preparation of their national communications (Article 4.3) (UNFCCC, 1992). None of these terms are operationally defined (Machado-Filho, 2011). These commitments are reaffirmed by the Kyoto Protocol (UNFCCC, 1998, Art. 11). The Conference of Parties (COP) has agreed that funds provided to developing country Parties may come from a wide variety of sources, public, and private, bilateral and multilateral, including alternative sources (UNFCCC, 2010, para. 99).

Annex II Parties report the financial resources they provide to developing countries through bilateral and multilateral channels for climate

---

[5]   CDM projects sell emission reduction credits, Certified Emission Reductions (CERs), to developed country buyers, which provide a return to developed country investors.

[6]   United Nations Environment Program (UNDP) estimates that in addition up to 6000 private equity funds have been established for the purpose of funding climate change-related activities (UNDP, 2011).

[7]   Buchner et al. (2013b) count climate finance provided by bilateral finance institutions, multilateral finance institutions, government bodies, and climate funds as public flows. The difference between lower- and upper-bound results when taking the ownership structure of multilateral institutions into account and excluding all bilateral flows marked as having climate as 'significant' objective.

[8]   Ryan et al. (2012) estimate the annual average finance provided to developing countries for energy efficiency at 18.9 billion USD in 2010 from bilateral financial institutions and 4.9 billion USD from multilateral financial institutions over the period 2008–2011.

[9]   African Development Bank (AfDB), the Asian Development Bank (ADB), the European Bank for Reconstruction and Development (EBRD), the European Investment Bank (EIB), the Inter-American Development Bank (IDB), the World Bank (WB) and the International Finance Corporation (IFC).

16

change action to increase transparency about public flows of climate finance vis-à-vis expectations and needs. The latest summary of the Annex II reports on their provided climate finance indicates that they provided a total of 58.4 billion USD for the period 2005 through 2010, an average of nearly 10 billion USD per year (2005–2010 USD) (UNFCCC, 2011a).[10] Most of the funds provided are concessional loans and grants. In addition, a range of developed countries promised FSF of about 10 billion USD per year from 2010 to 2012 (2010/2011/2012 USD) (see Section 16.2.1.3).[11]

Operating entities of the financial mechanism of the UNFCCC deal with less than 10% of the climate finance reported under the Convention, although that could change once the Green Climate Fund (GCF) becomes operational. Annex II Party contributions to the Trust Fund of the GEF, the Special Climate Change Fund (SCCF) and the Least Developed Countries Fund (LDCF) amounted to about 3.3 billion USD for 2005 through 2010, an average of less than 0.6 billion USD per year (2005–2010 USD) (UNFCCC, 2011a). Most of the funds are used for mitigation. The Adaptation Fund derives most of its funds from the sale of its share of the CERs issued for CDM projects[12].

### 16.2.1.2    Current sources of climate finance

Climate finance comes from the sources of capital shown in Figure 16.1 including capital markets, carbon markets, and government budgets. Most government funding comes from general revenue but some governments also raise revenue from sources—carbon taxes and auctioned GHG-emission allowances—that have mitigation benefits. Most corporate funding comes from corporate cash flow including corporate borrowing, often called balance-sheet finance (Frankfurt School-UNEP Centre, 2013).[13] Household funding comes from household income from wages, investments, and other sources. Governments, corporations, and households can all access capital markets to mobilize additional funds.

This section summarizes estimates of the revenue currently generated by carbon taxes and auctioned GHG-emission allowances. Fuel taxes, fossil fuel royalties, and electricity charges can be converted to $CO_2$eq charges but they are excluded here because they are usually implemented for different policy goals.

**Carbon taxes** generate about 7 billion USD in revenue annually mainly in European countries (2010/2011 USD).[14] Denmark, Finland, Germany, Ireland, Italy, Netherlands, Norway, Slovenia, Sweden, Switzerland, and the United Kingdom—generated about 6.8 billion USD in 2010 (2010 USD) and 7.3 billion USD (2011 USD) in 2011. India[15], Australia, and Japan introduced carbon taxes in July 2010, July 2012, and October 2012, respectively. In some countries, part or all of the revenue is dedicated to environmental purposes or reducing other taxes; none is earmarked for international climate finance.

Auctioned allowances, fixed price compliance options, and the international sale of surplus Assigned Amount Units (AAUs) generate about 2 billion USD per year for national governments (2010/2011 USD). Among the 30 countries participating in the EU emissions trading scheme, Austria, Germany, Hungary, Ireland, the Netherlands, Norway, and the United Kingdom auctioned some emission allowances during the second (2008–2012) phase (European Commission, 2012). Buchner et al. (2011, 2012) estimate auction revenue at 1.4 and 1.6 billion USD for 2010 and 2011 (2010/2011 USD). Germany has so far earmarked a portion of its auction revenue for international climate finance (Germany Federal Ministry for the Environment Nature Conservation and Nuclear Safety, 2012). New Zealand collected 1.25 and 1.42 million USD for 2010 (6 months) and 2011, respectively, from its fixed price compliance option of 10.8 USD per tonne of $CO_2$ (15 NZD) (New Zealand Ministry for the Environment, 2012).

Several eastern European countries (Estonia, Czech Republic, Poland, and Russia) sell surplus AAUs to generate revenue. Others such as Bulgaria, Latvia, Lithuania, Slovakia, and Ukraine, sell their surplus AAUs to fund Green Investment Schemes that support domestic emission reduction measures (Linacre et al., 2011).[16] Revenue rose from 276 million USD in 2008 (2008 USD) to 2 billion USD in 2009 (2009 USD) and then declined to less than 1.1 billion USD in 2010 (2010 USD) (Kossoy and Ambrosi, 2010; Linacre et al., 2011; Tuerk et al., 2013). Buchner at al. (2011, 2012) estimate the revenue at 580 and 240 million USD for 2010 and 2011, respectively (2010 and 2011 USD).

---

[10]    Although there is an agreed reporting format, the UNFCCC Secretariat notes that many data gaps and inconsistencies persist in the reporting approaches of Annex II Parties. The information is compiled by the UNFCCC Secretariat from Annex II national communications. The figures represent 'as committed' or 'as spent' currency over the 6 years. The procedures used by different countries and the Secretariat to convert currencies into USD are not known.

[11]    Although COP took note of the 'fast start finance' (FSF) commitment in paragraph 95 of Decision 1/CP.16 (UNFCCC, 2010) and the funds committed have been reported annually to the UNFCCC, the FSF is not formally climate finance under the UNFCCC.

[12]    Currently the only international levy is the 2% of the CERs issued for most CDM projects provided to the Adaptation Fund. The Fund sells the CERs and uses the proceeds for adaptation projects in developing countries. Sale of CERs generated revenue of over 90 million USD for FY 2010 (2010/2011 USD) and over 50 million USD for FY 2011 (World Bank, 2012a). In December 2012 Parties agreed to extend the share of proceeds levy to the issuance of emission reduction unit (ERUs) and the first international transfers of AAUs (UNFCCC, 2012a, para. 21).

[13]    General revenue includes revenue collected from all taxes and charges imposed by a government. Balance sheet finance means that a new investment is financed by the firm rather than as a separate project. The firm may seek external funding (debt and/or equity) but that funding is secured by the operations of the firm rather than the new investment.

---

[14]    Revenue from taxes explicitly named carbon taxes in the OECD database of environmentally related taxes, available at http://www2.oecd.org/ecoinst/queries/index.htm.

[15]    In India, the carbon tax is on coal only.

[16]    The Green Investment Schemes are a source of climate finance for these countries.

### 16.2.1.3    Recent developments

Climate finance has been affected by the financial crisis of late 2008, the subsequent stimulus packages and the FSF commitment of 30 billion USD for 2010–2012 made by developed countries in December 2009 for climate action in developing countries.

The **financial crisis** in late 2008 reduced investment in renewable energy (Hamilton and Justice, 2009). In late 2008 and early 2009, investment in renewable generation fell disproportionately more than that in other types of generating capacity (IEA, 2009). Global investment in renewable energy fell 3 % during 2009 but rebounded strongly in 2010 and 2011. In developed countries, where the financial crisis hit hardest, investment dropped 14 % while renewable energy investment continued to grow in developing countries (Frankfurt School-UNEP Centre and BNEF, 2012).

In response to the financial crisis, Group of Twenty Finance Ministers (G20) governments implemented **economic stimulus packages** amounting to 2.6 trillion USD. Of that amount, 180 to 242 billion USD was low-carbon funding (2008 and 2009 USD) (IEA, 2009; REN21, 2010). The stimulus spending supported the rapid recovery of renewable energy investment by compensating for reduced financing from banks. Some countries facing large public sector deficits scaled down green spending when the economy started recovering (Eyraud et al., 2011).

At the UNFCCC in Copenhagen in 2009, developed countries committed to provide new and additional resources approaching 30 billion **USD** of **FSF** to support mitigation and adaptation action in developing countries during 2010–2012 (UNFCCC, 2009a). The sum of the announced commitments exceeds 33 billion USD (UNFCCC, 2011b, 2012b; c, 2013a)[17]. Japan, United States, United Kingdom, Norway, and Germany being the five biggest donors have reported commitments amounting to 27 billion USD (2010/2011/2012 USD). Nakooda et al. (2013) finds that around 45 % have been provided as grants and around 47 % in the form of loans, guarantees, and insurance. Approximately 61 % of the funds had been committed for mitigation, 10 % for REDD+, ,18 % for adaptation, 9 % for multiple objectives and for 2 % of the funding the purpose is unknown. The funders reported commitments to recipient country governments via bilateral channels (33 %), multilateral climate funds (20 %), recipient countries companies (12 %), and multilateral institutions (9 %). Data on actual disbursements is not available to date because of the multi-year time lag between commitment and disbursement.

The announced pledges triggered questions as to whether they were 'new and additional' as promised (Fallasch and De Marez, 2010; BNEF, 2011). Some countries explain the basis on which they consider their pledge to be 'new and additional'. Criteria have been proposed that indicate, when applied to the pledges, that proportions ranging from virtually none to almost all are new and additional (Brown et al., 2010; Stadelmann et al., 2010, 2011b). For Germany, Japan, the United Kingdom, and the United States annual FSF contributions were significantly higher than the 2009 expenditure related to climate activities in developing countries (Nakooda et al., 2013).

## 16.2.2    Future low-carbon investment

As noted in Chapter 6, the stabilization of GHG concentrations will ultimately require dramatic changes in the world's energy system, including a dramatic expansion in the deployment of low-carbon energy sources. This change will require significant shifts in global investment in the energy, land use, transportation, and infrastructure sector. The future investment flows summarized in this section are based on several large-scale analyses conducted over the past few years. For the most part these analyses explore scenarios to achieve specified temperature or concentration goals. Hence, the estimates of investment flows drawn from these studies should not be interpreted as forecasts, but rather, as some probable future states of the world.

Figure 16.2 presents estimates of baseline, i.e., current investment in energy supply sub-sectors as a reference for the following considerations. It illustrates the very substantial nature of investments in today's energy sector with global total annual investment at about $USD_{2010}$ 1200 billion and very strong roles for investments in fossil fuel extraction, transmission and distribution (T&D), and electricity generation.

### 16.2.2.1    Investment needs

While a large number of studies and many modelling comparison exercises have assessed technological transformation pathways and the macroeconomic costs of transforming the global economy, only a handful of studies estimate the associated investment needs. Section 16.2.2.2 summarizes available estimates of investment needs under climate policy between 2010–2029 and 2030–2049, for the world as a whole and for non-OECD and OECD countries. Models and scenarios differ so the focus is on incremental investment, i.e., the differences in the estimated investment between the reference and mitigation scenarios.[18] It must also be noted that the model estimates crucially rely on assumptions about the future costs of technologies and of subsidies, on the possibility of nuclear phaseout in some countries, and on the mitigation policies already included in the reference scenarios.

**Without climate policy**, investments in the power sector would mainly be directed towards fossil fuels, especially in non-OECD countries that rely on low-cost coal power plants to supply their growing

---

[17]    The information is compiled by the UNFCCC Secretariat from national reports on FSF. The figures represent 'as committed' currency over the three years. The procedures used by different countries and the Secretariat to convert currencies into USD are not known.

[18]    Adaptation costs and economic losses from future climate change are not considered in any of these estimates.



**Figure 16.2** | Present level of investment in energy supply. Note: The bars indicate the minimum and maximum level of investments found in the literature. Ranges result from different sources of market information and differing definitions of the investment components to be included. Source: From McCollum et al. (2013) based on data from IEA World Energy Outlook 2011 (IEA, 2011) and GEA (Riahi et al., 2012).

demand for electricity. At the global level, fossil fuel-based power generation would require an average annual investment of 182 (95 to 234) billion USD in 2010–2029 and 287 (158 to 364) billion USD in 2030–2049;[19] the bulk of investments (roughly 80%) goes to non-OECD countries.[20] There is greater uncertainty in models about the future of renewable and nuclear power without climate policy. Modelled global investment in renewable power generation is expected to increase over time from 123 (31 to 180) billion USD per year in 2010–2029 to 233 (131 to 336) billion USD over 2030–2049. Nuclear power generation would attract 55 (11 to 131) billion USD annually in 2010–2029 and 90 (0 to 155) billion USD per year in 2030–2049.

The **introduction of an emission reduction target** in the models abruptly changes the investment pattern. Figures 16.3 and 16.4 report the investment change for major power generation technologies, fossil fuel extraction, and for end-use energy efficiency, for emission scenarios compatible with a long-term target of keeping mean global temperature increase below 2°C in 2100.[21] Although the policy targets

are not identical, they are close enough to allow a broad comparison of results. The dispersion across estimated emission reductions over 2010–2029 and 2010–2049 is mainly due to differences in reference scenario emissions and because models choose different optimal emission trajectories among the many compatible with the long-term climate goal.

The results of an analysis of investment estimates in Figures 16.3 and 16.4 show that climate policy is expected to induce a major reallocation of investments in the power sector. Investments in fossil-fired power plants (without CCS) were equal to about 137 billion USD per year in 2010. Investment would decline by 30 (2 to 166) billion USD per year (about −20% for the median) during the period 2010–2029, compared to the reference scenarios. Investment in low-emissions generation technologies (renewable, nuclear, and electricity generation with CCS) would increase by 147 (31 to 360) billion USD per year (about 100% for the median) during the same period.

Based on a limited number of studies (McKinsey, 2009; IEA, 2011; Riahi et al., 2012), annual incremental investments until 2030 in energy-efficiency investments in the building, transport, and industry sector increase by 336 (1 to 641) billion USD. The only three studies with sectoral detail in end-use technologies show an increase of investments of 153 (57 to 228) billion USD for the building sector, 198 (98 to 344) billion USD for the transport sector, 80 (40 to 131) billion USD for the

---

[19]   The mean should not be considered as an expected value. It is not possible to attribute any probability distribution to models' outcomes. Therefore policymakers face pure uncertainty in face of future investment needs. The range is presented to provide information on the degree of uncertainty in the literature.

[20]   See captions of Figures 16.3 and 16.4 for a list of the studies surveyed.

[21]   Also in this case, the mean and median are used as synthetic indicators having no predictive power.



**Figure 16.3 |** Change of average annual investment in mitigation scenarios (2010–2029). Investment changes are calculated by a limited number of model studies and model comparisons for mitigation scenarios that stabilize concentrations within the range of 430–530 ppm $CO_2$eq by 2100 compared to respective average baseline investments. Note: The vertical bars indicate the range between minimum and maximum estimate of investment changes; the horizontal bar indicates the median of model results. Proximity to this median value does not imply higher likelihood because of the different degree of aggregation of model results, low number of studies available, and different assumptions in the different studies considered. The numbers in the bottom row show the total number of studies available in the literature. Sources: UNFCCC (2008). IEA (2011): 450 Scenario (450) relative to the Constant Policies Scenario (CPS). The CPS investment in CCS is also included under Coal and Gas (retrofitting); World investment in biofuels includes international bunkers; investment in solar photovoltaic (PV) in buildings is attributed to power plants in supply-side investment. Riahi et al. (2012): the Global Energy Assessment Mix scenario (GEA-Mix) relative to the GEA reference scenario. Carraro et al. (2012): 460 ppm $CO_2$eq in 2100 (t460) relative to reference scenario. McCollum et al. (2013): the Low Climate Impact Scenarios and Implications of Required Tight Emission Control Strategies (LIMITS), RefPol-450 scenario (2.8 W/m² in 2100) relative to the reference scenarios, mean of six models. McKinsey (2009): data obtained from Climate Desk, S2015 scenario with full technological potential, 100 % success rate, negative lever of costs, beginning of policy in 2015 | Regions: OECD, non-OECD, and World.

industry sector. Incremental investments in end-use technologies are particularly hard to estimate and the number of studies is limited (Riahi et al., 2012). Results should therefore be taken with caution.

While models tend to agree on the relative importance of investments in fossil and non-fossil power generation, they differ with respect to the mix of low-emission power generation technologies and the overall incremental investment. This is mainly due to different reference scenarios (e.g., population, economic growth, exogenous technological progress), and assumptions about (1) the structure of the energy system and the costs of reducing the energy intensity of the economy versus reducing the carbon intensity of energy, (2) the investment costs of alternative technologies over time, and (3) technological or politi-

cal constraints on technologies. Limits to the deployment of some key technology options or the presence of policy constraints (e.g., delayed action, limited geographical participation) would increase investment needs (Riahi et al., 2012; McCollum et al., 2013).

Higher energy efficiency, technological innovation in transport, and the shift to low-emission generation technologies—all contribute to a drastic reduction in the demand for fossil fuels, thus causing a sharp decline in investment in fossil fuel extraction, transformation, and transportation. Scenarios from a limited number of models suggest that average annual investment reduction in 2010–2029 would be equal to 56 (–8 to 369) billion USD. The contraction would be sharper in 2030–2049, in the order of 451 (332 to 1385) billion USD per year.

Cross-cutting Investment and Finance Issues                                                                Chapter 16

16



Figure 16.4 | Change of average annual investment in mitigation scenarios (2030–2049). Investment changes are calculated by a limited number of model studies and model comparisons for mitigation scenarios that stabilize concentrations within the range of 430–530 ppm $CO_2$eq by 2100 compared to respective average baseline investments. Note: The vertical bars indicate the range between minimum and maximum estimate of investment changes; the horizontal bar indicates the median of model results. Proximity to this median value does not imply higher likelihood because of the different degree of aggregation of model results, low number of studies available, and different assumptions in the different studies considered. The numbers in the bottom row show the total number of studies available in the literature. Sources: Riahi et al. (2012): the Global Energy Assessment Mix scenario (GEA-Mix) relative to the GEA reference scenario. Carraro et al. (2012): 460 ppm $CO_2$eq in 2100 (t460) relative to reference scenario. McCollum et al. (2013): the Low Climate Impact Scenarios and Implications of Required Tight Emission Control Strategies (LIMITS), RefPol-450 scenario (2.8 W/m² in 2100) relative to the reference scenarios, mean of six models. Regions: OECD, non-OECD, and World.

All models that provide data on investments for fossil fuel extraction show that overall investments in energy supply would decrease against the baseline trends in scenarios consistent with the 2°C limit (IEA, 2011; Carraro et al., 2012; Riahi et al., 2012; McCollum et al., 2013).

According to a range of models, climate policy would thus substantially change the allocation of baseline energy investments rather than increase overall demand for energy investment.

Models with a separate consideration of energy-efficiency measures foresee the need for significant incremental investment in energy efficiency in the building, transport, and industry sector in addition to the reallocation of investment from high-carbon to low-carbon power supply.

There is wide agreement among model results on the necessity to ramp up investments in research and development (R&D) to increase end-use energy efficiency and to improve low-emission generation energy carriers and energy transformation technologies. Estimates of the additional funding needed for energy-related R&D range from 4.5 to 78 billion USD per year during 2010–2029 (UNFCCC, 2007; Carraro et al., 2012; McCollum et al., 2013) and from 115 to 126 billion USD per year in 2030–2049 (Carraro et al., 2012; Marangoni and Tavoni, 2013; McCollum et al., 2013). Because of the need for new low-carbon alternatives, investments in R&D are higher in case of nuclear phaseout and other technological constraints (Bosetti et al., 2011).

Land-use is the second largest source of GHG emissions and within land use, tropical deforestation is by far the largest source (see Chapters 5 and 11). Efforts to stabilize atmospheric concentrations of GHGs will require investments in land use change (LUC) as well as in the energy sector.

Kindermann et al. (2008) use three global forestry and land use models to examine the costs of reduced emissions through avoided deforestation over the 25 year period from 2005–2030.[22] The models' results suggest substantial emission reductions can be achieved. The models estimate that 1.6 to 4.3 $GtCO_2$ per year could be reduced for 20 USD $tCO_2$ with the greatest reductions coming from Africa followed by Central and South America and Southeast Asia. They also use the models to estimate the costs to reduce deforestation by between 10 % and 50 % of the baseline. Deforestation could be reduced by 10 % (0.3–0.6 $GtCO_2$ per year) over the 25-year period for an investment of 0.5 to 2.1 billion USD per year in forest preservation activities, and a 50 % reduction (1.5–2.7 $GtCO_2$ per year) could be achieved for an investment of 21.2 to 34.9 billion USD per year. This is comparable to what has been found by UNFCCC (2008) and McCollum et al. (2013).

Investment needs in other sectors commonly relate to energy-efficiency measures included above. Information on global or regional investment needs to abate process emissions or non-$CO_2$ emissions in sectors like the waste, petroleum, gas, cement, or the chemical industry is virtually unavailable. For instance, McKinsey (2009) does not provide information that could be separated from energy-efficiency measures in the sectors. An indicative estimate for the waste sector can be derived from Pfaff-Simoneit (2012) suggesting investment needs of approximately 10–20 billon USD per year if access to a modern waste management system were to be provided for an additional 100 million people per year.

#### 16.2.2.2    Incremental costs

Incremental costs can be calculated for an individual project, a programme, a sector, a country, or the world as a whole. The incremental costs reflect the incremental investment and the change of operating and maintenance costs for a mitigation or adaptation project in comparison to a reference project. It can be calculated as the difference of the net present values of the two projects. Estimates of the incremental costs of mitigation measures for key sectors or the entire economy have been prepared for over 20 developing countries (Olbrisch et al., 2011). When estimates of both the incremental costs and the incremental investment are available, the former is generally lower because of the annualization of incremental investments for the calculation of incremental costs.

From an economic perspective, macroeconomic incremental costs can be defined as the lost gross domestic product (GDP). This measure provides an aggregate cost of the mitigation actions (estimates provided in Chapter 6), but it does not provide information on the specific micro-economic investments that must be made and costs incurred to meet the mitigation commitments. This distinction is important if international climate finance commitments will be implemented through institutions designed to provide financial support for specific investments and costs rather than macro-level compensation.

Other than on the project-level, investment needs are thus frequently only a fraction of incremental costs on the level of the macro-economy. This difference is largely due to reduced growth of carbon-constrained economies in many models. Adaptation costs and economic losses from future climate change, which are not considered in these estimates, should be lower for climate policy scenarios than in the reference scenario.

### 16.2.3    Raising public funding by developed countries for climate finance in developing countries

Comparison of the model estimates of future mitigation investment (Section 16.2.2) with the current level of global total climate finance (Section 16.2.1.1) indicates that global climate finance needs to be scaled up. Increased financial support by developed countries for mitigation (and adaptation) in developing countries will be needed to stimulate the increased investment. This section reviews possible sources of additional funds that could be implemented by developed country governments to finance mitigation in developing countries.

In December 2009, developed countries committed to a goal of mobilizing jointly 100 billion USD a year by 2020 to address the needs of developing countries in the context of meaningful mitigation actions and transparency on implementation. This funding will come from a wide variety of sources, public and private, bilateral and multilateral, including alternative sources of finance (UNFCCC, 2009a).[23] This goal has been recognized by the COP (UNFCCC, 2010, para. 98). This recognition does not change the commitments of Annex II Parties specified in Article 4 of the Convention to provide financial resources for climate-related costs incurred by developing countries.

Studies by the High-level Advisory Group on Climate Change Financing (AGF) (AGF, 2010) and the World Bank Group et al. (2011) at the request of G20 finance ministers have analyzed options for mobilizing 100 billion USD per year by 2020. The AGF concluded that it is challenging but feasible to reach the goal of mobilizing 100 billion USD

---

[22]  The models used are the Dynamic Integrated Model of Forestry and Alternative Land Use (DIMA) (Roktiyanskiy et al., 2007), the Generalized Comprehensive Mitigation Assessment Process Model (GCOMAP) (Sathaye et al., 2006), and the Global Timber Model (GTM) (Sohngen and Mendelsohn, 2003).

[23]  There is currently no definition of which 'climate' activities count toward the 100 billion USD, what 'mobilizing' means, or even which countries are covered by this commitment (Caruso and Ellis, 2013).

**16**

**Table 16.1** | Summary of potential sources of public funds for climate finance in 2020.

| Option | Projected amount generated in 2020 (billion $USD_{2010}$/year) | Share assumed to be dedicated to international climate finance |
|---|---|---|
| **1) Options that contribute to developed country national budgets, dependent on national decisions** | | |
| Domestic auctioned allowances | AGF: 125–250$^b$; G20: 250 | ACF: 2–10%; G20: 10% |
| Domestic carbon tax$^c$ | AGF: 250 | ACF: 4% |
| Phase out of fossil fuel subsidies | AGF: 8; G20: 40–60 | ACF: 100%; G20: 15–25% |
| Higher fossil fuel royalties | AGF: 10 | ACF: 100% |
| Wires charge on electricity generation | AGF: 5 | ACF: 100% |
| **2) Options that contribute to national budgets, dependent on international agreements** | | |
| Border carbon cost levelling | Grubb 2011: 5* | |
| Financial transactions tax | AGF: 2–27 | ACF: 25–50% |
| **3) Funds collected internationally pursuant to an international agreement** | | |
| Extension of the 'share of proceeds' | AGF: 38–50 | ACF: 2–10% |
| Auctioning a portion of AAUs | AGF: 125–250$^b$ | ACF: 2–10% |
| Carbon pricing for international aviation***$^A$ | UNFCCC: 10–25**; AGF: 6; G20: 13 | ACF: 25–50%; G20: 33–50% |
| Carbon pricing for international shipping***$^A$ | UNFCCC: 10–15**; AGF: 16–19; G20: 26 | ACF: 25–50%; G20: 33–50% |

**Notes**: AGF, G20, and UNFCCC refer to estimates from AGF (2010), World Bank Group et al. (2011) and UNFCCC (2007), respectively. * = Date not specified; ** = 2006 USD; *** Could fall into category 2 depending upon the method of implementation; $^A$ The AGF and G20 estimates for international aviation and international shipping assume that a substantial fraction (30 to 50%) of the global revenue is allocated to developing countries. $^b$ The AGF combines auctioned AAUs and auctioned domestic allowances, here half of the total is included in each category; $^c$ The AGF estimates revenue of 10 billion USD per 1 USD tax per tonne of $CO_2$, that is equivalent to potential revenue of 250 billion USD and a 4% share for international climate finance as reported here. Sources: Compiled from AGF (2010), World Bank Group et al. (2011), UNFCCC (2007), and Grubb (2011).

annually for climate actions in developing countries. Both reports conclude that a mix of sources is likely to be required to reach the goal.

Both reports estimate the revenue that could be mobilized in 2020 by various options to finance climate action in developing countries in the context of a carbon price of 25 USD per tonne of $CO_2$eq in Annex II countries. The feasibility of the options was not assessed. For some options, only a fraction of the revenue was assumed to be available for international climate finance. Their estimates of the international climate finance that could be generated by each option, together with other estimates, where available, are summarized in Table 16.1. Only options to mobilize public funds and that yield mitigation benefits are included in the table; options for increased borrowing by multilateral institutions and mobilizing more private finance are excluded.

Virtually all of the options put a price on GHG emissions thus providing a mitigation benefit in addition to generating revenue. The options are grouped into the following categories (Haites and Mwape, 2013):

1. Options that contribute to developed countries national budgets, dependent on national decisions;
2. Options that contribute to national budgets, dependent on international agreements; and
3. Funds collected internationally pursuant to an international agreement.

Funds mobilized by options in the first two categories flow into national budgets, so the amount allocated for international climate finance depends on national decisions. In contrast, funds mobilized by options in the third category go directly to an international fund.

The AGF and G20 reports assume for many options that only small fraction of the total revenue mobilized is dedicated to international climate finance. Hence, these options would mobilize revenue to meet the international climate finance goal and at the same time mobilize substantial revenue for domestic use by Annex II governments. The domestic share of the revenue could be used by Annex II treasuries to reduce deficits and debt, or to reduce existing distortionary taxes and so help stimulate economic growth.

**Global modelling estimates**

Using integrated models, it is possible to estimate the potential carbon revenues when all emissions are taxed or all permits are auctioned. These estimates reflect a scenario in which all world regions commit to reduce GHG emissions using an efficient allocation of abatement effort, i.e., globally equal marginal abatement costs. Therefore, it should be used to gain insights rather than exact revenue forecasts.

From the analysis of scenarios already presented in this chapter (Carraro et al., 2012; Calvin et al., 2012; McCollum et al., 2013) it is possible to derive the following messages:

Carbon revenues are potentially large, in the order of up to 200 billion USD each in China, the European Union and the United States in 2030. At the global level, they could top 1600 billion USD in 2030.

Carbon revenues may peak in the mid-term and decline in the long-term, as decreasing emissions (the tax base) more than offset the increase in the carbon price (Carraro et al., 2012). In regions with lower marginal abatement costs, the tax base shrinks faster so carbon revenues fall faster. Fast-growing regions may see growing carbon revenues for several decades more.

Scenarios and/or regions in which absorption of emissions—e.g., by means of bioenergy with CCS—plays an important role may exhibit net negative emissions. This implies net reduction of carbon revenues so governments must finance net negative emissions using either the general budget or international funding (Carraro et al., 2012).

## 16.3   Enabling environments

This section highlights the importance of a supportive enabling environment in facilitating low-carbon investments. The concept of enabling environment is not clearly defined, so it has many different interpretations. One is government policies that focus on "creating and maintaining an overall macroeconomic environment" (UNCTAD, 1998).[24] Another (Bolger, 2000), interprets an 'enabling environment' as the wider context within which development processes take place, i.e., the role of societal norms, rules, regulations, and systems. This environment may either be supportive (enabling) or constraining.

According to Stadelmann and Michaelowa (2011), capacity building and enabling environment are separate but interrelated concepts. Capacity building targets knowledge and skills gaps, while the enabling environment for low-carbon business activities is "the overall environment including policies, regulations and institutions that drive the business sector to invest in and apply low-carbon technologies and services." According to this definition, the enabling environment has three main components: (1) the core business environment, which is relevant for all types of businesses, e.g., tax regime, labour market, and ease of starting and operating a business; (2) the broader investment climate, including education, financial markets, and infrastructure, which is partially low-carbon related, e.g., via climate change education or investments in electricity grids; and (3) targeted policies that encourage the business sector to invest in low-carbon technologies.

Capacity building can also be seen as a subcomponent of an enabling environment (UNFCCC, 2009b) as it aims to improve the enabling environment by overcoming market, human, and institutional capacity barriers. Support for capacity building can increase the probability that the recipient country will succeed in implementing mitigation policies, and hence may reduce the total funding needed (Urpelainen, 2010).

Reliability and predictability are important elements of an enabling environment. While stable and predictable government policies reduce uncertainty about expected return on investment, frequent and unpredictable changes to policies can undermine market efficiency (Blyth et al., 2007; Brunner et al., 2012). Predictability and stability require well-established legal institutions and rule of law. Institutional capacity across sectors and at various levels is also important (Brinkerhoff, 2004).

In their econometric examination, Eyraud et al. (2011) found that lowering the cost of capital is particularly effective in boosting investment in low-carbon activities. Hence, macro-economic factors and policy regulatory frameworks that are good for private investment as a whole are also important determinants of climate investment. Put differently, obstacles that impede private investment also hamper investment in low-carbon technologies. More elements related to the drivers of low-carbon investments, which are part of enabling environments, are found in the next sub-section.

## 16.4   Financing low-carbon investments, opportunities, and key drivers

Financing mitigation projects is, in principle, similar to financing any other investment. This section provides an overview of factors that attract private capital for low-carbon investments. First, different categories of capital managers and their key investment criteria are introduced. Next, challenges that hamper investors, such as investment risks and access to capital, are assessed. Finally, selected financial instruments used in low-carbon transactions are presented and discussed.

### 16.4.1   Capital managers and investment decisions

Mitigation measures often are financed through investments by several different capital managers (see Figure 16.1). It is crucial to understand the basic investment logic and the preferred financial instruments of each type of capital manager.[25] Box 16.2 characterizes some of the major types of capital managers.

**Risk and return** are crucial decision factors in any investment finance decision, including low-carbon activities. The higher the perceived risk,

---

[24] For enabling environments for technology transfer see McKenzie Hedger et al. (2000).

[25] For the different types of financing typically used, i.e., required, in the different stages of renewable technologies, such as R&D, commercialization, manufacturing, and sales, see Mitchell et al.(2011).

**Box 16.2 | Types of capital managers relevant for investment and finance in low-carbon activities**

**Governments** commit to mitigation measures to comply with international agreements and self-imposed targets. Their role as capital managers is limited to mitigation measures where they invest directly. In 2011 and 2012, the public sector provided on average 135 billion USD per year (2011/2012 USD) of public funding for climate finance, thereof 12 billion USD provided directly by government bodies[1] (Buchner et al., 2013b).

**Public financial institutions** include national, bilateral, multilateral, and regional finance institutions, as well as UN agencies and national cooperation agencies. These institutions invested 121 billion USD in mitigation and adaptation measures in 2012 (2012 USD), more than 50 % was provided as concessional loans (Buchner et al., 2013b).

**Commercial financial institutions, such as banks, pension funds, life insurance companies, and other funds**, manage over 71 trillion USD in assets. They can have long-time horizon investments diversified across asset classes with varying risk return profiles and investment tenors, sectors, and geographies (Inderst

---

[1]   This estimate excludes financing by public financial institutions and by dedicated climate fund, the latter providing approximately 1.6 billion USD (2012 USD) in 2012 (Buchner et al., 2013b).

---

et al., 2012). The ability of institutional investors to invest in mitigation measures depends on their investment strategy, restrictions agreed upon with their clients, as well as the regulatory framework. Life insurance and pension funds are especially constrained by the latter (Glemarec, 2011). Their contribution was estimated at 22 billion USD in 2012 (2012 USD) (Buchner et al., 2013b).

**Energy corporations** including power and gas utilities, independent power producers, energy companies, and independent project developers can design, commission, and operate renewable energy projects. They provided approximately 102 billion USD (2012 USD) for climate finance in 2012 (Buchner et al., 2013b).

**Non-energy corporations invest in mitigation measures** to reduce their energy bills, meet voluntary commitments or comply with emission trading schemes. Altogether, they provided around 66 billion USD in 2012 for low-carbon investment (2012 USD) (Buchner et al., 2013b).

**Households'** investments are funded by income and savings supplemented by loans. In 2012, households provided around 33 billion USD for climate finance projects; 83 % of households' contributions were in developed countries, especially in Germany, Japan, and Italy (Buchner et al., 2013b).

---

the higher the cost of capital and required return needing to be generated to cover the costs (i.e., higher risk results in a higher discount rate for cash flow) (Romani, 2009).

**Equity and debt** are basically the two basic types of finance. Both come at a certain cost, which is very sensitive to risk, i.e., risk premium or risk margin. The type of finance required depends on the type of activity, its development phase, and its application.

**Project finance** is usually the preferred financing approach for infrastructure or energy projects worth more than 21.4 million USD (UNEP, 2005). In this financing structure, debt and equity are paid back exclusively from the cash flows generated by the project and there is no recourse to the balance sheet (also call non-recourse finance); as opposed to balance-sheet financing, where all 'on-balance sheet' assets can be used as collateral. In 2012, around 70 billion USD of project-level market rate debt went towards emission reduction (70 % provided by the public sector). Project-level equity was estimated at approximately 11 billion USD. However, the largest share of mitigation , 198 billion USD, consisted of balance-sheet financing (2012 USD) (Buchner et al., 2013b).

**Risk profile, tenor** (i.e., loan duration) and **size** are the primary criteria to characterize the financing demand. The total financing demand can be split into tranches with varying risk profiles (e.g., debt vs. equity) and varying tenors that match the characteristics of existing financing instruments. For renewable energy projects, higher cost of capital will increase start-up costs, which are generally front-loaded and higher per unit of capacity than for fossil fuel-based projects even if financing conditions are identical (Brunnschweiler, 2010). Lenders require a higher equity share if a project is perceived as risky. A typical project finance structure in an industrialized country consists of 10–30 % equity, whereas in developing countries this share tends to be higher (UNEP, 2007). However, equity tends to be scarce in many developing countries (see Section 16.4.2.2).

### 16.4.2    Challenges for low-carbon investment

Factors that reduce the relative attractiveness of implementing a low-carbon technology shall be considered as a challenge. Many factors pertaining to the general investment environment can have an enabling character or can act as a challenge (see Section 16.3). However, there

are also low-carbon specific factors—especially in absence of a clear price signal for carbon emissions—that, if they remain, may keep the market penetration of these technologies to low percentages (Gillingham and Sweeney, 2011). The latter will be assessed in this subsection.

Challenges vary significantly within the different investment categories, dependent upon the investor and the type of activity. For instance, each group is faced with some additional typical financial challenges. Energy-efficiency measures, for instance, often face misaligned incentives between the asset owner, user, and lender. It is more complex for energy-efficiency projects to structure and share the underlying risks. In addition, energy savings are intangible as collateral (Hamilton and Justice, 2009; Ryan et al., 2012; Venugopal and Srivastava, 2012).

**Investment risks:** Investments in low-carbon activities face partly the same risks as other investments in the same countries analogous to the core and broader investment climate. These risks can be broadly grouped into political risks (e.g., political instability, expropriation, transfer risk, breach of contract, etc.) and macro-economic risks (e.g., currency risk, financial risks, etc.). In some developing countries, political and macro-economic risks represent a high barrier to investment (Ward et al., 2009; World Bank, 2011a; Venugopal and Srivastava, 2012).

There are also types of risks characteristic for low-carbon investments: **Low-carbon policy risks** are one type of these risks that concern the predictability, longevity, and reliability of policy, e.g., low-carbon regulations might change or not be enforced (Ward et al., 2009; Venugopal and Srivastava, 2012; Frisari et al., 2013). Private capital will flow to those countries, or markets, where regulatory frameworks and policies provide confidence to investors over the time horizon of their investment (Carmody and Ritchie, 2007).

Mitigation activities also face **specific technology and operational risk**. For relatively new technologies, these are related to performance of the technology (i.e., initial production and long-term performance), delay in the construction, and the risk of not being able to access affordable capital (see Section 16.4.2.2). Some low-carbon activities also tend to depend on an expected future development, e.g., steep learning curves for certain technologies. Operational risks include the credit quality of the counterparties, off-take agreements, especially in a scenario where the mitigation technology has a higher costs of production, supply chain scalability, unreliable support infrastructure, and maintenance costs (Jamison, 2010; Venugopal and Srivastava, 2012).

Moreover, risks may be overestimated due to limited information in markets that are undergoing a technological and structural transition (Sonntag-O'Brien and Usher, 2006) and the longer time frame used to assess the risk increases uncertainty. A lack of quantitative analytical methodologies for risk management may add to the perceived risk.

**Return on investment:** The basic challenge is to find a financing package that provides the debt and equity investors with a reasonable return on their investment given the perceived risks. Debt finan-

ciers have a strong interest in seeing that their loans are paid back and hence provide funds to less risky, proven technologies and established companies (Hamilton, 2010). It is estimated that in 2009 they required an average internal rate of return (IRR) of around 3 to 7 % above the London Interbank Offered Rate (LIBOR) reference interest rate, for renewable energy projects in industrialized countries. Venture capitalists, angel investors, and some foundations (through so-called programme-related investments) are situated on the other side of the financing continuum. They typically invest in new companies and technologies, and are willing to take higher risks while expecting commensurating larger returns. These investors may require an IRR of 50 % or higher because of the high chances that individual projects will fail. Private equity companies that invest in more established companies and technologies may still require an IRR of about 35 % (Hamilton and Justice, 2009). However, these typical IRRs have to be considered with care since they may vary according to the prevailing basis interest rates (i.e., the current LIBOR rate), perceived risks of the investment category, and the availability of alternative investment opportunities. Many renewable energy projects, especially in developing countries where additional risk margins are added, are struggling to reach returns of this level to satisfy the expectations of financiers of equity and debt.

**Cost of capital and access to capital:** In many countries, there are imperfections in the capital market restricting the access to affordable long-term capital (Maclean et al., 2008). This is particularly the case in many developing countries where local banks are not able to lend for 15–25 years due to their own balance sheet constraints (Hamilton, 2010), e.g., to match the maturity of assets and liabilities.

Attracting sufficient equity is often critical for low-carbon activities, especially for renewable energy projects in developing countries (Glemarec, 2011). The equity base of a company is used to attract (leverage) mezzanine or debt finance especially in project finance investments. Since equity is last in the risk order and can be recovered only by means of sale of shares of the asset or its liquidation, return expectations are significantly higher than for debt or mezzanine finance. Often, equity is also the key limiting factor in the expansion of a low-carbon activity, e.g., through growth of a company, expansion into new markets, R&D, or multiplication of a project approach (UNEP, 2005).

**Market and project size:** Since the pre-investment costs vary disproportionally with the project size, smaller low-carbon projects incur much higher transaction costs than larger ones of conventional energy projects (Ward et al., 2009). These costs include feasibility and due diligence work, legal and engineering fees, consultants, and permitting costs. Hamilton (2010) finds that small low-carbon projects in developing countries seeking less than 10 million USD of debt are generally not attractive to an international commercial bank. Due to the higher transaction costs, small projects might also generate lower gross returns, even if the rate of return lies within the market standards (Sonntag-O'Brien and Usher, 2006).

There is basically no secondary market to raise debt for low-carbon projects. Hence, institutional investors, whose major asset class is bonds, lack opportunities to invest in low-carbon energy projects because they do not issue bonds or the issuance size is too small (Hamilton and Justice, 2009; Kaminker and Stewart, 2012). The minimum issuance size for investment grade bonds tends to be about 460 million USD, so few projects can achieve this standard (Veys, 2010). Many renewable energy projects need investment in the range of 70–700 million USD, with only a few big ones towards the upper end (Hamilton and Justice, 2009). In 2011, clean energy bonds amounted to only about 0.2 % of the global bond market (Kaminker and Stewart, 2012).

**Tenor-risk combination:** Capital markets tend to prefer a combination of long tenor with low risk and are willing to finance high risk only in the short term. Due to higher political and macro-economic instability in developing countries, investors are particularly reluctant to invest in projects with such a long investment horizon. Although pension funds and insurance companies are long-term investors, concerns about quality and reliability of cash flow projections, credit ratings of off-takers for power purchase agreements, short-term performance pressures, and financial market regulations often inhibit them from investing in long-term low-carbon assets (Kaminker and Stewart, 2012). Industrial firms also face constraints with extended payback periods, since they typically operate with a short-term horizon that requires rapid positive returns on investment (Della Croce et al., 2011). A significant positive consideration, however, is that low-carbon projects like waste heat, geothermal, wind, and solar have zero or negligible fuel price volatility risk.

**Human resources and institutional capacity:** The lack of technical and business capabilities at the firm, financial intermediary and regulatory level are significant barriers to harness low-carbon technologies, especially in many developing economies (Ölz and Beerepoot, 2010). In countries where private sector actors do not only own the low-carbon technology but are also predominately responsible for the diffusion of technologies in the market, capacity building efforts need to focus on these actors' ability to develop, fund, and deploy the respective technologies (Lall, 2002; Figueiredo, 2003; Mitchell et al., 2011).

### 16.4.3    Financial instruments

Policy instruments to incentivize mitigation activities are assessed in depth in Chapters 13, 14, and 15. Evidently a missing price signal for carbon emissions is a major obstacle for low-carbon investments. But not only in absence of such a price signal, other important measures can be applied to reduce critical barriers for low-carbon investment. Basic financial instruments are illustrated in Figure 16.1 and introduced in Section 16.4.1. This subsection focuses on three types of financial instruments with the following purposes: reducing risk, reducing the cost of capital, and providing access to capital, as well as enhancing cash-flows. Figure 16.5 illustrates in a simplified manner how these instruments can enhance market competitiveness of low-carbon projects. There is a growing literature on how the public sector can use these instruments to mobilize additional private finance, and can help to improve the risk-return profile of investments for low-carbon activities.

#### 16.4.3.1    Reducing investment risks

Risk mitigation can play an essential part in helping to ensure that a successful project financing structure is achieved by transferring risk away from borrowers, lenders, and equity investors. Various instruments provided by private insurers, and by means of public mechanisms, can help to partially or fully reduce the exposure of investors to



**Figure 16.5 |** Instruments to enhance market competitiveness of low-carbon projects.

political risk, exchange rate fluctuations, business interruption, short-falls in output, delays or damage during fabrication, construction, and operation of a product, project, and company (Marsh, 2006).

There is a wide portfolio of proven commercial- and government-supported risk mitigation products that can be instrumental in efficiently expanding low-carbon investment. Their allocation and application requires a substantial level of expertise, experience, and resources available in specialized insurance companies, export credit agencies, and selected commercial and development banks. Examples of such products are highlighted below. They signal the potential for expanded use of risk mitigation instruments to support low-carbon investment (Frisari et al., 2013).

**Credit enhancements/guarantees**, such as commercial credit insurance and government guarantees, usually cover part of the loan and reduce the loss incurred by a lender if the borrower is unable to repay a loan. The lender must still evaluate the creditworthiness and conditions of the loan, but these instruments can reduce the interest rate and improve the terms, thereby expanding the available credit or reducing the costs (Stadelmann et al., 2011a).

**Trade credit insurance** provides partial protection against certain commercial risks (e.g., counterparty default) and political risks (e.g., war and terrorism, expropriation, currency transfer, or conversion limitations) and other risks like non-honouring of sovereign financial obligations or breach of contract by sovereign actors (MIGA, 2012; OPIC, 2012). Such insurance is provided by commercial insurance companies and by governments to their manufacturers, exporters, or financiers.

**Production and savings guarantees** are typically provided to their clients by energy service companies (ESCOs) and large energy performance contracting (EPC) contractors. Only proven practices and technologies are eligible to receive these guarantees, covering both technical risk (from customer payment default due to non-performance attributable to the ESCO or EPC contractor), and comprehensive risk (defaults due to technical and financial creditworthiness of the customer) (IDB, 2011).

**Local currency finance** can be used if currency fluctuations are particularly risky for a project or company because a major investment is made in foreign currency and revenues are in local currency. Loans in local currency or risk management swaps to hedge foreign currency liability back into respective local currency can be provided by development finance institutions (IFC, 2013; TCX, 2013a). Structured funds like the Currency Exchange Fund (TCX) are dedicated to hedge these cross-border currency and interest rate mismatches (TCX, 2013b).

By the end of 2012, the 20 largest emitting developed and developing countries with lower risk country grades for private sector investments were producing 70% of global energy-related $CO_2$ emissions (Harnisch and Enting, 2013). In investment-grade countries, risk miti-

gation instruments and access to long-term finance can be provided at reasonably low costs, and have the potential to mobilize substantial additional private sector mitigation investments. In other countries, low-carbon investment would have to rely mainly on domestic sources or international public finance.

### 16.4.3.2    Reducing cost of and facilitating access to capital

In many situations, mitigation measures imply additional or incremental investments. Independent of the specific role of equity or debt finance in these individual investments, and irrespective of potential future reductions of operating and maintenance costs, the level of these investments can be a severe barrier to the investment decisions of different investors (as outlined in Section 16.4.2).

**Concessional or 'soft' loans** are repayable funds provided at terms more favourable than those prevailing on the market including lower interest rates, longer tenor, longer grace period, and reduced level of collateral. Providers of concessional loans are typically development banks on behalf of governments. In international cooperation, concessional loans of varying degree and type have been established as main financing instruments to support public sector entities and local banks by bilateral and multilateral development banks (Maclean et al., 2008; Birckenbach, 2010; UNEP, 2010, 2011, 2012). In 2011, bilateral finance institutions, for instance, disbursed 73% of their mitigation finance as concessional loans (UNEP, 2012). National finance institutions provided around 87% of their climate funding in 2010/2011 via soft loans (Buchner et al., 2012).

**Grants** are non-repayable funds provided to a recipient for a specific purpose by a government, public financial institution or charity. Grants can play an important role in reducing up-front capital investment costs, and meeting viability gaps for projects that are more expensive than business-as-usual (Buchner et al., 2012).

**Rebates** provide immediate price reductions for purchase of an eligible product. Rebates can be structured to decline over time, encouraging early adopters and reflecting anticipated technology cost reductions (de Jager and Rathmann, 2008). Rebates are typically administered by retailers of respective products, in cooperation with a government agency.

**Tax deductions or tax credits** increase the after-tax cash flow for a specific investment. Hence, they can have a similar effect as soft loans by reducing the net annual payments for the amortization of a capital investment. They can be useful in enticing profitable enterprises to enter the market for renewable energies to reduce their tax liabilities. However, they require to be embedded in a country's tax system and a base in the tax code. Additionally, the specific level cannot be easily adapted to changed market conditions and will depend on the specific tax burden of the taxed entity (Wohlgemuth and Madlener, 2000).

**16**

Equity plays a critical role in financing a project and it is potentially attractive for governments to provide equity to companies or projects to support desirable activities. At the same time, limited expertise of the public sector in allocating capital in risky operations and in management of companies, and problems arising from the relationships of owners and regulators, are frequently cited as reasons against a broad public engagement as equity investor. In support of emission mitigation activities, a number of approaches have been successfully demonstrated. Because of the challenges discussed above, some public sector investors have decided to limit their equity investment to minority stakes and apply clear investment criteria to avoid crowding-out of private investors and to use defined exit strategies (IFC, 2009).

#### 16.4.3.3    Enhancing cash flow

Nationally agreed **feed-in tariffs** (FITs) or **third-party guaranteed renewable energy premiums** for individual power purchase agreements provide a secure long-term cash-flow to operators of renewable energy systems—based on technology, system size, and project location. Debt and equity for a project can hence be secured due to the long duration, the guaranteed off-take of the electricity generated, and the grid access. Consequently, FITs do not only increase and stabilize the return, but also reduce the risks for developers, lenders, and investors. As a result, the cost of capital and required rate of return can be reduced as well (Cory et al., 2009; Kubert and Sinclair, 2011). The FITs for renewable energy have been implemented in a broad range of industrialized and developing countries (Fulton et al., 2010). The level of the FIT for a specific technology, region and time determines the effectiveness and efficiency of the programme, but it is difficult to establish the appropriate level up front and to adapt it as the market evolves and the technology matures.

$CO_2$ **Offset-Mechanisms** can also provide additional cash flow via the sales of credits to support the economics of a mitigation investment. Unlike renewable energy premiums, however, there is uncertainty about the future level of this payment stream. This has made many financiers hesitant to provide debt finance for these projects. Some MDBs, like the ADB have a provision to buy credits upfront contributing to investment capital and reducing uncertainty on the future cash-flows from the sale of carbon credits (ADB, 2011; Asian Development Bank, 2012).

# 16.5    Institutional arrangements for mitigation financing

Institutions are essential to channel climate finance to mitigation and adaptation measures (Stadelmann, 2013) and to ensure that the actions funded respond to national needs and priorities in an efficient

and effective way.[26] Through institutions, knowledge is accumulated, codified, and passed on in a way that is easily transferable and used to build capacities, share knowledge, transfer technologies, help develop markets, and build enabling environments for effective climate investments. Without proper institutions, some actions and investments may remain simply as stand-alone projects with no lasting effects, or a one-off capital equipment supply rather than a transaction with a transfer of skills, know-how, full knowledge of the technology, and a contribution to a broader system of innovation and technological change (Ockwell et al., 2008).

### 16.5.1    International arrangements

**Global arrangements** for climate change mitigation finance are essential for several reasons. Most commonly cited is the fact that because the earth's climate is a public good, investing within borders is often not seen as beneficial to a particular country unless doing so becomes a collective effort (Pfeiffer and Nowak, 2006). The UNFCCC, among others, was established to address this dilemma and turn the global effort on climate change into a collective action that would be seen by all as beneficial to the whole (Burleson, 2007). Trusted institutions are needed to channel and implement the funding in an orderly and efficient process.

Funds that are part of the financial mechanism of the UNFCCC are subject to guidance from the COP. Until recently, these included only the GEF Trust Fund, the SCCF and the LDCF, all of which are administered by the GEF (see Section 16.2.1.1) (UNFCCC, 2013b). In 2010, the COP decided to establish the GCF to be designated as a new operating entity of the Financial Mechanism (UNFCCC, 2010). The GCF, that is currently being operationalized, is expected to become the main global fund to support climate action in developing countries, but it has not yet been capitalized. In addition, the Adaptation Fund has been established under the Kyoto Protocol.

The UNFCCC recognizes that funding for mitigation may come from a variety of sources and through a variety of channels beyond the financial mechanism, such as multilateral and bilateral institutions engaged in official development assistance. There has been an expansion in the number of public and private climate funds in the last decade. The UNDP estimates that over the last decade some 50 international public funds, 45 carbon market funds, in addition to 6000 private equity funds (set up largely independent of international climate policy) have been established for the purpose of funding climate change-related activities (UNDP, 2011). Some of these, such as CIFs are multi-donor funds administered by the World Bank but with their own governance and

---

[26]    The term 'institution' in this context is defined narrowly to mean an established organization dedicated to facilitate, manage, or promote mitigation finance, as opposed to the broader meaning of the term commonly used in the study of the social sciences and used to mean a structure or mechanism of social order and cooperation governing the behaviour of individuals in society, e.g., the institutions of marriage or religion.

organizational structure. The CIFs were designed as an interim measure to demonstrate how scaled-up support can be provided and include a sunset clause linked to progress on the financial architecture under UNFCCC. They consist of two trust funds: the Clean Technology Fund (CTF), which promotes scaled-up financing for demonstration, deployment, and transfer of low-carbon technologies with significant potential for long-term GHG emissions savings, and the Strategic Climate Fund (SCF), under which are three separate initiatives for piloting transformational, scaled-up action on climate change (World Bank, 2011b; c). The pledges and contributions to the CIFs are recorded as ODA, and therefore constitute a multi-bilateral arrangement (World Bank, 2010).

The CDM and carbon funds are directly linked to emission. Prior to the decline of certificate prices, they played a central role in attracting climate investments. The CDM is one of three trading mechanisms created by the Kyoto Protocol that a developed country can use to help meet its national commitment. The CDM allows a developed country to use credits issued for emission reductions in developing countries. The other two mechanisms—Joint Implementation (JI) and International Emissions Trading (IET)—involve only developed countries with national commitments. The CDM is the largest of the mechanisms (UNFCCC, 2013c). Some of the carbon funds have been established by multilateral financial institutions. The World Bank established the first fund, the Prototype Carbon Fund, in 1999, and has since created several additional funds (World Bank, 2013).

There are several institutions promoting mitigation finance by private actors, which frequently combine financial power of up to several trillions. However, their scope of work differs considerably. Some of the major private sector institutions include inter alia the World Business Council on Sustainable Development (WBCSD) (WBCSD, 2013), the Climate Markets and Investment Association (CMIA) (CMIA, 2013), and the Global Investor Coalition on Climate Change (Global Investor Coalition on Climate Change, 2013).

**Regional arrangements** play an important role in fostering regional cooperation and stimulating action and funding. These regional institutions include the regional multilateral development banks and the regional economic commissions of the United Nations on the multilateral side.27 They are increasingly engaging in the promotion of mitigation and adaptation activities in their respective regions and establishing and helping to manage regional financing arrangements (Sharan, 2008). In the Asia and Pacific region, examples of regional financial arrangements to promote funding for mitigation activities include ADB's Clean Energy Financing Partnership Facility, the Asia Pacific Carbon Fund, and the Future Carbon Fund. Other regional development banks have been equally active (Asian Development Bank, 2013a; b; c).

---

27   Economic Commission for Latin America, Inter American Development Bank (IDB), Economic Commission for Africa (ECA), African Development Bank (AfDB), Economic Commission for Asia and the Pacific (ESCAP), Asian Development Bank (ADB), Economic Commission for Europe (ECE), European Bank for Reconstruction, and Development (EBRD).

Regional groupings such as the Economic Community for West African States (ECOWAS), the Association of Southeast Asian Nations (ASEAN), the Secretariat for Central American Economic Integration, Mercosur, Corporación Andina de Fomento, and the Andean Pact, to name just a few, have been actively promoting sub-regional integration of energy systems and cooperation in climate change activities in developing countries for some years. In the developed world, one of the best examples of these regional political groupings is the European Union, which has been very active in the area of climate change and in supporting activities in developing countries.

**Bilateral cooperation arrangements** are widely used by donor countries to provide funding to partner country governments and their implementing organizations. They frequently involve development banks and agencies with a proven track record in international cooperation. The three principal means to channel climate change funding bilaterally are (1) bilateral programmes for funding international cooperation in the energy, water, transport, or forestry, (2) dedicated funding windows established to target climate change funding open to a wider range of implementing institutions, and (3) new funds implemented by bilateral development institutions with their own governance structure. The OECD has established a framework for the implementation and reporting modalities that can be applied to all climate-relevant ODA and partially for other official flows (see OECD, (2013b) for agreed principles on statistics, effectiveness, evaluation, and the like). Officially supported export credits provided by export credit agencies on behalf of national governments are also covered by a respective OECD arrangement (OECD, 2013c).

**Triangular cooperation arrangements** are defined by the OECD as those involving a traditional donor, most likely a member of DAC, an emerging donor in the south (providers of South-South Cooperation), and the beneficiary countries or recipients of development aid (Fordelone, 2011). Although they have grown in number in recent years, triangular arrangements, and particularly those for climate change financing, are a relatively recent mode of development cooperation (ECOSOC, 2008). These arrangements have attracted a number of countries particularly for technology cooperation across sectors or specified industries. The rise of triangular arrangements has been driven by the growing role of middle-income countries and their increasing presence in providing development co-operation in addition to receiving it, and by the desire to experiment with other types of cooperation where the experience of developing countries can be brought to bear.

## 16.5.2   National and sub-national arrangements

The landscape of institutional arrangements for action on climate change is diverse. In many countries, actions on climate change are not clearly defined as such. Consequently, many of the national arrangements that exist to promote programmes and activities that contribute to mitigation do not appear in the literature as institutions dedicated to support climate finance.

**16**

In many countries, particularly in developed countries and in a few larger developing countries, finance for mitigation comes mainly from the private sector, often with public support through regulatory and policy frameworks and/or specialized finance mechanisms. Institutional arrangements and mechanisms that are successful in mobilizing and leveraging private capital tend to be more cost-effective in climate change mitigation, but some projects with low private investments (e.g., projects reducing industrial GHGs or projects owned by state-owned enterprises) are also among the most cost-effective (Stadelmann, 2013). The institutions and public finance mechanisms are diverse, but all aim to help commercial financial institutions to do this job effectively and efficiently. Many of the institutions support specialized public finance mechanisms such as dedicated credit lines, guarantees to share the risks of investments and debt financing of projects, microfinance or incentive funds, and schemes to mobilize R&D and technical assistance funds to build capacities across the sectors, including the private and commercial sectors (Maclean et al., 2008). National development banks play an important role in financing domestic climate projects in many countries especially by providing concessional funding (Smallridge et al., 2012; Höhne et al., 2012; IDFC, 2013).

Many developing countries, other than the larger ones, are trying to cope with the multiplicity of sources, agents and channels offering climate finance (Glemarec, 2011). These efforts take two forms.

One form is coordination of national efforts to address climate change by relevant government institutions. Very few developing countries have an institution fully dedicated to climate finance (Gomez-Echeverri, 2010). Rather, climate finance decisions involve multiple ministries and agencies often coordinated by the ministry of the environment. Involvement of ministries of foreign affairs and ministries of finance is becoming more common due to their engagement in international negotiations and the promise of increased resources under UNFCCC.

The second form is the establishment of specialized national funding entities designed specifically to mainstream climate change activities in overall development strategies. These institutions blend international climate funding with domestic public funds and private sector resources (Flynn, 2011). Table 16.2 lists examples of national funding entities. A common feature is the desire to allocate resources for activities that are fully mainstreamed to the national needs and priorities. To do this, the national funding entities seek to tap the numerous international sources of climate finance and supplement them with domestic resources. They are also expected to develop the governance and capacity requirements for 'direct access' to funds from the Adaptation Fund and the GCF.[28]

---

[28]   Direct access means that an accredited institution in the recipient country may receive funds directly to implement a project. Currently, most international funding institutions insist that projects be implemented by a multilateral development bank or UN agency.

In many countries, sub-national arrangements are increasingly becoming an effective vehicle for advancing energy and climate change goals. These arrangements and the institutions that support them are being established to advance regional collaboration in areas of common interest and to benefit from greater efficiency and effectiveness through actions with greater geographical coverage (Setzer, 2009). For example, because of their population densities and economic activities, cities are major contributors to global GHG emissions, and as such they are major potential contributors to worldwide mitigation efforts (Corfee-Morlot et al., 2009). In recent years, there has been an increase in the number of networks and initiatives specifically dedicated to enhance the role of cities in the fight against climate change. As a result, these initiatives are potentially big contributors to mitigation efforts, but because of the lack of clear processes linking these initiatives to national and international climate change policy, their impact in broader policy frameworks is less certain (UN-Habitat, 2011). One possible opportunity for enhancing this linkage is through the new National Appropriate Mitigation Actions (NAMAs) being submitted by developing countries within the context of UNFCCC. The NAMA process agreed to at Bali provides an opportunity to incorporate sectoral policies with relevance to their cities (Li, 2011).

### 16.5.3   Performance in a complex institutional landscape

The institutional landscape for climate finance is becoming increasingly complex as interest of actors to enter the field of climate change finance and mitigation activities in developing countries increases. As in other international cooperation, there are discussions about effectiveness of climate finance (see OECD (2008) for politically agreed principles on aid effectiveness). Concerns have been raised about diverting attention and resources from development aid, i.e., ODA, such as health and education, the additionality of expanded funding for mitigation and adaptation (Michaelowa and Michaelowa, 2011), the difficulty of defining and measuring comparable results and achieving coherence with national priorities and development strategies, the lack of transparency, the fragmentation and duplication of efforts, and that the number of established funds may undermine the authority of the operating entities of the financial mechanism of the UNFCCC (Poerter et al., 2008). The proliferation of climate funds (HBF and ODI, 2013) and funding channels with their own governance procedures can create a substantial bureaucratic burden for recipients (Greene, 2004). Compounding these problems is the fragmentation of governance architectures that prevail in most developing countries (Biermann et al., 2009). Climate finance may be more effective if the operation of related institutions is streamlined and the capacity in developing countries to cope with the increasing number of these institutions is developed further. Evidence on the effectiveness of institutions to mainstream climate change mitigation and adaptation activities is currently lacking.

Table 16.2 | A sample of national funding entities in developing countries. Sources: Adapted from Gomez-Echeverri (2010), updated based on UNDP and World Bank (2012), Amazon Fund (2012), BCCRF (2012), CDMF (2012), ICCTF (2012), World Bank (2012b), UNDP (2013b).

| Name, country, establishment | Description | Source of fund and operations | Governance |
|---|---|---|---|
| Amazon Fund, Brazil (2010) | Established to combat deforestation and promote sustainable development in the Amazon. Focus: adaptation and mitigation | Designed to attract national and private investment for Amazon rainforest projects as well as donations and earnings from non-reimbursable investments made | Managed by the Brazilian Development Bank (BNDES), a Guidance Committee composed of federal and state governments and civil society, and a Technical Committee |
| Bangladesh Climate Change Resilience Fund (BCCRF) (2010) | Established to provide support for the implementation of Bangladesh's Climate Change Strategy and Action Plan 2009–2018 and particularly vulnerable communities. Focus: adaptation and mitigation | Designed to attract funds from UNFCCC finance mechanisms, and direct donor support | Managed by a board composed of Ministers of Environment, Finance, Agriculture, Foreign Affairs, and Women and Children Affairs and disaster management, as well as donors and civil society organizations |
| China CDM Fund (CDMF) (2007) | Established jointly by Ministries of Finance, Foreign Affairs, Science and Technology, and National Development and Reform Commission (NDRC). Focus: mitigation | Funded by revenues generated from CDM projects in China, as well as grants from domestic and international institutions | Governed by the Board of the China CDM Fund that comprises representatives of seven line ministries, and managed and operated by a management centre affiliated with the Ministry of Finance |
| Indonesia Climate Change Trust Fund (ICCTF) (2010) | Established jointly by the National Development Planning Agency and Ministry of Finance to pool and coordinate funds from various sources to finance Indonesia's climate change policies and programmes | Currently funded by grants from development partners but designed for direct access to International climate funding and to attract private funding | The UNDP is an interim Trustee operating under a Steering Committee headed by the National Development Planning Agency that also includes donors and other line ministries |
| Guyana REDD Investment Fund (GRIF) (2010) | Established to finance activities under the Low Carbon Development Strategy of Guyana and to create an innovative climate finance mechanism. Focus: mitigation and adaptation | Designed to attract donor support. Operates under a performance-based funding modality, based on an independent verification of Guyana's deforestation and forest degradation rates and progress on REDD+ enabling activities | A Steering Committee with members of government and financial contributors chaired by the Government of Guyana, is the decision making and oversight body. The International Development Association (IDA) of the World Bank Group acts as Trustee and the partner entities provide operational services |
| Ethiopia Climate Resilient Green Economy Facility (2012) | Established to support country's vision of attaining a middle-income economy with low-carbon growth by 2020. Focus: mitigation and adaptation | Designed to mobilize, access, and blend both local and international public and private resources to support Ethiopia's Climate Resilience Green Economy Strategy | Governed by a Ministerial Steering Committee chaired by Ministry of Finance and Economic Development with an advisory body composed of development partners, multilateral organizations, national non-governmental organizations (NGOs), civil society, private sector, and academia |

# 16.6   Synergies and tradeoffs between financing mitigation and adaptation

This section introduces a conceptual framework linking adaptation and mitigation in terms of financing and investment. Estimates of investments needed for mitigation are provided in Section 16.2.2, and for adaptation investments in the sectoral chapters of the Working Group II report. First, this section addresses the interactions of financing adaptation and mitigation in terms of their specific effectiveness and tradeoffs, as well as their competition for funding over time. Second, it discusses examples of integrated financing approaches.

## 16.6.1   Optimal balance between mitigation and adaptation and time dimension

Both mitigation and adaptation measures are necessary to effectively avoid harmful climate impacts. However, an assessment on whether,

where, and which types of adaptation and mitigation measures and policies are substitutes or complements requires theoretical analysis and empirical evidence (Section 13.3.3). Investing in mitigation may reduce the need to invest in adaptation, and vice versa. Several authors have recognized that optimal mitigation and adaptation strategies should be jointly determined (Schelling, 1992; Kane and Shogren, 2000; Dellink et al., 2009; Bosello et al., 2010), including from the perspective of a global decision maker. The optimal balance of mitigation and adaptation depends on their relative costs, for any given profile of climate change impacts. To avoid inefficiencies, the socially discounted rate of return on resources invested in mitigation and adaptation should be equal. Therefore, mitigation and adaptation compete to attract investments. From the perspective of simple economic models, a reduction in the costs of mitigation should lead to more mitigation and less adaptation and, according to this view, they are substitutes (Ingham et al., 2005).

From the perspective of development and climate studies (Tol, 2007; Ayers and Huq, 2009), climate change in most cases will impact the economy by reducing its production potential (part of the residual damage), and the level of impacts will depend on its efficiency, diversity, and vulnerability, as well as on how institutions are able to adapt.

1231

**16**

On the other hand, policies to address mitigation and/or adaptation could promote the transfer of technologies and financial resources, and strengthen institutions and markets, which could lead to the enhancement of a country's productive capacity (Halsnæs and Verhagen, 2007).

Combined mitigation and adaptation strategies taking into account cost-effectiveness may involve economic tradeoffs. The optimal balance, including allocation of resources, should be determined taking into account possible co-benefits, which may be difficult to assess. Many actions that integrate mitigation and adaptation have enough co-benefits to make obvious sense of their immediate implementation (see Working Group II report), in spite of the fact that in many cases, assessment of their effective combination, cost-effectiveness, and tradeoffs requires improved information, improved capacities for analysis and action, and further policymaking (Wilbanks and Sathaye, 2007). Modelling of any direct interaction between adaptation and mitigation in terms of their specific effectiveness and tradeoffs would also be desirable (Wang and McCarl, 2011).

An analysis on the time composition (timing of mitigation and adaptation) of the optimal climate change strategy is also important to assess how to best allocate climate change funds. Emerging frameworks for assessing the tradeoffs between adaptation and mitigation include those from the point of view of risks and costs. People invest resources to reduce the risk they confront or create (Ehrlich and Becker, 1972; Lewis and Nickerson, 1989). Recent studies have used integrated assessment models to numerically calculate the optimal allocation of investments between mitigation and adaptation. They confirm the analytical insights of Kane and Shogren (2000) and suggest that investments in mitigation should anticipate investments in adaptation (Lecocq and Shalizi, 2007; de Bruin et al., 2009; Bosello et al., 2010). The reason for this is because climate and economic systems have inertia and delaying action increases the costs of achieving a given temperature target. These studies suggest that the competition between mitigation and adaptation funds extends over time.

By arguing "uncertainty on the location of damages reduces the benefits of 'targeted' proactive adaptation with regard to mitigation and reactive adaptation", some authors reinforce the idea that it is optimal to wait to invest in adaptation (Lecocq and Shalizi, 2007). For the above reasons, Carraro and Massetti (2011) suggest that the greatest share of the GCF should finance emissions reductions rather than adaptation in developing countries. Other authors propose a framework that could integrate into an optimization model not only mitigation and adaptation, but also climate change residual damages. In the light of the uncertain impacts of climate change, prioritizing mitigation measures is justified, on the basis of a precautionary approach. Adaptation actions "should be optimally designed, consistently with mitigation, as a residual strategy addressing the damage not accommodated by mitigation" (Bosello et al., 2010).

Wang and McCarl (2011) recognizes that, in terms of an overall investment shared between mitigation and adaptation, mitigation tackles the long-run cause of climate change while adaptation tackles the

short-run reduction of damages and is preferred when damage stocks are small. Contrary to Bosello et al. (2010), they advocate that, instead of taking adaptation as a 'residual' strategy, well-planned adaptation is an economically effective complement to mitigation since the beginning and should occur in parallel. Thus, adaptation investment should be considered as an important current policy option due to the near-term nature of given benefits.

Moreover, the optimal balance of adaptation and mitigation measures and investments should be determined in function of the magnitude of climate change; "if mitigation can keep climate change to a moderate level, then adaptation can handle a larger share of the resulting impact vulnerabilities" (Wilbanks et al., 2007). While the uncertainties about specific pathways remain, and although there are different considerations on their optimal balance, there is a general agreement that funding for both mitigation and adaptation is needed.

### 16.6.2 Integrated financing approaches

Despite the lack of modelling of any direct interaction between adaptation and mitigation in terms of financing, there is an increasing interest in promoting integrated financing approaches, addressing both adaptation and mitigation activities in different sectors and at different levels. Although the GCF will have thematic funding windows for adaptation and mitigation, an integrated approach will be used to allow for cross-cutting projects and programmes (UNFCCC, 2011c, para 37).

The theoretical literature reviewed in Section 16.1.1 provides only general guidance on financing mitigation and adaptation measures. Analysis of specific adaptation and mitigation options in different sectors reveals that adaptation and mitigation can positively and negatively influence the effectiveness of each other (see also Working Group II report). Particular opportunities for synergies exist in some sectors (Klein et al., 2007), including agriculture (Niggli et al., 2009), forestry (Ravindranath, 2007; Isenberg and Potvin, 2010), and buildings and urban infrastructure (Satterthwaite, 2007).

Mitigation activities have global benefits while most adaptation activities benefit a smaller geographical area or population. Funding sources with a regional, national or sub-national perspective, therefore, will increasingly favour adaptation over mitigation measures (Dowlatabadi, 2007; Wilbanks and Sathaye, 2007). Thus the sources of climate finance available may yield a mix of mitigation and adaptation measures quite different from the global optimal mix. Additional studies "to understand the complex way in which local adaptation aggregates to the global level" are needed (Patt et al., 2009). Although the optimal mix cannot be determined precisely, the availability of international climate finance for both mitigation and adaptation is necessary to counteract such tendencies.

Taking into account the strong regional nature of climate change impacts, a regional financing arrangement will be more responsive

and relevant than a global one, and may play an important role in adaptation (Sharan, 2008). Regional funding tools have made arrangements for financing adaptation activities in complement to mitigation measures: e.g., the Poverty and Environment Fund (PEF) of the Asian Development Bank promotes the mainstreaming of environmental and climate change considerations into development strategies, plans, programmes, and projects of the bank (ADB, 2003).

The AfDB acts as manager and coordinator of new funding for the Congo Basin forest ecosystem conservation and sustainable management (UNEP, 2008). According to the operational procedures by AfDB, to be eligible for financing under the Congo Basin Forest Fund (CBFF), project proposals and initiatives considered for funding should, among other things, aim at slowing the rate of deforestation, contribute to poverty alleviation, provide some contribution to climate stabilization and GHG emissions reduction, and may show environment, economic, and social risk assessment in addition to appropriate mitigation measures, as well as be supported by national strategies to combat deforestation while preserving biodiversity and promoting sustainable development (AfDB, 2009). See Section 14.3.2 for additional information on regional examples of cooperation schemes identifying synergies between mitigation and adaptation financing.

Many ongoing bilateral and multilateral development activities address mitigation and adaptation at the same time. A recent survey by Illmann et al. (2013) discusses examples from agriculture (conversion of fallow systems into continuously cultivated area; the reuse of wastewater for irrigation), forestry (reforestation with drought-resistant varieties; mangrove plantations), and from the energy sector (rural electrification with renewable energy, production of charcoal briquettes from agricultural waste). The study identifies significant potential to further mobilize these synergies within existing development cooperation programmes.

Another point of debate regarding synergies and tradeoffs between financing mitigation and adaptation relates to the conceptual framework that suggests allocating responsibility for international financing of adaptation based on the historical contribution of countries to climate change in terms of GHG emissions and their capacity to pay for the costs of adaptation at international level (Dellink et al., 2009). The provision of international climate finance, of course, raises other issues of equity and burden sharing, which are beyond the scope of this chapter.

## 16.7   Financing developed countries' mitigation activities

This and the next section consider the manner in which developed and developing countries may choose to finance the incremental investments and operating costs associated with GHG mitigation activities.

It is fully recognized that a country's individual circumstances will in large part determine how financing is accomplished, and further, that individual national circumstances vary widely among members of the developed and developing country groups.

The manner in which developed countries finance their mitigation activities depends largely on the policies chosen to limit GHG emissions and the ownership of the sources of emissions. Policies and ownership also determine the distribution of the burdens posed by the financing needs, i.e., if it will be financed by households and firms through higher prices, taxes, or both.

In 2011 and 2012, on average, 177 billion USD of global climate finances were invested in developed countries (49 % of the global total climate finance) of which the vast majority (81 %) originated in the same country as the investment was undertaken (2011/2012 USD) (Buchner et al., 2013b). Due to the financial crisis investment in renewable energy in developed countries dropped 14 % in 2009 (Frankfurt School-UNEP Centre and BNEF, 2012), but saw a rapid recovery due to the green stimulus packages (IEA, 2009; REN21, 2010). The eight development banks of OECD countries that are members of the International Development Finance Club (IDFC) allocated 28 billion USD (2011 USD) and 33 billion USD (2012 USD) 'green'[29] finance to domestic projects in 2011 and 2012, respectively (Höhne et al., 2012; IDFC, 2013). Public climate finance was also directed to developing countries at a range of 35–49 billion USD per year for 2011 and 2012 (2011/2012 USD) (Buchner et al., 2013b).

Without climate policy, an estimated 96 (70–126) billion USD per year of investment in fossil power generation will occur in developed countries from 2010–2029; from 2030 to 2049, this figure increases to 131 (86–215) billion USD per year. In a climate policy scenario compatible with a 2 °C warming limit in 2100, OECD countries are expected to reduce investments in fossil power generation by 57 % (−2 to −89 %) during 2010–2029, but investments will drop by 90 % (−80 to −98 %) during 2030–2049. Investment in renewable power generation instead will increase by 86 % (58 to 116 %) during 2010–2029 and by 200 % (77 to 270 %) during 2030–2049 (based on IEA (2011), Carraro et al. (2012), Calvin et al. (2012) and McCollum et al. (2013), used in Section 16.2.2).

To date, public sourcing for climate finance originates primarily from general tax revenues. However, under ambitious stabilization targets, financial sources that yield mitigation benefits have the potential to generate high revenues that could be used for climate finance. Carbon taxes and the auctioning of emissions allowances carry the highest potential, a phaseout of fossil fuel subsidies, and a levy or emission trading scheme for international aviation and shipping emissions are

---

29    'Green' finance as reported by IDFC includes projects with other environmental benefits. Approximately 93 % (80 %) of the 'green' finance by IDFC in 2011 (2012) was climate finance (Höhne et al., 2012; IDFC, 2013).

**16**

estimated to generate considerable revenues as well (UNFCCC, 2007; AGF, 2010; World Bank Group et al., 2011).

Most developed countries offer a reasonably attractive core and broader enabling environment for climate investments. Developed countries, as do many emerging economies, combine substantial energy-related GHG emission reduction potential with low country risks. At the end of 2012, 29 out of 36 assessed developed countries fell into the group of lower risk country grade, producing 39 % of global fuel-related $CO_2$ emissions (Harnisch and Enting, 2013). Private finance can thus be the main source of low-carbon investment in these countries, however private actors are often dependent on public support through regulatory and policy frameworks and/or specialized finance mechanisms.

While macroeconomic and policy risk have been reasonably low in the past, low-carbon policy risks have affected investments in developed countries. In principle, risk-mitigation instruments and access to long-term finance can be provided at reasonably low cost. Suitable institutions exist to implement specialized public finance mechanisms to provide dedicated credit lines, guarantees to share the risks of investments, debt financing of projects, microfinance or incentive funds, and schemes to mobilize R&D and technical assistance funds for building capacities across the sectors. The institutions and types of public finance mechanisms in existence across countries are diverse but share the common aim of helping commercial financial institutions to effectively and efficiently perform this job (Maclean et al., 2008).

In 2012, the most widespread fiscal incentives were capital subsidies, grants, and rebates. They were in place in almost 90 % of high-income countries. In 70 % of the countries public funds were used to support renewable energy, e.g., public investment loans and grants. Feed-in tariffs were in place in 27 high-income countries at national or state level (75 % of all countries analyzed) (REN21, 2012).

## 16.8 Financing mitigation activities in and for developing countries including for technology development, transfer, and diffusion

Analogous to the previous section, this section outlines key assessment results for mitigation finance in and for developing countries, i.e., embracing domestic flows as well as financing provided by developed countries.

An estimated 51 % of the total global climate finance in 2011 and 2012, namely on average 182 billion USD per year, was invested in developing countries (2011/2012 USD). Thereof, 72 % was originating in the same country as it was invested) (Buchner et al., 2013b). The total climate finance flowing from developed to developing countries is estimated to be between 39 and 120 billion USD per year in 2011 and 2012 (2011/2012 USD). This range covers public and the more uncertain flows of private funding for mitigation and adaptation. Clapp et al. (2012) estimate the total at 70–120 billion USD per year based on 2009–2010 data. Data from Buchner et al. (2013a) suggest a net flow to developing countries for 2010 and 2011 of the order of 40 to 60 billion USD. North-South flows are estimated at 39 to 62 billion USD per year for 2011 and 2012 (2011/2012 USD) (Buchner et al., 2013b).

Public climate finance provided by developed countries to developing countries was estimated at 35 to 49 billion USD per year in 2011 and 2012 (2011/2012USD) (Buchner et al., 2013b). Multilateral and bilateral institutions played an important role in delivering climate finance to developing countries. Seven MDBs[30] reported climate finance commitments of about 24.1 and 26.8 billion USD in 2011 and 2012, respectively[31] (2011 and 2012 USD) (AfDB et al., 2012a; b, 2013). These institutions manage a range of multi-donor trust climate funds, such as the Climate Investment Funds, and the funds of the financial mechanism of the Convention (GEF, SCCF, LDCF). The GCF is expected to become an additional international mechanism to support climate activities in developing countries. Bilateral climate-related ODA commitments were at an average of 20 billion USD per year in 2010 and 2011 (2010/2011 USD) (OECD, 2013a)[32] and were implemented by bilateral development banks or bilateral agencies, provided to national government directly or to dedicated multilateral climate funds (Buchner et al., 2012). However, bilateral and multilateral commitments are not fully comparable due to differences between methodologies.

Climate projects in developing countries showed a higher share of balance-sheet financing and concessional funding provided by national and international development finance institutions than developed countries (Buchner et al., 2012). Domestic public development banks played an important role in this regard. The 11 non-OECD development

---

[30]  African Development Bank (AfDB), the Asian Development Bank (ADB), the European Bank for Reconstruction and Development (EBRD), the European Investment Bank (EIB), the Inter-American Development Bank (IDB), the World Bank (WB), and the International Finance Corporation (IFC).

[31]  The reporting is activity-based allowing counting entire projects but also project components. Recipient countries include developing countries and 13 EU member states. It covers grant, loan, guarantee, equity, and performance-based instruments, not requiring a specific goal element. The volume covers MDBs' own resources as well as external resources managed by the MDBs that might also be reported to OECD DAC (such as contributions to the GEF, CIFs, and Carbon Funds).

[32]  It covers total funding committed to projects that have climate change mitigation or adaptation as a 'principal' or 'significant' objective. The ODA is defined as those flows to countries on the DAC List of ODA Recipients and to multilateral institutions provided by official agencies or by their executive agencies. Resources must be used to promote the economic development and welfare of developing countries as a main objective and they must be concessional in character (OECD, 2013a).

## Box 16.3 | Least Developed Countries' investment and finance for low-carbon activities

This box highlights key issues related to investment and finance for Least Developed Countries (LDCs), however some of these issues are certainly also relevant for other developing countries.

Climate change increased the challenges LDCs are facing regarding food, water, and energy that exacerbate sustainable development. Most LDCs are highly exposed to climate change effects as they are heavily reliant on climate-vulnerable sectors such as agriculture (Harmeling and Eckstein, 2012). Most of the LDCs, already overwhelmed by poverty, natural disasters, conflicts, and geophysical constraints, are now at risk of further devastating impacts of climate change. In turn, they contribute very little to carbon emissions (Baumert et al., 2005; Fisher, 2013).

At the same time, LDCs are faced with a lack of access to energy services and with an expected increase in energy demand due to the population and GDP growth. Of the 1.2 billion people without electricity in 2010, around 85 % live in rural areas and 87 % in Sub-Saharan Africa and Southern Asia. For cooking, the access deficit amounts to 2.8 billion people who primarily rely on solid fuels. About 78 % of that population lives in rural areas, and 96 % are geographically concentrated in Sub-Saharan Africa, Eastern Asia, Southern Asia, and South-Eastern Asia (Sustainable Energy for All, 2013) (see Section 14.3.2.1 for other estimates provided by the literature). By investing in mitigation activities in the early and interim stages, access to clean and sustainable energy can be provided and environmentally harmful technologies can potentially be leapfrogged. Consequently, needs for finance and investment are pressing both for adaptation and mitigation.

Regarding specific mitigation finance needs, there are no robust data for LDCs. It is estimated that shifting the large populations that rely on traditional solid fuels (such as unprocessed biomass, charcoal, and coal) to modern energy systems and expanding electricity supply for basic human needs could yield substantial improvements in human welfare for a relatively low cost (72—95 billion USD per year until 2030 to achieve nearly universal access) (Pachauri et al., 2013). For instance, in Bangladesh, the costs to provide a minimum power from solar home system's energy source to off-grid areas was around 285 USD per household (World Bank, 2012c). However, the very few country studies on mitigation needs and costs are not representative of the whole group of LDCs and are not comparable. Data on international and domestic private sector activities in LDCs are also lacking, as are data on domestic public flows. With respect to North-South flows, the OECD DAC reported that developed countries provided 730 million USD in mitigation related ODA to LDCs in the year 2011. Bangladesh received the highest share with 117 million USD,

followed by Uganda and Haiti with more than 70 million USD (OECD, 2012).

Most LDCs have very few CDM projects that are also an important vehicle for mitigation (UNFCCC, 2012d; UNEP Risø, 2013). To improve the regional distribution of CDM projects, the CDM Executive Board has promoted the regulatory reform of CDM standards, procedures, and guidelines. Furthermore, stakeholder interaction has been enhanced and a CDM loan scheme has been established by UNFCCC to provide interest-free loans for CDM project preparation in LDCs (UNFCCC, 2012e).

Some LDCs are starting to allocate public funds to mitigation and adaptation activities, e.g., NAPAs or national climate funds (Khan et al., 2012). However, pressing financial needs to combat poverty favour other expenditures over climate-related activities.

Most LDCs struggle to provide an enabling environment for private business activities, a very common general development issue (Stadelmann and Michaelowa, 2011). It is noteworthy that among the 30 lowest-ranking countries in the World Bank's Doing Business Index, 23 countries are LDCs (World Bank, 2011a). Obstacles to general private business activities in turn hinder long-term private climate investments (Hamilton and Justice, 2009). Due to very high perceived risk in LDCs, risk premiums are very high. This is particularly problematic as low-carbon investments are very responsive to the cost of capital (Eyraud et al., 2011). In a challenging environment, it is difficult to implement targeted public policies and financial instruments to mobilize private mitigation finance. Moreover, the weakness of technological capabilities in LDCs presents a challenge for successful development and transfer of climate-relevant technologies (ICTSD, 2012).

To develop along a low-carbon growth path, LDCs rely on international grant and concessional finance. It is especially important to ensure the predictability and sustainability of climate finance for LDCs, as these countries are inherently more vulnerable to economic shocks due to their structural weaknesses (UNCTAD, 2010).

While all donors and development institutions provide mitigation finance to LDCs, there are some dedicated institutional arrangements, such as the LDCF and the SCCF under the Convention. Some LDCs have also implemented national funding institutions, e.g., Benin, Senegal, and Rwanda in the framework of the Adaptation Fund, or the Bangladesh Climate Change Resilience Fund.

While knowledge and data gaps regarding mitigation finance are generally higher in developing than in developed countries, they are even more severe in LDCs.

**16**

bank members of IDFC provided 44 billion USD of domestic 'green'[33] finance in 2011 and 2012 (2011 and 2012 USD) (Höhne et al., 2012; IDFC, 2013).

According to UNFCCC (2011a), Annex II countries provided an average of almost 10 billion USD per year of climate finance to developing countries. In 2009, developed countries committed to provide new and additional resources approaching 30 billion USD of 'FSF' to support mitigation and adaptation action in developing countries during 2010–2012. The sum of the announced commitments exceeds 33 billion USD (UNFCCC, 2011b, 2012b; c, 2013a). Data on the amount actually disbursed is not available. Some analyses question whether these funds were 'new and additional' (Brown et al., 2010; Stadelmann et al., 2010, 2011b).

There is limited robust information on the current magnitude of private flows from developed to developing countries. Clapp et al. (2012) estimate the private investment at 37–72 billion USD per year based on 2009–2010 data (2008/2009 USD) and Stadelmann et al. (2013) estimate foreign direct investment as equity and loans in the range of 10 to 37 billion USD (2010 and 2008 USD) per year based on 2008–2011 data.

In reference scenarios as well as in policy scenarios compatible with a 2 °C warming target in 2100, non-OECD countries absorb the greatest share of incremental investments in power generation technologies. Without climate policy, investments in the power sector are mainly directed towards fossil fuels. About 73 % (65 % to 80 %) of global investment in fossil power plants between 2010–2029, and 78 % (76 to 80 %) between 2030–2049, would flow into the non-OECD because many developing countries rely on low-cost coal power plants to supply an ever-growing demand of electricity in the scenarios examined (based on IEA (2011), Carraro et al. (2012), Calvin et al. (2012), and McCollum et al. (2013) used in Section 16.2.2). In a climate policy scenario compatible with a 2 °C warming limit in 2100, non-OECD countries are expected to absorb 51 % (34 % to 66 %) of incremental average annual investment in renewables over 2010–2029, and 67 % (61 % to 73 %) over 2030–2049.

In tackling climate change, developing countries face different types and magnitudes of constraints. Out of the 149 assessed developing countries, only 37 were assigned lower risk country grades. These countries, being attractive for international private sector investment in low-carbon technologies, represent 38 % of global CO$_2$ emissions. However, the majority of developing countries currently exhibits higher country risk grades—reflecting less attractive international invest-

ment conditions—and finds it more difficult to attract foreign private investment (Harnisch and Enting, 2013). Moreover, the lack of technical capacity and training systems is a significant barrier for low-carbon investment in many developing economies (Ölz and Beerepoot, 2010). Between 2005 and 2009, developed countries provided 2.5 billion USD of ODA to support creation of general enabling environments in developing countries (2005–2009 USD) (Stadelmann and Michaelowa, 2011).

Since investment risks for low-carbon projects in developing countries are typically perceived to be higher than in developed countries, the cost of capital and the return requirements of investors are respectively higher. The IRR for general infrastructure in developing countries, for instance, is a median of 20 % compared to about 12 % in developed countries (Ward et al., 2009). Access to affordable long-term capital is limited in many developing countries (Maclean et al., 2008), where local banks are not able to lend for 15–25 years due to balance sheet constraints (Hamilton, 2010), such as the mismatch in the maturity of assets and liabilities. In addition, appropriate financing mechanism for end-users' up-take are also often missing (Derrick, 1998). Moreover, equity finance is scarce in many developed countries, increasing the dependence on project finance. Especially in low-income countries, project sponsors frequently rely on external assistance to cover project development costs for many investments because of their high risks and non-commercial nature (World Bank, 2011d).

Many developing countries use a range of incentives for investments in renewable energies (REs), especially fiscal incentives (OECD, 2013d). Public financing instruments to stimulate RE, such as public investment, loans, or grants, were in place in 57 % of the countries analyzed and FITs were established in 39 developing countries in 2012 (REN21, 2012). Carbon pricing has not yet widely been adopted by developing countries, apart from the non-perfect carbon price incentive via the CDM. However, currently new ETS are set up, planned, or under consideration in some developing countries such as China (provinces and cities), Kazakhstan, Ukraine, Chile, Brazil, and South Korea, but it will take time until such ETS will be fully operational and provide enough investment certainty (Kossoy et al., 2013).

Regional groupings such as the ECOWAS, the ASEAN, and the Mercosur, have been actively promoting sub-regional integration of energy systems and cooperation in climate change activities.

On the national level, there is an on-going attempt to cope with the multiplicity of sources, agents, and channels offering financial resources for climate action (Glemarec, 2011). Most developing countries rely on relevant ministries and agencies chaired by the ministry of the environment or finance to coordinate climate change finance (Gomez-Echeverri, 2010). Some developing countries are establishing national implementing entities and funds that mainstream climate change activities into overall development strategies. Often these institutions are designed to blend international funding with domestic and private sector resources (Flynn, 2011).

---

[33]  'Green' finance as reported by IDFC includes projects with other environmental benefits. Approximately 93 % (80 %) of the 'green' finance by IDFC in 2011 (2012) was climate finance (Höhne et al., 2012; IDFC, 2013).

## 16.9   Gaps in knowledge and data

Scientific literature on investment and finance for low-carbon activities is still very limited and knowledge gaps are substantive.

- **Common definitions and data availability**. To date there are no common definitions for central concepts related to climate finance or financial accounting rules. Neither are there complete or reasonably accurate data on current climate finance and its components, namely developed country sources or commitments, developing country sources or commitments, international flows, and private vs. public sources. The role of domestic and South-South flows and domestic investments in developing countries is also not adequately understood and documented. Frequently it is not possible to distinguish exactly between adaptation and development finance, since they are closely interconnected. Another difficult assessment is on the differences between funding under the ODA and 'new and additional' funds available. Important metrics like the high-carbon investment by sub-sector and region, the carbon intensity of new investments, downward deviations from reference emission pathways, or the cost-effectiveness of global mitigation investments are not tracked systematically.

- **Model outputs and approaches**. Only very limited model results exist for additional investments and incremental costs to abate $CO_2$ emissions in sectors other than energy supply, e.g., via energy efficiency in industry, buildings, and transport, as well as in other sectors like forestry, agriculture, and waste, or to mitigate process and non-$CO_2$ emissions in the petroleum and gas, cement, and chemical industry, or from refrigeration and air conditioning. Very limited analysis has been published that takes a globally consistent perspective of incremental investments and costs at the level of nation states and regions. This perspective could enrich the scientific discussion because global and regional netting approaches among sectors and sub-sectors may fall short of the complexity of real political decision making processes.

- A comprehensive and transparent treatment of investment and technology risks in energy models is not available. The impact of fuel price volatility on low-carbon investments is generally not considered. Reasonably robust quantitative results of the need for additional R&D for low-carbon technologies and practices and on the timing of these needs (infrastructure and technology deployment roadmaps) are not available. While there is literature on mitigation technology diffusion and transfer in general, it is not clear whether specific financial requirements to this end are different from finance for other mitigation activities.

- For the energy sector, there is no convergence on the order of magnitude of net incremental investment costs across its sub-sectors. Interactions of stringent climate policies with overall growth and investment of individual economies and the world economy as a whole are also not yet well understood.

- **Effectiveness and efficiency of climate finance.** Knowledge about enabling environments for effective deployment of climate finance in any country is insufficient. There is very limited empirical evidence to relate the concept of low-carbon activities to macro determinants from a cross-country perspective. More research is especially needed regarding determinants for mitigation investment in LDCs.

- There is only case-specific knowledge by practitioners on the selection and combination of instruments that are most effective at shifting (leveraging) private investment to mitigation and adaptation. There is no general understanding of what are the efficient levers to mobilize private investment and its potential in any country (since they will differ by investment and country).

- The effectiveness of different public climate finance channels in driving low-carbon development is insufficiently analyzed. Estimates of the incremental cost value of public guarantees, export insurances, and non-concessional loans of development banks would provide valuable insights. Little is known on determinants for an economically efficient and effective allocation of public climate finance. A comprehensive assessment of the interrelation between private and public sector actors in sharing incremental costs and risks of mitigation investments, for example, via concessional loans or guarantee instruments has not been undertaken yet.

- There is no agreement yet which institutional arrangements are more effective at which level (international—national—local) and for what investment in which sector. However, an understanding of the key determinants of this efficiency and of the nature of a future international climate policy agreement is needed first.

- **Balance between mitigation and adaptation finance and investment.** The optimal balance, including its time dimension, is a difficult exercise given the lack of modelling of any direct interaction between adaptation and mitigation in terms of their specific effectiveness and tradeoffs. A better-informed assessment of the effective integration of mitigation and adaptation, including tradeoffs and cost avoidance estimates, is needed. Moreover, there is limited research and literature to assess synergies and tradeoffs between and across sector-specific mitigation and adaptation measures from the specific financing and investment point of view.

16

## 16.10 Frequently Asked Questions

### FAQ 16.1 What is climate finance?

There is no agreed definition of climate finance. The term 'climate finance' is applied both to the financial resources devoted to addressing climate change globally and to financial flows to developing countries to assist them in addressing climate change. The literature includes multiple concepts within each of these broad categories.

There are basically three types of metrics for **financial resources devoted to addressing climate change globally**. *Total climate finance* includes all financial flows whose expected effect is to reduce net greenhouse gas emissions and/or to enhance resilience to the impacts of climate variability and the projected climate change. This covers private and public funds, domestic and international flows, expenditures for mitigation and adaptation, and adaptation to current climate variability as well as future climate change. It covers the full value of the financial flow rather than the share associated with the climate change benefit; e.g., the entire investment in a wind turbine rather than the portion attributed to the emission reductions. The *incremental investment* is the extra capital required for the initial investment to implement a mitigation or adaptation measure, for example, the investment in wind turbines less the investment that would have been required for a natural gas generating unit displaced. Since the value depends on a hypothetical alternative, the incremental investment is uncertain. The *incremental costs* reflect the cost of capital of the incremental investment and the change of operating and maintenance costs for a mitigation or adaptation project in comparison to a reference project. It can be calculated as the difference of the net present values of the two projects. Values depend on the incremental investment as well as projected operating costs, including fossil fuel prices, and the discount rate.

**Financial flows to assist developing countries in addressing climate change** typically cover the following three concepts. The *total climate finance* flowing to developing countries is the amount of the total climate finance invested in developing countries that comes from developed countries. This covers private and public funds for mitigation and adaptation. *Public climate finance* provided to developing countries is the finance provided by developed countries' governments and bilateral institutions as well as multilateral institutions for mitiga-

tion and adaptation activities in developing countries. *Private climate finance flowing to developing countries* is finance and investment by private actors in/from developed countries for activities in developing countries. Under the UNFCCC, *climate finance* is not well-defined. Annex II Parties provide and mobilize funding for climate related activities in developing countries. Most of the funds provided are concessional loans and grants.

### FAQ 16.2 How much investment and finance is currently directed to projects that contribute to mitigate climate change and how much extra flows will be required in the future to stay below the 2 °C limit?

Current climate finance was estimated at around 359 billion USD per year of which 337 billion USD per year was invested in mitigation using a mix of 2011 and 2012 data (2011/2012 USD). This covers the full investment in mitigation measures, such as renewable energy generation technologies that also produce other goods or services. Climate finance invested in developed countries amounted to 177 billion USD and in developing countries 182 billion USD (2011/2012 USD).

Climate policy is expected to induce a significant change in investment pattern in all scenarios compatible with a 2 °C limit. Based on data from a limited number of scenarios, there would need to happen a remarkable reallocation of investments in the power sector from fossil fuels to low-emissions generation technologies (renewable power generation, nuclear, and electricity generation with CCS). While annual investment in conventional *fossil-fired power plants without CCS* is estimated to decline by about 30 billion USD per year in 2010–2029 (i.e., by 20 % compared to 2010), annual investment in *low-emission generation technologies* is expected to increase by about 147 billion USD per year (i.e., by 100 % compared to 2010), over the same period.

Investment in *energy efficiency in the building, transport, and industry sector* would need to increase by several hundred billion USD per year from 2010–2029. Information on investment needs in other sectors, e.g., $CO_2$ to abatement processes or non-$CO_2$ emissions, is sparse.

Model results suggest that *deforestation* could be reduced against current deforestation trends by 50 % with an investment of 21 to 35 billion USD annually.

# References

**ADB (2003).** Poverty and Environment Fund. Asian Development Bank. Available at: http://www.adb.org/sites/default/files/r123–03.pdf.

**ADB (2011).** Carbon Market Program: Future Carbon Fund—Change in Fund Regulations. Asian Development Bank. Available at: http://www.adb.org/sites/default/files/cmp-carbon-fund-regulation-change.pdf.

**AfDB (2009).** Congo Basin Forest Fund. Operational Procedures. African Development Bank. Available at: http://www.afdb.org/fileadmin/uploads/afdb/Documents/Policy-Documents/Congo%20Basin%20Forest%20Fund%20-%20Operational%20Procedures%20EN.pdf.

**AfDB, ADB, EBRD, EIB, IDB, IFC, and World Bank (2012a).** Joint MDB Report on Adaptation Finance 2011. AfDB, ADB, EBRD, EIB, IDB, IFC, World Bank. Available at: http://climatechange.worldbank.org/sites/default/files/Joint%20MDB%20Report%20on%20Adaptation%20Finance%202011.pdf.

**AfDB, ADB, EBRD, EIB, IDB, IFC, and World Bank (2012b).** Joint MDB Report on Mitigation Finance 2011. AfDB, ADB, EBRD, EIB, IDB, IFC, World Bank. Available at: http://climatechange.worldbank.org/sites/default/files/MMF_2011_version_21.pdf.

**AfDB, ADB, EBRD, EIB, IDB, IFC, and World Bank (2013).** Joint Report on MDB Climate Finance 2012. AfDB, ADB, EBRD, EIB, IDB, IFC, World Bank. Available at: http://www.ebrd.com/downloads/sector/sei/climate-finance-2012.pdf.

**AGF (2010).** *Report of the Secretary-General's High-Level Advisory Group on Climate Change Financing (AGF).* United Nations, New York, NY, USA, Available at: http://www.un.org/wcm/webdav/site/climatechange/shared/Documents/AGF_reports/AGF%20Report.pdf.

**Alberola E., and N. Stephan (2010).** *Carbon Funds in 2010: Investment in Kyoto Credits and Emissions Reductions*. CDC Climate, Paris, France, Available at: http://www.policymeasures.com/content/files/Carbon_Funds_2010.pdf.

**Amazon Fund (2012).** Purpose and Management. *Amazon Fund.* Available at: http://www.amazonfund.gov.br/FundoAmazonia/fam/site_en/Esquerdo/Fundo/.

**Asian Development Bank (2012).** Services. *The Carbon Market Programme.* Available at: http://adb-fcf.org/services/.

**Asian Development Bank (2013a).** Asia Pacific Carbon Fund (APCF). Available at: http://www.adb.org/site/funds/funds/asia-pacific-carbon-fund-apcf.

**Asian Development Bank (2013b).** Future Carbon Fund (FCF). Available at: http://www.adb.org/site/funds/funds/future-carbon-fund-fcf.

**Asian Development Bank (2013c).** Clean Energy Financing Partnership Facility (CEFPP). Available at: http://www.adb.org/site/funds/funds/clean-energy-financing-partnership-facility.

**Ayers J.M., and S. Huq (2009).** Supporting Adaptation to Climate Change: What Role for Official Development Assistance? *Development Policy Review* **27**, 675–692. doi: 10.1111/j.1467-7679.2009.00465.x, ISSN: 1467–7679.

**Baumert K.A., T. Herzog, and J. Pershing (2005).** *Navigating the Numbers. Greenhouse Gas Data and International Climate Policy.* World Resources Institute (WRI), Washington, D.C., USA, ISBN: 1–56973–599–9.

**BCCRF (2012).** About us. *Bangladesh Climate Change Resilience Fund (BCCRF).* Available at: http://bccrf-bd.org/.

**Biermann F., O. Davies, and N. van der Grijp (2009).** Environmental policy integration and the architecture of global environmental governance. *International Environmental Agreements* **9**, 351–369. doi: DOI 10.1007/s10784–009–9111–0.

**Birckenbach F. (2010).** Instruments to Finance Climate Protection and Adaptation Investments in Developing and Transition Countries. KfW Entwicklungsbank. Available at: https://www.kfw-entwicklungsbank.de/Download-Center/PDF-Dokumente-Positionspapiere/2010_10_Klima_E.pdf.

**Blyth W., M. Yang, and R. Bradley (2007).** *Climate Policy Uncertainty and Investment Risk.* International Energy Agency, Paris, France, ISBN: 978-92-64-03014-5-2007.

**BNEF (2011).** Have developed nations broken their promise on $30bn? Bloomberg New Energy Finance. Available at: http://bnef.com/WhitePapers/download/47.

**Bolger J. (2000).** *Capacity Development: Why, What and How.* Canadian International Development Agency, Gatineau, Quebec, Available at: http://portals.wi.wur.nl/files/docs/SPICAD/16.%20Why%20what%20and%20how%20of%20capacity%20development%20-%20CIDA.pdf.

**Bosello F., C. Carraro, and E. De Cian (2010).** Climate Policy and the Optimal Balance Between Mitigation, Adaptation and Unavoided Damage. *Climate Change Economics* **01**, 71. doi: 10.1142/S201000781000008X, ISSN: 2010–0078.

**Bosetti V., C. Carraro, M. Duval, and M. Tavoni (2011).** What should we expect from innovation? A model-based assessment of the environmental and mitigation cost implications of climate-related R&D. *Energy Economics* **33**, 1313–1320. doi: 10.1016/j.eneco.2011.02.010, ISSN: 0140–9883.

**Brinkerhoff D.W. (2004).** The Enabling Environment for Implementing the Millennium Development Goals: Government Actions to Support NGOs. Research Triangle Institute, Washington, DC, USA. 18 pp. Available at: http://www.rti.org/pubs/Brinkerhoff_pub.pdf.

**Brown J., N. Bird, and L. Schalatek (2010).** Climate finance additionality: emerging definitions and their implications. Heinrich Böll Foundation North America. Available at: http://www.odi.org.uk/sites/odi.org.uk/files/odi-assets/publications-opinion-files/6032.pdf.

**De Bruin K., R. Dellink, and S. Agrawala (2009).** Economic Aspects of Adaptation to Climate Change: Integrated Assessment Modelling of Adaptation Costs and Benefits. *OECD Environment Working Papers No. 6, OECD* **ENV/WKP(2009)1.** doi: 10.1787/225282538105.

**Brunner S., C. Flachsland, and R. Marschinski (2012).** Credible commitment in carbon policy. *Climate Policy* **12**, 255–271. doi: 10.1080/14693062.2011.582327.

**Brunnschweiler C.N. (2010).** Finance for renewable energy: an empirical analysis of developing and transition economies. *Environment and Development Economics* **15**, 241–274. doi: 10.1017/S1355770X1000001X.

**Buchner B., A. Falconer, M. Hervé-Mignucci, and C. Trabacchi (2012).** *The Landscape of Climate Finance 2012.* Climate Policy Initiative, Venice, Italy, Available at: http://climatepolicyinitiative.org/wp-content/uploads/2012/12/The-Landscape-of-Climate-Finance-2012.pdf.

**Buchner B., A. Falconer, M. Hervé-Mignucci, and C. Trabacchi (2013a).** The landscape of climate finance. In: *International Climate Finance.* E. Haites, (ed.), Earthscan, London, United KingdomISBN: forthcoming.

**Buchner B., A. Falconer, M. Hervé-Mignucci, C. Trabacchi, and M. Brinkmann (2011).** *The Landscape of Climate Finance.* Climate Policy Initiative, Venice, Italy, Available at: http://climatepolicyinitiative.org/sgg/files/2011/10/The-Landscape-of-Climate-Finance-120120.pdf.

**16**

Buchner B., Hervé-Mignucci, C. Trabacchi, J. Wilkinson, M. Stadelmann, R. Boyd, F. Mazza, A. Falconer, and V. Micale (2013b). *The Global Landscape of Climate Finance 2013.* Climate Policy Initiative (CPI), Venice, Italy, Available at: http://climatepolicyinitiative.org/wp-content/uploads/2013/10/The-Global-Landscape-of-Climate-Finance-2013.pdf.

Burleson E. (2007). Multilateral Climate Change Mitigation. In: *Climate Change Symposium, University of San Francisco Law Review.* University of San Francisco, San Francisco, CA, USA. 373 pp. Available at: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=982763.

Calvin K., L. Clarke, V. Krey, G. Blanford, K. Jiang, M. Kainuma, E. Kriegler, G. Luderer, and P.R. Shukla (2012). The role of Asia in mitigating climate change: Results from the Asia modelling exercise. *Energy Economics* 34, Supplement 3, S251–S260. doi: 10.1016/j.eneco.2012.09.003, ISSN: 0140–9883.

Carmody J., and D. Ritchie (2007). *Investing in Clean Energy and Low Carbon Alternatives in Asia.* Asian Development Bank, Manila, Philippines, 114 pp. Available at: http://www-personal.umich.edu/~thoumi/Research/Carbon/Issues/Best%20Practices/clean-energy-low-carbon-alternatives-in-asia.pdf.

Carraro C., A. Favero, and E. Massetti (2012). Investments and public finance in a green, low carbon, economy. *Energy Economics* 34, Supplement 1, S15–S28. doi: 10.1016/j.eneco.2012.08.036, ISSN: 0140–9883.

Carraro C., and E. Massetti (2011). Beyond Copenhagen: a realistic climate policy in a fragmented world. *Climatic Change* 110, 523–542. doi: 10.1007/s10584-011-0125-6, ISSN: 0165–0009, 1573–1480.

Caruso R., and J. Ellis (2013). *Comparing Definitions and Methods to Estimate Mobilised Climate Finance.* OECD, Paris, France, Available at: http://www.oecd-ilibrary.org/environment/comparing-definitions-and-methods-to-estimate-mobilised-climate-finance_5k44wj0s6fq2-en.

CDMF (2012). About us. *China Clean Development Mechanism Fund.* Available at: http://www.cdmfund.org/eng/about_us.aspx?m=20121025100609733502.

Clapp C., J. Ellis, J. Benn, and J. Corfee-Morlot (2012). *Tracking Climate Finance: What and How?* Organization for Economic Cooperation and Development/International Energy Agency, Paris, France, 44 pp. Available at: http://www.oecd.org/env/climatechange/50293494.pdf.

CMIA (2013). Climate Market and Investment Association (CMIA). Available at: http://www.cmia.net/.

Corfee-Morlot J., L. Kamal-Chaoui, M.G. Donovan, I. Cochran, A. Robert, and J. Teasdale (2009). *Cities, Climate Change and Multilevel Governance.* Organization for Economic Cooperation and Development, Paris, France, Available at: http://www.oecd.org/dataoecd/30/35/44232263.pdf.

Cory K., T. Couture, and C. Kreycik (2009). *Feed-in Tariff Policy: Design, Implementation, and RPS Policy Interactions.* National Renewable Energy Laboratory, Golden, Colorado, USA, Available at: http://www.nrel.gov/docs/fy09osti/45549.pdf.

Della Croce R., F. Stewart, and J. Yermo (2011). Promoting long-term investments by institutional investors. *OECD Journal: Financial Market Trends* 1, 145–164. doi: 10.1787/fmt-2011-5kg55b0z1ktb.

Dellink R., M. den Elzen, H. Aiking, E. Bergsma, F. Berkhout, T. Dekker, and J. Gupta (2009). Sharing the Burden of Financing Adaptation to Climate Change. *Global Environmental Change* 19, 411–421. doi: 10.1016/j.gloenvcha.2009.07.009, ISSN: 0959–3780.

Derrick A. (1998). Financing mechanisms for renewable energy. *Renewable Energy* 15, 211–214.

Dowlatabadi H. (2007). On Integration of Policies for Climate and Global Change. *Mitigation and Adaptation Strategies for Global Change* 12, 651–663. doi: 10.1007/s11027-007-9092-7.

ECOSOC (2008). *Trends in South-South and Triangular Development Cooperation. Background Study for the Development Cooperation Forum.* United Nations Economic and Social Council, New York, NY, 58 pp. Available at: http://www.un.org/en/ecosoc/docs/pdfs/south-south_cooperation.pdf.

Ehrlich I., and G.S. Becker (1972). Market Insurance, Self-Insurance, and Self-Protection. *Journal of Political Economy* 80, 623–648. ISSN: 0022–3808.

European Commission (2012). Phase 2 auctions (2008–2012). Information by Member States. *Climate Change Directorate General-Policies-Emission Trading Systemt-EU ETS 2005–2012.* Available at: http://ec.europa.eu/clima/policies/ets/pre2013/second/index_en.htm.

Eyraud L., A.A. Wane, C. Zhang, and B. Clements (2011). *Who's Going Green and Why? Trends and Determinants of Green Investment.* International Monetary Fund, Washington, D.C., USA, Available at: http://www.imf.org/external/pubs/cat/longres.aspx?sk=25440.0.

Fallasch F., and L. De Marez (2010). New and Additional? An assessment of fast-start finance commitments of the Copenhagen Accord. Climate Analytics. Available at: http://www.climateanalytics.org/sites/default/files/attachments/publications/101201_additionality_final.pdf.

Figueiredo P.N. (2003). Learning, capability accumulation and firms differences: evidence from latecomer steel. *Industrial and Corporate Change* 12, 607–643. doi: 10.1093/icc/12.3.607.

Fisher S. (2013). Low carbon resilience in the least developed countries: a panacea to address climate change? *International Institute for Environment and Development. Climate Change, Policy and Planning.* Available at: http://www.iied.org/low-carbon-resilience-least-developed-countries-panacea-address-climate-change.

Flynn C. (2011). *Blending Climate Finance through National Climate Funds: A Guidebook for the Design and Establishment of National Funds to Achieve Climate Change Priorities.* United Nations Development Programme, New York, NY, USA, Available at: http://www.undp.org/content/dam/undp/library/Environment%20and%20Energy/Climate%20Change/Capacity%20Development/Blending_Climate_Finance_Through_National_Climate_Funds.pdf.

Fordelone T.Y. (2011). *Triangular Co-Operation and Aid Effectiveness. Can Triangular Cooperation Make Aid More Effective?* Organization for Economic Cooperation and Development, Paris, France, Available at: http://www.oecd.org/dataoecd/63/37/46387212.pdf.

Forstater M., and R. Rank (2012). *Towards Climate Finance Transparency.* Aidinfo/ Publish What You Fund, London, UK, Available at: http://www.publishwhatyoufund.org/updates/news/towards-climate-finance-transparency/.

Frankfurt School-UNEP Centre (2013). *Global Trends in Renewable Energy Investment 2013.* Frankfurt School-UNEP Centre/ Bloomberg New Energy Finance, Frankfurt, Germany, 88 pp. Available at: http://fs-unep-centre.org/sites/default/files/attachments/gtr2013keyfindings.pdf.

Frankfurt School-UNEP Centre, and BNEF (2012). *Global Trends in Renewable Energy Investment 2012.* United Nations Environment Programme, Paris, France. Available at: http://fs-unep-centre.org/sites/default/files/publications/globaltrendsreport2012final.pdf.

Frisari G., M. Hervé-Mignucci, V. Micale, and F. Mazza (2013). *Risk Gaps: A Map of Risk Mitigation Instruments for Clean Investments*. Climate Policy Initiative. Available at: http://climatepolicyinitiative.org/wp-content/uploads/2013/01/Risk-Gaps-A-Map-of-Risk-Mitigation-Instruments-for-Clean-Investments.pdf.

Fulton M., B.M. Kahn, N. Mellquist, E. Soong, J. Baker, L. Cotter, and S. Kreibiehl (2010). *GET FiT Program. Global Energy Transfer Feed-in Tariffs for Developing Countries*. DB Climate Change Advisors, Frankfurt, Germany. Available at: https://www.dbadvisors.com/content/_media/GET_FIT_-_042610_FINAL.pdf.

Germany Federal Ministry for the Environment Nature Conservation and Nuclear Safety (2012). About the ICI. *International Climate Initiative*. Available at: http://www.bmu-klimaschutzinitiative.de/en/about_the_ici.

Gillingham K., and J. Sweeney (2011). Barriers to Implementing Low Carbon Technologies. Stanford-RFF Climate Policy Conference. 27 pp. Available at: http://www.yale.edu/gillingham/GillinghamSweeney_CCE12_BarriersLowCarbonTechs.pdf.

Glemarec Y. (2011). *Catalyzing Climate Finance: A Guidebook on Policy and Financing Options to Support Green, Low-Emission and Climate-Resilient Development*. United Nations Development Programme, New York, NY, USA, 160 pp.

Global Investor Coalition on Climate Change (2013). Global Investor Coalition on Climate Change. Available at: http://globalinvestorcoalition.org/.

Gomez-Echeverri L. (2010). National Funding Entities. Their Role in the Transition to a New Paradigm of Global Cooperation on Climate Change. Climate Strategies, European Capacity Building Initiative. Available at: http://www.climatestrategies.org/component/reports/category/55/266.html.

Greene W. (2004). Aid fragmentation and proliferation: Can donors improve the delivery of climate finance? *IDS Bulletin* **35**, 66–75. doi: 10.1111/j.1759-5436.2004.tb00137.x.

Grubb M. (2011). International Climate Finance from border cost levelling. *Climate Policy* **11**, 1050–1057.

Haites E. (2011). Climate change finance. *Climate Policy* **11**, 963–69.

Haites E., and C. Mwape (2013). Sources of long-term climate change finance. In: *International Climate Finance*. E. Haites, (ed.), Routledge, Abingdon, UK ISBN: 1849714053.

Halsnæs K., and J. Verhagen (2007). Development based climate change adaptation and mitigation—conceptual issues and lessons learned in studies in developing countries. *Mitigation and Adaptation Strategies for Global Change* **12**, 665–684. doi: 10.1007/s11027-007-9093-6, ISSN: 1381–2386, 1573–1596.

Hamilton K. (2010). *Scaling up Renewable Energy in Developing Countries: Finance and Investment Perspectives*. Chatham House, London, United Kingdom. Available at: http://www.chathamhouse.org/sites/default/files/public/Research/Energy,%20Environment%20and%20Development/0410pp_hamilton.pdf.

Hamilton K., and S. Justice (2009). *Private Financing of Renewable Energy: A Guide for Policy Makers*. United Nations Environment Programme-Sustainable Energy Finance Initiative, Bloomberg Renewable Energy Finance, Chatham House, London, UK, 28 pp. Available at: http://sefi.unep.org/fileadmin/media/sefi/docs/publications/Finance_guide_FINAL-.pdf.

Harmeling S., and D. Eckstein (2012). *Global Climate Risk Index 2013: Who Suffers Most from Extreme Weather Events? Weather-Related Loss Events in 2011 and 1992 to 2011*. Germanwatch, Bonn, Germany, ISBN: 978–3-943704–04–4.

Harnisch J., and K. Enting (2013). Country risk levels and cost of political risk of international greenhouse gas mitigation projects. *Greenhouse Gas Measurement and Management* **3**, 55–63. doi: 10.1080/20430779.2013.815088.

HBF, and ODI (2013). Global Climate Finance Architecture. Available at: http://www.climatefundsupdate.org/global-trends/global-finance-architecture.

Höhne N., S. Khosla, H. Fekete, and A. Gilbert (2012). *Mapping of Green Finance Delivered by IDFC Members in 2011*. International Development Finance Club, Frankfurt, Germany,

ICCTF (2012). Background. *Indonesia Climate Change Trust Fund (ICCTF)*. Available at: http://www.icctf.or.id/about/background/.

ICTSD (2012). Ways to promote enabling environment and to address barriers to technology development and transfer. International Centre for Trade and Sustainable Development (ICTSD). Available at: http://unfccc.int/ttclear/sunsetcms/storage/contents/stored-file-20130422151335147/ICTSD_EE.pdf.

IDB (2011). The Energy Efficiency Guarantee Mechanism. Inter-American Development Bank. Available at: http://idbdocs.iadb.org/wsdocs/getdocument.aspx?docnum=36200782.

IDFC (2013). *Mapping of Green Finance Delivered by IDFC Members in 2012*. International Development Finance Club (IDFC), Frankfurt, Germany, 33 pp. Available at: http://www.idfc.org/Downloads/Publications/01_green_finance_mappings/IDFC_Green_Finance_Mapping_Report_2013_11–01–13.pdf.

IEA (2009). *World Energy Outlook 2009*. International Energy Agency, Paris, France, 708 pp. ISBN: 978-92-64-06130-9.

IEA (2011). *World Energy Outlook 2011*. OECD/IEA, Paris, France. ISBN: 978-92-64-18084-0.

IFC (2009). IFC's role and additionality: A primer. International Finance Corporation. Available at: http://www.ifc.org/wps/wcm/connect/e8b825004750cb4db38 7bfbae11ad79f4/AdditionalityPrimer.pdf?MOD=AJPERES.

IFC (2013). Overview of Local Currency Loans and Hedges. *International Finance Corporation Treasury*.

Illmann J., M. Halonen, P. Rinne, S. Huq, and S. Tveitdal (2013). *Scoping Study Financing Adaptation-Mitigation Synergy Activities*. Nordic Council of Ministers, Copenhagen, Denmark, Available at: http://www.norden.org/en/publications/publikationer/2013–902.

Inderst G., C. Kaminker, and F. Stewart (2012). *Defining and Measuring Green Investments: Implications for Institutional Investors' Asset Allocations*. Organization for Economic Cooperation and Development, Paris, France, 55 pp. Available at: http://www.oecd.org/finance/privatepensions/WP_24_Defining_and_Measuring_Green_Investments.pdf.

Ingham A., J. Ma, and A.M. Ulph (2005). *Can Adaptation and Mitigation Be Complements?* Tyndall Centre for Climate Change Research, Norwich, UK, 15 pp. Available at: http://www.tyndall.ac.uk/sites/default/files/wp79.pdf.

Isenberg J., and C. Potvin (2010). Financing REDD in developing countries: A supply and demand analysis. *Climate Policy* **10**, 216–231.

De Jager D., and M. Rathmann (2008). *Policy Instrument Design to Reduce Financing Costs in Renewable Energy Technology Projects*. International Energy Agency/ Implementing Agreement on Renewable Energy Technology Deployment, Paris, France, 72 pp. Available at: http://iea-retd.org/wp-content/uploads/2011/10/Policy_Main-Report.pdf.

Jamison E. (2010). *From Innovation to Infrastructure: Financing First Commercial Clean Energy Projects*. CalCEF Innovations, San Francisco, CA, USA, Available at: http://calcef.org/files/20100601_Jamison.pdf.

Junghans L., and S. Harmeling (2013). Different Tales from Different Countries. A first assessment of the OECD "Adaptation Marker." Germanwatch. Available at: http://germanwatch.org/en/download/7083.pdf.

Jürgens I., H. Amecke, R. Boyd, B. Buchner, A. Novikova, A. Rosenberg, K. Stelmakh, and A. Vasa (2012). The Landscape of Climate Finance in Germany. Climate Policy Initiative (CPI), Berlin, Germany, Available at: http://climatepolicyinitiative.org/wp-content/uploads/2012/11/Landscape-of-Climate-Finance-in-Germany-Full-Report.pdf.

Kaminker C., and F. Stewart (2012). Role of Institutional Investors in Financing Clean Energy. Organization for Economic Cooperation and Development Publishing, Paris, France, Available at: http://www.oecd.org/insurance/privatepensions/WP_23_TheRoleOfInstitutionalInvestorsInFinancingCleanEnergy.pdf.

Kane S., and J.F. Shogren (2000). Linking Adaptation and Mitigation in Climate Change Policy. Climatic Change 45, 75–102. doi: 10.1023/A:1005688900676.

Khan S.M.M., S. Huq, and M. Shamsuddoha (2012). The Bangladesh National Climate Funds. International Institute for Environment and Development/European Capacity Building Initiative, London/ Oxford, Uk, Available at: http://ldcclimate.wordpress.com/ldc-paper-series/.

Kindermann G., M. Obersteiner, B. Sohngen, J. Sathaye, K. Andrasko, E. Rametsteiner, B. Schlamadinger, S. Wunder, and R. Beach (2008). Global cost estimates of reducing carbon emissions through avoided deforestation. Proceedings of the National Academy of Sciences of the United States 105, 10302–10307. doi: 10.1073/pnas.0710616105.

Kirkman G.A., S. Seres, and E. Haites (2013). Renewable energy: Comparison of CDM and Annex I projects. Energy Policy 63, 995–1001. doi: 10.10.16/j.enpol.2013.08.071.

Klein A., A. Held, M. Ragwitz, G. Resch, and T. Faber (2007). Evaluation of Different Feed-in Tariff Design Options: Best Practice Paper for the International Feed-in Cooperation. Karlsruhe, Germany and Laxenburg, Austria: Fraunhofer Institut Für Systemtechnik Und Innovationsforschung and Vienna University of Technology Energy Economics Group.

Kossoy A., R.C. Reddy, M. Bossi, and S. Boukerche (2013). Mapping Carbon Pricing Initiatives. Developments and Prospects 2013. World Bank, Washington, DC, USA, 98 pp. Available at: https://www.thepmr.org/system/files/documents/Mapping%20Carbon%20Pricing%20Initiatives-%20Developments%20and%20Prospects.pdf.

Kubert C., and M. Sinclair (2011). State Support for Clean Energy Deployment: Lessons Learned for Potential Future Policy. National Renewable Energy Laboratory (NREL), Golden, Colorado, USA, 97 pp. Available at: http://www.cleanenergystates.org/assets/2011-Files/Renewable-Energy-Finance/49340.pdf.

Lall S. (2002). Linking FDI and Technology Development for Capacity Building and Strategic Competitiveness. Transnational Corporations 11, 39–88. ISSN: 1014–9562.

Lecocq F., and Z. Shalizi (2007). Balancing Expenditures on Mitigation of and Adaptation to Climate Change: An Exploration of Issues Relevant to Developing Countries. World Bank Policy Research Working Paper WPS4299, 48. Available at: http://www-wds.worldbank.org/external/default/WDSContentServer/WDSP/IB/2007/08/02/000158349_20070802095523/Rendered/PDF/wps4299.pdf.

Lewis T., and D. Nickerson (1989). Self-insurance Against Natural Disasters. Journal of Environmental Economics and Management 16, 209–223. doi: 10.1016/0095-0696(89)90010-7, ISSN: 0095–0696.

Li J. (2011). Supporting greenhouse gas mitigation in developing cities: a synthesis of financial instruments. Mitigation and Adaptation Strategies for Global Change 16, 667–698. doi: 10.1007/s11027-011-9288-8.

Linacre N., A. Kossoy, and P. Ambrosi (2011). State and Trends of the Carbon Market 2011. World Bank, Washington DC, USA, 84 pp. Available at: http://siteresources.worldbank.org/INTCARBONFINANCE/Resources/StateAndTrend_LowRes.pdf.

Machado-Filho H. (2011). Financial mechanisms under the climate regime. In: Promoting Compliance in an Evolving Climate Regime. J. Brunnée, M. Doelle, L. Rajamani (eds.), Cambridge University Press, pp. 216–239. ISBN: 9780521136136.

Maclean J., J. Tan, D. Tirpak, V. Sonntag-O'Brien, and E. Usher (2008). Public Finance Mechanisms to Mobilize Investment in Climate Change Mitigation. United Nations Environment Programme/ Sustainable Energy Finance Initiative. Available at: http://www.sefalliance.org/fileadmin/media/sefalliance/docs/Resources/UNEP_Public_Finance_Report.pdf.

Marangoni G., and M. Tavoni (2013). The clean energy R&D gap to 2C. Climate Change Economics in press. Available at: http://www.feem.it/userfiles/attach/201312518485O4NDL2013–093.pdf.

Marsh (2006). Scoping Study on Financial Risk Management Instruments for Renewable Energy Projects. United Nations Environment Programme/ Sustainable Energy Finance Initiative, London, UK, 146 pp. Available at: http://www.newenergyfrontier.com/references/Articles/Financing%20Risk%20Study.pdf.

McCollum D., Y. Nagai, K. Riahi, G. Marangoni, K. Calvin, R. Pietzcker, J. van Vliet, and B. van der Zwaan (2013). Energy investments under climate policy: a comparison of global models. Climate Change Economics Forthcoming.

McKenzie Hedger M., E. Martinot, T. Onchan, D. Ahuja, W. Chantanakome, M. Grubb, J. Gupta, T. Heller, L. Junfeng, M. Mansley, C. Mehl, B. Natarajan, T. Panayotou, J. Turkson, and D. Wallace (2000). Enabling Environments for Technology Transfer. Special Report. In: Methodological and Technological Issues in Technology Transfer [D. Wallace, B. Metz, O. Davidson, J.-W. Martens, S. van Rooijen, L. van Wie McGrory (eds)]. Intergovernmental Panel for Climate Change, Geneva, Switzerland, pp. 107–141.

McKinsey (2009). Pathways to a Low-Carbon Economy. Version 2 of the Global Greenhouse Gas Abatement Cost Curve. McKinsey, New York, NY, USA. Available at: https://solutions.mckinsey.com/ClimateDesk/default.aspx.

Michaelowa A., and K. Michaelowa (2011). Coding Error or Statistical Embellishment? The Political Economy of Reporting Climate Aid. World Development 39. doi: 10.1016/j.worlddev.2011.07.020.

MIGA (2012). Annual Report 2012. Multilateral Investment Guarantee Agency (MIGA), Washington, D.C., USA, ISBN: 978–0-8213–9735–0.

Mitchell C., J.L. Sawin, G.R. Pokharel, D. Kammen, Z. Wang, S. Fifita, M. Jaccard, O. Langniss, H. Lucas, A. Nadai, R. Trujillo Blanco, E. Usher, A. Verbruggen, R. Wüstenhagen, and K. Yamaguchi (2011). Policy, Financing and Implementation. In: IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 865–950. ISBN: 9781107607101.

Nakooda S., T. Fransen, T. Kuramochi, A. Caravani, A. Prizzon, N. Shimizu, H. Tilley, A. Halimanjaya, and B. Welham (2013). *Mobilising International Climate Finance: Lessons from the Fast-Start Finance Period*. Overseas Development Institute, World Resources Institute, Institute for Global Environmental Strategies, London, UK; Washington, D.C., USA; Kanagawa, Japan, Available at: http://www.wri.org/sites/default/files/mobilising_international_climate_finance.pdf.

New Zealand Ministry for the Environment (2012). The New Zealand Emission Trading Scheme. NZ ETS 2011 - Facts and figure. Info 662. New Zealand Ministry for the Environment. Available at: http://www.climatechange.govt.nz/emissions-trading-scheme/building/reports/ets-report/nzets-2011-facts-and-figures-2012.pdf.

Niggli U., A. Fließbach, P. Hepperly, and N. Scialabba (2009). *Low Greenhouse Gas Agriculture: Mitigation and Adaptation Potentials of Sustainable Farming Systems*. Food and Agriculture Organization of the United Nations, Rome, Italy,

Ockwell D.G., J. Watson, G. MacKerron, P. Pal, and F. Yamin (2008). Key Policy Considerations for Facilitating Low-carbon Technology Transfer to Developing Countries. *Energy Policy* 36, 4104–4115. doi: 10.1016/j.enpol.2008.06.019.

OECD (2008). The Paris Declaration on Aid Effectiveness and the Accra Agenda for Action. Organization for Economic Cooperation and Development Publishing. Available at: http://www.oecd.org/development/effectiveness/34428351.pdf.

OECD (2012). OECD.StatExtracts. Aid activities targeting global environmental objectives. Available at: http://stats.oecd.org/Index.aspx?DataSetCode= RIOMARKERS.

OECD (2013a). *A Post 2015 Information System for International Development and Climate Finance*. Organization for Economic Cooperation and Development Publishing, Paris, France, 18 pp. Available at: http://www.post2015hlp.org/wp-content/uploads/2013/05/OECD_A-Post-2015-Information-System-for-International-Development-and-Climate-Finance.pdf.

OECD (2013b). Development Co-operation Directorate (DCD-DAC). Available at: http://www.oecd.org/dac/.

OECD (2013c). Arrangement on Officially Supported Export Credits. 1 October 2013. TAD/PG (2013) 11. Organization for Economic Cooperation and Development Publishing. Available at: http://search.oecd.org/officialdocuments/displaydocumentpdf/?doclanguage=en&cote=tad/pg%282013 %2911.

OECD (2013d). *Policy Guidance for Investment in Clean Energy Infrastructure. Expanding Access to Clean Energy for Green Growth and Development*. Organization for Economic Cooperation and Development Publishing, Paris, France, 69 pp. Available at: http://www.oecd.org/daf/inv/investment-policy/CleanEnergyInfrastructure.pdf.

Olbrisch S., E. Haites, M. Savage, P. Dadhich, M.K.U.N.D.P.-E. Shrivastava, and 304 East 45th Street Energy Group (2011). Estimates of incremental investment for and cost of mitigation measures in developing countries. *Climate Policy* 11, 970. ISSN: 1469–3062.

Ölz S., and M. Beerepoot (2010). *Deploying Renewables in Southeast Asia: Trends and Potentials*. Organization for Economic Cooperation and Development Publishing; International Energy Agency, Paris, France, 164 pp.

OPIC (2012). *OPIC 2011 Annual Report. Investing with Impact for 40 Years*. Overseas Private Investment Corporation (OPIC), Washington, D.C., USA, 59 pp. Available at: http://www.opic.gov/sites/default/files/docs/051912-annualreport-FINAL.pdf.

Pachauri S., B.J. van Ruijven, Y. Nagai, K. Riahi, D.P. Van Vuuren, A. Brew-Hammond, and N. Nakicenovic (2013). Pathways to achieve universal household access to modern energy by 2030. *Environmental Research Letters*, 8. doi: 10.1088/1748-9326/8/2/024015.

Patt A.G., D.P. van Vuuren, F. Berkhout, A. Aaheim, A.F. Hof, M. Isaac, and R. Mechler (2009). Adaptation in integrated assessment modeling: where do we stand? *Climatic Change* 99, 383–402. doi: 10.1007/s10584-009-9687-y, ISSN: 0165–0009, 1573–1480.

Pfaff-Simoneit W. (2012). Entwicklung eines sektoralen Ansatzes zum Aufbau von nachhaltigen Abfallwirtschaftssystemen in Entwicklungsländern vor dem Hintergrund von Klimawandel und Ressourcenverknappung. Universität Rostock, Rostock, 249 pp. Available at: http://rosdok.uni-rostock.de/file/rosdok_derivate_0000005003/Dissertation_Pfaff-Simoneit_2013.pdf.

Pfeiffer T., and M.A. Nowak (2006). Climate Change: All in the Game. *Nature* 441, 583–584. doi: 10.1038/441583a.

Poerter G., N. Bird, N. Kaur, and L. Peskett (2008). *New Finance for Climate Change and the Environment*. World Wide Fund for Nature, Heinrich Böll Stiftung, Washington, D.C., 57 pp. Available at: http://www.odi.org.uk/sites/odi.org.uk/files/odi-assets/publications-opinion-files/3882.pdf.

Ravindranath N.H. (2007). Mitigation and adaptation synergy in forest sector. *Mitigation and Adaptation Strategies for Global Change* 12, 843–853. doi: 10.1007/s11027-007-9102-9, ISSN: 1381–2386, 1573–1596.

REN21 (2010). *Renewables 2010—Global Status Report*. REN21 Secretariat, Paris, France, 80 pp. Available at: http://www.ren21.net/Portals/0/documents/activities/gsr/REN21_GSR_2010_full_revised%20Sept2010.pdf.

REN21 (2012). *Renewables 2012. Global Status Report*. REN21, Paris, France, 176 pp. Available at: http://www.ren21.net/Portals/0/documents/Resources/GSR2012_low%20res_FINAL.pdf.

Riahi K., F. Dentener, D. Gielen, A. Grubler, J. Jewell, Z. Klimont, V. Krey, D. McCallum, S. Pachauri, S. Rao, B. van Ruijven, D.P. Van Vuuren, and C. Wilson (2012). Energy Pathways for Sustainable Development. In: *Global Energy Assessment: Toward a Sustainable Future*. Cambridge University Press and the International Institute for Applied Systems Analysis, Cambridge, UK; Laxenburg, Austria, pp. 1203–1306. ISBN: 9781107005198.

Roktiyanskiy D., P.C. Benítez, F. Kraxner, I. McCallum, M. Obersteiner, E. Rametsteiner, and Y. Yamagata (2007). Geographically explicit global modeling of land-use change, carbon sequestration, and biomass supply. *Technol Forecasting Social Change* 74, 1057–1082. doi: 10.1016/j.techfore.2006.05.022.

Romani M. (2009). Gobal architecture. In: *Meeting the Climate Challenge: Using Public Funds to Leverage Private Investment in Developing Countries*. LSE Grantham Research Institute on Climate Change and Environment, London, United Kingdom Available at: http://www2.lse.ac.uk/GranthamInstitute/publications/Other/Leveragedfunds/sectionfive.pdf.

Ryan L., N. Semet, and A. Aasrud (2012). *Plugging the Energy Efficiency Gap with Climate Finance. The Role of International Financial Institutions (IFIs) and the Green Climate Fund to Realise the Potential of Energy Efficiency in Developing Countries*. International Energy Agency, Paris, France, 72 pp. Available at: http://www.iea.org/publications/freepublications/publication/PluggingEnergyEfficiencyGapwithClimateFinance_WEB.pdf.

Sathaye J., W. Makundi, L. Dale, P. Chan, and K. Andrasko (2006). GHG mitigation potential, costs, and benefits in global forests. *Energy Journal* **27**, 127–162.

Satterthwaite D. (2007). *Adaptation Options for Infrastructure in Developing Countries. A Report to the UNFCCC Financial and Technical Support Division*. United Nations Framework Convention on Climate Change, Bonn, Germany, 24 pp. Available at: http://unfccc.int/files/cooperation_and_support/financial_mechanism/application/pdf/satterthwaite.pdf.

Schelling T.C. (1992). Some Economics of Global Warming. *The American Economic Review* **82**, 1–14. ISSN: 0002–8282.

Setzer J. (2009). Sub-national and Transnational Climate Change Governance: Evidence from the State and City of Sao Paulo, Brazil. In: *Fifth Urban Research Symposium*. World Bank, Marseille, France. 15 pp. Available at: http://siteresources.worldbank.org/INTURBANDEVELOPMENT/Resources/336387–1256566800920/6505269–1268260567624/Setzer.pdf.

Sharan D. (2008). *Financing Climate Change Mitigation and Adaptation Role of Regional Financing Arrangements*. Asian Development Bank, Manila, Philippines, 20 pp. Available at: http://www.adb.org/Documents/Papers/ADB-Working-Paper-Series/ADB-WP04-Financing-Climate-Change-Mitigation.pdf.

Smallridge D., B. Buchner, C. Trabacchi, M. Netto, J.J. Gomes Lorenzo, and L. Serra (2012). *The Role of National Development Banks in Intermediating International Climate Finance to Scale Up Private Sector Investments*. Inter-American Development Association, Washington, DC, USA. Available at: http://idbdocs.iadb.org/wsdocs/getdocument.aspx?docnum=37292040.

Sohngen B., and R. Mendelsohn (2003). An optimal control model of forest carbon sequestration. *American Journal of Agricultural Economics* **85**, 448–457.

Sonntag-O'Brien V., and E. Usher (2006). Mobilizing finance for renewable energies. In: *Renewable Energy: A Global Review of Technologies, Policies and Markets*. D. Aßmann, U. Laumanns, D. Uh, (eds.), Earthscan, Sterling, VA, USA ISBN: 978–1-84407–261–3.

Stadelmann M. (2013). The effectiveness of international climate finance in enabling low-carbon development: Comparing public finance and carbon markets. University of Zurich, Zurich, 215 pp. Available at: http://opac.nebis.ch/ediss/20131748.pdf.

Stadelmann M., P. Castro, and A. Michaelowa (2011a). *Mobilizing Private Finance for Low-Carbon Development*. Climate Strategies, London, United Kingdom, 29 pp. Available at: http://www.climatestrategies.org/research/our-reports/category/71/334.html.

Stadelmann M., and A. Michaelowa (2011). *How to Enable the Private Sector to Mitigate?* Climate Strategies Working Paper, London, UK, 50 pp.

Stadelmann M., A. Michaelowa, and J.T. Roberts (2013). Difficulties in accounting for private finance in international climate policy. *Climate Policy* **13**, 718–737. doi: 10.1080/14693062.2013.791146.

Stadelmann M., J.T. Roberts, and S. Huq (2010). *Baseline for Trust: Defining "new and additional" Climate Funding*. International Institute for Environment and Development (IIED), London, UK, 4 pp. Available at: http://pubs.iied.org/pdfs/17080IIED.pdf.

Stadelmann M., J.T. Roberts, and A. Michaelowa (2011b). New and additional to what? Assessing options for baselines to assess climate finance pledges. *Climate and Development* **3**, 175–192. doi: 10.1080/17565529.2011.599550.

Sustainable Energy for All (2013). Chapter 2: Universal Access to Modern Energy Services. In: *Global Tracking Framework*. United Nations, New York, NY, USA. Available at: http://www.sustainableenergyforall.org/images/Global_Tracking/7-gtf_ch2.pdf.

TCX (2013a). Local Currency Matters. The Currency Exchange Fund. Available at: https://www.tcxfund.com/sites/default/files/attachments/160113_tcx_overview_global_english_master.pdf.

TCX (2013b). About TCX. Available at: https://www.tcxfund.com/about-tcx.

Tirpak D., K. Stasio, and L. Tawney (2012). Monitoring the Receipt of International Climate Finance by Developing Countries. World Resources Institute. Available at: http://pdf.wri.org/monitoring_receipt_of_international_climate_finance_by_developing_countries.pdf.

Tol R.S.J. (2007). The double trade-off between adaptation and mitigation for sea level rise: an application of FUND. *Mitigation and Adaptation Strategies for Global Change* **12**, 741–753. doi: 10.1007/s11027-007-9097-2, ISSN: 1381–2386, 1573–1596.

Tuerk A., D. Fazekas, H. Schreiber, D. Frieden, C. Wolf (2013). *Green Investment Schemes: The AAU market between 2008–2012*. Climate Strategies, London, UK, 43pp. Available at: http://www.climatestrategies.org/component/reports/category/36/378.html.

UNCTAD (1998). *Report of the Expert Meeting on the Impact of Government Policy and Government/Private Action in Stimulating Inter-Firm Partnerships Regarding Technology, Production and Marketing, with Particular Emphasis on North–South and South–South Linkages in Promoting Technology Transfers (Know-How, Management Expertise) and Trade for SME Development*. United Nations Conference on Trade and Development, Geneva, Switzerland, 19 pp. Available at: http://unctad.org/en/Docs/c3em4d3.en.pdf.

UNCTAD (2010). *The Least Developed Country Report 2010. Towards a New International Architecture for LDCs*. United Nations Conference on Trade and Development, Geneva, Switzerland, 298 pp. ISBN: 978–92–1-112813–0.

UNDP (2011). *Blending Climate Finance Through National Climate Funds*. United Nations Development Programme, New York, NY, USA, 64 pp. Available at: http://www.undp.org/content/dam/undp/library/Environment%20and%20Energy/Climate%20Change/Capacity%20Development/Blending_Climate_Finance_Through_National_Climate_Funds.pdf.

UNDP (2013a). Country Reports on Climate Public Expenditures and Institutional Reviews (CPEIR). Available at: http://www.climatefinance-developmenteffectiveness.org/publications.html.

UNDP (2013b). Ethiopia Climate resilient Green Economy Facility. Available at: http://mptf.undp.org/factsheet/fund/3ET00.

UNEP (2005). *Public Finance Mechanism to Catalyze Sustainable Energy Sector Growth*. United Nations Environment Programme, Geneva, Switzerland, 68 pp. ISBN: 92–807–2592–0.

UNEP (2007). *Guidebook to Financing CDM Projects*. United Nations Environment Programme, Geneva, Switzerland, 104 pp. ISBN: 978-87-550-3594-2.

UNEP (2008). *Study on Establishing the Congo Basin Forest Fund (CBFF). Governance Structure*. United Nations Environment Programme, Geneva, Switzerland, 65 pp. Available at: http://www.cbfp.org/docs/rapports_act/UNEP%20CBF%20study.pdf.

UNEP (2010). *Bilateral Finance Institutions and Climate Change. A Mapping of 2009 Climate Financial Flows to Developing Countries*. United Nations Environment Programme, Paris, France, 32 pp. Available at: http://www.unep.org/pdf/dtie/BilateralFinanceInstitutionsCC.pdf.

UNEP (2010). *Bilateral Finance Institutions and Climate Change. A Mapping off Public Financial Flows for Mitigation and Adaptation to Developing Countries in 2010*. United Nations Environment Programme, Paris, France, Available at: http://www.unep.org/pdf/Mapping_report_final.pdf.

UNEP (2012). *Bilateral Finance Institutions and Climate Change. A Mapping of 2011 Climate Finance Flows to Developing Countries*. United Nations Environment Programme, Paris, France. Available at: http://www.unep-fin.org/publications/unep-bfi-ccwg.html.

UNEP Risø (2013). UNEP Risø CDM/JI Pipeline Analysis and Database, September 2013. Available at: http://www.cdmpipeline.org/.

UNFCCC (1992). *United Nations Framework Convention on Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany. Available at: http://unfccc.int/resource/docs/convkp/conveng.pdf.

UNFCCC (1998). *Kyoto Protocol to the United Nations Framwork Convention on Climate Change*. United Nations Framework Convention on Climate Change, Bonn, Germany. Available at: http://unfccc.int/resource/docs/convkp/kpeng.pdf.

UNFCCC (2007). *Investment and Financial Flows to Address Climate Change*. UNFCCC, Bonn, Germany, ISBN: 92–9219–042–3.

UNFCCC (2008). *Investment and Financial Flows to Address Climate Change: An Update*. United Nations Framework Convention on Climate Change, Bonn, Germany, 111 pp. Available at: http://unfccc.int/resource/docs/2008/tp/07.pdf.

UNFCCC (2009a). Copenhagen Accord (2/CP.15). United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2009/cop15/eng/11a01.pdf.

UNFCCC (2009b). Strategy paper for the long-term perspective beyond 2012, including sectoral approaches, to facilitate the development, deployment, diffusion and transfer of technologies under the Convention. Report by the Chair of the Expert Group on Technology Transfer. FCCC/SB/2009/3. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2009/sb/eng/03.pdf.

UNFCCC (2010). The Cancun Agreements: Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention (1/CP.16). United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2010/cop16/eng/07a01.pdf.

UNFCCC (2011a). Compilation and Synthesis of Fifth National Communications. FCCC/SBI/2011/INF.1/Add.2. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2011/sbi/eng/inf01a02.pdf.

UNFCCC (2011b). Submissions on information from developed country Parties on the resources provided to fulfil the commitment referred to in decision 1/CP.16, paragraph 95. FCCC/CP/2011/INF.1. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2011/cop17/eng/inf01.pdf.

UNFCCC (2011c). Launching the Green Climate Fund (3/CP.17). FCCC/CP/2011/9/Add.1. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2011/cop17/eng/09a01.pdf#page=55.

UNFCCC (2012a). Outcome of the work of the Ad Hoc Working Group on Further Commitments for Annex I Parties under the Kyoto Protocol: Draft decision proposed by the President. Draft decision -/CMP.8, Amendment to the Kyoto Protocol pursuant to its Article 3, paragraph 9. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2012/cmp8/eng/l09.pdf.

UNFCCC (2012b). Submissions on information from developed country Parties on the resources provided to fulfil the commitment referred to in decision 1/CP.16, paragraph 95. FCCC/CP/2012/INF.1. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2012/cop18/eng/inf01.pdf.

UNFCCC (2012c). Submissions on information from developed country Parties on the resources provided to fulfil the commitment referred to in decision 1/CP.16, paragraph 95. FCCC/CP/2012/INF.1/Add.1. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2012/cop18/eng/inf01a01.pdf.

UNFCCC (2012d). *Benefits of the Clean Development Mechanism 2012*. United Nations Framework Convention on Climate Change, Bonn, Germany, 102 pp. ISBN: 92–9219–097–0.

UNFCCC (2012e). *Annual Report of the Executive Board of the Clean Development Mechanism to the Conference of the Parties Serving as the Meeting of the Parties to the Kyoto Protocol. FCCC/KP/CMP/2012/3 (Part I)*. United Nations Framework Convention on Climate Change, Bonn, Germany, 20 pp. Available at: http://unfccc.int/resource/docs/2012/cmp8/eng/03p01.pdf.

UNFCCC (2013a). Submissions on information from developed country Parties on the resources provided to fulfil the commitment referred to in decision 1/CP.16, paragraph 95. FCCC/CP/2013/INF.1. United Nations Framework Convention on Climate Change. Available at: http://unfccc.int/resource/docs/2013/cop19/eng/inf01.pdf.

UNFCCC (2013b). Finance—Introduction. Available at: http://unfccc.int/cooperation_and_support/financial_mechanism/items/2807.php.

UNFCCC (2013c). The Mechanism under the Kyoto Protocol: Emission Trading, the Clean Development Mechanism and Joint Implementation. Available at: http://unfccc.int/kyoto_protocol/mechanisms/items/1673.php.

UN-Habitat (2011). *Cities and Climate Change: Global Report on Human Settlements 2011*. Earthscan, Oxford, UK, 300 pp. ISBN: 978–92–1-131929–3.

Urpelainen J. (2010). *A Theory of North-South Climate Finance*. New York University, New York, NY, USA, 32 pp. Available at: http://politics.as.nyu.edu/docs/IO/16188/north.pdf.

Venugopal S., and A. Srivastava (2012). *Moving the Fulcrum: A Primer on Public Climate Financing Instruments Used to Leverage Private Capital*. World Resources Institute (WRI), Washington, D.C., USA, Available at: http://pdf.wri.org/moving_the_fulcrum.pdf.

Veys A. (2010). *The Sterling Bond Markets and Low Carbon or Green Bonds*. Third Generation Environmentalism (E3G), London, UK, 38 pp. Available at: http://www.e3g.org/images/uploads/The_Sterling_Bond_Markets.pdf.

Wang W., and B.A. McCarl (2011). Inter-Temporal Investment in Climate Change Adaptation and Mitigation. Department of Agricultural Economics, Texas A&M University, Pittsburgh, Pennsylvania. 24 pp.

Ward J., S. Frankhauser, C. Hepburn, and H. Jackson (2009). *Catalyzing Low-Carbon Growth in Developing Economies. Public Finance Mechanisms to Scale up Private Sector Investment in Climate Solutions*. United Nations Environment Programme, Geneva, Switzerland, 28 pp. Available at: http://www.unep.org/PDF/PressReleases/Public_financing_mechanisms_report.pdf.

WBCSD (2013). Business Solutions for a Sustainable World. Available at: http://www.wbcsd.org/home.aspx.

16

**16**

**Wilbanks T.J., P. Leiby, R. Perlack, J.T. Ensminger, and S.B. Wright (2007).** Toward an integrated analysis of mitigation and adaptation: some preliminary findings. *Mitigation and Adaptation Strategies for Global Change* **12**, 713–725. doi: 10.1007/s11027-007-9095-4.

**Wilbanks T.J., and J. Sathaye (2007).** Integrating mitigation and adaptation as responses to climate change: a synthesis. *Mitigation and Adaptation Strategies for Global Change* **12**, 957–962. doi: 10.1007/s11027-007-9108-3, ISSN: 1381–2386, 1573–1596.

**Wohlgemuth N., and R. Madlener (2000).** Financial support of renewable energy systems: Investments vs operating cost subsidies. In: *Proceedings of the Norwegian Associations for Energy Economics (NAEE)*. Bergen, Norway. 10 pp.

**World Bank (2010).** *Monitoring Climate Finance and ODA*. World Bank, Washington, D.C., 8 pp. Available at: http://climatechange.worldbank.org/sites/default/files/documents/DCFIB%231-web-June15.pdf.

**World Bank (2011a).** *Doing Business 2011: Making a Difference for Entrepreneurs*. World Bank, Washington, D.C., USA, 267 pp. ISBN: 978–0-8213–7960–8.

**World Bank (2011b).** Climate Investment Funds. Governance Framework for the Clean Technology Fund. Adopted November 2008 and amended December 2011. World Bank. Available at: http://www.climateinvestmentfunds.org/cif/sites/climateinvestmentfunds.org/files/CTF%20Governance%20Framework-FINAL.pdf.

**World Bank (2011c).** Climate Investment Funds. Governance Framework for the Strategic Climate Fund. Adopted November 2008 and amended December 2011. World Bank. Available at: https://www.climateinvestmentfunds.org/cif/sites/climateinvestmentfunds.org/files/SCF%20Governance%20Framework-FINAL.pdf.

**World Bank (2011d).** *Financing Renewable Energy. Options for Developing Financing Instruments Using Public Funds*. World Bank, Washington, D.C., 50 pp. Available at: http://siteresources.worldbank.org/EXTENERGY2/Resources/SREP_financing_instruments_sk_clean2_FINAL_FOR_PRINTING.pdf.

**World Bank (2012a).** Trustee Presentation: Update on Status of Resources and CER Monetization. AFB/B.19/Inf.4. Adaptation Fund. Available at: https://www.adaptation-fund.org/sites/default/files/AFB.B.19.Inf_.4%20CER%20trustee%20presentation.pdf.

**World Bank (2012b).** Guyana REDD+ Investment Fund (GRIF). *Concessional Finance and Global Partnerships*. Available at: www.worldbank.org/grif.

**World Bank (2012c).** Bangladesh Economic Update. Oktober 2012. World Bank. Available at: http://www-wds.worldbank.org/external/default/WDSContentServer/WDSP/IB/2012/10/19/000386194_20121019040128/Rendered/PDF/733020WP0Bangl0disclosed0100180120.pdf.

**World Bank (2013).** Carbon Finance at the World Bank: List of Funds. Available at: https://wbcarbonfinance.org/Router.cfm?Page=Funds&ItemID=24670.

**World Bank Group, IMF, OECD, AfDB, ADB, EBRD, EIB, and IDB (2011).** *Mobilizing Climate Finance. Paper Prepared at the Request of G20 Finance Ministers*. World Bank, Washington, D.C., USA, 56 pp. Available at: http://www.imf.org/external/np/g20/pdf/110411c.pdf.

**World Bank, and UNDP (2012).** Funding Sources. *Climate Finance Options*. Available at: http://climatefinanceoptions.org/cfo/funding-sources.

# Annexes

**ANNEX**

# I

# Glossary, Acronyms and Chemical Symbols

## Glossary Editors:

Julian M. Allwood (UK), Valentina Bosetti (Italy), Navroz K. Dubash (India), Luis Gómez-Echeverri (Austria/Colombia), Christoph von Stechow (Germany)

## Glossary Contributors:

Marcio D'Agosto (Brazil), Giovanno Baiocchi (UK/Italy), John Barrett (UK), John Broome (UK), Steffen Brunner (Germany), Micheline Cariño Olvera (Mexico), Harry Clark (New Zealand), Leon Clarke (USA), Heleen C. de Coninck (Netherlands), Esteve Corbera (Spain), Felix Creutzig (Germany), Gian Carlo Delgado (Mexico), Manfred Fischedick (Germany), Marc Fleurbaey (France/USA), Don Fullerton (USA), Richard Harper (Australia), Edgar Hertwich (Austria/Norway), Damon Honnery (Australia), Michael Jakob (Germany), Charles Kolstad (USA), Elmar Kriegler (Germany), Howard Kunreuther (USA), Andreas Löschel (Germany), Oswaldo Lucon (Brazil), Axel Michaelowa (Germany/Switzerland), Jan C. Minx (Germany), Luis Mundaca (Chile/Sweden), Jin Murakami (Japan/China), Jos G.J. Olivier (Netherlands), Michael Rauscher (Germany), Keywan Riahi (Austria), H.-Holger Rogner (Germany), Steffen Schlömer (Germany), Ralph Sims (New Zealand), Pete Smith (UK), David I. Stern (Australia), Neil Strachan (UK), Kevin Urama (Nigeria/UK/Kenya), Diana Ürge-Vorsatz (Hungary), David G. Victor (USA), Elke Weber (USA), Jonathan Wiener (USA), Mitsutsune Yamaguchi (Japan), Azni Zain Ahmed (Malaysia)

**This annex should be cited as:**

Allwood J.M., V. Bosetti, N.K. Dubash, L. Gómez-Echeverri, and C. von Stechow, 2014: Glossary. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

Glossary ........................................................................................................................... 1251

Acronyms and chemical symbols ................................................................................... 1275

References ...................................................................................................................... 1278

**AI**

# Glossary

This glossary defines some specific terms as the Lead Authors intend them to be interpreted in the context of this report. Glossary **entries** (highlighted in bold) are by preference subjects; a main entry can contain *subentries*, in bold and italic, for example, *Primary Energy* is defined under the entry **Energy**. Blue, italicized *words* indicate that the term is defined in the Glossary. The glossary is followed by a list of acronyms and chemical symbols. Please refer to Annex II for standard units, prefixes, and unit conversion (Section A.II.1) and for regions and country groupings (Section A.II.2).

**Abrupt climate change:** A large-scale change in the *climate system* that takes place over a few decades or less, persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems. See also *Climate threshold*.

**Adaptability:** See *Adaptive capacity*.

**Adaptation:** The process of adjustment to actual or expected *climate* and its effects. In human systems, adaptation seeks to moderate or avoid harm or exploit beneficial opportunities. In some natural systems, human intervention may facilitate adjustment to expected *climate* and its effects.[1]

**Adaptation Fund:** A Fund established under the *Kyoto Protocol* in 2001 and officially launched in 2007. The Fund finances *adaptation* projects and programmes in *developing countries* that are Parties to the *Kyoto Protocol*. Financing comes mainly from sales of *Certified Emissions Reductions (CERs)* and a share of proceeds amounting to 2% of the value of CERs issued each year for *Clean Development Mechanism (CDM)* projects. The Adaptation Fund can also receive funds from government, private sector, and individuals.

**Adaptive capacity:** The ability of systems, *institutions*, humans, and other organisms to adjust to potential damage, to take advantage of opportunities, or to respond to consequences.[2]

**Additionality:** *Mitigation* projects (e.g., under the *Kyoto Mechanisms*), *mitigation policies*, or *climate finance* are additional if they go beyond a *business-as-usual* level, or *baseline*. Additionality is required to guarantee the environmental integrity of project-based offset mechanisms, but difficult to establish in practice due to the counterfactual nature of the *baseline*.

---

[1]   Reflecting progress in science, this glossary entry differs in breadth and focus from the entry used in the Fourth Assessment Report and other IPCC reports.
[2]   This glossary entry builds from definitions used in previous IPCC reports and the Millennium Ecosystem Assessment (MEA, 2005).

**Adverse side-effects:** The negative effects that a *policy* or *measure* aimed at one objective might have on other objectives, without yet evaluating the net effect on overall social welfare. Adverse side-effects are often subject to *uncertainty* and depend on, among others, local circumstances and implementation practices. See also *Co-benefits*, *Risk*, and *Risk tradeoff*.

**Aerosol:** A suspension of airborne solid or liquid particles, with a typical size between a few nanometres and 10 μm that reside in the *atmosphere* for at least several hours. For convenience the term aerosol, which includes both the particles and the suspending gas, is often used in this report in its plural form to mean aerosol *particles*. Aerosols may be of either natural or anthropogenic origin. Aerosols may influence *climate* in several ways: directly through scattering and absorbing radiation, and indirectly by acting as cloud condensation nuclei or ice nuclei, modifying the optical properties and lifetime of clouds. Atmospheric aerosols, whether natural or anthropogenic, originate from two different pathways: emissions of primary *particulate matter (PM)*, and formation of secondary *PM* from gaseous *precursors*. The bulk of aerosols are of natural origin. Some scientists use group labels that refer to the chemical composition, namely: sea salt, organic carbon, *black carbon (BC)*, mineral species (mainly desert dust), sulphate, nitrate, and ammonium. These labels are, however, imperfect as aerosols combine particles to create complex mixtures. See also *Short-lived climate pollutants (SLCPs)*.

**Afforestation:** Planting of new *forests* on lands that historically have not contained *forests*. Afforestation projects are eligible under a number of schemes including, among others, *Joint Implementation (JI)* and the *Clean Development Mechanism (CDM)* under the *Kyoto Protocol* for which particular criteria apply (e.g., proof must be given that the land was not forested for at least 50 years or converted to alternative uses before 31 December 1989).

For a discussion of the term *forest* and related terms such as afforestation, *reforestation* and *deforestation*, see the IPCC Special Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Agreement:** In this report, the degree of agreement is the level of concurrence in the literature on a particular finding as assessed by the authors. See also *Evidence*, *Confidence*, *Likelihood*, and *Uncertainty*.

**Agricultural emissions:** See *Emissions*.

**Agriculture, Forestry and Other Land Use (AFOLU):** Agriculture, Forestry and Other Land Use plays a central role for *food security* and *sustainable development (SD)*. The main *mitigation* options within AFOLU involve one or more of three strategies: *prevention* of emissions to the *atmosphere* by conserving existing *carbon pools* in soils or vegetation or by reducing emissions of *methane ($CH_4$)* and *nitrous*

oxide ($N_2O$); *sequestration*—increasing the size of existing *carbon pools*, and thereby extracting *carbon dioxide ($CO_2$)* from the *atmosphere*; and *substitution*—substituting biological products for *fossil fuels* or energy-intensive products, thereby reducing $CO_2$ emissions. Demand-side measures (e.g., by reducing losses and wastes of food, changes in human diet, or changes in wood consumption) may also play a role. FOLU (Forestry and Other Land Use)—also referred to as *LULUCF (Land use, land-use change, and forestry)*—is the subset of AFOLU emissions and removals of *greenhouse gases (GHGs)* resulting from direct human-induced land use, land-use change and forestry activities excluding *agricultural emissions*.

**Albedo:** The fraction of solar radiation reflected by a surface or object, often expressed as a percentage. Snow-covered surfaces have a high albedo, the albedo of soils ranges from high to low, and vegetation-covered surfaces and oceans have a low albedo. The earth's planetary albedo varies mainly through varying cloudiness, snow, ice, leaf area and land cover changes.

**Alliance of Small Island States (AOSIS):** The Alliance of Small Island States (AOSIS) is a coalition of small islands and low-lying coastal countries with a membership of 44 states and observers that share and are active in global debates and negotiations on the environment, especially those related to their vulnerability to the adverse effects of *climate change*. Established in 1990, AOSIS acts as an ad-hoc lobby and negotiating voice for small island development states (SIDS) within the United Nations including the *United Nations Framework Convention on Climate Change (UNFCCC)* climate change negotiations.

**Ancillary benefits:** See *Co-benefits*.

**Annex I Parties/countries:** The group of countries listed in Annex I to the *United Nations Framework Convention on Climate Change (UNFCCC)*. Under Articles 4.2 (a) and 4.2 (b) of the UNFCCC, Annex I Parties were committed to adopting national *policies* and *measures* with the non-legally binding aim to return their *greenhouse gas (GHG)* emissions to 1990 levels by 2000. The group is largely similar to the *Annex B Parties* to the *Kyoto Protocol* that also adopted emissions reduction targets for 2008–2012. By default, the other countries are referred to as *Non-Annex I Parties*.

**Annex II Parties/countries:** The group of countries listed in Annex II to the *United Nations Framework Convention on Climate Change (UNFCCC)*. Under Article 4 of the UNFCCC, these countries have a special obligation to provide financial resources to meet the agreed full incremental costs of implementing *measures* mentioned under Article 12, paragraph 1. They are also obliged to provide financial resources, including for the transfer of technology, to meet the agreed incremental costs of implementing *measures* covered by Article 12, paragraph 1 and agreed between *developing country* Parties and international entities referred to in Article 11 of the UNFCCC. This group of countries shall also assist countries that are particularly vulnerable to the adverse effects of *climate change*.

**Annex B Parties/countries:** The subset of *Annex I Parties* that have accepted *greenhouse gas (GHG)* emission reduction targets for the period 2008–2012 under Article 3 of the *Kyoto Protocol*. By default, the other countries are referred to as *Non-Annex I Parties*.

**Anthropogenic emissions:** See *Emissions*.

**Assigned Amount (AA):** Under the *Kyoto Protocol*, the AA is the quantity of *greenhouse gas (GHG)* emissions that an *Annex B country* has agreed to as its *cap* on its emissions in the first five-year commitment period (2008–2012). The AA is the country's total GHG emissions in 1990 multiplied by five (for the five-year commitment period) and by the percentage it agreed to as listed in Annex B of the *Kyoto Protocol* (e.g., 92% for the EU). See also *Assigned Amount Unit (AAU)*.

**Assigned Amount Unit (AAU):** An AAU equals 1 tonne (metric ton) of *$CO_2$-equivalent emissions* calculated using the *Global Warming Potential (GWP)*. See also *Assigned Amount (AA)*.

**Atmosphere:** The gaseous envelope surrounding the earth, divided into five layers—the *troposphere* which contains half of the earth's atmosphere, the *stratosphere*, the mesosphere, the thermosphere, and the exosphere, which is the outer limit of the atmosphere. The dry atmosphere consists almost entirely of nitrogen (78.1% volume mixing ratio) and oxygen (20.9% volume mixing ratio), together with a number of *trace gases*, such as argon (0.93% volume mixing ratio), helium and radiatively active *greenhouse gases (GHGs)* such as *carbon dioxide ($CO_2$)* (0.035% volume mixing ratio) and *ozone ($O_3$)*. In addition, the atmosphere contains the GHG water vapour ($H_2O$), whose amounts are highly variable but typically around 1% volume mixing ratio. The atmosphere also contains clouds and *aerosols*.

**Backstop technology:** *Models* estimating *mitigation* often use an arbitrary carbon-free technology (often for power generation) that might become available in the future in unlimited supply over the horizon of the *model*. This allows modellers to explore the consequences and importance of a generic solution technology without becoming enmeshed in picking the actual technology. This 'backstop' technology might be a nuclear technology, fossil technology with *Carbon Dioxide Capture and Storage (CCS)*, *solar energy*, or something as yet unimagined. The backstop technology is typically assumed either not to currently exist, or to exist only at higher costs relative to conventional alternatives.

**Banking (of Assigned Amount Units):** Any transfer of *Assigned Amount Units (AAUs)* from an existing period into a future commitment period. According to the *Kyoto Protocol* [Article 3 (13)], Parties included in Annex I to the *United Nations Framework Convention on Climate Change (UNFCCC)* may save excess AAUs from the first commitment period for compliance with their respective *cap* in subsequent commitment periods (post-2012).

AI

**Baseline/reference:** The state against which change is measured. In the context of *transformation pathways*, the term 'baseline scenarios' refers to *scenarios* that are based on the assumption that no *mitigation policies* or *measures* will be implemented beyond those that are already in force and/or are legislated or planned to be adopted. Baseline scenarios are not intended to be predictions of the future, but rather counterfactual constructions that can serve to highlight the level of emissions that would occur without further *policy* effort. Typically, baseline scenarios are then compared to *mitigation scenarios* that are constructed to meet different goals for *greenhouse gas (GHG)* emissions, atmospheric concentrations, or temperature change. The term 'baseline scenario' is used interchangeably with 'reference scenario' and 'no policy scenario'. In much of the literature the term is also synonymous with the term 'business-as-usual (BAU) scenario,' although the term 'BAU' has fallen out of favour because the idea of 'business-as-usual' in century-long socioeconomic projections is hard to fathom. See also *Climate scenario*, *Emission scenario*, *Representative concentration pathways (RCPs)*, *Shared socio-economic pathways*, *Socio-economic scenarios*, *SRES scenarios*, and *Stabilization*.

**Behaviour:** In this report, behaviour refers to human decisions and actions (and the perceptions and judgments on which they are based) that directly or indirectly influence *mitigation* or the effects of potential *climate change* impacts (*adaptation*). Human decisions and actions are relevant at different levels, from international, national, and sub-national actors, to NGO, tribe, or firm-level decision makers, to communities, households, and individual citizens and consumers. See also *Behavioural change* and *Drivers of behaviour*.

**Behavioural change:** In this report, behavioural change refers to alteration of human decisions and actions in ways that mitigate *climate change* and/or reduce negative consequences of *climate change* impacts. See also *Drivers of behaviour*.

**Biochar:** *Biomass* stabilization can be an alternative or enhancement to *bioenergy* in a land-based *mitigation* strategy. Heating *biomass* with exclusion of air produces a stable carbon-rich co-product (char). When added to soil a system, char creates a system that has greater abatement potential than typical *bioenergy*. The relative benefit of biochar systems is increased if changes in crop yield and soil emissions of *methane ($CH_4$)* and *nitrous oxide ($N_2O$)* are taken into account.

**Biochemical oxygen demand (BOD):** The amount of dissolved oxygen consumed by micro-organisms (bacteria) in the bio-chemical oxidation of organic and inorganic matter in wastewater. See also *Chemical oxygen demand (COD)*.

**Biodiversity:** The variability among living organisms from terrestrial, marine, and other *ecosystems*. Biodiversity includes variability at the genetic, species, and *ecosystem* levels.[3]

---

[3]   This glossary entry builds from definitions used in the Global Biodiversity Assessment (Heywood, 1995) and the Millennium Ecosystem Assessment (MEA, 2005).

**Bioenergy:** *Energy* derived from any form of *biomass* such as recently living organisms or their metabolic by-products.

**Bioenergy and Carbon Dioxide Capture and Storage (BECCS):** The application of *Carbon Dioxide Capture and Storage (CCS)* technology to *bioenergy* conversion processes. Depending on the total life-cycle emissions, including total marginal consequential effects (from *indirect land use change (iLUC)* and other processes), BECCS has the potential for net *carbon dioxide ($CO_2$)* removal from the *atmosphere*. See also *Sequestration*.

**Bioethanol:** Ethanol produced from *biomass* (e.g., sugar cane or corn). See also *Biofuel*.

**Biofuel:** A fuel, generally in liquid form, produced from organic matter or combustible oils produced by living or recently living plants. Examples of biofuel include alcohol (*bioethanol*), black liquor from the paper-manufacturing process, and soybean oil.

> *First-generation manufactured biofuel:* First-generation manufactured biofuel is derived from grains, oilseeds, animal fats, and waste vegetable oils with mature conversion technologies.

> *Second-generation biofuel:* Second-generation biofuel uses non-traditional biochemical and thermochemical conversion processes and feedstock mostly derived from the lignocellulosic fractions of, for example, agricultural and forestry residues, municipal solid waste, etc.

> *Third-generation biofuel:* Third-generation biofuel would be derived from feedstocks such as algae and energy crops by advanced processes still under development.

These second- and third-generation biofuels produced through new processes are also referred to as next-generation or advanced biofuels, or advanced biofuel technologies.

**Biomass:** The total mass of living organisms in a given area or volume; dead plant material can be included as dead biomass. In the context of this report, biomass includes products, by-products, and waste of biological origin (plants or animal matter), excluding material embedded in geological formations and transformed to *fossil fuels* or peat.

> *Traditional biomass:* Traditional biomass refers to the biomass—fuelwood, charcoal, agricultural residues, and animal dung—used with the so-called traditional technologies such as open fires for cooking, rustic kilns and ovens for small industries. Widely used in *developing countries*, where about 2.6 billion people cook with open wood fires, and hundreds of thousands small-industries. The use of these rustic technologies leads to high pollution levels and, in specific circumstances, to *forest* degradation and *deforestation*. There are many successful initiatives around the world to make traditional biomass burned more efficiently

and cleanly using efficient cookstoves and kilns. This last use of traditional biomass is sustainable and provides large health and economic benefits to local populations in *developing countries*, particularly in rural and peri-urban areas.

*Modern biomass:* All biomass used in high efficiency conversion systems.

**Biomass burning:** Biomass burning is the burning of living and dead vegetation.

**Biosphere (terrestrial and marine):** The part of the earth system comprising all *ecosystems* and living organisms, in the *atmosphere*, on land (terrestrial biosphere) or in the oceans (marine biosphere), including derived dead organic matter, such as litter, soil organic matter and oceanic detritus.

**Black carbon (BC):** Operationally defined *aerosol* species based on measurement of light absorption and chemical reactivity and/or thermal stability. It is sometimes referred to as soot. BC is mostly formed by the incomplete combustion of *fossil fuels*, *biofuels*, and *biomass* but it also occurs naturally. It stays in the *atmosphere* only for days or weeks. It is the most strongly light-absorbing component of *particulate matter (PM)* and has a warming effect by absorbing heat into the *atmosphere* and reducing the *albedo* when deposited on ice or snow.

**Burden sharing (also referred to as Effort sharing):** In the context of *mitigation*, burden sharing refers to sharing the effort of reducing the *sources* or enhancing the *sinks* of *greenhouse gases (GHGs)* from historical or projected levels, usually allocated by some criteria, as well as sharing the cost burden across countries.

**Business-as-usual (BAU):** See *Baseline/reference*.

**Cancún Agreements:** A set of decisions adopted at the 16th Session of the *Conference of the Parties (COP)* to the *United Nations Framework Convention on Climate Change (UNFCCC)*, including the following, among others: the newly established *Green Climate Fund (GCF)*, a newly established technology mechanism, a process for advancing discussions on *adaptation*, a formal process for reporting *mitigation* commitments, a goal of limiting *global mean surface temperature* increase to 2°C, and an agreement on MRV—Measuring, Reporting and Verifying for those countries that receive international support for their *mitigation* efforts.

**Cancún Pledges:** During 2010, many countries submitted their existing plans for controlling *greenhouse gas (GHG)* emissions to the Climate Change Secretariat and these proposals have now been formally acknowledged under the *United Nations Framework Convention on Climate Change (UNFCCC)*. *Developed countries* presented their plans in the shape of economy-wide targets to reduce emissions, mainly up to 2020, while *developing countries* proposed ways to limit their growth of emissions in the shape of plans of action.

**Cap, on emissions:** Mandated restraint as an upper limit on emissions within a given period. For example, the *Kyoto Protocol* mandates emissions caps in a scheduled timeframe on the anthropogenic *greenhouse gas (GHG)* emissions released by *Annex B countries*.

**Carbon budget:** The area under a *greenhouse gas (GHG)* emissions trajectory that satisfies assumptions about limits on cumulative emissions estimated to avoid a certain level of *global mean surface temperature* rise. Carbon budgets may be defined at the global level, national, or sub-national levels.

**Carbon credit:** See *Emission allowance*.

**Carbon cycle:** The term used to describe the flow of carbon (in various forms, e.g., as *carbon dioxide*) through the *atmosphere*, ocean, terrestrial and marine *biosphere* and lithosphere. In this report, the reference unit for the carbon cycle is GtC or $GtCO_2$ (1 GtC corresponds to 3.667 $GtCO_2$). Carbon is the major chemical constituent of most organic matter and is stored in the following major *reservoirs*: organic molecules in the *biosphere, carbon dioxide ($CO_2$)* in the *atmosphere*, organic matter in the soils, in the lithosphere, and in the oceans.

**Carbon dioxide ($CO_2$):** A naturally occurring gas, also a by-product of burning *fossil fuels* from fossil carbon deposits, such as oil, gas and coal, of burning *biomass*, of *land use changes (LUC)* and of industrial processes (e.g., cement production). It is the principal anthropogenic *greenhouse gas (GHG)* that affects the earth's radiative balance. It is the reference gas against which other GHGs are measured and therefore has a *Global Warming Potential (GWP)* of 1. See Annex II.9.1 for GWP values for other GHGs.

**Carbon Dioxide Capture and Storage (CCS):** A process in which a relatively pure stream of *carbon dioxide ($CO_2$)* from industrial and energy-related *sources* is separated (captured), conditioned, compressed, and transported to a storage location for long-term isolation from the *atmosphere*. See also *Bioenergy and carbon capture and storage (BECCS)*, *CCS-ready*, and *Sequestration*.

**Carbon dioxide fertilization:** The enhancement of the growth of plants as a result of increased atmospheric *carbon dioxide ($CO_2$)* concentration.

**Carbon Dioxide Removal (CDR):** Carbon Dioxide Removal methods refer to a set of techniques that aim to remove *carbon dioxide ($CO_2$)* directly from the *atmosphere* by either (1) increasing natural *sinks* for carbon or (2) using chemical engineering to remove the $CO_2$, with the intent of reducing the atmospheric $CO_2$ concentration. CDR methods involve the ocean, land, and technical systems, including such methods as *iron fertilization*, large-scale *afforestation*, and *direct capture* of $CO_2$ from the *atmosphere* using engineered chemical means. Some CDR methods fall under the category of *geoengineering*, though this may not be the case for others, with the distinction being based on the magnitude, scale, and impact of the particular CDR activities. The

boundary between CDR and *mitigation* is not clear and there could be some overlap between the two given current definitions (IPCC, 2012, p. 2). See also *Solar Radiation Management (SRM)*.

**Carbon footprint:** Measure of the exclusive total amount of emissions of *carbon dioxide ($CO_2$)* that is directly and indirectly caused by an activity or is accumulated over the life stages of a product (Wiedmann and Minx, 2008).

**Carbon intensity:** The amount of emissions of *carbon dioxide ($CO_2$)* released per unit of another variable such as *gross domestic product (GDP),* output energy use, or transport.

**Carbon leakage:** See *Leakage*.

**Carbon pool:** See *Reservoir*.

**Carbon price:** The price for avoided or released *carbon dioxide ($CO_2$)* or *$CO_2$-equivalent* emissions. This may refer to the rate of a *carbon tax*, or the price of *emission permits*. In many *models* that are used to assess the economic costs of *mitigation*, carbon prices are used as a proxy to represent the level of effort in *mitigation policies*.

**Carbon sequestration:** See *Sequestration*.

**Carbon tax:** A levy on the carbon content of *fossil fuels*. Because virtually all of the carbon in *fossil fuels* is ultimately emitted as *carbon dioxide ($CO_2$)*, a carbon tax is equivalent to an emission tax on $CO_2$ emissions.

**CCS-ready:** New large-scale, stationary *carbon dioxide ($CO_2$)* point *sources* intended to be retrofitted with *Carbon Dioxide Capture and Storage (CCS)* could be designed and located to be 'CCS-ready' by reserving space for the capture installation, designing the unit for optimal performance when capture is added, and siting the plant to enable access to storage locations. See also *Bioenergy and Carbon Dioxide Capture and Storage (BECCS)*.

**Certified Emission Reduction Unit (CER):** Equal to one metric tonne of *$CO_2$-equivalent emissions* reduced or of *carbon dioxide ($CO_2$)* removed from the *atmosphere* through the *Clean Development Mechanism (CDM)* (defined in Article 12 of the *Kyoto Protocol*) project, calculated using *Global Warming Potentials (GWP)*. See also *Emissions Reduction Units (ERU)* and *Emissions trading*.

**Chemical oxygen demand (COD):** The quantity of oxygen required for the complete oxidation of organic chemical compounds in water; used as a measure of the level of organic pollutants in natural and waste waters. See also *Biochemical oxygen demand (BOD)*.

**Chlorofluorocarbons (CFCs):** A chlorofluorocarbon is an organic compound that contains chlorine, carbon, hydrogen, and fluorine and is used for refrigeration, air conditioning, packaging, plastic foam, insulation, solvents, or *aerosol* propellants. Because they are not destroyed in the lower *atmosphere*, CFCs drift into the upper *atmosphere* where, given suitable conditions, they break down *ozone ($O_3$)*. It is one of the *greenhouse gases (GHGs)* covered under the 1987 *Montreal Protocol* as a result of which manufacturing of these gases has been phased out and they are being replaced by other compounds, including *hydrofluorocarbons (HFCs)* which are GHGs covered under the *Kyoto Protocol*.

**Clean Development Mechanism (CDM):** A mechanism defined under Article 12 of the *Kyoto Protocol* through which investors (governments or companies) from developed (*Annex B*) *countries* may finance *greenhouse gas (GHG)* emission reduction or removal projects in developing (*Non-Annex B*) *countries*, and receive *Certified Emission Reduction Units (CERs)* for doing so. The *CERs* can be credited towards the commitments of the respective *developed countries*. The *CDM* is intended to facilitate the two objectives of promoting *sustainable development (SD)* in *developing countries* and of helping *industrialized countries* to reach their emissions commitments in a *cost-effective* way. See also *Kyoto Mechanisms*.

**Climate:** Climate in a narrow sense is usually defined as the average weather, or more rigorously, as the statistical description in terms of the mean and variability of relevant quantities over a period of time ranging from months to thousands or millions of years. The classical period for averaging these variables is 30 years, as defined by the World Meteorological Organization. The relevant quantities are most often surface variables such as temperature, precipitation and wind. Climate in a wider sense is the state, including a statistical description, of the *climate system*.

**Climate change:** Climate change refers to a change in the state of the *climate* that can be identified (e.g., by using statistical tests) by changes in the mean and/or the variability of its properties, and that persists for an extended period, typically decades or longer. Climate change may be due to natural internal processes or external forcings such as modulations of the solar cycles, volcanic eruptions and persistent anthropogenic changes in the composition of the *atmosphere* or in *land use*. Note that the *United Nations Framework Convention on Climate Change (UNFCCC)*, in its Article 1, defines climate change as: 'a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods'. The UNFCCC thus makes a distinction between climate change attributable to human activities altering the atmospheric composition, and climate variability attributable to natural causes. See also *Climate change commitment*.

**Climate change commitment:** Due to the thermal inertia of the ocean and slow processes in the cryosphere and land surfaces, the *climate* would continue to change even if the atmospheric composition were held fixed at today's values. Past change in atmospheric composition leads to a committed *climate change*, which continues for

as long as a radiative imbalance persists and until all components of the *climate system* have adjusted to a new state. The further change in temperature after the composition of the *atmosphere* is held constant is referred to as the constant composition temperature commitment or simply committed warming or warming commitment. Climate change commitment includes other future changes, for example in the hydrological cycle, in extreme weather events, in extreme climate events, and in sea level change. The constant emission commitment is the committed climate change that would result from keeping *anthropogenic emissions* constant and the zero emission commitment is the climate change commitment when emissions are set to zero. See also *Climate change*.

**Climate (change) feedback:** An interaction in which a perturbation in one *climate* quantity causes a change in a second, and the change in the second quantity ultimately leads to an additional change in the first. A negative feedback is one in which the initial perturbation is weakened by the changes it causes; a positive feedback is one in which the initial perturbation is enhanced. In this Assessment Report, a somewhat narrower definition is often used in which the climate quantity that is perturbed is the *global mean surface temperature*, which in turn causes changes in the global radiation budget. In either case, the initial perturbation can either be externally forced or arise as part of internal variability.

**Climate engineering:** See *Geoengineering*.

**Climate finance:** There is no agreed definition of climate finance. The term 'climate finance' is applied both to the financial resources devoted to addressing *climate change* globally and to financial flows to *developing countries* to assist them in addressing *climate change*. The literature includes several concepts in these categories, among which the most commonly used include:

*Incremental costs:* The cost of capital of the *incremental investment* and the change of operating and maintenance costs for a *mitigation* or *adaptation* project in comparison to a reference project. It can be calculated as the difference of the net present values of the two projects. See also *Additionality*.

*Incremental investment:* The extra capital required for the initial investment for a *mitigation* or *adaptation* project in comparison to a reference project. See also *Additionality*.

*Total climate finance:* All financial flows whose expected effect is to reduce net *greenhouse gas (GHG)* emissions and/or to enhance *resilience* to the impacts of *climate variability* and the projected *climate change*. This covers private and public funds, domestic and international flows, expenditures for *mitigation* and *adaptation* to current *climate variability* as well as future *climate change*.

*Total climate finance flowing to developing countries:* The amount of the *total climate finance* invested in *developing coun-*

*tries* that comes from *developed countries*. This covers private and public funds.

*Private climate finance flowing to developing countries:* Finance and investment by private actors in/from *developed countries* for *mitigation* and *adaptation* activities in *developing countries*.

*Public climate finance flowing to developing countries:* Finance provided by *developed countries'* governments and bilateral institutions as well as by multilateral institutions for *mitigation* and *adaptation* activities in *developing countries*. Most of the funds provided are concessional loans and grants.

**Climate model (spectrum or hierarchy):** A numerical representation of the *climate system* based on the physical, chemical and biological properties of its components, their interactions and feedback processes, and accounting for some of its known properties. The climate system can be represented by models of varying complexity, that is, for any one component or combination of components a spectrum or hierarchy of models can be identified, differing in such aspects as the number of spatial dimensions, the extent to which physical, chemical or biological processes are explicitly represented, or the level at which empirical parametrizations are involved. Coupled Atmosphere-Ocean *General Circulation Models* (AOGCMs) provide a representation of the *climate system* that is near or at the most comprehensive end of the spectrum currently available. There is an evolution towards more complex models with interactive chemistry and biology. Climate models are applied as a research tool to study and simulate the *climate*, and for operational purposes, including monthly, seasonal and interannual *climate predictions*.

**Climate prediction:** A climate prediction or climate forecast is the result of an attempt to produce (starting from a particular state of the *climate system*) an estimate of the actual evolution of the climate in the future, for example, at seasonal, interannual, or decadal time scales. Because the future evolution of the *climate system* may be highly sensitive to initial conditions, such predictions are usually probabilistic in nature. See also *Climate projection*, and *Climate scenario*.

**Climate projection:** A climate projection is the simulated response of the *climate system* to a scenario of future *emission* or concentration of *greenhouse gases (GHGs)* and *aerosols*, generally derived using *climate models*. Climate projections are distinguished from *climate predictions* by their dependence on the emission/concentration/*radiative forcing* scenario used, which is in turn based on assumptions concerning, for example, future socioeconomic and technological developments that may or may not be realized. See also *Climate scenario*.

**Climate scenario:** A plausible and often simplified representation of the future *climate*, based on an internally consistent set of climatological relationships that has been constructed for explicit use in investigating the potential consequences of anthropogenic *climate*

AI

change, often serving as input to impact models. Climate projections often serve as the raw material for constructing climate scenarios, but climate scenarios usually require additional information such as the observed current climate. See also Baseline/reference, Emission scenario, Mitigation scenario, Representative concentration pathways (RCPs), Scenario, Shared socio-economic pathways, Socio-economic scenario, SRES scenarios, Stabilization, and Transformation pathway.

**Climate sensitivity:** In IPCC reports, equilibrium climate sensitivity (units: °C) refers to the equilibrium (steady state) change in the annual global mean surface temperature following a doubling of the atmospheric $CO_2$-equivalent concentration. Owing to computational constraints, the equilibrium climate sensitivity in a climate model is sometimes estimated by running an atmospheric general circulation model (GCM) coupled to a mixed-layer ocean model, because equilibrium climate sensitivity is largely determined by atmospheric processes. Efficient models can be run to equilibrium with a dynamic ocean. The climate sensitivity parameter (units: °C (W m$^{-2}$)$^{-1}$) refers to the equilibrium change in the annual global mean surface temperature following a unit change in radiative forcing.

The effective climate sensitivity (units: °C) is an estimate of the global mean surface temperature response to doubled carbon dioxide ($CO_2$) concentration that is evaluated from model output or observations for evolving non-equilibrium conditions. It is a measure of the strengths of the climate feedbacks at a particular time and may vary with forcing history and climate state, and therefore may differ from equilibrium climate sensitivity.

The transient climate response (units: °C) is the change in the global mean surface temperature, averaged over a 20-year period, centred at the time of atmospheric $CO_2$ doubling, in a climate model simulation in which $CO_2$ increases at 1 % yr$^{-1}$. It is a measure of the strength and rapidity of the surface temperature response to greenhouse gas (GHG) forcing.

**Climate system:** The climate system is the highly complex system consisting of five major components: the atmosphere, the hydrosphere, the cryosphere, the lithosphere and the biosphere, and the interactions between them. The climate system evolves in time under the influence of its own internal dynamics and because of external forcings such as volcanic eruptions, solar variations and anthropogenic forcings such as the changing composition of the atmosphere and land use change (LUC).

**Climate threshold:** A limit within the climate system that, when crossed, induces a non-linear response to a given forcing. See also Abrupt climate change.

**Climate variability:** Climate variability refers to variations in the mean state and other statistics (such as standard deviations, the occurrence of extremes, etc.) of the climate on all spatial and temporal scales beyond that of individual weather events. Variability may be due

to natural internal processes within the climate system (internal variability), or to variations in natural or anthropogenic external forcing (external variability). See also Climate change.

**$CO_2$-equivalent concentration:** The concentration of carbon dioxide ($CO_2$) that would cause the same radiative forcing as a given mixture of $CO_2$ and other forcing components. Those values may consider only greenhouse gases (GHGs), or a combination of GHGs, aerosols, and surface albedo changes. $CO_2$-equivalent concentration is a metric for comparing radiative forcing of a mix of different forcing components at a particular time but does not imply equivalence of the corresponding climate change responses nor future forcing. There is generally no connection between $CO_2$-equivalent emissions and resulting $CO_2$-equivalent concentrations.

**$CO_2$-equivalent emission:** The amount of carbon dioxide ($CO_2$) emission that would cause the same integrated radiative forcing, over a given time horizon, as an emitted amount of a greenhouse gas (GHG) or a mixture of GHGs. The $CO_2$-equivalent emission is obtained by multiplying the emission of a GHG by its Global Warming Potential (GWP) for the given time horizon (see Annex II.9.1 and WGI AR5 Table 8.A.1 for GWP values of the different GHGs). For a mix of GHGs it is obtained by summing the $CO_2$-equivalent emissions of each gas. $CO_2$-equivalent emission is a common scale for comparing emissions of different GHGs but does not imply equivalence of the corresponding climate change responses. See also $CO_2$-equivalent concentration.

**Co-benefits:** The positive effects that a policy or measure aimed at one objective might have on other objectives, without yet evaluating the net effect on overall social welfare. Co-benefits are often subject to uncertainty and depend on, among others, local circumstances and implementation practices. Co-benefits are often referred to as ancillary benefits. See also Adverse side-effect, Risk, and Risk tradeoff.

**Cogeneration:** Cogeneration (also referred to as combined heat and power, or CHP) is the simultaneous generation and useful application of electricity and useful heat.

**Combined-cycle gas turbine:** A power plant that combines two processes for generating electricity. First, fuel combustion drives a gas turbine. Second, exhaust gases from the turbine are used to heat water to drive a steam turbine.

**Combined heat and power (CHP):** See Cogeneration.

**Computable General Equilibrium (CGE) Model:** See Models.

**Conference of the Parties (COP):** The supreme body of the United Nations Framework Convention on Climate Change (UNFCCC), comprising countries with a right to vote that have ratified or acceded to the convention. See also Meeting of the Parties (CMP).

AI

**Confidence:** The validity of a finding based on the type, amount, quality, and consistency of *evidence* (e.g., mechanistic understanding, theory, data, *models*, expert judgment) and on the degree of *agreement*. In this report, confidence is expressed qualitatively (Mastrandrea et al., 2010). See WGI AR5 Figure 1.11 for the levels of confidence and WGI AR5 Table 1.2 for the list of *likelihood* qualifiers. See also *Uncertainty*.

**Consumption-based accounting:** Consumption-based accounting provides a measure of emissions released to the *atmosphere* in order to generate the goods and services consumed by a certain entity (e.g., person, firm, country, or region). See also *Production-based accounting*.

**Contingent valuation method:** An approach to quantitatively assess values assigned by people in monetary (willingness to pay) and non-monetary (willingness to contribute with time, resources etc.) terms. It is a direct method to estimate economic values for *ecosystem* and environmental services. In a survey, people are asked their willingness to pay/contribute for access to, or their willingness to accept compensation for removal of, a specific environmental service, based on a hypothetical *scenario* and description of the environmental service.

**Conventional fuels:** See *Fossil fuels*.

**Copenhagen Accord:** The political (as opposed to legal) agreement that emerged at the 15th Session of the *Conference of the Parties (COP)* at which delegates 'agreed to take note' due to a lack of consensus that an agreement would require. Some of the key elements include: recognition of the importance of the scientific view on the need to limit the increase in *global mean surface temperature* to 2° C; commitment by *Annex I Parties* to implement economy-wide emissions targets by 2020 and *non-Annex I Parties* to implement *mitigation* actions; agreement to have emission targets of *Annex I Parties* and their delivery of finance for *developing countries* subject to Measurement, Reporting and Verification (MRV) and actions by *developing countries* to be subject to domestic MRV; calls for scaled up financing including a fast track financing of USD 30 billion and USD 100 billion by 2020; the establishment of a new *Green Climate Fund (GCF)*; and the establishment of a new technology mechanism. Some of these elements were later adopted in the *Cancún Agreements*.

**Cost-benefit analysis (CBA):** Monetary measurement of all negative and positive impacts associated with a given action. Costs and benefits are compared in terms of their difference and/or ratio as an indicator of how a given investment or other *policy* effort pays off seen from the society's point of view.

**Cost of conserved energy (CCE):** See *Levelized cost of conserved energy (LCCE)*.

**Cost-effectiveness:** A *policy* is more cost-effective if it achieves a goal, such as a given pollution abatement level, at lower cost. A critical condition for cost-effectiveness is that marginal abatement costs be equal among obliged parties. *Integrated models* approximate cost-effective solutions, unless they are specifically constrained to behave otherwise. Cost-effective *mitigation scenarios* are those based on a stylized implementation approach in which a single price on *carbon dioxide (CO$_2$)* and other *greenhouse gases (GHGs)* is applied across the globe in every sector of every country and that rises over time in a way that achieves lowest global discounted costs.

**Cost-effectiveness analysis (CEA):** A tool based on constrained optimization for comparing *policies* designed to meet a prespecified target.

**Crediting period, Clean Development Mechanism (CDM):** The time during which a project activity is able to generate *Certified Emission Reduction Units (CERs)*. Under certain conditions, the crediting period can be renewed up to two times.

**Cropland management:** The system of practices on land on which agricultural crops are grown and on land that is set aside or temporarily not being used for crop production (UNFCCC, 2002).

**Decarbonization:** The process by which countries or other entities aim to achieve a low-carbon economy, or by which individuals aim to reduce their carbon consumption.

**Decomposition approach:** Decomposition methods disaggregate the total amount of historical changes of a policy variable into contributions made by its various determinants.

**Deforestation:** Conversion of *forest* to non-forest is one of the major *sources* of *greenhouse gas (GHG)* emissions. Under Article 3.3 of the *Kyoto Protocol*, "the net changes in greenhouse gas emissions by sources and removals by sinks resulting from direct human-induced land-use change and forestry activities, limited to afforestation, reforestation and deforestation since 1990, measured as verifiable changes in carbon stocks in each commitment period, shall be sued to meet the commitments under this Article of each Party included in Annex I". Reducing emissions from deforestation is not eligible for *Joint Implementation (JI)* or *Clean Development Mechanism (CDM)* projects but has been introduced in the program of work under *REDD (Reducing Emissions from Deforestation and Forest Degradation)* under the *United Nations Framework Convention on Climate Change (UNFCCC)*.

For a discussion of the term *forest* and related terms such as *afforestation*, *reforestation*, and deforestation see the IPCC Special Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Dematerialization:** The ambition to reduce the total material inputs required to deliver a final service.

**Descriptive analysis:** Descriptive (also termed positive) approaches to analysis focus on how the world works or actors behave, not how they should behave in some idealized world. See also *Normative analysis*.

**Desertification:** Land degradation in arid, semi-arid, and dry sub-humid areas resulting from various factors, including climatic variations and human activities. Land degradation in arid, semi-arid, and dry sub-humid areas is a reduction or loss of the biological or economic productivity and complexity of rainfed cropland, irrigated cropland, or range, pasture, *forest*, and woodlands resulting from *land uses* or from a process or combination of processes, including processes arising from human activities and habitation patterns, such as (1) soil erosion caused by wind and/or water; (2) deterioration of the physical, chemical, biological, or economic properties of soil; and (3) long-term loss of natural vegetation (UNCCD, 1994).

**Designated national authority (DNA):** A designated national authority is a national *institution* that authorizes and approves *Clean Development Mechansim (CDM)* projects in that country. In CDM host countries, the DNA assesses whether proposed projects assist the host country in achieving its *sustainable development (SD)* goals, certification of which is a prerequisite for registration of the project by the CDM Executive Board.

**Developed/developing countries:** See *Industrialized/developing countries*.

**Development pathway:** An evolution based on an array of technological, economic, social, institutional, cultural, and biophysical characteristics that determine the interactions between human and natural systems, including consumption and production patterns in all countries, over time at a particular scale.

**Direct Air Capture (DAC):** Chemical process by which a pure *carbon dioxide ($CO_2$)* stream is produced by capturing $CO_2$ from the ambient air.

**Direct emissions:** See *Emissions*.

**Discounting:** A mathematical operation making monetary (or other) amounts received or expended at different times (years) comparable across time. The discounter uses a fixed or possibly time-varying discount rate ($> 0$) from year to year that makes future value worth less today. See also *Present value*.

**Double dividend:** The extent to which revenue-generating instruments, such as *carbon taxes* or auctioned (tradable) *emission permits* can (1) contribute to *mitigation* and (2) offset at least part of the potential welfare losses of climate *policies* through recycling the revenue in the economy to reduce other taxes likely to cause distortions.

**Drivers of behaviour:** Determinants of human decisions and actions, including peoples' values and goals and the factors that constrain action, including economic factors and incentives, information access, regulatory and technological constraints, cognitive and emotional processing capacity, and social norms. See also *Behaviour* and *Behavioural change*.

**Drivers of emissions:** Drivers of emissions refer to the processes, mechanisms and properties that influence emissions through factors. Factors comprise the terms in a decomposition of emissions. Factors and drivers may in return affect *policies*, *measures* and other drivers.

**Economic efficiency:** Economic efficiency refers to an economy's allocation of resources (goods, services, inputs, productive activities). An allocation is efficient if it is not possible to reallocate resources so as to make at least one person better off without making someone else worse off. An allocation is inefficient if such a reallocation is possible. This is also known as the Pareto Criterion for efficiency. See also *Pareto optimum*.

**Economies in Transition (EITs):** Countries with their economies changing from a planned economic system to a market economy. See Annex II.2.1.

**Ecosystem:** A functional unit consisting of living organisms, their non-living environment, and the interactions within and between them. The components included in a given ecosystem and its spatial boundaries depend on the purpose for which the ecosystem is defined: in some cases they are relatively sharp, while in others they are diffuse. Ecosystem boundaries can change over time. Ecosystems are nested within other ecosystems, and their scale can range from very small to the entire *biosphere*. In the current era, most ecosystems either contain people as key organisms, or are influenced by the effects of human activities in their environment.

**Ecosystem services:** Ecological processes or functions having monetary or non-monetary value to individuals or society at large. These are frequently classified as (1) supporting services such as productivity or *biodiversity* maintenance, (2) provisioning services such as food, fiber, or fish, (3) regulating services such as *climate* regulation or carbon *sequestration*, and (4) cultural services such as tourism or spiritual and aesthetic appreciation.

**Embodied emissions:** See *Emissions*.

**Embodied energy:** See *Energy*.

**Emission allowance:** See *Emission permit*.

**Emission factor/Emissions intensity:** The emissions released per unit of activity. See also *Carbon intensity*.

**Emission permit:** An entitlement allocated by a government to a legal entity (company or other emitter) to emit a specified amount of a substance. Emission permits are often used as part of *emissions trading* schemes.

**Emission quota:** The portion of total allowable emissions assigned to a country or group of countries within a framework of maximum total emissions.

**Emission scenario:** A plausible representation of the future development of emissions of substances that are potentially radiatively active (e.g., *greenhouse gases, aerosols*) based on a coherent and internally consistent set of assumptions about driving forces (such as demographic and socioeconomic development, *technological change, energy* and *land use*) and their key relationships. Concentration scenarios, derived from emission scenarios, are used as input to a *climate model* to compute *climate projections*. In IPCC (1992) a set of emission scenarios was presented which were used as a basis for the *climate projections* in IPCC (1996). These emission scenarios are referred to as the IS92 scenarios. In the IPCC Special Report on Emission Scenarios (Nakićenović and Swart, 2000) emission scenarios, the so-called *SRES scenarios*, were published, some of which were used, among others, as a basis for the *climate projections* presented in Chapters 9 to 11 of IPCC (2001) and Chapters 10 and 11 of IPCC (2007). New emission scenarios for *climate change*, the four *Representative Concentration Pathways (RCPs)*, were developed for, but independently of, the present IPCC assessment. See also *Baseline/reference, Climate scenario, Mitigation scenario, Shared socio-economic pathways, Scenario, Socio-economic scenario, Stabilization,* and *Transformation pathway*.

**Emission trajectories:** A projected development in time of the emission of a *greenhouse gas (GHG)* or group of GHGs, *aerosols*, and GHG *precursors*.

**Emissions:**

**Agricultural emissions:** Emissions associated with agricultural systems—predominantly *methane ($CH_4$)* or *nitrous oxide ($N_2O$)*. These include emissions from enteric fermentation in domestic livestock, manure management, rice cultivation, prescribed burning of savannas and grassland, and from soils (IPCC, 2006).

**Anthropogenic emissions:** Emissions of *greenhouse gases (GHGs), aerosols*, and *precursors* of a GHG or *aerosol* caused by human activities. These activities include the burning of *fossil fuels, deforestation, land use changes (LUC)*, livestock production, fertilization, waste management, and industrial processes.

**Direct emissions:** Emissions that physically arise from activities within well-defined boundaries of, for instance, a region, an economic sector, a company, or a process.

**Embodied emissions:** Emissions that arise from the production and delivery of a good or service or the build-up of infrastructure. Depending on the chosen system boundaries, upstream emissions are often included (e.g., emissions resulting from the extraction of raw materials). See also *Lifecycle assessment (LCA)*.

**Indirect emissions:** Emissions that are a consequence of the activities within well-defined boundaries of, for instance, a region, an economic sector, a company or process, but which occur outside the specified boundaries. For example, emissions are described as indirect if they relate to the use of heat but physically arise outside the boundaries of the heat user, or to electricity production but physically arise outside of the boundaries of the power supply sector.

**Scope 1, Scope 2, and Scope 3 emissions:** Emissions responsibility as defined by the GHG Protocol, a private sector initiative. 'Scope 1' indicates direct *greenhouse gas (GHG)* emissions that are from *sources* owned or controlled by the reporting entity. 'Scope 2' indicates indirect GHG emissions associated with the production of electricity, heat, or steam purchased by the reporting entity. 'Scope 3' indicates all other *indirect emissions*, i.e., emissions associated with the extraction and production of purchased materials, fuels, and services, including transport in vehicles not owned or controlled by the reporting entity, outsourced activities, waste disposal, etc. (WBCSD and WRI, 2004).

**Territorial emissions:** Emissions that take place within the territories of a particular jurisdiction.

**Emissions Reduction Unit (ERU):** Equal to one metric tonne of $CO_2$-*equivalent emissions* reduced of or *carbon dioxide ($CO_2$)* removed from the *atmosphere* through a *Joint Implementation (JI)* (defined in Article 6 of the *Kyoto Protocol*) project, calculated using *Global Warming Potentials (GWPs)*. See also *Certified Emission Reduction Unit (CER)* and *Emissions trading*.

**Emission standard:** An emission level that, by law or by *voluntary agreement*, may not be exceeded. Many *standards* use *emission factors* in their prescription and therefore do not impose absolute limits on the emissions.

**Emissions trading:** A market-based instrument used to limit emissions. The environmental objective or sum of total allowed emissions is expressed as an emissions *cap*. The *cap* is divided in tradable *emission permits*—either by auctioning or handing out for free (grandfathering)—to entities within the jurisdiction of the trading scheme. Entities need to surrender *emission permits* equal to the amount of their emissions (e.g., tonnes of *carbon dioxide*). An entity may sell excess permits. Trading schemes may occur at the intra-company, domestic, or international level and may apply to *carbon dioxide ($CO_2$)*, other *greenhouse gases (GHGs)*, or other substances. Emissions

trading is also one of the mechanisms under the *Kyoto Protocol*. See also *Kyoto Mechanisms*.

**Energy:** The power of 'doing work' possessed at any instant by a body or system of bodies. Energy is classified in a variety of types and becomes available to human ends when it flows from one place to another or is converted from one type into another.

    *Embodied energy:* The *energy* used to produce a material substance or product (such as processed metals or building materials), taking into account *energy* used at the manufacturing facility, *energy* used in producing the materials that are used in the manufacturing facility, and so on.

    *Final energy:* See *Primary energy*.

    *Primary energy:* Primary energy (also referred to as energy *sources*) is the *energy* stored in natural resources (e.g., coal, crude oil, natural gas, uranium, and renewable sources). It is defined in several alternative ways. The International Energy Agency (IEA) utilizes the physical energy content method, which defines primary energy as *energy* that has not undergone any anthropogenic conversion. The method used in this report is the direct equivalent method (see Annex II.4), which counts one unit of secondary energy provided from non-combustible sources as one unit of primary energy, but treats combustion energy as the energy potential contained in fuels prior to treatment or combustion. Primary energy is transformed into secondary energy by cleaning (natural gas), refining (crude oil to oil products) or by conversion into electricity or heat. When the secondary energy is delivered at the end-use facilities it is called final energy (e.g., electricity at the wall outlet), where it becomes usable energy in supplying *energy services* (e.g., light).

    *Renewable energy (RE):* Any form of energy from solar, geophysical, or biological sources that is replenished by natural processes at a rate that equals or exceeds its rate of use. For a more detailed description see *Bioenergy*, *Solar energy*, *Hydropower*, *Ocean*, *Geothermal*, and *Wind energy*.

    *Secondary energy:* See *Primary energy*.

**Energy access:** Access to clean, reliable and affordable *energy services* for cooking and heating, lighting, communications, and productive uses (AGECC, 2010).

**Energy carrier:** A substance for delivering mechanical work or transfer of heat. Examples of energy carriers include: solid, liquid, or gaseous fuels (e.g., *biomass*, coal, oil, natural gas, hydrogen); pressurized/heated/cooled fluids (air, water, steam); and electric current.

**Energy density:** The ratio of stored *energy* to the volume or mass of a fuel or battery.

**Energy efficiency (EE):** The ratio of useful *energy* output of a system, conversion process, or activity to its *energy* input. In economics, the term may describe the ratio of economic output to *energy* input. See also *Energy intensity*.

**Energy intensity:** The ratio of *energy* use to economic or physical output.

**Energy poverty:** A lack of access to modern *energy services*. See also *Energy access*.

**Energy security:** The goal of a given country, or the global community as a whole, to maintain an adequate, stable, and predictable *energy* supply. Measures encompass safeguarding the sufficiency of *energy* resources to meet national *energy* demand at competitive and stable prices and the resilience of the *energy* supply; enabling development and deployment of technologies; building sufficient infrastructure to generate, store and transmit *energy* supplies; and ensuring enforceable contracts of delivery.

**Energy services:** An energy service is the benefit received as a result of *energy* use.

**Energy system:** The energy system comprises all components related to the production, conversion, delivery, and use of *energy*.

**Environmental effectiveness:** A *policy* is environmentally effective to the extent by which it achieves its expected environmental target (e.g., *greenhouse gas (GHG)* emission reduction).

**Environmental input-output analysis:** An analytical method used to allocate environmental impacts arising in production to categories of final consumption, by means of the Leontief inverse of a country's economic input-output tables. See also Annex II.6.2.

**Environmental Kuznets Curve:** The hypothesis that various environmental impacts first increase and then eventually decrease as income per capita increases.

**Evidence:** Information indicating the degree to which a belief or proposition is true or valid. In this report, the degree of evidence reflects the amount, quality, and consistency of scientific/technical information on which the Lead Authors are basing their findings. See also *Agreement*, *Confidence*, *Likelihood* and *Uncertainty*.

**Externality/external cost/external benefit:** Externalities arise from a human activity when agents responsible for the activity do not take full account of the activity's impacts on others' production and consumption possibilities, and no compensation exists for such impacts. When the impacts are negative, they are external costs. When the impacts are positive, they are external benefits. See also *Social costs*.

**Feed-in tariff (FIT):** The price per unit of electricity (heat) that a utility or power (heat) supplier has to pay for distributed or renewable electricity (heat) fed into the power grid (heat supply system) by non-utility generators. A public authority regulates the tariff.

**Final energy:** See *Primary energy*.

**Flaring:** Open air burning of waste gases and volatile liquids, through a chimney, at oil wells or rigs, in refineries or chemical plants, and at landfills.

**Flexibility Mechanisms:** See *Kyoto Mechanisms.*

**Food security:** A state that prevails when people have secure access to sufficient amounts of safe and nutritious food for normal growth, development, and an active and healthy life.[4]

**Forest:** A vegetation type dominated by trees. Many definitions of the term forest are in use throughout the world, reflecting wide differences in biogeophysical conditions, social structure and economics. According to the 2005 *United Nations Framework Convention on Climate Change (UNFCCC)* definition a forest is an area of land of at least 0.05–1 hectare, of which more than 10–30 % is covered by tree canopy. Trees must have a potential to reach a minimum of 25 meters at maturity in situ. Parties to the Convention can choose to define a forest from within those ranges. Currently, the definition does not recognize different biomes, nor do they distinguish natural forests from plantations, an anomaly being pointed out by many as in need of rectification.

For a discussion of the term forest and related terms such as *afforestation*, *reforestation* and *deforestation* see the IPCC Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Forest management:** A system of practices for stewardship and use of *forest* land aimed at fulfilling relevant ecological (including *biological diversity*), economic and social functions of the *forest* in a sustainable manner (UNFCCC, 2002).

**Forestry and Other Land Use (FOLU):** See *Agriculture, Forestry and Other Land Use (AFOLU)*.

**Fossil fuels:** Carbon-based fuels from fossil hydrocarbon deposits, including coal, peat, oil, and natural gas.

**Free Rider:** One who benefits from a common good without contributing to its creation or preservation.

_____

[4]   This glossary entry builds on definitions used in FAO (2000) and previous IPCC reports.

**Fuel cell:** A fuel cell generates electricity in a direct and continuous way from the controlled electrochemical reaction of hydrogen or another fuel and oxygen. With hydrogen as fuel the cell emits only water and heat (no *carbon dioxide*) and the heat can be utilized (see also *Cogeneration*).

**Fuel poverty:** A condition in which a household is unable to guarantee a certain level of consumption of domestic *energy services* (especially heating) or suffers disproportionate expenditure burdens to meet these needs.

**Fuel switching:** In general, fuel switching refers to substituting fuel A for fuel B. In the context of *mitigation* it is implicit that fuel A has lower carbon content than fuel B, e.g., switching from natural gas to coal.

**General circulation (climate) model (GCM):** See *Climate model*.

**General equilibrium analysis:** General equilibrium analysis considers simultaneously all the markets and feedback effects among these markets in an economy leading to market clearance. *(Computable) general equilibrium (CGE) models* are the operational tools used to perform this type of analysis.

**Geoengineering:** Geoengineering refers to a broad set of methods and technologies that aim to deliberately alter the *climate system* in order to alleviate the impacts of *climate change*. Most, but not all, methods seek to either (1) reduce the amount of absorbed *solar energy* in the *climate system* (*Solar Radiation Management*) or (2) increase net carbon *sinks* from the *atmosphere* at a scale sufficiently large to alter *climate* (*Carbon Dioxide Removal*). Scale and intent are of central importance. Two key characteristics of geoengineering methods of particular concern are that they use or affect the *climate system* (e.g., *atmosphere*, land or ocean) globally or regionally and/or could have substantive unintended effects that cross national boundaries. Geoengineering is different from weather modification and ecological engineering, but the boundary can be fuzzy (IPCC, 2012, p. 2).

**Geothermal energy:** Accessible thermal *energy* stored in the earth's interior.

**Global Environment Facility (GEF):** The Global Environment Facility, established in 1991, helps *developing countries* fund projects and programmes that protect the global environment. GEF grants support projects related to *biodiversity*, *climate change*, international waters, land degradation, the *ozone ($O_3$)* layer, and persistent organic pollutants.

**Global mean surface temperature:** An estimate of the global mean surface air temperature. However, for changes over time, only anomalies, as departures from a climatology, are used, most commonly based on the area-weighted global average of the sea surface temperature anomaly and land surface air temperature anomaly.

**Global warming:** Global warming refers to the gradual increase, observed or projected, in global surface temperature, as one of the consequences of *radiative forcing* caused by *anthropogenic emissions*.

**Global Warming Potential (GWP):** An index, based on radiative properties of *greenhouse gases (GHGs)*, measuring the *radiative forcing* following a pulse emission of a unit mass of a given GHG in the present-day *atmosphere* integrated over a chosen time horizon, relative to that of *carbon dioxide ($CO_2$)*. The GWP represents the combined effect of the differing times these gases remain in the *atmosphere* and their relative effectiveness in causing *radiative forcing*. The *Kyoto Protocol* is based on GWPs from pulse emissions over a 100-year time frame. Unless stated otherwise, this report uses GWP values calculated with a 100-year time horizon which are often derived from the IPCC Second Assessment Report (see Annex II.9.1 for the GWP values of the different GHGs).

**Governance:** A comprehensive and inclusive concept of the full range of means for deciding, managing, and implementing *policies* and *measures*. Whereas government is defined strictly in terms of the nation-state, the more inclusive concept of governance recognizes the contributions of various levels of government (global, international, regional, local) and the contributing roles of the private sector, of nongovernmental actors, and of civil society to addressing the many types of issues facing the global community.

**Grazing land management:** The system of practices on land used for livestock production aimed at manipulating the amount and type of vegetation and livestock produced (UNFCCC, 2002).

**Green Climate Fund (GCF):** The Green Climate Fund was established by the 16th Session of the *Conference of the Parties (COP)* in 2010 as an operating entity of the financial mechanism of the *United Nations Framework Convention on Climate Change (UNFCCC)*, in accordance with Article 11 of the Convention, to support projects, programmes and *policies* and other activities in *developing country* Parties. The Fund is governed by a Board and will receive guidance of the COP. The Fund is headquartered in Songdo, Republic of Korea.

**Greenhouse effect:** The infrared radiative effect of all infrared-absorbing constituents in the *atmosphere*. *Greenhouse gases (GHGs)*, clouds, and (to a small extent) *aerosols* absorb terrestrial radiation emitted by the earth's surface and elsewhere in the *atmosphere*. These substances emit infrared radiation in all directions, but, everything else being equal, the net amount emitted to space is normally less than would have been emitted in the absence of these absorbers because of the decline of temperature with altitude in the *troposphere* and the consequent weakening of emission. An increase in the concentration of GHGs increases the magnitude of this effect; the difference is sometimes called the enhanced greenhouse effect. The change in a GHG concentration because of *anthropogenic emissions* contributes to an instantaneous *radiative forcing*. Surface temperature and *troposphere*

warm in response to this forcing, gradually restoring the radiative balance at the top of the *atmosphere*.

**Greenhouse gas (GHG):** Greenhouse gases are those gaseous constituents of the *atmosphere*, both natural and anthropogenic, that absorb and emit radiation at specific wavelengths within the spectrum of terrestrial radiation emitted by the earth's surface, the *atmosphere* itself, and by clouds. This property causes the *greenhouse effect*. Water vapour ($H_2O$), *carbon dioxide ($CO_2$)*, *nitrous oxide ($N_2O$)*, methane ($CH_4$) and *ozone ($O_3$)* are the primary GHGs in the earth's *atmosphere*. Moreover, there are a number of entirely human-made GHGs in the *atmosphere*, such as the halocarbons and other chlorine- and bromine-containing substances, dealt with under the *Montreal Protocol*. Beside $CO_2$, $N_2O$ and $CH_4$, the *Kyoto Protocol* deals with the GHGs *sulphur hexafluoride ($SF_6$)*, *hydrofluorocarbons (HFCs)* and *perfluorocarbons (PFCs)*. For a list of well-mixed GHGs, see WGI AR5 Table 2.A.1.

**Gross domestic product (GDP):** The sum of gross value added, at purchasers' prices, by all resident and non-resident producers in the economy, plus any taxes and minus any subsidies not included in the value of the products in a country or a geographic region for a given period, normally one year. GDP is calculated without deducting for depreciation of fabricated assets or depletion and degradation of natural resources.

**Gross national expenditure (GNE):** The total amount of public and private consumption and capital expenditures of a nation. In general, national account is balanced such that *gross domestic product (GDP)* + import = GNE + export.

**Gross national product:** The value added from domestic and foreign sources claimed by residents. GNP comprises *gross domestic product (GDP)* plus net receipts of primary income from non-resident income.

**Gross world product:** An aggregation of the individual country's *gross domestic products (GDP)* to obtain the world or global *GDP*.

**Heat island:** The relative warmth of a city compared with surrounding rural areas, associated with changes in runoff, effects on heat retention, and changes in surface *albedo*.

**Human Development Index (HDI):** The Human Development Index allows the assessment of countries' progress regarding social and economic development as a composite index of three indicators: (1) health measured by life expectancy at birth; (2) knowledge as measured by a combination of the adult literacy rate and the combined primary, secondary and tertiary school enrolment ratio; and (3) standard of living as *gross domestic product (GDP)* per capita (in purchasing power parity). The HDI sets a minimum and a maximum for each dimension, called goalposts, and then shows where each country stands in relation to these goalposts, expressed as a value between 0 and 1. The HDI only acts as a broad proxy for some of the key issues of human

development; for instance, it does not reflect issues such as political participation or gender inequalities.

**Hybrid vehicle:** Any vehicle that employs two sources of propulsion, particularly a vehicle that combines an internal combustion engine with an electric motor.

**Hydrofluorocarbons (HFCs):** One of the six types of *greenhouse gases (GHGs)* or groups of GHGs to be mitigated under the *Kyoto Protocol*. They are produced commercially as a substitute for *chlorofluorocarbons (CFCs)*. HFCs largely are used in refrigeration and semiconductor manufacturing. See also *Global Warming Potential (GWP)* and Annex II.9.1 for GWP values.

**Hydropower:** Power harnessed from the flow of water.

**Incremental costs:** See *Climate finance*.

**Incremental investment:** See *Climate finance*.

**Indigenous peoples:** Indigenous peoples and nations are those that, having a historical continuity with pre-invasion and pre-colonial societies that developed on their territories, consider themselves distinct from other sectors of the societies now prevailing on those territories, or parts of them. They form at present principally non-dominant sectors of society and are often determined to preserve, develop, and transmit to future generations their ancestral territories, and their ethnic identity, as the basis of their continued existence as peoples, in accordance with their own cultural patterns, social *institutions*, and common law system.[5]

**Indirect emissions:** See *Emissions*.

**Indirect land use change (iLUC):** See *Land use.*

**Industrial Revolution:** A period of rapid industrial growth with far-reaching social and economic consequences, beginning in Britain during the second half of the 18th century and spreading to Europe and later to other countries including the United States. The invention of the steam engine was an important trigger of this development. The industrial revolution marks the beginning of a strong increase in the use of *fossil fuels* and emission of, in particular, fossil *carbon dioxide*. In this report the terms pre-industrial and industrial refer, somewhat arbitrarily, to the periods before and after 1750, respectively.

**Industrialized countries/developing countries:** There are a diversity of approaches for categorizing countries on the basis of their level of development, and for defining terms such as industrialized, developed, or developing. Several categorizations are used in this report. (1)

In the United Nations system, there is no established convention for designating of developed and developing countries or areas. (2) The United Nations Statistics Division specifies developed and developing regions based on common practice. In addition, specific countries are designated as *Least Developed Countries (LCD)*, landlocked developing countries, small island developing states, and transition economies. Many countries appear in more than one of these categories. (3) The World Bank uses income as the main criterion for classifying countries as low, lower middle, upper middle, and high income. (4) The UNDP aggregates indicators for life expectancy, educational attainment, and income into a single composite *Human Development Index (HDI)* to classify countries as low, medium, high, or very high human development. See WGII AR5 Box 1–2.

**Input-output analysis:** See *Environmental input-output analysis.*

**Institution:** Institutions are rules and norms held in common by social actors that guide, constrain and shape human interaction. Institutions can be formal, such as laws and policies, or informal, such as norms and conventions. Organizations—such as parliaments, regulatory agencies, private firms, and community bodies—develop and act in response to institutional frameworks and the incentives they frame. Institutions can guide, constrain and shape human interaction through direct control, through incentives, and through processes of socialization.

**Institutional feasibility:** Institutional feasibility has two key parts: (1) the extent of administrative workload, both for public authorities and for regulated entities, and (2) the extent to which the *policy* is viewed as legitimate, gains acceptance, is adopted, and is implemented.

**Integrated assessment:** A method of analysis that combines results and models from the physical, biological, economic, and social sciences, and the interactions among these components in a consistent framework to evaluate the status and the consequences of environmental change and the *policy* responses to it. See also *Integrated Models.*

**Integrated models:** See *Models.*

**IPAT identity:** IPAT is the lettering of a formula put forward to describe the impact of human activity on the environment. Impact ($I$) is viewed as the product of population size ($P$), affluence ($A$=GDP/person) and technology ($T$= impact per GDP unit). In this conceptualization, population growth by definition leads to greater environmental impact if $A$ and $T$ are constant, and likewise higher income leads to more impact (Ehrlich and Holdren, 1971).

**Iron fertilization:** Deliberate introduction of iron to the upper ocean intended to enhance biological productivity which can sequester additional atmospheric *carbon dioxide ($CO_2$)* into the oceans. See also *Geo-engineering* and *Carbon Dioxide Removal (CDR).*

**Jevon's paradox:** See *Rebound effect.*

---

[5] This glossary entry builds on the definitions used in Cobo (1987) and previous IPCC reports.

**Joint Implementation (JI):** A mechanism defined in Article 6 of the *Kyoto Protocol*, through which investors (governments or companies) from developed *(Annex B) countries* may implement projects jointly that limit or reduce emissions or enhance *sinks,* and to share the *Emissions Reduction Units (ERU)*. See also *Kyoto Mechanisms*.

**Kaya identity:** In this identity global emissions are equal to the population size, multiplied by per capita output (*gross world product*), multiplied by the *energy intensity* of production, multiplied by the *carbon intensity* of *energy*.

**Kyoto Mechanisms (also referred to as Flexibility Mechanisms):** Market-based mechanisms that Parties to the *Kyoto Protocol* can use in an attempt to lessen the potential economic impacts of their commitment to limit or reduce *greenhouse gas (GHG)* emissions. They include *Joint Implementation (JI)* (Article 6), *Clean Development Mechanism (CDM)* (Article 12), and *Emissions trading* (Article 17).

**Kyoto Protocol:** The Kyoto Protocol to the *United Nations Framework Convention on Climate Change (UNFCCC)* was adopted in 1997 in Kyoto, Japan, at the Third Session of the *Conference of the Parties (COP)* to the UNFCCC. It contains legally binding commitments, in addition to those included in the UNFCCC. Countries included in *Annex B* of the Protocol (most Organisation for Economic Cooperation and Development countries and countries with economies in transition) agreed to reduce their anthropogenic *greenhouse gas (GHG)* emissions (*carbon dioxide (CO$_2$)*, *methane (CH$_4$)*, *nitrous oxide (N$_2$O)*, *hydrofluorocarbons (HFCs)*, *perfluorocarbons (PFCs)*, and *sulphur hexafluoride (SF$_6$)*) by at least 5% below 1990 levels in the commitment period 2008–2012. The Kyoto Protocol entered into force on 16 February 2005.

**Land use (change, direct and indirect):** Land use refers to the total of arrangements, activities and inputs undertaken in a certain land cover type (a set of human actions). The term land use is also used in the sense of the social and economic purposes for which land is managed (e.g., grazing, timber extraction and conservation). In urban settlements it is related to land uses within cities and their hinterlands. Urban land use has implications on city management, structure, and form and thus on energy demand, *greenhouse gas (GHG)* emissions, and mobility, among other aspects.

*Land use change (LUC):* Land use change refers to a change in the use or management of land by humans, which may lead to a change in land cover. Land cover and LUC may have an impact on the surface *albedo*, evapotranspiration, *sources* and *sinks* of GHGs, or other properties of the *climate system* and may thus give rise to *radiative forcing* and/or other impacts on *climate*, locally or globally. See also the IPCC Report on Land Use, Land-Use Change, and Forestry (IPCC, 2000).

*Indirect land use change (iLUC):* Indirect land use change refers to shifts in land use induced by a change in the production level of an agricultural product elsewhere, often mediated by markets or

driven by *policies*. For example, if agricultural land is diverted to fuel production, *forest* clearance may occur elsewhere to replace the former agricultural production. See also *Afforestation, Deforestation* and *Reforestation*.

**Land use, land use change and forestry (LULUCF):** A *greenhouse gas (GHG)* inventory sector that covers *emissions* and removals of GHGs resulting from direct human-induced *land use*, *land use change* and forestry activities excluding *agricultural emissions*. See also *Agriculture, Forestry and Other Land Use (AFOLU)*.

**Land value capture:** A financing mechanism usually based around transit systems, or other infrastructure and services, that captures the increased value of land due to improved accessibility.

**Leakage:** Phenomena whereby the reduction in emissions (relative to a *baseline*) in a jurisdiction/sector associated with the implementation of *mitigation policy* is offset to some degree by an increase outside the jurisdiction/sector through induced changes in consumption, production, prices, land use and/or trade across the jurisdictions/sectors. Leakage can occur at a number of levels, be it a project, state, province, nation, or world region. See also *Rebound effect*.

In the context of *Carbon Dioxide Capture and Storage (CCS)*, 'CO$_2$ leakage' refers to the escape of injected *carbon dioxide (CO$_2$)* from the storage location and eventual release to the atmosphere. In the context of other substances, the term is used more generically, such as for '*methane (CH$_4$)* leakage' (e.g., from *fossil fuel* extraction activities), and '*hydrofluorocarbon (HFC)* leakage' (e.g., from refrigeration and air-conditioning systems).

**Learning curve/rate:** Decreasing cost-prices of technologies shown as a function of increasing (total or yearly) supplies. The learning rate is the percent decrease of the cost-price for every doubling of the cumulative supplies (also called progress ratio).

**Least Developed Countries (LDCs):** A list of countries designated by the Economic and Social Council of the United Nations (ECOSOC) as meeting three criteria: (1) a low income criterion below a certain threshold of gross national income per capita of between USD 750 and USD 900, (2) a human resource weakness based on indicators of health, education, adult literacy, and (3) an economic vulnerability weakness based on indicators on instability of agricultural production, instability of export of goods and services, economic importance of non-traditional activities, merchandise export concentration, and the handicap of economic smallness. Countries in this category are eligible for a number of programmes focused on assisting countries most in need. These privileges include certain benefits under the articles of the *United Nations Framework Convention on Climate Change (UNFCCC)*. See also *Industrialized/developing countries*.

**Levelized cost of conserved carbon (LCCC):** See Annex II.3.1.3 for concepts and definition.

AI

**Levelized cost of conserved energy (LCCE):** See Annex II.3.1.2 for concepts and definition.

**Levelized cost of energy (LCOE):** See Annex II.3.1.1 for concepts and definition.

**Lifecycle assessment (LCA):** A widely used technique defined by ISO 14040 as a "compilation and evaluation of the inputs, outputs and the potential environmental impacts of a product system throughout its life cycle". The results of LCA studies are strongly dependent on the system boundaries within which they are conducted. The technique is intended for relative comparison of two similar means to complete a product. See also Annex II.6.3.

**Likelihood:** The chance of a specific outcome occurring, where this might be estimated probabilistically. This is expressed in this report using a standard terminology (Mastrandrea et al., 2010): virtually certain 99–100 % probability, very likely 90–100 %, likely 66–100 %, about as likely as not 33–66 %, unlikely 0–33 %, very unlikely 0–10 %, exceptionally unlikely 0–1 %. Additional terms (more likely than not > 50–100 %, and more unlikely than likely 0–< 50 %) may also be used when appropriate. Assessed likelihood is typeset in italics, e. g., *very likely*. See also *Agreement, Confidence, Evidence* and *Uncertainty*.

**Lock-in:** Lock-in occurs when a market is stuck with a *standard* even though participants would be better off with an alternative.

**Marginal abatement cost (MAC):** The cost of one unit of additional *mitigation*.

**Market barriers:** In the context of climate change *mitigation*, market barriers are conditions that prevent or impede the diffusion of *cost-effective* technologies or practices that would mitigate *greenhouse gas (GHG)* emissions.

**Market-based mechanisms, GHG emissions:** Regulatory approaches using price mechanisms (e.g., taxes and auctioned *emission permits*), among other instruments, to reduce the *sources* or enhance the *sinks* of *greenhouse gases (GHGs)*.

**Market exchange rate (MER):** The rate at which foreign currencies are exchanged. Most economies post such rates daily and they vary little across all the exchanges. For some developing economies, official rates and black-market rates may differ significantly and the MER is difficult to pin down. See also *Purchasing power parity (PPP)* and Annex II.1.3 for the monetary conversion process applied throughout this report.

**Market failure:** When private decisions are based on market prices that do not reflect the real scarcity of goods and services but rather reflect market distortions, they do not generate an efficient allocation of resources but cause welfare losses. A market distortion is any event

in which a market reaches a market clearing price that is substantially different from the price that a market would achieve while operating under conditions of perfect competition and state enforcement of legal contracts and the ownership of private property. Examples of factors causing market prices to deviate from real economic scarcity are environmental *externalities, public goods*, monopoly power, information asymmetry, *transaction costs*, and non-rational *behaviour*. See also *Economic efficiency*.

**Material flow analysis (MFA):** A systematic assessment of the flows and stocks of materials within a system defined in space and time (Brunner and Rechberger, 2004). See also Annex II.6.1.

**Measures:** In climate *policy*, measures are technologies, processes or practices that contribute to *mitigation*, for example *renewable energy (RE)* technologies, waste minimization processes, public transport commuting practices.

**Meeting of the Parties (CMP):** The *Conference of the Parties (COP)* to the *United Nations Framework Convention on Climate Change (UNFCCC)* serves as the CMP, the supreme body of the *Kyoto Protocol*, since the latter entered into force on 16 February 2005. Only Parties to the *Kyoto Protocol* may participate in deliberations and make decisions.

**Methane ($CH_4$):** One of the six *greenhouse gases (GHGs)* to be mitigated under the *Kyoto Protocol* and is the major component of natural gas and associated with all hydrocarbon fuels. Significant emissions occur as a result of animal husbandry and agriculture and their management represents a major *mitigation* option. See also *Global Warming Potential (GWP)* and Annex II.9.1 for GWP values.

**Methane recovery:** Any process by which *methane ($CH_4$)* emissions (e.g., from oil or gas wells, coal beds, peat bogs, gas transmission pipelines, landfills, or anaerobic digesters) are captured and used as a fuel or for some other economic purpose (e.g., chemical feedstock).

**Millennium Development Goals (MDGs):** A set of eight time-bound and measurable goals for combating poverty, hunger, disease, illiteracy, discrimination against women and environmental degradation. These goals were agreed to at the UN Millennium Summit in 2000 together with an action plan to reach the goals.

**Mitigation (of climate change):** A human intervention to reduce the *sources* or enhance the *sinks* of *greenhouse gases (GHGs)*. This report also assesses human interventions to reduce the *sources* of other substances which may contribute directly or indirectly to limiting *climate change*, including, for example, the reduction of *particulate matter (PM)* emissions that can directly alter the radiation balance (e.g., *black carbon*) or *measures* that control emissions of carbon monoxide, *nitrogen oxides ($NO_x$)*, *Volatile Organic Compounds (VOCs)* and other

AI

pollutants that can alter the concentration of tropospheric *ozone (O₃)* which has an indirect effect on the *climate*.

**Mitigation capacity:** A country's ability to reduce anthropogenic *greenhouse gas (GHG)* emissions or to enhance natural *sinks*, where ability refers to skills, competencies, fitness, and proficiencies that a country has attained and depends on technology, *institutions*, wealth, equity, infrastructure, and information. Mitigative capacity is rooted in a country's *sustainable development (SD)* path.

**Mitigation scenario:** A plausible description of the future that describes how the (studied) system responds to the implementation of *mitigation policies* and *measures*. See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Representative Concentration Pathways (RCPs)*, *Scenario*, *Shared socio-economic pathways*, *Socio-economic scenarios*, *SRES scenarios*, *Stabilization*, and *Transformation pathways*.

**Models:** Structured imitations of a system's attributes and mechanisms to mimic appearance or functioning of systems, for example, the *climate*, the economy of a country, or a crop. Mathematical models assemble (many) variables and relations (often in a computer code) to simulate system functioning and performance for variations in parameters and inputs.

*Computable General Equilibrium (CGE) Model:* A class of economic models that use actual economic data (i.e., input/output data), simplify the characterization of economic *behaviour*, and solve the whole system numerically. CGE models specify all economic relationships in mathematical terms and predict the changes in variables such as prices, output and economic welfare resulting from a change in economic policies, given information about technologies and consumer preferences (Hertel, 1997). See also *General equilibrium analysis*.

*Integrated Model:* Integrated models explore the interactions between multiple sectors of the economy or components of particular systems, such as the *energy system*. In the context of *transformation pathways*, they refer to models that, at a minimum, include full and disaggregated representations of the *energy system* and its linkage to the overall economy that will allow for consideration of interactions among different elements of that system. Integrated models may also include representations of the full economy, *land use* and *land use change (LUC)*, and the *climate system*. See also *Integrated assessment*.

*Sectoral Model:* In the context of this report, sectoral models address only one of the core sectors that are discussed in this report, such as buildings, industry, transport, energy supply, and *Agriculture, Forestry and Other Land Use (AFOLU)*.

**Montreal Protocol:** The Montreal Protocol on Substances that Deplete the Ozone Layer was adopted in Montreal in 1987, and subse-

quently adjusted and amended in London (1990), Copenhagen (1992), Vienna (1995), Montreal (1997) and Beijing (1999). It controls the consumption and production of chlorine- and bromine- containing chemicals that destroy stratospheric *ozone (O₃)*, such as *chlorofluorocarbons (CFCs)*, methyl chloroform, carbon tetrachloride and many others.

**Multi-criteria analysis (MCA):** Integrates different decision parameters and values without assigning monetary values to all parameters. Multi-criteria analysis can combine quantitative and qualitative information. Also referred to as multi-attribute analysis.

**Multi-attribute analysis:** See *Multi-criteria analysis (MCA)*.

**Multi-gas:** Next to *carbon dioxide (CO₂)*, there are other forcing components taken into account in, e.g., achieving reduction for a basket of *greenhouse gas (GHG)* emissions (CO₂, *methane (CH₄)*, *nitrous oxide (N₂O)*, and fluorinated gases) or *stabilization* of *CO₂-equivalent concentrations* (multi-gas *stabilization*, including GHGs and *aerosols*).

**Nationally Appropriate Mitigation Action (NAMA):** Nationally Appropriate Mitigation Actions are a concept for recognizing and financing emission reductions by *developing countries* in a post-2012 climate regime achieved through action considered appropriate in a given national context. The concept was first introduced in the Bali Action Plan in 2007 and is contained in the *Cancún Agreements*.

**Nitrogen oxides (NOₓ):** Any of several oxides of nitrogen.

**Nitrous oxide (N₂O):** One of the six *greenhouse gases (GHGs)* to be mitigated under the *Kyoto Protocol*. The main anthropogenic source of $N_2O$ is agriculture (soil and animal manure management), but important contributions also come from sewage treatment, *fossil fuel* combustion, and chemical industrial processes. $N_2O$ is also produced naturally from a wide variety of biological sources in soil and water, particularly microbial action in wet tropical forests. See also *Global Warming Potential (GWP)* and Annex II.9.1 for GWP values.

**Non-Annex I Parties/countries:** Non-Annex I Parties are mostly *developing countries*. Certain groups of *developing countries* are recognized by the Convention as being especially vulnerable to the adverse impacts of *climate change*, including countries with low-lying coastal areas and those prone to *desertification* and drought. Others, such as countries that rely heavily on income from *fossil fuel* production and commerce, feel more vulnerable to the potential economic impacts of *climate change* response measures. The Convention emphasizes activities that promise to answer the special needs and concerns of these vulnerable countries, such as investment, insurance, and technology transfer. See also *Annex I Parties/countries*.

**Normative analysis:** Analysis in which judgments about the desirability of various *policies* are made. The conclusions rest on value judgments as well as on facts and theories. See also *Descriptive analysis*.

**Ocean energy:** *Energy* obtained from the ocean via waves, tidal ranges, tidal and ocean currents, and thermal and saline gradients.

**Offset (in climate policy):** A unit of $CO_2$-*equivalent emissions* that is reduced, avoided, or sequestered to compensate for emissions occurring elsewhere.

**Oil sands and oil shale:** Unconsolidated porous sands, sandstone rock, and shales containing bituminous material that can be mined and converted to a liquid fuel. See also *Unconventional fuels*.

**Overshoot pathways:** Emissions, concentration, or temperature pathways in which the metric of interest temporarily exceeds, or 'overshoots', the long-term goal.

**Ozone ($O_3$):** Ozone, the triatomic form of oxygen ($O_3$), is a gaseous atmospheric constituent. In the *troposphere*, it is created both naturally and by photochemical reactions involving gases resulting from human activities (smog). Tropospheric $O_3$ acts as a *greenhouse gas (GHG)*. In the *stratosphere*, it is created by the interaction between solar ultraviolet radiation and molecular oxygen ($O_2$). Stratospheric $O_3$ plays a dominant role in the stratospheric radiative balance. Its concentration is highest in the $O_3$ layer.

**Paratransit:** Denotes flexible passenger transportation, often but not only in areas with low population density, that does not follow fixed routes or schedules. Options include minibuses (matatus, marshrutka), shared taxis and jitneys. Sometimes paratransit is also called community transit.

**Pareto optimum:** A state in which no one's welfare can be increased without reducing someone else's welfare. See also *Economic efficiency*.

**Particulate matter (PM):** Very small solid particles emitted during the combustion of *biomass* and *fossil fuels*. PM may consist of a wide variety of substances. Of greatest concern for health are particulates of diameter less than or equal to 10 nanometers, usually designated as $PM_{10}$. See also *Aerosol*.

**Passive design:** The word 'passive' in this context implies the ideal target that the only *energy* required to use the designed product or service comes from renewable sources.

**Path dependence:** The generic situation where decisions, events, or outcomes at one point in time constrain *adaptation*, *mitigation*, or other actions or options at a later point in time.

**Payback period:** Mostly used in investment appraisal as financial payback, which is the time needed to repay the initial investment by the returns of a project. A payback gap exists when, for example, private investors and micro-financing schemes require higher profitability rates from *renewable energy (RE)* projects than from fossil-fired proj-ects. Energy payback is the time an *energy* project needs to deliver as much *energy* as had been used for setting the project online. Carbon payback is the time a *renewable energy (RE)* project needs to deliver as much net *greenhouse gas (GHG)* savings (with respect to the fossil reference *energy system*) as its realization has caused GHG emissions from a perspective of *lifecycle assessment (LCA)* (including *land use changes (LUC)* and loss of terrestrial carbon stocks).

**Perfluorocarbons (PFCs):** One of the six types of *greenhouse gases (GHGs)* or groups of GHGs to be mitigated under the *Kyoto Protocol*. PFCs are by-products of aluminium smelting and uranium enrichment. They also replace *chlorofluorocarbons (CFCs)* in manufacturing semiconductors. See also *Global Warming Potential (GWP)* and Annex II.9.1 for GWP values.

**Photovoltaic cells (PV):** Electronic devices that generate electricity from light *energy*. See also *Solar energy*.

**Policies (for mitigation of or adaptation to climate change):** Policies are a course of action taken and/or mandated by a government, e.g., to enhance *mitigation* and *adaptation*. Examples of *policies* aimed at *mitigation* are support mechanisms for *renewable energy (RE)* supplies, carbon or energy taxes, fuel efficiency *standards* for automobiles. See also *Measures*.

**Polluter pays principle (PPP):** The party causing the pollution is responsible for paying for remediation or for compensating the damage.

**Positive analysis:** See *Descriptive analysis*.

**Potential:** The possibility of something happening, or of someone doing something in the future. Different metrics are used throughout this report for the quantification of different types of potentials, including the following:

> *Technical potential:* Technical potential is the amount by which it is possible to pursue a specific objective through an increase in deployment of technologies or implementation of processes and practices that were not previously used or implemented. Quantification of technical potentials may take into account other than technical considerations, including social, economic and/or environmental considerations.

**Precautionary principle:** A provision under Article 3 of the *United Nations Framework Convention on Climate Change (UNFCCC)*, stipulating that the Parties should take precautionary *measures* to anticipate, prevent, or minimize the causes of *climate change* and mitigate its adverse effects. Where there are threats of serious or irreversible damage, lack of full scientific certainty should not be used as a reason to postpone such *measures*, taking into account that *policies* and *measures* to deal with *climate change* should be *cost-effective* in order to ensure global benefits at the lowest possible cost.

**AI**

**Precursors:** Atmospheric compounds that are not *greenhouse gases (GHGs)* or *aerosols*, but that have an effect on GHG or *aerosol* concentrations by taking part in physical or chemical processes regulating their production or destruction rates.

**Pre-industrial:** See *Industrial Revolution*.

**Present value:** Amounts of money available at different dates in the future are discounted back to a present value, and summed to get the present value of a series of future cash flows. See also *Discounting*.

**Primary production:** All forms of production accomplished by plants, also called primary producers.

**Primary energy:** See *Energy*.

**Private costs:** Private costs are carried by individuals, companies or other private entities that undertake an action, whereas social costs include additionally the *external costs* on the environment and on society as a whole. Quantitative estimates of both private and social costs may be incomplete, because of difficulties in measuring all relevant effects.

**Production-based accounting:** Production-based accounting provides a measure of emissions released to the *atmosphere* for the production of goods and services by a certain entity (e.g., person, firm, country, or region). See also *Consumption-based accounting*.

**Public good:** Public goods are non-rivalrous (goods whose consumption by one consumer does not prevent simultaneous consumption by other consumers) and non-excludable (goods for which it is not possible to prevent people who have not paid for it from having access to it).

**Purchasing power parity (PPP):** The purchasing power of a currency is expressed using a basket of goods and services that can be bought with a given amount in the home country. International comparison of, for example, *gross domestic products (GDP)* of countries can be based on the purchasing power of currencies rather than on current exchange rates. PPP estimates tend to lower per capita *GDP* in *industrialized countries* and raise per capita *GDP* in *developing countries*. (PPP is also an acronym for *polluter pays principle*). See also *Market exchange rate (MER)* and Annex II.1.3 for the monetary conversion process applied throughout this report.

**Radiation management:** See *Solar Radiation Management*.

**Radiative forcing:** Radiative forcing is the change in the net, downward minus upward, radiative flux (expressed in W m$^{-2}$) at the tropopause or top of *atmosphere* due to a change in an external driver of *climate change*, such as, for example, a change in the concentration of *carbon dioxide (CO$_2$)* or the output of the sun. For the purposes of this report, radiative forcing is further defined as the change relative to the year 1750 and refers to a global and annual average value.

**Rebound effect:** Phenomena whereby the reduction in *energy* consumption or emissions (relative to a *baseline*) associated with the implementation of *mitigation measures* in a jurisdiction is offset to some degree through induced changes in consumption, production, and prices within the same jurisdiction. The rebound effect is most typically ascribed to technological *energy efficiency (EE)* improvements. See also *Leakage*.

**Reducing Emissions from Deforestation and Forest Degradation (REDD):** An effort to create financial value for the carbon stored in *forests*, offering incentives for *developing countries* to reduce emissions from forested lands and invest in low-carbon paths to *sustainable development (SD)*. It is therefore a mechanism for *mitigation* that results from avoiding *deforestation*. REDD+ goes beyond *reforestation* and *forest* degradation, and includes the role of conservation, sustainable management of forests and enhancement of forest carbon stocks. The concept was first introduced in 2005 in the 11th Session of the *Conference of the Parties (COP)* in Montreal and later given greater recognition in the 13th Session of the COP in 2007 at Bali and inclusion in the Bali Action Plan which called for "policy approaches and positive incentives on issues relating to reducing emissions to deforestation and forest degradation in developing countries (REDD) and the role of conservation, sustainable management of forests and enhancement of forest carbon stock in developing countries". Since then, support for REDD has increased and has slowly become a framework for action supported by a number of countries.

**Reference scenario:** See *Baseline/reference*.

**Reforestation:** Planting of *forests* on lands that have previously sustained *forests* but that have been converted to some other use. Under the *United Nations Framework Convention on Climate Change (UNFCCC)* and the *Kyoto Protocol*, reforestation is the direct human-induced conversion of non-forested land to forested land through planting, seeding, and/or human-induced promotion of natural seed sources, on land that was previously forested but converted to non-forested land. For the first commitment period of the *Kyoto Protocol*, reforestation activities will be limited to reforestation occurring on those lands that did not contain forest on 31 December 1989.

For a discussion of the term *forest* and related terms such as *afforestation*, reforestation and *deforestation*, see the IPCC Report on Land Use, Land-Use Change and Forestry (IPCC, 2000). See also the Report on Definitions and Methodological Options to Inventory Emissions from Direct Human-induced Degradation of Forests and Devegetation of Other Vegetation Types (IPCC, 2003).

**Renewable energy (RE):** See *Energy*.

AI

**Representative Concentration Pathways (RCPs):** *Scenarios* that include time series of emissions and concentrations of the full suite of *greenhouse gases (GHGs)* and *aerosols* and chemically active gases, as well as *land use*/land cover (Moss et al., 2008). The word *representative* signifies that each RCP provides only one of many possible *scenarios* that would lead to the specific *radiative forcing* characteristics. The term *pathway* emphasizes that not only the long-term concentration levels are of interest, but also the trajectory taken over time to reach that outcome (Moss et al., 2010).

RCPs usually refer to the portion of the concentration pathway extending up to 2100, for which Integrated Assessment Models produced corresponding *emission scenarios*. Extended Concentration Pathways (ECPs) describe extensions of the RCPs from 2100 to 2500 that were calculated using simple rules generated by stakeholder consultations, and do not represent fully consistent *scenarios*.

Four RCPs produced from Integrated Assessment Models were selected from the published literature and are used in the present IPCC Assessment as a basis for the *climate predictions* and *projections* presented in WGI AR5 Chapters 11 to 14:

> RCP2.6 One pathway where *radiative forcing* peaks at approximately 3 W m$^{-2}$ before 2100 and then declines (the corresponding ECP assuming constant emissions after 2100);

> RCP4.5 and RCP6.0 Two intermediate *stabilization* pathways in which *radiative forcing* is stabilized at approximately 4.5 W m$^{-2}$ and 6.0 W m$^{-2}$ after 2100 (the corresponding ECPs assuming constant concentrations after 2150);

> RCP8.5 One high pathway for which *radiative forcing* reaches greater than 8.5 W m$^{-2}$ by 2100 and continues to rise for some amount of time (the corresponding ECP assuming constant emissions after 2100 and constant concentrations after 2250).

For further description of future *scenarios*, see WGI AR5 Box 1.1. See also *Baseline/reference*, *Climate prediction*, *Climate projection*, *Climate scenario*, *Shared socio-economic pathways*, *Socio-economic scenario*, *SRES scenarios*, and *Transformation pathway*.

**Reservoir:** A component of the *climate system*, other than the *atmosphere*, which has the capacity to store, accumulate or release a substance of concern, for example, carbon, a *greenhouse gas (GHG)* or a *precursor*. Oceans, soils and *forests* are examples of reservoirs of carbon. Pool is an equivalent term (note that the definition of pool often includes the *atmosphere*). The absolute quantity of the substance of concern held within a reservoir at a specified time is called the stock. In the context of *Carbon Dioxide Capture and Storage (CCS)*, this term is sometimes used to refer to a geological *carbon dioxide (CO$_2$)* storage location. See also *Sequestration*.

**Resilience:** The capacity of social, economic, and environmental systems to cope with a hazardous event or trend or disturbance, responding or reorganizing in ways that maintain their essential function, identity, and structure, while also maintaining the capacity for *adaptation*, learning, and transformation (Arctic Council, 2013).

**Revegetation:** A direct human-induced activity to increase carbon stocks on sites through the establishment of vegetation that covers a minimum area of 0.05 hectares and does not meet the definitions of *afforestation* and *reforestation* contained here (UNFCCC, 2002).

**Risk:** In this report, the term risk is often used to refer to the potential, when the outcome is uncertain, for adverse consequences on lives, livelihoods, health, *ecosystems* and species, economic, social and cultural assets, services (including environmental services), and infrastructure.

> **Risk assessment:** The qualitative and/or quantitative scientific estimation of *risks*.

> **Risk management:** The plans, actions, or policies to reduce the likelihood and/or consequences of a given *risk*.

> **Risk perception:** The subjective judgment that people make about the characteristics and severity of a *risk*.

> **Risk tradeoff:** The change in the portfolio of *risks* that occurs when a countervailing *risk* is generated (knowingly or inadvertently) by an intervention to reduce the target *risk* (Wiener and Graham, 2009). See also *Adverse side-effect*, and *Co-benefit*.

> **Risk transfer:** The practice of formally or informally shifting the *risk* of financial consequences for particular negative events from one party to another.

**Scenario:** A plausible description of how the future may develop based on a coherent and internally consistent set of assumptions about key driving forces (e.g., rate of *technological change (TC)*, prices) and relationships. Note that scenarios are neither predictions nor forecasts, but are useful to provide a view of the implications of developments and actions. See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Mitigation scenario*, *Representative Concentration Pathways (RCPs)*, *Shared socio-economic pathways*, *Socioeconomic scenarios*, *SRES scenarios*, *Stabilization*, and *Transformation pathway*.

**Scope 1, Scope 2, and Scope 3 emissions:** See *Emissions*.

**Secondary energy:** See *Primary energy*.

**Sectoral Models:** See *Models*.

**Sensitivity analysis:** Sensitivity analysis with respect to quantitative analysis assesses how changing assumptions alters the outcomes. For

AI

example, one chooses different values for specific parameters and re-runs a given *model* to assess the impact of these changes on model output.

**Sequestration:** The uptake (i.e., the addition of a substance of concern to a *reservoir*) of carbon containing substances, in particular *carbon dioxide (CO$_2$)*, in terrestrial or marine *reservoirs*. Biological sequestration includes direct removal of CO$_2$ from the *atmosphere* through *land-use change (LUC)*, *afforestation*, *reforestation*, *revegetation*, carbon storage in landfills, and practices that enhance soil carbon in agriculture (*cropland management*, *grazing land management*). In parts of the literature, but not in this report, (carbon) sequestration is used to refer to *Carbon Dioxide Capture and Storage (CCS)*.

**Shadow pricing:** Setting prices of goods and services that are not, or are incompletely, priced by market forces or by administrative regulation, at the height of their social marginal value. This technique is used in *cost-benefit analysis (CBA)*.

**Shared socio-economic pathways (SSPs):** Currently, the idea of SSPs is developed as a basis for new emissions and *socio-economic scenarios*. An SSP is one of a collection of pathways that describe alternative futures of socio-economic development in the absence of climate *policy* intervention. The combination of SSP-based *socio-economic scenarios* and *Representative Concentration Pathway (RCP)*-based *climate projections* should provide a useful integrative frame for climate impact and *policy* analysis. See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Mitigation scenario*, *Scenario*, *SRES scenarios*, *Stabilization*, and *Transformation pathway*.

**Short-lived climate pollutant (SLCP):** Pollutant emissions that have a warming influence on *climate* and have a relatively short lifetime in the *atmosphere* (a few days to a few decades). The main SLCPs are *black carbon (BC)* ('soot'), *methane (CH$_4$)* and some *hydrofluorocarbons (HFCs)* some of which are regulated under the *Kyoto Protocol*. Some pollutants of this type, including CH$_4$, are also *precursors* to the formation of tropospheric *ozone (O$_3$)*, a strong warming agent. These pollutants are of interest for at least two reasons. First, because they are short-lived, efforts to control them will have prompt effects on *global warming*—unlike long-lived pollutants that build up in the *atmosphere* and respond to changes in emissions at a more sluggish pace. Second, many of these pollutants also have adverse local impacts such as on human health.

**Sink:** Any process, activity or mechanism that removes a *greenhouse gas (GHG)*, an *aerosol*, or a *precursor* of a GHG or *aerosol* from the *atmosphere*.

**Smart grids:** A smart grid uses information and communications technology to gather data on the *behaviours* of suppliers and consumers in the production, distribution, and use of electricity. Through automated responses or the provision of price signals, this information can then

be used to improve the efficiency, reliability, economics, and *sustainability* of the electricity network.

**Smart meter:** A meter that communicates consumption of electricity or gas back to the utility provider.

**Social cost of carbon (SCC):** The net present value of climate damages (with harmful damages expressed as a positive number) from one more tonne of carbon in the form of *carbon dioxide (CO$_2$)*, conditional on a global emissions trajectory over time.

**Social costs:** See *Private costs*.

**Socio-economic scenario:** A *scenario* that describes a possible future in terms of population, *gross domestic product (GDP)*, and other socio-economic factors relevant to understanding the implications of *climate change*. See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Mitigation scenario*, *Representative Concentration Pathways (RCPs)*, *Scenario*, *Shared socio-economic pathways*, *SRES scenarios*, *Stabilization*, and *Transformation pathway*.

**Solar energy:** *Energy* from the sun. Often the phrase is used to mean *energy* that is captured from solar radiation either as heat, as light that is converted into chemical energy by natural or artificial photosynthesis, or by photovoltaic panels and converted directly into electricity.

**Solar Radiation Management (SRM):** Solar Radiation Management refers to the intentional modification of the earth's shortwave radiative budget with the aim to reduce *climate change* according to a given metric (e.g., surface temperature, precipitation, regional impacts, etc.). Artificial injection of stratospheric *aerosols* and cloud brightening are two examples of SRM techniques. Methods to modify some fast-responding elements of the longwave radiative budget (such as cirrus clouds), although not strictly speaking SRM, can be related to SRM. SRM techniques do not fall within the usual definitions of *mitigation* and *adaptation* (IPCC, 2012, p. 2). See also *Carbon Dioxide Removal (CDR)* and *Geoengineering*.

**Source:** Any process, activity or mechanism that releases a *greenhouse gas (GHG)*, an *aerosol* or a *precursor* of a GHG or *aerosol* into the *atmosphere*. Source can also refer to, e.g., an *energy* source.

**Spill-over effect:** The effects of domestic or sector *mitigation measures* on other countries or sectors. Spill-over effects can be positive or negative and include effects on trade, (carbon) *leakage*, transfer of innovations, and diffusion of environmentally sound technology and other issues.

**SRES scenarios:** SRES scenarios are *emission scenarios* developed by Nakićenović and Swart (2000) and used, among others, as a basis for some of the *climate projections* shown in Chapters 9 to 11 of IPCC (2001) and Chapters 10 and 11 of IPCC (2007) as well as WGI AR5. The

**AI**

following terms are relevant for a better understanding of the structure and use of the set of SRES scenarios:

Scenario family: *Scenarios* that have a similar demographic, societal, economic and technical change storyline. Four scenario families comprise the SRES scenario set: A1, A2, B1, and B2.

Illustrative Scenario: A *scenario* that is illustrative for each of the six scenario groups reflected in the Summary for Policymakers of Nakićenović and Swart (2000). They include four revised marker scenarios for the scenario groups A1B, A2, B1, B2, and two additional *scenarios* for the A1FI and A1T groups. All scenario groups are equally sound.

Marker Scenario: A *scenario* that was originally posted in draft form on the SRES website to represent a given scenario family. The choice of markers was based on which of the initial quantifications best reflected the storyline, and the features of specific models. Markers are no more likely than other scenarios, but are considered by the SRES writing team as illustrative of a particular storyline. They are included in revised form in Nakićenović and Swart (2000). These scenarios received the closest scrutiny of the entire writing team and via the SRES open process. *Scenarios* were also selected to illustrate the other two scenario groups.

Storyline: A narrative description of a *scenario* (or family of *scenarios*), highlighting the main *scenario* characteristics, relationships between key driving forces and the dynamics of their evolution.

See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Mitigation scenario*, *Representative Concentration Pathways (RCPs)*, *Shared socio-economic pathways*, *Socio-economic scenario*, *Stabilization*, and *Transformation pathway*.

**Stabilization (of GHG or CO$_2$-equivalent concentration):** A state in which the atmospheric concentrations of one *greenhouse gas (GHG)* (e.g., *carbon dioxide*) or of a *CO$_2$-equivalent* basket of GHGs (or a combination of GHGs and *aerosols*) remains constant over time.

**Standards:** Set of rules or codes mandating or defining product performance (e.g., grades, dimensions, characteristics, test methods, and rules for use). Product, technology or performance standards establish minimum requirements for affected products or technologies. Standards impose reductions in *greenhouse gas (GHG)* emissions associated with the manufacture or use of the products and/or application of the technology.

**Stratosphere:** The highly stratified region of the *atmosphere* above the *troposphere* extending from about 10 km (ranging from 9 km at high latitudes to 16 km in the tropics on average) to about 50 km altitude.

**Structural change:** Changes, for example, in the relative share of *gross domestic product (GDP)* produced by the industrial, agricultural,

or services sectors of an economy, or more generally, systems transformations whereby some components are either replaced or potentially substituted by other components.

**Subsidiarity:** The principle that decisions of government (other things being equal) are best made and implemented, if possible, at the lowest most decentralized level, that is, closest to the citizen. Subsidiarity is designed to strengthen accountability and reduce the dangers of making decisions in places remote from their point of application. The principle does not necessarily limit or constrain the action of higher orders of government, but merely counsels against the unnecessary assumption of responsibilities at a higher level.

**Sulphur hexafluoride (SF$_6$):** One of the six types of *greenhouse gases (GHGs)* to be mitigated under the *Kyoto Protocol*. SF$_6$ is largely used in heavy industry to insulate high-voltage equipment and to assist in the manufacturing of cable-cooling systems and semi-conductors. See *Global Warming Potential (GWP)* and Annex II.9.1 for GWP values.

**Sustainability:** A dynamic process that guarantees the persistence of natural and human systems in an equitable manner.

**Sustainable development (SD):** Development that meets the needs of the present without compromising the ability of future generations to meet their own needs (WCED, 1987).

**Technical potential:** See *Potential*.

**Technological change (TC):** Economic models distinguish autonomous (exogenous), endogenous, and induced TC.

*Autonomous (exogenous) technological change:* Autonomous (exogenous) technological change is imposed from outside the model (i.e., as a parameter), usually in the form of a time trend affecting factor and/or energy productivity and therefore *energy* demand and/or economic growth.

*Endogenous technological change:* Endogenous technological change is the outcome of economic activity within the model (i.e., as a variable) so that factor productivity or the choice of technologies is included within the model and affects *energy* demand and/or economic growth.

*Induced technological change:* Induced technological change implies endogenous technological change but adds further changes induced by *policies* and *measures*, such as *carbon taxes* triggering research and development efforts.

**Technological learning:** See *Learning curve/rate*.

**Technological/knowledge spillovers:** Any positive *externality* that results from purposeful investment in technological innovation or development (Weyant and Olavson, 1999).

**Territorial emissions:** See *Emissions*.

**Trace gas:** A minor constituent of the *atmosphere*, next to nitrogen and oxygen that together make up 99% of all volume. The most important trace gases contributing to the *greenhouse effect* are *carbon dioxide ($CO_2$)*, ozone ($O_3$), methane ($CH_4$), nitrous oxide ($N_2O$), *perfluorocarbons (PFCs)*, *chlorofluorocarbons (CFCs)*, *hydrofluorocarbons (HFCs)*, *sulphur hexafluoride ($SF_6$)* and water vapour ($H_2O$).

**Tradable (green) certificates scheme:** A *market-based mechanism* to achieve an environmentally desirable outcome (*renewable energy (RE)* generation, *energy efficiency (EE)* requirements) in a *cost-effective* way by allowing purchase and sale of certificates representing under and over-compliance respectively with a quota.

**Tradable (emission) permit:** See *Emission permit*.

**Tradable quota system:** See *Emissions trading*.

**Transaction costs:** The costs that arise from initiating and completing transactions, such as finding partners, holding negotiations, consulting with lawyers or other experts, monitoring agreements, or opportunity costs, such as lost time or resources (Michaelowa et al., 2003).

**Transformation pathway:** The trajectory taken over time to meet different goals for *greenhouse gas (GHG)* emissions, atmospheric concentrations, or *global mean surface temperature* change that implies a set of economic, *technological*, and *behavioural changes*. This can encompass changes in the way *energy* and infrastructure is used and produced, natural resources are managed, *institutions* are set up, and in the pace and direction of *technological change (TC)*. See also *Baseline/reference*, *Climate scenario*, *Emission scenario*, *Mitigation scenario*, *Representative Concentration Pathways (RCPs)*, *Scenario*, *Shared socio-economic pathways*, *Socio-economic scenarios*, *SRES scenarios*, and *Stabilization*.

**Transient climate response:** See *Climate sensitivity*.

**Transit oriented development (TOD):** Urban development within walking distance of a transit station, usually dense and mixed with the character of a walkable environment.

**Troposphere:** The lowest part of the *atmosphere*, from the surface to about 10 km in altitude at mid-latitudes (ranging from 9 km at high latitudes to 16 km in the tropics on average), where clouds and weather phenomena occur. In the troposphere, temperatures generally decrease with height. See also *Stratosphere*.

**Uncertainty:** A cognitive state of incomplete knowledge that can result from a lack of information or from disagreement about what is known or even knowable. It may have many types of sources, from imprecision in the data to ambiguously defined concepts or terminol-

ogy, or uncertain projections of human *behaviour*. Uncertainty can therefore be represented by quantitative measures (e.g., a probability density function) or by qualitative statements (e.g., reflecting the judgment of a team of experts) (see Moss and Schneider, 2000; Manning et al., 2004; Mastrandrea et al., 2010). See also *Agreement*, *Evidence*, *Confidence* and *Likelihood*.

**Unconventional resources:** A loose term to describe *fossil fuel* reserves that cannot be extracted by the well-established drilling and mining processes that dominated extraction of coal, gas, and oil throughout the 20th century. The boundary between conventional and unconventional resources is not clearly defined. Unconventional oils include *oil shales*, tar sands/bitumen, heavy and extra heavy crude oils, and deep-sea oil occurrences. Unconventional natural gas includes gas in Devonian shales, tight sandstone formations, geopressured aquifers, coal-bed gas, and *methane ($CH_4$)* in clathrate structures (gas hydrates) (Rogner, 1997).

**United Nations Framework Convention on Climate Change (UNFCCC):** The Convention was adopted on 9 May 1992 in New York and signed at the 1992 Earth Summit in Rio de Janeiro by more than 150 countries and the European Community. Its ultimate objective is the 'stabilisation of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system'. It contains commitments for all Parties under the principle of 'common but differentiated responsibilities'. Under the Convention, Parties included in *Annex I* aimed to return *greenhouse gas (GHG)* emissions not controlled by the *Montreal Protocol* to 1990 levels by the year 2000. The convention entered in force in March 1994. In 1997, the UNFCCC adopted the *Kyoto Protocol*.

**Urban heat island:** See *Heat island*.

**Verified Emissions Reductions:** Emission reductions that are verified by an independent third party outside the framework of the *United Nations Framework Convention on Climate Change (UNFCCC)* and its *Kyoto Protocol*. Also called 'Voluntary Emissions Reductions'.

**Volatile Organic Compounds (VOCs):** Important class of organic chemical air pollutants that are volatile at ambient air conditions. Other terms used to represent VOCs are *hydrocarbons* (HCs), *reactive organic gases* (ROGs) and *non-methane volatile organic compounds* (NMVOCs). NMVOCs are major contributors—together with *nitrogen oxides ($NO_x$)*, and carbon monoxide (CO)—to the formation of photochemical oxidants such as *ozone ($O_3$)*.

**Voluntary action:** Informal programmes, self-commitments, and declarations, where the parties (individual companies or groups of companies) entering into the action set their own targets and often do their own monitoring and reporting.

AI

**Voluntary agreement (VA):** An agreement between a government authority and one or more private parties to achieve environmental objectives or to improve environmental performance beyond compliance with regulated obligations. Not all voluntary agreements are truly voluntary; some include rewards and/or penalties associated with joining or achieving commitments.

**Voluntary Emission Reductions:** See *Verified Emissions Reductions*.

**Watts per square meter (W m⁻²):** See *Radiative forcing*.

**Wind energy:** Kinetic *energy* from air currents arising from uneven heating of the earth's surface. A wind turbine is a rotating machine for converting the kinetic energy of the wind to mechanical shaft energy to generate electricity. A windmill has oblique vanes or sails and the mechanical power obtained is mostly used directly, for example, for water pumping. A wind farm, wind project, or wind power plant is a group of wind turbines interconnected to a common utility system through a system of transformers, distribution lines, and (usually) one substation.

**AI**

# Acronyms and chemical symbols

| | |
|---|---|
| AAU | Assigned Amount Unit |
| ADB | Asian Development Bank |
| AfDB | African Development Bank |
| AFOLU | Agriculture, Forestry and Other Land Use |
| AME | Asian Modeling Exercise |
| AMPERE | Assessment of Climate Change Mitigation Pathways and Evaluation of the Robustness of Mitigation Cost Estimates |
| AOSIS | Alliance of Small Island States |
| APEC | Asia-Pacific Economic Cooperation |
| AR4 | IPCC Fourth Assessment Report |
| ASEAN | Association of Southeast Asian Nations |
| ASIA | Non-OECD Asia |
| BAMs | Border adjustment measures |
| BAT | Best available technology |
| BAU | Business-as-usual |
| BC | Black carbon |
| BECCS | Bioenergy with carbon dioxide capture and storage |
| BEVs | Battery electric vehicles |
| BNDES | Brazilian Development Bank |
| BOD | Biochemical Oxygen Demand |
| BRT | Bus rapid transit |
| C | Carbon |
| C40 | C40 Cities Climate Leadership Group |
| CBA | Cost-benefit analysis |
| CBD | Convention on Biological Diversity |
| CBD | Central business district |
| CCA | Climate Change Agreement |
| CCE | Cost of conserved energy |
| CCL | Climate Change Levy |
| CCS | Carbon dioxide capture and storage |
| CDM | Clean Development Mechanism |
| CDR | Carbon dioxide removal |
| CEA | Cost-effectiveness analysis |
| CERs | Certified Emissions Reductions |
| CFCs | Chlorofluorocarbons |
| CGE | Computable general equilibrium |
| $CH_4$ | Methane |
| CHP | Combined heat and power |
| CIFs | Climate Investment Funds |
| CMIP | Coupled Model Intercomparison Project |
| CNG | Compressed natural gas |
| CO | Carbon monoxide |
| $CO_2$ | Carbon dioxide |
| $CO_2eq$ | Carbon dioxide-equivalent, $CO_2$-equivalent |
| COD | Chemical oxygen demand |
| COP | Conference of the Parties |
| CRF | Capital recovery factor |
| CSP | Concentrated solar power |
| CTCN | Climate Technology Centre and Network |

| | |
|---|---|
| DAC | Direct air capture |
| DAC | Development Assistance Committee |
| DALYs | Disability-adjusted life years |
| DANN | Designated National Authority |
| DCs | Developing countries |
| DRI | Direct reduced iron |
| DSM | Demand-side management |
| EAF | Electric arc furnace |
| EAS | East Asia |
| ECA | Economic Commission for Africa |
| ECN | Energy Research Center of the Netherlands |
| ECOWAS | Economic Community of West African States |
| EDGAR | Emissions Database for Global Atmospheric Research |
| EE | Energy efficiency |
| EIA | U.S. Energy Information Administration |
| EITs | Economies in Transition |
| EMF | Energy Modeling Forum |
| EPA | U.S. Environmental Protection Agency |
| EPC | Energy performance contracting |
| ERU | Emissions reduction unit |
| ESCos | Energy service companies |
| ETS | Emissions Trading System |
| EU | European Union |
| EU ETS | European Union Emissions Trading Scheme |
| EVs | Electric vehicles |
| F-gases | Fluorinated gases |
| FAO | Food and Agriculture Organization of the United Nations |
| FAQ | Frequently asked questions |
| FAR | IPCC First Assessment Report |
| FCVs | Fuel cell vehicles |
| FDI | Foreign Direct Investment |
| FE | Final energy |
| FEEM | Fondazione Eni Enrico Mattei |
| FF&I | Fossil fuel and industrial |
| FIT | Feed-in tariff |
| FOLU | Forestry and Other Land Use |
| FSF | Fast-start Finance |
| G20 | Group of Twenty Finance Ministers |
| G8 | Group of Eight Finance Ministers |
| GATT | General Agreement on Tariffs and Trade |
| GCAM | Global Change Assessment Model |
| GCF | Green Climate Fund |
| GCM | General Circulation Model |
| GDP | Gross domestic product |
| GEA | Global Energy Assessment |
| GEF | Global Environment Facility |
| GHG | Greenhouse gas |
| GNE | Gross national expenditure |
| GSEP | Global Superior Energy Performance Partnership |
| GTM | Global Timber Model |
| GTP | Global Temperature Change Potential |
| GWP | Global Warming Potential |

| | |
|---|---|
| $H_2$ | Hydrogen |
| HCFCs | Hydrochlorofluorocarbons |
| HDI | Human Development Index |
| HDVs | Heavy-duty vehicles |
| HFCs | Hydrofluorocarbon |
| HFC-23 | Trifluoromethane |
| Hg | Mercury |
| HHV | Higher heating value |
| HIC | High-income countries |
| HVAC | Heating, ventilation and air conditioning |
| IAEA | International Atomic Energy Agency |
| IAMC | Integrated Assessment Modelling Consortium |
| ICAO | International Civil Aviation Organization |
| ICE | Internal combustion engine |
| ICLEI | International Council for Local Environmental Initiatives |
| ICT | Information and communication technology |
| IDB | Inter-American Development Bank |
| IDP | Integrated Design Process |
| IEA | International Energy Agency |
| IET | International Emissions Trading |
| IGCC | Integrated gasification combined cycle |
| IIASA | International Institute for Applied Systems Analysis |
| iLUC | Indirect land-use change |
| IMF | International Monetary Fund |
| IMO | International Maritime Organization |
| INT TRA | International transport |
| IO | International organization |
| IP | Intellectual property |
| IPAT | Income-Population-Affluence-Technology |
| IPCC | Intergovernmental Panel on Climate Change |
| IRENA | International Renewable Energy Agency |
| IRR | Internal rate of return |
| ISO | International Organization for Standardization |
| JI | Joint Implementation |
| JICA | Japan International Cooperation Agency |
| KfW | Kreditanstalt für Wiederaufbau |
| LAM | Latin America |
| LCA | Lifecycle Assessment |
| LCCC | Levelized costs of conserved carbon |
| LCD | Liquid crystal display |
| LCCE | Levelized cost of conserved energy |
| LCOE | Levelized costs of energy |
| LDCs | Least Developed Countries |
| LDCF | Least Developed Countries Fund |
| LDVs | Light-duty vehicles |
| LED | Light-emitting diode |
| LHV | Lower heating value |
| LIC | Low-income countries |
| LIMITS | Low Climate Impact Scenarios and Implications of Required Tight Emission Control Strategies |
| LMC | Lower-middle income countries |
| LNG | Liquefied natural gas |

| | |
|---|---|
| LPG | Liquefied petroleum gas |
| LUC | Land-use change |
| LULUCF | Land Use, Land-Use Change and Forestry |
| MAC | Marginal abatement cost |
| MAF | Middle East and Africa |
| MAGICC | Model for the Assessment of Greenhouse Gas Induced Climate Change |
| MCA | Multi-criteria analysis |
| MDB | Multilateral Development Bank |
| MDGs | Millennium Development Goals |
| MEF | Major Economies Forum on Energy and Climate |
| MER | Market exchange rate |
| MFA | Material flow analysis |
| MNA | Middle East and North Africa |
| MRIO | Multi-Regional Input-Output Analysis |
| MRV | Measurement, reporting, and verification |
| MSW | Municipal solid waste |
| N | Nitrogen |
| $N_2O$ | Nitrous oxide |
| NAM | North America |
| NAMA | Nationally Appropriate Mitigation Action |
| NAPA | National Adaptation Programmes of Action |
| NAS | U.S. National Academy of Science |
| $NF_3$ | Nitrogen trifluoride |
| NGCC | Natural gas combined cycle |
| NGO | Non-governmental organization |
| $NH_3$ | Ammonia |
| $NO_x$ | Nitrogen oxides |
| NPV | Net present value |
| NRC | U.S. National Research Council |
| NREL | U.S. National Renewable Energy Laboratory |
| NZEB | Net zero energy buildings |
| $O_3$ | Ozone |
| O&M | Operation and maintenance |
| OC | Organic carbon |
| ODA | Official development assistance |
| ODS | Ozone-depleting substances |
| OECD | Organisation for Economic Co-operation and Development |
| OPEC | Organization of Petroleum Exporting Countries |
| PACE | Property Assessed Clean Energy |
| PAS | South-East Asia and Pacific |
| PBL | Netherlands Environmental Assessment Agency |
| PC | Pulverized Coal |
| PDF | Probability density function |
| PEVs | Plug-in electric vehicles |
| PFC | Perfluorocarbons |
| PHEVs | Plug-in hybrid electric vehicles |
| PIK | Potsdam Institute for Climate Impact Research |
| PM | Particulate Matter |
| PNNL | Pacific Northwest National Laboratories |
| POEDC | Pacific OECD 1990 members (Japan, Aus, NZ) |
| PPP | Polluter pays principle |

AI

| | | | |
|---|---|---|---|
| PPP | Purchasing power parity | TCR | Transient climate response |
| PV | Photovoltaic | Th | Thorium |
| R&D | Research and development | TNAs | Technology Needs Assessments |
| RCPs | Representative Concentration Pathways | TOD | Transit-oriented development |
| RD&D | Research, Development and Demonstration | TPES | Total primary energy supply |
| RE | Renewable energy | TRIPs | Trade Related Intellectual Property Rights |
| RECIPE | Report on Energy and Climate Policy in Europe | TT | Technology transfer |
| REDD | Reducing Emissions From Deforestation and Forest Degradation | U | Uranium |
| | | UHI | Urban heat island |
| REEEP | Renewable Energy and Energy Efficiency Partnership | UMC | Upper-middle income countries |
| RES | Renewable energy sources | UN | United Nations |
| RGGI | Regional Greenhouse Gas Initiative | UN DESA | United Nations Department for Economic and Social Affairs |
| RoSE | Roadmaps towards Sustainable Energy futures | | |
| ROW | Rest of the World | UNCCD | United Nations Convention to Combat Desertification |
| RPS | Renewable portfolio standards | UNCSD | United Nations Conference on Sustainable Development |
| SAR | IPCC Second Assessment Report | | |
| SAS | South Asia | UNDP | United Nations Development Programme |
| SCC | Social cost of carbon | UNEP | United Nations Environment Programme |
| SCCF | Special Climate Change Fund | UNESCO | United Nations Educational, Scientific and Cultural Organization |
| SCP | Sustainable consumption and production | | |
| SD | Sustainable development | UNFCCC | United Nations Framework Convention on Climate Change |
| $SF_6$ | Sulphur hexafluoride | | |
| SLCP | Short-lived climate pollutant | UNIDO | United Nations Industrial Development Organization |
| SMEs | Small and Medium Enterprises | USD | U.S. Dollars |
| $SO_2$ | Sulphur dioxide | VAs | Voluntary agreements |
| SPM | Summary for Policymakers | VOCs | Volatile Organic Compounds |
| SRES | IPCC Special Report on Emission Scenarios | VKT | Vehicle kilometers travelled |
| SREX | IPCC Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation | WACC | Weighted costs of capital |
| | | WBCSD | World Business Council on Sustainable Development |
| | | WCED | World Commission on Environment and Development |
| SRM | Solar radiation management | WCI | Western Climate Initiative |
| SRREN | IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation | WEU | Western Europe |
| | | WGI | IPCC Working Group I |
| SRCSS | IPCC Special Report on Carbon dioxide Capture and Storage | WGII | IPCC Working Group II |
| | | WGIII | IPCC Working Group III |
| SSA | Sub-Saharan Africa | WHO | World Health Organization |
| SUVs | Sport Utility Vehicles | WTP | Willingness to pay |
| SWF | Social welfare function | WWTP | Wastewater plant |
| TAR | IPCC Third Assessment Report | WTO | World Trade Organization |
| TC | Technological change | | |

**AI**

# References

United Nations Secretary General's Advisory Group on Energy and Climate (AGECC) (2010). *Energy for a Sustainable Future*. New York, NY, USA.

Arctic Council (2013). Glossary of terms. In: *Arctic Resilience Interim Report 2013*. Stockholm Environment Institute and Stockholm Resilience Centre, Stockholm, Sweden.

Brunner, P.H. and H. Rechberger (2004). Practical handbook of material flow analysis. *The International Journal of Life Cycle Assessment*, **9**(5), 337–338.

Cobo, J.R.M. (1987). *Study of the problem of discrimination against indigenous populations*. Sub-commission on Prevention of Discrimination and Protection of Minorities. New York: United Nations, 1987.

Ehrlich, P.R. and J.P. Holdren (1971). Impact of population growth. *Science*, **171**(3977), 1212–1217.

Food and Agricultural Organization of the United Nations (FAO) (2000). *State of food insecurity in the world 2000*. Rome, Italy.

Hertel, T.T.W. (1997). *Global trade analysis: modeling and applications*. T.W. Hertel (Ed.). Cambridge University Press, Cambridge, United Kingdom.

Heywood, V.H. (ed.) (1995). *The Global Biodiversity Assessment*. United Nations Environment Programme. Cambridge University Press, Cambridge, United Kingdom.

IPCC (1992). *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment* [Houghton, J.T., B.A. Callander, and S.K. Varney (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 116 pp.

IPCC (1996). *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 572 pp.

IPCC (2000). *Land Use, Land-Use Change, and Forestry. Special Report of the Intergovernmental Panel on Climate Change* [Watson, R.T., I.R. Noble, B. Bolin, N.H. Ravindranath, D.J. Verardo, and D.J. Dokken (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 377 pp.

IPCC (2001). *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, K. Maskell, and C.A. Johnson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC (2003). *Definitions and Methodological Options to inventory Emissions from Direct Human-Induced Degradation of Forests and Devegetation of Other Vegetation Types* [Penman, J., M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe, and F. Wagner (eds.)]. The Institute for Global Environmental Strategies (IGES), Japan, 32 pp.

IPCC (2006). *2006 IPCC Guidelines for National Greenhouse Gas Inventories*, Prepared by the National Greenhouse Gas Inventories Programme [Eggleston H.S., L. Buendia, K. Miwa, T. Ngara and K. Tanabe K. (eds.)]. The Institute for Global Environmental Strategies (IGES), Japan.

IPCC (2007). *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

IPCC (2012). *Meeting Report of the Intergovernmental Panel on Climate Change Expert Meeting on Geoengineering* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, C. Field, V. Barros, T.F. Stocker, Q. Dahe, J. Minx, K. Mach, G.-K. Plattner, S. Schlömer, G. Hansen, and M. Mastrandrea (eds.)]. IPCC Working Group III Technical Support Unit, Potsdam Institute for Climate Impact Research, Potsdam, Germany, 99 pp.

Manning, M.R., M. Petit, D. Easterling, J. Murphy, A. Patwardhan, H-H. Rogner, R. Swart, and G. Yohe (eds.) (2004). *IPCC Workshop on Describing Scientific Uncertainties in Climate Change to Support Analysis of Risk of Options*. Workshop Report. Intergovernmental Panel on Climate Change, Geneva, Switzerland.

Mastrandrea, M.D., C.B. Field, T.F. Stocker, O. Edenhofer, K.L. Ebi, D.J. Frame, H. Held, E. Kriegler, K.J. Mach, P.R. Matschoss, G.-K. Plattner, G.W. Yohe, and F.W. Zwiers (2010). Guidance Note for Lead Authors of the IPCC Fifth Assessment Report on Consistent Treatment of Uncertainties. Intergovernmental Panel on Climate Change (IPCC). Published online at: http://www.ipcc-wg2.gov/meetings/CGCs/index.html#UR

Michaelowa, A., M. Stronzik., F. Eckermann, and A. Hunt (2003). Transaction costs of the Kyoto Mechanisms. *Climate policy*, **3**(3), 261–278.

Millennium Ecosystem Assessment (MEA) (2005). *Ecosystems and Human Wellbeing: Current States and Trends*. World Resources Institute, Washington, D.C. [Appendix D, p. 893].

Moss, R., and S. Schneider (2000). Uncertainties in the IPCC TAR: Recommendations to Lead Authors for More Consistent Assessment and Reporting. In: *IPCC Supporting Material: Guidance Papers on Cross Cutting Issues in the Third Assessment Report of the IPCC* [Pachauri, R., T. Taniguchi, and K. Tanaka (eds.)]. Intergovernmental Panel on Climate Change, Geneva, Switzerland, pp. 33–51.

Moss, R., M. Babiker, S. Brinkman, E. Calvo, T. Carter, J. Edmonds, I. Elgizouli, S. Emori, L. Erda, K. Hibbard, R. Jones, M. Kainuma, J. Kelleher, J.F. Lamarque, M. Manning, B. Matthews, J. Meehl, L. Meyer, J. Mitchell, N. Nakicenovic, B. O'Neill, R. Pichs, K. Riahi, S. Rose, P. Runci, R. Stouffer, D. van Vuuren, J. Weyant, T. Wilbanks, J.P. van Ypersele, and M. Zurek (2008). *Towards new scenarios for analysis of emissions, climate change, impacts and response strategies*. Intergovernmental Panel on Climate Change, Geneva, Switzerland, 132 pp.

Moss, R., J.A. Edmonds, K.A. Hibbard, M.R. Manning, S.K. Rose, D.P. van Vuuren, T.R. Carter, S. Emori, M. Kainuma, T. Kram, G.A. Meehl, J.F.B. Mitchell, N. Nakicenovic, K. Riahi, S.J. Smith, R.J. Stouffer, A.M. Thomson, J.P. Weyant, and T.J. Wilbanks (2010). The next generation of scenarios for climate change research and assessment. *Nature*, **463**, 747–756.

Nakićenović, N. and R. Swart (eds.) (2000). Special Report on Emissions Scenarios. A Special Report of Working Group III of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 599 pp.

Rogner, H.H. (1997). An assessment of world hydrocarbon resources. *Annual review of energy and the environment*, **22**(1), 217–262.

AI

**UNFCCC (2000).** Report on the Conference of the Parties on its Seventh Session, held at Marrakesh from 29 October to 10 November 2001. Addendum. Part Two: Action Taken by the Conference of the Parties. (FCCC/CP/2001/13/Add.1).

**United Nations Convention to Combat Desertification (UNCCD) (1994).** *Article 1: Use of terms*. United Nations Convention to Combat Desertification. 17 June 1994: Paris, France.

**Weyant, J.P. and T. Olavson (1999).** Issues in modeling induced technological change in energy, environmental, and climate policy. Environmental Modeling & Assessment, 4(2–3), 67–85.

**World Business Council on Sustainable Development** (WBCSD) and World Resources Institute (WRI). (2004). *The Greenhouse Gas Protocol - A Corporate Accounting and Reporting Standard*. Geneva and Washington, DC.

**Wiedmann, T. and J. Minx (2007).** A definition of carbon footprint. *Ecological economics research trends*, **1**, 1–11.

**Wiener, J.B. and J.D. Graham (2009).** *Risk vs. risk: Tradeoffs in protecting health and the environment*. Harvard University Press, Cambridge, MA, USA.

**World Commission on Environment and Development (WCED) (1987).** *Our Common Future*. Oxford University Press, Oxford, United Kingdom

AI

**ANNEX**

# II

# Metrics & Methodology

**Coordinating Lead Authors:**

Volker Krey (IIASA/Germany), Omar Masera (Mexico)

**Lead Authors:**

Geoffrey Blanford (USA/Germany), Thomas Bruckner (Germany), Roger Cooke (USA), Karen Fisher-Vanden (USA), Helmut Haberl (Austria), Edgar Hertwich (Austria/Norway), Elmar Kriegler (Germany), Daniel Mueller (Switzerland/Norway), Sergey Paltsev (Belarus/USA), Lynn Price (USA), Steffen Schlömer (Germany), Diana Ürge-Vorsatz (Hungary), Detlef van Vuuren (Netherlands), Timm Zwickel (Germany)

**Contributing Authors:**

Kornelis Blok (Netherlands), Stephane de la Rue du Can (France/USA), Greet Janssens-Maenhout (Belgium/Italy), Dominique Van Der Mensbrugghe (Italy/USA), Alexander Radebach (Germany), Jan Steckel (Germany)

**This annex should be cited as:**

Krey V., O. Masera, G. Blanford, T. Bruckner, R. Cooke, K. Fisher-Vanden, H. Haberl, E. Hertwich, E. Kriegler, D. Mueller, S. Paltsev, L. Price, S. Schlömer, D. Ürge-Vorsatz, D. van Vuuren, and T. Zwickel, 2014: Annex II: Metrics & Methodology. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**Part I:** **Units and definitions** .................................................................................. 1284

**A.II.1** **Standard units and unit conversion** ...................................................... 1284

A.II.1.1   **Standard units** ........................................................................ 1284

A.II.1.2   **Physical unit conversion** ........................................................ 1285

A.II.1.3   **Monetary unit conversion** ...................................................... 1285

**A.II.2** **Region definitions** ..................................................................................... 1286

A.II.2.1   **RC10** ........................................................................................ 1286

A.II.2.2   **RC5** .......................................................................................... 1287

A.II.2.3   **ECON4** ...................................................................................... 1287

A.II.2.4   **GEA R11** .................................................................................. 1288

**Part II:** **Methods** .............................................................................................. 1288

**A.II.3** **Costs metrics** ............................................................................................ 1288

A.II.3.1   **Levelized costs** ........................................................................ 1288

A.II.3.1.1   Levelized cost of energy ........................................... 1288

A.II.3.1.2   Levelized cost of conserved energy ......................... 1290

A.II.3.1.3   Levelized cost of conserved carbon ......................... 1291

A.II.3.2   **Mitigation cost metrics** .......................................................... 1291

**A.II.4** **Primary energy accounting** .................................................................... 1293

**A.II.5** **Indirect primary energy use and $CO_2$ emissions** ............................... 1295

A.II.5.1   **Primary electricity and heat factors** ...................................... 1295

A.II.5.2   **Carbon dioxide emission factors** ............................................ 1296

**A.II.6** **Material flow analysis, input-output analysis, and lifecycle assessment** ........................... 1297

**AII**

A.II.6.1    Material flow analysis ................................................................ 1297

A.II.6.2    Input-output analysis ................................................................ 1298

A.II.6.3    Lifecycle assessment ................................................................ 1299

**A.II.7    Fat tailed distributions** ................................................................ 1300

**A.II.8    Growth rates** ................................................................ 1301

**Part III:   Data sets** ................................................................ 1302

**A.II.9    Historical data** ................................................................ 1302

A.II.9.1    Mapping of emission sources to sectors ................................................................ 1302
            A.II.9.1.1    Energy (Chapter 7) ................................................................ 1302
            A.II.9.1.2    Transport (Chapter 8) ................................................................ 1303
            A.II.9.1.3    Buildings (Chapter 9) ................................................................ 1303
            A.II.9.1.4    Industry (Chapter 10) ................................................................ 1303
            A.II.9.1.5    AFOLU (Chapter 11) ................................................................ 1304
            A.II.9.1.6    Comparison of IEA and EDGAR $CO_2$ emission datasets ................................................................ 1304

A.II.9.2    Historic GDP PPP data ................................................................ 1306

A.II.9.3    Lifecycle greenhouse gas emissions ................................................................ 1306
            A.II.9.3.1    Fossil fuel based power ................................................................ 1307
            A.II.9.3.2    Nuclear power ................................................................ 1308
            A.II.9.3.3    Renewable energy ................................................................ 1308

**A.II.10    Scenario data** ................................................................ 1308

A.II.10.1    Process ................................................................ 1308

A.II.10.2    Model inter-comparison exercises ................................................................ 1311

A.II.10.3    Classification of scenarios ................................................................ 1312
            A.II.10.3.1    Climate category ................................................................ 1312
            A.II.10.3.2    Carbon budget categories ................................................................ 1314
            A.II.10.3.3    Overshoot category ................................................................ 1315
            A.II.10.3.4    Negative emissions category ................................................................ 1315
            A.II.10.3.5    Technology category ................................................................ 1315
            A.II.10.3.6    Policy category ................................................................ 1316
            A.II.10.3.7    Classification of baseline scenarios ................................................................ 1316

A.II.10.4    Comparison of integrated and sectorally detailed studies ................................................................ 1317

**References** ................................................................ 1319

All

This annex on methods and metrics provides background information on material used in the Working Group III Contribution to the Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (WGIII AR5). The material presented in this annex documents metrics, methods, and common data sets that are typically used across multiple chapters of the report. The annex is composed of three parts: Part I introduces standards metrics and common definitions adopted in the report; Part II presents methods to derive or calculate certain quantities used in the report; and Part III provides more detailed background information about common data sources that go beyond what can be included in the chapters. While this structure may help readers to navigate through the annex, it is not possible in all cases to unambiguously assign a certain topic to one of these parts, naturally leading to some overlap between the parts.

# Part I: Units and definitions

# A.II.1    Standard units and unit conversion

The following section, A.II.1.1, introduces standard units of measurement that are used throughout this report. This includes Système International (SI) units, SI-derived units, and other non-SI units as well the standard prefixes for basic physical units. It builds upon similar material from previous IPCC reports (IPCC, 2001; Moomaw et al., 2011).

In addition to establishing a consistent set of units for reporting throughout the report, harmonized conventions for converting units as reported in the scientific literature have been established and are summarized in Section A.II.1.2 (physical unit conversion) and Section A.II.1.3 (monetary unit conversion).

## A.II.1.1    Standard units

Table A.II.1 | Système International (SI) units.

| Physical Quantity | Unit | Symbol |
|---|---|---|
| Length | meter | m |
| Mass | kilogram | kg |
| Time | second | s |
| Thermodynamic temperature | kelvin | K |
| Amount of Substance | mole | mol |

Table A.II.2 | Special names and symbols for certain SI-derived units.

| Physical Quantity | Unit | Symbol | Definition |
|---|---|---|---|
| Force | Newton | N | kg m s^2 |
| Pressure | Pascal | Pa | kg m^-1 s^-2 (= N m^-2) |
| Energy | Joule | J | kg m^2 s^-2 |
| Power | Watt | W | kg m^2 s^-3 (= J s^-1) |
| Frequency | Hertz | Hz | s^-1 (cycles per second) |
| Ionizing Radiation Dose | sievert | Sv | J kg^-1 |

Table A.II.3 | Non-SI standard units.

| Monetary units | Unit | Symbol |
|---|---|---|
| Currency (Market Exchange Rate, MER) | constant US Dollar 2010 | USD_2010 |
| Currency (Purchasing Power Parity, PPP) | constant International Dollar 2005 | Int$_2005 |
| **Emission- and Climate-related units** | **Unit** | **Symbol** |
| Emissions | Metric tonnes | t |
| CO_2 Emissions | Metric tonnes CO_2 | tCO_2 |
| CO_2-equivalent Emissions | Metric tonnes CO_2-equivalent* | tCO_2eq |
| Abatement Costs and Emissions Prices/Taxes | constant US Dollar 2010 per metric tonne | USD_2010/t |
| CO_2 concentration or Mixing Ratio (µmol mol−1) | Parts per million (10^6) | ppm |
| CH_4 concentration or Mixing Ratio (µmol mol−1) | Parts per billion (10^9) | ppb |
| N_2O concentration or Mixing Ratio (µmol mol−1) | Parts per billion (10^9) | ppb |
| Radiative forcing | Watts per square meter | W/m² |
| **Energy-related units** | **Unit** | **Symbol** |
| Energy | Joule | J |
| Electricity and Heat generation | Watt Hours | Wh |
| Power (Peak Capacity) | Watt (Watt thermal, Watt electric) | W (W_th, W_el) |
| Capacity Factor | Percent | % |
| Technical and Economic Lifetime | Years | yr |
| Specific Energy Investment Costs | US Dollar 2010 per kW (peak capacity) | USD_2010/kW |
| Energy Costs (e.g., LCOE) and Prices | constant US Dollar 2010 per GJ or US Cents 2010 per kWh | USD_2010/GJ and USct_2010/kWh |
| Passenger-Distance | passenger-kilometer | p-km |
| Payload-Distance | tonne-kilometer | t-km |
| **Land-related units** | **Unit** | **Symbol** |
| Area | Hectare | ha |

Note:
*    CO_2-equivalent emissions in this report are—if not stated otherwise—aggregated using global warming potentials (GWPs) over a 100-year time horizon, often derived from the IPCC Second Assessment Report (IPCC, 1995a). A discussion about different GHG metrics can be found in Sections 1.2.5 and 3.9.6 (see Annex II.9.1 for the GWP values of the different GHGs).

Annex II                                                                      Metrics & Methodology

Table A.II.4 | Prefixes for basic physical units.

| Multiple | Prefix | Symbol | Fraction | Prefix | Symbol |
|----------|--------|--------|----------|--------|--------|
| 1E+21 | zeta | Z | 1E-01 | deci | d |
| 1E+18 | exa | E | 1E-02 | centi | c |
| 1E+15 | peta | P | 1E-03 | milli | m |
| 1E+12 | tera | T | 1E-06 | micro | μ |
| 1E+09 | giga | G | 1E-09 | nano | n |
| 1E+06 | mega | M | 1E-12 | pico | p |
| 1E+03 | kilo | k | 1E-15 | femto | f |
| 1E+02 | hecto | h | 1E-18 | atto | a |
| 1E+01 | deca | da | 1E-21 | zepto | z |

## A.II.1.2    Physical unit conversion

Table A.II.5 | Conversion table for common mass units (IPCC, 2001).

| To: | | kg | t | lt | St | lb |
|-----|--|-----|---|----|----|----|
| From: | | multiply by: | | | | |
| kilogram | kg | 1 | 1.00E-03 | 9.84E-04 | 1.10E-03 | 2.20E-03 |
| tonne | t | 1.00E+03 | 1 | 9.84E-01 | 1.10E+00 | 2.20E+03 |
| long ton | lt | 1.02E+03 | 1.02E+00 | 1 | 1.12E+00 | 2.24E+03 |
| short ton | st | 9.07E+02 | 9.07E-01 | 8.93E-01 | 1 | 2.00E+03 |
| Pound | lb | 4.54E-01 | 4.54E-04 | 4.46E-04 | 5.00E-04 | 1 |

## A.II.1.3    Monetary unit conversion

To achieve comparability across cost und price information from different regions, where possible all monetary quantities reported in the WGIII AR5 have been converted to constant US Dollars 2010 ($USD_{2010}$). This only applies to monetary quantities reported in market exchange rates (MER), and not to those reported in purchasing power parity (PPP, unit: Int\$).

To facilitate a consistent monetary unit conversion process, a simple and transparent procedure to convert different monetary units from the literature to $USD_{2010}$ was established which is described below.

It is important to note that there is no single agreed upon method of dealing with monetary unit conversion, and thus data availability, transparency, and—for practical reasons—simplicity, were the most important criteria for choosing a method to be used throughout this report.

To convert from year X local currency unit ($LCU_X$) to 2010 US Dollars ($USD_{2010}$) two steps are necessary:

1. in-/deflating from year X to 2010, and
2. converting from LCU to USD.

Table A.II.6 | Conversion table for common volumetric units (IPCC, 2001).

| To: | | gal US | gal UK | bbl | ft³ | l | m³ |
|-----|--|--------|--------|-----|-----|---|-----|
| From: | | multiply by: | | | | | |
| US Gallon | gal US | 1 | 8.33E-01 | 2.38E-02 | 1.34E-01 | 3.79E+00 | 3.80E-03 |
| UK/Imperial Gallon | gal UK | 1.20E+00 | 1 | 2.86E-02 | 1.61E-01 | 4.55E+00 | 4.50E-03 |
| Barrel | bbl | 4.20E+01 | 3.50E+01 | 1 | 5.62E+00 | 1.59E+02 | 1.59E-01 |
| Cubic foot | ft³ | 7.48E+00 | 6.23E+00 | 1.78E-01 | 1 | 2.83E+01 | 2.83E-02 |
| Liter | l | 2.64E-01 | 2.20E-01 | 6.30E-03 | 3.53E-02 | 1 | 1.00E-03 |
| Cubic meter | m³ | 2.64E+02 | 2.20E+02 | 6.29E+00 | 3.53E+01 | 1.00E+03 | 1 |

Table A.II.7 | Conversion table for common energy units (NAS, 2007; IEA, 2012a).

| To: | | TJ | Gcal | Mtoe | Mtce | MBtu | GWh |
|-----|--|----|------|------|------|------|-----|
| From: | | multiply by: | | | | | |
| Tera Joule | TJ | 1 | 2.39E+02 | 2.39E-05 | 3.41E-05 | 9.48E+02 | 2.78E-01 |
| Giga Calorie | Gcal | 4.19E-03 | 1 | 1.00E-07 | 1.43E-07 | 3.97E+00 | 1.16E-03 |
| Mega Tonne Oil Equivalent | Mtoe | 4.19E+04 | 1.00E+07 | 1 | 1.43E+00 | 3.97E+07 | 1.16E+04 |
| Mega Tonne Coal Equivalent | Mtce | 2.93E+04 | 7.00E+06 | 7.00E-01 | 1 | 2.78E+07 | 8.14E+03 |
| Million British Thermal Units | MBtu | 1.06E-03 | 2.52E-01 | 2.52E-08 | 3.60E-08 | 1 | 2.93E-04 |
| Giga Watt Hours | GWh | 3.60E+00 | 8.60E+02 | 8.60E-05 | 0.000123 | 3.41E+03 | 1 |

AII

In practice, the order of applying these two steps will lead to different results. In this report, the conversion route $LCU_X$ -> $LCU_{2010}$ -> $USD_{2010}$ is adopted, i.e., national/regional deflators are used to measure country- or region-specific inflation between year X and 2010 in local currency and current (2010) exchange rates are then used to convert to $USD_{2010}$.

To reflect the change in prices of all goods and services that an economy produces, and to keep the procedure simple, the economy's GDP deflator is chosen to convert to a common base year. Finally, when converting from $LCU_{2010}$ to $USD_{2010}$, official 2010 exchange rates, which are readily available, but on the downside often fluctuate significantly in the short term, are adopted for currency conversion in the report.

Consistent with the choice of the World Bank databases as the primary source for gross domestic product (GDP) (see Section A.II.9) and other financial data throughout the report, deflators and exchange rates from the World Bank's World Development Indicators (WDI) database (World Bank, 2013) is used.

To summarize, the following procedure has been adopted to convert monetary quantities reported in $LCU_X$ to $USD_{2010}$:

1. Use the country-/region-specific deflator and multiply with the deflator value to convert from $LCU_X$ to $LCU_{2010}$. In case national/regional data are reported in non-LCU units (e.g., $USD_X$ or $Euro_X$), which is often the case in multi-national or global studies, apply the corresponding currency deflator to convert to 2010 currency (i.e., the US deflator and the Eurozone deflator in the examples above).
2. Use the appropriate 2010 exchange rate to convert from $LCU_{2010}$ to $USD_{2010}$.

# A.II.2   Region definitions

In this report a number of different sets of regions are used to present results of analysis. These region sets are referred to as RC5, RC10 (Region Categorization 5 and 10, respectively), see Table A.II.8, and ECON4 (income-based economic categorization), see Table A.II.9. RC10 is a breakdown of RC5 and can be aggregated to RC5 as shown in Table A.II.8. Note that for some exceptional cases in this report there are minor deviations from the RC5 and RC10 definitions given here. In addition to these three standard aggregations some chapters feature an 11 region aggregation (GEA R11) used in the Global Energy Assessment (GEA, 2012) and other studies.

## A.II.2.1   RC10

**NAM (North America):** Canada, Guam, Saint Pierre and Miquelon, United States

**WEU (Western Europe):** Aland Islands, Andorra, Austria, Belgium, Channel Islands, Denmark, Faroe Islands, Finland, France, Germany, Gibraltar, Greece, Greenland, Guernsey, Holy See (Vatican City State), Iceland, Ireland, Isle of Man, Italy, Jersey, Liechtenstein, Luxembourg, Monaco, Netherlands, Norway, Portugal, San Marino, Spain, Svalbard and Jan Mayen, Sweden, Switzerland, United Kingdom, Turkey

**POECD (Pacific OECD):** Australia, Japan, New Zealand

**EIT (Economies in Transition):** Croatia, Cyprus, Czech Republic, Estonia, Latvia, Lithuania, Malta, Poland, Russian Federation, Slovakia,

Table A.II.8 | Description of regions in the RC5 and RC10 region sets.

| RC5 | | RC10 | |
|---|---|---|---|
| OECD-1990 | OECD Countries in 1990 | NAM | North America |
| | | WEU | Western Europe |
| | | POECD | Pacific OECD (Japan, Australia, New Zealand) |
| EIT | Economies in Transition (sometimes referred to as Reforming Economies) | EIT | Economies in Transition (Eastern Europe and part of former Soviet Union) |
| LAM | Latin America and Caribbean | LAM | Latin America and Caribbean |
| MAF | Middle East and Africa | SSA | Sub-Saharan Africa |
| | | MNA | Middle East and North Africa |
| ASIA | Non-OECD Asia | EAS | East Asia |
| | | SAS | South Asia |
| | | PAS | South-East Asia and Pacific |
| INT TRA | International transport | INT TRA | International transport |

Slovenia, Kyrgyzstan, Tajikistan, Armenia, Georgia, Moldova (Republic of), Ukraine, Uzbekistan, Albania, Azerbaijan, Belarus, Bosnia and Herzegovina, Bulgaria, Hungary, Kazakhstan, Macedonia, Montenegro, Romania, Serbia, Serbia and Montenegro, Turkmenistan

**Table A.II.9 |** ECON4 income-based economic country aggregations.

| HIC | High-income countries |
|---|---|
| UMC | Upper-middle income countries |
| LMC | Lower-middle income countries |
| LIC | Low income countries |
| INT-TRA | International transport |

**LAM (Latin America and Caribbean):** Anguilla, Antarctica, Antigua and Barbuda, Aruba, Bahamas, Barbados, Bermuda, Bouvet Island, British Virgin Islands, Cayman Islands, Chile, Curacao, Falkland Islands (Malvinas), French Guiana, French Southern Territories, Guadeloupe, Martinique, Montserrat, Netherlands Antilles, Puerto Rico, Saint Kitts and Nevis, Sint Maarten, South Georgia and the South Sandwich Islands, Trinidad and Tobago, Turks and Caicos Islands, Uruguay, US Virgin Islands, Haiti, Bolivia, El Salvador, Guatemala, Guyana, Honduras, Nicaragua, Paraguay, Argentina, Belize, Brazil, Colombia, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, Grenada, Jamaica, Mexico, Panama, Peru, Saint Lucia, Saint Vincent and the Grenadines, Suriname, Venezuela

**SSA (Sub Saharan Africa):** Equatorial Guinea, Mayotte, Reunion, Saint Helena, Benin, Burkina Faso, Burundi, Central African Republic, Chad, Comoros, Congo (The Democratic Republic of the), Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Kenya, Liberia, Madagascar, Malawi, Mali, Mozambique, Niger, Rwanda, Sierra Leone, Somalia, Tanzania, Togo, Uganda, Zimbabwe, Cameroon, Cape Verde, Congo, Cote d'Ivoire, Djibouti, Ghana, Lesotho, Mauritania, Nigeria, Sao Tome and Principe, Senegal, Swaziland, Zambia, Angola, Botswana, Gabon, Mauritius, Namibia, Seychelles, South Africa

**MNA (Middle East and North Africa):** Bahrain, Israel, Kuwait, Oman, Qatar, Saudi Arabia, United Arab Emirates, Egypt, Morocco, Palestine, South Sudan, Sudan, Syrian Arab Republic, Western Sahara, Yemen, Algeria, Iran, Iraq, Jordan, Lebanon, Libya, Tunisia

**EAS (East Asia):** South Korea, Korea (Democratic People's Republic of), Mongolia, China

**SAS (South Asia):** British Indian Ocean Territory, Afghanistan, Bangladesh, Nepal, Bhutan, India, Pakistan, Sri Lanka, Maldives

**PAS (South-East Asia and Pacific):** Brunei Darussalam, Christmas Island, Cocos (Keeling) Islands, French Polynesia, Heard Island and McDonald Islands, New Caledonia, Norfolk Island, Northern Mariana Islands, Pitcairn, Singapore, Tokelau, US Minor Outlying Islands, Wallis and Futuna, Cambodia, Myanmar, Indonesia, Kiribati, Laos (People's Democratic Republic), Micronesia (Federated States of), Nauru, Papua New Guinea, Philippines, Samoa, Solomon Islands, Timor-Leste, Vanuatu, Viet Nam, Niue, American Samoa, Cook Islands, Fiji, Malaysia, Marshall Islands, Palau, Thailand, Tonga, Tuvalu

**INT TRA (International transport):** International Aviation, International Shipping

## A.II.2.2 RC5

For country mapping to each of the RC5 regions see RC10 mappings (Section A.II.2.1) and their aggregation to RC5 regions in Table A.II.8. It should be noted that this region set was also used in the so-called Representative Concentration Pathways (RCPs, see Section 6.3.2) and therefore has been adopted as a standard in integrated modelling scenarios (Section A.II.10).

## A.II.2.3 ECON4

**High Income (HIC):** Aland Islands, Andorra, Anguilla, Antarctica, Antigua and Barbuda, Aruba, Australia, Austria, Bahamas, Bahrain, Barbados, Belgium, Bermuda, Bouvet Island, British Indian Ocean Territory, British Virgin Islands, Brunei Darussalam, Canada, Cayman Islands, Channel Islands, Chile, Christmas Island, Cocos (Keeling) Islands, Croatia, Curacao, Cyprus, Czech Republic, Denmark, Equatorial Guinea, Estonia, Falkland Islands (Malvinas), Faroe Islands, Finland, France, French Guiana, French Polynesia, French Southern Territories, Germany, Gibraltar, Greece, Greenland, Guadeloupe, Guam, Guernsey, Heard Island and McDonald Islands, Holy See (Vatican City State), Iceland, Ireland, Isle of Man, Israel, Italy, Japan, Jersey, Kuwait, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Martinique, Mayotte, Monaco, Montserrat, Netherlands, Netherlands Antilles, New Caledonia, New Zealand, Norfolk Island, Northern Mariana Islands, Norway, Oman, Pitcairn, Poland, Portugal, Puerto Rico, Qatar, Reunion, Russian Federation, Saint Helena, Saint Kitts and Nevis, Saint Pierre and Miquelon, San Marino, Saudi Arabia, Singapore, Sint Maarten, Slovakia, Slovenia, South Georgia and the South Sandwich Islands, South Korea, Spain, Svalbard and Jan Mayen, Sweden, Switzerland, Tokelau, Trinidad and Tobago, Turks and Caicos Islands, United Arab Emirates, United Kingdom, United States, Uruguay, US Minor Outlying Islands, US Virgin Islands, Wallis and Futuna

**Upper Middle Income (UMC):** Albania, Algeria, American Samoa, Angola, Argentina, Azerbaijan, Belarus, Belize, Bosnia and Herzegovina, Botswana, Brazil, Bulgaria, China, Colombia, Cook Islands, Costa Rica, Cuba, Dominica, Dominican Republic, Ecuador, Fiji, Gabon, Grenada, Hungary, Iran, Iraq, Jamaica, Jordan, Kazakhstan, Lebanon, Libya, Macedonia, Malaysia, Maldives, Marshall Islands, Mauritius, Mexico, Montenegro, Namibia, Niue, Palau, Panama, Peru, Romania, Saint Lucia, Saint Vincent and the Grenadines, Serbia, Serbia and Montenegro, Seychelles, South Africa, Suriname, Thailand, Tonga, Tunisia, Turkey, Turkmenistan, Tuvalu, Venezuela

**Lower Middle Income (LMC):** Armenia, Bhutan, Bolivia, Cameroon, Cape Verde, Congo, Cote d'Ivoire, Djibouti, Egypt, El Salvador, Georgia, Ghana, Guatemala, Guyana, Honduras, India, Indonesia, Kiribati, Laos (People's Democratic Republic), Lesotho, Mauritania, Micronesia (Federated States of), Moldova (Republic of), Mongolia, Morocco, Nauru, Nicaragua, Nigeria, Pakistan, Palestine, Papua New Guinea, Paraguay, Philippines, Samoa, Sao Tome and Principe, Senegal, Solomon Islands, South Sudan, Sri Lanka, Sudan, Swaziland, Syrian Arab Republic, Timor-Leste, Ukraine, Uzbekistan, Vanuatu, Viet Nam, Western Sahara, Yemen, Zambia

**Low Income (LIC):** Afghanistan, Bangladesh, Benin, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Congo (The Democratic Republic of the), Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kenya, Korea (Democratic People's Republic of), Kyrgyzstan, Liberia, Madagascar, Malawi, Mali, Mozambique, Myanmar, Nepal, Niger, Rwanda, Sierra Leone, Somalia, Tajikistan, Tanzania, Togo, Uganda, Zimbabwe

**INT TRA (International transport):** International Aviation, International Shipping

## A.II.2.4    GEA R11

The 11 regions of GEA R11 are similar to the above RC10 and consist of North America (NAM), Western Europe (WEU), Pacific OECD (POECD [PAO]), Central and Eastern Europe (EEU), Former Soviet Union (FSU), Centrally Planned Asia and China (CPA), South Asia (SAS), Other Pacific Asia (PAS), Middle East and North Africa (MNA [MEA]), Latin America and the Caribbean (LAM [LAC]) and Sub-Saharan Africa (SSA [AFR]). The differences to RC10 are the following:

- RC10 EIT is split in GEA R11 FSU and EEU. To FSU belong Armenia, Azerbaijan, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Republic of Moldova, Russian Federation, Tajikistan, Turkmenistan, Ukraine and Uzbekistan and to EEU belong Albania, Bosnia and Herzegovina, Bulgaria, Croatia, Czech Republic, Estonia, Macedonia, Hungary, Latvia, Lithuania, Montenegro, Poland, Romania, Serbia, Slovak Republic and Slovenia.

- GEA R11 NAM matches RC10 NAM plus Puerto Rico and the British Virgin Islands.

- GEA R11 LAM matches RC10 LAM without Puerto Rico and the British Virgin Islands.

- GEA R11 CPA matches RC10 EAS plus Cambodia, Laos (People's Democratic Republic), Viet Nam, without South Korea.

- GEA R11 PAS matches RC10 PAS plus South Korea and Taiwan, Province of China, without Cambodia, Laos (People's Democratic Republic), Viet Nam.

# Part II:    Methods

# A.II.3    Costs metrics

Across this report, a number of different metrics to characterize cost of climate change mitigation are employed. These cost metrics reflect the different levels of detail and system boundaries at which mitigation analysis is conducted. For example, in response to mitigation policies, different technologies are deployed across different sectors. To facilitate a meaningful comparison of economics across diverse options at the technology level, the metric of 'levelized costs' is used throughout several chapters (7, 8, 9, 10, and 11) of this report in various forms (Section A.II.3.1). In holistic approaches to mitigation, such as the ones used in Chapter 6 on transformation pathways, different mitigation cost metrics are used, the differences among which are discussed in Section A.II.3.2.

## A.II.3.1    Levelized costs

Levelizing costs means to express all lifetime expenditures of a stream of relatively homogeneous outputs that occur over time as cost per unit of output. Most commonly, the concept is applied to electricity as an output. It is also being applied to express costs of other streams of outputs such as energy savings and greenhouse gas (GHG) emission savings. Each of these metrics provides a benchmark for comparing different technologies or practices of providing the respective output. Each also comes with a set of context-specific caveats that need to be taken into account for correct interpretation. Various literature sources caution against drawing too strong conclusions from these metrics. The levelized cost of energy (LCOE), the levelized cost of conserved energy (LCCE), and the levelized cost of conserved carbon (LCCC) are used throughout the WGIII AR5 to provide output-specific benchmarks for comparison. They are explained and discussed below in the mentioned order.[1]

### A.II.3.1.1    Levelized cost of energy

**Background**
In order to compare energy supply technologies from an economic point of view, the concept of 'levelized cost of energy' (LCOE, also called levelized unit cost or levelized generation cost) frequently is applied (IEA and NEA, 2005; IEA, 2010a; Fischedick et al., 2011; Lar-

---

[1]    This section, however, does not take into account the implications for additional objectives beyond energy supply (LCOE), energy savings (LCCE) or mitigation (LCCC)—often referred to as co-benefits and adverse side-effects (see Glossary in Annex I). In particular, external costs are not taken into account if they are not internalized (e.g., via carbon pricing).

son et al., 2012; Turkenburg et al., 2012; UNEP, 2012; IRENA, 2013). Simply put, 'levelized' cost of energy is a measure that can be loosely defined as the long-run 'average' cost of a unit of energy provided by the considered technology (albeit, calculated correctly in an economic sense by taking into account the time value of money). Strictly speaking, the levelized cost of energy is "the cost per unit of energy that, if held constant through the analysis period, would provide the same net present revenue value as the net present value cost of the system." (Short et al., 1995, p. 93). The calculation of the respective 'average' cost (expressed, for instance in US cent/kWh or USD/GJ) palpably facilitates the comparison of projects, which differ in terms of plant size and/or plant lifetime.

### General formula and simplifications

According to the definition given above, "the levelized cost is the unique break-even cost price where discounted revenues (price x quantities) are equal to the discounted net expenses" (Moomaw et al., 2011):

$$\sum_{t=0}^{n} \frac{E_t \cdot LCOE}{(1+i)^t} := \sum_{t=0}^{n} \frac{Expenses_t}{(1+i)^t} \qquad \text{(Equation A.II.1)}$$

where $LCOE$ are the levelized cost of energy, $E_t$ is the energy delivered in year $t$ (which might vary from year to year), $Expenses_t$ cover all (net) expenses in the year $t$, $i$ is the discount rate and $n$ the lifetime of the project.

After solving for LCOE this gives:

$$LCOE := \frac{\sum_{t=0}^{n} \frac{Expenses_t}{(1+i)^t}}{\sum_{t=0}^{n} \frac{E_t}{(1+i)^t}} \qquad \text{(Equation A.II.2)}$$

Note that while it appears as if energy amounts were discounted in Equation A.II.2, this is just an arithmetic result of rearranging Equation A.II.1 (Branker et al., 2011). In fact, originally, revenues are discounted and not energy amounts per se (see Equation A.II.1).

Considering energy conversion technologies, the lifetime expenses comprise investment costs $I$, operation and maintenance cost $O\&M$ (including waste management costs), fuel costs $F$, carbon costs $C$, and decommissioning costs $D$. In this case, levelized cost can be determined by (IEA, 2010a):

$$LCOE := \frac{\sum_{t=0}^{n} \frac{I_t + O\&M_t + F_t + C_t + D_t}{(1+i)^t}}{\sum_{t=0}^{n} \frac{E_t}{(1+i)^t}} \qquad \text{(Equation A.II.3)}$$

In simple cases, where the energy $E$ provided annually is constant during the lifetime of the project, this translates to:

$$LCOE := \frac{CRF \cdot NPV \, (Lifetime \, Expenses)}{E} = \frac{Annuity \, (Lifetime \, Expenses)}{E}$$

(Equation A.II.4)

where $CRF: = \frac{i}{1-(1+i)^{-n}}$ is the capital recovery factor and $NPV$ the net present value of all lifetime expenditures (Suerkemper et al., 2011). For the simplified case, where the annual costs are also assumed constant over time, this can be further simplified to ($O\&M$ costs and fuel costs $F$ constants):

$$LCOE = \frac{CRF \cdot I + O\&M + F}{E} \qquad \text{(Equation A.II.5)}$$

Where $I$ is the upfront investment, $O\&M$ are the annual operation and maintenance costs, $F$ are the annual fuel costs, and $E$ is the annual energy provision. The investment $I$ should be interpreted (here and also in Equations A.II.7 and A.II.9) as the sum of all capital expenditures needed to make the investment fully discounted to t = 0. These might include discounted payments for retrofit payments during the lifetime and discounted decommissioning costs at the end of the lifetime. Where applicable, annual O&M costs have to take into account revenues for by-products and existing carbon costs must be added or treated as part of the annual fuel costs.

### Discussion of LCOE

The LCOE of a technology is only one indicator for its economic competitiveness, but there are more dimensions to it. Integration costs, time dependent revenue opportunities (especially in the case of intermittent renewables), and relative environmental impacts (e.g., external costs) play an important role as well (Heptonstall, 2007; Fischedick et al., 2011; Joskow, 2011a; Borenstein, 2012; Mills and Wiser, 2012; Edenhofer et al., 2013a; Hirth, 2013). Joskow (2011b) for instance, pointed out that LCOE comparisons of intermittent generating technologies (such as solar energy converters and wind turbines) with dispatchable power plants (e.g., coal or gas power plants) may be misleading as these comparisons fail to take into account the different production schedule and the associated differences in the market value of the electricity that is provided. An extended criticism of the concept of LCOE as applied to renewable energies is provided by (Edenhofer et al., 2013b).

Taking these shortcomings into account, there seems to be a clear understanding that LCOE are not intended to be a definitive guide to actual electricity generation investment decisions (IEA and NEA, 2005; DTI, 2006). Some studies suggest that the role of levelized costs is to give a 'first order assessment' (EERE, 2004) of project viability.

In order to capture the existing uncertainty, sensitivity analyses, which are sometimes based on Monte Carlo methods, are frequently carried out in numerical studies. Darling et al. (2011), for instance, suggest that transparency could be improved by calculating LCOE as a distribution, constructed using input parameter distributions, rather than a single number. Studies based on empirical data, in contrast, may suffer from using samples that do not cover all cases. Summarizing country studies in an effort to provide a global assessment, for instance, might have a bias as data for developing countries often are not available (IEA, 2010a).

As Section 7.8.2 shows, typical LCOE ranges are broad as values vary across the globe depending on the site-specific renewable energy resource base, on local fuel and feedstock prices as well as on country specific projected costs of investment, and operation and maintenance. While noting that system and installation costs vary widely, Branker et al. (2011) document significant variations in the underlying assumptions that go into calculating LCOE for photovoltaic (PV), with many analysts not taking into account recent cost reductions or the associated technological advancements. In summary, a comparison between different technologies should not be based on LCOE data solely; instead, site-, project- and investor specific conditions should be considered (Fischedick et al., 2011).

### A.II.3.1.2    Levelized cost of conserved energy

**Background**

The concept of 'levelized cost of conserved energy' (LCCE), or more frequently referred to as 'cost of conserved energy (CCE)', is very similar to the LCOE concept, primarily intended to be used for comparing the cost of a unit of energy saved to the purchasing cost per unit of energy. In essence the concept, similarly to LCOE, also annualizes the investment and operation and maintenance cost differences between a baseline technology and the energy-efficiency alternative, and divides this quantity by the annual energy savings (Brown et al., 2008). Similarly to LCOE, it also bridges the time lag between the initial additional investment and the future energy savings through the application of the capital recovery factor (Meier, 1983).

**General formula and simplifications**

The conceptual formula for LCCE is essentially the same as Equation A.II.4 above, with $\Delta E$ meaning in this context the amount of energy saved annually (Suerkemper et al., 2011):

$$LCCE := \frac{CRF \cdot NPV(\Delta\text{Lifetime Expenses})}{\Delta E} = \frac{\text{Annuity }(\Delta\text{Lifetime Expenses})}{\Delta E}$$

(Equation A.II.6)

In the case of assumed annually constant O&M costs over the lifetime, this simplifies to (equivalent to Equation A.II.5) (Hansen, 2012):

$$LCCE = \frac{CRF \cdot \Delta I + \Delta O\&M}{\Delta E}$$   (Equation A.II.7)

Where $\Delta I$ is the difference in investment costs of an energy saving measure (e.g., in USD) as compared to a baseline investment; $\Delta O\&M$ is the difference in annual operation and maintenance costs of an energy saving measure (e.g., in USD) as compared to the baseline in which the energy saving measure is not implemented; $\Delta E$ is the annual energy conserved by the measure (e.g., in kWh) as compared to the usage of the baseline technology; and $CRF$ is the capital recovery fac-

tor depending on the discount rate i and the lifetime of the measure $n$ in years as defined above. It should be stressed once more that this equation is only valid if $\Delta O\&M$ and $\Delta E$ are constant over the lifetime. As LCCE are designed to be compared with complementary levelized cost of energy supply, they do not include the annual fuel cost difference. Any additional monetary benefits that are associated with the energy saving measure must be taken into account as part of the O&M difference.

**Discussion of LCCE**

The main strength of the LCCE concept is that it provides a metric of energy saving investments that are independent of the energy price, and can thus be compared to different energy purchasing cost values for determining the profitability of the investment (Suerkemper et al., 2011).

The key difference in the concept with LCOE is the usage of a reference/baseline technology. LCCE can only be interpreted in context of a reference, and is thus very sensitive to how this reference is chosen (see Section 9.3 and 9.6). For instance, the replacement of a very inefficient refrigerator can be very cost-effective, but if we consider an already relatively efficient product as the reference technology, the LCCE value can be many times higher. This is one of the main challenges in interpreting LCCE.

Another challenge in the calculation of LCCE should be pinpointed. The lifetimes of the efficient and the reference technology may be different. In this case the investment cost difference needs to be used that incurs throughout the lifetime of the longer-living technology. For instance, a compact fluorescent lamp (CFL) lasts as much as 10 times as long as an incandescent lamp. Thus, in the calculation of the LCCE for a CFL replacing an incandescent lamp the saved investments in multiple incandescent lamps should be taken into account (Ürge-Vorsatz, 1996). In such a case, as in some other cases, too, the difference in annualized investment cost can be negative resulting in negative LCCE values. Negative LCCE values mean that the investment is already profitable at the investment level, without the need for the energy savings to recover the extra investment costs.

Taking into account incremental operation and maintenance cost can be important for applications where those are significant, for instance, the lamp replacement on streetlamps, bridges. In such cases a longer-lifetime product, as it typically applies to efficient lighting technologies, is already associated with negative costs at the investment level (less frequent needs for labour to replace the lamps), and thus can result in significantly negative LCCEs or cost savings (Ürge-Vorsatz, 1996). In case of such negative incremental investment cost, some peculiarities may occur. For instance, as can be seen from Equation A.II.7, LCCE decrease (become more negative) with increasing $CRF$, e.g., as a result of an increase in discount rates.

### A.II.3.1.3    Levelized cost of conserved carbon

**Background**

Many find it useful to have a simple metric for identifying the costs of GHG emission mitigation. The metric can be used for comparing mitigation costs per unit of avoided emissions, and comparing these specific emission reduction costs for different options, within a company, within a sector, or even between sectors. This metric is often referred to as levelized cost of conserved carbon (LCCC) or specific GHG mitigation costs. There are several caveats, which will be discussed below, after the general approach is introduced.

**General formula and simplification**

For calculation of specific mitigation costs, the following, equation holds, where $\Delta C$ is the annual reduction in GHG emissions achieved through the implementation of an option. The equation is equivalent to Equations A.II.4 and A.II.6.

$$LCCC := \frac{CRF \cdot NPV(\Delta LifetimeExpenses)}{\Delta C} = \frac{Annuity(\Delta LifetimeExpenses)}{\Delta C}$$

(Equation A.II.8)

Also this equation can be simplified under the assumption of annual GHG emission reduction, annual O&M costs and annual benefits $\Delta B$ being constant over the lifetime of the option.

$$LCCC = \frac{CRF \cdot \Delta I + \Delta O\&M - \Delta B}{\Delta C}$$

(Equation A.II.9)

Where $\Delta I$ is the difference in investment costs of a mitigation measure (e.g., in USD) as compared to a baseline investment; $\Delta O\&M$ is the difference in annual operation and maintenance costs (e.g., in USD) and $\Delta B$ denotes the annual benefits, all compared to a baseline for which the option is not implemented. Note that annual benefits include reduced expenditures for fuels, if the investment project reduces GHG emissions via a reduction in fuel use. As such LCCC depend on energy prices.

An important characteristic of this equation is that LCCC can become negative if $\Delta B$ is bigger than the sum of the other two terms in the numerator.

**Discussion of LCCC**

Several issues need to be taken into account when using LCCC. First of all, the calculation of LCCC for one specific option does not take into account the fact that each option is implemented in a system, and the value of the LCCC of one option will depend on whether other options will be implemented or not (e.g., because the latter might influence the specific emissions of the background system). To solve this issue, analysts use integrated models, in which ideally these interactions are taken into account (see Chapter 6). Second, energy prices and other benefits are highly variable from region to region, rarely constant over time, and often difficult to predict. This issue is relevant for any analysis on mitigation, but it is always important to be aware of the fact that

even if one single LCCC number is reported, there will be substantial uncertainty in that number. Uncertainty tends to increase from LCOE to LCCE, for example, due to additional uncertainty with regard to the choice of the baseline, and even further for LCCC, since not only a baseline needs to be defined, but furthermore the monetary benefit from energy savings needs to be taken into account (if the mitigation measure affects energy consumption). Moving from LCOE to LCCC in the field of energy supply technologies, for instance, results in comparing LCOE differences to the differences of the specific emissions of the mitigation technology compared to the reference plant (Rubin, 2012). As Sections 7.8.1 and 7.8.2 have shown, LCOE and specific emissions exhibit large uncertainties in their own, which result in an even exaggerated uncertainty once combined to yield the LCCC. Third, options with negative costs can occur, for example, in cases where incremental investment cost are taken to be negative. Finally, there is also a debate whether options with negative costs can occur at all, as it apparently suggests a situation of non-optimized behaviour. For further discussion of negative costs, see Box 3.10 in Chapter 3 of this report.

Levelized costs of conserved carbon are used to determine abatement cost curves, which are frequently applied in climate change decision making. The merits and shortcoming of abatement cost curves are discussed in the IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (Fischedick et al., 2011) and in Chapter 3 (Section 3.9.3) of the AR5. In order to avoid some of the shortcomings of abatement cost curves, the AR5 opted to use integrated modelling scenarios in order to evaluate the economic potential of specific mitigation options in a consistent way. Integrated models are able to determine the economic potential of single mitigation options within the context of (other) competing supply-side and demand-side options by taking their interaction and potential endogenous learning effects into account. The results obtained in this way are discussed in Chapter 6.

## A.II.3.2    Mitigation cost metrics

There is no single metric for reporting the costs of mitigation, and the metrics that are available are not directly comparable (see Section 3.9.3 for a more general discussion; see Section 6.3.6 for an overview of costs used in model analysis). In economic theory the most direct cost measure is a change in welfare due to changes in the amount and composition of consumption of goods and services by individuals. Important measures of welfare change include 'equivalent variation' and 'compensating variation', which attempt to discern how much individual income would need to change to keep consumers just as well off after the imposition of a policy as before. However, these are quite difficult to calculate, so a more common welfare measurement is change in consumption, which captures the total amount of money consumers are able to spend on goods and services. Another common metric is the change in gross domestic product (GDP). However, GDP is a less satisfactory measure of overall mitigation cost than those focused on individual income and consumption, because it is an

output-related measure that in addition to consumption also includes investment, imports and exports, and government spending. Aggregate consumption and GDP losses are only available from an analysis of the policy impact on the full economy. Common cost measures used in studies of the policy impact on specific economic sectors, such as the energy sector, are the reduction in consumer and producer surplus and the 'area under the marginal abatement cost function'.

From a practical perspective, different modelling frameworks applied in mitigation analysis are capable of producing different cost estimates (Section 6.2). Therefore, when comparing cost estimates across mitigation scenarios from different models, some degree of incomparability must necessarily result. In representing costs across transformation pathways in this report and more specifically Chapter 6, consumption losses are used preferentially when available from general equilibrium models, and costs represented by the area under the marginal abatement cost function or the reduction of consumer and producer surplus are used for partial equilibrium models. Costs are generally measured relative to a baseline scenario without mitigation policy. Consumption losses can be expressed in terms of, inter alia, the reduction of baseline consumption in a given year or the annual average reduction of consumption growth in the baseline over a given time period.

One popular measure used in different studies to evaluate the economic implications of mitigation actions is the emissions price, often presented in per tonne of $CO_2$ or per tonne of $CO_2$-equivalent ($CO_2$eq). However, it is important to emphasize that emissions prices are not cost measures. There are two important reasons why emissions prices are not a meaningful representation of costs. First, emissions prices measure marginal cost, i.e., the cost of an incremental reduction of emissions by one unit. In contrast, total costs represent the costs of all mitigation that took place at lower cost than the emissions price. Without explicitly accounting for these 'inframarginal' costs, it is impossible to know how the carbon price relates to total mitigation costs. Second, emissions prices can interact with other existing or new policies and measures, such as regulatory policies that aim at reducing GHG emissions (e.g., feed-in tariffs, subsidies to low-carbon technologies, renewable portfolio standards) or other taxes on energy, labour, or capital. If mitigation is achieved partly by these other measures, the emissions price will not take into account the full costs of an additional unit of emissions reductions, and will indicate a lower marginal cost than is actually warranted.

It is important to calculate the total cost of mitigation over the entire lifetime of a policy. The application of discounting is common practice in economics when comparing costs over time. In Chapter 3, Section 3.6.2 provides some theoretical background on the choice of discount rates in the context of cost-benefit analysis (CBA), where discounting is crucial, because potential climate damages, and thus benefits from their avoidance, will occur far in the future, are highly uncertain, and are often in the form of non-market goods. In Chapter 6, mitigation costs are assessed primarily in the context of cost-effectiveness analysis, in which a target for the long-term climate outcome is specified

and models are used to estimate the cost of reaching it, under a variety of constraints and assumptions (Section 6.3.2). These scenarios do not involve the valuation of damages and the difficulties arising from their aggregation. Nonetheless, the models surveyed in Chapter 6 consider transformation pathways over long time horizons, so they must specify how decision makers view intertemporal tradeoffs.

The standard approach is to use a discount rate that approximates the interest rate, that is, the marginal productivity of capital. Empirical estimates of the long-run average return to a diversified portfolio are typically in the 4%–6% range. In scenarios where the long-term target is set, the discounting approach will have an effect only on the speed and shape of the mitigation schedule, not on the overall level of stringency (note that this is in sharp contrast to cost-benefit analysis, where the discounting approach is a strong determinant of the level of stringency). Although a systematic comparison of alternative discounting approaches in a cost-effectiveness setting does not exist in the literature, we can make the qualitative inference that when a policy-maker places more (less) weight on the future, mitigation effort will be shifted sooner (later) in time. Because of long-lived capital dynamics in the energy system, and also because of expected technical change, mitigation effort in a cost-effectiveness analysis typically begins gradually and increases over time, leading to a rising cost profile. Thus, an analogous inference can be made that when a policy-maker places more (less) weight on the future, mitigation costs will be higher (lower) earlier and lower (higher) later.

Estimates of the macroeconomic cost of mitigation usually represent direct mitigation costs and do not take into account co-benefits or adverse side-effects of mitigation actions (see red arrows in Figure A.II.1). Further, these costs are only those of mitigation; they do not capture the benefits of reducing $CO_2$eq concentrations and limiting climate change.

Two further concepts are introduced in Chapter 6 to classify cost estimates (Section 6.3.6). The first is an idealized implementation approach in which a ubiquitous price on carbon and other GHGs is applied across the globe in every sector of every country and which rises over time at a rate that reflects the increase in the cost of the next available unit of emissions reduction. The second is an idealized implementation environment of efficient global markets in which there are no pre-existing distortions or interactions with other, non-climate market failures. An idealized implementation approach minimizes mitigation costs in an idealized implementation environment. This is not necessarily the case in non-idealized environments in which climate policies interact with existing distortions in labour, energy, capital, and land markets. If those market distortions persist or are aggravated by climate policy, mitigation costs tend to be higher. In turn, if climate policy is brought to bear on reducing such distortions, mitigation costs can be lowered by what has been frequently called a double dividend of climate policy (see blue arrows in Figure A.II.1). Whether or not such a double dividend is available will depend on assumptions about the policy environment and available climate policies.



**Figure A.II.1 |** Modelled policy costs in a broader context. The plotted range summarizes costs expressed as percentage loss relative to baseline across models for cost-effective scenarios reaching 430–530 ppm $CO_2$eq. Scenarios were sorted by total NPV costs for each available metric (loss in GDP, loss in consumption, area under marginal abatement cost curve as a fraction of GDP). The lower boundary of the plotted range reflects the minimum across metrics of the 25th percentile, while the upper boundary reflects the maximum across metrics of the 75th percentile. A comprehensive treatment of costs and cost metrics, including the effects of non-idealized scenario assumptions, is provided in Section 6.3.6. Other arrows and annotations indicate the potential effects of considerations outside of those included in models. Source: WGIII AR5 Scenario Database.

# A.II.4    Primary energy accounting

Following the standard set by the SRREN, this report adopts the direct-equivalent accounting method for the reporting of primary energy from non-combustible energy sources. The following section largely reproduces Annex A.II.4 of the SRREN (Moomaw et al., 2011) with some updates and further clarifications added.

Different energy analyses use a variety of accounting methods that lead to different quantitative outcomes for both reporting of current primary energy use and primary energy use in scenarios that explore future energy transitions. Multiple definitions, methodologies, and metrics are applied. Energy accounting systems are utilized in the literature often without a clear statement as to which system is being used (Lightfoot, 2007; Martinot et al., 2007). An overview of differences in primary energy accounting from different statistics has been described

by Macknick (2011) and the implications of applying different accounting systems in long-term scenario analysis were illustrated by Nakicenovic et al., (1998), Moomaw et al. (2011) and Grubler et al. (2012).

Three alternative methods are predominantly used to report primary energy. While the accounting of combustible sources, including all fossil energy forms and biomass, is identical across the different methods, they feature different conventions on how to calculate primary energy supplied by non-combustible energy sources, i.e., nuclear energy and all renewable energy sources except biomass. These methods are:

- *the physical energy content method* adopted, for example, by the OECD, the International Energy Agency (IEA) and Eurostat (IEA/OECD/Eurostat, 2005);
- *the substitution method*, which is used in slightly different variants by BP (2012) and the U.S. Energy Information Administration (EIA, 2012a, b, Table A6), both of which publish international energy statistics; and

**Table A.II.10** | Comparison of global total primary energy supply in 2010 using different primary energy accounting methods (data from IEA 2012b).

| | Physical content method | | Direct equivalent method | | Substitution method* | |
|---|---|---|---|---|---|---|
| | EJ | % | EJ | % | EJ | % |
| Fossil fuels | 432.99 | 81.32 | 432.99 | 84.88 | 432.99 | 78.83 |
| Nuclear | 30.10 | 5.65 | 9.95 | 1.95 | 26.14 | 4.76 |
| Renewables | 69.28 | 13.01 | 67.12 | 13.16 | 90.08 | 16.40 |
| Bioenergy | 52.21 | 9.81 | 52.21 | 10.24 | 52.21 | 9.51 |
| Solar | 0.75 | 0.14 | 0.73 | 0.14 | 1.03 | 0.19 |
| Geothermal | 2.71 | 0.51 | 0.57 | 0.11 | 1.02 | 0.19 |
| Hydro | 12.38 | 2.32 | 12.38 | 2.43 | 32.57 | 5.93 |
| Ocean | 0.002 | 0.0004 | 0.002 | 0.0004 | 0.005 | 0.001 |
| Wind | 1.23 | 0.23 | 1.23 | 0.24 | 3.24 | 0.59 |
| Other | 0.07 | 0.01 | 0.07 | 0.01 | 0.07 | 0.01 |
| Total | 532.44 | 100.00 | 510.13 | 100.00 | 549.29 | 100.00 |

\*    For the substitution method, conversion efficiencies of 38 % for electricity and 85 % for heat from non-combustible sources were used. The value of 38 % is used by BP for electricity generated from hydro and nuclear. BP does not report solar, wind, and geothermal in its statistics for which, here, also 38 % is used for electricity and 85 % for heat.

- *the direct equivalent method* that is used by UN Statistics (2010) and in multiple IPCC reports that deal with long-term energy and emission scenarios (Nakicenovic and Swart, 2000; Morita et al., 2001; Fisher et al., 2007; Fischedick et al., 2011).

For non-combustible energy sources, the *physical energy content method* adopts the principle that the primary energy form should be the first energy form used down-stream in the production process for which multiple energy uses are practical (IEA/OECD/Eurostat, 2005). This leads to the choice of the following *primary* energy forms:

- heat for nuclear, geothermal, and solar thermal, and
- electricity for hydro, wind, tide/wave/ocean, and solar PV.

Using this method, the primary energy equivalent of hydro energy and solar PV, for example, assumes a 100 % conversion efficiency to 'primary electricity', so that the gross energy input for the source is 3.6 MJ of primary energy = 1 kWh of electricity. Nuclear energy is calculated from the gross generation by assuming a 33 % thermal conversion efficiency[2], i.e., 1 kWh = (3.6 ÷ 0.33) = 10.9 MJ. For geothermal, if no country-specific information is available, the primary energy equivalent is calculated using 10 % conversion efficiency for geothermal electricity (so 1 kWh = (3.6 ÷ 0.1) = 36 MJ), and 50 % for geothermal heat.

The *substitution method* reports primary energy from non-combustible sources in such a way as if they had been substituted for combustible energy. Note, however, that different variants of the substitution method use somewhat different conversion factors. For example, BP

applies 38 % conversion efficiency to electricity generated from nuclear and hydro whereas the World Energy Council used 38.6 % for nuclear and non-combustible renewables (WEC, 1993; Grübler et al., 1996; Nakicenovic et al., 1998), and the U.S. Energy Information Administration (EIA) uses still different values. For useful heat generated from non-combustible energy sources, other conversion efficiencies are used. Macknick (2011) provides a more complete overview.

The *direct equivalent method* counts one unit of secondary energy provided from non-combustible sources as one unit of primary energy, i.e., 1 kWh of electricity or heat is accounted for as 1 kWh = 3.6 MJ of primary energy. This method is mostly used in the long-term scenarios literature, including multiple IPCC reports (IPCC, 1995b; Nakicenovic and Swart, 2000; Morita et al., 2001; Fisher et al., 2007; Fischedick et al., 2011), because it deals with fundamental transitions of energy systems that rely to a large extent on low-carbon, non-combustible energy sources.

The accounting of combustible sources, including all fossil energy forms and biomass, includes some ambiguities related to the definition of the heating value of combustible fuels. The higher heating value (HHV), also known as gross calorific value (GCV) or higher calorific value (HCV), includes the latent heat of vaporization of the water produced during combustion of the fuel. In contrast, the lower heating value (LHV) (also: net calorific value (NCV) or lower calorific value (LCV)) excludes this latent heat of vaporization. For coal and oil, the LHV is about 5 % smaller than the HHV, for natural gas and derived gases the difference is roughly 9–10 %, while the concept does not apply to non-combustible energy carriers such as electricity and heat for which LHV and HHV are therefore identical (IEA, 2012a).

In the WGIII AR5, IEA data are utilized, but energy supply is reported using the *direct equivalent method*. In addition, the reporting of com-

---

2    As the amount of heat produced in nuclear reactors is not always known, the IEA estimates the primary energy equivalent from the electricity generation by assuming an efficiency of 33 %, which is the average of nuclear power plants in Europe (IEA, 2012b).

All

bustible energy quantities, including primary energy, should use the LHV which is consistent with the IEA energy balances (IEA, 2012a; b). Table A.II.10 compares the amounts of global primary energy by source and percentages using the *physical energy content, the direct equivalent* and a variant of the *substitution method* for the year 2010 based on IEA data (IEA, 2012b). In current statistical energy data, the main differences in absolute terms appear when comparing nuclear and hydro power. As they both produced comparable amounts of electricity in 2010, under both *direct equivalent* and *substitution methods*, their share of meeting total final consumption is similar, whereas under the *physical energy content method,* nuclear is reported at about three times the primary energy of hydro.

The alternative methods outlined above emphasize different aspects of primary energy supply. Therefore, depending on the application, one method may be more appropriate than another. However, none of them is superior to the others in all facets. In addition, it is important to realize that total primary energy supply does not fully describe an energy system, but is merely one indicator amongst many. Energy balances as published by IEA (2012a; b) offer a much wider set of indicators which allows tracing the flow of energy from the resource to final energy use. For instance, complementing total primary energy consumption by other indicators, such as total final energy consumption and secondary energy production (e.g., of electricity, heat), using different sources helps link the conversion processes with the final use of energy.

## A.II.5    Indirect primary energy use and $CO_2$ emissions

Energy statistics in most countries of the world and at the International Energy Agency (IEA) display energy use and carbon dioxide ($CO_2$) emissions from fuel combustion directly in the energy sectors. As a result, the energy sector is the major source of reported energy use and $CO_2$ emissions, with the electricity and heat industries representing the largest shares.

However, the main driver for these energy sector emissions is the consumption of electricity and heat in the end use sectors (industry, buildings, transport, and agriculture). Electricity and heat mitigation opportunities in these end use sectors reduce the need for producing these energy carriers upstream and therefore reduce energy and emissions in the energy sector.

In order to account for the impact of mitigation activities in the end use sectors, a methodology has been developed to reallocate the energy consumption and related $CO_2$ emissions from electricity and heat produced and delivered to the end use sectors (de la Rue du Can and Price, 2008).



**Figure A.II.2 |** Energy sector electricity and heat $CO_2$ emissions calculated for the end-use sectors in 2010. Note that industry sector $CO_2$ emissions do not include process emissions. Data source: (IEA, 2012b; c).

Using IEA data, the methodology calculates a series of primary energy factors and $CO_2$ emissions factors for electricity and heat production at the country level. These factors are then used to re-estimate energy and emissions from electricity and heat produced and delivered to the end use sectors proportionally to their use in each end-use sectors. The calculated results are referred to as primary energy[3] and indirect $CO_2$ emissions.

The purpose of allocating primary energy consumption and indirect $CO_2$ emissions to the sectoral level is to relate the energy used and the emissions produced along the entire supply chain to provide energy services in each sector (consumption-based approach). For example, the consumption of one kWh of electricity is not equivalent to the consumption of one kWh of coal or natural gas, because of the energy required and the emissions produced in the generation of one kWh of electricity.

Figure A.II.2 shows the resulting reallocation of $CO_2$ emissions from electricity and heat production from the energy sector to the industrial, buildings, transport, and agriculture sectors at the global level based on the methodology outlined in de la Rue du Can and Price (2008) and described further below.

### A.II.5.1    Primary electricity and heat factors

Primary electricity and heat factors have been derived as the ratio of fuel inputs of power plants relative to the electricity and heat delivered. These factors reflect the efficiency of these transformations.

---

[3]    Note that final energy and primary energy consumption are different concepts (Section A.II.3.4). Final energy consumption (sometimes called site energy consumption) represents the amount of energy consumed in end use applications whereas primary energy consumption (sometimes called source energy consumption) in addition includes the energy required to generate, transmit and distribute electricity and heat.

Primary Electricity Factor:

$$PEF = \frac{\sum_{e,p} EI}{\sum_{p} EO - E\ OU - E\ DL}$$

Where

- *EI* is the total energy (e) inputs for producing Electricity in TJ
- *EO* is the total Electricity Output produced in TJ
- *E OU* is the energy use for own use for Electricity production
- *E DL* is the distribution losses needed to deliver electricity to the end use sectors

Primary Heat Factor:

$$PHF = \frac{\sum_{e,p} HI}{\sum_{p} HO - H\ OU - H\ DL}$$

Where

- *HI* is the total energy (e) inputs for producing Heat in TJ
- *HO* is the total Heat Output produced in TJ
- *H OU* is the energy use for own use for Heat production
- *H DL* is the distribution losses needed to deliver heat to the end use sectors

*p* represents the 6 plant types in the IEA statistics (Main Activity Electricity Plant, Autoproducer Electricity Plant, Main Activity CHP plant, Autoproducer CHP plant, Main Activity Heat Plant and Autoproducer Heat Plant)

*e* represents the energy products

It is important to note that two accounting conventions were used to calculate these factors. The first involves estimating the portion of fuel input that produces electricity in combined heat and power plants (CHP) and the second involves accounting for the primary energy value of non-combustible fuel energy used as inputs for the production of electricity and heat. The source of historical data for these calculations is the International Energy Agency (IEA, 2012c; d).

For the CHP calculation, fuel inputs for electricity production were separated from inputs for heat production according to the fixed-heat-efficiency approach used by the IEA (IEA, 2012c). This approach fixes the efficiency for heat production equal to 90 %, which is the typical efficiency of a heat boiler (except when the total CHP efficiency was greater than 90 %, in which case the observed efficiency is used). The estimated input for heat production based on this efficiency was then subtracted from the total CHP fuel inputs, and the remaining fuel inputs to CHP were attributed to the production of electricity. As noted by the IEA, this approach may overstate the actual heat efficiency in certain circumstances (IEA, 2012c; d).

As described in Section A.II.4 in more detail, different accounting methods to report primary energy use of electricity and heat production

from non-combustible energy sources, including non-biomass renewable energy and nuclear energy, exist. The direct equivalent accounting method is used here for this calculation.

Global average primary and electricity factors and their historical trends are presented in Figure A.II.3. Average factors for fossil power and heat plants are in the range of 2.5 and 3 and factors for non-biomass renewable energy and nuclear energy are by convention a little above one, depending on heat and electricity own use consumption and distribution losses.



**Figure A.II.3** | Historical primary electricity and heat factors. Data source: (IEA, 2012b).

### A.II.5.2    Carbon dioxide emission factors

Carbon dioxide emission factors for electricity and heat have been derived as the ratio of $CO_2$ emissions from fuel inputs of power plants relative to the electricity and heat delivered. The method is equivalent to the one described above for primary factors. The fuel inputs have in addition been multiplied by their $CO_2$ emission factors of each fuel type as defined in IPCC (2006). The calculation of electricity and heat related $CO_2$ emission factors are conducted at the country level. Indirect carbon emissions related to electricity and heat consumption are then derived by simply multiplying the amount of electricity and heat consumed with the derived electricity and heat $CO_2$ emission factors at the sectoral level.

When the results of the methodology described above to estimate end-use $CO_2$ emissions from electricity and heat production are compared with the reported IEA direct emissions from the heat and electricity sectors there is an average difference of + 1.36 % over the years 1970 to 2010, indicating a slight overestimation of global $CO_2$ emissions. This difference varies by year, with the largest negative dif-



**Figure A.II.4** | Historical electricity and heat $CO_2$ emissions factors. Data source: (IEA, 2012b; c).

ference in 1976 (-2.99 %) and the largest positive difference in 1990 (3.23 %).

The cross-sectoral annual total indirect carbon emissions were then normalized to the direct emission from electricity and heat production on the global level.

Figure A.II.4 shows the historical electricity $CO_2$ emission factors. The factors reflect both the fuel mix and conversion efficiencies in electricity generation and the distribution losses. Regions with high shares of non-fossil electricity generation have low emissions coefficients. For example, Latin America has a high share of hydro power and therefore a low $CO_2$ emission factor in electricity generation.

Primary heat and heat carbon factors were also calculated however, due to irregularity in data availability over the years at the global level, only data from 1990 are shown in the figures.

The emission factor for natural gas, 56.1 $tCO_2$ per PJ combusted, is shown in the graph for comparison.

# A.II.6    Material flow analysis, input-output analysis, and lifecycle assessment

In the WGIII AR5, findings from material flow analysis, input-output analysis, and lifecycle assessment are used in Chapters 1, 4, 5, 7, 8, 9, 11, and 12. The following section briefly sketches the intellectual background of these methods and discusses their usefulness for miti-

gation research, and discusses some relevant assumptions, limitations, and methodological issues.

The anthropogenic contributions to climate change, caused by fossil fuel combustion, land conversion for agriculture, commercial forestry and infrastructure, and numerous agricultural and industrial processes, result from the use of natural resources, i.e., the manipulation of material and energy flows by humans for human purposes. Mitigation research has a long tradition of addressing the energy flows and associated emissions, however, the sectors involved in energy supply and use are coupled with each other through material stocks and flows, which leads to feedbacks and delays. These linkages between energy and material stocks and flows have, despite their considerable relevance for GHG emissions, so far gained little attention in climate change mitigation (and adaptation). The research agendas of industrial ecology and ecological economics with their focus on the socioeconomic metabolism (Wolman, 1965; Baccini and Brunner, 1991; Ayres and Simonis, 1994; Fischer-Kowalski and Haberl, 1997) also known as the biophysical economy (Cleveland et al., 1984), can complement energy assessments in important manners and support the development of a broader framing of mitigation research as part of sustainability science. The socioeconomic metabolism consists of the physical stocks and flows with which a society maintains and reproduces itself (Fischer-Kowalski and Haberl, 2007). These research traditions are relevant for sustainability because they comprehensively account for resource flows and hence can be used to address the dynamics, efficiency, and emissions of production systems that convert or utilize resources to provide goods and services to final consumers. Central to the socio-metabolic research methods are material and energy balance principles applied at various scales ranging from individual production processes to companies, regions, value chains, economic sectors, and nations.

An important application of these methods is carbon footprinting, i.e., the determination of lifecycle GHG emissions of products, organizations, households, municipalities, or nations. The carbon footprint of products usually determined using lifecycle assessment, while the carbon footprint of households, regional entities, or nations is commonly modeled using input-output analysis.

## A.II.6.1    Material flow analysis

Material flow analysis (MFA)—including substance flow analysis (SFA)—is a method for describing, modelling (using socio-economic and technological drivers), simulating (scenario development), and visualizing the socioeconomic stocks and flows of matter and energy in systems defined in space and time to inform policies on resource and waste management and pollution control. Mass- and energy balance consistency is enforced at the level of goods and/or individual substances. As a result of the application of consistency criteria they are useful to analyze feedbacks within complex systems, e.g., the interrelations between diets, food production in cropland and livestock

**AII**

systems, and availability of area for bioenergy production (e.g., Erb et al. (2012), see Section 11.4).

The concept of socioeconomic metabolism (Ayres and Kneese, 1969; Boulding, 1972; Martinez-Alier, 1987; Baccini and Brunner, 1991; Ayres and Simonis, 1994; Fischer-Kowalski and Haberl, 1997) has been developed as an approach to study the extraction of materials or energy from the environment, their conversion in production and consumption processes, and the resulting outputs to the environment. Accordingly, the unit of analysis is the socioeconomic system (or some of its components), treated as a systemic entity, in analogy to an organism or a sophisticated machine that requires material and energy inputs from the natural environment in order to carry out certain defined functions and that results in outputs such as wastes and emissions.

Some MFAs trace the stocks and flows of aggregated groups of materials (fossil fuels, biomass, ores and industrial minerals, construction materials) through societies and can be performed on the global scale (Krausmann et al., 2009), for national economies and groups of countries (Weisz et al., 2006), urban systems (Wolman, 1965; Kennedy et al., 2007) or other socioeconomic subsystems. Similarly comprehensive methods that apply the same system boundaries have been developed to account for energy flows (Haberl, 2001a; b; Haberl et al., 2006), carbon flows (Erb et al., 2008) and biomass flows (Krausmann et al., 2008) and are often subsumed in the Material and Energy Flow Accounting (MEFA) framework (Haberl et al., 2004). Other MFAs have been conducted for analyzing the cycles of individual substances (e.g., carbon, nitrogen, or phosphorus cycles; Erb et al., 2008) or metals (e.g., copper, iron, or cadmium cycles; Graedel and Cao, 2010) within socioeconomic systems. A third group of MFAs have a focus on individual processes with an aim to balance a wide variety of goods and substances (e.g., waste incineration, a shredder plant, or a city).

The MFA approach has also been extended towards the analysis of socio-ecological systems, i.e., coupled human-environment systems. One example for this research strand is the 'human appropriation of net primary production' or HANPP which assesses human-induced changes in biomass flows in terrestrial ecosystems (Vitousek et al., 1986; Wright, 1990; Imhoff et al., 2004; Haberl et al., 2007). The socio-ecological metabolism approach is particularly useful for assessing feedbacks in the global land system, e.g., interrelations between production and consumption of food, agricultural intensity, livestock feeding efficiency, and bioenergy potentials, both residue potentials and area availability for energy crops (Haberl et al., 2011; Erb et al., 2012).

Anthropogenic stocks (built environment) play a crucial role in socio-metabolic systems: (1) they provide services to the inhabitants, (2) their operation often requires energy and releases emissions, (3) any increase or renewal/maintenance of these stocks requires materials, and (4) the stocks embody materials (often accumulated over the past decades or centuries) that may be recovered at the end of the stocks' service lives ('urban mining') and, when recycled or reused, substitute

primary resources and save energy and emissions in materials production (Müller et al., 2006). In contrast to flow variables, which tend to fluctuate much more, stock variables usually behave more robustly and are therefore often suitable as drivers for developing long-term scenarios (Müller, 2006). The exploration of built environment stocks (secondary resources), including their composition, performance, and dynamics, is therefore a crucial pre-requisite for examining long-term transformation pathways (Liu et al., 2012). Anthropogenic stocks have therefore been described as the engines of socio-metabolic systems. Moreover, socioeconomic stocks sequester carbon (Lauk et al., 2012); hence policies to increase the carbon content of long-lived infrastructures may contribute to climate-change mitigation (Gustavsson et al., 2006).

So far, MFAs have been used mainly to inform policies for resource and waste management. Studies with an explicit focus on climate change mitigation are less frequent, but rapidly growing. Examples involve the exploration of long-term mitigation pathways for the iron/steel industry (Milford et al., 2013; Pauliuk et al., 2013a), the aluminium industry (Liu et al., 2011, 2012), the vehicle stock (Pauliuk et al., 2011; Melaina and Webster, 2011), or the building stock (Pauliuk et al., 2013b).

## A.II.6.2      Input-output analysis

Input-output (IO) analysis is an approach to trace the production process of products by economic sectors, and their use as intermediate demand by producing sectors (industries) and final demand including that by households and the public sector (Miller and Blair, 1985). Input-output tables describe the structure of the economy, i.e., the interdependence of different producing sectors and their role in final demand. Input-output tables are produced as part of national economic accounts (Leontief, 1936). Through the assumption of fixed input coefficients, input-output models can be formed, determining, e.g., the economic activity in all sectors required to produce a unit of final demand. The mathematics of input-output analysis can be used with flows denoted in physical or monetary units and has been applied also outside economics, e.g., to describe energy and nutrient flows in ecosystems (Hannon et al., 1986).

Environmental applications of input-output analysis include analyzing the economic role of abatement sectors (Leontief, 1971), quantifying embodied energy (Bullard and Herendeen, 1975) and the employment benefits of energy efficiency measures (Hannon et al., 1978), describing the benefits of pre-consumer scrap recycling (Nakamura and Kondo, 2001), tracing the material composition of vehicles (Nakamura et al., 2007), and identifying an environmentally desirable global division of labour (Stromman et al., 2009). Important for mitigation research, input-output analysis has been used to estimate the GHG emissions associated with the production and delivery of goods for final consumption, the 'carbon footprint' (Wiedmann and Minx, 2008). This type of analysis basically redistributes the emissions occurring in producing sectors to final consumption. It can be used to quantify GHG emissions

associated with import and export (Wyckoff and Roop, 1994), with national consumption (Hertwich and Peters, 2009), or the consumption by specific groups of society (Lenzen and Schaeffer, 2004), regions (Turner et al., 2007), or institutions (Larsen and Hertwich 2009; Minx et al., 2009; Peters, 2010; Berners-Lee et al., 2011).[4]

Global, multiregional input-output models are currently seen as the state-of-the-art tool to quantify 'consumer responsibility' (Chapter 5) (Hertwich, 2011; Wiedmann et al., 2011). Multiregional tables are necessary to adequately represent national production patterns and technologies in the increasing number of globally sourced products. Important insights provided to mitigation research are the quantification of the total $CO_2$ emissions embodied in global trade (Peters and Hertwich, 2008), the growth of net emissions embodied in trade from non-Annex B to Annex B countries (Peters et al., 2011b), to show that the UK (Druckman et al., 2008; Wiedmann et al., 2010) and other Annex B countries have increasing carbon footprints while their territorial emissions are decreasing, to identify the contribution of different commodity exports to the rapid growth in China's GHG emissions (Xu et al., 2009), and to quantify the income elasticity of the carbon footprint of different consumption categories like food, mobility, and clothing (Hertwich and Peters, 2009).

Input-output models have an increasingly important instrumental role in mitigation. They are used as a backbone for consumer carbon calculators, to provide sometimes spatially explicit regional analysis (Lenzen et al., 2004), to help companies and public institutions target climate mitigation efforts , and to provide initial estimates of emissions associated with different alternatives (Minx et al., 2009).

Input-output calculations are usually based on industry-average production patterns and emissions intensities and do not provide an insight into marginal emissions caused by additional purchases. However, efforts to estimate future and marginal production patterns and emissions intensities exist (Lan et al., 2012). At the same time, economic sector classifications in many countries are not very fine, so that IO tables provide carbon footprint averages of broad product groups rather than specific products, but efforts to disaggregate tables to provide more detail in environmentally relevant sectors exist (Tukker et al., 2013). Many models are not good at addressing waste management and recycling opportunities, although hybrid models with a physical representation of end-of-life processes do exist (Nakamura and Kondo, 2001). At the time of publication, national input-output tables describe the economy several years ago. Multiregional input-output tables are produced as part of research efforts and need to reconcile different national conventions for the construction of the tables and conflicting international trade data (Tukker et al., 2013). Efforts to provide a higher level of detail of environmentally relevant sectors and to now-cast tables are currently under development (Lenzen et al., 2012).

---

[4]   GHG emissions related to land-use change have not yet been addressed in MRIO-based carbon footprint analysis due to data limitations.

### A.II.6.3    Lifecycle assessment

Product lifecycle assessment (LCA) was developed as a method to determine the embodied energy use (Boustead and Hancock, 1979) and environmental pressures associated with specific product systems (Finnveden et al., 2009). A product system describes the production, distribution, operation, maintenance, and disposal of the product. From the beginning, the assessment of energy technologies has been important, addressing questions such as how many years of use would be required to recover the energy expended in producing a photovoltaic cell (Kato et al., 1998). Applications in the consumer products industry addressing questions of whether cloth or paper nappies (diapers) are more environmentally friendly (Vizcarra et al., 1994), or what type of washing powder, prompted the development of a wider range of impact assessment methods addressing issues such as aquatic toxicity (Gandhi et al., 2010), eutrophication, and acidification (Huijbregts et al., 2000). By now, a wide range of methods has been developed addressing either the contribution to specific environmental problems (midpoint methods) or the damage caused to ecosystem or human health (endpoint methods). At the same time, commonly used databases have collected lifecycle inventory information for materials, energy products, transportation services, chemicals, and other widely used products. Together, these methods form the backbone for the wide application of LCA in industry and for environmental product declarations, as well as in policy.

Lifecycle assessment plays an increasingly important role in climate mitigation research (SRREN Annex II, Moomaw et al., 2011). In WGIII AR5, lifecycle assessment has been used to quantify the GHG emissions associated with mitigation technologies, e.g., wind power, heat recovery ventilation systems, or carbon dioxide capture and storage. Lifecycle assessment is thus used to compare different ways to deliver the same functional unit, such as one kWh of electricity.

Lifecycle assessment has also been used to quantify co-benefits and detrimental side-effects of mitigation technologies and measures, including other environmental problems and the use of resources such as water, land, and metals. Impact assessment methods have been developed to model a wide range of impact pathways.

A range of approaches is used in LCA to address the climate impact of environmental interventions, starting from GHG through other pollutants (such as aerosols) to the inclusion of geophysical effects such as albedo changes or indirect climate effects (Bright et al., 2012), also exploring radiation-based climate metrics (Peters et al., 2011a). The timing of emissions and removals has traditionally not been considered, but issues associated with biomass production and use have given rise to approaches to quantify the effects of carbon sequestration and temporary carbon storage in long-lived products (Brandão et al., 2013; Guest et al., 2013; Levasseur et al., 2013) and of temporarily increased atmospheric $CO_2$ concentrations from 'carbon-neutral' bioenergy systems (Cherubini et al., 2011).

AII

Life-cycle inventories are normally derived from empirical information on actual processes or modelled based on engineering calculations. A key aspect of lifecycle inventories for energy technologies is that they contribute to understanding the thermodynamics of the wider product system; combined with appropriate engineering insight, they can provide some upper bound for possible technological improvements. These process LCAs provide detail and specificity, but do usually not cover all input requirements, as this would be too demanding. The cut-off error is the part of the inventory that is not covered by conventional process analysis; it is commonly between 20–50% of the total impact (Lenzen, 2001). Hybrid lifecycle assessment utilizes input-output models to cover inputs of services or items that are used in small quantities (Treloar, 1996; Suh et al., 2004; Williams et al., 2009). Through their better coverage of the entire product system, hybrid LCAs tend to more accurately represent all inputs to production (Majeau-Bettez et al., 2011). They have also been used to estimate the cut-off error of process LCAs (Norris, 2002; Deng et al., 2011).

It must be emphasized that LCA is a research method that answers specific research questions. To understand how to interpret and use the results of an LCA case study, it is important to understand what the research question is. The research questions "what are the environmental impacts of product x" or "... of technology y" needs to be specified with respect to timing, regional context, operational mode, background system, etc. Modelling choices and assumption thus become part of an LCA. This implies that LCA studies are not always comparable because they do not address the same research question. Further, most LCAs are interpreted strictly on a functional unit basis, expressing the impact of a unit of the product system in a described production system, without either up-scaling the impacts to total impacts in the entire economy or saying something about the scale-dependency of the activity. For example, an LCA may identify the use of recycled material as beneficial, but the supply of recycled material is limited by the availability of suitable waste, so that an up-scaling of recycling is not feasible. Hence, an LCA that shows that recycling is beneficial is not sufficient to document the availability of further opportunities to reduce emissions. Lifecycle assessment, however, coupled with an appropriate system models (using material flow data) is suitable to model the emission gains from the expansion of further recycling activities.

Lifecycle assessment was developed with the intention to quantify resource use and emissions associated with existing or prospective product systems, where the association reflects physical causality within economic systems. Depending on the research question, it can be sensible to investigate average or marginal inputs to production. Departing from this descriptive approach, it has been proposed to model a wider socioeconomic causality describing the consequences of actions (Ekvall and Weidema, 2004). While established methods and a common practice exist for descriptive or 'attributional' LCA, such methods and standard practice are not yet established in 'consequential' LCA (Zamagni et al., 2012). Consequential LCAs are dependent on the decision context. It is increasingly acknowledged in LCA that

for investigating larger sustainability questions, the product focus is not sufficient and larger system changes need to be modelled as such (Guinée et al., 2010).

For climate change mitigation analysis, it is useful to put LCA in a wider scenario context (Arvesen and Hertwich, 2011; Viebahn et al., 2011). The purpose is to better understand the contribution a technology can make to climate change mitigation and to quantify the magnitude of its resource requirements, co-benefits and side-effects. For mitigation technologies on both the demand and supply side, important contributors to the total impact are usually energy, materials, and transport. Understanding these contributions is already valuable for mitigation analysis. As all of these sectors will change as part of the scenario, LCA-based scenarios show how much impacts per unit are likely to change as part of the scenario.

Some LCAs take into account behavioural responses to different technologies (Takase et al., 2005; Girod et al., 2011). Here, two issues must be distinguished. One is the use of the technology. For example, it has been found that better insulated houses consistently are heated or cooled to higher/lower average temperature (Haas and Schipper, 1998; Greening et al., 2001). Not all of the theoretically possible technical gain in energy efficiency results in reduced energy use (Sorrell and Dimitropoulos, 2008). Such direct rebound effects can be taken into account through an appropriate definition of the energy services compared, which do not necessarily need to be identical in terms of the temperature or comfort levels. Another issue are larger market-related effects and spillover effects. A better-insulated house leads to energy savings. Both questions of (1) whether the saved energy would then be used elsewhere in the economy rather than not produced, and (2) what the consumer does with the money saved, are not part of the product system and hence of product lifecycle assessment. They are sometimes taken up in LCA studies, quantified, and compared. However, for climate mitigation analysis, these mechanisms need to be addressed by scenario models on a macro level. (See also Section 11.4 for a discussion of such systemic effects).

# A.II.7   Fat tailed distributions

If we have observed $N$ independent loss events from a given loss distribution, the probability that the next loss event will be worse than all the others is $1/(N+1)$. How much worse it will be depends on the tail of the loss distribution. Many loss distributions including losses due to hurricanes are very fat tailed. The notion of a 'fat tailed distribution' may be given a precise mathematical meaning in several ways, each capturing different intuitions. Older definitions refer to 'fat tails' as 'leptokurtic' meaning that the tails are fatter than the normal distribution. Nowadays, mathematical definitions are most commonly framed in terms of regular variation or subexponentiality (Embrechts et al., 1997).

A positive random variable $X$ has regular variation with tail index $\alpha > 0$ if the probability $P(X > x)$ of exceeding a value $x$ decreases at a polynomial rate $x^{-\alpha}$ as $x$ gets large. For any $r > \alpha$, the $r$-th moment of $X$ is infinite, the $\alpha$-th moment may be finite or infinite depending on the distribution. If the first moment is infinite, then running averages of independent realizations of $X$ increase to infinity. If the second moment is infinite, then running averages have an infinite variance and do not converge to a finite value. In either case, historical averages have little predictive value. The gamma, exponential, and Weibull distributions all have finite $r$-th moment for all positive $r$.

A positive random variable $X$ is subexponential if for any $n$ independent copies $X1,...Xn$, the probability that the sum $X1+...+Xn$ exceeds a value $x$ becomes identical to the probability that the maximum of $X1,...Xn$ exceeds $x$, as $x$ gets large. In other words, 'the sum of $X1,...Xn$ is driven by the largest of the $X1,...Xn$'. Every regularly varying distribution is subexponential, but the converse does not hold. The Weibull distribution with shape parameter less than one is subexponential but not regularly varying. All its moments are finite, but the sum of n independent realizations tends to be dominated by the single largest value.

For $X$ with finite first moment, the mean excess curve is a useful diagnostic. The mean excess curve of $X$ at point $x$ is the expected value of $X - x$ given that $X$ exceeds $x$. If $X$ is regularly varying with tail index $\alpha > 1$, the mean excess curve of $X$ is asymptotically linear with



**Figure A.II.6** | Mean excess curve of US crop insurance indemnities paid from the US Department of Agriculture's Risk Management Agency, aggregated by county and year for the years 1980 to 2008 in USD$_{2010}$. Note: The vertical axis gives mean excess loss, given loss at least as large as the horizontal axis. Source: adapted from (Kousky and Cooke, 2009).



**Figure A.II.5** | Mean excess curve for US flood insurance claims from the National Flood Insurance Program per dollar income per county per year for the years 1980 to 2008 in USD$_{2010}$. Considering dollar claims per dollar income in each county corrects for increasing exposure. Note: The vertical axis gives mean excess loss, given loss at least as large as the horizontal axis. Source: adapted from (Kousky and Cooke, 2009).

slope $1/(\alpha-1)$. If $X$ is subexponential its mean excess curve increases to infinity, but is not necessarily asymptotically linear. Thus, the mean excess curve for a subexponential distribution may be 'worse' than a regularly varying distribution, even though the former has finite moments. The mean excess curve for the exponential distribution is constant, that for the normal distribution is decreasing. The following figures show mean excess curves for flood insurance claims in the United States, per county per year per dollar income (hereby correcting for growth in exposure, Figure A.II.5) and insurance indemnities for crop loss per county per year in the United States (Figure A.II.6). Note that flood claims' mean excess curve lies well above the line with unit slope, whereas that for crop losses lie below (Kousky and Cooke, 2009).

## A.II.8    Growth rates

For the calculation of annual growth rates as frequently shown in this report, a number of different methods exist, all of which lead to slightly different numerical results. If not stated otherwise, the annual growth rates shown, have been derived using the *Log Difference Regression* technique or *Geometric Average,* techniques which can be shown to be equivalent.

The Log Difference Regression growth rate $r_{LD}$ is calculated the following way:

$$r_{LD} = e^\beta - 1 \quad \text{with} \quad \beta = \frac{1}{T-1} \sum_{t=2}^{T} \Delta ln X_t \qquad \text{(Equation A.II.10)}$$

The *Geometric Average* growth rate $r_{GEO}$ is calculated as shown below:

$$r_{GEO} = \left( \frac{X_T}{X_1} \right)^{\frac{1}{T-1}} - 1 \qquad \text{(Equation A.II.11)}$$

Other methods that are used to calculate annual growth rates include the *Ordinary Least Square* technique and the *Average Annual Growth Rate* technique.

# Part III:   Data sets

# A.II.9   Historical data

To aid coherency and consistency, core historic data presented throughout the report uses the same sources and applied the same methodologies and standards—these are detailed here:

- The standard country aggregations to regions are detailed in Section A.II.2.
- The central historic GHG emission data set was based on IEA (2012c) and Emissions Database for Global Atmospheric Research (EDGAR) (JRC/PBL, 2013) data. This data set provides annual emissions on a country level for the time span 1970 to 2010. The two sources are mapped as described in Section A.II.9.1.
- As default dataset for GDP in Purchasing Power Parity (PPP) World Bank data was supplemented according to the methodology described in Section A.II.9.2.
- The data sources and methodology for historic indirect emissions from electricity and heat production are defined in Section A.II.5.
- Lifecycle GHG emission data sets of energy supply technologies, predominantly used in Chapter 7, are introduced in Section A.II.9.3. The underlying methodology is explained in Section A.II.6 of this Annex.

## A.II.9.1   Mapping of emission sources to sectors

The list below shows how emission sources are mapped to sectors throughout the WGIII AR5. This defines unambiguous system boundaries for the sectors as represented in Chapters 7–11 in the report and enables a discussion and representation of emission sources without double-counting.

Emission sources refer to the definitions by the IPCC Task Force on National Greenhouse Gas Inventories (TFI) (IPCC, 2006). Where further disaggregated data was introduced, additional source categories were introduced consistent with the underlying datasets (IEA, 2012c; JRC/PBL, 2013). This information appears in the following systematic sequence throughout this section:

> **Emission source category (chapter emission source category numbering)**
>
> Emission Source (Sub-)Category (IPCC Task force definition) [gases emitted by emission source ($CO_2$ data set used)]

A common dataset ('IEA/EDGAR') is used across WGIII AR5 chapters to ensure consistent representation of emission trends across the report. Uncertainties of this data are discussed in the respective chapters (Chapter 1; Chapter 5; and Chapter 11). $CO_2$ emissions from fossil fuel combustion are taken from IEA (2012c), the remaining $CO_2$ and non-$CO_2$ GHG emissions are taken from EDGAR (JRC/PBL, 2013), see the following sections for categories and sources used. For the FOLU subsector EDGAR (JRC/PBL, 2013) represents land-based $CO_2$ emissions from forest and peat fires and decay to approximate the $CO_2$ flux from anthropogenic emission sources.

Following general scientific practice, 100-year GWPs from the IPCC Second Assessment Report (SAR) (Schimel et al., 1996) are used as the index for converting GHG emissions to common units of $CO_2$-equivalent emissions in EDGAR (JRC/PBL, 2013). The following gases and associated GWPs based on the SAR are covered in EDGAR: $CO_2$ (1), $CH_4$ (21), $N_2O$ (310), HFC-125 (2800), HFC-134a (1300), HFC-143a (3800), HFC-152a (140), HFC-227ea (2900), HFC-23 (11700), HFC-236fa (6300), HFC-245fa (560), HFC-32 (650), HFC-365mfc (1000), HFC-43–10-mee (1300), $C_2F_6$ (9200), $C_3F_8$ (7000), $C_4F_{10}$ (7000), $C_5F_{12}$ (7500), $C_6F_{14}$ (7400), $C_7F_{16}$ (7400), c-$C_4F_8$ (8700), $CF_4$ (6500), $SF_6$ (23900).

### A.II.9.1.1   Energy (Chapter 7)

**Electricity & heat (7.1)**
Power and Heat Generation (1A1a) [$CO_2$ (IEA), $CH_4$, $N_2O$]
    Public Electricity Plants (1A1a1) [$CO_2$ (IEA)]
    Public Combined Heat and Power Generation (1A1a2) [$CO_2$ (IEA)]
    Public Heat Plants (1A1a3) [$CO_2$ (IEA)]
    Public Electricity Generation (own use) (1A1a4) [$CO_2$ (IEA)]
    Electricity Generation (autoproducers) (1A1a5) [$CO_2$ (IEA)]
    Combined Heat and Power Generation (autoproducers) (1A1a6) [$CO_2$ (IEA)]
    Heat Plants (autoproducers) (1A1a7) [$CO_2$ (IEA)]
Public Electricity and Heat Production (biomass) (1A1ax) [$CH_4$, $N_2O$]

AII

**Petroleum refining (7.2)**
Other Energy Industries (1A1bc) [$CO_2$ (IEA)]

**Manufacture of solid fuels (7.3)**
Other transformation sector (BKB, etc.) (1A1r) [$CH_4$, $N_2O$]
Manufacture of Solid Fuels and Other Energy Industries (biomass) (1A1cx) [$CH_4$, $N_2O$]

**Fuel production and transport (7.4)**
Fugitive emissions from solids fuels except coke ovens (1B1r) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]
Flaring and fugitive emissions from oil and Natural Gas (1B2) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]

**Others (7.5)**
Electrical Equipment Manufacture (2F8a) [$SF_6$]
Electrical Equipment Use (includes site installation) (2F8b) [$SF_6$]
Fossil fuel fires (7A) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]

**Indirect N2O emissions from energy (7.6)**
Indirect $N_2O$ from $NO_x$ emitted in cat. 1A1 (7B1) [$N_2O$]
Indirect $N_2O$ from $NH_3$ emitted in cat. 1A1 (7C1) [$N_2O$]

### A.II.9.1.2      Transport (Chapter 8)

**Aviation (8.1)**
Domestic air transport (1A3a) [$CO_2$ (IEA), $CH_4$, $N_2O$]

**Road transportation (8.2)**
Road transport (includes evaporation) (fossil) (1A3b) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Road transport (includes evaporation) (biomass) (1A3bx) [$CH_4$, $N_2O$]
Adiabatic prop: tyres (2F9b) [$SF_6$]

**Rail transportation (8.3)**
Rail transport (1A3c) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Non-road transport (rail, etc.) (fossil) (biomass) (1A3cx) [$CH_4$, $N_2O$]

**Navigation (8.4)**
Inland shipping (fossil) (1A3d) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Inland shipping (fossil) (biomass) (1A3dx) [$CH_4$, $N_2O$]

**Others incl. indirect N₂O emissions from transport (8.5)**
Non-road transport (fossil) (1A3e) [$CO_2$ (IEA), $CH_4$, $N_2O$]
     Pipeline transport (1A3e1) [$CO_2$ (IEA)]
     Non-specified transport (1A3er) [$CO_2$ (IEA)]
Non-road transport (fossil) (biomass) (1A3ex) [$CH_4$, $N_2O$]
Refrigeration and Air Conditioning Equipment (HFC) (Transport) (2F1a1) [HFC]
Indirect $N_2O$ from $NO_x$ emitted in cat. 1A3 (7B3) [$N_2O$]
Indirect $N_2O$ from $NH_3$ emitted in cat. 1A3 (7C3) [$N_2O$]

**International Aviation (8.6)**
Memo: International aviation (1C1) [$CO_2$ (IEA), $CH_4$, $N_2O$]

**International Shipping (8.7)**
Memo: International navigation (1C2) [$CO_2$ (IEA), $CH_4$, $N_2O$]

### A.II.9.1.3      Buildings (Chapter 9)

**Commercial (9.1)**
Commercial and public services (fossil) (1A4a) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Commercial and public services (biomass) (1A4ax) [$CH_4$, $N_2O$]

**Residential (9.2)**
Residential (fossil) (1A4b) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Residential (biomass) (1A4bx) [$CH_4$, $N_2O$]

**Others (9.3)**
Refrigeration and Air Conditioning Equipment (HFC) (Building) (2F1a2) [HFC]
Fire Extinguishers (2F3) [PFC]
Aerosols/ Metered Dose Inhalers (2F4) [HFC]
Adiabatic prop: shoes and others (2F9a) [$SF_6$]
Soundproof windows (2F9c) [$SF_6$]

**Indirect N₂O emissions from buildings (9.4)**
Indirect $N_2O$ from $NO_x$ emitted in cat. 1A4 (7B4) [$N_2O$]
Indirect $N_2O$ from $NH_3$ emitted in cat. 1A4 (7C4) [$N_2O$]

### A.II.9.1.4      Industry (Chapter 10)

**Ferrous and non-ferrous metals (10.1)**
Fuel combustion coke ovens (1A1c1) [$CH_4$, $N_2O$]
Blast furnaces (pig iron prod.) (1A1c2) [$CH_4$, $N_2O$]
Iron and steel (1A2a) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Non-ferrous metals (1A2b) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Iron and steel (biomass) (1A2ax) [$CH_4$, $N_2O$]
Non-ferrous metals (biomass) (1A2bx) [$CH_4$, $N_2O$]
Fuel transformation coke ovens (1B1b1) [$CO_2$ (EDGAR), $CH_4$]
Metal Production (2C) [$CO_2$ (EDGAR), $CH_4$, PFC, $SF_6$]
     Iron and Steel Production (2C1) [$CO_2$ (EDGAR)]
          Crude steel production total (2C1a) [$CO_2$ (EDGAR)]
     Ferroy Alloy Production (2C2) [$CO_2$ (EDGAR)]
     Aluminum production (primary) (2C3) [PFC]
     SF6 Used in Aluminium and Magnesium Foundries (2C4) [$SF_6$]
          Magnesium foundries: $SF_6$ use (2C4a) [$SF_6$]
          Aluminium foundries: $SF_6$ use (2C4b) [$SF_6$]
     Non-ferrous metals production (2Cr) [$CO_2$ (EDGAR)]

**Chemicals (10.2)**
Chemicals (1A2c) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Chemicals (biomass) (1A2cx) [$CH_4$, $N_2O$]

All

Production of chemicals (2B) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]
Production of Halocarbons and SF6 (2E) [HFC, SF6]
Non-energy use of lubricants/waxes (2G) [$CO_2$ (EDGAR)]
Solvent and other product use: paint (3A) [$CO_2$ (EDGAR)]
Solvent and other product use: degrease (3B) [$CO_2$ (EDGAR)]
Solvent and other product use: chemicals (3C) [$CO_2$ (EDGAR)]
Other product use (3D) [$CO_2$ (EDGAR), $N_2O$]

**Cement production (10.3)**
Cement production (2A1) [$CO_2$ (EDGAR)]

**Landfill & waste incineration (10.4)**
Solid waste disposal on land (6A) [$CH_4$]
Waste incineration (6C) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]
Other waste handling (6D) [$CH_4$, $N_2O$]

**Wastewater treatment (10.5)**
Wastewater handling (6B) [$CH_4$, $N_2O$]

**Other industries (10.6)**
Pulp and paper (1A2d) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Food and tobacco (1A2e) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Other industries (stationary) (fossil) (1A2f) [$CO_2$ (IEA), $CH_4$, $N_2O$]
    Non-metallic minerals (1A2f1) [$CO_2$ (IEA)]
    Transport equipment (1A2f2) [$CO_2$ (IEA)]
    Machinery (1A2f3) [$CO_2$ (IEA)]
    Mining and quarrying (1A2f4) [$CO_2$ (IEA)]
    Wood and wood products (1A2f5) [$CO_2$ (IEA)]
    Construction (1A2f6) [$CO_2$ (IEA)]
    Textile and leather (1A2f7) [$CO_2$ (IEA)]
    Non-specified industry (1A2f8) [$CO_2$ (IEA)]
Pulp and paper (biomass) (1A2dx) [$CH_4$, $N_2O$]
Food and tobacco (biomass) (1A2ex) [$CH_4$, $N_2O$]
Off-road machinery: mining (diesel) (1A5b1) [$CH_4$, $N_2O$]
Lime production (2A2) [$CO_2$ (EDGAR)]
Limestone and Dolomite Use (2A3) [$CO_2$ (EDGAR)]
Production of other minerals (2A7) [$CO_2$ (EDGAR)]
Refrigeration and Air Conditioning Equipment (PFC) (2F1b) [PFC]
Foam Blowing (2F2) [HFC]
F-gas as Solvent (2F5) [PFC]
Semiconductor Manufacture (2F7a) [HFC, PFC, $SF_6$]
Flat Panel Display (FPD) Manufacture (2F7b) [PFC, $SF_6$]
Photo Voltaic (PV) Cell Manufacture (2F7c) [PFC]
Other use of PFC and HFC (2F9) [HFC, PFC]
Accelerators/HEP (2F9d) [$SF_6$]
Misc. HFCs/$SF_6$ consumption (AWACS, other military, misc.) (2F9e) [SF6]
Unknown $SF_6$ use (2F9f) [$SF_6$]

**Indirect $N_2O$ emissions from industry (10.7)**
Indirect $N_2O$ from $NO_x$ emitted in cat. 1A2 (7B2) [$N_2O$]
Indirect $N_2O$ from $NH_3$ emitted in cat. 1A2 (7C2) [$N_2O$]

**A.II.9.1.5     AFOLU (Chapter 11)**

**Fuel combustion (11.1)**
Agriculture and forestry (fossil) (1A4c1) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Off-road machinery: agric./for. (diesel) (1A4c2) [$CH_4$, $N_2O$]
Fishing (fossil) (1A4c3) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Non-specified Other Sectors (1A4d) [$CO_2$ (IEA), $CH_4$, $N_2O$]
Agriculture and forestry (biomass) (1A4c1x) [$CH_4$, $N_2O$]
Fishing (biomass) (1A4c3x) [$N_2O$]
Non-specified other (biomass) (1A4dx) [$CH_4$, $N_2O$]

**Livestock (11.2)**
Enteric Fermentation (4A) [$CH_4$]
Manure management (4B) [$CH_4$, $N_2O$]

**Rice cultivation (11.3)**
Rice cultivation (4C) [$CH_4$]

**Direct soil emissions (11.4)**
Other direct soil emissions (4D4) [$CO_2$ (EDGAR)]
Agricultural soils (direct) (4Dr) [$N_2O$]

**Forrest fires and decay (11.5)**
Savannah burning (4E) [$CH_4$, $N_2O$]
Forest fires (5A) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]
Grassland fires (5C) [$CH_4$, $N_2O$]
Forest Fires-Post burn decay (5F2) [$CO_2$ (EDGAR), $N_2O$]

**Peat fires and decay (11.6)**
Agricultural waste burning (4F) [$CH_4$, $N_2O$]
Peat fires and decay of drained peatland (5D) [$CO_2$ (EDGAR), $CH_4$, $N_2O$]

**Indirect $N_2O$ emissions from AFOLU (11.7)**
Indirect Emissions (4D3) [$N_2O$]
Indirect $N_2O$ from $NO_x$ emitted in cat. 5 (7B5) [$N_2O$]
Indirect $N_2O$ from $NH_3$ emitted in cat. 5 (7C5) [$N_2O$]

**A.II.9.1.6     Comparison of IEA and EDGAR $CO_2$ emission datasets**

As described above the merged IEA/EDGAR historic emission dataset uses emission data from IEA (2012c) and EDGAR (JRC/PBL, 2013). Here we compare IEA/EDGAR to the pure EDGAR dataset (JRC/PBL, 2013). The comparison details the differences between the two datasets as the remaining $CO_2$ and non-$CO_2$ GHG emissions are identical between the two datasets. Table A.II.11 maps EDGAR categories to the IEA categories used in IEA/EDGAR forming 21 groups. Figure A.II.7 shows the quantitative differences for aggregated global emissions of these 21 groups between the two sources.

**Table A.II.11 |** Mapping of IEA (2012c) and EDGAR (JRC/PBL, 2013) $CO_2$ emission categories. Figure A.II.7 shows the quantitative difference for each Comparison Group (using Comparison Group number as reference).

| Comparison Groups | | EDGAR | | IEA | IEA/EDGAR |
|---|---|---|---|---|---|
| number | group name | IPCC category | category name | category name | category |
| 1 | Power Generation | 1A1a | Public electricity and heat production | Main activity electricity plants | 1A1a1 |
| | | | | Main activity CHP plants | 1A1a2 |
| | | | | Main activity heat plants | 1A1a3 |
| | | | | Own use in electricity, CHP and heat plants | 1A1a4 |
| | | | | Autoproducer electricity plants | 1A1a5 |
| | | | | Autoproducer CHP plants | 1A1a6 |
| | | | | Autoproducer heat plants | 1A1a7 |
| 2 | Other Energy Industries | 1A1c1 | Fuel combustion coke ovens | Other energy industry own use | 1A1bc |
| | | 1A1c2 | Blast furnaces (pig iron prod.) | | |
| | | 1A1r | Other transformation sector (BKB, etc.) | | |
| 3 | Iron and steel | 1A2a | Iron and steel | Iron and steel | 1A2a |
| 4 | Non-ferrous metals | 1A2b | Non-ferrous metals | Non-ferrous metals | 1A2b |
| 5 | Chemicals | 1A2c | Chemicals | Chemical and petrochemical | 1A2c |
| 6 | Pulp and paper | 1A2d | Pulp and paper | Paper, pulp and printing | 1A2d |
| 7 | Food and tobacco | 1A2e | Food and tobacco | Food and tobacco | 1A2e |
| 8 | Other industries w/o NMM | 1A2f | Other industries (incl. offroad) (fos.) | Transport equipment | 1A2f2 |
| | | | | Machinery | 1A2f3 |
| | | | | Mining and quarrying | 1A2f4 |
| | | | | Wood and wood products | 1A2f5 |
| | | | | Construction | 1A2f6 |
| | | | | Textile and leather | 1A2f7 |
| | | | | Non-specified industry | 1A2f8 |
| 9 | Non-metallic minerals | 1A2f-NMM | Non-metallic minerals (cement proxy) | Non-metallic minerals | 1A2f1 |
| 10 | Domestic air transport | 1A3a | Domestic air transport | Domestic aviation | 1A3a |
| 11 | Road transport (incl. evap.) (fos.) | 1A3b | Road transport (incl. evap.) (foss.) | Road | 1A3b |
| 12 | Rail transport | 1A3c | Non-road transport (rail, etc.) (fos.) | Rail | 1A3c |
| 13 | Inland shipping (fos.) | 1A3d | Inland shipping (fos.) | Domestic navigation | 1A3d |
| 14 | Other transport | 1A3e | Non-road transport (fos.) | Pipeline transport | 1A3e1 |
| | | | | Non-specified transport | 1A3er |
| | | | | Non-energy use in transport | 1A3er |
| 15 | Commercial and public services (fos.) | 1A4a | Commercial and public services (fos.) | Commercial and public services | 1A4a |
| 16 | Residential (fos.) | 1A4b | Residential (fos.) | Residential | 1A4b |
| 17 | Agriculture and forestry (fos.) | 1A4c1 | Agriculture and forestry (fos.) | Agriculture/forestry | 1A4c1 |
| | | 1A4c2 | Off-road machinery: agric./for. (diesel) | | |
| | | 1A5b1 | Off-road machinery: mining (diesel) | | |
| 18 | Fishing (fos.) | 1A4c3 | Fishing (fos.) | Fishing | 1A4c3 |
| 19 | Non-specified Other Sectors | 1A4d | Non-specified other (fos.) | Non-specified other | 1A4d |
| 20 | Memo: international aviation | 1C1 | international air transport | Memo: international aviation bunkers | 1C1 |
| 21 | Memo: international navigation | 1C2 | international marine transport (bunkers) | Memo: international marine bunkers | 1C2 |

All



**Figure A.II.7 |** Difference of $CO_2$ emissions between analogous IEA (2012c) and EDGAR (JRC/PBL, 2013) categories as detailed in Table A.II.11. (Numbers in key refer to Table A.II.11 Comparison Groups).

## A.II.9.2    Historic GDP PPP data

As default dataset for GDP in Purchasing Power Parity (PPP) World Bank data was used (World Bank, 2013). In line with the methodology described in Section A.II.1.3 and by Nordhaus (2007) the initial data-set (1980–2012 PPP in constant Int$\$_{2011}$[5]) was extended backwards using World Bank GDP growth rates in constant local currency unit[6]. Further data gaps were closed extending World Bank data by applying growth rates as supplied by the IMF (2012) for 1980 and later. For gaps prior to 1980 Penn World Tables (PWT)(Heston et al., 2011) was used. In addition, missing countries were added using PWT (Heston et al., 2011)(Cuba, Puerto Rico, Marshall Islands, Somalia, Bermuda), IMF (2012) (Kosovo, Myanmar, Tuvala, Zimbabwe) and IEA (Dem Rep. Korea, Gibraltar, Netherlands Antilles) GDP data.

## A.II.9.3    Lifecycle greenhouse gas emissions

In Chapter 7, Figure 7.6 and 7.7, the lifecycle GHG emissions of different technologies are compared. This section describes how these numbers are derived. The air pollutant emission numbers in Figure 7.8

are from (Hertwich et al., 2013). The assessment of GHG emissions and other climate effects associated with electricity production technologies presented here is based on two distinct research enterprises.

The first effort started with the review of lifecycle GHG emission started for SRREN (Sathaye et al., 2011). This work was extended to a harmonization of LCA studies following the approach by Farrell et al. (2006) and resulted in a set of papers published a special issue of the *Journal of Industrial Ecology* (Brandão et al., 2012; Heath and Mann, 2012). The collected data points of LCA results of GHG emissions of different technologies from this comprehensive review are available online in tabular and chart form at http://en.openei.org/apps/LCA/ and have been obtained from there, but the underlying scientific papers from the peer reviewed literature are referred to here.

The second effort is a broader study of lifecycle environmental impacts and resource requirements under way for the International Resource Panel (Hertwich et al., 2013). The study aims at a consistent technology comparison where lifecycle data collected under uniform instructions in a common format are evaluated in a single assessment model based on a common set of background processes. The model is capable of evaluating environmental impacts in nine different regions and reflecting the background technology at three different points in time (2010/30/50). It addresses more complete inventories than common process-based analysis through the use of hybrid LCA.

---

[5]    http://data.worldbank.org/indicator/NY.GDP.MKTP.PP.KD
[6]    http://data.worldbank.org/indicator/NY.GDP.MKTP.KN

**Table A.II.12** | Methane emission (gCH4/MJ$_{LHV}$) from coal and gas production (Burnham et al., 2012). Based on the minimum, mean, and maximum values provided by Burnham, the parameters μ and σ of a lognormal distribution were estimated. Coal is the weighted average of 60 % from underground mines and 40 % from surface mines.

| | Min | Mean | Max | μ | σ |
|---|---|---|---|---|---|
| Underground coal mining | 0.25 | 0.34 | 0.45 | −1.09 | 0.147 |
| Surface coal mining | 0.025 | 0.05 | 0.068 | −3.09 | 0.291 |
| Natural gas production | 0.18 | 0.52 | 1.03 | −0.75 | 0.432 |

**Table A.II.13** | Efficiency ranges assumed in power generation assumed in the calculation of fugitive emissions. The best estimate plant efficiency are based on NETL (NETL, 2010a; b; c; d; e) with ranges based (Singh et al., 2011a; Corsten et al., 2013). Note that the min and max efficiencies are not derived from the literature and were not used to calculate direct emissions; rather, they are used only to establish the possible range of fugitive emissions.

| Technology | Direct emissions (tCO₂eq/MWh) | | | Efficiency (% based on LHV) | | | Infrastructure & Supplies (tCO₂eq/MWh) | | |
|---|---|---|---|---|---|---|---|---|---|
| | Min | Average | Max | Max | Average | Min | Min | Average | Max |
| Gas—Single Cycle | 0.621 | 0.667 | 0.706 | 33.1 | 30.8 | 29.1 | 0.001 | 0.002 | 0.002 |
| Coal—average | 0.913 | 0.961 | 1.009 | 33.3 | 35.0 | 36.8 | 0.010 | 0.011 | 0.013 |
| Gas—average | 0.458 | 0.483 | 0.507 | 33.9 | 42.0 | 44.1 | 0.001 | 0.002 | 0.003 |
| Gas—Combined Cycle | 0.349 | 0.370 | 0.493 | 59.0 | 55.6 | 41.7 | 0.001 | 0.002 | 0.002 |
| Coal—PC | 0.673 | 0.744 | 0.868 | 47.6 | 43.0 | 36.9 | 0.008 | 0.010 | 0.012 |
| Coal—IGCC | 0.713 | 0.734 | 0.762 | 44.9 | 43.6 | 42.0 | 0.003 | 0.004 | 0.006 |
| CCS—Coal—Oxyfuel | 0.014 | 0.096 | 0.110 | 35 | 30.2 | 27 | 0.014 | 0.017 | 0.023 |
| CCS—Coal—PC | 0.095 | 0.121 | 0.138 | 32 | 29.4 | 27 | 0.022 | 0.028 | 0.036 |
| CCS—Coal—IGCC | 0.102 | 0.124 | 0.148 | 34 | 32.3 | 27 | 0.008 | 0.010 | 0.013 |
| CCS—Gas—Combined Cycle | 0.030 | 0.047 | 0.098 | 49 | 47.4 | 35 | 0.007 | 0.009 | 0.012 |

The GHG emissions for coal carbon dioxide capture and storage (CCS), PV, concentrating solar power (CSP), and wind power associated with the two different efforts have been compared and have been found to be in agreement. The data has been supplemented by selected literature data where required. The specific numbers displayed come from following data sources.

### A.II.9.3.1    Fossil fuel based power

For fossil fuel based power, three different sources of emissions were distinguished: (1) direct emissions from the power plant, (2) emissions of methane from the fuel production and delivery system, and (3) the remaining lifecycle emissions, mostly connected to the infrastructure of the entire energy system including the power plant itself, and supplies such as solvents. Each of these emissions categories was assessed separately, because emerging findings on methane emissions required a reassessment of the lifecycle emissions of established studies, which often use only a generic emissions factor. In our work, probability distributions for emissions from the three different systems were assessed and combined through a Monte Carlo analysis.

**Fugitive emissions:** The most important source of indirect emissions of fossil fuel based power is the supply of fuel, where fugitive emissions of methane are a major source of GHG gases. We have revisited the issue of fugitive methane emissions given new assessments of these emissions. As described in Section 7.5.1, fugitive emissions were modelled as the product of a log-normal distributions based on the parameters specified in Table A.II.12 and the efficiencies given by a triangular distribution with the parameters specified in Table A.II.13.

The data for the infrastructure component is from Singh et al. (2011a). A uniform distribution was used in the Monte Carlo Analysis. The data is provided in Table A.II.13. Direct emissions and associated efficiency data for Natural Gas Combined Cycle (NGCC) with and without CCS is from Singh et al. (2011b). Minimum and maximum numbers are from Corsten et al. (2013, Table 4), with an assumed direct/indirect share of 40 % and 60 %. For pulverized coal, Corsten et al. (2013, Table 5) reports characterized impacts, with direct and indirect emission shares for pulverized coal with and without CCS. For Integrated Gasification Combined Cycle (IGCC), calculations were performed by Hertwich et al. (2013) based on data obtained from NETL (2010a; d). For oxyfuel, the best estimate is based on a 90 % separation efficiency from Singh et al. (2011a) with the range assuming higher separation efficiency as indicated by Corsten et al. (2013). Ranges are based on Corsten et al. (2013) also considering the ranges reported by NETL (2010a; b; c; d; e). Triangular distributions were used in the Monte Carlo simulation. The contribution analysis shown in Figure 7.6 is based on Singh et al. (2011a) with adjustments to the higher fugitive emissions based on Burnham (2012) and lower average efficiencies and hence direct emissions for gas fired power as obtained from the distributions above.

A log-normal distribution does not have well-defined maximum and minimum values. The range in Figures 7.6 and 7.7 hence shows the 1st to 99th percentile.

### A.II.9.3.2   Nuclear power

The data on nuclear power was taken from Lenzen (2008) and Warner and Heath (2012). There is no basis in the literature as far as we know to distinguish between 2nd and 3rd generation power plants.

### A.II.9.3.3   Renewable energy

**Concentrated solar power**: The data range is based on both the assessments conducted for the International Resource Panel (Hertwich et al., 2013) work based on the analysis of Viebahn et al. (2011), Burkhardt et al. (2011), Whitaker et al. (2013), and the review of Burkhardt et al. (2012).

**Photovoltaic power**: Ranges are based largely on the reviews of Hsu et al. (2012) and Kim et al. (2012). The analysis of newer thin-film technologies analyzed in Hertwich et al. (2013) indicates that recent technical progress has lowered emissions.

**Wind power**: The data is based on the review of Arvesen and Hertwich (2012) and has been cross-checked with Dolan and Heath (2012) and Hertwich et al. (2013).

**Ocean Energy**: There have been very few LCAs of ocean energy devices. The numbers are based on the Pelamis (Parker et al., 2007) and Oyster wave energy device (Walker and Howell, 2011), the SeaGen tidal turbine (Douglas et al., 2008; Walker and Howell, 2011), and tidal barrages (Woollcombe-Adams et al., 2009; Kelly et al., 2012). Based on these available assessments, tidal turbines have the lowest GHG emissions and tidal barrages the highest.

**Hydropower**: The indirect emissions of hydropower are largely associated with fossil fuel combustion in the construction of the plant. The data presented here is based on SRREN (Kumar et al., 2011). The data was cross-checked with a recent review (Raadal et al., 2011) and analysis (Moreau et al., 2012).

The issue of biogenic emissions resulting from the degradation of biomass in reservoirs had been reviewed in SRREN, however, without providing estimates of the size of biogenic GHG emissions per kWh. Please note that only $CH_4$ emissions are included in the analysis. $N_2O$ emissions have not been broadly investigated, but are assumed to be small (Demarty and Bastien, 2011). Carbon dioxide emissions can be substantial, but these emissions represent carbon that would probably have oxidized elsewhere; it is not clear what fraction of the resulting $CO_2$ would have entered the atmosphere (Hertwich, 2013). We have hence excluded biogenic $CO_2$ emissions from reservoirs from the

assessment. The distribution of biogenic methane emissions comes from an analysis of methane emissions per kWh of power generated by Hertwich (2013) based on literature data collected and reviewed by Barros et al. (2011). Independent estimates based on recent empirical studies (Maeck et al., 2013) come to similar results. For the maximum number (2 kg $CO_2$eq/kWh), a specific power station analyzed by Kemenes et al. (2007) was chosen; as it is not clear that the much higher value from the 99th percentile of the distribution determined by Hertwich (2013) is really realistic.

**Biomass**: Life-cycle direct global climate impacts of bioenergy come from the peer-reviewed literature from 2010 to 2012 and are based on a range of electric conversion efficiencies of 27–50 %. The category "Biomass—dedicated and crop residues" includes perennial grasses, like switchgrass and miscanthus, short rotation species, like willow and eucalyptus, and agricultural byproducts, like wheat straw and corn stover. "Biomass—forest wood" refers to forest biomass from long rotation species in various climate regions. Ranges include global climate impacts of $CO_2$ emissions from combustion of regenerative biomass (i.e., biogenic $CO_2$) and the associated changes in surface albedo following ecosystem disturbances, quantified according to the IPCC framework for emission metrics (Forster et al., 2007) and using 100-year GWPs as characterization factors (Cherubini et al., 2012).

These impacts are site-specific and generally more significant for long rotation species. The range in "Biomass—forest wood" is representative of various forests and climates, e.g., aspen forest in Wisconsin (US), mixed forest in Pacific Northwest (US), pine forest in Saskatchewan (Canada), and spruce forest in Southeast Norway. In areas affected by seasonal snow cover, the cooling contribution from the temporary change in surface albedo can be larger than the warming associated with biogenic $CO_2$ fluxes and the bioenergy system can have a net negative impact (i.e., cooling). Change in soil organic carbon can have a substantial influence on the overall GHG balance of bioenergy systems, especially for the case "Biomass—dedicated and crop residues", but are not covered here due to their high dependence on local soil conditions and previous land use (Don et al., 2012; Gelfand et al., 2013).

Additional information on the LCA of bioenergy alternatives is provided in Section 11.A.4.

# A.II.10   Scenario data

## A.II.10.1   Process

The AR5 Scenario Database comprises 31 models and 1,184 scenarios, summarized in Table A.II.14. In an attempt to be as inclusive as possible, an open call for scenarios was made through the Integrated Assessment Modeling Consortium (IAMC) with approval from the IPCC

AII

**Table A.II.14** | Contributing models to the WGIII AR5 Scenario Database.

| Model (versions) | Economic coverage and feedback | Myopic/ Foresight | Regional and emissions* detail | Representation of climate and land use | Cost measures | Scenario Publications | Number of Scenarios included in AR5 database |
|---|---|---|---|---|---|---|---|
| AIM-Enduse (12.1; backcast 1.0) | Partial equilibrium | Myopic | 32 regions; 5 substances (v. 12.1)/8 substances (v. backcast 1.0) | None | Energy system cost mark-up (v 12.1; backcast 1.0)/area under marginal abatement cost curve (backcast 1.0) | (Akashi et al., 2014; Kriegler et al., 2014b; Tavoni et al., 2014) | 41 |
| BET (1.5) | General equilibrium | Foresight | 32 regions; $CO_2$ only | Climate damages; no land use | Consumption loss, GDP loss, energy system cost mark-up | (Yamamoto et al., 2014) | 23 |
| DNE21+ (v.11, v.12) | Partial equilibrium | Foresight | 54 regions; 6 substances (v.11)/13 substances (v.12) | Temperature change; no land use | Energy system cost mark-up | (Akimoto et al., 2012; Wada et al., 2012; Kriegler et al., 2014a; Riahi et al., 2014; Sano et al., 2014) | 43 |
| EC-IAM 2012 | General equilibrium | Foresight | 11 regions; 6 substances | Climate damages; no land use | Consumption loss, GDP loss, energy system cost mark-up, welfare loss | (Kriegler et al., 2014c) | 21 |
| Ecofys Energy Model | Partial equilibrium | Myopic | 1 region; 3 substances | No climate; land use for bioenergy | Energy system cost mark-up | (Deng et al., 2012) | 1 |
| ENV-Linkages (WEO2012) | General equilibrium | Myopic | 15 regions; 6 substances | No climate; land use for food consumption | Consumption loss, GDP loss, equivalent variation, welfare loss | (Kriegler et al., 2014c) | 17 |
| FARM (3.0) | General equilibrium | Myopic | 15 regions; $CO_2$ only | No climate; land use by land type for bioenergy and food consumption | Consumption loss, GDP loss, equivalent variation, welfare loss | (Sands et al., 2014) | 12 |
| GCAM (2.0, 3.0, 3.1, MiniCAM) | Partial equilibrium | Myopic | 14 regions; 13 substances | Temperature change; Land use by land type for bioenergy and food consumption | Area under marginal abatement cost curve | (Calvin et al., 2009a, 2012, 2013, 2014; Iyer et al., 2014; Kriegler et al., 2014b; Tavoni et al., 2014) | 139 |
| GEM-E3-ICCS | General equilibrium | Myopic | 37 regions; 11 substances | No climate; land use for food consumption | Consumption loss, GDP loss, equivalent variation | (Kriegler et al., 2014a) | 11 |
| GRAPE (ver1998, ver2011) | General equilibrium | Foresight | 15 regions; 5 substances | Temperature change; land use by land type for food consumption | Consumption loss, GDP lost | (Calvin et al., 2012; Kriegler et al., 2014c) | 14 |
| GTEM REF32 | General equilibrium | Myopic | 13 regions; 5 substances | No climate; land use for food consumption and crop prices | Consumption loss, GDP loss, welfare loss | (Mi et al., 2012) | 4 |
| IEEJ (ver.2011) | Econometric | Foresight | 43 regions; $CO_2$ only | Temperature change; no land use | Energy system cost mark-up | (Matsuo et al.) | 2 |
| IGSM | General equilibrium | Myopic | 16 regions; 12 substances | Climate damages; land use by land type for bioenergy, food consumption and prices | Consumption loss, GDP loss, equivalent variation, welfare loss; area under marginal abatement cost curve; energy system cost mark-up | (Prinn et al., 2011) | 5 |
| IMACLIM (v1.1) | General equilibrium | Myopic | 12 regions; $CO_2$ only | Temperature change; no land use | Welfare loss, GDP loss, consumption loss, equivalent variation | (Bibas and Méjean, 2014; Kriegler et al., 2014a; Riahi et al., 2014) | 53 |
| IMAGE (2.4) | Partial equilibrium | Myopic | 26 regions; 13 substances | Temperature change; land use by land type for bioenergy and food consumption | Area under marginal abatement cost curve | (van Vliet et al., 2009, 2014; van Ruijven et al., 2012; Lucas et al., 2013; Kriegler et al., 2014a; b; Riahi et al., 2014; Tavoni et al., 2014) | 79 |
| iPETS (1.2.0) | General equilibrium | Foresight | 9 regions; $CO_2$ only | Land use for food consumption | Consumption loss, GDP loss, welfare loss | (O'Neill et al., 2012) | 4 |
| KEI-Linkages | General equilibrium | Myopic | 13 regions; $CO_2$ only | No climate; land use for food consumption and crop prices | Consumption loss, equivalent variation | (Lim and Kim, 2012) | 4 |

| Model (versions) | Economic coverage and feedback | Myopic/ Foresight | Regional and emissions* detail | Representation of climate and land use | Cost measures | Scenario Publications | Number of Scenarios included in AR5 database |
|---|---|---|---|---|---|---|---|
| MARIA23_org | General equilibrium | Foresight | 23 regions; 6 substances | Temperature change and climate damage; land use by land type for bioenergy and food consumption | Welfare loss, GDP loss, consumption loss, GDP loss, energy-system cost mark-up | (Mori, 2012) | 5 |
| MERGE (AME, EMF22, EMF27) | General equilibrium | Foresight | 9 (AME)/8 (EMF22) regions; 7 (AME,EMF22) /12 (EMF27) substances | Climate damages; no land use | Consumption loss, GDP loss, welfare loss | (Blanford et al., 2009, 2014b; Calvin et al., 2012) | 44 |
| MERGE-ETL (2011) | General equilibrium | Foresight | 9 regions; 5 substances | Temperature change; no land use | Consumption loss, GDP loss, welfare loss | (Marcucci and Turton, 2014; Kriegler et al., 2014a; Riahi et al., 2014) | 48 |
| MESSAGE (V.1, V.2, V.3, V.4) | General equilibrium | Foresight | 11 regions; 10 (V.1)/13 (V.2, V.3, V.4) substances | Temperature change; land use by land type for bioenergy (all versions) | GDP loss, energy-system cost mark-up (all versions); area under marginal abatement cost curve (V.1, V.3, V.4); consumption loss (V.3, V.4) | (Krey and Riahi, 2009; Riahi et al., 2011, 2012, 2014; van Vliet et al., 2012; Kriegler et al., 2014a; b; McCollum et al., 2014; Tavoni et al., 2014) | 140 |
| Phoenix (2012.4) | General equilibrium | Myopic | 24 regions; $CO_2$ only | Radiative forcing; land as factor of production in agriculture and forestry (including feedstocks for biofuels) | Welfare loss, GDP loss, consumption loss, equivalent variation | (Fisher-Vanden et al., 2012; Kriegler et al., 2014c) | 31 |
| POLES (AMPERE, EMF27, AME) | Partial equilibrium/ econometric | Myopic | 57 regions (AMPERE, EMF27)/47 regions (AME); 6 substances | No climate; land use by land type for bioenergy (AMPERE, AME) | Area under marginal abatement cost curve | (Dowling and Russ, 2012; Griffin et al., 2014; Kriegler et al., 2014a; Riahi et al., 2014) | 79 |
| REMIND (1.1, 1.2, 1.3, 1.4, 1.5) | General equilibrium | Foresight | 11 regions; $CO_2$ only (1.1, 1.2)/4 substances (1.3)/ 6 substances (1.4)/6–9 substances (1.5) | Temperature change; land use emissions via MAC (1.2, 1.3, 1.4) and from a land use model (MAgPIE; 1.5) | Consumption loss, GDP loss, welfare loss | (Leimbach et al., 2010; Luderer et al., 2012a; b; Arroyo-Currás et al., 2013; Bauer et al., 2013; Aboumahboub et al., 2014; Tavoni et al., 2014; Klein et al., 2014; Kriegler et al., 2014a; b; Riahi et al., 2014) | 158 |
| SGM | General equilibrium | Myopic | 8 regions; $CO_2$ only | None | Consumption loss, GDP loss, equivalent variation, area under marginal abatement cost curve | (Calvin et al., 2009b) | 7 |
| TIAM-ECN | Partial equilibrium | Foresight | 15 regions; 3 Substances | Radiative forcing; no land use | Energy cost increase; energy system cost mark-up | (Kober et al., 2014; Kriegler et al., 2014b; Tavoni et al., 2014) | 12 |
| TIAM-World (2007, 2012.02, Mar2012) | Partial equilibrium | Foresight | 16 regions; 3 Substances | Temperature change; land use for bioenergy | Area under marginal abatement cost curve (all versions); welfare loss (2012.02); energy system cost-mark-ups (2007, Mar2012) | (Loulou et al., 2009; Labriet et al., 2012; Kanudia et al., 2014) | 41 |
| TIMES-VTT | Partial equilibrium | Foresight | 17 regions; 6 Substances | Temperature change; no land use | Consumption loss, energy system cost mark-ups | (Koljonen and Lehtilä, 2012) | 6 |
| WITCH (AME, AMPERE, EMF22, EMF27, LIMITS, RECIPE, ROSE) | General equilibrium | Foresight | 13 regions/ 12 regions (HECIPE); 6 Substances | Temperature change (AME, AMPERE); climate damages (EMF22, EMF27; no land use | Consumption loss, GDP loss, welfare loss, energy system cost mark-ups | (Bosetti et al., 2009; de Cian et al., 2012; Massetti and Tavoni, 2012; De Cian et al., 2014; Kriegler et al., 2014a; b; Marangoni and Tavoni, 2014; Riahi et al., 2014; Tavoni et al., 2014) | 132 |
| WorldScan2 | General equilibrium | Myopic | 5 regions; 8 Substances | No climate; land use for food consumption | Welfare loss, GDP loss, equivalent variation | (Kriegler et al., 2014a) | 8 |

\*   The substances reported under emissions detail include GHGs, radiatively and chemically active substances where the reference list includes the following set of 13 substances: $CO_2$, $CH_4$, $N_2O$, CFCs, HFCs, $SF_6$, CO, $NO_x$, VOC, $SO_2$, BC, OC, and $NH_3$.

**Table A.II.15 |** Model inter-comparison exercises generating transformation pathway scenarios included in AR5 Scenario Database.

| Model Intercomparison Exercise | Year Completed | Number of Models in WGIII AR5 scenario database | Number of Scenarios in WGIII AR5 scenario database | Areas of Harmonization | Lead Institution | Overview Publication |
|---|---|---|---|---|---|---|
| ADAM (Adaptation and Mitigation Strategies—Supporting European Climate Policy) | 2009 | 1 | 15 | Technology availability; Mitigation policy | Potsdam Institute for Climate Impact Research (PIK) | (Edenhofer et al., 2010) |
| AME (Asian Modeling Exercise) | 2012 | 16 | 83 | Mitigation policy | Pacific Northwest National Laboratories (PNNL) | (Calvin et al., 2012) |
| AMPERE (Assessment of Climate Change Mitigation Pathways and Evaluation of the Robustness of Mitigation Cost Estimates) | 2013 | 11 | 378 | Technology availability; mitigation policy; GDP; population | Potsdam Institute for Climate Impact Research (PIK) | AMPERE2: (Riahi et al., 2014) AMPERE3: (Kriegler et al., 2014a) |
| EMF 22 (Energy Modeling Forum 22) | 2009 | 7 | 70 | Technology availability, mitigation policy | Stanford University | (Clarke et al., 2009) |
| EMF 27 (Energy Modeling Forum 27) | 2013 | 16 | 262 | Technology availability, mitigation policy | Stanford University | (Blanford et al., 2014a; Krey et al., 2014; Kriegler et al., 2014c) |
| LIMITS (Low Climate Impact Scenarios and the Implications of required tight emissions control strategies) | 2014 | 7 | 84 | Mitigation policies | Fondazione Eni Enrico Mattei (FEEM) | (Kriegler et al., 2014b; Tavoni et al., 2014) |
| POeM (Policy Options to engage Emerging Asian economies in a post-Kyoto regime) | 2012 | 1 | 4 | Mitigation policies | Chalmers University of Technology | (Lucas et al., 2013) |
| RECIPE (Report on Energy and Climate Policy in Europe) | 2009 | 2 | 18 | Mitigation policies | Potsdam Institute for Climate Impact Research (PIK) | (Luderer et al., 2012a) |
| RoSE (Roadmaps towards Sustainable Energy futures) | 2013 | 3 | 105 | Mitigation policy; GDP growth; population growth; fossil fuel availability | Potsdam Institute for Climate Impact Research (PIK) | (Bauer et al., 2013; De Cian et al., 2013; Calvin et al., 2014; Chen et al., 2014; Luderer et al., 2014) |

**All**

WGIII Technical Support Unit. To be included in the database, four criteria had to be met. First, only scenarios published in the peer-reviewed literature could be considered, per IPCC protocol. Second, the scenario had to contain a minimum set of required variables and some basic model and scenario documentation (meta data) had to be provided. Third, only models with at least full energy system representation were considered given that specific sectoral studies were assessed in Chapters 8–11. Lastly, the scenario had to provide data out to at least 2030. Scenarios were submitted by entering the data into a standardized data template that was subsequently uploaded to a database system[7] administered by the International Institute of Applied System Analysis (IIASA).

### A.II.10.2   Model inter-comparison exercises

The majority of scenarios (about 95 %) included in the database were generated as part of nine model inter-comparison exercises, summarized in Table A.II.15. The Energy Modeling Forum (EMF), established at Stanford University in 1976, is considered one of the first major efforts to bring together modelling teams for the purpose of model inter-comparison. Since its inception, EMF and other institutions have worked on a large number of model inter-comparison projects with topics ranging from energy and the economy, to natural gas markets, to climate change mitigation strategies. Recent model inter-comparison studies have focused on, for example, delayed and fragmented mitigation, effort sharing, the role of technology availability and energy resources for mitigation and have looked into the role of specific regions (e.g., Asia) in a global mitigation regime.

---

[7]   https://secure.iiasa.ac.at/web-apps/ene/AR5DB

Table A.II.16 | Scenario classifications.

| Name | Climate Category | Carbon Budget 2050 and 2100 Category | | Negative Emissions Category | Overshoot Category | Technology Category | Policy Category |
|---|---|---|---|---|---|---|---|
| Binning criterion | Radiative forcing (total or Kyoto), CO₂ budget | Cumulative CO₂ emissions budget to 2100 | Cumulative CO₂ emissions budget to 2050 | Maximum annual net negative emissions | Overshoot of 2100 forcing levels | Availability of negative emissions and other technology | Scenario definitions in Model Intercomparison Projects (MIPs) |
| # of classes | 7 classes (1–7) | 7 classes (1–7) | 7 classes (1–7) | 2 classes (N1, N2) | 2 classes (O1, O2) | 4 classes (T0–T3) | 11 classes (P0–P7, P1+, P3+, P4+) |
| Notes | Extended to models that do not report forcing based on CO₂ budgets. Extrapolated to a subset of 2050 scenarios. | | Classes for 2050 budgets cannot be unambiguously mapped to climate outcomes and thus overlap | Only for scenarios that run out to 2100 | Only for models that run out to 2100 and report full or Kyoto forcing | | |

## A.II.10.3    Classification of scenarios

The analysis of transformation pathway or scenario data presented in Chapters 1, 6, 7, 8, 9, 10 and 11 uses a common classification scheme to distinguish the scenarios along several dimensions. The key dimensions of this classification are:

- Climate Target (determined by 2100 $CO_2$eq concentrations and radiative forcing or carbon budgets)
- Overshoot of 2100 $CO_2$eq concentration or radiative forcing levels
- Scale of deployment of carbon dioxide removal or net negative emissions
- Availability of mitigation technologies, in particular carbon dioxide removal (CDR) or negative emissions technologies
- Policy configuration, such as immediate mitigation, delayed mitigation, or fragmented participation

Table A.II.16 summarizes the classification scheme for each of these dimensions, which are discussed in more detail in the following sections.

### A.II.10.3.1    Climate category

Climate target outcomes are classified in terms of radiative forcing as expressed in $CO_2$-equivalent concentrations ($CO_2$eq). Note that in addition to $CO_2$eq concentrations, also $CO_2$eq emissions are used in the WGIII AR5 to express the contribution of different radiative forcing agents in one metric. The $CO_2$-equivalent concentration metric refers to the hypothetical concentration of $CO_2$ that would result in the same instantaneous radiative forcing as the total from all sources, includ-

ing aerosols[8]. By contrast, the $CO_2$eq emissions metric refers to a sum of Kyoto GHG emissions weighted by their global warming potentials (GWPs, see Chapter 3, Section 3.9.6) as calculated in the SAR (IPCC, 1995a), for consistency with other data sources. It is important to note that these are fundamentally different notions of '$CO_2$-equivalence'.

There are several reasons to use radiative forcing as an indicator for anthropogenic interference with the climate system and—in the case of climate policy scenarios—mitigation stringency: 1) it connects well to the Representative Concentration Pathways (RCPs) used in CMIP5 (see WGI AR5), 2) it is used as a definition of mitigation target in many modelling exercises, 3) it avoids problems introduced by the uncertainty in climate sensitivity, and 4) it integrates across different radiative forcing agents. These advantages outweigh some difficulties of the radiative forcing approach, namely that not all model scenarios in the WGIII AR5 Scenario Database fully represent radiative forcing, and that there is still substantial natural science uncertainty involved in converting emissions (a direct output of all models investigated in Chapter 6) into global radiative forcing levels.

To rectify these difficulties, the following steps were taken:

1.  The emissions of all scenarios in the WGIII AR5 Scenario Database (see following bullets for details) were run through a single climate model MAGICC6.3 (where applicable) to establish comparability between the concentration, forcing, and climate outcome between scenarios. This removes natural science uncertainty due to different climate model assumptions in integrated models. The MAGICC output comes with an estimate of parametric uncer-

---

[8]    More technically speaking, $CO_2$-equivalent concentrations can be converted to forcing numbers using the formula $\log(CO_2eq / CO_{2\_preindustrial}) / \log(2) \cdot RF(2 \times CO_2)$ with $RF(2 \times CO_2) = 3.7 \ W/m^2$ the forcing from a doubling of pre-industrial $CO_2$ concentration.

tainty within the MAGICC framework (Meinshausen et al., 2009, 2011a; b). Calculated MAGICC radiative forcing values are mean values given these uncertainties. MAGICC closely reflects the climate response of General Circulation Model (GCM) ensembles such as studied in CMIP5, and therefore can be considered a useful yardstick for measuring and comparing forcing outcomes between scenarios (Schaeffer et al., 2013). Emissions scenarios were harmonized to global inventories in 2010 to avoid a perturbation of climate projections from differences in reported and historical emissions that were assumed for the calibration of MAGICC (Schaeffer et al., 2013). The scaling factors were chosen to decline linearly to unity in 2050 to preserve as much as possible the character of the emissions scenarios. In general, the difference between harmonized and reported emissions is very small. The MAGICC runs were performed independently of whether or not a model scenario reports endogenous climate information, and both sets of information can deviate. As a result, MAGICC output may no longer fully conform to 'nameplate' targets specified in the given scenarios and as originally assessed by the original authors. Nevertheless, given the benefit of comparability both between AR5 scenarios and with WGI climate projections, scenarios are classified based on radiative forcing derived from MAGICC.

2. As a minimum requirement to apply MAGICC to a given emissions scenario, $CO_2$ from the fossil fuel and industrial (FF&I) sector, $CH_4$ from FF&I and land use sectors, and $N_2O$ from FF&I and land use sectors needed to be reported. In case of missing land-use related $CO_2$ emissions the average of the RCPs was used. If fluorinated gas (F-gas), carbonaceous aerosols and/or nitrate emissions were missing, those were added by interpolating data from RCP2.6 and RCP8.5 on the basis of the energy-related $CO_2$ emissions of the relevant scenario vis-à-vis these RCPs. If scenarios were part of a model intercomparison project and gases, or forcers were missing, data was used from what was diagnosed as a "central" model for the same scenario (Schaeffer et al., 2013). As a minimum requirement to derive not only Kyoto forcing, but also full anthropogenic forcing, sulfur emissions in addition to $CO_2$, $CH_4$, and $N_2O$ needed to be reported. Forcing from mineral dust and land use albedo was fixed at year-2000 values.

3. For the remaining scenarios, which only run to 2050 or that do not fulfill the minimum requirements to derive Kyoto forcing with MAGICC, an auxiliary binning based on cumulative $CO_2$ emissions budgets was implemented. Those scenarios came from models that only represent fossil fuel and industry emissions or only $CO_2$ emissions. The categorization of those scenarios is discussed below and includes a considerable amount of uncertainty from the mapping of $CO_2$ emissions budgets to forcing outcomes. The uncertainty increases significantly for scenarios that only run to 2050. In many cases, 2050 scenarios could only be mapped to the union of two neighbouring forcing categories given the large uncertainty.

The $CO_2$-equivalent concentrations were converted to full anthropogenic forcing ranges by using the formula in footnote 8, assuming $CO_2$_preindustrial = 278 ppm and rounding to the first decimal. All scenarios from which full forcing could be re-constructed from MAGICC were binned on this basis (Table A.II.17). Those scenarios that only allowed the re-construction of Kyoto forcing were binned on the basis of the adjusted Kyoto forcing scale that was derived from a regression of Kyoto vs. full forcing on the subset of those scenarios that reported both quantities. Thus, the binning in terms of Kyoto forcing already entails an uncertainty associated with this mapping.

We note the following:

- $CO_2$ equivalent and forcing numbers refer to the year 2100. Temporary overshoot of the forcing prior to 2100 can occur. The overshoot categories (see Section A.II.10.3.3) can be used to further control for overshoot.
- No scenario included in the WGIII AR5 Scenario Database showed lower forcing than 430 ppm $CO_2$eq and 2.3 W/m², respectively, so no lower climate category was needed.
- When labeling the climate categories in figures and text, the $CO_2$-equivalent range should be specified, e.g., 430–480 ppm $CO_2$eq for Category 1. If neighbouring categories are lumped into one bin, then the lower and upper end of the union of categories should be named, e.g., 430–530 ppm $CO_2$eq for Categories 1 & 2 or > 720 ppm $CO_2$**eq** for Categories 6 and 7.

Table A.II.17 | Climate forcing classes (expressed in ppm $CO_2$eq concentration levels).

| Category | Forcing categories (in ppm $CO_2$eq) | Full anthropogenic forcing equivalent [W/m²] | Kyoto forcing equivalent [W/m²] | Centre | RCP (W/m²) |
|---|---|---|---|---|---|
| 1 | 430–480 | 2.3–2.9 | 2.5–3.1 | 455 | 2.6 |
| 2 | 480–530 | 2.9–3.45 | 3.1–3.65 | 505 | - |
| 3 | 530–580 | 3.45–3.9 | 3.65–4.1 | 555 | (3.7) |
| 4 | 580–650 | 3.9–4.5 | 4.1–4.7 | 650 | 4.5 |
| 5 | 650–720 | 4.5–5.1 | 4.7–5.3 | | |
| 6 | 720–1000 | 5.1–6.8 | 5.3–7.0 | 860 | 6 |
| 7 | > 1000 | > 6.8 | > 7.0 | - | 8.5 |

**Table A.II.18** | 2011–2100 emissions budget binning (rounded to 25 GtCO₂).

| 2100 Emissions Category | Cumulated 2011–2100 CO₂ emissions [GtCO₂] | Associated Climate forcing category | Forcing (in ppm CO₂eq) |
|---|---|---|---|
| 1 | 350–950 | 1 | 430–480 |
| 2 | 950–1500 | 2 | 480–530 |
| 3 | 1500–1950 | 3 | 530–580 |
| 4 | 1950–2600 | 4 | 580–650 |
| 5 | 2600–3250 | 5 | 650–720 |
| 6 | 3250–5250 | 6 | 720–1000 |
| 7 | > 5250 | 7 | > 1000 |

**Table A.II.19** | 2011–2050 emissions budget binning (rounded to 25 GtCO₂).

| 2050 Emissions Category | Cumulated 2011–2050 CO₂ emissions [GtCO₂] | Associated Climate forcing category if negative emissions are available (Classes T0 or T2 below) | Associated Climate forcing category if negative emissions are not available (Classes T1 or T3 below) |
|---|---|---|---|
| 1 | < 825 | 1 | 1 |
| 2 | 825–1125 | 1–2 | 2 |
| 3 | 1125–1325 | 2–4 | 3–4 |
| 4 | 1325–1475 | 3–5 | 4–5 |
| 5 | 1475–1625 | 4–6 | 5–6 |
| 6 | 1625–1950 | 6 | 6 |
| 7 | > 1950 | 7 | 7 |

### A.II.10.3.2    Carbon budget categories

The classification of scenarios in terms of cumulative CO₂ emissions budgets is mainly used as an auxiliary binning to map scenarios that do not allow the direct calculation of radiative forcing (see above) to forcing categories (Tables A.II.18 and A.II.19). However, it is also entertained as a separate binning across scenarios for diagnostic purposes. The mapping between full anthropogenic forcing and CO₂ emissions budgets has been derived from a regression over model scenarios that report both quantities (from the models GCAM, MESSAGE, IMAGE, MERGE, REMIND) and is affected by significant uncertainty (Figure A.II.8). This uncertainty is the larger the shorter the time span of cumulating CO₂ emissions is. Due to the availability of negative emissions, and the inclusion of delayed action scenarios in some studies, the relationship of 2011–2050 CO₂ emissions budgets and year 2100 radiative forcing was weak to the point that a meaningful mapping was hard to identify (Figure A.II.9). As a remedy, a mapping was only attempted for 2050 scenarios that do not include a strong element of delayed action (i.e., scenario policy classes P0, P1, P2 and P6; see Section A.II.10.3.6), and the mapping was differentiated according to whether or not negative emissions would be available (scenario technology classes T0–T3, see Section A.II.10.3.5). As a result of the weak relationship between budgets and radiative forcing, 2050 CO₂ emissions budget categories could only be mapped to the union of neighbouring forcing categories in some cases (Table A.II.19).

CO₂ emissions numbers refer to total CO₂ emissions including emissions from the AFOLU sector. However, those models that only reported CO₂ fossil fuel and industrial emissions were also binned according to this scheme. This can be based on the simplifying assumption that net land use change emissions over the cumulation period are zero.



**Figure A.II.8** | Regression of radiative forcing against 2011–2100 cumulative CO₂ emissions. Scenarios of full forcing models GCAM, MERGE, MESSAGE, REMIND and IMAGE were used for this analysis. Regression was done separately for each model, and resulting budget ranges averaged across models.



**Figure A.II.9** | Regression of radiative forcing against 2011–2050 $CO_2$ emissions. Red lines show mean results of fit and depend on whether (left panel) or not (right panel) negative emissions are available. Green lines show harmonized bins between both categories for the mapping in Table A.II.19.

### A.II.10.3.3    Overshoot category

The overshoot categorization shown in Table A.II.20 applies to the maximum overshoot of the 2100 radiative forcing level before 2100. The binning is only applied to models running until 2100. If full radiative forcing was not available, Kyoto forcing was used. If radiative forcing information was not available, no assignment was made.

### A.II.10.3.4    Negative emissions category

The negative emissions categories apply to the maximum amount of net negative $CO_2$ emissions (incl. land use) in any given year over the 21st century. Scenarios with very large annual fluxes of negative emissions are also able to overshoot strongly, because the overshoot can be compensated with large net negative emissions within a relatively short period of time. Only a small number of scenarios show net negative emissions larger than 20 $GtCO_2$/yr, which was used to separate scenarios with large negative emissions from those with bounded negative emissions (Table A.II.21).

### A.II.10.3.5    Technology category

The technology dimension of the categorization scheme indicates the technology availability in a given scenario. We identify two key factors:

1. the availability of negative emissions or CDR technologies that can be either confined by restrictions stipulated in the scenario definition or by the fact that the model does not represent negative emissions technologies, and

2. the restricted use of the portfolio of mitigation technologies that would be available in the model with default technology assumptions.

Combining these two factors lead to four distinct technology categories as shown in Table A.II.22.

Table A.II.20 | Overshoot categories.

| Small Overshoot | Large Overshoot |
| --- | --- |
| < 0.4 W/m² | > 0.4 W/m² |
| O1 | O2 |

Table A.II.21 | Negative emissions categories.

| Bounded net negative emissions | Large net negative emissions |
| --- | --- |
| < 20 GtCO₂/yr | > 20 GtCO₂/yr |
| N1 | N2* |

\*   The GCAM 3.0 scenario EMF27–450-FullTech came in at −19.96 GtCO2/yr and was also included in class N2.

Table A.II.22 | Technology categories.

| No restriction | No negative | Restriction, but | No negative |
| --- | --- | --- | --- |
| Neg. Emissions | emissions model | with negative emissions | emissions and (other) restrictions |
| T0 | T1 | T2 | T3 |

Note that some scenarios improve technology performance over the default version (e.g., larger biomass availability, higher final energy intensity improvements, or advanced / expanded technology assumptions). These cases were not further distinguished and assigned to T0 and T1, if no additional technology restrictions existed.

### A.II.10.3.6    Policy category

Policy categories are assigned based on scenario definitions in the study protocols of model intercomparison projects (MIPs). The policy categories summarize the type of different policy designs that were investigated in recent studies (Table A.II.23). We stress that the long-term target level (where applicable) is not part of the policy design categorization. This dimension is characterized in terms of climate categories (see above). Individual model studies not linked to one of the larger MIPs were assigned to baseline (P0) and immediate action (P1) categories where obvious, and otherwise left unclassified. The residual class (P7) contains the G8 scenario from the EMF27 study (Table A.II.15), with ambitious emissions caps by Annex I countries (starting immediately) and Non-Annex I countries (starting after 2020), but with a group of countries (fossil resource owners) never taking a mitigation commitment over the 21st century. The RECIPE model intercomparison project's delay scenarios start acting on a global target already in 2020, and thus are in between categories P1 and P2. P0 does not include climate policy after 2010 (it may or may not include Kyoto Protocol commitments until 2012), while P1 typically assumes full 'when', 'where' and 'what' flexibility of emissions reductions in addition to immediate action on a target (so called idealized implementation scenarios). The scenario class P6 characterizes the case of moderate fragmented action throughout

the 21st century, without aiming at a long term global target, usually formulated as extrapolations of the current level of ambition. Policy categories P2 to P4 describe variants of adopting a global target or a global carbon price at some later point in the future. With the important exception of the AMPERE2 study, all scenarios in the P2-P4 class assume a period of regionally fragmented action prior to the adoption of a global policy regime. For further details of the scenario policy categories P2-P6, see the individual studies listed in Table A.II.15.

For the policy categories P1 (Idealized), P3 (Delay 2030), and P4 (Accession to Price Regime) subcategories P1+, P3+ and P4+ respectively exist for which in addition to climate policy supplementary policies (Supp.)(e.g., infrastructure polices) that are not part of the underlying baseline scenario have been included. These categories have been assigned to the climate policy scenarios of the IMACLIM v1.1 model from the AMPERE project to distinguish them from similar scenarios (e.g., EMF27) where these supplementary policies were not included and therefore policy costs are generally higher.

### A.II.10.3.7    Classification of baseline scenarios

Baseline scenarios used in the literature are often identical or at least very close for one model across different studies. However, in some exercises, characteristics of baseline scenarios, such as population and economic growth assumptions, are varied systematically to study their influence on future emissions, energy demand, etc. Table A.II.24 below provides an overview of unique Kaya-factor decompositions of baseline scenarios in the AR5 scenario database. The results are shown in Figures 6.1 and 6.2 in Chapter 6.

**Table A.II.23 |** Policy categories.

| Category | | Target adoption | Staged accession | Long-term frag / Free rider | MIPs |
|---|---|---|---|---|---|
| P0 | Baseline | None | No | N/A | All |
| P1 | Idealized | Immediate | No | No / No | All |
| P1+ | Idealized + Supp. Policies | Immediate | No | No / No | AMPERE2, AMPERE3 |
| P2 | Delay 2020 | Model year after 2020 | No | No / No | RoSE, LIMITS |
| P3 | Delay 2030 | Model year after 2030 | No | No / No | RoSE, LIMITS, AMPERE2 |
| P3+ | Delay 2030 + Supp. Policies | Model year after 2030 | No | No / No | AMPERE2 |
| P4 | Accession to Price Regime | None | Yes (2030–2050) | No / No | AMPERE3 |
| P4+ | Accession to Price Regime + Supp. Policies | None | Yes (2030–2050) | No / No | AMPERE3 |
| P5 | Accession to Target | Yes (starting 2010) | Yes (2030–2070) | No / No | EMF21 |
| P6 | Fragmented Ref Pol | No | N/A | Yes / Yes (EMF27)— No (Other) | EMF27, RoSE, LIMITS, AMPERE3 |
| P7 | Other cases | N/A | N/A | N/A | EMF27, RECIPE |

AII

**Table A.II.24 |** Classification of unique Kaya factor projections in the baseline scenario literature.

| Study | Models Contributing Global Results | Population | | | Per Capita Income | | | | Energy Intensity | | Carbon Intensity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Harmonized | | Unharmonized | Harmonized | | | Unharmonized | Unharmonized | | Unharmonized |
| | | High | Default | | High | Default | Low | | Default | Fast | |
| ADAM | 1 | | | 1 | | | | 1 | 1 | | 3 |
| AME | 16 | | | 16 | | | | 16 | 15 | | 15 |
| AMPERE | 11 | | 11 | | | 10 | | 10 | 10 | 9 | 65 |
| EMF22 | 7 | | | 7 | | | 1 | 7 | 8 | | 8 |
| EMF27 | 16 | | | 16 | | | | 31 | 16 | 15 | 119 |
| GEA | 1 | | | 1 | | | | 0 | 0 | | 1 |
| LIMITS | 7 | | | 7 | | | | 7 | 7 | | 7 |
| POeM | 1 | | | 1 | | | | 1 | 1 | | 1 |
| RECIPE | 1 | | | 1 | | | | 1 | 1 | | 1 |
| RCP 8.5 | 1 | 1 | | | | | 2 | | 1 | | 1 |
| RoSE | 3 | 3 | 3 | | 5 | 3 | 7 | | 15 | | 31 |
| Other | 2 | | | 2 | | | | 2 | 1 | | 1 |
| | 67 | 4 | 14 | 52 | 5 | 13 | 10 | 76 | 76 | 24 | 253 |
| | | | | = 70 | | | | = 104 | | = 100 | |

Notes:
All AMPERE scenarios harmonized population along a default trajectory
RoSE specified two harmonized population trajectories: default and high
RCP 8.5 was based on an intentionally high population trajectory
In all other cases, no guidance was given regarding population harmonization
AMPERE scenarios specified a default harmonization of GDP
One model in AMPERE (IMAGE) did not follow GDP harmonization, thus it was classified as unharmonized
AMPERE WP2 (9 of 11 participated) specified an alternative low energy intensity baseline with unharmonized implications for per capita income
One model in EMF22 (MERGE) included an alternative baseline with intentionally low per capita income
EMF27 specified an alternative low energy intensity baseline (15 of 16 ran it) with unharmonized implications for per capita income
ROSE specified several alternative GDP baselines, some run by all three models, others by only one or two
In all other cases, no guidance was given regarding per capita income or GDP harmonization
One study included a model not reporting data for GDP: GEA (MESSAGE)
Three studies included a model not reporting data for total primary energy: AME (Phoenix); AMPERE (GEM-E3); and Other (IEEJ)
No study successfully harmonized energy demand, thus scenarios are classified as default if a low energy intensity baseline was not specifically indicated
Alternative supply technology scenarios generally do not affect energy intensity, thus only default supply technology scenarios are classified

**All**

## A.II.10.4    Comparison of integrated and sectorally detailed studies

In Section 6.8 of this report, but also in a number of other sections, integrated studies included in the AR5 Scenario Database that is described in Sections A.II.10.1 to A.II.10.3 above are compared to sectorally detailed studies assessed in Chapters 8, 9, and 10 that deal with the end-use sectors transport, buildings and industry respectively. Table A.II.25 provides an overview of the sectorally detailed studies that are included in this comparison. It should be noted that not all studies provide the data necessary to derive final energy demand reduction compared to baseline and low-carbon fuel shares as, for example, shown in Figure 6.37 and 6.38. In addition, some of the sectorally detailed studies do not cover the entire sector, but restrict themselves to the most important services within a sector (e.g., space heating and cooling and hot water provision in the buildings sector).

**Table A.II.25 |** Sectorally detailed energy end-use studies compared to transformation pathways.

| Sector | Study (Literature Reference) | Scenario Name | Scenario Type |
|---|---|---|---|
| Transport (Ch. 8) | World Energy Outlook 2012 (IEA, 2012e) | New Policies | Base |
| | | 450 Scenario | Policy |
| | Energy Technology Perspectives 2008 (IEA, 2008) | Baseline | Base |
| | | ACT Map | Policy |
| | | BLUE Map | Policy |
| | | BLUE conservative | Policy |
| | | BLUE EV | Policy |
| | | BLUE FCV | Policy |
| | Energy Technology Perspectives 2010 (IEA, 2010b) | Baseline | Base |
| | | BlueMap | Policy |
| | Energy Technology Perspectives 2012 (IEA, 2012f) | 4DS | Policy |
| | | 2DS | Policy |
| | Global Energy Assessment (Kahn Ribeiro et al., 2012) | REF | Base |
| | | GEA-Act | Policy |
| | | GEA-Supply | Policy |
| | | GEA-Mix | Policy |
| | | GEA-Efficiency | Policy |
| | World Energy Technology Outlook 2050 (EC, 2006) | Hydrogen Scenario | Policy |
| | World Energy Council 2011 (WEC, 2011) | Freeway | Base |
| | | Tollway | Policy |
| | Asia/World Energy Outlook 2011 (IEEJ, 2011) | Enhanced Development Scenario | Policy |
| Buildings (Ch. 9) | World Energy Outlook 2010 (IEA, 2010c) | Current Policies | Base |
| | | 450 Scenario | Policy |
| | Energy Technology Perspectives 2010 (IEA, 2010b) | Baseline | Base |
| | | BlueMap | Policy |
| | 3CSEP HEB (Ürge-Vorsatz et al., 2012) | Frozen efficiency | Base |
| | | Deep efficiency | Policy |
| | Harvey (Harvey, 2010) | High Slow efficiency no heat pump | Base |
| | | High Fast efficiency with heat pump | Policy |
| | The Energy Report (WWF/Ecofys/OMA, 2011; Deng et al., 2012) | Baseline | Base |
| | | The Energy Report | Policy |
| Industry (Ch. 10) | Energy Technology Perspectives 2012 (IEA, 2012f) | 6DS Low-demand | Base |
| | | 6DS High-demand | Base |
| | | 4DS Low-demand | Policy |
| | | 4DS High-demand | Policy |
| | | 2DS Low-demand | Policy |
| | | 2DS High-demand | Policy |
| | Energy Technology Transitions for Industry (IEA, 2009) | BLUE low | Policy |
| | | BLUE high | Policy |
| | Global Energy Assessment (Banerjee et al., 2012) | Energy Efficient Scenario | Policy |
| | Energy [R]evolution 2012 (GWEC et al., 2012) | Reference Scenario | Base |
| | | Energy [R]evolution | Policy |
| | The Energy Report (WWF/Ecofys/OMA, 2011; Deng et al., 2012) | The Energy Report | Policy |

All

# References

**Aboumahboub T., G. Luderer, E. Kriegler, M. Leimbach, N. Bauer, M. Pehl, and L. Baumstark (2014).** On the regional distribution of climate mitigation costs: the impact of delayed cooperative action. *Climate Change Economics* **In Press.**

**Akashi O., T. Hanaoka, T. Masui, and M. Kainuma (2014).** Halving global GHG emissions by 2050 without depending on nuclear and CCS. *Climate Change* **In Press.** doi: 10.1007/s10584-013-0942-x.

**Akimoto K., F. Sano, T. Homma, K. Wada, M. Nagashima, and J. Oda (2012).** Comparison of marginal abatement cost curves for 2020 and 2030: Longer perspectives for effective global GHG emission reductions. *Sustainability Science* **7**, 157–168. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84863305602&partnerID=40&md5=f350f19c22cf8c64fb44714495 5fd735.

**Arroyo-Currás T., N. Bauer, E. Kriegler, V.J. Schwanitz, G. Luderer, T. Aboumahboub, A. Giannousakis, and J. Hilaire (2013).** Carbon leakage in a fragmented climate regime: The dynamic response of global energy markets. *Technological Forecasting and Social Change*, **In Press.** doi: 10.1016/j.techfore.2013.10.002, ISSN: 0040-1625.

**Arvesen A., and E. G. Hertwich (2011).** Environmental implications of large-scale adoption of wind power: a scenario-based life cycle assessment. *Environmental Research Letters* **6**, 045102. doi: 10.1088/1748-9326/6/4/045102.

**Arvesen A., and E.G. Hertwich (2012).** Assessing the life cycle environmental impacts of wind power: A review of present knowledge and research needs. *Renewable and Sustainable Energy Reviews* **16**, 5994–6006. Available at: http://dx.doi.org/10.1016/j.rser.2012.06.023.

**Ayres R.U., and A.V. Kneese (1969).** Production, Consumption, and Externalities. *American Economic Review* **59**, 282–297.

**Ayres R.U., and U.E. Simonis (1994).** *Industrial Metabolism -- Restructuring for Sustainable Development.* United Nations University Press, Tokyo.

**Baccini P., and P.H. Brunner (1991).** *Metabolism of the Anthroposphere.* Springer-Verlag, Berlin; New York, ISBN: 9780387537788.

**Banerjee R., Y. Cong, D. Gielen, G. Jannuzzi, F. Maréchal, A.T. McKane, M.A. Rosen, D. van Es, and E. Worrell (2012).** Chapter 8—Energy End Use: Industry. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 513–574. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

**Barros N., J.J. Cole, L.J. Tranvik, Y.T. Prairie, D. Bastviken, V.L.M. Huszar, P. Del Giorgio, and F. Roland (2011).** Carbon emission from hydroelectric reservoirs linked to reservoir age and latitude. *Nature Geoscience* **4**, 593–596. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-80052327821&partnerID=40&md5=50f1d17d9b0ad719ae969a2cbf0999c2.

**Bauer N., I. Mouratiadou, G. Luderer, L. Baumstark, R. Brecha, O. Edenhofer, and E. Kriegler (2013).** Global fossil energy markets and climate change mitigation – an analysis with REMIND. *Climatic Change*, **In Press.** doi: 10.1007/s10584-013-0901-6, ISSN: 0165-0009.

**Berners-Lee M., D.C. Howard, J. Moss, K. Kaivanto, and W.A. Scott (2011).** Greenhouse gas footprinting for small businesses—The use of input-output data. *Science of the Total Environment* **409**, 883–891.

**Bibas R., and A. Méjean (2014).** Potential and limitations of bioenergy for low carbon transitions. *Climatic Change* **123**, 731–761. doi: 10.1007/s10584-013-0962-6, ISSN: 0165-0009.

**Blanford G., E. Kriegler, and M. Tavoni (2014).** Harmonization vs. Fragmentation: Overview of Climate Policy Scenarios in EMF27. *Accepted for Publication in Climatic Change.* doi: DOI: 10.1007/s10584–013–0951–9.

**Blanford G., J. Merrick, R. Richels, and S. Rose (2014b).** Trade-offs between mitigation costs and temperature change. *Climatic Change* **123**, 527–541. doi: 10.1007/s10584-013-0869-2, ISSN: 0165-0009.

**Blanford G.J., R.G. Richels, and T.F. Rutherford (2009).** Feasible climate targets: The roles of economic growth, coalition development and expectations. *International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22* **31, Supplement 2,** S82–S93. doi: 10.1016/j.eneco.2009.06.003, ISSN: 0140-9883.

**Borenstein S. (2012).** The Private and Public Economics of Renewable Electricity Generation. *Journal of Economic Perspectives, American Economic Association* **26**, 67–92.

**Bosetti V., C. Carraro, and M. Tavoni (2009).** Climate change mitigation strategies in fast-growing countries: The benefits of early action. *International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22* **31, Supplement 2,** S144–S151. doi: 10.1016/j.eneco.2009.06.011, ISSN: 0140-9883.

**Boulding K. (1972).** The Economics of the Coming Spaceship Earth. In: *Steady State Economics.* H.E. Daly, (ed.), W.H. Freeman, San Francisco, pp. 121–132.

**Boustead I., and G.F. Hancock (1979).** *Handbook of Industrial Energy Analysis.* Ellis Horwood, Chichester, UK.

**BP (2012).** *BP Statistical Review of World Energy June 2012.* BP, London, Available at: www.bp.com/statisticalreview.

**Brandão M., G. Heath, and J. Cooper (2012).** What Can Meta-Analyses Tell Us About the Reliability of Life Cycle Assessment for Decision Support? *Journal of Industrial Ecology* **16**, S3–S7. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84860503389&partnerID=40&md5=da46f3574094a32179803d59e7afc24d.

**Brandão M., A. Levasseur, M.U.F. Kirschbaum, B.P. Weidema, A.L. Cowie, S.V. Jørgensen, M.Z. Hauschild, D.W. Pennington, and K. Chomkhamsri (2013).** Key issues and options in accounting for carbon sequestration and temporary storage in life cycle assessment and carbon footprinting. *International Journal of Life Cycle Assessment* **18**, 230–240. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84872363292&partnerID=40&md5=0d6e78439e46751a717e9145effb53fb.

**Branker K., M.J.M. Pathak, and J.M. Pearce (2011).** A review of solar photovoltaic levelized cost of electricity. **15**, 4470–4482.

**Bright R.M., F. Cherubini, and A.H. Strømman (2012).** Climate impacts of bioenergy: Inclusion of carbon cycle and albedo dynamics in life cycle impact assessment. *Environmental Impact Assessment Review* **37**, 2–11. doi: 10.1016/j.eiar.2012.01.002, ISSN: 01959255.

**Brown R., J. Borgeson, J. Koomey, and P. Biermayer (2008).** *U.S. Building-Sector Energy Efficiency Potential.* Ernest Orlando Lawrence Berkeley National Laboratory, University of California, Berkeley, CA, Available at: http://enduse.lbl.gov/info/LBNL-1096E.pdf.

**Bullard I., and R.A. Herendeen (1975).** The energy cost of goods and services. *Energy Policy* **3**, 268–278.

All

Burkhardt J.J., G. Heath, and E. Cohen (2012). Life Cycle Greenhouse Gas Emissions of Trough and Tower Concentrating Solar Power Electricity Generation. *Journal of Industrial Ecology* **16**, S93–S109. doi: 10.1111/j.1530-9290.2012.00474.x, ISSN: 1530-9290.

Burkhardt J.J., G.A. Heath, and C.S. Turchi (2011). Life Cycle Assessment of a Parabolic Trough Concentrating Solar Power Plant and the Impacts of Key Design Alternatives. *Environmental Science & Technology* **45**, 2457–2464. doi: 10.1021/es1033266, ISSN: 0013-936X.

Burnham A., J. Han, C.E. Clark, M. Wang, J.B. Dunn, and I. Palou-Rivera (2012). Life-cycle greenhouse gas emissions of shale gas, natural gas, coal, and petroleum. *Environmental Science and Technology* **46**, 619–627. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84855935864&partnerID=40&md5=05decf25bdfd9f78a9afe31cb8669514.

Calvin K., L. Clarke, V. Krey, and G. Blanford (2012). The role of Asia in Mitigating Climate Change: Results from the Asia Modeling Excercise. *Energy Economics*.

Calvin K., J. Edmonds, B. Bond-Lamberty, L. Clarke, S.H. Kim, P. Kyle, S.J. Smith, A. Thomson, and M. Wise (2009a). 2.6: Limiting climate change to 450 ppm $CO_2$ equivalent in the 21st century. *Energy Economics* **31**, pp107–120. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–70749105333&partnerID=40&md5=f355c9a5dc64f8ded72f37166c42d86f.

Calvin K., P. Patel, A. Fawcett, L. Clarke, K. Fisher-Vanden, J. Edmonds, S.H. Kim, R. Sands, and M.Wise (2009b). The distribution and magnitude of emissions mitigation costs in climate stabilization under less than perfect international cooperation: SGM results. *Energy Economics* **31**, pp187–197. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–70749148583&partnerID=40&md5=bc30f872f2017c16e2616b0abd18dd660.

Calvin K., M. Wise, P. Kyle, P. Patel, L. Clarke, and J. Edmonds (2013). Trade-offs of different land and bioenergy policies on the path to achieving climate targets. *Climatic Change* In Press. doi: 10.1007/s10584-013-0897-y.

Calvin K., M. Wise, P. Luckow, P. Kyle, L. Clarke, and J. Edmonds (2014). Implications of uncertain future fossil energy resources on bioenergy use and terrestrial carbon emissions. *Climatic Change* Forthcoming.

Chen W., H. Yin, and H. Zhang (2014). Towards low carbon development in China: a comparison of national and global models. *Climatic Change* In Press. doi: 10.1007/s10584-013-0937-7.

Cherubini F., R.M. Bright, and A.H. Strømman (2012). Site-specific global warming potentials of biogenic CO 2 for bioenergy: contributions from carbon fluxes and albedo dynamics. *Environmental Research Letters* **7**, 045902. doi: 10.1088/1748-9326/7/4/045902, ISSN: 1748-9326.

Cherubini F., G.P. Peters, T. Berntsen, A.H. Strømman, and E. Hertwich (2011). $CO_2$ emissions from biomass combustion for bioenergy: atmospheric decay and contribution to global warming. *GCB Bioenergy* **3**, 413–426. doi: 10.1111/j.1757-1707.2011.01102.x, ISSN: 1757-1707.

De Cian E., V. Bosetti, and M. Tavoni (2012). Technology innovation and diffusion in "less than ideal" climate policies: An assessment with the WITCH model. *Climatic Change* **114**, 121–143. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84865409649&partnerID=40&md5=5730ca23fbc3f618d933ff8cce0ca500.

De Cian E., S. Carrara, and M. Tavoni (2014). Innovation benefits from nuclear phase-out: can they compensate the costs? *Climatic Change* **123**, 637–650. doi: 10.1007/s10584-013-0870-9, ISSN: 0165-0009.

De Cian E., F. Sferra, and M. Tavoni (2013). The influence of economic growth, population, and fossil fuel scarcity on energy investments. *Climatic Change*, In Press. doi: 10.1007/s10584-013-0902-5, ISSN: 0165-0009..

Clarke L., J. Edmonds, V. Krey, R. Richels, S. Rose, and M. Tavoni (2009). International climate policy architectures: Overview of the EMF 22 International Scenarios. *International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22* **31**, Supplement 2, 64–81. doi: 10.1016/j.eneco.2009.10.013, ISSN: 0140-9883.

Cleveland C.J., R. Costanza, C.A.S. Hall, and R. Kaufmann (1984). Energy and the United-States-economy—a biophysical perspective. *Science* **225**, 890–897. ISSN: 0036-8075.

Corsten M., A. Ramírez, L. Shen, J. Koornneef, and A. Faaij (2013). Environmental impact assessment of CCS chains—Lessons learned and limitations from LCA literature. *International Journal of Greenhouse Gas Control* **13**, 59–71. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84872421378&partnerID=40&md5=1aed2b9726e322bc529253388.

Darling S.B., F. You, T. Veselka, and A. Velosa (2011). Assumptions and the levelized cost of energy for photovoltaics. *Energy and Environmental Science* **4**, 3133–3139. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–80052245869&partnerID=40&md5=3dc8d73c656258b00afb045b68ade3d2.

Demarty M., and J. Bastien (2011). GHG emissions from hydroelectric reservoirs in tropical and equatorial regions: Review of 20 years of CH 4 emission measurements. *Energy Policy* **39**, 4197–4206. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–79957667930&partnerID=40&md5=fdfc17bcac43435370041df7c7b60f32.

Deng L., C.W. Babbitt, and E.D. Williams (2011). Economic-balance hybrid LCA extended with uncertainty analysis: Case study of a laptop computer. *Journal of Cleaner Production* **19**, 1198–1206.

Deng Y.Y., K. Blok, and K. van der Leun (2012). Transition to a fully sustainable global energy system. *Energy Strategy Reviews* **1**, 109–121. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84866275674&partnerID=40&md5=12475e678d04453757d38c536bb899ff.

Dolan S.L., and G.A. Heath (2012). Life Cycle Greenhouse Gas Emissions of Utility-Scale Wind Power: Systematic Review and Harmonization. *Journal of Industrial Ecology* **16**, S136–S154. Available at: https://www.scopus.com/inward/record.url?eid=2-s2.0–84860508486&partnerID=40&md5=b47cad282f4112c33d80e0453d07c675.

Don A., B. Osborne, A. Hastings, U. Skiba, M.S. Carter, J. Drewer, H. Flessa, A. Freibauer, N. Hyvönen, M.B. Jones, G.J. Lanigan, Ü. Mander, A. Monti, S.N. Djomo, J. Valentine, K. Walter, W. Zegada-Lizarazu, and T. Zenone (2012). Land-use change to bioenergy production in Europe: implications for the greenhouse gas balance and soil carbon. *GCB Bioenergy* **4**, 372–391. doi: 10.1111/j.1757-1707.2011.01116.x, ISSN: 1757-1707.

Douglas C.A., G.P. Harrison, and J.P. Chick (2008). Life cycle assessment of the Seagen marine current turbine. *Proceedings of the Institution of Mechanical Engineers Part M: Journal of Engineering for the Maritime Environment* **222**, 1–12. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–40549102801&partnerID=40&md5=d6a06847480c6d08be7867cfd6459775.

Dowling P., and P. Russ (2012). The benefit from reduced energy import bills and the importance of energy prices in GHG reduction scenarios. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* 34, **Supplement 3**, 429–435. doi: 10.1016/j.eneco.2011.12.010, ISSN: 0140-9883.

Druckman A., P. Bradley, E. Papathanasopoulou, and T. Jackson (2008). Measuring progress towards carbon reduction in the UK. *Ecological Economics* 66, 594–604. doi: 10.1016/j.ecolecon.2007.10.020, ISSN: 0921-8009.

DTI (2006). *Our Energy Challenge: Securing Clean, Affordable Energy for the Long Term*. Department of Trade and Industry, London, Available at: http://www. official-documents.gov.uk/document/cm68/6887/6887.pdf.

EC (2006). *World Energy Technology Outlook 2050—WETO H2*. European Commission, Brussels, 168 pp. Available at: http://ec.europa.eu/research/energy/ pdf/weto-h2_en.pdf.

Edenhofer O., L. Hirth, B. Knopf, M. Pahle, S. Schloemer, E. Schmid, and F. Ueckerdt (2013a). On the economics of renewable energy sources. *Energy Economics*.

Edenhofer O., L. Hirth, B. Knopf, M. Pahle, S. Schlömer, E. Schmid, and F. Ueckerdt (2013b). On the economics of renewable energy sources. *Energy Economics* 40, S12–S23. doi: 10.1016/j.eneco.2013.09.015.

Edenhofer O., B. Knopf, M. Leimbach, and N. Bauer (2010). ADAM's Modeling Comparison Project-Intentions and Prospects. *The Energy Journal* 31, 7–10.

EERE (2004). *Project Financial Evaluation*. US Department of Energy, Washington, DC.

EIA (2012a). *International Energy Statistics*. U.S. Energy Information Administration, Washington, D.C., Available at: http://www.eia.gov/cfapps/ipdbproject/IEDIndex3.cfm.

EIA (2012b). *Annual Energy Review 2011*. U.S. Energy Information Administration, Washington, D.C., Available at: http://www.eia.gov/aer.

Ekvall T., and B.P. Weidema (2004). System Boundaries and Input Data in Consequential Life Cycle Inventory Analysis. *International Journal of Life Cycle Assessment* 9, 161–171.

Embrechts P., C. Klüppelberg, and T. Mikosch (1997). *Modelling Extremal Events for Insurance and Finance*. Springer.

Erb K., S. Gingrich, F. Krausmann, and H. Haberl (2008). Industrialization, Fossil Fuels, and the Transformation of Land Use. *Journal of Industrial Ecology* 12, 686–703. doi: 10.1111/j.1530-9290.2008.00076.x, ISSN: 1530-9290.

Erb K.-H., H. Haberl, and C. Plutzar (2012). Dependency of global primary bioenergy crop potentials in 2050 on food systems, yields, biodiversity conservation and political stability. *Energy Policy* 47, 260–269. doi: 10.1016/j. enpol.2012.04.066, ISSN: 0301-4215.

Farrell A.E., R.J. Plevin, B.T. Turner, A.D. Jones, M. O'Hare, and D.M. Kammen (2006). Ethanol Can Contribute to Energy and Environmental Goals. *Science* 311, 506–508. doi: 10.1126/science.1121416.

Finnveden G., M.Z. Hauschild, T. Ekvall, J. Guinee, R. Heijungs, S. Hellweg, A. Koehler, D. Pennington, and S. Suh (2009). Recent developments in Life Cycle Assessment. *Journal of Environmental Management* 91, 1–21. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–70350200874&partnerID=40&md5=bf5126e8bdc1f995e062253e3a7c301f.

Fischedick M., R. Schaeffer, A. Adedoyin, M. Akai, T. Bruckner, L. Clarke, V. Krey, I. Savolainen, S. Teske, D. Ürge-Vorsatz, and R. Wright (2011). Mitigation Potential and Costs. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow, (eds.)]. Cambridge University Press, Cambridge, UK and New York, NY, USA.

Fischer-Kowalski M., and H. Haberl (1997). Tons, Joules and Money: Modes of Production and their Sustainability Problems. *Society & Natural Resources* 10, 61–85.

Fischer-Kowalski M., and H. Haberl (2007). *Socioecological Transitions and Global Change. Trajectories of Social Metabolism and Land Use*. E.Elgar, Cheltenham, UK.

Fisher B.S., N. Nakicenovic, K. Alfsen, J. Corfee Morlot, F. de la Chesnaye, J.-C. Hourcade, K. Jiang, M. Kainuma, E. La Rovere, A. Matysek, A. Rana, K. Riahi, R. Richels, S. Rose, D. van Vuuren, and R. Warren (2007). Issues related to mitigation in the long term context. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Inter-governmental Panel on Climate Change*. Cambridge University Press, Cambridge, UK and New York, NY, USA.

Fisher-Vanden K., K. Schu, I. Sue Wing, and K. Calvin (2012). Decomposing the impact of alternative technology sets on future carbon emissions growth. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* 34, **Supplement 3**, S359–S365. doi: 10.1016/j.eneco.2012.07.021, ISSN: 0140-9883.

Forster P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz, and R.V. Dorland (2007). Chapter 2. Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007—The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change*. S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.. Tignor, H.L. Miller, (eds.), Cambridge University Press, New York, NY.

Gandhi N., M.L. Diamond, D. van de Meent, M.A.J. Huijbregts, W.J.G.M. Peijnenburg, and J. Guinee (2010). New Method for Calculating Comparative Toxicity Potential of Cationic Metals in Freshwater: Application to Copper, Nickel, and Zinc. *Environmental Science & Technology* 44, 5195–5201. doi: 10.1021/es903317a, ISSN: 0013-936X.

GEA (2012). Annex II—Technical Guidelines: Common terms, definitions and units used in GEA. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 1815–1821.

Gelfand I., R. Sahajpal, X. Zhang, R.C. Izaurralde, K.L. Gross, and G.P. Robertson (2013). Sustainable bioenergy production from marginal lands in the US Midwest. *Nature* 493, 514–517. ISSN: 1476-4687.

Girod B., P. de Haan, and R.W. Scholz (2011). Consumption-as-usual instead of ceteris paribus assumption for demand. *International Journal of Life Cycle Assessment* 16, 3–11. doi: 10.1007/s11367-010-0240-z, ISSN: 0948-3349.

Graedel T.E., and J. Cao (2010). Metal spectra as indicators of development. *Proceedings of the National Academy of Sciences* 107, 20905–20910. doi: 10.1073/pnas.1011019107, ISSN: 0027-8424, 1091–6490.

Greening L.A., M. Ting, and T.J. Krackler (2001). Effects of changes in residential end-uses and behavior on aggregate carbon intensity: comparison of 10 OECD countries for the period 1970 through 1993. *Energy Economics* 23, 153–178.

Griffin B., P. Buisson, P. Criqui, and S. Mima (2014). White Knights: will wind and solar come to the rescue of a looming capacity gap from nuclear phaseout or slow CCS start-up? *Climatic Change* **In Press**. doi: 10.1007/s10584-013-0963-5.

All

Grübler A., M. Jefferson, and N. Nakićenović (1996). Global energy perspectives: A summary of the joint study by the international institute for applied systems analysis and world energy council. *Technological Forecasting and Social Change* 51, 237–264. doi: 10.1016/0040-1625(95)00251-0, ISSN: 0040-1625.

Grubler A., T.B. Johansson, L. Mundaca, N. Nakicenovic, S. Pachauri, K. Riahi, H.-H. Rogner, L. Strupeit, P. Kolp, V. Krey, J. Macknick, Y. Nagai, M.L. Rogner, K.R. Smith, L. Steen-Olsen, and J. Weinzettel (2012). Energy Primer. In: *The Global Energy Assessment: Toward a More Sustainable Future*. IIASA, Laxenburg, Austria and Cambridge University Press, Cambridge, UK, Available at: http://www.iiasa.ac.at/web/home/research/researchPrograms/Energy/Chapter1.en.html.

Guest G., R.M. Bright, F. Cherubini, and A.H. Strømman (2013). Consistent quantification of climate impacts due to biogenic carbon storage across a range of bio-product systems. *Environmental Impact Assessment Review* 43, 21–30. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84879595520&partnerID=40&md5=67ae8fb71b8560d972dab5eee38bf2e5.

Guinée J.B., R. Heijungs, G. Huppes, A. Zamagni, P. Masoni, R. Buonamici, T. Ekvall, and T. Rydberg (2010). Life Cycle Assessment: Past, Present, and Future. *Environmental Science & Technology* 45, 90–96. doi: 10.1021/es101316v, ISSN: 0013-936X.

Gustavsson L., K. Pingoud, and R. Sathre (2006). Carbon Dioxide Balance of Wood Substitution: Comparing Concrete- and Wood-Framed Buildings. *Mitigation and Adaptation Strategies for Global Change* 11, 667–691. doi: 10.1007/s11027-006-7207-1, ISSN: 1381-2386.

GWEC, EREC, and Greenpeace (2012). *Energy [R]evolution—A Sustainable World Energy Outlook*. GWEC/EREC/Greenpeace, Available at: http://www.greenpeace.org/international/Global/international/publications/climate/2012/Energy%20Revolution%202012/ER2012.pdf.

Haas R., and L. Schipper (1998). Residential energy demand in OECD-countries and the role of irreversible efficiency improvements. *Energy Econ* 20, 421–442. Available at: ://000076287300005.

Haberl H. (2001a). The Energetic Metabolism of Societies Part I: Accounting Concepts. *Journal of Industrial Ecology* 5, 11–33. doi: 10.1162/10881980175335848, ISSN: 1530-9290.

Haberl H. (2001b). The Energetic Metabolism of Societies: Part II: Empirical Examples. *Journal of Industrial Ecology* 5, 71–88. doi: 10.1162/10881980152830141, ISSN: 1530-9290.

Haberl H., K.-H. Erb, F. Krausmann, A. Bondeau, C. Lauk, C. Müller, C. Plutzar, and J.K. Steinberger (2011). Global bioenergy potentials from agricultural land in 2050: Sensitivity to climate change, diets and yields. *Biomass and Bioenergy* 35, 4753–4769. doi: 16/j.biombioe.2011.04.035, ISSN: 0961-9534.

Haberl H., K.H. Erb, F. Krausmann, V. Gaube, A. Bondeau, C. Plutzar, S. Gingrich, W. Lucht, and M. Fischer-Kowalski (2007). Quantifying and mapping the human appropriation of net primary production in earth's terrestrial ecosystems. *Proceedings of the National Academy of Sciences* 104, 12942 –12947. doi: 10.1073/pnas.0704243104.

Haberl H., M. Fischer-Kowalski, F. Krausmann, H. Weisz, and V. Winiwarter (2004). Progress towards sustainability? What the conceptual framework of material and energy flow accounting (MEFA) can offer. *Land Use Policy* 21, 199–213. doi: 16/j.landusepol.2003.10.013, ISSN: 0264-8377.

Haberl H., H. Weisz, C. Amann, A. Bondeau, N. Eisenmenger, K. Erb, M. Fischer-Kowalski, and F. Krausmann (2006). The Energetic Metabolism of the European Union and the United States: Decadal Energy Input Time-Series with an Emphasis on Biomass. *Journal of Industrial Ecology* 10, 151–171. doi: 10.1162/jiec.2006.10.4.151, ISSN: 1530-9290.

Hannon B., R. Costanza, and R.A. Herendeen (1986). Measures of Energy-Cost and Value in Ecosystems. *Journal of Environmental Economics and Management* 13, 391–401.

Hannon B., R.G. Stein, B.Z. Segal, and D. Serber (1978). Energy and Labor in the Construction Sector. *Science* 202, 837–847.

Hansen S. (2012). Economical optimization of building elements for use in design of nearly zero energy buildings. In: *Proceedings of the 5th IBPC*. Kyoto, Japan. Available at: http://orbit.dtu.dk/fedora/objects/orbit:113660/datastreams/file_10074204/content.

Harvey L.D.D. (2010). *Energy and the New Reality 1: Energy Efficiency and the Demand for Energy Services*. Routledge, 672 pp. ISBN: 1849710724.

Heath A.A., and M.K Mann (2012). Background and Reflections on the Life Cycle Assessment Harmonization Project. *Journal of Industrial Ecology*. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84859302585&partnerID=40&md5=bf96d688c46732536c7658b334a78a4f.

Heptonstall (2007). *A Review of Electricity Unit Cost Estimates*. UK Energy Research Centre, London, UK.

Hertwich E.G. (2011). The life cycle environmental impacts of consumption. *Economic Systems Research* 23, 27–47. doi: 10.1080/09535314.2010.536905, ISSN: 0953-5314.

Hertwich E.G. (2013). Addressing Biogenic Greenhouse Gas Emissions from Hydropower in LCA. *Environmental Science & Technology* 47, 9604–9611. Available at: http://dx.doi.org/10.1021/es401820p.

Hertwich E.G., T. Gibon, E. Bouman, A. Arvesen, S. Suh, A. Ramirez, M.V. Coloma, J.D. Bergerson, S. Lei, and G. Heath (2013). Resource requirements and environmental benefits of low-carbon electricity supply., draft under review.

Hertwich E.G., and G.P. Peters (2009). Carbon footprint of nations: A global, trade-linked analysis. *Environmental Science & Technology* 43, 6414–6420.

Heston A., R. Summers, and B. Aten (2011). *Penn World Table Version 7.0*. Center for International Comparisons of Production, Income and Prices at the University of Pennsylvania.

Hirth L. (2013). The Market Value of Variable Renewables: The Effect of Solar-Wind Power Variability on their Relative Price. *Energy Economics* 38, 218–236. doi: doi:10.1016/j.eneco.2013.02.004.

Hsu D.D., P. O'Donoughue, V. Fthenakis, G.A. Heath, H.C. Kim, P. Sawyer, J.-K. Choi, and D.E. Turney (2012). Life Cycle Greenhouse Gas Emissions of Crystalline Silicon Photovoltaic Electricity Generation. *Journal of Industrial Ecology* 16, S122–S135. doi: 10.1111/j.1530-9290.2011.00439.x, ISSN: 1530-9290.

Huijbregts M., W. Schöpp, E. Verkuijlen, R. Heijungs, and L. Reijnders (2000). Spatially explicity characterization of acidifying and eutrophying air pollution in life-cycle assessment. *J. Ind. Ecol.* 4, 125–142.

De la Rue du Can S., and L. Price (2008). Sectoral trends in global energy use and greenhouse gas emissions. *Energy Policy* 36, 1386–1403. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–40349093220&partnerID=40&md5=13ba5f5af0084ddd3480ad1746cbc2c7.

IEA (2008). *Energy Technology Perspectives 2008—Scenarios and Strategies to 2050*. IEA/OECD, Paris, France.

IEA (2009). *Energy Technology Transitions for Industry. Strategies for the Next Industrial Revolution*. IEA/OECD, Paris.

IEA (2010a). *Projected Costs of Generating Electricity—2010 Edition.* International Energy Agency, Paris, France.

IEA (2010b). *Energy Technology Perspectives 2010—Scenarios and Strategies to 2050.* IEA; OECD, Paris, France. ISBN: 9789264085978.

IEA (2010c). *World Energy Outlook 2010*. OECD/IEA, Paris, ISBN: 978-92-64-08624-1.

IEA (2012a). *Energy Balances of OECD Countries*. International Energy Agency, Paris, ISBN: 978-92-64-17382-8.

IEA (2012b). *Energy Balances of Non-OECD Countries*. International Energy Agency, Paris, ISBN: 978-92-64-17466-5.

IEA (2012c). *$CO_2$ Emissions from Fuel Combustion. Beyond 2020 Online Database.* Available at: http://data.iea.org.

IEA (2012d). *World Energy Statistics*. International Energy Agency, Paris.

IEA (2012e). *World Energy Outlook 2012*. OECD/IEA, Paris, ISBN: 978-92-64-18084-0.

IEA (2012f). *Energy Technology Perspectives 2012*. IEA/OECD, Paris,

IEA, and NEA (2005). *Projected Costs of Generating Electricity*. NEA/IEA/OECD, Paris.

IEA/OECD/Eurostat (2005). *Energy Statistics Manual*. OECD/IEA, Paris, Available at: http://www.iea.org/stats/docs/statistics_manual.pdf.

IEEJ (2011). *Asia/World Energy Outlook 2011*. The Institute of Energy Economics, Japan, Tokyo.

IMF (2012). *World Economic Outlook*. International Monetary Fund, Washington D.C., USA.

Imhoff M.L., L. Bounoua, T. Ricketts, C. Loucks, R. Harriss, and W.T. Lawrence (2004). Global patterns in human consumption of net primary production. *Nature* **429**, 870–873. doi: 10.1038/nature02619, ISSN: 0028-0836.

IPCC (1995a). *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton J.T., L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, K. Maskell (eds)]. Cambridge Univeristy Press, Cambridge, 572 pp.

IPCC (1995b). *Climate Change 1995: Impacts, Adaptations and Mitigation of Climate Change: Scientific Analyse. Contribution of Working Group II to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [Watson R., M.C. Zinyowera, R. Moss (eds)]. Cambridge University Press, Cambridge, 861 pp.

IPCC (2001). Appendix—IV Units, Conversion Factors, and GDP Deflators. In: *Climate Change 2001: Mitigation. Contribution of Working Group III to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Metz B., O. Davidson, R. Swart, J. Pan (eds)]. Cambridge University Press, Cambridge, pp. 727–732. ISBN: ISBN 0–521–01502–2.

IPCC (2006). *IPCC Guidelines for National Greenhouse Gas Inventories* [J.T. Houghton, L.G. Meira Filho, B. Lim, K. Treanton, I. Mamaty, Y. Bonduki, D.J. Griggs, B.A. Callender (eds)]. IGES, Japan. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/index.html.

IRENA (2013). *Renewable Power Generation Costs in 2012: An Overview.* International Renewable Energy Agency, Abu Dhabi. Available at: http://www.irena.org/DocumentDownloads/Publications/Overview_Renewable%20Power%20Generation%20Costs%20in%202012.pdf.

Iyer G., N. Hultman, J. Eom, H. McJeon, P. Patel, and L. Clarke (2014). Diffusion of low-carbon technologies and the feasibility of long-term climate targets. Technological Forecasting and Social Change, **In Press.** doi: 10.1016/j.techfore.2013.08.025, ISSN: 0040-1625.

Joskow P.L. (2011a). Comparing the Costs of Intermittent and Dispatchable Electricity Generating Technologies. *American Economic Review: Papers & Proceedings* **100**, 238–241.

Joskow P.L. (2011b). Comparing the costs of intermittent and dispatchable electricity generating technologies. *American Economic Review* **101**, 238–241. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0 - 79958280724&partnerID=40&md5=e99c8a5bb29d5fac696d50a965701948.

JRC/PBL (2013). *Emission Database for Global Atmospheric Research (EDGAR), Release Version 4.2 FT2010.* European Commission, Joint Research Centre (JRC)/PBL Netherlands Environmental Assessment Agency, Available at: http://edgar.jrc.ec.europa.eu.

Kahn Ribeiro S., M.J. Figueroa, F. Creutzig, C. Dubeux, J. Hupe, and S. Kobayashi (2012). Chapter 9—Energy End-Use: Transport. In: *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 575–648. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Kanudia A., M. Labriet, and R. Loulou (2014). Effectiveness and efficiency of climate change mitigation in a technologically uncertain World. *Climatic Change* **123**, 543–558. doi: 10.1007/s10584-013-0854-9, ISSN: 0165-0009.

Kato K., A. Murata, and K. Sakuta (1998). Energy pay-back time and life-cycle $CO_2$ emission of residential PV power system with silicon PV module. *Progress in Photovoltaics* **6**, 105–115. ISSN: 1062-7995.

Kelly K.A., M.C. McManus, and G.P. Hammond (2012). An energy and carbon life cycle assessment of tidal power case study: The proposed Cardiff-Weston severn barrage scheme. *Energy* **44**, 692–701. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0--84864373242&partnerID=40&md5=87f550eefe7f8c19c75440d5fec8d54b.

Kemenes A., B.R. Forsberg, and J.M. Melack (2007). Methane release below a tropical hydroelectric dam. *Geophysical Research Letters* **34**. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0--38849139629&partnerID=40&md5=51bf50942a58570748b91033e7b81244.

Kennedy C., J. Cuddihy, and J. Engel-Yan (2007). The Changing Metabolism of Cities. *Journal of Industrial Ecology* **11**, 43–59. doi: 10.1162/jie.2007.1107, ISSN: 1530-9290.

Kim H.C., V. Fthenakis, J.-K. Choi, and D.E. Turney (2012). Life Cycle Greenhouse Gas Emissions of Thin-film Photovoltaic Electricity Generation. *Journal of Industrial Ecology* **16**, S110–S121. doi: 10.1111/j.1530-9290.2011.00423.x, ISSN: 1530-9290.

Klein D., G. Luderer, E. Kriegler, J. Strefler, N. Bauer, M. Leimbach, A. Popp, J.P. Dietrich, F. Humpenöder, H. Lotze-Campen, and O. Edenhofer (2013). The value of bioenergy in low stabilization scenarios: an assessment using REMIND-MAgPIE. *Climatic Change* **In Press**. doi: 10.1007/s10584-013-0940-z.

Kober T., B. van der Zwaan, and H. Rösler (2014). Emission Certificate Trade and Costs under Regional Burden-Sharing Regimes for a 2°C Climate Change Control Target. *Climate Change Economics* **In Press**.

All

Koljonen T., and A. Lehtilä (2012). The impact of residential, commercial, and transport energy demand uncertainties in Asia on climate change mitigation. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, 410–420. doi: 10.1016/j.eneco.2012.05.003, ISSN: 0140-9883.

Kousky C., and R. Cooke (2009). *The Unholy Trinity: Fat Tails, Tail Dependence, and Micro-Correlations*. Resources for the Future (RFF), Washington, DC, Available at: http://www.rff.org/documents/RFF-DP-09–36-REV.pdf.

Krausmann F., K.-H. Erb, S. Gingrich, C. Lauk, and H. Haberl (2008). Global patterns of socioeconomic biomass flows in the year 2000: A comprehensive assessment of supply, consumption and constraints. *Ecological Economics* **65**, 471–487. doi: 16/j.ecolecon.2007.07.012, ISSN: 0921-8009.

Krausmann F., S. Gingrich, N. Eisenmenger, K.-H. Erb, H. Haberl, and M. Fischer-Kowalski (2009). Growth in global materials use, GDP and population during the 20th century. *Ecological Economics* **68**, 2696–2705. doi: 16/j. ecolecon.2009.05.007, ISSN: 0921-8009.

Krey V., G. Luderer, L. Clarke, and E. Kriegler (2014). Getting from here to there—energy technology transformation pathways in the EMF-27 scenarios. *Accepted for Publication in Climatic Change.* doi: DOI 10.1007/s10584–013–0947–5.

Krey V., and K. Riahi (2009). Implications of delayed participation and technology failure for the feasibility, costs, and likelihood of staying below temperature targets—Greenhouse gas mitigation scenarios for the 21st century. *International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22* **31, Supplement 2**, S94–S106. doi: 10.1016/j.eneco.2009.07.001, ISSN: 0140-9883.

Kriegler E., K. Riahi, N. Bauer, V.J. Schanitz, N. Petermann, V. Bosetti, A. Marcucci, S. Otto, L. Paroussos, and et al. (2014a). Making or breaking climate targets: The AMPERE study on staged accession scenarios for climate policy. *Accepted for Publication in Technological Forecasting and Social Change.*

Kriegler E., M. Tavoni, T. Aboumahboub, G. Luderer, K. Calvin, G. DeMaere, V. Krey, K. Riahi, H. Rosler, M. Schaeffer, and D.P. Van Vuuren (2014b). Can we still meet 2°C with a climate agreement in force by 2020? The LIMITS study on implications of Durban Action Platform scenarios. *Climate Change Economics.* **In Press.**

Kriegler E., J. Weyant, G. Blanford, L. Clarke, J. Edmonds, A. Fawcett, V. Krey, G. Luderer, K. Riahi, R. Richels, S. Rose, M. Tavoni, and D. van Vuuren (2014c). The Role of Technology for Climate Stabilization: Overview of the EMF 27 Study on Energy System Transition Pathways Under Alternative Climate Policy Regimes. *Accepted for Publication in Climatic Change.* **In Press.**

Kumar A., T. Schei, A. Ahenkorah, R.C. Rodriguez, J.-M. Devernay, M. Freitas, D. Hall, Å. Killingtveit, and Z. Liu (2011). Hydropower. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 437–496.

Labriet M., A. Kanudia, and R. Loulou (2012). Climate mitigation under an uncertain technology future: A TIAM-World analysis. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, S366–S377. doi: 10.1016/j.eneco.2012.02.016, ISSN: 0140-9883.

Lan J., M. Lenzen, E. Dietzenbacher, D. Moran, K. Kanemoto, J. Murray, and A. Geschke (2012). Structural Change and the Environment. *Journal of Industrial Ecology* **16**, 623–635. doi: 10.1111/j.1530-9290.2012.00518.x, ISSN: 1530-9290.

Larsen H.N., and E. G. Hertwich (2009). The case for consumption-based accounting of greenhouse gas emissions to promote local climate action. *Environmental Science and Policy* **12**, 791–798.

Larson E.D., Z. Li, and R.H. Williams (2012). Chapter 12—Fossil Energy. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Vienna, Austria, pp. 901–992. ISBN: 9780521182935.

Lauk C., H. Haberl, K.H. Erb, S. Gingrich, and F. Krausmann (2012). Global socioeconomic carbon stocks and carbon sequestration in long-lived products 1900–2008. *Environmental Research Letters* **in review**.

Leimbach M., N. Bauer, L. Baumstark, M. Lüken, and O. Edenhofer (2010). Technological change and international trade—Insights from REMIND-R. *Energy Journal* **31**, 109–136. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–77749319292&partnerID=40&md5=46ee4d8b8d59affbc9a55eed04e01a98.

Lenzen M. (2001). Errors in conventional and input-output-based life-cycle inventories. *Journal of Industrial Ecology* **4**, 127–148.

Lenzen M. (2008). Life cycle energy and greenhouse gas emissions of nuclear energy: A review. *Energy Conversion and Management* **49**, 2178–2199. doi: 10.1016/j.enconman.2008.01.033, ISSN: 0196-8904.

Lenzen M., C. Dey, and B. Foran (2004). Energy requirements of Sydney households. *Ecol. Econ.* **49**, 375–399.

Lenzen M., K. Kanemoto, D. Moran, and A. Geschke (2012). Mapping the Structure of the World Economy. *Environmental Science & Technology* **46**, 8374–8381. doi: 10.1021/es300171x, ISSN: 0013-936X, 1520–5851.

Lenzen M., and R. Schaeffer (2004). Environmental and social accounting for Brazil. *Environ. Resour. Econ.* **27**, 201–226.

Leontief W.W. (1936). Quantitative input and output relations in the economic system of the United States. *Rev. Econ. Stat.* **18**, 105–125.

Leontief W. (1971). Environment and Economic Structure. *Analyse Et Prevision* **11**, 253–276. ISSN: 0003-262X.

Levasseur A., P. Lesage, M. Margni, and R. Samson (2013). Biogenic Carbon and Temporary Storage Addressed with Dynamic Life Cycle Assessment. *Journal of Industrial Ecology* **17**, 117–128. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84874199501&partnerID=40&md5=d470cafd3464b3f6f106874f33f15219.

Lightfoot H.D. (2007). Understand the three different scales for measuring primary energy and avoid errors. *Energy* **32**, 1478–1483. Available at: http://www.sciencedirect.com/science/article/B6V2S-4MD9G1P-1/2/114802d4f6e2f08d-52271f165e9838c8.

Lim J.-S., and Y.-G. Kim (2012). Combining carbon tax and R&D subsidy for climate change mitigation. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, 496–502. doi: 10.1016/j. eneco.2012.04.012, ISSN: 0140-9883.

Liu G., C.E. Bangs, and D.B. Müller (2011). Unearthing Potentials for Decarbonizing the U.S. Aluminum Cycle. *Environ. Sci. Technol.* **45**, 9515–9522. doi: 10.1021/es202211w, ISSN: 0013-936X.

Liu G., C.E. Bangs, and D.B. Müller (2012). Stock dynamics and emission pathways of the global aluminium cycle. *Nature Climate Change* **Advance online publication**. doi: 10.1038/nclimate1698, ISSN: 1758-678X.

All

**Loulou R., M. Labriet, and A. Kanudia (2009).** Deterministic and stochastic analysis of alternative climate targets under differentiated cooperation regimes. *International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22* **31**, **Supplement 2**, 131–143. doi: 10.1016/j.eneco.2009.06.012, ISSN: 0140-9883.

**Lucas P.L., P.R. Shukla, W. Chen, B.J. van Ruijven, S. Dhar, M.G.J. den Elzen, and D.P. van Vuuren (2013).** Implications of the international reduction pledges on long-term energy system changes and costs in China and India. *Energy Policy* **63**, 1032–1041. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84887193120&partnerID=40&md5=f9a22599b485aaea7ef2adcf7a49fc40.

**Luderer G., C. Bertram, K. Calvin, E. De Cian, and E. Kriegler (2014).** Implications of weak near-term climate policies on long-term mitigation pathways. *Climatic Change* **In Press**. doi: 10.1007/s10584-013-0899-9.

**Luderer G., V. Bosetti, M. Jakob, M. Leimbach, J. Steckel, H. Waisman, and O. Edenhofer (2012a).** The economics of decarbonizing the energy system—results and insights from the RECIPE model intercomparison. *Climatic Change* **114**, 9–37. doi: 10.1007/s10584-011-0105-x, ISSN: 0165-0009.

**Luderer G., R.C. Pietzcker, E. Kriegler, M. Haller, and N. Bauer (2012b).** Asia's role in mitigating climate change: A technology and sector specific analysis with ReMIND-R. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34**, **Supplement 3**, 378–390. doi: 10.1016/j.eneco.2012.07.022, ISSN: 0140-9883.

**Macknick J. (2011).** Energy and $CO_2$ emission data uncertainties. *Carbon Management* **2**, 189–205. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-79953867230&partnerID=40&md5=7793140e0323c1ea5744cad771eaee8f.

**Maeck A., T. DelSontro, D.F. McGinnis, H. Fischer, S. Flury, M. Schmidt, P. Fietzek, and A. Lorke (2013).** Sediment Trapping by Dams Creates Methane Emission Hot Spots. *Environmental Science & Technology.* doi: 10.1021/es4003907, ISSN: 0013-936X.

**Majeau-Bettez G., A.H. Strømman, and E.G. Hertwich (2011).** Evaluation of process- and input-output-based life cycle inventory data with regard to truncation and aggregation issues. *Environmental Science and Technology* **45**, 10170–10177. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-82355163550&partnerID=40&md5=1cb40992c4005fed9387ffaaeabcb7f1.

**Marangoni G., and M. Tavoni (2014).** The clean energy R&D strategy for 2°C. *Climate Change Economics* **In Press**.

**Marcucci A., and H. Turton (2014).** Induced technological change in moderate and fragmented climate change mitigation regimes. *Technological Forecasting and Social Change,* **In Press**. doi: 10.1016/j.techfore.2013.10.027, ISSN: 0040-1625.

**Martinez-Alier J. (1987).** *Ecological Economics. Energy, Environment and Society.* Blackwell, Oxford, UK.

**Martinot E., C. Dienst, L. Weiliang, and C. Qimin (2007).** Renewable Energy Futures: Targets, Scenarios, and Pathways. *Annual Review of Environment and Resources* **32**, 205–239. doi: 10.1146/annurev.energy.32.080106.133554.

**Massetti E., and M. Tavoni (2012).** A developing Asia emission trading scheme (Asia ETS). *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34**, **Supplement 3**, S436–S443. doi: 10.1016/j.eneco.2012.02.005, ISSN: 0140-9883.

**Matsuo Y., R. Komiyama, Y. Nagatomi, S. Suehiro, Z. Shen, Y. Morita, and K. Ito** Energy Supply and Demand Analysis for Asia and the World towards Low-Carbon Society in 2050. *J. Jpn. Soc. Energy and Resources* **32**, 1–8.

**McCollum D.L., V. Krey, P. Kolp, Y. Nagai, and K. Riahi (2014).** Transport electrification: a key element for energy system transformation and climate stabilization. *Climatic Change* **In Press**. doi: DOI 10.1007/s10584–013–0969-z.

**Meier A. (1983).** The cost of conserved energy as an investment statistic. *Heating, Piping, and Air Conditioning* **55**, 73–77.

**Meinshausen M., N. Meinshausen, W. Hare, S.C.B. Raper, K. Frieler, R. Knutti, D.J. Frame, and M.R. Allen (2009).** Greenhouse-gas emission targets for limiting global warming to 2 degrees C. *Nature* **458**, 1158–1162. doi: 10.1038/nature08017, ISSN: 1476-4687.

**Meinshausen M., S.C.B. Raper, and T.M.L. Wigley (2011a).** Emulating coupled atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 1: Model description and calibration. *Atmospheric Chemistry and Physics* **11**, 1417–1456. doi: 10.5194/acp-11-1417-2011.

**Meinshausen M., T.M.L. Wigley, and S.C.B. Raper (2011b).** Emulating atmosphere-ocean and carbon cycle models with a simpler model, MAGICC6—Part 2: Applications. *Atmos. Chem. Phys.* **11**, 1457–1471. doi: 10.5194/acp-11-1457-2011, ISSN: 1680-7324.

**Melaina M., and K. Webster (2011).** Role of Fuel Carbon Intensity in Achieving 2050 Greenhouse Gas Reduction Goals within the Light-Duty Vehicle Sector. *Environmental Science & Technology* **45**, 3865–3871. doi: 10.1021/es1037707, ISSN: 0013-936X.

**Mi R., H. Ahammad, N. Hitchins, and E. Heyhoe (2012).** Development and deployment of clean electricity technologies in Asia: A multi-scenario analysis using GTEM. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34**, **Supplement 3**, 399–409. doi: 10.1016/j.eneco.2012.06.001, ISSN: 0140-9883.

**Milford R.L., S. Pauliuk, J.M. Allwood, and D.B. Müller (2013).** The roles of energy and material efficiency in meeting steel industry $CO_2$ targets. *Environmental Science and Technology* **47**, 3455–3462. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84875802015&partnerID=40&md5=6a22fc91a0743821b7347fdfcbae46d1.

**Miller R.E., and P.D. Blair (1985).** *Input-Output Analysis: Foundations and Extensions*. Prentice-Hall, Englewood Cliffs, NJ.

**Mills A., and R. Wiser (2012).** Changes in the Economic Value of Variable Generation at High Penetration Levels: A Pilot case Study of California. Lawrence Berkeley National Laboratory.

**Minx J.C., T. Wiedmann, R. Wood, G.P. Peters, M. Lenzen, A. Owen, K. Scott, J. Barrett, K. Hubacek, G. Baiocchi, A. Paul, E. Dawkins, J. Briggs, D. Guan, S. Suh, and F. Ackerman (2009).** Input-Output analysis and carbon footprinting: an overview of applications. *Economic Systems Research* **21**, 187–216. doi: 10.1080/09535310903541298, ISSN: 0953-5314.

**Moomaw W., P. Burgherr, G. Heath, M. Lenzen, J. Nyboer, and A. Verbruggen (2011).** Annex II: Methodology. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 973–1000.

**All**

**Moreau V., G. Bage, D. Marcotte, and R. Samson (2012).** Statistical estimation of missing data in life cycle inventory: An application to hydroelectric power plants. *Journal of Cleaner Production* **37**, 335–341. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84865503922&partnerID=40&md5=4a89e45537cd7462aab73b80c1a42d46.

**Mori S. (2012).** An assessment of the potentials of nuclear power and carbon capture and storage in the long-term global warming mitigation options based on Asian Modeling Exercise scenarios. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, S421–S428. doi: 10.1016/j.eneco.2012.03.017, ISSN: 0140-9883.

**Morita T., J. Robinson, A. Adegbulugbe, J. Alcamo, D. Herbert, E. Lebre la Rovere, N. Nakicenivic, H. Pitcher, P. Raskin, K. Riahi, A. Sankovski, V. Solkolov, B. de Vries, and D. Zhou (2001).** Greenhouse gas emission mitigation scenarios and implications. In: *Climate Change 2001: Mitigation. Contribution of Working Group III to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Metz B., O. Davidson, R. Swart, J. Pan (eds)]. Cambridge University Press, Cambridge, pp. 115–166. ISBN: ISBN 0–521–01502–2.

**Müller D.B. (2006).** Stock dynamics for forecasting material flows--Case study for housing in The Netherlands. *Ecological Economics* **59**, 142–156. ISSN: 0921-8009.

**Müller D.B., T. Wang, B. Duval, and T.E. Graedel (2006).** Exploring the engine of anthropogenic iron cycles. *Proceedings of the National Academy of Sciences* **103**, 16111 –16116. doi: 10.1073/pnas.0603375103.

**Nakamura S., and Y. Kondo (2001).** Input-Output Analysis of Waste Management. *J. Ind. Ecol.* **6**, 39–64.

**Nakamura S., K. Nakajima, Y. Kondo, and T. Nagasaka (2007).** The waste input-output approach to materials flow analysis—Concepts and application to base metals. *Journal of Industrial Ecology* **11**, 50–63. ISSN: 1088-1980.

**Nakicenovic N., A. Grubler, and A. McDonald (1998).** *Global Energy Perspectives*. Cambridge University Press, Cambridge.

**Nakicenovic N., and R. Swart (2000).** *IPCC Special Report on Emissions Scenarios*. Cambridge University Press, Cambridge.

**NAS (2007).** *Coal: Research and Development to Support National Energy Policy* (Committee on Coal Research and Technology and National Research Council, Eds.). The National Academies Press, ISBN: 9780309110228.

**NETL (2010a).** *Cost and Performance Baseline for Fossil Energy Plants-Volume 1: Bituminous Coal and Natural Gas to Electricity-Revision 2*. National Energy Technology Laboratory, Pittsburgh PA.

**NETL (2010b).** *Life Cycle Analysis: Existing Pulverized Coal (EXPC) Power Plant*. National Energy Technology Laboratory, Pittsburgh PA.

**NETL (2010c).** *Life Cycle Analysis: Supercritical Pulverzied Coal (SCPC) Power Plant*. National Energy Technology Laboratory, Pittsburgh PA.

**NETL (2010d).** *Life Cycle Analysis: Integrated Gasification Combined Cycle (IGCC) Power Plant*. National Energy Technology Laboratory, Pittsburgh PA.

**NETL (2010e).** *Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant*. National Energy Technology Laboratory, Pittsburgh PA.

**Nordhaus W. (2007).** Alternative measures of output in global economic-environmental models: Purchasing power parity or market exchange rates? *Energy Economics* **29**, 349–372. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–33947137646&partnerID=40&md5=183a688092feb71440028 2074431c712.

**Norris G.A. (2002).** Life cycle emission distributions within the economy: Implications for life cycle impact assessment. *Risk Analysis* **22**, 919–930.

**O'Neill B.C., X. Ren, L. Jiang, and M. Dalton (2012).** The effect of urbanization on energy use in India and China in the iPETS model. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* **34, Supplement 3**, 339–345. doi: 10.1016/j.eneco.2012.04.004, ISSN: 0140-9883.

**Parker R.P.M., G.P. Harrison, and J.P. Chick (2007).** Energy and carbon audit of an offshore wave converter. *Proceedings of the Institution of Mechanical Engineers, Part A: Journal of Power and Energy* **221**, 1119–1130. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–38549181167&partnerID=40&md5=1fb2d29aeddeb1645bef4e0451179e38.

**Pauliuk S., N.M.A. Dhaniati, and D. Müller (2011).** Reconciling Sectoral Abatement Strategies with Global Climate Targets: The Case of the Chinese Passenger Vehicle Fleet. *Environmental Science and Technology*. doi: 10.1021/es201799k, ISSN: 0013-936X.

**Pauliuk S., R.L. Milford, D.B. Müller, and J.M. Allwood (2013a).** The Steel Scrap Age. *Environmental Science & Technology* **47**, 3448–3454. doi: 10.1021/es303149z, ISSN: 0013-936X.

**Pauliuk S., K. Sjöstrand, and D.B. Müller (2013b).** Transforming the dwelling stock to reach the 2°C climate target—combining MFA and LCA models for a case study on Norway. *Journal of Industrial Ecology* **In Press.**

**Peters G.P. (2010).** Carbon footprints and embodied carbon at multiple scales. *Current Opinion in Environmental Sustainability* **2**, 245–250. doi: 10.1016/j.cosust.2010.05.004, ISSN: 1877-3435.

**Peters G.P., B. Aamaas, M.T. Lund, C. Solli, and J.S. Fuglestvedt (2011a).** Alternative "Global Warming" Metrics in Life Cycle Assessment: A Case Study with Existing Transportation Data. *Environmental Science & Technology* **45**, 8633–8641. doi: 10.1021/es200627s, ISSN: 0013-936X, 1520–5851.

**Peters G.P., and E.G. Hertwich (2008).** $CO_2$ embodied in international trade with implications for global climate policy. *Environmental Science and Technology* **42**, 1401–1407. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–40949115484&partnerID=40&md5=0c172cd49688d0a0aa50b 7d5338b7f99.

**Peters G.P., J.C. Minx, C.L. Weber, and O. Edenhofer (2011b).** Growth in emission transfers via international trade from 1990 to 2008. *Proceedings of the National Academy of Sciences of the United States of America* **108**, 8903–8908. doi: 10.1073/pnas.1006388108.

**Prinn R., S. Paltsev, A. Sokolov, M. Sarofim, J. Reilly, and H. Jacoby (2011).** Scenarios with MIT integrated global systems model: Significant global warming regardless of different approaches. *Climatic Change* **104**, 515–537. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–78651428392&partnerID=40&md5=6ea60de89d7aafbc93355a1b50737e9f.

**Raadal H.L., L. Gagnon, I.S. Modahl, and O.J. Hanssen (2011).** Life cycle greenhouse gas (GHG) emissions from the generation of wind and hydro power. *Renewable and Sustainable Energy Reviews* **15**, 3417–3422. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–79960352673&partnerID=40&md5=d962849795cef588b16a9e8e0c92514b.

**Riahi K., F. Dentener, D. Gielen, A. Grubler, J. Jewell, Z. Klimont, V. Krey, D. McCollum, S. Pachauri, S. Rao, B. van Ruijven, D.P. van Vuuren, and C. Wilson (2012).** Chapter 17—Energy Pathways for Sustainable Development. In: *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, pp. 1203–1306. ISBN: 9781 10700 5198 hardback 9780 52118 2935 paperback.

Riahi K., E. Kriegler, N. Johnson, C. Bertram, M. Den Elzen, J. Eom, M. Schaeffer, J. Edmonds, and et al. (2014). Locked into Copenhagen Pledges—Implications of short-term emission targets for the cost and feasibility of long-term climate goals. *Accepted for Publication in Technological Forecasting and Social Change*. doi: 10.1016/j.techfore.2013.09.016.

Riahi K., S. Rao, V. Krey, C. Cho, V. Chirkov, G. Fischer, G. Kindermann, N. Nakicenovic, and P. Rafaj (2011). RCP 8.5—A scenario of comparatively high greenhouse gas emissions. *Climatic Change* 109, 33–57. doi: 10.1007/s10584-011-0149-y, ISSN: 0165-0009, 1573–1480.

Rubin E.S. (2012). Understanding the pitfalls of CCS cost estimates. *International Journal of Greenhouse Gas Control* 10, 181–190.

Van Ruijven B.J., D.P. van Vuuren, J. van Vliet, A. Mendoza Beltran, S. Deetman, and M.G.J. den Elzen (2012). Implications of greenhouse gas emission mitigation scenarios for the main Asian regions. *The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change* 34, **Supplement 3**, S459–S469. doi: 10.1016/j.eneco.2012.03.013, ISSN: 0140-9883.

Sands R., H. Förster, C. Jones, and K. Schumacher (2014). Bio-electricity and land use in the Future Agricultural Resources Model (FARM). *Climatic Change* In Press. doi: 10.1007/s10584-013-0943-9.

Sano F., K. Wada, K. Akimoto, and J. Oda (2014). Assessments of GHG emission reduction scenarios of different levels and different short-term pledges through macro- and sectoral decomposition analyses. *Technological Forecasting and Social Change* In Press. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0-84887812588&partnerID=40&md5=23b8251f9d87e59517143 96d1543a42c.

Sathaye J., O. Lucon, A. Rahman, J. Christensen, F. Denton, J. Fujino, G. Heath, S. Kadner, M. Mirza, H. Rudnick, A. Schlaepfer, and A. Shmakin (2011). Renewable Energy in the Context of Sustainable Development. In: *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation* [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Schaeffer M., L. Gohar, E. Kriegler, J. Lowe, K. Riahi, and D. Van Vuuren (2013). Mid- and long-term climate projections for fragmented and delayed-action scenarios. *Accepted for Publication in Technological Forecasting and Social Change* In Press.

Schimel D., D. Alves, I. Enting, M. Heimann, R. Joos, D. Raynaud, T. Wigley, M. Prather, R. Derwent, D. Ehhalt, R. Eraser, E. Sanhueza, X. Zhou, R. Jonas, R. Charlson, H. Rohde, S. Sadasivan, K.R. Shine, Y. Fouquart, V. Ramaswamy, S. Solomon, and J. Srinivasan (1996). Radiative forcing of climate change. In: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change* [J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg and K. Maskell (eds)]. Cambridge University Press, Cambridge, UK and New York, NY USA, pp. 65–131. ISBN: 0 521 56436 0.

Short W., D.J. Packey, and T. Holt (1995). *A Manual for the Economic Evaluation of Energy Efficiency and Renewable Energy Technologies*. NREL,

Singh B., A.H. Strømman, and E.G. Hertwich (2011a). Comparative life cycle environmental assessment of CCS technologies. *International Journal of Greenhouse Gas Control* 5, 911–921. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–80051468840&partnerID=40&md5=68c13 b569bcd51229ab877907b8a55d9.

Singh B., A.H. Strømman, and E.G. Hertwich (2011b). Life cycle assessment of natural gas combined cycle power plant with post-combustion carbon capture, transport and storage. *International Journal of Greenhouse Gas Control* 5, 457–466. doi: 10.1016/j.ijggc.2010.03.006, ISSN: 1750-5836.

Sorrell S., and J. Dimitropoulos (2008). The rebound effect: Microeconomic definitions, limitations and extensions. *Ecological Economics* 65, 636–649. doi: 10.1016/j.ecolecon.2007.08.013, ISSN: 0921-8009.

Stromman A.H., E.G. Hertwich, and F. Duchin (2009). Shifting Trade Patterns as a Means of Reducing Global Carbon Dioxide Emissions. *Journal of Industrial Ecology* 13, 38–57. doi: 10.1111/j.1530-9290.2008.00084.x, ISSN: 1088-1980.

Suerkemper F., S. Thomas, D. Osso, and P. Baudry (2011). Cost-effectiveness of energy efficiency programmes-evaluating the impacts of a regional programme in France. *Energy Efficiency* 5, 121–135. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84355162322&partnerID=40&md5=c43d9 c4972bdb358a4df0fec8f84251f.

Suh S., M. Lenzen, G.J. Treloar, H. Hondo, A. Horvath, G. Huppes, O. Jolliet, U. Klann, W. Krewitt, Y. Moriguchi, J. Munksgaard, and G. Norris (2004). System Boundary Selection in Life-Cycle Inventories Using Hybrid Approaches. *Environmental Science and Technology*. 38, 657 –664.

Takase K., Y. Kondo, and A. Washizu (2005). An analysis of sustainable consumption by the waste input-output model. *Journal of Industrial Ecology* 9, 201–220.

Tavoni M., E. Kriegler, T. Aboumahboub, K. Calvin, G. DeMaere, T. Kober, J. Jewell, P. Lucas, G. Luderer, D. McCollum, and et al. (2014). The distribution of the major economies' effort in the Durban platform scenarios. *Accepted for Publication in Climate Change Economics* In Press.

Treloar G. (1996). Extracting embodied energy paths from input-output tables: towards an input-output-based hybrid energy analysis method. *Economic Systems Research.* 9, 375–391.

Tukker A., A. de Koning, R. Wood, T. Hawkins, S. Lutter, J. Acosta, J.M. Rueda Cantuche, M. Bouwmeester, J. Oosterhaven, T. Drosdowski, and J. Kuenen (2013). EXIOPOL—development and illustrative analyses of detailed global multiregional, environmentally extended supply and use tables and symmetric input-output tables. *Economic Systems Research* 25, In Press. doi: 10.1080/09535314.2012.761953.

Turkenburg W.C., D. Arent, R. Bertani, A. Faaij, M. Hand, W. Krewitt, E.D. Larson, J. Lund, M. Mehos, T. Merrigan, C. Mitchell, J.R. Moreira, W. Sinke, V. Sonntag-O'Brien, B. Thresher, W. van Sark, and E. Usher (2012). Chapter 11—Renewable Energy. In: *Global Energy Assessment—Toward a Sustainable Future*.Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Vienna, Austria, pp. 761–900. ISBN: 9780521182935.

Turner K., M. Lenzen, T. Wiedmann, and J. Barrett (2007). Examining the global environmental impact of regional consumption activities—Part 1: A technical note on combining input-output and ecological footprint analysis. *Ecological Economics* 62, 37–44. doi: 10.1016/j.ecolecon.2006.12.002, ISSN: 0921-8009.

UN Statistics (2010). *Energy Balances and Electricity Profiles—Concepts and definitions.* Available at: http://unstats.un.org/unsd/energy/balance/concepts.htm.

UNEP (2012). *Global Trends in Renewable Energy Investment 2012*. UNEP, Frankfurt School of Finance and Management, Bloomberg New Energy Finance, Available at: http://fs-unep-centre.org/sites/default/files/publications/globaltrendsreport2012final.pdf.

All

Ürge-Vorsatz D. (1996). Exploring US residential and commercial electricity conservation potentials: analysis of the lighting sector. University of California, Los Angeles, CA.

Ürge-Vorsatz (D.), K. Petrichenko, M. Antal, M. Staniec, M. Labelle, E. Ozden, and E. Labzina (2012). Best Practice Policies for Low Energy and Carbon Buildings. A Scenario Analysis. Research Report Prepared by the Center for Climate Change and Sustainable Policy (3CSEP) for the Global Best Practice Network for Buildings. Central European University (CEU) and Global Buildings Performance Network,

Viebahn P., Y. Lechon, and F. Trieb (2011). The potential role of concentrated solar power (CSP) in Africa and Europe-A dynamic assessment of technology development, cost development and life cycle inventories until 2050. Energy Policy 39, 4420–4430.

Vitousek P.M., P.R. Ehrlich, A.H. Ehrlich, and P.A. Matson (1986). Human Appropriation of the Products of Photosynthesis. Bioscience 36, 363–373.

Vizcarra A.T., K.V. Lo, and P.H. Liao (1994). A life-cycle inventory of baby diapers subject to canadian conditions. Environmental Toxicology And Chemistry 13, 1707–1716. ISSN: 0730-7268.

Van Vliet J., M.G.J. den Elzen, and D.P. van Vuuren (2009). Meeting radiative forcing targets under delayed participation. International, U.S. and E.U. Climate Change Control Scenarios: Results from EMF 22 31, Supplement 2, S152–S162. doi: 10.1016/j.eneco.2009.06.010, ISSN: 0140-9883.

Van Vliet J., A. Hof, A. Mendoza Beltran, M. van den Berg, S. Deetman, M.G.J. den Elzen, P. Lucas, and D.P. van Vuuren (2014). The impact of technology availability on the timing and costs of emission reductions for achieving long-term climate targets. Climatic Change In Press. doi: 10.1007/s10584-013-0961-7.

Van Vliet O., V. Krey, D. McCollum, S. Pachauri, Y. Nagai, S. Rao, and K. Riahi (2012). Synergies in the Asian energy system: Climate change, energy security, energy access and air pollution. The Asia Modeling Exercise: Exploring the Role of Asia in Mitigating Climate Change 34, Supplement 3, 470–480. doi: 10.1016/j.eneco.2012.02.001, ISSN: 0140-9883.

Wada K., F. Sano, K. Akimoto, and T. Homma (2012). Assessment of Copenhagen pledges with long-term implications. Energy Economics 34, 481–486. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84870484157&partnerID=40&md5=2db6298e7ad1ef4726ca55dc695ad34e.

Walker S., and R. Howell (2011). Life cycle comparison of a wave and tidal energy device. Proceedings of the Institution of Mechanical Engineers Part M: Journal of Engineering for the Maritime Environment 225, 325–327. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–81455141794&partnerID=40&md5=a8990dcc3ee5a19737bf080f4f2c9af2.

Warner E.S., and G.A. Heath (2012). Life Cycle Greenhouse Gas Emissions of Nuclear Electricity Generation: Systematic Review and Harmonization. Journal of Industrial Ecology 16, 73–92. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–84860511260&partnerID=40&md5=e264b5b846e81aa31b93c48860b7d98b.

WEC (1993). Energy for Tomorrow's World. WEC Commission Global Report. London, UK.

WEC (2011). Global Transport Scenarios 2050. Wolrd Energy Council, London, Available at: http://www.worldenergy.org/documents/wec_transport_scenarios_2050.pdf.

Weisz H., F. Krausmann, C. Amann, N. Eisenmenger, K.-H. Erb, K. Hubacek, and M. Fischer-Kowalski (2006). The physical economy of the European Union: Cross-country comparison and determinants of material consumption. Ecological Economics 58, 676–698. doi: 16/j.ecolecon.2005.08.016, ISSN: 0921-8009.

Whitaker M.B., G.A. Heath, J.J. Burkhardt, and C.S. Turchi (2013). Life Cycle Assessment of a Power Tower Concentrating Solar Plant and the Impacts of Key Design Alternatives. Environmental Science & Technology 47, 5896–5903. doi: 10.1021/es400821x, ISSN: 0013-936X.

Wiedmann T., and J. Minx (2008). A definition of "carbon footprint." In: Ecological Economics Research Trends. Nova Science, New York, pp. 1–11. ISBN: 1-60021-941-1.

Wiedmann T., H.C. Wilting, M. Lenzen, S. Lutter, and V. Palm (2011). Quo Vadis MRIO? Methodological, data and institutional requirements for multi-region input–output analysis. Special Section—Earth System Governance: Accountability and Legitimacy 70, 1937–1945. doi: 10.1016/j.ecolecon.2011.06.014, ISSN: 0921-8009.

Wiedmann T., R. Wood, J.C. Minx, M. Lenzen, D.B. Guan, and R. Harris (2010). A Carbon Footprint Time Series of the UK—Results from a Multi-Region Input-Output Model. Economic Systems Research 22, 19–42. doi: 10.1080/09535311003612591, ISSN: 0953-5314.

Williams E.D., C.L. Weber, and T.R. Hawkins (2009). Hybrid framework for managing uncertainty in life cycle inventories. Journal of Industrial Ecology 13, 928–944.

Wolman A. (1965). The metabolism of cities. Scientific American 213, 179–190. Available at: http://www.scopus.com/inward/record.url?eid=2-s2.0–70449549269&partnerID=40&md5=cd23f61024e88a5d946f262dd376088b.

Woollcombe-Adams C., M. Watson, and T. Shaw (2009). Severn Barrage tidal power project: implications for carbon emissions. Water and Environment Journal 23, 63–68. doi: 10.1111/j.1747-6593.2008.00124.x, ISSN: 1747-6593.

World Bank (2013). World Development Indicators (WDI) Database. World Bank, Washington, DC, Available at: http://data.worldbank.org/data-catalog/world-development-indicators.

Wright D.H. (1990). Human Impacts on Energy Flow through Natural Ecosystems, and Implications for Species Endangerment. Ambio 19, 189–194. ISSN: 0044-7447.

WWF/Ecofys/OMA (2011). The Energy Report—100% Renewable Energy by 2050. World Wildlife Fund, Gland, 256 pp. Available at: http://www.ecofys.com/files/files/ecofys-wwf-2011-the-energy-report.pdf.

Wyckoff A.W., and J.M. Roop (1994). The Embodiment of Carbon in Imports of Manufactured Products—Implications for International Agreements on Greenhouse-Gas Emissions. Energy Policy 22, 187–194.

Xu M., B. Allenby, and W.Q. Chen (2009). Energy and Air Emissions Embodied in China-US Trade: Eastbound Assessment Using Adjusted Bilateral Trade Data. Environmental Science & Technology 43, 3378–3384. doi: 10.1021/es803142v, ISSN: 0013-936X.

Yamamoto H., M. Sugiyama, and J. Tsutsui (2014). Role of end-use technologies in long-term GHG reduction scenarios developed with the BET model. Climatic Change In Press. doi: 10.1007/s10584-013-0938-6.

Zamagni A., J. Guinée, R. Heijungs, P. Masoni, and A. Raggi (2012). Lights and shadows in consequential LCA. International Journal of Life Cycle Assessment 17, 904–918.



ANNEX

III

# Technology-specific Cost and Performance Parameters

**Editor:**

Steffen Schlömer (Germany)

**Lead Authors:**

Thomas Bruckner (Germany), Lew Fulton (USA), Edgar Hertwich (Austria/Norway), Alan McKinnon (UK/Germany), Daniel Perczyk (Argentina), Joyashree Roy (India), Roberto Schaeffer (Brazil), Steffen Schlömer (Germany), Ralph Sims (New Zealand), Pete Smith (UK), Ryan Wiser (USA)

**Contributing Authors:**

Gesine Hänsel (Germany), David de Jager (Netherlands), Maarten Neelis (China)

**This annex should be cited as:**

Schlömer S., T. Bruckner, L. Fulton, E. Hertwich, A. McKinnon, D. Perczyk, J. Roy, R. Schaeffer, R. Sims, P. Smith, and R. Wiser, 2014: Annex III: Technology-specific cost and performance parameters. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Contents

**A.III.1**   **Introduction** ........................................................................................ 1331

**A.III.2**   **Energy supply** ...................................................................................... 1331

    A.III.2.1   **Approach** ........................................................................... 1331

    A.III.2.2   **Data** ................................................................................... 1332

**A.III.3**   **Transport** ............................................................................................ 1336

    A.III.3.1   **Approach** ........................................................................... 1336

    A.III.3.2   **Data** ................................................................................... 1337

**A.III.4**   **Industry** ............................................................................................... 1344

    A.III.4.1   **Introduction** ..................................................................... 1344

    A.III.4.2   **Approaches and data by industry sector** ....................... 1344

        A.III.4.2.1   Cement ................................................................ 1344

        A.III.4.2.2   Iron and steel ...................................................... 1346

        A.III.4.2.3   Chemicals ............................................................ 1346

        A.III.4.2.4   Pulp and paper .................................................... 1349

        A.III.4.2.5   Municipal Solid Waste (MSW) ............................. 1349

        A.III.4.2.6   Domestic wastewater .......................................... 1352

**A.III.5**   **AFOLU** ................................................................................................. 1352

    A.III.5.1   **Introduction** ..................................................................... 1352

    A.III.5.2   **Approach** ........................................................................... 1352

        A.III.5.2.1   Baseline Emission Intensities ............................. 1352

        A.III.5.2.2   Improved emission intensities ............................ 1352

        A.III.5.2.3   Levelized cost of conserved/sequestered carbon .... 1353

**References** ........................................................................................................ 1354

# A.III.1   Introduction

Annex III contains data on technologies and practices that have been collected to produce a summary assessment of the potentials and costs of selected mitigation options in various sectors as displayed in Figure 7.7, Table 8.3, Figures 10.7, 10.8, 10.9, 10.10, 10.19, 10.21, Figure 11.16 as well as in corresponding figures in the Technical Summary.

The nature and quantity of mitigation options, as well as data availability and quality of the available data, vary significantly across sectors. Even for largely similar mitigation options, a large variety of context-specific metrics is used to express their cost and potentials that involve conversions of input data into particular output formats. For the purpose of the Working Group III (WGIII) contribution to the Intergovernmental Panel on Climate Change (IPCC) Fifth Assessment Report (AR5), a limited but still diverse set of sector-specific metrics is used to strike a balance between harmonization of approaches across sectors and adequate consideration of the complexities involved.

Mitigation potentials are approached via product-specific or service-specific emission intensities, i.e., emissions per unit of useful outputs, which are as diverse as electricity, steel, and cattle meat. Mitigation potentials on a product/service level can be understood as the potential reduction in specific emissions that can result from actions such as switching to production processes that cause lower emissions for otherwise comparable products[1] and reducing production/consumption of emission-intensive products.

Mitigation costs are approached via different levelized cost metrics, which share a common methodological basis but need to be interpreted in very different ways. A detailed introduction to the metrics used can be found in the Metrics and Methodology (M&M) Annex (Section A.II.3.1). All of these cost metrics are derived under specific conditions that vary in practice and, hence, need to be set by assumption. These assumptions are not always clear from the literature, where such metrics are presented. Hence, comparison of the same metric taken from different studies is not always possible. For this reason, in the AR5 these metrics are generally re-calculated under specified conditions, e.g., with respect to weighted average cost of capital, based on underlying input parameters that are less sensitive to assumptions. Sensitivities to assumptions made in the AR5 are made explicit. In several cases, however, the availability of data on the parameters needed to re-calculate the relevant cost metric is very limited. In such cases, expert judgment was used to assess information on costs taken directly from the literature.

More detail on sector-specific metrics, the respective input data and assumptions used as well as the conversions required is presented in the sector-specific sections below.

References for data, justifications for assumptions, and additional context is provided in footnotes to the data tables. Footnotes are inserted at the most general level possible, i.e., footnotes are inserted at table headings where they apply to the majority of data, at column/row headings where they apply to the majority of data in the respective column/row, and at individual cells where they apply only to data points or ranges given in individual cells. Input data are included in normal font type, output data resulting from data conversions shown in figures and tables mentioned above are bolded, and intermediate outputs are italicized.

# A.III.2   Energy supply

## A.III.2.1   Approach

The emission intensity of electricity production (measured in kg $CO_2$-equivalents $(CO_2eq)$/MWh) can be used as a measure to compare the specific greenhouse gas (GHG) emissions of suggested emission mitigation options and those of conventional power supply technologies. With respect to costs, the levelized cost of energy (LCOE), measured in $USD_{2010}$/MWh, serves the same purpose.[2]

The calculation of LCOE of a technology requires data on all cash flows that occur during its lifetime (see formula in Annex II.3.1.1) as well as on the amount of energy that is provided by the respective technology. Cash flows are usually reported in some aggregate form based on widely deployed monetary accounting principles combining cash flows into different categories of expenditures and revenues that occur at varying points during the lifetime of the investment.

The applied method presents LCOE that include all relevant costs associated with the construction and operation of the investigated power plant in line with the approach in IEA (2010). Taxes and subsidies are excluded, and it is assumed that grids are available to transport the electricity. Additional costs associated with the integration of variable sources are neglected as well (see Section 7.8.2 for an assessment of these costs).

---

[1]   Note that comparability of products is not always given even for seemingly similar ones. For instance, in the case of electricity, the timing of production is crucial for the value of the product and reduces the insights that can be derived from simple comparisons of the metrics used here.

[2]   The merits and shortcomings of this method are discussed in detail in the Metrics and Methodology Annex of the WGIII AR5 (Annex II).

The input data used to calculate LCOE are summarized in Table 1 below. The conversion of input data into LCOE requires the steps outlined in the following:

**Levelized cost (LCOE) in USD$_{2010}$/MWh$_e$**

$$LCOE = \frac{\alpha \cdot I + OM + F}{E} \qquad \text{(Equation A.III.1)}$$

$$\alpha = \frac{r}{1 - (1 + r)^{-L_T}} \qquad \text{(Equation A.III.2)}$$

$$I = \frac{C}{L_B} \cdot \sum_{t=1}^{L_B} (1 + i)^t \cdot \left(1 + \frac{d}{(1+r)^{L_T}}\right) \qquad \text{(Equation A.III.3)}$$

$$OM = FOM + (VOM - REV + d_v) \cdot E \qquad \text{(Equation A.III.4)}$$

$$E = P \cdot FLH \qquad \text{(Equation A.III.5)}$$

$$F = FC \cdot \frac{E}{\eta} \qquad \text{(Equation A.III.6)}$$

Where:

- $LCOE$ is the levelized cost of electricity.
- $\alpha$ is the capital recovery factor (CRF).
- $r$ is the weighted average cost of capital (WACC—taken as either 5 % or 10 %).
- $I$ is the investment costs, including finance cost for construction at interest $i$.
- $C$ is the capital costs, excluding finance cost for construction ('overnight cost'). In order to calculate the cost for construction,

the overnight costs are equally distributed over the construction period.
- $d$ represent the decommissioning cost. Depending on the data in the literature, this is incorporated as an extra capital cost at the end of the project duration which is discounted to t = 0 (using a decommissioning factor $d$, as in (Equation A.III.3)), or as a corresponding variable cost ($d_v$ in (Equation A.III.4). d = 0.15 for nuclear energy, and zero for all other technologies (given the low impact on $LCOE$).
- $OM$ are the net annual operation and maintenance costs; summarizing fixed OM ($FOM$), variable OM ($VOM$), and variable by-product revenues ($REV$). As a default and if not stated explicitly otherwise, carbon costs (e.g., due to carbon taxes or emission trading schemes) are not taken into account in calculating the $LCOE$ values.
- $E$ is the energy (electricity) produced annually, which is calculated by multiplying the capacity ($P$) with the number of (equivalent) full load hours ($FLH$).
- $F$ are the annual fuel costs,
    - $FC$ are the fuel costs per unit of energy input, and
    - $\eta$ is the conversion efficiency (in lower heating value—LHV).
- $i$ is the interest rate over the construction loan (taken as 5 %).
- $L_T$ is the project duration (in operation), as defined in IEA (2010).
- $L_B$ is the construction period.

**Emission Intensities:**

For data, see Table AIII.2 below. For methodological issues and literature sources, see Annex II, Section A.II.9.3.

## A.III.2.2    Data

**Table A.III.1** | Cost and performance parameters of selected electricity supply technologies[i]

| Options | C | L$_B$ | FOM | VOM | REV | F |
|---|---|---|---|---|---|---|
| | Overnight capital expenditure (excl construction interest) (USD$_{2010}$/kW) | Construction time (yr) | Fixed annual operation and maintenance cost (USD$_{2010}$/kW) | Variable operation and maintenance cost (USD$_{2010}$/MWh)[ii] | Variable by-product revenue (USD$_{2010}$/MWh) | Average fuel price (USD$_{2010}$/GJ) |
| | Min/Median/Max | Avg | Min/Median/Max | Min/Median/Max | Min/Median/Max | Min/Max |
| **Currently Commercially Available Technologies** | | | | | | |
| Coal—PC[iv] | 380/2200/3900 | 5 | 0/23/75 | 0/3.4/9.0 | | 2.9/5.3 |
| Gas—Combined Cycle[v] | 550/1100/2100 | 4 | 0/7/39 | 0/3.2/4.9 | | 3.8/14 |
| Biomass—CHP[vi] | 2000/5600/11000 | 4.5 | 0/101/400 | 0/0/56 | 4/26/93[vi] | 3.3/9.3 |
| Biomass—cofiring[vi,viii] | 350/900/1800 | 1 | 13/20/20 | 0/0/2 | | 3.3/9.3 |
| Biomass—dedicated[ix] | 1900/3600/6500 | 4.5 | 42/99/500 | 0/3.8/34 | | 3.3/9.3 |
| Geothermal[ix,x] | 1000/5000/10000 | 3 | 0/0/150 | 0/1/31 | | |
| Hydropower[xi,xii] | 500/1900/8500 | 5 | 5/35/250 | 0/0/15 | | |
| Nuclear[xiii,xiv] | 1600/4300/6400 | 9 | 0/0/110 | 1.7/13/30 | | 0.74/0.87 |

| Options | C<br>Overnight capital expenditure (excl. construction interest) (USD$_{2010}$/kW)<br>Min/Median/Max | L$_0$<br>Construction time (yr)<br>Avg | FOM<br>Fixed annual operation and maintenance cost (USD$_{2010}$/kW)[i]<br>Min/Median/Max | VOM<br>Variable operation and maintenance cost (USD$_{2010}$/MWh)[i]<br>Min/Median/Max | REV<br>Variable by-product revenue (USD$_{2010}$/MWh)<br>Min/Median/Max | F<br>Average fuel price (USD$_{2010}$/GJ)<br>Min/Max |
|---|---|---|---|---|---|---|
| Concentrated Solar Power[xii, xiii] | 3700/5100/11000 | 2 | 0/50/66 | 0/0/35 | | |
| Solar PV—rooftop[xvi, xvii] | 2200/4400/5300 | 0 | 17/37/44 | 0/0/0 | | |
| Solar PV—utility[xvii, xviii] | 1700/3200/4300 | 0 | 12/20/30 | 0/0/0 | | |
| Wind onshore[xix, xx] | 1200/2100/3700 | 1.5 | 0/0/60 | 0/14/26 | | |
| Wind offshore[xix, xxi] | 2900/4400/6500 | 3.5 | 0/40/130 | 0/16/63 | | |
| **Pre-commercial Technologies** | | | | | | |
| CCS—Coal—Oxyfuel[xxii] | 2800/4000/5600 | 5 | 0/58/140 | 9.1/10/12[xxiii] | | 2.9/5.3 |
| CCS—Coal—PC[xxii] | 1700/3300/6600 | 5 | 0/45/290 | 11/15/28[xxiii] | | 2.9/5.3 |
| CCS—Coal—IGCC[xxii] | 1700/3700/6600 | 5 | 0/23/110 | 12/13/23[xxiii] | | 2.9/5.3 |
| CCS—Gas—Combined Cycle[xxii] | 1100/2000/3800 | 4 | 5/13/73 | 4.8/8.3/15[xxiii] | | 3.8/14 |
| Ocean[xxiv, xxv] | 2900/5400/12000 | 2 | 0/78/360 | 0/0.16/20 | | |

**Table A.III.1 (continued)** | Cost and performance parameters of selected electricity supply technologies[i, ii]

| Options | η<br>Plant efficiency (%)<br>Min/Median/Max | FLH<br>Capacity utilization /FLH (hr)<br>Min/Max | LT<br>Plant lifetime (yr)<br>Avg | Decommissioning cost[xxvi] | LCOE — Levelized cost of electricity (USD$_{2010}$/MWh)<br>10% WACC, high FLH, 0 USD$_{2010}$/tCO$_2$eq direct<br>Min/Median/Max | 5% WACC, high FLH, 0 USD$_{2010}$/tCO$_2$eq direct<br>Min/Median/Max | 10% WACC, low FLH, 0 USD$_{2010}$/tCO$_2$eq direct<br>Min/Median/Max | 10% WACC, high FLH, 100 USD$_{2010}$/tCO$_2$eq direct<br>Min/Median/Max |
|---|---|---|---|---|---|---|---|---|
| **Currently Commercially Available Technologies** | | | | | | | | |
| Coal—PC[iv] | 33/39/48 | 3700/7400 | 40 | | 30/78/120 | 27/61/95 | 36/120/190 | 97/150/210 |
| Gas—Combined Cycle[v] | 41/55/60 | 3700/7400 | 30 | | 34/79/150 | 31/71/140 | 43/100/170 | 69/120/200 |
| Biomass—CHP[vi] | 14/29/36 | 3500/7000 | 30 | | 85/180/400 | 71/150/330 | 130/310/610 | —[xvii] |
| Biomass—cofiring[vii] | 38/41/48 | 3700/7400 | 40 | | 65/89/110 | 49/67/88 | 100/140/170 | 160/200/260[viii,ix] |
| Biomass—dedicated[vii] | 20/31/48 | 3500/7000 | 40 | See endnote xxvi | 77/150/320 | 63/130/270 | 120/230/440 | —[xvii] |
| Geothermal[x, xi] | | 5300/7900 | 30 | | 18/89/190 | 12/60/130 | 25/130/260 | 18/89/190 |
| Hydropower[xii, xiii] | | 1800/7900 | 50 | | 9/35/150 | 6/22/95 | 40/160/630 | 9/35/150 |
| Nuclear[xiv] | 33/33/34 | 3700/7400 | 60 | | 45/99/150 | 32/65/94 | 72/180/260 | 45/99/150 |
| Concentrated Solar Power[xii, xv] | | 2200/3500 | 20 | | 150/200/310 | 110/150/220 | 220/320/480 | 150/200/310 |
| Solar PV—rooftop[xvi, xvii] | | 1100/2400 | 25 | | 110/220/270 | 74/150/180 | 250/490/600 | 110/220/270 |
| Solar PV—utility[xvii, xviii] | | 1200/3400 | 25 | | 84/160/210 | 56/110/130 | 170/310/400 | 84/160/210 |
| Wind onshore[xix, xx] | | 1800/3500 | 25 | | 51/84/160 | 35/59/120 | 92/160/300 | 51/84/160 |
| Wind offshore[xix, xxi] | | 2600/3900 | 25 | | 110/170/250 | 80/120/180 | 160/240/350 | 110/170/250 |
| **Pre-commercial Technologies** | | | | | | | | |
| CCS—Coal—Oxyfuel[xxii] | 32/35/41 | 3700/7400 | 40 | | 90/120/170 | 71/100/130 | 140/180/270 | 92/130/180 |
| CCS—Coal—PC[xxii] | 28/30/43 | 3700/7400 | 40 | | 69/130/200 | 57/110/150 | 97/210/310 | 78/150/210 |
| CCS—Coal—IGCC[xxii] | 30/32/35 | 3700/7400 | 40 | | 75/120/200 | 63/100/150 | 100/180/310 | 85/140/210 |
| CCS—Gas—Combined Cycle[xxii] | 37/47/54 | 3700/7400 | 30 | | 52/100/210 | 45/86/190 | 70/140/270 | 55/110/220 |
| Ocean[xxiv, xxv] | | 7000/5300 | 20 | | 82/150/300 | 60/110/210 | 200/390/780 | 82/150/300 |

AIII

Notes:

[i] General: Input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized. Note that many input parameters (C, FOM, VOM, and η) are not independent from each other; they come in parameter sets. Parameters that are systematically varied to obtain output values include fuel prices, WACC, and full load hours (FLH). Lifetimes and construction times are set to standard values. The range in levelized cost of electricity (LCOE) results from calculating two LCOE values for individual parameter set, one at a low and one at a high fuel price, for the number of individual parameter sets available per technology. Variation with WACC and with FLHs is shown in separate output columns. This approach is different from the IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation (SRREN) (IPCC, 2011), where input parameters were considered as independent from each other and the lowest (highest) LCOE value resulted from taking all best-case (worst-case) parameter values.

[ii] General: Comparison of data on capital expenditures with values presented in SRREN (IPCC, 2011) are only possible to limited degrees, since the datasets used in the AR5 reflect a larger sample of projects (including those with more extreme costs) than in the SRREN.

[iii] General: Some literature references only report on fixed OM costs (FOM), some only on variable OM costs (VOM), some on both, and some none. The data in the FOM and VOM columns show the range found in literature. Hence, note that these FOM and VOM values cannot be combined to derive total OM costs. The range of levelized costs of electricity shown in the table is the result of calculations for the individual combinations of parameters found in the literature.

[iv] Coal PC (Pulverized Coal): Black and Veatch (2012), DEA (2012), IEA/NEA (2010), IEA (2013a), IEA-RETD (2013), Schmidt et al. (2012), US EIA (2013).

[v] Gas Combined Cycle: Black and Veatch (2012), DEA (2012), IEA/NEA (2010), IEA (2011),IEA (2013a), IEA-RETD (2013), Schmidt et al. (2012), US EIA (2013).

[vi] Biomass: Black and Veatch (2012), DEA (2012), IPCC-SRREN (2011), IRENA (2012), Augustine et al. (2012), US EIA (2013).

[vii] Biomass CHP (Combined Heat and Power): Revenues from heat from CHP are assumed to be the natural gas price divided by 90% (this is the assumed reference boiler efficiency). It is assumed that one-third of the heat production is marketable, caused by losses and seasonal demand changes. This income is subtracted from the variable operation and maintenance costs (proportional to the amount of heat produced per unit of power), where applicable. Only heat production from biomass-CHP is treated in this manner.

[viii] Biomass Co-firing: Capital costs for co-firing as reported in literature (and the summary table) represent an investment to upgrade a dedicated coal power plant to a co-firing installation. The LCOEs shown in the summary table are those of the total upgraded plant. For the calculation of the LCOEs, the capital costs of the co-firing upgrade are added to the median coal PC capital costs. Fuel costs are obtained by weighting coal and biomass costs with their share in the fuel mix (with biomass shares ranging between 5% and 20%). To calculate specific emissions, the dedicated biomass emissions and (pulverized) coal emissions were added, taking into account biomass shares ranging between 5% and 20%. In the direct emissions coal-related emissions are shown, while the biomass related emissions are shown in column n (Biogenic, geogenic $CO_2$ and albedo), indicating indirect emissions. We applied an efficiency of 35% to the coal part of the combustion.

[ix] Geothermal: This category includes both flash steam and binary cycle power plants. Data on costs show wide ranges, depending on specific conditions. Geothermal (binary plant) LCOE averages have increased by 39% since the SRREN (BNEF, and Frankfurt and School-UNEP Centre, 2013). Low-end estimate is from Augustine et al. (2012) for a flash plant at higher temperatures; the high-end estimate is from Black and Veatch and based on enhanced geothermal systems, which are not fully commercialized. IRENA (2013) reports values down to 1400 $USD_{2011}$/kW.

[x] Geothermal: Black and Veatch (2012), IEA (2013a), Augustine et al. (2012), Schmidt et al. (2012), UK CCC (2011), US EIA (2013).

[xi] Hydropower: This includes both run-of-the-river and reservoir hydropower, over a wide range of capacities. Project data from recent IRENA inventories are incorporated, showing a wider range than reported in SRREN. High-end of capital expenditures refers to Japan, but other sources also report these higher values.

[xii] Hydropower: Black and Veatch (2012), IEA (2013a),IEA-RETD (2013), IRENA (2012), Schmidt et al. (2012), UK CCC (2011), US EIA (2013).

[xiii] Nuclear: Limited recent data and/or original data are available in the published literature. More recent, (grey literature) sources provide investment cost and LCOE estimates that are considerably higher than the ones shown here (Brandão et al., 2012). Nuclear fuel prices (per GJ input) are based on fuel cycle costs (usually expressed per MWh generated), assuming a conversion efficiency of 33%. They include the front-end (Uranium mining and milling, conversion, enrichment, and fuel fabrication) and back-end (spent fuel transport, storage, reprocessing, and disposal) costs of the nuclear fuel cycle (see IEA and NEA, 2010).

[xiv] Nuclear: IAEA (2012), EPRI (2011), IEA/NEA (2010), Rangel and Lévêque (2012), UK CCC (2011), US EIA (2013).

[xv] Concentrated Solar Power: This includes both CSP with storage as well as CSP without storage. To prevent an overestimation of the LCOE for CSP with storage, full load hours were used that are directly linked to the design of the system (in- or excluding storage). Project data from recent IRENA inventories are incorporated, showing a wider range than reported in SRREN. High-end value comes from IRENA (solar tower, 6-15 hours of storage). Low-end comes from IEA and is supported by IRENA data.

[xvi] Concentrated Solar Power: Black and Veatch (2012), IEA (2013a), IRENA (2012), US EIA (2013).

[xvii] Solar Photovoltaic: IEA (2013a), IRENA (2013), JRC (2012), LBNL (2013), UK CCC (2011), US EIA (2013).

[xviii] Solar Photovoltaic: Solar PV module prices have declined substantially since the SRREN (IPCC, 2011), accounting for much of the decline in capital costs shown here relative to those used in SRREN. The LCOE of (crystalline silicon) photovoltaic systems fell by 57% since 2009 (BNEF, and Frankfurt and School-UNEP Centre, 2013).

[xix] Wind: Black and Veatch (2012), DEA (2012), IEA (2013a), IEA-RETD (2013), IRENA (2012), JRC (2012), UK CCC (2011), US DoE (2013), US EIA (2013).

[xx] Wind onshore: High-end of capital expenditures is taken from IEA-RETD study (Mostajo Veiga et al., 2013) for Japan. The capital costs presented here show a higher upper end than in the SRREN, and reflect generally smaller wind projects or projects located in remote or otherwise-costly locations. Data from IRENA for Other Asia and Latin America show cost ranges well beyond SRREN. In some regions of the world, wind projects have been increasingly located in lower-quality wind resource sites since the publication of the SRREN (due in part to scarcity of developable higher-quality sites). The FLHs on wind projects, however, have not necessarily decreased -- and in many cases have increased -- due to a simultaneous trend towards longer rotors and higher hub heights. Wind onshore average LCOE have decreased by 15% (BNEF, and Frankfurt and School-UNEP Centre, 2013).

[xxi] Wind offshore: Offshore wind costs have generally increased since the SRREN, partially explaining the higher upper-end of the cost range shown here. Average LCOE of off-shore wind have increased by 44% (BNEF, and Frankfurt and School-UNEP Centre, 2013). Higher capital expenditures reported here are in line with market experiences, i.e., a tendency to more remote areas, deeper seas, higher construction costs and higher steel prices.

[xxii] Carbon Dioxide Capture and Storage (CCS): Black and Veatch (2012), DEA (2012), Herzog (2011), IPCC-SRCCS (2005), Klara and Plunkett (2010), US EIA (2013), Versteeg and Rubin (2011), IEA (2011).

[xxiii] Carbon Dioxide Capture and Storage: Includes transport and storage costs of $USD_{2010}$10/$tCO_2$.

[xxiv] Ocean: Ocean includes both tidal and wave energy conversion technologies. The high-end of capital expenditures is for wave energy DEA (2012). Since the SRREN, marine wave and tidal average LCOE have increased by 36 and 49% respectively (BNEF, and Frankfurt and School-UNEP Centre, 2013).

[xxv] Ocean: Black and Veatch (2012), DEA (2012), UK CCC (2011).

[xxvi] General: Some literature references report decommissioning costs under VOM. If decommissioning costs are not given, default assumptions are made (see 'Definition of additional parameters').

[xxvii] Biomass: Due to the complexities involved in estimating GHG emissions from biomass, no estimates for LCOE at a positive carbon price are given here.

[xxviii] Biomass co-firing: Only direct emissions of coal share in fuel consumption are considered to calculate LCOE at a carbon price of 100 $USD_{2011}$/$tCO_2$eq.

Annex III                                                    **Technology-specific Cost and Performance Parameters**

**Table A.III.2 |** Emissions of selected electricity supply technologies (gCO$_2$eq/kWh)[i]

| Options | Direct emissions | Infrastructure & supply chain emissions | Biogenic CO$_2$ emissions and albedo effect | Methane emissions | Lifecycle emissions (incl. albedo effect) |
|---|---|---|---|---|---|
| | Min/Median/Max | | Typical values | | Min/Median/Max |
| **Currently Commercially Available Technologies** | | | | | |
| Coal—PC | 670/760/870 | 9.6 | 0 | 47 | 740/820/910 |
| Gas—Combined Cycle | 350/370/490 | 1.6 | 0 | 91 | 410/490/650 |
| Biomass—cofiring | n.a.[ii] | – | – | – | 620/740/890[iii] |
| Biomass—dedicated | n.a.[ii] | 210 | 27 | 0 | 130/230/420[iv] |
| Geothermal | 0 | 45 | 0 | 0 | 6.0/38/79 |
| Hydropower | 0 | 19 | 0 | 88 | 1.0/24/2200 |
| Nuclear | 0 | 18 | 0 | 0 | 3.7/12/110 |
| Concentrated Solar Power | 0 | 29 | 0 | 0 | 8.8/27/63 |
| Solar PV—rooftop | 0 | 42 | 0 | 0 | 26/41/60 |
| Solar PV—utility | 0 | 66 | 0 | 0 | 18/48/180 |
| Wind onshore | 0 | 15 | 0 | 0 | 7.0/11/56 |
| Wind offshore | 0 | 17 | 0 | 0 | 8.0/12/35 |
| **Pre-commercial Technologies** | | | | | |
| CCS—Coal—Oxyfuel | 14/76/110 | 17 | 0 | 67 | 100/160/200 |
| CCS—Coal—PC | 95/120/140 | 28 | 0 | 68 | 190/220/250 |
| CCS—Coal—IGCC | 100/120/150 | 9.9 | 0 | 62 | 170/200/230 |
| CCS—Gas—Combined Cycle | 30/57/98 | 8.9 | 0 | 110 | 94/170/340 |
| Ocean | 0 | 17 | 0 | 0 | 5.6/17/28 |

Notes:

[i]   For a comprehensive discussion of methodological issues and underlying literature sources see Annex II, Section A.II.9.3. Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

[ii]  Direct emissions from biomass combustion at the power plant are positive and significant, but should be seen in connection with the CO$_2$ absorbed by growing plants. They can be derived from the chemical carbon content of biomass and the power plant efficiency. For a comprehensive discussion see Chapter 11, Section 11.13. For co-firing, carbon content of coal and relative fuel shares need to be considered.

[iii] Indirect emissions for co-firing are based on relative fuel shares of biomass from dedicated energy crops and residues (5-20%) and coal (80-95%).

[iv]  Lifecycle emissions from biomass are for dedicated energy crops and crop residues. Lifecycle emissions of electricity based on other types of biomass are given in Chapter 7, Figure 7.6. For a comprehensive discussion see Chapter 11, Section 11.13.4. For a description of methodological issues see Annex II of this report.

AIII

# A.III.3   Transport

## A.III.3.1   Approach

The following tables provide a limited number of examples of transport modes and technologies in terms of their typical potential $CO_2$eq emissions per passenger kilometre (p-km) and freight tonne kilometre (t-km), now and in the 2030 timeframe. Estimates of mitigation cost ranges ($USD_{2010}$/t$CO_2$eq avoided) are also provided for the limited set of comparisons where data were available. Mitigation cost ranges for HDVs, shipping and air travel were taken directly from the literature. For sport utility vehicles (SUVs) and light duty vehicles (LDVs), specific mitigation costs were re-calculated for well-defined conditions based on basic input parameter sets (see equations and data provided below). The methodology to calculate specific mitigation costs, also called levelized cost of conserved carbon (LCCC), is discussed in Annex II. Future estimates of both emission intensities and specific mitigation costs are highly uncertain and depend on a range of assumptions.

The variation in emission intensities reflects variation in vehicle efficiencies together with narrow ranges for vehicle occupancy rates, or reflects estimates extracted directly from the literature. No cost uncertainty analysis was conducted. As mentioned above, mitigation cost ranges for HDVs, shipping, and air travel were taken directly from the literature. A standardized uncertainty range of +/- 100 $USD_{2010}$/t$CO_2$eq was used for SUVs and LDVs. Some parameters such as $CO_2$eq emitted from electricity generation systems and well-to-wheel $CO_2$eq emission levels from advanced biofuels should be considered as specific examples only.

This approach was necessary due to a lack of comprehensive studies that provide estimates across the full range of vehicle and technology types. Therefore, possible inconsistencies in assumptions and results mean that the output ranges provided here should be treated with caution. The output ranges shown are more indicative than absolute, as suggested by the fairly wide bands for most emission intensity and mitigation cost results.

The meta-analysis of mitigation cost for alternative road transport options was conducted using a 5% discount rate and an approximate vehicle equipment life of 15 years. No fuel or vehicle taxes were included. Assumptions were based on the literature review provided throughout Chapter 8 and the estimates shown in Tables 8.1 and 8.2. Changes in assumptions could result in quite different results.

Some of the key assumptions are included in footnotes below the tables. Further information is available upon request from authors of Chapter 8.

Where emission intensities and LCCC were re-calculated based on specific input data, those inputs are summarized in Table 1 below. The conversion of input data into emission intensities and LCCC requires the steps outlined in the following:

**Emissions per useful distance travelled (t$CO_2$eq/p-km and t$CO_2$eq/t-km)**

$$EI = \frac{VEff_i \cdot FCI_i}{OC_i} \cdot \beta \qquad \text{(Equation A.III.7)}$$

Where:

- $EI$ is the emission intensity
- $VEff$ is the typical vehicle efficiency
- $FCI$ is the fuel carbon intensity
- $OC$ is the vehicle occupancy
- $\beta$ is a unit conversion factor

**Levelized Cost of Conserved Carbon ($USD_{2010}$/t$CO_2$eq )**

$$LCCC_i = \frac{\Delta E}{\Delta C} \qquad \text{(Equation A.III.8)}$$

$$\Delta E = \alpha \Delta I + \Delta F \qquad \text{(Equation A.III.9)}$$

$$\alpha = \frac{r}{1 - (1 + r)^{-L}} \qquad \text{(Equation A.III.10)}$$

$$\Delta F = (VEff_i \cdot AD_i \cdot FC_i - VEff_j \cdot AD_j \cdot FC_j) \cdot \gamma \qquad \text{(Equation A.III.11)}$$

$$\Delta C = (VEff_j \cdot FCI_j \cdot AD_j - VEff_i \cdot FCI_i \cdot AD_i) \cdot \eta \qquad \text{(Equation A.III.12)}$$

Where:

- $\Delta E$ is the annualized travel cost increment
- $\Delta C$ is the difference in annual $CO_2$eq emissions of alternative $i$ and baseline vehicle $j$, i.e., the amount of $CO_2$eq saved
- $\alpha$ is the capital recovery factor (CRF).
- $\Delta I$ is the difference in purchase cost of baseline and the alternative vehicle
- $\Delta F$ is the difference in annualized fuel expenditures of alternative $i$ and baseline vehicle $j$
- $r$ is the weighted average cost of capital (WACC)
- $L$ is the vehicle lifetime
- $VEff$ is the typical vehicle efficiency as above, but in calculations for $\Delta FC$ and $\Delta C$ average typical vehicle efficiency is used.
- $AD$ is the average annual distance travelled
- $FC_i$ is average unit fuel purchase cost (taxes or subsidies excluded) of fuel used in vehicle $i$
- $\gamma$ and $\eta$ are unit conversion factors

Remarks:

Variation in output $EI$ derives from variation of vehicle fuel consumption $VEff$ and vehicle occupancy $OC$.

## A.III.3.2    Data

**Table A.III.3 |** Passenger transport—currently commercially available technologies[i]

| Option | VEff<br>Vehicle fuel consumption (l/100km for fossil fuel; kWh/km for electricity)[ii] | FCI<br>$CO_2$eq intensity of fuel[iii] | OC<br>Vehicle occupancy (capita)[iv] | ΔI<br>Vehicle price markup on baseline (Incremental capital expenditure) (USD$_{2010}$)[v] | L<br>Vehicle lifetime (yrs)[vi] | AD<br>Annual distance travelled (km/yr)[vii] |
|---|---|---|---|---|---|---|
| **Aviation (commercial, medium to long haul)** | | | | | | |
| 2010 Stock Average | – | 73 g/MJ | – | – | – | – |
| Narrow and Wide Body | – | 73 g/MJ | – | baseline | – | – |
| **Rail (Light Rail Car)** | | | | | | |
| Electric, 600 g $CO_2$eq/kWh$_{el}$ | 1.3–2.0 | 600 g/kWh | 60–80 | – | – | – |
| Electric, 200 g $CO_2$eq/kWh$_{el}$ | 1.3–2.0 | 200 g/kWh | 60–80 | – | – | – |
| **Road** | | | | | | |
| *New Buses, Large Size* | | | | | | |
| Diesel | 36–42 | 3.2 kg/l | 40–50 | – | – | – |
| Hybrid Diesel | 25–29 | 3.2 kg/l | 40–50 | – | – | – |
| *New Sport Utility Vehicles (SUV), Mid-Size* | | | | | | |
| 2010 Stock average SUV | 10–14 | 2.8 kg/l | 1.5–1.7 | – | 15 | 15,000 |
| Gasoline | 9.6–12 | 2.8 kg/l | 1.5–1.7 | baseline | 15 | 15,000 |
| Hybrid Gasoline (25 % better) | 7.2–9 | 2.8 kg/l | 1.5–1.7 | 5000 | 15 | 15,000 |
| *New Light Duty Vehicles (LDV), Mid-Size* | | | | | | |
| 2010 Stock average LDV | 8–11 | 2.8 kg/l | 1.5–1.7 | – | 15 | 15,000 |
| Gasoline | 7.8–9 | 2.8 kg/l | 1.5–1.7 | baseline | 15 | 15,000 |
| Hybrid Gasoline (28 % better) | 5.6–6.5 | 2.8 kg/l | 1.5–1.7 | 3000 | 15 | 15,000 |
| Diesel | 5.9–6.7 | 3.2 kg/l | 1.5–1.7 | 2500 | 15 | 15,000 |
| CNG | 7.8–9 | 2.1 kg/l | 1.5–1.7 | 2000 | 15 | 15,000 |
| Electric, 600 g $CO_2$eq/kWh$_{el}$ | 0.24–0.3 | 600 g/kWh | 1.5–1.7 | 16000 | 15 | 15,000 |
| Electric, 200 g $CO_2$eq/kWh$_{el}$ | 0.24–0.3 | 200 g/kWh | 1.5–1.7 | 16000 | 15 | 15,000 |
| *New 2-Wheelers (Scooter up to 200 cm³ cylinder capacity)* | | | | | | |
| 2010 Stock Average | 1.5–2.5 | 2.8 kg/l | 1.1–1.3 | – | – | – |
| Gasoline | 1.1–1.9 | 2.8 kg/l | 1.1–1.3 | – | – | – |

Technology-specific Cost and Performance Parameters                                                                 Annex III

Table A.III.3 (continued) | Passenger transport—currently commercially available technologies

| Option | FC | EI | ΔE | ΔC | LCCC$_{5\%}$ |
|---|---|---|---|---|---|
| | Average annual fuel purchase cost (USD$_{2010}$/l for fossil fuel; UScents$_{2010}$/kWh)[i] | Emissions per useful distance travelled (gCO$_2$eq/p-km) | Annualized travel cost increment (USD$_{2010}$/yr) | Annual CO$_2$eq savings from vehicle switch (tCO$_2$eq/yr) | Levelized cost of conserved carbon at 5% WACC (USD$_{2010}$/tCO$_2$eq) |
| **Aviation (commercial, medium to long haul)** | | | | | |
| 2010 Stock Average | – | 80–218[ii] | – | – | – |
| Narrow and Wide Body | – | 66–95[v] | – | – | –200[xi] |
| **Rail (Light Rail Car)** | | | | | |
| Electric, 600 g CO$_2$eq/kWh$_{el}$ | – | 10–20 | – | – | – |
| Electric, 200 g CO$_2$eq/kWh$_{el}$ | – | 3.3–6.7 | – | – | – |
| **Road** | | | | | |
| *New Buses, Large Size* | | | | | |
| Diesel | – | 23–34 | – | – | – |
| Hybrid Diesel | – | 16–24 | – | – | – |
| *New Sport Utility Vehicles (SUV), Mid-Size* | | | | | |
| 2010 Stock average SUV | 0.81 | 160–260 | – | – | – |
| Gasoline | 0.81 | 160–220 | *baseline* | *baseline* | *baseline* |
| Hybrid Gasoline (25% better) | 0.81 | 120–170 | *150* | *1.1* | 140 |
| *New Light Duty Vehicles (LDV), Mid-Size* | | | | | |
| 2010 Stock average LDV | 0.81 | 130–200 | – | – | – |
| Gasoline | 0.81 | 130–170 | *baseline* | *baseline* | *baseline* |
| Hybrid Gasoline (28% better) | 0.81 | 92–120 | *2.5* | *1.0* | 2.6 |
| Diesel | 0.81 | 110–150 | *–15* | *0.43* | –35 |
| CNG | 0.35 | 97–130 | *–390* | *0.83* | –470 |
| Electric, 600 g CO$_2$eq/kWh$_{el}$ | 0.12 | 85–120 | *1000* | *1.1* | 950 |
| Electric, 200 g CO$_2$eq/kWh$_{el}$ | 0.12 | 28–40 | *1000* | *2.7* | 370 |
| *New 2-Wheelers (Scooter up to 200 cm³ cylinder capacity)* | | | | | |
| 2010 Stock Average | – | 32–63 | – | – | – |
| Gasoline | – | 24–47 | – | – | – |

Notes:

[i]   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

[ii]  Vehicle fuel economy estimates for road vehicles based on IEA (2012a) and IEA Mobility Model (MoMo) data values, using averages for stock and new vehicles around the world to establish ranges. For rail, water, and air these estimates are based on a range of studies, see Chapter 8 Section 8.3. Rail estimates were based on expert judgment.

[iii] CO$_2$eq fuel intensities are based on IPCC (2006). CO$_2$eq intensities of electricity based on generic low and high carbon power systems. Well-to-wheel estimates from a range of sources, and specific examples as indicated in tables.

[iv]  Occupancy rates for trains, buses, SUVs, LDVs, and 2-wheelers based on IEA Mobility Model averages from around the world. Bus and rail represent relatively high intensity usage; average loadings in some countries and regions will be lower.

[v]   Vehicle purchase price increments for LDVs based primarily on NRC (2013) and IEA (2012a).

[vi]  For LDVs, vehicle lifetime-kilometres set to 156,000 kms based on discounting 15 years and 15,000 km per year. Other vehicle type assumptions depend on literature. No normalization was attempted.

[vii] Annual distance travelled as described above.

[viii] Fuel prices are point estimates based on current and projected future prices in IEA (2012b). Variation in relative fuel prices can have significant impacts on transport costs and LCCC. Though no cost uncertainty analysis was performed, cost ranges were used where available and a standardized USD$_{2010}$100/tCO$_2$eq uncertainty range was added around all final point estimates.

[ix]  Current energy consumption per passenger kilometre is 1.1–3 MJ/p-km (IEA, 2009a).

[x]   Based on TOSCA (2011, Table S-1). Slightly wider range for new/very new to account for range of load factors and distances.

[xi]  Based on IEA and TOSCA analysis. IEA based on 30 years, 10% discount rate.

**Table A.III.4 |** Passenger transport—future (2030) expected technologies[i]

| Option | VEff<br>Vehicle fuel consumption (l/100km) | FCI<br>$CO_2$eq intensity of fuel[ii] | OC<br>Vehicle occupancy (capita) [iii] | ΔI<br>Vehicle price mark-up on baseline (Incremental capital expenditure) $(USD_{2010})$[iv] | L<br>Vehicle lifetime (yrs) [v] | AD<br>Annual distance travelled (km/yr) [vi] |
|---|---|---|---|---|---|---|
| **Aviation** | | | | | | |
| Narrow Body (20 % better) | – | – | –[vii] | – | 15 | – |
| Narrow Body, Open Rotor Engine (33 % better) | – | – | –[vii] | – | 15 | – |
| **Road** | | | | | | |
| *Optimized Sport Utility Vehicles (SUV), Mid-Size* | | | | | | |
| Gasoline (40 % better) | 5.8–7.2 | 2.8 kg/l | 1.5–1.7 | 3500[viii], future baseline | 15 | 15,000 |
| Hybrid Gasoline (50 % better) | 4.8–6[ix] | 2.8 kg/l | 1.5–1.7 | 1200 | 15 | 15,000 |
| *Optimized Light Duty Vehicles (LDV), Mid-Size* | | | | | | |
| Gasoline (40 % better) | 4.7–5.4[x] | 2.8 kg/l | 1.5–1.7 | 2500[viii], future baseline | 15 | 15,000 |
| Hybrid Gasoline (50 % better) | 3.9–4.5[x] | 2.8 kg/l | 1.5–1.7 | 1000 | 15 | 15,000 |
| Hybrid Gasoline/Biofuel (50/50 share) (Assuming 70 % less $CO_2$eq/MJ biofuel than/MJ gasoline) | 3.9–4.5[x] | 2.8 kg/l | 1.5–1.7 | 1000 | 15 | 15,000 |
| Diesel Hybrid | 3.3–3.8[xi] | 3.2 kg/l | 1.5–1.7 | 1700 | 15 | 15,000 |
| CNG Hybrid | 3.9–4.5 [x] | 2.1 kg/l | 1.5–1.7 | 1200 | 15 | 15,000 |
| Electric, 200 g $CO_2$eq/kWh[xii] | 0.19–0.26[xiii] | 200 g/kWh | 1.5–1.7 | 3600 | 15 | 15,000 |

AIII

**Technology-specific Cost and Performance Parameters**                                      **Annex III**

Table A.III.4 (continued) | Passenger transport—future (2030) expected technologies[i]

| Option | FC | EI | ΔE | ΔC | LCCC$_{5\%}$ |
|---|---|---|---|---|---|
| | Average annual fuel purchase cost (USD$_{2010}$/l for fossil fuel; UScents$_{2010}$/kWh)[xiv] | Emissions per useful distance travelled (gCO$_2$eq/p-km) | Annualized travel cost increment (USD$_{2010}$/yr) | Annual CO$_2$eq savings from vehicle switch (tCO$_2$eq/yr) | Levelized cost of conserved carbon at 5% WACC (USD$_{2010}$/tCO$_2$eq) |
| **Aviation** | | | | | |
| Narrow Body (20% better) | – | – | – | – | 0–150 |
| Narrow Body, Open Rotor Engine (33% better) | – | 44–63[xv] | – | – | 0–350 |
| **Road** | | | | | |
| *Optimized Sport Utility Vehicles (SUV), Mid-Size* | | | | | |
| Gasoline (40% better) | 0.93 | 94–130 | −190[xvi] | 1.8[xvi] | −110[xvi] |
| Hybrid Gasoline (50% better) | 0.93 | 78–110 | −440 | 2.2 | −200 |
| *Optimized Light Duty Vehicles (LDV), Mid-Size* | | | | | |
| Gasoline (40% better) | 0.93 | 76–100 | −230[xvii] | 1.4[xvii] | −160[xvii] |
| Hybrid Gasoline (50% better) | 0.93 | 64–83 | −21 | 0.35 | −61 |
| Hybrid Gasoline/Biofuel (50/50 share) (Assuming 70% less CO$_2$eq/MJ biofuel than/MJ gasoline) | 0.93 | 41–54 | 38 | 1.0 | 39 |
| Diesel Hybrid | 0.93 | 63–83 | −15 | 0.36 | −43 |
| CNG Hybrid | 0.44 | 48–63 | −310 | 0.77 | −410 |
| Electric, 200 g CO$_2$eq/kWh$_{el}$ | 0.13 | 23–35 | 86 | 1.4 | 61 |

Notes:
[i]  Only those options, where data were available and where significant advances are expected are listed. Other transport options, such as trains, buses and 2-wheelers will remain relevant means of transport in the future but are not covered due to data limitations. Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.
[ii]  CO$_2$eq fuel intensities are based on IPCC (2006). CO$_2$eq intensities of electricity are based on generic low and high carbon power systems. Well-to-wheel estimates from a range of sources, and specific examples as indicated in tables.
[iii]  Occupancy rates for trains, buses, SUVs, LDVs, 2-wheelers based on IEA Mobility Model averages from around the world. Bus and rail represent relatively high intensity usage; average loadings in some countries and regions will be lower.
[iv]  Future vehicle purchase price mark ups based primarily on NRC (2013) and NRC (2010), also IEA (2009a), TIAX (2011), TOSCA (2011), Horton G. (2010) and other sources.
[v]  For LDVs, vehicle lifetime-kilometres set to 156,000 km based on discounting 15 years and 15,000 km per year. Other vehicle type assumptions depend on literature. No normalization was attempted.
[vi]  Annual distance travelled as described above.
[vii]  Horton G. (2010) gives ranges from 100 to 150 for Boeing 737-800 and 350 to 500 for Airbus A380.
[viii]  Relative to 2010 baseline.
[ix]  Based on NRC (2013) and other studies, see Section 8.3.
[x]  Based on NRC (2013) and other studies, see Section 8.3.
[xi]  Fuel consumption of future hybrid gasoline, hybrid gasoline/biofuel, and hybrid CNG based on NRC (2013) and other studies, see Section 8.3.
[xii]  Fuel consumption of future diesel based on NRC (2013) and other studies, see Section 8.3.
[xiii]  Fuel consumption of future electric based on NRC (2013) and other studies, see Section 8.3.
[xiv]  Future fuel prices based on IEA (2012b). These are point estimates—variation in relative fuel prices can have significant impacts on transport costs and LCCC.
[xv]  Value results from assumption of 33% improvement relative to current new narrow and medium body aircrafts based on TOSCA (2011) and Horton G. (2010).
[xvi]  Relative to 2010 gasoline SUV at 2010 fuel price of 0.81 USD$_{2010}$/l.
[xvii]  Relative to 2010 gasoline LDV at 2010 fuel price of 0.81 USD$_{2010}$/l.

**Table A.III.5 |** Freight transport—currently commercially available technologies[i]

| Option | VEff | FCI | OC | ΔI | L | AD |
|---|---|---|---|---|---|---|
| | Vehicle fuel consumption (l/100km) | $CO_2$eq intensity of fuel[j] | Vehicle load (t) | Vehicle price markup on baseline (Incremental capital expenditure) (USD$_{2010}$) | Vehicle lifetime | Annual distance travelled (km/yr) |
| **Aviation (commercial, long haul)**[k] | | | | | | |
| 2010 Stock Average | – | – | – | – | – | – |
| Dedicated Aircraft | – | – | – | – | – | – |
| Belly-hold | – | – | – | – | – | – |
| **Rail (freight train)**[l] | | | | | | |
| Diesel, light goods | – | – | – | – | – | – |
| Diesel, heavy goods | – | – | – | – | – | – |
| Electric, 200g $CO_2$eq/kWh$_{el}$ | – | – | – | – | – | – |
| **Maritime**[v] | | | | | | |
| Current Average International Shipping | – | – | – | – | – | – |
| New Large International Container Vessel[M] | – | – | – | – | – | – |
| Large Bulk Carrier/Tanker[nl] | – | – | – | – | – | – |
| LNG Bulk Carrier[nll] | – | – | – | – | – | – |
| **Road**[n] | | | | | | |
| *New Medium Duty Trucks* | | | | | | |
| 2010 Stock Average | 16–24 | 3.2 kg/l | 1.6–1.9 | – | – | – |
| Diesel | 14–18 | 3.2 kg/l | 1.6–1.9 | – | – | – |
| Diesel Hybrid | 11–14 | 3.2 kg/l | 1.6–1.9 | – | – | – |
| CNG | 18–23 | 2.1 kg/l | 1.6–1.9 | – | – | – |
| *New Heavy Duty, Long-Haul Trucks* | | | | | | |
| 2010 Stock Average | 28–44 | 3.2 kg/l | 8–12 | – | – | – |
| Diesel | 25–32 | 3.2 kg/l | 8–12 | – | – | – |
| CNG | 31–40 | 2.1 kg/l | 8–12 | – | – | – |

AIII

Technology-specific Cost and Performance Parameters                                                                        Annex III

**Table A.III.5 (continued)** | Freight transport—currently commercially available technologies [i]

| Option | FC | EI | ΔE | ΔC | LCCC$_{5\%}$ |
|---|---|---|---|---|---|
| | Average annual fuel purchase cost (USD$_{2010}$/l for fossil fuel; UScents$_{2010}$/kWh) | Emissions per useful distance travelled (gCO$_2$eq/t-km) | Annualized travel cost increment (USD$_{2010}$/yr) | Annual CO$_2$eq savings from vehicle switch (tCO$_2$eq/yr) | Levelized cost of conserved carbon at 5% WACC (USD$_{2010}$/tCO$_2$eq) |
| **Aviation (commercial, long haul)** [ii] | | | | | |
| 2010 Stock Average | – | 550–740 | – | – | – |
| Dedicated Aircraft | – | 500–820 | – | – | –200 [x] |
| Belly-hold | – | 520–700 [xi] | – | – | – |
| **Rail (freight train)** [iv] | | | | | |
| Diesel, light goods | – | 26–33 | – | – | – |
| Diesel, heavy goods | – | 18–25 | – | – | – |
| Electric, 200g CO$_2$eq/kWh$_e$ | – | 6–12 | – | – | – |
| **Maritime** [v] | | | | | |
| Current Average International Shipping | – | 10–40 | – | – | – |
| New Large International Container Vessel [vi] | – | 10–20 | – | – | – |
| Large Bulk Carrier/Tanker [vii] | – | 3–6 | – | – | – |
| LNG Bulk Carrier [viii] | – | 9–13 | – | – | – |
| **Road** [ix] | | | | | |
| *New Medium Duty Trucks* | | | | | |
| 2010 Stock Average | – | **270–490** | – | – | – |
| Diesel | – | **240–370** | – | – | – |
| Diesel Hybrid | – | **180–270** | – | – | – |
| CNG | – | **200–300** | – | – | – |
| *New Heavy Duty, Long-Haul Trucks* | | | | | |
| 2010 Stock Average | – | **76–180** | – | – | – |
| Diesel | – | **70–130** | – | – | – |
| CNG | – | **60–110** | – | – | – |

Notes:
[i]     Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.
[ii]    CO$_2$eq fuel intensities are based on IPCC (2006). CO$_2$eq intensities of electricity based on generic low and high carbon power systems. Well-to-wheel estimates from a range of sources, and specific examples as indicated in tables.
[iii]   These baseline carbon intensity values for long haul air freight are based on mean estimates from DEFRA (2013). They relate to Boeing 747 and 757 air freight with an average carrying capacity of 84 tonnes and load factor of 69%. High and low estimates set at 15% above and below the means to reflect differences in the energy efficiency of different aircraft types operating with differing load factors.
[iv]    The carbon intensity values for rail freight are based mainly on analyses by DEFRA (2013) and EcoTransit (2011). Expert judgment has been exercised to allow for international differences in the age, capacity, and efficiency of railway rolling stock and railway operating practices.
[v]     Estimates are derived mainly from DEFRA (2012). This source presents mean carbon intensity values for particular types and size ranges of vessels. The ranges around these means allow for differences in actual vessel size, loading, and energy efficiency on the basis of expert judgment.
[vi]    Carrying more than 8000 twenty-foot equivalent units (TEU).
[vii]   100-200,000 dead weight tonnes.
[viii]  100-200,000 cubic metres.
[ix]    Truck CO$_2$eq/t-km ranges estimated from NRC (2010) and IEA Mobility Model data for averages for truck load factors around the world; vehicle efficiency estimates primarily from NRC (2010), IEA (2009a) and TIAX (2011). Baseline estimates derived from DEFRA (2013), EcoTransit (2011) and IEA (2009a). High and low estimates allow for variations in vehicle size, weight, age, operation and loading in different parts of the world.
[x]     Aviation freight cost estimates assumptions similar to passenger. Based on IEA and TOSCA analysis, IEA based on 30 years, 10% discount rate.
[xi]    The allocation of emissions between passenger and freight traffic on belly-hold services conforms to a standard 'freight weighting' method.

AIII

**Table A.III.6 | Freight transport—future (2030) expected technologies** [i]

| Options [ii] | VEff | FCI | OC | ΔI | L | AD | FC | EI | ΔE | ΔC | LCCC$_{5\%}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vehicle fuel consumption (l/100km) | $CO_2$eq intensity of fuel [iii] | Vehicle load (t) | Vehicle price markup on baseline (Incremental capital expenditure) (USD$_{2010}$) | Vehicle lifetime | Annual distance travelled (km/yr) | Average annual fuel purchase cost (USD$_{2010}$/l for fossil fuel; UScents$_{2010}$/kWh) | Emissions per useful distance travelled (g$CO_2$eq/t-km) | Annualized travel cost increment (USD$_{2010}$/yr) | Annual $CO_2$eq savings from vehicle switch (t$CO_2$eq/yr) | Levelized cost of conserved carbon at 5% WACC (USD$_{2010}$/t$CO_2$eq) |
| **Aviation (commercial, long haul)** | | | | | | | | | | | |
| Improved Aircraft (25% better) | – | – | – | – | – | – | – | 300–450 [v] | – | – | **150** [vi] |
| Improved, Open Rotor Engine (33% better) | – | – | – | – | – | – | – | 270–400 [v] | – | – | **350** [vi] |
| **Maritime** | | | | | | | | | | | |
| Optimized Container Vessel | – | – | – | – | – | – | – | 7–13 [vii] | – | – | **~100** [vii] |
| Optimized Bulk Carrier | – | – | – | – | – | – | – | 2–4 [vii] | – | – | **~100** [vii] |
| **Road** [iv] | | | | | | | | | | | |
| *Optimized Medium Duty Trucks* | | | | | | | | | | | |
| Diesel | 8–13 | 3.2 kg/l | 1.6–1.9 | – | – | – | – | **140–260** | – | – | **~100** |
| *Optimized Heavy Duty, Long-Haul Trucks* | | | | | | | | | | | |
| Diesel | 15–22 | 3.2 kg/l | 8–12 | – | – | – | – | **41–91** | – | – | **~250** |
| Diesel/Biofuel (50/50 share) (Assuming 70% less $CO_2$eq/MJ biofuel than MJ diesel) | 15–22 | 2.1 kg/l | 8–12 | – | – | – | – | **26–59** | – | – | **–** |

Notes:

[i]   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

[ii]   No future rail $CO_2$eq or cost estimates were included due to lack of information.

[iii]   $CO_2$eq fuel intensities are based on IPCC (2006). $CO_2$eq intensities of electricity based on generic low and high carbon power systems. Well-to-wheel estimates from a range of sources, and specific examples as indicated in tables.

[iv]   Future truck efficiencies and costs primarily from NRC (2010), Zhao et al (2013).

[v]   These baseline carbon intensity values for long haul airfreight are based on mean estimates from DEFRA (2013). They relate to Boeing 747 and 757 airfreight with an average carrying capacity of 84 tonnes and load factor of 69%. High and low estimates set at 15% above and below the means to reflect differences in the energy efficiency of different aircraft types operating with differing load factors.

[vi]   Projections of the carbon mitigation costs of future aircraft development are based mainly on Tosca. Mitigation costs for future technologies assumed similar to passenger aircraft since the specific large commercial type aircraft are mostly the same configuration.

[vii]   Estimates are derived mainly from DEFRA (2012). This source presents mean carbon intensity values for particular types and size ranges of vessels. The ranges around these means allow for differences in actual vessel size, loading and energy efficiency on the basis of expert judgment.

[vii]   Shipping cost estimates based primarily on Buhaug (2009), Lloyds Register/DNV (2011), and IEA (2009a) (review of literature).

# A.III.4   Industry

## A.III.4.1    Introduction

The data presented below has been used to assess typical product-specific $CO_2$eq emissions (i.e., emission per unit of product)[3] for different production practices, which are commercially available today or may become so in the future, and for selected industrial sectors. Both direct and indirect specific emissions are assessed. Specific emissions could be reduced by switching to production processes that cause lower emissions for otherwise comparable products[4] and by reducing production/consumption of emission-intensive products. Some production practices are mutually exclusive; others can be combined to yield deeper reductions in specific emissions. The impact of decarbonizing electricity supplied for industrial processes has been assessed, too, for well-defined exemplary conditions.

For all input parameters and specific $CO_2$eq emissions global average values are given as a benchmark. Parameters of individual production practices are generally estimates of typical values based on limited studies and expert judgment. Comparisons of input parameters across different individual production practices and with global averages (see Tables A.III.8–A.III.12 below) yields insights into the intermediate effect via which changes in final specific $CO_2$eq emissions occur for certain production practices.

Estimates of future global averages in specific $CO_2$eq emissions are derived for long-term scenarios that stabilized GHG concentrations at about 450 ppm $CO_2$eq and provide data at the necessary level of detail. These can be considered as another rough benchmark for emission intensities that can be achieved with currently available and potential future production practices. Generally, scenarios that provide sufficient detail at the level of industrial subsectors/products are very scarce (2–3 models) and are in many cases derived from the same data source as data for individual production practices (mostly International Energy Agency)[5]. Comparisons of emission intensities in future 450 ppm stabilization scenarios with available production practices can yield rough

insights into future trends for production practices with different specific emissions, but need to be considered with caution.

Specific mitigation costs have been assessed for all production practices except for the decarbonization of electricity supply, the costs of which are dealt with in Chapter 7 (Section 7.8). Specific mitigation costs are expressed in $USD_{2010}$/t$CO_2$ or $USD_{2010}$/t$CO_2$eq and take into account total incremental operational and capital costs. Generally, costs of the abatement options shown vary widely between individual regions and from plant to plant. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc. No meta-analysis of such individual cost components has been attempted, however, due to limited data availability. Estimates are based on expert judgment of the limited data that is available. Hence, the estimates of specific mitigation costs should be considered with care and as indicative only.

Information on specific emissions of different production practices and associated specific mitigation cost is presented in Figures 10.7–10.10 and in Figures 10.19 and 10.20.

## A.III.4.2    Approaches and data by industry sector

### A.III.4.2.1    Cement

Direct specific emissions of cement (t$CO_2$/t cement) are derived from technical parameters via the following equation:

$$EI_{direct} = (1 - \lambda) \cdot clc \cdot (e_{n-el} \cdot FCI_{n-el} + CI_{calc}) \qquad \text{(Equation A.III.13)}$$

Where

- $\lambda$ is the percentage of emissions captured and stored via CCS
- $clc$ is the clinker to cement ratio
- $e_{n-el}$ is the specific non-electric energy use, i.e., the non-electric energy use per unit of clinker
- $FCI_{n-el}$ is the carbon intensity of the non-electric fuel used
- $CI_{calc}$ is the carbon intensity of the calcination process

Indirect specific emissions of cement (t$CO_2$/t cement) are derived from specific electricity use and the carbon intensity of electricity:

$$EI_{indirect} = e_{el} \cdot FCI_{el} \qquad \text{(Equation A.III.14)}$$

Where

- $e_{el}$ is the specific electric energy use, i.e., the electricity use per unit of cement
- $FCI_{el}$ is the carbon intensity of the electricity used

---

[3]   Emissions cannot always be expressed in product-specific terms. In the case of chemicals, products are too heterogeneous to express emissions per unit of product. Hence, global emissions of different production practices/technologies have been assessed for total global chemicals production.

[4]   Note that the extent to which certain production processes can be replaced by others is often constrained by various conditions that need to be considered on a case by case basis. The replacement of blast oxygen steel furnaces by electric arc furnaces, for instance, is limited by availability of scrap.

[5]   Further literature sources are assessed in Chapter 10 (Section 10.7). The data sources assessed in 10.7 could, however, often not be used in the summary assessment mainly due to non-comparability of methodological approaches. Chapter 6 presents more comprehensive scenario assessments including all sectors of the economy, which often comes, however, at the expense of sectoral detail. Chapter 10 (Section 10.10) discusses these scenarios from an industry perspective.

AIII

Total specific emissions of cement (tCO$_2$/t cement) are the sum of both direct and indirect specific emissions:

$$EI_{total} = EI_{direct} + EI_{indirect} \qquad \text{(Equation A.III.15)}$$

Remarks:

Variation in emission intensity derives from variation in selected input parameters. Individual input parameters are varied systematically, i.e.,

in accordance with the definition of each production practice, while all other input parameters are kept at global average values.

Data on technical input parameters is also very limited. Sources are specified in footnotes to data entries.

Specific mitigation costs (cost of conserved carbon) are estimated based on expert assessment of limited selected studies. See footnote ii for details.

**Table A.III.7** | Technical parameters and estimates for cost of conserved carbon of cement production processes[i]

| Options | clc — Clinker to cement ratio (%) | e$_{r-ni}$ — Non-electric fuel intensity (GJ/t clinker) | FCI$_{ni-el}$ — CO$_2$ intensity of non-electric fuel (tCO$_2$/GJ) | CI$_{calc}$ — CO$_2$ intensity of calcination process (t CO$_2$/t clinker) | e$_{el}$ — Electricity intensity (kWh/t cement) | FCI$_{el}$ — CO$_2$ intensity of electricity (kgCO$_2$/kWh) | λ — CO$_2$ capture rate (%) | EI$_{direct}$ — Direct emission intensity w/CCS (tCO$_2$/t cement) | EI$_{indirect}$ — Indirect emission intensity (tCO$_2$/t cement) | EI$_{total}$ — Total emission intensity (tCO$_2$/t cement) | LCCC — Levelized cost of conserved carbon (USD$_{2010}$/tCO$_2$)[ii] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Historical Global Average Data and Future Data for 450ppm Scenarios from Integrated Models** | | | | | | | | | | | |
| Global average (2030)[iii] | -- | -- | -- | -- | -- | -- | -- | -- | -- | **0.38–0.59** | |
| Global average (2050)[iii] | -- | -- | -- | -- | -- | -- | -- | -- | -- | **0.24–0.39** | |
| Global average (2010) | 0.8 | 3.9 | 0.1 | 0.51 | 109 | 0.46[iv] | 0 | *0.72* | *0.05* | **0.77** | |
| **Currently Commercially Available Technologies** | | | | | | | | | | | |
| Best practice energy intensity | 0.8 | 2.9–3.1[v] | 0.1 | 0.51 | 80–90[vi] | 0.46[iv] | 0 | *0.64–0.66* | *0.037–0.041* | **0.68–0.70** | < 0–150 |
| Best practice clinker to cement ratio | 0.6–0.7[vii] | 3.9 | 0.1 | 0.51 | 109 | 0.46[iv] | 0 | *0.54–0.63* | *0.05* | **0.59–0.68** | < 0–50[viii] |
| Best practice energy intensity and clinker to cement ratio combined | 0.6–0.7[vii] | 2.9–3.1[v] | 0.1 | 0.51 | 80–90[vi] | 0.46[iv] | 0 | *0.48–0.57* | *0.037–0.041* | **0.52–0.62** | < 0–150[viii] |
| Improvements in non-electric fuel mix[ix] | 0.8 | 3.9 | 0.056[x] | 0.51 | 109 | 0.46[iv] | 0 | *0.58* | *0.05* | **0.63** | < 0–150[viii] |
| Decarbonization of electricity supply | 0.8 | 3.9 | 0.1 | 0.51 | 109 | 0–0.39[iv] | 0 | *0.72* | *0–0.043* | **0.72–0.76** | |
| **Pre-commercial Technologies** | | | | | | | | | | | |
| CCS[xi] | 0.8 | 3.9 | 0.1 | 0.51 | 109 | 0.46[iv] | 75–90 | *0.072–0.18* | *0.05* | **0.12–0.23** | 50–150[xii] |
| CCS and fully decarbonized electricity[xi][xiii] | 0.8 | 3.9 | 0.1 | 0.51 | 109 | 0 | 75–90 | *0.072–0.18* | *0* | **0.072–0.18** | |

Notes:

i   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

ii   Expert judgment based on McKinsey (2009), 2012, IEA (2009b, 2012a), BEE (2012), and others. The costs of the abatement options shown vary widely between individual regions and from plant to plant. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc.

iii   Data range is taken from the following models: AIM Enduse model (Akashi et al., 2013), IEA 2DS low demand (IEA, 2012a).

iv   Based on global industry-wide average CO$_2$eq intensity of primary energy used in electricity and heat supply in 2010 (see Chapter 10, Table 10.2)

v   This range is based on best practice operation of 4 to 6 stage pre-heater and pre-calciner kiln technology based on IEA (2009b). Actual operation performance does depend on issues such as moisture content and raw material quality and can be above this range.

vi   Best practice electricity consumption is based on IEA (2007).

vii   Minimum clinker to cement ratio is for Portland cement according to IEA (2007), which is a globally achievable value taking availability of substitutes into account IEA (2009b). Further reductions in the clinker to cement ratio are possible for other types of cement (e.g., fly ash or blast furnace slag cement).

viii   For clinker substitution and fuel mix changes, costs depend on the regional availability and price of clinker substitutes and alternative fuels.

ix   This is assuming that only natural gas is used as non-electric fuel. Further reductions in non-electric fuel emission intensity are technically possible, e.g., by increased use of biomass.

x   Natural gas fuel emission factor (IPCC, 2006).

xi   The upper end of the range is based on natural gas combined cycle (NGCC) with an efficiency of 55 % and fuel emission factors from IPCC (2006).

xii   CCS: Carbon dioxide capture and storage. This option assumes no improvements in fuel mix. Feasibility of CCS depends on global CCS developments. CCS is currently not yet applied in the cement sector.

xiii   IEA GHG (2008) estimates CCS abatement cost at 63 to 170 USD/tCO$_2$ avoided.

xiv   This option assumes no improvements in non-electric fuel mix.

AIII

## A.III.4.2.2    Iron and steel

Direct specific $CO_2$ emissions of crude steel (t$CO_2$/t steel) are derived from technical parameters via the following equation:

$$EI_{direct} = (1 - \lambda) \cdot EI_{direct,noCCS} \qquad \text{(Equation A.III.16)}$$

Where

- $\lambda$ is the percentage of emissions captured and stored via CCS
- $EI_{direct,noCCS}$ is the direct emission intensity without CCS

Indirect specific $CO_2$ emissions of crude steel (t$CO_2$/t steel) are derived from specific electricity use and the carbon intensity of electricity:

$$EI_{indirect} = e_{el} \cdot FCI_{el} \qquad \text{(Equation A.III.17)}$$

Where

- $e_{el}$ is the specific electric energy use, i.e., the electricity use per unit of crude steel
- $FCI_{el}$ is the carbon intensity of the electricity used

Total specific $CO_2$ emissions of crude steel (t$CO_2$/t steel) are the sum of both direct and indirect specific emissions:

$$EI_{total} = EI_{direct} + EI_{indirect} \qquad \text{(Equation A.III.18)}$$

Remarks:

Data on technical input parameters is limited and almost exclusively based on IEA (2007). Emission intensities of the advanced blast furnace route, the natural gas DRI route, and the scrap-based electric arc furnace route are point estimates of global best practice based on IEA (2007). Since no variation in input parameters could be derived from the literature, output ranges have been constructed as an interval around the mean value based on +/-10% of the respective savings. Where input parameters are set by assumption, they are varied within typical ranges and become the sole source of variation in output values, while all other input parameters are kept at global average values.

Specific mitigation costs (cost of conserved carbon) are estimated based on expert assessment of limited selected studies. See footnote vi for details.

## A.III.4.2.3    Chemicals

Global direct $CO_2$ emissions (Gt$CO_2$) of global chemicals production in 2010 are derived from technical parameters via the following equation:

$$CO2_{direct} = (1 - \lambda) \cdot CO2_{direct,noCCS} \qquad \text{(Equation A.III.19)}$$

Where

- $\lambda$ is the percentage of emissions captured and stored via CCS
- $CO2_{direct,noCCS}$ are global direct $CO_2$ emissions in chemicals production in 2010 without CCS

Global indirect $CO_2$ emissions (Gt$CO_2$) of global chemicals production in 2010 are derived from global electricity use in chemicals production and the carbon intensity of electricity:

$$CO2_{indirect} = Elec \cdot FCI_{el} \cdot \gamma \qquad \text{(Equation A.III.20)}$$

Where

- $Elec$ is the global electric energy use in the chemicals sector in 2010
- $FCI_{el}$ is the carbon intensity of the electricity used
- $\gamma$ is a unit conversion factor of 1/1000

Total global $CO_2$eq emissions (Gt$CO_2$eq) of chemicals production in 2010 are the sum of direct and indirect $CO_2$ emissions and $CO_2$-equivalents of non-$CO_2$ emissions:

$$CO2e_{total} = CO2_{direct} + CO2_{indirect} + CO2e_{acid} + CO2e_{HFC-22}$$
$$\text{(Equation A.III.21)}$$

Where

- $CO2e_{acid}$ are global direct $N_2O$ emissions from global nitric and adipic acid production expressed in $CO_2$ equivalents
- $CO2e_{HFC-22}$ are global direct HFC-23 emissions from HFC-22 production expressed in $CO_2$ equivalents

Remarks:

For most production practices, only central estimates for technical input parameters could be derived from the available literature. Where input parameters are set by assumption, they are varied within typical ranges and become a source of variation in output values. Where no variation in input parameters could be derived from the literature, output ranges have been constructed as an interval around the mean value based on +/-10% of the respective savings.

Specific mitigation costs (cost of conserved carbon) are estimated based on expert assessment of limited selected studies. See footnote iv for details.

AIII

Technology-specific Cost and Performance Parameters

**Table A.III.8** | Technical parameters and estimat+es for cost of conserved carbon of iron and steel production processes[i]

| Options[ii] | $EI_{direct,noCCS}$ Specific direct $CO_2$ emissions w/o CCS (tCO₂/t steel) | $e_{el}$ Specific electricity consumption (kWh/t steel) | $FCI_{el}$ $CO_2$ intensity of electricity (kgCO₂/kWh) | $\lambda$ $CO_2$ capture rate[iv] (%) | $EI_{direct}$ Specific direct $CO_2$ emissions w/CCS[v] (tCO₂/t steel) | $EI_{indirect}$ Indirect emission intensity (tCO₂/t steel) | $EI_{total}$ Total emission intensity (tCO₂/t steel) | $LCCC$ Levelized cost of conserved carbon (USD₂₀₁₀/tCO₂)[vi] |
|---|---|---|---|---|---|---|---|---|
| **Historical Global Average Data and Future Data for 450 ppm Scenarios from Integrated Models** | | | | | | | | |
| Global average (2030)[xii] | – | – | – | – | – | – | 0.92–1.36 | |
| Global average (2050)[xiii] | – | – | – | – | – | – | 0.47–0.84 | |
| Global average (2010) | 1.8[viii] | 820[x] | 0.46[x] | 0 | *1.8* | *0.38* | **2.2** | |
| **Currently Commercially Available Technologies** | | | | | | | | |
| Advanced blast furnace route[xi] | 1.3[xi] | 350[xiii] | 0.46[x] | 0 | *1.3* | *0.16* | **1.5** | < 0–150 |
| Natural gas DRI route[xiv,xi] | 0.7[xi] | 590[xiii] | 0.46[x] | 0 | *0.7* | *0.27* | **0.97** | 50–150 |
| Scrap based EAP[xv,xi] | 0.25[xi] | 350[xiii] | 0.46[x] | 0 | *0.25* | *0.16* | **0.41** | < 0–50[xvi] |
| Decarbonization of electricity supply | 1.8[viii] | 820[x] | 0–0.39[xiii] | 0 | *1.8* | *0–0.32* | **1.8–2.1** | |
| **Pre-commercial Technologies** | | | | | | | | |
| CCS[xviii] | 1.8[viii] | 820[x] | 0.46[x] | 75–90 | *0.18–0.45* | *0.38* | **0.56–0.82** | 50–150 |
| CCS and fully decarbonized electricity[xix] | 1.8[viii] | – | 0.46[x] | 75–90 | *0.18–0.45* | *0* | **0.18–0.45** | |

Note:

i    Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

ii   Non-electric fuel mix improvements are not listed as an abatement option because a large share of the coal use in the iron and steel industry, via the intermediate production of coke, is an inherent feature of the blast furnace technology. The coke is used to reduce iron ore to iron and for structural reasons in the furnace. The limited data availability did not allow assessing the limited potential related to the part of the fuel use that can be substituted.

iii  Direct $CO_2$ emissions contain all emissions from steel production that are unrelated to electricity consumption.

iv   As percentage of specific direct $CO_2$ emissions in steel production.

v    Direct $CO_2$ emissions contain all emissions from steel production that are unrelated to electricity consumption.

vi   Expert judgment based on McKinsey (2009; 2010), IEA (2009b, 2012a), BEE (2012) and others. The costs of the abatement options shown vary widely between individual regions and from plant to plant. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc.

vii  Data range is provided by AIM Enduse model (Akashi et al., 2013) DNE21+ (Sano et al., 2013a; b) and IEA 2DS low demand (IEA, 2012a).

viii IEA (2012a).

ix   Derived from IEA (2012a, 2013b).

x    Based on global industry-wide average $CO_2$eq intensity of primary energy used in electricity and heat supply in 2010 (see Chapter 10, Table 10.2). This is a simplified calculation in line with the method used for other sectors ignoring the practice in many iron and steel plants to use process derived gases (blast furnace gas and basic oxygen furnace gas) for electricity production. The emissions from these derived gases are already included in the direct emissions.

xi   Excluding rolling and finishing.

xii  Value equals lower bound of total emission intensity in IEA (2007, p. 108, table 5.4) as that is for zero-carbon electricity.

xiii Derived from spread in total emission intensity in IEA (2007, p. 108, table 5.4) and using a typical coal emission factor of 0.85.

xiv  DRI: Direct reduced iron.

xv   EAF: Electric arc furnace.

xvi  Costs depend heavily on the regional availability and price of scrap.

xvii The upper end of the range is based on natural gas combined cycle (NGCC) with an efficiency of 55 % and fuel emission factors from IPCC (2006). The approach taken here is a simplified calculation, consistent with the approach for other sectors and does not explicitly take into account the share of the electricity consumed that is produced with process derived gases (see also footnote ix).

xviii CCS: Carbon dioxide capture and storage. This option assumes no improvements in fuel mix.

xix  This option assumes no improvements in non-electric fuel mix.

AIII

Technology-specific Cost and Performance Parameters        Annex III

Table A.III.9 | Technical parameters and estimates for cost of conserved carbon of chemicals production processes [i]

| Options | $CO2_{direct,noCCS}$ Global direct $CO_2$ emissions w/o CCS (GtCO2) | $CO2e_{acid}$ Global non-$CO_2$ emissions from HFC-22 production (GtCO2eq) | $CO2e_{HFC-23}$ Global non-$CO_2$ emissions from adipic and nitric acid production (GtCO2eq) | Elec Global electricity use (TWh) | $FCI_{el}$ $CO_2$ intensity of electricity (kgCO2/kWh) | λ $CO_2$ capture rate (%) | $CO2_{direct}$ Global direct $CO_2$ emissions w/ CCS (GtCO2) | $CO2_{indirect}$ Global indirect $CO_2$ emissions (GtCO2) | $CO2_{total}$ Global total emissions (GtCO2eq) | LCCC Cost of conserved carbon (USD2012/tCO2eq) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Historical Data and Future Data from IEA ETP 2DS Scenario** | | | | | | | | | | |
| Global total (2030) | – | – | – | 1400 | – | – | 1.5–1.6 | – | – | |
| Global total (2050) | – | – | – | 1400 | – | – | 1.3 | – | – | |
| Global total (2010) | 1.6 | 0.13 | 0.12 | 1100 | 0.46 | 0 | **1.6** | **0.51** | **2.4** | |
| **Currently Commercially Available Technologies** | | | | | | | | | | |
| Best practice energy intensity | *1.0* | 0.13 | 0.12 | 860 | 0.46 | 0 | **1.0** | **0.39** | **1.7** | < 0–150 |
| Enhanced recycling, cogeneration and process intensification | *1.3* | 0.13 | 0.12 | 1100 | 0.46 | 0 | **1.3** | **0.51** | **2.1** | 20–150 |
| Abatement of N2O from nitric and adipic acid | 1.6 | 0.13 | *0.01* | 1100 | 0.46 | 0 | **1.6** | **0.51** | **2.3** | 0–50 |
| Abatement of HFC-23 emissions from HFC-22 production | 1.6 | *0* | 0.12 | 1100 | 0.46 | 0 | **1.6** | **0.51** | **2.2** | 0–20 |
| Improvements in non-electric fuel mix | *1.2* | 0.13 | 0.12 | 1100 | 0.46 | 0 | **1.2** | **0.51** | **2.0** | < 0–150 |
| Decarbonization of electricity supply | 1.6 | 0.13 | 0.12 | 1100 | 0–0.39 | 0 | **1.6** | **0–0.44** | **1.8–2.3** | |
| **Pre-commercial Technologies** | | | | | | | | | | |
| CCS for ammonia production | 1.6 | 0.13 | 0.12 | 1100 | 0.46 | 3.5 | **1.5** | **0.51** | **2.3** | 50–150 |
| CCS | 1.6 | 0.13 | 0.12 | 1100 | 0.46 | 75–90 | **0.16–0.4** | **0.51** | **0.92–1.16** | 50–150 |
| CCS and fully decarbonized electricity | 1.6 | 0.13 | 0.12 | 1100 | 0 | 75–90 | **0.16–0.4** | **0** | **0.41–0.65** | |

Notes:

i   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

ii   Based on EPA (2013) unless specified otherwise.

iii   As percentage of global direct $CO_2$ emissions in chemicals production.

iv   Expert judgment based on McKinsey (2009; 2010), IEA (2009c, 2012a), BEE (2012), and others. The costs of the abatement options shown vary widely between individual regions and from plant to plant. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc.

v   Based on IEA ETP 2DS scenarios with high and low global energy demand (IEA, 2012a).

vi   Based on IEA (2012a).

vii   Based on IEA (IEA, 2013b). IEA (2012a) provided higher values of 1340 TWh.

viii   Based on global industry-wide average $CO_2$eq intensity of primary energy used in electricity and heat supply in 2010 (see Chapter 10. Table 10.2).

ix   Based on global potential for savings of 35% in direct emissions in chemicals production as estimated for 2006 (IEA, 2009c) applied to direct emissions in 2010.

x   Based on potential for electricity savings of 0.91 EJ (IEA, 2012a).

xi   Based on global technical potential for saving in primary energy consumption of 4.74 EJ (IEA, 2012a) and assuming that conserved primary energy supply is based on natural gas with an emission factor of 56.2 kg $CO_2$eq/GJ (2006). This translates into savings in global direct $CO_2$ emissions of 0.27 GtCO2eq.

xii   Based on a global technical potential to save 85% of non-$CO_2$ emissions from HFC-22 production (EPA, 2013).

xiii   Based on a global technical potential to save 100% of non-$CO_2$ emissions from production of adipic and nitric acid (Miller and Kuijpers, 2011)

xiv   This is assuming that only natural gas is used as non-electric fuel. Further reductions in non-electric fuel emission intensity are technically possible, e.g., by increased use of biomass.

xv   Based on the assumption that 23% of direct $CO_2$ emissions can be saved from a switch to natural gas (IEA, 2009c).

xvi   The upper end of the range is based on natural gas combined cycle (NGCC) with an efficiency of 55% and fuel emission factors from IPCC (2006).

xvii   Ammonia production was 159 Mt in 2010 (IEA, 2012a). According to Neelis et al. (2005), a best practice gas-based ammonia facility produces 1.6 t$CO_2$/t ammonia, of which 70% are pure $CO_2$ emissions (1.1 t $CO_2$/t ammonia). 50% of that pure $CO_2$ stream is assumed to be used in urea production (0.55 t $CO_2$/t ammonia). 90% of the remaining 0.55 t$CO_2$/t ammonia is assumed to be captured. This results in an effective $CO_2$ capture rate of 3.5% of total emissions in chemicals by application of CCS in ammonia production.

xviii   This is the effective rate of $CO_2$ emissions captured in ammonia production relative to global direct $CO_2$ emissions in chemicals. See also endnote xvii.

xix   This option assumes no improvements in fuel mix.

xx   This option assumes no improvements in non-electric fuel mix.

AIII

### A.III.4.2.4    Pulp and paper

Specific direct $CO_2$ emissions of paper (tCO$_2$/t paper) are derived from technical parameters via the following equation:

$$EI_{direct} = (1 - \lambda) \cdot EI_{direct,noCCS}$$  (Equation A.III.22)

Where

- $\lambda$ is the percentage of emissions captured and stored via CCS
- $EI_{direct,noCCS}$ is the direct emission intensity without CCS

Indirect specific $CO_2$ emissions of paper (tCO$_2$/t paper) are derived from specific electricity use and the carbon intensity of electricity:

$$EI_{indirect} = e_{el} \cdot FCI_{el}$$  (Equation A.III.23)

Where

- $e_{el}$ is the specific electric energy use, i.e., the electricity use per tonne of paper
- $FCI_{el}$ is the carbon intensity of the electricity used

Total specific $CO_2$ emissions of paper (tCO$_2$/t paper) are the sum of both direct and indirect specific emissions:

$$EI_{total} = EI_{direct} + EI_{indirect}$$  (Equation A.III.24)

Remarks:

For most production practices, only central estimates for technical input parameters could be derived from the available literature. Where input parameters are set by assumption, they are varied within typical ranges and become a source of variation in output values. Where no variation in input parameters could be derived from the literature, output ranges have been constructed as an interval around the mean value based on +/-10 % of the respective savings.

Specific mitigation costs (cost of conserved carbon) are estimated based on expert assessment of limited selected studies. See footnote v for details.

### A.III.4.2.5    Municipal Solid Waste (MSW)

For waste treatment practices that reduce landfill, specific methane emission (gCH$_4$/kg MSW) and specific nitrous oxide emissions (gN$_2$O/kg MSW) are taken directly from the literature. Methane emission intensities (gCH$_4$/kg MSW) of conventional and improved landfill options are derived from technical parameters given below. $CO_2$eq emission intensities (tCO$_2$eq/t MSW) are calculated using global warming potentials (GWP) of methane and nitrous oxide of 21 and 310, respectively.

$$EI_{CH4} = MCF \cdot DOC \cdot DOCf \cdot F \cdot (1 - OX) \cdot (1 - R) \cdot \gamma \cdot \eta$$  (Equation A.III.25)

Where

- $MCF$ is the methane correction factor, $Min(MCF) = 0.6$, $Max(MCF) = 1$
- $DOC$ is degradable organic carbon (gC/kg MSW)
- $DOCf$ is the fraction of $DOC$ dissimilated, $DOCf = 0.5$
- $F$ is the fraction of methane in landfill gas, $F = 0.5$
- $OX$ is oxidation factor (fraction)
- $R$ is the fraction of recovered methane
- $\gamma$ is the unit conversion factor of C into CH$_4$, $\gamma = 16/12$
- $\eta$ is a unit conversion factor of 1/1000

Values given above are based on Frøiland Jensen and Pipatti (2001) and Pipatti et al. (2006) default values.

Variation in specific emissions is from maximum to minimum assuming all input parameters are independently distributed.

Cost are taken from EPA (2013) and based on a 10 % WACC.

Technology-specific Cost and Performance Parameters                                                                Annex III

Table A.III.10 | Technical parameters and estimates for cost of conserved carbon of pulp and paper production processes[i]

| Options | $EI_{direct,noCCS}$ Specific direct $CO_2$ emissions w/o CCS (tCO2/t paper) | $e_{el}$ Specific electricity consumption (kWh/t paper) | $FCI_{el}$ $CO_2$ intensity of electricity (kgCO2/kWh) | $\lambda$ $CO_2$ capture rate (%) | $EI_{direct}$ Specific direct $CO_2$ emissions w/CCS[iv] (tCO2/t paper) | $EI_{indirect}$ Indirect emission intensity (tCO2/t paper) | $EI_{total}$ Total emission intensity (tCO2/t paper) | $LCCC$ Cost of conserved carbon (USD$_{2010}$/tCO2)[v] |
|---|---|---|---|---|---|---|---|---|
| **Historical Data and Future Data from IEA ETP 2DS Scenario** | | | | | | | | |
| Global average (2030)[vi] | – | 990–1100[vii] | – | – | **0.26–0.30**[vii] | – | – | |
| Global average (2050)[vi] | – | 920–950[vii] | – | – | **0.16–0.20**[vii] | – | – | |
| Global average (2010) | 0.56[iii] | 1,200[ix] | 0.46[x] | 0 | **0.56** | **0.55** | **1.1** | |
| **Currently Commercially Available Technologies** | | | | | | | | |
| Best practice energy intensity | 0.48[xi] | 1,000[xii] | 0.46[x] | 0 | **0.48** | **0.46** | **0.94** | <0–150 |
| Co-generation | 0.53[xiii] | 1,200[ix] | 0.46[x] | 0 | **0.53** | **0.55** | **1.1** | 20–50 |
| Decarbonization of electricity supply | 0.56[iii] | 1,200[ix] | 0–0.39[xiv] | 0 | **0.56** | **0–0.47** | **0.56–1.0** | |
| **Pre-commercial Technologies** | | | | | | | | |
| CCS[xv] | 0.56[iii] | 1,200[ix] | 0.46[x] | 75–90 | **0.056–0.14** | **0.55** | **0.61–0.69** | 50–150 |
| CCS and fully decarbonized electricity[xvi] | 0.56[iii] | 1,200[ix] | 0–0.39 | 75–90 | **0.056–0.14** | **0–0.47** | **0.056–0.14** | |

Notes:

[i]   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

[ii]   Direct $CO_2$ emissions w/o CCS contain all emissions from paper production that are unrelated to electricity consumption, including those that could be captured and stored.

[iii]   As percentage of specific direct $CO_2$ emissions in steel production.

[iv]   Direct $CO_2$ emissions w/CCS contain all non-captured emissions from paper production that are unrelated to electricity consumption.

[v]   Expert judgment based on McKinsey (2009; 2010), IEA (2009b, 2012a), BEE (2012), and others. The costs of the abatement options shown vary widely between individual regions and from plant to plant. Factors influencing the costs include typical capital stock turnover rates (some measures can only be applied when plants are replaced), relative energy costs, etc.

[vi]   Based on IEA ETP 2DS scenarios with high and low global energy demand (IEA, 2012a).

[vii]   Derived from IEA (2012a).

[viii]   Based on global direct emissions of 0.22 GtCO2 and global paper production of 395 Mt (IEA, 2012a).

[ix]   Based on global electricity consumption in pulp and paper production of 1.7 EJ (IEA, 2013b) and global paper production of 395 Mt (IEA, 2012a).

[x]   Based on global industry-wide average $CO_2$eq intensity of primary energy used in electricity and heat supply in 2010 (see Chapter 10. Table 10.2).

[xi]   Based on technical potential for savings in non-electric fuel input of 1.5 GJ/t paper (IEA, 2012a) and assuming no change in the non-electric fuel emission factor of 51 kg $CO_2$/GJ (derived from IEA, 2012a). This translates into savings in specific direct $CO_2$ emissions of 77 kg $CO_2$/t paper.

[xii]   Based on technical potential for saving electricity of 200 kWh/t paper (IEA, 2012a).

[xiii]   Based on technical potential for savings in non-electric fuel input of 0.6 GJ/t paper (derived from IEA, 2012a) and assuming that conserved fuel is natural gas with an emission factor of 56.2 kg $CO_2$eq/GJ (IPCC, 2006). This translates into savings in specific direct $CO_2$ emissions of 34 kg $CO_2$/t paper.

[xiv]   The upper end of the range is based on natural gas combined cycle (NGCC) with an efficiency of 55 % and fuel emission factors from IPCC (2006).

[xv]   This option assumes no improvements in fuel mix.

[xvi]   This option assumes no improvements in non-electric fuel mix.

**Table A.III.11 |** Technical parameters and estimates for cost of conserved carbon of waste treatment practices[i]

| Options | DOC Degradable organic carbon (g C/kg MSW)[ii],[iii] | OX Oxidation factor (fraction) | R Fraction of recovered $CH_4$ | $EI_{CH4}$ $CH_4$ emission intensity of MSW (g$CH_4$/kg MSW)[iv] | $EI_{N2O}$ $N_2O$ emission intensity of MSW (g $N_2O$/kg MSW)[iv],[v] | $EI_{CO2eq}$ $CO_2$eq emission intensity of MSW (t$CO_2$eq/t MSW) | LCCC Levelized cost of conserved carbon at 10% WACC (USD$_{2010}$/t$CO_2$eq)[v] |
|---|---|---|---|---|---|---|---|
|  | min/max |  |  | min/max | min/max | min/max | min/max |
| Reference: Landfill at MSW disposal site | 140/210 | 0 | 0 | 42/110 | ~0 | **0.58/1.5** |  |
| **Reducing MSW landfill** | | | | | | | |
| Composting | -- | -- | -- | 0.0/8 | 0.06/0.6 | **0.019/0.35** | −140/470 |
| Anaerobic digestion | -- | -- | -- | 0/1/8 | ~0 | **0/0.17** | 150/590 |
| **Improving MSW landfill practices** | | | | | | | |
| Biocover | 140/210 | 0.8[vi] | 0 | 8.5/21 | ~0 | **0.12/0.19** | 99/100 |
| In-situ aeration | 140/210 | 0.9 | 0 | 4.2/11 | ~0 | **0.058/0.10** | 99/130 |
| Flaring | 140/210 | 0 | 0.6/0.85 | 6.4/43 | ~0 | **0.087/0.35** | 5.0/58 |
| $CH_4$ capture for power generation | 140/210 | 0 | 0.6/0.9 | 4.2/43 | ~0 | **0.058/0.35** | −37/66 |
| $CH_4$ capture for heat generation | 140/210 | 0 | 0.6/0.9 | 4.2/43 | ~0 | **0.058/0.35** | −70/89 |

Notes:

[i]   Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

[ii]  On wet weight basis.

[iii] Total DOC derived from estimates for regional composition of wastes and fraction of DOC in each type of waste (Pipatti et al., 2006, Tables 2.3 and 2.4).

[iv]  Methane emissions intensity of reference and improved landfill practices is based on Frøiland Jensen and Pipatti (2001, Table 3) and approach above, which is based on equation 1 of aforementioned source. Methane emission intensity and nitrous oxide emissions intensity of reduced landfill options is based on IPCC (2006).

[v]   Based on EPA (2013).

[vi]  Based on EPA (2006).

#### A.III.4.2.6        Domestic wastewater

Specific $CO_2$eq emissions of wastewater (t$CO_2$/t $BOD_5$) are based on IPCC (2006) using the following equation to convert methane emissions.

$$EI_{CO2e} = MAX_{CH4} \cdot MCF \cdot GWP_{CH4}$$  (Equation A.III.26)

Where

- $MAX_{CH4}$ is the maximum $CH_4$ production
- $MCF$ is the methane correction factor
- $GWP_{CH4}$ is the global warming potential of methane, $GWP_{CH4} = 21$

The levelized cost of conserved carbon is taken directly from EPA (2013). The discount rate used by EPA (2013) to derive these values was 10%.

# A.III.5    AFOLU

## A.III.5.1    Introduction

Figure 11.16 shows ranges for baseline emission intensities of selected agricultural and forestry commodities, emission intensities after application of mitigation options, and specific mitigation costs.

## A.III.5.2    Approach

Commodity definitions are taken from the FAOSTAT (2013) database, where 'cereals' is the aggregation of 16 cereal crops, 'rice' is paddy rice, 'milk' is whole, fresh milk from dairy cows, 'meat' is meat from cattle only, and wood is 'roundwood'.

#### A.III.5.2.1        Baseline Emission Intensities

Baseline emission intensities represent the minimum and maximum of regional averages for five world regions. For agricultural commodities (rice, cereals, milk, and meat), they are calculated based on 11-year averages (2000–2010) of total annual $CO_2$eq emissions and total annual production volumes per region taken from (FAOSTAT, 2013). The following emission categories are considered for the calculation of baseline emission intensities: 'synthetic fertilizer' for cereals, 'rice cultivation' for paddy rice, and 'enteric fermentation' and 'manure management' for milk and meat.

For production of roundwood only afforestation and reforestation of idle land is considered. Hence, baseline emission intensities are set to zero.

#### A.III.5.2.2        Improved emission intensities

Improved emission intensities are derived by deducing product-specific mitigation potentials from baseline emission intensities.

Table A.III.12 | Technical parameters and estimates for cost of conserved carbon of wastewater treatment practices.[i]

| Options | $MAX_{CH4}$ Maximum $CH_4$ production (kg $CH_4$/kg $BOD_5$)[ii] | $MCF$ Methane Correction Factor (fraction)[iii] | $EI_{CO2e}$ $CO_2$eq emission intensity (t$CO_2$/t $BOD_4$) | $LCCC$ Levelized cost of conserved carbon (USD$_{2010}$/t$CO_2$eq)[iv] |
|---|---|---|---|---|
| Untreated system: Stagnant sewer (open and warm)[v] | 0.6 | 0.4–0.8 | **5–10** | – |
| Aerobic wastewater plant (WWTP)[vi] | 0.6 | 0.2–0.4 | **2.5–5** | 0–530 |
| Centralized wastewater collection and WWTP[vii] | 0.6 | 0–0.1 | **0–1.3** | 0–530 |
| Aerobic biomass digester with $CH_4$ collection[viii] | 0.6 | 0–0.1 | **0–1.3** | 0–530 |

Notes:

i      Note that input data are included in normal font type, output data resulting from data conversions are bolded, and intermediate outputs are italicized.

ii     BOD: Biochemical Oxygen Demand. The amount of dissolved oxygen that biological organisms need in order to break down organic material into CH4. For domestic wastewater this value is in the range of 110–400 mg/l.

iii    Based on IPCC (2006). N2O emission are neglected, since they do not play a significant role in emissions from domestic wastewater.

iv     These values are directly from EPA (2013). They are relative to regional baselines.

v      Untreated wastewater that is stored in a stagnant sewer under open and warm conditions.

vi     Aerobic wastewater treatment refers to the removal of organic pollutants in wastewater by bacteria that require oxygen to work. Water and carbon dioxide are the end products of the aerobic wastewater treatment process.

vii    Centralized wastewater collection improves the reduction efficiency. Processes are the same as for the aerobic treatment plant. Centralized collection of wastewater assumes that in general an infrastructure was established that ensures local wastewater storage in closed tanks and secures (emission impermeable) transport from production site to treatment plant.

viii   Anaerobic wastewater treatment is a process whereby bacteria digest bio-solids in the absence of oxygen.

AIII

Mitigation options considered in the derivation of product-specific mitigation potentials include 'improved agronomic practices', 'nutrient management', 'tillage and residue management' and 'agroforestry' for cereals; 'rice land management' for rice; 'feeding' and 'dietary additives' for milk and meat production; and 'afforestation and reforestation' for roundwood production.

For cereals and paddy rice, data on mitigation potentials is provided by Smith et al. (2008) as average amount of $CO_2$eq sequestered per land area for four climate zones. These values are converted into amounts of $CO_2$eq sequestered per product by multiplication with global average product yields per land area based on FAOSTAT (2013).

For meat and milk, mitigation potentials are provided by Smith et al. (2008) as percentage reductions in emissions per mitigation option (see above) and region for five geographical regions. Minimum, average, and maximum of five regional values per mitigation option are taken and converted into amounts of $CO_2$eq sequestered per product by multiplication with an unweighted average of regional averages of emissions from enteric fermentation per product derived from FAOSTAT (2013). The deri-

vation of the latter is done by dividing the 11-year (2000–2010) regional averages of emissions from enteric fermentation per commodity by the corresponding 11-year regional averages of the total number of producing animals for five geographical regions and by subsequently taking the unweighted average of those five regional averages. For roundwood, the carbon sequestration potential is calculated for representative tree species (based on FAO (2006) and IPCC (2006)) which match the rotation periods for short-term rotations given by Sathaye et al. (2006) for ten geographical regions. Regional and country averages are calculated based on the highest and lowest values for the ten geographical regions.

### A.III.5.2.3    Levelized cost of conserved/sequestered carbon

Mitigation costs for agricultural mitigation options are taken from Smith et al. (2008) for cereals and paddy rice, and from US-EPA (2013) for milk and meat. For the livestock mitigation options, only the low end of the given cost range is considered. Costs for afforestation and reforestation are based on Sathaye et al. (2006).

# References

Akashi O., T. Hanaoka, T. Masui, and M. Kainuma (2013). Having global GHG emissions by 2050 without depending on nuclear and CCS. *Climatic Change*. doi: 10.1007/s10584-013-0942-x, ISSN: 0165-0009, 1573–1480.

Augustine C., R. Bain, J. Chapman, P. Denholm, E. Drury, D.G. Hall, E. Lantz, R. Margolis, R. Tresher, D. Sandor, N.A. Bishop, S.R. Brown, G.F. Cada, F. Felker, S.J. Fernandez, A.C. Goodrich, G. Hagerman, G. Heath, S. O'Neil, J. Pauette, S. Tegen, and K. Young (2012) *Renewable Electricity Futures Study, Vol 2. Renewable Electricity Generation and Storage Technologies*. National Renewable Energy Laboratory (NREL), Golden, CO, 370 pp. Available at: http://www.nrel.gov/analysis/re_futures/.

BEE (2012). *Database of Energy Efficiency Measures Adopted by the Winners of the National Awards on Energy Conservations*. Bureau of Energy Efficiency (BEE), Ministry of Power, Government of India.

Black & Veatch (2012). *Cost and Performance Data for Power Generation Technologies.: Prepared for the National Renewable Energy Laboratory (NREL)*. Black & Veatch, Golden, CO, 105 pp. Available at: http://bv.com/docs/reports-studies/nrel-cost-report.pdf%E2 %80 %8E.

BNEF, and Frankfurt, and School-UNEP Centre (2013). Global Trends in Renewable Energy Investment 2013. *FS UNEP Centre*. Available at: http://fs-unep-centre.org/publications/global-trends-renewable-energy-investment-2013.

Brandão M., G. Heath, and J. Cooper (2012). What can meta-analyses tell us about the reliability of life cycle assessment for decision support? *Journal of Industrial Ecology* **16**, S3–S7. doi: 10.1111/j.1530-9290.2012.00477.x, ISSN: 10881980.

Buhaug O., J. Corbett, V. Eyring, O. Endresen, J. Faber, S. Hanayama, and others (2009). *Second IMO GHG Study 2009*. International Maritime Organization, London, UK, 240 pp. Available at: http://www.imo.org/blast/blastDataHelper.asp?data_id=27795&filename=GHGStudyFINAL.pdf.

Danish Energy Agency (2012). *Technology Data for Energy Plants: Generation of Electricity and District Heating, Energy Storage and Energy Carrier Generation and Conversion*. Danish Energy Office; Energinet, Copenhagen, Available at: http://www.energinet.dk/SiteCollectionDocuments/Danske%20dokumenter/Forskning/Technology_data_for_energy_plants.pdf.

DEFRA (2012). *Guidelines to Defra/DECC's GHG Conversion Factors for Company Reporting*. London, Available at: http://www.defra.gov.uk/publications/files/pb13773-ghg-conversion-factors-2012.pdf.

Department for Environment, Food and Rural Affairs (2013). *2013 Government GHG Conversion Factors for Company Reporting: Methodology Paper for Emission Factors*. DEFRA, London, UK, 104 pp. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/224437/pb13988-emission-factor-methodology-130719.pdf.

EPA (2006). *Global Mitigation of Non-CO₂ Greenhouse Gases*. United States Environmental Protection Agency (EPA), Washington DC, Available at: http://www.epa.gov/climatechange/Downloads/EPAactivities/GlobalMitigationFullReport.pdf.

EPA (2013). *Global Mitigation of Non-CO₂ Greenhouse Gases: 2010–2030*. United States Environmental Protection Agency, Washington, D.C., 410 pp. Available at: http://www.epa.gov/climatechange/Downloads/EPAactivities/MAC_Report_2013.pdf.

EPRI (2011). *Program on Technology Innovation: Integrated Generation Technology Options: Technical Update, June 2011*. Electric Power Research Institute (EPRI), Palo Alto, Available at: http://www.epri.com/abstracts/Pages/ProductAbstract.aspx?ProductId=000000000001022782.

FAOSTAT (2013). FAOSTAT database. *Food and Agriculture Organization of the United Nations*. Available at: http://faostat.fao.org/.

Finkenrath M. (2011). *Cost and Performance of Carbon Dioxide Capture from Power Generation -- Working Paper*. International Energy Agency, Paris, 47 pp. Available at: http://www.iea.org/publications/freepublications/publication/costperf_ccs_powergen.pdf.

Frøiland Jensen J.E., and R. Pipatti (2001). *CH₄ Emissions from Solid Waste Disposal*. Intergovernmental Panel on Climate Change (IPCC), Geneva, Switzerland, 439 pp. Available at: http://www.ipcc-nggip.iges.or.jp/public/gp/bgp/5_1_CH4_Solid_Waste.pdf.

Herzog H.J. (2011). Scaling up carbon dioxide capture and storage: From megatons to gigatons. *Energy Economics* **33**, 597–604. Available at: http://ideas.repec.org/a/eee/eneeco/v33y2011i4p597–604.html.

Horton G. (2010). *Future Aircraft Fuel Efficiencies—Final Report*. UK Department for Transport, 92 pp. Available at: https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/4515/future-aircraft-fuel-efficiency.pdf.

IAEA (2012). *Climate Change and Nuclear Power 2012*. International Atomic Energy Agency, Vienna, Austria, 39 pp.

IEA (2007). *Tracking Industrial Energy Efficiency and CO₂ Emissions: In Support of the G8 Plan of Action*. International Energy Agency (IEA), Paris, 321 pp. Available at: www.iea.org/publications/freepublications/publication/tracking_emissions.pdf.

IEA (2009a). *Transport, Energy and CO₂ Moving toward Sustainability*. International Energy Agency, Paris, 414 pp. Available at: http://www.iea.org/publications/freepublications/publication/transport2009.pdf.

IEA (2009b). *Energy Technology Transitions for Industry: Strategies for the next Industrial Revolution*. International Energy Agency (IEA), Paris, Available at: www.iea.org/publications/freepublications/publication/industry2009.pdf.

IEA (2009c). *Chemical and Petrochemical Sector—Potential of Best Practice Technology and Other Measures for Improving Energy Efficiency*. International Energy Agency (IEA), Paris, 12 pp.

IEA (2012a). *Energy Technology Perspectives 2012: Pathways to a Clean Energy System*. International Energy Agency (IEA), Organisation for Economic Co-operation and Development (OECD), Paris, 686 pp. ISBN: 9264174885.

IEA (2012b). *World Energy Outlook 2012*. International Energy Agency (IEA), Paris, 655 pp. Available at: http://www.worldenergyoutlook.org/publications/weo-2012/.

IEA (2013a). *Tracking Clean Energy Progress 2013. IEA Input to the Clean Energy Ministerial*. International Energy Agency (IEA), Paris, 149 pp. Available at: http://www.iea.org/publications/TCEP_web.pdf.

IEA (2013b). *Energy Statistics and Energy Balances*. International Energy Agency (IEA), Paris, Available at: http://www.iea.org/statistics/.

IEA GHG (2008). *CO₂ Capture in the Cement Industry*. International Energy Agency (IEA), Paris, 220 pp. Available at: cdn.globalccsinstitute.com/sites/default/files/publications/95751/co2-capture-cement-industrypdf.pdf.

**IEA, and NEA (2010).** *Projected Costs of Generating Electricity.* International Energy Agency (IEA), OECD Nuclear Energy Agency (NEA), Paris, 215 pp. Available at: http://www.oecd-nea.org/pub/egc/.

**IFEU Heidelberg, Öko-Institut, and IVE/RMCON (2011).** *EcoTransIT World Ecological Transport Information Tool for Worldwide Transports—Methodology and Data.* DB Schenker Germany, International Union of Railways, Berlin, Hannover, Heidelberg, 106 pp. Available at: http://www.ecotransit.org/download/ecotransit_background_report.pdf.

**IPCC (2005).** *IPCC Special Report on Carbon Dioxide Capture and Storage.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [B. Metz, O. Davidson, H.C. de Coninck, M. Loos, and L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, New York, 431 pp. Available at: http://www.ipcc.ch/pdf/special-reports/srccs/srccs_wholereport.pdf.

**IPCC (2006).** *2006 IPCC Guidelines for National Greenhouse Gas Inventories* [S. Eggleston, L. Buendia, K. Miwa, T. Nagara, and K. Tanabe (eds.)]. 673 pp. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/.

**IPCC (2011).** *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation.* Prepared by Working Group III of the Intergovernmental Panel on Climate Change [O. Edenhofer, R. Pichs-Madruga, Y. Sokona, K. Seyboth, P. Matschoss, S. Kadner, T. Zwickel, P. Eickemeier, G. Hansen, S. Schlömer, C. von Stechow (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 1075 pp.

**IRENA (2012).** *Renewable Energy Technologies: Cost Analysis Series: Wind Power.* International Renewable Energy Agency (IRENA), Abu Dhabi, 56 pp. Available at: http://www.irena.org/DocumentDownloads/Publications/RE_Technologies_Cost_Analysis-WIND_POWER.pdf.

**IRENA (2013).** *Renewable Power Generation Cost in 2012: An Overview.* International Renewable Energy Agency (IRENA), Abu Dhabi, 88 pp. Available at: https://www.irena.org/DocumentDownloads/Publications/Overview_Renewable%20Power%20Generation%20Costs%20in%202012.pdf.

**JRC, and Institute for Energy and Transport (2012).** *PV Status Report 2012.* European Commission Joint Research Centre, Ispra, Italy, 111 pp. Available at: http://iet.jrc.ec.europa.eu/remea/pv-status-report-2012.

**Klara J.M., and J.E. Plunkett (2010).** The potential of advanced technologies to reduce carbon capture costs in future IGCC power plants. *The Ninth International Conference on Greenhouse Gas Control Technologies* **4**, 112–118. doi: 10.1016/j.ijggc.2009.10.006, ISSN: 1750-5836.

**Lacal Arántegui, Roberto, T. Corsatea, and K. Suomalainen (2012).** *JRC Wind Status Report. Technology, Market and Economic Aspects of Wind Energy in Europe.* European Commission, Joint Research Centre, Institute for Energy and Transport, Petten, The Netherlands, 66 pp. Available at: http://setis.ec.europa.eu/system/files/LDNA25647ENN_2012_JRC_wind_status_report_FINAL.pdf.

**LBNL (2013).** *Tracking the Sun VI. An Historical Summary of the Installed Price of Photovoltaics in the United States from 1998 to 2012.* Lawrence Berkeley National Laboratory (LBNL), Berkeley, CA, 67 pp. Available at: http://emp.lbl.gov/sites/all/files/lbnl-6350e.pdf.

**Lloyd's Register and DNV (2011).** Air pollution and energy efficiency: estimated $CO_2$ emissions reductions from introduction of mandatory technical and operational energy efficiency measures for ships. International Maritime Organization.

**Del Lungo A., J. Ball, and J. Carle (2006).** *Global Planted Forests Thematic Study: Results and Analysis.* Food and Agriculture Organization of the United Nations, Rome, Italy, 168 pp. Available at: http://www.fao.org/forestry/12139--03441d093f070ea7d7c4e3ec3f306507.pdf.

**McKinsey (2010).** *Impact of the Financial Crisis on Carbon Economics: Version 2.1 of the Global Greenhouse Gas Abatement Cost Curve.* McKinsey & Company. Available at: http://www.mckinsey.com/~/media/McKinsey/dotcom/client_service/Sustainability/cost%20curve%20PDFs/ImpactFinancialCrisisCarbonEconomicsGHGcostcurveV21.ashx.

**McKinsey & Company (2009).** *Pathways to a Low-Carbon Economy: Version 2 of the Global Greenhouse Gas Abatement Cost Curve.* McKinsey & Company, 190 pp. Available at: https://solutions.mckinsey.com/climatedesk/default.aspx.

**Miller B.R., and L.J.M. Kuijpers (2011).** Projecting future HFC-23 emissions. *Atmospheric Chemistry and Physics* **11**, 13259–13267. doi: 10.5194/acp-11-13259-2011, ISSN: 1680-7324.

**Mostajo Veiga M., P. Farina Alvarez, M. Fernandez- Montes Moraleda, and A. Kleinsorge (2013).** *Cost and Business Comparisons of Renewable vs. Non-Renewable Technologies.* International Energy Agency Renewable Energy Technology Deployment (IEA-RETD), Utrecht; Madrid, 212 pp. Available at: http://iea-retd.org/wp-content/uploads/2013/07/20130710-RE-COST-FINAL-REPORT.pdf.

**Neelis M.L., M. Patel, D.J. Gielen, and K. Blok (2005).** Modelling $CO_2$ emissions from non-energy use with the non-energy use emission accounting tables (NEAT) model. *Resources, Conservation and Recycling* **45**, 226–250. doi: 10.1016/j.resconrec.2005.05.003, ISSN: 0921-3449.

**NRC (2010).** *Technologies and Approaches to Reducing the Fuel Consumption of Medium- and Heavy-Duty Vehicles.* US National Research Council, Washington, D.C., 250 pp.

**NRC (2013).** *Transitions to Alternative Vehicles and Fuels.* National Academies Press, Washington, D.C, 170 pp. ISBN: 9780309268523.

**Pipatti R., C. Sharma, and M. Yamada (2006).** Chapter 2: Waste Generation, Composition and Management Data. In: *2006 IPCC Guidelines for National Greenhouse Gas Inventories: Agriculture, Forestry and Other Land Use (Vol. 4)* [S. Eggleston, L. Buendia, K. Miwa, T. Nagara, and K. Tanabe (eds.)]. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/5_Volume5/V5_2_Ch2_Waste_Data.pdf.

**Pipatti R., and Svardal, P. (2006).** *Chapter 3: Solid Waste Disposal.* In: *2006 IPCC Guidelines for National Greenhouse Gas Inventories: Agriculture, Forestry and Other Land Use (Vol. 4)* [S. Eggleston, L. Buendia, K. Miwa, T. Nagara, and K. Tanabe (eds.)]. Available at: http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/5_Volume5/V5_3_Ch3_SWDS.pdf.

**Rangel L.E., and F. Lévêque (2012).** *Revisiting the Cost Escalation Curse of Nuclear Power: New Lessons from the French Experience.* CERNA, MINES ParisTech, Paris, France, 26 pp. Available at: http://hal-ensmp.archives-ouvertes.fr/hal-00780566.

**Sano F., K. Akimoto, and K. Wada (2013a).** Impacts of different diffusion scenarios for mitigation technology options and of model representations regarding renewables intermittency on evaluations of $CO_2$ emissions reductions. *Climatic Change*, 1–12. doi: 10.1007/s10584-013-0896-z, ISSN: 0165-0009, 1573–1480.

Sano F., K. Wada, K. Akimoto, and J. Oda (2013b). Assessments of GHG emission reduction scenarios of different levels and different short-term pledges through macro- and sectoral decomposition analyses. *Technological Forecasting and Social Change*. doi: 10.1016/j.techfore.2013.11.002, ISSN: 0040-1625.

Sathaye J., W. Makundi, L. Dale, P. Chan, and K. Andrasko (2006). GHG mitigation potential, costs and benefits in global forests: a dynamic partial equilibrium approach. *The Energy Journal* Special Issue, 127–162.

Schmidt T.S., R. Born, and M. Schneider (2012). Assessing the costs of photovoltaic and wind power in six developing countries. *Nature Climate Change* **2**, 548–553. doi: 10.1038/nclimate1490.

Smith P., D. Martino, Z. Cai, D. Gwary, H. Janzen, P. Kumar, B. McCarl, S. Ogle, F. O'Mara, C. Rice, B. Scholes, O. Sirotenko, M. Howden, T. McAllister, G. Pan, V. Romanenkov, U. Schneider, S. Towprayoon, M. Wattenbach, and J. Smith (2008). Greenhouse gas mitigation in agriculture. *Philosophical Transactions of the Royal Society B: Biological Sciences* **363**, 789–813. doi: 10.1098/rstb.2007.2184, ISSN: 0962-8436.

TIAX (2011). *European Union Greenhouse Gas Reduction Potential for Heavy-Duty Vehicles*. National Academy of Sciences, San Francisco, CA, 69 pp.

TOSCA (2011). *Techno-Economic Analysis of Aircraft*. Technology Opportunities and Strategies Towards Climate Friendly Transport, Cambridge, UK, 58 pp. Available at: http://www.toscaproject.org/FinalReports/TOSCA_WP2_Aircraft.pdf.

UK CCC (2011). *Costs of Low-Carbon Generation Technologies*. Global CCS Institute, London.

US DoE (2013). *2012 Wind Technologies Market Report*. Lawrence Berkeley National Laboratory (LBNL), Oakridge, TN, 80 pp. Available at: http://www1.eere.energy.gov/wind/pdfs/2012_wind_technologies_market_report.pdf.

US EIA (2013). *Updated Capital Cost Estimates for Utility Scale Electricity Generating Plants*. US Energy Information Administration (EIA), Washington DC, 201 pp. Available at: http://www.eia.gov/forecasts/capitalcost/pdf/updated_capcost.pdf.

Versteeg P., and E.S. Rubin (2011). A technical and economic assessment of ammonia-based post-combustion $CO_2$ capture at coal-fired power plants. *International Journal of Greenhouse Gas Control* **5**, 1596–1605. ISSN: 17505836.

Zhao H., A. Burke, and M. Miller (2013). Analysis of Class 8 truck technologies for their fuel savings and economics. *Transportation Research Part D: Transport and Environment* **23**, 55–63. doi: 10.1016/j.trd.2013.04.004, ISSN: 1361-9209.

AIII

**ANNEX**

# IV

# Annex IV: Contributors to the IPCC WGIII Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2014: Annex IV: Contributors to the IPCC WGIII Fifth Assessment Report. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

*Coordinating Lead Authors, Lead Authors, Review Editors, Contributing Authors, and Chapter Scientific Assistants are listed alphabetically by surname.*

**ABANDA, Fonbeyn Henry**
Oxford Brookes University
UK

**ABDEL-AZIZ, Amr**
Integral Consult
Egypt

**ACOSTA MORENO, Roberto**
Ministry of Science, Technology and Environment
Cuba

**ACQUAYE, Adolf**
University of Kent
UK

**ADEGBULUGBE, Anthony**
Obafemi Awolowo University
Nigeria

**AGHION, Philippe**
Harvard University
USA

**AGRAWALA, Shardul**
OECD
France

**AHAMMAD, Helal**
The Australian Bureau of Agricultural and Resource Economics (ABARE)
Australia

**AHMED, Essam Hassan Mohamed**
Egyptian Environmental Affairs Agency
Egypt

**AKBARI, Hashem**
Concordia University
Canada

**AKIMOTO, Keigo**
Research Institute of Innovative Technology for the Earth
Japan

**ALLCOTT, Hunt**
New York University
USA

**ALLWOOD, Julian**
University of Cambridge
UK

**AMEKDUZI, Adjo A.**
Georgia Institute of Technology
USA

**ANDRES, Robert**
Oak Ridge National Laboratory
USA

**ANGELSEN, Arild**
Norwegian University of Life Sciences (UMB)
Norway

**AOKI, Kazumasu**
University of Toyama
Japan

**ASANO, Kenji**
Center, Central Research Institute of Electric Power Industry
Japan

**ASAYAMA, Yumiko**
National Institute for Environmental Studies
Japan

**ATTZS, Marlene**
University of The West Indies
Trinidad and Tobago

**BABIKER, Mustafa H.**
Saudi Aramco
Saudi Arabia

**BAER, Paul**
Georgia Institute of Technology
USA

**BAIOCCHI, Giovanni**
University of Maryland
USA

**BARRETO, Leonardo**
Austrian Energy Agency
Austria

**BARRETT, John**
University of Leeds
UK

**BARUA, Dipal Chandra**
Bright Green Energy Foundation
Bangladesh

**BASHMAKOV, Igor Alexeyevich**
Center for Energy Efficiency (CENEF)
Russian Federation

**BENTO, Antonio**
Cornell University
USA

**BERGESEN, Joe**
University of Pennsylvania
USA

**BERNDES, Göran**
Chalmers University of Technology
Sweden

**BERTOLDI, Paolo**
European Commission
Italy

**BETSILL, Michele Merrill**
Colorado State University
USA

**BETZ, Gregor**
Karlsruher Institut für Technologie
Germany

**BIGIO, Anthony**
George Washington University
USA

**BIRJANDI FERIZ, Maliheh**
Tufts University
USA

**BLANCO, Gabriel**
Universidad Nacional del Centro de la Provincia de Buenos Aires
Argentina

**BLANCO, Hilda**
University of Southern California
USA

AIV

**BLANFORD, Geoffrey**
Ifo Institute for Economic Research
Germany

**BLOK, Kornelis**
Ecofys Netherlands
Netherlands

**BODANSKY, Daniel**
Arizona State University
USA

**BOLWIG, Simon**
Technical University of Denmark, Risø
National Laboratory for Sustainable Energy
Denmark

**BORENSTEIN, Severin**
University of California, Berkeley
USA

**BOSETTI, Valentina**
Fondazione Eni Enrico Mattei (FEEM)
Italy

**BÖTTCHER, Hannes**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**BOUILLE, Daniel**
Fundación Bariloche
Argentina

**BRAATHEN, Nils Axel**
OECD Environmental Directorate
France

**BRENNAN, Andrew**
La Trobe University
Australia

**BREWER, Thomas**
Georgetown University
USA

**BRIGHT, Ryan M.**
Norwegian University of Science and
Technology (NTNU)
Norway

**BROOME, John**
University of Oxford
UK

**BROWN, Donald A.**
Penn State University
USA

**BROWN, Marilyn**
Georgia Institute of Technology
USA

**BRUCKNER, Thomas**
University of Leipzig
Germany

**BRUNNER, Steffen**
Potsdam Institute for Climate Impact
Research
Germany

**BRUVOLL, Annegrete**
Vista Analysis AS
Norway

**BULKELEY, Harriet**
Durham University
UK

**BURTRAW, Dallas**
Resources for the Future
USA

**BUSTAMANTE, Mercedes**
University of Brasília
Brazil

**BUTZLAFF, Iris**
University of Göttingen
Germany

**CABEZA, Luisa F.**
University of Lleida
Spain

**CALVIN, Katherine**
Pacific Northwest National Laboratory
USA

**CALVIN, Katherine**
Joint Global Change Research Institute
USA

**CANEY, Simon**
University of Oxford
UK

**CARIÑO OLVERA, Martha Micheline**
Universidad Autonoma de Baja California Sur
Mexico

**CARLSON, Ann**
UCLA School of Law
USA

**CARRARO, Carlo**
Fondazione Eni Enrico Mattei (FEEM)
Italy

**CERON, Jean-Paul**
Centre International de Recherche sur
l'Environnement et le Développement (CIRED)
France

**CERVERO, Robert**
University of California, Berkeley
USA

**CHAN, Gabriel**
Harvard University
USA

**CHÁVEZ, Abél**
Potsdam Institute for Climate Impact
Research
Germany

**CHEN, Wenying**
Tsinghua Univeristy
China

**CHEN, Ying**
Chinese Academy of Social Sciences (CASS)
China

**CHERUBINI, Francesco**
Norwegian University of Science and
Technology (NTNU)
Norway

**CHIMANIKIRE, Donald**
University of Zimbabwe
Zimbabwe

AIV

**CHINGAMBO, Lloyd**
Africa Carbon Credit Exchange
Zambia

**CHRISTENSEN, Peter**
School of Forestry &Environmental Studies
USA

**CHROBOG, Siri-Lena**
Potsam-Institute for Climate Impact Research
Germany

**CHUM, Helena**
National Renewable Energy Laboratory (NREL)
USA

**CLARK, Harry**
New Zealand Agricultural Greenhouse Gas Research Centre
New Zealand

**CLARKE, Leon**
Pacific Northwest National Laboratory
USA

**CLIFT, Roland**
University of Surrey (D3)
UK

**CONTE GRAND, Mariana**
Universidad del CEMA
Argentina

**COOKE, Roger**
Resources for the Future / Delft University of Technology
USA

**CORBERA, Esteve**
Universitat Autonoma de Barcelona
Spain

**CORBERA, Esteve**
Universitat Autonoma de Barcelona
Spain

**COTTIER, Thomas**
University of Bern
Switzerland

**CREUTZIG, Felix**
MCC
Germany

**CRIST, Philippe LeRouic**
OECD
France

**CRUZ-NÚÑEZ, Xochitl**
National Autonomous University of Mexico
Mexico

**CULLEN, Heidi**
Climate Central
USA

**CZAJKOWSKA, Anna**
Bloomberg New Energy Finance
UK

**DADHICH, Pradeep Kumar**
Deloitte Touche Tohmatsu India Private Ltd.
India

**DAENZER, Kathryn**
Pennsylvania State University
USA

**D'AGOSTO, Marcio**
Universidade Federal do Rio de Janeiro
Brazil

**DARGHOUTH, Naim**
Lawrence Berkeley National Laboratory
USA

**DASGUPTA, Shyamsree**
Jadavpur University
India

**DE CONINCK, Heleen C.**
University of Nijmegen
Netherlands

**DE LA RUE DE CAN, Stephane**
Ernest Orlando Lawrence Berkeley National Laboratory
USA

**DE LA VEGA NAVARRO, Angel**
Universidad Nacional Autónoma de México
Mexico

**DE SIQUEIRA PINTO, Alexandre**
Universidade de Brasilia
Brazil

**DEAKIN, Elizabeth**
University of California
USA

**DEJAGER, David**
Ecofys Netherlands
Netherlands

**DELGADO, Gian Carlo**
Universidad Nacional Autónoma de México
Mexico

**DELUCCHI, Mark**
Institute of Transportation Studies
USA

**DEMKINE, Volodymyr**
UNEP
Kenya

**DEN ELZEN, Michel**
Netherlands Environmental Assessment Agency
Netherlands

**DEWAR, David**
University of Cape Town
South Africa

**DHAKAL, Shobhakar**
Asian Institute of Technology
Thailand

**DHAR, Subash**
UNEP Risø Centre
Denmark

**DIAZ MOREJON, Cristobal Felix**
Ministry of Science, Technology and the Environment
Cuba

**DIMITRIU, Delia**
Manchester University, Centre for Air, Transport and the Environment
UK

**DONG, Hongmin**
Institute of Environment and Sustainable
Development in Agriculture, Chines
China

**DOOLEY, James**
US Department of Energy
USA

**DUBASH, Navroz K.**
Centre for Policy Research
India

**DUTT, Varun**
Indian Institute of Technology, Mandi
India

**EDENHOFER, Ottmar**
Co-Chair IPCC WGIII, Potsdam Institute for
Climate Impact Research
Germany

**EDMONDS, James A.**
Pacific Northwest National Laboratory
USA

**EICKEMEIER, Patrick**
Potsdam Institute for Climate Impact
Research
Germany

**ELGIZOULI, Ismail**
Higher Council for Environment & Natural
Resources
Sudan

**EL-HAGGAR, Salah M.**
The American University In Cairo (AUC)
Egypt

**ELSIDDIG, Elnour Abdalla**
Faculty of Forestry, University of Khartoum
Sudan

**ENGELS, Anita**
Universität Hamburg
Germany

**ENTING, Katrin**
KFW German Development Bank
Germany

**EOM, Jiyong**
Sogang University
Republic of Korea

**ESSANDOH-YEDDU, Joseph Kow**
Energy Commission
Ghana

**EYRE, Nicholas**
Oxford University
UK

**FAAIJ, Andre**
Academic Director of the Energy Academy
Europe in Groningen
Netherlands

**FAAIJ, Andre**
Energy Academy Europe in Groningen
Netherlands

**FARAHANI, Ellie**
Potsdam Institute for Climate Impact
Research
Germany

**FARBER, Dan**
University of California at Berkeley
USA

**FARGIONE, Joe**
The Nature Conservancy
USA

**FIFITA, Solomone**
Secretariat of the Pacific Community
Fiji

**FIGUEROA MEZA, Maria Josefina**
Technical University of Denmark
Denmark

**FINUS, Michael**
University of Bath
UK

**FISCHEDICK, Manfred**
Wuppertal Institute for Climate, Environment,
Energy
Germany

**FISHER-VANDEN, Karen**
Pennsylvania State University
USA

**FLACHSLAND, Christian**
MCC Institute
Germany

**FLEITER, Tobias**
Fraunhofer Institute for Systems and
Innovation Research (ISI)
Germany

**FLEURBAEY, Marc**
Princeton University
USA

**FRAGKIAS, Michail**
Boise State University
USA

**FRANCISCO, Josefa**
Miriam College
Philippines

**FRANKEL, Paul**
CalCEF Innovations
USA

**FROSSARD PEREIRA DE LUCENA, André**
Cidade Universitária
Brazil

**FUGLESTVEDT, Jan Sigurd**
Center for International Climate and
Environmental Research - Oslo (CICERO)
Norway

**FULLERTON, Don**
University of Illinois
USA

**FULTON, Lew**
University of California
USA

**FUNGTAMMASAN, Bundit**
King Mongkut's University of Technology
Thonburi
Thailand

AIV

**GADGIL, Ashok**
Lawrence Berkeley National Laboratory
USA

**GÁMEZ VÁZQUEZ, Alba Eritrea**
Universidad Autonoma de Baja California Sur
Mexico

**GARG, Amit**
Indian Institute of Management Ahmedabad
India

**GARRIDO VÁZQUEZ, Raúl Jorge**
Ministry of Science, Technology and
Environment
Cuba

**GENG, Yong**
Institution of Applied Ecology,Chinese
Academy of Sciences
China

**GERLAGH, Reyer**
Tilburg University
Netherlands

**GIBON, Thomas**
Norwegian University of Science and
Technology
Norway

**GOLLIER, Christian**
University Toulouse I
France

**GOMES, Marcos**
Pontifical Catholic University of Rio de Janeiro
Brazil

**GÓMEZ-ECHEVERRI, Luis**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**GOULDER, Lawrence**
Stanford University
USA

**GRAHAM, Peter**
Global Buildings Performance Network
France

**GRUEBLER, Arnulf**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**GRUNEWALD, Nicole**
University of Göttingen
Germany

**GUAN, Dabo**
Cambridge Centre for Climate Change
Mitigation Research
UK

**GUDYNAS, Eduardo**
CLAES
Uruguay

**GUJBA, Haruna**
UN Economic Commission for Africa (UNECA)
Ethiopia

**GÜNERALP, Burak**
Texas A&M University
USA

**GUPTA, Joyeeta**
University of Amsterdam
Netherlands

**GUPTA, Shreekant**
University of Delhi
India

**GUPTA, Sujata**
Asian Development Bank
Philippines

**GUTIERREZ-ESPELETA, Edgar E.**
Universidad de Costa Rica
Costa Rica

**HA DUONG, Minh**
CNRS
France

**HABERL, Helmut**
Alpen Adria University
Austria

**HAITES, Erik**
Margaree Consultants Inc.
Canada

**HALSNAES, Kirsten**
The Technical University of Denmark
Denmark

**HANEMANN, William Michael**
University of California, Berkeley
USA

**HÄNSEL, Gesine**
Ecofys Germany GmbH
Germany

**HAO, Han**
Tsinghua University
China

**HARNISCH, Jochen**
KFW German Development Bank
Germany

**HARPER, Richard**
Murdoch University
Australia

**HARVEY, L. D. Danny**
University of Toronto
Canada

**HASANBEIGI, Ali**
Lawrence Berkeley National Laboratory
USA

**HASSAN, Rashid**
University of Pretoria
South Africa

**HAUSCHILD, Michael Zwicky**
Technical University of Denmark
Denmark

**HEATH, Garvin**
NREL
USA

**HELD, Hermann**
University of Hamburg
Germany

**HELFRICH, Jennifer**
Technical University Berlin
USA

AIV

**HELLER, Carol**
University of Pennsylvania
USA

**HERNANDEZ, Ariel Macaspac**
University of Leipzig
Germany

**HERNÁNDEZ-TEJEDA, Tomás**
INIFAP-SAGARPA
Mexico

**HERRERO, Mario**
International Livestock Research Institute
Kenya

**HERTWICH, Edgar**
Norwegian University of Science &
Technology
Norway

**HOEN, Ben**
Lawrence Berkeley National Laboratory
USA

**HÖHNE, Niklas**
Ecofys & Wageningen University
Germany

**HÖLLER, Samuel**
Wuppertal Institute for Climate, Environment,
Energy
Germany

**HOLZER, Kateryna**
National Centre of Competence in Research
Switzerland

**HONNERY, Damon Robert**
Monash University
Australia

**HOUGHTON, Richard**
Woods Hole Research Center
USA

**HOURCADE, Jean-Charles**
Centre National de la Recherche Scientifique
France

**HOUSE, Joanna**
University of Bristol
UK

**HUANG, Luxin**
China Academy of Urban Planning and
Design (CAUPD)
China

**HUANG, Shu-Li**
National Taipei University
Taiwan, province of China

**HUANG, Yongfu**
World Institute for Development Economics
Research (UNU-WIDER)
Finland

**HULTMAN, Nathan**
University of Maryland
USA

**INABA, Atsushi**
Kogakuin University
Japan

**INFIELD, David**
University of Strathclyde
UK

**IRVINE, Peter**
Institute for Advanced Sustainability Studies
Germany

**IVANOVA BONCHEVA, Antonina**
Universidad Autónoma de Baja California Sur
(UABCS)
Mexico

**JACOBS, Heather**
Food and Agriculture Organization of
the United Nations
USA

**JAFARI, Mostafa**
Research Institute of Forests and Rangelands
(RIFR) and Islamic Republic of Iran
Meteorological Organization (IRIMO)
Iran

**JAFFE, Adam**
Motu Economic and Public Policy Research
New Zealand

**JAIN, Atul K.**
University of Illinois @ Urbana-Champaign
USA

**JAKOB, Michael**
Mercator Research Institute on Global
Commons and Climate Change (MCC)
Germany

**JÄNICKE, Martin**
Freie Universität Berlin
Germany

**JANSSENS-MAENHOUT, Greet Georgette
Alice**
Institute for Environment and Sustainability
of the EC - JRC
Italy

**JASANOFF, Sheila**
Harvard University
USA

**JAYARAMAN, T.**
Tata Institute of Social Sciences
India

**JEWELL, Jessica**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**JIANG, Kejun**
Energy Research Institute
China

**JIANG, Leiwen**
National Center for Atmospheric Research
USA

**JIANG, Yi**
Tsinghua University
China

**JOHNSON, Nils**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**JOTZO, Frank**
Australian National University
Australia

**KADNER, Susanne**
Potsdam Institute for Climate Impact
Research
Germany

AIV

**KAHN RIBEIRO, Suzana**
Federal University of Rio de Janeiro
Brazil

**KAINUMA, Mikiko**
National Institute for Environmental Studies
Japan

**KANDLIKAR, Milind**
Liu Institute for Global Issues
Canada

**KANSAL, Arun**
TERI University
India

**KANUDIA, Amit**
KanORS EMR Consultants- Energy Modelling
and Research
India

**KARROUK, Mohammed Said**
University Hassan II
Morocco

**KARTHA, Sivan**
Stockholm Environment Institute
USA

**KATAI, Sheena**
University of California
USA

**KATO, Etsushi**
National Institute for Environmental Studies
(NIES)
Japan

**KELEMEN, Ágnes**
Consultant, freelance
Hungary

**KELLER, Klaus**
The Pennsylvania State University
USA

**KHAN, Mizan R.**
North South University
Bangladesh

**KHENNAS, Smail**
Senior Energy and Climate Change Expert
UK

**KHESHGI, Haroon**
ExxonMobil Corporate Strategic Research
USA

**KIM, Son**
PNNL Joint Global Change Research Institute
USA

**KIM, Suduk**
Ajou University
Republic of Korea

**KIM, Yong Gun**
Korea Environment Institute
Republic of Korea

**KIMURA, Osamu**
Central Research Institute of Electric Power
Industry
Japan

**KLASEN, Stephan**
University of Göttingen
Germany

**KNOPF, Brigitte**
Potsdam Institute for Climate Impact
Research
Germany

**KOBAYASHI, Shigeki**
Toyota R&D Labs., Inc.
Japan

**KOHLIN, Gunnar**
Göteburg University
Sweden

**KOLP, Peter**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**KOLSTAD, Charles**
Stanford University
USA

**KOMATSU, Hidenori**
Central Research Institute of Electric Power
Industry
Japan

**KOPP, Raymond**
Resources for the Future
USA

**KORYTAROVA, Katarina**
Ministry of Economy of the Slovak Republic
Slovakia

**KREIBIEHL, Silvia**
UNEP Collaborating Centre for Climate &
Sustainable Energy Finance
Germany

**KREY, Volker**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**KRIEGLER, Elmar**
Potsdam Institute for Climate Impact
Research
Germany

**KRUG, Thelma**
National Institute for Space Research
Brazil

**KUNREUTHER, Howard**
Wharton School, University of Pennsylvania
USA

**KVERNDOKK, Snorre**
Ragnar Frisch Centre for Economic Research
Norway

**LA ROVERE, Emilio**
Federal University of Rio de Janeiro
Brazil

**LABANDEIRA, Xavier**
University of Vigo
Spain

**LAH, Oliver**
Wuppertal Institute for Climate, Environment
and Energy
Germany

**LANZA, Alessandro**
Euro Mediterranean Center on Climate
Change
Italy

**LARSEN, Peter**
Lawrence Berkeley National Laboratory
USA

**LAWRENCE, Mark**
Institute for Advanced Sustainability Studies
Germany

**LAWRENCE, Peter**
National Center for Atmospheric Research
(NCAR)
USA

**LECOCQ, Franck**
CIRED
France

**LEE, Myung-Kyoon**
Keimyung University and the Global Green
Growth Institute
Republic of Korea

**LEFÈVRE, Benoit**
World Resources Institute (WRI)
USA

**LEIVA, Jorge**
GreenLane Consultores Ltda.
Chile

**LESSMANN, Kai**
Potsdam Institute for Climate Impact
Research
Germany

**LEWIS, Joanna**
Georgetown University
USA

**LING, Chee Yoke**
Third World Network
Malaysia

**LINNEROOTH-BAYER, Joanne**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**LIPHOTO, Enoch**
Eskom Holdings SOC Limited
South Africa

**LLANES-REGUEIRO, Juan F.**
Havana University
Cuba

**LONGDEN, Tom**
Fondazione Eni Enrico Mattei
Italy

**LÖSCHEL, Andreas**
Westfälische Wilhelms-Universität Münster
Germany

**LOWE, Jason**
University of Reading
UK

**LUCON, Oswaldo**
São Paulo State Environment Secretariat
Brazil

**LUDERER, Gunnar**
Potsdam Institute for Climate Impact
Research (PIK)
Germany

**LUTZ, Wolfgang**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**LWASA, Shuaib**
Makerere University
Uganda

**MACHADO-FILHO, Haroldo de Oliveira**
UNDP/Brazil
Brazil

**MADHUSUDANAN, Rahul**
University of California
USA

**MAHER, Kathryn**
University of California, Santa Barbara
USA

**MANAGI, Shunsuke**
Tohoku University
Japan

**MARANGONI, Giacomo**
Fondazione Eni Enrico Mattei (FEEM)
Italy

**MARCOTULLIO, Peter J.**
Hunter College
USA

**MARQUARD, Andrew**
University of Cape Town
South Africa

**MASERA, Omar**
UNAM
Mexico

**MASSETTI, Emanuele**
Fondazione Eni Enrico Mattei (FEEM) and
CMCC
Italy

**MATHUR, Ritu**
The Energy & Resources Institute (TERI)
India

**MBOW, Cheikh**
University Cheikh Anta Diop of Dakar
Senegal

**MCCOLLUM, David**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**MCKINNON, Alan**
Kühne Logistics University
Germany

**MCMAHON, James E.**
Lawrence Berkeley National Laboratory
USA

**MEHLING, Michael**
Ecologic Institute, Washington DC
USA

**MESSOULI, Mohammed**
Université Cadi Ayyad
Morocco

**MEYER, Lukas**
University of Graz
Austria

**MICHAELOWA, Axel**
University of Zurich
Switzerland

**AIV**

**AIV**

**MICHIELSEN, Thomas**
Universitiy of Oxford
UK

**MILLARD-BALL, Adam**
University of California-Santa Cruz
USA

**MILLS, Andrew**
Lawrence Berkeley National Laboratory
USA

**MINX, Jan Christoph**
Potsdam Institute for Climate Impact
Research
Germany

**MIRASGEDIS, Sevastianos**
National Observatory of Athens
Greece

**MITCHELL, Catherine**
University of Exeter
UK

**MOLODOVSKAYA, Marina**
The University of British Columbia
Canada

**MONTERO, Juan Pablo**
Catholic University of Chile
Chile

**MOORE, Nigel**
Institute for Advanced Sustainability Studies
Germany

**MOREIRA CESAR BORBA, Bruno Soares**
Federal University of Rio de Janeiro
Brazil

**MORGAN, Jennifer**
World Resources Institute
USA

**MORITA, Kanako**
National Institute for Environmental Studies
Japan

**MOURATIADOU, Ioanna**
PIK
Germany

**MÜLLER, Daniel B.**
Norwegian University of Science and
Technology
Norway

**MULLER, Duane Marie**
Eastern Research Group, Inc.
USA

**MULUGETTA, Yacob**
University of Surrey
UK

**MUNDACA, Luis**
Lund University
Sweden

**MURAKAMI, Jin**
City University of Hong Kong, HKSAR
China

**MURAKAMI, Shuzo**
Building Research Institute
Japan

**MUVUNDIKA, Alick**
National Institute for Scientific and Industrial
Research
Zambia

**MUYLAERT DE ARAUJO, Maria Silvia**
Federal University of Rio de Janeiro
Brazil

**NABUURS, Gert-Jan**
Wageningen UR
Netherlands

**NAGENDRA, Harini**
Ashoka Trust for Research in Ecology and the
Environment (ATREE)
India

**NAKICENOVIC, Nebojsa**
Vienna University of Technology
Austria

**NANSAI, Kaisuke**
National Institute for Environmental Studies
(NIES)
Japan

**NEELIS, Maarten**
Ecofys Netherlands B.V, China
China

**NENOV, Valentin**
Burgas University
Bulgaria

**NEUHOFF, Karsten**
DIW Berlin
Germany

**NEWELL, Richard**
Duke University
USA

**NEWMAN, Peter**
Curtin University
Australia

**NIMIR, Hassan Bashir**
University of Khartoum
Sudan

**NORGAARD, Richard B.**
University of California, Berkeley
USA

**OCKENFELS, Axel**
University of Cologne
Germany

**OFOSU AHENKORAH, Alfred**
Energy Commission
Ghana

**OKEREKE, Chukwumerije**
University of Reading
UK

**OLIVIER, Jos**
PBL Netherlands Environmental Assessment
Agency
Netherlands

**OLMSTEAD, Sheila**
Resources for the Future
USA

**OUYANG, Minggao**
Tsinghua University
China

PAHLE, Michael
Potsdam Institute for Climate Impact
Research (PIK
Germany

PALTSEV, Sergey
Massachusetts Institute of Technology
USA

PÁLVÖLGYI, Tamás
Budapest University of Technology and
Economics
Hungary

PAN, Jiahua
Chinese Academy of Social Sciences (CASS)
China

PARIKH, Jyoti
Integrated Research and Action for
Development (IRADe)
India

PARIKH, Kirit S.
Integrated Research and Action for
Development (IRADe)
India

PATERSON, Matthew
University of Ottawa
Canada

PATERSON, Matthew
University of Ottawa
Canada

PATHAK, Himanshu
Indian Agricultural Research Institute
India

PATT, Anthony
Swiss Federal Institute of Technology (ETH)
Austria

PAULY, Daniel
The University of British Columbia
Canada

PEETERS, Paul
NHTV Breda University of Professional
Education
Netherlands

PERCZYK, Daniel
Instituto Torcuato di Tella
Argentina

PEREZ ARRIAGA, Ignacio
Comillas University
Spain

PETERMANN, Nils
PIK
Germany

PETRICHENKO, Ksenia
Central European University
Hungary

PICHLER, Peter Paul
Potsdam Institute for Climate Impact
Research
Germany

PICHS MADRUGA, Ramon
Co-Chair IPCC WGIII, Centro de Investigacio
nes de la Economía Mundial
Cuba

PINGUELLI ROSA, Luiz
Federal University of Rio de Janeiro
Brazil

PIZER, William A.
Sanford School of Public Policy
USA

PLEVIN, Richard
University of California, Berkeley
USA

PLOTKIN, Steven
Argonne National Laboratory
USA

POPP, Alexander
Potsdam-Institut für Klimafolgenforschung
Germany

POPP, David
Syracuse University
USA

PORTER, John R.
The University of Copenhagen
Denmark

POULTER, Benjamin
Montana State University
USA

PRICE, Lynn
Lawrence Berkeley National Laboratory
USA

PYKE, Christopher
US Green Building Council
USA

QUADRELLI, Roberta
International Energy Agency
France

RADEBACH, Alexander
MCC Institute
Germany

RAM BHANDARY, Rishikesh
Tufts University
USA

RAMAKRISHNA, Kilaparti
UNESCAP
Republic of Korea

RAMASWAMI, Anu (Anuradha)
University of Minnesota (UMN)
USA

RASCH, Philip
Pacific Northwest National Lab
USA

RAUSCHER, Michael
Universität Rostock
Germany

RAVINDRANATH, Nijavalli H.
Indian Institute of Science
India

RIAHI, Keywan
International Institute for Applied Systems
Analysis (IIASA)
Austria

RICE, Charles W.
Kansas State University
USA

AIV

**RICE, Jake**
Ecosystem Sciences Branch
Canada

**RICHELS, Richard**
Electric Power Research Institute
USA

**ROBLEDO ABAD, Carmenza**
Helvetas Swiss Intercooperation
Switzerland

**ROGELJ, Joeri**
Swiss Federal Institute of Technology (ETH)
Switzerland

**ROGER, Charles**
The University of British Columbia
Canada

**ROGNER, H.-Holger**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**ROGNER, Mathis**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**ROMANOVSKAYA, Anna**
Russian Hydrometeoservice and Russian
Academy of Sciences
Russian Federation

**ROSE, Steven**
Electric Power Research Institute
USA

**ROY, Joyashree**
Jadavpur University
India

**RUTH, Matthias**
Northeastern University
USA

**SAGAR, Ambuj**
Indian Institute of Technology Delhi
India

**SALAT, Serge**
CSTB
France

**SALVATORE, Joseph**
Bloomberg New Energy Finance
UK

**SANTALLA, Estela**
Universidad Nacional del Centro de la
Provincia de Buenos Aires
Argentina

**SARQUILLA, Lindsey**
University of California, Santa Barbara
USA

**SATHAYE, Jayant**
Lawrence Berkeley National Laboratory
USA

**SAUSEN, Robert**
DLR-Institut für Physik der Atmosphäre
Germany

**SCHAEFER, Stefan**
Institute for Advanced Sustainability Studies
Germany

**SCHAEFFER, Michiel**
Climate Analytics GmbH
USA

**SCHAEFFER, Roberto**
Federal University of Rio de Janeiro
Brazil

**SCHAUER, James Jay**
University of Wisconsin-Madison
USA

**SCHIPPER, Lee**
Stanford University
USA

**SCHLOEMER, Steffen**
Potsdam Institute for Climate Impact
Research
Germany

**SCHREITTER, Victoria**
OECD
France

**SCHROEDER, Heike**
University of East Anglia
UK

**SEDLÁCEK, Jan**
ETH Zurich, Institute for Atmospheric and
Climate Science
Switzerland

**SEROA DA MOTTA, Ronaldo**
Environmental Economics at the State
University of Rio de Janeiro (UERJ)
Brazil

**SETO, Karen**
Yale University
USA

**SEYBOTH, Kristin**
KMS Research & Consulting LLC
USA

**SHEIKHO, Kamel**
King Abdulaziz City for Science and
Technology
Saudi Arabia

**SHEINBAUM, Claudia**
Universidad Nacional Autonoma de México
Mexico

**SHITTU, Ekundayo**
The George Washington University
USA

**SHUKLA, Priyadarshi R.**
Indian Institute of Management Ahmedabad
India

**SIMMONS, Cary**
Yale University
USA

**SIMS, Ralph**
Massey University
New Zealand

**SKEA, Jim**
Imperial College London
UK

AIV

**SMITH, Pete**
University of Aberdeen
UK

**SMITH, Steven J.**
Joint Global Change Research Institute
USA

**SOHI, Saran**
UK Biochar Research Centre
UK

**SOKKA, Laura**
VTT Technical Research Centre of Finland
Finland

**SOKONA, Youba**
Co-Chair IPCC WGIII, South Centre
Switzerland

**SOMANATHAN, Eswaran**
Indian Statistical Institute, Delhi
India

**SPERLING, Daniel**
University of California, Davis
USA

**SPERLING, Frank**
African Development Bank
Tunisia

**SPILLER, Elisheba**
Environmental Defense Fund
USA

**STADELMANN, Martin**
University of Zurich
Switzerland

**STAVINS, Robert**
Harvard University
USA

**STECKEL, Jan**
MCC Institute
Germany

**STERN, David I.**
Australian National University
Australia

**STERNER, Thomas**
University of Gothenburg; Environmental
Defense Fund, New York
Sweden

**STOCKER, Benjamin**
Physics Institute, University of Bern
Switzerland

**STOWE, Robert C.**
Harvard University
USA

**STRACHAN, Neil**
University College London
UK

**STRØMMAN, Anders**
Faculty of Engineering Sciences / Norwegian
University of Science and Technology
Norway

**SUE WING, Ian**
Boston University
USA

**SUGIYAMA, Taishi**
Central Research Institute of Electric Power
Industry (CRIEPI)
Japan

**SUH, Sangwon**
University of California
USA

**SULIMAN, Nadir Mohamed Awad**
Private Sector
Sudan

**TACOLI, Cecilia**
International Institute for Environment and
Development (IIED)
UK

**TANAKA, Kanako**
Japan Science and Technology Agency (JST)
Japan

**TAVONI, Massimo**
Fondazione Eni Enrico Mattei (FEEM)
Italy

**TENG, Fei**
Tsinghua University
China

**THEMELIS, Nikolas**
Columbia University
USA

**THØGERSEN, John**
Aarhus University
Denmark

**TIWARI, Geetam**
Indian Institute of Technology
India

**TORRES MARTINEZ, Julio**
CUBASOLAR
Cuba

**TOTH, Ferenc L.**
International Atomic Energy Agency (IAEA)
Austria

**TUBIELLO, Francesco N.**
UN Food and Agricultural Organization (FAO)
Italy

**UDDIN, Noim**
University of New South Wales
Australia

**UPADHYAY, Jigeesha**
Indian Institute of Management
India

**URAMA, Kevin**
African Technology Policy Studies (ATPS)
Network
Kenya

**ÜRGE-VORSATZ, Diana**
Central European University
Hungary

**VAN DER MENSBRUGGHE, Dominique**
Food and Agriculture Organization of the
United Nations
Italy

**AIV**

**VAN DER ZWAAN, Bob**
ECN, Columbia University and Johns Hopkins University
Netherlands

**VAN MINNEN, Jelle Gerlof**
Netherlands Environmental Assessment Agency (PBL)
The Netherlands

**VAN VUUREN, Detlef P.**
PBL Netherlands Environmental Assessment Agency / Utrecht University, Department of Geosciences
Netherlands

**VAUGHAN, Naomi**
University of East Anglia
UK

**VENABLES, Anthony**
University of Oxford
UK

**VENKATAGIRI, K S**
CII - Sohrabji Godrej Green Business Centre
India

**VERBRUGGEN, Aviel**
University of Antwerp
Belgium

**VICTOR, David G.**
University of California, San Diego
USA

**VILARIÑO, Maria Virginia**
Business Council for Sustainable Development Argentina, WBCSD Argentinean Chapter
Argentina

**VINLUAN, Marlene**
Asian Development Bank
Philippines

**VON STECHOW, Christoph**
Potsdam Institute for Climate Impact Research
Germany

**WARD, Murray**
GtripleC
New Zealand

**WATKISS, Paul**
Paul Watkiss Associates
UK

**WEBER, Elke**
Columbia University
USA

**WEISZ, Helga**
Potsdam Institute for Climate Impact Research
Germany

**WEN, Gang**
China CDM Fund Management Center, Ministry of Finance
China

**WEYANT, John**
Stanford University
USA

**WIEDMANN, Tommy**
The Commonwealth Scientific and Industrial Research Organisation
Australia

**WIENER, Jonathan**
Duke University
USA

**WIERTZ, Thilo**
Institute for Advanced Sustainability Studies
Germany

**WILSON, Thomas**
Electric Power Research Institute (EPRI)
USA

**WINKLER, Harald**
University of Cape Town
South Africa

**WISER, Ryan**
Lawrence Berkeley National Laboratory
USA

**WONG, Linda**
UC San Diego School of International Relations and Pacific Studies
USA

**WOODMAN, Bridget**
University of Exeter Cornwall Campus
UK

**YAMAGUCHI, Mitsutsune**
The University of Tokyo
Japan

**YETANO ROCHE, Maria**
Wuppertal Institute for Climate, Environment and Energy
Germany

**ZAIN AHMED, Azni**
Universiti Teknologi MARA
Malaysia

**ZHANG, Xiliang**
Tsinghua University
China

**ZHOU, Dadi**
Energy Research Institute, National Development and Reform Commission, China
China

**ZHOU, Peter**
EECG Consultants (Pty) Ltd
Botswana

**ZHU, Songli**
National Development and Reform Commission, China
China

**ZOU, Ji**
National Center for Climate Change Strategy and International Cooperation
China

**ZWICKEL, Timm**
Potsdam Institute for Climate Impact Research
Germany

**ZYLICZ, Tomasz**
University of Warsaw
Poland

AIV

**ANNEX**

# V

# Annex V: Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**This annex should be cited as:**

IPCC, 2014: Annex V: Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

*Expert Reviewers are listed alphabetically by surname.*

**AAMAAS, Borgar**
Center for International Climate and Environmental Research—Oslo (CICERO)
Norway

**ABANADES, Juan Carlos**
CSIC-INCAR
Spain

**ABBESS, Jo**
Energy Institute
UK

**ABDELHAMED, Beelal**
Central Laboratory for Agricultural Climate (CLAC), Agriculture Research Center (ARC)
Egypt

**ABDELSALAM, Abdelsalam**
Freelance
Sudan

**ABE, Satoshi**
Tohoku Electoric Power CO.,INC
Japan

**ABY, Drame**
Enda Tiers Monde
Senegal

**ACCUARDI, Zak**
Massachusetts Institute of Technology
USA

**ACHTEN, Wouter**
University of Leuven
Belgium

**ACKERMAN, Frank**
Synapse Energy Economics
USA

**ACOSTA MORENO, Roberto**
CITMA, Ministry of Science, Technology and Environment
Cuba

**ACQUAYE, Adolf**
University of Kent
UK

**ADLER (NEE ROMAN), Carolina**
Swiss Federal Institute of Technology (ETH) Zurich
Switzerland

**AHMED, Atiq Kainan**
Asian Disaster Preparedness Center (ADPC)
Thailand

**AHMED, Essam Hassan Mohamed**
Egyptian Environmental Affairs Agency, EEAA
Egypt

**AKIMOTO, Keigo**
Research Institute of Innovative Technology for the Earth (RITE)
Japan

**ALBER, Gotelind**
GenderCC-Women for Climate Justice
Germany

**ALDRED, Rachel**
University of Westminster
UK

**ALDY, Joseph**
Harvard University
USA

**ALFSEN, Knut Halvor**
CICERO
Norway

**ALI BABIKER, Imad-eldin**
Agricultural Research corporation (ARC)
Sudan

**ALLEN, Geoffrey**
University of Massachusetts
USA

**ALVARO FUENTES, Jorge**
Spanish National Research Council (CSIC)
Spain

**AMANO, Masahiro**
Waseda University
Japan

**AMBULKAR, Archis**
Brinjac Engineering Inc.
USA

**AMON, Barbara**
University of Natural Resources and Life Sciences Vienna
Austria

**ANDERSON, Patrick**
Forest Peoples Programme
Indonesia

**ANDERSSON, Jon**
Product and Production Development
Sweden

**ANDO, Takashi**
The Chugoku Electric Power Co., Inc.
Japan

**ANGER-KRAAVI, Annela**
University of Cambridge
UK

**ANTHONY, Richard**
Irvine Valley College
USA

**ANTONINI, Yasmine**
Federal University of Ouro Preto
Brazil

**ARAKI, Makoto**
Forestry and Forest Products Research Institute, Japan
Japan

**ARIKAN, Yunus**
ICLEI - Local Governments for Sustainability
Germany

**ARLER, Finn**
Aalborg University
Denmark

**ARROYO CURRÁS, Tabaré**
Potsdam Institute for Climate Impact Research
Germany

AV

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

ASHEIM, Geir B.
University of Oslo
Norway

ATTFIELD, Robin
Cardiff University
UK

ATZL, Andreas
Karlsruhe Institute of Technology
Germany

AVZARADEL, Ana Carolina
ICF International
Brazil

AYYUB, Bilal
University of Maryland
USA

BABIKER, Mustafa
Aramco
Saudi Arabia

BAILEY, Ian
Plymouth University
UK

BAKER, D. James
William J. Clinton Foundation
USA

BAKER, Erin
University of Massachusetts, Amherst
USA

BAKER, Keith
Glasgow Caledonian University
UK

BANISTER, David
University of Oxford
UK

BANISTER, Mat
Australian Government Department of
Sustainability, Environment, Water, Population
& Communities
Australia

BANKS, Ian
McKinsey and Company
UK

BARANZINI, Andrea
Geneva School of Business Administration
Switzerland

BARDHAN, Suchandra
Jadavpur University
India

BARKER, Timothy
Stimulate Systems
UK

BARKER, Terry
University of Cambridge, UK
UK

BARRETT, Scott
Columbia University
USA

BASTIEN, Girod
ETH Zurich
Switzerland

BATISHA, Ayman
Environment and Climate Research Institute
Egypt

BAUER, Nico
Potsdam Institute for Climate Impact
Research
Germany

BAVISHI, Raj
Legal Response Initiative
UK

BAXTER, Van
Oak Ridge National Laboratory
USA

BAZILIAN, Morgan
NREL
USA

BECK, Brendan
South African Centre for Carbon Capture and
Storage
South Africa

BELLAMY, Owen
Committee on Climate Change
UK

BENCHAAR, Chaouki
Dairy and Swine Research and Development
Center
Canada

BENDIK-KEYMER, Jeremy
Case Western Reserve University
USA

BERMÚDEZ INSUA, César
Xunta de Galicia
Spain

BERNHARDT, Karl-Heinz
Leibniz-Sozietät der Wissenschaften zu Berlin
e.V.
Germany

BERNIER, Pierre
Natural Resources Canada
Canada

BERNOUX, Martial
IRD - Institute of Research for Development
France

BESSEDE, Jean-Luc
T&D Europe
France

BETSILL, Michele
Colorado State University
USA

BETTS, Richard
Met Office Hadley Centre
UK

BHANDARI, Medani
Syracuse University, USA
Nepal

BHARAT, Alka
M.A.National Institute of Technology
India

BHATTACHARYA, Sankar
Monash University
Australia

BHUYAN, Gouri S.
Consultant
Canada

AV

**BIELICKI, Jeffrey**
University of Minnesota
USA

**BISHOP, Justin**
University of Oxford
UK

**BLOK, Kornelis**
Ecofys
Netherlands

**BOCCHIOLA, Daniele**
Politecnico di Milano
Italy

**BODLE, Ralph**
Ecologic Institute
Germany

**BOGNER, Jean**
University of Illinois at Chicago
USA

**BÖHM, Gisela**
University of Bergen
Norway

**BØHN, Nils**
The Norwigian Forest Owners Federation
Norwegian

**BONDUELLE, Antoine**
E&E Consultant
France

**BONNER, Mark**
Global Carbon Capture and Storage Institute
Australia

**BORKEN-KLEEFELD, Jens**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**BOSETTI, Valentina**
Fondazione Eni Enrico Mattei (FEEM)
Italy

**BOUCHER, Douglas**
Union of Concerned Scientists
USA

**BOUCHER, Olivier**
CNRS
France

**BOUDGHENE STAMBOULI, Amine**
University of Sciences and Technology of Oran
Algeria

**BOWEN, Alexander**
Grantham Research Institute, LSE
UK

**BOYKOFF, Maxwell**
University of Colorado
USA

**BOYLE, Godfrey**
The Open University
UK

**BRADLEY, Tom**
National Renewable Energy Centre
UK

**BRANCHE, Emmanuel**
EDF
France

**BRECHA, Robert**
University of Dayton
USA

**BREWER, Thomas**
ICTSD
USA

**BRIENO RANKIN, Veronica**
GeoSeq International, LLC
USA

**BROWN, Donald**
Widener University School of Law
USA

**BROWN, Sally**
University of Washington
USA

**BRUCKNER, Thomas**
University of Leipzig
Germany

**BRUNNER, Steffen**
IPCC WG III TSU
Germany

**BRUNSTING, Suzanne**
ECN
Netherlands

**BRUVOLL, Annegrete**
Vista Analysis AS
Norway

**BUCHS, Milena**
University of Southampton
UK

**BULKELEY, Harriet**
Durham University
UK

**BUSBY, Joshua**
University of Texas
USA

**BUSCH, Jonah**
Conservation International
USA

**BYDEKERKE, Lieven**
VITO - Flemish Institute for Technological
Research
Belgium

**BYRNE, John**
University of Delaware
USA

**BYUN, Young Hwa**
Korea Meteorological Administration
Republic of Korea

**CAM, Wynn Chi-Nguyen**
International Initiative in a Sustainable Built
Environment
Singapore

**CAMPBELL, Ian D.**
Agriculture and Agri-Food Canada
Canada

**CAMPBELL, Nick**
Arkema SA
France

**AV**

**CAMPBELL, Tim**
Urban Age Institute
USA

**CANEILL, Jean-Yves**
EDF
France

**CAO, Jing**
Tsinghua University
China

**CAPARROS, Alejandro**
Consejo Superior de Investigaciones
Científicas (CSIC)
Spain

**CARLOS MARIA, Correa**
South Centre
Switzerland

**CARTER, Peter**
Climate Emergency Institute
Canada

**CASERINI, Stefano**
Politecnico di Milano
Italy

**CASTELLANOS CASTRO, Marlena**
Country Friends' Economic Society
Cuba

**CHALVATZIS, Konstantinos**
University of East Anglia
UK

**CHAN, Hoy Yen**
National University of Malaysia
Malaysia

**CHAPMAN, Ralph**
Victoria University of Wellington
New Zealand

**CHARLESWORTH, Mark**
Keele University
UK

**CHATMAN, Daniel**
University of California, Berkeley
USA

**CHEN, Yi**
National Center for Climate Change Strategy
and International Cooperation of China
China

**CHEN, Minpeng**
Institute of Environment and Sustainable
Development in Agriculture, CAAS
China

**CHEN, Ji**
National Center for Climate Change Strategy
and International Cooperation of China
China

**CHEN, A. Anthony**
University of the West Indies
Jamaica

**CHOPRA, Kanchan**
Formerly, Institute of Economic Growth, Delhi,
India
India

**CHRISTOFF, Peter**
University of Melbourne
Australia

**CHRISTOPHERSEN, Øyvind**
Climate and Pollution Agency
Norway

**CLAPP, Christa**
OECD
France

**CLINE, William**
Peterson Institute for International Economics
USA

**COBB, Jonathan**
World Nuclear Association
UK

**COHEN, Stewart**
Environment Canada
Canada

**COHN, Avery**
University of California, Berkeley
USA

**COLLARO, Carolina**
Venice University
Italy

**COLLIER, Ute**
Committee on Climate Change
UK

**COMPSTON, Hugh**
Cardiff University
UK

**CONTE GRAND, Mariana**
Universidad del CEMA
Argentina

**CORONA, Leonel**
National University of Mexico UNAM
Mexico

**COTTER, Janet**
Greenpeace Research Laboratories
UK

**COWIE, Annette**
University of New England
Australia

**COX, Wendell**
Conservatoire National des Arts et Metiers
USA

**CRABBÉ, Philippe**
University of Ottawa
Canada

**CRAIG, Michael**
Massachusetts Institute of Technology
USA

**CREMADES, Roger**
University of Hamburg
Germany

**CREUTZIG, Felix**
TU Berlin
Germany

**CRISTINI, Luisa**
University of Hawaii
USA

**CSOKNYAI, Tamas**
University of Debrecen
Hungary

**CUENOT, François**
IEA
France

**D ELIA, Vanesa**
Universidad del CEMA
Argentina

**DAGNET, Yamide**
World Resources Institute
USA

**D'AGOSTO, Marcio**
Universidade Federal do Rio de Janeiro
Brazil

**DALKMANN, Holger**
World Resources Institute
USA

**DAVID, Bonilla**
University of Oxford
UK

**DAVIDSON, Michael**
Massachusetts Institute of Technology
USA

**DAWSON, Richard**
Newcastle University
UK

**DE LA VEGA NAVARRO, Angel**
National Autonomous University of Mexico
Mexico

**DE SAEDELEER, Bernard**
Université catholique de Louvain (UCL)
Belgium

**DECANIO, Stephen**
University of California, Santa Barbara
USA

**DEMAYO, Trevor**
Chevron
USA

**DEMKINE, Volodymyr**
UNEP
Kenya

**DEN ELZEN, Michel**
PBL Netherlands Environmental Assessment
Agency
Netherlands

**DESHPANDE, Abhijeet**
United Nations Economic and Social
Commission for Asia and the Pacific
Thailand

**DHAR, Subash**
UNEP Risoe Centre
Denmark

**DI CARLO QUERO, Isabel Teresa**
Ministry of Foreign Affairs
Venezuela

**DI SBROIAVACCA, Nicolas**
Fundacion Bariloche
Argentina

**DIAS, Sonia Maria**
WIEGO
Brazil

**DIAZ MOREJON, Cristobal Felix**
Ministry of Science, Technology and the
Environment
Cuba

**DIAZ-RAINEY, Ivan**
University of Otago
New Zealand

**DIMITRIU, Delia**
Manchester University, Centre for Air,
Transport and the Environment
UK

**DINKEL, Jens**
Siemens AG
Germany

**DLAMINI, Lindiwe**
Ministry of Natural Resources and Energy
Swaziland

**DODDS, Paul**
University College London
UK

**DOOLEY, James**
Pacific Northwest National Laboratory
USA

**DROEGE, Peter**
University of Liechtenstein
Liechtenstein

**DRUCKMAN, Angela**
University of Surrey
UK

**DUBASH, Navroz K.**
Centre for Policy Research
India

**DUBOIS, Ghislain**
University of Versailles
France

**EBI, Kristie**
ClimAdapt, LLC
USA

**ECKERSLEY, Robyn**
University of Melbourne
Australia

**EICKEMEIER, Dominik**
Heuking Kühn Lüer Wojtek
Germany

**EICKEMEIER, Patrick**
IPCC WG III TSU
Germany

**EKHOLM, Tommi**
VTT Technical Research Centre of Finland
Finland

**ELLERMAN, Denny**
European University Institute
USA

**ELLIS, Jane**
OECD
France

AV

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**ESASHI, Kei**
Federation of Electric Power Companies
Japan

**FAN, Yunzhi**
China Classification Society, Ministry of
Transport, P.R. China
China

**FARAGO, Tibor**
St. Istvan University
Hungary

**FARBER, Daniel**
University of California, Berkeley
USA

**FENG, Kuishuang**
University of Maryland College Park
USA

**FENG, Xiangzhao**
Policy Research Center for Environment and
Economy of the Ministry of Environmental
Protection
China

**FENNELL, Paul**
Imperial College
UK

**FERNANDEZ, Lucia**
WIEGO
Uruguay

**FERRONE, Andrew**
Public Research Centre - Gabriel Lippmann
Luxembourg

**FIELD, Brad**
GNS Science
New Zealand

**FIGUEROA MEZA, Maria Josefina**
Technical University of Denmark
Denmark

**FINKENRATH, Matthias**
University of Applied Sciences Kempten
Germany

**FINNEGAN, Pat**
Grian
Ireland

**FINNVEDEN, Göran**
KTH Royal Institute of Technology
Sweden

**FISCHEDICK, Manfred**
Wuppertal Institute for Climate, Environment,
Energy
Germany

**FISHER, Nicole**
Anglo American Thermal Coal
South Africa

**FLACHSLAND, Christian**
MCC Berlin
Germany

**FLAMMINI, Alessandro**
University of Camerino; Vienna University of
Technology; FAO of the UN
Italy

**FLEMING, James**
Colby College
USA

**FORD-ROBERTSON, Justin**
FR Initiatives
New Zealand

**FRANZESE, Pier Paolo**
Parthenope University of Naples
Italy

**FU, Sha**
National Center for Climate Change Strategy
and International Cooperation
China

**FUESSLER, Juerg**
INFRAS
Switzerland

**FUGLESTVEDT, Jan**
CICERO
Norway

**FUJIWARA, Noriko**
Centre for European Policy Studies
Belgium

**FURUKAWA, Tomifuku**
Shikoku Electric Power Co., Inc
Japan

**FUTAMURA, Mariko**
Tokyo Woman's Christian University
Japan

**GALLAGHER, Glenn**
California Air Resources Board
USA

**GALLOWAY MCLEAN, Kirsty**
United Nations University
Australia

**GAO, Xiang**
Energy Research Institute, National
Development and Reform Commission
China

**GAO, Hairan**
National Center for Climate Change Strategic
Study and International Cooperation
China

**GARCIA, Javier Antonio**
Ministry of Environment, Chile
Chile

**GARDINER, Stephen**
University of Washington
USA

**GARRIDO VAZQUEZ, Raul Gorge**
Ministry of Science, Technology and
Environment
Cuba

**GENCHI, Yutaka**
National Institute of Advanced Industrial
Science and Technology (AIST)
Japan

**GHEEWALA, Shabbir**
The Joint Graduate School of Energy and
Environment
Thailand

AV

**GIBSON, Georgina**
Ricardo-AEA
UK

**GIRAUDET, Louis-Gaëtan**
Stanford University
USA

**GLEDITSCH, Nils Petter**
Peace Research Institute Oslo (PRIO)
Norway

**GODFREY, Carlos**
Independent Consultant
Colombia

**GOHEER, Muhammad Arif**
Global Change Impact Studies Centre (GCISC)
Pakistan

**GOLDTHAU, Andreas**
Central European University
Hungary

**GOLUBIEWSKI, Nancy**
Ministry for the Environment
New Zealand

**GONTIJO, Alexandre**
Promove College
Brazil

**GONZALEZ, Patrick**
U.S. National Park Service
USA

**GONZALEZ-GARCIA, Andres**
Instiute for Research in Technology (IIT) -
Comillas Pontifical University
Spain

**GÖSSLING, Stefan**
Lund University
Sweden

**GOTA, Sudhir**
CAI Asia
India

**GOTTSCHICK, Manuel**
University of Hamburg
Germany

**GRASSO, Marco**
University of Milan-Bicocca
Italy

**GRAY, Vincent**
Gray  Associates
New Zealand

**GREAVES, Hilary**
University of Oxford
UK

**GREEN, Richard**
Imperial College London
UK

**GREGORY, Robin**
Decision Research
Canada

**GRIGGS, David**
Monash University
Australia

**GROSSMANN, Iris**
Carnegie Mellon University
USA

**GROSSO, Mario**
Politecnico di Milano
Italy

**GRUBB, Michael**
Cambridge University
UK

**GUENDEHOU, Sabin**
Benin Centre for Scientific and Technical
Research
Benin

**GUNDERMANN, Bernd**
Stephenson&Turner New Zealand
New Zealand

**GÜNTHER, Edeltraud Martha**
Technische Universität Dresden
Germany

**GUPTA, Vijaya**
National Institute of Industrial Engineering
India

**GUTOWSKI, Timothy**
Massachusetts Institute of Technology
USA

**GYTARSKY, Michael**
Institute of Global Climate and Ecology
Russian Federation

**HAAS, Peter**
University of Massachusetts
USA

**HAEFELI-HESTVIK, Susanne**
Tricorona
Sweden

**HAINES, Andy**
London School of Hygiene and Tropical
Medicine
UK

**HAITES, Erik**
Margaree Consultants Inc.
Canada

**HAKALA, Kaija**
MTT Agrifood Research Finland
Finland

**HALLSTROM, Lars**
University of Alberta
Canada

**HAMILTON, Kirsty**
Chatham House
UK

**HANAOKA, Tatsuya**
National Institute for Environmental Studies
Japan

**HARA, Kiyoshi**
Japan Polyurethane Industries Institute
Japan

**HARGREAVES, Anthony**
University of Cambridge
UK

**HARSDORFF, Marek**
ILO
Switzerland

AV

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**HARSTAD, Bård**
University of Oslo
Norway

**HARVEY, Danny**
University of Toronto
Canada

**HASANBEIGI, Ali**
Lawrence Berkeley National Laboratory
USA

**HASEGAWA, Masayo**
Toyota Motor Corporation
Japan

**HAXTHAUSEN, Eric**
Ecologic Institute
USA

**HAYASHI, Ayami**
Research Institute of Innovative Technology
for the Earth (RITE)
Japan

**HAYWARD, Philip**
Demographia
New Zealand

**HEBERTO, Montiel**
Corpoelec
Venezuela

**HEINONEN, Jukka**
Aalto University
Finland

**HEITZIG, Jobst**
PIK
Germany

**HEKKENBERG, Michiel**
Energy Research Centre of the Netherlands
Netherlands

**HERTWICH, Edgar**
Norwegian University of Science and
Technology
Norway

**HEUTTE, Fred**
Sierra Club
USA

**HIRTH, Lion**
Vattenfall Europe AG
Germany

**HODAS, David**
Widener University School of Law
USA

**HOFFMANN, Matthew**
University of Toronto
Canada

**HOHMEYER, Olav**
Universität Flensburg
Germany

**HÖLLER, Samuel**
Wuppertal Institute
Germany

**HOLTSMARK, Bjart**
Statistics Norway
Norway

**HOMMA, Takashi**
Research Institute of Innovative Technology
for the Earth (RITE)
Japan

**HONGO, Seiji**
Electric Power Development Co., Ltd.
Japan

**HONGO, Takashi**
Mitsui Global Strategic Studies Institute
Japan

**HORSTMANN, Britta**
German Development Institute/ Deutsches
Institut für Entwicklungspolitik (DIE)
Germany

**HOSHINO, Yuko**
Central Research Institute of Electric Power
Industry
Japan

**HOUSE, Jo**
University of Bristol,
UK

**HOUSER, Trevor**
Peterson Institute for International Economics
USA

**HU, Guoquan**
National Climate Center of CMA
China

**HU, Shan**
Tsinghua University
China

**HUGHES, Hannah**
Aberystwyth University
UK

**HUGHES, Patrick**
Oak Ridge National Laboratory
USA

**HYAMS, Keith**
University of Reading
UK

**ICHINOSE, Toshiaki**
National Institute for Environmental Studies /
Nagoya University
Japan

**IEHARA, Toshiro**
Forestry and Forest Products Research
Institute
Japan

**INOUE, Keisuke**
Tokyo Electric Power CO., Inc.
Japan

**IQBAL, Muhammad Mohsin**
Global Change Impact Studies Centre
Pakistan

**IRIARTE, Leyre**
IINAS- International Institute for
Sustainability Analysis and Strategy
Spain

**ISMAWATI, Yuyun**
BALIFOKUS/GAIA
Indonesia

AV

**ITOU, Ayumu**
Kyushu Electric Power Co., Inc.
Japan

**IVERSON, Louis**
US Forest Service
USA

**IWATA, Noriyasu**
Hokuriku Electric Power Company
Japan

**IZUMO, Yoshito**
Japan Cement Association
Japan

**JÄGER-WALDAU, Arnulf**
European Commission, DG JRC
Italy

**JAMEA, El Mostafa**
German ProfEC GmbH
Morocco

**JAMIESON, Dale**
New York University
USA

**JAMIESON, Sirinath**
Biosustainable Design
UK

**JAYARAMAN, Thiagarajan**
Tata Institute of Social Sciences
India

**JEFFERSON, Michael**
London Metropolitan Business School
UK

**JENKINS, Jesse**
Massachusetts Institute of Technology
USA

**JENNER, Samantha**
University of Cape Town
South Africa

**JEON, Eui-Chan**
Sejong University
Republic of Korea

**JIAJUN, Wen**
Chinese Academy of Social Sciences
Germany

**JIMENEZ CHAVES, Roberto**
Shell
Netherlands

**JOFFE, David**
UK Committee on Climate Change
UK

**JOFFE, Paul**
World Resources Institute
USA

**JOHANSSON, Daniel**
Chalmers University of Technology
Sweden

**JOHNSON, Tana**
Duke University
USA

**JONASSEN, Rachael**
The George Washington University
USA

**JONES, Ceris**
National Farmers Union
UK

**JORGE, Olcina**
University of Alicante
Spain

**JOTZO, Frank**
Australian National University
Australia

**KADNER, Susanne**
IPCC WG III TSU
Germany

**KAINUMA, Mikiko**
National Institute for Environmental Studies
Japan

**KALLBEKKEN, Steffen**
CICERO Center for International Climate and
Environmental Research - Oslo
Norway

**KALLHOFF, Angela**
University of Vienna, Austria
Austria

**KANAMARU, Hideki**
FAO
Italy

**KANEKO, Hiroyuki**
International Energy Agency
France

**KANEKO, Shinji**
Forestry and Forest Products Research
Institute
Japan

**KANEMOTO, Keiichiro**
Tohoku University
Japan

**KANOAN, Gorashi**
Ministry of Environment and Climate Affairs
Sudan

**KANT, Promode**
Institute of Green Economy
India

**KARLSSON, Henrik**
Biorecro
Sweden

**KARTHA, Sivan**
Stockholm Environment Institute
USA

**KARUPPIAH, Ramkumar**
ExxonMobil Research and Engineering
USA

**KASSAM, Karim-Aly**
Cornell University
USA

**KATAYAMA, Hidefumi**
Institute for Global Environmental Strategies
Japan

**KATBEH-BADER, Nedal**
Ministry of Environment Affairs (MEnA)
State of Palestine

AV

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**KATO, Makoto**
Overseas Environmental Cooperation Center, Japan (OECC)
Japan

**KATZ, Jonathan**
Washington University
USA

**KAWAGISHI, Shunsuke**
Mitsubishi Research institute
Japan

**KAWAMATA, Hiromi**
The Japan Iron and Steel Federation
Japan

**KAYA, Yoichi**
Research Institute of Innovative Technology for the Earth (RITE)
Japan

**KAZUNO, Hirofumi**
The Kansai Electric Power Co., Inc.
Japan

**KEAY, Malcolm**
Oxford Institute for Energy Studies
UK

**KELLER, Sina**
Karlsruhe Institute of Technology
Germany

**KENDALL, Alissa**
University of California, Davis
USA

**KENJI, Asano**
Central Research Institute of Electric Power Industry
Japan

**KENNEDY, Christopher**
University of Toronto
Canada

**KEOHANE, Robert**
Princeton University
USA

**KEPPO, Ilkka**
University College London
UK

**KHENNAS, Smail**
Senior Energy and Climate Change Expert
UK

**KHESHGI, Haroon**
ExxonMobil Corporate Strategic Research
USA

**KHOR, Martin Kok Peng**
South Centre
Switzerland

**KIENBERGER, Stefan**
University of Salzburg
Austria

**KIMAMBO, Abiliza**
Sokoine University of Agriculture
Tanzania

**KING, Robin**
EMBARQ
USA

**KIRKELS, Mark**
Mobycon consultancy
Netherlands

**KISHIMOTO-MO, W. Ayaka**
National Institute for Agro-Environmental Sciences
Japan

**KISHWAN, Jagdish**
Indian Forest Service
India

**KIYOSHI, Saito**
The Japan Electrical Manufacturers\' Association
Japan

**KJAER, Christian**
European Wind Energy Association
Belgium

**KLEMICK, Heather**
US EPA
USA

**KLESSMANN, Corinna**
Ecofys Germany
Germany

**KLINSKY, Sonja**
University of Cambridge
UK

**KLÖCKNER, Christian**
NTNU
Norway

**KLØVERPRIS, Jesper**
Novozymes
Denmark

**KNOPF, Brigitte**
Potsdam-Institute for Climate Impact Research
Germany

**KNOWLTON, Kim**
Natural Resources Defense Council; and Mailman SPH, Columbia University
USA

**KOBAYASHI, Shigeki**
Toyota R&D Labs., Inc.
Japan

**KOCKELMAN, Kara**
University of Texas at Austin
USA

**KOLSTAD, Charles**
Stanford University
USA

**KOMATSU, Hidenori**
Central Research Institute of Electric Power Industry
Japan

**KOMIYAMA, Ryoichi**
University of Tokyo
Japan

**KONISHI, Masako**
WWF Japan
Japan

**KOOMEY, Jonathan**
Stanford University
USA

**KÖPKE, Sören**
Technical University Braunschweig, Germany
Germany

**KOPONEN, Kati**
VTT Technical Research Centre
Finland

**KÖPPL, Angela**
Austrian Institute of Economic Research
(WIFO)
Austria

**KORHONEN, Hannele**
Finnish Meteorological Institute
Finland

**KÖRNER, Alexander**
International Energy Agency
France

**KOSONEN, Kaisa**
Greenpeace International
Finland

**KÖSSLER, Georg Philipp**
Heinrich-Böll-Stiftung
Germany

**KOTAKE, Tadashi**
Japan Automobile Manufacturers Association,
Inc.
Japan

**KOTHARKAR, Rajashree**
Visvesvaraya National Institute of Technology,
Nagpur, Maharashtra
India

**KOTTMEIER, Christoph**
Karlsruhe Institute of Technology
Germany

**KOUAZOUNDE, Bamikole Jacques**
University of Calavi
Benin

**KOUBI, Vally**
University of Bern
Switzerland

**KRAVITZ, Ben**
Pacific Northwest National Laboratory
USA

**KREUZER, Michael**
ETH Zurich
Switzerland

**KRISTOFERSON, Lars**
Biorecro
Sweden

**KUIPERS, James**
Life Sciences faculty
Netherlands

**KUNREUTHER, Howard**
Wharton School, University of Pennsylvania
USA

**KURAMOCHI, Takeshi**
Institute for Global Environmental Strategies
Japan

**KUROSAWA, Atsushi**
The Institute of Applied Energy
Japan

**KUTSCHER, Charles (Chuck)**
NREL
USA

**KYTE, William**
E.ON AG; Eurelectric; UK Emissions Trading
Group; International Electricity Partnership
UK

**LA BRANCHE, Stéphane**
Institute of Political Studies
France

**LABRIET, Maryse**
Eneris Environment Energy Consultants
Spain

**LACHAPELLE, Erick**
Université de Montréal
Canada

**LAKO, Paul**
ECN
Netherlands

**LAMANNA, Morgan**
Institutional Investors Group on Climate
Change (IIGCC)
UK

**LAMBRECHT, Jesse**
Ghent University
Belgium

**LAMERS, Patrick**
Utrecht University
Germany

**LAMPINEN, Ari**
Strömstad Akademy
Finland

**LANDUYT, William**
ExxonMobil Research and Engineering
USA

**LANE, Lee**
Hudson Institute
USA

**LANE, Tracy**
International Hydropower Association
UK

**LANE, Tracy**
International Hydropower Association
UK

**LANGNISS, Ole**
FICHTNER GmbH & Co KG
Germany

**LANZENDORF, Martin**
Goethe University Frankfurt
Germany

**LARSEN, Kate**
U.S. Department of State
USA

**LASTOVICKA, Jan**
Institute of Atmospheric Physics
Czech Republic

LAWRENCE, Deborah
University of Virginia
USA

LE NÉCHET, Florent
Université Paris-Est Marne-la-Vallée
France

LEAHY, Kevin
Duke Energy
USA

LEAL, Walter
HAW Hamburg
Germany

LECOCQ, Noé
Inter-Environnement Wallonie
Belgium

LEE, Arthur
Chevron Corporation
USA

LEE, Sai-ming
Hong Kong Observatory
China

LEMPERT, Robert
RAND
USA

LEONARDI, Jacques
University of Westminster
UK

LEONG, Yow Peng
University Tegana Nasional
Malaysia

LESSMANN, Kai
Potsdam Institute for Climate Impact
Research
Germany

LEVI, Michael
Council on Foreign Relations
USA

LEVY, Yair
University of Oxford
UK

LEWIS, Joanna
Georgetown University
USA

LEWITT, Mark
Lewitt Consulting
UK

LEYLAND, Bryan
Leyland Consultants
New Zealand

LI, Ting
Climate Policy Initiative Tsinghua University,
China
China

LIFSET, Reid
Yale University
USA

LIMMEECHOKCHAI, Bundit
International Institute of Technology
Thailand

LING, Eric
Committee on Climate Change
UK

LING, Frank
Ibaraki University
Japan

LIU, Changsong
National Climate Strategy and International
Cooperation Center (NCSC)
China

LIU, Gang
China Institute Of Building Standard Design &
Research (CIBSDR)
China

LLANES-REGUEIRO, Juan
Havana University
Cuba

LOTZE-CAMPEN, Hermann
Potsdam Institute for Climate Impact
Research (PIK)
Germany

LUBINSKY, Pesach
US Department of Agriculture
USA

LUCAS, Paul
PBL Netherlands Environmental Assessment
Agency
Netherlands

LUCON, Oswaldo
São Paulo State Environment Secretariat
Brazil

LUDERER, Gunnar
Potsdam Institute for Climate Impact
Research
Germany

LUHMANN, Hans-Jochen
Wuppertal Institute for Climate, Energy and
Environment
Germany

LUMBRERAS, Julio
Technical University of Madrid (UPM)
Spain

LUND, Marianne Tronstad
CICERO
Norway

MACALUSO, Nicolo
Environment Canada
Canada

MACDONALD, James Dougals
Environment Canada
Canada

MACEY, Adrian
Victoria University of Wellington
New Zealand

MAEDA, Ichiro
The Federation of Electric Power Companies
of Japan
Japan

MALJEAN-DUBOIS, Sandrine
CNRS
France

AV

**MALLETT, Alexandra**
Carleton University
Canada

**MANNING, Martin**
NZ Climate Change Research Institute
New Zealand

**MANO, Hiroshi**
Research Institute of Innovative Technology
for the Earth
Japan

**MARBAIX, Philippe**
Université catholique de Louvain
Belgium

**MARCHAL, Virginie**
OECD
France

**MARKUSSON, Nils**
University of Oxford
UK

**MARTENS, Karel**
Radboud Universiteit Nijmegen
Netherlands

**KOWARSCH, Martin**
(MCC), Berlin
Germany

**MARUYAMA, Koki**
Central Research Institute of Electric Power
Industry (CRIEPI)
Japan

**MASON, Ian**
University of Canterbury
New Zealand

**MASSETTI, Emanuele**
Fondazione Eni Enrico Mattei (FEEM) and
CMCC
Italy

**MASSMAN, William**
USDA Forest Service
USA

**MATSUMOTO, Mitsuo**
Forestry and Forest Products Research
Institute, Japan
Japan

**MATSUMOTO, Naoko**
Institute for Global Environmental Strategies
Japan

**MATSUNO, Taroh**
Japan Agency for Marine-Earth Science and
Technology
Japan

**MATTAUCH, Linus**
Mercator Institute  of Global Commons and
Climate Change
Germany

**MBOW, Cheikh**
University Cheikh Anta Diop of Dakar
Kenya

**MCCARL, Bruce**
Texas A&M
USA

**MCGREGOR, Peter**
University of Strathclyde
UK

**MCKINNON, Catriona**
University of Reading
UK

**MEASON, Dean**
Scion (New Zealand Forest Research Institute)
New Zealand

**MEDDINGS, Nina**
Committee on Climate Change
UK

**MEHLING, Michael**
Ecologic Institute
USA

**MENDEZ, Carlos**
Instituto Venezolano de Investigaciones
Científicas IVIC
Venezuela

**MENNE, Bettina**
WHO
Italy

**METCALF, Gilbert**
Tufts University
USA

**MEYER, Ina**
Austrian Institute of Economic Research
(WIFO)
Austria

**MEYER, Leo**
IPCC TSU Synthesis report
Netherlands

**MEYER-AURICH, Andreas**
Leibniz-Institute for Agricultural Engineering
Potsdam-Bornim
Germany

**MEZGEBE, Alemayehu Hailemicael**
Arba Minch University
Ethiopia

**MICHAELOWA, Axel**
University of Zurich
Switzerland

**MIGUEL, Brandão**
International Life Cycle Academy
Spain

**MIKI, Yanagi**
Institute of Energy Economics
Japan

**MILLS, Evan**
Lawrence Berkeley National Laboratory
USA

**MINER, Reid**
NCASI
USA

**MINTZER, Irving**
Johns Hopkins University
USA

**MITCHELL, Ronald**
University of Oregon
USA

**MITUSCH, Kay**
Karlsruhe Institute of Technology (KIT) and Center for Disaster Management and Risk Reduction Technology (CEDIM)
Germany

**MOCK-KNOBLAUCH, Cordula**
BASF SE
Germany

**MOGREN, Arne**
European Climate foundation
Sweden

**MOHD NORDIN, Noor Akmar Shah**
Malaysian Green Technology Corporation
Malaysia

**MONFORTE, Roberto**
FIAT Group Automobiles
Italy

**MONSONE, Cristina**
Independent expert for REA-Marie Curie, Italian Public Municipality, Italian Prosecutor Office
Italy

**MONTENEGRO BALLESTERO, Johnny**
Ministry of Agriculture and Livestock
Costa Rica

**MONTES, Manuel F.**
South Centre
Switzerland

**MONTGOMERY, W. David**
NERA Economic Consulting
USA

**MOREIRA, Jose Roberto**
Institute of Electrotechnology and Energy, University of Sao Paulo
Brazil

**MORI, Akira**
Yokohama National University
Japan

**MORI, Shunsuke**
Tokyo University of Science
Japan

**MORRIS, Adele**
The Brookings Institution
USA

**MORROW, David**
University of Alabama at Birmingham
USA

**MOUTINHO, Paulo**
Amazon Environmental Research Institute
Brazil

**MUELLER, Lea**
Swiss Reinsurance Company
Switzerland

**MULHOLLAND, Denise**
US Environmental Protection Agency
USA

**MULLER, Adrian**
Research Institute of Organic Agriculture
Switzerland

**MULLER, Duane**
Eastern Research Group (ERG)
USA

**MÜLLER, Daniel**
Norwegian University of Science and Technology
Norway

**MUNOZ CABRE, Miquel**
International Renewable Energy Agency
United Arab Emirates

**MURAKAMI, Masakazu**
Sumitomo Chemical Co., Ltd.
Japan

**MURAKAMI, Shuzo**
Building Research Institute
Japan

**MURASE, Shinya**
Sophia University
Japan

**MURATA, Akinobu**
National Institute of Advanced Industrial Science and Technology (AIST)
Japan

**MUROMACHI, Yasunori**
Tokyo Institute of Technology
Japan

**MUSTAPHA, Chaouki**
ICAO
Canada

**MUSTONEN, Tero**
Snowchange Cooperative
Finland

**MYTELKA, Lynn**
UNU-MERIT
France

**NÄÄS, Irenilza**
Universidade Paulista
Brazil

**NADAI, Alain**
CNRS
France

**NÆSS, Petter**
Aalborg University
Denmark

**NAGASHIMA, Miyuki**
Research Institute of Innovative Technology for the Earth
Japan

**NAIR, Malini**
Indian Institute of Science
India

**NAKAMURA, Hiroyuki**
National Institute of Advanced Industrial Science and Technology
Japan

**NAKANO, Naokazu**
Sumitomo Metal Industries, Ltd.
Japan

**NATHWANI, Jay**
U.S. Department of Energy
USA

AV

**NEGRA, Christine**
Secretariat, Commission on Sustainable
Agriculture and Climate Change
USA

**NELSON, Julie**
University of Massachusetts Boston
USA

**NESJE, Frikk**
London School of Economics and Political
Science
UK

**NEUHOFF, Karsten**
DIW Berlin
Germany

**NEWBURY, Thomas Dunning**
U.S. Department of the Interior (retired)
USA

**NGAIRA, Josephine Khaoma W**
Masinde Muliro University of Science and
Technology (MMUST)
Kenya

**NILS, Petermann**
Potsdam Institute of Climate Impact Research
Germany

**NINOMIYA, Yasushi**
Institute for Global Environmental Strategies
Japan

**NOGUEIRA DA SILVA, Milton**
Climate Change Forum of Minas Gerais, Brazil
Brazil

**NOGUEIRA DE AVELAR MARQUES, Fabio**
Brazilian Forestry Association
Brazil

**NOLAND, Robert**
Rutgers University
USA

**NOLT, John**
University of Tennessee, Knoxville
USA

**NONAKA, Yuzuru**
Electric Power Development Co., Ltd.
Japan

**NOPE - CHANG'A, Ladislaus**
Tanzania Meteorological Agency
Tanzania

**NOVIKOVA, Victoria**
United Nations Framework Convention on
Climate Change (UNFCCC)
Germany

**O\'BRIEN, Karen**
University of Oslo
Norway

**O\'BRIEN, Michael**
UK House of Commons
UK

**OBERHEITMANN, Andreas**
Tsinghua University
Germany

**ODA, Junichiro**
Research Institute of Innovative Technology
for the Earth (RITE)
Japan

**OGAWA, Junko**
The Institute of Energy Economics, Japan(IEEJ)
Japan

**OGINO, Akifumi**
National Agriculture and Food Research
Organization (NARO)
Japan

**OHL, Cornelia**
Europa-Universität Viadrina
Germany

**OHNDORF, Markus**
ETH Zurich
Switzerland

**OJOO-MASSAWA, Emily**
African Climate policy Centre
Kenya

**OKABE, Masaaki**
Asahi Glass Co., LTD.
Japan

**OKASAKI, Teruo**
Nippon Steel Corporation
Japan

**OLHOFF, Anne**
UNEP Risø Centre
Denmark

**OLIVIER, Jos G.**
PBL Netherlands Environmental Assessment
Agency
Netherlands

**OLMSTEAD, Sheila**
Resources for the Future
USA

**OLSEN, Karen**
UNEP Risoe
Denmark

**OPENSHAW, Keith**
World Bank Retiree
USA

**ORME-EVANS, Geoffrey**
Humane Society International
USA

**OTT, Konrad**
Ernst-Moritz-Arndt University Greifswald
Germany

**OUYANG, Minggao**
State Key Laboratory of Automotive Safety
and Energy, Tsinghua University
China

**PAN, Xubin**
Chinese Academy of Inspection and
Quarantine
China

**PANDEY, Devendra**
Ministry of Environment and Forests
India

PARK, Jacob
Green Mountain College
USA

PARTHASARATHY, D
Indian Institute of Technology Bombay
India

PATRICIA, Ochoa
Ofgem
UK

PAYNE, Cymie
Rutgers University
USA

PEASLEE, Kent
Missouri University of Science and Technology
USA

PECHEUX, Martin
Institut des Foraminifères Symbiotiques
France

PEDERSEN, Åsa Alexandra Borg
Norwegian Directorate for Nature
Management
Norway

PEETERS, Paul
NHTV University of Applied Sciences Breda
(plus TUD & WUR)
Netherlands

PENETRANTE, Ariel Macaspac
University of Leipzig
Germany

PETERS, Glen
Center for International Environmental and
Climate Research - Oslo (CICERO)
Norway

PETIT, Michel
Conseil général de l\'économie, de l\'industrie,
de l\'énergie et des technologies
France

PETSONK, Annie
Environmental Defense Fund
USA

PICKERING, Jonathan
Australian National University
Australia

PIETZCKER, Robert
Potsdam Institute for Climate Impact
Research
Germany

PINGOUD, Kim
VTT Technical Research Centre of Finland
Finland

PLEVIN, Richard
UC Berkeley
USA

PLOTKIN, Steven
Argonne National Laboratory
USA

POLONSKY, Alexander
Marine Hydrophysical Institute
Ukraine

PORRO GONZÁLEZ, Alvaro
CRIC (Opcions)
Spain

POUFFARY, Stephane
Energies 2050 (NGO)
France

PRAG, Andrew
Organisation for Economic Co-operation and
Development (OECD)
France

PROIETTI, Stefania
University of Perugia
Italy

PULLES, Tinus
TNO
Netherlands

QI, Shaozhou
European Study Centre, Wuhan University
China

QIAO, Bing
Waterborne Transport Research Institute,
Ministry of Transportation
China

RADUNSKY, Klaus
Umweltbundesamt
Austria

RAFALOWICZ, Alex
Universidad de La Sabana
Colombia

RAHA, Debashis
Sustainability and Environmental Solution
Pty Ltd
Australia

RAHMAN, Atiq
Bangladesh Centre for Advanced Studies
Bangladesh

RAJAMANI, Lavanya
Centre for Policy Research
India

RAMA IYER, Lakshmi Lavanya
The South Centre
Malaysia

RAMOS CASTILLO, Ameyali
United Nations University
USA

RATTLE, Robert
Sault College
Canada

RATURI, Atul
University of South Pacific
Fiji

RAYFUSE, Rosemary
University of New South Wales
Australia

REBETEZ, Martine
WSL and UNINE
Switzerland

AV

**REGA, Nicola**
Confederation of European Pulp & Paper Industry (CEPI)
Belgium

**REIDMILLER, David**
U.S. Department of State
USA

**REISINGER, Andy**
New Zealand Agricultural Greenhouse Gas Research Centre
New Zealand

**REMILLARD, E. Marielle**
Geo-Watersheds Scientific; SustainUS
USA

**RENDALL, Matthew**
University of Nottingham
UK

**REQUATE, Till**
University of Kiel
Germany

**REY, Orlando**
Ministry of Science, Technology and Environment
Cuba

**REYER, Christopher**
Potsdam Institute for Climate Impact Research
Germany

**RIDDLESTONE, Sue**
BioRegional Development Group
UK

**ROBINS, Nick**
HSBC
UK

**ROBOCK, Alan**
Rutgers University
USA

**ROCK, Joachim**
Johann Heinrich von Thuenen-Institute, Federal Research Institute for Rural Areas, Forestry and Fisheries
Germany

**RODRIGUEZ, Daniel**
University of North Carolina, Chapel Hill
USA

**ROEDER, Mirjam**
University of Manchester
UK

**ROGELJ, Joeri**
ETH Zurich
Switzerland

**ROMERI, Mario Valentino**
Myself
Italy

**ROSEN, Richard**
Tellus Institute
USA

**ROSER, Dominic**
University of Zurich
Switzerland

**ROUTA, Johanna**
Finnish Forest Research Institute
Finland

**ROWLANDS, Ian**
University of Waterloo
Canada

**RÜBBELKE, Dirk**
Basque Centre for Climate Change
Spain

**RUBIN, Jonathan**
University of Maine
USA

**RUNNING, Steven**
University of Montana
USA

**RUSS, Peter**
European Commission
Spain

**RYABOSHAPKO, Alexey**
Institute of Global Climate and Ecology
Russian Federation

**RYAN, Martin**
Retired
Ireland

**SALAS, Sonia**
Center for Advanced Research on Arid Zones, Universidad de la Serena-Ceaza
Chile

**SALDIVAR, Americo**
Faculty of Economics, UNAM
Mexico

**SALIES, Evens**
Sciences Po Paris
France

**SÁNCHEZ, María Silvia**
Universidad de Ciencias y Artes de Chiapas
Mexico

**SANSOM, Robert**
Imperial College
UK

**SANTILLO, David**
Greenpeace Research Laboratories
UK

**SANTOS, Stanley**
IEA Greenhouse Gas R&D Programme
UK

**SANWAL, Mukul**
United Nations (Retired)
India

**SARAFIDIS, Yannis**
National Observatory of Athens
Greece

**SARTOR, Oliver**
CDC Climat
France

**SASAKI, Midori**
Tokyo Electric Power Company, Inc.
Japan

**SATO, Misato**
London School of Economics and Political Sciences
UK

AV

**SATO, Tamotsu**
Forestry and Forest Products Research
Institute
Japan

**SAUNDERS, Harry**
Decision Processes Incorporated
USA

**SAVEYN, Bert**
European Commission
Spain

**SAVOLAINEN, Ilkka**
VTT Technical Research Centre of Finland
Finland

**SAWA, Akihiro**
The 21st Century Public Policy Institute
Japan

**SAWYER, Steve**
Global Wind Energy Council
Netherlands

**SCARTEZZINI, Jean-Louis**
Swiss Federal Institute of Technology in
Lausanne
Switzerland

**SCHAUER, James**
Univesity of Wisconsin-Madison
USA

**SCHEI, Tormod Andre**
Statkraft AS
Norway

**SCHIPPER, Hans**
Karlsruhe Institute of Technology
Germany

**SCHLEICH, Joachim**
Fraunhofer Institute Systems and Innovation
Research
France

**SCHLÖMER, Steffen**
IPCC WG III TSU
Germany

**SCHMID, Manuel**
GIZ German International Development
Cooperation
Germany

**SCHNEIDER, Henrique**
Schweizerischer Gewerbeverband
Switzerland

**SCHOCK, Robert**
Lawrence Livermore National Laboratory
USA

**SCHÖFFEL, Klaus**
Gassnova SF
Norway

**SCHRIER-UIJL, Arina**
Wetlands International
Netherlands

**SCHUMANN, Ulrich**
Deutsches Zentrum für Luft- und Raumfahrt
Germany

**SCHWANITZ, Jana**
Potsdam-Institute for Climate Impact
Research
Germany

**SCOTT, Joanne**
University College London
UK

**SCRIECIU, Serban**
University of Greenwich, Natural Resources
Institute
UK

**SEARCHINGER, Timothy**
Princeton University
USA

**SEKI, Shigetaka**
Advanced Industrial Science and Technology
(AIST)
Japan

**SEN, Partha**
South Asian University
India

**SENELWA, Kingiri**
Chepkoilel University College
Kenya

**SEYBOTH, Kristin**
IPCC WG III TSU
USA

**SHIBAIKE, Narito**
Panasonic Corporation
Japan

**SHIMODA, Yoshiyuki**
Osaka University
Japan

**SHIRATO, Yasuhito**
National Institute for Agro-Environmental
Sciences
Japan

**SHUE, Henry**
University of Oxford
UK

**SIEBENHUENER, Bernd**
Carl von Ossietzky University of Oldenburg
Germany

**SIMIONI, Guillaume**
INRA
France

**SIMÕES, André**
University of São Paulo - USP
Brazil

**SIMON, Joan Marc**
Zero Waste Europe
Spain

**SIMS, Ralph**
Massey University
New Zealand

**SINGER, Peter**
Princeton University
USA

**SINGH, Putan**
Indian Veterinary Research Institute
India

AV

**SINGH, Anil**
Central Road Research Institute
India

**SIYAG, Panna**
UNFCCC Secretariat
Germany

**SJÖGREN, Per Olof**
Chalmers University of Technology
Sweden

**SKIBEVAAG, Anna Malena Giske**
UN-Habitat
Norway

**SKOG, Ken**
USDA Forest Service
USA

**SKOVGAARD, Jakob**
Lund University
Sweden

**SMITH, Michael**
Australian National University
Australia

**SMITH, Alison**
Freelance environmental consultant and
writer
UK

**SMITH, Gwendolyn**
Attune
Suriname

**SMITH, Donald**
McGill University
Canada

**SMITH, Stephen**
Committee on Climate Change
UK

**SMITH, Steven**
PNNL
USA

**SMITHERS, Richard**
AEA Technology plc
UK

**SOLBERG, Birger**
Norwegian University of Life Sciences
Norway

**SOMANATHAN, Eswaran**
Indian Statistical Institute
India

**SOMOGYI, Zoltán**
Hungarian Forest Research Institute
Hungary

**SOMOZA, Jose**
Centre of Environmental Studies; Havana
University
Cuba

**SONG, Su**
Young Crane Consulting Co., Ltd.
China

**SONNTAG-O'BRIEN, Virginia**
UNEP National Climate Finance Institutions
Support Programme - \'Fit for the Funds\' –
ibid.
France

**SORENSEN, Bent**
Roskilde University
Denmark

**SOTO ARRIAGADA, Leopoldo**
Federal Energy Regulatory Commission
USA

**SPERLING, Daniel**
University of California, Davis
USA

**STABINSKY, Doreen**
College of the Atlantic
USA

**STADELMANN, Martin**
University of Zurich
Switzerland

**STECKEL, Jan Christoph**
Potsdam Institute for Climate Impact
Research
Germany

**STEFANOVIC, Ingrid**
University of Toronto
Canada

**STEININGER, Karl**
University of Graz
Austria

**STELZER, Volker**
Karlsruhe Institute of Technology
Germany

**STENGLER, Ella**
CEWEP (Confederation of European Waste-to-
Energy Plants)
Germany

**STEWARD, Fred**
University of Westminster
UK

**STIGSON, Peter**
IVL Swedish Environmental Research Institute
Sweden

**STOCKER, Thomas**
IPCC WG I Co-Chair/ TSU
Switzerland

**STRICKERT, Graham**
University of Saskatchewan
Canada

**SUAREZ, Avelino G.**
Institute of Ecology and Systematic, Cuban
Environmental Agency
Cuba

**SUDO, Tomonori**
Japan International Cooperation Agency
Tunisia

**SUGIYAMA, Masahiro**
Central Research Institute of Electric Power
Industry
Japan

**SUGIYAMA, Taishi**
Central Research Institute of Electric Power
Industry (CRIEPI)
Japan

AV

**SYGNA, Linda**
University of Oslo
Norway

**SYRI, Sanna**
Aalto University
Finland

**SZKLO, Alexandre**
Federal University of Rio de Janeiro
Brazil

**TACHIBANA, Yoshiharu**
Tokyo Electric Power Company (TEPCO)
Japan

**TAEB, Mohammad**
OPEC
Austria

**TAGAMI, Takahiko**
Institute of Energy Economics, Japan
Japan

**TAKAGI, Masato**
Research Institute of Innovative Technology
for the Earth (RITE)
Japan

**TAKAHASHI, Kiyoshi**
National Institute for Environmental Studies
Japan

**TAKAHASHI, Masamichi**
Forestry and Forest Products Research
Institute
Japan

**TAKANO, Tsutomu**
Forestry and Forest Products Research
Institute
Japan

**TAKASE, Satoshi**
The Kansai Electric Power Co., Inc.
Japan

**TAKESHITA, Takayuki**
The University of Tokyo
Japan

**TAMAKI, Masahiro**
The Okinawa Electric Power Co., Inc.
Japan

**TANAKA, Tatsunosuke**
TOYOTA INDUSTRIES CORPORATION
Japan

**TANAKA, Hiroshi**
Forestry and Forest Products Research
Institute
Japan

**TANAKA, Katsumasa**
ETH Zurich
Switzerland

**TANG, Zhenghong**
University of Nebraska-Lincoln
USA

**TAPIO-BISTROM, Marja-Liisa**
FAO
Italy

**TAYLOR, Peter**
University of Leeds
UK

**TEMPERTON, Ian**
Climate Change Capital
UK

**TESKE, Sven**
Greenpeace International
Germany

**TEZUKA, Hiroyuki**
JFE Steel Corporation
Japan

**THERESA, Scavenius**
University of Copenhagen
Denmark

**THIELEN ENGELBERTZ, Dirk**
Instituto Venezolano de Investigaciones
Científicas - IVIC
Venezuela

**THOLLANDER, Patrik**
Linköping University
Sweden

**THOMAS, Brinda**
Carnegie Mellon University
USA

**THOMPSON, Alexander**
Ohio State University
USA

**THOMSON, Vivian**
University of Virginia
USA

**THOUMI, CFA, Gabriel**
United States Agency for International
Development: Forest Carbon, Markets, and
Communities (FCMC) Program
USA

**THYNELL, Marie**
University of Gothenburg
Sweden

**TIETENBERG, Tom**
Colby College
USA

**TIRADO, Reyes**
Greenpeace Research Laboratories, University
of Exeter
UK

**TIWARI, Geetam**
Indian Institute of Technology Delhi
India

**TOKIMATSU, Koji**
National Institute of Advanced Industrial
Science and Technology
Japan

**TOMA, Yo**
Ehime University
Japan

**TOMPKINS, Emma**
University of Southampton
UK

**TONITTO, Christina**
Cornell University
USA

AV

**TONOSAKI, Mario**
Forestry and Forest Products Research
Institute, Japan
Japan

**TORRES-MARTINEZ, Julio**
CUBASOLAR
Cuba

**TORVANGER, Asbjørn**
CICERO
Norway

**TRAEGER, Christian**
UC Berkeley
USA

**TREBER, Manfred**
Germanwatch
Germany

**TRUJILLO, Ramiro**
TRANSTECH
Bolivia

**TSUKADA, Naoko**
Forestry and Forest Products Research
Institute
Japan

**TUERK, Andreas**
Joanneum Research
Austria

**TUKKER, Arnold**
Netherlands Organisation for Applied
Scientific Research TNO and NTNU,
Trondheim, Norway
Netherlands

**TULKENS, Henry**
Université catholique de Louvain
Belgium

**TVINNEREIM, Endre**
University of Bergen/Stein Rokkan
CentreNorway

**UENO, Takahiro**
Central Research Institute of Electric Power
Industry (CRIEPI)
Japan

**VAN ARKEL, Frits**
Quinsens Milieuadvies
Netherlands

**VAN ASSELT, Harro**
Stockholm Environment Institute
Sweden

**VAN DER HOEK, Klaas**
RIVM
Netherlands

**VAN RUIJVEN, Bas**
NCAR
USA

**VARELA, Pablo**
Ministry of Popular Power for Electricity
Venezuela

**VAUDREVANGE, Pascal**
DESY
Germany

**VENTEREA, Rodney**
U.S. Dep. of Agriculture/Agricultural Research
Service and University of Minnesota
USA

**VICTOR, David**
UC San Diego
USA

**VIEWEG-MERSMANN, Marion**
Climate Analytics
Germany

**VIGUIÉ, Vincent**
CIRED
France

**VILELLA, Maria Elena**
GAIA - Global Alliance for Incinerator
Alternatives
Spain

**VILLARUEL, Amanda**
Norwegian Water Resources and Energy
Directorate
Norway

**VIOLA, Eduardo**
University of Brasilia
Brazil

**VOGT, Kristiina**
University of Washington
USA

**VON BOTHMER, Karl-Heinrich**
Potsdam Institute for Climate Impact
Research (PIK)
Germany

**VON STECHOW, Christoph**
IPCC WG III TSU
Germany

**VOORHOEVE, Alex**
LSE and Princeton
UK

**WADA, Kenichi**
RITE
Japan

**WAGNER, Fabian**
International Institute for Applied Systems
Analysis (IIASA)
Austria

**WALIMWIPI, Hartley**
Centre for Energy, Environment and
Engineering
Zambia

**WANG, Zheng**
Institute of Policy and Management, Chinese
Academy of Sciences
China

**WATANABE, Hiroshi**
Chubu Electric Power Co., Inc.
Japan

**WEBER, Elke**
Columbia University
USA

**WEGENER, Michael**
Spiekermann & Wegener Urban and Regional
Research
Germany

AV

**WEIR, Tony**
University of the South Pacific
Fiji

**WEISZ, Helga**
Potsdam Institute for Climate Impact
Research
Germany

**WEITZMAN, Martin**
Harvard University
USA

**WEST, J. Jason**
University of North Carolina
USA

**WETTER, Kathy Jo**
ETC Group
USA

**WHITMAN, Thea**
Cornell University
USA

**WIEDMANN, Thomas**
CSIRO
Australia

**WILBANKS, Thomas**
Oak Ridge National Laboratory
USA

**WILCOXEN, Peter**
Syracuse University
USA

**WILKINSON, Bryce**
Capital Economics Limited
New Zealand

**WILLIAMS, Mariama**
South Centre
Switzerland

**WITHANACHCHI, Sisira Saddhamangala**
University of Kassel
Germany

**WOLF, Amanda**
Victoria University of Wellington
New Zealand

**WOODALL, Christopher**
USDA Forest Service
USA

**WOODCOCK, James**
University of Cambridge
UK

**WOODWARD, Alistair**
University of Auckland
New Zealand

**WORRELL, Ernst**
Utrecht University
Netherlands

**WORTHINGTON, Karen**
BC PROVINCIAL HEALTH SERVICES
AUTHORITY
Canada

**WRIGHT, David**
University of Ottawa
Canada

**WRIGHT, Richard**
Retired from U.S. National Institute of
Standards and Technology
USA

**WU, Jian Guo**
Chinese Research Academy Of Environmental
Sciences
China

**WU, Jing**
Institute of Policy and Management, Chinese
Academy of Sciences
China

**XHEMALCE, Remzi**
Universidad Nacional Autonoma de Mexico
Mexico

**XU, Tengfang**
Lawrence Berkeley National Lab
USA

**YAGI, Kazuyuki**
National Institute for Agro-Environmental
Sciences
Japan

**YAMABE, Masaaki**
National Institute of Advanced Industrial
Science and Technology (AIST)
Japan

**YAMAGISHI, Akihiko**
Hokkaido Electric Power Co., Inc.
Japan

**YAMAGISHI, Naoyuki**
WWF Japan
Japan

**YAMAGUCHI, Mitsutsune**
The University of Tokyo
Japan

**YAMAGUCHI, Tadashi**
Deloitte Touche Tohmatsu LLC
Japan

**YAMAMOTO, Tomoyuki**
National Institute of Information and
Communications Technology
Japan

**YAMAMOTO, Ryuzo**
Fuji-Tokoha University
Japan

**YAN, Luhui**
Tanzuji
China

**YANG, Baolu**
Renmin University of China
China

**YARIME, Masaru**
University of Tokyo
Japan

**YBEMA, Remko**
Energy Research Center of the Netherlands
(ECN)
Netherlands

**YE, Qing**
Shenzhen Institute of Building Research
China

AV

**YETANO ROCHE, Maria**
Wuppertal Institute for Climate, Environment, Energy
Germany

**YOSHINO, Hiroshi**
Tohoku University
Japan

**YOSHIYUKI, Kurata**
Hokkaido Electric Power Co., Inc.
Japan

**YU, Vicente Paolo**
South Centre
Switzerland

**ZACHARIADIS, Theodoros**
Cyprus University of Technology
Cyprus

**ZEHNER, Ozzie**
University of California - Berkeley
USA

**ZELLI, Fariborz**
Lund University
Sweden

**ZETTERBERG, Lars**
IVL Swedish Environmental Research Institute
Sweden

**ZHANG, Wen**
Foreign Economic Cooperation Office,
Ministry of Environmental Protection
China

**ZHANG, Xiaochun**
Carnegie Institution\'s Department of Global Ecology
USA

**ZHAO, Xiusheng**
Tsinghua University
China

**ZHOU, Guangsheng**
Chinese Academy of Meteorological Sciences
China

**ZHOU, Linda**
Tsinghua University
China

**ZHU, Xianli**
Technical University of Denmark
Denmark

**ZWICKEL, Timm**
IPCC WG III TSU
Germany

AV

1394

**Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report**

Government Reviewers are listed alphabetically by surname.

**AAGESEN, Sara**
OECC (Spanish Climate Change Office)
Spain

**AASRUD, Andre**
Norwegian Environment Agency
Norway

**ABULEIF, Khalid**
Ministry of Petroleum and Mineral Resources
Saudi Arabia

**ADAM, Benoit**
Federal Public Service for Mobility and Transport
Belgium

**ADEN, Nate**
World Resources Institute
USA

**ADENEY, Marion**
United States Agency for International Development
USA

**ADIKAARI, Damitha**
Department Energy and Climate Change
UK

**ADKINS, Liwayway**
United States Department of Energy
USA

**ADLUNGER, Kirsten**
Federal Environment Agency
Germany

**AKIMOTO, Keigo**
RITE
Japan

**ALBERT, Reinhard**
Federal Environment Agency
Germany

**ALKEMADE, Gudi**
Ministry of Infrastructure and Environment
Netherlands

**ALLEN, David**
United States Global Change Research Program
USA

**ALLEN, Matthew**
Department of Energy and Climate Change
UK

**ALVIM, Tulio**
MRE
Brazil

**AMBENJE, Peter**
Meteorology
Kenya

**AMECKE, Hermann**
GIZ on behalf of Federal Ministry for the Environment, Nature Conservation, Building and Nuclear Safety
Germany

**ANSA, Eyo**
Department Energy and Climate Change
UK

**ANTES, Matt**
Energetics, Incorporated
USA

**ANTOS, George**
National Science Foundation
USA

**ANTYPAS, Yanna**
United States Department of Energy
USA

**APOTSOS, Alex**
United States Agency for International Development
USA

**ARENT, Doug**
National Renewable Energy Laboratory
USA

**ASPHJELL, Torgrim**
Norwegian Environment Agency
Norway

**AVERCHENKOVA, Alina**
Grantham Resource Institute, London School of Economics
UK

**AVERY, Chris**
Department of Energy
USA

**AXLEY, James**
Yale University
USA

**BAASHAN, Sarah**
Ministry of Petroleum and Mineral Resources
Saudi Arabia

**BACKER, Ellen Bruzelius**
Norwegian Environment Agency
Norway

**BADE, Michael**
Federal Environment Agency
Germany

**BADEBERG, Ruth**
German Aerospace Center, Project Management Agency
Germany

**BAIZE, Zack**
United States Department of Energy
USA

**BAKHTIAN, Noel**
United States Senate
USA

**BALA, Govindswamy**
Indian Institue of Social Sciences
India

**BALDWIN, Sam**
United States Department of Energy
USA

**BALS, Christoph**
Germanwatch e.V.
Germany

**BARON, Richard**
OECD
France

AV

**BARRON, Jonathan**
Ministry for the Environment
New Zealand

**BARTH, Matthias**
German Aerospace Center, Project
Management Agency
Germany

**BATES, Laura**
Department of Energy and Climate Change
UK

**BEACH, Robert**
RTI International
USA

**BECKEN, Katja**
Federal Environment Agency
Germany

**BECKER, Ralf**
Federal Environment Agency
Germany

**BENNDORF, Rosemarie**
Federal Environment Agency
Germany

**BENTES, Julianna**
United States Department of State
USA

**BERG, Richard**
Illinois State Geological Survey
USA

**BERGER, Elena**
United States Department of Energy
USA

**BERGER, Juliane**
Federal Environment Agency
Germany

**BERGMAN, Aaron**
United States Department of Energy
USA

**BERKE, Philip**
University of North Carolina
USA

**BERTRAM, Andreas**
Federal Environment Agency
Germany

**BEVAN, Nick**
Department Energy and Climate Change
UK

**BHATT, Vatsal**
Brookhaven National Laboratory
USA

**BHOWN, Abhoyjit**
Electric Power Research Institute
USA

**BING, Lars Petter**
Climate and Pollution Agency
Norway

**BLAIN, Dominique**
Environment Canada
Canada

**BLAND, J. Nathan**
United States Department of State
USA

**BLUESTEIN, Linda**
United States Department of Energy
USA

**BOARNET, Marlon**
University of Southern California
USA

**BODNAR, Paul**
United States Department of State
USA

**BOEHM, Marie**
Agriculture and Agri-Food Canada
Canada

**BOUDREAULT, Felix**
Environment Canada
Canada

**BOYD, Erin**
United States Department of Energy
USA

**BOYLAND, Mark**
Natural Resources Canada
Canada

**BRAAMS, Cees**
Ministry of Infrastructure and Environment
Netherlands

**BRADFORD, Travis**
Columbia University
USA

**BRADLEY, Richard**
Independent Consultant
USA

**BRAHNER, Birgit**
Federal Environment Agency
Germany

**BRÅTEN, Kirsten Grønvik**
Norwegian Environment Agency
Norway

**BREGMAN, Bram**
Netherlands Met-office KNMI
Netherlands

**BRENDER, Pierre**
MEDDE
France

**BRETSCHER, Daniel**
Agroscope
Switzerland

**BROADHURST, Anna**
Ministry of Foreign Affairs and Trade
New Zealand

**BROADMEADOW, Mark**
Forestry Commission England
UK

**BROWN, Austin**
United States Department of Energy
USA

**BROWN, Jessica**
United States Department of State
USA

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

BROWN, Nathan
Federal Aviation Administration
USA

BRUMBELOW, Lindsay
United States Department of Energy
USA

BRUNVATNE, Jon Olav
Norwegian Ministry of Agriculture and Food
Norway

BUCHNER, Barbara
CPI - Climate Policy Initiative
Germany

BUREAU, Dominique
MEDDE
France

BUSH, Elizabeth
Environment Canada
Canada

BUß, Maria
Federal Ministry for Economic Cooperation
and Development
Germany

CAI, Bofeng
Ministry of Environmental Protection
China

CALLOWAY, Thomas
Department of Energy, Savannah River
National Laboratory
USA

CAMPAGNOLO, Gilles
CNRS
France

CAMPBELL, Alison
Department of Energy and Climate Change
UK

CAMPBELL, Ian
Agriculture and Agri-Food Canada
Canada

CAPPER, David
Department of Energy and Climate Change
UK

CASEY, Michael
Carbon Virgin
Switzerland

CASTILLO, Nazareno
Secretariat of Environment
Argentina

CHAI, Qimin
National Center for Climate Change Strategy
and International Cooperation
China

CHANG'A, Ladislaus
Tanzania Meteorological Agency
Tanzania

CHAO, Qingchen
National Climate Center
China

CHAPUIS, Anne
Climate and Pollution Agency
Norway

CHARLES, Amanda
Government Office for Science
UK

CHEN, Ji
National Center for Climate Change Strategy
and International Cooperation
China

CHEN, Lan
Ministry of Environmental Protection
China

CHEN, Minpeng
Chinese Academy of Agricultural Sciences
China

CHEN, Xumei
China Academy of Transportation Sciences
China

CHEN, Yi
National Center for Climate Change Strategy
and International Cooperation
China

CHIPMAN, Peter
United States Department of Transportation
USA

CHOUMERT, Guillaume
Ministry of Sustainable Development
France

CHRISTENSEN, Tina
Danish Meteorological Institute
Denmark

CHRISTOPHERSEN, Øyvind
Norwegian Environment Agency
Norway

CLARK, Corrie
Argonne National Laboratory
USA

CONBOY, Alison
Department of Energy and Climate Change
UK

COOK, Julie
Natural Resources Canada
Canada

COOPER, Craig
formerly Idaho National Laboratory (at craig.
cooper@inl.gov), now in transition
USA

COPPINGER, Steve
CalPortland Company
USA

CORBETT, James
University of Delaware
USA

CORNELIUS, Stephen
Department of Energy and Climate Change
UK

CORREA, Moema
Ministry of Science, Technology and
Innovation
Brazil

CRAWFORD, Jim
Trane Ingersoll-Rand
USA

AV

**CREASON, Jared**
United States Environmental Protection Agency
USA

**CRESKO, Joe**
United States Department of Energy
USA

**CREWS, Kelley**
National Science Foundation
USA

**CRISTI, Lorenzo**
Ministerio de Desarrollo Agropecuario
Panama

**CRISTINI, Luisa**
University of Hawaii
USA

**CROCKER, John**
Metropolitan Atlanta Rapid Transit Authority
USA

**CUDDY, Thomas**
United States Department of Transportation, Federal Aviation Administration
USA

**CYTERMANN, Fabrice**
Ministry of Sustainable Development
France

**DA SOLER, Rafael**
Ministry of External Relations
Brazil

**DAHL, Reidar**
Directorate for Nature Management
Norway

**DALEN, Linda**
Norwegian Environment Agency
Norway

**DARRAG, Mohammad**
Egyptian Environmental Affairs Agency
Egypt

**DASCHKEIT, Achim**
Federal Environment Agency
Germany

**DASGUPTA, Purnamita**
Institute of Economic Growth
India

**DAVEY, James**
Department of Energy and Climate Change
UK

**DAVIES, John**
United States Department of Transportation, Federal Highway Administration
USA

**DAVIS, Steve**
University of California, Irvine
USA

**DAWSON, Jaime**
Environment Canada
Canada

**DE ZWAAN, Ivo**
Ministry of Infrastructure and Environment
Netherlands

**DEGUILLA, JR., Felix**
Union of Concerned Scientists
USA

**DEMOPULOS, Abigail**
United States Department of the Treasury
USA

**DERU, Michael**
United States Department of Energy, National Renewable Energy Lab
USA

**DEWITZ, Anja**
Federal Environment Agency
Germany

**DOHERTY, Pauline**
Ministry for the Environment
New Zealand

**DONG, Wenjie**
Beijing Normal University
China

**DONOVAN, Michael**
United States Agency for International Development
USA

**DR. MÖLLENKAMP, Sabine**
Federal Ministry of Transport, Building and Urban Development
Germany

**DRAGISIC, Christine**
United States Department of State
USA

**DREXLER, Judith**
United States Geological Survey
USA

**DROEGE, Susanne**
German Institute for International and Security Affairs
Germany

**DRÖGE, Susanne**
German Institute for International and Security Affairs - SWP
Germany

**DUAN, Maosheng**
Tsinghua University
China

**DUFFY, Phil**
United States Department of Energy
USA

**DULAL, Hari**
World Bank
USA

**DUMAS, Alexander**
Transport Canada
Canada

**DUQUETTE, Eric**
United States Department of Agriculture, Economic Research Service
USA

**DUTROW, Elizabeth**
United States Environmental Protection Agency
USA

Annex V    Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**EDWARDS, Robert**
Department Energy and Climate Change
UK

**EKKERT, Martha**
Federal Ministry for the Environment, Nature
Conservation, Building and Nuclear Safety
Germany

**ELSNER, Cornelia**
Federal Environment Agency
Germany

**EMERY, Keith**
United States Department of Energy, National
Renewable Energy Lab
USA

**ENTING, Katrin**
KfW Development Bank
Germany

**EPANCHIN, Pete**
United States Environmental Protection
Agency
USA

**EPPINK, Jeffrey**
Enegis, LLC
USA

**FAN, Ying**
Institute of Policy and Management, Chinese
Academy of Sciences
China

**FAN, Yunzhi**
China Classification Society
China

**FARAGO, Tibor**
St. Istvan University
Hungary

**FARLEY, Christopher**
United States Department of Agriculture,
Forest Service
USA

**FECHTER, Andrea**
Federal Environment Agency
Germany

**FEDERSPIEL, Seth**
United States Department of Energy
USA

**FENDLEY, Ed**
United States Environmental Protection
Agency
USA

**FENG, Xiangzhao**
Ministry of Environmental Protection
China

**FERLAND, Henry**
United States Environmental Protection
Agency
USA

**FERNÁNDEZ LÓPEZ, Carlos Alberto**
Instituto para la Diversificación y Ahorro de
la Energía
Spain

**FERREIRA, Felipe**
Ministry of External Relations
Brazil

**FINNVEDEN, Göran**
Royal Institute of Technology KTH
Sweden

**FISHER, Brian**
United States Environmental Protection
Agency
USA

**FITZPATRICK, Cash**
United States Department of Energy
USA

**FLEISHER, Madeline**
United States Department of Justice
USA

**FLIPPHI, Ronald**
Ministry of Infrastructure and Environment
Netherlands

**FRANK, Stefan**
International Institute for Applied Systems
Analysis (IIASA)
USA

**FRANSEN, Taryn**
World Resources Institute
USA

**FRILEY, Paul**
Brookhaven National Laboratory
USA

**FU, Sha**
National Center for Climate Change Strategy
and International Cooperation
China

**FUENTES HUTFILTER, Ursula**
Federal Ministry for the Environment, Nature
Conservation, Building and Nuclear Safety
Germany

**GABLER, Christopher**
Federal Environment Agency
Germany

**GAGELMANN, Frank**
Federal Environment Agency
Germany

**GALARZA VÁSCONEZ, María José**
Ministerio del Ambiente
Ecuador

**GAO, Hairan**
National Centre for Climate Change Strategy
and International Cooperation
China

**GAO, Xiang**
Energy Research Institute
China

**GARCÍA-DÍAZ, Cristina**
OECC (Spanish Climate Change Office)
Spain

**GARG, Amit**
Indian Institute of Management
India

**GARG, Kaushal**
International Crops Research for the Semi-
Arid Tropics
India

AV

**GARG, Sanjay**
Ministry of Power
India

**GARRY, Gordon**
Sacramento Area Council of Governments
USA

**GAUSTAD, Alice**
Norwegian Environment Agency
Norway

**GIAMPAOLI, Peter**
United States Agency for International
Development, E3/Land Tenure and Property
Rights Division
USA

**GIARDINA, Christian**
United States Department of Agriculture
USA

**GIBIS, Claudia**
Federal Environment Agency
Germany

**GILI JAUREGUI, Iñaki**
Generalitat de Cataluña
Spain

**GILLES, Michael**
United States Department of State
USA

**GILMAN, Patrick**
United States Department of Energy
USA

**GILSANEN, Rory**
Natural Resources Canada
Canada

**GINZKY, Harald**
Federal Environment Agency
Germany

**GLANTE, Frank**
Federal Environment Agency
Germany

**GNITTKE, Inka**
Federal Ministry for the Environment, Nature
Conservation and Nuclear Safety
Germany

**GOODRICH, James**
United States Environmental Protection
Agency
USA

**GORDON, Ruthanna**
American Association for the Advancement
of Science
USA

**GRACIA-GARZA, Javier**
Natural Resources Canada
Canada

**GRAHAM, Peter**
Natural Resources Canada
Canada

**GRANT, Timothy**
United States Department of Energy, National
Energy Technology Laboratory
USA

**GREENBLATT, Jeffery**
United States Department of Energy,
Lawrence Berkeley National Laboratory
USA

**GRUBB, Michael**
Cambridge Centre for Climate Change
Mitigation Research
UK

**GU, Alun**
Tsinghua University
China

**GÜNTHER, Jens**
Federal Environment Agency
Germany

**GURWICK, Noel**
Smithsonian Environmental Research Center
USA

**GUTIERREZ-PEREZ, Tomás**
Institute of Meteorology
Cuba

**HA DUONG, Minh**
CIRED
France

**HAAS, Peter**
University of Massachusetts, Amherst
USA

**HAIGHT, Robert**
United States Department of Agriculture,
Forest Service Northern Research Station
USA

**HAIRSINE, Stephen**
Transport Canada
Canada

**HALL, Daniel**
United States Department of the Treasury
USA

**HALTHORE, Rangasayi**
United States Department of Transportation,
Federal Aviation Administration
USA

**HAMILTON, Bruce**
National Science Foundation
USA

**HAMILTON, Cyd**
United States Department of Energy
USA

**HANNON, Etienne**
Direction générale de l'environnement
Belgium

**HAO, Bin**
Ministry of Housing and Urban-Rural
Development
China

**HARE, Bill**
Climate Analytics GmbH
Germany

**HARRIS, Nancy**
Winrock International
USA

AV

**HAVLIK, Petr**
International Institute for Applied Systems
Analysis (IIASA)
USA

**HE, Jiankun**
Tshinghua University
China

**HEIKINHEIMO, Pirkko**
Ministry of the Environment
Finland

**HEIKINHEIMO, Pirkko**
Ministry of the Environment
Finland

**HEINEN, Falk**
Federal Ministry for the Environment, Nature
Conservation and Nuclear Safety
Germany

**HELD, Hermann**
University of Hamburg
Germany

**HENRY, Alain**
Federal Planning Bureau
Belgium

**HERNÁNDEZ, Marta**
OECC (Spanish Climate Change Office)
Spain

**HEWITT, Jamie**
Agriculture and Agri-Food Canada
Canada

**HIGGINS, Nathaniel**
United States Department of Agriculture,
Economic Research Service
USA

**HIJINK, Evelyn**
Ministry of Infrastructure and Environment
Netherlands

**HODGES, Tina**
United States Department of Transportation,
Federal Highway Administration
USA

**HODSON, Elke**
United States Department of Energy
USA

**HOGG, Edward H.  (Ted)**
Natural Resources Canada
Canada

**HOJESKY, Helmut**
Federal Ministry for Agriculture, Forestry,
Environment and Water Management
Austria

**HOLLAS, Annette**
Natural Resources Canada
Canada

**HOLMES, Sam**
Ministry for the Environment
New Zealand

**HORNER, Robert**
United States Department of Energy, Argonne
National Laboratory
USA

**HOURCADE, Jean-Charles**
CIRED
France

**HOWARTH, Candice**
Department of Energy and Climate Change
UK

**HU, Xiulian**
Energy Research Institute
China

**HUANG, Dao**
China Iron and Steel Association
China

**HUANG, Quansheng**
China Academy of Transportation Sciences
China

**HUBERTY, Brian**
United States Fish & Wildlife Service, National
Wetland Inventory
USA

**HÜGEL, Julia**
Federal Ministry for the Environment, Nature
Conservation and Nuclear Safety
Germany

**HUGHES, James**
Department of Energy and Climate Change
UK

**HUNTER, David**
Electric Power Research Institute
USA

**HURLBUT, David**
United States Department of Energy, National
Renewable Energy Laboratory
USA

**IMANARI, Takehito**
Tokyo Gus
Japan

**INCH, Jane**
Natural Resources Canada
Canada

**IRLEN, Ruth**
Federal Ministry for the Environment, Nature
Conservation and Nuclear Safety
Germany

**JABLONSKA, Bronia**
ECN
Netherlands

**JACKSON, Roderick**
United States Department of Energy
USA

**JADIN, Jenna**
United States Department of Agriculture
USA

**JÄMSÉN, Jatta**
Ministry for Foreign Affairs
Finland

**JANZ, Annelie**
Federal Ministry for the Environment, Nature
Conservation and Nuclear Safety
Germany

AV

**JAUDET, Marie**
Ministry of Sustainable Development
France

**JENKIN, Thomas**
National Renewable Energy Laboratory
USA

**JENKINS, Amy**
Department of Energy and Climate Change
UK

**JENSEN, Christian Lundmark**
Danish Ministry of the Environment
Denmark

**JENSEN, Jill**
Agriculture and Agri-Food Canada
Canada

**JEPSEN, Henrik**
Ministry of Climate, Energy and Building
Denmark

**JERNBÄCKER, Eva**
Swedish Environmental Protection Agency
Sweden

**JOHANSSON, Robert**
United States Department of Agriculture
USA

**JOHANSSON-STENMAN, Olof**
The School of Business, Economics and Law
Sweden

**JOHNSEN, Michael**
United States Department of Transportation
USA

**JOHNSON, Cathy**
Department of Energy and Climate Change
UK

**JOHNSON, Jane**
United States Department of Agriculture,
Agricultural Research Service
USA

**JOHNSON, Jeffrey**
Transport Canada
Canada

**JOHNSON, Kristen**
United States Department of Energy,
Bioenergy Technologies Office
USA

**JONES, Carol**
United States Department of Agriculture,
Economic Research Service
USA

**JONES, Eric**
University of North Carolina at Greensboro
USA

**JOUSSAUME, Sylvie**
CNRS
France

**JUTZI, Dan**
Natural Resources Canada
Canada

**KAHRA, Matti**
Ministry of Agriculture and Forestry
Finland

**KAMPF, Martin**
Ministry of External Relations
Brazil

**KAPLAN, Ozge**
United States Environmental Protection
Agency
USA

**KARN, Barbara**
National Science Foundation
USA

**KARPLUS, Valerie**
Massachusetts Institute of Technology
USA

**KARSCHUNKE, Karsten**
Federal Environment Agency
Germany

**KASALI, George**
Copperbelt University (Zambia)
USA

**KASPERSON, Roger**
Clark University
USA

**KATBEHBADER, Nedal**
Minister's Advisor for Climate Change,
Ministry of Environment Affairs, Palestine
USA

**KELLY, David**
University of Miami
USA

**KENNEDY, Mack**
United States Department of Energy,
Lawrence Berkeley National Laboratory
USA

**KENTARCHOS, Anastasios**
European Commission, Directorate-General
for Research and Innovation, Directorate I
Climate Action and Resource Efficiency
European Union

**KERR, Jennifer**
Environment Canada
Canada

**KHAN, Waheed**
Environment Canada
Canada

**KINGUYU, Stephen**
Ministry of Environment and Mineral
Resources
Kenya

**KISHCHUK, Barbara**
Natural Resources Canada
Canada

**KISO, Jan**
Department of Energy and Climate Change
UK

**KIURU, Kristian**
Energetics Inc.
USA

**KLATT, Anne**
Federal Environment Agency
Germany

AV

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**KNAAP, Gerrit**
University of Maryland
USA

**KNOCHE, Guido**
Federal Environment Agency
Germany

**KOBER, Tom**
ECN
Netherlands

**KOCH-HANSEN, Pia**
Danish Energy Agency
Denmark

**KOCK, Malte**
Federal Environment Agency
Germany

**KOLKER, Anne**
United States Department of State
USA

**KOLSTAD, Anne-Grethe**
Climate and Pollution Agency
Norway

**KOLSTAD, Charles**
Stanford University
USA

**KOPPE, Katharina**
Federal Environment Agency
Germany

**KOSKE, Burton**
Idaho National Laboratory
USA

**KÖTHE, Harald**
Federal Ministry of Transport, Building and
Urban Development
Germany

**KRASSUSKI, Maria**
Federal Ministry for the Environment, Nature
Conservation, Building and Nuclear Safety
Germany

**KROGH-SØBYGAARD, Jacob**
Ministry of Climate, Energy and Building
Denmark

**KUHNHENN, Kai**
Federal Environment Agency
Germany

**KUHNHENN, Kai**
Federal Environment Agency
Germany

**KUMAR, Manish**
Institute of Minerals and Materials
Technology
India

**KUPERBERG, Michael**
United States Department of Energy
USA

**KVALEVÅG, Maria**
Norwegian Environment Agency
Norway

**KVISSEL, Ole-Kristian**
Norwegian Environment Agency
Norway

**LAIRD, Birgitte**
Climate and Pollution Agency
Norway

**LAKO, Paul**
ECN
Netherlands

**LAMBRECHT, Martin**
Federal Environment Agency
Germany

**LANDIS, Emily**
USA

**LANGE, Martin**
Federal Environment Agency
Germany

**LANGNIß, Ole**
Fichtner Gmbh & Co KG
Germany

**LARSEN, John**
United States Department of Energy
USA

**LARSEN, Kate**
White House Council on Environmental
Quality
USA

**LAURANSON, Rémy**
Ministry of Sustainable Development
France

**LAURI, Pekka**
International Institute for Applied Systems
Analysis (IIASA)
USA

**LAURIKKA, Harri**
Ministry of the Environment
Finland

**LAVIGNE, Michael**
Natural Resources Canada
Canada

**LAWRENCE, Deborah**
University of Virginia
USA

**LECOCQ, Franck**
CIRED
France

**LEFFERTSTRA, Harold**
Climate and Pollution Agency
Norway

**LEISEROWITZ, Anthony**
Yale University
USA

**LEMMEN, Don**
Natural Resources Canada
Canada

**LEMOINE, Derek**
University of Arizona
USA

**LEMPRIERE, Tony**
Natural Resources Canada
Canada

**LEVI, Michael**
Council on Foreign Relations
USA

**LEWANDROWSKI, Jan**
United States Department of Agriculture
USA

**LEWIS, Oliver**
Department of United States Department of State, Office of the Legal Adviser (L/OES)
USA

**LEWIS, Rebecca**
Florida State University
USA

**LI, Jia**
White House Council on Environmental Quality
USA

**LI, Ting**
Tsinghua University
China

**LI, Yu'e**
Chinese Academy of Agricultural Sciences
China

**LIEN, Elizabeth**
United States Department of the Treasury
USA

**LIMA, Guilherme**
Ministry of External Relations
Brazil

**LINDEGAARD, Are**
Norwegian Environment Agency
Norway

**LIU, Bin**
Tsinghua University
China

**LIU, Qiang**
National Center for Climate Change Strategy and International Cooperation
China

**LLEWELLYN, Ian**
Department Energy and Climate Change
UK

**LØBERSLI, Else**
Directorate for Nature Management
Norway

**LÖWE, Christian**
Federal Environment Agency
Germany

**LOY, Dolynn**
United States Department of Energy
USA

**LUBINSKY, Pesach**
United States Department of Agriculture
USA

**LUCERO, Everton**
Ministry of External Relations
Brazil

**LUEDEMANN, Gustavo**
Ministry of Science, Technology and Innovation
Brazil

**LUNDBLAD, Mattias**
Swedish Environmental Protection Agency
Sweden

**LUNDY, Katie**
Environment Canada
Canada

**LÜNENBÜRGER, Benjamin**
Federal Environment Agency
Germany

**LÜTKEHUS, Insa**
Federal Environment Agency
Germany

**LYON, Ben**
Department of Energy and Climate Change
UK

**MA, Ookie**
United States Department of Energy
USA

**MACALUSO, Nick**
Environment Canada
Canada

**MACGREGOR, Bob**
Agriculture and Agri-Food Canada
Canada

**MACK, Chris**
Department of Energy and Climate Change
UK

**MACKAY, Robin**
Agriculture and Agri-Food Canada
Canada

**MACMILLAN, Hugh**
Food & Water Watch
USA

**MÄDER, Claudia**
Federal Environment Agency
Germany

**MADLER, Kristen**
United States Agency for International Development
USA

**MAGER, Anja**
Federal Ministry for the Environment, Nature Conservation and Nuclear Safety
Germany

**MAJER, Ernest**
Lawrence Berkeley National Laboratory
USA

**MALTRY, Regina**
Federal Ministry of Transport and Digital Infrastructure
Germany

**MARBAIX, Philippe**
Earth and Life Institute (ELI) - Georges Lemaître Centre for Earth and Climate Research (TECLIM)
Belgium

**MARIGI, Samwel**
Kenya Meteorological Service
Kenya

**MARSHALL, Blake**
United States Department of Energy
USA

Annex V   Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

**MARTEN, Alex**
United States Environmental Protection Agency
USA

**MARTENS, Kerstin**
Federal Environment Agency
Germany

**MARTIN, Clyde**
United States Department of State
USA

**MARTINEZ ARROYO, María Amparo**
Instituto Nacional de Ecología y Cambio Climático (INECC) (National Institute for Ecology and Climate Change)
Mexico

**MARTÍNEZ CHAMORRO, Jorge**
Gobierno de Canarias
Spain

**MARTIZ, Graciela**
Ministerio de Desarrollo Agropecuario
Panama

**MASANET, Eric**
Northwestern University
USA

**MATHEYS, Julien**
Environment, Nature and Energy Department (LNE) of the Flemish Government
Belgium

**MATHIASSEN, Odd Magne**
Norwegian Petroleum Directorate
Norway

**MATHUR, Archana S.**
Ministry of Petroleum & Natural Gas
India

**MATSUNO, Taroh**
JAMSZTEC
Japan

**MATTHEWS, Charles**
National Weather Service Retiree
USA

**MAZANY, Leigh**
Transport Canada
Canada

**MCAULEY, Barry**
Department of the Environment
UK

**MCCULLOUGH, Melissa**
United States Environmental Protection Agency, Sustainable and Healthy Communities Research Program
USA

**MCDONNELL, Ed**
Natural Resources Canada
Canada

**MCFARLAND, James**
United States Environmental Protection Agency
USA

**MCGOURTY, Kelly**
Puget Sound Regional Council
USA

**MCGOVERN, Frank**
Environmental Protection Agency
Ireland

**MCKANE, Aimee**
Lawrence Berkeley National Laboratory
USA

**MCLING, Travis**
Idaho National Laboratory
USA

**MCNEIGHT, Christine**
Ministry of Transport
New Zealand

**MCNITT, Bryce**
United States Department of Transportation
USA

**MEINSHAUSEN, Malte**
Potsdam Institute for Climate Impact Research
Germany

**MEYER, Patrick**
United States Department of State
USA

**MIGUEZ, José**
Ministry of the Environment
Brazil

**MILLER, Andy**
United States Environmental Protection Agency
USA

**MILSOM, Elizabeth**
Department Energy and Climate Change
UK

**MIRABILE, Fausto**
VDI Technologiezentrum GmbH
Germany

**MOKSSIT, Abdallah**
Ministère de l'Énergie, des Mines, de l'Eau et de l'Environnement
Morocco

**MOORMAN, Saeda**
Ministry of Infrastructure and Environment
Netherlands

**MORAND, Hugues**
Agriculture and Agri-Food Canada
Canada

**MORGAN, David**
United States Department of Energy, National Energy Technology Laboratory
USA

**MORGENSTERN, Lutz**
Federal Ministry for the Environment, Nature Conservation, Building and Nuclear Safety
Germany

**MORTENSEN, Philip**
Norwegian Environment Agency
Norway

**MOSLENER, Ulf**
Frankfurt School of Finance & Management GmbH
Germany

AV

**MÜLLER, Claudia**
German Aerospace Center, Project Management Agency
Germany

**MUNDHENKE, Jens**
Federal Ministry of Economics and Energy
Germany

**MUTAI, Charles**
State Department of Environment and Natural Resources
Kenya

**NACHBAUR, James**
American Association for the Advancement of Science
USA

**NAGELHOUT, Peter**
United States Environmental Protection Agency
USA

**NAIK-DHUNGEL, Neeharika**
United States Environmental Protection Agency, CHP Partnership
USA

**NAPOLITANO, Sam**
Energy Information Administration
USA

**NERON, Marie-Eve**
Aboriginal Affairs and Northern Development Canada
Canada

**NEWPORT, Louise**
Department of Health
UK

**NGUGI, Moffatt**
United States Agency for International Development
USA

**NGUYEN, Tien**
United States Department of Energy, Efficiency & Renewable Energy
USA

**NIEDERLE, Werner**
Federal Environment Agency
Germany

**NILSSON, Lars J.**
Environmental and Energy Systems Studies, Lund University
Sweden

**NOON, Kevin**
National Park Service
USA

**NORDIN, Annika**
Swedish University of Agricultural Sciences
Sweden

**NORGATE, Zoe**
Department Energy and Climate Change
UK

**NORMAN, Catherine**
Johns Hopkins University
USA

**O'BRADY, Sean**
Environment Canada
Canada

**O'BRIEN, James**
Florida State University
USA

**O'BRIEN, Philip**
Environmental Protection Agency
Ireland

**O'CONNOR, Patrick**
United States Department of Energy
USA

**OHREL, Sara**
United States Environmental Protection Agency
USA

**ØKSTAD, Elin**
Climate and Pollution Agency
Norway

**OLAUSSON, Caspar**
Ministry of Climate, Energy and Building
Denmark

**OLIVIER, Jos**
PBL
Netherlands

**OLLIG, Monika**
Federal Environment Agency
Germany

**ONDIEKI, Christopher**
Kenyatta University
Kenya

**O'REILLY, Gemma**
Environmental Protection Agency
Ireland

**ORELLANA, Rene**
Ministry of Foreign Affairs [ad honorem]
Bolivia

**OSIEK, Dirk**
Federal Environment Agency
Germany

**OSMOND, Jill**
Department Energy and Climate Change
UK

**PACHECO, Diego**
Ministry of Foreign Affairs
Bolivia

**PAGE, Fiona**
Directorate for Energy and Climate Change
UK

**PALENBERG, Anne**
Deutsche WindGuard on Behalf of the Federal Ministry for the Environment
Germany

**PANG, Jun**
Renmin University of China
China

**PARIKH, Kirit**
Integrated Research and Action for Development
India

**PARK, Jacob**
Green Mountain College
USA

PARSLEY, Chris
Natural Resources Canada
Canada

PATERSON, Alan
Department for Transport
UK

PATHAK, Himanshu
Indian Agricultural Research Institute
India

PEDERSEN, Åsa
Norwegian Environment Agency
Norway

PENDZICH, Christine
United States Agency for International
Development
USA

PENG, Chuansheng
China Waterborne Transport Research
Institute
China

PENN-BRESSEL, Gertrude
Federal Environment Agency
Germany

PERSHING, Jonathan
United States Department of Energy
USA

PETERS, Catherine
United States Department of State
USA

PETERSEN, Arthur
Netherlands Environmental Assessment
Agency PBL
Netherlands

PETRILLO, Daniela
Secretariat of Environment
Argentina

PHILBRICK, Mark
United States Department of Energy
USA

PINTAURO, Peter
Vanderbilt University
USA

PLICKERT, Sebastian
Federal Environment Agency
Germany

PLUME, Helen
Ministry for the Environment
New Zealand

POLLMANN, Olaf
German Aerospace Center, Project
Management Agency
Germany

POSSOLO, Antonio
National Institute of Standards and
Technology
USA

PRATHER, Michael
University of California Irvine
USA

PREGGER, Thomas
German Aerospace Center (DLR), Institute of
Technical Thermodynamics
Germany

PRESCOTT, Ryan
Agriculture and Agri-Food Canada
Canada

PRICE, David
Natural Resources Canada
Canada

PRINCE, Gary
King County Metro Transit
USA

PRINCIOTTA, Frank
United States Environmental Protection
Agency
USA

PRITULA, Dominique
Environment Canada
Canada

PURDY, Angeline
United States Department of Justice
USA

QI, Shaozhou
Wuhan University
China

QI, Yue
National Center for Climate Change Strategy
and International Cooperation
China

RAAB, Ulrika
Swedish Energy Agency
Sweden

RAHOLIJAO, Nirivololona
National Meteorological Office
Madagascar

RAKOTOMAVO, Zo Andrianina Patrick
Herintiana
National Meteorological Office
Madagascar

RAMALOPE, Deborah
Department of Environmental Affairs
South Africa

RANTIL, Michael
Swedish Energy Agency
Sweden

RAO, Prakash
Lawrence Berkeley National Laboratory
USA

RAVIDRANATH, N.H.
Indian Institute of Social Sciences
India

RAY, Rajasree
Ministry of Finance
India

REDDY, Sudhakar
Indira Gandhi Institute of Development
Research
India

AV

**REIDMILLER, David**
United States Department of State
USA

**RENNER, Joel**
Independent Consultant
USA

**RICK, Ursula**
Center for Science and Technology Policy
Research
USA

**RIDER, Katherine**
Natural Resources Canada
Canada

**RIVERA, Ricardo**
South Coast Air Quality Management District
USA

**ROMANO, Anna**
Agriculture and Agri-Food Canada
Canada

**ROMERO, José**
Swiss Federal Office for the Environment
Switzerland

**ROSER, Dominic**
University of Oxford
UK

**ROSMANN, Mark**
United States Department of State
USA

**ROY, Joyshree**
Jadavpur University
India

**ROY-VIGNEAULT, Frédéric**
Agriculture and Agri-Food Canada
Canada

**RUBIN, Edward**
Carnegie Mellon University
USA

**RYPINSKI, Arthur**
United States Department of Transportation
USA

**SAAVEDRA, Casilda**
Technological University of Panama
Panama

**SABRY, Elsayed**
Clima South, EU
Egypt

**SAN MARTINI, Federico**
United States Department of State
USA

**SANTHIAGO, Adriano**
MMA
Brazil

**SAROFIM, Marcus**
US United States Environmental Protection
Agency
USA

**SARZYNSKI, Andrea**
University of Delaware
USA

**SATAPATHY, Sachidananda**
Ministry of Environment and Forests,
Government of India
India

**SAUNDERS, Katherine**
Natural Resources Canada
Canada

**SCHAAF, Kenli**
United States Department of State
USA

**SCHAFER, Robin**
USA

**SCHEIHING, Paul**
United States Department of Energy
USA

**SCHOCK, Robert**
Center for Global Security Research
USA

**SCHUBERTH, Jens**
Federal Environment Agency
Germany

**SCHUG, Hartmut**
VDI Technologiezentrum GmbH
Germany

**SCHULZ, Astrid**
German Advisory Council on Global Change
(WBGU)
Germany

**SCHULZ, Dietrich**
Federal Environment Agency
Germany

**SCHWABE, Paul**
United States Department of Energy, National
Renewable Energy Laboratory
USA

**SCHWARTZ FREEBURG, Andrea**
United States Department of Transportation,
Federal Aviation Administration
USA

**SELBOE, Odd Kristian**
Norwegian Environment Agency
Norway

**SEMENOV, Sergey**
Institute of Global Climate and Ecology
Russia

**SEUNG-KYUN, Park**
Korea Meteorological Administration
Republic of Korea

**SEVEN, Jan**
Federal Environment Agency
Germany

**SHARMA, Chhemendra**
National Physical Laboratory
India

**SHARMA, Subodh Kumar**
Ministry of Environment and Forests,
Government of India
India

**SHASLY, Ayman**
Ministry of Petroleum and Mineral Resources
Saudi Arabia

AV

SHEA, Shannon
United States Department of Energy
USA

SHELBY, Michael
United States Environmental Protection
Agency
USA

SHEPHERD, Marjorie
Environment Canada
Canada

SHIMODA, Yoshiyuki
Osaka University
Japan

SHUKLA, Priyadarshi
Indian Institute of Management
India

SIECK, Marlene
Federal Environment Agency
Germany

SIIKAVIRTA, Hanne
Ministry of Employment and the Economy
Finland

SIMON, A.J.
United States Department of Energy,
Lawrence Livermore National Lab
USA

SIMON, Benjamin
Department of the Interior
USA

SIMONSON, Karin
Natural Resources Canada
Canada

SMITH, Eric
United States Environmental Protection
Agency
USA

SMITH, Risa
Environment Canada
Canada

SMITH, Stephen
Agriculture and Agri-Food Canada
Canada

SMYTH, Carolyn
Natural Resources Canada
Canada

SOFOS, Marina
United States Department of Energy
USA

SOKKA, Laura
VTT Technical Research Centre of Finland
Finland

SOLBERG, Bård Øyvind
Directorate for Nature Management
Norway

SOMERS, Jayne
United States Environmental Protection
Agency
USA

SOMOGYI, Zoltan
Hungarian Forest Research Institute
Hungary

SPADAVECCHIA, Luke
DEFRA
UK

SPRINGER, Cecilia
Climate Advisers
USA

STAP, Nick
Ministry of Infrastructure and Environment
Netherlands

STEG, Horst
German Aerospace Center, Project
Management Agency
Germany

STEPHENSON, Anna
Department Energy and Climate Change
UK

STEPHENSON, Patricia
United States Agency for International
Development
USA

STRAIT, Elan
United States Department of State
USA

STRASSER, Alan
United States Department of Transportation
USA

STREATFEILD, Daisy
Department of Energy and Climate Change
UK

STROCKO, Ed
United States Department of Transportation,
Federal Highway Administration
USA

SUGIYAMA, Taishi
CRIEPI
Japan

SUNDARESHWAR, Pallaoor
United States Agency for International
Development
USA

SUSMAN, Megan
United States Environmental Protection
Agency
USA

TALLEY, Trigg
United States Department of State
USA

TÄUBER, Andreas
Federal Ministry of Food, Agriculture and
Consumer Protection
Germany

TAYLOR, Chris
Department of Energy and Climate Change
UK

TEGEN, Suzanne
National Renewable Energy Laboratory
USA

AV

**TEXTOR, Christiane**
German Aerospace Center, Project Management Agency
Germany

**THEIS, Joel**
United States Department of Energy
USA

**THERKELSEN, Peter**
Lawrence Berkeley National Laboratory
USA

**THOMPSON, Bob**
United States Environmental Protection Agency
USA

**THOMPSON, Griffin**
United States Department of State
USA

**TIRKKONEN, Juhani**
Ministry of Employment and the Economy
Finland

**TORCELLINI, Paul**
United States Department of Energy
USA

**TRUTSCHEL, Lauren**
State University of New York, College of Environmental Science and Forestry
USA

**TSHIKALANKE, Rabelani**
City of Johannesburg, Environmental Management
South Africa

**TSUTSUI, Junichi**
CRIEPI
Japan

**TUBMAN, Michael**
Center for Climate and Energy Solutions
USA

**TYSON, Alexandra**
United States Department of Transportation
USA

**VALLEJO, Roberto**
Direccion General de Desarrollo Rural y Politica Forestal
Spain

**VAN BERGEN, Jan**
Ministry of Infrastructure and Environment
Netherlands

**VANDERSTRAETEN, Martine**
Belgian Federal Science Policy Office
Belgium

**VASQUEZ, Valeri**
United States Department of State
USA

**VEHVILÄINEN, Anne**
Ministry of Agriculture and Forestry
Finland

**VELKEN, Anna**
Climate and Pollution Agency
Norway

**VENMANS, Frank**
Grantham Institute on Climate Change, London School of Economics/ Université de Mons
Belgium

**VERBRUGGEN, Aviel**
University of Antwerp
Belgium

**VERHEGGEN, Bart**
ECN
Netherlands

**VERNON, Jamie**
United States Department of Energy
USA

**VESTRENG, Vigdis**
Norwegian Environment Agency
Norway

**VISSER, Hans**
Netherlands Environmental Assessment Agency PBL
Netherlands

**VOGT, Kristiina**
University of Washington
USA

**VON HÄFEN, Jan**
Federal Ministry of Transport, Building and Urban Development
Germany

**VRANES, Kevin**
E Source
USA

**WÄCHTER, Monika**
DLR Project Management Agency, German Aerospace Center
Germany

**WALSH, Elizabeth**
Natural Resources Canada
Canada

**WALT, Tunnessen**
United States Environmental Protection Agency - ENERGY STAR Industrial Program
USA

**WALTERS, Jerry**
Fehr & Peers
USA

**WALTHAUS, Herman**
Ministry of Infrastructure and Environment
Netherlands

**WALTZER, Suzanne**
United States Environmental Protection Agency
USA

**WANG, Can**
Tsinghua University
China

**WANG, Chunfeng**
State Forestry Administration
China

**WANG, Ke**
Renmin University of China
China

AV

**WANG, Michael**
Argonne National Laboratory
USA

**WANG, Mou**
Chinese Academy of Social Sciences
China

**WANG, Yanjia**
Tsinghua University
China

**WANG, Zheng**
Institute of Policy and Management, Chinese
Academy of Sciences
China

**WARD, Jacob**
United States Department of Energy
USA

**WARRILOW, David**
Department of Energy and Climate Change
UK

**WEBBER, Rebecca**
United States Department of State
USA

**WEIß, Martin**
Federal Ministry for the Environment, Nature
Conservation, Building and Nuclear Safety
Germany

**WEISS, Uta**
ifeu - Institut für Energie- und
Umweltforschung Heidelberg GmbH (Institute
for Energy and Environmental Research)
Germany

**WELCH, Timothy**
University of Maryland, College Park
USA

**WEN, Zongguo**
Tsinghua University
China

**WERLEIN, Max**
Federal Environment Agency
Germany

**WESTPHAL, Kirsten**
German Institute for International and
Security Affairs
Germany

**WHEELER, Tim**
Department for International Development
UK

**WILLIAMSON, Tim**
Natural Resources Canada
Canada

**WINEBRAKE, James**
Rochester Institute of Technology
USA

**WINGHAM, Duncan**
Natural Environment Research Council
UK

**WINKLER, Harald**
Energy Research Centre
South Africa

**WOLF, Judith**
Federal Environment Agency
Germany

**WOLVERTON, Ann**
United States Environmental Protection
Agency
USA

**WOODALL, Christopher**
United States Department of Agriculture
USA

**WOODS, Petra**
Department of the Environment, Community
and Local Government
Ireland

**WRATT, David**
National Institute of Water and Atmospheric
Research
New Zealand

**WU, Libo**
Fudan University
China

**WÜSTEMEYER, Arndt**
Project Management Agency
Part of the German Aerospace Center
Germany

**XIAO, Xuezhi**
Ministry of Environmental Protection
China

**XU, Tengfang**
United States Department of Energy,
Lawrence Berkeley National Lab
USA

**YAMAGUCHI, Mitsutsune**
University of Tokyo
Japan

**YAN, Da**
Tsinghua University
China

**YANG, Baolu**
Renmin University of China
China

**YANG, Jeff**
United States Environmental Protection
Agency
USA

**YANG, Xiu**
National Center for Climate Change Strategy
and International Cooperation
China

**YOSHINO, Hiroshi**
Tohoku University
Japan

**YOUNG, John**
Cryptome.org
USA

**ZACHMANN, Bill**
Washington State Department of Ecology
USA

**ZAMFT, Brad**
United States Department of Energy
USA

**ZAMUDA, Craig**
United States Department of Energy
USA

**ZAMURS, John**
Zamurs and Associates, LLC
USA

**ZEHNER, Ozzie**
University of California, Berkeley
USA

**ZELEK, Charles**
United States Department of Energy
USA

**ZHANG, Aling**
Tsinghua University
China

**ZHANG, Guobin**
Chinese Academy of Agricultural Sciences
China

**ZHANG, Haibin**
Beijing University
China

**ZHANG, Wen**
Ministry of Environmental Protection
China

**ZHANG, Xiaohua**
National Center for Climate Change Strategy
and International Cooperation
China

**ZHAO, Fengcai**
Civil Aviation University of China
China

**ZHAO, Xiusheng**
Tsinghua University
China

**ZHAO, Yinglei**
Zhengjiang Maritime Safety Administration
China

**ZHENG, Siqi**
Tsinghua University
China

**ZHENG, Xunhua**
Institute of Atmospheric Physics, Chinese
Academy of Sciences
China

**ZHU, Dajian**
Tongji University
China

**ZHU, Liucai**
Ministry of Environmental Protection
China

**ZHU, Shouxian**
Chinese Academy of Social Sciences
China

**ZHU, Songli**
Energy Research Institute
China

**ZHUANG, Guiyang**
Chinese Academy of Social Sciences
China

**ZIETLOW, Brigitte**
Federal Environment Agency
Germany

**ZIRKEL, Alexandra**
Federal Environment Agency
Germany

**ZOPATTI, Alvaro**
Secretariat of Environment
Argentina

**ZOU, Lele**
Institute of Policy and Management, Chinese
Academy of Sciences
China

**ZWARTZ, Dan**
Ministry for the Environment
New Zealand

**ZWIERS, Francis**
Pacific Climate Impacts Consortium
Canada
In box: Other Scientific Advisers are listed
alphabetically by surname.

Annex V    Expert Reviewers, Government Reviewers and Other Scientific Advisors of the IPCC WGIII Fifth Assessment Report

*Other Scientific Advisors are listed alphabetically by surname.*

**BALDWIN, Sam**
US DoE Office of Energy Efficiency and Renewable Energy
USA

**CAMERON, Catherine**
AGULHAS Applied Knowledge
UK

**CROZAT, Matthew P.**
US DoE Office of Nuclear Energy
USA

**CZAJKOWSKA, Anna**
BLOOMBERG/ BNEF
UK

**GERMAN, John**
International Council on Clean Transportation
USA

**GRAHAM, Peter**
Global Buildings Performance Network (GBPN)
Australia

**HERZOG, Howard**
MIT Energy Initiative
USA

**JOLLANDS, Nigel**
European Bank for Reconstruction and Development
UK

AV

**ANNEX**

# VI

# Annex VI: Permissions to Publish

**This annex should be cited as:**

IPCC, 2014: *Annex VI: Permissions to Publish*. In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Permissions to publish have been granted by the following copyright holders:

**Figure 1.2:** From IMF (2012). *World Economic Outlook. Growth Resuming, Dangers Remain.* International Monetary Fund, 299 pages. ISBN 978-1-61635-246-2. Reprinted with permission from International Monetary Fund.

**Figure 2.4:** Based on IPCC (2007). *Summary for Policymakers. In: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tignor, H. L. Miller, Z. Chen (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 18 pp. Reprinted with permission from IPCC.

**Figure 5.16:** From Grübler A., T.B. Johansson, L. Mundaca, N. Nakicenovic, S. Pachauri, K. Riahi, H.H. Rogner, and L. Strupeit (2012). Chapter 1—Energy primer. In: *Global Energy Assessment.* IIASA and Cambridge University Press, Cambridge, UK. ISBN: 9781107005198. Reprinted with permission from International Institute for Applied System Analysis (IIASA).

**Figure 5.17:** From Grübler A., T.B. Johansson, L. Mundaca, N. Nakicenovic, S. Pachauri, K. Riahi, H.H. Rogner, and L. Strupeit (2012). Chapter 1—Energy primer. In: *Global Energy Assessment.* IIASA and Cambridge University Press, Cambridge, UK ISBN: 9781107005198. Reprinted with permission from International Institute for Applied System Analysis (IIASA).

**Figure 6.19:** From Rose S. K., E. Kriegler, R. Bibas, K. Calvin, D. Popp, D. Van Vuuren, and J. Weyant (2014). Bioenergy in energy transformation and climate management. *Climatic Change* **123**, 477–493. doi: 10.1007/s10584-013-0965-3. Reprinted with permission from Springer.

**Figure 6.20:** From Rose S. K., E. Kriegler, R. Bibas, K. Calvin, D. Popp, D. Van Vuuren, and J. Weyant (2014). Bioenergy in energy transformation and climate management. *Climatic Change* **123**, 477–493. doi: 10.1007/s10584-013-0965-3. Reprinted with permission from Springer.

**Figure 6.28:** From Höhne N., M.G.J. Den Elzen, and D. Escalante (2013). Regional greenhouse gas mitigation targets based on equity principles—a comparison of studies. *Climate Policy.* Accepted for publication, doi: 10.1080/14693062.2014.849452. Reprinted with permission from Taylor & Francis Ltd.

**Figure 6.29:** From Höhne N., M.G.J. Den Elzen, and D. Escalante (2013). Regional greenhouse gas mitigation targets based on equity principles—a comparison of studies. *Climate Policy.* Accepted for publication, doi: 10.1080/14693062.2014.849452. Reprinted with permission from Taylor & Francis Ltd.

**Figure 6.34:** From Krey V., G. Luderer, L. Clarke, and E. Kriegler (2014). Getting from here to there—energy technology transformation pathways in the EMF-27 scenarios. Accepted for publication in *Climatic Change.* doi: 10.1007/s10584-013-0947-5. Reprinted with permission from Springer.

**Figure 7.17:** From Eom J., J. Edmonds, V. Krey, N. Johnson, K. Riahi, and D. van Vuuren (2013). The Impact of Near-term Climate Policy Choices on Technology and Emissions Transition Pathways. *Technological Forecasting & Social Change.* doi: http://dx.doi.org/10.1016/j.techfore.2013.09.017. Reprinted with permission from Elsevier.

**Figure 8.13:** From ICCT (2013). *Global passenger vehicle standards.* International Council on Clean Transportation. Available at: http://www.theicct.org/info-tools/global-passenger-vehicle-standards. Reprinted with permission from ICCT.

**Figure 9.6:** From Ürge-Vorsatz D., L. F. Cabeza, C. Barreneche, S. Serrano, and K. Patrichendo (2013). Heating and cooling energy trends and drivers in buildings. *Renewable & Sustainable Energy Reviews* **41**, 85-98. In press. Reprinted with permission from Elsevier.

**Figure 9.8:** From Cabeza L.F., D. Urge-Vorsatz, M. A. McNeil, and C. Barreneche, and S. Serrano (2013). Investigating greenhouse challenge from growing trends of electricity consumption through home appliances in buildings. *Renewable and Sustainable Energy Reviews* **36**, 188-193. doi: 10.1016/j.rser.2014.04.053. Reprinted with permission from Elsevier.

**Figure 9.9:** From Zhang S., X. Jiang, and Q. Wei (2010). Comparative analysis of energy use in China building sector: current status, existing problems and solutions. *Frontiers of Energy and Power Engineering in China* **4**, 2-21. doi: 10.1007/s11708-010-0023-z, ISSN: 1673-7393, 1673-7504. Reprinted with permission from Springer.

**Figure 9.10:** From Zhang S., X. Jiang, and Q. Wei (2010). Comparative analysis of energy use in China building sector: current status, existing problems and solutions. *Frontiers of Energy and Power Engineering in China* **4**, 2-21. doi: 10.1007/s11708-010-0023-z, ISSN: 1673-7393, 1673-7504. Reprinted with permission from Springer.

**Figure 9.11:** From Zhang S., X. Jiang, and Q. Wei (2010). Comparative analysis of energy use in China building sector: current status, existing problems and solutions. *Frontiers of Energy and Power Engineering in China* **4**, 2-21. doi: 10.1007/s11708-010-0023-z, ISSN: 1673-7393, 1673-7504. Reprinted with permission from Springer.

**Figure 9.12:** From GEA (2012). *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp. ISBN: 9781 10700 5198. Reprinted with permission from Cambridge University Press.

**Figure 10.1:** From Bajželj B., J.M. Allwood, and J.M. Cullen (2013). Designing Climate Change Mitigation Plans That Add Up. *Environmental Science & Technology* **47**, 8062–8069. doi: 10.1021/es400399h, ISSN: 0013-936X. Reprinted with permission from American Chemical Society.

**Figure 10.15:** From Tanaka K. (2011). Review of policies and measures for energy efficiency in industry sector. *Energy Policy* **39**, 6532–6550. doi: 10.1016/j.enpol.2011.07.058, ISSN: 0301-4215. Reprinted with permission from Elsevier.

**Figure 10.18:** From Themelis N.J., and A. Bourtsalas (2013). UK Waste Management: Growing old or Growing Clean? *Waste Management World.* Available at: http://www.waste-management-world.com/articles/print/volume-14/issue-3/features/uk-waste-management-growing-old-or-growing-clean.html. Reprinted with permission from the authors.

**Figure 11.21:** From GEA (2012). *Global Energy Assessment—Toward a Sustainable Future.* Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp. ISBN: 9781 10700 5198. Reprinted with permission from Cambridge University Press.

**Figure 11.24:** From Warner E., Y. Zhang, D. Inman, and G. Heath (2013). Challenges in the estimation of greenhouse gas emissions from biofuel-induced global land-use change. *Biofuels, Bioproducts and Biorefining* **8**, 114–125. doi: 10.1002/bbb.1434, ISSN: 1932-1031. Reprinted with permission from John Wiley and Sons.

AVI

**Figure 12.2:** From GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp. ISBN: 9781 10700 5198. Reprinted with permission from Cambridge University Press.

**Figure 12.6:** From GEA (2012). *Global Energy Assessment—Toward a Sustainable Future*. Cambridge University Press, Cambridge, UK and New York, NY, USA and the International Institute for Applied Systems Analysis, Laxenburg, Austria, 1802 pp. ISBN: 9781 10700 5198. Reprinted with permission from Cambridge University Press.

**Figure 12.7:** From Gurney K.R., I. Razlivanov, Y. Song, Y. Zhou, B. Benes, and M. Abdul-Massih (2012). Quantification of Fossil Fuel CO2 Emissions on the Building/Street Scale for a Large U.S. City. *Environmental Science & Technology* **46**, 12194–12202. doi: 10.1021/es3011282, ISSN: 0013-936X. Reprinted with permission from the authors.

**Figure 12.8:** From O'Neill B. C., X. Ren, L. Jiang, and M. Dalton (2012). The effect of urbanization on energy use in India and China in the iPETS model. *Energy Economics* **34**, S339–S345. Available at:http://www.scopus.com/inward/record.url?eid=2-s2.0-84870500779&partnerID=40&md5=2246a009568f1dca91083df6a71fdfd9. Reprinted with permission from Elsevier.

**Figure 12.9:** From Dhakal S. (2009). Urban energy use and carbon emissions from cities in China and policy implications. *Energy Policy* **37**, 4208–4219. doi: 10.1016/j.enpol.2009.05.020, ISSN: 0301-4215. Reprinted with permission from Elsevier.

**Figure 12.12:** From Müller D.B., G. Liu, A.N. Løvik, R. Modaresi, S. Pauliuk, F.S. Steinhoff, and H. Brattebø (2013). Carbon Emissions of Infrastructure Development, *Environmental Science & Technology* **47**, 11739-11746. © (2013) American Chemical Society. doi:10.1021/es402618m, ISSN: 0013-936X. Reprinted (adapted) with permission from American Chemical Society.

**Figure 12.13:** From Davis S.J., K. Caldeira, and H.D. Matthews (2010). Future CO$_2$ Emissions and Climate Change from Existing Energy Infrastructure. *Science* **329**, 1330–1333. doi: 10.1126/science.1188566, ISSN: 0036-8075, 1095-9203. Reprinted with permission from the authors.

**Figure 12.19:** From Suzuki H., A. Dastur, S. Moffatt, N. Yabuki, H. Maruyama (2010). *Eco2 Cities: Ecological Cities as Economic Cities*. The International Bank for Reconstruction and Development/The World Bank. © World Bank. ISBN 978-0-8213-8046-8, eISBN 978-0-8213-8144-1, DOI 10.1596/978-0-8213-8046-8; http://elibrary.worldbank.org/doi/book/10.1596/978-0-8213-8046-8. Creative Commons Attribution CC BY 3.0.

**Figure 13.3:** From UNEP (2012). *The Emissions Gap Report 2012: A UNEP Synthesis Report*. United Nations Environment Programme, Nairobi, Kenya, 62 pp. ISBN: 978-92-807-3303-7. Available at: http://www.unep.org/pdf/2012gapreport.pdf. Reprinted with permission from United Nations Environment Programme.

**Figure 13.5:** From UNEP (2012). *The Emissions Gap Report 2012. A UNEP Synthesis Report*. United Nations Environment Programme, Nairobi, Kenya, 62 pp. ISBN: 978-92-807-3303-7. Available at: http://www.unep.org/pdf/2012gapreport.pdf. Reprinted with permission from United Nations Environment Programme.

**Figure 14.14:** From Cochran J., S. Cox, R. Benioff, H. de Coninck, and L. Würtenberger (2010). *An exploration of options and functions of climate technology centers and networks*. United Nations Environment Programme. Reprinted with permission from United Nations Environment Programme.

**Figure 15.1:** From Dubash N.K., M. Hagemann, N. Höhne, and P. Upadhyaya (2013). Developments in national climate change mitigation legislation and strategy. *Climate Policy* **13**, 649–664. doi: 10.1080/14693062.2013.845409, ISSN: 1469-3062. Reprinted with permission from Taylor & Francis Ltd.

**Figure Annex 2.5:** From Kousky C., and R. Cooke (2009). *The Unholy Trinity: Fat Tails, Tail Dependence, and Micro-Correlations*. Resources for the Future (RFF), Washington. Reprinted with permission from Roger Cooke/Resources for the Future.

**Figure Annex 2.6:** From Kousky C., and R. Cooke (2009). *The Unholy Trinity: Fat Tails, Tail Dependence, and Micro-Correlations*. Resources for the Future (RFF), Washington. Reprinted with permission from Roger Cooke/Resources for the Future.

**AVI**

# INDEX

**This index should be cited as:**

IPCC, 2014: *Index.* In: *Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change* [Edenhofer, O., R. Pichs-Madruga, Y. Sokona, E. Farahani, S. Kadner, K. Seyboth, A. Adler, I. Baum, S. Brunner, P. Eickemeier, B. Kriemann, J. Savolainen, S. Schlömer, C. von Stechow, T. Zwickel and J.C. Minx (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Index

*Note: \* indicates the term also appears in the Glossary (Annex I). Bold page numbers indicate page spans for entire chapters. Italicized page numbers denote tables, figures and boxed material.*

# A

Ability-to-pay, 319
Accessibility, 622, 642, 953, 956–957, *975*
Accidents, energy-sector, 549–551
Active adaptive management (AAM), 173
Adaptability. *See* Adaptive capacity
Adaptation*, 1251
    AFOLU (Ch. 11), 843, 845–847
    Buildings (Ch. 9), 697–699
    capacity building, 1038
    cost, 213
    Energy Systems (Ch. 7), 537–538
    impact of uncertainties, 186–187
    Industry (Ch. 10), 764–765
    International Cooperation (Ch. 13), 1015
    Least Developed Countries, *138*
    mitigation and, 140, 315, 316
    National and Sub-national Policies/Institutions (Ch. 15), 1186–1187
    population and demographic trends, 299
    Regional Development and Cooperation (Ch. 14), 1118–1119
    Transformation Pathways (Ch. 6), 441–443, *442*
    Transport (Ch. 8), 622–623
    vulnerability reduction, 187
Adaptation Fund*, *1011*, 1025, 1038–1039, 1251
Adaptive capacity*, 315–317, 1251
Adaptive management, 173
Additionality*, 835, 1045–1047, 1251
Adjusted Net Savings, *293*
Administrative burden, 237
Adverse side-effects*, 116, 141, 155, 232–235, 237, *392*, 392–394, *393*, 468, 469–471, 472, 1251
    AFOLU (Ch. 11), 852–857, *856–857*
    bioenergy, 883–886, *884*
    Buildings (Ch. 9), 705–709, *706*
    Energy Systems (Ch. 7), 544–549, *545, 548*
    Human Settlements/Infrastructure (Ch. 12), 974–977, *975*
    Industry (Ch. 10), 770–772, *773*
    International Cooperation (Ch. 13) 1008, 1015, *1042*
    Sustainable Development (Ch. 4), 293–294, *294*, 323–325
    Transformation Pathways (Ch. 6), 468–477, *475*
    Transport (Ch. 8), 630–633, *632*
    welfare, 232–235
    *See also* Mitigation measures
Aerosol*, 360–361, *361*, 486, 487, 611, 612, 776, *828*, 1251
Afforestation*, 484, 486, *827, 830, 840*, 841, 855, 857, 861, 864, 1251
Africa
    AFOLU (Ch. 11), 824, 840, 841, 845, *854*, 866–868
    Buildings (Ch. 9), *682*
    emission trends and drivers, 388
    Energy Systems (Ch. 7), 546, *547*, 553
    Human Settlements/Infrastructure (Ch. 12), 932, 933, 936, 939–940, *941*, 949, 951, *954*

indigenous climate change knowledge, 165
Industry (Ch. 10), 748, *754*
Investment and Finance (Ch. 16), 1221
National and Sub-national Policies/Institutions (Ch. 15), 1151, 1162, 1185
Regional Development and Cooperation (Ch. 14), 1087, 1101, 1106, 1116
    risks and uncertainties in developing countries, *167*
    Transport (Ch. 8), *608, 609*, 610, 611, *641*, 645
    waste management, 790, 792
African Union, 1024, 1119
Agriculture, 811–886
    damages from climate change, 244
    National and Sub-national Policies/Institutions (Ch. 15), 1187
    Regional Development and Cooperation (Ch. 14), 1105
    sustainable, 301, 1187
Agriculture, Forestry and Other Land Use (AFOLU)*, 811–886, *819*, 1251–1252
    aquaculture, *834*
    barriers and opportunities, 858–859
    biochar, *833*
    bioenergy, 870–886, *871, 872, 874, 876, 878–879, 882, 884–885*
    climate change feedback and adaptation, 843, 845–847
    co-benefits, risks, and spillovers, 852–858, *856–857*
    costs and potentials, *847*, 847–852, *849–852*
    emission trends and drivers, 128, *128*, 365, *365*, 380, 383–384, *384*, 819–829, *820–828*
    human settlements, *945*
    infrastructure and systemic perspectives, *836*, 836–843, *838–840, 842–844*
    mitigation technology, 829–835, *830–832*
    mitigative and adaptive capacities, 316–317
    National and Sub-national Policies/Institutions (Ch. 15), *1158–1159*
    Regional Development and Cooperation (Ch. 14), 1104–1106, *1105*
    sectoral policies, 862–868, *863, 864, 866, 867*
    sustainable development, 859–862, *860, 864*
    transformation pathways, 859–862, *860, 864*
    Transformation Pathways (Ch. 6), 435, *471*, 478, 479, *479*, 484
Air pollution, 392, 392–393, *393*
    Buildings (Ch. 9), 708, 709
    Energy Systems (Ch. 7), 546–548, 550
    Human Settlements/Infrastructure (Ch. 12), 975–976
    Industry (Ch. 10), 771
    Transformation Pathways (Ch. 6), 473–475, *474*
    waste management, 789
    *See also* Carbon monoxide (CO); Nitrogen oxides (NOx); Particulate matter (PM); Volatile Organic Compounds (VOCs)
Albania, *1116*
Albedo*, 486, 487, 699, 879, 880, 1252
Alliance of Small Island States (AOSIS)*, 1025, 1252
Amazon region, 826, 845, 1029, 1110
Ambiguity aversion, 163–164
Ancillary benefits. *See* Co-benefits
Angola, 1116
Annex B Parties/countries*, 130, *133*, 373, *1011*, 1043–1045, 1049, 1252
    *See also* individual countries
Annex I Parties/countries*, 130, *132*, 320, 394, 1252
    AFOLU (Ch. 11), *828*

Human Settlements/Infrastructure (Ch. 12), 927, 928, *938*, 938–939, 943, 945, 947, 972
International Cooperation (Ch. 13), *1011*, 1021, 1025, 1031, 1041, 1043, 1045, 1048, 1050
National and Sub-national Policies/Institutions (Ch. 15), *1150*
Transport (Ch. 8), 646
    *See also* Non-Annex I Parties/countries; *individual countries*
Annex II Parties/countries*, 320, 1035, 1210, *1212*, 1214–1216, 1222, 1236, 1252
    *See also* individual countries
Anthropogenic emissions*. *See* Emission(s), anthropogenic
Anticipation effect, 180
Appliances, 683, 686, 690–692, *692*
Aquaculture, *834*
Arctic, 164, 165
Argentina, 721, 885, *972*, 1020, 1109, 1119
Asia, 845, *1286*
    AFOLU (Ch. 11), *820, 821*, 822, 824, 825, *826, 828*, 840, 849, 852, *852*, 862, *863*, 868
    bioenergy, 886
    Buildings (Ch. 9), *679*, 680, *680, 682*, 684–685, *711, 713*, 721
    emission trends and drivers, 359, *359*, 360, *365–367*, 366, 367, 371, 371–373, *372, 374*, 376, *376*, 384, 385, 388, 391, 394
    Energy Systems (Ch. 7), 521–524, *524*, 530, 569
    Human Settlements/Infrastructure (Ch. 12), *931*, 932, 933, 939–941, *941*, 947–949, 961, 963
    Industry (Ch. 10), 748, *752, 754*, 759, 762, 778, *778*
    Investment and Finance (Ch. 16), 1229
    National and Sub-national Policies/Institutions (Ch. 15), *1150*, 1151
    Regional Development and Cooperation (Ch. 14), 1087, 1097–1102, 1105–1107, 1110, 1120–1122, 1124
    Transformation Pathways (Ch. 6), 434–436, *435*, 459, *460*
    Transport (Ch. 8), *608, 609*, 611, *641*, 645
    waste management, 790, 792
Asia Energy Efficiency and Conservation Collaboration Center (AEEC), 1120
Asia-Pacific Forum (APEC), 1118, 1120
Asia-Pacific Partnership on Clean Development and Climate (APP), 1029, 1120
Asian and Pacific Center for Transfer of Technology (APCTT), 1120
Assigned Amount (AA)*, 1252
    *See also* Kyoto Protocol
Assigned Amount Unit (AAU)*, 1030, 1216, 1252
    *See also* Banking (of emission permits/Assigned Amount Units); Kyoto Protocol, Kyoto Mechanisms (Flexibility Mechanisms)
Association of Southeast Asian Nations (ASEAN), 1120
Atmosphere*, 129, *214*, 485–487, 877, 879, 1007, 1252
Australasia, 1110
Australia
    AFOLU (Ch. 11), 865
    carbon labeling, 309
    carbon pricing revenue, 234
    coal production, 521
    Human Settlements/Infrastructure (Ch. 12), 933, *934, 950, 952, 954*, 964, 972
    indigenous climate change knowledge, 165
    Industry (Ch. 10), *748*
    International Cooperation (Ch. 13) 1026, 1029, *1031*, 1044

Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions (Ch. 15), 1151, 1163, 1165–1166, 1184
Regional Development and Cooperation (Ch. 14), 1086, 1090, 1091, *1102, 1103,* 1120, 1121, 1123
Transport (Ch. 8), *609*
**Austria**, 187, 375, 390, 838, *950,* 1216
**Availability bias**, 164
**Azerbaijan,** *754*

## B

**Backstop technology\*,** 1252
**Bali Action Plan (BAP),** 124, 868, 1153
**Bangladesh,** *950, 954,* 1026, 1214, *1235*
**Banking (of emission permits/Assigned Amount Units)\*,** 1166, 1252
**Barriers (and opportunities)**
AFOLU (Ch. 11), 858–859
Buildings (Ch. 9), 709
Energy Systems (Ch. 7), 551–554, 569
Industry (Ch. 10), 774–776, *775*
Regional Development and Cooperation (Ch. 14), 1110–1122, *1112, 1116*
Transport (Ch. 8), 633–635, *634–636*
**Baseline/reference scenarios\*,** 134, *135,* 424–429, *425–427, 429,* 479, *479,* 554–555, *556,* 557, 1253
**BASIC countries,** 1025, 1045
**Behaviour\*,** 1253
AFOLU (Ch. 11), *842,* 843, *844*
biases, 162, 164, *248*
Buildings (Ch. 9), 694–695, *694–696*
Industry (Ch. 10), *756*
responses to risk and uncertainty, 160–168
sustainable consumption and production, 308–309
**Behavioural change\*,** 1253
AFOLU (Ch. 11), 839
consumption and, 387–389
encouraging, 186
non-price interventions inducing, 253
Sustainable Development (Ch. 4), 299–300
Transport (Ch. 8), 616–619
uncertainties, 158
**Behavioural economics,** 252–254, 388–389
**Belarus,** 550
**Belgium,** 120, *950,* 1153
**Belize,** 961
**Beneficiary pays principle (BPP),** 218
*See also* Polluter pays principle (PPP)
**Benin,** *1235*
**Bhutan, Kingdom of,** *255,* 961
**Biochar\*,** *833,* 1253
**Biochemical oxygen demand (BOD)\*,** 790, 1253
**Biodiversity\*,** 476–477, 548, 549, 837, 838, 842, *854,* 855, 886, 1253
**Bioenergy\*,** 870–886, 1253
AFOLU (Ch. 11), *833, 835,* 841, *854,* 870–886, *871, 872, 874, 876, 878–879, 882, 884–885*
co-benefits, *882*
conversion technologies and management, *872,* 873–877, *874, 876*
Energy Systems (Ch. 7), *519,* 525, 526, 529, *530,* 537, *539,* 540, *541, 545, 547,* 551, *556–558*
GHG emission estimates, 877–881, *878–879*
sustainable development, 883–885, *884–885*
technical potential, 870–873, *871*

tradeoffs and synergies, 886
Transformation Pathways (Ch. 6), 435, 445–448, *446, 447,* 484
*See also* Combustible renewables and waste
**Bioenergy and Carbon Dioxide Capture and Storage (BECCS)\*,** 70, 72, 73, 447, 448, 451, 453, 485, 486, 533, *835,* 873, *874,* 875, 882, 883, 1253
**Bioethanol\*,** 881, 1253
**Biofuel\*,** 535, 616, 633, 643, *835, 882,* 883, *1218–1220,* 1253
**Biogas,** 522, *539,* 877
**Biomass\*,** 1253
AFOLU (Ch. 11), 832–833, *835, 836,* 837, *839*
bioenergy, 870–886, *871, 872, 874, 876, 878, 882, 884–885*
Buildings (Ch. 9), 693, 694
emission trends, 127
Energy Systems (Ch. 7), *521,* 529, *539,* 540, 542, 569
Industry (Ch. 10), 755, 760
**Biomass burning\*,** *828,* 1254
**Biosphere (terrestrial and marine)\*,** 877, 879, 1254
**Black carbon (BC)\*,** 122, 360, *361,* 363, 364, *474,* 475, 611, 612, 1254
**Bolivia,** 1028
**Border adjustment measures (BAMs),** 1032–1033
**Bosnia and Herzegovina,** *1116*
**Botswana,** 750, 1116
**Brazil**
AFOLU (Ch. 11), 825, *866,* 867, *867*
bioenergy, *882*
Buildings (Ch. 9), 688, 720, 721
emission trends and drivers, 375
Energy Systems (Ch. 7), 522, 530, 546
Human Settlements/Infrastructure (Ch. 12), *950, 954,* 960–962, 967, *968, 972*
Industry (Ch. 10), *748, 754,* 758, 767
International Cooperation (Ch. 13), 1026, 1039
Investment and Finance (Ch. 16), 1214, *1231,* 1236
National and Sub-national Policies/Institutions (Ch. 15), 1151, 1152, 1154, 1180
Regional Development and Cooperation (Ch. 14), 1098, *1104,* 1107, 1119, 1121, 1122
Sustainable Development (Ch. 4), 115
**BRICS countries,** 1039
**Building code,** 719
**Buildings,** 424, *671–722, 680, 682, 684–685, 698,* 963
barriers and opportunities, 709
climate change feedback and adaptation, 697–699
co-benefits, risks and spillovers, 705–709, *706–708*
costs and potentials, *699–704,* 699–705
emission trends and drivers, 127, 128, *128,* 380, *381–384,* 383, 678–686, *678–686*
human settlements/infrastructure, 424
Human Settlements/Infrastructure (Ch. 12), *945,* 947, 948, *950,* 963
infrastructure and systemic perspectives, 696–697, *698*
mitigation technology, *686–688,* 686–696, *691–692, 694–696*
National and Sub-national Policies/Institutions (Ch. 15), *1158–1159,* 1170
sectoral policies, 715–721, *716–717*
sustainable development, 710–715, *710–715*
Transformation Pathways (Ch. 6), 479, *479,* 481–483, *481–483,* 710–715, *710–715*

**Bulgaria,** 1216
**Burden sharing (effort sharing)\*,** 129–134, *131–133,* 214, 294–296, 317–321, 457–459, *458, 459, 1011,* 1021, 1254
*See also* Equity
**Burundi,** 873
**Business-as-usual (BAU)\*,** 134, *756,* 1254
*See also* Baseline/reference

## C

**Canada,** 130
Human Settlements/Infrastructure (Ch. 12), *950, 954,* 960, 963, 965–966, 969, *972,* 975
Industry (Ch. 10), *748,* 750, 759, 767
International Cooperation (Ch. 13), 1015, 1026, 1027, 1029, *1031,* 1043, 1049
National and Sub-national Policies/Institutions (Ch. 15), 1149, 1154, 1159, 1162, 1163, 1166
oil production, 522
Regional Development and Cooperation (Ch. 14), 1086, 1089, 1091, *1102, 1103,* 1111, 1117–1121, 1123
*See also* International institutions and agreements
**Cancún Agreements\*/Pledges\*,** 120–121, 134, *135,* 527, 538, 564, 1009, 1017, 1018, 1024, *1024,* 1048, 1254
**Cap, on emissions\*,** 233, 565, 1113, 1254, 1316
*See also* Emissions trading
**Cap-and-trade,** 864, 865, 1027, 1052, 1155, 1165–1167, 1180, 1182
*See also* Economic instrument; Emissions trading
**Capacity building**
international, 1037–1038
National and Sub-national Policies/Institutions (Ch. 15), 1170, 1184–1186
regional, *1090,* 1091–1093, *1092*
**Capital accounting-based (CAB) framework,** *293*
**Carbon budget\*,** 319–321, 424, *430, 431,* 432, *433, 435,* 441, 525, 1254, *1312,* 1314
**Carbon credit\*.** *See* Emission(s), emission permit
**Carbon cycle\*,** 845, 1254
**Carbon dioxide (CO₂)\*,** 1254
cumulative emissions, 129–130, *131,* 360, *439*
emission trends and drivers, 125, 128, *131, 132, 358,* 358–362, *359, 362,* 365–371, *366–369,* 386 (*See also* specific sectors)
from fires, *828*
Human Settlements/Infrastructure (Ch. 12), 927, *935,* 935–939, *938, 943, 952*
International Cooperation (Ch. 13), 1045
Investment and Finance (Ch. 16), 1221
National and Sub-national Policies/Institutions (Ch. 15), 1160–1161, *1161*
Regional Development and Cooperation (Ch. 14), 1093, 1094, *1095, 1096,* 1097, 1099, 1100, *1102,* 1102–1105, *1103, 1105, 1107,* 1118
regional trade agreements, 1118
Transformation Pathways (Ch. 6), 428, *429–431,* 432, 433
**Carbon Dioxide Capture and Storage (CCS)\*,** 119, 1254
bioenergy, 873, 875
Energy Systems (Ch. 7), 532–537, 543, 548–549, 551, 565–566
health risks, 187–188, 533, 535, 544, *545, 546,* 549
Industry (Ch. 10), 755, 758, 759, 765, 766, 770,

Index

**Index**

772–775, *775*, 779, *780*
local support and concern, 188
Transformation Pathways (Ch. 6), 447, 448, 451, 453, 485, 486
**Carbon dioxide fertilization\***, 845, 1254
**Carbon Dioxide Removal (CDR)\***, 219, 433–434, *434*, 462, 464, 478, 485–486, 1022–1023, 1254–1255
**Carbon Disclosure Project**, 1041, 1050
**Carbon/emission(s) intensity**
*See also* Lifecycle Assessment (LCA)
**Carbon/emission(s) intensity\***, *40*, 129, *129, 366, 368*, 373–375, 378–380, *379*, 443, *443, 444*, 1255, 1259
AFOLU, 829, 848, *851*
Buildings (Ch. 9), 677
Energy Systems (Ch. 7), 523, *523*
Industry (Ch. 10), 746, 767, *768–769*, 770, *777, 778, 791*
Transport (Ch. 8), 606, *607*, 615–616, 639, *639*, 640, 643, 646
**Carbon footprint\***, 305–307, 309, 327, 526, 1255
**Carbon fuel**, 1215
**Carbon leakage\***, *237*, 250, 385–386, 435, 1046, 1265
AFOLU (Ch. 11), 834
bioenergy, 875
carbon dioxide storage, 533
HFCs, 757, 776
International Cooperation (Ch. 13), 1014, 1033, 1046, 1049
methane, 527
National and Sub-national Policies/Institutions (Ch. 15), 1155, 1163, 1167, 1181
nitrogen, 855
Regional Development and Cooperation (Ch. 14), 1104, 1110–1111
**Carbon market**, 298, 721, 864, 1165
*See also* Economic instrument; Emissions trading
**Carbon monoxide (CO)**, 361, *361*, 611
**Carbon pool**. *See* Reservoir
**Carbon price\***, *225*, 234, 239–240, *240*, 449, *450–452*, 1113, 1151, 1162, 1222, 1255
*See also* Economic instrument; Emissions trading
**Carbon tax\***, 160, 235, 839, 867, 948, 1052, 1159–1160, 1162, 1163, 1177, 1182, 1216, 1222, 1255
*See also* Economic instrument; Emission(s), emission tax
**Caribbean Community Climate Change Centre**, 1121
**Caribbean region**, *934, 971*, 1110, 1121
*See also* Latin America and Caribbean (LAM)
**Cartagena Dialogue for Progressive Action**, 1026
**Causal responsibility**, 215, 318
**CCS-ready\***, 1255
**Central Africa**, *1097*, 1106, 1116, 1119
**Central America**, 790, 792, 824, 867, 1106, 1110, 1221
**Central Asia**, *934*, 1116
**Central Pacific Asia**, 936
**Centralization of authority**, 1016–1019, *1017, 1022*
*See also* Decentralization of authority
**Centrally Planned Asia (CPA)**, 680, *680, 682, 684–685, 698, 935*
**Certified Emission Reduction Unit (CER)\***, 864, 1021, 1030, 1255
**Chemical oxygen demand (COD)\***, 790, 1255
**Chicago Convention**, 1034
**Chile**, 750, 956, 961, 964, *972*, 1119, 1165, 1236

**China**
acceptance of climate-related policies, 187
AFOLU (Ch. 11), 825, 867
Buildings (Ch. 9), *680*, 681, *682*, 688, 690, 692, *694*, 694–695, *695*, 709, 715, 720, 721
consumption, 307
economic growth, 297
emission trends and drivers, 125, 129, 130, 133, 375, 377, *377*, 378, 380, 386, 390, *393*
energy systems, 119, 120
Energy Systems (Ch. 7), 521, 522, 524, 530, 531, 536–537, 544, 550
Human Settlements/Infrastructure (Ch. 12), 931, 936, 938, 940–943, *943*, 946–948, *950, 951, 952*, 953, *954*, 956–958, 961–964, *963, 971*
Industry (Ch. 10), *748, 748*, 752, *754*, 757, 759, 760, 762, 763, 765, 766, 772, 782, 783
International Cooperation (Ch. 13), 1020, 1025, 1026, 1030, *1031*, 1039, 1044–1046, 1049
Investment and Finance (Ch. 16), 1214, 1222, 1236
National and Sub-national Policies/Institutions (Ch. 15), 1151–1154, 1161–1163, 1177, 1188
Regional Development and Cooperation (Ch. 14), 1086, 1089, 1091, 1097, 1098, 1101, *1102–1104*, 1103, 1107, 1116, 1110–1123
Sustainable Development (Ch. 4), 115
Transformation Pathways (Ch. 6), 473
Transport (Ch. 8), *609*, 611, 614, 615, 621, 630, 631, 644, 645
waste management, 787, 789, 790, 792
**Chlorofluorocarbons (CFCs)\***, 1050, 1255
**Choice**
architecture, 162, 177
models, 160–163, 165, 175, 178–179, 186, 190, 1255
**Cities Climate Registry**, 1027
**Clean Development Mechanism (CDM)\***, 115, 130, 184, 1020, 1255, 1258
AFOLU (Ch. 11), 864
Buildings (Ch. 9), 718, 721
Energy Systems (Ch. 7), 566
Industry (Ch. 10), 760
International Cooperation (Ch. 13), 1021, 1030, *1031*, 1032–1034
Investment and Finance (Ch. 16), 1215
National and Sub-national Policies/Institutions (Ch. 15), 1158
performance assessment, 1045–1047
Regional Development and Cooperation (Ch. 14), 1109–1110
Transport (Ch. 8), 636
*See also* Certified Emission Reduction Unit (CER)
**Clean energy**, 302, 467, *467*
**Clean Energy Ministerial (CEM)**, 1029, 1121
**Clean Technology Fund (World Bank)**, 636, 1039
**Climate Alliance**, 1029
**Climate and Clean Air Coalition**, 1026–1027
**Climate change commitment\***, 1255–1256
**Climate Change Expert Group**, 1026
**Climate engineering**. *See* Geoengineering
**Climate (change) feedback\***, 843, 845, 1256
AFOLU (Ch. 11), 843, 845–847
Buildings (Ch. 9), 699–700
Energy Systems (Ch. 7), 537–538
Industry (Ch. 10), 764–765
Transport (Ch. 8), 622–623
**Climate finance\***, 1038–1040, 1122, 1188, 1211, *1212, 1213,* 1217, 1230, 1233–1234, 1238, 1256
incremental costs, *1212*, 1221, 1256

incremental investment, *1212*, 1256
private climate finance flowing to developing countries, *1212*, 1256
public climate finance flowing to developing countries, *1212*, 1215, 1221–1223, *1222*, 1234, 1256
South-South, 1122
total climate finance, *1212*, 1214, 1233, 1256
total climate finance flowing to developing countries, *1212*, 1214–1215, 1234, 1256
*See also* Investment and finance
**Climate model (spectrum or hierarchy)\***, 242, 430, 1256
**Climate projection\***, 1256
**Climate scenario\***, 1256–1257
**Climate sensitivity\***, 180, 181, 246, 440, 1257
**Climate system\***, 158, 845, 1257
**Climate Technology Fund**, 1040
**Climate variability\***, 141, 846, 1257
**Co-benefits\***, 116, 141, 237, *392*, 392–394, *393*, 468, *469–471*, 472, 1152, 1257
AFLOU, 852–857, *856–857*
bioenergy, 883–886, *884*
Buildings (Ch. 9), 705–709, *706–708*
Energy Systems (Ch. 7), 544–549, *545, 548*
Human Settlements/Infrastructure (Ch. 12), 974–977, *975–976*
Industry (Ch. 10), 771–772, *773*
International Cooperation (Ch. 13), 1008, 1015, *1042*
National and Sub-national Policies/Institutions (Ch. 15), *1152*, 1152–1154, 1179
Sustainable Development (Ch. 4), 293–294, *294*, 323–325
Transformation Pathways (Ch. 6), 468–477, 473
Transport (Ch. 8), 630–633, *632*
welfare, 232–235
**CO2-equivalent (CO2eq) concentration\***, 428, *428, 430–432*, 430–441, *434–440*, 1257
**CO2-equivalent (CO2eq) emission\***, 1257
**Coal**, 119
cumulative use, *442*
emission trends, 129
Energy Systems (Ch. 7), 519, *520, 521*, 521–522, 525, 527, 538, *539*, 548, 550, 553
**Cogeneration\***, 528, 534, 750, 766, 774, 1257
**Collective action**, 139, 255–256, 295, 1182–1183
**Colombia**, *609*, 1119, 1214
**Combined-cycle gas turbine\***, 1257
**Combined heat and power (CHP)**. *See* Cogeneration
**Combustible renewables and waste**, 519, *520, 521*, 535
**Commodity price**, 117, 118, *118*, 244
**Community Carbon and Biodiversity Association**, 1027
**Community pays principle (CPP)**, 218
**Compensatory justice**, 217–218, 224
**Comprehensive Assessment System for Built Environment Efficiency (CASBEE)**, 721
**Computable General Equilibrium (CGE) Model\***, 238, 315, 1267
**Concentrating solar power (CSP)**, 529, 538, *539*, 540, *545, 548*, 548–549
**Concentration (of greenhouse gases)**
historic, 125–129, *126–129*, 357–361, *358, 359*
Transformation Pathways (Ch. 6), 428, *428, 430–432*, 430–441, *434–440*
**Conference of the Parties (COP)\***, 120, *1011*, 1031, 1039, *1185*, 1215, 1257
**Confidence\***, 157, 1258

Congo, *950, 954*
Congo Basin, 1119
Connectivity, 956
Consumerism, 304–305
Consumption, 290
    AFOLU (Ch. 11), 822
    emission trends and drivers, 364, 373–375, *374,* 386–389
    Regional Development and Cooperation (Ch. 14), 1101–1104, *1102–1104*
    Sustainable Development and Equity (Ch. 4), 304–311
    system perspective, 394–395
Consumption-based accounting*, 305–307, 364, *368,* 373–375, 386, 936–939, *937, 938,* 1258
Consumption-based emissions. *See* Emission(s)
Consumption pattern, 817, 822, *836,* 837–838, *838,* 840–841, *844,* 846, 857, 859, 861, 867, 869
    *See also* Production pattern
Contingent valuation method*, 243, 1258
Conventional fuels. *See* Fossil fuels
Cooling, 693
Copenhagen Accord*, 125, 1009, *1011,* 1018, 1020, 1024, 1039, 1048, 1217, 1258
Cost. *See* Adaptation; Cost-benefit analysis (CBA); Cost-effectiveness; Cost-effectiveness analysis (CEA); Cost metrics; Economics; External cost; Incremental cost; Levelized cost; Macroeconomic cost; Marginal abatement cost (MAC); Mitigation cost metrics; Private cost; Social cost of carbon (SCC); Transaction cost; *specific sectors*
Cost-benefit analysis (CBA)*, 170–171, 178, 180, 224–235, *226, 229–231,* 238, *428,* 477, 1258
Cost-effectiveness analysis (CEA)*, 171–172, 178, 180, 225, 236, 238, 1009, 1258
    Buildings (Ch. 9), *702,* 702–704, *703*
    emission trading, 1164
    energy efficiency regulations, 1169–1170
    National and Sub-national Policies/Institutions (Ch. 15), 1157
    Transformation Pathways (Ch. 6), *428, 475,* 477
Cost metrics, 1288–1293, *1293*
Costa Rica, 1119, 1171
Coupled Model Intercomparison Project (CMIP5)*, *438,* 440–441, 845
Croatia, *1116*
Cropland management*, *830, 849, 852,* 1258
Cultural factor, 254–256, 612–613, 636, 694
Cultural value, 221
Custom, 254, 255
Czech Republic, 1216

**D**

Dangerous anthropogenic interference, 213, *214,* 215
Data set
    historical, 1302–1308, *1305–1307*
    scenario data, 1308–1318, *1309–1318*
Decarbonization*, 129, 379, *379,* 443–445, *444,* 523, 528, 559, 1258
    Buildings (Ch. 9), 697
    global fuel mix, 523
    Industry (Ch. 10), 770
    Transformation Pathways (Ch. 6), 479, 480
    Transport (Ch. 8), 637
Decentralization of authority, *1042*
    *See also* Centralization of authority
Decision analysis, 169–170

Decision making, 159, *159,* 162, 238–239, 307–309
Decomposition approach*, 523, *523,* 677–678, *746,* 746–747, *747, 942,* 942–943, 1258
Decoupling, 304, 311
Default option, 162
Deforestation*, 825–829, *827, 828,* 837, 855, 857, 861, 865, 867, *867,* 1171, 1258
Deliberative decision making, 160–161, 164, 168–177
Demand side management (DSM), 721
Dematerialization*, 304, 1259
Democratic Republic of the Congo, *866,* 873, 1116
Denmark
    emission trends and drivers, 391
    Human Settlements/Infrastructure (Ch. 12), 960, 961, *972*
    Industry (Ch. 10), 764, 782
    International Cooperation (Ch. 13), 1029
    Investment and Finance (Ch. 16), 1216
    National and Sub-national Policies/Institutions (Ch. 15), 1160, 1162
    Regional Development and Cooperation (Ch. 14), 1115, 1121
    Transport (Ch. 8), *609*
    waste management, 789
Density. *See* Urban density
Descriptive analysis*, 155, *156,* 160–168, 1259
    *See also* Economics
Desertification*, 1259
Designated national authority (DNA)*, 1259
Developed countries. *See* Industrialized countries
Developing countries*, 530, 1264
    AFOLU (Ch. 11), *854,* 865
    bioenergy, 877
    Buildings (Ch. 9), 691–693, 697, 708, 709, 721
    challenges, *167*
    emission trends and drivers, 125, 129, 359, 372, 375, 386, 391
    Energy Systems (Ch. 7), 523, 528, 530, 546, 552, 553
    financial resources, 303
    global economic crisis, 116, 117, *117*
    Human Settlements/Infrastructure (Ch. 12), 927, 928, 930, 933, *934,* 940, 961, 967, *971,* 973
    Industry (Ch. 10), 751, *754,* 760
    International Cooperation (Ch. 13), 1006, *1011,* 1014, 1021, 1024, *1024,* 1025, 1033, 1038, 1046–1047, 1049, 1051
    Investment and Finance (Ch. 16), 1210, *1213,* 1214–1215, 1217, 1221–1223, 1225, 1226, 1230, *1231,* 1232, 1234–1236, *1235,* 1238
    National and Sub-national Policies/Institutions (Ch. 15), 1148, 1162, *1174,* 1175, 1187–1188
    payments, for emissions reductions, *225*
    Regional Development and Cooperation (Ch. 14), 1086–1087, 1093, 1097, 1099–1101, 1104, 1106, 1123–1124
    suitable policy instruments, *242*
    sustainable consumption and production, 308
    Sustainable Development (Ch. 4), *291, 641*
    Transformation Pathways (Ch. 6), 457
    Transport (Ch. 8), *641*
    uncertainties and risks impacting climate policy, 190–191
Development pathway*, 302–303, 311–315, *315,* 1259
    *See also* Sustainable development (SD)
DICE model, 245–247, 257
Direct Air Capture (DAC)*, 485–486, 1259
Direct emissions*. *See* Emission(s), direct
Direct land-use change. *See* Land use change,

direct
Discounting*, 228–232, *229–231,* 1259
Distributional objective, 236, 237
Distributive justice, 216–217, 224, 1008
Dominica, 1119
Double dividend*, 234–235, 1259
Drivers of behaviour*, 388–389, 1259
Drivers of emissions*, 142, 356, *357,* 364–394, 1259
    AFOLU (Ch. 11), 383–384
    baseline, 425–427, *425–427*
    buildings, 383
    co-benefits/adverse side-effects of mitigation actions, 392–394
    consumption and behavioural change, 387–389
    consumption trends, 373, 373–375, *374*
    demographic structure trends, 369–371
    economic growth and development, 371–380
    energy demand and supply, 375–380, *376, 377, 379*
    industry, 383
    key drivers, 365–367, *365–367, 381–383*
    Least Developed Countries, *384*
    population trends, 368–369, *369*
    production and trade patterns, 385–387
    production trends, *371,* 371–373, *372*
    structural changes in economies, 375
    technological change, 389–391
    waste, 385
    *See also individual sectors*
Durban Forum on Capacity Building, 1185
Durban Platform for Enhanced Action, 1025, 1048
Dynamic model, 314, 1101

**E**

East Asia (EAS), *1286,* 1287
    Human Settlements/Infrastructure (Ch. 12), 933, *934,* 953, *954*
    Regional Development and Cooperation (Ch. 14), 1086, 1087, 1089, *1090,* 1091, *1092,* 1093, 1094, *1094–1097,* 1097, 1098, *1100–1105,* 1101–1104, *1107,* 1109, *1109,* 1116, 1123
East Asia and Pacific, 1110
Easterlin paradox, 310
Eastern and Central Europe (EEU)
    Buildings (Ch. 9), *680, 682, 684–685, 698*
    economic structure and, 375
    Human Settlements/Infrastructure (Ch. 12), 932, *935*
    International Cooperation (Ch. 13), 1043
    Regional Development and Cooperation (Ch. 14), 1086, 1089, *1102, 1103,* 1116, 1123
Eco-efficiency, 309
ECON4 regions, *1287,* 1287–1288
Economic Community of West African States (ECOWAS), 1120
Economic effects. *See* Adverse side-effects; Co-benefits
Economic efficiency*, 236, 1009, 1259
Economic geography, 946, 947
Economic incentive, 239–240
Economic instrument, 565–567, 781, *781,* 782, 1155, *1157, 1158,* 1159–1163, 1167
    *See also* Carbon market; Carbon price; Emissions trading; Mitigation policies; Subsidy; Subsidy removal; Tax; *specific instruments*
Economic objective, 236
Economic regions (income-based), 116–118, *117,* 1287–1288

**Index**

emission trends and drivers, 125–130, *126, 128, 131, 132,* 372–373, 380, 383
International Cooperation (Ch. 13), 1036
Investment and Finance (Ch. 16), 1236
National and Sub-national Policies/Institutions (Ch. 15), 1161–1162, 1185
Regional Development and Cooperation (Ch. 14), 1099
short- and long-term priorities for countries, *167*
Sustainable Developing (Ch. 4), 297
*See also* Developing countries; Industrialized (developed) countries; Least Developed Countries (LDCs)
**Economic stimulus package,** 1217
**Economics,** 213–214, 223–258
aggregation of costs and benefits, 225–235
assessing methods of policy choice, 235–239
behavioural economics, 252–254
ethical considerations, 224–225 (*See also* Ethics)
limits in guiding decision making, 224, 225
metrics of costs and benefits, 242–252
policy instruments and regulations, 239–242
Regional Development and Cooperation (Ch. 14), 1089
technological change, 256–258
world macroeconomic situation, 116–118, *117*
**Economies in Transition (EITs)\*,** 1259, *1286,* 1286–1287
AFOLU (Ch. 11), *820, 821,* 822, 825, *826,* 849, 852, *852,* 862, *863*
Buildings (Ch. 9), *679, 699, 713*
emission trends and drivers, 357–360, *359, 365,* 366, *366, 367, 371, 372,* 376, *376,* 378, 384, 394
Energy Systems (Ch. 7), 521–524, *524*
Human Settlements/Infrastructure (Ch. 12), *931*
Industry (Ch. 10), *748, 752, 778, 778*
International Cooperation (Ch. 13), 1036
National and Sub-national Policies/Institutions (Ch. 15), *1150*
Regional Development and Cooperation (Ch. 14), 1086, 1087, 1089, *1090,* 1091, *1092,* 1093, 1094, *1094–1097,* 1099, *1100–1105,* 1105, 1106, *1107,* 1109, *1109,* 1110, 1123
Transformation Pathways (Ch. 6), 434, *435, 436,* 459, *460*
Transport (Ch. 8), *608, 609*
**Ecosystem\*,** 549, *828,* 838, 845, 1259
**Ecosystem services\*,** 484, *819,* 1259
**Effort sharing.** *See* Burden sharing
**Egypt,** *950, 954, 1174*
**Electricity**
bioenergy, 873, *874*
emission trends, 127
Energy Systems (Ch. 7), 519, *520,* 522, 523, *523,* 527–533, 559–562, *560, 562*
Human Settlements/Infrastructure (Ch. 12), 977
infrastructure, 697
Investment and Finance (Ch. 16), *1218–1220*
Regional Development and Cooperation (Ch. 14), 1097
Transformation Pathways (Ch. 6), 479, *479*
Transport (Ch. 8), 614–616
**Electronics (consumer electronics),** 690–692
**Embodied emissions\*.** *See* Emission(s)
**Embodied energy\*.** *See* Energy
**Emission(s)\*,** 1260
accounting methods, 305–307, 319 (*See also* Emissions accounting)
agricultural, 127, 822–824, *822–824,* 1260
anthropogenic, 142, *358,* 358–360, *359,* 1260

consumption-based, 117, *127, 133,* 306–307, 364, *368, 373,* 374–375, 386, 395–396, *930, 937, 938*
country shares, 129, *131–133*
cumulative, 129–130, *176,* 252, 318–320, *359,* 360, 428, *429–431, 435, 436, 438, 439,* 441, *442,* 447, 451, *452,* 453, *454, 457,* 458, *458, 460,* 461, 464, 562, 563, *860,* 879, 881, *882,* 927, *1011,* 1045, 1094, 1105, *1105*
direct, *123,* 125, 478–481, *479, 480,* 608–609, *678, 679,* 749, *751, 769,* 948, 1260
drivers (*See* Drivers of emissions)
embodied, *374,* 951, 1260
emission allowance (*See* Emission(s), emission permit)
emission factor-/intensity\* (*See* Carbon/emission(s) intensity)
emission permit\*, 234, 457–451, *460,* 1113–1114, 1260 (*See also* Banking (of emission permits/Assigned Amount Units); Emissions trading)
emission quota\*, 1260
emission scenario(s)\*, 439–440, 525, 1260 (*See also* Emission(s), emission trajectory)
emission standards\*, 1169, 1260
emission tax, 239–240, *240,* 1162, 1222 (*See also* Carbon tax)
emission trajectory\*, 124–125, 367, *428,* 428–441, *430–432, 434–440,* 463, *464,* 1260
indirect, *123,* 125, 127, 478–481, 608–609, *678, 679,* 749, *751, 769, 820,* 1260
market penalties, 183–184
metrics, 250–252, *251*
mitigation challenges and strategies, 137–140
mitigation perspectives, 129–134, *131–133*
non-CO2 GHG emissions, 122–124, *123, 124* (*See also specific gases: eg.* Methane)
per-capita, 130, *132,* 522, 524
territorial, 117, *127, 133,* 306–307, 357–359, *358, 359,* 364, *365–368, 373,* 373–375, *374,* 386, *930, 937, 938,* 1260
trends (*See* Trends in emissions)
uncertainty of stocks and flows, 158, 361, *362,* 364
*See also* Air pollution; Greenhouse gas (GHG); *individual sectors*
**Emissions accounting,** 936–939, *938*
supply chain, *937*
territorial, *937,* 937–939, *938*
**Emissions Reduction Unit (ERU)\*,** 1021, 1215–1216, 1260
**Emissions trading\*,** 122, 158, 182, 185, 239–240, *240,* 565, 1021, 1027, 1052, 1163–1167, 1177, 1222, 1260–1261)
AFOLU (Ch. 11), 864–865
National and Sub-national Policies/Institutions (Ch. 15), 1052, 1151, 1155, 1159–1160, 1163–1167
performance assessment, 1044
Transport (Ch. 8), 646
uncertainties, 158
*See also* Emission(s), emission permit; European Union (EU), Emissions Trading Scheme; Regional Greenhouse Gas Initiative (RGGI); Tradable allowance
**Employment,** 476, 544, 630, 705, 707, *707,* 958–960
**Energy\***
embodied, 694, 1260
energy access\*, 476, 546, 697, 1097, 1174, *1237,* 1261
energy carrier\*, 1261

**Energy Community,** *1116*
energy cost curves, 543
energy density\*, 615–616, 1261
energy poverty\*, 290, 708, 1261
energy security\*, 119, 475, 544, 546, 630, 707, 976, 1261
energy services\*, 118, 376, 377, 472, *521, 549,* 555, 695, *745,* 1097, 1261
primary, 129, *129,* 378–380, *379,* 1261, 1295–1297, *1296, 1297*
renewable, 119, 519, *520, 521,* 522, 525–526, 528–529, 534, 535, 537–538, *539,* 540, 542–544, 546, 548–549, 551–553, *558,* 566, 567, 1115, *1116, 1177, 1218–1220,* 1261
**Energy and Climate Partnership of the Americas (ECPA),** 1119
**Energy efficiency (EE)\*,** 119–120, 130, *132,* 1046, 1261
adoption factors, 390
behavioural change and, 186
Buildings (Ch. 9), 687–696, *688, 691, 692, 694–696,* 709, 715–721, *716–717*
emission drivers, 376, 376–378, *377*
Energy Systems (Ch. 7), 519, 521, 528, 535–536
Industry (Ch. 10), 754–755, 771, 774, *775, 781,* 781–782
National and Sub-national Policies/Institutions (Ch. 15), 1168–1169
rebound effects (*See* Rebound effect)
Regional Development and Cooperation (Ch. 14), 1117
sustainable production, 310
Transport (Ch. 8), 640, 644
**Energy Efficiency Directive (EED),** *718,* 720
**Energy intensity\*,** *129, 136,* 137, 1261
Buildings (Ch. 9), 687, 688
emission drivers, 375–378, *376, 377*
Industry (Ch. 10), 746, *748*
Transport (Ch. 8), 606, *607,* 613–615, 639, *639, 643,* 643–646
**Energy Management Systems (EnMS),** 782
**Energy Performance Certificates (EPCs),** 720
**Energy sector,** 518
boundaries, *519*
emission trends and drivers, 360, 378–380, *379, 381–384,* 390, 394–395
energy consumption, 519, 521
GHG emissions, 518, 522, 568–569
Transformation Pathways (Ch. 6), *442–444, 442–445, 469,* 478–483, *479–483,* 538, 554–564, *555–558, 560–564*
*See also* Energy systems
**Energy systems\*,** 511–569, 1261
availability, cost, and performance, *118,* 118–120
barriers and opportunities, 551–554, 569
Buildings (Ch. 9), 696–697
climate change and adaptation, 537–538
co-benefits, risks, and adverse side-effects, 544–551, *545, 547, 548*
costs and potentials, 538–544, *539–541*
current status of markets, 519–522, *520, 521*
economic costs of climate change, 244
emission trends and drivers, *123,* 125, 127–129, *128, 131,* 522–524, *523, 524*
financing low-carbon investment, 1223–1228, *1224, 1226*
future low-carbon investment, 1217–1223, *1218–1220, 1222*
Human Settlements/Infrastructure (Ch. 12), *945,* 947
Industry (Ch. 10), 755

Index

infrastructure and systemic perspectives, 534–537
mitigation technology, 527–533, *530*
National and Sub-national Policies/Institutions
(Ch. 15), *1158–1159*, 1170
Regional Development and Cooperation (Ch. 14),
1094–1099, *1095–1097*, 1114–1119, 1116
resources and resource availability, 524–526,
*525*
sectoral policies, 564–568
transformation pathways and sustainable
development, 554–564, *555–558*, *560–564*
urbanization, 1099–1101, *1100*
England, 631
Ensemble analyses, 175–177, *176*
ENTICE model, 257
Environmental effectiveness*, 236, 1009, 1261
Environmental effects. *See* Adverse side-effects;
Co-benefits
Environmental input-output analysis*, 386, 1261
Environmental Kuznets Curve*, 373, 1261
Environmental objective, 236, 237
Epistemic uncertainty, 178
Equality, 319
Equity, 259, 287–292, 1008
approaches and indicators, 294–296
consumption and, 304–311
distributional, 1009–1010, 1012
framing issues in sustainable development,
321–325, *323*
justice and, 215–219
values and wellbeing, 220–223
*See also* Burden sharing (effort sharing)
ESCO model, 720
Estonia, 1216
Ethics, 213–223
assessing methods of policy choice, 235–239
concepts and principles, 214–215
economics, rights, and duties, 223–225
justice, equity, and responsibility, 215–219
values and wellbeing, 220–223
Ethiopia, *754, 950*, 1186
Eurasia, 792
Europe
AFOLU (Ch. 11), 824, 825, *828*, 839, 840
bioenergy, 881, 885
Buildings (Ch. 9), 688, 690, 720
emission trends and drivers, 375
Energy Systems (Ch. 7), 522, 528, 530, 536, 537
financial crisis, 116
Human Settlements/Infrastructure (Ch. 12), 932,
*932*, 933, *934*, 937, 939, *941*, 951, *954*, 961,
962, *963*, 971, 972
Industry (Ch. 10), 759, 760, 764, 766, 782
International Cooperation (Ch. 13), 1029
Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions
(Ch. 15), 1147, 1160, 1161, 1173
Regional Development and Cooperation (Ch. 14),
1098, 1100, 1110
Transport (Ch. 8), *608, 609*, 611, 613, 621, 633,
643, 645
waste management, 790, 792
Europe/Commonwealth of Independent States
region, 1122
European Commission, 1120, 1121, 1214, 1215
European Union (EU)
AFOLU (Ch. 11), 867
Buildings (Ch. 9), *691*, 691–693, 718–720
emission trends and drivers, 130, 385
Emissions Trading Scheme, 115–116, 184, 258,
646, 760, 782, 864, 865, 1028–1029, 1034,
1111–1114, 1151, 1163–1164, 1184
Energy Systems (Ch. 7), 528, 565

Human Settlements/Infrastructure (Ch. 12), 936,
*952*
induced innovation, 256
Industry (Ch. 10), 755, 760, 762, 764, 767, 783
International Cooperation (Ch. 13), 1018, 1021,
1026, 1029, 1030, *1031*, 1033, 1034, 1037,
1043–1045, 1049
Investment and Finance (Ch. 16), 1222
legal responsibility for harm, 218
National and Sub-national Policies/Institutions
(Ch. 15), 1159, 1163–1164, 1166, 1167, 1172,
1177, 1180–1181
Regional Development and Cooperation (Ch. 14),
1089, 1111–1117, *1116*, 1121, 1122, 1124
revenue from permits, 234
sustainable consumption and production, 308,
309
Sustainable Development (Ch. 4), 115
Transport (Ch. 8), 613, 624, 645, 646
waste management, 786–789
European Union Allowance (EUA), 1113
Evidence*, 157, 1261
Expected utility theory, 168–169
Experimental economics, 1157
External benefit*, *957*, 1008, 1261
External cost*, 235, *235*, 542, 550, 568, *957*, 1007,
1008, 1023, 1170, 1261
Externality*, 115, 116, 118, 181, 214, 219, *227*,
233–236, *237*, 240, 253, 256, 257, 1261
Buildings (Ch. 9), 689, 709, 722
emissions drivers, 390
Energy Systems (Ch. 7), 565, 566
Human Settlements/Infrastructure (Ch. 12), 947,
951, 958, 959, 962, *963*
Industry (Ch. 10), 776
International Cooperation (Ch. 13), 1008, 1033,
1040
National and Sub-national Policies/Institutions
(Ch. 15), 1160, 1170, 1171, 1173, 1181, 1183,
1190
Sustainable Development (Ch.s 4), 303, 313
Transformation Pathways (Ch. 6), 456
Transport (Ch. 8), 619
Extreme weather/climate, 244


**F**

Fairness, 259, 1009–1010
*See also* Equity; Justice
Fast Start Finance (FSF), 1039
Fat tailed distribution, 1300–1301
Fat tails problem, 154, 171, *246*
Fatalities, energy-sector-related, 549–551
Feebate, 240
Feed-in tariff (FIT)*, 178–179, 185, 566, 1228, 1262
Finance. *See* Investment and finance
Finland, 532, 542, 764, 960, 1115, 1121, 1216
First-generation biofuel*, 1253
Flaring*, *547*, 1262
Fluorine-based (fluorinated) gases (F-gases), 127,
360, 363, 611, 612, 692–693, 753, *753*
Food, 301, 761–762, *834*, 838–842, 886
Food security*, 475, 818, 838, 839, 853, *884*, 1262
Forest*, 447, 825–826, 845–847, 868, 871, 880–881,
1171, 1187, 1262
forest management*, *824*, 825–826, *830*, 868,
871, 1262
*See also* Agriculture, Forestry and Other Land
Use (AFOLU)
Forestry and Other Land Use (FOLU), *824*, 825–

829, *826, 827*, 1105, 1221
*See also* Agriculture, Forestry and Other Land
Use (AFOLU)
Former Soviet Union (FSU), 680, *680, 682*,
*684–685, 698*
economic structure, 375
Human Settlements/Infrastructure (Ch. 12), *935*,
946
Industry (Ch. 10), 760
International Cooperation (Ch. 13), 1043
Regional Development and Cooperation (Ch. 14),
1086, 1089, 1091, *1102, 1103*, 1123
Former Yugoslav Republic of Macedonia, *1116*
Fossil fuels*, 1262
AFOLU (Ch. 11), 822, 823
baseline emissions, 426–427, *427*
bioenergy, *872*, 873, *874*
carbon intensity, 379
$CO_2$ emissions, *358*, 358–362, *359, 362*,
365–367, *366, 368*
emission trends, 127
Energy Systems (Ch. 7), 524–525, *525*, 527–528,
538, 548, 552, 554, 566–567
Industry (Ch. 10), 751, 752, 771
Investment and Finance (Ch. 16), *1218–1220*
*See also* Coal; Natural gas; Oil; Oil sands and oil
shale; Shale gas
France
Buildings (Ch. 9), 720
carbon dioxide storage, 188
Human Settlements/Infrastructure (Ch. 12), *950*,
958, 959, 972, *972*
Industry (Ch. 10), 782
International Cooperation (Ch. 13), 1026, 1029,
1049
National and Sub-national Policies/Institutions
(Ch. 15), 1151, 1153
nuclear energy, 530, 532, 534, 542
Regional Development and Cooperation (Ch. 14),
1110, 1121
*See also* International institutions and
agreements
Free Rider*, 213, 214, 1262
Fuel cell*, 614–615, 1262
Fuel poverty*, *706*, 708, 709, 1262
Fuel switching*, 527–528, *754*, 759, 760, 774–775,
*775*, 1262
Fukushima, 188
FUND model, 245–247


**G**

G8, *1042*, 1049
G20, 1026, 1049, 1217
Game theory, 1012, 1014
General equilibrium analysis*, 238, 315, 476, 1262
Geoengineering*, 219, 484–489, 1022–1023, 1262
*See also* Carbon Dioxide Removal (CDR)
Geothermal energy*, *519–521*, 525, 529, 535,
537, *539*, 540, 542, *545*, 549, 551, *556–558*,
1262
Germany
AFOLU (Ch. 11), *866*
Buildings (Ch. 9), 693, 709, 720
emission trends and drivers, 130, 390, 391
energy systems, 120
Energy Systems (Ch. 7), 535, 544
feed-in tariff, 185
Human Settlements/Infrastructure (Ch. 12), *950*,
961, *972*, 974

Index

Industry (Ch. 10), *748*, 782, 783
International Cooperation (Ch. 13), 1026, 1036, 1049
Investment and Finance (Ch. 16), 1214, 1216, 1217, *1224*
National and Sub-national Policies/Institutions (Ch. 15), 1151, 1153, *1153*, 1154, 1176, 1177
Regional Development and Cooperation (Ch. 14), 1110, 1121
Transport (Ch. 8), *609*, 645
waste management, 789
*See also* International institutions and agreements
**Ghana,** 690, 1026
**Global Climate Change Alliance (GCCA)**, 1027
**Global Cost Potential (GCP),** 250–252
**Global Damage Potential (GDamP),** 250–252
**Global Environment Facility (GEF)**\*, 636, 721, *1011*, 1039, 1040, 1109–1110, 1188, 1262
**Global financial/economic crisis,** 116, *117*, 385, 1113, 1217
**Global mean surface temperature**\*, 251, *431*, *438–440*, 438–441, 487–488, 1048, 1262
**Global North,** 1119
**Global South,** 942, 962, 1104, 1111, 1119, 1120
**Global Superior Energy Performance Partnership (GSEP),** 1029, 1120
**Global Temperature Change Potential (GTP),** 251, 252
**Global warming**\*, 134, 1263
**Global Warming Potentials (GWPs)**\*, 122, *124*, 250–252, *251*, 358, 437, 1050, 1263
**Gold Standard,** 1027, 1046
**Governance**\*, 1263
  bioenergy, 885
  building institutions/capacity, 292
  Human Settlements/Infrastructure (Ch. 12), *864*, 866, 883–885, 944, 966–967
  International Cooperation (Ch. 13), 1017, 1023
  Investment and Finance (Ch. 16), 1228–1229, *1229*
  National and Sub-national Policies/Institutions (Ch. 15), 1149–1155, *1150*, *1152*
  private sector-led initiatives, 1040–1041
  Regional Development and Cooperation (Ch. 14), 1092, *1092*
  solar radiation management (SRM), 488
  Sustainable Development (Ch. 4), 292, 297–298
**Government provision of public goods or services,** 241, 567–568, 781, *781*, 1156, *1159*, 1170–1171
  *See also* Mitigation policies
**Grazing land management**\*, *831*, *849*, *852*, 1263
**Great Britain,** 187
**Green building,** 720–721
**Green Climate Fund (GCF)**\*, 858, *1011*, 1025, 1038, 1228, 1263
**Green Deal,** 720
**Green default,** 162
**Greenhouse effect**\*, 1263
**Greenhouse gas (GHG)**\*, 122–124, *123*, *124*, 1263
  *See also* Carbon dioxide (CO2); Emission(s); Methane (CH4); Mitigation policies; *specific sectors*
**Gross Domestic Product (GDP)**\*, 116, *117*, *129*, *132*, 933, 1263
  Buildings (Ch. 9), 683, 685
  emission trends and drivers, 365–378
  Energy Systems (Ch. 7), 523
  Human Settlements/Infrastructure (Ch. 12), 933, 972
  Industry (Ch. 10), 747

International Cooperation (Ch. 13), 1049
Regional Development and Cooperation (Ch. 14), 1093–1097
sustainable development, 304, 310
Transformation Pathways (Ch. 6), 425, 426, 450
Transport (Ch. 8), 608, 639
waste management, 787
**Gross National Expenditure (GNE)**\*, *367*, *368*, 1263
**Gross National Happiness (GNH),** *255*
**Gross National Product (GNP)**\*, 1263
**Gross World Product**\*, 1263
**Growth rates,** 1301–1302
**Guatemala,** 961

# H

**Haiti,** *1235*
**Halocarbons,** 692–693
  *See also* Fluorine-based (fluorinated) gases (F-gases)
**Harmful conduct,** 218
**Health,** 392, 393
  AFOLU (Ch. 11), 854
  Buildings (Ch. 9), *706*, *708*, 708–709
  carbon dioxide capture and storage, 188–189
  economic costs, 244–245
  Energy Systems (Ch. 7), *545*, 546–549, *548*
  Human Settlements/Infrastructure (Ch. 12), *975*, 975–977, *976*
  Industry (Ch. 10), 771–772
  perception of risks, 167
  Transformation Pathways (Ch. 6), 473–475, *474*
  Transport (Ch. 8), 630–633, *632*
**Heat**
  Buildings (Ch. 9), 681–683, *682*, *683*, 687, 688, 697, *702*, *703*
  emission trends, 127, 882
  Energy Systems (Ch. 7), 81, 519, *520*, 522, 523, *523*, 528, 535–536
  fuel poverty, 708, 709
  Industry (Ch. 10), 755
**Heat island**\*, 977, 1263
**Heating and cooling networks,** 535–537
**High Global Warming Potential gas,** 360
**High Income Countries (HIC),** 1287
  *See also* Economic regions (income-based)
**Historical responsibility,** 217–219, 318
**Household size, emissions and,** 371
**Human capital,** 300–301
**Human Development Index (HDI)**\*, 221, *291*, *1090*, 1263–1264
**Human rights,** 1027–1028
**Human settlement,** 929–942
  1950 to 2050, *930*
  emissions trends and drivers, 930–942, *931*, *932*, *935*, *937–941*
  National and Sub-national Policies/Institutions (Ch. 15), *1158–1159*
  policies and mitigation options across sectors, *945*
  Transformation Pathways (Ch. 6), *471*
  Transport (Ch. 8), 619–621
  uncertainties in choices, 158–159
  urbanization-emissions link, 369–370
  *See also* Human settlements/infrastructure; Infrastructure; Spatial planning; Urban planning
**Human settlements/infrastructure,** 923–978
  boundaries, *930*
  Buildings (Ch. 9), 696–697

climate mitigation, 969–974, *970–973*
  co-benefits, tradeoffs, and spill-over effects, 974–977, *975*, *976*
  economies and GDP, 933
  emissions accounting methods, 936–939, *938*
  emissions trends and drivers, 391, 930, 931, 939–949, *943*, *945*, *946*, *949*, *950*
  expansion, *930–932*, 932–947, *934*, *935*, *938–941*, 948, 951, 953, *957*, 958, *959*, 960, 962–966, *968*, *968*, 969, 974
  governance, institutions, and finance, 966–969, *968*
  infrastructure, 947, 949, 951, *952*, *957*
  land use, 933, *934*, 940, 941, *941*, *953*, *955*, 955–956, 967
  National and Sub-national Policies/Institutions (Ch. 15), *1158–1159*, 1170
  population, 929–932, *930–932*, 939–942, *940*
  Regional Development and Cooperation (Ch. 14), 1099–1101, *1101*
  share of global emissions, 935–936
  spatial planning, 949, *957*, 958–966, *959*, *970*
  sprawl (*See* Human settlements/infrastructure, expansion)
  sustainable development, 974
  transport, 951, *952*, 956, 960, 961, 965–967, *968*, 969, 975, 976
  Transport (Ch. 8), 612–613, 618–621, 647
  urban form and infrastructure, 949–957, *950*, *952–955*
  urbanization-emissions link, 369–370
  *See also* Human settlement; Infrastructure; Spatial planning; Urban planning
**Hungary,** *950*, 1216
**Hybrid vehicle**\*, *610*, 613–617, *617*, *625*, 1264
**Hydrochlorofluorocarbons (HCFCs),** 1050
**Hydrofluorocarbons (HFCs)**\*, 122–124, 1264
  baseline emissions, *429*
  Buildings (Ch. 9), 676, 693
  emission trends, *123*, 125, *135*, 360, 363, 383
  greenhouse gas emission metrics, *124*, *1302*
  Industry (Ch. 10), *745*, 753, *753*, 755, 757, 767, *769*, 770, 776, 782–783
  International Cooperation (Ch. 13), 1050
  Regional Development and Cooperation (Ch. 14), *1095*
  Transformation Pathways (Ch. 6), *437*
  Transport (Ch. 8), *606*, *608*, 611
**Hydrogen fuel,** 616, 758
**Hydropower**\*, 1264, 1308
  Energy Systems (Ch. 7), *519–521*, 521, 522, 525, 526, 529, *530*, 535, 537–538, *539*, 540, *541*, 542, *545*, *548*, 548–551, *557–558*
  Regional Development and Cooperation (Ch. 14), 1116–1117

# I

**Iceland,** 1111, 1160
**Income,** 310–311, *371*, 371–373, *934*, 946–948
  *See also* Economic regions (income-based)
**Incremental cost**\*, *1212*, 1221, 1256
**Incremental investment**\*, *1212*, 1256
**India**
  AFOLU (Ch. 11), 825
  Buildings (Ch. 9), 692, 693, 697, 721
  consumption, 307
  economic growth, 297
  emission trends and drivers, 133, 375, 377, *377*, 378, 391

energy systems, 119, 120
Energy Systems (Ch. 7), 521, 524, 531, 546
Human Settlements/Infrastructure (Ch. 12), 940,
941, *950, 952, 954,* 956, 958, 962, 967, 973,
975
Industry (Ch. 10), 748, *748,* 749, *754,* 757, 759,
765, 766
International Cooperation (Ch. 13), 1020, 1025,
1026, 1039, 1049
Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions
(Ch. 15), 1151–1154, 1162, 1177
Regional Development and Cooperation (Ch. 14),
1101, *1104,* 1107, 1120–1122
subsidies, *167*
Sustainable Development (Ch. 4), 115
Transformation Pathways (Ch. 6), 473
Transport (Ch. 8), 611, 631
waste management, 787, 790
**Indigenous peoples\*,** 255, 853, 1264
**Indirect emission\*.** *See* Emission(s)
**Indirect land use change (iLUC)\*,** *835, 878,*
880–881, 1265
Indonesia
AFOLU (Ch. 11), *866*
bioenergy, *882*
Energy Systems (Ch. 7), 521
Human Settlements/Infrastructure (Ch. 12), *950,*
967
Industry (Ch. 10), *748*
International Cooperation (Ch. 13), 1026
Investment and Finance (Ch. 16), 1214
National and Sub-national Policies/Institutions
(Ch. 15), 1162, 1171
Regional Development and Cooperation (Ch. 14),
*1104,* 1121
Transport (Ch. 8), 645
waste management, 792
**Industrial Revolution\*,** 1264
**Industrialized (developed) countries\*,** 1264
Buildings (Ch. 9), 708, 709
economic structure and emissions, 375
emission trends, 125, *126,* 129
emissions share, 130
Energy Systems (Ch. 7), 528, 552
global economic crisis, 116, *117*
Human Settlements/Infrastructure (Ch. 12), *934,*
937, 967
induced innovation (*See* Innovation, induced)
Industry (Ch. 10), 748, 751, *754,* 762
International Cooperation (Ch. 13), 1006, *1011,*
1021, 1024, *1024,* 1029, 1033, 1035, 1046–1047
Investment and Finance (Ch. 16), 1210, *1212,*
*1213,* 1214, 1217, 1221–1223, 1229, 1230,
1233–1234
Regional Development and Cooperation (Ch. 14),
1086, 1097, 1099, 1100, 1103, 1104
suitable policy instruments, *242*
sustainable consumption and production, 308,
309
Sustainable Development (Ch. 4), 297
Transformation Pathways (Ch. 6), 457
waste management, 790
**Industry, 739–792,** *745, 746*
barriers and opportunities, 774–776, *775*
baseline emissions, 426–427, *427*
cement, 758–759
chemicals (plastics/fertilizers/others), 759–760
climate change feedbacks and adaptation,
764–765
co-benefits, risks and spillovers, 770–776, *773*
costs and potentials, 765–770, *766, 768, 769*

emission trends and drivers, *124,* 125, 127,
128, *128, 131,* 380, *381–384,* 383, 749–753,
*750–753,* 882
food processing, 761–762
Human Settlements/Infrastructure (Ch. 12), *945,*
946–948, *950*
infrastructure and systemic perspectives, 763–764
iron and steel, 757–758
manufacturing, *747,* 747–749, *748*
mineral extractive, 747, *748,* 749
mining, 762–763
mitigation technology, 753–763
National and Sub-national Policies/Institutions
(Ch. 15), *1158–1159*
non-ferrous metals, 761
pulp and paper, 760–761
sectoral policies, 780–783, *781*
services, 747, 749
sustainable development, 776–780, *777–780*
sustainable production, 309–310
textiles and leather, 762
Transformation Pathways (Ch. 6), *471, 479,*
479–483, 776–780, *777–780*
waste, 785–792
**Inequality aversion,** *230*
**Information programme,** 241, 567, 781, *781,* 868,
1156, *1158,* 1170
*See also* Mitigation policies
**Infrastructure,** 391
AFOLU (Ch. 11), *836,* 836–843, *838–840,*
*842–844*
Buildings (Ch. 9), 696–697, *698*
Energy Systems (Ch. 7), 534–537, 697
Human Settlements/Infrastructure (Ch. 12), 947,
949–957, *950, 952–955, 957*
Industry (Ch. 10), 763–764
Least Developed Countries, *138*
Transformation Pathways (Ch. 6), *471*
Transport (Ch. 8), *618,* 618–621, *620,* 623, 647
*See also* Human settlement; Human
settlements/infrastructure; Spatial planning;
Transport; Urban planning
**Innovation, induced,** 256
**Input-output analysis,** 1298–1299
*See also* Environmental input-output analysis
**Institution\*,** 120–122, 166, 1264
AFOLU (Ch. 11), 853, 858–859
collective action, 255–256
effective governance, 292
Human Settlements/Infrastructure (Ch. 12),
966–967, *968*
International Cooperation (Ch. 13), 1010, 1012,
*1013,* 1025
Investment and Finance (Ch. 16), 1228–1231,
*1231*
National and Sub-national Policies/Institutions
(Ch. 15), 1149–1155
**Institutional feasibility\*,** *237,* 1010, 1114, 1264
**Integrated assessment\*,** 544, *555–558,* 555–559,
1101, 1264
*See also* Integrated model
**Integrated Design Process (IDP),** 686, 690
**Integrated Model\*,** 238–239, 259, 1267
aggregate climate damages, 245
aggregate costs of mitigation (*See* Mitigation
Scenario)
bioenergy, 484, 882, 883, 886
carbon dioxide removal, 486
co-benefits, 469–477, *474*
Least Developed Countries, *459*
metrics of costs and benefits, 243–249
social cost of carbon, 249

technological change, 257, 466–467
Transformation Pathways (Ch. 6), 422–424
treatment of impacts and adaptation, 441–442
treatment of uncertainty, 178–181, *179*
*See also* Risk management; individual sectors
under Transformation pathway
**Intellectual property (IP),** 302, 1175
**Intellectual property right,** 1036–1037
**Intergenerational justice/equity,** 216–217, 294,
1091
**International Civil Aviation Organization (ICAO),**
121, 646, 1034, 1050
**International cooperation,** 121–122, **1001–1054**
agreements, 1012–1016, *1013*
among governments, *1024,* 1024–1027
assessment criteria, 1009–1012
burden sharing, 129–134, *131–133*
capacity building, 1037–1038
climate change mitigation policy and trade,
1030–1035, *1031*
collective action, 139
framing concepts and principles, 1007–1009
Investment and Finance (Ch. 16), 1038–1040,
1228–1229
linkages with national policies, 1029–1030
non-state, 1027–1028
performance assessment, 1041–1053, *1042–*
*1043, 1047*
policy architectures, 1016–1023, *1017, 1019,*
*1022,* 1051–1053
public- and private-sector roles, 1040–1041
and regional cooperation, 1028–1029
technology and knowledge development,
1035–1037
**International Council for Local Environmental
Initiatives (ICLEI)—Local Governments for
Sustainability,** 1027
**International Energy Agency (IEA),** 121, 375, 755,
1026, 1175–1176
**International environmental agreement (IEA),**
1012, 1014–1016, 1111
*See also* International cooperation
**International institutions and agreements,**
120–122
under uncertainty, 181–183, 1015
**International Maritime Organization (IMO),** 121,
645, 1023, 1034, 1050
**International Paretianism,** 295
**International Renewable Energy Agency (IRENA),**
121, 1026
**International trade,** 307, 385–387, 396, 461–462,
546, 1030–1035, *1031,* 1117
**International transport (INT TRA),** *1286,* 1287,
1288
*See also* Economic regions (income-based)
**International treaty,** 181–182
**Intra-generational justice/equity,** 217–218, 294,
295, *295*
**Intuitive decision making,** 160–164
**Investment and finance,** 120, **1207–1238**
AFOLU (Ch. 11), 858
Buildings (Ch. 9), 720–721
concepts of climate finance, *1212, 1213*
developed countries, 1233–1234
developing countries, 1234, 1236
enabling environments, 1223
global financial crisis, 116, *117*
Human Settlements/Infrastructure (Ch. 12),
968–969
institutional financing arrangements, 1228–1231,
*1231*
International Cooperation (Ch. 13), 1035–1040

Index

Least Developed Countries, *138, 1235*
low-carbon investment, 1217–1228, *1218–1220, 1222, 1224, 1226*
National and Sub-national Policies/Institutions (Ch. 15), 1187–1188
promoting, 139–140
Regional Development and Cooperation (Ch. 14), *1109*, 1109–1110, 1122
scales at short-, mid-, and long-term, 1213–1223, *1218–1220, 1222*
Sustainable Development (Ch. 4), 303
synergies and tradeoffs between mitigation and adaptation, 1231–1233
Transformation Pathways (Ch. 6), 464, 465
Transport (Ch. 8), 636
**I=PAT equation.** *See IPAT identity*
**IPAT identity\*,** 309, *368*, 942–944, 1264
**Iran,** 522, *748, 950,* 1162
**Ireland,** 782, 1216
**Iron fertilization\*,** 485, 1264
**Istanbul Programme of Action,** *138*
**Italy**
    Buildings (Ch. 9), 720
    CO2 storage, 188
    Human Settlements/Infrastructure (Ch. 12), *950, 972*
    Industry (Ch. 10), 782
    International Cooperation (Ch. 13), 1026, 1029, 1049
    Investment and Finance (Ch. 16), 1216, *1224*
    Regional Development and Cooperation (Ch. 14), 1121
    *See also* International institutions and agreements

**J**

**Jamaica,** 961
**Japan**
    Buildings (Ch. 9), 694, 721
    emission trends and drivers, 375, 377, *377,* 390
    energy systems, 120, 140
    Energy Systems (Ch. 7), 530, 532, 537, 568
    financial crisis, 116
    Human Settlements/Infrastructure (Ch. 12), *934, 950,* 951, *952, 954, 972, 972*
    Industry (Ch. 10), *748,* 757–759, 763, 764, 782
    International Cooperation (Ch. 13), 1021, 1026, 1027, 1029, 1030, *1031,* 1036, 1043, 1049
    Investment and Finance (Ch. 16), 1216, 1217, *1224*
    National and Sub-national Policies/Institutions (Ch. 15), 1160, 1163, 1165, 1172–1173, 1176, 1177, 1182
    Regional Development and Cooperation (Ch. 14), 1086, 1089, 1091, *1102–1104,* 1110, 1120, 1121, 1123
    Transport (Ch. 8), 609, 613–615, 642, 645
    *See also* International institutions and agreements
**Joint Implementation (JI)\*,** 718, 1021, 1044, 1265
    *See also* Emissions Reduction Unit (ERU)
**Jordan,** 967
**Justice,** 213–219, 259
    *See also* Equity

**K**

**Kaya identity\*,** 128, 129, *129, 366–368, 425,* 942, 1265
    *See also* IPAT identity
**Kazakhstan,** 522, 535, 1236
**Kenya,** 1177
**Knowledge development,** 1037
**Korea, Republic of**
    Energy Systems (Ch. 7), 530–532, 537
    International Cooperation (Ch. 13), 1026, *1031*
    Regional Development and Cooperation (Ch. 14), 1086, 1089, 1091, 1097, 1120, 1121, 1123
**Kyoto Protocol\*,** 120–122, 252, 298, 390, 1265
    AFOLU (Ch. 11), 864
    change of emissions, 130, 133
    International Cooperation (Ch. 13), 1009, *1011,* 1015, 1016, 1018, 1021, 1024, *1024,* 1025, 1028–1031, *1031,* 1034
    Kyoto Mechanisms (Flexibility Mechanisms)\*, 1020–1021, 1029–1030, 1035, *1042,* 1044, 1265
    national target setting, 1153, 1166
    performance assessment, *1042,* 1043–1047
    technological change, 390
    *See also* Annex B Parties/countries; Annex I Parties/countries; Annex II Parties/countries; Assigned Amount Unit (AAU); Clean Development Mechanism (CDM); Joint Implementation (JI)

**L**

**Land use\*,** 837, *840,* 1265
    baseline emissions, 427, 428
    bioenergy, 880–883
    Buildings (Ch. 9), 696
    emission trends, 127
    Energy Systems (Ch. 7), 546, 547
    GHG fluxes, 825–829, *826, 827*
    Human Settlements/Infrastructure (Ch. 12), 933, *934, 953, 955,* 955–956, 962, 963, 967
    Investment and Finance (Ch. 16), 1221
    Least Developed Countries, *138*
    National and Sub-national Policies/Institutions (Ch. 15), 1186–1187
    Transformation Pathways (Ch. 6), 435–436, *436,* 445–448, *446, 447,* 484
    Transport (Ch. 8), 619–621
    *See also* Agriculture, Forestry and Other Land Use (AFOLU)
**Land use, land use change and forestry (LULUCF)\*,** 356, *824,* 1265
    *See also* Forestry and Other Land Use (FOLU)
**Land use change (LUC)\*,** *820, 824, 827,* 837–842, 845, 862, 1265
    bioenergy, *835, 878,* 880–883
    direct, 880–881
    emissions trends, 358–360, *359,* 363
    Human Settlements/Infrastructure (Ch. 12), 940–941, *941*
    Transformation Pathways (Ch. 6), 484
**Land value capture\*,** 969, 1265
**L'Aquila G8 Summit,** 124–125
**Latin America (LAM)**
    AFOLU (Ch. 11), *820, 821,* 825, *826,* 840, 841, 849, 852, *852, 863*
    Buildings (Ch. 9), 711, *713*
    emission trends and drivers, 359, *359,* 360, 366, *367, 371, 372,* 376, *376,* 384, 394

**Energy Systems** (Ch. 7), 521, 523, 524, *524*
**Human Settlements/Infrastructure** (Ch. 12), *931, 934, 935,* 939, 940, *941,* 961, *971*
**Industry** (Ch. 10), 748, *752,* 773, 778, *778*
**National and Sub-national Policies/Institutions** (Ch. 15), *1150,* 1151
**Regional Development and Cooperation** (Ch. 14), 1087, 1093, 1098, 1099, 1100, 1106, 1107, 1110, 1124
**Transformation Pathways** (Ch. 6), 434, *435, 436,* 459, *460*
**Transport** (Ch. 8), *609*
**Latin America and Caribbean (LAM),** *1286,* 1287
    AFOLU (Ch. 11), 866
    Buildings (Ch. 9), *679, 682, 684–685*
    emission trends and drivers, *365, 366*
    Regional Development and Cooperation (Ch. 14), 1086, 1087, 1089, *1090,* 1091, *1092,* 1094, *1094–1097,* 1099–1100, *1100–1105,* 1104–1106, *1107,* 1109, *1109,* 1110, 1122, 1123
    Transport (Ch. 8), *608*
**Latvia,** 1216
**Leakage.** *See* Carbon leakage
**Leapfrogging,** 258, 1106–1109, *1107, 1108*
**Learning-by-doing (LBD),** 256–257
**Learning curve/rate\*,** 257, 566, 1176, 1265
**Least Developed Countries (LDCs)\*,** 1265
    AFOLU (Ch. 11), 862–863, 936
    Buildings (Ch. 9), 679
    emission trends and drivers, *384*
    Energy Systems (Ch. 7), *547,* 552
    Human Settlements/Infrastructure (Ch. 12), *971*
    Industry (Ch. 10), 748, *754*
    International Cooperation (Ch. 13), *1011,* 1025, 1029, *1031,* 1036
    Investment and Finance (Ch. 16), *1235*
    mitigation challenges/opportunities, 137, *138*
    National and Sub-national Policies/Institutions (Ch. 15), 1148, 1162, *1174,* 1186
    Regional Development and Cooperation (Ch. 14), *1090,* 1091, *1092,* 1093, *1094,* 1097, 1102, 1105, 1121, 1123–1124
    Transformation Pathways (Ch. 6), *459,* 476
    Transport (Ch. 8), 609
**Least Developed Country Fund (LDCF),** *1011*
**Legal issues,** 218–219, 636, *1019,* 1019–1020
**Lesotho,** 1116
**Levelized cost,** 1288, **1331–1353**
    levelized cost of conserved carbon (LCCC), 623–624, 625–629, *699–704,* 699–705, 765–770, *766, 768–769, 847,* 847–852, *849–852,* 1290, 1336, *1337–1343,* 1344–1353, *1345, 1347–1348, 1350–1352*
    levelized cost of conserved energy (LCCE), *699–704,* 699–705, 1290
    levelized cost of energy (LCOE), *541,* 542, 1288–1290
**Liechtenstein,** 1111
**Lifecycle Assessment (LCA)\*,** 306, 309, 538–542, *539, 541, 548, 610, 625–628,* 694, *835,* 839–841, *874, 876, 878,* 951, 1266, 1299–1300
**Lifecycle energy analysis,** 694
**Lifestyle,** 694–695
**Lighting,** 690–692
**Likelihood\*,** 157, 1266
**Linear thinking,** 164
**Liquefied Natural Gas (LNG) markets,** 522
**Liquid fuel,** 519, *520,* 522, 528, 536
    *See also specific types of fuels*
**Lithuania,** 1216
**Lock-in\*,** 313, 391, 465, 553–554, 563, 618–619,

697, *698*, 715, 947, 1266
*See also* Path dependence
**Loss aversion**, 161–162
**Low-Carbon Society (LCS)**, 477
**Low-carbon technology**, 1093
capital managers, *1224*
developing countries, *1235*, 1236
enabling investment environments, 1223
Energy Systems (Ch. 7), 534–537, *547*
financing, 1223–1228, *1224, 1226*
future investments, 1217–1223, *1218–1220, 1222*
leapfrogging, 1106–1109, *1107, 1108*
**Low Income Countries (LIC)**, 1288
*See also* Economic regions (income-based)
**Lower Middle Income Countries (LMC)**, 1288
*See also* Economic regions (income-based)

# M

**Macroeconomic cost**, *1212*
**Macroeconomic situation, world**, 116–118, *117*
**MAGICC model**, 430, *438*, 439, 440, *440*
**Major Economies Forum on Energy and Climate (MEF)**, 1026, *1042*, 1049
**Malawi**, 1116
**Malaysia**, 792, *882, 950*, 961
**Marginal abatement cost (MAC)\***, 249, 543–544, 765, 767, 1266
**Market barrier\***, 1266
*See also* Barriers (and opportunities)
**Market-based mechanism**, 1266
*See also* Economic instrument
**Market exchange rate (MER)\***, 366, 377, 378, 1266, 1285
**Market failure\***, 233, 240, 256, 449, 455–456, *957*, 1035, 1157, 1174–1176, 1181, 1182, 1266
**Material flow analysis (MFA)\***, 694, 1266, 1297–1298
**Measures**, 1266
*See also* Mitigation measures
**Meeting of the Parties (CMP)\***, 1266
**Mental accounting**, 163, 389
**Methane (CH4)\***, 122–124, 1266
AFOLU (Ch. 11), *820*, 822, *828, 830, 831, 833, 834*, 840, *860*, 861
baseline emissions, 428, *429*
emission trends, 123, 125, 127, *135*, 360, 361, *361*, 363, 364, 383
Energy Systems (Ch. 7), 522, 527, 536
Global Methane Initiative, 1040
greenhouse gas emission metrics, *124*, 250–252, *1302*
Human Settlements/Infrastructure (Ch. 12), 935
Industry (Ch. 10), *745, 753*
recovery\*, *786*, 791, 1266
Regional Development and Cooperation (Ch. 14), *1095*, 1105
Transformation Pathways (Ch. 6), 436, 437, *437*, 475
Transport (Ch. 8), 611, 615–616
waste management, *786*, 786–792
**Mexico**
emission trends and drivers, 375
Human Settlements/Infrastructure (Ch. 12), *950, 954*, 961, 972
Industry (Ch. 10), *754*
International Cooperation (Ch. 13), 1026
Regional Development and Cooperation (Ch. 14), *1104*, 1117–1119, 1121
waste management, 792

**Mexico City Pact**, 1027
**Middle East and Africa (MAF)**, *1286*
AFOLU (Ch. 11), *820, 821*, 822, *826*, 849, 852, *852*, 862, *863*
Buildings (Ch. 9), *679*, 680, *684–685, 699*, 711, *713*
emission trends and drivers, 359, *359*, 360, *365*, 366, *366, 367, 371, 372*, 376, *376*, 384, 394
Energy Systems (Ch. 7), 521, 522, 524, *524*
Human Settlements/Infrastructure (Ch. 12), *931*
Industry (Ch. 10), *752*, 778, *778*
National and Sub-national Policies/Institutions (Ch. 15), *1150*
Regional Development and Cooperation (Ch. 14), 1105, *1105*, 1106
Transformation Pathways (Ch. 6), 434–435, *435, 436*, 459, *460*
Transport (Ch. 8), *608, 609*, 645
**Middle East and North Africa (MNA)**, *1286*, 1287
Human Settlements/Infrastructure (Ch. 12), *935*
National and Sub-national Policies/Institutions (Ch. 15), 1160
Regional Development and Cooperation (Ch. 14), 1086, 1089, *1090*, 1091, *1092*, 1093, 1094, *1094–1097*, 1099, 1101, *1102, 1103*, 1104, 1109, *1109*, 1110, 1123
**Millennium Development Goals (MDGs)\***, 137, *138*, 297, 472, 1266
**Mitigation capacity\***, 315–321, *1090*, 1091–1093, *1092*, 1267
**Mitigation cost metrics**, 1291–1292
**Mitigation measures**
AFOLU (Ch. 11), *828*, 829–835, *830–835*
Buildings (Ch. 9), 686–695, *691–692, 694–696*
drivers of emissions, 392–394
Energy Systems (Ch. 7), 527–533, *530*
human settlements/infrastructure, *525*
Human Settlements/Infrastructure (Ch. 12), 969–977, *972, 975, 976*
Industry (Ch. 10), 753–763, *756*
Investment and Finance (Ch. 16), 1223–1224
measurement, reporting, and verification regimes, 182–183
metrics of costs and benefits, 242–252, *246–248*
negative private cost, *247–248*
projecting costs, 136, 137
short-term, 162–163
Transport (Ch. 8), 612–618
*See also* Technology
**Mitigation policies**, 120–122, 190
AFOLU (Ch. 11), 843, 845, 862–868, *863, 864, 866, 867*
balanced with adaptation, 140
Buildings (Ch. 9), 715–722, *716–717*
choice and design under uncertainty, 183–187
co-benefits and adverse side-effects, 393, 394
complementarity, 241
development guidelines, 177
evaluating, *235*, 235–239, *237*
failure, 241–242
Human settlements/infrastructure (Ch. 12), 944, *945*
Industry (Ch. 10), 780–783, *781*
instruments and regulations, 239–242, *242*
interactions, 241, 455, 455–456
International Cooperation (Ch. 13), 1016–1023, *1017, 1019, 1022*, 1029–1035, *1031*
link with Sustainable Development (Ch. 4), 293
national and sub-national, 1155–1156
objectives, 235–238
policy architectures, 1016–1023, *1017, 1019, 1022*

public support/opposition, 187–189
Regional Development and Cooperation (Ch. 14), 1111
as risk management, 155
risk perception and responses, 160–168
science-policy interface, 178
solar radiation management, 487–489
timing of emissions reductions, 433–434, *434*
Transport (Ch. 8), 642–647, *643*
uncertainties, 157–159, *159*, 190
*See also* Economic instrument; Government provision of public goods or services; Information programme; Regulatory approach; Voluntary action; Voluntary agreement (VA)
**Mitigation potential**
AFOLU (Ch. 11), *830–832, 847*, 847–852, *849–852*, 869
Buildings (Ch. 9), *699–704*, 699–705
Industry (Ch. 10), 765–770, *766, 768, 769*
Regional Development and Cooperation (Ch. 14), 1106
Transport (Ch. 8), 623–624, *625–629*, 648–649
waste management, *790, 791*, 791–792
**Mitigation scenario\***, 134, *135, 136*, 1267
aggregate costs, 48, 49, 247, 249, 448–455, *450, 452–455*, 1291–1292, *1293*
bioenergy, 445–448, *446, 447, 835*, 873, 875, *878*, 881–883, 886
cross-sectoral, 478–484, *480–483*
human settlements/infrastructure, 939–942, *940–941*, 948, 951, *952*, 975–976
long-term, 134, *135*, 136
near-term, *463*, 464–465, 465
regional costs, 456–462, *457, 460*, 461
regional development and cooperation, 1101, *1101, 1105*, 1105–1106
risks, 478
sustainable development/multiple objectives, *312*, 315, 468–477, *469–471, 474*
technological innovations, 256
Transformation Pathways (Ch. 6), 420–422, 428–437, 449–452, *450–451*
*See also* individual sectors under Transformation pathway
**Models\***, 1267
development pathways, 314–315
Transport (Ch. 8), 637–641, *638–640*
*See also* specific models
**Modern bioenergy**, 446, *447*, 882
**Modern biomass\***, 447, 521, 1254
*See also* Modern bioenergy
**Moldova**, *1116*
**Monetary evaluation**, 227–228, 243
**Mongolia**, 750, 1086, 1089, 1091, *1102, 1103*, 1123
**Montenegro**, *1116*
**Montreal Protocol\***, 121, 122, *1013*, 1014–1026, *1042*, 1050, 1267
**Moral responsibility**, 215, 318
**Mozambique**, 881, 1116
**Multi-criteria analysis (MCA)\***, 171, 232, 238, 239, 1267
**Multi-gas\***, 250, *1042*, 1267
**Multilateral development bank (MDB)**, 1039, 1215

# N

**Namibia**, 750, 1116
**National and sub-national policies/institutions**, 120, 182, **1141–1190**

Index

capacity building, 1184–1186
emissions trading, 1163–1167
evaluating, 1156–1157
government provision and planning, 1170–1171
harmonized policies, 1018, *1022, 1042*, 1052
information measures, 1170
institutions and governance, 1149–1155, *1150, 1152*
Investment and Finance (Ch. 16), 1187–1188, 1229–1230
Least Developed Countries, *1174*
linkages across jurisdictions, 1052–1053, 1181–1183
linkages with international policies, 1029–1030
links to adaptation, 1186–1187
Nationally Appropriate Mitigation Action, *1153*
performance assessment, 1157–1173, *1158*
policy instruments and packages, 1155–1156
regulatory approaches, 1168–1170
stakeholder roles, 1183–1184
synergies and tradeoffs, 1179–1182
taxes, charges, and subsidies, 1159–1163, *1161*
technology policy and R&D policy, 1174–1179
voluntary actions, 1171–1173
**National Flood Insurance Program (NFIP)**, 163
**Nationally Appropriate Mitigation Action (NAMA)***, 636, 862–863, *1013*, 1024, 1038, 1152, *1153*, 1230, 1267
**Natural gas**, 119
cumulative use, *442*
Energy Systems (Ch. 7), 519, *520, 521*, 522, 525, *525*, 527, 535, 536, 538, *539*, 553
regional grids, 1116
Transport (Ch. 8), 615
**Natural gas combined-cycle (NGCC) power plants**, 527
**Natural resources**, 302–303
**Near East**, *954*
**Nepal**, 546, 721, 1214
**Net zero energy building (NZEB)**, 689, 690, 703
**Netherlands**
AFOLU (Ch. 11), 838
emission trends and drivers, 391
Human Settlements/Infrastructure (Ch. 12), *950, 972*
Industry (Ch. 10), 759, 760, 782
International Cooperation (Ch. 13), 1016, 1029
Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions (Ch. 15), 1154, 1159, 1160, 1172, 1186
Transport (Ch. 8), *609*
**New Zealand**
International Cooperation (Ch. 13), *1031*, 1043, 1044
Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions (Ch. 15), 1163–1166, 1184
Regional Development and Cooperation (Ch. 14), 1086, 1090, 1091, *1102, 1103*, 1123
*See also* International institutions and agreements
**Nigeria**, *547*, 792, *950*, 959, 1162
**Nitrogen oxides (NOx)***, 1267
emission trends, 361, *361*, 363
environmental impact, 548
Human Settlements/Infrastructure (Ch. 12), 976
National and Sub-national Policies/Institutions (Ch. 15), 1163, 1165, 1166, 1177
**Nitrogen trifluoride (NF3)**, 122–124, *124*, 757
**Nitrous oxide (N2O)***, 122–124, 1267
AFOLU (Ch. 11), *820*, 822, *828, 830–834*, 840, *860*, 860–861, 867, 879

baseline emissions, 428, *429*
bioenergy, 879
Buildings (Ch. 9), *678, 679*
emission trends, *123*, 125, 127, *135, 251*, 358, 360, 363, 383
Energy Systems (Ch. 7), 523, *523*
greenhouse gas emission metrics, *124, 1302*
Human Settlements/Infrastructure (Ch. 12), 935
Industry (Ch. 10), 745, 753, *753*, 755, 759, 770, 772, 783
International Cooperation (Ch. 13), 1030
Regional Development and Cooperation (Ch. 14), *1095*, 1105
Transformation Pathways (Ch. 6), 436, 437, *437*
Transport (Ch. 8), 611
waste management, 787, 789–792
**Non-Annex I Parties/countries***, *132*, 320, 386, *938*, 938–939, 943, 944, 947, 948, *1011*, 1021, 1045, 1048, *1150*, 1267
*See also* Annex I Parties/countries; *individual countries*
**Non-human value**, 220–221
**Normative analysis***, 155, *156*, 160, 162, 168–177, 214, 1267
adaptive management, 173
cost-benefit analysis and uncertainty, 170–171
cost-effectiveness analysis and uncertainty, 171–172
decision analysis, 169–170
discount rate, 230
expected utility theory, 168–169
precautionary principle, 172–173
Sustainable Development (Ch. 4), 294
uncertainty analysis techniques, 173–177, *176*
*See also* Economics; Ethics
**North America (NAM)**, 1286, *1286*
AFOLU (Ch. 11), 824, 838, 840, 867
Buildings (Ch. 9), *680, 682, 684–685, 698, 699*
emission trends and drivers, 385
Human Settlements/Infrastructure (Ch. 12), 932, *932*, 933, *934*, 935, 936, 939, *941*, 956–957
Industry (Ch. 10), 760
Regional Development and Cooperation (Ch. 14), 1086, 1087, 1089, *1090*, 1091, *1092*, 1093, 1094, *1094–1097*, 1097, 1099, *1100–1105*, 1103, 1104, 1106, *1107*, 1110, 1117–1118, 1123
Transport (Ch. 8), *608, 609*, 610, 611, 622
waste management, 792
**North American Agreement on Environmental Cooperation (NAAEC)**, 1117
**North American Free Trade Agreement (NAFTA)**, 1117
**Northern Africa**, *934*
**Northern Europe**, 1159
**Norway**
AFOLU (Ch. 11), *866*
Human Settlements/Infrastructure (Ch. 12), *972*, 974
Investment and Finance (Ch. 16), 1216, 1217
National and Sub-national Policies/Institutions (Ch. 15), 1160, 1163, 1177
Regional Development and Cooperation (Ch. 14), 1111, 1115, 1121
unconventional gas share, 522
**Nuclear energy**, 120
Energy Systems (Ch. 7), *520, 521*, 522, 526, 530–532, 534, 535, 538, *539*, 540, 542, 544, 548–553, 567, 569
Investment and Finance (Ch. 16), *1218–1220*
perceived risks, 189
**Numeracy**, 168

**O**

**Ocean energy***, 525, 526, 529, 537, *539*, 540, *541*, 548–549, 551, *556, 558*, 1268
**Ocean fertilization**, 485
**Oceania**, 939, *941*, 1110
**OECD-1990 countries**, *1286*
AFOLU (Ch. 11), *820, 821*, 822, *826*, 849, 852, *852*, 862, *863*
Buildings (Ch. 9), *679, 686, 713*
emission trends and drivers, 359, *359*, 360, *365*, 366, *366*, 367, *367, 371, 372*, 373–374, *374*, 376, *376*, 380, 383–385, 394
Energy Systems (Ch. 7), 521–523, *524*
Human Settlements/Infrastructure (Ch. 12), *931*
Industry (Ch. 10), *752, 778*
National and Sub-national Policies/Institutions (Ch. 15), *1150*
Regional Development and Cooperation (Ch. 14), 1106
Transformation Pathways (Ch. 6), 434–435, *435, 436*, 459, *460*
**OECD countries**, 320
AFOLU (Ch. 11), 825
Buildings (Ch. 9), 678, 683, 690, 711, *713*
emission trends and drivers, 359, *359*, 380, 383, 385
energy transmission and distribution losses, 528
Human Settlements/Infrastructure (Ch. 12), 933, 948
International Cooperation (Ch. 13), 1026, 1036, 1045
Investment and Finance (Ch. 16), 1217, 1218, *1218–1220*, 1233
National and Sub-national Policies/Institutions (Ch. 15), 1160, 1161
Regional Development and Cooperation (Ch. 14), 1093, 1099, 1103, 1105
Transport (Ch. 8), *608, 609*, 613, 620, 621, 633, *641*, 643–645
**Office equipment**, 690–692
**Official development assistance (ODA)**, 1215
**Offset (in climate policy)***, 254, 306, 864, 865, 1006, *1013*, 1021, 1050–1051, 1113, 1165–1167, 1228, 1268
**Oil**, 119
cumulative use, *442*
Energy Systems (Ch. 7), 519, *520, 521, 521*, 522, 525, *525*, 528, 535, 538, 550–551
**Oil sands and oil shale***, 426, 525, 528, 548, 633, 1268
**OPEC countries**, 631
**Organic carbon (OC)**, 360, *361*, 363, 364, *392*
**Organisation for Economic Co-operation and Development (OECD)**, 1026, 1115
**Organization of the Petroleum Exporting Countries (OPEC)**, 522
**Overshoot pathways/scenarios***, 134, *430, 431*, 433–434, *434, 439, 440*, 441, 445, 462, 464, 486, 563, 1268
**Ozone (O3)***, 121, 122, 125, 360, *392*, 436–437, 473, 487, 611–612, 834, 975, 1026, 1050, 1268
Tropospheric ozone, 122, 361, *361*
**Ozone-depleting substance (ODS)**, 125, 693, *753, 1042*, 1050

**P**

**Pacific Asia (PAS)**
AFOLU (Ch. 11), 841, 866, 867

Buildings (Ch. 9), *682, 684–685*, 699
Human Settlements/Infrastructure (Ch. 12), *934, 935, 971*
Industry (Ch. 10), 783
Investment and Finance (Ch. 16), 1229
**Pacific Island countries**, 1117
indigenous climate change knowledge, 165
**Pacific LDCs**, 754
**Pacific OECD (POECD)**, *682, 684–685, 699, 935, 1286, 1286*
**Pacific OECD-1990 (POECD)**, 1086, 1087, 1089, *1090*, 1091, *1092*, 1093, 1094, *1094–1097*, 1097, *1100–1105*, 1106, *1107*, 1123
**PAGE model**, 245–247
**Pakistan**, *950*
**Paradigmatic uncertainty**, 178
**Paratransit***, *1268*
**Pareto improvement**, *227*
**Pareto optimum***, 225, *227*, 1268
**Particulate matter (PM)***, 473, *547*, 547–548, 611, 615, 631, 644, 708, 975, *976*, 1097, 1268
**Passive adaptive management (PAM)**, 173
**Passive design***, 686, 688, 693, 697, 1268
**Passive House standard**, 687–690, 705
**Passive solar**, *470, 687, 700*
**Path dependence***, 256, 312–313, *323*, 554, 618–621, 697, *698*, 942, 944, 1268
**Payback period***, 690, 694, 767, 771, 774, *775*, 944, 1226, 1268
**Peat**, 519, *520, 521*, 845–846
**Per-capita emissions.** *See* Emission(s), per-capita
**Perfluorocarbons (PFCs)***, 122–124, 1268
baseline emissions, *429*
Buildings (Ch. 9), 676, 693
emission trends, *123*, 125, *135*, 360, 363, 383
Industry (Ch. 10), *745*, 753, *753*, 757, 761, 767, 772, 782–783
International Cooperation (Ch. 13), 1050
Regional Development and Cooperation (Ch. 14), *1095*
Transformation Pathways (Ch. 6), *437*
Transport (Ch. 8), 611
**Permit trading.** *See* Emissions trading
**Peru**, 631, 1119
**Philippines**, 631, *950*
**Photovoltaic cells (PV)***, *519–521*, 529, 530, *530, 539, 541*, 542, 544, *545, 548*, 548–549, 1268
**Pilot Program on Climate Resilience**, 1027
**Poland**, 535, 709, *950, 972*, 1216
**Policies**, 1268
*See also* Mitigation policies
**Political economy, for sustainable development**, 297–298
**Political feasibility**, 237–238, 292
**Political identity**, 165, 186
**Politics**, 178, 219, 484, 1089, 1154
**Polluter pays principle (PPP)***, 217–218, 318, 1268
**Pollution**
air (*See* Air pollution)
soil (*See* Soil pollution)
water (*See* Water, pollution)
**Population**
emissions drivers, *368*, 368–369, *369*
Human Settlements/Infrastructure (Ch. 12), 929–932, *930–932*, 939–942, *940*
rural, 931, *932*
Sustainable Development (Ch. 4), 299
valuing, 223
**Portugal**, 782, *950, 972*
**Positive analysis.** *See* Descriptive analysis
**Potential.** *See* Mitigation potential; Technical potential

**Power pool**, 1115, 1116
**Precautionary Principle***, 172–173, 1009, 1268
**Precursors***, 360–361, *361*, 473, 603, 612, *828*, 1269
**Prescriptive analysis (risk and uncertainty)**, 155, *156*, 177–189
choice and design of policy instruments, 183–187, *185*
guidelines for policy development, 177
international negotiations and agreements, 181–183
public support/opposition to climate policy, 187–189
science-policy interfaces, 178
stabilization pathways, 178–181, *179*
**Present bias**, 162
**Present value***, 170, 228, 238, 249, 449, *1212, 1221*, 1269
**Pressure-state-response (PSR)**, *293*
**Primary energy***, 129, *129*, 377–380, *379*, 519, *519, 556*, 560, *561, 752*, 935, 1261, 1295–1297, *1296, 1297*
**Primary energy accounting**, 1293–1295, *1294*
**Primary production***, *819*, 837, 1269
**Prisoners' Dilemma**, 166
**Private climate finance flow**, 1039–1040
**Private climate finance flowing to developing countries***, *1212*, 1256
**Private cost***, 170, *247–248*, 542, 1169, 1269
**Probability weighting function**, 165
**Process and production method (PPM)**, 1033–1034
**Process model**, 314
**Production**
bioenergy, *872*, 873
emission trends and drivers, *371*, 371–373, 386–387
Regional Development and Cooperation (Ch. 14), 1101–1104, *1102–1104*
**Production-based accounting***, 288, 306, *373, 937*, 1269
**Production pattern**, 60–62, 817, 829, *831–835*, 837–842, *839, 844*, 845–849, 852–855, *854*, 857, 859, 861, 867–869
*See also* Consumption pattern
**Property Assessed Clean Energy (PACE)**, 186, 389, 720
**Prospect theory**, 162, 165
**Public benefits charge**, 721
**Public climate finance flowing to developing countries***, *1212*, 1215, 1221–1223, *1222*, 1234, 1256
**Public funding**, 1038–1039, 1109–1110, 1175–1176, 1233–1234
**Public good***, 214, 241, 253–256, 301, 567, *781*, 1007, 1014, 1156, *1159*, 1170–1171, 1182–1183, 1269
*See also* Government provision of public goods or services
**Public perception**, 551, 772–773, 857–858
**Public-private partnership**, 1040, 1109
**Purchasing power parity (PPP)***, 366, 377, 1269, 1285

## Q

**Qatar**, 522
**Qualitative Uncertainty Analysis (QLUA)**, 173, *174*
**Quantitative Uncertainty Analysis (QNUA)**, 173–174

**Quasi-hyperbolic time discounting**, 162
**Quota system**, 185

## R

**Radiative forcing***, *176, 250*, 360, 361, 428–432, *429–431*, 438–441, 487–488, 611, 880, 977, *1105*, 1269, 1312–1315, *1312–1315*
**Rebound effect***, 163, 249–250, 390–391, 617–618, 633, 707–708, 1168–1169, 1269
**Recycled revenue**, 1162–1163
**Recycling**, 549, 755, 761, 763, 788, *864*
**REDD (Reducing Emissions from Deforestation and Forest Degradation)***, 866, 1110, 1269
**REDD+**, 845, 858, 863, *864*, 865–867, *866, 1013*, 1026, 1110, *1112*, 1217, *1231*, 1269
**Reference point**, 161, 162
**Reference scenario.** *See* Baseline/reference
**Reforestation***, 476–477, 485, 825, *830*, 843, *851*, 857, 1269
**Regional development and cooperation, 1083–1104**
AFOLU, 1104–1106, *1105*
consumption and production patterns, 1101–1104, *1102–1104*
development trends and emissions, 1093–1110
emission trends and drivers, 1093–1095, *1094, 1095*
energy and development, 1094–1099, *1095–1097*
future options, 1122
Human Settlements/Infrastructure (Ch. 12), 958–960, *959*
importance, 1089, 1091
Investment and Finance (Ch. 16), *1109*, 1109–1110
leapfrogging low-carbon development, 1106–1109, *1107, 1108*
linkages with international policies, 1030
low-carbon development, 1093
opportunities and barriers, 1110–1122, *1112, 1116*
sustainable development and mitigation capacity, *1090*, 1091–1093, *1092*
Transformation Pathways (Ch. 6), 434–435, *435*, 456–462, *457–461*
urbanization and development, 1099–1101, *1101*
**Regional Greenhouse Gas Initiative (RGGI)**, 1165
**Regional Innovation and Technology Transfer Strategies and Infrastructures (RITTS)**, 1119–1120
**Regional trade agreements (RTAs)**, 1117–1118
**Region Categorization 5 (RC5)**, 1286, **1287**
**Region Categorization 10 (RC10)**, 1286, 1286
**Region Categorization 10 EIT (RC10 EIT)**, **1288**
**Regions**, 1286–1288
**Regulatory approach**, *1158*
AFOLU (Ch. 11), 867
direct, 240, 241
energy system GHG mitigation, 567
Human Settlements/Infrastructure (Ch. 12), 962, 963
Industry (Ch. 10), 781, *781*, 782
National and Sub-national Policies/Institutions (Ch. 15), 1155, 1168–1170
Transport (Ch. 8), 644
uncertainties, 158
*See also* Standards
**Renewable energy (RE)***, 119, 1261

Index

Energy Systems (Ch. 7), 519, *520, 521,* 522, 525–526, 528–529, 534, 535, 537–538, *539,* 540, 542–544, 546, 548–549, 551–553, *558,* 566, 567
Investment and Finance (Ch. 16), *1218–1220*
National and Sub-national Policies/Institutions (Ch. 15), 1177
Regional Development and Cooperation (Ch. 14), 1115, *1116*
*See also* Bioenergy; Geothermal energy; Hydropower; Ocean energy; Solar energy; Wind energy
**Renewable Portfolio Standards,** 1168
**Rent-seeking,** 241, 242
**Representative Concentration Pathways (RCPs)\*,** 175–176, *176,* 369, 426–432, *427, 429–432, 438–439,* 438–441, 485, *555,* 846, *1105,* 1270, 1313, *1313, 1317*
**Research, Development, Deployment, and Diffusion (RDD&D),** 183–186, *185*
**Research and development (R&D)**
emission trends and drivers, 387
Energy Systems (Ch. 7), 567–568
geoengineering, 219
inducing, 256, 257
International Cooperation (Ch. 13), 1037
National and Sub-national Policies/Institutions (Ch. 15), 1174–1179
Transformation Pathways (Ch. 6), 466–467
**Reservoir\*,** 485, 486, 533, 540, *545, 548,* 845, 1270
**Resilience\*,** 292, 321, *474,* 475, 546, 630, 698–699, *706,* 842, 846, *856, 1152,* 1186, *1231,* 1270
**Resource sharing,** 319–320
**Responsibility,** 215–219, 318–319
**Retrofitting,** 690, 704
**Revegetation\*,** *831,* 1270
**RICE model,** 245
**Right to development,** 319
**Risk\*,** 155, 159, 160, 1270
AFOLU (Ch. 11), 847, 858, 875, 885
bioenergy, *835*
Buildings (Ch. 9), 705
defined, 155
Energy Systems (Ch. 7), 532–533, 549–551
Industry (Ch. 10), 772
investment, 1177–1178, 1223–1227, 1234, *1235,* 1237
likelihood and consequences estimates, 155
low-carbon investment, 1225–1228
metrics, 157
modeling, 154, 158, 174–177, 179, 184, 185
risk assessment\*, 1270
risk aversion, 163
risk perception\*, 160–168, 1270
risk tradeoff\*, 1270
risk transfer\*, 1270
sustainability evaluation, 321
Transformation Pathways (Ch. 6), 472, 476, 478
Transport (Ch. 8), 633
**Risk management\*,** 137–139, **151–191,** 1270
descriptive analysis, 160–168
framework, 155–157
metrics of uncertainty and risk, 157
new AR5 information, 159–160
normative analysis, 168–177
prescriptive analysis, 177–189
uncertainties relevant to climate policy choices, 157–159, *159*
**Robust decision making (RDM),** 172–173
**Romania,** *950*
**Rural areas,** 546, 885, 930, *930–932,* 931
**Russia**

emissions trends, 130
Energy Systems (Ch. 7), 120, 522, 524, 530, 531, 550
Human Settlements/Infrastructure (Ch. 12), *950, 952*
Industry (Ch. 10), *748,* 757
International Cooperation (Ch. 13), 1026, 1039, 1043, 1044, 1049
Investment and Finance (Ch. 16), 1216
Regional Development and Cooperation (Ch. 14), *1104,* 1121
Transport (Ch. 8), 645
waste management, 792
*See also* International institutions and agreements
**Russian Federation,** 535, 536
**Rwanda,** 1186, *1235*

# S

**Safety,** 167, 631
**Salience,** 164
**Samoa,** 1214
**Saudi Arabia,** *950,* 1025
**Scandinavia,** 1115, 1159, 1160
**Scenario\*,** 1270, 1308–1318, *1309–1318*
baseline (*See* Baseline/reference scenarios)
categorization (*See* Transformation Pathway)
cost-effective, 421, 449–451, *452,* 1048
data, 1308–1318, *1309–1318*
delayed participation/fragmented action, 421, *421,* 433–435, *434,* 445, *453,* 453–454, 1048
emissions (*See* Emission(s), emission scenario(s))
idealized implementation, 421, 434, 445, 449–451, *452,* 462
investment and finance, 1217–1223, *1218–1219,* 1236
land use, 427–428, 445–447
Least Developed Countries (*See* Integrated Model)
limited technology, 421, *421,* 445, 451–453, *453, 454*
(low) energy intensity, 425, 425–426, *426, 443, 444,* 445, *557,* 557–558
mitigation (*See* Mitigation scenario)
negative emissions, *135, 432–435,* 433–434, 464, *465,* 486, 533, 563
overshoot (*See* Overshoot pathways/scenarios)
renewable energy, 479–483, *482, 558,* 558–559, *560–563*
scenario analysis, 175–177
scenario family\*, 1272
technological change (*See* Integrated Model)
Transformation Pathways (Ch. 6), 423–424
*See also* individual sectors under Transformation pathway
**Science-policy interface,** 178, 189
**Scope 1, Scope 2, and Scope 3 emissions\*,** 127, *935,* 935–938, *937,* 1260
**Scotland,** 867, 868
**Sea-level rise,** 244
**Second-generation biofuel\*,** 616, 631, *878,* 882, *882,* 1253
defined, *835*
**Sectoral\*,** 480, *482, 483,* 484, 637–641, *638, 640, 710–712,* 710–714, 776–780, *777, 780,* 1267, 1317–1318
**Sectoral Policies**
AFOLU (Ch. 11), 862–868, *863, 864, 866, 867*
Buildings (Ch. 9), 715–721, *716–717*
Energy Systems (Ch. 7), 564–568

Industry (Ch. 10), 780–783, *781*
Transport (Ch. 8), 642–647
**Senegal,** 631, *1235*
**Sensitivity analysis\*,** 170, *174, 704,* 704–706, *706,* 881, 1270–1271, 1289
**Sequestration\*,** 485, 563, 818, 829, *830, 831,* 832, 835, 837, 838, *840,* 841, 842, 846, 861, 862, 881, 964, 1165, 1171, 1271, 1353
**Serbia,** *1116*
**Shadow pricing\*,** 467, 1052, 1149, 1271
**Shale gas,** 119, 522, 525, 527
**Shared socio-economic pathways (SSPs)\*,** 1271
**Short-lived climate pollutant (SLCP)\*,** 121–122, 360–361, *361,* 436–437, *474,* 475, 631, 648, 877, 885, 1271
**Short-term goal,** 163
**Simulation model,** 948
**Sincity model,** 948
**Singapore,** 958, 962, *965,* 966
**Sink\*,** 114, 447, 480, 484, 485, 540, 818, 825, *825, 828,* 834, *840,* 845, 868, 871, 881, 964, 1023, 1105, 1234, 1270
*See also* Source (of greenhouse gases)
**Slovakia,** 1216
**Slovenia,** 1216
**Smart grid\*,** 120, 186, 534, 535, *676,* 686, 1271
**Smart meter\*,** 186, 534, *676,* 686, 963, 1271
**Social amplification of risk,** 165
**Social capital,** 300, 301
**Social comparisons,** 166
**Social cost of carbon (SCC)\*,** 249, *957,* 1040, 1160, 1271
**Social effect,** 213, 254–256
AFOLU (Ch. 11), *844*
bioenergy, *884,* 885
human rights, 1027–1028
Least Developed Countries, *138*
National and Sub-national Policies/Institutions (Ch. 15), *1152,* 1178
production systems, 310
Regional Development and Cooperation (Ch. 14), *1090,* 1091
Transformation Pathways (Ch. 6), 467, 468
Transport (Ch. 8), 612–613
*See also* Adverse side-effects; Co-benefits; Ethics
**Social learning,** 166, 1010
**Social norm,** 165–166, 186
**Social planner perspective,** 178–181
**Social value,** 221–223, *223*
**Social welfare function (SWF),** 222–223, *223,* 225, *227,* 229
**Socio-demographic driver,** 947, 948
**Socio-economic effect**
concepts/principles, 214–215
Sustainable Development (Ch. 4), 296–303, 321–322
*See also* Adverse side-effects; Co-benefits
**Socio-economic scenario\*,** 1271
**Soil pollution,** 546–548, 550
*See also* Nitrous oxide (N2O)
**Solar energy**
*See also* Photovoltaic cells (PV)
**Solar energy\*,** 1271
Energy Systems (Ch. 7), *519–521,* 522, 525, 526, 529, *530,* 535–537, *539,* 542–544, *545,* 548–549, 551, 552, *556–558*
*See also* Concentrating solar power (CSP); Passive Solar
**Solar Radiation Management (SRM)\*,** 158, 219, 486–489, 1022–1023, 1271
*See also* Iron fertilization

Index

**Source (of greenhouse gases)** *\*, 1271
*See also* Sink
**South Africa**
Buildings (Ch. 9), 721
Energy Losses Management Program, 553
Human Settlements/Infrastructure (Ch. 12), *950,
961, 972, 972*
Industry (Ch. 10), 750
International Cooperation (Ch. 13), 1026, 1039
National and Sub-national Policies/Institutions
(Ch. 15), 1151, 1177
Regional Development and Cooperation (Ch. 14),
1109, 1116, 1121
Transport (Ch. 8), *608*
**South America**
AFOLU (Ch. 11), 824, 845, 867
Human Settlements/Infrastructure (Ch. 12), *954*
Investment and Finance (Ch. 16), 1221
LNG market, 522
Regional Development and Cooperation (Ch. 14),
1098, 1121
Transport (Ch. 8), *609,* 611
waste management, 790, 792
**South Asia (SAS),** *1286,* 1287
Buildings (Ch. 9), *679,* 680, *680, 682, 684–
685,* 697
Human Settlements/Infrastructure (Ch. 12), *934,
935,* 936, *954, 971*
Regional Development and Cooperation (Ch. 14),
1086, *1090,* 1091, *1092,* 1094, *1094–1097,*
1097–1099, *1100, 1102–1105,* 1101, 1102, 1104,
1109, *1109,* 1110, 1123
waste management, 790
**South East Asia,** *828, 834,* 933, *934, 954,* 967,
1098, 1106, 1221, *1235*
**South East Asia and Pacific (PAS),** 1086, 1087,
1090, *1090,* 1091, *1092,* 1094, *1094–1097,*
*1100,* 1101, 1102, *1102–1105,* 1104, 1108,
1109, *1109,* 1123, *1286,* 1287
**South East Europe,** 1114–1115, *1116*
**South Korea**
Buildings (Ch. 9), 720
energy systems, 120
Human Settlements/Infrastructure (Ch. 12), *950,*
958–962, 964, *972*
Investment and Finance (Ch. 16), 1236
National and Sub-national Policies/Institutions
(Ch. 15), 1154, 1163, 1166
Regional Development and Cooperation (Ch. 14),
*1102, 1103*
**South-South technology agreements,** 1121
**Southern Asia,** *1235*
**Spain,** 544, 709, *950, 972,* 1121,1177
**Spatial planning,** 949, *957,* 958–966, *959, 970*
*See also* Human settlement; Infrastructure;
Transport; Urban planning
**Special Climate Change Fund (SCCF),** *1011*
**Spill-over effect\*,** 455, *459,* 546, 566, 1010, 1271
*See also* Technological/knowledge spillovers
**SRES scenario\*,** 1271–1272
**Standards\*,** 240, 561, 613, 643, 644, 687–691, 715,
718–719, 782, 868, 873, 963, 1050, 1117, 1155,
*1158–1159,* 1168–1169, 1272
*See also* Emissions(s), emission standards
**Status quo bias,** 162
**Strategic Climate Fund,** 1039
**Stratosphere\*,** 486–489, 1023, 1272
**Stratospheric aerosol injection,** 486, 487
**Structural change\*,** 1272
**Structured expert judgment,** 173–174
**Sub-Saharan Africa (SSA),** *1286,* 1287
AFOLU (Ch. 11), 838, 839

bioenergy, 877
Buildings (Ch. 9), *680, 682, 684–685*
Human Settlements/Infrastructure (Ch. 12), *934,
935, 971*
Investment and Finance (Ch. 16), *1235*
Regional Development and Cooperation (Ch. 14),
1086, 1087, 1089, *1090,* 1091, *1092,* 1094,
*1094–1097,* 1097–1101, 1100, *1102–1105,*
1107, 1108–1110, *1109,* 1123–1124
**Subjective well-being (SWB),** 310–311
**Subsidiarity\*,** 1272
**Subsidy,** 240, *1158*
Buildings (Ch. 9), 721
International Cooperation (Ch. 13), 1032
National and Sub-national Policies/Institutions
(Ch. 15), 1155, 1159, 1161, 1163
Regional Development and Cooperation (Ch. 14),
1099
Transformation Pathways (Ch. 6), 466–467
**Subsidy removal,** 154, 155, 157, 160, 183–186, 190,
1155, *1157,* 1159–1163, 1167
**Sulphur dioxide (SO2),** 122, 233–234, 360, *361,*
363, 364, *392,* 393, *393,* 473, *474, 548,* 611,
708, 975, 1164–1166, 1177
**Sulphur hexafluoride (SF6)\*,** 122–125, 1272
baseline emissionis, *429*
Buildings (Ch. 9), 676, 693
emissions trends, *123,* 125, *135,* 360, 363, 383
greenhouse gas emission metrics, *124,* 1302
Industry (Ch. 10), *745, 753, 753,* 757, 761,
782–783
International Cooperation (Ch. 13), 1050
Regional Development and Cooperation (Ch. 14),
*1095*
Transformation Pathways (Ch. 6), *437*
Transport (Ch. 8), 611
**Sulphur oxides,** 548
**Sustainability\*,** 292, 297, 307–310, *315,* 321–324,
526, *835,* 868, 883, 1272
**Sustainable consumption and production (SCP),**
307–310, *756,* 783
**Sustainable development (SD)\*,** 115–116, 287–
292, 1009, 1272
AFOLU (Ch. 11), 818, 842, 843, *843,* 859–862,
*860, 864*
approaches and indicators, 292–293, *293*
bioenergy, 883–885, *884–885*
Buildings (Ch. 9), 710–715, *710–715*
consumption patterns, 304–307
determinants, 296–303
developing countries, *291*
development pathways, 311–315, *315*
Energy Systems (Ch. 7), 549–551, 554–564,
*555–558,* 560–564
framing issues, 321–322
Human Settlements/Infrastructure (Ch. 12), 974
implications, 322–325
Industry (Ch. 10), 776–780, *777–780*
mitigation and adaptation linkages/mitigative
and adaptive capacities, 315–321
priorities, 137
Regional Development and Cooperation (Ch. 14),
*1090,* 1091–1093, *1092*
relationship of consumption and well-being,
310–311
sustainable consumption and production,
307–310
Transformation Pathways (Ch. 6), 468–477,
*469–471, 474*
Transport (Ch. 8), 637–642, *638–641*
**Sustainable Energy Technology at Work
(SETatWork),** 1121

**Swaziland,** 1116
**Sweden**
AFOLU (Ch. 11), 839, 867
Buildings (Ch. 9), 690
emission trends and drivers, 378, 391
Human Settlements/Infrastructure (Ch. 12), *950,*
960, 961, *972,* 973
Industry (Ch. 10), 764, 774, 782
International Cooperation (Ch. 13), 1026
Investment and Finance (Ch. 16), 1216
National and Sub-national Policies/Institutions
(Ch. 15), 1151, 1159–1163, 1177
Regional Development and Cooperation (Ch. 14),
1115, 1121
Transport (Ch. 8), 645
**Switzerland,** 120, 645, 759, 958, 1114, 1216
**System of Integrated Environmental-Economic
Accounting (SEEA),** *293*


**T**

**Taiwan, province of China,** 762, *1102, 1103,*
1172, 1173
**Tanzania,** *754,* 959, 1116, 1177, 1214
**Target,** 134, *135,* 1020, 1151, 1153, 1218, 1219
**Tariff,** 1032–1033
**Tax,** 155–156, 160, 183–186, 190, 1155, *1157,*
1159–1163, 1167
*See also* Carbon tax; Emission(s), emission tax
**Technical potential\*,** 525–526, 537–538, *558,* 702,
755, *847, 850, 851,* 870–873, *871,* 875, 1268
**Technological change (TC)\*,** 118, 136, *136,*
256–258, 1272
bioenergy, *884,* 885
development and, 301
economic growth, 372–373
emissions trends and drivers, 129, 378, 389–391,
396
National and Sub-national Policies/Institutions
(Ch. 15), 1174–1177
promoting, 139–140
Regional Development and Cooperation (Ch. 14),
1091–1093, *1092*
Transformation Pathways (Ch. 6), 423, 428,
466–467, *467*
transitions, 313–314
uncertainties, 158
*See also* Learning-by-doing (LBD); Learning
curve/rate; Research and Development (R&D)
**Technological/knowledge spillovers\*,** 257, 387,
456, 466, 546, *632,* 633, *773,* 774, 858, 1091,
1272
**Technological paradigm,** 313
**Technological regime,** 313
**Technology**
AFOLU (Ch. 11), 829–835, *830–833*
bioenergy, *872,* 873–877, *874, 876*
Buildings (Ch. 9), *686–688,* 686–696, *691–
692, 694–696,* 722
Energy Systems (Ch. 7), 534–537, 542, *547,* 567
Human Settlements/Infrastructure (Ch. 12), 947, 948
Industry (Ch. 10), 753–763, *767, 772*
limited technology scenarios, *421,* 421–422, 445,
451–453, *453, 454*
National and Sub-national Policies/Institutions
(Ch. 15), 1174–1179
Regional Development and Cooperation (Ch. 14),
1119–1121
Transformation Pathways (Ch. 6), 433–434, 451,
453, *453,* 464–466, *465,* 490

Index

Transport (Ch. 8), 613–617, *617*, 622, 633–636, *634–636*
waste management, 788–791, *790*, *791*
*See also* Research and development (R&D)
**Technology Mechanism**, *1011*
*See also* Research and Development (R&D)
**Technology transfer**, 257–258, 302, 1033, 1035–1037, 1106–1109, *1107*, *1108*
**Temperature goal**, 428, *428*, *430–432*, 430–441, *434–440*
**Territorial emissions\***. *See* Emission(s)
**Territorial emissions accounting**, 305–307, 364, 373–375, 386, *937*, 937–939, *938*
**Thailand**, 831, 721, 767, 938, *950*, 967, 1046
**Thermal energy storage**, 697
**Thermal power plant**, 535, 538, 548–549
**Third-generation biofuel\***, 616, 631, *878*, 882, *882*, 1253
**Total climate finance\***, *1212*, 1214, 1233, 1256
**Total climate finance flowing to developing countries\***, *1212*, 1214–1215, 1234, 1256
**Total primary energy supply (TPES)**, 519–523, *520*, *521*, *523*
**Trace gas\***, 1273
**Traceable account**, 157
**Tradable allowance**, *1158*
*See also* Emission(s), emission permit; European Union Allowance (EUA)
**Tradable allowance\***
*See also* Assigned Amount (AA)
**Tradable (green) certificates scheme\***, *1158*, 1273
**Trade**
agreement, 121, 1117
international (*See* International trade)
regional, 1117
sanction, 1014–1015
**Traditional biomass\***, *379*, *379*, *519*, 529, 835, *871*, 872–873, 882, 883, 1097, 1253–1254
**Transaction cost\***, 236–238, 448, 858, 1012, 1046–1047, 1153, *1222*, 1225, 1273
**Transformation pathway\***, *413–490*, 1273
AFOLU (Ch. 11), 435, *471*, *478*, 479, *479*, 484, 840–842, *850*, 859–862, *860*, *864*
aggregate economic implications, 448–452, *450*, *452–455*, 457–461
baseline scenarios (*See* Baseline/reference scenarios)
Buildings (Ch. 9), 480, *686*, 697, *698*, 710–715, *710–715*
categorization, 428, *428*, *430–432*, 430–441, *434–440*
Energy Systems (Ch. 7), *442–444*, 442–445, *541*, 554–546, *555–558*, *560–564*
framing and evaluating, 420
geoengineering options, 484–489
impacts and adaptation, 441–443, *442*
Industry (Ch. 10), *471*, *479*, 479–483, *765*, *768–769*, 776–780, *777–780*
integrated modelling tools, 422–424
integrating long- and short-term perspectives, 462–465, *463*, *465*
integrating sector analyses and scenarios, 478–484, *479–483*
integrating societal change, 467, 468
integrating technological change, 466–467, *467*
land use and bioenergy, 445–448, *446*, *447*, *835*, 875, *878*, 881–886
new mitigation scenarios, 420–422
risks, 478
sustainable development, 315, 468–477, *469–471*, *474*
Transport (Ch. 8), 630, 637–642, *638–641*

**Transit oriented development (TOD)\***, 649, *959*, 960, 961, 1273
**Translational uncertainty**, 178
**Transnational climate governance initiatives**, 1027–1028
**Transport, 599–649**
aviation, 614, 615, *626*, *628*, 646
barriers and opportunities, 633–636, *634–636*
behavioural aspects, 616–618
climate change feedbacks and adaptation, 622–623
co-benefits, risks, and spillovers, 630–633, *632*
costs and potential, 623–629, *625–629*
emission trends and drivers, *124*, 127, 128, *128*, 380, *381–384*, 391, 610–613
freight, 613–614, 621, *621*, 622
freight and passenger, 605–610, *606–610*
GHG emissions, *606–608*, 608–609, 647–648
human settlements/urban areas, *945*, 947, 948, *950*, 951, *952*, 956, 960, 961, 965–967, *968*, 969, 975, 976
infrastructure and systemic perspectives, *618*, 618–621, 620
mitigation technology, 613–617, *617*
modal shift, *620*, 620–621, *621*
National and Sub-national Policies/Institutions (Ch. 15), *1158–1159*, 1170–1171
passenger, 613, *620*, 620–621
rail, 614, 615, *626*, *628*, 645
road, *625*, *627*, 642–645, *643*
sectoral policies, 642–647
shipping, *628*, 646
sustainable development, 637–642, *638–641*
Transformation Pathways (Ch. 6), *470*, *479*, 480–483, *481–483*, 637–642, *638–641*
waterborne, 615, *628*, 645, 646
*See also* Urban planning
**Trends in emissions**, 356–364, *361*
aerosols and aerosol/tropospheric ozone precursors, 360–361, *361*
drivers (*See* Drivers of emissions)
emissions uncertainty, 361–364, *362*
future, 134–137, *135*, *136*
historical, 125–129, *126–127*
Least Developed Countries, *384*
perspectives on sources/mitigation efforts, 129–134, *131–133*
sectoral and regional, 357–360, *381*
sectoral and regional, *347*, *358*
system perspective on, 394–395
*See also individual sectors*
**Trifluoromethane (HFC-23)**, 1030, 1046
**Trinidad & Tobago**, *748*, 1119
**Troposphere\***, 611, 1273
**Turkey**, 782, 838, *950*, 1117

**U**

**Uganda**, *1104*, 1214, *1235*
**Ukraine**, 130, 535, 536, 550, *754*, *950*, 1044, *1116*, 1216, 1236
**Uncertainty\***, 137–139, 159, 160, 1273
communicating risk, 167–168
economic modelling, 314–315
emissions, 134, 361–364, *362*
historical emissions, 127
Industry (Ch. 10), 772
International Cooperation (Ch. 13), 1015
international negotiations and agreements, 181–183

large scenario ensembles interpretation, 175–177, *176*, 423–424
metrics, 157
policy, 157–159, 183–187, 190, 241, 242
quantifying, *174*
representing, 155
science-policy interfaces, 178
sustainability evaluation, 321
transformation pathways, 178–181
translational, 178
Transport (Ch. 8), 633
uncertainty analysis, 173–177, *176*
uncertainty aversion, 163
*See also* Risk management
**Unconventional resource\***, 119, 379, 522, 525, *525*, 527, 528, 1273
**Unit of measurement**, *1284*, 1284–1286, *1285*
**United Arab Emirates (UAE)**, 1121
**United Kingdom (UK)**
AFOLU (Ch. 11), 838, 867
Buildings (Ch. 9), 689, 709, 720
emission trends and drivers, 375, 389, 390
energy systems, 189
Human Settlements/Infrastructure (Ch. 12), 937, 948, *950*, *954*, 958–960, 962–964, 969, 972, *972*
Industry (Ch. 10), *756*, 758, 781–783
International Cooperation (Ch. 13), 1026, 1029, 1049
Investment and Finance (Ch. 16), 1216, 1217
lobbying, 241
National and Sub-national Policies/Institutions (Ch. 15), 1151, 1159–1162, 1169, 1172, 1180–1181
public support for policies, 187
quota system, 185
Regional Development and Cooperation (Ch. 14), 1121
Transport (Ch. 8), 615, 645
*See also* International institutions and agreements
**United National Interim Administration Mission in Kosovo**, *1116*
**United Nations (UN)**, 121, 125, 1024–1025
**United Nations Environment Programme (UNEP)**, 1025
**United Nations Framework Convention on Climate Change (UNFCCC)\***, 120–122, 213, *214*, 294, 319, *373*, *1011*, 1023, 1028, 1273
climate agreements, 1024–1025
climate finance, *1212*, 1214, 1215
coalitions among parties, 1025
new policy options, 1035
performance assessment, 1041–1043, *1042*, 1047–1048
*See also* Annex I Parties/countries; Annex II Parties/countries; Non-Annex I Parties/countries
**United States of America (USA)**
AFOLU (Ch. 11), 825, 838, 865
bioenergy, 875, 886
Buildings (Ch. 9), 690, 692, 695, 719, 720
charitable donations, 253
consumption and wellbeing, 310
emission trends and drivers, 130, 375, 377, *377*, 378, 387, 389–391
Energy Systems (Ch. 7), 119, 120, 189, 521, 522, 524, 530–532, 535–537, 544, 552–553
financial crisis, 116
Human Settlements/Infrastructure (Ch. 12), 932, 936, *939*, 945–948, *950*, 951, 952, *952*, *954*, 957–967, *963*, 969, 971–974, *972*
Industry (Ch. 10), *748*, 757–762, 767

Index

International Cooperation (Ch. 13), 1026, 1027, *1031*, 1033, 1036, 1044, 1045, 1049
Investment and Finance (Ch. 16), 1214, 1217, 1222
legal responsibility for harm, 218
National and Sub-national Policies/Institutions (Ch. 15), *1153*, 1153–1154, 1162–1166, 1168–1173, 1176, 1177, 1180, 1184, 1189
personal consumption, 308
Property Assessed Clean Energy (PACE) programme, 186
public support for policies, 187
Regional Development and Cooperation (Ch. 14), 1086, 1089, 1091, 1100, *1102–1104*, 1111, 1117–1121, 1123
Sustainable Development (Ch. 4), 115
Transport (Ch. 8), 609, 613–615, 620, 624, 630–631, 643, 645
waste management, 787–790, 792
*See also* International institutions and agreements
**Unjust enrichment,** 218–219
**Upper Middle Income Countries (UMC),** 1287
*See also* Economic regions (income-based)
**Urban area.** *See* Human settlements/infrastructure
**Urban density,** 952–955, *953, 955,* 962, *963*
**Urban form**
Human Settlements/Infrastructure (Ch. 12), 929, 942, 944, 947–949, 951–958, *953–955,* 962–966, 977, 978
Transport (Ch. 8), 612, 613, 618–621, 630, *632,* 641, 647
**Urban heat island (UHI) effect,** 977
**Urban planning**
Human Settlements/Infrastructure (Ch. 12), 964, 967, 975 (*See also* Spatial planning; Transport)

Transport (Ch. 8), 612, 619–621, 647, 648
*See also* Human settlement; Infrastructure
**Urban sprawl.** *See* Human settlements/infrastructure
**Uruguay,** 721
**Utilitarianism,** 223

## V

**Value (economic),** 224–232, *229–231*
*See also* Cost-benefit analysis (CBA)
**Value (ethics),** 213, 215, 220–223, 299–300
**Verified Emissions Reductions*,** 1273
**Vietnam,** 688, 693, 721, 767, 825
**Volatile Organic Compounds (VOCs)*,** 361, *361,* 548, 611, 622, 975, 1273
**Voluntary action*,** 241, 253–254, 568, *781,* 864–865, 868, 971, 1156, *1159,* 1171–1173, 1273
**Voluntary agreement (VA)*,** 567–568, 781, *781,* 782, 868, 1172–1173, 1274
**Voluntary carbon market (VCM),** 1035, *1042,* 1050–1051

## W

**Wait-and-see/wait-and-learn,** 155, 164, 167–168, 189, 190
**Waste management,** 785–792, *786, 787, 790, 791*
**Waste/wastewater,** 380, *381–384,* 384, 749, *750, 751, 753,* 755, 759, 783, 785–792, 947
*See also* Combustible renewables and waste
**Water,** 244, 477, 886, 947

**Energy Systems (Ch. 7),** 546, 547
pollution, 233, 546–548, 550–551
*See also* Hydropower
**Wellbeing,** 220–228, 294, *295,* 310–311, 321–322
**Western Asia,** *934*
**Western Climate Initiative (WCI),** 1027
**Western Europe (WEU),** 1286, *1286*
Buildings (Ch. 9), *680, 682, 684–685, 698, 699*
Human Settlements/Infrastructure (Ch. 12), *935*
International Cooperation (Ch. 13), 1044
Regional Development and Cooperation (Ch. 14), 1086, 1087, *1090,* 1091, *1092,* 1093, 1094, *1094–1097,* 1097, 1099, *1100–1103,* 1103, 1104, *1105,* 1106, *1107,* 1109, 1116, 1123
**Willingness to Accept (WTA),** 243–244
**Willingness to Pay (WTP),** *226,* 243–244
**Wind energy*,** *519,* 521, *521,* 522, 525, 526, 529, *530,* 535, 537, 538, *539,* 540, *541,* 542–544, *545, 548,* 548–549, 551, 552, *556–558,* 1274
**WITCH model,** 257
**Women, climate change and,** 255
**World energy balance,** *520*
**World macroeconomic situation,** 116–118, *117*
**World Mayors Summit,** 1027
**World Trade Organization (WTO),** 121, 1032–1035

## Z

**Zambia,** 1116
**Zimbabwe,** 750, 1116
**Zoning,** 956, *957,* 958, *959,* 962, *963*
*See also* Human settlements/infrastructure; Land use



**The Potential Greenhouse Gas Emissions from**

# U.S. Federal Fossil Fuels







# The Potential Greenhouse Gas Emissions from U.S. Federal Fossil Fuels

*August 2015*

*Prepared for*

*Center for Biological Diversity*

*Friends of the Earth*




*Analysis and Interpretation by*

*EcoShift Consulting*

*http://www.ecoshift.com*



*Prepared by*

*Dustin Mulvaney, PhD*

*Alexander Gershenson, PhD*

*Ben Toscher, MSc*

# Acknowledgements

We are grateful to Stephen Russell, Senior Associate at World Resources Institute, for providing external expert review of this report, and for sharing his expertise and feedback on its analyses and findings.  We also thank Mary Ann Shmueli of IgneoDesign for laying out this report.



# I. Executive Summary

This report was undertaken to facilitate a better understanding of the consequences of future federal fossil fuel leasing and extraction in the context of domestic and global efforts to avoid dangerous climate change. We estimate the potential greenhouse gas (GHG) emissions from developing the remaining fossil fuels in the United States (U.S.) is as much as 492 GT $CO_2e$, including the emissions from developing publicly owned, unleased federal fossil fuels.

We report the volume of these fossil fuels, including that of leased and unleased federal fossil fuels located beneath federal and non-federal lands and the outer continental shelf. These resource appraisals are used to estimate the life-cycle GHG emissions associated with developing crude oil, coal, natural gas, tar sands, and oil shale—including emissions from extraction, processing, transportation, and combustion or other end uses. We express potential emissions in gigatons ("Gt" - one gigaton equals one billion tons) of carbon dioxide equivalent ($CO_2e$), and discuss them below in the context of global emissions limits and nation-specific emissions quotas.

## Major findings:

- The potential GHG emissions of federal fossil fuels (leased and unleased) are 349 to 492 Gt $CO_2e$, representing 46% to 50% of potential emissions from all remaining U.S. fossil fuels. Federal fossil fuels that have not yet been leased for development contain up to 450 Gt $CO_2e$.

- Unleased federal fossil fuels comprise 91% of the potential GHG emissions of all federal fossil fuels. The potential GHG emissions of unleased federal fossil fuel resources range from 319 to 450 Gt $CO_2e$. Leased federal fossil fuels represent 30 to 43 Gt $CO_2e$.

- The potential emissions from unleased federal fossil fuels are incompatible with any U.S. share of global carbon limits that would keep emissions below scientifically advised levels.

Our results indicate that a cessation of new federal fossil fuel leasing could keep up to 450 Gt $CO_2e$ from the global pool of potential future GHG emissions. (Figure 1.) This is equivalent to 13 times the global carbon emissions in 2014 or annual emissions from 118,000 coal-fired power plants. This represents a significant potential for GHG emissions savings that is best understood in the context of global limits and national emissions quotas.

Carbon emissions quotas are the maximum amount of greenhouse gases humanity can emit while still preserving a given chance of limiting average global temperature rise to a level that will not be catastrophic. The Intergovernmental Panel on Climate Change has recommended efforts to ensure that temperature increases remain below 2°C by century's end, a level at which dramatic adverse climate impacts are still



expected to occur. Nation-specific emissions quotas are the amount of greenhouse gas emissions that an individual country can emit.[i]



**Figure 1. Potential emissions of leased and unleased federal fossil fuels.**

Studies that have apportioned global emissions quotas among the world's countries indicate that the U.S. share of the global emissions is limited, with varying estimates depending on the equity principles used. For example, Raupach et al. (2014) provide three U.S. GHG emissions quota scenarios of 85 Gt $CO_2e$, 220 Gt $CO_2e$, and 356 Gt $CO_2e$ necessary to maintain only a 50 percent likelihood of avoiding 2°C (3.6°F) warming