**Figure A1-3.**
Location of the 1995 Paradox Basin Province Porous Carbonate Buildup and Permian-Pennsylvanian Margin Clastics Plays within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



**Paradox Basin Plays**

Porous Carbonate Buildup

Permian Pennsylvanian Margin Clastics

0     15     30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure A1-4.**
Location of the 1995 Piceance Basin Province conventional accumulation plays within the Uncompahgre Study Area.  Data from United States Geological Survey (2010).



**Figure A1-5.**
Location of the 1995 Piceance Basin Province continuous accumulation plays within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



**1995 Piceance Basin Plays**

- Divide Creek Anticline
- Igneous Intrusion
- Tight Gas Piceance Mesaverde Williams Fork
- Western Basin Margin

0        15        30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

N



**Figure A1-6.**
Location of the 2002 Uinta-Piceance Basin Mesaverde Total Petroleum System within the Uncompahgre Study Area. Data from United States Geological Survey (2010).

**Mesaverde Total Petroleum System Assessment Units**

- Continuous Gas
- Conventional Sandstone Gas
- Transitional Gas

0          20          40 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

N

**Figure A1-7.**
Location of the 2002 Uinta-Piceance Basin Mesaverde Total Petroleum System Coalbed Gas Assessment Unit within the Uncompahgre Study Area.
Data from United States Geological Survey (2010).



**Mesaverde Total Petroleum System
Assessment Unit**

Mesaverde Group Coalbed Gas

0       15       30 Miles

1:700,000

May, 2010

Dean Stilwell, Geologist
Al Elser, Geologist
Amber Robbins, Geologist
Stan Lawrence, Petroleum Engineer

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data.
Original data was compiled from various sources. This information was developed through digital means and may be updated without notification.

**Figure A1-8.**
Location of the 2002 Uinta-Piceance Basin Mancos/Mowry Total Petroleum System within the Uncompahgre Study Area. Data from United States Geological Survey (2010).



**Table A1-1.**
U.S. Geological Survey 1995 assessment of undiscovered conventional accumulation plays in the Paradox Basin Province, Uncompahgre Study Area.

| Play Name | Exploration Status | Undiscovered Oil Accumulations | | | | Undiscovered Gas Accumulations | | |
|---|---|---|---|---|---|---|---|---|
| | | Number Range | Mean Size (MMBO) | Mean API Gravity (Degrees) | Drilling Depth Range (feet) | Number Range | Mean Size (BCFG) | Drilling Depth Range (feet) |
| Buried Fault Blocks, Older Paleozoic | Confirmed | 1-14 | 7.3 | 48 | 6,000-15,000 | 1-12 | 30.7 | 6,000-15,000 |
| Porous Carbonate Buildup | Confirmed | 10-50 | 6.3 | 43 | 2,500-14,000 | 3-15 | 13.1 | 4,000-14,000 |
| Permian-Pennsylvanian Marginal Clastics | Hypothetical | 1-4 | 1.3 | N/A | 3,000-7,000 | 1-15 | 9.0 | 3,000-20,000 |
| Salt Anticline Flank | Confirmed | 1-7 | 6.3 | 47.5 | 3,000-15,000 | 3-20 | 39.5 | 3,000-15,000 |

MMBO= Million Barrels of Oil
BCFG = Billion Cubic Feet of Gas

N/A  = Not Available

Data from Huffman (1995)

**Table A1-2.**

U.S. Geological Survey 1995 assessment of undiscovered conventional and continuous resource plays within the Paradox Basin Province and Uncompahgre Study Area.

| | Play Area | Estimated Undiscovered Resources Quantities for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Paradox Basin Province | | | | | | | | | % of Play Lying Within Field Office | Estimated Undiscovered Resource Quantities for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Uncompahgre Field Office Area[1] | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Oil (MMBO) | | | Gas (BCFG) | | | NGL (MMBNGL) | | | | Oil (MMBO) | | | GAS (BCFG) | | | NGL (MMBNGL) | | |
| | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean |
| **Conventional Resource** | Buried Fault Blocks, Older Paleozoic | 3.30 | 109.50 | 40.10 | 29.22 | 761.30 | 291.70 | 1.96 | 59.29 | 22.00 | 16.30 | 0.54 | 17.85 | 6.54 | 4.76 | 124.09 | 47.55 | 0.32 | 9.66 | 3.59 |
| | Porous Carbonate Buildup | 10.00 | 235.70 | 152.00 | 37.50 | 756.55 | 482.40 | 2.65 | 62.21 | 40.10 | 0.13 | 0.01 | 0.31 | 0.20 | 0.05 | 0.98 | 0.63 | 0.003 | 0.08 | 0.05 |
| | Permian-Pennsylvanian Marginal Clastics | 0.00 | 5.50 | 2.30 | 0.00 | 143.00 | 56.20 | 0.00 | 1.76 | 0.70 | 29.80 | 0.00 | 1.64 | 0.69 | 0.00 | 42.61 | 16.75 | 0.00 | 0.52 | 0.21 |
| | Salt Anticline Flank | 1.70 | 50.70 | 18.10 | 31.35 | 825.75 | 396.30 | 0.16 | 4.79 | 1.80 | 16.30 | 0.28 | 8.26 | 2.95 | 5.11 | 134.60 | 64.60 | 0.03 | 0.78 | 0.29 |
| | **Total Undiscovered Conventional Resource** | **15.00** | **401.40** | **212.50** | **98.07** | **2,486.60** | **1,226.60** | **4.77** | **128.05** | **64.60** | **-** | **0.83** | **28.06** | **10.37** | **9.92** | **302.29** | **129.52** | **0.35** | **11.05** | **4.14** |
| **Continuous Resource** | Fractured Interbed | 60.68 | 597.03 | 242.32 | 48.55 | 477.62 | 193.86 | N/A | | | 7.87 | 4.78 | 46.99 | 19.07 | 3.82 | 37.59 | 15.26 | N/A | | |
| | **Total Undiscovered Continuous Resource** | **60.68** | **597.03** | **242.32** | **48.55** | **477.62** | **6.00** | **0.00** | **0.00** | **0.00** | **-** | **4.78** | **46.99** | **19.07** | **3.82** | **37.59** | **15.26** | **0.00** | **0.00** | **0.00** |
| | **Total Undiscovered Resource** | **75.68** | **998.43** | **454.82** | **146.62** | **2,964.22** | **1,232.60** | **4.77** | **128.05** | **64.60** | **-** | **5.60** | **75.04** | **29.44** | **13.74** | **339.88** | **144.78** | **0.35** | **11.05** | **4.14** |

MMBO = Million Barrels of Oil

BCFG = Billion Cubic Feet of Gas

NGL = Natural Gas Liquids

MMBNGL = Million Barrels of Natural Gas Liquids

N/A = Not Available

[1] Potential resource is assumed to be evenly distributed across each play area or assessment unit.

Data from Huffman (1995)

**Table A1-3.**

U.S. Geological Survey 2002 assessment of undiscovered conventional accumulation assessment units in the Uinta-Piceance Basin Province, Uncompahgre Study Area.

| Assessment Unit Name | Exploration Status | Undiscovered Oil Accumulations | | | | Undiscovered Gas Accumulations | | |
|---|---|---|---|---|---|---|---|---|
| | | Number Range | Mean Size (MMBO) | Mean API Gravity (Degrees) | Drilling Depth Range (feet) | Number Range | Mean Size (BCFG) | Drilling Depth Range (feet) |
| Mesaverde Sandstone Gas | Confirmed | 0-0 | N/A | N/A | N/A | 1-18 | 5.0 | 500-5,500 |
| Paleozoic/Mesozoic | Confirmed | 2-8 | 1.2 | 37 | 300-4,000 | 2-12 | 7.2 | 300-4,000 |
| Hanging Wall | Confirmed | 1-5 | 1.2 | 37 | 150-3000 | 1-5 | 7.2 | 150-3,000 |

MMBO= Million Barrels of Oil

BCFG = Billion Cubic Feet of Gas          N/A = Not Available          Data from U.S. Geological Survey Uinta-Piceance Assessment Team (2003)

**Table A1-4.**

U.S. Geological Survey 2002 assessment of undiscovered continuous accumulation assessment units in the Uinta-Piceance Basin Province, Uncompahgre Study Area.

| Assessment Unit Name | Exploration Status | Median Assessment Unit Size (acres) | Median Cell Size (acres) | Median Cell Total | Median Untested Cell Total (%) | Median Untested Cells With Potential to Add Reserves (%) | Median Carbon-dioxide Content (%) | Drilling Depth Range (feet) |
|---|---|---|---|---|---|---|---|---|
| Mesaverde TPS PiceanceBasin Continuous Gas | Confirmed | 1,273,000 | 67 | 822 | 97.00 | 20.0 | 3.0 | 1,200-4,300 |
| Uinta-Piceance Transitional and Migrated Gas | Confirmed | 2,540,000 | 130 | 2270 | 88.00 | 28.0 | 1.0 | 400-4,500 |
| Piceance Basin Transitional Gas | Confirmed | 622,000 | 80 | 188 | 97.00 | 12.0 | 3.0 | 750-2,700 |
| Mancos/Mowry TPS Piceance Basin Continuous Gas | Confirmed | 2,058,000 | 110 | 731 | 96.00 | 18.0 | 2.0 | 700-5,000 |
| Mesaverde Group Coalbed Gas | Confirmed | 4,815,000 | 120 | 90 | 99.80 | 5.0 | 4.0 | 100-1,830 |

Cell = A volume having areal dimensions related to the drainage area of an individual well.　　　　　Data from U.S.Geological Survey Uinta-Piceance Assessment Team (2003)

**Table A1-5.**

U.S. Geological Survey 2002 assessment of undiscovered conventional and continuous resource assessment units within the Uinta-Piceance Basin Province and Uncompahgre Study Area.

| | Assessment Unit Name | Estimated Undiscovered Resources for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Uinta-Piceance Basin Province | | | | | | | | | | Estimated Undiscovered Resources for 95 Percent, 5 Percent, and the Mean Case Probabilities of Occurrence for the Uncompahgre Field Office area [1] | | | | | | | | |
| | | Oil (MMBO) | | | Gas (BCFG) | | | NGL (MMBNGL) | | | % of Assessment Unit Lying Within Field Office | Oil (MMBO) | | | GAS (BCFG) | | | NGL (MMBNGL) | | |
| | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean | | 95% | 5% | Mean | 95% | 5% | Mean | 95% | 5% | Mean |
| **Conventional Resources** | Paleozoic/Mesozoic Conventional Oil and Gas Assessment Unit | 2.66 | 11.55 | 6.29 | 16.53 | 97.99 | 49.93 | 0.51 | 3.44 | 1.65 | 11.77 | 0.31 | 1.36 | 0.74 | 1.95 | 11.53 | 5.88 | 0.06 | 0.40 | 0.19 |
| | Mesaverde Sandstone Gas | N/A | | | 17.91 | 140.12 | 66.41 | 0.13 | 1.18 | 0.53 | 5.31 | 0.00 | 0.00 | 0.00 | 0.95 | 7.44 | 3.53 | 0.01 | 0.06 | 0.03 |
| | Hanging Wall | 1.75 | 8.37 | 4.47 | 10.95 | 52.94 | 28.15 | 0.33 | 1.87 | 0.94 | 0.00004 | 0.000001 | 0.000003 | 0.000002 | 0.000004 | 0.000020 | 0.000011 | 0.000000 | 0.000001 | 0.000000 |
| | **Total Undiscovered Conventional Resource** | **4.41** | **19.92** | **10.76** | **28.86** | **193.06** | **94.56** | **0.46** | **3.05** | **1.47** | N/A | **0.31** | **1.36** | **0.74** | **2.90** | **18.97** | **9.40** | **0.07** | **0.47** | **0.22** |
| **Continuous Resources** | Mesaverde TPS Piceance Basin Continuous Gas | N/A | | | 1,902.23 | 4,594.01 | 3,064.27 | 5.00 | 15.09 | 9.19 | 0.16 | N/A | | | 3.04 | 7.35 | 4.90 | 0.01 | 0.02 | 0.01 |
| | Uinta-Piceance Transitional and Migrated Gas | N/A | | | 1,429.61 | 2,124.11 | 1,755.26 | 0.74 | 5.31 | 2.37 | 8.61 | N/A | | | 123.09 | 182.89 | 151.13 | 0.06 | 0.46 | 0.20 |
| | Piceance Basin Transitional Gas | N/A | | | 161.74 | 500.33 | 301.73 | 0.29 | 1.07 | 0.60 | 7.28 | N/A | | | 11.77 | 36.42 | 21.97 | 0.02 | 0.08 | 0.04 |
| | Mancos/Mowry TPS Piceance Basin Continuous Gas | N/A | | | 649.30 | 3,296.86 | 1,652.90 | 0.60 | 3.45 | 1.65 | 4.50 | N/A | | | 29.22 | 148.36 | 74.38 | 0.03 | 0.16 | 0.07 |
| | Mesaverde Group Coal-bed Gas | N/A | | | 138.72 | 749.54 | 367.77 | N/A | N/A | N/A | 12.80 | N/A | | | 17.76 | 95.94 | 47.07 | N/A | N/A | N/A |
| | **Total Undiscovered Continuous Resource** | **0.00** | **0.00** | **0.00** | **4,281.60** | **11,264.85** | **7,141.93** | **6.63** | **24.92** | **13.81** | N/A | **0.00** | **0.00** | **0.00** | **184.88** | **470.96** | **299.45** | **0.12** | **0.71** | **0.34** |
| | **Total Undiscovered Resource** | **4.41** | **19.92** | **10.76** | **4,310.46** | **11,457.91** | **7,236.49** | **7.09** | **27.97** | **15.28** | N/A | **0.31** | **1.36** | **0.74** | **187.78** | **489.93** | **308.85** | **0.19** | **1.18** | **0.56** |

MMBO = Million Barrels of Oil

BCFG = Billion Cubic Feet of Gas

NGL = Natural Gas Liquids

MMBNGL = Million Barrels of Natural Gas Liquids

N/A = Not Applicable

[1] Potential resource is assumed to be evenly distributed across each play area or assessment unit.

Data from U.S. Geological Survey Uinta-Piceance Assessment Team (



United States
Environmental Protection
Agency

# Regulatory Impact Analysis for the Proposed Carbon Pollution Guidelines for Existing Power Plants and Emission Standards for Modified and Reconstructed Power Plants

## CONTACT INFORMATION

This document has been prepared by staff from the Office of Air Quality Planning and Standards, the Office of Atmospheric Programs, and the Office of Policy of the U.S. Environmental Protection Agency. Questions related to this document should be addressed to Linda M. Chappell, U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, North Carolina 27711 (email: chappell.linda@epa.gov).

## ACKNOWLEDGEMENTS

Thank you to the many staff who worked on this document from EPA Offices including the Office of Air Quality Planning and Standards, the Office of Atmospheric Programs, and the Office of Policy.  Contributions to this report were also made by RTI International and ICF International.

## DEDICATION

This Regulatory Impact Analysis is dedicated to the memory of Lillian Grace Bradley who made substantial contributions to this analysis and report. Lillian freely expressed her fundamental belief that everyone has an inherent right to be treated with dignity and respect, regardless of their position or background, and she was a recognized leader in Environmental Justice and Tribal issues at EPA. She expressed her deep regard for others through individual acts of kindness as well as her dedication to increasing social awareness and emotional intelligence in the workplace.  Her caring, integrity, and outspokenness were a gift to us all.  Lillian challenged us to lead our very best life.  She will be greatly missed.

EPA-452/R-14-002

June 2014

# Regulatory Impact Analysis for the Proposed Carbon Pollution Guidelines for Existing Power Plants and Emission Standards for Modified and Reconstructed Power Plants

U.S. Environmental Protection Agency

Office of Air Quality Planning and Standards

Health & Environmental Impacts Division

Air Economics Group

Research Triangle Park, North Carolina 27711

# TABLE OF CONTENTS

Table of Contents ................................................................................................................... iv

List of Tables .......................................................................................................................... x

List of Figures ................................................................................................................... xviii

Acronyms ............................................................................................................................ xxi

Executive Summary ......................................................................................................... ES-1

ES.1 Background and Context of Proposed EGU GHG Existing Source Guidelines ........... ES-1

ES.2 Summary of Proposed EGU GHG Existing Source Guidelines .................................... ES-1

ES.3 Control Strategies for Existing EGUs ........................................................................ ES-3

ES.4 Costs of Existing EGU Guidelines ............................................................................. ES-7

ES.5 Monetized Climate Benefits and Health Co-benefits for Existing EGUs ................... ES-9

    ES.5.1    Estimating Global Climate Benefits ..................................................... ES-13

    ES 5.2    Estimating Air Pollution Health Co-Benefits ...................................... ES-15

    ES 5.3    Combined Benefits Estimates ............................................................. ES-17

ES.6 Monetized Benefits, Compliance Costs and Net Benefits of the Proposed Guidelines for Existing Sources ........................................................................................................................ ES-19

ES.7 Economic Impacts of the Proposed Emission Guidelines for Existing EGUs ............ ES-24

ES.8 Economic Impacts of the Proposed Guidelines for Existing EGUs for Sectors Other Than the EGU Sector and for Employment ........................................................................................... ES-24

ES.9 Modified and Reconstructed Sources ........................................................................ ES-26

ES.10 References .............................................................................................................. ES-27

Chapter 1: Introduction and Background ............................................................................. 1-1

1.1 Introduction .................................................................................................................. 1-1

1.2 Legal, Scientific and Economic Basis for this Rulemaking ........................................... 1-1

    1.2.1 Statutory Requirement ............................................................................................. 1-1

    1.2.2 Health and Welfare Impacts from Climate Change .................................................. 1-2

    1.2.3 Market Failure ......................................................................................................... 1-3

1.3 Summary of Regulatory Analysis .................................................................................. 1-3

1.4 Background for the Proposed EGU Existing Source GHG Guidelines ........................... 1-4

    1.4.1 Base Case and Years of Analysis ............................................................................. 1-4

    1.4.2 Definition of Affected Sources ................................................................................ 1-5

    1.4.3 Regulated Pollutant ................................................................................................. 1-5

1.4.4 Emission Guidelines ................................................................................................1-6

1.5 Organization of the Regulatory Impact Analysis ...............................................................1-7

1.6 References ..........................................................................................................................1-8

Chapter 2: Electric Power Sector Profile ..................................................................................2-1

2.1 Introduction ........................................................................................................................2-1

2.2 Power Sector Overview ......................................................................................................2-1

   2.2.1 Generation ....................................................................................................................2-1

   2.2.2 Transmission ...............................................................................................................2-5

   2.2.3 Distribution ..................................................................................................................2-6

2.3 Deregulation and Restructuring .........................................................................................2-6

2.4 Emissions of Greenhouse Gases from Electric Utilities .....................................................2-8

2.5 Improving GHG Performance at Existing EGUs .................................................................2-12

2.6 GHG and Clean Energy Regulation in the Power Sector ...................................................2-14

   2.6.1 State Policies ...............................................................................................................2-14

   2.6.2 Federal Policies ...........................................................................................................2-16

2.7 Revenues, Expenses, and Prices ......................................................................................2-19

2.8 Natural Gas Market ............................................................................................................2-22

2.9 Electricity Demand and Demand Response .......................................................................2-25

2.10 References ........................................................................................................................2-28

Chapter 3: Cost, Economic, and Energy Impacts .....................................................................3-1

3.1     Introduction ....................................................................................................................3-1

3.2     Overview .........................................................................................................................3-1

3.3     Power Sector Modelling Framework ...............................................................................3-2

   3.3.1   Recent Updates to EPA's Base Case using IPM (v.5.13) .........................................3-4

3.4     State Goals in this Proposal ............................................................................................3-6

3.5     Compliance Scenarios Analyzed ....................................................................................3-9

3.6     Demand Side Energy Efficiency ....................................................................................3-14

   3.6.1   Projected Demand-Side Energy Savings .................................................................3-14

   3.6.2   Demand-Side Energy Efficiency Total Costs ...........................................................3-17

3.7     Projected Power Sector Impacts ...................................................................................3-19

   3.7.1   Projected Emissions ................................................................................................3-19

   3.7.2   Projected Compliance Costs ...................................................................................3-22

   3.7.3   Projected Compliance Actions for Emissions Reductions ........................................3-24

   3.7.4   Projected Generation Mix ........................................................................................3-25

3.7.5    Projected Incremental Retirements .................................................................................3-32

3.7.6    Projected Capacity Additions .........................................................................................3-34

3.7.7    Projected Coal Productions for the Electric Power Sector ...........................................3-36

3.7.8    Projected Fuel Price Impacts .........................................................................................3-37

3.7.9    Projected Retail Electricity Prices .................................................................................3-38

3.7.10    Projected Electricity Bill Impacts ...............................................................................3-43

3.8    Projected Primary PM Emissions from Power Plants ........................................................3-44

3.9    Limitations of Analysis .......................................................................................................3-45

3.10    Significant Energy Impacts ................................................................................................3-46

3.11    Monitoring, Reporting, and Recordkeeping Costs ............................................................3-47

3.12    Social Costs .......................................................................................................................3-48

3.13    References ..........................................................................................................................3-53

Appendix 3A:  Analysis of Potential Upstream Methane Emissions Changes in Natural Gas Systems and Coal Mining ...............................................................................................................................3A-1

3A.1    General Approach .............................................................................................................3A-1

3A.1.1 Analytical Scope ..............................................................................................................3A-1

3A.1.2 Coal Mining Source Description ......................................................................................3A-3

3A.1.3 Natural Gas Systems Source Description .........................................................................3A-4

3A.1.4 Compliance Approaches Examined ..................................................................................3A-6

3A.1.5 Activity Drivers ................................................................................................................3A-6

3A.2 Results ..................................................................................................................................3A-7

3A.2.1 Primary Results ................................................................................................................3A-7

3A.2.2 Sensitivity Analysis: Side Case Incorporating More Coal Production Geographic Detail .....3A-9

3A.2.3 Uncertainties and Limitations .........................................................................................3A-10

3A.3 Methodologies ...................................................................................................................3A-11

3A.3.1 Coal Mining ...................................................................................................................3A-11

3A.3.2 Natural Gas Systems ......................................................................................................3A-14

3A.4 References ...........................................................................................................................3A-31

Chapter 4: Estimated Climate Benefits and Human Health Co-benefits ...................................4-1

4.1 Introduction ............................................................................................................................4-1

4.2 Estimated Climate Benefits from $CO_2$ ...................................................................................4-1

4.2.1 Climate Change Impacts ...................................................................................................4-2

4.2.2 Social Cost of Carbon ......................................................................................................4-7

4.3 Estimated Human Health Co-Benefits .................................................................................4-14

4.3.1 Health Impact Assessment for $PM_{2.5}$ and Ozone ................................................................4-16

4.3.2 Economic Valuation for Health Co-benefits................................................................4-21

4.3.3 Benefit-per-ton Estimates for $PM_{2.5}$ ................................................................4-23

4.3.4 Benefit-per-ton Estimates for Ozone ................................................................4-24

4.3.5 Estimated Health Co-Benefits Results ................................................................4-25

4.3.6 Characterization of Uncertainty in the Estimated Health Co-benefits ................................4-39

4.4 Combined Climate Benefits and Health Co-benefits Estimates................................................4-46

4.5 Unquantified Co-benefits ................................................................4-51

4.5.1 HAP Co-benefits ................................................................4-53

4.5.2 Additional $NO_2$ Health Co-Benefits................................................................4-57

4.5.3 Additional $SO_2$ Health Co-Benefits ................................................................4-58

4.5.4 Additional $NO_2$ and $SO_2$ Welfare Co-Benefits ................................................................4-59

4.5.5 Ozone Welfare Co-Benefits ................................................................4-60

4.5.6 Carbon Monoxide Co-Benefits ................................................................4-60

4.5.7 Visibility Impairment Co-Benefits................................................................4-61

4.6 References................................................................4-62

Appendix 4A:  Generating Regional Benefit-per-Ton Estimates for Electric Generating Units ............4A-1

4A.1 Overview of Benefit-per-Ton Estimates ................................................................4A-1

4A.2 Underlying Source Apportionment Air Quality Modeling ................................................4A-2

4A.3 Regional $PM_{2.5}$ Benefit-per-Ton Estimates for EGUs ................................................4A-3

4A.4 Regional Ozone Benefit-per-Ton Estimates................................................................4A-16

4A.5  Evaluating the Benefit-per-Ton Estimates ................................................................4A-20

4A.6 References ................................................................4A-26

Chapter 5: Economic Impacts – Markets Outside the  Electricity Sector ..................................5-1

5.1 Introduction................................................................5-1

5.2 Summary of Secondary Market Impacts of Energy Price Changes ................................................5-3

5.2.1 Share of Total Production Costs ................................................................5-4

5.2.2 Ability to Substitute between Inputs to the Production Process ................................5-5

5.2.3 Availability of Substitute Goods and Services................................................................5-5

5.3 Conclusions................................................................5-6

Chapter 6: Employment Impact Analysis ................................................................6-1

6.1 Introduction................................................................6-1

6.2 Overview of the Proposed EGU GHG Existing Source Guidelines ................................................6-2

6.2.1 Determining State Goals Utilizing the Four Building Blocks................................6-2

6.3 Economic Theory and Employment ................................................................................6-3

6.4 Current State of Knowledge Based on the Peer-Reviewed Literature ...............................6-7

6.4.1 Regulated Sector ......................................................................................................6-8

6.4.2 Labor Supply Impacts ..............................................................................................6-9

6.5 Recent Employment Trends ..........................................................................................6-10

6.5.1 Electric Power Generation ......................................................................................6-11

6.5.2 Fossil Fuel Extraction ............................................................................................6-12

6.5.3 Clean Energy Employment Trends .........................................................................6-15

6.6 Projected Sectoral Employment Changes due to Proposed Guidelines ...........................6-19

6.6.1 Projected Changes in Employment in Electricity Generation and Fossil Fuel Extraction..........6-21

6.6.2 Projected Changes in Employment in Demand-Side Energy Efficiency Activities....................6-27

6.7 Conclusion ..................................................................................................................6-32

6.8 References...................................................................................................................6-35

Appendix 6A: Estimating Supply-Side Employment Impacts of the Proposed EGU GHG Existing Source Guidelines ...................................................................................................6A-1

6A.1 General Approach .....................................................................................................6A-1

6A.1.1 Employment Effects Included In the Analysis.......................................................6A-2

6A.2 Employment Changes due to Heat Rate Improvements.................................................6A-3

6A.2.1 Employment Changes Due to Building (or Avoiding) New Generation Capacity ................6A-5

6A.2.2 Employment Changes due to Coal and Oil/Gas Retirements.................................6A-8

6A.2.3 Employment Changes due to Coal and Oil/Gas Retirements.................................6A-8

Chapter 7:  Statutory and executive Order Analysis...............................................................7-1

7.1 Executive Order 12866, Regulatory Planning and Review, and Executive Order 13563, Improving Regulation and Regulatory Review ...............................................................7-1

7.2 Paperwork Reduction Act ..............................................................................................7-3

7.3 Regulatory Flexibility Act ..............................................................................................7-4

7.4 Unfunded Mandates Reform Act (UMRA) ......................................................................7-5

7.5 Executive Order 13132, Federalism................................................................................7-7

7.6 Executive Order 13045, Protection of Children from Environmental Health Risks and Safety..........7-8

7.7 Executive Order 13211, Actions Concerning Regulations that Significantly Affect  Energy Supply, Distribution, or Use………………………………………………………..................7-8

7.8 National Technology Transfer and Advancement Act (NTTAA) ......................................7-9

7.9 Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations………………………………………..................7-9

7.10 Executive Order 13175 - Consultation and Coordination with Indian Tribal Governments ..........7-13

Chapter 8: Comparison of Benefits and Costs ........................................................................8-1

8.1 Comparison of Benefits and Costs........................................................................8-1

8.2 Uncertainty Analysis.............................................................................................8-7

    8.2.1 Uncertainty in Abatement Costs and Compliance Approaches .......................8-7

    8.2.2 Uncertainty Associated with PM$_{2.5}$ and Ozone Health Co-Benefits Assessment........................8-8

    8.2.3 Uncertainty Associated with Estimating the Social Cost of Carbon...........................8-10

Chapter 9:  Benefits, Costs, and Economic Impacts of Standards of Performance for Reconstructed and Modified Electric Utility Generating Units ......................................................................9-1

9.1 Introduction...........................................................................................................9-1

9.2 Legal Basis for this Rulemaking...........................................................................9-1

9.3 Background for the Proposed EGU Reconstructed and Modified Source GHG Standards.................9-2

    9.3.1 Definition of Affected Sources .......................................................................9-2

    9.3.2 Emission Limits ..............................................................................................9-3

9.4 Impacts of the Proposed Reconstructed and Modified Source Standards...........................9-5

    9.4.1 Reconstructed Sources ....................................................................................9-5

    9.4.2 Modified Sources ............................................................................................9-6

9.5 Statutory and Executive Order Requirements.....................................................9-14

    9.5.1 Executive Order 12866, Regulatory Planning and Review, and Executive Order   13563, Improving Regulation and Regulatory Review.................................................9-14

    9.5.2 Paperwork Reduction Act .............................................................................9-14

    9.5.3 Regulatory Flexibility Act ............................................................................9-16

    9.5.4 Unfunded Mandates Reform Act (UMRA).................................................9-18

    9.5.5 Executive Order 13132, Federalism.............................................................9-20

    9.5.6 Executive Order 13175, Consultation and Coordination with Indian Tribal Governments........9-21

    9.5.7 Executive Order 13045, Protection of Children from Environmental Health Risks and Safety Risks..............9-22

    9.5.8 Executive Order 13211, Actions Concerning Regulations that Significantly Affect Energy Supply, Distribution, or Use .........................................9-22

    9.5.9 National Technology Transfer and Advancement Act.................................9-22

    9.5.10 Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations.................................9-23

9.6 References.............................................................................................................9-25

## LIST OF TABLES

Table ES-1.  Proposed State Goals (Adjusted MWh-Weighted-Average Pounds of $CO_2$ per Net MWh from all Affected Fossil Fuel-Fired EGUs) for Options 1 and 2 ........................................ ES-4

Table ES-2.  Summary of Climate and Air Pollutant Emission Reductions Option 1[1] ........................ ES-6

Table ES-3.  Summary of Climate and Air Pollutant Emission Reductions Option 2[1] ........................ ES-7

Table ES-4.  Summary of Illustrative Compliance Costs ...................................................................... ES-8

Table ES-5.  Quantified and Unquantified Benefits ........................................................................... ES-11

Table ES-6.  Combined Estimates of Climate Benefits and Health Co-Benefits for Proposed Existing EGU GHG Rule – Regional Compliance Approach (billions of 2011$)* ...................... ES-18

Table ES-7.  Combined Estimates of Climate Benefits and Health Co-Benefits for Proposed Existing EGU GHG Rule – State Compliance Approach (billions of 2011$)* .............................. ES-19

Table ES-8.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2020 (billions of 2011$) [a] .......................................................... ES-21

Table ES-9.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2025 (billions of 2011$) [a] .......................................................... ES-22

Table ES-10.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines –2030 (billions of 2011$) [a] ......................................................... ES-23

Table 2-1.  Existing Electricity Generating Capacity by Energy Source, 2012 ....................................... 2-2

Table 2-2.  Electricity Net Generation in 2012 (billion kWh) ................................................................ 2-2

Table 2-3.  Total U.S. Electric Power Industry Retail Sales in 2012 (billion kWh) ................................. 2-3

Table 2-4.  Coal Steam Electricity Generating Units in 2015, by Size, Age, Capacity, and Thermal Efficiency (Heat Rate) ....................................................................................................... 2-4

Table 2-5.  Domestic Emissions of Greenhouse Gases, by Economic Sector (million metric tons of $CO_2$ equivalent)..................................................................................................................2-9

Table 2-6.  Greenhouse Gas Emissions from the Electricity Sector (Generation, Transmission and Distribution), 2012 (million metric tons of $CO_2$ equivalent)..............................................2-10

Table 2-7.  Fossil Fuel Emission Factors in EPA Modeling Applications ............................................2-11

Table 2-8.  Revenue and Expense Statistics for Major U.S. Investor-Owned Electric Utilities..............2-21

Table 2-9.  Projected Revenues by Service Category in 2015 for Public Power and Investor-Owned Utilities (billions) ...........................................................................................................2-21

Table 3-1.  Proposed State Goals (Adjusted MWh-Weighted-Average Pounds of $CO_2$ Per Net MWh from all Affected Fossil Fuel-Fired EGUs) for Options 1 and 2...................................................3-6

Table 3-2.  Projected Base Case $CO_2$ Emissions Rate (Adjusted MWh-Weighted-Average Pounds of $CO_2$ Per Net MWh from all Affected Fossil Fuel-Fired EGUs) ...................................................3-7

Table 3-3.  Net Cumulative Savings as a Percent of Projected BAU Sales ...........................................3-16

Table 3-4.  Annualized Cost of Demand-Side Energy Efficiency (at discount rates of 3% and 7%, billions 2011$)..........................................................................................................................3-19

Table 3-5.  Projected $CO_2$ Emission Impacts, Relative to Base Case ....................................................3-20

Table 3-6.  Projected $CO_2$ Emission Impacts, Relative to 2005 .........................................................3-20

Table 3-7.  Projected Non-$CO_2$ Emission Impacts, 2020-2030 ............................................................3-21

Table 3-8.  Annualized Compliance Costs (billions of 2011$)...............................................................3-22

Table 3-9.  Total Power Sector Generating Costs (IPM) (billions 2011$) .............................................3-23

Table 3-10.  Projected Capacity Factor of Existing Coal Steam and Natural Gas Combined Cycle Capacity.........................................................................................................................3-25

Table 3-11.  Generation Mix (thousand GWh) ......................................................................................3-27

Table 3-12.  Total Generation Capacity by 2020-2030 (GW) ....................................................3-34

Table 3-13.  Projected Capacity Additions, Gas (GW)............................................................3-35

Table 3-14.  Projected Capacity Additions, Non-hydro Renewable (GW)................................3-35

Table 3-15.  Coal Production for the Electric Power Sector, 2020...........................................3-36

Table 3-16.  Power Sector Gas Use .........................................................................................3-36

Table 3-17.  Projected Average Minemouth and Delivered Coal Prices (2011$/MMBtu)......................3-38

Table 3-18.  Projected Average Minemouth and Delivered Coal Prices: Percent Change from Base Case Projections ....................................................................................................3-38

Table 3-19.  Projected Average Henry Hub (spot) and Delivered Natural Gas Prices (2011$/MMBtu).3-38

Table 3-20.  Average Henry Hub (spot) and Delivered Natural Gas Prices: Percent Change from Base Case Projections ...........................................................................................3-38

Table 3-21.  2020 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)........3-40

Table 3-22.  2025 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)........3-41

Table 3-23.  2030 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)........3-42

Table 3-24.  Projected Changes in Average Electricity Bills..................................................3-43

Table 3-25.  Years 2020, 2025 and 2030: Summary of Annual Respondent Burden and Cost of Reporting and Recordkeeping Requirements (2011$) .........................................................3-48

Table 3-26.  Annualized Compliance Costs Including Monitoring, Reporting and Recordkeeping Costs Requirements (billions of 2011$)........................................................................3-48

Table 3A-1.  Base Year Upstream Methane-Related Emissions in the U.S. GHG Inventory ...............3A-5

Table 3A-2.  Projected Coal Production Impacts, Option 1 ....................................................3A-7

Table 3A-3.  Projected Coal Production Impacts, Option 2 ....................................................3A-7

Table 3A-4.  Projected Natural Gas Production Impacts, Option 1 ........................................................3A-7

Table 3A-5.  Projected Natural Gas Production Impacts, Option 2 ........................................................3A-7

Table 3A-6.  Upstream Emissions Changes, Baseline to Compliance Scenarios ..................................3A-9

Table 3A-7.  Upstream Emissions Changes, Baseline to Compliance Scenarios, Side Case Incorporating More Coal Production Geographic Detail ........................................................................3A-10

Table 4-1. Climate Effects ........................................................................................................................4-2

Table 4-2. Global Social Cost of $CO_2$, 2015-2050 (in 2011$)* ............................................................4-12

Table 4-3. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2020 (billions of 2011$)* ................................................................4-12

Table 4-4. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2025 (billions of 2011$)* ................................................................4-12

Table 4-5. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2030 (billions of 2011$)* ................................................................4-12

Table 4-6. Human Health Effects of Ambient $PM_{2.5}$ and Ozone ........................................................4-17

Table 4-7. Summary of National and Regional Benefit-per-ton Estimates for EGUs in 2020 ...............4-26

Table 4-8. Summary of National and Regional Benefit-per-Ton Estimates for EGUs in 2025 ...............4-26

Table 4-9. Summary of National and Regional Benefit-per-Ton Estimates for EGUs in 2030 ...............4-27

Table 4-10. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2020 (thousands of short tons)* ..................................................................4-28

Table 4-11. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2025 (thousands of short tons)* ..................................................................4-29

Table 4-12. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2030 (thousands of short tons)* ..................................................................4-30

Table 4-13. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2020 (millions of 2011$) * ............................................................4-31

Table 4-14. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2025 (millions of 2011$) * ............................................................4-32

Table 4-15. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2030 (millions of 2011$) * ............................................................4-33

Table 4-16. Summary of Avoided Health Incidences from $PM_{2.5}$-Related and Ozone-Related Co-benefits for Proposed EGU GHG Existing Source Guidelines in 2020* ...........................................4-34

Table 4-17. Summary of Avoided Health Incidences from $PM_{2.5}$-Related and Ozone-Related Co-benefits for Proposed EGU GHG Existing Source Guidelines in 2025* ...........................................4-35

Table 4-18. Summary of Avoided Health Incidences from $PM_{2.5}$-Related and Ozone-Related Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2030* ...........................................4-36

Table 4-19. Population Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates) Above and Below Various Concentrations Benchmarks in the Underlying Epidemiology Studies *............................................................................................................4-44

Table 4-20. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2020 (billions of 2011$)*............................................................................4-48

Table 4-21. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2025 (billions of 2011$)*............................................................................4-49

Table 4-22. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2030 (billions of 2011$)*............................................................................4-50

Table 4-23. Unquantified Health and Welfare Co-benefits Categories ....................................................4-52

Table 4A-1. Summary of National and Regional Emissions in Sector Modeling for EGUs in 2016 (in short tons) ............................................................................................................................4A-7

Table 4A-2.  Summary of National and Regional $PM_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2020 (2011$)* ....................................................................................................................4A-11

Table 4A-3.  Summary of National and Regional $PM_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2025 (2011$)* ....................................................................................................................4A-11

Table 4A-4.  Summary of National and Regional $PM_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2030 (2011$)* ....................................................................................................................4A-12

Table 4A-5.  Summary of Regional $PM_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2020* .............4A-13

Table 4A-6.  Summary of Regional $PM_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2025* .............4A-14

Table 4A-7.  Summary of Regional $PM_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2030* .............4A-15

Table 4A-8.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2020 (2011$)* ....................................................................................................................4A-18

Table 4A-9.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2025 (2011$)* ....................................................................................................................4A-18

Table 4A-10.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2030 (2011$)* ....................................................................................................................4A-18

Table 4A-11.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2020* ..........4A-19

Table 4A-12.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2025* ..........4A-19

Table 4A-13.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2030* ..........4A-19

Table 5-1.  Estimated Percentage Changes in Average Energy Prices, by Energy Type and Regulatory Option ...........................................................................................................................5-4

Table 6-1. U. S. Green Goods and Services (GGS) Employment (annual average)...............................6-17

Table 6-2. Renewable Electricity Generation-Related Employment ....................................................6-18

Table 6-3. Energy and Resources Efficiency-Related Employment ......................................................6-19

Table 6-4. Engineering-Based[a] Changes in Labor Utilization, Regional Compliance Approach - (Number of Job-Years[b] of Employment in a Single Year) ................................................................. 6-26

Table 6-5. Engineering-Based[a] Changes in Labor Utilization, State Compliance Approach (Number of Job-Years of Employment in Year) ................................................................................. 6-27

Table 6-6. Estimated Demand-Side Energy Efficiency Employment Impacts For Option 1 and Option 2 for Both Regional and State Compliance Approaches ................................................ 6-31

Table 6A-1. Labor Productivity Growth Rate due to Heat Rate Improvement .................................... 6A-4

Table 6A-2. Capital Charge Rate and Duration Assumptions ............................................................. 6A-6

Table 6A-3. Expenditure Breakdown due to New Generating Capacity ............................................... 6A-6

Table 6A-4. Labor Productivity due to New Generating Capacity ....................................................... 6A-7

Table 6A-5. Average FOM Cost Assumptions ................................................................................... 6A-8

Table 6A-6. Labor Productivity due to New Generating Capacity ....................................................... 6A-9

Table 7-1. Potentially Regulated Categories and Entities[a] ............................................................... 7-4

Table 8-1. Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2020 (billions of 2011$) [a] ........................................................ 8-4

Table 8-2. Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2025 (billions of 2011$) [a] ................................................ 8-5

Table 8-3. Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines –2030 (billions of 2011$) [a] ................................................ 8-6

Table 9-1. Proposed Emission Limits - Reconstructions ................................................................... 9-3

Table 9-2. Proposed Emission Limits - Modifications ....................................................................... 9-5

Table 9-3. Annualized Costs and Fuel Savings of Efficiency Improvements (millions of 2011$) .......... 9-9

Table 9-4.  Emission Reductions from Efficiency Improvements (tons/year)........................................9-10

Table 9-5.  Summary of National Benefit-per-ton (BPT) Estimates for EGUs in 2025 ........................9-10

Table 9-6.  Estimated Global Climate Benefits of Illustrative $CO_2$ Reductions in 2025 (millions of
            2011$)*..........................................................................................................................9-11

Table 9-7.  Summary of Estimated Monetized Health Co-benefits of Illustrative Efficiency Improvements
            in 2025 (thousands of 2011$)* ...........................................................................................9-12

Table 9-8.  Combined Estimated Climate Benefits and Health Co-Benefits of Illustrative Efficiency
            Improvements in 2025 (millions of 2011$)* ......................................................................9-13

## LIST OF FIGURES

Figure 2-1. Fossil Fuel-Fired Electricity Generating Facilities, by Size ................................................... 2-5

Figure 2-2. Status of State Electricity Industry Restructuring Activities ................................................ 2-8

Figure 2-3. Domestic Emissions of Greenhouse Gases, 2012 (million metric tons of $CO_2$ equivalent) ... 2-9

Figure 2-4. Direct GHG Emissions from the Power Sector Relative to Total Domestic GHG Emissions (2012) .................................................................................................................................. 2-11

Figure 2-5. National Average Retail Electricity Price (1960 – 2013, 2011$) ........................................ 2-20

Figure 2-6. Average Retail Electricity Price by State (cents/kWh), 2011 ............................................. 2-22

Figure 2-7. Natural Gas Spot Price, Annual Average (Henry Hub) ...................................................... 2-25

Figure 2-8. Electricity Growth Rate (3-Year Rolling Average) and Projections from the Annual Energy Outlook 2014 ...................................................................................................................... 2-26

Figure 3-1. NERC Regions ................................................................................................................... 3-12

Figure 3-2. NERC Assessment Areas ................................................................................................... 3-12

Figure 3-3. Regional Compliance Zones Used in this Analysis ............................................................ 3-13

Figure 3-4. Generation Mix with the Base Case and 111(d) Options, 2020-2030 (million GWh) ......... 3-28

Figure 3-5. Electricity Market Module Regions .................................................................................... 3-43

Figure 4-1. Monetized Health Co-benefits for each Option (Regional Compliance) of the Proposed EGU GHG Existing Source Guidelines in 2020 * ........................................................................ 4-37

Figure 4-2. Breakdown of Monetized Health Co-benefits by Precursor Pollutant at a 3% Discount Rate for each Option (Regional Compliance) for Proposed EGU GHG Existing Source Guidelines in 2020* .................................................................................................................................. 4-38

Figure 4-3. Breakdown of Monetized Health Co-Benefits by Region at a 3% Discount Rate for each Option (Regional compliance) for Proposed EGU GHG Existing Source Guidelines in 2020* ................................................................................................................4-39

Figure 4-4. Percentage of Adult Population (age 30+) by Annual Mean $PM_{2.5}$ Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates)* ....................................4-45

Figure 4-5. Cumulative Distribution of Adult Population (age 30+) by Annual Mean $PM_{2.5}$ Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates)* ...............4-46

Figure 4-6. Breakdown of Combined Monetized Climate and Health Co-benefits of Proposed EGU GHG Existing Source Guidelines in 2020 by Option (Regional Compliance) and Pollutant (3% discount rate)* ........................................................................................................4-51

Figure 4A-1.  Conceptual Overview of Benefit-per-Ton Calculation ...................................................4A-2

Figure 4A-2.  Modeled $PM_{2.5}$ Concentrations Attributable to EGUs in 2016 (Annual Mean, in $\mu g/m^3$) (Source: BPT TSD) .........................................................................................................4A-4

Figure 4A-3.  Modeled $PM_{2.5}$ Concentrations Attributable to EGUs by Precursor in 2016 (Annual Mean, in $\mu g/m^3$)................................................................................................................4A-6

Figure 4A-4.  Regional Breakdown ....................................................................................................4A-7

Figure 4A-5.  Breakdown of Directly Emitted $PM_{2.5}$ Emissions from EGU in Sector Modeling...........4A-8

Figure 4A-6.  Modeled Average Ozone Concentrations Attributable to EGUs in 2016 (Daily 8-hour maximum, May-September, in ppb)...............................................................................4A-17

Figure 4A-7.  Comparison of Base Case $SO_2$ Emissions in 2020.......................................................4A-21

Figure 4A-8.  Comparison of Base Case Annual NOx Emissions in 2020..........................................4A-22

Figure 4A-9.  Comparison of Base Case Ozone-season NOx Emissions in 2020 ...............................4A-23

Figure 6.1. Electric Power Industry Employment................................................................................6-12

Figure 6.2. Coal Production Employment ...........................................................................................6-14

Figure 6.3. Oil and Gas Production Employment .................................................................6-15

## ACRONYMS

| | |
|---|---|
| ACS | American Cancer Society |
| AEO | Annual Energy Outlook |
| AQ | Air quality |
| ASM | Annual Survey of Manufactures |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| BACT | Best Available Control Technology |
| BenMAP | Benefits Mapping and Analysis Program |
| BPT | Benefit-per-Ton |
| BSER | Best System of Emissions Reduction |
| Btu | British Thermal Units |
| C | Celsius |
| CAA | Clean Air Act |
| CAIR | Clean Air Interstate Rule |
| CCR | Coal Combustion Residuals |
| CCS | Carbon Capture and Sequestration or Carbon Capture and Storage |
| CCSP | Climate Change Science Program |
| CFR | Code of Federal Regulations |
| $CH_4$ | Methane |
| CO | Carbon Monoxide |
| $CO_2$ | Carbon Dioxide |
| CRF | Capital Recovery Factor |
| CSAPR | Cross State Air Pollution Rule |
| CT | Combustion Turbines |
| CUA | Climate Uncertainty Adder |
| DICE | Dynamic Integrated Climate and Economy Model |
| DOE | U.S. Department of Energy |
| EAB | Environmental Appeals Board |
| EC | Elemental carbon |
| ECS | Energy Cost Share |
| EG | Emissions guidelines |
| EGR | Enhanced Gas Recovery |

| | |
|---|---|
| EGU | Electric Generating Unit |
| EIA | U.S. Energy Information Administration |
| EMM | Electricity Market Module |
| EO | Executive Order |
| EOR | Enhanced Oil Recovery |
| EPA | U.S. Environmental Protection Agency |
| ER | Enhanced Recovery |
| FERC | Federal Energy Regulatory Commission |
| FGD | Flue Gas Desulfurization |
| FOAK | First of a Kind |
| FOM | Fixed Operating and Maintenance |
| FR | Federal Register |
| FRCC | Florida Reliability Coordinating Council |
| FUND | Framework for Uncertainty, Negotiation, and Distribution Model v |
| GDP | Gross Domestic Product |
| GHG | Greenhouse Gas |
| GS | Geologic Sequestration |
| Gt | Gigaton |
| $H_2S$ | Hydrogen Sulfide |
| HAP | Hazardous air pollutant |
| HCl | Hydrogen chloride |
| HFC | Hydrofluorocarbons |
| HIA | Health impact assessment |
| IARC | International Agency for Research on Cancer |
| IAM | Integrated Assessment Model |
| ICR | Information Collection Request |
| IGCC | Integrated Gasification Combined Cycle |
| IOU | Investor Owned Utility |
| IPCC | Intergovernmental Panel on Climate Change |
| IPM | Integrated Planning Model |
| IRIS | Integrated Risk Information System |
| IRP | Integrated Resource Plan |
| ISA | Integrated Science Assessment |

| | |
|---|---|
| kWh | Kilowatt-hour |
| lbs | Pounds |
| LCOE | Levelized Cost of Electricity |
| LML | Lowest measured level |
| LNB | Low $NO_X$ Burners |
| MATS | Mercury and Air Toxics Standards |
| MEA | Monoethanolamine |
| MECSA | Manufacturing Energy Consumption Survey |
| MeHg | Methylmercury |
| MGD | Millions of Gallons per Day |
| mg/L | Milligrams per Liter |
| mmBtu | Million British Thermal Units |
| MW | Megawatt |
| MWh | Megawatt-hour |
| $N_2O$ | Nitrous Oxide |
| NAAQS | National Ambient Air Quality Standards |
| NAICS | North American Industry Classification System |
| NaOH | Sodium Hydroxide |
| NATCARB | National Carbon Sequestration Database and Geographic Information System |
| NEEDS | National Electric Energy Data System |
| NEMS | National Energy Modeling System |
| NERC | North American Electric Reliability Corporation |
| NETL | National Energy Technology Laboratory |
| NGCC | Natural Gas Combined Cycle |
| NMMAPS | National Morbidity, Mortality Air Pollution Study |
| NOAK | Next of a Kind or Nth of a Kind |
| $NO_X$ | Nitrogen Oxide |
| NRC | National Research Council |
| NSPS | New Source Performance Standard |
| NSR | New Source Review |
| NTTAA | National Technology Transfer and Advancement Act |
| OC | Organic carbon |
| OFA | Overfire Air |

| | |
|---|---|
| OMB | Office of Management and Budget |
| PAGE | Policy Analysis of the Greenhouse Gas Effect Model |
| PFC | Perfluorocarbons |
| $PM_{2.5}$ | Fine Particulate Matter |
| ppm | Parts per Million |
| PRA | Paperwork Reduction Act |
| PSD | Prevention of Significant Deterioration |
| RCSP | Regional Carbon Sequestration Partnerships |
| RADS | Relative Airways Dysfunction Syndrome |
| RES | Renewable Electricity Standards |
| RFA | Regulatory Flexibility Act |
| RGGI | Regional Greenhouse Gas Initiative |
| RIA | Regulatory Impact Analysis |
| RPS | Renewable Portfolio Standards |
| SAB-CASAC | Science Advisory Board Clean Air Scientific Advisory Committee |
| SAB-HES | Science Advisory Board Health Effects Subcommittee of the Advisory Council on Clean Air Compliance |
| SAB-EEAC | Science Advisory Board Environmental Economics Advisory Committee |
| SBA | Small Business Administration |
| SBREFA | Small Business Regulatory Enforcement Fairness Act |
| SCC | Social Cost of Carbon |
| SCPC | Super Critical Pulverized Coal |
| SCR | Selective Catalytic Reduction |
| $SF_6$ | Sulfur Hexafluoride |
| SIP | State Implementation Plan |
| $SO_2$ | Sulfur Dioxide |
| Tcf | Trillion Cubic Feet |
| TDS | Total Dissolved Solids |
| TSD | Technical Support Document |
| TSM | Transportation Storage and Monitoring |
| UMRA | Unfunded Mandates Reform Act |
| U.S.C. | U.S. Code |

xxiv

| | |
|---|---|
| USGCRP | U.S. Global Change Research Program |
| USGS | U.S. Geological Survey |
| USG SCC | U.S. Government's Social Cost of Carbon |
| U.S. NRC | U.S. Nuclear Regulatory Commission |
| VCS | Voluntary Consensus Standards |
| VOC | Volatile Organic Compounds |
| VOM | Variable Operating and Maintenance |
| VSL | Value of a statistical life |
| WTP | Willingness to pay |

## EXECUTIVE SUMMARY

This Regulatory Impact Analysis (RIA) discusses potential benefits, costs, and economic impacts of the proposed Emission Guidelines for Greenhouse Gas Emissions from Existing Stationary Sources: Electric Utility Generating Units (herein referred to EGU GHG Existing Source Guidelines). This RIA also discusses the potential benefits, costs and economic impacts of the proposed Standards of Performance for Greenhouse Gas Emissions from Reconstructed and Modified Stationary Sources (EGU GHG Reconstructed and Modified Source Standards).

### ES.1 Background and Context of Proposed EGU GHG Existing Source Guidelines

Greenhouse gas pollution threatens Americans' health and welfare by leading to long-lasting changes in our climate that can have a range of severely negative effects on human health and the environment. Carbon Dioxide ($CO_2$) is the primary greenhouse gas pollutant, accounting for nearly three-quarters of global greenhouse gas emissions and 84 percent of U.S. greenhouse gas emissions. Fossil fuel-fired electric generating units (EGUs) are, by far, the largest emitters of GHGs, primarily in the form of $CO_2$, among stationary sources in the U.S.

In this action, the EPA is proposing emission guidelines for states to use in developing plans to address greenhouse gas emissions from existing fossil fuel-fired EGUs. Specifically, the EPA is proposing state-specific rate-based goals for carbon dioxide emissions from the power sector, as well as emission guidelines for states to use in developing plans to attain the state-specific goals. This rule, as proposed, would set in motion actions to lower the carbon dioxide emissions associated with existing power generation sources in the United States.

### ES.2 Summary of Proposed EGU GHG Existing Source Guidelines

Under Clean Air Act (CAA) section 111(d), state plans must establish standards of performance that reflect the degree of emission limitation achievable through the application of the "best system of emission reduction" (BSER) that, taking into account the cost of achieving such reduction and any non-air quality health and environmental impact and energy

requirements, the Administrator determines has been adequately demonstrated.[1] Consistent with CAA section 111(d), this proposed rule contains state-specific goals that reflect the EPA's calculation of the emission reductions that a state can achieve through the application of BSER. The EPA is using the following four building blocks to determine state-specific goals:

1. Reducing the carbon intensity of generation at individual affected EGUs through heat-rate improvements.

2. Reducing emissions from the most carbon-intensive affected EGUs in the amount that results from substituting generation at those EGUs with generation from less carbon-intensive affected EGUs (including natural gas combined cycle [NGCC] units that are under construction).

3. Reducing emissions from affected EGUs in the amount that results from substituting generation at those EGUs with expanded low- or zero-carbon generation.

4. Reducing emissions from affected EGUs in the amount that results from the use of demand-side energy efficiency that reduces the amount of generation required.

The proposed rule also contains emission guidelines for states to use in developing plans that set their standards of performance. The EPA recognizes that each state has different policy considerations, including varying emission reduction opportunities and existing state programs and measures, and characteristics of the electricity system (e.g., utility regulatory structure, generation mix, electricity demand). The proposed emission guidelines provide states with options for establishing standards of performance in a manner that accommodates a diverse range of state approaches. The proposed guidelines would also allow states to collaborate and to demonstrate emission performance on a multi-state basis, in recognition of the fact that electricity is transmitted across state lines, and local measures often impact regional EGU $CO_2$

---

[1] Under CAA sections 111(a)(1) and (d), the EPA is authorized to determine the BSER and to calculate the amount of emission reduction achievable through applying the BSER; and the state is authorized to identify the standard(s) of performance that reflects that amount of emission reduction. In addition, the state is required to include in its state plan the standards of performance and measures to implement and enforce those standards. The state must submit the plan to the EPA, and the EPA must approve the plan if the standards of performance and implementing and enforcing measures are satisfactory.

emissions.

While the EPA must establish BSER and is proposing goals and guidelines that reflect BSER, CAA section 111(d) also provides the EPA with the flexibility to design goals and guidelines that recognize, and are tailored to, the uniqueness and complexity of the power generation sector and $CO_2$ emissions. And, importantly, CAA section 111(d) allows the states flexibility in designing the measures for their state plans in response to the EPA's guidelines. States are not required to use each of the measures that the EPA determines constitute BSER, or use those measures to the same degree of stringency that the EPA determines is achievable at a reasonable cost; rather, CAA section 111(d) allows each state to determine the appropriate combination of, and the extent of its reliance on, measures for its state plan, by way of meeting its state-specific goal. Given the flexibilities afforded states in complying with the emission guidelines, the benefits, cost and economic impacts reported in this RIA are not definitive estimates, but are instead illustrative of compliance actions states may take.

## ES.3 Control Strategies for Existing EGUs

States will ultimately determine approaches to comply with the goals established in this regulatory action. The EPA is proposing a BSER goal approach referred to as Option 1 and taking comment on a second approach referred to as Option 2. Each of these goal approaches use the four building blocks described above at different levels of stringency. Option 1 involves higher deployment of the four building blocks but allows a longer timeframe to comply (2030) whereas Option 2 has a lower deployment over a shorter timeframe (2025).

Table ES-1 shows the proposed state goals for Options 1 and 2. This RIA depicts illustrative rate-based compliance scenarios for the goals set for Options 1 and 2, as well as regional and state compliance approaches for each option. With the state compliance approach, states are assumed to comply with the guidelines by implementing measures solely within the state and emissions rate averaging occurs between affected sources on an intrastate basis only.  In contrast under the regional approach, groups of states are assumed to collaboratively comply with the guidelines. States have the discretion of choosing between a regional or state compliance approach, and this RIA reports the economic consequences of compliance under two

sets of assumptions: one that assumes all states individually take a rate-based compliance approach and the other that assumes certain groups of states take regional rate-based approaches. The analysis in the illustrative scenarios does not assume that states use any specific policy mechanism to achieve the state goals. The distributions of emissions and electricity generation reflected in the Integrated Planning Model (IPM) analysis of the illustrative scenarios could be achieved by various policy mechanisms. Alternative compliance approaches are also possible. For example, the guidance allows flexibility of compliance, including the possibility of using a mass-based approach. While IPM finds a least cost way to achieve the state goals implemented through the rate-based constraints imposed in the illustrative scenarios, individual states or multi-state regional groups may develop more cost effective approaches to achieve their state goals.

**Table ES-1. Proposed State Goals (Adjusted MWh-Weighted-Average Pounds of $CO_2$ per Net MWh from all Affected Fossil Fuel-Fired EGUs) for Options 1 and 2**

| State[2] | Option 1 | | Option 2 | |
|---|---|---|---|---|
| | Interim Goal (2020-2029) | Final Goal (2030 Forward) | Interim Goal (2020-2024) | Final Goal (2025 Forward) |
| Alabama | 1,147 | 1,059 | 1,270 | 1,237 |
| Alaska | 1,097 | 1,003 | 1,170 | 1,131 |
| Arizona * | 735 | 702 | 779 | 763 |
| Arkansas | 968 | 910 | 1,083 | 1,058 |
| California | 556 | 537 | 582 | 571 |
| Colorado | 1,159 | 1,108 | 1,265 | 1,227 |
| Connecticut | 597 | 540 | 651 | 627 |
| Delaware | 913 | 841 | 1,007 | 983 |
| Florida | 794 | 740 | 907 | 884 |
| Georgia | 891 | 834 | 997 | 964 |
| Hawaii | 1,378 | 1,306 | 1,446 | 1,417 |
| Idaho | 244 | 228 | 261 | 254 |
| Illinois | 1,366 | 1,271 | 1,501 | 1,457 |
| Indiana | 1,607 | 1,531 | 1,715 | 1,683 |
| Iowa | 1,341 | 1,301 | 1,436 | 1,417 |
| Kansas | 1,578 | 1,499 | 1,678 | 1,625 |
| Kentucky | 1,844 | 1,763 | 1,951 | 1,918 |
| Louisiana | 948 | 883 | 1,052 | 1,025 |

---

[2] The EPA has not developed goals for Vermont and the District of Columbia because current information indicates those jurisdictions have no affected EGUs. Also, as noted in Chapter 3, EPA is not proposing goals for tribes or U.S. territories at this time.

**Table ES-1. Continued**

| | | | | |
|---|---|---|---|---|
| Maine | 393 | 378 | 418 | 410 |
| Maryland | 1,347 | 1,187 | 1,518 | 1,440 |
| Massachusetts | 655 | 576 | 715 | 683 |
| Michigan | 1,227 | 1,161 | 1,349 | 1,319 |
| Minnesota | 911 | 873 | 1,018 | 999 |
| Mississippi | 732 | 692 | 765 | 743 |
| Missouri | 1,621 | 1,544 | 1,726 | 1,694 |
| Montana | 1,882 | 1,771 | 2,007 | 1,960 |
| Nebraska | 1,596 | 1,479 | 1,721 | 1,671 |
| Nevada | 697 | 647 | 734 | 713 |
| New Hampshire | 546 | 486 | 598 | 557 |
| New Jersey | 647 | 531 | 722 | 676 |
| New Mexico * | 1,107 | 1,048 | 1,214 | 1,176 |
| New York | 635 | 549 | 736 | 697 |
| North Carolina | 1,077 | 992 | 1,199 | 1,156 |
| North Dakota | 1,817 | 1,783 | 1,882 | 1,870 |
| Ohio | 1,452 | 1,338 | 1,588 | 1,545 |
| Oklahoma | 931 | 895 | 1,019 | 986 |
| Oregon | 407 | 372 | 450 | 420 |
| Pennsylvania | 1,179 | 1,052 | 1,316 | 1,270 |
| Rhode Island | 822 | 782 | 855 | 840 |
| South Carolina | 840 | 772 | 930 | 897 |
| South Dakota | 800 | 741 | 888 | 861 |
| Tennessee | 1,254 | 1,163 | 1,363 | 1,326 |
| Texas | 853 | 791 | 957 | 924 |
| Utah * | 1,378 | 1,322 | 1,478 | 1,453 |
| Virginia | 884 | 810 | 1,016 | 962 |
| Washington | 264 | 215 | 312 | 284 |
| West Virginia | 1,748 | 1,620 | 1,858 | 1,817 |
| Wisconsin | 1,281 | 1,203 | 1,417 | 1,380 |
| Wyoming | 1,808 | 1,714 | 1,907 | 1,869 |

* Excludes EGUs located in Indian country.

Table ES-2 shows the emission reductions associated with the compliance scenarios for the proposed Option 1 regional and state compliance approaches and Table ES-3 reports emission reductions associated with Option 2.  In 2020, the EPA estimates that $CO_2$ emissions will be reduced by 371 million metric tons under the regional compliance approach and by 383 million metric tons assuming a state specific compliance approach compared to base case levels. $CO_2$ emission reductions for Option 1 increase to 545 and 555 million metric tons annually in 2030 when compared to the base case emissions for Option 1 regional and state compliance approaches, respectively. Tables ES-2 and ES-3 also show emission reductions for criteria air

pollutants.

**Table ES-2.  Summary of Climate and Air Pollutant Emission Reductions Option 1[1]**

| | $CO_2$ (million metric tons) | $SO_2$ (thousands of tons) | $NO_X$ (thousands of tons) | $PM_{2.5}$ (thousands of tons) |
|---|---|---|---|---|
| 2020 Regional Compliance Approach | | | | |
| Base Case | 2,161 | 1,476 | 1,559 | 212 |
| Proposed Guidelines | 1,790 | 1,184 | 1,213 | 156 |
| Emissions Change | -371 | -292 | -345 | -56 |
| 2025 Regional Compliance Approach | | | | |
| Base Case | 2,231 | 1,515 | 1,587 | 209 |
| Proposed Guidelines | 1,730 | 1,120 | 1,166 | 150 |
| Emissions Change | -501 | -395 | -421 | -59 |
| 2030 Regional Compliance Approach | | | | |
| Base Case | 2,256 | 1,530 | 1,537 | 198 |
| Proposed Guidelines | 1,711 | 1,106 | 1,131 | 144 |
| Emission Change | -545 | -424 | -407 | -54 |
| 2020 State Compliance Approach | | | | |
| Base Case | 2,161 | 1,476 | 1,559 | 212 |
| Proposed Guidelines | 1,777 | 1,140 | 1,191 | 154 |
| Emissions Change | -383 | -335 | -367 | -58 |
| 2025 State Compliance Approach | | | | |
| Base Case | 2,231 | 1,515 | 1,587 | 209 |
| Proposed Guidelines | 1,724 | 1,090 | 1,151 | 146 |
| Emission Change | -506 | -425 | -436 | -63 |
| 2030 State Compliance  Approach | | | | |
| Base Case | 2,256 | 1,530 | 1,537 | 198 |
| Proposed Guidelines | 1,701 | 1,059 | 1,109 | 142 |
| Emissions Change | -555 | -471 | -428 | -56 |

Source: Integrated Planning Model, 2014.
[1] $CO_2$ emission reductions are used to estimate the climate benefits of the guidelines. $SO_2$, NOx, and directly emitted $PM_{2.5}$ emission reductions are relevant for estimating air pollution health co-benefits of the proposed guidelines.

**Table ES-3.  Summary of Climate and Air Pollutant Emission Reductions Option 2[1]**

| | $CO_2$ (million metric tons) | $SO_2$ (thousands of tons) | $NO_X$ (thousands of tons) | $PM_{2.5}$ (thousands of tons) |
|---|---|---|---|---|
| **2020 Regional Compliance Approach** | | | | |
| Base Case | 2,161 | 1,476 | 1,559 | 212 |
| Option 2 | 1,878 | 1,231 | 1,290 | 166 |
| Emissions Change | -283 | -244 | -268 | -46 |
| **2025 Regional Compliance Approach** | | | | |
| Base Case | 2,231 | 1,515 | 1,587 | 209 |
| Option 2 | 1,862 | 1,218 | 1,279 | 165 |
| Emissions Change | -368 | -297 | -309 | -44 |
| **2020 State Compliance Approach** | | | | |
| Base Case | 2,161 | 1,476 | 1,559 | 212 |
| Option 2 | 1,866 | 1,208 | 1,277 | 163 |
| Emissions Change | -295 | -267 | -281 | -49 |
| **2025 State Compliance  Approach** | | | | |
| Base Case | 2,231 | 1,515 | 1,587 | 209 |
| Option 2 | 1,855 | 1,188 | 1,271 | 161 |
| Emissions Change | -376 | -327 | -317 | -48 |

Source: Integrated Planning Model, 2014.

[1] $CO_2$ emission reductions are used to estimate the climate benefits of the guidelines. $SO_2$, NOx, and directly emitted $PM_{2.5}$ emission reductions are relevant for estimating air pollution health co-benefits of the guidelines.

### ES.4 Costs of Existing EGU Guidelines

The ''compliance costs'' of this proposed action are represented in this analysis as the change in electric power generation costs between the base case and illustrative compliance scenario policy cases. The compliance scenario policy cases reflect the pursuit by states of a distinct set of strategies, which are not limited to the technologies and measures included in the BSER to meet the EGU GHG emission guidelines, and include cost estimates for demand side energy efficiency. The compliance assumptions, and therefore the projected "compliance costs" set forth in this analysis, are illustrative in nature and do not represent the full suite of compliance flexibilities states may ultimately pursue.

The EPA projects that the annual incremental compliance cost of the proposed Option 1 ranges from $5.4 to $7.4 billion in 2020 and from $7.3 to $8.8 billion in 2030 ($2011), excluding the costs associated with monitoring, reporting, and recordkeeping. The estimated cost of Option 2 is between $4.2 and $5.4 billion in 2020 and between $4.5 and $5.5 billion in 2025 (2011$). The estimated monitoring, reporting and recordkeeping costs for both options are $68.3 million

in 2020, $8.9 million in 2025, and $8.9 million in 2030 (2011$). The annual incremental cost is the projected additional cost of complying with the proposed rule in the year analyzed and includes the net change in the annualized cost of capital investment in new generating sources and heat rate improvements at coal steam facilities,[3] the change in the ongoing costs of operating pollution controls, shifts between or amongst various fuels, demand-side energy efficiency measures, and other actions associated with compliance. Costs for both options are reflected in Table ES-4 below and discussed more extensively in Chapter 3 of this RIA.

**Table ES-4.  Summary of Illustrative Compliance Costs**

| | Incremental Cost from Base Case (billions of 2011$) | | |
|---|---|---|---|
| | 2020 | 2025 | 2030 |
| Option 1 | | | |
| State Compliance | $7.4 | $5.5 | $8.8 |
| Regional Compliance | $5.4 | $4.6 | $7.3 |
| Option 2 | | | |
| State Compliance | $5.4 | $5.5 | n/a |
| Regional Compliance | $4.2 | $4.5 | n/a |

Source: Integrated Planning Model, 2014, with post-processing to account for exogenous demand-side management energy efficiency costs. See Chapter 5 of the GHG Abatement Measures TSD for a full explanation. Compliance costs shown here do not include monitoring, reporting, and recordkeeping costs.

The costs reported in Table ES-4 represent the estimated incremental electric utility generating costs changes from the base case, plus end-use energy efficiency program costs (paid by electric utilities) and end-use energy efficiency participant costs (paid by electric utility consumers). For example in 2020 for the proposed Option 1 regional compliance approach, end-use energy efficiency program costs are estimated to be $5.1 billion and end-use efficiency participant costs are $5.1 billion using a 3% discount rate (see Table 3-4). This estimate for end-use energy efficiency costs of $10.2 billion is combined with the costs generated by the IPM that include the costs of states' compliance with state goals associated with changes to reduce the carbon-intensity of electricity production  and the energy demand decreases expected from end-use energy efficiency assumed in the illustrative scenarios. In order to reflect the full cost

---

[3] See Chapter 8 of EPA's Base Case using IPM (v5.13) documentation, available at:
   http://www.epa.gov/powersectormodeling/BaseCasev513.html

attributable to the policy, it is necessary to include this incremental -$4.8 billion (see Table 3-9) in electricity supply expenditure with the annualized expenditure needed to secure the end-use energy efficiency improvements. As a result, this analysis finds the cost of the Option 1 regional scenario in 2020 to be $5.4 billion (the sum of incremental supply-related and demand-related expenditures). Note that when monitoring, reporting and recordkeeping costs of $68.3 million are added to this estimate, compliance costs become $5.5 billion in 2020.

The compliance costs reported in Table ES-4 are not social costs. These costs represent the illustrative real resources costs for states to comply with the BSER goals for Options 1 and 2. Electric sector compliance costs and monitoring, recordkeeping and reporting costs are compared to social benefits in Tables ES-8, ES-9 and ES-10 to derive illustrative net benefits of the guidelines. For a more extensive discussion of social costs, see Chapter 3 of this RIA.

### ES.5 Monetized Climate Benefits and Health Co-benefits for Existing EGUs

Implementing the proposed guidelines is expected to reduce emissions of $CO_2$ and have ancillary emission reductions (i.e., co-benefits) of $SO_2$, $NO_2$, and directly emitted $PM_{2.5}$, which would lead to lower ambient concentrations of $PM_{2.5}$ and ozone. The climate benefits estimates have been calculated using the estimated values of marginal climate impacts presented in the *Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis under Executive Order 12866*, henceforth denoted as the 2013 SCC TSD.[4] Also, the range of combined benefits reflects different concentration-response functions for the air pollution health co-benefits, but it does not capture the full range of uncertainty inherent in the health co-benefits estimates. Furthermore, we were unable to quantify or monetize all of the climate benefits and health and environmental co-benefits associated with the proposed emission

---

[4] Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (May 2013, Revised November 2013). Available at: http://www.whitehouse.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf

ES-9

guidelines, including reducing exposure to $SO_2$, $NO_x$, and hazardous air pollutants (e.g., mercury and hydrogen chloride), as well as ecosystem effects and visibility impairment. These unquantified benefits could be substantial, but it is difficult to approximate the potential magnitude of these unquantified benefits and previous quantification attempts have been incomplete. The omission of these endpoints from the monetized results should not imply that the impacts are small or unimportant. Table ES-5 provides the list of the quantified and unquantified environmental and health benefits in this analysis.

## Table ES-5. Quantified and Unquantified Benefits

| Benefits Category | Specific Effect | Effect Has Been Quantified | Effect Has Been Monetized | More Information |
|---|---|---|---|---|
| **Improved Environment** | | | | |
| Reduced climate effects | Global climate impacts from $CO_2$ | — | ✓ | SCC TSD |
| | Climate impacts from ozone and black carbon (directly emitted PM) | — | — | Ozone ISA, PM ISA[1] |
| | Other climate impacts (e.g., other GHGs such as methane, aerosols, other impacts) | — | — | IPCC[1] |
| **Improved Human Health (co-benefits)** | | | | |
| Reduced incidence of premature mortality from exposure to $PM_{2.5}$ | Adult premature mortality based on cohort study estimates and expert elicitation estimates (age >25 or age >30) | ✓ | ✓ | PM ISA |
| | Infant mortality (age <1) | ✓ | ✓ | PM ISA |
| Reduced incidence of morbidity from exposure to $PM_{2.5}$ | Non-fatal heart attacks (age > 18) | ✓ | ✓ | PM ISA |
| | Hospital admissions—respiratory (all ages) | ✓ | ✓ | PM ISA |
| | Hospital admissions—cardiovascular (age >20) | ✓ | ✓ | PM ISA |
| | Emergency room visits for asthma (all ages) | ✓ | ✓ | PM ISA |
| | Acute bronchitis (age 8-12) | ✓ | ✓ | PM ISA |
| | Lower respiratory symptoms (age 7-14) | ✓ | ✓ | PM ISA |
| | Upper respiratory symptoms (asthmatics age 9-11) | ✓ | ✓ | PM ISA |
| | Asthma exacerbation (asthmatics age 6-18) | ✓ | ✓ | PM ISA |
| | Lost work days (age 18-65) | ✓ | ✓ | PM ISA |
| | Minor restricted-activity days (age 18-65) | ✓ | ✓ | PM ISA |
| | Chronic Bronchitis (age >26) | — | — | PM ISA[1] |
| | Emergency room visits for cardiovascular effects (all ages) | — | — | PM ISA[1] |
| | Strokes and cerebrovascular disease (age 50-79) | — | — | PM ISA[1] |
| | Other cardiovascular effects (e.g., other ages) | — | — | PM ISA[2] |
| | Other respiratory effects (e.g., pulmonary function, non-asthma ER visits, non-bronchitis chronic diseases, other ages and populations) | — | — | PM ISA[2] |
| | Reproductive and developmental effects (e.g., low birth weight, pre-term births, etc) | — | — | PM ISA[2,3] |
| | Cancer, mutagenicity, and genotoxicity effects | — | — | PM ISA[2,3] |
| Reduced incidence of mortality from exposure to ozone | Premature mortality based on short-term study estimates (all ages) | ✓ | ✓ | Ozone ISA |
| | Premature mortality based on long-term study estimates (age 30–99) | — | — | Ozone ISA[1] |
| Reduced incidence of morbidity from exposure to ozone | Hospital admissions—respiratory causes (age > 65) | ✓ | ✓ | Ozone ISA |
| | Hospital admissions—respiratory causes (age <2) | ✓ | ✓ | Ozone ISA |
| | Emergency department visits for asthma (all ages) | ✓ | ✓ | Ozone ISA |
| | Minor restricted-activity days (age 18–65) | ✓ | ✓ | Ozone ISA |
| | School absence days (age 5–17) | ✓ | ✓ | Ozone ISA |
| | Decreased outdoor worker productivity (age 18–65) | — | — | Ozone ISA[1] |
| | Other respiratory effects (e.g., premature aging of lungs) | — | — | Ozone ISA[2] |
| | Cardiovascular and nervous system effects | — | — | Ozone ISA[2] |
| | Reproductive and developmental effects | — | — | Ozone ISA[2,3] |

**Table ES-5. Continued**

| | | | | |
|---|---|---|---|---|
| Reduced incidence of morbidity from exposure to NO$_2$ | Asthma hospital admissions (all ages) | — | — | NO$_2$ ISA[1] |
| | Chronic lung disease hospital admissions (age > 65) | — | — | NO$_2$ ISA[1] |
| | Respiratory emergency department visits (all ages) | — | — | NO$_2$ ISA[1] |
| | Asthma exacerbation (asthmatics age 4–18) | — | — | NO$_2$ ISA[1] |
| | Acute respiratory symptoms (age 7–14) | — | — | NO$_2$ ISA[1] |
| | Premature mortality | — | — | NO$_2$ ISA[1,2,3] |
| | Other respiratory effects (e.g., airway hyperresponsiveness and inflammation, lung function, other ages and populations) | — | — | NO$_2$ ISA[2,3] |
| Reduced incidence of morbidity from exposure to SO$_2$ | Respiratory hospital admissions (age > 65) | — | — | SO$_2$ ISA[1] |
| | Asthma emergency department visits (all ages) | — | — | SO$_2$ ISA[1] |
| | Asthma exacerbation (asthmatics age 4–12) | — | — | SO$_2$ ISA[1] |
| | Acute respiratory symptoms (age 7–14) | — | — | SO$_2$ ISA[1] |
| | Premature mortality | — | — | SO$_2$ ISA[1,2,3] |
| | Other respiratory effects (e.g., airway hyperresponsiveness and inflammation, lung function, other ages and populations) | — | — | SO$_2$ ISA[1,2] |
| Reduced incidence of morbidity from exposure to methylmercury | Neurologic effects—IQ loss | — | — | IRIS; NRC, 2000[1] |
| | Other neurologic effects (e.g., developmental delays, memory, behavior) | — | — | IRIS; NRC, 2000[2] |
| | Cardiovascular effects | — | — | IRIS; NRC, 2000[2,3] |
| | Genotoxic, immunologic, and other toxic effects | — | — | IRIS; NRC, 2000[2,3] |
| Reduced incidence of morbidity from exposure to HAP | Effects associated with exposure to hydrogen chloride | — | — | ATSDR, IRIS[1,2] |
| **Improved Environment (co-benefits)** | | | | |
| Reduced visibility impairment | Visibility in Class 1 areas | — | — | PM ISA[1] |
| | Visibility in residential areas | — | — | PM ISA[1] |
| Reduced effects on materials | Household soiling | — | — | PM ISA[1,2] |
| | Materials damage (e.g., corrosion, increased wear) | — | — | PM ISA[2] |
| Reduced PM deposition (metals and organics) | Effects on Individual organisms and ecosystems | — | — | PM ISA[2] |
| Reduced vegetation and ecosystem effects from exposure to ozone | Visible foliar injury on vegetation | — | — | Ozone ISA[1] |
| | Reduced vegetation growth and reproduction | — | — | Ozone ISA[1] |
| | Yield and quality of commercial forest products and crops | — | — | Ozone ISA[1] |
| | Damage to urban ornamental plants | — | — | Ozone ISA[2] |
| | Carbon sequestration in terrestrial ecosystems | — | — | Ozone ISA[1] |
| | Recreational demand associated with forest aesthetics | — | — | Ozone ISA[2] |
| | Other non-use effects | | | Ozone ISA[2] |
| | Ecosystem functions (e.g., water cycling, biogeochemical cycles, net primary productivity, leaf-gas exchange, community composition) | — | — | Ozone ISA[2] |
| Reduced effects from acid deposition | Recreational fishing | — | — | NO$_x$ SO$_x$ ISA[1] |
| | Tree mortality and decline | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Commercial fishing and forestry effects | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Recreational demand in terrestrial and aquatic ecosystems | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Other non-use effects | | | NO$_x$ SO$_x$ ISA[2] |
| | Ecosystem functions (e.g., biogeochemical cycles) | — | — | NO$_x$ SO$_x$ ISA[2] |

**Table ES-5. Continued**

| | | | | |
|---|---|---|---|---|
| Reduced effects from nutrient enrichment | Species composition and biodiversity in terrestrial and estuarine ecosystems | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Coastal eutrophication | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Recreational demand in terrestrial and estuarine ecosystems | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Other non-use effects | | | NO$_x$ SO$_x$ ISA[2] |
| | Ecosystem functions (e.g., biogeochemical cycles, fire regulation) | — | — | NO$_x$ SO$_x$ ISA[2] |
| Reduced vegetation effects from exposure to SO$_2$ and NO$_x$ | Injury to vegetation from SO$_2$ exposure | — | — | NO$_x$ SO$_x$ ISA[2] |
| | Injury to vegetation from NO$_x$ exposure | — | — | NO$_x$ SO$_x$ ISA[2] |
| Reduced ecosystem effects from exposure to methylmercury | Effects on fish, birds, and mammals (e.g., reproductive effects) | — | — | Mercury Study RTC[2] |
| | Commercial, subsistence and recreational fishing | — | — | Mercury Study RTC[1] |

[1] We assess these co-benefits qualitatively due to data and resource limitations for this analysis.

[2] We assess these co-benefits qualitatively because we do not have sufficient confidence in available data or methods.

[3] We assess these co-benefits qualitatively because current evidence is only suggestive of causality or there are other significant concerns over the strength of the association.

### ES.5.1 Estimating Global Climate Benefits

We estimate the global social benefits of CO$_2$ emission reductions expected from this rulemaking using the SCC estimates presented in the 2013 SCC TSD. We refer to these estimates, which were developed by the U.S. government, as "SCC estimates" for the remainder of this document. The SCC is a metric that estimates the monetary value of impacts associated with marginal changes in CO$_2$ emissions in a given year. It includes a wide range of anticipated climate impacts, such as net changes in agricultural productivity and human health, property damage from increased flood risk, and changes in energy system costs, such as reduced costs for heating and increased costs for air conditioning. It is typically used to assess the avoided damages as a result of regulatory actions (i.e., benefits of rulemakings that have an incremental impact on cumulative global CO$_2$ emissions).

The SCC estimates used in this analysis have been developed over many years, using the best science available, and with input from the public. The EPA and other federal agencies have considered the extensive public comments on ways to improve SCC estimation received via the notice and comment period that was part of numerous rulemakings since 2006. In addition, OMB's Office of Information and Regulatory Affairs recently sought public comment on the

approach used to develop the SCC estimates.  The comment period ended on February 26, 2014, and OMB is reviewing the comments received.

An interagency process that included the EPA and other executive branch entities used three integrated assessment models (IAMs) to develop SCC estimates and selected four global values for use in regulatory analyses. The SCC estimates represent global measures because of the distinctive nature of the climate change problem. Emissions of greenhouse gases contribute to damages around the world, even when they are released in the United States, and the world's economies are now highly interconnected. Therefore, the SCC estimates incorporate the worldwide damages caused by carbon dioxide emissions in order to reflect the global nature of the problem, and we expect other governments to consider the global consequences of their greenhouse gas emissions when setting their own domestic policies. See RIA Chapter 4 for more discussion.

The federal government first released the estimates in February 2010 and updated them in 2013 using new versions of each IAM. The general approach to estimating the SCC values in 2010 and 2013 was to run the three integrated assessment models (DICE, FUND, and PAGE)[5] using the following three inputs in each model: a probabilistic distribution for climate sensitivity; five scenarios capturing economic, population, and emission trajectories; and constant annual discount rates. The 2010 SCC Technical Support Document (SCC TSD) provides a complete discussion of the methodology and the 2013 SCC TSD presents and discusses the updated estimates. The four SCC estimates, updated in 2013, are as follows: $13, $46, $68, and $137 per metric ton of $CO_2$ emissions in the year 2020 (2011$), and each estimate increases over time. These SCC estimates are associated with different discount rates. The first three estimates are the model average at 5 percent discount rate, 3 percent, and 2.5 percent, respectively, and the fourth estimate is the 95[th] percentile at 3 percent.

The 2010 SCC TSD noted a number of limitations to the SCC analysis, including the incomplete way in which the IAMs capture catastrophic and non-catastrophic impacts, their

---

[5] The full models names are as follows:  Dynamic Integrated Climate and Economy (DICE); Climate Framework for Uncertainty, Negotiation, and Distribution (FUND); and Policy Analysis of the Greenhouse Gas Effect (PAGE).

incomplete treatment of adaptation and technological change, uncertainty in the extrapolation of damages to high temperatures, and assumptions regarding risk aversion. Current integrated assessment models do not assign value to all of the important physical, ecological, and economic impacts of climate change recognized in the climate change literature because of a lack of precise information on the nature of damages and because the science incorporated into these models understandably lags behind the most recent research. In particular, the IPCC Fourth Assessment Report concluded that "It is very likely that [SCC estimates] underestimate the damage costs because they cannot include many non-quantifiable impacts." Nonetheless, these estimates and the discussion of their limitations represent the best available information about the social benefits of $CO_2$ emission reductions to inform the benefit-cost analysis.

### ES 5.2 Estimating Air Pollution Health Co-Benefits

The proposed guidelines would reduce emissions of precursor pollutants (e.g., $SO_2$, NOx, and directly emitted particles), which in turn would lower ambient concentrations of $PM_{2.5}$ and ozone. This co-benefits analysis quantifies the monetized benefits associated with the reduced exposure to these two pollutants.[6] Unlike the global SCC estimates, the air pollution health co-benefits are only estimated for the contiguous U.S.[7] The estimates of monetized $PM_{2.5}$ co-benefits include avoided premature deaths (derived from effect coefficients in two cohort studies [Krewski et al. 2009 and Lepeule et al. 2012] for adults and one for infants [Woodruff et al. 1997]), as well as avoided morbidity effects for ten non-fatal endpoints ranging in severity from lower respiratory symptoms to heart attacks (U.S. EPA, 2012). The estimates of monetized ozone co-benefits include avoided premature deaths (derived from the range of effect coefficients represented by two short-term epidemiology studies [Bell et al. (2004) and Levy et al. (2005)]), as well as avoided morbidity effects for five non-fatal endpoints ranging in severity from school absence days to hospital admissions (U.S. EPA, 2008, 2011).

---

[6] We did not estimate the co-benefits associated with reducing direct exposure to $SO_2$ and NOx.

[7] We do not have emission reduction information or air quality modeling available to estimate the air pollution health co-benefits in Alaska and Hawaii anticipated from implementation of the proposed guidelines.

We used a "benefit-per-ton" approach to estimate the health co-benefits. To create the benefit-per-ton estimates for $PM_{2.5}$, this approach uses an air quality model to convert emissions of $PM_{2.5}$ precursors (e.g., $SO_2$, $NO_x$) and directly emitted particles into changes in ambient $PM_{2.5}$ concentrations and BenMAP to estimate the changes in human health associated with that change in air quality. We then divide these health impacts by the emissions in specific sectors at the regional level (i.e., East, West, and California). We followed a similar process to estimate benefit-per-ton estimates for the ozone precursor $NO_x$. To calculate the co-benefits for the proposed guidelines, we then multiplied the regional benefit-per-ton estimates for the EGU sector by the corresponding emission reductions. All benefit-per-ton estimates reflect the geographic distribution of the modeled emissions, which may not exactly match the emission reductions in this rulemaking, and thus they may not reflect the local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors for any specific location.

Our estimate of the monetized co-benefits is based on the EPA's interpretation of the best available scientific literature (U.S. EPA, 2009) and methods and supported by the EPA's Science Advisory Board and the NAS (NRC, 2002). Below are key assumptions underlying the estimates for $PM_{2.5}$-related premature mortality, which accounts for 98 percent of the monetized $PM_{2.5}$ health co-benefits:

1. We assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality. This is an important assumption, because $PM_{2.5}$ varies considerably in composition across sources, but the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type. The PM ISA concluded that "many constituents of $PM_{2.5}$ can be linked with multiple health effects, and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to specific outcomes" (U.S. EPA, 2009b).

2. We assume that the health impact function for fine particles is log-linear without a threshold in this analysis. Thus, the estimates include health co-benefits from reducing fine particles in areas with varied concentrations of $PM_{2.5}$, including both

areas that do not meet the fine particle standard and those areas that are in attainment, down to the lowest modeled concentrations.

3. We assume that there is a "cessation" lag between the change in PM exposures and the total realization of changes in mortality effects. Specifically, we assume that some of the incidences of premature mortality related to $PM_{2.5}$ exposures occur in a distributed fashion over the 20 years following exposure based on the advice of the SAB-HES (U.S. EPA-SAB, 2004c), which affects the valuation of mortality co-benefits at different discount rates.

Every benefits analysis examining the potential effects of a change in environmental protection requirements is limited, to some extent, by data gaps, model capabilities (such as geographic coverage) and uncertainties in the underlying scientific and economic studies used to configure the benefit and cost models. Despite these uncertainties, we believe this analysis provides a reasonable indication of the expected health co-benefits of the air pollution emission reductions for the illustrative compliance options for the proposed standards under a set of reasonable assumptions. This analysis does not include the type of detailed uncertainty assessment found in the 2012 $PM_{2.5}$ National Ambient Air Quality Standard (NAAQS) RIA (U.S. EPA, 2012) because we lack the necessary air quality input and monitoring data to conduct a complete benefits assessment. In addition, using a benefit-per-ton approach adds another important source of uncertainty to the benefits estimates.

### ES 5.3 Combined Benefits Estimates

The EPA has evaluated the range of potential impacts by combining all four SCC values with health co-benefits values at the 3 percent and 7 percent discount rates. Different discount rates are applied to SCC than to the health co-benefit estimates; because $CO_2$ emissions are long-lived and subsequent damages occur over many years. Moreover, several discount rates are applied to SCC because the literature shows that the estimate of SCC is sensitive to assumptions about discount rate and because no consensus exists on the appropriate rate to use in an intergenerational context. The U.S. government centered its attention on the average SCC at a 3 percent discount rate but emphasized the importance of considering all four SCC estimates.

Tables ES-6 and ES-7 provide the combined climate benefits and health co-benefits for each option evaluated for 2020, 2025 and 2030 for Options 1 and 2, respectively for each discount rate combination.

**Table ES-6.  Combined Estimates of Climate Benefits and Health Co-Benefits for Proposed Existing EGU GHG Rule – Regional Compliance Approach (billions of 2011$)\***

| Option | SCC Discount Rate and Statistic\*\* | Climate Benefits Only | Climate Benefits plus Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 3% | | | 7% | | |
| Option 1 | In 2020 | 371 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $4.7 | $21 | to | $42 | $19 | to | $39 |
| | 3% | $17 | $33 | to | $54 | $32 | to | $51 |
| | 2.5% | $25 | $41 | to | $63 | $40 | to | $59 |
| | 3% (95th percentile) | $51 | $67 | to | $88 | $65 | to | $85 |
| | In 2025 | 501 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $7.5 | $30 | to | $61 | $28 | to | $56 |
| | 3% | $25 | $48 | to | $78 | $46 | to | $74 |
| | 2.5% | $37 | $60 | to | $90 | $57 | to | $85 |
| | 3% (95th percentile) | $76 | $99 | to | $130 | $97 | to | $120 |
| | In 2030 | 545 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $9.3 | $35 | to | $68 | $32 | to | $63 |
| | 3% | $30 | $55 | to | $89 | $53 | to | $84 |
| | 2.5% | $44 | $69 | to | $100 | $66 | to | $97 |
| | 3% (95th percentile) | $92 | $120 | to | $150 | $120 | to | $150 |
| Option 2 | In 2020 | 283 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $3.6 | $17 | to | $34 | $16 | to | $32 |
| | 3% | $13 | $26 | to | $44 | $25 | to | $41 |
| | 2.5% | $19 | $33 | to | $50 | $31 | to | $47 |
| | 3% (95th percentile) | $39 | $52 | to | $70 | $51 | to | $67 |
| | In 2025 | 368 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $5.5 | $23 | to | $46 | $21 | to | $42 |
| | 3% | $18 | $36 | to | $59 | $34 | to | $55 |
| | 2.5% | $27 | $44 | to | $67 | $43 | to | $64 |
| | 3% (95th percentile) | $56 | $73 | to | $96 | $72 | to | $93 |

\*All benefit estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. Co-benefits are based on regional benefit-per-ton estimates. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). The monetized health co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment. See Chapter 4 for more information about these estimates and regarding the uncertainty in these estimates.
\*\*Unless otherwise specified, it is the model average.

**Table ES-7.  Combined Estimates of Climate Benefits and Health Co-Benefits for Proposed Existing EGU GHG Rule – State Compliance Approach (billions of 2011$)***

| Option | SCC Discount Rate and Statistic** | Climate Benefits Only | Climate Benefits plus Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 3% | | | 7% | | |
| Option 1 | In 2020 | 383 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $4.9 | $22 | to | $45 | $20 | to | $41 |
| | 3% | $18 | $35 | to | $57 | $33 | to | $54 |
| | 2.5% | $26 | $43 | to | $66 | $42 | to | $62 |
| | 3% (95th percentile) | $52 | $69 | to | $92 | $68 | to | $88 |
| | In 2025 | 506 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $7.6 | $31 | to | $62 | $29 | to | $57 |
| | 3% | $25 | $49 | to | $80 | $46 | to | $75 |
| | 2.5% | $37 | $61 | to | $92 | $58 | to | $87 |
| | 3% (95th percentile) | $77 | $100 | to | $130 | $98 | to | $130 |
| | In 2030 | 555 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $9.5 | $36 | to | $72 | $34 | to | $66 |
| | 3% | $31 | $57 | to | $93 | $55 | to | $87 |
| | 2.5% | $44 | $71 | to | $110 | $69 | to | $100 |
| | 3% (95th percentile) | $94 | $120 | to | $160 | $120 | to | $150 |
| Option 2 | In 2020 | 295 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $3.8 | $17 | to | $35 | $16 | to | $32 |
| | 3% | $14 | $27 | to | $45 | $26 | to | $42 |
| | 2.5% | $20 | $34 | to | $52 | $32 | to | $49 |
| | 3% (95th percentile) | $40 | $54 | to | $72 | $53 | to | $69 |
| | In 2025 | 376 | million metric tonnes $CO_2$ | | | | | |
| | 5% | $5.6 | $23 | to | $47 | $22 | to | $43 |
| | 3% | $19 | $36 | to | $60 | $35 | to | $56 |
| | 2.5% | $28 | $45 | to | $69 | $44 | to | $65 |
| | 3% (95th percentile) | $57 | $75 | to | $98 | $73 | to | $95 |

*All benefit estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. Co-benefits are based on regional benefit-per-ton estimates. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). The monetized health co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment. See Chapter 4 for more information about these estimates and regarding the uncertainty in these estimates.

**Unless otherwise specified, it is the model average.

## ES.6 Monetized Benefits, Compliance Costs and Net Benefits of the Proposed Guidelines for Existing Sources

In this summary, the EPA provides the estimates of the climate benefits, health co-benefits, compliance costs and net benefits of the proposed Option 1 and alternative Option 2 assuming a regional compliance approach and an alternative state compliance approach.  In Table

ES-8, the EPA estimates that in 2020 the proposed Option 1 regional compliance approach will yield monetized climate benefits of $17 billion using a 3 percent discount rate (model average, 2011$). The air pollution health co-benefits in 2020 are estimated to be $16 billion to $37 billion (2011$) for a 3 percent discount rate and $15 billion to $34 billion (2011$) for a 7 percent discount rate. The annual compliance costs, including monitoring and reporting costs, are approximately $5.5 billion (2011$) in 2020. The quantified net benefits (the difference between monetized benefits and costs) are $28 billion to $49 billion (2011$) for 2020 (Table ES-8 below) and $48 billion to $82 billion (2011$) for 2030 (Table ES-10 below), using a 3 percent discount rate (model average). For the Option 1 state compliance approach in 2020, the EPA estimates monetized climate benefits of approximately $18 billion using a 3 percent discount rate (model average). The air pollution health co-benefits in 2020 are estimated to be $17 billion to $40 billion for a 3 percent discount rate and $15 billion to $36 billion (2011$) for a 7 percent discount rate. The annual compliance costs including monitoring and reporting costs, are approximately $7.5 billion (2011$) in 2020. The quantified net benefits (the difference between monetized benefits and costs) are $27 billion to $50 billion for 2020 (Table ES-8 below) and $49 billion to $84 billion (2011$) for 2030 (Table ES-10 below). Benefit and cost estimates for Option 1 regional and state compliance approaches for 2020, 2025, and 2030 and are presented in Tables ES-8, ES-9, and ES-10, and similar estimates for Option 2 regional and state compliance approaches are presented in Tables ES-8 and ES-9 for 2020 and 2025.

The EPA could not monetize some important benefits of the guidelines. Unquantified benefits include climate benefits from reducing emissions of non-$CO_2$ greenhouse gases and co-benefits from reducing exposure to $SO_2$, $NO_x$, and hazardous air pollutants (e.g., mercury and hydrogen chloride), as well as ecosystem effects and visibility impairment. Upon considering these limitations and uncertainties, it remains clear that the benefits of this proposal are substantial and far outweigh the costs.

**Table ES-8.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2020 (billions of 2011$) [a]**

| | Option 1 - state | | Option 2 – state | |
|---|---|---|---|---|
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $4.9 | | $3.8 | |
| 3% discount rate | $18 | | $14 | |
| 2.5% discount rate | $26 | | $20 | |
| 95th percentile at 3% discount rate | $52 | | $40 | |
| Air pollution health co-benefits [c] | $17 to $40 | $15 to $36 | $14 to $32 | $12 to $29 |
| Total Compliance Costs [d] | $7.5 | | $5.5 | |
| Net Benefits [e] | $27 to $50 | $26 to $46 | $22 to $40 | $20 to $37 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.5 tons of Hg<br>Ecosystem Effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>1.2 tons of Hg<br>Ecosystem Effects<br>Visibility impairment | |
| | Option 1 - regional | | Option 2 – regional | |
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $4.7 | | $3.6 | |
| 3% discount rate | $17 | | $13 | |
| 2.5% discount rate | $25 | | $19 | |
| 95th percentile at 3% discount rate | $51 | | $39 | |
| Air pollution health co-benefits [c] | $16 to $37 | $15 to $34 | $13 to $31 | $12 to $28 |
| Total Compliance Costs [d] | $5.5 | | $4.3 | |
| Net Benefits [e] | $28 to $49 | $26 to $45 | $22 to $40 | $21 to $37 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.3 tons of Hg<br>Ecosystem effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>0.9 tons of Hg<br>Ecosystem effects<br>Visibility impairment | |

[a] All estimates are for 2020 and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Also, different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs which, in part, are estimated using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate also includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global SCC at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

**Table ES-9.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2025 (billions of 2011$)** [a]

| | Option 1 – state | | Option 2 – state | |
|---|---|---|---|---|
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $7.6 | | $5.6 | |
| 3% discount rate | $25 | | $19 | |
| 2.5% discount rate | $37 | | $28 | |
| 95th percentile at 3% discount rate | $77 | | $57 | |
| Air pollution health co-benefits [c] | $23 to $54 | $21 to $49 | $18 to $41 | $16 to $37 |
| Total Compliance Costs [d] | $5.5 | | $5.5 | |
| Net Benefits [e] | $43to $74 | $41 to $69 | $31 to $55 | $29 to $51 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>2.0 tons of Hg<br>Ecosystem Effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>1.7 tons of Hg<br>Ecosystem Effects<br>Visibility impairment | |
| | Option 1 – regional | | Option 2 – regional | |
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $7.5 | | $5.5 | |
| 3% discount rate | $25 | | $18 | |
| 2.5% discount rate | $37 | | $27 | |
| 95th percentile at 3% discount rate | $76 | | $56 | |
| Air pollution health co-benefits [c] | $23 to $53 | $21 to $48 | $17 to $40 | $16 to $36 |
| Total Compliance Costs [d] | $4.6 | | $4.5 | |
| Net Benefits [e] | $43 to $74 | $41 to $69 | $31 to $54 | $29 to $50 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.7 tons of Hg<br>Ecosystem effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>1.3 tons of Hg<br>Ecosystem effects<br>Visibility impairment | |

[a] All estimates are for 2025 and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Also, different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs which, in part, are estimated using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate also includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global SCC at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

**Table ES-10.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines –2030 (billions of 2011$)** [a]

| | Option 1– state | |
| --- | --- | --- |
| | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | |
| 5% discount rate | $9.5 | |
| 3% discount rate | $31 | |
| 2.5% discount rate | $44 | |
| 95th percentile at 3% discount rate | $94 | |
| Air pollution health co-benefits [c] | $27 to $62 | $24 to $56 |
| Total Compliance Costs [d] | $8.8 | |
| Net Benefits [e] | $49 to $84 | $46 to $79 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>2.1 tons of Hg and 590 tons of HCl<br>Ecosystem effects<br>Visibility impairment | |

| | Option 1– regional | |
| --- | --- | --- |
| | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | |
| 5% discount rate | $9.3 | |
| 3% discount rate | $30 | |
| 2.5% discount rate | $44 | |
| 95th percentile at 3% discount rate | $92 | |
| Air pollution health co-benefits [c] | $25 to $59 | $23 to $54 |
| Total Compliance Costs [d] | $7.3 | |
| Net Benefits [e] | $48 to $82 | $46 to $77 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.7 tons of Hg and 580 tons of HCl<br>Ecosystem effects<br>Visibility impairment | |

[a] All estimates are for 2030, and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Also, different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs which, in part, are estimated using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate also includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global SCC at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

**ES.7 Economic Impacts of the Proposed Emission Guidelines for Existing EGUs**

The proposed guidelines have important energy market implications. Under Option 1, average nationwide retail electricity prices are projected to increase roughly 6 to 7 percent in 2020, and roughly 3 percent in 2030 (contiguous U.S.), compared to base case price estimates modeled for these same years. Average monthly electricity bills are anticipated to increase by roughly 3 percent in 2020, but decline by roughly 9 percent by 2030 because increased energy efficiency will lead to reduced usage.

The average delivered coal price to the power sector is projected to decrease by 16 to 17 percent in 2020 and roughly 18 percent in 2030, relative to the base case (Option 1). The EPA projects coal production for use by the power sector, a large component of total coal production, will decline by roughly 25 to 27 percent in 2020 from base case levels. The use of coal by the power sector will decrease by roughly 30 to 32 percent in 2030.

The EPA also projects that the electric power sector-delivered natural gas prices will increase by 9 to 12 percent in 2020, with negligible changes by 2030 relative to the base case. Natural gas use for electricity generation will increase by as much as 1.2 trillion cubic feet (TCF) in 2020 relative to the base case, declining over time.

Renewable energy capacity is anticipated to increase by roughly 12 GW in 2020 and by 9 GW in 2030 under Option 1. Energy market impacts from the guidelines are discussed more extensively in Chapter 3 of this RIA.

**ES.8 Economic Impacts of the Proposed Guidelines for Existing EGUs for Sectors Other Than the EGU Sector and for Employment**

Changes in supply or demand for electricity, natural gas, and coal can impact markets for goods and services produced by sectors that use these energy inputs in the production process or that supply those sectors. Changes in cost of production may result in changes in price and/or quantity produced and these market changes may affect the profitability of firms and the economic welfare of their consumers. The EPA recognizes that these guidelines provide significant flexibilities and states implementing the guidelines may choose to mitigate impacts to some markets outside the EGU sector. Similarly, demand for new generation or energy

efficiency can result in changes in production and profitability for firms that supply those goods and services. The guidelines provide flexibility for states that may want to enhance demand for goods and services from those sectors.

Executive Order 13563 directs federal agencies to consider the effect of regulations on job creation and employment. According to the Executive Order, "our regulatory system must protect public health, welfare, safety, and our environment while promoting economic growth, innovation, competitiveness, and job creation. It must be based on the best available science" (Executive Order 13563, 2011). Although standard benefit-cost analyses have not typically included a separate analysis of regulation-induced employment impacts, during periods of sustained high unemployment, employment impacts are of particular concern and questions may arise about their existence and magnitude.

States have the responsibility and flexibility to implement policies and practices for compliance with Proposed Electric Generating Unit Greenhouse Gas Existing Source Guidelines. Given the wide range of approaches that may be used, quantifying the associated employment impacts is difficult.  The EPA's illustrative employment analysis includes an estimate of projected employment impacts associated with these guidelines for the electric power industry, coal and natural gas production, and demand side energy efficiency activities. These projections are derived, in part, from a detailed model of the electricity production sector used for this regulatory analysis, and U.S government data on employment and labor productivity. In the electricity, coal, and natural gas sectors, the EPA estimates that these guidelines could result in an increase of approximately 28,000 to 25,900 job-years in 2020 for Option 1, state and regional compliance approaches, respectively.  For Option 2, the state and regional compliance approach estimates reflect an increase of approximately 29,800 to 26,700 job-years in 2020. The Agency is also offering an illustrative calculation of potential employment effects due to demand-side energy efficiency programs. Employment impacts in 2020 could be an increase of approximately 78,800 jobs for Option 1 (for both the state and regional compliance approaches). For Option 2 demand-side energy efficiency employment impacts in 2020 could be an increase of approximately 57,000 jobs (for both the state and regional compliance approaches). More detail about these analyses can be found in Chapter 6 of this RIA.

ES-25

**ES.9 Modified and Reconstructed Sources**

The EPA is proposing emission limits for $CO_2$ emitted from reconstructed and modified EGUs under section 111(b) of the CAA. Based on historical information that has been reported to the EPA, the EPA anticipates few, if any, covered units will trigger the reconstruction or modification provisions in the period of analysis (through 2025). As a result, we do not anticipate any significant costs or benefits associated with this proposal. However, because there have been a few units that have notified the EPA of modifications in the past, in Chapter 9 of this RIA we present an illustrative analysis of the costs and benefits for a hypothetical unit if it were to trigger the modification provision.

## ES.10 References

Bell, M.L., et al. 2004. "Ozone and Short-Term Mortality in 95 U.S. Urban Communities, 1987-2000." Journal of the American Medical Association, 292(19): pp. 2372-8.

Docket ID EPA-HQ-OAR-2009-0472-114577, Technical Support Document: Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by the Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (February 2010). Available at: <http://www.whitehouse.gov/sites/default/files/omb/inforeg/for-agencies/Social-Cost-of-Carbon-for-RIA.pdf>.

Docket ID EPA-HQ-OAR-2013-0495, Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by the Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (May 2013, Revised November 2013). Also available at: <http://www.whitehouse.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf>.

Fann, N.; K.R. Baker and C.M. Fulcher. 2012. "Characterizing the $PM_{2.5}$-Related Health Benefits of Emission Reductions for 17 Industrial, Area and Mobile Emission Sectors Across the U.S." Environment International, 49 41–151.

Krewski D; M. Jerrett; R.T. Burnett; R. Ma; E. Hughes and Y. Shi, et al. 2009. Extended Follow-Up and Spatial Analysis of the American Cancer Society Study Linking Particulate Air Pollution and Mortality. HEI Research Report, 140, Health Effects Institute, Boston, MA.

Intergovernmental Panel on Climate Change. 2007. Climate Change 2007: Synthesis Report Contribution of Working Groups I, II and III to the Fourth Assessment Report of the IPCC. Available at: <http://www.ipcc.ch/publications_and_data/publications_ipcc_fourth_assessment_report_synthesis_report.htm>.

Lepeule, J.; F. Laden; D. Dockery and J. Schwartz. 2012. "Chronic Exposure to Fine Particles and Mortality: An Extended Follow-Up of the Harvard Six Cities Study from 1974 to 2009." Environmental Health Perspectives, July, 120(7): pp. 965-70.

Levy, J.I.; S.M. Chemerynski and J.A. Sarnat. 2005. "Ozone Exposure and Mortality: An Empiric Bayes Meta-regression Analysis." Epidemiology, 16(4): pp. 458-68.

National Research Council (NRC). 2000. Toxicological Effects of Methylmercury: Committee on the Toxicological Effects of Methylmercury. Board on Environmental Studies and Toxicology. Washington, DC: National Academies Press.

National Research Council (NRC). 2002. Estimating the Public Health Benefits of Proposed Air Pollution Regulations. Washington, DC: National Academies Press.

U.S. Environmental Protection Agency (U.S. EPA). 2008a. Integrated Science Assessment for Sulfur Oxides: Health Criteria (Final Report). Research Triangle Park, NC: National Center for Environmental Assessment, September. Available at <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=198843>.

U.S. EPA. 2008b. Final Ozone NAAQS Regulatory Impact Analysis. Research Triangle Park, NC: Office of Air Quality Planning and Standards, Health and Environmental Impacts Division, Air Benefit and Cost Group. (EPA document number EPA-452/R-08-003, March). Available at < http://www.epa.gov/ttnecas1/regdata/RIAs/6-ozoneriachapter6.pdf>.

U.S. EPA. 2008c. Integrated Science Assessment for Oxides of Nitrogen: Health Criteria (Final Report). Research Triangle Park, NC: National Center for Environmental Assessment. July. Available at < http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=194645>.

U.S. EPA. 2008d. Integrated Science Assessment for Oxides of Nitrogen and Sulfur: Ecological Criteria National (Final Report). Research Triangle Park, NC: National Center for Environmental Assessment. (EPA document number EPA/600/R-08/139, December). Available at <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=201485>.

U.S. EPA. 2009. Integrated Science Assessment for Particulate Matter (Final Report). Research Triangle Park, NC: National Center for Environmental Assessment, RTP Division. (EPA document number EPA-600-R-08-139F, December). Available at <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546>.

U.S. EPA. 2010d. Section 3: Re-analysis of the Benefits of Attaining Alternative Ozone Standards to Incorporate Current Methods. Available at <http://www.epa.gov/ttnecas1/regdata/RIAs/s3-supplemental_analysis-updated_benefits11-5.09.pdf >.

U.S. EPA. 2012a. Regulatory Impact Analysis for the Final Revisions to the National Ambient Air Quality Standards for Particulate Matter. Research Triangle Park, NC: Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. (EPA document number EPA-452/R-12-003, December). Available at <http://www.epa.gov/pm/2012/finalria.pdf>.

U.S. EPA. 2013b. Integrated Science Assessment of Ozone and Related Photochemical Oxidants (Final Report). Washington, DC: U.S. Environmental Protection Agency. (EPA document number EPA/600/R-10/076F). Available at <http://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=247492#Download>.

Woodruff, T.J.; J. Grillo and K.C. Schoendorf. 1997. "The Relationship between Selected Causes of Postneonatal Infant Mortality and Particulate Air Pollution in the United States," *Environmental Health Perspectives*, 105 (6): 608-612.

# CHAPTER 1:  INTRODUCTION AND BACKGROUND

## 1.1 Introduction

This document presents the expected benefits, costs, and economic impacts of illustrative strategies states may implement to comply with the proposed Electric Utility Generating Unit (EGU) Existing Source GHG Guidelines in 2020, 2025, and 2030. Furthermore, this document provides a separate description of the expected benefits, costs, and economic impacts of proposed emission limits for reconstructed and modified EGU sources. This chapter contains background information on these rules and an outline of the chapters in the report.

## 1.2 Legal, Scientific and Economic Basis for this Rulemaking

### 1.2.1 Statutory Requirement

Section 111 of the Clean Air Act (CAA) requires performance standards for air pollutant emissions from categories of stationary sources that may reasonably contribute to endangerment of public health or welfare. In April 2007, the Supreme Court ruled in *Massachusetts* v. the *Environmental Protection Agency* (EPA) that greenhouse gases (GHGs) meet the definition of an "air pollutant" under the CAA. This ruling clarified that the authorities and requirements of the CAA apply to GHGs. As a result, the EPA must make decisions about whether to regulate GHGs under certain provisions of the CAA, based on relevant statutory criteria. The EPA issued a final determination that GHG emissions endanger both the public health and the public welfare of current and future generations in the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the CAA (74 FR 66,496; Dec. 15, 2009).

Section 111(b) authorizes the EPA to issue new source performance standards (NSPS) for carbon dioxide ($CO_2$) from newly constructed, reconstructed, and modified sources. In January 2014, under the authority of CAA section 111(b), the EPA proposed standards for emissions of $CO_2$ from newly constructed fossil fuel-fired electric steam generating units (utility boilers and integrated gasification combined cycle [IGCC] units) and for natural gas-fired stationary combustion turbines. The EPA is currently proposing standards to address $CO_2$ emissions from reconstructed and modified power plants under the authority of CAA section 111(b).

1-1

Furthermore, when the EPA establishes section 111(b) standards of performance for newly constructed sources in a particular source category for a pollutant that is not regulated as a criteria pollutant or hazardous air pollutant, the EPA must establish requirements for existing sources in that source category for that pollutant under section 111(d). Under 111(d), the EPA develops "emission guidelines" that the states must develop plans to meet. The EPA is proposing state goals for GHG emissions from existing sources under section 111(d) of the CAA.

### 1.2.2 Health and Welfare Impacts from Climate Change

In 2009, the EPA Administrator found "six greenhouse gases taken in combination endanger both the public health and the public welfare."[8] These adverse impacts make it necessary for the EPA to regulate GHGs from EGU sources. This proposed rule is designed to reduce the rate at which atmospheric concentrations of these gases are increasing, and therefore reduce the risk of adverse effects.

A number of major peer-reviewed scientific assessments have been released since the administrative record concerning the Endangerment Finding closed following the EPA's 2010 Reconsideration Denial. The EPA has reviewed these assessments and finds that in general, the improved understanding of the climate system they present are consistent with the assessments underlying the 2009 Endangerment Finding. For example, the recently released National Climate Assessment stated, "Climate change is already affecting the American people in far reaching ways. Certain types of extreme weather events with links to climate change have become more frequent and/or intense, including prolonged periods of heat, heavy downpours, and, in some regions, floods and droughts. In addition, warming is causing sea level to rise and glaciers and Arctic sea ice to melt, and oceans are becoming more acidic as they absorb carbon dioxide. These and other aspects of climate change are disrupting people's lives and damaging some sectors of our economy." This and other assessments are outlined in Chapter 4 of this Regulatory Impact Assessment (RIA).

---

[8] Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act.

### *1.2.3 Market Failure*

Many regulations are promulgated to correct market failures, which lead to a suboptimal allocation of resources within the free market. Air quality and pollution control regulations address "negative externalities" whereby the market does not internalize the full opportunity cost of production borne by society as public goods such as air quality are unpriced.

GHG emissions impose costs on society, such as negative health and welfare impacts that are not reflected in the market price of the goods produced through the polluting process. For this regulatory action the good produced is electricity. These social costs associated with the health and welfare impacts are referred to as negative externalities. If an electricity producer pollutes the atmosphere when it generates electricity, this cost will be borne not by the polluting firm but by society as a whole. The market price of electricity will fail to incorporate the full opportunity cost to society of generating electricity. All else equal, given this externality, the quantity of electricity generated in a free market will not be at the socially optimal level. More electricity will be produced than would occur if the power producers had to account for the full opportunity cost of production including the negative externality. Consequently, absent a regulation on emissions, the marginal social cost of the last unit of electricity produced will exceed its marginal social benefit.

### 1.3 Summary of Regulatory Analysis

In accordance with Executive Order 12866, Executive Order 13563, and the EPA's "Guidelines for Preparing Economic Analyses," the EPA prepared this RIA for this "significant regulatory action." This action is an economically significant regulatory action because it is expected to have an annual effect on the economy of $100 million or more or adversely affect in a material way the economy, a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or state, local, or tribal governments or communities.

This RIA addresses the potential costs, emission reductions, and benefits of the existing source emission guidelines that are the focus of this action. Additionally, this RIA includes information on potential impacts on electricity markets, employment, and markets outside the electricity sector. Chapter 9 of this document provides a separate description of the expected

benefits, costs and economic impacts of proposed emission limits for reconstructed and modified EGU sources.

In evaluating the impacts of the proposed guidelines, we analyzed a number of uncertainties. For example, the analysis includes an evaluation of different potential spatial approaches to state compliance (i.e., state and regional) and in the estimated benefits of reducing carbon dioxide and other air pollutants. For a further discussion of key evaluations of uncertainty in the regulatory analyses for this proposed rulemaking, see Chapter 8 of this RIA.

## 1.4 Background for the Proposed EGU Existing Source GHG Guidelines

### 1.4.1 Base Case and Years of Analysis

The rule on which the majority of the analysis in this RIA is based proposes GHG emission guidelines for states to limit $CO_2$ emissions from certain existing EGUs. The base case for this analysis, which uses the Integrated Planning Model (IPM), includes state rules that have been finalized and/or approved by a state's legislature or environmental agencies, as well as final federal rules. The IPM Base Case v.5.13 includes the Clean Air Interstate Rule (CAIR),[9] the Mercury and Air Toxics Rule (MATS), and other state and Federal regulations to the extent that they contain measures, permits, or other air-related limitations or requirements. Additional legally binding and enforceable commitments for GHG reductions considered in the base case are discussed in the documentation for IPM.[10]

Costs and benefits are presented for compliance in 2020, 2025, and 2030 for Option 1 and 2020 and 2025 for Option 2. These years were selected because they represent partial and

---

[9] EPA Base Case v.5.13 includes the Clean Air Interstate Rule (CAIR), a Federal regulatory measure for achieving the 1997 National Ambient Air Quality Standards (NAAQS) for ozone (8-hour average of 0.08 ppm) and fine particles (24-hour average of 65 µg/m³ or less and annual average of 15 µg/m³ for particles of diameter 2.5 micrometers or less, i.e., PM2.5). Originally issued March 10, 2005, CAIR was remanded back to EPA by the U.S. Court of Appeals for the District of Columbia Circuit in December 2008 and EPA was required to correct legal flaws in the regulations that had been cited in a ruling by the Court in July 2008. CAIR remains in effect until replaced by EPA pursuant to the Court's ruling. CAIR's provisions were still in effect when EPA Base Case v.5.13 was released.

[10] See Chapter 3 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

full implementation dates for the two policy options analyzed. Analysis of employment impacts is presented for compliance in 2020, 2025, and 2030 for Option 1 and 2020 and 2025 for Option 2. All estimates are presented in 2011 dollars.

### 1.4.2 Definition of Affected Sources

This proposed rule under CAA section 111(d) will set emission guidelines for states to limit $CO_2$ emissions from certain existing EGUs. This rulemaking does not address GHG emissions from newly constructed sources or sources modifying or reconstructing. Section 111(b) emission limits for reconstructed and modified sources are being proposed in a separate action and are discussed in Chapter 9 of this RIA.

For the purposes of this proposed rule, an affected EGU is any fossil fuel-fired EGU that was in operation or had commenced construction as of January 8, 2014, and is therefore an "existing source" for purposes of CAA section 111, but in all other respects would meet the applicability criteria for coverage under the proposed GHG standards for newly constructed fossil fuel-fired EGUs published in the Federal Register on that date.  The proposed GHG standards for newly constructed EGUs generally define an affected EGU as any boiler, IGCC, or combustion turbine (in either simple cycle or combined cycle configuration) that (1) is capable of combusting at least 250 million British thermal units (Btu) per hour; (2) combusts fossil fuel for more than 10 percent of its total annual heat input; (3) sells the greater of 219,000 MWh per year or one-third of its potential electrical output to a utility distribution system; and (4) was not in operation or under construction as of January 8, 2014 (the date the proposed GHG standards of performance for newly constructed EGUs were published in the Federal Register). The minimum fossil fuel consumption condition applies over any consecutive three-year period (or as long as the unit has been in operation, if less). The minimum electricity sales condition applies over rolling three-year periods (or as long as the unit has been in operation, if less).

### 1.4.3 Regulated Pollutant

This rule sets emission guidelines for $CO_2$ emissions from affected sources. The EPA is proposing these guidelines because $CO_2$ is a GHG and fossil fuel-fired power plants are the

country's largest stationary source emitters of GHGs. In 2009, the EPA found that by causing or contributing to climate change, GHGs endanger both the public health and the public welfare of current and future generations.[11]

The EPA is aware that other GHGs such as nitrous oxide ($N_2O$) (and to a lesser extent, methane [$CH_4$]) may be emitted from fossil-fuel-fired EGUs, especially from coal-fired circulating fluidized bed combustors and from units with selective catalytic reduction and selective non-catalytic reduction systems installed for nitrogen oxide ($NO_X$) control. The EPA is not proposing separate $N_2O$ or $CH_4$ guidelines or an equivalent $CO_2$ emission limit because of a lack of available data for these affected sources. Additional information on the quantity and significance of emissions and on the availability of controls of reasonable cost would be needed before proposing standards for these pollutants.

### 1.4.4 Emission Guidelines

The EPA is proposing emission guidelines for states to use in developing plans to address greenhouse gas emissions from existing fossil fuel-fired electric generating units. Specifically, the EPA is proposing state-specific rate-based goals for $CO_2$ emissions from the power sector, as well as guidelines for states to follow in developing plans to attain the state-specific goals. (These state-based goals can be found in the preamble and Chapter 3 of this RIA.) The proposed emission guidelines provide states with options for establishing standards of performance in a manner that accommodates a diverse range of state approaches. The proposed guidelines would also allow states to collaborate and to demonstrate compliance on a multi-state basis, in recognition of the fact that electricity is transmitted across state lines, and measures often impact regional EGU $CO_2$ emissions. The illustrative compliance strategies presented in this RIA include both regional and state-level compliance scenarios for each of the regulatory options presented.

---

[11] Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act.

**1.5 Organization of the Regulatory Impact Analysis**

This report presents the EPA's analysis of the potential benefits, costs, and other economic effects of the proposed EGU Existing Source GHG Guidelines to fulfill the requirements of an RIA. This RIA includes the following chapters:

- Chapter 2, Electric Power Sector Profile

- Chapter 3, Control Strategies, Cost, Economic, and Energy Impacts

- Chapter 4,  Estimated Climate Benefits and Health Co-benefits

- Chapter 5, Economic Impacts – Markets Outside the Electricity Sector

- Chapter 6, Employment

- Chapter 7, Statutory and Executive Order Analyses

- Chapter 8, Summary of Benefits and Cost of the Proposed Regulation

- Chapter 9, Benefits, Costs, and Economic Impacts of Standards of Performance for Modified and Reconstructed Electric Generating Units

## 1.6 References

40 CFR Chapter I [EPA–HQ–OAR–2009–0171; FRL–9091–8] RIN 2060–ZA14, "Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act," Federal Register / Vol. 74, No. 239 / Tuesday, December 15, 2009 / Rules and Regulations.

75 FR 49556. August 13, 2010. "EPA's Denial of the Petitions to Reconsider the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act."

Melillo, Jerry M., Terese (T.C.) Richmond, and Gary W. Yohe, Eds., 2014: Climate Change Impacts in the United States: The Third National Climate Assessment. U.S. Global Change Research Program. Available at <http://nca2014.globalchange.gov>.

U.S. Environmental Protection Agency. Power Sector Modeling Platform v.5.13. November 27, 2013. Available online at: http://www.epa.gov/powersectormodeling/BaseCasev513.html.

## CHAPTER 2: ELECTRIC POWER SECTOR PROFILE

### 2.1 Introduction

This chapter discusses important aspects of the power sector that relate to the proposed EGU Existing Source GHG Standards, including the types of power-sector sources affected by the proposal, and provides background on the power sector and EGUs. In addition, this chapter provides some historical background on the EPA regulation of, and future projections for, the power sector.

### 2.2 Power Sector Overview

The production and delivery of electricity to customers consists of three distinct segments: generation, transmission, and distribution.

#### 2.2.1 Generation

Electricity generation is the first process in the delivery of electricity to consumers. Most of the existing capacity for generating electricity does so by creating heat to create high pressure steam that is released to rotate turbines which, in turn, create electricity. The existing power sector consists of over 18,000 generating units, comprising fossil-fuel-fired units, nuclear units, and hydroelectric and other renewable sources dispersed throughout the country (see Table 2-1).

**Table 2-1.  Existing Electricity Generating Capacity by Energy Source, 2012**

| Energy Source | Number of Generators | Generator Nameplate Capacity (MW) | Net Summer Capacity (MW) | Net Winter Capacity (MW) |
|---|---|---|---|---|
| Coal | 1,309 | 336,341 | 309,680 | 312,293 |
| Petroleum | 3,702 | 53,789 | 47,167 | 51,239 |
| Natural Gas | 5,726 | 485,957 | 422,364 | 455,214 |
| Other Gases | 94 | 2,253 | 1,946 | 1,933 |
| Nuclear | 104 | 107,938 | 101,885 | 104,182 |
| Hydroelectric Conventional | 4,023 | 78,241 | 78,738 | 78,215 |
| Wind | 947 | 59,629 | 59,075 | 59,082 |
| Solar Thermal and Photovoltaic | 553 | 3,215 | 3,170 | 3,053 |
| Wood and Wood-Derived Fuels | 351 | 8,520 | 7,508 | 7,570 |
| Geothermal | 197 | 3,724 | 2,592 | 2,782 |
| Other Biomass | 1,766 | 5,527 | 4,811 | 4,885 |
| Hydroelectric Pumped Storage | 156 | 20,858 | 22,368 | 22,271 |
| Other Energy Sources | 95 | 2,005 | 1,729 | 1,739 |
| **Total** | **19,023** | **1,167,995** | **1,063,033** | **1,104,459** |

Source:  Table 4.3, EIA Electric Power Annual, 2013a

Note: This table presents generation capacity. Actual net generation is presented in Table 2-3.

In 2012, electric generating sources produced net 3,890 billion kWh to meet electricity demand. Roughly 70 percent of this electricity was produced through the combustion of fossil fuels, primarily coal and natural gas, with coal accounting for the largest single share.

**Table 2-2.  Electricity Net Generation in 2012 (billion kWh)**

| | Net Generation (Billion kWh) | Fuel Source Share |
|---|---|---|
| Coal | 1,500.6 | 38.57% |
| Petroleum | 20.1 | 0.52% |
| Natural Gas | 1,132.8 | 29.12% |
| Other Gases | 3.0 | 0.08% |
| Nuclear | 769.3 | 19.78% |
| Hydroelectric | 268.9 | 6.91% |
| Other | 195.7 | 5.03% |
| Total | 3,890 | 100% |

Source: Tables 3.2.A and 3.3.A, EIA Electric Power Annual, 2013a

Note: Excludes generation from commercial and industrial sectors. Retail sales are not equal to net generation because net generation includes net exported electricity and loss of electricity that occurs through transmission and distribution.

These electric generating sources provide electricity for commercial, industrial, and residential uses, each of which consumes roughly a quarter to a third of the total electricity produced (see Table 2-3). Some of these uses are highly variable, such as heating and air conditioning in residential and commercial buildings, while others are relatively constant, such as industrial processes that operate 24 hours a day.

**Table 2-3.  Total U.S. Electric Power Industry Retail Sales in 2012 (billion kWh)**

|  |  | Sales/Direct Use (Billion kWh) | Share of Total End Use |
|---|---|---|---|
| Retail Sales | Residential | 1,375 | 35.87% |
|  | Commercial | 1,327 | 34.63% |
|  | Industrial | 986 | 25.72% |
|  | Transportation | 7.3 | 0.19% |
| Direct Use |  | 138 | 3.59% |
| Total End Use |  | 3,832 | 100% |

Source: Table 2.2, EIA Electric Power Annual, 2013a

Coal-fired generating units have historically supplied "base-load" electricity, the portion of electricity loads which are continually present, and typically operate throughout the day. Along with nuclear generation, these coal units meet the part of demand that is relatively constant. Although much of the coal fleet operates as base load, there can be notable differences across various facilities (see Table 2-4). For example, coal-fired units less than 100 megawatts (MW) in size compose 32 percent of the total number of coal-fired units, but only 4 percent of total coal-fired capacity. Gas-fired generation is better able to vary output and is the primary option used to meet the variable portion of the electricity load and has historically supplied "peak" and "intermediate" power, when there is increased demand for electricity (for example, when businesses operate throughout the day or when people return home from work and run appliances and heating/air-conditioning), versus late at night or very early in the morning, when demand for electricity is reduced.

The evolving economics of the power sector, in particular the increased natural gas supply and subsequent relatively low natural gas prices, have resulted in more gas being utilized as base load energy in addition to supplying electricity during peak load. Projections of changes in capacity and the impact of this rule on the future need for construction of new generation

capacity sources are discussed in more detail in Chapter 3 of this RIA.

**Table 2-4.  Coal Steam Electricity Generating Units in 2015, by Size, Age, Capacity, and Thermal Efficiency (Heat Rate)**

| Unit Size Grouping (MW) | | | No. Units | % of All Units | Avg. Age | Avg. Net Summer Capacity (MW) | Total Net Summer Capacity (MW) | % Total Capacity | Avg. Heat Rate (Btu/kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 0 | To | 25 | 133 | 14% | 46 | 14 | 1,837 | 1% | 11,860 |
| >25 | To | 49 | 74 | 8% | 38 | 37.5 | 2,775 | 1% | 12,113 |
| 50 | To | 99 | 94 | 10% | 44 | 72.0 | 6,765 | 2% | 11,910 |
| 100 | To | 149 | 75 | 8% | 49 | 124.4 | 9,329 | 3% | 10,977 |
| 150 | To | 249 | 128 | 14% | 47 | 91.3 | 24,492 | 9% | 10,646 |
| 250 | and up | | 432 | 46% | 36 | 536.7 | 231,874 | 84% | 10,336 |
| Totals | | | 1,266 | | | | 316,480 | | |

Source:  National Electric Energy Data System (NEEDS) v.5.13

Note: The average heat rate reported is the mean of the heat rate of the units in each size category (as opposed to a generation-weighted or capacity-weighted average heat rate.) A lower heat rate indicates a higher level of fuel efficiency. Table is limited to coal-steam units online in 2013 or earlier, and excludes those units with planned retirements.

The locations of existing fossil units in NEEDS v.5.13 are shown in Figure 2-1.



**Figure 2-1. Fossil Fuel-Fired Electricity Generating Facilities, by Size**

Source: National Electric Energy Data System (NEEDS) v.5.13

Note: This map displays fossil capacity at facilities in the NEEDS v.5.13 IPM frame. NEEDS reflects available fossil capacity on-line by the end of 2015. This includes planned new builds and planned retirements. In areas with a dense concentration of facilities, some facilities may be obscured.

### *2.2.2 Transmission*

Transmission is the term used to describe the movement of electricity over a network of high voltage lines, from electric generators to substations where power is stepped down for local distribution. In the U.S. and Canada, there are three separate interconnected networks of high voltage transmission lines,[12] each operating synchronously. Within each of these transmission

---

[12] These three network interconnections are the western US and Canada, corresponding approximately to the area west of the Rocky Mountains; eastern US and Canada, not including most of Texas; and a third network operating in most of Texas. These are commonly referred to as the Western Interconnect Region, Eastern Interconnect Region, and ERCOT, respectively.

networks, there are multiple areas where the operation of power plants is monitored and controlled to ensure that electricity generation and load are kept in balance. In some areas, the operation of the transmission system is under the control of a single regional operator; in others, individual utilities coordinate the operations of their generation, transmission, and distribution systems to balance their common generation and load needs.

### 2.2.3 Distribution

Distribution of electricity involves networks of lower voltage lines and substations that take the higher voltage power from the transmission system and step it down to lower voltage levels to match the needs of customers. The transmission and distribution system is the classic example of a natural monopoly, in part because it is not practical to have more than one set of lines running from the electricity generating sources to substations or from substations to residences and businesses.

Transmission has generally been developed by the larger vertically integrated utilities that typically operate generation and distribution networks. Often distribution is handled by a large number of utilities that purchase and sell electricity, but do not generate it. Over the last couple of decades, several jurisdictions in the United States began restructuring the power industry to separate transmission and distribution from generation, ownership, and operation. As discussed below, electricity restructuring has focused primarily on efforts to reorganize the industry to encourage competition in the generation segment of the industry, including ensuring open access of generation to the transmission and distribution services needed to deliver power to consumers. In many states, such efforts have also included separating generation assets from transmission and distribution assets to form distinct economic entities. Transmission and distribution remain price-regulated throughout the country based on the cost of service.

## 2.3 Deregulation and Restructuring

The process of restructuring and deregulation of wholesale and retail electric markets has changed the structure of the electric power industry. In addition to reorganizing asset management between companies, restructuring sought a functional unbundling of the generation, transmission, distribution, and ancillary services the power sector has historically provided, with

the aim of enhancing competition in the generation segment of the industry.

Beginning in the 1970s, government policy shifted against traditional regulatory approaches and in favor of deregulation for many important industries, including transportation (notably commercial airlines), communications, and energy, which were all thought to be natural monopolies (prior to 1970) that warranted governmental control of pricing. However, deregulation efforts in the power sector were most active during the 1990s. Some of the primary drivers for deregulation of electric power included the desire for more efficient investment choices, the economic incentive to provide least-cost electric rates through market competition, reduced costs of combustion turbine technology that opened the door for more companies to sell power with smaller investments, and complexity of monitoring utilities' cost of service and establishing cost-based rates for various customer classes.

The pace of restructuring in the electric power industry slowed significantly in response to market volatility in California and financial turmoil associated with bankruptcy filings of key energy companies. By the end of 2001, restructuring had either been delayed or suspended in eight states that previously enacted legislation or issued regulatory orders for its implementation (shown as "Suspended" in Figure 2-2 below). Eighteen other states that had seriously explored the possibility of deregulation in 2000 reported no legislative or regulatory activity in 2001 (EIA, 2003) ("Not Active" in Figure 2-2 below). Currently, there are 15 states where price deregulation of generation (restructuring) has occurred ("Active" in Figure 2-2 below). Power sector restructuring is more or less at a standstill; there have been no recent proposals to the Federal Energy Regulatory Commission (FERC) for actions aimed at wider restructuring, and no additional states have recently begun retail deregulation activity.



**Figure 2-2.  Status of State Electricity Industry Restructuring Activities**

Source:  EIA "Status of Electricity Restructuring by State" 2010a.

## 2.4 Emissions of Greenhouse Gases from Electric Utilities

The burning of fossil fuels, which generates about 70 percent of our electricity nationwide, results in emissions of greenhouse gases. The power sector is a major contributor of $CO_2$ in particular, but also contributes to emissions of sulfur hexafluoride ($SF_6$), $CH_4$, and $N_2O$. In 2012, the power sector accounted for 32 percent of total nationwide greenhouse gas emissions, measured in $CO_2$ equivalent,[13] a slight increase from its 30 percent share in 1990. Table 2-5 and Figure 2-3 show the contributions of the power sector relative to other major economic sectors. Table 2-6 and Figure 2-4 show the contributions of $CO_2$ and other GHGs from the power sector.

---

[13] All $CO_2$ equivalent tons in this report are based on the 100-year time horizon Global Warming Potential.

**Table 2-5.  Domestic Emissions of Greenhouse Gases, by Economic Sector (million metric tons of CO$_2$ equivalent)**

| Sector/Source | 1990 | 2005 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Electricity Generation | 1,866 | 2,446 | 2,402 | 2,187 | 2,303 | 2,201 | 2,064 |
| Transportation | 1,553 | 2,017 | 1,935 | 1,862 | 1,876 | 1,852 | 1,837 |
| Industry | 1,531 | 1,408 | 1,372 | 1,221 | 1,301 | 1,298 | 1,278 |
| Agriculture | 518 | 584 | 615 | 605 | 601 | 613 | 614 |
| Commercial | 385 | 370 | 379 | 382 | 377 | 378 | 353 |
| Residential | 345 | 371 | 365 | 358 | 3607 | 354 | 321 |
| U.S. Territories | 34 | 58 | 50 | 48 | 58 | 58 | 58 |
| Total Emissions | 6,233 | 7,254 | 7,118 | 6,663 | 6,875 | 6,753 | 6,523 |

Note that 2005 CO$_2$ emissions from the electricity generation sector differ slightly from the 2005 CO$_2$ emissions presented in Chapter 3 due to differences in methodology (e.g., distribution of cogeneration emissions in the commercial and industrial sectors). We believe that the methodology used in Chapter 3 better corresponds to the units covered by the proposal.

Source:  EPA Inventory of U.S. Greenhouse Gas Emissions and Sink*s: 1990–2012.* April 2014.



**Figure 2-3.  Domestic Emissions of Greenhouse Gases, 2012 (million metric tons of CO$_2$ equivalent)**

Source:  EPA Inventory of U.S. Greenhouse Gas Emissions and Sink*s: 1990–2012.* April 2014.

**Table 2-6.  Greenhouse Gas Emissions from the Electricity Sector (Generation, Transmission and Distribution), 2012 (million metric tons of $CO_2$ equivalent)**

| Source | Total Emissions |
|---|---|
| $CO_2$ from Electricity Generation | 2,023 |
|     Coal | 1,511 |
|     Natural Gas | 492 |
|     Fuel Oil | 19 |
|     Geothermal | 0.4 |
| $CH_4$ from Electricity Generation | 0.5 |
|     Coal | 0.1 |
|     Fuel Oil | 0.1 |
|     Natural Gas | 0.4 |
|     Wood | + |
| $N_2O$ from Electricity Generation | 18.3 |
|     Coal | 9.1 |
|     Fuel Oil | 0.3 |
|     Natural Gas | 8.7 |
|     Wood | 0.1 |
| $SF_6$ from Electricity Transmission and Distribution | 6.0 |
| Total | 2,048 |

Source:  EPA Inventory of U.S. Greenhouse Gas Emissions and Sink*s: 1990–2012.* April 2014.

+ Does not exceed 0.05 Tg $CO_2$ Eq. or 0.05 percent.

      The amount of $CO_2$ emitted during the combustion of fossil fuels varies according to the carbon content and heating value of the fuel used (EIA, 2000) (see Table 2-7). Coal has higher carbon content than oil or natural gas and, thus, releases more $CO_2$ during combustion. Coal emits around 1.7 times as much carbon per unit of energy when burned as does natural gas (EPA 2013).



**Figure 2-4.  Direct GHG Emissions from the Power Sector Relative to Total Domestic GHG Emissions (2012)**

Source:  EPA Inventory of U.S. Greenhouse Gas Emissions and Sink*s: 1990–2012*. April 2014.

**Table 2-7.  Fossil Fuel Emission Factors in EPA Modeling Applications**

| Fuel Type | Carbon Dioxide (lbs/MMBtu) |
|---|---|
| **Coal** | |
| Bituminous | 205.2 – 206.6 |
| Subbituminous | 212.7 – 213.1 |
| Lignite | 213.5 – 217.0 |
| Natural Gas | 117.1 |
| **Fuel Oil** | |
| Distillate | 161.4 |
| Residual | 161.4 – 173.9 |
| Biomass* | 195 |
| **Waste Fuels** | |
| Waste Coal | 205.7 |
| Petroleum Coke | 225.1 |
| Fossil Waste | 321.1 |
| Non-Fossil Waste | 0 |
| Tires | 189.5 |
| Municipal Solid Waste | 91.9 |

Source:  Documentation for IPM Base Case v.513. See also Table 9.9 of IPM Documentation.

Note:  $CO_2$ emissions presented here for biomass reflect combustion only. They do not include any other biogenic or fossil emissions/sequestration related to biomass growth, harvest, transportation or any other biomass or processing emissions as part of the carbon cycle.

### 2.5 Improving GHG Performance at Existing EGUs

In proposing state goals, the analysis anticipates that states will pursue a mix of carbon-reducing strategies appropriate to each state's unique situation, developing an effective state plan that reflects the composition of the state's economy, existing state programs and measures, and characteristics of the state's existing electricity power system (e.g., utility regulatory structure, generation mix, transmission system and electricity demand). The analysis assumes states will develop plans involving four categories ("building blocks") of demonstrated approaches to improve the GHG performance of existing EGUs in the power sector:

1. Reducing the carbon intensity of generation at individual affected EGUs through heat-rate improvements.

2. Reducing emissions from the most carbon-intensive affected EGUs in the amount that results from substituting generation at those EGUs with generation from less carbon-intensive affected EGUs (including natural gas combined cycle [NGCC] units that are under construction).

3. Reducing emissions from affected EGUs in the amount that results from substituting generation at those EGUs with expanded low- or zero-carbon generation.

4. Reducing emissions from affected EGUs in the amount that results from the use of demand-side energy efficiency that reduces the amount of generation required.

This section briefly describes each of these four building block categories.  Our analyses of the magnitude of the opportunity for improvements from each category, and more detail about how we used each state's unique situation and availability of demonstrated approaches to improve GHG performance to determine state-specific emission goals, can be found in Chapter 5 of the Greenhouse Gas Abatement Measures TSD.

The first building block encompasses various improvements at existing EGUs that can lower the amount of $CO_2$ they emit when generating power. Heat rate improvements result in any changes in equipment, operating procedures or maintenance practices that increase the efficiency of converting fuel energy into electricity by an EGU. Such efficiency changes result in more

2-12

electricity being generated by each unit of fuel (e.g., ton of coal or cubic foot of gas), thereby lowering the amount of $CO_2$ per kWh of electricity produced as a byproduct of fuel combustion.

The second building block consists of improvements to lower the electric system's overall carbon intensity by shifting generation among existing EGUs.  The nation's EGUs are connected by transmission grids extending over large regions. Through these interconnections, EGU owners and/or grid operators prioritize among EGUs when deciding which ones to operate (i.e., "dispatch") to meet electricity demand at any time, subject to various constraints. Opportunities exist to lower significantly the electric system's carbon intensity through redispatch among existing EGUs, particularly by shifting generation from coal units to natural gas combined cycle (NGCC) units.[14] Over the last several years, advances in the production of natural gas have helped reduce natural gas prices and improved the competitive position of gas-fired units relative to coal-fired units. Operators have already shifted significant quantities of generation from coal units to NGCCs, absent any federal $CO_2$ requirements. Additional redispatch opportunities exist to further reduce carbon intensity of the power system, with extent of the additional opportunities varying region, based on factors such as the mix of EGU types, the relative prices of coal and natural gas and the amount of available NGCC capacity.

The third building block consists of the potential to increase the amount of lower carbon intensity generation by expanding low-carbon and renewable generating capacity. Adding new nuclear or renewable generating capacity to the electric system would tend to shift generation to the new units from existing EGUs with higher carbon intensity. Such expansion is consistent with current trends. While not included in the goal setting for building block 3, the addition of new NGCC capacity would have a similar impact and is one option states may choose to achieve the goal.

The fourth building block consists of improving the GHG performance of the power sector by reducing the total amount of generation required – in other words, improving demand-

_____

[14]We view opportunities to shift generation to existing renewable EGUs such as wind or solar units as limited because such units already tend to run when capable of doing so due to their low variable operating costs.

2-13

side efficiency. Many studies have found that significant improvements in demand-side efficiency can be realized at less cost than the savings from avoided power generation.[15] These electricity demand reductions can be achieved through policies or programs, such as subsidies for the purchase of energy-efficient appliances, which incentivize investment in cost-effective efficiency improvements by overcoming market imperfections that otherwise thwart these investments. States already employ a variety of mechanisms for this purpose.  These include energy efficiency resource standards, building energy codes and appliance and equipment energy standards. Reducing electricity demand also enhances efficiency by reducing the absolute amount of transmission and distribution losses that occur across the grid between the electricity generation sites and the demand sites. Particularly when integrated into a comprehensive approach for addressing GHG emissions, demand-side efficiency improvements can improve the carbon profile of the electricity supply system.

## 2.6 GHG and Clean Energy Regulation in the Power Sector

### 2.6.1 State Policies

Several states recently established emission performance standards or other measures to limit emissions of GHGs from existing EGUs that are comparable to this proposal for existing source guidance.

In 2003, then-Governor George Pataki of New York sent a letter to his counterparts in the Northeast and Mid-Atlantic inviting them to participate in the development of a regional cap-and-trade program addressing power plant $CO_2$ emissions.  This program, known as the Regional Greenhouse Gas Initiative (RGGI), began in 2009 and sets a regional $CO_2$ cap for participating states.  The currently participating states include: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Hampshire, New York, Rhode Island, and Vermont.  The cap covers $CO_2$ emissions from all fossil-fired EGUs greater than 25 MW in participating states, and limits total emissions to 91 million short tons in 2014.  This emissions budget is reduced 2.5% annually

---

[15] *See, e.g.,* Granade, et al., July 2009 and EPRI, 2009.

from 2015 to 2020.

In September 2006, then-Governor of California Arnold Schwarzenegger signed into law Senate Bill 1368. The law limits long-term investments in baseload generation by the state's utilities to power plants that meet an emissions performance standard jointly established by the California Energy Commission and the California Public Utilities Commission. The Energy Commission has designed regulations that establish a standard for new and existing baseload generation owned by, or under long-term contract to publicly owned utilities, of 1,100 lb $CO_2$/MWh.

In 2006 Governor Schwarzenegger also signed into law Assembly Bill 32, the Global Warming Solutions Act of 2006.  This act includes a multi-sector GHG cap-and-trade program which covers approximately 85% of the state GHG emissions.  EGUs are included in phase I of the program, which began in 2013.  Phase II begins in 2015 and includes upstream sources.  The cap is based on a 2 percent reduction from total 2012 expected emissions, and declines 2 percent annually through 2014, then 3 percent each year until 2020.

In May 2007, then-Governor Christine Gregoire of Washington signed Substitute Senate Bill 6001, which established statewide GHG emissions reduction goals, and imposed an emission standard that applies to any baseload electric generation that commenced operation after June 1, 2008 and is located in Washington, whether or not that generation serves load located within the state. Baseload generation facilities must initially comply with an emission limit of 1,100 lb $CO_2$/MWh. Bill 6001 also prohibited Washington electric utilities from entering new long-term power contracts after June 30, 2008 with any power plant exceeding the 1,100 lb $CO_2$/MWh limit.

In July 2009, then-Governor Theodore Kulongoski of Oregon signed Senate Bill 101, which mandated that facilities generating baseload electricity, whether gas- or coal-fired, must have emissions equal to or less than 1,100 lb $CO_2$/MWh, and prohibited utilities from entering into long-term purchase agreements for baseload electricity with out-of-state facilities that do not meet that standard. Natural gas- and petroleum distillate-fired facilities that are primarily used to serve peak demand or to integrate energy from renewable resources are specifically exempted

2-15

from the performance standard.

In August 2011, New York Governor Andrew Cuomo signed the Power NY Act of 2011. This regulation establishes $CO_2$ emission standards for new and modified electric generators greater than 25 MW.  The standards vary based on the type of facility: baseload facilities must meet a $CO_2$ standard of 925 lb/MWh or 120 lb/MMBtu, and peaking facilities must meet a $CO_2$ standard of 1,450 lbs/MWh or 160 lbs/MMBtu.

Additionally, the majority of states have implemented Renewable Portfolio Standards (RPS), or Renewable Electricity Standards (RES).  These programs are designed to increase the renewable share of a state's total electricity generation.  Currently 29 states and the District of Columbia have enforceable RPS or other mandatory renewable capacity policies, and 9 states have voluntary goals.[16]  These programs vary widely in structure, enforcement, and scope. For more information about existing state policies and programs that reduce power sector $CO_2$ emissions, see the State Plan Considerations Technical Support Document Appendix.

### 2.6.2 Federal Policies

In April 2007, the Supreme Court concluded that GHGs met the CAA definition of an air pollutant, giving the EPA the authority to regulate GHGs under the CAA contingent upon an agency determination that GHG emissions from new motor vehicles cause or contribute to air pollution that may reasonably be anticipated to endanger public health or welfare. This decision set in motion EPA's finding that GHG endangered public health, welfare and its regulation of GHG emissions for motor vehicles and set the stage for the determination of whether other sources of GHG emissions, including stationary sources, would need to be regulated as well.

In response to the FY2008 Consolidated Appropriations Act (H.R. 2764; Public Law 110–161), the EPA issued the Mandatory Reporting of Greenhouse Gases Rule (74 FR 5620) which required reporting of GHG data and other relevant information from fossil fuel suppliers and industrial gas suppliers, direct greenhouse gas emitters, and manufacturers of heavy-duty and

---

[16] Database of State Incentives for Renewables and Efficiency, March 2013 and Alaska House Bill 306, 2010.

off-road vehicles and engines. The purpose of the rule was to collect accurate and timely GHG data to inform future policy decisions. As such, it did not require that sources control greenhouse gases, but sources above certain threshold levels must monitor and report emissions.

In August 2007, the EPA issued a prevention of significant deterioration (PSD) permit to Deseret Power Electric Cooperative, authorizing it to construct a new waste-coal-fired EGU near its existing Bonanza Power Plant, in Bonanza, Utah. The permit did not include emissions control requirements for $CO_2$. The EPA acknowledged the Supreme Court decision, but found that decision alone did not require PSD permits to include limits on $CO_2$ emissions. Sierra Club challenged the Deseret permit. In November 2008, the Environmental Appeals Board (EAB) remanded the permit to the EPA to reconsider "whether or not to impose a $CO_2$ BACT (best available control technology) limit in light of the 'subject to regulation' definition under the CAA." The remand was based in part on EAB's finding that there was not an established EPA interpretation of the regulatory phrase "subject to regulation."

In December 2008, the Administrator issued a memo indicating that the PSD Permitting Program would apply to pollutants that are subject to either a provision in the CAA or a regulation adopted by the EPA under the CAA that requires actual control of emissions of that pollutant. The memo further explained that pollutants for which the EPA regulations only require monitoring or reporting, such as the provisions for $CO_2$ in the Acid Rain Program, are not subject to PSD permitting. Fifteen organizations petitioned the EPA for reconsideration, prompting the agency to issue a revised finding in March 2009. After reviewing comments, the EPA affirmed the position that PSD permitting is not triggered for a pollutant such as GHGs until a final nationwide rule requires actual control of emissions of the pollutant. For GHGs, this meant January 2011 when the first national rule limiting GHG emissions for cars and light trucks was scheduled to take effect. Therefore, a permit issued after January 2, 2011, would have to address GHG emissions.

The Administrator signed two distinct findings in December 2009 regarding greenhouse gases under section 202(a) of the Clean Air Act. The endangerment finding indicated that current and projected concentrations of the six key well-mixed greenhouse gases — $CO_2$, $CH_4$, $N_2O$, hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and $SF_6$ — in the atmosphere threaten the

public health and welfare of current and future generations. These greenhouse gases have long lifetimes and, as a result, become homogeneously distributed through the lower level of the Earth's atmosphere (IPCC, 2001). This differentiates them from other greenhouse gases that are not homogeneously distributed in the atmosphere. The cause and contribute finding indicated that the combined emissions of these well-mixed greenhouse gases from new motor vehicles and new motor vehicle engines contribute to the greenhouse gas pollution which threatens public health and welfare. Both findings were published in the Federal Register on December 15, 2009 (Docket ID EPA-HQ-OAR-2009-0171). These findings did not themselves impose any requirements on any industry or other entities, but allowed the EPA to regulate greenhouse gases under the CAA (see preamble section II.D for regulatory background). This action was a prerequisite to implementing the EPA's proposed greenhouse gas emission standards for light-duty vehicles, which was finalized in January 2010. Once a pollutant is regulated under the CAA, it is subject to permitting requirements under the PSD and Title V programs. The 2009 Endangerment Finding and a denial of reconsideration were challenged in a lawsuit; on June 26, 2012, the DC Circuit Court upheld the Endangerment Finding and the Reconsideration Denial, ruling that the Finding was neither arbitrary nor capricious, was consistent with Massachusetts v. EPA, and was adequately supported by the administrative record. The Court found that the EPA had based its decision on "substantial scientific evidence," noted that the EPA's reliance on assessments was consistent with the methods decision-makers often use to make a science-based judgment, and stated that "EPA's interpretation of the governing CAA provisions is unambiguously correct."

In May 2010, the EPA issued the final Tailoring Rule which set thresholds for GHG emissions that define when permits under the New Source Review and Title V Operating Permit programs are required for new and existing industrial facilities. Facilities responsible for nearly 70 percent of the national GHG emissions from stationary sources, including EGUs, were subject to permitting requirements under the rule. This rule was upheld by the D.C. Circuit in 2012.

On January 8, 2014 EPA proposed a new source performance standard (NSPS) for emissions of carbon dioxide for new fossil fuel-fired electric utility generating units. This action proposes to establish separate standards for fossil fuel-fired electric steam generating units

(utility boilers and Integrated Gasification Combined Cycle (IGCC) units) and for natural gas-fired stationary combustion turbines. These proposed standards reflect separate determinations of the best system of emission reduction (BSER) adequately demonstrated for utility boilers and IGCC units and for natural gas-fired stationary combustion turbines. This action proposes a standard of performance for utility boilers and IGCC units based on partial implementation of carbon capture and storage (CCS) as the BSER. The proposed emission limit for those sources is 1,100 lb $CO_2$/MWh. This action also proposes standards of performance for natural gas-fired stationary combustion turbines based on modern, efficient natural gas combined cycle (NGCC) technology as the BSER. The proposed emission limits for those sources are 1,000 lb CO2/MWh for larger units and 1,100 lb $CO_2$/MWh for smaller units.

## 2.7 Revenues, Expenses, and Prices

Due to lower retail electricity sales, total utility operating revenues declined in 2012 to $271 billion from a peak of almost $300 billion in 2008. Despite revenues not returning to 2008, operating expenses were appreciably lower and as a result, net income in 2012 rose in comparison previous years (see Table 2-8). Recent economic events and continued energy efficiency improvements have put downward pressure on electricity demand, thus dampening electricity prices and consumption (utility revenues), but have also reduced the price and cost of fossil fuels and other expenses. Electricity sales and revenues associated with the generation, transmission, and distribution of electricity are expected to rebound and increase modestly by 2015, when revenues are projected to be roughly $359 billion (see Table 2-9).

Table 2-8 shows that investor-owned utilities (IOUs) earned income of about 13 percent compared to total revenues in 2012. Based on EIA's *Annual Energy Outlook 2013*, Table 2-9 shows that the power sector is projected to derive revenues of $359 billion in 2015. Assuming the same income ratio from IOUs (with no income kept by public power), and using the same proportion of power sales from public power as observed in 2012, the EPA projects that the power sector will expend over $372 billion in 2015 to generate, transmit, and distribute electricity to end-use consumers.

Over the past 50 years, real national average retail electricity prices have ranged from

2-19

around 8 cents per kWh in the early 1970s, to around 12 cents, reached in the early 1980s. Generally, retail electricity prices do not change rapidly and do not display the variability of other energy or commodity prices, although the frequency at which these prices change varies across different types of customers. Retail rate regulation has largely insulated consumers from the rising and falling wholesale electricity price signals whose variation in the marketplace on an hourly, daily, and seasonal basis is critical for driving lowest-cost matching of supply and demand. In fact, the real price of electricity today is lower than it was in the early 1960s and 1980s (see Figure 2-5).



**Figure 2-5. National Average Retail Electricity Price (1960 – 2013, 2011$)**

Source: EIA **Monthly Energy Review** 2013, BEA **National Income Product Accoun**ts 2014

**Table 2-8.  Revenue and Expense Statistics for Major U.S. Investor-Owned Electric Utilities ($millions)**

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| **Utility Operating Revenues** | **285,512** | **280,520** | **270,912** |
| Electric Utility | 260,119 | 255,573 | 249,166 |
| Other Utility | 25,393 | 24,946 | 21,745 |
| **Utility Operating Expenses** | **253,022** | **247,118** | **235,694** |
| Electric Utility | 234,173 | 228,873 | 220,722 |
| Operation | 166,922 | 161,460 | 152,379 |
| Production | 128,831 | 122,520 | 111,714 |
| Cost of Fuel | 44,138 | 42,779 | 38,998 |
| Purchased Power | 67,284 | 61,447 | 54,570 |
| Other | 17,409 | 18,294 | 18,146 |
| Transmission | 6,948 | 6,876 | 7,183 |
| Distribution | 4,007 | 4,044 | 4,181 |
| Customer Accounts | 5,091 | 5,180 | 5,086 |
| Customer Service | 4,741 | 5,311 | 5,640 |
| Sales | 185 | 185 | 221 |
| Admin. and General | 17,120 | 17,343 | 18,353 |
| Maintenance | 14,957 | 15,772 | 15,489 |
| Depreciation | 20,951 | 22,555 | 23,677 |
| Taxes and Other | 31,343 | 29,086 | 29,177 |
| Other Utility | 18,849 | 18,245 | 14,972 |
| **Net Utility Operating Income** | **32,490** | **33,402** | **35,218** |

Source: Table 8.3, *EIA Electric Power Annual*, 2013a. Values are in millions of current year (i.e., nominal) terms.

Note: This data does not include information for public utilities.

**Table 2-9.  Projected Revenues by Service Category in 2015 for Public Power and Investor-Owned Utilities (billions)**

| | |
|---|---|
| Generation | $207 |
| Transmission | $40 |
| Distribution | $111 |
| **Total** | **$359** |

Source:  EIA 2013b

Note: Data are derived by taking either total electricity use (for generation) or sales (transmission and distribution) and multiplying by forecasted prices by service category from Table 8 of EIA AEO 2013 (Electricity Supply, Disposition, Prices, and Emissions).

On a state-by-state basis, retail electricity prices vary considerably. The Northeast and California have average retail prices that can be as much as double those of other states (see Figure 2-6).

2-21



**Note:** Data are displayed as 5 groups of 10 States and the District of Columbia. U.S. total average price per kilowatt-hour is 9.90 cents.

**Source:** U.S. Energy Information Administration. 2011b.

**Figure 2-6.  Average Retail Electricity Price by State (cents/kWh), 2011**

## 2.8 Natural Gas Market

The natural gas market in the United States has historically experienced significant price volatility from year to year, between seasons within a year, and can undergo major price swings during short-lived weather events (such as cold snaps leading to short-run spikes in heating demand). Over the last decade, gas prices (both Henry Hub prices and delivered prices to the power sector) have ranged from below $3 to nearly $10/mmBtu on an annual average basis (see Figure 2-7). During that time, the daily price of natural gas reached as high as $15/mmBtu.

2-22

Recent forecasts of natural gas availability have also experienced considerable revision as new sources of gas have been discovered and have come to market, although there continues to be some uncertainty surrounding the precise quantity of the resource base.

Current and projected natural gas prices are considerably lower than the prices observed over the past decade, largely due to advances in hydraulic fracturing and horizontal drilling techniques that have opened up new shale gas resources and substantially increased the supply of economically recoverable natural gas. According to an EIA "Energy in Brief" (EIA 2012b):

"Shale gas refers to natural gas that is trapped within shale formations. Shales are fine-grained sedimentary rocks that can be rich sources of petroleum and natural gas. Over the past decade, the combination of horizontal drilling and hydraulic fracturing has allowed access to large volumes of shale gas that were previously uneconomical to produce. The production of natural gas from shale formations has rejuvenated the natural gas industry in the United States."

The U.S. Energy Information Administration's Annual Energy Outlook 2012 (Early Release) estimates that the United States possessed 2,214 trillion cubic feet (Tcf) of technically recoverable natural gas resources as of January 1, 2010. Natural gas from proven and unproven shale resources accounts for 542 Tcf of this resource estimate. The AEO 2012 (Early Release) notes that many shale formations, especially the Marcellus, are so large that only small portions of the entire formations have been intensively production-tested. Consequently, the estimate of technically recoverable resources is highly uncertain, and is regularly updated as more information is gained through drilling and production. At the 2010 rate of U.S. consumption (about 24.1 Tcf per year), 2,214 Tcf of natural gas is enough to supply over 90 years of use. Although the estimate of the shale gas resource base is lower than in the prior edition of the Outlook, shale gas production estimates increased between the 2011 and 2012 Outlooks, driven by lower drilling costs and continued drilling in shale plays with high concentrations of natural gas liquids and crude oil, which have a higher value in energy equivalent terms than dry natural

gas.[17]

EIA's projections of natural gas conditions did not change substantially in AEO 2014 from the AEO 2013, and EIA is still forecasting abundant reserves consistent with the above findings. Recent historical data reported to EIA is also consistent with these trends, with 2013 being the highest year on record for domestic natural gas production.[18] The average delivered natural gas price to the power sector was $4.49 per MMBtu in 2013, higher than in 2012 ($3.54/MMBtu), but still down from $4.89/MMBtu in 2011.[19]

EIA projections of future natural gas prices assume trends that are consistent with historical and current market behavior, technological and demographic changes, and current laws and regulations.[20] Depending on actual conditions, there may be significant variation from the price projected in the reference case and the price observed. To address this uncertainty, EIA issues a range of alternative cases, including cases with higher and lower economic growth, which address many of the uncertainties inherent in the long-term projections.

---

[17] For more information, see: http://www.eia.gov/forecasts/archive/aeo11/IF_all.cfm#prospectshale; http://www.eia.gov/energy_in_brief/about_shale_gas.cfm

[18] http://www.eia.gov/dnav/ng/hist/n9010us2a.htm

[19] http://www.eia.gov/dnav/ng/hist/n3045us3A.htm; Assumes that 1 TCF = 1.023 MMBtu natural gas (http://www.eia.gov/tools/faqs/faq.cfm?id=45&t=8)

[20] EIA 2010b.



**Figure 2-7.  Natural Gas Spot Price, Annual Average (Henry Hub)**

Source:  EIA 2010c, EIA 2012a, EIA 2013b, EIA 2014

## 2.9 Electricity Demand and Demand Response

Electricity performs a vital and high-value function in the economy. Historically, growth in electricity consumption has been closely aligned with economic growth. Overall, the U.S. economy has become more efficient over time, producing more output (gross domestic product – GDP) per unit of energy input, with per capita energy use fairly constant over the past 30 years (EIA, 2010d). The growth rate of electricity demanded has also been in overall decline for the past sixty years (see Figure 2-8), with several key drivers that are worth noting. First, there has been a significant structural shift in the U.S. economy towards less energy-intensive sectors, like

services.[21] Second, companies face increasing financial incentives to reduce expenditures, including those for energy. Third, companies are responding to the marketplace and continually develop and bring to market new technologies that reduce energy consumption. Fourth, energy efficiency policies at the state and Federal level have reduced demand. These broader changes have altered the outlook for future electricity growth.



**Figure 2-8.  Electricity Growth Rate (3-Year Rolling Average) and Projections from the Annual Energy Outlook 2014**

Source:  EIA 2009, EIA 2014

State policies have driven a rapid increase in investment in utility energy efficiency programs (increasing from $1.6 billion in 2006 to $5.9 billion in 2011)[22] and investments in energy efficiency are projected to continue to increase significantly (to $8 billion or more) for at least the next decade[23], driven largely by the growing number of states that have adopted energy

---

[21] EIA 2013b

[22] American Council for an Energy-Efficient Economy (ACEEE). November 2013. The 2013 State Energy Efficiency Scorecard. Available at http://www.aceee.org/state-policy/scorecard.

[23] Barbose, G.L., C.A. Goldman, I. Ml. Hoffman, M. A. Billingsley. January 2013. The Future of Utility Customer-Funded Energy Efficiency Programs in the United States: Projected Spending and Savings to 2025. LBNL-5803E.

efficiency resource standards. These investments, and other energy efficiency policies at both the state and federal level, create incentives to reduce electricity consumption and peak load. According to data reported to EIA, energy efficiency programs reduced annual electricity demand by 3.74% in 2012.[24]

Demand for electricity, especially in the short run, is not very sensitive to changes in prices and is considered relatively price inelastic, although some demand reduction does occur in response to price. With that in mind, the EPA modeling does not typically incorporate a "demand response" in its electric generation modeling (see the discussion in Chapter 3) to the increases in electricity prices typically projected for EPA rulemakings.

---

Available at http://emp.lbl.gov/publications/future-utility-customer-funded energy-efficiency-programs-united-states-projected-spend.

[24] U.S. Energy Information Administration Form EIA-861 data files. 2012. Available at http://www.eia.gov/electricity/data/eia861/.

## 2.10 References

Alaska House Bill 306. Signed by Governor Sean Parnell June 16, 2010. Available online at: http://www.legis.state.ak.us/basis/get_bill_text.asp?hsid=HBO306Z&session=26

American Council for an Energy-Efficient Economy (ACEEE). November 2013. "The 2013 State Energy Efficiency Scorecard". Available at http://www.aceee.org/state-policy/scorecard

Barbose, G.L., C.A. Goldman, I. Ml. Hoffman, M. A. Billingsley. January 2013. The Future of Utility Customer-Funded Energy Efficiency Programs in the United States: Projected Spending and Savings to 2025. LBNL-5803E. Available at http://emp.lbl.gov/publications/future-utility-customer-funded energy-efficiency-programs-united-states-projected-spend

Database of State Incentives for Renewables and Efficiency. March 2013. Accessed May 23, 2014. Available online at: http://www.dsireusa.org/

Granade, Hannah Choi; Creyts, Jon; Derkach, Anton; Farese, Philip; Nyquist, Scott; and Ostrowski, Ken. 2009 "Unlocking Energy Efficiency in the U.S. Economy". Available online at http://www.mckinsey.com/client_service/electric_power_and_natural_gas/latest_thinking/unlocking_energy_efficiency_in_the_us_economy

EPRI. 2009. "Assessment of Achievable Potential from Energy Efficiency and Demand Response Programs in the U.S. (2010 – 2030): Executive Summary". Palo Alto, CA. EPRI Product ID. Available online at: http://www.epri.com/abstracts/pages/productabstract.aspx?ProductID=000000000001016987

Intergovernmental Panel on Climate Change. 2001.  "Climate Change 2001: The Scientific Basis. 2001." Available online at: http://www.grida.no/publications/other/ipcc_tar/?src=/climate/ipcc_tar/wg1/218.htm

International Energy Agency (IEA).2013. "Tracking Clean Energy Progress 2013." Input to the Clean Energy Ministerial. 2013. Available online at: http://www.iea.org/etp/tracking/

Oil and Gas Journal. "Enhanced Oil Recovery Survey," 2010. Volume 108, Issue 14, April 19, p.41.

U.S. Bureau of Economic Analyis (BEA) "**National Income Product Accoun**ts Tables, Table 1.1.9. Implicit Price Deflators for Gross Domestic Product, May 20, 2014." Available online at: http://www.bea.gov/iTable/iTable.cfm?reqid=9&step=3&isuri=1&903=13#reqid=9&step=3&isuri=1&904=2012&903=13&906=a&905=2014&910=x&911=1

U.S. Energy Information Administration (U.S. EIA). 2000. "Carbon Dioxide Emissions from the Generation of Electric Power in the United States," July. Available online at: ftp://ftp.eia.doe.gov/environment/co2emiss00.pdf

U.S. U.S. EIA. 2003. "Electric Power Annual 2003. 2003." Available online at: http://www.eia.gov/electricity/annual/archive/03482003.pdf

U.S. EIA. 2009. "Electric Power Annual 2009." Available online at: http://www.eia.gov/electricity/annual/archive/03482009.pdf

U.S. EIA. 2010a. "Status of Electricity Restructuring by State." Available online at: http://www.eia.gov/cneaf/electricity/page/restructuring/restructure_elect.html

U.S. EIA. 2010b. "AEO 2010 Retrospective Review." Available online at: http://www.eia.gov/forecasts/aeo/retrospective/

U.S. EIA. 2010c. "Annual Energy Outlook 2010."Available online at: http://www.eia.gov/oiaf/archive/aeo10/index.html

U.S. EIA. 2010d. "Annual Energy Review 2010." Available online at: http://www.eia.gov/totalenergy/data/annual/pdf/aer.pdf

U.S. EIA. 2011. "Annual Energy Outlook 2011." Available online at: http://www.eia.gov/forecasts/archive/aeo11/

U.S. EIA. 2011b. "Average Price by State by Provider, 1990-2011 (EIA-861)." Available online at: http://www.eia.gov/electricity/data/state/

U.S. EIA. 2012a. "Annual Energy Outlook 2012 (Early Release)." Available online at: http://www.eia.gov/forecasts/aeo/

U.S. EIA. 2012b. "Energy in Brief: What is Shale Gas and Why is it Important?" Available online at: http://www.eia.gov/energy_in_brief/about_shale_gas.cfm

U.S. EIA. 2013a. "Electric Power Annual 2012."Available online at: http://www.eia.gov/electricity/annual/

U.S. EIA.2013b.  "Annual Energy Outlook 2013." Available online at:
http://www.eia.gov/forecasts/aeo/

U.S. EIA.2014.  "Annual Energy Outlook 2014." Available online at:
http://www.eia.gov/forecasts/aeo/

U.S. EIA. 2013. "Monthly Energy Review May 2014." Available online at:
http://www.eia.gov/totalenergy/data/annual/#electricity

U.S. Environmental Protection Agency (EPA). 2014. "Inventory of U.S. Greenhouse Gas
Emissions and Sinks: 1990–2012," April. Available online at:
http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html

# CHAPTER 3: COST, ECONOMIC, AND ENERGY IMPACTS

## 3.1    Introduction

This chapter reports the compliance cost, economic, and energy impact analysis performed for the proposed rule. EPA used the Integrated Planning Model (IPM), developed by ICF International, to conduct its analysis. IPM is a dynamic linear programming model that can be used to examine air pollution control policies for $CO_2$, $SO_2$, $NO_X$, Hg, HCl, and other air pollutants throughout the United States for the entire power system.  The IPM analysis is complemented by an analysis of the cost and scope of reductions in electricity demand that can be achieved through energy efficiency programs.

## 3.2    Overview

EPA is proposing emission guidelines for states to follow in developing plans to address greenhouse gas emissions from existing fossil fuel-fired electric generating units. Specifically, the EPA is proposing state-specific rate-based goals for $CO_2$ emissions from the power sector, as well as guidelines for states to use in developing plans to attain the state-specific goals. This rule, as proposed, would set in motion actions to lower the carbon intensity of power generation in the United States.

Over the last decade, EPA has conducted extensive analyses of regulatory actions affecting the power sector. These efforts support the Agency's understanding of key variables that influence the effects of a policy and provide the framework for how the Agency estimates the costs and benefits associated with its actions.

The estimated annual costs of the proposed action are between $5.4 and $7.4 billion in 2020 and between $7.3 and $8.8 billion in 2030 for the primary Option (Option 1). The alternative option (Option 2) has annual estimated costs of between $4.2 and $5.4 billion in 2020 and between $4.5 and $5.5 billion in 2025[25, 26]

---

[25] These costs do not include monitoring, reporting, and recordkeeping costs.  For more information, see section 3.11.

[26] All costs represent real dollars ($2011).

### 3.3      Power Sector Modelling Framework

The Integrated Planning Model (IPM), developed by ICF Consulting, is a state-of-the-art, peer-reviewed, dynamic linear programming model that can be used to project power sector behavior under future business-as-usual conditions and examine prospective air pollution control policies throughout the contiguous United States for the entire electric power system. EPA used IPM, inclusive of the electricity demand reductions achieved through the energy efficiency scenario included in the proposed rule, to project likely future electricity market conditions with and without the proposed rule. The level of energy efficiency-driven reductions in electricity demand and their associated costs are reported in section 3.6.

IPM is a multi-regional, dynamic, deterministic linear programming model of the U.S. electric power sector. It provides forecasts of least cost capacity expansion, electricity dispatch, and emission control strategies while meeting energy demand and environmental, transmission, dispatch, and reliability constraints. EPA has used IPM for over two decades to better understand power sector behavior under future business-as-usual conditions and evaluate the economic and emission impacts of prospective environmental policies. The model is designed to reflect electricity markets as accurately as possible. EPA uses the best available information from utilities, industry experts, gas and coal market experts, financial institutions, and government statistics as the basis for the detailed power sector modeling in IPM. The model documentation provides additional information on the assumptions discussed here as well as all other model assumptions and inputs.[27]

Although the Agency typically focuses on broad system effects when assessing the economic impacts of a particular policy, EPA's application of IPM includes a detailed and sophisticated regional representation of key variables affecting power sector behavior.

The model incorporates a detailed representation of the fossil-fuel supply system that is used to forecast equilibrium fuel prices. The model includes an endogenous representation of the

---

[27] Detailed information and documentation of EPA's Base Case using IPM (v5.13), including all the underlying assumptions, data sources, and architecture parameters can be found on EPA's website at: http://www.epa.gov/powersectormodeling

North American natural gas supply system through a natural gas module that reflects a partial supply/demand equilibrium of the North American gas market accounting for varying levels of potential power sector gas demand and corresponding gas production and price levels.[28] This module consists of 118 supply, demand, and storage nodes and 15 liquefied natural gas re-gasification facility locations that are tied together by a series of linkages (i.e., pipelines) that represent the North American natural gas transmission and distribution network.

IPM also endogenously models the partial equilibrium of coal supply and EGU coal demand levels throughout the continental U.S., taking into account assumed non-power sector demand and imports/exports. IPM reflects 36 coal supply regions, 14 coal grades, and the coal transport network, which consists of over four thousand linkages representing rail, barge, and truck and conveyer linkages. The coal supply curves in IPM, which are publicly available, were developed during a thorough bottom-up, mine-by-mine approach that depicts the coal choices and associated supply costs that power plants would face if selecting that coal over the modeling time horizon. The IPM documentation outlines the methods and data used to quantify the economically recoverable coal reserves, characterize their cost, and build the 36 coal regions curves. The coal supply curves were developed in consultation with Wood Mackenzie, one of the leading energy consulting firms and specialists in coal supply. These curves have been independently reviewed by industry experts and have been made available for public review prior to this rulemaking process.[29]

EPA has used IPM extensively over the past two decades to analyze options for reducing power sector emissions. Previously, the model has been used to forecast the costs, emission changes, and power sector impacts for the Clean Air Interstate Rule, Cross-State Air Pollution Rule (CSAPR), the Mercury and Air Toxics Standards (MATS), and the proposed Carbon Pollution Standards for New Power Plants.

---

[28] See Chapter 10 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

[29] See Chapter 9 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

The model and EPA's assumptions input into the model undergo periodic formal peer review. The rulemaking process also provides opportunity for expert review and comment by a variety of stakeholders, including owners and operators of capacity in the electricity sector that is represented by the model, public interest groups, and other developers of U.S. electricity sector models. The feedback that the Agency receives provides a highly detailed review of key input assumptions, model representation, and modeling results. IPM has received extensive review by energy and environmental modeling experts in a variety of contexts. For example, in the late 1990's, the Science Advisory Board reviewed IPM as part of the CAA Amendments Section 812 prospective studies that are periodically conducted. The model has also undergone considerable interagency scrutiny when it has been used to conduct over a dozen legislative analyses (performed at Congressional request) over the past decade. The Agency has also used the model in a number of comparative modeling exercises sponsored by Stanford University's Energy Modeling Forum over the past 15 years.

IPM has also been employed by states (e.g., for RGGI, the Western Regional Air Partnership, Ozone Transport Assessment Group), other Federal and state agencies, environmental groups, and industry, all of whom subject the model to their own review procedures.

### 3.3.1   *Recent Updates to EPA's Base Case using IPM (v.5.13)*

This new IPM modeling platform (v.5.13) incorporates important structural improvements and data updates with respect to the previous version (v.4.10_MATS), and includes notable changes to the modeling architecture. This is the fifth major iteration of EPA's base case using IPM, and calibrates certain information and data from the Energy Information Agency's (EIA) Annual Energy Outlook (AEO), in this case AEO 2013 (hence the platform name of v5.13).

The current base case represents a projection of electricity sector activity that takes into account only those Federal and state laws and regulations whose provisions were either in effect or enacted and clearly delineated at the time the base case was finalized in August 2013. The

EPA Base Case v.5.13 includes the Clean Air Interstate Rule (CAIR),[30] the Mercury and Air Toxics Rule (MATS), and other state and Federal regulations to the extent that they contain measures, permits, or other air-related limitations or requirements.[31]

EPA has also updated the National Electric Energy Data System (NEEDS). This database contains the unit-level data that is used to construct the "model" plants that represent existing and committed[32] units in EPA modeling applications of IPM. NEEDS includes basic geographic, operating, air emissions, and other data on these generating units.[33]

Other routine updates were also adopted in v5.13. These include changes based on public comments that have been received over the last few years, updates reflecting planned new power plant construction, retirements, new power plant cost and performance, pollution control costs and performance, emission rate assignments, and state rules and enforcement actions. The update also included further refinement to the modeled regions to reflect more recent power market

---

[30] EPA Base Case v.5.13 includes the Clean Air Interstate Rule (CAIR), a Federal regulatory measure for achieving the 1997 National Ambient Air Quality Standards (NAAQS) for ozone (8-hour average of 0.08 ppm) and fine particles (24-hour average of 65 μg/m³ or less and annual average of 15 μg/m³ for particles of diameter 2.5 micrometers or less, i.e., $PM_{2.5}$). Originally issued on March 10, 2005, CAIR was remanded back to EPA by the U.S. Court of Appeals for the District of Columbia Circuit in December 2008 and EPA was required to correct legal flaws in the regulations that had been cited in a ruling by the Court in July 2008. CAIR remains in effect until replaced by EPA pursuant to the Court's ruling. CAIR's provisions were still in effect when EPA Base Case v.5.13 was released.

[31] On May 19, 2014, EPA finalized the "National Pollutant Discharge Elimination System—Final Regulations to Establish Requirements for Cooling Water Intake Structures at Existing Facilities and Amend Requirements at Phase I Facilities". This finalized rule, which implements section 316(b) of the Clean Water Act, affects sources with a cooling water design intake flow greater than 2 million gallons a day. Many of the sources affected by the 316(b) rule are electricity generating units, but not all of these generating units are subject to the proposed 111(d) rule. The 316(b) rule is not reflected in the base case of the 111(d) proposed rule analysis. However, the EPA estimated that the 316(b) rule will have relatively minor impacts on facilities affected by that regulation, with a net decrease in electricity generating capacity of 1 GW in 2030 (less than 0.1% of total 2030 base case generating capacity), generally reflecting the retirement of older, less efficient generating units with very low capacity utilization rates. It is not expected that the analysis described in this RIA would be meaningfully affected if the expected effects of the 316(b) rule were included in the base case.

[32] v.5.13 includes planned units that had broken ground or secured financing and were expected to be online by the end of 2015; one geothermal unit and four nuclear units that are scheduled to come online after 2015 were also included.  For more information, see Chapter 4 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

[33] The NEEDS database can be found on the EPA's website for the Base Case using IPM (v5.13), <http://www.epa.gov/powersectormodeling/BaseCasev513.html>.

structure based on NERC, FERC, EIA, and other data and planning sources, and now includes more regions that better reflect limitations on current power system dispatch and transmission behavior.

## 3.4     State Goals in this Proposal

In this action, the EPA is proposing state-specific rate-based goals to guide states in the development of their plans. The agency is proposing one option (Option 1) for state-specific goals and requesting comment on a second set of state-specific goals and compliance period (Option 2).

**Table 3-1.  Proposed State Goals (Adjusted MWh-Weighted-Average Pounds of $CO_2$ Per Net MWh from all Affected Fossil Fuel-Fired EGUs) for Options 1 and 2**

| State[34] | Option 1 | | Option 2 | |
|---|---|---|---|---|
| | Interim Goal (2020-2029) | Final Goal (2030 Forward) | Interim Goal (2020-2024) | Final Goal (2025 Forward) |
| Alabama | 1,147 | 1,059 | 1,270 | 1,237 |
| Alaska | 1,097 | 1,003 | 1,170 | 1,131 |
| Arizona * | 735 | 702 | 779 | 763 |
| Arkansas | 968 | 910 | 1,083 | 1,058 |
| California | 556 | 537 | 582 | 571 |
| Colorado | 1,159 | 1,108 | 1,265 | 1,227 |
| Connecticut | 597 | 540 | 651 | 627 |
| Delaware | 913 | 841 | 1,007 | 983 |
| Florida | 794 | 740 | 907 | 884 |
| Georgia | 891 | 834 | 997 | 964 |
| Hawaii | 1,378 | 1,306 | 1,446 | 1,417 |
| Idaho | 244 | 228 | 261 | 254 |
| Illinois | 1,366 | 1,271 | 1,501 | 1,457 |
| Indiana | 1,607 | 1,531 | 1,715 | 1,683 |
| Iowa | 1,341 | 1,301 | 1,436 | 1,417 |
| Kansas | 1,578 | 1,499 | 1,678 | 1,625 |
| Kentucky | 1,844 | 1,763 | 1,951 | 1,918 |
| Louisiana | 948 | 883 | 1,052 | 1,025 |
| Maine | 393 | 378 | 418 | 410 |
| Maryland | 1,347 | 1,187 | 1,518 | 1,440 |
| Massachusetts | 655 | 576 | 715 | 683 |
| Michigan | 1,227 | 1,161 | 1,349 | 1,319 |
| Minnesota | 911 | 873 | 1,018 | 999 |
| Mississippi | 732 | 692 | 765 | 743 |

---

[34] The EPA has not developed goals for Vermont and the District of Columbia because current information indicates those jurisdictions have no affected EGUs. Also, as noted above, EPA is not proposing goals for tribes or U.S. territories at this time.

**Table 3-1. Continued**

| Missouri | 1,621 | 1,544 | 1,726 | 1,694 |
| Montana | 1,882 | 1,771 | 2,007 | 1,960 |
| Nebraska | 1,596 | 1,479 | 1,721 | 1,671 |
| Nevada | 697 | 647 | 734 | 713 |
| New Hampshire | 546 | 486 | 598 | 557 |
| New Jersey | 647 | 531 | 722 | 676 |
| New Mexico * | 1,107 | 1,048 | 1,214 | 1,176 |
| New York | 635 | 549 | 736 | 697 |
| North Carolina | 1,077 | 992 | 1,199 | 1,156 |
| North Dakota | 1,817 | 1,783 | 1,882 | 1,870 |
| Ohio | 1,452 | 1,338 | 1,588 | 1,545 |
| Oklahoma | 931 | 895 | 1,019 | 986 |
| Oregon | 407 | 372 | 450 | 420 |
| Pennsylvania | 1,179 | 1,052 | 1,316 | 1,270 |
| Rhode Island | 822 | 782 | 855 | 840 |
| South Carolina | 840 | 772 | 930 | 897 |
| South Dakota | 800 | 741 | 888 | 861 |
| Tennessee | 1,254 | 1,163 | 1,363 | 1,326 |
| Texas | 853 | 791 | 957 | 924 |
| Utah * | 1,378 | 1,322 | 1,478 | 1,453 |
| Virginia | 884 | 810 | 1,016 | 962 |
| Washington | 264 | 215 | 312 | 284 |
| West Virginia | 1,748 | 1,620 | 1,858 | 1,817 |
| Wisconsin | 1,281 | 1,203 | 1,417 | 1,380 |
| Wyoming | 1,808 | 1,714 | 1,907 | 1,869 |

* Excludes EGUs located in Indian country.

**Table 3-2. Projected Base Case $CO_2$ Emissions Rate (Adjusted MWh-Weighted-Average Pounds of $CO_2$ Per Net MWh from all Affected Fossil Fuel-Fired EGUs)**

| State | 2020 | 2025 | 2030 |
| --- | --- | --- | --- |
| Alabama | 1,491 | 1,511 | 1,557 |
| Arizona* | 1,458 | 1,439 | 1,523 |
| Arkansas | 1,563 | 1,576 | 1,577 |
| California | 691 | 692 | 633 |
| Colorado | 1,647 | 1,595 | 1,599 |
| Connecticut | 869 | 869 | 868 |
| Delaware | 1,076 | 1,104 | 937 |
| Florida | 1,211 | 1,285 | 1,345 |
| Georgia | 1,304 | 1,346 | 1,368 |
| Idaho | 544 | 596 | 592 |
| Illinois | 1,731 | 1,666 | 1,672 |
| Indiana | 1,938 | 1,791 | 1,753 |
| Iowa | 1,525 | 1,533 | 1,529 |
| Kansas | 1,833 | 1,795 | 1,790 |
| Kentucky | 2,163 | 2,165 | 2,168 |

**Table 3-2. Continued**

| | | | |
|---|---|---|---|
| Louisiana | 1,301 | 1,294 | 1,316 |
| Maine | 1,003 | 1,003 | 1,004 |
| Maryland | 1,746 | 1,747 | 1,721 |
| Massachusetts | 923 | 929 | 929 |
| Michigan | 1,794 | 1,829 | 1,826 |
| Minnesota | 1,697 | 1,687 | 1,695 |
| Mississippi | 1,053 | 1,078 | 1,144 |
| Missouri | 1,986 | 1,971 | 1,970 |
| Montana | 2,134 | 2,134 | 2,135 |
| Nebraska | 2,133 | 2,122 | 2,122 |
| Nevada | 989 | 876 | 879 |
| New Hampshire | 874 | 877 | 879 |
| New Jersey | 1,324 | 1,406 | 1,399 |
| New Mexico* | 1,396 | 1,246 | 1,330 |
| New York | 967 | 959 | 960 |
| North Carolina | 1,512 | 1,597 | 1,608 |
| North Dakota | 1,982 | 1,984 | 1,984 |
| Ohio | 1,704 | 1,777 | 1,794 |
| Oklahoma | 1,382 | 1,361 | 1,339 |
| Oregon | 531 | 503 | 536 |
| Pennsylvania | 1,566 | 1,639 | 1,684 |
| Rhode Island | 890 | 888 | 887 |
| South Carolina | 1,039 | 1,101 | 1,060 |
| South Dakota | 1,127 | 1,124 | 1,126 |
| Tennessee | 1,522 | 1,519 | 1,539 |
| Texas | 1,473 | 1,514 | 1,529 |
| Utah* | 1,829 | 1,749 | 1,800 |
| Virginia | 1,352 | 1,457 | 1,517 |
| Washington | 659 | 711 | 724 |
| West Virginia | 2,025 | 2,025 | 2,025 |
| Wisconsin | 1,935 | 1,944 | 1,938 |
| Wyoming | 2,053 | 2,054 | 2,055 |

* Excludes EGUs located in Indian country.

Note that the proposed state goals in Table 3-1 differ slightly from the state goals modelled in the illustrative compliance scenarios analyzed in this RIA. Any differences in the goals are minor and reflect small adjustments to the goal setting methodology due to minor adjustments in the assumed at-risk nuclear capacity, fossil units included in Indian Country, the treatment of cogeneration in historical data, and the assumed applicability for some units. The resulting changes to the state goals are minor, and any differences in results obtained by analyzing these new goals would be negligible. Furthermore, these small changes in the goals

would be offset by comparable changes in the illustrative compliance scenarios (in which compliance is consistent with the assumptions used in setting state goals).

## 3.5   Compliance Scenarios Analyzed

In order to estimate the costs, benefits, and impacts of implementing the proposed guidelines, the EPA modeled two illustrative compliance scenarios. One of these scenarios allows averaging of emission rates within each individual state (these scenarios are referred to as "state"), and another set of scenarios where groups of states are assumed to collaborate and achieve compliance across larger regions (referred to as "regional"). Estimates of the benefits, costs, and economic impacts of this proposed action are presented for both state and regional compliance.[35] These illustrative compliance scenarios are designed to reflect, to the extent possible, the scope and nature of the proposed guidelines. However, there is considerable uncertainty with regard to the precise measures that states will adopt to meet the proposed requirements, since there are considerable flexibilities afforded to the states in developing their state plans.  Nonetheless, the analysis of the benefits, costs, and relevant impacts of the proposed rule attempts to encapsulate some of those flexibilities in order to inform states and stakeholders of the potential overall impacts of the proposal. The relevant impacts, costs, and benefits are provided for 2020, 2025, and 2030 for Option 1 and 2020 and 2025 for Option 2 (with both state and regional compliance).

It is also important to note that the analysis does not specify any particular $CO_2$ reduction measure to occur, with the exception of the level of demand-side energy efficiency (EE), which the model is not currently configured to include as an endogenous compliance option. In other words, aside from EE, the analysis allows the power system the flexibility to respond to average emissions rate constraints on affected sources in the illustrative scenarios that achieve the state rate-based goals in the most cost-effective manner determined by IPM, as specified below.

In the illustrative compliance scenarios analyzed, the average emissions rate of the source types included in the calculation of the state goals must be, on average, less than or equal to the proposed goals over the entire compliance period. That is, the sources assumed to be directly

---

[35] For more details on the nature of the regulatory options, see the preamble.

affected by the illustrative state compliance scenarios are only those included in the calculation of the state goals, and include affected sources as well as savings from demand-side energy efficiency.[36] These affected sources are: [37]

- Existing fossil steam boilers with nameplate capacity greater than 25 MW

- Existing NGCC units with nameplate capacity greater than 25 MW

- Simple cycle combustion turbines with nameplate capacity greater than 25 MW, and 33% capacity factor and 219,000 MWh of generation in 2012

- New and existing non-hydro renewable capacity

- At risk and under construction nuclear.[38]

All compliance scenarios modeled include an assumption that affected sources within states are able to meet state goals collectively, by averaging all of their emissions relative to all of their generation. This approach enables some sources to emit at rates higher than the relevant goal, as long as there is corresponding generation coming from sources that emit at a lower rate such that the goal (in lbs/MWh) is met across all affected sources collectively. The average emissions rate at covered sources must be less than or equal to the applicable state goal, on average, over the entire compliance period, but not in any particular year.

The illustrative compliance scenarios further assume that the states adopt intertemporal averaging in the initial compliance period for both Option 1 and Option 2. That is, the average emissions rate at covered sources in each state must be less than or equal to the applicable state goal over the compliance period.  The initial compliance period for Option 1 is 2020 to 2029 and for Option 2 it is 2020 to 2024.  After the initial compliance period the average emission rate of

---

[36] As discussed in the preamble, for compliance purposes states may be able to include sources of generation in the calculation of the state's emission rate other than those sources of generation considered in constructing the building blocks for setting the state goals. However, this illustrative analysis does not include those options.

[37] For the illustrative scenarios renewable generation includes generation from wind, solar, geothermal, and biomass co-fired with coal. Dedicated biomass is not an affected source in the illustrative scenarios.

[38] See Greenhouse Gas Abatement Measures TSD

the affected sources in each year must be less than or equal to the state goal in the illustrative compliance scenarios.

For EE, the megawatt-hour (MWh) savings and associated costs are specified exogenously for Option 1 and Option 2 compliance scenarios consistent with the EE "best practice" performance levels informing calculation of state goals under each option. EPA has determined that these performance levels are achievable at costs that are generally less than avoided power system costs.  EPA has specified and imposed EE-related costs and changes in future electricity demand exogenously when modeling the compliance scenarios presented for this rule.  Details of the implementation of the demand reduction are reported in the following section.

EPA also analyzed a set of compliance scenarios that assume greater geographic flexibility for compliance where states may choose to cooperate in order to achieve more cost-effective outcomes, since some states can reduce their emissions more easily relative to others. This scenario is modeled for both Option 1 and Option 2 and is referred to as the "Regional" scenario. The regional scenarios allow emission rate averaging across affected sources within six multi-state regions, informed by North American Electric Reliability Corporation (NERC) regions and Regional Transmission Organizations (RTOs). These regions do not always follow state borders, however, so certain states that fall into more than one region were grouped in regions where there was a majority of geographic territory (area) or generation. While Florida and Texas each have unique NERC regions unto themselves, for purposes of this compliance analysis, those states were each grouped with other neighboring states:

- West (WECC)  (CA, WA, OR, ID, MT, UT, NV, CO, WY, NM, AZ)
- North Central (MISO)[39] – ND, SD, IA, MN, WI, MO, IL, IN, MI
- South Central (SPP + ERCOT) – NE, KS, OK, AR, TX, LA
- Southeast (SERC + FL) – KY, NC, SC, TN, MS, AL, GA, FL
- East Central (PJM) – OH, PA, WV, MD, DE, NJ, VA

---

[39] Note that the MISO region expanded to integrate Entergy territory at the end of 2013.

- Northeast (NPCC) – NY, RI, MA, CT, NH, VT, ME



Figure 3-1.  NERC Regions



Figure 3-2.  NERC Assessment Areas

3-12



**Figure 3-3.  Regional Compliance Zones Used in this Analysis**

These regional groupings of states allow the state goals in each option analyzed to be met collectively by averaging emission rate performance across all affected units located in that region. Results are also presented for "State" scenarios (for both options), to illustrate potential impacts and benefits should states choose not to cooperate in a "Regional" manner.  In the regional scenarios, as in the state scenarios, affected sources in each state must respond to their respective state goal.  However, the ability to average is extended to all affected sources in each compliance region.  In these scenarios, the average emissions rate from affected sources in each region must be less than or equal to the weighted average[40] of the state goals in that region, over the compliance period.  Furthermore, as in the "State" scenarios, the regions are assumed to adopt intertemporal averaging in the initial compliance period for each Option.

The analysis in the illustrative scenarios does not assume that states use any specific policy mechanism to achieve the state goals.  While IPM produces a least cost solution to

---

[40] The weights are the generation of the covered sources plus the demand-side energy savings, in the respective state.

3-13

achieve the state goals imposed in the illustrative scenarios, there may be less costly approaches that the states may adopt to achieve their state goals.

In addition to these four illustrative compliance scenarios which estimate the costs and impacts of the proposed state goals, EPA also analyzed the impacts of the individual building blocks used to construct the proposed goals. For each of these additional scenarios, EPA imposed $CO_2$ emission rate constraints for each state that reflect the particular combination of building blocks analyzed in that scenario. The various building block combinations analyzed in these scenarios will be available in the docket for this rulemaking.

## 3.6    Demand Side Energy Efficiency

### 3.6.1    Projected Demand-Side Energy Savings[41]

To estimate the potential electricity demand reduction that could be achieved, and associated costs incurred, through implementation of demand-side energy efficiency policies, EPA developed scenarios that reflect increased levels of demand-side energy efficiency, rooted in what leading states have already accomplished or have requirements in place to accomplish.[42] For Option 1, adjustments were made to each state's annual incremental reduction in electricity consumption by ramping up from an historical basis[43] to a target rate of 1.5% of electricity demand annually over a period of years starting in 2017, and maintain that rate throughout the modeling horizon. Twelve leading states have either achieved, or have established requirements that will lead them to achieve, this rate of incremental electricity demand reduction, which we refer to as the "savings rate." The pace of improvement from the state's historical value is assumed to be 0.2% per year, beginning in 2017 until the target rate of reduction from baseline

---

[41] For a more detailed discussion of the demand-side energy efficiency savings projections, refer to the Greenhouse Gas Abatement Measures TSD.

[42] This scenario is intended to represent a feasible pathway for additional EE resulting from accelerated use of energy efficiency policies, in all states, consistent with a level of performance that has already been demonstrated or required by policies (e.g., energy efficiency resource standards) of leading energy efficiency implementing states, and consistent with a demonstrated annual pace of performance improvement from current levels. It does not represent an estimate of the full potential for end-use EE.

[43] The historical basis of the percentage of reduced electricity consumption differs for each state and is drawn from the data reported in Energy Information Administration (EIA) Form 861, 2012, available at http://www.eia.gov/electricity/data/eia861/.

electricity demand is achieved.  States already at or above the 1.5% annual incremental savings rate are assumed to have a 1.5% rate beginning in 2017 and sustain that rate.  For Option 2, the annual incremental savings rate is ramped up from an historical basis to a target rate of 1.0% and at a pace of improvement of 0.15% per year, beginning in 2017, until the target rate is achieved. States already at or above the 1.0% annual incremental savings rate are assumed to sustain a 1.0% rate beginning in 2017. Twenty leading states have either achieved, or have established requirements that will lead them to achieve, this rate of savings. The incremental savings rate for each state, for each year, is then used to derive cumulative annual energy savings based upon information/assumptions about the average life of EE measures and the distribution of measure lives within a state's full portfolio of EE programs. The cumulative annual energy savings derived for Option 1 and Option 2 using this methodology are used consistently to set goals and to conduct power sector compliance modeling for each option.[44]

To reflect the implementation of demand-side energy efficiency in modeling, the fixed total electricity demand in IPM was adjusted exogenously to reflect the estimated future-year energy savings calculated from the approach described above. State energy savings in sales were scaled up to account for transmission losses and applied to base case generation demand in each model year to derive adjusted demand for each state, reflecting the energy efficiency scenario energy savings.[45] The demand adjustments were applied proportionally across all segments (peak and non-peak) of the load duration curve.[46] In order to reflect the adjusted state-level demand within IPM model regions that cross state borders, energy savings from a bisected state were distributed between the applicable IPM model regions using a distribution approach based on

---

[44] See Greenhouse Gas Abatement Measures TSD and the State Goal Setting TSD

[45] That is, while the methodology for applying the energy efficiency savings rate was used consistently to set state goals and to conduct power sector compliance modeling for each option, the cumulative savings rate is applied to 2012 electricity consumption in the calculation of state goals whereas compliance modeling applies that rate to forecasted base case demand.  Thus, for a given rate of demand reduction, the quantity of electricity demand reduced is greater in the compliance modeling than in setting the state goals, consistent with forecasted base case demand growth from 2012 to 2020 and beyond.

[46] For more information on load duration curves, see Chapter 2 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

reported sales in 2013 as a proxy for the distribution of energy efficiency investment opportunities.

**Table 3-3.  Net Cumulative Savings as a Percent of Projected BAU Sales**

|  | Option 1 | | | Option 2 | | |
|---|---|---|---|---|---|---|
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Alabama | 1.36% | 6.19% | 10.09% | 1.07% | 4.54% | n/a |
| Arizona | 5.24% | 9.50% | 11.72% | 3.52% | 6.45% | n/a |
| Arkansas | 1.52% | 6.46% | 10.31% | 1.24% | 4.77% | n/a |
| California | 4.95% | 9.46% | 11.90% | 3.55% | 6.57% | n/a |
| Colorado | 3.92% | 8.73% | 11.39% | 3.32% | 6.35% | n/a |
| Connecticut | 4.71% | 9.55% | 12.27% | 3.61% | 6.77% | n/a |
| Delaware | 1.14% | 5.94% | 10.14% | 0.86% | 4.32% | n/a |
| District of Columbia | 1.14% | 5.94% | 10.14% | 0.86% | 4.32% | n/a |
| Florida | 2.03% | 7.04% | 10.50% | 1.75% | 5.26% | n/a |
| Georgia | 1.76% | 6.74% | 10.40% | 1.48% | 5.01% | n/a |
| Idaho | 3.80% | 8.73% | 11.50% | 3.28% | 6.38% | n/a |
| Illinois | 4.36% | 9.26% | 12.03% | 3.52% | 6.66% | n/a |
| Indiana | 3.20% | 8.42% | 11.59% | 2.89% | 6.26% | n/a |
| Iowa | 4.65% | 9.39% | 12.04% | 3.58% | 6.67% | n/a |
| Kansas | 1.22% | 6.05% | 10.17% | 0.94% | 4.42% | n/a |
| Kentucky | 1.91% | 6.95% | 10.57% | 1.63% | 5.18% | n/a |
| Louisiana | 1.14% | 5.88% | 9.97% | 0.85% | 4.28% | n/a |
| Maine | 5.37% | 9.96% | 12.48% | 3.61% | 6.77% | n/a |
| Maryland | 4.21% | 9.13% | 11.92% | 3.47% | 6.61% | n/a |
| Massachusetts | 4.43% | 9.37% | 12.18% | 3.55% | 6.73% | n/a |
| Michigan | 4.59% | 9.43% | 12.16% | 3.59% | 6.73% | n/a |
| Minnesota | 4.80% | 9.49% | 12.09% | 3.58% | 6.67% | n/a |
| Mississippi | 1.40% | 6.28% | 10.20% | 1.12% | 4.62% | n/a |
| Missouri | 1.58% | 6.60% | 10.53% | 1.29% | 4.88% | n/a |
| Montana | 3.36% | 8.41% | 11.33% | 3.01% | 6.21% | n/a |
| Nebraska | 2.20% | 7.38% | 10.95% | 1.91% | 5.51% | n/a |
| Nevada | 2.95% | 8.07% | 11.15% | 2.67% | 6.00% | n/a |
| New Hampshire | 2.84% | 8.14% | 11.52% | 2.56% | 6.08% | n/a |
| New Jersey | 1.25% | 6.10% | 10.23% | 0.96% | 4.46% | n/a |
| New Mexico | 3.10% | 8.11% | 11.03% | 2.81% | 6.02% | n/a |
| New York | 4.42% | 9.35% | 12.17% | 3.54% | 6.73% | n/a |
| North Carolina | 2.37% | 7.45% | 10.76% | 2.09% | 5.56% | n/a |
| North Dakota | 1.39% | 6.32% | 10.35% | 1.11% | 4.65% | n/a |
| Ohio | 4.17% | 9.13% | 11.97% | 3.47% | 6.63% | n/a |
| Oklahoma | 1.86% | 6.88% | 10.54% | 1.57% | 5.13% | n/a |
| Oregon | 4.66% | 9.26% | 11.76% | 3.55% | 6.55% | n/a |
| Pennsylvania | 4.67% | 9.42% | 12.07% | 3.58% | 6.68% | n/a |
| Rhode Island | 3.90% | 9.02% | 12.00% | 3.35% | 6.60% | n/a |
| South Carolina | 2.32% | 7.40% | 10.73% | 2.04% | 5.52% | n/a |
| South Dakota | 1.60% | 6.62% | 10.52% | 1.32% | 4.90% | n/a |
| Tennessee | 2.21% | 7.33% | 10.79% | 1.93% | 5.47% | n/a |

**Table 3-3. Continued**

| | | | | | | |
|---|---|---|---|---|---|---|
| Texas | 1.78% | 6.79% | 10.48% | 1.50% | 5.05% | n/a |
| Utah | 3.62% | 8.62% | 11.44% | 3.19% | 6.33% | n/a |
| Vermont | 5.37% | 9.96% | 12.48% | 3.61% | 6.77% | n/a |
| Virginia | 1.23% | 5.98% | 9.95% | 0.95% | 4.37% | n/a |
| Washington | 4.24% | 9.01% | 11.64% | 3.45% | 6.49% | n/a |
| West Virginia | 1.77% | 6.86% | 10.71% | 1.49% | 5.11% | n/a |
| Wisconsin | 4.68% | 9.48% | 12.17% | 3.60% | 6.73% | n/a |
| Wyoming | 1.61% | 6.55% | 10.32% | 1.33% | 4.85% | n/a |
| Contiguous U.S. Total | 3.05% | 7.93% | 11.14% | 2.44% | 5.76% | n/a |
| Alaska | 1.22% | 6.02% | 10.09% | 0.94% | 4.40% | n/a |
| Hawaii | 1.29% | 6.13% | 10.15% | 1.01% | 4.49% | n/a |
| U.S. Total | 3.04% | 7.92% | 11.13% | 2.43% | 5.75% | n/a |

Source: See Greenhouse Gas Abatement Measures TSD

### 3.6.2   *Demand-Side Energy Efficiency Total Costs*[47]

Total costs of achieving the demand-side energy efficiency scenarios for each year were determined at the state level, exogenous to power sector modeling. In addition to the energy savings data, the total cost was based upon first-year cost of saved energy, average measure life, distribution of measure lives, and cost escalation factors.

The first year cost of saved energy used in the cost calculation accounts for both the costs to the utilities that are funding the demand-side energy efficiency programs (known as the program costs), and the additional cost to the end-user purchasing a more energy efficient technology (known as the participant costs). Total costs were found to be divided evenly, 50% each, between program costs and participant costs.[48] To account for the potential for increasing costs as states realize greater levels of energy savings, the first-year costs were escalated when the annual incremental savings in each state reached 0.5% (a 20% additional cost escalation is applied to subsequent investments) and a 1.0% (a 40% additional cost escalation is applied to subsequent investments).

---

[47] For a more detailed discussion of the demand-side energy efficiency savings cost estimates, refer to the Greenhouse Gas Abatement Measures TSD.

[48] For a more detailed discussion of the analysis of program versus participant costs, refer to the Greenhouse Gas Abatement Measures TSD.

To calculate total annualized energy efficiency costs, first-year costs for each year for each state were levelized (at 3% and 7% discount rates) over the estimated distribution of measure lives and the results summed for each year for each state. For example, the 2025 estimate of annualized EE cost includes levelized value of first-year costs for 2017 through 2025. The annualized cost is rising in each analysis year as additional first-year costs are incurred. These annualized costs were determined for Options 1 and 2 and are summarized below in Table 3-4. The total levelized cost of saved energy was calculated based upon the same inputs and using a 3% discount rate results in average values of 8.5 cents per kWh in 2020, 8.9 cents per kWh in 2025, and 9.0 cents per kWh in 2030.[49]

The utility funding for demand-side energy efficiency programs (to cover program costs) is typically collected through a standard per kWh surcharge to the rate-payer; the regional retail price impacts analyzed from this RIA's compliance scenarios assumes the recovery of these program costs through the following procedure.[50] For each state, the first-year EE program costs are calculated for each year (which are equal to 50% of the total first-year EE costs for that state as noted above). These EE program costs were distributed between the applicable IPM model regions using a distribution approach based on reported sales in 2013 as a proxy for the distribution of energy efficiency investment opportunities. These regionalized EE program costs were then incorporated into the regional retail price calculation as discussed in section 3.7.9.[51]

---

[49] This analysis does not capture the potential effect on the quantity of electricity demand of lower electricity prices induced by energy efficiency policies. That is, the modeling does not capture a "system wide" rebound effect of energy efficiency policies. This is due to IPM's assumption of fixed demand. However, the modeling also does not capture the effect of higher costs of producing electricity, which is attributable to other methods of complying with the state goals, on electricity demand for the same reason (i.e., fixed demand in IPM). For further discussion of these issues see the Limitations section at the end of this chapter.

[50] The full retail price analysis method is discussed in section 3.7.9 of this chapter.

[51] The effect on equilibrium supply and demand of electricity due to changing retail rates to fund energy efficiency programs is not captured in the IPM modeling.

**Table 3-4.  Annualized Cost of Demand-Side Energy Efficiency (at discount rates of 3% and 7%, billions 2011$)**

|  | 2018 | 2020 | 2025 | 2030 |
|---|---|---|---|---|
| Option 1 at 3% | 4.1 | 10.2 | 28.9 | 42.7 |
| Option 1 at 7% | 4.9 | 12.3 | 35.0 | 51.8 |
| Option 2 at 3% | 3.6 | 8.0 | 20.6 | n/a |
| Option 2 at 7% | 4.3 | 9.7 | 24.9 | n/a |

Source: Greenhouse Gas Abatement Measures TSD

Annualized demand-side energy efficiency (EE) costs are derived by using two key variables: the first-year (or "up front") EE costs and EE investment lives (which vary by type of program).  Chapter 5 of the GHG Abatement Measures TSD presents the calculations of annualized costs as well as a comprehensive set (by state, by year) of first-year EE costs.

## 3.7    Projected Power Sector Impacts

### 3.7.1    Projected Emissions

Under the proposed rule, EPA projects annual $CO_2$ reductions between 17% and 18% below base case projections for Option 1 in 2020 (reaching 26% to 27% below 2005 emissions[52]), and between 24% and 25% below the base case in 2030 (reaching 30% below 2005 emissions). For Option 2, EPA projects annual $CO_2$ reductions between 13% and 14% in 2020 (reaching 23% below 2005 emissions) and 17% in 2025 (reaching 23% to 24% below 2005 emissions).  For each Option, the regional scenario achieves fewer emissions reductions largely because the ability to average emissions regionally allows those states that were projected to emit below their state goal in the base case to offset reductions that other states would otherwise have made.

---

[52] For purposes of these calculations, EPA has used historical $CO_2$ emissions from eGRID for 2005, which reports EGU emissions as 2,434 million metric tonnes in the contiguous US.

**Table 3-5.  Projected $CO_2$ Emission Impacts, Relative to Base Case**

| | $CO_2$ Emissions (MM Tonnes) | | | $CO_2$ Emissions Change from Base Case (MM Tonnes) | | | $CO_2$ Emissions: Percent Change from Base Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** |
| Base Case | 2,161 | 2,231 | 2,256 | | | | | | |
| Option 1 Regional | 1,790 | 1,730 | 1,711 | -371 | -501 | -545 | -17% | -22% | -24% |
| Option 1 State | 1,777 | 1,724 | 1,701 | -383 | -506 | -555 | -18% | -23% | -25% |
| Option 2 Regional | 1,878 | 1,862 | n/a | -283 | -368 | n/a | -13% | -17% | n/a |
| Option 2 State | 1,866 | 1,855 | n/a | -295 | -376 | n/a | -14% | -17% | n/a |

Source: Integrated Planning Model run by EPA, 2014

**Table 3-6.  Projected $CO_2$ Emission Impacts, Relative to 2005**

| | $CO_2$ Emissions (MM Tonnes) | | | $CO_2$ Emissions Change from 2005 (MM Tonnes) | | | $CO_2$ Emissions: Percent Change from 2005 | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** |
| Base Case | 2,161 | 2,231 | 2,256 | -273 | -203 | -178 | -11% | -8% | -7% |
| Option 1 Regional | 1,790 | 1,730 | 1,711 | -644 | -704 | -723 | -26% | -29% | -30% |
| Option 1 State | 1,777 | 1,724 | 1,701 | -657 | -710 | -733 | -27% | -29% | -30% |
| Option 2 Regional | 1,878 | 1,862 | n/a | -556 | -572 | n/a | -23% | -23% | n/a |
| Option 2 State | 1,866 | 1,855 | n/a | -568 | -579 | n/a | -23% | -24% | n/a |

Source: Integrated Planning Model run by EPA, 2014

In 2020, EPA projects a 20% to 23% reduction of $SO_2$, 22% to 24% reduction of $NO_X$, and a 15% to 18% reduction of mercury, under the proposed Option 1 illustrative scenarios. EPA projects fewer emission reductions overall as a result of the proposed Option 2 in 2020: a 17% to 18% reduction in $SO_2$, 17% to 18% reduction in $NO_X$, and an 11% to 14% reduction in mercury. The projected non-$CO_2$ reductions presented in Table 37 below demonstrate similar trends in later years.

**Table 3-7. Projected Non-CO$_2$ Emission Impacts, 2020-2030**

| | Base Case | Option 1 | | Option 2 | | Option 1 | | Option 2 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Reg. | State | Reg. | State | Reg. | State | Reg. | State |
| **2020** | | | | | | | | | |
| SO$_2$ (thousand tons) | 1,476 | 1,184 | 1,140 | 1,231 | 1,208 | -19.8% | -22.7% | -16.6% | -18.1% |
| NO$_X$ (thousand tons) | 1,559 | 1,213 | 1,191 | 1,290 | 1,277 | -22.2% | -23.6% | -17.2% | -18.0% |
| Hg (tons) | 8.3 | 7.0 | 6.8 | 7.3 | 7.1 | -15.3% | -18.1% | -11.3% | -14.0% |
| PM$_{2.5}$ (thousand tons) | 212 | 156 | 154 | 166 | 163 | -26.4% | -27.2% | -21.5% | -22.9% |
| **2025** | | | | | | | | | |
| SO$_2$ (thousand tons) | 1,515 | 1,120 | 1,090 | 1,218 | 1,188 | -26.1% | -28.0% | -19.6% | -21.6% |
| NO$_X$ (thousand tons) | 1,587 | 1,166 | 1,151 | 1,279 | 1,271 | -26.5% | -27.5% | -19.4% | -19.9% |
| Hg (tons) | 8.7 | 7.0 | 6.7 | 7.4 | 7.1 | -19.5% | -23.2% | -14.9% | -19.3% |
| PM$_{2.5}$ (thousand tons) | 209 | 150 | 146 | 165 | 161 | -28.1% | -30.1% | -21.0% | -23.2% |
| **2030** | | | | | | | | | |
| SO$_2$ (thousand tons) | 1,530 | 1,106 | 1,059 | n/a | n/a | -27.7% | -30.8% | n/a | n/a |
| NO$_X$ (thousand tons) | 1,537 | 1,131 | 1,109 | n/a | n/a | -26.4% | -27.9% | n/a | n/a |
| Hg (tons) | 8.8 | 7.0 | 6.6 | n/a | n/a | -19.7% | -24.1% | n/a | n/a |
| PM$_{2.5}$ (thousand tons) | 198 | 144 | 142 | n/a | n/a | -27.2% | -28.5% | n/a | n/a |

Source: Integrated Planning Model run by EPA, 2014

While the EPA has not quantified the climate impacts of these other pollutants for the proposed guidelines, the Agency has analyzed the potential changes in upstream methane emissions from the natural gas and coal production sectors that may result from the compliance approaches examined in this RIA. The EPA assessed whether the net change in upstream methane emissions from natural gas and coal production is likely to be positive or negative and also assessed the potential magnitude of changes relative to CO$_2$ emissions reductions anticipated at power plants. This assessment included CO$_2$ emissions from the flaring of methane, but did not evaluate potential changes in other combustion-related CO$_2$ emissions, such as emissions associated with drilling, mining, processing, and transportation in the natural gas and coal production sectors. This analysis found that the net upstream methane emissions from natural gas systems and coal mines and CO$_2$ emissions from flaring of methane will likely decrease under the proposed guidelines. Furthermore, the changes in upstream methane emissions are small

relative to the changes in direct emissions from power plants. The technical details supporting this analysis can be found in the Appendix to this chapter.

### 3.7.2   Projected Compliance Costs

The power industry's "compliance costs" are represented in this analysis as the change in electric power generation costs between the base case and policy case in which the sector pursues flexible compliance approaches to meet the proposed rule as represented in the illustrative compliance scenarios. In simple terms, these costs are the resource costs of what the power industry will expend to comply with EPA's requirements. [53] Program and participant end-use EE costs are also included in the compliance cost estimates.

EPA projects that the annual compliance cost of the proposed rule's Option 1 ranges from $5.4 to $7.4 billion in 2020 and from $7.3 to $8.8 billion in 2030. The projected annual incremental compliance cost of the proposed rule's Option 2 ranges from $4.2 to $5.4 billion in 2020 and from $4.5 to $5.5 billion in 2025. The annual compliance cost is the projected additional cost of complying with the proposed rule in the year analyzed and includes the net change in the annualized cost of capital investment in new generating sources and heat rate improvements at coal steam facilities,[54] the change in the ongoing costs of operating pollution controls, shifts between or amongst various fuels, demand-side energy efficiency measures, and other actions associated with compliance.

**Table 3-8.  Annualized Compliance Costs (billions of 2011$)**

|  | 2020 | 2025 | 2030 |
|---|---|---|---|
| Option 1 Regional | 5.4 | 4.6 | 7.3 |
| Option 1 State | 7.4 | 5.5 | 8.8 |
| Option 2 Regional | 4.2 | 4.5 | n/a |
| Option 2 State | 5.4 | 5.5 | n/a |

These costs do not include monitoring, reporting, and recordkeeping costs.  For more information, see section 3.11. Source: Integrated Planning Model run by EPA, 2014 and with post-processing to account for exogenous demand side management energy efficiency costs.  See Chapter 5 of GHG Abatement Measures TSD for a full explanation.

---

[53] The compliance costs also capture the effect of changes in equilibrium fuel prices on the expenditures of the electricity sector to serve demand.

[54] See Chapter 2 of the Greenhouse Gas Abatement Measures TSD and Chapter 8 of EPA's Base Case using IPM (v5.13) documentation, available at: http://www.epa.gov/powersectormodeling/BaseCasev513.html

EPA's projection of \$4.2 to \$7.4 billion in additional costs in 2020 across the illustrative compliance scenarios evaluated for both options should be put into context for power sector operations. As shown in section 2.7, the power sector is expected in the base case to expend over \$359 billion in 2020 to generate, transmit, and distribute electricity to end-use consumers. Therefore, the projected costs of compliance with the proposed rule amount to a one to two percent  increase in the cost to meet electricity demand, while securing public health and welfare benefits that are several times more valuable (as described in Chapters 4 and 8).

The annual compliance costs presented in Table 3 reflects the cost savings due to reduced electricity demand from energy efficiency measures presented earlier.

The following example uses results from Option 1 Regional scenario in the year 2020 to illustrate how different components of estimated expenditures are combined to form the full compliance costs presented in Table 3. In Table 3-8 we present the IPM modeling results for the 2020 Option 1 Regional scenario, which includes $CO_2$ emission reductions from the four building blocks and the exogenous reductions in electricity demand due to end-use energy efficiency (EE) improvements, and the base case.  The results show that annualized expenditures required to supply enough electricity to meet demand decline by \$4.8 billion from the base case.  This incremental decline is a net outcome of two simultaneous effects which move in opposite directions.  First, imposing the $CO_2$ constraints represented in the Option 1 Regional scenario on electric generators would, other things equal, result in an incremental increase in expenditures to supply any given level of electricity.  However, once electricity demand is exogenously reduced in IPM to reflect the substantial reduction in electricity demand (induced by EE improvements), there is a substantial reduction in the expenditures needed to supply a correspondingly lower amount of electricity demand.

**Table 3-9.  Total Power Sector Generating Costs (IPM) (billions 2011\$)**

|  | 2020 | 2025 | 2030 |
|---|---|---|---|
| Base Case | \$177.8 | \$202.9 | \$224.7 |
| Option 1 Regional | \$173.0 | \$178.6 | \$189.2 |
| Option 1 State | \$175.0 | \$179.5 | \$190.7 |
| Option 2 Regional | \$174.0 | \$186.9 | n/a |
| Option 2 State | \$175.2 | \$187.8 | n/a |

Source: Integrated Planning Model run by EPA, 2014

In order to reflect the full compliance cost attributable to the policy, it is necessary to include this incremental -$4.8 billion in electricity supply expenditures with the annualized expenditures needed to secure the end-use energy efficiency improvements. EPA has estimated these EE-related expenditures to be $10.2 billion in 2020 (using a 3% discount rate). As a result, this analysis finds the cost of the Option 1 Regional scenario in 2020 to be $5.4 billion (the sum of incremental supply-related and demand-related expenditures).[55]

### 3.7.3   Projected Compliance Actions for Emissions Reductions

Heat rate improvements (HRI). EPA analysis assumes that the existing coal steam electric generating fleet has, on average, the ability to improve operating efficiency (i.e., reduce the average net heat rate, or the Btu of fuel energy needed to produce one kWh of net electricity output). All else held constant, HRI allow the EGU to generate the same amount of electricity using less fuel. The decrease in required fossil fuel results in a lower output-based $CO_2$ emissions rate (lbs/MWh), as well as a lower variable cost of electricity generation. In the modeling conducted for these compliance scenarios, coal boilers have the choice to improve heat rates by 6% under Option 1 and 4% under Option 2, at capital cost of $100 per kW in both options.[56]

The vast majority of existing coal boilers are projected to adopt the aforementioned heat rate improvements. EPA projects that 176 to 179 GW of existing coal steam capacity (greater than 25 MW) will improve operating efficiency (i.e., reduce the average net heat rate) under Option 1 in 2020. Under Option 2, EPA projects that 168 to 185 GW of existing coal steam capacity with improve operating efficiency in 2020.

Re-dispatch. Another approach for reducing the average emission rate from existing units is to shift some generation from more $CO_2$-intensive generation to less $CO_2$-intensive generation. Compared to the Base Case, existing coal steam capacity is projected to operate at a lower capacity factor for both Option 1 and Option 2, on average, although projected average capacity factors for existing coal steam boilers remains around 75% across scenarios. Existing natural gas

---

[55] For this analysis, we quantified and imposed end-use EE costs and impacts on electricity demand exogenously.

[56] The option for heat rate improvement is only made available in the illustrative scenarios for Options 1 and 2, and is not available in the base case. See GHG Abatement Measures TSD.

combined cycle units, which are less carbon-intensive than coal steam capacity on an output basis, operate at noticeably higher capacity factor in Options 1 and 2, on average. See Table 3-2. The utilization of existing natural gas combined cycle capacity is lower than 70% on an annual average basis in these illustrative compliance scenarios, reflecting the fact that states have the flexibility to choose among alternative $CO_2$ reduction strategies that were part of BSER, instead of employing re-dispatch to the maximum extent. In addition, future electric demand is considerably lower than the Base Case.

**Table 3-10. Projected Capacity Factor of Existing Coal Steam and Natural Gas Combined Cycle Capacity**

|  | Existing Coal Steam | | | Existing Natural Gas Combined Cycle | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 78% | 80% | 79% | 52% | 48% | 42% |
| Option 1 Regional | 77% | 74% | 73% | 55% | 54% | 50% |
| Option 1 State | 76% | 74% | 73% | 56% | 55% | 51% |
| Option 2 Regional | 75% | 74% | n/a | 57% | 55% | n/a |
| Option 2 State | 75% | 73% | n/a | 57% | 56% | n/a |

Source: Integrated Planning Model run by EPA, 2014

<u>Demand-Side Energy Efficiency.</u>  Another approach for reducing the average emission rate is to consider reductions in load attributable to demand-side energy efficiency savings, which will reduce the need for higher emitting generation.[57] In the compliance scenario analyses presented in this RIA, each state is credited for total demand-side energy efficiency savings consistent with the savings that are used to construct the state goals. See section 3.6.1 for a description of the levels assumed for Options 1 and 2. Again, these reductions in demand as a result of demand-side energy efficiency are made exogenously in both of the Options for the illustrative scenarios analyzed.

### 3.7.4   Projected Generation Mix

Table 3-3 and Figure 3-4 show the generation mix in the base case and under the proposed rule.  The ability to average the emissions rate at covered sources (which exclude new

---

[57] Because fossil fuel-fired EGUs typically have higher variable costs than other EGUs (such as nuclear and renewable EGUs), they are typically the first to be displaced when demand is reduced. The influence of EE on new sources of generation depends on both their relative variable and capital costs.

NGCC) over the 2020-2030 compliance period provides an incentive to shift generation within the covered sources to less carbon-intensive generation.  In 2020, for Option 1, total generation declines approximately three percent under Option 1 as a result of the reduction in total demand attributable to the demand-side energy savings applied in the illustrative scenarios. Coal-fired generation is projected to decline 20% to 22% in 2020, and natural-gas-fired generation from existing combined cycle capacity is projected to increase four to six percent relative to the base case under Option 1. In 2030, the cumulative demand-side energy savings under the Option 1 result in an 11% reduction in total generation relative to the base case. The coal-fired fleet in 2030 generates between 25% and 27% less than in the base case, while natural-gas-fired generation from existing combined cycles increases 18% to 19% relative to the base case. Gas-fired generation from new combined cycle capacity increases in 2020, as projected new natural gas combined cycle capacity replaces retired coal capacity.  By 2030, generation from newly built natural gas combined cycle decreases between 36% and 40% relative to the base case, consistent with the decrease in new capacity (see section 3.7.6). Generation from non-hydro renewables increases two percent relative to the base case in 2030.

Similar trends are projected for Option 2. In 2020, total generation declines two percent under Option 2 as a result of the reduction in total demand attributable to the demand-side energy savings applied in the illustrative scenarios. Coal generation is projected to decrease between 16% and 17% in 2020, and natural gas-fired generation from existing combined cycle units is projected to increase nine percent, relative to the base case.

Under both options, additional natural gas pipeline capacity is projected to be built through 2020 relative to the base case.  In all of the illustrative compliance scenarios, pipeline capacity is projected to increase four to eight percent beyond base case projections by 2020.  In 2030, however, the total cumulative pipeline capacity built is projected to decrease, consistent with the projected decrease in total natural gas use.  The projected increase in pipeline capacity in the near term is largely the result of building pipeline capacity a few years earlier than in is projected in the base case.  Given the relatively small amount of additional infrastructure development that is projected to shift to earlier years, construction of this additional capacity should be easily manageable and not raise any reliability or cost concerns.

## Table 3-11.  Generation Mix (thousand GWh)

| | Base Case | Option 1 Reg. | Option 1 State | Option 2 Reg. | Option 2 State | Option 1 Reg. | Option 1 State | Option 2 Reg. | Option 2 State |
|---|---|---|---|---|---|---|---|---|---|
| **2020** | | | | | | | | | |
| Pulverized Coal | 1,665 | 1,337 | 1,302 | 1,406 | 1,375 | -20% | -22% | -16% | -17% |
| NG Combined Cycle (existing) | 1,003 | 1,043 | 1,065 | 1,093 | 1,091 | 4% | 6% | 9% | 9% |
| NG Combined Cycle (new) | 85 | 238 | 248 | 155 | 185 | 181% | 192% | 83% | 119% |
| Combustion Turbine | 19 | 33 | 33 | 33 | 32 | 74% | 76% | 75% | 67% |
| Oil/Gas Steam | 52 | 15 | 14 | 18 | 16 | -70% | -73% | -65% | -69% |
| Non-Hydro Renewables | 299 | 321 | 323 | 313 | 316 | 7% | 8% | 5% | 5% |
| Hydro | 280 | 282 | 281 | 282 | 281 | 1% | 1% | 1% | 1% |
| Nuclear | 817 | 817 | 819 | 814 | 819 | 0% | 0% | 0% | 0% |
| Other | 8 | 15 | 14 | 13 | 12 | 92% | 88% | 66% | 61% |
| Total | 4,227 | 4,102 | 4,100 | 4,128 | 4,128 | -3% | -3% | -2% | -2% |
| **2025** | | | | | | | | | |
| Pulverized Coal | 1,702 | 1,275 | 1,250 | 1,383 | 1,353 | -25% | -27% | -19% | -20% |
| NG Combined Cycle (existing) | 919 | 1,022 | 1,035 | 1,055 | 1,068 | 11% | 13% | 15% | 16% |
| NG Combined Cycle (new) | 280 | 257 | 266 | 218 | 231 | -8% | -5% | -22% | -17% |
| Combustion Turbine | 27 | 37 | 37 | 37 | 37 | 36% | 39% | 36% | 36% |
| Oil/Gas Steam | 37 | 13 | 15 | 16 | 16 | -64% | -59% | -56% | -58% |
| Non-Hydro Renewables | 335 | 347 | 346 | 342 | 341 | 4% | 3% | 2% | 2% |
| Hydro | 280 | 282 | 281 | 282 | 282 | 1% | 0% | 0% | 0% |
| Nuclear | 817 | 817 | 819 | 814 | 819 | 0% | 0% | 0% | 0% |
| Other | 6 | 13 | 11 | 11 | 10 | 115% | 86% | 71% | 64% |
| Total | 4,404 | 4,063 | 4,062 | 4,158 | 4,156 | -8% | -8% | -6% | -6% |
| **2030** | | | | | | | | | |
| Pulverized Coal | 1,668 | 1,249 | 1,216 | n/a | n/a | -25% | -27% | n/a | n/a |
| NG Combined Cycle (existing) | 810 | 955 | 961 | n/a | n/a | 18% | 19% | n/a | n/a |
| NG Combined Cycle (new) | 599 | 359 | 384 | n/a | n/a | -40% | -36% | n/a | n/a |
| Combustion Turbine | 23 | 32 | 31 | n/a | n/a | 43% | 35% | n/a | n/a |
| Oil/Gas Steam | 23 | 10 | 12 | n/a | n/a | -57% | -46% | n/a | n/a |
| Non-Hydro Renewables | 350 | 356 | 356 | n/a | n/a | 2% | 2% | n/a | n/a |
| Hydro | 280 | 281 | 280 | n/a | n/a | 0% | 0% | n/a | n/a |
| Nuclear | 797 | 796 | 797 | n/a | n/a | 0% | 0% | n/a | n/a |
| Other | 6 | 16 | 14 | n/a | n/a | 163% | 132% | n/a | n/a |
| Total | 4,557 | 4,054 | 4,051 | n/a | n/a | -11% | -11% | n/a | n/a |

Note: "Other" mostly includes MSW and fuel cells. Source: Integrated Planning Model run by EPA, 2014



**Figure 3-4.  Generation Mix with the Base Case and 111(d) Options, 2020-2030 (million GWh)**
Source: Integrated Planning Model run by EPA, 2014

### 3.7.5    *Projected Incremental Retirements*

Relative to the base case, about 30 to 49 GW of coal-fired capacity is projected to be uneconomic to maintain (about 12% to 19% of all coal-fired capacity projected to be in service in the base case) by 2020 under the range of scenarios analyzed.

For the proposed rule, EPA examined whether these projected incremental retirements may adversely impact reserve margins and reliability planning. The IPM model is designed to ensure that generation resource adequacy is maintained in the projected results, and the model is required to meet reserve margin requirements in the 64 modeling regions in the contiguous US by retaining enough existing capacity and/or building enough new capacity. IPM also addresses reliable delivery of generation resources at a regional level by limiting the ability to transfer power between regions using the bulk power transmission system. Within each model region, IPM assumes that adequate transmission capacity is available to deliver any resources located in, or transferred to, the region.[58]

EPA examined the implications of each of the scenarios for regional resource adequacy and for potential concerns over on grid reliability. To conduct this analysis, EPA examined key parameters from the IPM projections to assess whether concerns over regional resource adequacy would be likely to arise or whether changes in generation and flow pattern impacts would raise issues for reliability management.  The key parameters analyzed were:

Operating Reserve Margins.  The IPM model ensures that target reserve margins from NERC will be met, by maintaining existing capacity or by building additional new capacity if needed. Capacity that is otherwise uneconomic to operate will be retired only when planned reserve margins can be met from within the region or by transfers from other regions.

Operational Capacity.  Since IPM ensures that NERC target margins will be met, EPA analyzed the remaining operating capacity for 2020 through 2030 to determine what types of changes in the generation fleet were projected to occur through retirements, additional generation and energy efficiency. Although there were changes from the base case to the policy cases, none of

---

[58] For more detail on IPM's electric load modeling and power system operation, please see IPM documentation (http://www.epa.gov/powersector modeling).

the policy cases were found to raise concerns over regional resource adequacy. Moreover, the time horizon for compliance with this rule will permit environmental and reliability planners to coordinate these changes and address potential concerns before they arise.

Interregional Power Flows and Capacity Transfers.  IPM constrains both interregional energy flows and interregional transfers of capacity to meet reserve requirements. These limits are based on grid operator data from ISOs, RTOs and other planning entities. Although these limits keep projected flows within expected bounds, EPA further examined how the policy options impacted these flows and transfers to identify any large shifts from the base case. None of the interregional changes in the policy cases suggested that there would be increases in flows that would raise significant concerns about grid congestion or grid management.

The increased energy efficiency anticipated with the proposed rule also contributes to meeting resource adequacy, by lowering the regional load and thereby lowering operating capacity needed to meet planning reserve margins. Demand-side energy efficiency would also reduce the overall load on the grid and thus generally reduces the burden on the transmission infrastructure needed to maintain reliability. EPA concludes that the proposed rule will not raise significant concerns over regional resource adequacy or raise the potential for interregional grid problems. EPA believes any remaining local issues can be managed through standard reliability planning processes.[59]

Capacity changes from the base case in 2020 are shown in Table 3-12.

---

[59] For further discussion of EPA's examination of these projected incremental retirements on reserve margins and reliability planning, see the Resource Adequacy and Reliability Analysis  TSD.

3-33

**Table 3-12.  Total Generation Capacity by 2020-2030 (GW)**

| | Base Case | Option 1 | | Option 2 | | Option 1 | | Option 2 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Reg. | State | Reg. | State | Reg. | State | Reg. | State |
| **2020** | | | | | | | | | |
| Pulverized Coal | 244 | 198 | 195 | 214 | 211 | -19% | -20% | -12% | -14% |
| NG Combined Cycle (existing) | 219 | 216 | 217 | 218 | 218 | -1% | -1% | -1% | 0% |
| NG Combined Cycle (new) | 12 | 33 | 35 | 21 | 26 | 174% | 190% | 79% | 117% |
| Combustion Turbine | 146 | 144 | 143 | 146 | 145 | -2% | -2% | -1% | -1% |
| Oil/Gas Steam | 83 | 66 | 66 | 72 | 71 | -20% | -20% | -13% | -14% |
| Non-Hydro Renewables | 93 | 105 | 105 | 101 | 102 | 13% | 13% | 9% | 10% |
| Hydro | 101 | 101 | 101 | 101 | 101 | 0% | 0% | 0% | 0% |
| Nuclear | 103 | 103 | 103 | 103 | 103 | 0% | 0% | 0% | 0% |
| Other | 5 | 5 | 5 | 5 | 5 | 2% | 2% | 2% | 2% |
| Total | 1,005 | 971 | 970 | 981 | 981 | -3% | -3% | -2% | -2% |
| **2025** | | | | | | | | | |
| Pulverized Coal | 243 | 197 | 193 | 214 | 211 | -19% | -21% | -12% | -13% |
| NG Combined Cycle (existing) | 219 | 216 | 217 | 218 | 218 | -1% | -1% | -1% | 0% |
| NG Combined Cycle (new) | 39 | 34 | 36 | 30 | 32 | -11% | -7% | -23% | -18% |
| Combustion Turbine | 149 | 145 | 144 | 148 | 147 | -3% | -3% | -1% | -2% |
| Oil/Gas Steam | 82 | 65 | 66 | 72 | 71 | -20% | -19% | -12% | -13% |
| Non-Hydro Renewables | 103 | 113 | 112 | 110 | 110 | 10% | 8% | 7% | 7% |
| Hydro | 101 | 101 | 101 | 101 | 101 | 0% | 0% | 0% | 0% |
| Nuclear | 103 | 103 | 103 | 103 | 103 | 0% | 0% | 0% | 0% |
| Other | 5 | 5 | 5 | 5 | 5 | 2% | 2% | 2% | 2% |
| Total | 1,044 | 980 | 977 | 1,000 | 997 | -6% | -6% | -4% | -4% |
| **2030** | | | | | | | | | |
| Pulverized Coal | 240 | 195 | 191 | n/a | n/a | -19% | -21% | n/a | n/a |
| NG Combined Cycle (existing) | 219 | 216 | 217 | n/a | n/a | -1% | -1% | n/a | n/a |
| NG Combined Cycle (new) | 84 | 49 | 52 | n/a | n/a | -42% | -38% | n/a | n/a |
| Combustion Turbine | 156 | 146 | 145 | n/a | n/a | -7% | -7% | n/a | n/a |
| Oil/Gas Steam | 82 | 65 | 66 | n/a | n/a | -20% | -19% | n/a | n/a |
| Non-Hydro Renewables | 107 | 117 | 115 | n/a | n/a | 9% | 7% | n/a | n/a |
| Hydro | 101 | 101 | 101 | n/a | n/a | 0% | 0% | n/a | n/a |
| Nuclear | 101 | 100 | 101 | n/a | n/a | 0% | 0% | n/a | n/a |
| Other | 5 | 5 | 5 | n/a | n/a | 2% | 2% | n/a | n/a |
| Total | 1,095 | 994 | 992 | n/a | n/a | -9% | -9% | n/a | n/a |

Source: Integrated Planning Model run by EPA, 2014

### 3.7.6   *Projected Capacity Additions*

Due largely to the demand reduction attributable to the demand-side energy savings applied in the illustrative scenarios, EPA projects less new natural gas combined cycle capacity built under the proposed rule than is built in the base case over the time horizon presented in this

RIA. While this new NGCC capacity cannot be directly counted towards the average emissions rate used for compliance, it can displace some generation from covered sources and thus indirectly lower the average emissions rate from covered sources. Conversely, EPA projects an overall increase in new non-hydro renewable capacity. As affected sources in the illustrative scenarios, the generation from new non-hydro renewables are able to contribute to the average emissions rate in each state or region.

Under the Option 1 illustrative scenarios, new natural gas combined cycle capacity is projected to increase by 21 to 23 GW in 2020 (174% to 190% increase relative to the base case), and decrease by 32 to 35 GW (38% to 42% reduction relative to base case) by 2030. New non-hydro renewable capacity is projected to increase by about 12 GW (67% increase) above the base case in 2020, and 8 to 9 GW (24% to 28% increase) by 2030.

Under the Option 2 illustrative scenarios, new natural gas combined cycle capacity is projected to increase by about 9 to 14 GW (79% to 117% increase relative to base case) in 2020, and decrease between 7 and 9 GW (17% to 23% reduction) in 2025. New non-hydro renewable capacity is projected to increase by about 9 GW (50% increase) above the base case in 2020, and about 7 GW (25% increase) by 2025.

**Table 3-13. Projected Capacity Additions, Gas (GW)**

|  | Cumulative Capacity Additions: Gas Combined Cycle | | | Incremental Cumulative Capacity Additions: Gas Combined Cycle | | |
|---|---|---|---|---|---|---|
|  | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** |
| Base Case | 11.9 | 38.9 | 83.8 |  |  |  |
| Option 1 Regional | 32.7 | 34.4 | 49.0 | 20.8 | -4.4 | -34.8 |
| Option 1 State | 34.7 | 36.1 | 51.6 | 22.7 | -2.7 | -32.1 |
| Option 2 Regional | 21.4 | 30.0 | n/a | 9.4 | -8.9 | n/a |
| Option 2 State | 25.9 | 32.0 | n/a | 14.0 | -6.8 | n/a |

Source: Integrated Planning Model run by EPA, 2014

**Table 3-14. Projected Capacity Additions, Non-hydro Renewable (GW)**

|  | Cumulative Capacity Additions: Renewables | | | Incremental Cumulative Capacity Additions: Renewables | | |
|---|---|---|---|---|---|---|
|  | **2020** | **2025** | **2030** | **2020** | **2025** | **2030** |
| Base Case | 17.8 | 28.4 | 32.7 |  |  |  |
| Option 1 Regional | 29.9 | 38.4 | 41.9 | 12.1 | 9.9 | 9.2 |
| Option 1 State | 29.6 | 37.0 | 40.6 | 11.8 | 8.5 | 7.9 |
| Option 2 Regional | 26.4 | 35.5 | n/a | 8.6 | 7.1 | n/a |
| Option 2 State | 26.7 | 35.0 | n/a | 8.8 | 6.6 | n/a |

Source: Integrated Planning Model run by EPA, 2014

### 3.7.7   *Projected Coal Productions for the Electric Power Sector*

Coal production is projected to decrease in 2020 and beyond in the illustrative scenarios due to (1) improved heat rates (generating efficiency) at existing coal units, (2) demand reduction attributable to the demand-side energy savings, and (3) a shift in generation from coal to less-carbon intensive generation. As shown in Table 3-15, the largest decrease in coal production on a tonnage basis is projected to occur in the western region. Waste coal production is projected to increase slightly under the proposed rule due to the operation under both options of less than 1 GW of coal steam capacity that is projected to retire under the base case.

**Table 3-15.  Coal Production for the Electric Power Sector, 2020**

| | | Coal Production (MM Tons) | | | | Percent Change from Base Case | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Base Case | Option 1 | | Option 2 | | Option 1 | | Option 2 | |
| | | Reg. | State | Reg. | State | Reg. | State | Reg. | State |
| Appalachia | 140 | 87 | 91 | n/a | n/a | -37% | -35% | n/a | n/a |
| Interior | 249 | 231 | 222 | n/a | n/a | -7% | -11% | n/a | n/a |
| West | 446 | 308 | 292 | n/a | n/a | -31% | -34% | n/a | n/a |
| Waste Coal | 9 | 10 | 10 | n/a | n/a | 8% | 5% | n/a | n/a |
| Imports | 0 | 0 | 0 | n/a | n/a | | | n/a | n/a |
| Total | 844 | 636 | 616 | n/a | n/a | -25% | -27% | n/a | n/a |

Source: Integrated Planning Model run by EPA, 2014

Power sector natural gas use is projected to increase between 12% and 14% in 2020 under Option 1 and between 10% and 12% under Option 2. In later years, gas use declines under both options. These trends are consistent with the change in generation mix described above in Section 3.7.4.

**Table 3-16.  Power Sector Gas Use**

| | Power Sector Gas Use (TCF) | | | Percent Change in Power Sector Gas Use | | |
|---|---|---|---|---|---|---|
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 8.35 | 8.88 | 9.89 | | | |
| Option 1 Regional | 9.32 | 9.31 | 9.37 | 11.7% | 4.8% | -5.3% |
| Option 1 State | 9.54 | 9.52 | 9.61 | 14.3% | 7.2% | -2.9% |
| Option 2 Regional | 9.20 | 9.34 | n/a | 10.2% | 5.1% | n/a |
| Option 2 State | 9.35 | 9.52 | n/a | 12.0% | 7.2% | n/a |

Source: Integrated Planning Model run by EPA, 2014

### 3.7.8   *Projected Fuel Price Impacts*

The impacts of the proposed rule on coal and natural gas prices before shipment are shown below in Table 3-17, Table 3-18, Table 3-19, and Table 3-20, and are attributable to the policy-induced changes in overall power sector demand for each fuel.

Coal demand decreases over the 2020-2030 time horizon, resulting in a decrease in the price of coal delivered to the electric power sector. In 2020, the increase in natural gas demand results in an increase in the price of gas delivered to the electric power sector. In 2030, gas demand and price decrease below the base case projections, due to the cumulative impact of national demand-side energy efficiency savings and the consequent reduced overall electricity demand.

IPM modeling of natural gas prices uses both short- and long-term price signals to balance supply and demand for the fuel across the modeled time horizon. As such, it should be understood that the pattern of IPM natural gas price projections over time is not a forecast of natural gas prices incurred by end-use consumers at any particular point in time. The natural gas market in the United States has historically experienced some degree of price volatility from year to year, between seasons within a year, and during short-lived weather events (such as cold snaps leading to short-run spikes in heating demand). These short-term price signals are fundamental for allowing the market to successfully align immediate supply and demand needs. However, end-use consumers are typically shielded from experiencing these rapid fluctuations in natural gas prices by retail rate regulation and by hedging through longer-term fuel supply contracts by the power sector. IPM assumes these longer-term price arrangements take place "outside of the model" and on top of the "real-time" shorter-term price variation necessary to align supply and demand. Therefore, the model's natural gas price projections should not be mistaken for traditionally experienced consumer price impacts related to natural gas, but a reflection of expected average price changes over the period of time represented by the modeling horizon.

**Table 3-17.  Projected Average Minemouth and Delivered Coal Prices (2011$/MMBtu)**

|  | Minemouth | | | Delivered - Electric Power Sector | | |
|---|---|---|---|---|---|---|
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 1.73 | 1.88 | 2.06 | 2.62 | 2.80 | 2.98 |
| Option 1 Regional | 1.46 | 1.57 | 1.72 | 2.19 | 2.29 | 2.44 |
| Option 1 State | 1.45 | 1.56 | 1.70 | 2.18 | 2.30 | 2.44 |
| Option 2 Regional | 1.49 | 1.62 | n/a | 2.25 | 2.40 | n/a |
| Option 2 State | 1.49 | 1.62 | n/a | 2.26 | 2.41 | n/a |

Source: Integrated Planning Model run by EPA, 2014

**Table 3-18.  Projected Average Minemouth and Delivered Coal Prices: Percent Change from Base Case Projections**

|  | Minemouth | | | Delivered - Electric Power Sector | | |
|---|---|---|---|---|---|---|
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Option 1 Regional | -15.5% | -16.6% | -16.4% | -16.3% | -18.3% | -18.1% |
| Option 1 State | -16.1% | -17.0% | -17.6% | -16.5% | -17.9% | -18.2% |
| Option 2 Regional | -14.1% | -14.1% | n/a | -13.8% | -14.4% | n/a |
| Option 2 State | -14.0% | -14.1% | n/a | -13.6% | -14.1% | n/a |

Source: Integrated Planning Model run by EPA, 2014

**Table 3-19.  Projected Average Henry Hub (spot) and Delivered Natural Gas Prices (2011$/MMBtu)**

|  | Henry Hub | | | Delivered - Electric Power Sector | | |
|---|---|---|---|---|---|---|
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 4.98 | 5.68 | 6.00 | 5.36 | 6.11 | 6.39 |
| Option 1 Regional | 5.50 | 5.60 | 6.02 | 5.86 | 5.91 | 6.33 |
| Option 1 State | 5.61 | 5.57 | 6.07 | 5.98 | 5.90 | 6.39 |
| Option 2 Regional | 5.40 | 5.79 | n/a | 5.76 | 6.13 | n/a |
| Option 2 State | 5.43 | 5.80 | n/a | 5.80 | 6.16 | n/a |

Source: Integrated Planning Model run by EPA, 2014

**Table 3-20.  Average Henry Hub (spot) and Delivered Natural Gas Prices: Percent Change from Base Case Projections**

|  | Henry Hub | | | Delivered - Electric Power Sector | | |
|---|---|---|---|---|---|---|
|  | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Option 1 Regional | 10.4% | -1.5% | 0.4% | 9.3% | -3.3% | -0.9% |
| Option 1 State | 12.5% | -2.0% | 1.2% | 11.5% | -3.5% | 0.0% |
| Option 2 Regional | 8.5% | 2.0% | n/a | 7.5% | 0.2% | n/a |
| Option 2 State | 9.0% | 2.1% | n/a | 8.1% | 0.8% | n/a |

Source: Integrated Planning Model run by EPA, 2014

### 3.7.9  Projected Retail Electricity Prices

EPA's analysis projects an increase in the national average (contiguous U.S.) retail electricity price between 5.9% and 6.5% in 2020 and between 2.7% and 3.1% by 2030 under the

proposed Option 1, compared to the modeled base case price estimate in those years. Under Option 2, on average, EPA projects an average retail price increase ranging from 23.6% to 4.0% in 2020, and from 2.4% to 2.7% in 2025.

Retail electricity prices embody generation, transmission, distribution, taxes, and utility demand-side EE program costs. IPM modeling projects changes in regional wholesale power prices and capacity payments related to imposition of the represented policy that are combined with EIA regional transmission and distribution costs to calculate changes to regional retail prices.  As described in Section 3.6.2, the utility funding for demand-side energy efficiency programs (to cover program costs) is typically collected through a standard per kWh surcharge to the ratepayer and the regional retail price impacts assume that first-year costs of these policies are recovered by utilities in retail rates. There are many factors influencing the estimated retail electricity price impacts, namely projected changes in generation mix, fuel prices, and development of new generating capacity.  These projected changes vary regionally under each compliance scenario in response to the goals under the two options, and they also vary depending upon retail electricity market structure (e.g., cost-of-service vs. competitive).

**Table 3-21.  2020 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)**

| | 2020 Projected Retail Price (cents/kWh) | | | | | Percent Change from Base Case | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Base Case | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State |
| ERCT | 9.9 | 10.6 | 10.8 | 10.4 | 10.5 | 7.4% | 9.9% | 5.3% | 6.0% |
| FRCC | 10.6 | 11.3 | 11.6 | 11.2 | 11.4 | 6.5% | 8.7% | 5.2% | 7.1% |
| MROE | 10.4 | 10.9 | 11.0 | 10.8 | 10.9 | 4.7% | 5.8% | 3.4% | 4.2% |
| MROW | 9.2 | 9.8 | 9.8 | 9.6 | 9.6 | 6.4% | 7.0% | 4.6% | 4.9% |
| NEWE | 13.8 | 15.2 | 15.4 | 14.5 | 14.8 | 10.1% | 11.4% | 5.1% | 6.9% |
| NYCW | 18.0 | 19.7 | 19.8 | 18.8 | 18.9 | 9.5% | 10.0% | 4.6% | 5.0% |
| NYLI | 14.7 | 16.1 | 16.1 | 15.3 | 15.3 | 9.3% | 9.5% | 3.7% | 4.2% |
| NYUP | 12.7 | 14.0 | 14.0 | 13.4 | 13.3 | 9.9% | 9.8% | 4.8% | 4.5% |
| RFCE | 12.2 | 13.3 | 13.2 | 12.6 | 12.8 | 8.6% | 7.7% | 3.2% | 4.6% |
| RFCM | 10.7 | 11.2 | 11.3 | 11.1 | 11.1 | 5.1% | 6.0% | 3.6% | 3.9% |
| RFCW | 10.1 | 10.7 | 10.8 | 10.4 | 10.3 | 6.1% | 6.3% | 2.5% | 2.2% |
| SRDA | 9.0 | 9.4 | 9.4 | 9.3 | 9.2 | 4.1% | 4.5% | 3.0% | 2.8% |
| SRGW | 9.3 | 9.7 | 9.7 | 9.5 | 9.5 | 4.9% | 4.7% | 2.1% | 1.7% |
| SRSE | 10.4 | 10.7 | 10.7 | 10.6 | 10.6 | 2.8% | 3.4% | 2.2% | 2.2% |
| SRCE | 8.2 | 8.4 | 8.4 | 8.3 | 8.4 | 1.5% | 1.7% | 1.3% | 1.6% |
| SRVC | 10.7 | 10.9 | 10.9 | 10.8 | 10.8 | 2.4% | 2.2% | 1.6% | 1.5% |
| SPNO | 10.6 | 11.7 | 10.7 | 11.4 | 10.7 | 9.9% | 0.6% | 7.5% | 1.1% |
| SPSO | 8.3 | 9.0 | 9.3 | 8.8 | 9.0 | 8.3% | 11.7% | 5.3% | 7.7% |
| AZNM | 10.5 | 11.1 | 11.3 | 10.9 | 11.1 | 5.3% | 7.4% | 3.9% | 5.6% |
| CAMX | 14.3 | 15.2 | 15.2 | 14.9 | 14.9 | 6.3% | 6.4% | 4.7% | 4.5% |
| NWPP | 7.3 | 7.7 | 7.8 | 7.6 | 7.6 | 6.1% | 6.7% | 4.5% | 4.5% |
| RMPA | 8.9 | 9.5 | 9.9 | 9.4 | 9.6 | 6.3% | 10.4% | 5.0% | 6.9% |
| Contiguous U.S. | 10.4 | 11.1 | 11.1 | 10.8 | 10.9 | 5.9% | 6.5% | 3.6% | 4.0% |

**Table 3-22.  2025 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)**

| | 2025 Projected Retail Price (cents/kWh) | | | | | Percent Change from Base Case | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Base Case | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State |
| ERCT | 11.2 | 11.5 | 11.4 | 11.6 | 11.6 | 2.9% | 1.8% | 3.3% | 3.7% |
| FRCC | 10.9 | 11.4 | 11.5 | 11.3 | 11.5 | 4.5% | 5.4% | 4.1% | 5.4% |
| MROE | 10.5 | 10.9 | 11.0 | 10.8 | 10.9 | 4.0% | 4.2% | 2.5% | 4.0% |
| MROW | 9.2 | 9.8 | 9.8 | 9.6 | 9.6 | 5.8% | 5.7% | 4.3% | 4.4% |
| NEWE | 14.2 | 14.4 | 14.5 | 14.3 | 14.5 | 1.4% | 1.9% | 0.2% | 1.6% |
| NYCW | 18.8 | 19.1 | 19.1 | 18.9 | 18.9 | 1.5% | 1.3% | 0.5% | 0.4% |
| NYLI | 15.6 | 15.5 | 15.4 | 15.4 | 15.3 | -0.4% | -1.4% | -1.4% | -1.5% |
| NYUP | 13.2 | 13.3 | 13.2 | 13.2 | 13.1 | 0.2% | -0.4% | -0.3% | -0.8% |
| RFCE | 12.6 | 12.7 | 12.9 | 13.0 | 13.0 | 0.4% | 2.2% | 3.0% | 3.1% |
| RFCM | 10.7 | 11.2 | 11.2 | 11.1 | 11.1 | 4.0% | 4.5% | 3.1% | 3.6% |
| RFCW | 10.9 | 10.9 | 11.0 | 10.9 | 11.0 | -0.4% | 0.0% | -0.1% | 0.3% |
| SRDA | 9.3 | 9.7 | 9.7 | 9.7 | 9.7 | 4.1% | 3.7% | 3.9% | 3.6% |
| SRGW | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | -0.1% | -0.1% | -0.1% | -0.1% |
| SRSE | 10.3 | 10.7 | 10.7 | 10.6 | 10.7 | 3.5% | 3.8% | 2.8% | 2.9% |
| SRCE | 8.2 | 8.5 | 8.5 | 8.4 | 8.4 | 3.1% | 3.2% | 2.2% | 2.2% |
| SRVC | 10.6 | 10.9 | 10.8 | 10.8 | 10.8 | 3.0% | 2.5% | 2.4% | 2.0% |
| SPNO | 10.3 | 11.8 | 10.8 | 11.3 | 10.7 | 14.1% | 4.5% | 8.7% | 3.0% |
| SPSO | 8.8 | 9.5 | 9.7 | 9.4 | 9.5 | 7.4% | 9.4% | 6.0% | 7.7% |
| AZNM | 10.8 | 11.2 | 11.3 | 11.0 | 11.2 | 3.9% | 5.0% | 2.4% | 4.0% |
| CAMX | 13.9 | 14.4 | 14.3 | 14.3 | 14.3 | 3.2% | 2.9% | 2.9% | 2.9% |
| NWPP | 7.4 | 7.8 | 7.7 | 7.6 | 7.6 | 5.0% | 4.6% | 3.4% | 3.3% |
| RMPA | 9.4 | 9.6 | 10.0 | 9.6 | 9.8 | 2.3% | 6.4% | 2.7% | 4.8% |
| Contiguous U.S. | 10.8 | 11.1 | 11.1 | 11.0 | 11.1 | 2.7% | 2.9% | 2.4% | 2.7% |

**Table 3-23.  2030 Projected Contiguous U.S. and Regional Retail Electricity Prices (cents/kWh)**

|  | 2030 Projected Retail Price (cents/kWh) | | | | | Percent Change from Base Case | | | |
|  | Base Case | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State | Option 1 Regional | Option 1 State | Option 2 Regional | Option 2 State |
|---|---|---|---|---|---|---|---|---|---|
| ERCT | 11.6 | 12.0 | 12.0 | n/a | n/a | 3.6% | 3.9% | n/a | n/a |
| FRCC | 10.9 | 11.5 | 11.5 | n/a | n/a | 4.7% | 5.6% | n/a | n/a |
| MROE | 10.5 | 10.9 | 11.1 | n/a | n/a | 4.0% | 5.9% | n/a | n/a |
| MROW | 9.4 | 9.8 | 9.8 | n/a | n/a | 4.3% | 4.3% | n/a | n/a |
| NEWE | 15.1 | 15.1 | 15.3 | n/a | n/a | -0.1% | 1.0% | n/a | n/a |
| NYCW | 19.9 | 20.1 | 20.1 | n/a | n/a | 1.0% | 0.8% | n/a | n/a |
| NYLI | 16.9 | 16.5 | 16.3 | n/a | n/a | -2.3% | -3.3% | n/a | n/a |
| NYUP | 14.2 | 14.2 | 14.2 | n/a | n/a | 0.0% | -0.4% | n/a | n/a |
| RFCE | 12.4 | 12.8 | 12.9 | n/a | n/a | 3.4% | 4.2% | n/a | n/a |
| RFCM | 10.8 | 11.2 | 11.2 | n/a | n/a | 3.8% | 4.5% | n/a | n/a |
| RFCW | 11.2 | 11.3 | 11.3 | n/a | n/a | 0.4% | 0.6% | n/a | n/a |
| SRDA | 9.5 | 9.9 | 9.9 | n/a | n/a | 4.6% | 4.5% | n/a | n/a |
| SRGW | 10.4 | 10.3 | 10.2 | n/a | n/a | -1.2% | -1.6% | n/a | n/a |
| SRSE | 10.4 | 10.7 | 10.8 | n/a | n/a | 3.2% | 4.0% | n/a | n/a |
| SRCE | 8.1 | 8.4 | 8.4 | n/a | n/a | 2.6% | 2.7% | n/a | n/a |
| SRVC | 10.4 | 10.7 | 10.6 | n/a | n/a | 3.0% | 2.5% | n/a | n/a |
| SPNO | 10.2 | 11.5 | 10.5 | n/a | n/a | 12.7% | 3.1% | n/a | n/a |
| SPSO | 9.1 | 9.7 | 9.9 | n/a | n/a | 7.2% | 9.2% | n/a | n/a |
| AZNM | 11.5 | 11.4 | 11.7 | n/a | n/a | -0.2% | 2.1% | n/a | n/a |
| CAMX | 14.1 | 14.7 | 14.7 | n/a | n/a | 4.2% | 3.9% | n/a | n/a |
| NWPP | 7.4 | 7.7 | 7.7 | n/a | n/a | 2.8% | 2.8% | n/a | n/a |
| RMPA | 9.9 | 9.9 | 10.3 | n/a | n/a | 0.7% | 4.7% | n/a | n/a |
| Contiguous U.S. | 10.9 | 11.2 | 11.3 | n/a | n/a | 2.7% | 3.1% | n/a | n/a |



**Figure 3-5.  Electricity Market Module Regions**

Source: EIA <http://www.eia.gov/forecasts/aeo/pdf/nerc_map.pdf)>.

### *3.7.10  Projected Electricity Bill Impacts*

The electricity price changes addressed in section 3.7.9 combine with the significant reductions in electricity demand applied in the illustrative scenarios to affect average electricity bills. The estimated changes to average bills are summarized in Table 3-24. Under Option 1, EPA estimates an average bill increase of 2.7% to 3.2% in 2020 and an average bill decrease of 8.4% to 8.7% in 2030. Under Option 2, EPA estimates an average bill increase of 1.1% to 1.4% in 2020 and an average bill decrease of 3.2% to 3.5% in 2025. These reduced electricity bills reflect the combined effects of changes in both average retail rates (driven by the effects of all four building blocks) and lower electricity demand (driven by the fourth building block, demand-side energy efficiency).

**Table 3-24.  Projected Changes in Average Electricity Bills**

|  | 2020 | 2025 | 2030 |
|---|---|---|---|
| Option 1 Regional | 2.7% | -5.4% | -8.7% |
| Option 1 State | 3.2% | -5.3% | -8.4% |
| Option 2 Regional | 1.1% | -3.5% | n/a |
| Option 2 State | 1.4% | -3.2% | n/a |

### 3.8    Projected Primary PM Emissions from Power Plants

IPM is not configured to endogenously model primary PM emissions from power plants. These emissions are calculated as a function of IPM outputs, emission factors and control configuration. IPM-projected fuel use (heat input) is multiplied by PM emission factors (based in part on the presence of PM-relevant pollution control devices) to determine PM emissions. Primary PM emissions are calculated by adding the filterable PM and condensable PM emissions.

Filterable PM emissions for each unit are based on historical information regarding existing emissions controls and types of fuel burned and ash content of the fuel burned, as well as the projected emission controls (e.g., scrubbers and fabric filters).

Condensable PM emissions are based on plant type, sulfur content of the fuel, and $SO_2/HCl$ and PM control configurations. Although EPA's analysis is based on the best available emission factors, these emission factors do not account for the potential changes in condensable PM emissions due to the installation and operation of SCRs. The formation of additional condensable PM (in the form of $SO_3$ and $H_2SO_4$) in units with SCRs depends on a number of factors, including coal sulfur content, combustion conditions and characteristics of the catalyst used in the SCR, and is likely to vary widely from unit to unit. SCRs are generally designed and operated to minimize increases in condensable PM. This limitation means that IPM post-processing is potentially underestimating condensable PM emissions for units with SCRs. In contrast, it is possible that IPM post-processing overestimates condensable PM emissions in a case where the unit is combusting a low-sulfur coal in the presence of a scrubber.

EPA applied this methodology to develop primary PM emission projections for 2025 in the base case, and for Option 1 State and Option 2 Regional.  Using these results, EPA then estimated primary PM emissions for the remainder of the base case and policy scenarios over the 2020-2030 time horizon using simplified emissions factors.  These factors were developed for the eastern and western regions (excluding California) using EPA's emissions and fuel use projections for fossil plus biomass.  Separate factors were developed for base case and policy case scenarios.  These factors were applied to the projected fuel use from fossil and biomass plant types.  While this methodology provides a reasonable estimate, EPA notes that applying the

methodology discussed above would likely yield different results.  Nevertheless, EPA has determined that this estimation is sufficient for the purpose of estimating benefits on a large regional level.

For a more complete description of the methodologies used to post-process PM emissions from IPM, see "IPM ORL File Generation Methodology" (March, 2011), available in the docket.

**3.9    Limitations of Analysis**

EPA's modeling is based on expert judgment of various input assumptions for variables whose outcomes are in fact uncertain. As a general matter, the Agency reviews the best available information from engineering studies of air pollution controls, the ability to improve operating efficiency, and new capacity construction costs to support a reasonable modeling framework for analyzing the cost, emission changes, and other impacts of regulatory actions.

The costs presented in this RIA include both the IPM-projected annualized estimates of private compliance costs as well as the estimated costs incurred by utilities and ratepayers to achieve demand-side energy efficiency improvements. The IPM-projected annualized estimates of private compliance costs provided in this analysis are meant to show the increase in production (generating) costs to the power sector in response to the final rule. To estimate these annualized costs, EPA uses a conventional and widely-accepted approach that applies a capital recovery factor (CRF) multiplier to capital investments and adds that to the annual incremental operating expenses. The CRF is derived from estimates of the cost of capital (private discount rate), the amount of insurance coverage required, local property taxes, and the life of capital.[60]

The demand-side energy efficiency costs are developed based on a review of energy efficiency data and studies, and expert judgment. EPA recognizes that significant variation exists in these analyses reflecting data and methodological limitations. The method used for estimating the demand-side energy efficiency costs is discussed in more detail in the Greenhouse Gas Abatement Measures TSD. The TSD also discusses the economic literature of energy efficiency costs and related considerations, energy savings potential studies, and discusses the associated

---

[60] See Chapter 8 of EPA's Base Case using IPM (v5.13) documentation, available at:
   http://www.epa.gov/powersectormodeling/BaseCasev513.html.

uncertainties. The evaluation, measurement and verification (EM&V) of demand-side energy efficiency is addressed in the State Plan Considerations TSD.

The base case electricity demand in IPM v.5.13 is calibrated to reference case demand in AEO 2013. AEO 2013 demand reflects, to some degree, a continuation of the impacts of state demand-side energy efficiency policies but does not explicitly represent many of the existing state policies in this area (e.g., energy efficiency resource standards). To some degree the implicit representation of state policies in the EPA's base case alters the impacts assessment, but the direction of change is not known with certainty. This issue is discussed in more detail in the Greenhouse Gas Abatement Measures TSD.

Cost estimates for the proposed rule are based on rigorous power sector modeling using ICF's Integrated Planning Model.[61] IPM assumes "perfect foresight" of market conditions over the time horizon modeled; to the extent that utilities and/or energy regulators misjudge future conditions affecting the economics of pollution control, costs may be understated as well. Furthermore, IPM does not represent electricity markets in Alaska, Hawaii, and U.S. territories outside the contiguous U.S. and therefore the costs (and benefits) that may be expected from the proposed rule in this states and territories are not accounted for in the compliance cost modeling.

## 3.10   Significant Energy Impacts

The proposed rule (Option 1) would have a significant impact according to E.O. 13211: Actions that Significantly Affect Energy Supply, Distribution, or Use. Under the provisions of this rule, EPA projects that approximately 46 to 49 GW of additional coal-fired generation (about 19% of all coal-fired capacity and 4.6% of total generation capacity in 2020) may be removed from operation by 2020.

EPA also projects the average delivered coal price decreases by 16.3% to 16.5% with decreased production of 208 to 228 million tons (24.6% to 27.7% of US production) in 2020 and that electric power sector delivered natural gas prices will increase by about 9.3% to 11.5% with increased power sector consumption of between 979 to 1,194 billion cubic feet (BCF) in 2020.

---

[61] Full documentation for IPM can be found at <http:// http://www.epa.gov/powersectormodeling>.

Average retail electricity prices are projected to increase in the contiguous U.S. by 5.9% to 6.5% in 2020.

## 3.11    Monitoring, Reporting, and Recordkeeping Costs

EPA projected monitoring, reporting and recordkeeping costs for both state entities and affected EGUs for the compliance years 2020, 2025 and 2030. In calculating the costs for state entities, EPA estimated personnel costs to oversee compliance, and review and report annually to EPA on program progress relative to meeting the state's reduction goal. To calculate the national costs, EPA estimated that 49 states and 1,228 facilities would be affected.

In calculating the cost for affected EGUs to comply, EPA assumed that the state plan would utilize a rate-based emission limit. The EPA estimated that the majority of the cost to EGUs would be in calculating net energy output. Since the majority of EGUs do have some energy usage meters or other equipment available to them, EPA believes a new system for calculating net energy output is not needed. However, an affected EGU will still need to be modify their equipment to comply with a rate-based limit as described in the emission guidelines. The EPA estimates that it would take 3 working months for a technician to retrofit any existing energy meters to meet the requirements set in the state plan.  Additionally EPA believes that 1 hour will be needed for each EGU operator to read the rule and understand how the facility will comply with the rule.   Also, after all modifications are made at a facility to measure net energy output, each EGUs Data Acquisition System (DAS) would need to be upgraded to supply the rate-based emissions value to either the state or EPA's Emissions Collection and Monitoring Plan System (ECMPS).  Note the costs to develop net energy output monitoring and to upgrade each facility's DAS system are one-time costs incurred in 2020. Recordkeeping and reporting costs substantially decrease for the period 2021-2030.  The projected costs for 2020, 2025, and 2030 are summarized below.

In calculating the cost for states to comply, EPA estimates that each state will rely on the equivalent of 2 full time staff to oversee program implementation, assess progress, develop possible contingency measures, state plan revisions and the subsequent public meetings if revisions are indeed needed, download data from the ECMPS for their annual reporting and

develop their annual EPA report. Table 3-25 shows the annual respondent burden costs and costs of reporting and recordkeeping for 2020, 2025 and 2030.

**Table 3-25.  Years 2020, 2025 and 2030: Summary of Annual Respondent Burden and Cost of Reporting and Recordkeeping Requirements (2011$)**

| Nationwide Totals | Total Annual Labor Burden (Hours) | Total Annual Labor Costs | Total Annualized Capital Costs | Total Annual O&M Costs | Total Annualized Costs |
|---|---|---|---|---|---|
| Year 2020 | 900,048 | $65,573,900 | $0 | $2,701,100 | $68,275,000 |
| Year 2025 | 217,280 | $8,215,240 | $0 | $638,500 | $8,853,740 |
| Year 2030 | 217,280 | $8,215,240 | $0 | $638,500 | $8,853,740 |

The annual costs of this proposal Option1 and regulatory alternative Option 2 including monitoring reporting and recordkeeping costs are shown in Table 3-26 below.

**Table 3-26.  Annualized Compliance Costs Including Monitoring, Reporting and Recordkeeping Costs Requirements (billions of 2011$)**

|  | 2020 | 2025 | 2030 |
|---|---|---|---|
| Option 1 Regional | 5.5 | 4.6 | 7.3 |
| Option 1 State | 7.5 | 5.5 | 8.8 |
| Option 2 Regional | 4.3 | 4.5 | n/a |
| Option 2 State | 5.5 | 5.5 | n/a |

Source: Integrated Planning Model run by EPA, 2014 and GHG Abatement Measures TSD. Monitoring, reporting and recordkeeping costs calculated outside IPM.

## 3.12   Social Costs

As discussed in the EPA Guidelines for Preparing Economic Analyses, social costs are the total economic burden of a regulatory action. This burden is the sum of all opportunity costs incurred due to the regulatory action, where an opportunity cost is the value lost to society of any goods and services that will not be produced and consumed as a result of reallocating some resources towards pollution mitigation. Estimates of social costs may be compared to the social benefits expected as a result of a regulation to assess its net impact on society. The social costs of a regulatory action will not necessarily be equivalent to the expenditures associated with compliance. Nonetheless, here we use compliance costs as a proxy for social costs. This section provides a qualitative discussion of the relationship between social costs and compliance cost estimates presented in this chapter.

For the illustrative compliance scenarios cost estimates presented in this chapter are the sum of expenditures on end-use energy efficiency programs and the change in expenditures required by the electricity sector to comply with the proposed guidelines. These two components are estimated separately. The expenditures required to achieve the assumed demand reductions through end-use energy efficiency programs are estimated using historical data and expert judgment. The change in the expenditures required by the electricity sector to meet demand and maintain compliance are estimated by IPM and reflect both the reduction in electricity production costs due to the reduction in demand caused by the end-use energy efficiency programs and the increase in electricity production costs required to achieve the additional emission reductions necessary to comply with the state goals.[62]

As described in section 3.6.1, the illustrative scenarios generally assume that, in achieving their goals, states adopt energy efficiency programs which lead to net demand reductions in each year equivalent to those applied in the calculation of their respective goals. The estimated expenditures required to achieve those net demand reductions through end-use energy efficiency programs are presented in this chapter and detailed in the GHG Abatement Measures TSD chapter on end-use energy efficiency. The social cost of achieving these energy savings comes in the form of increased expenditures on technologies and/or services that are required to lower end-user's electricity consumption beyond the business as usual. Under the assumption of complete and well-functioning markets the expenditures required to reduce electricity consumption on the margin will represent society's opportunity cost of the resources required to produce the energy savings.

The social cost of achieving these net electricity demand reductions may differ from the expenditures associated with the end-use energy efficiency programs. For example, some participants in end-use energy efficiency programs might have chosen to adopt the energy

---

[62] As described in section 3.5, IPM provides the least-cost solution to attaining the constraints representing the regulation required used to achieve the state goals but for the component of the state goals that is achieved by end use energy efficiency programs.

efficiency improvements even in the absence of the program.[63] Therefore the expenditures, except for any program administration expenditures, associated with those demand reductions are not part of the program's social costs, as they would have accrued even in its absence.[64] The compliance cost estimates for the illustrative scenarios includes this limited share of the program costs that is expended on end-users who would have reduced their demand in the absence of the program. Thus, with respect to this particular issue, the social cost of the illustrative scenarios would be less than the estimated compliance cost reported in Table 3-8 to a limited degree. If the program expenditures that do not lead to additional demand reductions are paid for by electricity rate or tax payer funded programs then that portion of program expenditures represents a transfer among electricity consumers and has no net welfare gain or loss to society as a whole.

Due to the flexibility held by states in implementing their compliance with the proposed standards these energy efficiency expenditures may be borne by end-users through direct participant expenditures or electricity rate increases or by producers through reductions in their profits. While the allocation of these expenditures between consumers and producers is important for understanding the distributional impact of potential compliance strategies, it does not necessarily affect the opportunity cost required for the production of the energy savings from a social perspective. However, specific design elements of demand-side or end-use energy efficiency programs included to address distributional outcomes may have an effect on the economic efficiency of the programs and therefore the social cost.

Another reason the expenditures associated with end-use energy efficiency programs may differ from social costs is due to differences in the services provided by more energy efficient technologies and services adopted under the program relative to the baseline. For example, if

---

[63] For example if a rebate program is offered for energy efficient appliances, some participants that claim the rebate may have purchased the more energy efficient appliances even without the rebate and so the rebate and investment made by these end-users is not a social cost of the program. However, the administrative cost of the rebate program is a social cost as it requires the reallocation of societal resources.

[64] The demand reductions assumed in the illustrative compliance scenarios only include those additional demand reductions motivated by the program costs. That is, the demand reductions assumed for the illustrative compliance scenarios already account for the potential that some program costs do not lead to additional energy efficiency investments by end-users. For more information see the GHG Abatement Measures TSD chapter on end-use energy efficiency.

under the program end-users adopted more energy efficient products which were associated with quality or service attributes deemed less desirable, then there would be an additional welfare loss that should be accounted for in social costs but is not necessarily captured in the measure of expenditures. However, there is an analogous (and more common) possibility that in some cases the quality of services, outside of the energy savings, provided by the more energy efficient products and practices are deemed more desirable by some end-users. For example, weatherization of buildings to reduced electricity demand associated with cooling will likely have a significant impact on natural gas use associated with heating. In either case these real welfare impacts are not fully captured by end-use energy efficiency expenditure estimates.

The fact that such quality and service differences may exist in reality but may not be reflected in the price difference between more and less energy efficient products is one potential hypothesis for the energy paradox. The energy paradox is the observation that end-users do not always purchase products that are more energy efficient when the additional cost is less than the reduction in the net present value of expected electricity expenditures achieved by those products.[65] Such circumstances are present in the analysis presented in this chapter, whereby in some regions the base case and illustrative scenarios suggest that cost of reducing demand through energy efficiency programs is less than the retail electricity price. In addition to heterogeneity in product services and consumer preferences, there are other explanations for the energy paradox, falling both within and outside the neoclassical rational expectations paradigm that is used in benefit/cost analysis. The end-use energy efficiency chapter of the GHG Abatement Measures TSD discusses the energy paradox in detail and provides additional hypothesis for why consumers may not make energy efficiency investments that ostensibly seem to be in their own interest. The TSD discussion also provides details on how the presence of additional market failures can lead to levels of energy efficiency investment that may be too low from society's perspective even if that is not the case for the end-user. In such cases there is the potential for properly designed energy efficiency programs to address the source of under-investment, such as principal-agent problems where there is a disconnect between those making

---

[65] An analogous situation is present when some EGUs have assumed to have the ability to make heat rate improvements at a capital cost that is less than the anticipated fuel expenditure savings.

the purchase decision regarding energy efficient investments and energy use and those that would receive the benefits associated with reduced energy use through lower electricity bills.

The other component of compliance cost reported in this chapter is the change in resource cost (i.e., expenditures) required by the electricity sector to fulfill the remaining demand while making additional $CO_2$ emissions intensity reductions necessary to comply with the state goals. Included in the estimate of these compliance costs, developed using IPM, are the cost savings associated with the reduction in required electricity generation due to the demand reductions from end-use energy efficiency programs and improvements in heat rate. By shifting the demand curve for electricity, energy efficiency programs reduce the production cost in the sector. The resource cost estimates from IPM therefore account for the increased cost of providing electricity at a lower average emissions rate net of the reduction in production costs due to lower demand from end-use energy efficiency programs.

Under the assumption that impacts outside the electricity market and markets providing inputs to the electricity sector do not meaningfully affect the prices in those markets, and the assumption of fixed electricity demand, then the social costs associated with the regulatory action would be equal to the resource costs measured by IPM (net of tax and subsidy payments and recovery of sunk costs). Under these assumptions the change in compliance cost will equal the reduction in producer[66] and consumer surplus[67] in the electricity sector from the pre-regulatory action market equilibrium. However, IPM forecasts production and price changes in fuel markets, which implies that there are changes in producer and consumer surplus in those markets, and therefore the resource cost estimate by IPM may differ from the social cost for this reason. For a theoretically consistent method for estimating partial-equilibrium changes in welfare where prices and outputs change in multiple markets see Chapter 9 of Just et al. (2004).

---

[66] Producer surplus is a welfare measure representing the amount gained by producers from selling output at a market price higher than the price they are willing to accept.

[67] Consumer surplus is a welfare measure representing the monetized value of the benefit consumers receive from consumption of purchased goods or services beyond their opportunity cost as defined by the market price.

### 3.13   References

Just, R.J., D.L. Hueth and A. Schmitz, (2004) *The Welfare Economics of Public Policy: A Practical Guide to Policy and Project Evaluation*, Edwin Elgar Press, Cheltenham UK.

US EPA (2010) EPA Guidelines for Preparing Economic Analyses, Chapters 8 and Appendix A. http://yosemite.epa.gov/ee/epa/eed.nsf/webpages/guidelines.html

# APPENDIX 3A:  ANALYSIS OF POTENTIAL UPSTREAM METHANE EMISSIONS CHANGES IN NATURAL GAS SYSTEMS AND COAL MINING

The purpose of this appendix is to describe the methodology for estimating upstream methane ($CH_4$) emissions related to natural gas systems and coal mining sectors that may result from the compliance approaches examined in the Regulatory Impact Analysis (RIA). The US Environmental Protection Agency (EPA) assessed whether the net change in upstream methane emissions from natural gas and coal production is likely to be positive or negative and also assessed the potential magnitude of these upstream changes relative to $CO_2$ emissions reductions anticipated at power plants from the compliance strategies examined in the RIA. In addition to estimating changes in upstream methane emissions, this assessment included estimating $CO_2$ from the flaring of methane, but did not examine other potential changes in other upstream greenhouse gas emissions changes from natural gas systems and coal mining sectors.

The methodologies used to project upstream emissions were previously developed for the purpose of the Sixth U.S. Climate Action Report, and were subject to peer review and public review as part of the publication of that report. In section 3A.1, the overall approach is described in brief. In section 3A.2, results are presented. In section 3A.3, detailed methodologies are presented for how $CH_4$ and flaring-related $CO_2$ projections were calculated for coal mining and natural gas systems.  Finally, section 3A.4 contains a bibliography of cited resources.

## 3A.1   General Approach

### 3A.1.1 Analytical Scope

Upstream $CH_4$ and flaring-related $CO_2$ emissions associated with coal mining and natural gas systems were estimated for 2020 through 2030 using methodologies developed for the 2014 U.S. Climate Action Report (U.S. Department of State 2014). The base year for the projections is 2011, as reported in the 2013 U.S. GHG Inventory (EPA 2013a). The projection methodologies use activity driver data outputs such as coal and natural gas production from the base case and policy scenarios generated by the Integrated Planning Model (IPM), which was used in the RIA to model illustrative compliance strategies. The projection methodologies use similar activity

data and emissions factors as are used in the U.S. Greenhouse Gas (GHG) Inventory. The projection methodologies estimate reductions associated with both voluntary and regulatory programs affecting upstream $CH_4$-related emissions. In the case of the voluntary programs, the rate of reductions is based on the historical average decrease from these programs over recent years. In the case of regulatory reductions, the reductions are based on the reduction rates estimated in the RIAs of relevant regulations. The methodologies to estimate upstream emissions were subject to expert peer review and public review in the context of the Sixth U.S. Climate Action Report. For more information on the review, or for the detailed methodologies used for non-$CO_2$ source projections in that report, including $CH_4$-related emissions from coal production and natural gas systems, see "Methodologies for U.S. Greenhouse Gas Emissions Projections: Non-$CO_2$ and Non-Energy $CO_2$ Sources" (EPA, 2013b). Uncertainties and limitations are discussed, including a side case which incorporates additional geographic information for estimating $CH_4$ from coal mining.

The term "upstream emissions" in this memo refers to vented, fugitive and flared emissions associated with fuel production, processing, transmission, storage, and distribution of fuels prior to fuel combustion in electricity plants. For this analysis, the EPA focused on upstream $CH_4$ from the natural gas systems and coal mining sectors. In addition, the analysis included $CO_2$ resulting from flaring in natural gas production. This analysis does not assess other upstream GHG emissions changes, such as $CO_2$ emissions from the combustion of fuel used in natural gas and coal production activities or other non-combustion $CO_2$ emissions from natural gas systems, such as vented $CO_2$ and $CO_2$ emitted from acid-gas removal processes.

Also, the EPA assessed potential upstream methane emissions from natural gas systems and coal mining sectors within the domestic U.S., but did not examine emissions from potential changes in upstream emissions generated by changes in natural gas and coal production, processing, and transportation activities outside of the US.[68] Last, the EPA did not assess potential changes in other upstream non-GHG emissions, such as nitrogen oxides, volatile

---

[68] While the analysis does not estimate methane emissions changes outside of the United States, activity factors include imports and exports of natural gas to help estimate domestic methane emissions related to trade of natural gas, such as emissions from LNG terminals in the US or from pipelines transporting imported natural gas within the US (or transporting natural gas within the US while en route for export).

organic compounds, and particulate matter. Table 3A-1 presents estimates of the upstream emissions discussed in this analyses for 2011, based on the 2013 U.S. GHG Inventory.

EPA defined the boundaries of this assessment in order to provide targeted insights into the potential net change in $CH_4$ emissions from natural gas systems and coal production activities specifically. $CO_2$ emissions from flared methane are included because regulatory and voluntary programs influence the rate of $CH_4$ flaring over time and the $CO_2$ remaining after flaring is a $CH_4$-related GHG. Because of the multiple compliance strategies adopted in the illustrative compliance scenarios, a more comprehensive assessment of upstream GHG emissions would require examination of the broader power sector and related input markets and their potential changes in response to the rule. This analysis would be complex and likely subject to data limitations and substantial uncertainties. Rather, EPA chose to limit the scope of this upstream analysis to evaluate the potential for changes in GHG emissions that may be of significant scale relative to the impacts of the rule and for which EPA had previously-reviewed projection techniques, which are presented in detail below.

### 3A.1.2 Coal Mining Source Description

Within coal mining, this analysis covers fugitive $CH_4$ emissions from coal mining (including pre-mining drainage) and post-mining activities (i.e., coal handling), including both underground and surface mining. Emissions from abandoned mines are not included. Energy-related $CO_2$ emissions, such as emissions from mining equipment and vehicles transporting coal are not included. $CH_4$, which is contained within coal seams and the surrounding rock strata, is released into the atmosphere when mining operations reduce the pressure above and/or surrounding the coal bed. The quantity of $CH_4$ emitted from these operations is a function of two primary factors: coal rank and coal depth. Coal rank is a measure of the carbon content of the coal, with higher coal ranks corresponding to higher carbon content and generally higher $CH_4$ content. Pressure increases with depth and prevents $CH_4$ from migrating to the surface; as a result, underground mining operations typically emit more $CH_4$ than surface mining. In addition to emissions from underground and surface mines, post-mining processing of coal and abandoned mines also release $CH_4$. Post-mining emissions refer to $CH_4$ retained in the coal that is released during processing, storage, and transport of the coal.

### 3A.1.3 Natural Gas Systems Source Description

Within natural gas systems, this analysis covers vented and fugitive $CH_4$ emissions from the production, processing, transmission and storage, and distribution segments of the natural gas system. It also includes $CO_2$ from flaring of natural gas. Not included are vented and fugitive $CO_2$ emissions from natural gas systems, such as vented $CO_2$ emissions removed during natural gas processing, or energy-related $CO_2$ such as emissions from stationary or mobile combustion. The U.S. natural gas system encompasses hundreds of thousands of wells, hundreds of processing facilities, and over a million miles of transmission and distribution pipelines. $CH_4$ and non-combustion[69] $CO_2$ emissions from natural gas systems are generally process-related, with normal operations, routine maintenance, and system upsets being the primary contributors. There are four primary stages of the natural gas system which are briefly described below.

**Production:**  In this initial stage, wells are used to withdraw raw gas from underground formations. Emissions arise from the wells themselves, gathering pipelines, and well-site gas treatment facilities (e.g., dehydrators, separators). Major emissions source categories within the production stage include pneumatic devices, gas wells with liquids unloading, and gas well completions and re-completions (i.e., workovers) with hydraulic fracturing (EPA 2013). Flaring emissions account for the majority of the non-combustion $CO_2$ emissions within the production stage.

**Processing:**  In this stage, natural gas liquids and various other constituents from the raw gas are removed, resulting in "pipeline-quality" gas, which is then injected into the transmission system. Fugitive $CH_4$ emissions from compressors, including compressor seals, are the primary emissions source from this stage. In the U.S. GHG Inventory, the majority of non-combustion $CO_2$ emissions in the processing stage come from acid gas removal units, which are designed to remove $CO_2$ from natural gas.

---

[69] In this document, consistent with IPCC accounting terminology, the term "combustion emissions" refers to the emissions associated with the combustion of fuel for useful heat and work, while "non-combustion emissions" refers to emissions resulting from other activities, including flaring and $CO_2$ removed from raw natural gas.

3A-4

***Transmission and Storage:***  Natural gas transmission involves high-pressure, large-diameter pipelines that transport gas long distances from field production and processing areas to distribution systems or large-volume customers such as power plants or chemical plants. Compressor station facilities, which contain large reciprocating and turbine compressors, are used to move the gas throughout the U.S. transmission system. Fugitive $CH_4$ emissions from these compressor stations and from metering and regulating stations account for the majority of the emissions from this stage. Pneumatic devices and non-combusted engine exhaust are also sources of $CH_4$ emissions from transmission facilities. Natural gas is also injected and stored in underground formations, or liquefied and stored in above-ground tanks, during periods of lower demand (e.g., summer), and withdrawn, processed, and distributed during periods of higher demand (e.g., winter). Compressors and dehydrators are the primary contributors to emissions from these storage facilities. Emissions from LNG import terminals are included within the transportation and storage stage.

***Distribution:***  Distribution pipelines take the high-pressure gas from the transmission system at "city gate" stations, reduce the pressure, and then distribute the gas through primarily underground mains and service lines to individual end users.

**Table 3A-1.  Base Year Upstream Methane-Related Emissions in the U.S. GHG Inventory**

| Emissions Source | 2011 Emissions (TgCO₂e) |
|---|---|
| **CH₄ from Coal Mining** | **75.2** |
| Underground Mining and Post-Mining | 57.4 |
| Surface Mining and Post-Mining | 18.0 |
| **CH₄ from Natural Gas Systems** | **172.3** |
| Production | 63.6 |
| Processing | 23.3 |
| Transmission and Storage | 52.1 |
| Distribution | 33.2 |
| **CO₂ from flaring of natural gas** | **10.3** |

Source: 2013 U.S. GHG Inventory (EPA, 2013).  A Global Warming Potential of 25 was used to convert methane emissions to $CO_2$e.

It is important to note that in Table 3A-1, $CO_2$-equivalent methane emissions are presented using the Fourth Assessment Report Global Warming Potential (GWP) of 25, whereas $CO_2$-equivalent methane emissions in the 1990-2011 U.S. GHG Inventory (EPA 2013) are presented using the Second Assessment Report GWP of 21.  EPA plans to use 25 as the methane GWP starting with the 1990-2013 U.S. GHG Inventory, to be published in April 2015.

### 3A.1.4 Compliance Approaches Examined

States will ultimately determine optimal approaches to comply with the goals established in this regulatory action. Each of these goal approaches use the four building blocks described in the Executive Summary of the RIA at different levels of stringency. Option 1 involves higher deployment of the four building blocks but allows a longer timeframe to comply (2030) whereas Option 2 has a lower deployment over a shorter timeframe (2025). The RIA depicts illustrative state compliance scenarios for the goals set for Options 1 and 2, inclusive of regional and state compliance approaches for each option.

### 3A.1.5 Activity Drivers

IPM-based activity driver projections from base case and illustrative compliance scenarios underlie the estimates of upstream $CH_4$ emissions. These activity drivers include domestic coal and natural gas production, imports and exports, and natural gas consumption. For a sensitivity analysis described later, regional coal production is used for the Appalachian, Interior, and Western regions. The following Tables 3A-2 to 3A-5 summarize the IPM-based activity driver results from the baseline, Option 1 Regional and State scenarios, and Option 2 Regional and State scenarios.[70]

Under Option 1, the state and regional compliance scenarios result in 24 percent and 22 percent reductions in coal production in 2020, respectively, relative to base case coal production. Natural gas production in 2020 increases by 4 percent as a result of the Option 1 State compliance scenario, and increases by 3 percent in the Option 1 Regional compliance scenario relative to the base case.

Under Option 2, the state and regional compliance scenarios result in 19 percent and 17 percent reductions in coal production in 2020, respectively, relative to base case coal production. Natural gas production in 2020 increases by 3 percent as a result of either the Option 2 state compliance scenario or the Option 2 Regional compliance scenario, relative to the base case.

---

[70] Uncertainties related to activity drivers are discussed in the uncertainties and limitations section.

**Table 3A-2.  Projected Coal Production Impacts, Option 1**

| | Coal Production (million short tons) | | | Coal Production Change from Base Case (million short tons) | | | Coal Production Percent Change from Base Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 921 | 952 | 951 | | | | | | |
| Option 1 State | 695 | 682 | 682 | -225 | -270 | -269 | -24% | -28% | -28% |
| Option 1 Regional | 716 | 698 | 702 | -205 | -254 | -249 | -22% | -27% | -26% |

**Table 3A-3.  Projected Coal Production Impacts, Option 2**

| | Coal Production (million short tons) | | | Coal Production Change from Base Case (million short tons) | | | Coal Production Percent Change from Base Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 921 | 952 | n/a | | | | | | |
| Option 2 State | 747 | 749 | n/a | -174 | -203 | n/a | -19% | -21% | n/a |
| Option 2 Regional | 763 | 764 | n/a | -157 | -187 | n/a | -17% | -20% | n/a |

**Table 3A-4.  Projected Natural Gas Production Impacts, Option 1**

| | Dry Gas Production (trillion cubic feet) | | | Dry Gas Production Change from Base Case (trillion cubic feet) | | | Dry Gas Production Percent Change from Base Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 26.6 | 29.3 | 31.9 | | | | | | |
| Option 1 State | 27.7 | 29.8 | 31.7 | +1.1 | +0.6 | -0.2 | +4% | +2% | -1% |
| Option 1 Regional | 27.5 | 29.7 | 31.5 | +0.9 | +0.4 | -0.4 | +3% | +1% | -1% |

**Table 3A-5.  Projected Natural Gas Production Impacts, Option 2**

| | Dry Gas Production (trillion cubic feet) | | | Dry Gas Production Change from Base Case (trillion cubic feet) | | | Dry Gas Production Percent Change from Base Case | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| Base Case | 26.6 | 29.3 | n/a | | | | | | |
| Option 2 State | 27.5 | 29.8 | n/a | +0.9 | +0.5 | n/a | +3% | +2% | n/a |
| Option 2 Regional | 27.4 | 29.7 | n/a | +0.8 | +0.4 | n/a | +3% | +1% | n/a |

## 3A.2 Results

This section presents results for the main analysis and sensitivity analysis.  The detailed methods used to perform the analysis are presented in section 3A.3.

### 3A.2.1 Primary Results

Both Options 1 and 2, in either the state or regional compliance scenarios, result in total net reductions in upstream $CH_4$ emissions and $CO_2$ emissions (see Table 3A-6). Under

Option 1, the state compliance scenario results in net emissions reduction of 10.6 $TgCO_2e$ in 2020, while the regional compliance scenario results in 9.9 $TgCO_2e$ reduction. Under Option 2, the net emissions reduction is smaller: 7.7 and 7.4 $TgCO_2e$ in the state and regional compliance scenarios in 2020, respectively. These net emissions changes represent the sum of changes in $CH_4$ from coal mining, $CH_4$ from natural gas systems, and $CO_2$ from flaring in natural gas production.

Under the regional compliance scenario, Option 1 would result in decreases in $CH_4$ emissions from coal mining of 14.7 $TgCO_2e$ in 2020, 18.2 $TgCO_2e$ in 2025, and 17.7 $TgCO_2e$ in 2030. Under the same scenario, $CH_4$ from natural gas systems increases relative to the base case in 2020 (4.4 $TgCO_2e$) and 2025 (2.1 $TgCO_2e$) but decreases relative to the base case in 2030 (by 1.7 $TgCO_2e$). Following a similar pattern, $CO_2$ from flaring in natural gas production increases by 0.4 $TgCO_2e$ in 2020 and 0.3 $TgCO_2e$ in 2025 while decreasing by 0.3 $TgCO_2e$ in 2030. The total net change under the Option 1 regional compliance scenario is a reduction in emissions.

Under the regional compliance scenario, Option 2 would result in decreases in $CH_4$ emissions from coal mining of 11.3 $TgCO_2e$ in 2020 and 13.4 $TgCO_2e$ in 2025. $CH_4$ from natural gas systems increases relative to the base case in 2020 (3.6 $TgCO_2e$) and 2025 (1.8 $TgCO_2e$). $CO_2$ from flaring in natural gas production increases in 2020 and 2025. Like Option 1, the total net change under the Option 2 Regional compliance scenario is a reduction in emissions. The full results are listed in Table 3A-6.

3A-8

**Table 3A-6.  Upstream Emissions Changes, Baseline to Compliance Scenarios**

| | Emissions ($TgCO_2e$) | | |
| | 2020 | 2025 | 2030 |
|---|---|---|---|
| Option 1 State | | | |
| $CH_4$ from Coal Mining | -16.1 | -19.3 | -19.1 |
| $CH_4$ from Natural Gas Systems | +5.1 | +2.6 | -1.0 |
| $CO_2$ from NG flaring | +0.4 | +0.2 | -0.3 |
| **Total $CH_4$ + $CO_2$** | **-10.6** | **-16.4** | **-20.5** |
| Option 1 Regional | | | |
| $CH_4$ from Coal Mining | -14.7 | -18.2 | -17.7 |
| $CH_4$ from Natural Gas Systems | +4.4 | +2.1 | -1.7 |
| $CO_2$ from NG flaring | +0.4 | +0.1 | -0.5 |
| **Total $CH_4$ + $CO_2$** | **-9.9** | **-16.0** | **-19.8** |
| Option 2 State | | | |
| $CH_4$ from Coal Mining | -12.4 | -14.5 | n/a |
| $CH_4$ from Natural Gas Systems | +4.4 | +2.4 | n/a |
| $CO_2$ from NG flaring | +0.4 | +0.3 | n/a |
| **Total $CH_4$ + $CO_2$** | **-7.7** | **-11.8** | n/a |
| Option 2 Regional | | | |
| $CH_4$ from Coal Mining | -11.3 | -13.4 | n/a |
| $CH_4$ from Natural Gas Systems | +3.6 | +1.8 | n/a |
| $CO_2$ from NG flaring | +0.2 | +0.1 | n/a |
| **Total $CH_4$ + $CO_2$** | **-7.4** | **-11.4** | n/a |

Note: A Global Warming Potential of 25 was used to convert methane emissions to $CO_2e$.

### 3A.2.2 Sensitivity Analysis: Side Case Incorporating More Coal Production Geographic Detail

A number of factors could potentially affect the changes in upstream emission as a result of the policy. Here, we present sensitivity analysis examining the possible effect of shifts in regional coal production that might result in a changing the relative share of production originating in underground mines and surface mines. This sensitivity analysis is presented because underground mining generally emits more $CH_4$ emissions per ton of coal production than surface mining. The compliance scenarios show generally larger reductions in coal production in the western region where more of the generally lower-emitting surface mining takes place. This analysis is characterized as a "sensitivity analysis" as the methods that were peer-reviewed as part of the EPA's contribution to the Climate Action Report, which did not examine alternative coal production scenarios, did not incorporate this geographic component. After incorporating this effect, the net upstream $CH_4$ emissions reductions that may result from the compliance scenarios are approximately 1 to 2 $TgCO_2e$ lower than the results found in the main analysis (see Table 3A-7).

**Table 3A-7.  Upstream Emissions Changes, Baseline to Compliance Scenarios, Side Case Incorporating More Coal Production Geographic Detail**

| | Emissions (TgCO$_2$e) | | |
| --- | --- | --- | --- |
| | 2020 | 2025 | 2030 |
| Option 1 State | | | |
| CH$_4$ from Coal Mining | -14.1 | -17.4 | -17.8 |
| CH$_4$ from Natural Gas Systems | +5.1 | +2.6 | -1.0 |
| CO$_2$ from NG flaring | +0.4 | +0.2 | -0.3 |
| **Total CH$_4$ + CO$_2$** | **-8.6** | **-14.6** | **-19.2** |
| Option 1 Regional | | | |
| CH$_4$ from Coal Mining | -13.1 | -16.5 | -16.3 |
| CH$_4$ from Natural Gas Systems | +4.4 | +2.1 | -1.7 |
| CO$_2$ from NG flaring | +0.4 | +0.1 | -0.5 |
| **Total CH$_4$ + CO$_2$** | **-8.3** | **-14.3** | **-18.5** |
| Option 2 State | | | |
| CH$_4$ from Coal Mining | -11.2 | -13.2 | n/a |
| CH$_4$ from Natural Gas Systems | +4.4 | +2.4 | n/a |
| CO$_2$ from NG flaring | +0.4 | +0.3 | n/a |
| **Total CH$_4$ + CO$_2$** | **-6.4** | **-10.4** | n/a |
| Option 2 Regional | | | |
| CH$_4$ from Coal Mining | -10.3 | -12.3 | n/a |
| CH$_4$ from Natural Gas Systems | +3.6 | +1.8 | n/a |
| CO$_2$ from NG flaring | +0.2 | +0.1 | n/a |
| **Total CH$_4$ + CO$_2$** | **-6.5** | **-10.3** | n/a |

Note: A Global Warming Potential of 25 was used to convert methane emissions to CO$_2$e.

### *3A.2.3 Uncertainties and Limitations*

Projections of upstream CH$_4$ emissions and CO$_2$ emitted from flaring of CH$_4$ are subject to a range of uncertainties and limitations.  These uncertainties and limitations include estimating the effect of the compliance approach on activity drivers, uncertainty in base year emissions, and uncertainties in changes in emissions factors over relatively long periods of time. For example, EPA's application of IPM relies on EIA projections for coal imports and exports.  Consequently, coal imports and exports are not able to fully respond within the IPM framework to significant fluctuations in power sector coal demand.  To the extent international markets may be expected to offset reduced domestic coal demand, changes in U.S. upstream emissions as a result of the policy scenarios would be smaller than what is presented here.

Discussion of uncertainty in historical estimates of emissions from coal mining and natural gas systems can be found in the 2013 U.S. GHG Inventory. Projected changes in activity drivers and emissions factors are based on a combination of policy, macroeconomic, energy

market, and technology factors which are uncertain in both baseline and compliance scenarios. Relatively higher or lower economic growth, or changes in the relative prices or availability of various technologies could result in alternative estimates in the net change in upstream $CH_4$ emissions and related $CO_2$ emissions.

**3A.3 Methodologies**

***3A.3.1 Coal Mining***

The scope of $CH_4$ from coal mining emissions covered in this analysis is discussed above in the "General Approach" section.

**Methodology**

EPA calculated emissions projections for this source by summing emissions associated with underground mining, post-underground mining, surface mining, and post-surface mining.

$$Emissions_y = \sum_s Emissions_{y,s}$$

Equation 3

Where:

 $s$   =   Sources (underground, post-underground, surface, and post-surface mining)

 $Emissions_{y,s}$   =  Emissions in year $y$ from source $s$

EPA projected emissions from each source by multiplying an aggregate emissions factor by projected coal production (for underground or surface mining as appropriate). Projected reductions due to recovery and use are then subtracted from potential emissions.[71]

---

[71] Current $CH_4$ recovery and use projects apply to underground mining, but projects related to surface mining could be implemented in the future.

$$Emissions_{y,s} = EF_{agg,s} \times InventoryProduction_{b,s} \times \left( \frac{ProjectedProduction_{y,s}}{ProjectedProduction_{b,s}} \right)$$
$$\times \left( 1 - CH_4RecoveryUseFrac_s \right)$$

Equation 4

Where:

$EF_{agg,s}$ = Aggregate emissions factor associated with source $s$

$InventoryProduction_{b,s}$ = Coal production associated with source s in the base year from the U.S. GHG Inventory[72]

$ProjectedProduction_{y,s}$ = Projected coal production associated with the emissions source (e.g., either underground or surface mining) in year y

$CH_4RecoveryUseFrac_s$ = Fraction of $CH_4$ recovered from source s

**Emissions Factors**

To calculate potential emissions from each category, EPA calculated an aggregate $CH_4$ emissions factor using historical $CH_4$ emissions and coal production data contained in the most recent U.S. GHG Inventory (EPA 2013a). For example, historical $CH_4$ liberated by underground mining was divided by the total underground coal production for the corresponding year. The aggregate emissions factor is the average of this ratio over the most recent five years. Similar calculations were performed for post-underground mining emissions, surface mining emissions, and post-surface mining emissions, using either historical underground or surface mining production data as appropriate.

The projection methodology differs from the estimation methodology used in the U.S. GHG Inventory. The inventory does not use emissions factors to calculate $CH_4$ emissions from underground mines. The U.S. GHG Inventory estimates total $CH_4$ emitted from underground mines as the sum of $CH_4$ liberated from ventilation systems (mine-by-mine measurements) and

---

[72] Because of slight differences between historical and projection datasets, values for production in the base year from each dataset do not cancel

3A-12

$CH_4$ liberated by means of degasification systems, minus $CH_4$ recovered and used. EPA estimated surface mining and post-mining $CH_4$ emissions by multiplying basin-specific coal production, obtained from EIA's *Annual Coal Report* (EIA 2012), by basin-specific emissions factors.

**Coal Production Projections**

For the Sixth U.S. Climate Action Report, EPA projected emissions using projections of underground, surface, and total coal production from the EIA *Annual Energy Outlook (AEO)* (EIA 2013). For this analysis, projections of total coal production and production by region were drawn from IPM runs performed for the proposal RIA. Projections of underground and surface mining were not available outputs for the various scenarios, so two different approaches were used to estimate underground and surface mining in the baseline and compliance scenarios.

The 2013 *AEO* projects the total coal production for the United States, as well as the coal production by region, and by various characteristics including underground and surface mining (see AEO table "Coal Production by Region and Type"). In the primary results presented above, the breakout between underground and surface mining for projection years in both baseline and compliance scenarios is based on the *2013 AEO* proportions. This means that the compliance approach is assumed not to affect the relative proportion of underground and surface mining in the main results. Also, note there has been a general trend toward increasing surface mining relative to underground mining (EPA 2013).

In the sensitivity analysis that incorporated more geographical details into coal production, EPA used IPM outputs for coal production from the Appalachian, Interior, and Western regions to estimate the proportion of underground versus surface mining in each scenario. This was done by assuming that the relative proportion of underground versus surface mining in each coal production region would remain constant through the projection period, but that the national proportion of underground and surface production would depend on regional production changes. In general, a larger proportion of coal production in the Appalachian and Interior regions is from underground mining, while a large majority of coal production in western regions is from surface mining. The proportion of underground and surface mining in each region was based on averaging the years 2011 and 2012 historical percentages. EIA

3A-13

provides historical regional coal production data broken out between underground and surface mining in its *Annual Coal Report* (EIA 2012). EPA collated and calculated the proportion of production, underground versus surface, for each year.

**CH$_4$ Mitigation (Recovery and Use)**

EPA projected coal mine CH$_4$ mitigation by calculating the historical fraction of methane recovered in relation to generation from underground mines, and applying that fraction to future generation. The historical fraction was averaged over the most recent five years. Future mitigation was estimated by applying the historical rate of recovery and use to projected potential emissions generated.

The U.S. GHG Inventory uses quantitative estimates of CH$_4$ recovery and use from several sources. Several gassy underground coal mines in the United States employ ventilation systems to ensure that CH$_4$ levels remain within safe concentrations. Additionally, some U.S. coal mines supplement ventilation systems with degasification systems, which remove CH$_4$ from the mine and allow the captured CH$_4$ to be used as an energy source.

$$CH_4 RecoveryUseFrac_s = \sum_{y=b}^{b-4} \frac{CH4RecoveryUse_{s,y}}{PotentialEmissions_{s,y}}/5$$

Equation 5

Where:

| | | |
|---|---|---|
| *CH$_4$RecoveryUse$_{s,y}$* | = | Recovered emissions from source s in year y |
| *Potential Emissions$_{s,y}$* | = | Potential emissions from source s in year y |
| *b* | = | base year |

### 3A.3.2 Natural Gas Systems

The scope of CH$_4$ and CO$_2$ from natural gas systems emissions covered in this analysis are discussed above in the "General Approach" section.

**Methodology**

The methodology for natural gas emissions projections involves the calculation of CH$_4$

and $CO_2$ emissions for over 100 emissions source categories across the four natural gas sector stages, and then the summation of emissions for each sector stage. The calculation of emissions for each source of emissions in natural gas systems generally occurs in three steps:

1. Calculate potential $CH_4$ ($CH_4$ that would be released in the absence of controls)
2. Estimate reductions data associated with voluntary action and regulations
3. Calculate net emissions

EPA calculated projections of potential $CH_4$ emissions from natural gas systems by summing the projections associated with (1) production, (2) processing, (3) transmission and storage, and (4) distribution. For the 2014 U.S. Climate Action Report in general, activity data were projections of natural gas production and consumption from the Department of Energy's Energy Information Administration, or EIA (EIA 2013). Additional activity data for projections included liquefied natural gas (LNG) imports, pipeline length, and number of service lines. For this report, activity driver data were taken from IPM outputs for baseline and compliance scenarios consistent with the analysis presented in the RIA. Because the base year inventory emissions explicitly include reductions due to voluntary and regulatory requirements, the projections also include appropriate explicit mitigation projections as well. Emissions for each source were estimated using the following equation:

$$NE_{s,y} = PE_{s,y} - VR_{s,y} - RR_{s,y}$$

Equation 6

Where:

$NE_{s,y}$   =   Projected net emissions for source $s$ in year $y$

$PE_{s,y}$   =   Projected potential emissions for source $s$ in year $y$

$VR_{s,y,y}$   =   Projected voluntary reductions for source $s$ in year $y$

$RR_{s,y,y}$   =   Projected regulatory reductions for source $s$ in year $y$

The sections below describe detailed calculations for projections of $CH_4$ from natural gas systems. This analysis also includes $CO_2$ emissions that result from flaring in the production

sector.[73] The U.S. Greenhouse Gas Inventory also includes other sources of venting, fugitive, and flaring $CO_2$ such as $CO_2$ processing emissions from acid gas removal units, which are designed to remove $CO_2$ from natural gas. This analysis does not include these other non-combustion $CO_2$ sources. EPA calculated projected flaring $CO_2$ emissions by scaling emissions in the base year by the increase in projected natural gas production in the IPM scenario outputs consistent with the analysis presented in the RIA.

**Production Stage**

The production stage includes a total of 35 emissions source categories. Regional emissions were estimated in the base year inventory for the six supply regions (i.e., Northeast, Gulf Coast, Midcontinent, Southwest, Rocky Mountain, and West Coast) for 33 of these sources.

***Potential Emissions***

EPA estimated future year potential emissions for the production stage using the following equation.

---

[73] The GHG Inventory estimate for $CO_2$ from natural gas flaring includes some $CO_2$ from flaring of associated gas.

$$PE_{s,y} = PE_{s,b} \times \left( \frac{Gas\ Production_y}{Gas\ Production_b} \right)$$

Equation 7

Where:

$PE_{s,y,\ y}$          =   Projected future potential emissions for source $s$ in year $y$

$PE_{s,b,\ b}$          =   Estimated potential emissions for source $s$ in base year $b$

$Gas\ Production_y$   =   Projected natural gas dry production year $y$

$Gas\ Production_b$   =   Estimated natural gas dry production for base year $b$

The natural gas dry production estimates were obtained from the IPM scenario outputs.

### *Voluntary Reductions*

Projections of voluntary reductions for the production stage were based on historical data reported by industry to the Natural Gas STAR program for projects implemented to reduce emissions. Natural Gas STAR tracks projects on an annual basis and assigns a lifetime of limited duration to each reduction project; for purposes of the base year emissions inventory and the future year projections, the reductions associated with each project were either considered to be a "one-year" project or a "permanent" project based on sunset dates provided by the Natural Gas STAR program. Reductions from "one-year" projects were typically from the implementation of new or modified practices, while reductions from "permanent" projects tended to be from equipment installation, replacement, or modification. In the base year emissions inventory and the future year projections, reductions for a "one-year" project were limited to the project's reported start year, while reductions for a "permanent" project were assigned to the project's reported start year and every subsequent year thereafter. Thus, the reductions due to "permanent" projects gradually accumulated throughout the inventory time series, while the reductions due to "one-year" projects were replaced every year.

The following production stage voluntary reductions were reported to Natural Gas STAR and applied to individual sources in the emissions inventory:

3A-17

- Completions for gas wells with hydraulic fracturing (one year)—perform reduced emissions completions (RECs).[74]

- Pneumatic device vents (one year)—reduce gas pressure on pneumatic devices; capture/use gas released from gas-operated pneumatic pumps.

- Pneumatic device vents (permanent)—identify and replace high-bleed pneumatic devices; convert pneumatic devices to mechanical controls; convert to instrument air systems; install no-bleed controllers.

- Kimray pumps (permanent)—install/convert gas-driven pumps to electric, mechanical, or solar pumps.

- Gas engines compressor exhaust (one year)—replace ignition/reduce false starts; turbine fuel use optimization.

- Gas engines compressor exhaust (permanent)—convert engine starting to Nitrogen-and/or $CO_2$-rich gas; install automated air/fuel ratio controls; install lean burn compressors; replace gas starters with air or N.

In addition to these reductions that were applied to specific individual sources in the emissions inventory, there were reductions classified as "Other Production" that were applied to the overall production stage emissions.

It was assumed that the percentage of voluntary reductions relative to potential $CH_4$ in the most recent base year inventory for the production stage would remain constant in each subsequent future year.[75] In addition, implementation of the Oil and Natural Gas Sector New

---

[74] The 2014 GHG Inventory includes an update to the methodology for calculating emissions from hydraulically fractured gas well completions and workovers. The update uses control/practice-specific emission factors and no longer uses potential methane, or reductions data from Gas STAR or from regulations to calculate emissions, as emissions are directly calculated using the emission factors.

[75] The assumption of a constant rate of voluntary reductions relative to the base year inventory for sources unaffected by regulatory changes is meant to simulate a constant level of effort toward voluntary reductions into the future. No enhancements to the voluntary program are assumed. This assumption is a source of uncertainty; due to the voluntary nature of the program, reduction levels can fluctuate based on participation and investment. Where new regulatory requirements apply to new and modified equipment, voluntary reductions are assumed to continue to apply to existing equipment, but no voluntary reductions are applied to new equipment. As a potential

3A-18

Source Performance Standards (NSPS)—discussed further below—necessitates the reclassification of certain production reductions from voluntary to regulatory.

***Regulatory Reductions***

As part of the regulatory reductions for the production stage, reductions due to existing Oil and Natural Gas Sector National Standards for Hazardous Air Pollutants (NESHAP) requirements (EPA. 2012a) for dehydrator vents and condensate tanks without control devices were included in the base year inventory. These reductions were carried forward in the future year projections.

In addition, the base year inventory accounted for state-level requirements in Wyoming and Colorado for RECs.[76] In the base year inventory, a national-level reduction was estimated by applying a 95 percent REC reduction to the fraction of national emissions occurring in Wyoming and Colorado (i.e., 15.1 percent); this resulted in a national-level reduction of 14.35 percent for gas well completions and workovers with hydraulic fracturing. These reductions were modified as described below.

The Oil and Natural Gas Sector NSPS for VOCs (EPA 2012a, finalized in 2012) significantly increased the amount of regulatory reductions applicable to the production stage, resulting in substantial $CH_4$ emissions reductions co-benefits. These reductions are not currently reflected in the 2013 U.S. GHG Inventory for the base year 2011, but are projected for future years as discussed in detail below. The specific Oil and Natural Gas Sector NSPS requirements impact the following production stage sources with regard to VOC (and the associated $CH_4$) emissions:

- Hydraulically fractured natural gas well completions

---

future improvement to these projections, EPA may develop an alternate methodology to model equipment turnover.  However, a revised and reviewed methodology that incorporates equipment turnover is would likely be developed within the context of preparing the Agency's submission to the next Climate Action Report, which will probably be in the 2017 to 2018 timeframe.

[76] The 2014 GHG Inventory includes an update to the methodology for calculating emissions from hydraulically fractured gas well completions and workovers.  The update uses control/practice-specific emission factors and no longer uses potential methane, or reductions data from Gas STAR or from regulations to calculate emissions, as emissions are directly calculated using the emission factors.

- Hydraulically refractured natural gas well recompletions

- New and modified high-bleed, gas-driven pneumatic controllers

- New storage tanks (with VOC emissions of 6 tons per year or more)

- New and modified reciprocating and centrifugal compressors at gathering and boosting stations

The impact of these requirements on the future year projections is discussed below. The specific quantitative reductions calculated for these projections are based on information from the Oil and Natural Gas Sector NSPS *Background Technical Support Document for the Proposed Standards* (EPA 2011) and the *Background Supplemental Technical Support Document for the Final New Source Performance Standards* (EPA 2012b), referred to collectively in this document as the Oil and Natural Gas Sector NSPS TSD.

***Hydraulically Fractured Well Completions***

The Oil and Natural Gas Sector NSPS requires the use of RECs (or "green completions") for all new hydraulically-fractured natural gas well completions. A phase-in period prior to January 1, 2015, also allows for the alternate use of a completion combustion device (i.e., flare), instead of RECs. In addition, RECs are not required for exploratory "wildcat" wells, delineation wells (i.e., used to define the borders of a natural gas reservoir), and low-pressure wells (i.e., completions where well pressure is too low to perform RECs); in these instances, emissions must be reduced using combustion. Based on the Oil and Natural Gas Sector NSPS TSD (EPA 2012b), EPA assumed for the purpose of these projections a 95 percent reduction for both RECs and completion combustion.[77]

Although the base year inventory included a national-level reduction of 14.35 percent to account for the required use of RECs in Wyoming and Colorado, there does not appear to be an

---

[77] The Oil and Natural Gas Sector NSPS TSD indicates that 90 percent of flowback gas can be recovered during an REC (based on Natural Gas STAR data) and that any amount of gas that cannot be recovered can be directed to a completion combustion device in order to achieve a minimum 95 percent reduction in emissions. The Oil and Natural Gas Sector NSPS TSD indicates that although industrial flares are required to meet a combustion efficiency of 98 percent, this is not required for completion combustion devices. Completion combustion devices (i.e., exploration and production flares) can be expected to achieve 95 percent combustion efficiency.

3A-20

appreciable difference in emissions reductions resulting from the Oil and Natural Gas Sector NSPS requirements and the state requirements in Wyoming and Colorado. Therefore, for future year projections, the national-level reduction of 14.35 percent was replaced with a 95 percent reduction for new hydraulically fractured well completions.

### Hydraulically Refractured Well Workovers

The Oil and Natural Gas Sector NSPS also requires the use of RECs for gas wells that are refractured and recompleted. The phase-in period before January 1, 2015, is also applicable.[78] As with completions, a 95 percent reduction was assumed for both RECs and completion combustion. This replaced the national-level reduction of 14.35 percent that was used in the base year inventory.

For both well completions and workovers (or refractured well completions) with hydraulic fracturing, in conjunction with the Oil and Natural Gas Sector NSPS, EPA removed REC-related reductions from the projected voluntary reductions from the production stage to avoid double-counting. This removal was very straightforward, since these REC-related reductions were calculated separately and then applied to the well completions and workovers source in the base year inventory.

### New and Modified High-Bleed, Gas-Driven Pneumatic Controllers

The Oil and Natural Gas Sector NSPS also requires the installation of new low-bleed pneumatic devices (i.e., bleed rates less than or equal to 6 standard cubic feet per hour) instead of high-bleed pneumatic devices (i.e., bleed rates greater than 6 standard cubic feet per hour) with exceptions where high bleed devices are required for safety reasons. The TSD indicates that a typical production stage high-bleed pneumatic device emits 6.91 tons of $CH_4$ per year and that replacing the high-bleed device with a typical low-bleed pneumatic device would result in a reduction of 6.65 tons $CH_4$ per year; this is a reduction of 96.2 percent. The TSD also indicates that only 51 percent of all pneumatic devices installed are continuous bleed natural gas driven controllers. In addition, it is assumed that 20 percent of the situations where bleed pneumatic

---

[78] Use of RECs is not considered to be "modified" and would not trigger state permitting requirements, while use of flaring or completion combustion would be considered to be "modified."

3A-21

devices are installed require a high-bleed device (i.e., instances where a minimal response time is needed, large valves require a high bleed rate to actuate, or a safety isolation valve is involved) (EPA 2011). Based on this information, for the purpose of these projections EPA applied a national-level reduction of 77 percent (i.e., $0.962 \times 0.8$) to each future year's annual increase in emissions from pneumatic device vents in the production stage.

In conjunction with the Oil and Natural Gas Sector NSPS, no removal of production stage voluntary reductions was required. The reductions included in the base year inventory already occurred in the past and the associated effects carry forward into the future or were unrelated to the requirements of the Oil and Natural Gas Sector NSPS.

### New Storage Tanks

The Oil and Natural Gas Sector NSPS also requires that new storage tanks with VOC emissions of 6 tons per year or greater must reduce VOC emissions by at least 95 percent, likely to be accomplished by routing emissions to a combustion device or rerouting emissions into process streams. The Oil and Natural Gas Sector NSPS TSD indicates that approximately 74 percent of the total condensate produced in the United States passes through storage tanks with VOC emissions of 6 tons per year or greater (EPA 2011). Based on this information, for the purpose of these projections EPA applied a national-level reduction of 70.3 percent (i.e., $0.95 \times 0.74$) to each future year's annual increase in emissions from condensate storage tanks in the production stage.

In conjunction with the Oil and Natural Gas Sector NSPS, no removal of production stage voluntary reductions associated with storage tanks was required. The reductions included in the base year inventory already occurred in the past and the associated effects carry forward into the future.

### New and Modified Reciprocating Compressors

The Oil and Natural Gas Sector NSPS requires the replacement of rod packing systems in new and modified reciprocating compressors at gathering and boosting stations. There are two options for this replacement: every 26,000 hours of operation if operating hours are monitored and documented, or every 36 months if operating hours are not monitored or documented. The Oil and Natural Gas Sector NSPS TSD estimated baseline emissions of 3,773 tons per year of

$CH_4$ for new reciprocating compressors used in the production stage; the TSD also estimated total reductions from replacing the rod packing for these compressors as 2,384 tons per year of $CH_4$ (EPA 2011). Based on this information, for the purpose of these projections EPA applied a national-level reduction of 63.2 percent to each future year's annual increase in emissions from gathering reciprocating compressors in the production stage.

### Processing Stage

The processing stage includes a total of 11 emissions source categories. EPA estimated the base year inventory emissions for the processing stage at the national level, instead of at the region level, like the base year inventory emissions for the production stage.

### Potential Emissions

Because projections of future year processing activity were not available, EPA also used Equation 7 to estimate future year potential emissions for the processing stage by assuming that the quantity of processed natural gas would track closely with the quantity of produced natural gas.

As with the production stage, EPA used the natural gas dry production estimates from the IPM scenario outputs.

### Voluntary Reductions

Projections of voluntary reductions for the processing stage were based on historical data reported by industry to the Natural Gas STAR program for projects implemented to reduce emissions (EPA 2012c). The following processing stage voluntary reductions were reported to Natural Gas STAR and applied to individual sources in the emissions inventory:

- Blowdowns/venting (one year)—recover gas from pipeline pigging operations; redesign blowdown/alter ESD practices; reduce emissions when taking compressors offline; use composite wrap repair; use hot taps for in-service pipeline connections; use inert gas and pigs to perform pipeline purges.

- Blowdowns/venting (permanent)—rupture pin shutoff device to reduce venting.

In addition to these reductions that were applied to specific individual sources in the

3A-23

emissions inventory, there were reductions classified as "Other Processing" that were applied to the overall processing stage emissions.

It was assumed that the percentage of voluntary reductions relative to potential $CH_4$ in the most recent base year inventory for the processing stage would remain constant in each subsequent future year.[79] In addition, implementation of the Oil and Natural Gas Sector NSPS (discussed further below) necessitates the reclassification of certain processing reductions from voluntary to regulatory.

### *Regulatory Reductions*

The only regulatory reductions included in the base year inventory for the processing stage were existing Oil and Natural Gas Sector NESHAP requirements for dehydrator vents (EPA 2013). These reductions were carried forward in the future year projections.

The Oil and Natural Gas Sector NSPS significantly increased the amount of regulatory reductions applicable to the processing stage relative to the base year 2011 inventory estimates. The specific Oil and Natural Gas Sector NSPS requirements affect the following processing stage sources with regard to VOC (and the associated $CH_4$) emissions:

- New and modified reciprocating compressors

- New and modified centrifugal compressors

- New and modified high-bleed, gas-driven pneumatic controllers

- New storage tanks (with VOC emissions of at least 6 tons per year)

The impact of these requirements on the future year projections is discussed below.

### *New and Modified Reciprocating Compressors*

The Oil and Natural Gas Sector NSPS requires the replacement of rod packing systems in new and modified reciprocating compressors. There are two options for this replacement: every 26,000 hours of operation if operating hours are monitored and documented, or every 36 months

---

[79] This assumption is discussed in Footnote 7.

if operating hours are not monitored or documented. The Oil and Natural Gas Sector NSPS TSD estimated baseline emissions of 4,870 tons per year of $CH_4$ for new reciprocating compressors used in the processing stage; the Oil and Natural Gas Sector NSPS TSD also estimated total reductions from replacing the rod packing for these compressors as 3,892 tons per year of $CH_4$ (EPA 2011). Based on this information, for the purpose of these projections EPA applied a national-level reduction of 79.9 percent to each future year's annual increase in emissions from reciprocating compressors in the processing stage.

### New and Modified Centrifugal Compressors

The Oil and Natural Gas Sector NSPS requires a 95 percent reduction in VOC emissions from new and modified centrifugal compressors with wet seal systems, which can be accomplished through flaring or by routing captured gas back to a compressor suction or fuel system, or switching to dry seal systems. The Oil and Natural Gas Sector NSPS does not apply to centrifugal compressors with dry seal systems, because they have low VOC emissions. A national-level reduction of 95 percent was applied to each future year's annual increase in emissions from centrifugal compressors with wet seals in the processing stage.

In conjunction with the Oil and Natural Gas Sector NSPS, no removal of processing stage voluntary reductions was required. The reductions included in the base year inventory already occurred in the past and the associated effects carry forward into the future or were unrelated to the requirements of the Oil and Natural Gas Sector NSPS.

### New and Modified High-Bleed, Gas-Driven Pneumatic Controllers

The Oil and Natural Gas Sector NSPS also requires that the VOC emissions limit for continuous-bleed, gas-driven pneumatic controls at gas processing plants be zero. Accordingly, emissions from new pneumatic device vents in the processing stage were set to zero.

### New Storage Tanks

As described above in the production sector.

### Transmission and Storage Stage

The transmission and storage stage includes a total of 37 emissions source categories: 25

associated with natural gas transmission and storage and 12 associated with liquefied natural gas (LNG) transmission and storage. The natural gas and LNG emissions were estimated at the national level.

***Potential Emissions***

Future year potential emissions for the natural gas sources and the six LNG storage sources within the transmission and storage stage were estimated using the following equation:

$$PE_{s,y} = PE_{s,b} \times \left(\frac{Gas\ Consumption_y}{Gas\ Consumption_b}\right)$$

Equation 8

Where:

$PE_{s,y}$ = Projected future potential emissions for source $s$ in year $y$

$PE_{s,b}$ = Estimated potential emissions for source $s$ in base year $b$

$Gas\ Consumption_y$ = Projected national natural gas consumption in year $y$

$Gas\ Consumption_b$ = Estimated national natural gas consumption in base year $b$

The national natural gas consumption estimates were obtained from the IPM scenario outputs.

Future year potential emissions for the six LNG import terminal sources within the transmission and storage stage were estimated using the following equation:

$$PE_{s,y} = PE_{s,b} \times \left(\frac{LNG\ Imports_y}{LNG\ Imports_b}\right)$$

Equation 9

Where:

$PE_{s,y}$ = Projected future potential emissions for source $s$ in year $y$

$PE_{s,b}$ = Estimated potential emissions for source $s$ in base year $b$

$LNG\ Imports_y$ = Projected LNG imports in year $y$

$LNG\ Imports_b$ = Estimated LNG imports in base year $b$

3A-26

The LNG import estimates were obtained from the table titled "Natural Gas Imports and Exports" of the IPM scenario outputs. The specific estimates used were for the "Liquefied Natural Gas Imports" line item.

### *Voluntary Reductions*

Projections of voluntary reductions for the transmission and storage stage were also based on historical data reported by industry to the Natural Gas STAR program for projects implemented to reduce emissions. The following transmission and storage stage voluntary reductions were reported to Natural Gas STAR and applied to individual sources in the base year emissions inventory:

- Reciprocating compressors (one year)—replace compressor rod packing systems.

- Reciprocating compressors (permanent)—replace wet seals with dry seals.

- Pipeline venting (one year)—recover gas from pipeline pigging operations; use composite wrap repair; use hot taps for in-service pipeline connections; use inert gas and pigs to perform pipeline purges; use pipeline pump-down techniques to lower gas line pressure.

- Pneumatic devices (permanent)—identify and replace high-bleed pneumatic devices; convert pneumatic devices to mechanical controls; convert to instrument air systems.

In addition to these reductions that were applied to specific individual sources in the emissions inventory, there were reductions classified as "Other Transmission and Storage" that were applied to the overall transmission and storage stage emissions.

It was assumed that the percentage of voluntary reductions relative to potential $CH_4$ in the most recent base year inventory for the transmission and storage stage would remain constant in each subsequent future year.[80] In addition, implementation of the Oil and Natural Gas Sector NSPS (discussed further below) necessitates the reclassification of certain reductions from voluntary to regulatory.

---

[80] This assumption is discussed in Footnote 7.

3A-27

### Regulatory Reductions

No regulatory reductions were previously included in the inventory for the transmission and storage stage.

The Oil and Natural Gas Sector NSPS includes requirements applicable to the natural gas transmission and storage stage for VOC reductions of at least 95 percent for new storage tanks with VOC emissions of 6 tons per year or more.

The impact of these requirements on the future year projections is discussed below.

### New Storage Tanks

As described above in the production sector.

### Distribution Stage

The distribution stage includes a total of 23 emissions source categories consisting of 10 city gate sources, two customer meter sources, three vented sources, and eight pipeline leak sources. For all sources, emissions were estimated at the national level.

### Potential Emissions

Because future year distribution projections were not available, EPA estimated future year potential emissions for the distribution stage (except for the pipeline leak sources) using Equation 3, assuming that the quantity of distributed natural gas tracks closely with the quantity of consumed natural gas.[81] The natural gas consumption estimates were obtained from the IPM scenario outputs. Sector-specific consumption estimates were used. For most sources (i.e., all city gate, all vented, and the residential customer meter sources), the "Natural Gas" line item

---

[81] Many natural gas power plants are connected directly to transmission and distribution pipelines, and thus an increase in consumption of natural gas by power plants might not lead to a proportional change in $CH_4$ emissions from the distribution segment of the natural gas system. The current projection methodology uses total natural gas consumption as an activity driver to project emissions from non-pipeline leak sources in the distribution segment. EPA examined how the results would differ if the distribution segment were excluded. Depending on the scenario and year, the net emissions change between the base case and policy cases was reduced by up to 0.9 $TgCO_2e$ or increased by up to 0.4 $TgCO_2e$, assuming the change in power plant natural gas consumption had no effect on distribution-segment methane emissions.

under "Residential Consumption" was used. For the commercial/industry sources, EPA used the summation of the "Natural Gas" line item under "Commercial Consumption" and the "Natural Gas Subtotal" line item (including natural gas, natural gas-to-liquids heat and power, and lease and plant fuel) under "Industrial Consumption."

Unlike most other sources in the natural gas systems emissions inventory, projected pipeline leak emissions in the distribution stage were not estimated using natural gas production or consumption estimates. Instead, linear extrapolation of historical pipeline miles was used to project leak emissions from distribution mains, while linear extrapolation of the historical number of service lines was used to project leak emissions from services. Linear extrapolation was used because the historical statistics for pipeline miles and number of services show fairly consistent behavioral trends over the entire time series from 1990 to 2011. In particular, the historical statistics show a distinct trend toward the use of plastic and away from other materials (i.e., cast iron, copper, unprotected steel, and protected steel). Historical pipeline length data was drawn from the US GHG Inventory (EPA 2013), which draws pipeline data from a variety of sources.

### Voluntary Reductions

Projections of voluntary reductions for the distribution stage were based on historical data reported by industry to the Natural Gas STAR program for projects implemented to reduce emissions. Unlike the production, processing, and transmission and storage stages, no distribution stage voluntary reductions reported to Natural Gas STAR were applied to individual sources in the emissions inventory. However, there were reductions classified as "Other Distribution" that were applied to the overall distribution stage emissions.

It was assumed that the percentage of voluntary reductions relative to potential $CH_4$ in the most recent base year inventory for the transmission stage would remain constant in each subsequent future year.[82]

---

[82] This assumption is discussed in Footnote 7.

***Regulatory Reductions***

There were no requirements in the Oil and Natural Gas Sector NSPS that impact emissions from the distribution stage.

## 3A.4 References

IPCC.  2006. "2006 IPCC Guidelines for National Greenhouse Gas Inventories." Available at: <http://www.ipcc-nggip.iges.or.jp/public/2006gl/>.

U. S. Department of State. 2014. "2014 U.S. Climate Action Report to the UNFCCC." Available at: < http://www.state.gov/e/oes/rls/rpts/car6/index.htm>.

U. S. Energy Information Administration (EIA). 2012. "Annual Coal Report 2011." Available at: <http://www.eia.gov/coal/annual/>.

U. S. EIA. 2013. "Annual Energy Outlook 2013." Available at: <http://www.eia.gov/forecasts/aeo/>.

U. S. Environmental Protection Agency. 1993. Anthropogenic Methane Emissions in the United States, Estimates for 1990: Report to Congress. (EPA document number EPA-430-R-93-003).

U. S. EPA. 2011. "Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution: Background Technical Support Document for the Proposed Standards." Available at: <http://epa.gov/airquality/oilandgas/pdfs/20110728tsd.pdf>.

U. S. EPA. 2012a. "Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews." 40 CFR Parts 60 and 63 [EPA-HQ-OAR-2010-0505; FRL-9665-1], RIN 2060-AP76. Available at: <http://www.gpo.gov/fdsys/pkg/FR-2012-08-16/pdf/2012-16806.pdf>.

U. S. EPA. 2012b. "Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution: Background Supplemental Technical Support Document for the Final New Source Performance Standards." Available at: <http://epa.gov/airquality/oilandgas/pdfs/20120418tsd.pdf>.

U.S. EPA. 2012c. "Natural Gas STAR Reductions 1990-2011." Natural Gas STAR Program.

U.S. EPA. 2013a. Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2011. (EPA document number EPA-430-R-13-001). Available at: <http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html>.

U.S. EPA. 2013b. "Methodologies for U.S. Greenhouse Gas Emissions Projections: Non-$CO_2$ and Non-Energy $CO_2$ Sources." Available at: <http://www.state.gov/documents/organization/219472.pdf>

# CHAPTER 4: ESTIMATED CLIMATE BENEFITS AND HUMAN HEALTH CO-BENEFITS

## 4.1 Introduction

Implementing the proposed Emission Guidelines for Greenhouse Gas (GHG) Emissions from Existing Stationary Sources: Electric Utility Generating Units (EGUs) (hereafter, EGU GHG Existing Source Guidelines) is expected to reduce emissions of carbon dioxide ($CO_2$) and have ancillary human health benefits (i.e., co-benefits) associated with lower ambient concentrations of criteria air pollutants. This chapter describes the methods used to estimate the monetized climate benefits and the monetized air pollution health co-benefits associated with reducing exposure to ambient fine particulate matter ($PM_{2.5}$) and ozone by reducing emissions of precursor pollutants (i.e., sulfur dioxide ($SO_2$), nitrogen dioxide ($NO_2$), and directly emitted $PM_{2.5}$). Data, resource, and methodological limitations prevent EPA from monetizing the benefits from several important co-benefit categories, including reducing direct exposure to $SO_2$, $NO_2$, and hazardous air pollutants (HAP), as well as ecosystem effects and visibility impairment. We qualitatively discuss these unquantified benefits in this chapter.

This chapter provides estimates of the monetized climate benefits and air pollution health co-benefits associated with emission reductions for two options with two illustrative compliance scenarios across several analysis years and discount rates. The estimated benefits associated with these emission reductions are beyond those achieved by previous EPA rulemakings, including the Mercury and Air Toxics Standards (MATS).

## 4.2 Estimated Climate Benefits from $CO_2$

The primary goal of the proposed guidelines is to reduce emissions of $CO_2$. In this section, we provide an overview of the climate science assessments released since the 2009 Endangerment Finding. We also provide information regarding the economic valuation of $CO_2$ using the Social Cost of Carbon (SCC), a metric that estimates the monetary value of impacts associated with marginal changes in $CO_2$ emissions in a given year. Table 4-1 summarizes the quantified and unquantified climate benefits in this analysis.

**Table 4-1. Climate Effects**

| Benefits Category | Specific Effect | Effect Has Been Quantified | Effect Has Been Monetized | More Information |
|---|---|---|---|---|
| Improved Environment | | | | |
| Reduced climate effects | Global climate impacts from $CO_2$ | — | ✓ | SCC TSD |
| | Climate impacts from ozone and black carbon (directly emitted PM) | — | — | Ozone ISA, PM ISA* |
| | Other climate impacts (e.g., other GHGs such as methane, aerosols, other impacts) | — | — | IPCC* |

* We assess these co-benefits qualitatively because we do not have sufficient confidence in available data or methods.

## 4.2.1 Climate Change Impacts

In 2009, the EPA Administrator found that "six greenhouse gases taken in combination endanger both the public health and the public welfare of current and future generations."[83] The specific public health and public welfare impacts are detailed in the 2009 Endangerment Finding and its record.

A number of major peer-reviewed scientific assessments have been released since the administrative record concerning the Endangerment Finding closed following the EPA's 2010 Reconsideration Denial[84]. These assessments include the "Special Report on Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation" (SREX) (IPCC, 2012), the 2013-14 Fifth Assessment Report (AR5) (IPCC, 2013, 2014a, 2014b), the 2014 National Climate Assessment report (Melillo et al., 2014), the "Ocean Acidification: A National Strategy to Meet the Challenges of a Changing Ocean" (Ocean Acidification) (NRC, 2010), "Report on Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia" (Climate Stabilization Targets) (NRC, 2011a), "National Security Implications for U.S. Naval Forces" (National Security Implications) (NRC, 2011b), "Understanding Earth's Deep Past: Lessons for Our Climate Future" (Understanding Earth's Deep Past) (NRC, 2012a), "Sea Level Rise for the Coasts of California, Oregon, and Washington: Past, Present, and

---

[83] "Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act," 74 Fed. Reg. 66,496 (Dec. 15, 2009) ("Endangerment Finding").

[84] "EPA's Denial of the Petitions to Reconsider the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act", 75 Fed. Reg. 49,556 (Aug. 13, 2010) ("Reconsideration Denial").

Future" (NRC, 2012b), "Climate and Social Stress: Implications for Security Analysis" (Climate and Social Stress) (NRC, 2013a), and "Abrupt Impacts of Climate Change" (Abrupt Impacts) assessments (NRC, 2013b).

The EPA has reviewed these assessments and finds that in general, the improved understanding of the climate system they present are consistent with the assessments underlying the 2009 Endangerment Finding.

The IPCC report (IPCC, 2013), the National Climate Assessment (Melillo et al., 2014), and three of the new NRC assessments (NRC, 2011a, 2011b, 2012b) provide estimates of projected global sea level rise. These estimates, while not always directly comparable as they assume different emissions scenarios and baselines, are at least 40 percent larger than, and in some cases more than twice as large as, the rise estimated in a 2007 IPCC assessment (IPCC, 2007) of between 0.18 and 0.59 meters by the end of the century, relative to 1990. (It should be noted that in 2007, the IPCC stated that including poorly understood ice sheet processes could lead to an increase in the projections.) While these NRC and IPCC assessments continue to recognize and characterize the uncertainty inherent in accounting for ice sheet processes, these revised estimates are consistent with the assessments underlying the existing finding that GHGs are reasonably anticipated to endanger public health and welfare. Other key findings of the recent assessments are described briefly below.

According to the IPCC in the SREX (IPCC, 2012), "A changing climate leads to changes in the frequency, intensity, spatial extent, duration, and timing of extreme weather and climate events, and can result in unprecedented extreme weather and climate events." The SREX documents observational evidence of changes in some weather and climate extremes that have occurred globally since 1950. The assessment also provides evidence of anthropogenic influence (e.g., elevated concentrations of GHGs) regarding the cause of some of these changes, including warming of extreme daily temperatures, intensified extreme precipitation events, and increases in extreme coastal high water levels due to rising sea level. The SREX projects further increases in some extreme weather and climate events during the 21st century. Combined with increasing vulnerability and exposure of populations and assets, increases in extreme weather and climate events have consequences for disaster risk, with particular impacts on the water, agriculture and food security and health sectors.

In its Climate Stabilization Targets assessment (NRC, 2011a), the NRC states, "Emissions of carbon dioxide from the burning of fossil fuels have ushered in a new epoch where human activities will largely determine the evolution of Earth's climate. Because carbon dioxide in the atmosphere is long lived, it can effectively lock Earth and future generations into a range of impacts, some of which could become very severe."

The assessment concludes that carbon dioxide emissions will alter the atmosphere's composition and therefore the climate for thousands of years; and attempts to quantify the results of stabilizing GHG concentrations at different levels. The report also projects the occurrence of several specific climate change impacts, finding warming could lead to increases in heavy rainfall and decreases in crop yields and Arctic sea ice extent, along with other significant changes in precipitation and stream flow. For an increase in global average temperature of 1 to 2 °C above pre-industrial levels, the assessment projects that the area burnt by wildfires in western North America will likely more than double and that coral bleaching events and coastal erosion are projected to increase due both to warming and ocean acidification. An increase of 3 °C is projected to lead to a sea level rise of 0.5 to 1 meter by 2100. With an increase of 4 °C, the average summer in the United States is projected to be as warm as the warmest summers of the past century. The assessment notes that although many important aspects of climate change are difficult to quantify, the risk of adverse impacts is likely to increase with increasing temperature, and the risk of surprises can be expected to increase with the duration and magnitude of the warming.

The NRC assessment on Sea Level Rise (NRC, 2012b) projects a global sea level rise of 0.5 to 1.4 meters by 2100, which is sufficient to lead to rising relative sea level even in the northern states. The NRC National Security Implications assessment (NRC, 2011b) considers potential impacts of sea level rise and suggests that "the Department of the Navy should expect roughly 0.4 to 2 meters global average sea-level rise by 2100." This assessment also recommends preparing for increased needs for humanitarian aid; responding to the effects of climate change in geopolitical hotspots, including possible mass migrations; and addressing changing security needs in the Arctic as sea ice retreats. The NRC Climate and Social Stress assessment (NRC, 2013a) found that it would be "prudent for security analysts to expect climate surprises in the coming decade . . . and for them to become progressively more serious and more frequent thereafter[.]"

The NRC Understanding Earth's Deep Past assessment (NRC, 2012a) finds that "the magnitude and rate of the present greenhouse gas increase place the climate system in what could be one of the most severe increases in radiative forcing of the global climate system in Earth history." This assessment finds that $CO_2$ concentrations by the end of the century, without a reduction in emissions, are projected to increase to levels that Earth has not experienced for more than 30 million years.

Similarly, the NRC Ocean Acidification assessment (NRC, 2010) finds that "[t]he chemistry of the ocean is changing at an unprecedented rate and magnitude due to anthropogenic carbon dioxide emissions; the rate of change exceeds any known to have occurred for at least the past hundreds of thousands of years." The assessment notes that the full range of consequences is still unknown, but the risks "threaten coral reefs, fisheries, protected species, and other natural resources of value to society."

The most recent assessments to be released were the IPCC AR5 assessments (IPCC, 2013, 2014a, 2014b) between September 2013 and April 2014, the NRC Abrupt Impacts assessment (NRC, 2013b) in December of 2013, and the U.S. National Climate Assessment (Melillo et al., 2014) in May of 2014. The NRC Abrupt Impacts report examines the potential for tipping points, thresholds beyond which major and rapid changes occur in the Earth's climate system or other systems impacted by the climate. The Abrupt Impacts report did find less cause for concern than some previous assessments regarding some abrupt events within the next century such as disruption of the Atlantic Meridional Overturning Circulation (AMOC) and sudden releases of high-latitude methane from hydrates and permafrost, but found that the potential for abrupt changes in ecosystems, weather and climate extremes, and groundwater supplies critical for agriculture now seem more likely, severe, and imminent. The assessment found that some abrupt changes were already underway (Arctic sea ice retreat and increases in extinction risk due to the speed of climate change), but cautioned that even abrupt changes such as the AMOC disruption that are not expected in this century can have severe impacts when they happen.

The IPCC AR5 assessments (IPCC, 2013, 2014a, 2014b) are also generally consistent with the underlying science supporting the 2009 Endangerment Finding. For example, confidence in attributing recent warming to human causes has increased: the IPCC stated that it

is extremely likely (>95 percent confidence) that human influences have been the dominant cause of recent warming. Moreover, the IPCC found that the last 30 years were likely (>66 percent confidence) the warmest 30 year period in the Northern Hemisphere of the past 1400 years, that the rate of ice loss of worldwide glaciers and the Greenland and Antarctic ice sheets has likely increased, that there is medium confidence that the recent summer sea ice retreat in the Arctic is larger than has been in 1450 years, and that concentrations of carbon dioxide and several other of the major greenhouse gases are higher than they have been in at least 800,000 years. Climate-change induced impacts have been observed in changing precipitation patterns, melting snow and ice, species migration, negative impacts on crops, increased heat and decreased cold mortality, and altered ranges for water-borne illnesses and disease vectors. Additional risks from future changes include death, injury, and disrupted livelihoods in coastal zones and regions vulnerable to inland flooding, food insecurity linked to warming, drought, and flooding, especially for poor populations, reduced access to drinking and irrigation water for those with minimal capital in semi-arid regions, and decreased biodiversity in marine ecosystems, especially in the Arctic and tropics, with implications for coastal livelihoods. The IPCC determined that "[c]ontinued emissions of greenhouse gases will cause further warming and changes in all components of the climate system. Limiting climate change will require substantial and sustained reductions of greenhouse gases emissions."

Finally, the recently released National Climate Assessment (Melillo et al., 2014) stated, "Climate change is already affecting the American people in far reaching ways. Certain types of extreme weather events with links to climate change have become more frequent and/or intense, including prolonged periods of heat, heavy downpours, and, in some regions, floods and droughts. In addition, warming is causing sea level to rise and glaciers and Arctic sea ice to melt, and oceans are becoming more acidic as they absorb carbon dioxide. These and other aspects of climate change are disrupting people's lives and damaging some sectors of our economy."

Assessments from these bodies represent the current state of knowledge, comprehensively cover and synthesize thousands of individual studies to obtain the majority conclusions from the body of scientific literature and undergo a rigorous and exacting standard of review by the peer expert community and U.S. government.

### 4.2.2 Social Cost of Carbon

We estimate the global social benefits of $CO_2$ emission reductions expected from the proposed guidelines using the SCC estimates presented in the 2013 *Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866* (2013 SCC TSD).[85] We refer to these estimates, which were developed by the U.S. government, as "SCC estimates." The SCC is a metric that estimates the monetary value of impacts associated with marginal changes in $CO_2$ emissions in a given year. It includes a wide range of anticipated climate impacts, such as net changes in agricultural productivity and human health, property damage from increased flood risk, and changes in energy system costs, such as reduced costs for heating and increased costs for air conditioning. It is typically used to assess the avoided damages as a result of regulatory actions (i.e., benefits of rulemakings that have an incremental impact on cumulative global $CO_2$ emissions).

The SCC estimates used in this analysis were developed over many years, using the best science available, and with input from the public. The EPA and other federal agencies have considered the extensive public comments on ways to improve SCC estimation received via the notice and comment period that was part of numerous rulemakings since 2006. In addition, OMB's Office of Information and Regulatory Affairs recently sought public comment on the approach used to develop the SCC estimates. The comment period ended on February 26, 2014, and OMB is reviewing the comments received.

An interagency process that included the EPA and other executive branch entities used three integrated assessment models (IAMs) to develop SCC estimates and selected four global values for use in regulatory analyses. The SCC estimates were first released in February 2010

---

[85] Docket ID EPA-HQ-OAR-2013-0495, Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (May 2013, Revised November 2013). Available at: http://www.whitehouse.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf.

and updated in 2013 using new versions of each IAM. [86]

The SCC estimates represent global measures because of the distinctive nature of the climate change problem. The climate change problem is highly unusual in at least two respects. First, emissions of most GHGs contribute to damages around the world even when they are emitted in the United States. The SCC must therefore incorporate the full (global) damages caused by GHG emissions in order to address the global nature of the problem.  Second, climate change presents a problem that the United States alone cannot solve. The US now operates in a global, highly interconnected economy such that impacts on the other side of the world now affect our economy.  Climate damages in other countries can affect U.S. companies.  Climate-exacerbated conflict can require military expenditures by the U.S. All of this means that the true cost of climate change to U.S. is much larger than impacts that simply occur in the U.S. Climate change presents a problem that the United States alone cannot solve. A global number is the economically appropriate reference point for collective actions to reduce climate change.

A key objective in the development of the SCC estimates was to enable a consistent exploration of three integrated assessment models (DICE, FUND, and PAGE)[87] while respecting the different approaches to quantifying damages taken by the key modelers in the field. The selection of the three input parameters (equilibrium climate sensitivity, reference socioeconomic scenarios, discount rate) was based on an extensive review of the literature. Specifically, a probability distribution for climate sensitivity was specified as an input into all three models. In addition, the interagency group used a range of scenarios for the socio-economic parameters and a range of values for the discount rate. All other model features were left unchanged, relying on the model developers' best estimates and judgments. In DICE, these parameters are handled deterministically and represented by fixed constants; in PAGE, most parameters are represented

---

[86] Docket ID EPA-HQ-OAR-2009-0472-114577, Technical Support Document: Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (February 2010). Available at: http://www.whitehouse.gov/sites/default/files/omb/inforeg/for-agencies/Social-Cost-of-Carbon-for-RIA.pdf. See previous citation for 2013 SCC TSD.

[87] The full models names are as follows: Dynamic Integrated Climate and Economy (DICE); Climate Framework for Uncertainty, Negotiation, and Distribution (FUND); and Policy Analysis of the Greenhouse Gas Effect (PAGE).

by probability distributions. FUND was also run in a mode in which parameters were treated probabilistically. The use of three models and these input parameters allowed for exploration of important uncertainties in the way climate damages are estimated, equilibrium climate sensitivity, reference socioeconomic and emission trajectories, and discount rate. As stated in the 2010 SCC TSD, however, key uncertainties remain as the existing models are imperfect and incomplete. See the 2010 SCC TSD for a complete discussion of the methods used to develop the estimates and the key uncertainties, and the 2013 SCC TSD for the updated estimates.

Notably, the 2013 process did not revisit the 2010 interagency modeling decisions (e.g., with regard to the discount rate, reference case socioeconomic and emission scenarios or equilibrium climate sensitivity). Rather, improvements in the way damages are modeled are confined to those that have been incorporated into the latest versions of the models by the developers themselves and used in peer-reviewed publications. The model updates that are relevant to the SCC estimates include: an explicit representation of sea level rise damages in the DICE and PAGE models; updated adaptation assumptions, revisions to ensure damages are constrained by GDP, updated regional scaling of damages, and a revised treatment of potentially abrupt shifts in climate damages in the PAGE model; an updated carbon cycle in the DICE model; and updated damage functions for sea level rise impacts, the agricultural sector, and reduced space heating requirements, as well as changes to the transient response of temperature to the buildup of GHG concentrations and the inclusion of indirect effects of methane emissions in the FUND model. The 2013 SCC TSD provides complete details.

When attempting to assess the incremental economic impacts of carbon dioxide emissions, the analyst faces a number of serious challenges. A report from the National Academies of Science (NRC, 2009) points out that any assessment will suffer from uncertainty, speculation, and lack of information about (1) future emissions of greenhouse gases, (2) the effects of past and future emissions on the climate system, (3) the impact of changes in climate on the physical and biological environment, and (4) the translation of these environmental impacts into economic damages.[88] As a result, any effort to quantify and monetize the harms associated with climate change will raise serious questions of science, economics, and ethics and

---

[88] National Research Council (2009). Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use. National Academies Press. See docket ID EPA-HQ-OAR-2009-0472-11486.

should be viewed as provisional.

The 2010 SCC TSD noted a number of limitations to the SCC analysis, including the incomplete way in which the integrated assessment models capture catastrophic and non-catastrophic impacts, their incomplete treatment of adaptation and technological change, uncertainty in the extrapolation of damages to high temperatures, and assumptions regarding risk aversion. Current integrated assessment models do not assign value to all of the important physical, ecological, and economic impacts of climate change recognized in the climate change literature due to a lack of precise information on the nature of damages and because the science incorporated into these models understandably lags behind the most recent research. The limited amount of research linking climate impacts to economic damages makes the modeling exercise even more difficult. These individual limitations do not all work in the same direction in terms of their influence on the SCC estimates, though taken together they suggest that the SCC estimates are likely conservative. In particular, the IPCC Fourth Assessment Report (2007) concluded that "It is very likely that [SCC estimates] underestimate the damage costs because they cannot include many non-quantifiable impacts."

Nonetheless, these estimates and the discussion of their limitations represent the best available information about the social benefits of $CO_2$ reductions to inform benefit-cost analysis. The new versions of the models used to estimate the values presented below offer some improvements in these areas, although further work remains warranted. Accordingly, the EPA and other agencies continue to engage in research on modeling and valuation of climate impacts with the goal to improve these estimates. Additional details are provided in the SCC TSDs.

The four SCC estimates, updated in 2013, are as follows: $13, $46, $68, and $137 per metric ton of $CO_2$ emissions in the year 2020 (2011$).[89] The first three values are based on the average SCC from the three IAMs, at discount rates of 5, 3, and 2.5 percent, respectively. SCC estimates for several discount rates are included because the literature shows that the SCC is quite sensitive to assumptions about the discount rate, and because no consensus exists on the appropriate rate to use in an intergenerational context (where costs and benefits are incurred by

---

[89] The 2010 and 2013 TSDs present SCC in 2007$. The estimates were adjusted to 2011$ using GDP Implicit Price Deflator, http://www.gpo.gov/fdsys/pkg/ECONI-2013-02/pdf/ECONI-2013-02-Pg3.pdf.

different generations). The fourth value is the 95th percentile of the SCC from all three models at a 3 percent discount rate. It is included to represent higher-than-expected impacts from temperature change further out in the tails of the SCC distribution (representing less likely, but potentially catastrophic, outcomes).

Table 4-2 presents the updated global SCC estimates for the years 2015 to 2050. In order to calculate the dollar value for emission reductions, the SCC estimate for each emissions year would be applied to changes in $CO_2$ emissions for that year, and then discounted back to the analysis year using the same discount rate used to estimate the SCC.[90] The SCC increases over time because future emissions are expected to produce larger incremental damages as physical and economic systems become more stressed in response to greater climate change. Note that the interagency group estimated the growth rate of the SCC directly using the three integrated assessment models rather than assuming a constant annual growth rate. This helps to ensure that the estimates are internally consistent with other modeling assumptions. Tables 4-3 through 4-5 report the incremental climate benefits estimated in three analysis years (2020, 2025, and 2030) for the two illustrative compliance scenarios (i.e., state and regional) for two options evaluated.

---

[90] This analysis considered the climate impacts of only $CO_2$ emission change. As discussed below, the climate impacts of other pollutants were not calculated for the proposed guidelines. Furthermore, the U.S. Interagency Working Group on the Social Cost of Carbon has so far only considered estimates for the social cost of $CO_2$. While $CO_2$ is the dominant GHG emitted by the sector, we recognize the representative facilities within these comparisons may also have different emission rates for other climate forcers that will serve a minor role in determining the overall social cost of generation.

**Table 4-2. Global Social Cost of $CO_2$, 2015-2050 (in 2011$)\***

| Year | Discount Rate and Statistic | | | |
|------|-----------|-----------|-------------|---------------------|
|      | 5% Average | 3% Average | 2.5% Average | 3% (95th percentile) |
| 2015 | $12 | $39 | $61 | $116 |
| 2020 | $13 | $46 | $68 | $137 |
| 2025 | $15 | $50 | $74 | $153 |
| 2030 | $17 | $55 | $80 | $170 |
| 2035 | $20 | $60 | $85 | $187 |
| 2040 | $22 | $65 | $92 | $204 |
| 2045 | $26 | $70 | $98 | $220 |
| 2050 | $28 | $76 | $104 | $235 |

\* The SCC values vary depending on the year of $CO_2$ emissions and are defined in real terms, i.e., adjusted for inflation using the GDP implicit price deflator. These SCC values are stated in $/metric ton.

**Table 4-3. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2020 (billions of 2011$)\***

| Discount Rate and Statistic | Option 1 – state | Option 1 – regional | Option 2 – state | Option 2 - regional |
|-----------------------------|------------------|---------------------|------------------|---------------------|
| Million metric tonnes of $CO_2$ reduced | 383 | 371 | 295 | 283 |
| 5% (average) | $4.9 | $4.7 | $3.8 | $3.6 |
| 3% (average) | $18 | $17 | $14 | $13 |
| 2.5% (average) | $26 | $25 | $20 | $19 |
| 3% (95th percentile) | $52 | $51 | $40 | $39 |

\* The SCC values are dollar-year and emissions-year specific. SCC values represent only a partial accounting of climate impacts.

**Table 4-4. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2025 (billions of 2011$)\***

| Discount Rate and Statistic | Option 1 – state | Option 1 - regional | Option 2 – state | Option 2 - regional |
|-----------------------------|------------------|---------------------|------------------|---------------------|
| Million metric tonnes of $CO_2$ reduced | 506 | 501 | 376 | 368 |
| 5% (average) | $7.6 | $7.5 | $5.6 | $5.5 |
| 3% (average) | $25 | $25 | $19 | $18 |
| 2.5% (average) | $37 | $37 | $28 | $27 |
| 3% (95th percentile) | $77 | $76 | $57 | $56 |

\* The SCC values are dollar-year and emissions-year specific. SCC values represent only a partial accounting of climate impacts.

**Table 4-5. Estimated Global Climate Benefits of $CO_2$ Reductions for Proposed EGU GHG Existing Source Guidelines in 2030 (billions of 2011$)\***

| Discount Rate and Statistic | Option 1 – state | Option 1 - regional | Option 2 – state | Option 2 - regional |
|-----------------------------|------------------|---------------------|------------------|---------------------|
| Million metric tonnes of $CO_2$ reduced | 555 | 545 | n/a | n/a |
| 5% (average) | $9.5 | $9.3 | n/a | n/a |
| 3% (average) | $31 | $30 | n/a | n/a |
| 2.5% (average) | $44 | $44 | n/a | n/a |
| 3% (95th percentile) | $94 | $92 | n/a | n/a |

\* The SCC values are dollar-year and emissions-year specific. SCC values represent only a partial accounting of climate impacts.

It is important to note that the climate benefits presented above are associated with changes in $CO_2$ emissions only. Implementing these guidelines, however, will have an impact on the emissions of other pollutants that would affect the climate. Both predicting reductions in emissions and estimating the climate impacts of these other pollutants, however, is complex. The climate impacts of these other pollutants have not been calculated for the proposed guidelines.[91]

The other emissions potentially reduced as a result of these guidelines include other greenhouse gases (such as methane), aerosols and aerosol precursors such as black carbon, organic carbon, sulfur dioxide and nitrogen oxides, and ozone precursors such as nitrogen oxides and volatile organic carbon compounds. Changes in emissions of these pollutants (both increases and decreases) could directly result from changes in electricity generation, upstream fossil fuel extraction and transport, and/or downstream secondary market impacts. Reductions in black carbon or ozone precursors are projected to lead to further cooling, but reductions in the other aerosol species and precursors are projected to lead to warming. Therefore, changes in non-$CO_2$ pollutants could potentially augment or offset the climate benefits calculated here. These pollutants can act in different ways and on different timescales than carbon dioxide. For example, aerosols reflect (and in the case of black carbon, absorb) incoming radiation, whereas greenhouse gases absorb outgoing infrared radiation. In addition, these aerosols are thought to affect climate indirectly by altering properties of clouds. Black carbon can also deposit on snow and ice, darkening these surfaces and accelerating melting. In terms of lifetime, while carbon dioxide emissions can increase concentrations in the atmosphere for hundreds or thousands of years, many of these other pollutants are short lived and remain in the atmosphere for short periods of time ranging from days to weeks and can therefore exhibit large spatial and temporal variability.

While the EPA has not quantified the climate impacts of these other pollutants for the proposed guidelines, the Agency has analyzed the potential changes in upstream methane emissions from the natural gas and coal production sectors that may result from the compliance scenarios examined in this RIA in the appendix to Chapter 3. The EPA assessed whether the net change in upstream methane emissions from natural gas and coal production is likely to be

---

[91] The federal government's SCC estimates used in this analysis are designed to assess the climate benefits associated with changes in $CO_2$ emissions only.

positive or negative and also assessed the potential magnitude of changes relative to $CO_2$ emissions reductions anticipated at power plants. This assessment included $CO_2$ emissions from the flaring of methane, but did not evaluate potential changes in other combustion-related $CO_2$ emissions, such as emissions associated with drilling, mining, processing, and transportation in the natural gas and coal production sectors. This analysis found that the net upstream $CH_4$ emissions from natural gas systems and coal mines and $CO_2$ emissions from flaring of methane will likely decrease under the proposed guidelines. Furthermore, the analysis suggests that the changes in upstream methane emissions are small relative to the changes in direct emissions from power plants.

## 4.3 Estimated Human Health Co-Benefits

In addition to $CO_2$, implementing these proposed guidelines is expected to reduce emissions of $SO_2$ and $NO_X$, which are precursors to formation of ambient $PM_{2.5}$, as well as directly emitted fine particles.[92] Therefore, reducing these emissions would also reduce human exposure to ambient $PM_{2.5}$ and the incidence of $PM_{2.5}$-related health effects. In addition, in the presence of sunlight, $NO_X$ and VOCs can undergo a chemical reaction in the atmosphere to form ozone. Depending on localized concentrations of volatile organic compounds (VOCs), reducing $NO_X$ emissions would also reduce human exposure to ozone and the incidence of ozone-related health effects. Although we do not have sufficient data to quantify these impacts in this analysis, reducing emissions of $SO_2$ and $NOx$ would also reduce ambient exposure to $SO_2$ and $NO_2$, respectively. In this section, we provide an overview of the monetized $PM_{2.5}$ and ozone-related co-benefits estimated for the proposed guidelines. The estimated co-benefits associated with these emission reductions are beyond those achieved by previous EPA rulemakings, including MATS. A full description of the underlying data, studies, and assumptions is provided in the PM NAAQS RIA (U.S. EPA, 2012a) and Ozone NAAQS RIA (U.S. EPA, 2008b, 2010d).

There are several important considerations in assessing the air pollution-related health co-benefits for a climate-focused rulemaking. First, these estimated health co-benefits do not

---

[92] We estimate the health co-benefits associated with emission reductions of two categories of directly emitted particles: elemental carbon plus organic carbon (EC+OC) and crustal. Crustal emissions are composed of compounds associated with minerals and metals from the earth's surface, including carbonates, silicates, iron, phosphates, copper, and zinc. Often, crustal material represents particles not classified as one of the other species (e.g., organic carbon, elemental carbon, nitrate, sulfate, chloride, etc.).

account for any climate-related air quality changes (e.g., increased ambient ozone associated with higher temperatures) but rather changes in precursor emissions affected by this rulemaking. Excluding climate-related air quality changes may underestimate ozone-related health co-benefits. It is unclear how $PM_{2.5}$-related health co-benefits would be impacted by excluding climate-related air quality changes since the science is unclear as to how climate change may affect $PM_{2.5}$ exposure. Second, the estimated health co-benefits also do not consider temperature modification of $PM_{2.5}$ and ozone risks (Roberts 2004; Ren 2006a, 2006b, 2008a, 2008b). Third, the estimated climate benefits reported in this RIA reflect global benefits, while the estimated health co-benefits are calculated for the contiguous U.S. only. Excluding temperature modification of air pollution risks and international air pollution-related health benefits implies that the quantified health co-benefits likely lead to underestimation.

Implementing these guidelines may lead to reductions in ambient $PM_{2.5}$ concentrations below the National Ambient Air Quality Standards (NAAQS) for PM and ozone in some areas and assist other areas with attaining these NAAQS. Because the NAAQS RIAs (U.S. EPA, 2012a, 2008b, 2010d) also calculated PM and ozone benefits, there are important differences worth noting in the design and analytical objectives of each RIA. The NAAQS RIAs illustrate the potential costs and benefits of attaining a revised air quality standard nationwide based on an array of emission reduction strategies for different sources including known and unknown controls, incremental to implementation of existing regulations and controls needed to attain the current standards. In short, NAAQS RIAs hypothesize, but do not predict, the reduction strategies that States may choose to enact when implementing a revised NAAQS. The setting of a NAAQS does not directly result in costs or benefits, and as such, EPA's NAAQS RIAs are merely illustrative and the estimated costs and benefits are not intended to be added to the costs and benefits of other regulations that result in specific costs of control and emission reductions. However, it is possible that some costs and benefits estimated in this RIA may account for the same air quality improvements as estimated in the illustrative NAAQS RIAs.

Similar to NAAQS RIAs, the emission reduction scenarios estimated for the proposed guidelines are also illustrative. In contrast to NAAQS RIAs, all of the emission reductions for the illustrative compliance scenarios would occur in one well-characterized sector (i.e., the EGU sector). In general, EPA is more confident in the magnitude and location of the emission reductions for implementation rules, which typically require specific emission reductions in a

specific sector. As such, emission reductions achieved under promulgated implementation rules will ultimately be reflected in the baseline of future NAAQS analyses, which would reduce the incremental costs and benefits associated with attaining revised future NAAQS. EPA does not re-issue illustrative RIAs outside of the rulemaking process that retroactively update the baseline to account for implementation rules promulgated after an RIA was completed. For more information on the relationship between illustrative analyses, such as for the NAAQS and this proposal, and implementation rules, please see section 1.3 of the PM NAAQS RIA (U.S. EPA, 2012a).

### 4.3.1 Health Impact Assessment for $PM_{2.5}$ and Ozone

The *Integrated Science Assessment for Particulate Matter* (PM ISA) (U.S. EPA, 2009b) identified the human health effects associated with ambient $PM_{2.5}$ exposure, which include premature morality and a variety of morbidity effects associated with acute and chronic exposures. Similarly, the *Integrated Science Assessment for Ozone and Related Photochemical Oxidants* (Ozone ISA) (U.S. EPA, 2013b) identified the human health effects associated with ambient ozone exposure, which include premature morality and a variety of morbidity effects associated with acute and chronic exposures. Table 4-6 identifies the quantified and unquantified co-benefit categories captured in EPA's health co-benefits estimates for reduced exposure to ambient $PM_{2.5}$ and ozone. Although the table below does not list unquantified health effects such as those associated with exposure to $SO_2$, $NO_2$, and mercury nor welfare effects such as acidification and nutrient enrichment, these effects are described in detail in Chapters 5 and 6 of the PM NAAQS RIA (U.S. EPA, 2012a) and summarized later in this chapter. It is important to emphasize that the list of unquantified benefit categories is not exhaustive, nor is quantification of each effect complete.

**Table 4-6. Human Health Effects of Ambient PM$_{2.5}$ and Ozone**

| Category | Specific Effect | Effect Has Been Quantified | Effect Has Been Monetized | More Information |
|---|---|---|---|---|
| Improved Human Health | | | | |
| Reduced incidence of premature mortality from exposure to PM$_{2.5}$ | Adult premature mortality based on cohort study estimates and expert elicitation estimates (age >25 or age >30) | ✔ | ✔ | PM ISA |
| | Infant mortality (age <1) | ✔ | ✔ | PM ISA |
| Reduced incidence of morbidity from exposure to PM$_{2.5}$ | Non-fatal heart attacks (age > 18) | ✔ | ✔ | PM ISA |
| | Hospital admissions—respiratory (all ages) | ✔ | ✔ | PM ISA |
| | Hospital admissions—cardiovascular (age >20) | ✔ | ✔ | PM ISA |
| | Emergency room visits for asthma (all ages) | ✔ | ✔ | PM ISA |
| | Acute bronchitis (age 8-12) | ✔ | ✔ | PM ISA |
| | Lower respiratory symptoms (age 7-14) | ✔ | ✔ | PM ISA |
| | Upper respiratory symptoms (asthmatics age 9-11) | ✔ | ✔ | PM ISA |
| | Asthma exacerbation (asthmatics age 6-18) | ✔ | ✔ | PM ISA |
| | Lost work days (age 18-65) | ✔ | ✔ | PM ISA |
| | Minor restricted-activity days (age 18-65) | ✔ | ✔ | PM ISA |
| | Chronic Bronchitis (age >26) | — | — | PM ISA[1] |
| | Emergency room visits for cardiovascular effects (all ages) | — | — | PM ISA[1] |
| | Strokes and cerebrovascular disease (age 50-79) | — | — | PM ISA[1] |
| | Other cardiovascular effects (e.g., other ages) | — | — | PM ISA[2] |
| | Other respiratory effects (e.g., pulmonary function, non-asthma ER visits, non-bronchitis chronic diseases, other ages and populations) | — | — | PM ISA[2] |
| | Reproductive and developmental effects (e.g., low birth weight, pre-term births, etc) | — | — | PM ISA[2,3] |
| | Cancer, mutagenicity, and genotoxicity effects | — | — | PM ISA[2,3] |
| Reduced incidence of mortality from exposure to ozone | Premature mortality based on short-term study estimates (all ages) | ✔ | ✔ | Ozone ISA |
| | Premature mortality based on long-term study estimates (age 30–99) | — | — | Ozone ISA[1] |
| Reduced incidence of morbidity from exposure to ozone | Hospital admissions—respiratory causes (age > 65) | ✔ | ✔ | Ozone ISA |
| | Hospital admissions—respiratory causes (age <2) | ✔ | ✔ | Ozone ISA |
| | Emergency department visits for asthma (all ages) | ✔ | ✔ | Ozone ISA |
| | Minor restricted-activity days (age 18–65) | ✔ | ✔ | Ozone ISA |
| | School absence days (age 5–17) | ✔ | ✔ | Ozone ISA |
| | Decreased outdoor worker productivity (age 18–65) | — | — | Ozone ISA[1] |
| | Other respiratory effects (e.g., premature aging of lungs) | — | — | Ozone ISA[2] |
| | Cardiovascular and nervous system effects | — | — | Ozone ISA[2] |
| | Reproductive and developmental effects | — | — | Ozone ISA[2,3] |

[1] We assess these co-benefits qualitatively due to data and resource limitations for this analysis, but we have quantified them in sensitivity analyses for other analyses.

[2] We assess these co-benefits qualitatively because we do not have sufficient confidence in available data or methods.

[3] We assess these co-benefits qualitatively because current evidence is only suggestive of causality or there are other significant concerns over the strength of the association.

We follow a "damage-function" approach in calculating benefits, which estimates changes in individual health endpoints (specific effects that can be associated with changes in air quality) and assigns values to those changes assuming independence of the values for those individual endpoints. Because EPA rarely has the time or resources to perform new research to measure directly, either health outcomes or their values for regulatory analyses, our estimates are based on the best available methods of benefits transfer, which is the science and art of adapting primary research from similar contexts to estimate benefits for the environmental quality change under analysis. We use a "benefit-per-ton" approach to estimate the $PM_{2.5}$ and ozone co-benefits in this RIA. This section describes the underlying basis for the health and economic valuation estimates, and the subsequent section provides an overview of the benefit-per-ton estimates, which are described in detail in the appendix to this chapter.

The health impact assessment (HIA) quantifies the changes in the incidence of adverse health impacts resulting from changes in human exposure to $PM_{2.5}$ and ozone. We use the environmental Benefits Mapping and Analysis Program (BenMAP) (version 4.0.66) to systematize health impact analyses by applying a database of key input parameters, including population projections, health impact functions, and valuation functions (Abt Associates, 2012). For this assessment, the HIA is limited to those health effects that are directly linked to ambient $PM_{2.5}$ and ozone concentrations. There may be other indirect health impacts associated with reducing emissions, such as occupational health exposures. Epidemiological studies generally provide estimates of the relative risks of a particular health effect for a given increment of air pollution (often per 10 $\mu g/m^3$ for $PM_{2.5}$ or ppb for ozone). These relative risks can be used to develop risk coefficients that relate a unit reduction in $PM_{2.5}$ to changes in the incidence of a health effect. We refer the reader to the PM NAAQS RIA (U.S. EPA, 2012a) and Ozone NAAQS RIA (U.S. EPA, 2008b, 2010d) for more information regarding the epidemiology studies and risk coefficients applied in this analysis, and we briefly elaborate on adult premature mortality below. The size of the mortality effect estimates from epidemiological studies, the serious nature of the effect itself, and the high monetary value ascribed to prolonging life make mortality risk reduction the most significant health endpoint quantified in this analysis.

*4.3.1.1 Mortality Concentration-Response Functions for PM$_{2.5}$*

Considering a substantial body of published scientific literature and reflecting thousands of epidemiology, toxicology, and clinical studies, the PM ISA documents the association between elevated PM$_{2.5}$ concentrations and adverse health effects, including increased premature mortality (U.S. EPA, 2009b). The PM ISA, which was twice reviewed by the Clean Air Scientific Advisory Committee of EPA's Science Advisory Board (SAB-CASAC) (U.S. EPA-SAB, 2009b, 2009c), concluded that there is a causal relationship between mortality and both long-term and short-term exposure to PM$_{2.5}$ based on the entire body of scientific evidence. The PM ISA also concluded that the scientific literature consistently finds that a no-threshold log-linear model most adequately portrays the PM-mortality concentration-response relationship while recognizing potential uncertainty about the exact shape of the concentration-response function. In addition to adult mortality discussed in more detail below, we use effect coefficients from Woodruff et al. (1997) to estimate PM-related infant mortality.

For adult PM-related mortality, we use the effect coefficients from the most recent epidemiology studies examining two large population cohorts: the American Cancer Society cohort (Krewski et al., 2009) and the Harvard Six Cities cohort (Lepeule et al., 2012). The PM ISA (U.S. EPA, 2009b) concluded that the ACS and Six Cities cohorts provide the strongest evidence of the association between long-term PM$_{2.5}$ exposure and premature mortality with support from a number of additional cohort studies. The SAB's Health Effects Subcommittee (SAB-HES) also supported using these two cohorts for analyses of the benefits of PM reductions (U.S. EPA-SAB, 2010a). As both the ACS and Six Cities cohort studies have inherent strengths and weaknesses, we present PM$_{2.5}$ co-benefits estimates using relative risk estimates from both these cohorts (Krewski et al., 2009; Lepeule et al., 2012).

As a characterization of uncertainty regarding the adult PM$_{2.5}$-mortality relationship, EPA graphically presents the PM$_{2.5}$ co-benefits derived from EPA's expert elicitation study (Roman et al., 2008; IEc, 2006). The primary goal of the 2006 study was to elicit from a sample of health experts probabilistic distributions describing uncertainty in estimates of the reduction in mortality among the adult U.S. population resulting from reductions in ambient annual average PM$_{2.5}$ concentrations. In that study, twelve experts provided independent opinions regarding the PM$_{2.5}$-mortality concentration-response function. Because the experts relied upon the ACS and

Six Cities cohort studies to inform their concentration-response functions, the benefits estimates derived from the expert responses generally fall between results derived from these studies (see Figure 4-1). We do not combine the expert results in order to preserve the breadth and diversity of opinion on the expert panel. This presentation of the expert-derived results is generally consistent with SAB advice (U.S. EPA-SAB, 2008), which recommended that the EPA emphasize that "scientific differences existed only with respect to the magnitude of the effect of $PM_{2.5}$ on mortality, not whether such an effect existed" and that the expert elicitation "supports the conclusion that the benefits of $PM_{2.5}$ control are very likely to be substantial". Although it is possible that newer scientific literature could revise the experts' quantitative responses if elicited again, we believe that these general conclusions are unlikely to change.

### 4.3.1.2 Mortality Concentration-Response Functions for Ozone

In 2008, the National Academies of Science (NRC, 2008) issued a series of recommendations to the EPA regarding the quantification and valuation of ozone-related short-term mortality. Chief among these was that "…short-term exposure to ambient ozone is likely to contribute to premature deaths" and the committee recommended that "ozone-related mortality be included in future estimates of the health benefits of reducing ozone exposures…" The NAS also recommended that "…the greatest emphasis be placed on the multicity and NMMAPS [*National Morbidity, Mortality, and Air Pollution Study*] studies without exclusion of the meta-analyses" (NRC, 2008). In view of the findings of the National Academies panel, we estimate the co-benefits of avoiding short-term ozone mortality using the Bell et al. (2004) NMMAPS analysis, the Schwartz (2005) multi-city study, the Huang et al. (2005) multi-city study as well as effect estimates from the three meta-analyses (Bell et al. (2005), Levy et al. (2005), and Ito et al. (2005)). These studies are consistent with the studies used in the Ozone NAAQS RIA (U.S. EPA, 2008b, 2010d).[93] For simplicity, we report the ozone mortality estimates in this RIA as a range from Bell et al. (2004) to Levy et al. (2005) to represent the lowest and the highest co-benefits estimates based on these six ozone mortality studies. In addition, we graphically present

---

[93] Since EPA received NAS advice, EPA published the Ozone ISA (U.S. EPA, 2013b) and the second draft Ozone Health Risk and Exposure Assessment (U.S. EPA, 2014a). Therefore, the ozone mortality studies applied in this analysis, while current at the time of the previous Ozone NAAQS RIAs, do not reflect the most updated literature available. The selection of ozone mortality studies used to estimate benefits in RIAs will be revisited in the forthcoming RIA accompanying the on-going review of the Ozone NAAQS.

estimated co-benefits derived from all six studies mentioned above as a characterization of uncertainty regarding the ozone -mortality relationship in Figure 4-1.

### 4.3.2 Economic Valuation for Health Co-benefits

After quantifying the change in adverse health impacts, we estimate the economic value of these avoided impacts. Reductions in ambient concentrations of air pollution generally lower the risk of future adverse health effects by a small amount for a large population. Therefore, the appropriate economic measure is willingness to pay (WTP) for changes in risk of a health effect. For some health effects, such as hospital admissions, WTP estimates are generally not available, so we use the cost of treating or mitigating the effect. These cost-of-illness (COI) estimates generally (although not necessarily in every case) understate the true value of reductions in risk of a health effect. They tend to reflect the direct expenditures related to treatment but not the value of avoided pain and suffering from the health effect. The unit values applied in this analysis are provided in Table 5-9 of the PM NAAQS RIA for each health endpoint (U.S. EPA, 2012a).

Avoided premature deaths account for 98 percent of monetized PM-related co-benefits and over 90 percent of monetized ozone-related co-benefits. The economics literature concerning the appropriate method for valuing reductions in premature mortality risk is still developing. The adoption of a value for the projected reduction in the risk of premature mortality is the subject of continuing discussion within the economics and public policy analysis community. Following the advice of the SAB's Environmental Economics Advisory Committee (SAB-EEAC), the EPA currently uses the value of statistical life (VSL) approach in calculating estimates of mortality benefits, because we believe this calculation provides the most reasonable single estimate of an individual's willingness to trade off money for reductions in mortality risk (U.S. EPA-SAB, 2000). The VSL approach is a summary measure for the value of small changes in mortality risk experienced by a large number of people.

EPA continues work to update its guidance on valuing mortality risk reductions, and the Agency consulted several times with the SAB-EEAC on this issue. Until updated guidance is available, the Agency determined that a single, peer-reviewed estimate applied consistently, best reflects the SAB-EEAC advice it has received. Therefore, EPA has decided to apply the VSL that was vetted and endorsed by the SAB in the Guidelines for Preparing Economic Analyses

(U.S. EPA, 2000)[94] while the Agency continues its efforts to update its guidance on this issue. This approach calculates a mean value across VSL estimates derived from 26 labor market and contingent valuation studies published between 1974 and 1991. The mean VSL across these studies is $6.3 million (2000$).[95] We then adjust this VSL to account for the currency year and to account for income growth from 1990 to the analysis year. Specifically, the VSLs applied in this analysis in 2011$ after adjusting for income growth are $9.9 million for 2020 and $10.1 million for 2025 and 2030.[96]

The Agency is committed to using scientifically sound, appropriately reviewed evidence in valuing mortality risk reductions and has made significant progress in responding to the SAB-EEAC's specific recommendations. In the process, the Agency has identified a number of important issues to be considered in updating its mortality risk valuation estimates. These are detailed in a white paper, "Valuing Mortality Risk Reductions in Environmental Policy" (U.S. EPA, 2010c), which recently underwent review by the SAB-EEAC. A meeting with the SAB on this paper was held on March 14, 2011 and formal recommendations were transmitted on July 29, 2011 (U.S. EPA-SAB, 2011). EPA is taking SAB's recommendations under advisement.

In valuing $PM_{2.5}$-related premature mortality, we discount the value of premature mortality occurring in future years using rates of 3 percent and 7 percent (OMB, 2003). We assume that there is a "cessation" lag between changes in PM exposures and the total realization of changes in health effects. Although the structure of the lag is uncertain, the EPA follows the advice of the SAB-HES to assume a segmented lag structure characterized by 30 percent of mortality reductions in the first year, 50 percent over years 2 to 5, and 20 percent over the years 6 to 20 after the reduction in $PM_{2.5}$ (U.S. EPA-SAB, 2004c). Changes in the cessation lag assumptions do not change the total number of estimated deaths but rather the timing of those deaths. Because short-term ozone-related premature mortality occurs within the analysis year,

---

[94] In the updated *Guidelines for Preparing Economic Analyses* (U.S. EPA, 2010e), EPA retained the VSL endorsed by the SAB with the understanding that further updates to the mortality risk valuation guidance would be forthcoming in the near future.

[95] In 1990$, this base VSL is $4.8 million.

[96] Income growth projections are only currently available in BenMAP through 2024, so both the 2025 and 2030 estimates use income growth only through 2024 and are therefore likely underestimates.

the estimated ozone-related co-benefits are identical for all discount rates.

### 4.3.3 Benefit-per-ton Estimates for PM$_{2.5}$

We used a "benefit-per-ton" approach to estimate the PM$_{2.5}$ co-benefits in this RIA. EPA has applied this approach in several previous RIAs (e.g., U.S. EPA, 2011b, 2011c, 2012b). These benefit-per-ton estimates provide the total monetized human health co-benefits (the sum of premature mortality and premature morbidity), of reducing one ton of PM$_{2.5}$ (or PM$_{2.5}$ precursor such as NO$_X$ or SO$_2$) from a specified source. Specifically, in this analysis, we multiplied the estimates for the EGU sector by the corresponding emission reductions based on regional (i.e., East, West, and California) benefit-per-ton estimates.

The method used to calculate the regional benefit-per-ton estimates is a slight modification of the national benefit-per-ton estimates described in the TSD: *Estimating the Benefit per Ton of Reducing PM$_{2.5}$ Precursors from 17 Sectors* (U.S. EPA, 2013a). The national estimates were derived using the approach published in Fann et al. (2012), but they have since been updated to reflect the epidemiology studies and Census population data first applied in the final PM NAAQS RIA (U.S. EPA, 2012a). The approach in Fann et al. (2012) is similar to the work previously published by Fann et al. (2009), but the newer study includes improvements that provide more refined estimates of PM$_{2.5}$-related health benefits for emissions reductions in the various sectors. Specifically, the air quality modeling data reflect industrial sectors that are more narrowly defined. In addition, the updated air quality modeling data reflects more recent emissions data (2005 rather than 2001) and has higher spatial resolution (12km rather than 36 km grid cells).[97] For this rulemaking, to generate the regional benefit-per-ton estimates we simply aggregated the EGU impacts in BenMAP to the region (i.e., East, West, and California) rather than aggregating to the nation as was done in Fann et al. (2012). We then divided the regional benefits by the regional emissions rather than the national emissions. The appendix to this chapter provides additional detail regarding these calculations.

As noted below in the characterization of uncertainty, all benefit-per-ton estimates have

---

[97] Although the modeling underlying the benefit-per-ton estimates does not reflect emission reductions anticipated from MATS, the EGU contribution to ambient PM$_{2.5}$ and ozone on a per-ton basis would be similar. (Fann, Fulcher, and Baker, 2013) Because the emission reductions in this RIA are calculated from an IPM base case that includes MATS (see Chapter 3), there is no double-counting concern with the resulting co-benefits estimates.

inherent limitations. Specifically, all benefit-per-ton estimates reflect the geographic distribution of the modeled sector emissions, which may not match the emission reductions anticipated by the proposed guidelines, and they may not reflect local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors for any specific location. In addition, these estimates reflect the regional average benefit-per-ton for each ambient $PM_{2.5}$ precursor emitted from EGUs, which assumes a linear atmospheric response to emission reductions. The regional benefit-per-ton estimates, although less subject to these types of uncertainties than national estimates, still should be interpreted with caution. Even though we assume that all fine particles have equivalent health effects, the benefit-per-ton estimates vary between precursors depending on the location and magnitude of their impact on $PM_{2.5}$ levels, which drive population exposure.

### 4.3.4 Benefit-per-ton Estimates for Ozone

Similar to $PM_{2.5}$, we used a "benefit-per-ton" approach in this RIA to estimate the ozone co-benefits, which represent the total monetized human health co-benefits (the sum of premature mortality and premature morbidity) of reducing one ton of NOx (an ozone precursor). Also consistent with the $PM_{2.5}$ estimates, we generated regional benefit-per-ton estimates for ozone for the EGU sector using the air quality modeling data described in Fann et al. (2012) and using the updated Census population data first applied in the final PM NAAQS RIA (U.S. EPA, 2012a). In contrast to the $PM_{2.5}$ estimates, the ozone estimates are not based on changes to annual emissions. Instead, the regional estimates (i.e., East, West, and California) correspond to $NO_X$ emissions from U.S. EGUs during the ozone-season (May to September). Because we estimate ozone health impacts from May to September only, this approach underestimates ozone co-benefits in areas with a longer ozone season such as southern California and Texas. These estimates assume that EGU-attributable ozone formation at the regional-level is due to NOx alone. Because EGUs emit little VOC relative to $NO_X$ emissions, it is unlikely that VOCs emitted by EGUs would contribute substantially to regional ozone formation. All benefit-per-ton estimates have inherent limitations and should be interpreted with caution. We provide more detailed information regarding the generation of these estimates in the appendix to this chapter.

### 4.3.5 Estimated Health Co-Benefits Results

Tables 4-7 through 4-9 provide the national and regional benefit-per-ton estimates for 2020, 2025, and 2030. Tables 4-10 through 4-12 provide the emission reductions estimated to occur in three analysis years (2020, 2025, and 2030) for two illustrative compliance scenarios (i.e., state and regional) for two options by region (i.e., East, West, and California).[98] Tables 4-13 through 4-15 summarize the national monetized PM and ozone-related health co-benefits estimated to occur in three analysis years (2020, 2025, and 2030) for the options by precursor pollutant using discount rates of 3 percent and 7 percent. Tables 4-16 through 4-18 provide national summaries of the reductions in health incidences estimated for the options associated with these pollution reductions in 2020, 2025, and 2030. Figure 4-1 provides a visual representation of the range of estimated $PM_{2.5}$ and ozone-related co-benefits using concentration-response functions from different studies and expert opinion for the options evaluated in 2020 as an illustrative analysis year. Figures 4-2 and 4-3 provide a breakdown of the monetized health co-benefits for each of the options evaluated in 2020 as an illustrative analysis year by precursor pollutant and region, respectively.

---

[98] See Chapter 3 of this RIA for more information regarding the expected emission reductions used to calculate the health co-benefits in this chapter. Chapter 3 also provides more information regarding the illustrative compliance scenarios.

**Table 4-7. Summary of National and Regional Benefit-per-ton Estimates for EGUs in 2020 (2011$)***

| Pollutant | Discount Rate | National | Regional | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| $SO_2$ | 3% | $38,000 to $86,000 | $40,000 to $90,000 | $7,800 to $18,000 | $160,000 to $320,000 |
| | 7% | $34,000 to $77,000 | $36,000 to $82,000 | $7,100 to $16,000 | $140,000 to $320,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | 3% | $140,000 to $320,000 | $140,000 to $320,000 | $56,000 to $130,000 | $280,000 to $570,000 |
| | 7% | $130,000 to $290,000 | $130,000 to $280,000 | $50,000 to $110,000 | $250,000 to $570,000 |
| Directly emitted $PM_{2.5}$ (crustal) | 3% | $18,000 to $40,000 | $18,000 to $41,000 | $11,000 to $25,000 | $110,000 to $220,000 |
| | 7% | $16,000 to $36,000 | $16,000 to $37,000 | $10,000 to $23,000 | $95,000 to $220,000 |
| $NO_X$ (as $PM_{2.5}$) | 3% | $5,600 to $13,000 | $6,700 to $15,000 | $1,200 to $2,600 | $17,000 to $34,000 |
| | 7% | $5,000 to $11,000 | $6,000 to $14,000 | $1,000 to $2,400 | $15,000 to $34,000 |
| $NO_X$ (as Ozone) | N/A | $3,800 to $16,000 | $4,600 to $19,000 | $930 to $4,000 | $7,400 to $31,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for $PM_{2.5}$ and ozone. All estimates are rounded to two significant figures. The monetized co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ concentrations, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Benefit-per-ton estimates for ozone are based on ozone season $NO_X$ emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-8. Summary of National and Regional Benefit-per-Ton Estimates for EGUs in 2025 (2011$)***

| Pollutant | Discount Rate | National | Regional | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| $SO_2$ | 3% | $41,000 to $93,000 | $44,000 to $98,000 | $8,800 to $20,000 | $180,000 to $410,000 |
| | 7% | $37,000 to $84,000 | $39,000 to $89,000 | $8,000 to $18,000 | $160,000 to $370,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | 3% | $150,000 to $350,000 | $150,000 to $340,000 | $64,000 to $140,000 | $320,000 to $720,000 |
| | 7% | $140,000 to $310,000 | $140,000 to $310,000 | $58,000 to $130,000 | $290,000 to $650,000 |
| Directly emitted $PM_{2.5}$ (crustal) | 3% | $17,000 to $39,000 | $18,000 to $40,000 | $12,000 to $27,000 | $43,000 to $96,000 |
| | 7% | $15,000 to $35,000 | $16,000 to $36,000 | $11,000 to $24,000 | $38,000 to $87,000 |
| $NO_X$ (as $PM_{2.5}$) | 3% | $6,000 to $14,000 | $7,200 to $16,000 | $1,300 to $2,900 | $19,000 to $42,000 |
| | 7% | $5,400 to $12,000 | $6,500 to $15,000 | $1,200 to $2,600 | $17,000 to $38,000 |
| $NO_X$ (as Ozone) | N/A | $4,900 to $21,000 | $5,900 to $25,000 | $1,200 to $5,400 | $9,900 to $42,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for $PM_{2.5}$ and ozone. All estimates are rounded to two significant figures. The monetized co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ concentrations, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Benefit-per-ton estimates for ozone are based on ozone season $NO_X$ emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-9. Summary of National and Regional Benefit-per-Ton Estimates for EGUs in 2030 (2011$)\***

| Pollutant | Discount Rate | National | Regional | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| $SO_2$ | 3% | $44,000 to $100,000 | $47,000 to $110,000 | $9,800 to $22,000 | $200,000 to $450,000 |
| | 7% | $40,000 to $90,000 | $42,000 to $95,000 | $8,800 to $20,000 | $180,000 to $410,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | 3% | $170,000 to $370,000 | $160,000 to $370,000 | $71,000 to $160,000 | $360,000 to $800,000 |
| | 7% | $150,000 to $340,000 | $150,000 to $330,000 | $64,000 to $150,000 | $320,000 to $730,000 |
| Directly emitted $PM_{2.5}$ (crustal) | 3% | $18,000 to $42,000 | $19,000 to $43,000 | $13,000 to $30,000 | $47,000 to $110,000 |
| | 7% | $17,000 to $38,000 | $17,000 to $38,000 | $12,000 to $27,000 | $43,000 to $96,000 |
| $NO_X$ (as $PM_{2.5}$) | 3% | $6,400 to $14,000 | $7,600 to $17,000 | $1,400 to $3,200 | $21,000 to $42,000 |
| | 7% | $5,800 to $13,000 | $6,900 to $16,000 | $1,300 to $2,900 | $19,000 to $47,000 |
| $NO_X$ (as Ozone) | N/A | $5,300 to $23,000 | $6,300 to $27,000 | $1,400 to $6,000 | $11,000 to $47,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for $PM_{2.5}$ and ozone. All estimates are rounded to two significant figures. The monetized co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ concentrations, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Benefit-per-ton estimates for ozone are based on ozone season $NO_X$ emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-10. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2020 (thousands of short tons)\***

| Region | $SO_2$ | All-year NOx | Ozone-Season NOx | Directly emitted $PM_{2.5}$ (EC+OC) | Directly emitted $PM_{2.5}$ (crustal) |
|---|---|---|---|---|---|
| Option 1 - State | | | | | |
| East | 311 | 315 | 135 | 5 | 41 |
| West | 25 | 51 | 22 | <1 | 4 |
| California | <1 | 1 | 1 | N/A | N/A |
| National Total | 335 | 367 | 157 | 6 | 45 |
| Option 1 - Regional | | | | | |
| East | 279 | 305 | 130 | 5 | 41 |
| West | 10 | 32 | 13 | 0 | 3 |
| California | 2 | 8 | 3 | N/A | N/A |
| National Total | 292 | 345 | 146 | 6 | 44 |
| Option 2 - State | | | | | |
| East | 247 | 240 | 101 | 4 | 35 |
| West | 20 | 40 | 18 | <1 | 3 |
| California | <1 | 1 | 1 | N/A | N/A |
| National Total | 267 | 281 | 119 | 5 | 38 |
| Option 2 - Regional | | | | | |
| East | 234 | 235 | 97 | 4 | 33 |
| West | 8 | 25 | 11 | <1 | 2 |
| California | 2 | 8 | 3 | N/A | N/A |
| National Total | 244 | 268 | 111 | 5 | 36 |

\*All emissions shown in the table are rounded, so regional emission reductions may appear to not sum to national total.

**Table 4-11. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2025 (thousands of short tons)\***

| Region | SO$_2$ | All-year NOx | Ozone-Season NOx | Directly emitted PM$_{2.5}$ (EC+OC) | Directly emitted PM$_{2.5}$ (crustal) |
|---|---|---|---|---|---|
| Option 1 - State | | | | | |
| East | 395 | 378 | 164 | 6 | 44 |
| West | 30 | 53 | 23 | 1 | 6 |
| California | 1 | 5 | 2 | N/A | N/A |
| National Total | 425 | 436 | 190 | 6 | 49 |
| Option 1 - Regional | | | | | |
| East | 376 | 372 | 160 | 5 | 42 |
| West | 16 | 34 | 15 | 1 | 4 |
| California | 3 | 16 | 5 | N/A | N/A |
| National Total | 395 | 421 | 180 | 6 | 46 |
| Option 2 - State | | | | | |
| East | 301 | 271 | 114 | 4 | 34 |
| West | 25 | 42 | 20 | <1 | 4 |
| California | 1 | 4 | 2 | N/A | N/A |
| National Total | 327 | 317 | 136 | 5 | 38 |
| Option 2 - Regional | | | | | |
| East | 281 | 270 | 113 | 4 | 32 |
| West | 13 | 24 | 11 | <1 | 3 |
| California | 3 | 14 | 5 | N/A | N/A |
| National Total | 297 | 309 | 129 | 4 | 34 |

\*All emissions shown in the table are rounded, so regional emission reductions may appear to not sum to national total.

**Table 4-12. Emission Reductions of Criteria Pollutants for the Proposed EGU GHG Existing Source Guidelines in 2030 (thousands of short tons)\***

| Region | $SO_2$ | All-year NOx | Ozone-Season NOx | Directly emitted $PM_{2.5}$ (EC+OC)\* | Directly emitted $PM_{2.5}$ (crustal)\* |
|---|---|---|---|---|---|
| Option 1 - State | | | | | |
| East | 441 | 376 | 163 | 5 | 39 |
| West | 30 | 52 | 24 | 1 | 5 |
| California | <1 | <1 | <1 | N/A | N/A |
| National Total | 471 | 428 | 187 | 6 | 44 |
| Option 1 - Regional | | | | | |
| East | 406 | 366 | 158 | 5 | 39 |
| West | 16 | 33 | 15 | <1 | 4 |
| California | 2 | 7 | 3 | N/A | N/A |
| National Total | 424 | 407 | 176 | 5 | 42 |

\*All emissions shown in the table are rounded, so regional emission reductions may appear to not sum to national total.

**Table 4-13. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2020 (millions of 2011$) ***

| Pollutant | 3% Discount Rate | | | 7% Discount Rate | | |
|---|---|---|---|---|---|---|
| **Option 1 - State** | | | | | | |
| $SO_2$ | $13,000 | to | $29,000 | $11,000 | to | $26,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $760 | to | $1,700 | $690 | to | $1,600 |
| Directly emitted $PM_{2.5}$ (crustal) | $790 | to | $1,800 | $710 | to | $1,600 |
| NOx (as $PM_{2.5}$) | $2,200 | to | $4,900 | $2,000 | to | $4,400 |
| NOx (as Ozone) | $640 | to | $2,700 | $640 | to | $2,700 |
| **Total** | **$17,000** | **to** | **$40,000** | **$15,000** | **to** | **$36,000** |
| **Option 1 - Regional** | | | | | | |
| $SO_2$ | $12,000 | to | $26,000 | $11,000 | to | $24,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $750 | to | $1,700 | $670 | to | $1,500 |
| Directly emitted $PM_{2.5}$ (crustal) | $770 | to | $1,700 | $690 | to | $1,600 |
| NOx (as $PM_{2.5}$) | $2,200 | to | $5,000 | $2,000 | to | $4,500 |
| NOx (as Ozone) | $630 | to | $2,700 | $630 | to | $2,700 |
| **Total** | **$16,000** | **to** | **$37,000** | **$15,000** | **to** | **$34,000** |
| **Option 2 - State** | | | | | | |
| $SO_2$ | $10,000 | to | $23,000 | $9,100 | to | $21,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $640 | to | $1,500 | $580 | to | $1,300 |
| Directly emitted $PM_{2.5}$ (crustal) | $660 | to | $1,500 | $600 | to | $1,400 |
| NOx (as $PM_{2.5}$) | $1,700 | to | $3,800 | $1,500 | to | $3,400 |
| NOx (as Ozone) | $480 | to | $2,100 | $480 | to | $2,100 |
| **Total** | **$14,000** | **to** | **$32,000** | **$12,000** | **to** | **$29,000** |
| **Option 2 - Regional** | | | | | | |
| $SO_2$ | $9,800 | to | $22,000 | $8,900 | to | $20,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $610 | to | $1,400 | $550 | to | $1,200 |
| Directly emitted $PM_{2.5}$ (crustal) | $630 | to | $1,400 | $570 | to | $1,300 |
| NOx (as $PM_{2.5}$) | $1,700 | to | $3,900 | $1,600 | to | $3,500 |
| NOx (as Ozone) | $470 | to | $2,000 | $470 | to | $2,000 |
| **Total** | **$13,000** | **to** | **$31,000** | **$12,000** | **to** | **$28,000** |

* All estimates are rounded to two significant figures so numbers may not sum down columns. The estimated monetized co-benefits do not include climate benefits or reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit-per-ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ levels, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Co-benefits for $PM_{2.5}$ precursors are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-14. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2025 (millions of 2011$) \***

| Pollutant | 3% Discount Rate | | | 7% Discount Rate | | |
|---|---|---|---|---|---|---|
| **Option 1 - State** | | | | | | |
| $SO_2$ | $18,000 | to | $40,000 | $16,000 | to | $36,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $900 | to | $2,000 | $810 | to | $1,800 |
| Directly emitted $PM_{2.5}$ (crustal) | $830 | to | $1,900 | $750 | to | $1,700 |
| NOx (as $PM_{2.5}$) | $2,900 | to | $6,500 | $2,600 | to | $5,800 |
| NOx (as Ozone) | $1,000 | to | $4,400 | $1,000 | to | $4,400 |
| **Total** | **$23,000** | **to** | **$54,000** | **$21,000** | **to** | **$49,000** |
| **Option 1 - Regional** | | | | | | |
| $SO_2$ | $17,000 | to | $38,000 | $15,000 | to | $35,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $850 | to | $1,900 | $760 | to | $1,700 |
| Directly emitted $PM_{2.5}$ (crustal) | $780 | to | $1,800 | $700 | to | $1,600 |
| NOx (as $PM_{2.5}$) | $3,000 | to | $6,800 | $2,700 | to | $6,100 |
| NOx (as Ozone) | $1,000 | to | $4,300 | $1,000 | to | $4,300 |
| **Total** | **$23,000** | **to** | **$53,000** | **$21,000** | **to** | **$48,000** |
| **Option 2 - State** | | | | | | |
| $SO_2$ | $14,000 | to | $30,000 | $12,000 | to | $27,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $690 | to | $1,600 | $630 | to | $1,400 |
| Directly emitted $PM_{2.5}$ (crustal) | $640 | to | $1,400 | $580 | to | $1,300 |
| NOx (as $PM_{2.5}$) | $2,100 | to | $4,700 | $1,900 | to | $4,200 |
| NOx (as Ozone) | $720 | to | $3,100 | $720 | to | $3,100 |
| **Total** | **$18,000** | **to** | **$41,000** | **$16,000** | **to** | **$37,000** |
| **Option 2 - Regional** | | | | | | |
| $SO_2$ | $13,000 | to | $29,000 | $12,000 | to | $26,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $640 | to | $1,400 | $580 | to | $1,300 |
| Directly emitted $PM_{2.5}$ (crustal) | $590 | to | $1,300 | $530 | to | $1,200 |
| NOx (as $PM_{2.5}$) | $2,200 | to | $5,000 | $2,000 | to | $4,500 |
| NOx (as Ozone) | $730 | to | $3,100 | $730 | to | $3,100 |
| **Total** | **$17,000** | **to** | **$40,000** | **$16,000** | **to** | **$36,000** |

\* All estimates are rounded to two significant figures so numbers may not sum down columns. The estimated monetized co-benefits do not include climate benefits or reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit-per-ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ levels, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Co-benefits for $PM_{2.5}$ precursors are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-15. Summary of Estimated Monetized Health Co-Benefits for the Proposed EGU GHG Existing Source Guidelines in 2030 (millions of 2011$) ***

| Pollutant | 3% Discount Rate | | | 7% Discount Rate | | |
|---|---|---|---|---|---|---|
| Option 1 - State | | | | | | |
| $SO_2$ | $21,000 | to | $47,000 | $19,000 | to | $43,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $870 | to | $2,000 | $780 | to | $1,800 |
| Directly emitted $PM_{2.5}$ (crustal) | $800 | to | $1,800 | $720 | to | $1,600 |
| NOx (as $PM_{2.5}$) | $2,900 | to | $6,600 | $2,600 | to | $6,000 |
| NOx (as Ozone) | $1,100 | to | $4,600 | $1,100 | to | $4,600 |
| **Total** | **$27,000** | **to** | **$62,000** | **$24,000** | **to** | **$57,000** |
| Option 1 - Regional | | | | | | |
| $SO_2$ | $20,000 | to | $44,000 | $18,000 | to | $40,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $840 | to | $1,900 | $760 | to | $1,700 |
| Directly emitted $PM_{2.5}$ (crustal) | $770 | to | $1,700 | $700 | to | $1,600 |
| NOx (as $PM_{2.5}$) | $3,000 | to | $6,700 | $2,700 | to | $6,100 |
| NOx (as Ozone) | $1,100 | to | $4,500 | $1,100 | to | $4,500 |
| **Total** | **$25,000** | **to** | **$59,000** | **$23,000** | **to** | **$54,000** |

* All estimates are rounded to two significant figures so numbers may not sum down columns. The estimated monetized co-benefits do not include climate benefits or reduced health effects from direct exposure to $NO_2$, $SO_2$, ecosystem effects, or visibility impairment. All fine particles are assumed to have equivalent health effects, but the benefit-per-ton estimates vary depending on the location and magnitude of their impact on $PM_{2.5}$ levels, which drive population exposure. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Co-benefits for $PM_{2.5}$ precursors are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012).

**Table 4-16. Summary of Avoided Health Incidences from PM$_{2.5}$-Related and Ozone-Related Co-benefits for Proposed EGU GHG Existing Source Guidelines in 2020***

| | Option 1 - state | Option 1 - regional | Option 2 - state | Option 2 - regional |
|---|---|---|---|---|
| **PM$_{2.5}$-related Health Incidences** | | | | |
| Avoided Premature Mortality | | | | |
| Krewski et al. (2009) (adult) | 1,800 | 1,700 | 1,400 | 1,400 |
| Lepeule et al. (2012) (adult) | 4,100 | 3,800 | 3,200 | 3,200 |
| Woodruff et al. (1997) (infant) | 4 | 4 | 3 | 3 |
| Avoided Morbidity | | | | |
| Emergency department visits for asthma (all ages) | 950 | 890 | 760 | 740 |
| Acute bronchitis (age 8–12) | 2,600 | 2,500 | 2,100 | 2,000 |
| Lower respiratory symptoms (age 7–14) | 33,000 | 31,000 | 27,000 | 26,000 |
| Upper respiratory symptoms (asthmatics age 9–11) | 48,000 | 45,000 | 38,000 | 38,000 |
| Minor restricted-activity days (age 18–65) | 1,300,000 | 1,200,000 | 1,000,000 | 1,000,000 |
| Lost work days (age 18–65) | 220,000 | 210,000 | 180,000 | 170,000 |
| Asthma exacerbation (age 6–18) | 100,000 | 95,000 | 82,000 | 80,000 |
| Hospital admissions—respiratory (all ages) | 530 | 490 | 420 | 410 |
| Hospital admissions—cardiovascular (age > 18) | 650 | 610 | 520 | 500 |
| *Non-Fatal Heart Attacks (age >18)* | | | | |
| Peters et al. (2001) | 2,100 | 1,900 | 1,600 | 1,600 |
| Pooled estimate of 4 studies | 220 | 210 | 180 | 170 |
| **Ozone-related Health Incidences** | | | | |
| Avoided Premature Mortality | | | | |
| Bell et al. (2004) (all ages) | 36 | 35 | 27 | 27 |
| Levy et al. (2005) (all ages) | 170 | 160 | 120 | 120 |
| Avoided Morbidity | | | | |
| Hospital admissions—respiratory causes (ages > 65) | 220 | 210 | 160 | 160 |
| Hospital admissions—respiratory causes (ages < 2) | 100 | 98 | 76 | 74 |
| Emergency room visits for asthma (all ages) | 120 | 110 | 89 | 87 |
| Minor restricted-activity days (ages 18-65) | 210,000 | 210,000 | 160,000 | 160,000 |
| School absence days | 72,000 | 71,000 | 55,000 | 54,000 |

* All estimates are rounded to whole numbers with two significant figures. Co-benefits for PM$_{2.5}$ precursors are based on regional benefit-per-ton estimates for all precursors. Co-benefits for ozone are based on ozone season NOx emissions. Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95[th] percentile confidence interval for the health impact function alone ranges from approximately ±30 percent for mortality incidence based on Krewski et al. (2009) and ±46 percent based on Lepeule et al. (2012).

**Table 4-17. Summary of Avoided Health Incidences from PM$_{2.5}$-Related and Ozone-Related Co-benefits for Proposed EGU GHG Existing Source Guidelines in 2025\***

| | Option 1 - state | Option 1 - regional | Option 2 - state | Option 2 - regional |
|---|---|---|---|---|
| **PM$_{2.5}$-related Health Incidences** | | | | |
| *Avoided Premature Mortality* | | | | |
| Krewski et al. (2009) (adult) | 2,400 | 2,300 | 1,800 | 1,800 |
| Lepeule et al. (2012) (adult) | 5,400 | 5,300 | 4,100 | 4,000 |
| Woodruff et al. (1997) (infant) | 5 | 5 | 4 | 4 |
| *Avoided Morbidity* | | | | |
| Emergency department visits for asthma (all ages) | 1,200 | 1,200 | 930 | 900 |
| Acute bronchitis (age 8–12) | 3,400 | 3,300 | 2,600 | 2,500 |
| Lower respiratory symptoms (age 7–14) | 43,000 | 43,000 | 33,000 | 32,000 |
| Upper respiratory symptoms (asthmatics age 9–11) | 63,000 | 62,000 | 48,000 | 46,000 |
| Minor restricted-activity days (age 18–65) | 1,700,000 | 1,600,000 | 1,300,000 | 1,200,000 |
| Lost work days (age 18–65) | 280,000 | 280,000 | 210,000 | 210,000 |
| Asthma exacerbation (age 6–18) | 130,000 | 130,000 | 100,000 | 100,000 |
| Hospital admissions—respiratory (all ages) | 730 | 710 | 560 | 540 |
| Hospital admissions—cardiovascular (age > 18) | 890 | 870 | 680 | 650 |
| *Non-Fatal Heart Attacks (age >18)* | | | | |
| Peters et al. (2001) | 2,800 | 2,700 | 2,100 | 2,100 |
| Pooled estimate of 4 studies | 310 | 300 | 230 | 220 |
| **Ozone-related Health Incidences** | | | | |
| *Avoided Premature Mortality* | | | | |
| Bell et al. (2004) (all ages) | 93 | 92 | 65 | 66 |
| Levy et al. (2005) (all ages) | 420 | 420 | 300 | 300 |
| *Avoided Morbidity* | | | | |
| Hospital admissions—respiratory causes (ages > 65) | 600 | 600 | 430 | 430 |
| Hospital admissions—respiratory causes (ages < 2) | 250 | 240 | 180 | 180 |
| Emergency room visits for asthma (all ages) | 290 | 290 | 210 | 210 |
| Minor restricted-activity days (ages 18-65) | 520,000 | 520,000 | 370,000 | 370,000 |
| School absence days | 180,000 | 180,000 | 130,000 | 130,000 |

\* All estimates are rounded to whole numbers with two significant figures. Co-benefits for PM$_{2.5}$ precursors are based on regional benefit-per-ton estimates for all precursors. Co-benefits for ozone are based on ozone season NOx emissions. In general, the 95[th] percentile confidence interval for the health impact function alone ranges from approximately ±30 percent for mortality incidence based on Krewski et al. (2009) and ±46 percent based on Lepeule et al. (2012).

**Table 4-18. Summary of Avoided Health Incidences from PM$_{2.5}$-Related and Ozone-Related Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2030***

| | Option 1 - state | Option 1 - regional |
|---|---|---|
| **PM$_{2.5}$-related Health Incidences** | | |
| Avoided Premature Mortality | | |
| Krewski et al. (2009) (adult) | 2,700 | 2,600 |
| Lepeule et al. (2012) (adult) | 6,200 | 5,900 |
| Woodruff et al. (1997) (infant) | 5 | 5 |
| Avoided Morbidity | | |
| Emergency department visits for asthma (all ages) | 1,400 | 1,300 |
| Acute bronchitis (age 8–12) | 3,700 | 3,500 |
| Lower respiratory symptoms (age 7–14) | 48,000 | 45,000 |
| Upper respiratory symptoms (asthmatics age 9–11) | 69,000 | 66,000 |
| Minor restricted-activity days (age 18–65) | 1,800,000 | 1,700,000 |
| Lost work days (age 18–65) | 310,000 | 290,000 |
| Asthma exacerbation (age 6–18) | 150,000 | 140,000 |
| Hospital admissions—respiratory (all ages) | 870 | 820 |
| Hospital admissions—cardiovascular (age > 18) | 1,000 | 980 |
| *Non-Fatal Heart Attacks (age >18)* | | |
| Peters et al. (2001) | 3,300 | 3,100 |
| Pooled estimate of 4 studies | 360 | 340 |
| **Ozone-related Health Incidences** | | |
| Avoided Premature Mortality | | |
| Bell et al. (2004) (all ages) | 97 | 96 |
| Levy et al. (2005) (all ages) | 440 | 430 |
| Avoided Morbidity | | |
| Hospital admissions—respiratory causes (ages > 65) | 670 | 660 |
| Hospital admissions—respiratory causes (ages < 2) | 250 | 240 |
| Emergency room visits for asthma (all ages) | 290 | 290 |
| Minor restricted-activity days (ages 18-65) | 510,000 | 510,000 |
| School absence days | 180,000 | 180,000 |

* All estimates are rounded to whole numbers with two significant figures. Co-benefits for PM$_{2.5}$ precursors are based on regional benefit-per-ton estimates for all precursors. Co-benefits for ozone are based on ozone season NOx emissions. In general, the 95[th] percentile confidence interval for the health impact function alone ranges from approximately ±30 percent for mortality incidence based on Krewski et al. (2009) and ±46 percent based on Lepeule et al. (2012).





**Figure 4-1. Monetized Health Co-benefits for each Option (Regional Compliance) of the Proposed EGU GHG Existing Source Guidelines in 2020 ***

*The PM$_{2.5}$ graphs show the estimated PM$_{2.5}$ co-benefits at discount rates of 3% and 7% using effect coefficients derived from the Krewski et al. (2009) study and the Lepeule et al. (2012) study, as well as 12 effect coefficients derived from EPA's expert elicitation on PM mortality (Roman et al., 2008). The results shown are not the direct results from the studies or expert elicitation; rather, the estimates are based in part on the concentration-response functions provided in those studies. The ozone graphs show the estimated ozone co-benefits derived from six ozone mortality studies (i.e., Bell et al. (2004), Schwartz (2005), Huang et al. (2005), Bell et al. (2005), Levy et al. (2005), and Ito et al. (2005). Ozone co-benefits occur in the analysis year, so they are the same for all discount rates. These estimates do not include climate benefits. The monetized co-benefits do not include climate benefits or reduced health effects from direct exposure to NO$_2$, SO$_2$, ecosystem effects, or visibility impairment. Results would be similar if the state compliance scenario was shown.

Low Health Co-benefits                    High Health Co-benefits



**Figure 4-2. Breakdown of Monetized Health Co-benefits by Precursor Pollutant at a 3% Discount Rate for each Option (Regional Compliance) for Proposed EGU GHG Existing Source Guidelines in 2020\***

\* "Low Health Co-benefits" refers to the combined health co-benefits estimated using the Bell et al. (2004) mortality study for ozone with the Krewski et al. (2009) mortality study for PM$_{2.5}$. "High Health Co-benefits" refers to the combined health co-benefits estimated using the Levy et al. (2005) mortality study for ozone with the Lepeule et al. (2012) mortality study for PM$_{2.5}$. Results would be similar if the state compliance scenario was shown.



**Figure 4-3. Breakdown of Monetized Health Co-Benefits by Region at a 3% Discount Rate for each Option (Regional compliance) for Proposed EGU GHG Existing Source Guidelines in 2020***

* "Low Health Co-benefits" refers to the combined health co-benefits estimated using the Bell et al. (2004) mortality study for ozone with the Krewski et al. (2009) mortality study for $PM_{2.5}$. "High Health Co-benefits" refers to the combined health co-benefits estimated using the Levy et al. (2005) mortality study for ozone with the Lepeule et al. (2012) mortality study for $PM_{2.5}$. Results would be similar if the state compliance scenario was shown.

### 4.3.6 Characterization of Uncertainty in the Estimated Health Co-benefits

In any complex analysis using estimated parameters and inputs from numerous models, there are likely to be many sources of uncertainty. This analysis is no exception. This analysis includes many data sources as inputs, including emission inventories, air quality data from

models (with their associated parameters and inputs), population data, population estimates, health effect estimates from epidemiology studies, economic data for monetizing co-benefits, and assumptions regarding the future state of the world (i.e., regulations, technology, and human behavior). Each of these inputs may be uncertain and would affect the estimate of co-benefits. When the uncertainties from each stage of the analysis are compounded, even small uncertainties can have large effects on the total quantified benefits. Therefore, the estimates of co-benefits in each analysis year should be viewed as representative of the general magnitude of co-benefits of the illustrative compliance scenarios, rather than the actual co-benefits anticipated from implementing the proposed guidelines.

This RIA does not include the type of detailed uncertainty assessment found in the PM NAAQS RIA (U.S. EPA, 2012a) or the Ozone NAAQS RIA (U.S. EPA, 2008b) because we lack the necessary air quality modeling input and/or monitoring data to run the benefits model. However, the results of the quantitative and qualitative uncertainty analyses presented in the PM NAAQS RIA and Ozone NAAQS RIAs can provide some information regarding the uncertainty inherent in the estimated co-benefits results presented in this analysis. For example, sensitivity analyses conducted for the PM NAAQS RIA indicate that alternate cessation lag assumptions could change the estimated $PM_{2.5}$-related mortality co-benefits discounted at 3 percent by between 10 percent and –27 percent and that alternate income growth adjustments could change the $PM_{2.5}$-related mortality co-benefits by between 33 percent and −14 percent. Although we generally do not calculate confidence intervals for benefit-per-ton estimates and they can provide an incomplete picture about the overall uncertainty in the benefits estimates, the PM NAAQS RIA can provide an indication of the random sampling error in the health impact and economic valuation functions using Monte Carlo methods. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012). The 95th percentile confidence interval for the health impact function alone ranges from approximately ±30 percent for mortality incidence based on Krewski et al. (2009) and ±46 percent based on Lepeule et al. (2012).

Unlike RIAs for which EPA conducts air quality modeling, we do not have information on the specific location of the air quality changes associated with the proposed guidelines. As such, it is not feasible to estimate the proportion of co-benefits occurring in different locations, such as designated nonattainment areas. Instead, we applied benefit-per-ton estimates, which

reflect specific geographic patterns of emissions reductions and specific air quality and benefits modeling assumptions. For example, these estimates may not reflect local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors that might lead to an over-estimate or under-estimate of the actual co-benefits of controlling PM and ozone precursors. Use of these benefit-per-ton values to estimate co-benefits may lead to higher or lower benefit estimates than if co-benefits were calculated based on direct air quality modeling. Great care should be taken in applying these estimates to emission reductions occurring in any specific location, as these are all based on broad emission reduction scenarios and therefore represent average benefits-per-ton over the entire region. The benefit-per-ton for emission reductions in specific locations may be very different than the estimates presented here. To the extent that the geographic distribution of the emissions reductions achieved by implementing the proposed guidelines is different than the emissions in the sector modeling, the co-benefits may be underestimated or overestimated. For more information regarding the limitations of benefit-per-ton estimates derived from the sector modeling, see the TSD describing the calculation of the national benefit-per-ton estimates (U.S. EPA, 2013a) and Fann et al. (2012). In addition, the appendix to this chapter provides additional uncertainty information regarding the benefit-per-ton estimates applied in this RIA, including an evaluation of the similarities and differences in the spatial distribution of EGU emissions in the sector modeling and the IPM base case discussed in Chapter 3 of this RIA.

Our estimate of the total monetized co-benefits is based on EPA's interpretation of the best available scientific literature and methods and supported by the SAB-HES and the National Academies of Science (NRC, 2002). Below are key assumptions underlying the estimates for $PM_{2.5}$-related premature mortality, which accounts for 98 percent of the monetized $PM_{2.5}$ health co-benefits.

1.  We assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality. This is an important assumption, because $PM_{2.5}$ varies considerably in composition across sources, but the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type. The PM ISA concluded that "many constituents of $PM_{2.5}$ can be linked with multiple health effects, and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to specific outcomes" (U.S. EPA, 2009b).

2.    We assume that the health impact function for fine particles is log-linear without a threshold in this analysis. Thus, the estimates include health co-benefits from reducing fine particles in areas with varied concentrations of $PM_{2.5}$, including both areas that do not meet the fine particle standard and those areas that are in attainment, down to the lowest modeled concentrations.

3.    We assume that there is a "cessation" lag between the change in PM exposures and the total realization of changes in mortality effects. Specifically, we assume that some of the incidences of premature mortality related to $PM_{2.5}$ exposures occur in a distributed fashion over the 20 years following exposure based on the advice of the SAB-HES (U.S. EPA-SAB, 2004c), which affects the valuation of mortality co-benefits at different discount rates.

In general, we are more confident in the magnitude of the risks we estimate from simulated $PM_{2.5}$ concentrations that coincide with the bulk of the observed PM concentrations in the epidemiological studies that are used to estimate the benefits. Likewise, we are less confident in the risk we estimate from simulated $PM_{2.5}$ concentrations that fall below the bulk of the observed data in these studies. Concentration benchmark analyses (e.g., lowest measured level [LML], one standard deviation below the mean of the air quality data in the study, etc.) allow readers to determine the portion of population exposed to annual mean $PM_{2.5}$ levels at or above different concentrations, which provides some insight into the level of uncertainty in the estimated $PM_{2.5}$ mortality benefits. In this analysis, we apply two concentration benchmark approaches (LML and one standard deviation below the mean) that have been incorporated into recent RIAs and EPA's Policy Assessment for Particulate Matter (U.S. EPA, 2011d). There are uncertainties inherent in identifying any particular point at which our confidence in reported associations becomes appreciably less, and the scientific evidence provides no clear dividing line. However, the EPA does not view these concentration benchmarks as a concentration threshold below which we would not quantify health co-benefits of air quality improvements.[99] Rather, the co-benefits estimates reported in this RIA are the best estimates because they reflect the full range of air quality concentrations associated with the emission reduction strategies. The PM ISA concluded that the scientific evidence collectively is sufficient to conclude that the

---

[99] For a summary of the scientific review statements regarding the lack of a threshold in the $PM_{2.5}$-mortality relationship, see the TSD entitled Summary of Expert Opinions on the Existence of a Threshold in the Concentration-Response Function for $PM_{2.5}$-related Mortality (U.S. EPA, 2010b).

relationship between long-term $PM_{2.5}$ exposures and mortality is causal and that overall the studies support the use of a no-threshold log-linear model to estimate PM-related long-term mortality (U.S. EPA, 2009b).

For this analysis, policy-specific air quality data is not available, and the compliance strategies are illustrative of what states may choose to do. For this RIA, we are unable to estimate the percentage of premature mortality associated with the emission reductions at each $PM_{2.5}$ concentration, as we have done for previous rules with air quality modeling (e.g., U.S. EPA, 2011b, 2012a). However, we believe that it is still important to characterize the distribution of exposure to baseline concentrations. As a surrogate measure of mortality impacts, we provide the percentage of the population exposed at each $PM_{2.5}$ concentration in the baseline of the source apportionment modeling used to calculate the benefit-per-ton estimates for this sector using 12 km grid cells across the contiguous U.S.[100] It is important to note that baseline exposure is only one parameter in the health impact function, along with baseline incidence rates population and change in air quality. In other words, the percentage of the population exposed to air pollution below the LML is not the same as the percentage of the population experiencing health impacts as a result of a specific emission reduction policy. The most important aspect, which we are unable to quantify without rule-specific air quality modeling, is the shift in exposure anticipated by implementing the proposed guidelines. Therefore, caution is warranted when interpreting the LML assessment in this RIA because these results are not consistent with results from RIAs that had air quality modeling.

Table 4-19 provides the percentage of the population exposed above and below two concentration benchmarks (i.e., LML and one standard deviation below the mean) in the modeled baseline for the sector modeling. Figure 4-4 shows a bar chart of the percentage of the population exposed to various air quality levels in the baseline, and Figure 4-5 shows a cumulative distribution function of the same data. Both figures identify the LML for each of the major cohort studies.

---

[100] As noted above, the modeling used to generate the benefit-per-ton estimates does not reflect emission reductions anticipated from MATS rule. Therefore, the baseline $PM_{2.5}$ concentrations in the LML assessment are higher than would be expected if MATS was reflected.

**Table 4-19. Population Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates) Above and Below Various Concentrations Benchmarks in the Underlying Epidemiology Studies \***

| Epidemiology Study | Below 1 Standard Deviation. Below AQ Mean | At or Above 1 Standard Deviation Below AQ Mean | Below LML | At or Above LML |
|---|---|---|---|---|
| Krewski et al. (2009) | 89% | 11% | 7% | 93% |
| Lepeule et al. (2012) | N/A | N/A | 23% | 67% |

\*One standard deviation below the mean is equivalent to the middle of the range between the 10th and 25th percentile. For Krewski, the LML is 5.8 $\mu g/m^3$ and one standard deviation below the mean is 11.0 $\mu g/m^3$. For Lepeule et al., the LML is 8 $\mu g/m^3$ and we do not have the data for one standard deviation below the mean. It is important to emphasize that although we have lower levels of confidence in levels below the LML for each study, the scientific evidence does not support the existence of a level below which health effects from exposure to $PM_{2.5}$ do not occur.



Among the populations exposed to PM$_{2.5}$ in the baseline:

93% are exposed to PM$_{2.5}$ levels at or above the LML of the Krewski et al. (2009) study

67% are exposed to PM$_{2.5}$ levels at or above the LML of the Lepeule et al. (2012) study

**Figure 4-4. Percentage of Adult Population (age 30+) by Annual Mean PM$_{2.5}$ Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates)\***

\* This graph shows the population exposure in the modeling baseline used to generate the benefit-per-ton estimates. Similar graphs for analyses with air quality modeling show premature mortality impacts at each PM$_{2.5}$ concentration. Therefore, caution is warranted when interpreting this graph because it is not derived in a manner consistent with similar graphs from RIAs that had been based on air quality modeling (e.g., MATS).



**Among the populations exposed to PM₂.₅ in the baseline:**

93% are exposed to PM₂.₅ levels at or above the LML of the Krewski et al. (2009) study

67% are exposed to PM₂.₅ levels at or above the LML of the Lepeule et al. (2012) study

**Figure 4-5. Cumulative Distribution of Adult Population (age 30+) by Annual Mean PM₂.₅ Exposure in the Baseline Sector Modeling (used to generate the benefit-per-ton estimates)\***

\* This graph shows the population exposure in the modeling baseline used to generate the benefit-per-ton estimates. Similar graphs for analyses with air quality modeling show premature mortality impacts at each PM₂.₅ concentration. Therefore, caution is warranted when interpreting this graph because it is not derived in a manner consistent with similar graphs from RIAs that had based on air quality modeling (e.g., MATS).

## 4.4 Combined Climate Benefits and Health Co-benefits Estimates

In this analysis, we were able to monetize the estimated co-benefits associated with the decreased emissions of $CO_2$ and reduced exposure to $PM_{2.5}$ and ozone, but we were unable to monetize the co-benefits associated with reducing exposure to mercury, hydrogen chloride, carbon monoxide, $SO_2$, and $NO_2$, as well as ecosystem effects and visibility impairment. Specifically, we estimated the combined climate benefits at discount rates of 5 percent, 3 percent, 2.5 percent, and 3 percent (95th percentile) (as estimated by the interagency working group), and health co-benefits at discount rates of 3 percent and 7 percent (as recommended by

EPA's *Guidelines for Preparing Economic Analyses* (U.S. EPA, 2010e) and OMB's *Circular A-4* [OMB, 2003]).

Different discount rates are applied to SCC than to the health co-benefit estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. Moreover, several rates are applied to SCC because the literature shows that it is sensitive to assumptions about discount rate and because no consensus exists on the appropriate rate to use in an intergenerational context. The SCC interagency group centered its attention on the 3 percent discount rate but emphasized the importance of considering all four SCC estimates.[101] The EPA has evaluated the range of potential impacts by combining all SCC values with health co-benefits values at the 3 percent and 7 percent discount rates. To be consistent with concepts of intergenerational discounting, values for health benefits, which occur within a generation, would only be combined with SCC values using a lower discount rate (e.g., the 7 percent health benefit estimates would be combined with 5 percent or lower SCC values, but the 3 percent health benefit would not be combined with the 5 percent SCC value). While the 5 percent SCC and 3 percent health benefit estimate falls within the range of values we analyze, this individual estimate should not be used independently in an analysis, as it represents a combination of discount rates that is unlikely to occur. Combining the 3 percent SCC values with the 3 percent health benefit values assumes that there is no difference in discount rates between intragenerational and intergenerational impacts.

Tables 4-20 through 4-22 provide the combined climate and health benefits for each option evaluated for 2020, 2025, and 2030. Figure 4-6 shows the breakdown of the monetized benefits by pollutant for each option evaluated in 2020 as an illustrative analysis year using a 3 percent discount rate.

---

[101] See the 2010 SCC TSD. Docket ID EPA-HQ-OAR-2009-0472-114577 or http://www.whitehouse.gov/sites/default/files/omb/inforeg/for-agencies/Social-Cost-of-Carbon-for-RIA.pdf for details.

**Table 4-20. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2020 (billions of 2011$)\***

| SCC Discount Rate | Climate Benefits Only | Climate Benefits plus Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3% | | | 7% | | |
| Option 1 - state | 383 | million metric tonnes $CO_2$ | | | | | |
| 5% | $4.9 | $22 | to | $45 | $20 | to | $41 |
| 3% | $18 | $35 | to | $57 | $33 | to | $54 |
| 2.5% | $26 | $43 | to | $66 | $42 | to | $62 |
| 3% (95th percentile) | $52 | $69 | to | $92 | $68 | to | $88 |
| Option 1 - regional | 371 | million metric tonnes $CO_2$ | | | | | |
| 5% | $4.7 | $21 | to | $42 | $19 | to | $39 |
| 3% | $17 | $33 | to | $54 | $32 | to | $51 |
| 2.5% | $25 | $41 | to | $63 | $40 | to | $59 |
| 3% (95th percentile) | $51 | $67 | to | $88 | $65 | to | $85 |
| Option 2 - state | 295 | million metric tonnes $CO_2$ | | | | | |
| 5% | $3.8 | $17 | to | $35 | $16 | to | $32 |
| 3% | $14 | $27 | to | $45 | $26 | to | $42 |
| 2.5% | $20 | $34 | to | $52 | $32 | to | $49 |
| 3% (95th percentile) | $40 | $54 | to | $72 | $53 | to | $69 |
| Option 2 - regional | 283 | million metric tonnes $CO_2$ | | | | | |
| 5% | $3.6 | $17 | to | $34 | $16 | to | $32 |
| 3% | $13 | $26 | to | $44 | $25 | to | $41 |
| 2.5% | $19 | $33 | to | $50 | $31 | to | $47 |
| 3% (95th percentile) | $39 | $52 | to | $70 | $51 | to | $67 |

\*All estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. Co-benefits are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). The monetized health co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment.

**Table 4-21. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2025 (billions of 2011$)***

| SCC Discount Rate | Climate Benefits Only | Climate Benefits plus Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3% | | | 7% | | |
| Option 1 - state | 506 | million metric tonnes $CO_2$ | | | | | |
| 5% | $7.6 | $31 | to | $62 | $29 | to | $57 |
| 3% | $25 | $49 | to | $80 | $46 | to | $75 |
| 2.5% | $37 | $61 | to | $92 | $58 | to | $87 |
| 3% (95th percentile) | $77 | $100 | to | $130 | $98 | to | $130 |
| Option 1 - regional | 501 | million metric tonnes $CO_2$ | | | | | |
| 5% | $7.5 | $30 | to | $61 | $28 | to | $56 |
| 3% | $25 | $48 | to | $78 | $46 | to | $74 |
| 2.5% | $37 | $60 | to | $90 | $57 | to | $85 |
| 3% (95th percentile) | $76 | $99 | to | $130 | $97 | to | $120 |
| Option 2 - state | 376 | million metric tonnes $CO_2$ | | | | | |
| 5% | $5.6 | $23 | to | $47 | $22 | to | $43 |
| 3% | $19 | $36 | to | $60 | $35 | to | $56 |
| 2.5% | $28 | $45 | to | $69 | $44 | to | $65 |
| 3% (95th percentile) | $57 | $75 | to | $98 | $73 | to | $95 |
| Option 2 - regional | 368 | million metric tonnes $CO_2$ | | | | | |
| 5% | $5.5 | $23 | to | $46 | $21 | to | $42 |
| 3% | $18 | $36 | to | $59 | $34 | to | $55 |
| 2.5% | $27 | $44 | to | $67 | $43 | to | $64 |
| 3% (95th percentile) | $56 | $73 | to | $96 | $72 | to | $93 |

*All estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. Co-benefits are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). It is important to note that the monetized health co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment.

**Table 4-22. Combined Climate Benefits and Health Co-Benefits for Proposed EGU GHG Existing Source Guidelines in 2030 (billions of 2011$)\***

| SCC Discount Rate | Climate Benefits Only | Climate Benefits plus Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 3% | | | 7% | | |
| Option 1 - state | 555 | million metric tonnes $CO_2$ | | | | | |
| 5% | $9.5 | $36 | to | $72 | $34 | to | $66 |
| 3% | $31 | $57 | to | $93 | $55 | to | $87 |
| 2.5% | $44 | $71 | to | $110 | $69 | to | $100 |
| 3% (95th percentile) | $94 | $120 | to | $160 | $120 | to | $150 |
| Option 1 - regional | 545 | million metric tonnes $CO_2$ | | | | | |
| 5% | $9.3 | $35 | to | $68 | $32 | to | $63 |
| 3% | $30 | $55 | to | $89 | $53 | to | $84 |
| 2.5% | $44 | $69 | to | $100 | $66 | to | $97 |
| 3% (95th percentile) | $92 | $120 | to | $150 | $120 | to | $150 |

\*All estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. Co-benefits are based on regional benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). It is important to note that the monetized health co-benefits do not include reduced health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment.



**Figure 4-6. Breakdown of Combined Monetized Climate and Health Co-benefits of Proposed EGU GHG Existing Source Guidelines in 2020 by Option (Regional Compliance) and Pollutant (3% discount rate)***

\* "Low Health Co-benefits" refers to the combined health co-benefits estimated using the Bell et al. (2004) mortality study for ozone with the Krewski et al. (2009) mortality study for $PM_{2.5}$. "High Health Co-benefits" refers to the combined health co-benefits estimated using the Levy et al. (2005) mortality study for ozone with the Lepeule et al. (2012) mortality study for $PM_{2.5}$. Results would be similar if the state compliance scenario was shown.

## 4.5 Unquantified Co-benefits

The monetized co-benefits estimated in this RIA only reflect a subset of co-benefits attributable to the health effect reductions associated with ambient fine particles and ozone. Data, time, and resource limitations prevented EPA from quantifying the impacts to, or monetizing the

co-benefits from several important benefit categories, including co-benefits associated with exposure to several HAP (including mercury and hydrogen chloride) $SO_2$ and $NO_2$, as well as ecosystem effects, and visibility impairment due to the absence of air quality modeling data for these pollutants in this analysis. This does not imply that there are no co-benefits associated with these emission reductions. In this section, we provide a qualitative description of these benefits, which are listed in Table 4-23.

**Table 4-23. Unquantified Health and Welfare Co-benefits Categories**

| Category | Specific Effect | Effect Has Been Quantified | Effect Has Been Monetized | More Information |
|---|---|---|---|---|
| Improved Human Health | | | | |
| Reduced incidence of morbidity from exposure to $NO_2$ | Asthma hospital admissions (all ages) | — | — | $NO_2$ ISA[1] |
| | Chronic lung disease hospital admissions (age > 65) | — | — | $NO_2$ ISA[1] |
| | Respiratory emergency department visits (all ages) | — | — | $NO_2$ ISA[1] |
| | Asthma exacerbation (asthmatics age 4–18) | — | — | $NO_2$ ISA[1] |
| | Acute respiratory symptoms (age 7–14) | — | — | $NO_2$ ISA[1] |
| | Premature mortality | — | — | $NO_2$ ISA[1,2,3] |
| | Other respiratory effects (e.g., airway hyperresponsiveness and inflammation, lung function, other ages and populations) | — | — | $NO_2$ ISA[2,3] |
| Reduced incidence of morbidity from exposure to $SO_2$ | Respiratory hospital admissions (age > 65) | — | — | $SO_2$ ISA[1] |
| | Asthma emergency department visits (all ages) | — | — | $SO_2$ ISA[1] |
| | Asthma exacerbation (asthmatics age 4–12) | — | — | $SO_2$ ISA[1] |
| | Acute respiratory symptoms (age 7–14) | — | — | $SO_2$ ISA[1] |
| | Premature mortality | — | — | $SO_2$ ISA[1,2,3] |
| | Other respiratory effects (e.g., airway hyperresponsiveness and inflammation, lung function, other ages and populations) | — | — | $SO_2$ ISA[1,2] |
| Reduced incidence of morbidity from exposure to CO | Cardiovascular effects | — | — | CO ISA [1,2] |
| | Respiratory effects | — | — | CO ISA [1,2,3] |
| | Central nervous system effects | — | — | CO ISA [1,2,3] |
| | Premature mortality | — | — | CO ISA [1,2,3] |
| Reduced incidence of morbidity from exposure to methylmercury | Neurologic effects—IQ loss | — | — | IRIS; NRC, 2000[1] |
| | Other neurologic effects (e.g., developmental delays, memory, behavior) | — | — | IRIS; NRC, 2000[2] |
| | Cardiovascular effects | — | — | IRIS; NRC, 2000[2,3] |
| | Genotoxic, immunologic, and other toxic effects | — | — | IRIS; NRC, 2000[2,3] |
| Reduced incidence of morbidity from exposure to HAP | Effects associated with exposure to hydrogen chloride | — | — | ATSDR, IRIS[1,2] |
| Improved Environment | | | | |
| Reduced visibility impairment | Visibility in Class 1 areas | — | — | PM ISA[1] |
| | Visibility in residential areas | — | — | PM ISA[1] |

| Category | Specific Effect | Effect Has Been Quantified | Effect Has Been Monetized | More Information |
|---|---|---|---|---|
| Reduced effects on materials | Household soiling | — | — | PM ISA[1,2] |
| | Materials damage (e.g., corrosion, increased wear) | — | — | PM ISA[2] |
| Reduced effects from PM deposition (metals and organics) | Effects on Individual organisms and ecosystems | — | — | PM ISA[2] |
| Reduced vegetation and ecosystem effects from exposure to ozone | Visible foliar injury on vegetation | — | — | Ozone ISA[1] |
| | Reduced vegetation growth and reproduction | — | — | Ozone ISA[1] |
| | Yield and quality of commercial forest products and crops | — | — | Ozone ISA[1] |
| | Damage to urban ornamental plants | — | — | Ozone ISA[2] |
| | Carbon sequestration in terrestrial ecosystems | — | — | Ozone ISA[1] |
| | Recreational demand associated with forest aesthetics | — | — | Ozone ISA[2] |
| | Other non-use effects | | | Ozone ISA[2] |
| | Ecosystem functions (e.g., water cycling, biogeochemical cycles, net primary productivity, leaf-gas exchange, community composition) | — | — | Ozone ISA[2] |
| Reduced effects from acid deposition | Recreational fishing | — | — | NOₓ SOₓ ISA[1] |
| | Tree mortality and decline | — | — | NOₓ SOₓ ISA[2] |
| | Commercial fishing and forestry effects | — | — | NOₓ SOₓ ISA[2] |
| | Recreational demand in terrestrial and aquatic ecosystems | — | — | NOₓ SOₓ ISA[2] |
| | Other non-use effects | | | NOₓ SOₓ ISA[2] |
| | Ecosystem functions (e.g., biogeochemical cycles) | — | — | NOₓ SOₓ ISA[2] |
| Reduced effects from nutrient enrichment | Species composition and biodiversity in terrestrial and estuarine ecosystems | — | — | NOₓ SOₓ ISA[2] |
| | Coastal eutrophication | — | — | NOₓ SOₓ ISA[2] |
| | Recreational demand in terrestrial and estuarine ecosystems | — | — | NOₓ SOₓ ISA[2] |
| | Other non-use effects | | | NOₓ SOₓ ISA[2] |
| | Ecosystem functions (e.g., biogeochemical cycles, fire regulation) | — | — | NOₓ SOₓ ISA[2] |
| Reduced vegetation effects from ambient exposure to SO₂ and NOₓ | Injury to vegetation from SO₂ exposure | — | — | NOₓ SOₓ ISA[2] |
| | Injury to vegetation from NOₓ exposure | — | — | NOₓ SOₓ ISA[2] |
| Reduced ecosystem effects from exposure to methylmercury | Effects on fish, birds, and mammals (e.g., reproductive effects) | — | — | Mercury Study RTC[2] |
| | Commercial, subsistence and recreational fishing | — | — | Mercury Study RTC[1] |

[1] We assess these co-benefits qualitatively due to data and resource limitations for this RIA.

[2] We assess these co-benefits qualitatively because we do not have sufficient confidence in available data or methods.

[3] We assess these co-benefits qualitatively because current evidence is only suggestive of causality or there are other significant concerns over the strength of the association.

### 4.5.1 HAP Co-benefits

Due to methodology and resource limitations, we were unable to estimate the co-benefits associated with reducing emissions of the hazardous air pollutants in this analysis. EPA's SAB-HES concluded that "the challenges for assessing progress in health improvement as a result of

reductions in emissions of hazardous air pollutants (HAPs) are daunting...due to a lack of exposure-response functions, uncertainties in emissions inventories and background levels, the difficulty of extrapolating risk estimates to low doses and the challenges of tracking health progress for diseases, such as cancer, that have long latency periods" (U.S. EPA-SAB, 2008). In 2009, EPA convened a workshop to address the inherent complexities, limitations, and uncertainties in current methods to quantify the benefits of reducing HAP. Recommendations from this workshop included identifying research priorities, focusing on susceptible and vulnerable populations, and improving dose-response relationships (Gwinn et al., 2011).

Chapter 4 of the MATS RIA (U.S. EPA, 2011b) describes the health effects associated with HAP emitted by EGUs. Below we describe the health effects associated with the two HAP for which we were able to quantify emission reductions for the proposed guidelines: mercury and hydrogen chloride. Using the IPM modeling described in Chapter 3 of this RIA, we estimate that the illustrative compliance scenarios for the proposed guidelines would reduce mercury emissions by up to 2.1 tons and hydrogen chloride by up to 590 tons by 2030. These HAP emission reductions are beyond those achieved by MATS.

*4.5.1.1 Mercury*

Mercury in the environment is transformed into a more toxic form, methylmercury (MeHg). Because Hg is a persistent pollutant, MeHg accumulates in the food chain, especially the tissue of fish. When people consume these fish, they consume MeHg. In 2000, the NAS Study was issued which provides a thorough review of the effects of MeHg on human health (NRC, 2000).[102] Many of the peer-reviewed articles cited in this section are publications originally cited in the Mercury Study.[103] In addition, EPA has conducted literature searches to obtain other related and more recent publications to complement the material summarized by the NRC in 2000.

In its review of the literature, the NAS found neurodevelopmental effects to be the most

---

[102] National Research Council (NRC). 2000. *Toxicological Effects of Methylmercury*. Washington, DC: National Academies Press.

[103] U.S. Environmental Protection Agency (U.S. EPA). 1997. *Mercury Study Report to Congress*, EPA–HQ–OAR–2009–0234–3054. December. Available on the Internet at <http://www.epa.gov/hg/report.htm>.

sensitive and best documented endpoints and appropriate for establishing a reference dose (RfD) (NRC, 2000); in particular NAS supported the use of results from neurobehavioral or neuropsychological tests. The NAS report noted that studies in animals reported sensory effects as well as effects on brain development and memory functions and support the conclusions based on epidemiology studies. The NAS noted that their recommended endpoints for an RfD are associated with the ability of children to learn and to succeed in school. They concluded the following: "The population at highest risk is the children of women who consumed large amounts of fish and seafood during pregnancy. The committee concludes that the risk to that population is likely to be sufficient to result in an increase in the number of children who have to struggle to keep up in school."

The NAS summarized data on cardiovascular effects available up to 2000. Based on these and other studies, the NRC concluded that "Although the data base is not as extensive for cardiovascular effects as it is for other end points (i.e., neurologic effects), the cardiovascular system appears to be a target for MeHg toxicity in humans and animals." The NRC also stated that "additional studies are needed to better characterize the effect of methylmercury exposure on blood pressure and cardiovascular function at various stages of life."

Additional cardiovascular studies have been published since 2000. EPA did not develop a quantitative dose-response assessment for cardiovascular effects associated with MeHg exposures, as there is no consensus among scientists on the dose-response functions for these effects. In addition, there is inconsistency among available studies as to the association between MeHg exposure and various cardiovascular system effects. The pharmacokinetics of some of the exposure measures (such as toenail Hg levels) are not well understood. The studies have not yet received the review and scrutiny of the more well-established neurotoxicity data base.

The Mercury Study noted that MeHg is not a potent mutagen but is capable of causing chromosomal damage in a number of experimental systems. The NAS concluded that evidence that human exposure to MeHg caused genetic damage is inconclusive; they note that some earlier studies showing chromosomal damage in lymphocytes may not have controlled sufficiently for potential confounders. One study of adults living in the Tapajós River region in Brazil (Amorim et al., 2000) reported a direct relationship between MeHg concentration in hair and DNA damage

in lymphocytes, as well as effects on chromosomes.[104] Long-term MeHg exposures in this population were believed to occur through consumption of fish, suggesting that genotoxic effects (largely chromosomal aberrations) may result from dietary, and chronic MeHg exposures similar to and above those seen in the Faroes and Seychelles populations.

Although exposure to some forms of Hg can result in a decrease in immune activity or an autoimmune response (ATSDR, 1999), evidence for immunotoxic effects of MeHg is limited (NRC, 2000).[105]

Based on limited human and animal data, MeHg is classified as a "possible" human carcinogen by the International Agency for Research on Cancer (IARC, 1994)[106] and in IRIS (U.S. EPA, 2002).[107] The existing evidence supporting the possibility of carcinogenic effects in humans from low-dose chronic exposures is tenuous. Multiple human epidemiological studies have found no significant association between Hg exposure and overall cancer incidence, although a few studies have shown an association between Hg exposure and specific types of cancer incidence (e.g., acute leukemia and liver cancer) (NRC, 2000).

There is also some evidence of reproductive and renal toxicity in humans from MeHg exposure. However, overall, human data regarding reproductive, renal, and hematological toxicity from MeHg are very limited and are based on either studies of the two high-dose poisoning episodes in Iraq and Japan or animal data, rather than epidemiological studies of chronic exposures at the levels of interest in this analysis.

---

[104] Amorim, M.I.M., D. Mergler, M.O. Bahia, H. Dubeau, D. Miranda, J. Lebel, R.R. Burbano, and M. Lucotte. 2000. Cytogenetic damage related to low levels of methyl mercury contamination in the Brazilian Amazon. An. Acad. Bras. Ciênc. 72(4): 497-507.

[105] Agency for Toxic Substances and Disease Registry (ATSDR). 1999. Toxicological Profile for Mercury. U.S. Department of Health and Human Services, Public Health Service, Atlanta, GA.

[106] International Agency for Research on Cancer (IARC). 1994. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans and their Supplements: Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry. Vol. 58. Jalili, H.A., and A.H. Abbasi. 1961. Poisoning by ethyl mercury toluene sulphonanilide. Br. J. Indust. Med. 18(Oct.):303-308 (as cited in NRC, 2000).

[107] U.S. Environmental Protection Agency (EPA). 2002. Integrated Risk Information System (IRIS) on Methylmercury. National Center for Environmental Assessment. Office of Research and Development. Available at http://www.epa.gov/iris/subst/0073.htm.

*4.5.1.2 Hydrogen Chloride*

Hydrogen chloride (HCl) is a corrosive gas that can cause irritation of the mucous membranes of the nose, throat, and respiratory tract. Brief exposure to 35 ppm causes throat irritation, and levels of 50 to 100 ppm are barely tolerable for 1 hour.[108] The greatest impact is on the upper respiratory tract; exposure to high concentrations can rapidly lead to swelling and spasm of the throat and suffocation. Most seriously exposed persons have immediate onset of rapid breathing, blue coloring of the skin, and narrowing of the bronchioles. Exposure to HCl can lead to Reactive Airways Dysfunction Syndrome (RADS), a chemically, or irritant-induced type of asthma. Children may be more vulnerable to corrosive agents than adults because of the relatively smaller diameter of their airways. Children may also be more vulnerable to gas exposure because of increased minute ventilation per kg and failure to evacuate an area promptly when exposed. Hydrogen chloride has not been classified for carcinogenic effects.[109]

### 4.5.2 Additional $NO_2$ Health Co-Benefits

In addition to being a precursor to $PM_{2.5}$ and ozone, NOx emissions are also associated with a variety of adverse health effects associated with direct exposure. Unfortunately, we were unable to estimate the health co-benefits associated with reduced $NO_2$ exposure in this analysis. Therefore, this analysis only quantified and monetized the $PM_{2.5}$ and ozone co-benefits associated with the reductions in $NO_2$ emissions.

Following a comprehensive review of health evidence from epidemiologic and laboratory studies, the *Integrated Science Assessment for Oxides of Nitrogen —Health Criteria* (NOx ISA) (U.S. EPA, 2008c) concluded that there is a likely causal relationship between respiratory health effects and short-term exposure to $NO_2$. The NOx ISA concluded that the evidence "is sufficient to infer a likely causal relationship between short-term $NO_2$ exposure and adverse effects on the respiratory system." These epidemiologic and experimental studies encompass a number of

---

[108] Agency for Toxic Substances and Disease Registry (ATSDR). Medical Management Guidelines for Hydrogen Chloride. Atlanta, GA: U.S. Department of Health and Human Services. Available at http://www.atsdr.cdc.gov/mmg/mmg.asp?id=758&tid=147#bookmark02.

[109] U.S. Environmental Protection Agency (U.S. EPA). 1995. "Integrated Risk Information System File of Hydrogen Chloride." Washington, DC: Research and Development, National Center for Environmental Assessment. This material is available at http://www.epa.gov/iris/subst/0396.htm.

endpoints including emergency department visits and hospitalizations, respiratory symptoms, airway hyperresponsiveness, airway inflammation, and lung function. The NOx ISA also concluded that the relationship between short-term $NO_2$ exposure and premature mortality was "suggestive but not sufficient to infer a causal relationship," because it is difficult to attribute the mortality risk effects to $NO_2$ alone. Although the NOx ISA stated that studies consistently reported a relationship between $NO_2$ exposure and mortality, the effect was generally smaller than that for other pollutants such as PM.

### 4.5.3 Additional $SO_2$ Health Co-Benefits

In addition to being a precursor to $PM_{2.5}$, $SO_2$ emissions are also associated with a variety of adverse health effects associated with direct exposure. Unfortunately, we were unable to estimate the health co-benefits associated with reduced $SO_2$ in this analysis because we do not have air quality modeling data available. Therefore, this analysis only quantifies and monetizes the $PM_{2.5}$ co-benefits associated with the reductions in $SO_2$ emissions.

Following an extensive evaluation of health evidence from epidemiologic and laboratory studies, the *Integrated Science Assessment for Oxides of Sulfur —Health Criteria* ($SO_2$ ISA) concluded that there is a causal relationship between respiratory health effects and short-term exposure to $SO_2$ (U.S. EPA, 2008a). The immediate effect of $SO_2$ on the respiratory system in humans is bronchoconstriction. Asthmatics are more sensitive to the effects of $SO_2$ likely resulting from preexisting inflammation associated with this disease. A clear concentration-response relationship has been demonstrated in laboratory studies following exposures to $SO_2$ at concentrations between 20 and 100 ppb, both in terms of increasing severity of effect and percentage of asthmatics adversely affected. Based on our review of this information, we identified four short-term morbidity endpoints that the $SO_2$ ISA identified as a "causal relationship": asthma exacerbation, respiratory-related emergency department visits, and respiratory-related hospitalizations. The differing evidence and associated strength of the evidence for these different effects is described in detail in the $SO_2$ ISA. The $SO_2$ ISA also concluded that the relationship between short-term $SO_2$ exposure and premature mortality was "suggestive of a causal relationship" because it is difficult to attribute the mortality risk effects to $SO_2$ alone. Although the $SO_2$ ISA stated that studies are generally consistent in reporting a relationship between $SO_2$ exposure and mortality, there was a lack of robustness of the observed

associations to adjustment for pollutants. We did not quantify these co-benefits due to data constraints.

### 4.5.4 Additional NO₂ and SO₂ Welfare Co-Benefits

As described in the *Integrated Science Assessment for Oxides of Nitrogen and Sulfur — Ecological Criteria* (NOx ISA) (U.S. EPA, 2008d), $SO_2$ and NOx emissions also contribute to a variety of adverse welfare effects, including acidic deposition, visibility impairment, and nutrient enrichment. Deposition of nitrogen causes acidification, which can cause a loss of biodiversity of fishes, zooplankton, and macro invertebrates in aquatic ecosystems, as well as a decline in sensitive tree species, such as red spruce (Picea rubens) and sugar maple (Acer saccharum) in terrestrial ecosystems. In the northeastern U.S., the surface waters affected by acidification are a source of food for some recreational and subsistence fishermen and for other consumers and support several cultural services, including aesthetic and educational services and recreational fishing. Biological effects of acidification in terrestrial ecosystems are generally linked to aluminum toxicity, which can cause reduced root growth, which restricts the ability of the plant to take up water and nutrients. These direct effects can, in turn, increase the sensitivity of these plants to stresses, such as droughts, cold temperatures, insect pests, and disease leading to increased mortality of canopy trees. Terrestrial acidification affects several important ecological services, including declines in habitat for threatened and endangered species (cultural), declines in forest aesthetics (cultural), declines in forest productivity (provisioning), and increases in forest soil erosion and reductions in water retention (cultural and regulating). (U.S. EPA, 2008d)

Deposition of nitrogen is also associated with aquatic and terrestrial nutrient enrichment. In estuarine waters, excess nutrient enrichment can lead to eutrophication. Eutrophication of estuaries can disrupt an important source of food production, particularly fish and shellfish production, and a variety of cultural ecosystem services, including water-based recreational and aesthetic services. Terrestrial nutrient enrichment is associated with changes in the types and number of species and biodiversity in terrestrial systems. Excessive nitrogen deposition upsets the balance between native and nonnative plants, changing the ability of an area to support biodiversity. When the composition of species changes, then fire frequency and intensity can also change, as nonnative grasses fuel more frequent and more intense wildfires. (U.S. EPA, 2008d)

### 4.5.5 Ozone Welfare Co-Benefits

Exposure to ozone has been associated with a wide array of vegetation and ecosystem effects in the published literature (U.S. EPA, 2013b). Sensitivity to ozone is highly variable across species, with over 65 plan species identified as "ozone-sensitive", many of which occur in state and national parks and forests. These effects include those that damage or impair the intended use of the plant or ecosystem. Such effects are considered adverse to the public welfare and can include reduced growth and/or biomass production in sensitive plant species, including forest trees, reduced crop yields, visible foliar injury, reduced plant vigor (e.g., increased susceptibility to harsh weather, disease, insect pest infestation, and competition), species composition shift, and changes in ecosystems and associated ecosystem services.

### 4.5.6 Carbon Monoxide Co-Benefits

CO in ambient air is formed primarily by the incomplete combustion of carbon-containing fuels and photochemical reactions in the atmosphere. The amount of CO emitted from these reactions, relative to carbon dioxide ($CO_2$), is sensitive to conditions in the combustion zone, such as fuel oxygen content, burn temperature, or mixing time. Upon inhalation, CO diffuses through the respiratory system to the blood, which can cause hypoxia (reduced oxygen availability). Carbon monoxide can elicit a broad range of effects in multiple tissues and organ systems that are dependent upon concentration and duration of exposure. The *Integrated Science Assessment for Carbon Monoxide* (U.S. EPA, 2010a) concluded that short-term exposure to CO is "likely to have a causal relationship" with cardiovascular morbidity, particularly in individuals with coronary heart disease. Epidemiologic studies associate short-term CO exposure with increased risk of emergency department visits and hospital admissions. Coronary heart disease includes those who have angina pectoris (cardiac chest pain), as well as those who have experienced a heart attack. Other subpopulations potentially at risk include individuals with diseases such as chronic obstructive pulmonary disease (COPD), anemia, or diabetes, and individuals in very early or late life stages, such as older adults or the developing young. The evidence is suggestive of a causal relationship between short-term exposure to CO and respiratory morbidity and mortality. The evidence is also suggestive of a causal relationship for birth outcomes and developmental effects following long-term exposure to CO, and for central nervous system effects linked to short- and long-term exposure to CO.

### 4.5.7 Visibility Impairment Co-Benefits

Reducing secondary formation of $PM_{2.5}$ would improve levels visibility in the U.S. because suspended particles and gases degrade visibility by scattering and absorbing light (U.S. EPA, 2009b). Fine particles with significant light-extinction efficiencies include sulfates, nitrates, organic carbon, elemental carbon, and soil (Sisler, 1996). Visibility has direct significance to people's enjoyment of daily activities and their overall sense of wellbeing. Good visibility increases the quality of life where individuals live and work, and where they engage in recreational activities. Particulate sulfate is the dominant source of regional haze in the eastern U.S. and particulate nitrate is an important contributor to light extinction in California and the upper Midwestern U.S., particularly during winter (U.S. EPA, 2009b). Previous analyses (U.S. EPA, 2011a) show that visibility co-benefits can be a significant welfare benefit category. Without air quality modeling, we are unable to estimate visibility related benefits, and we are also unable to determine whether the emission reductions associated with the proposed guidelines would be likely to have a significant impact on visibility in urban areas or Class I areas.

## 4.6 References

40 CFR Chapter I [EPA–HQ–OAR–2009–0171; FRL–9091–8] RIN 2060–ZA14, "Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act," Federal Register, Vol. 74, No. 239, Tuesday, December 15, 2009, Rules and Regulations.

Abt Associates, Inc. 2012. *BenMAP User's Manual Appendices*. Prepared for U.S. Environmental Protection Agency Office of Air Quality Planning and Standards. Research Triangle Park, NC. September. Available at: <http://www.epa.gov/air/benmap/models/BenMAPAppendicesOct2012.pdf>.

Bell, M.L.; et al. 2004. "Ozone and Short-Term Mortality in 95 U.S. Urban Communities, 1987-2000." *Journal of the American Medical Association*, 292(19): p. 2372-8.

Bell, M.L.; F. Dominici and J.M. Samet. 2005. "A Meta-Analysis of Time-Series Studies of Ozone and Mortality with Comparison to the National Morbidity, Mortality, and Air Pollution Study." *Epidemiology*, 16(4): pp. 436-45.

Fann, N.; C.M. Fulcher and B.J. Hubbell. 2009. "The influence of location, source, and emission type in estimates of the human health benefits of reducing a ton of air pollution." *Air Quality, Atmosphere, & Health* 2:169–176.

Fann, N.; K.R. Baker and C.M. Fulcher. 2012. "Characterizing the $PM_{2.5}$-related health benefits of emission reductions for 17 industrial, area and mobile emission sectors across the U.S." *Environment International* 49 41–151.

Gwinn, M.R.; J. Craig; D.A. Axelrad; R. Cook; C. Dockins; N. Fann; R. Fegley; D.E. Guinnup; G. Helfand; B. Hubbell; S.L. Mazur; T. Palma; R.L. Smith; J. Vandenberg and B. Sonawane. 2011. "Meeting report: Estimating the benefits of reducing hazardous air pollutants—summary of 2009 workshop and future considerations." *Environmental Health Perspectives* Jan; 119(1): p. 125-30.

Huang, Y.; F. Dominici; M. Bell. 2005. "Bayesian Hierarchical Distributed Lag Models for Summer Ozone Exposure and Cardio-Respiratory Mortality." *Environmetrics*, 16, 547-562.

Industrial Economics, Incorporated (IEc). 2006. *Expanded Expert Judgment Assessment of the Concentration-Response Relationship Between $PM_{2.5}$ Exposure and Mortality*. Prepared for: Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC. September. Available at: <http://www.epa.gov/ttn/ecas/regdata/Uncertainty/pm_ee_tsd_expert_interview_summaries.pdf>.

Industrial Economics, Incorporated (IEc). 2009. Section 812 Prospective Study of the Benefits and Costs of the Clean Air Act: Air Toxics Case Study: Health Benefits of Benzene Reductions in Houston, 1990–2020. Final Report, July 14, 2009. Available at: <http://www.epa.gov/air/sect812/dec09/812CAAA_Benzene_Houston_Final_Report_July_2009.pdf>.

Intergovernmental Panel on Climate Change (IPCC). 2007. *Climate Change 2007: Synthesis Report Contribution of Working Groups I, II and III to the Fourth Assessment Report of the IPCC*. Available at: <http://www.ipcc.ch/publications_and_data/publications_ipcc_fourth_assessment_report_synthesis_report.htm>.

Intergovernmental Panel on Climate Change (IPCC). 2012: *Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation*. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change. Cambridge University Press, Cambridge, UK, and New York, NY, USA.

Intergovernmental Panel on Climate Change (IPCC). 2013. Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change.  Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Intergovernmental Panel on Climate Change (IPCC). 2014a. Climate Change 2014: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change.  Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Intergovernmental Panel on Climate Change (IPCC). 2014b. Climate Change 2014: Mitigation of Climate Change. Contribution of Working Group III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change.  Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Ito, K.; S.F. De Leon and M. Lippmann. 2005. "Associations between Ozone and Daily Mortality: Analysis and Meta-Analysis." *Epidemiology*, 16(4): pp. 446-57.

Karl, T.; J. Melillo and T. Peterson, Eds. 2009. *Global Climate Change Impacts in the United States*. Cambridge, United Kingdom: Cambridge University Press.

Krewski D.; M. Jerrett; R.T. Burnett; R. Ma; E. Hughes; Y. Shi, et al. 2009. *Extended Follow-Up and Spatial Analysis of the American Cancer Society Study Linking Particulate Air Pollution and Mortality*. HEI Research Report, 140, Health Effects Institute, Boston, MA.

Lepeule, J.; F. Laden; D. Dockery; J. Schwartz. 2012. "Chronic Exposure to Fine Particles and Mortality: An Extended Follow-Up of the Harvard Six Cities Study from 1974 to 2009." *Environmental Health Perspectives,* July, 120(7):965-70.

Levy, J.I.; S.M. Chemerynski and J.A. Sarnat. 2005. "Ozone Exposure and Mortality: An Empiric Bayes Metaregression Analysis." *Epidemiology,* 16(4): pp. 458-68.

Melillo, Jerry M., Terese (T.C.) Richmond, and Gary W. Yohe, Eds. 2014. *Climate Change Impacts in the United States: The Third National Climate Assessment.* U.S. Global Change Research Program. Available at <http://nca2014.globalchange.gov>

National Research Council (NRC). 2000. *Toxicological Effects of Methylmercury: Committee on the Toxicological Effects of Methylmercury."* Board on Environmental Studies and Toxicology. National Academies Press. Washington, DC.

National Research Council (NRC). 2002. *Estimating the Public Health Benefits of Proposed Air Pollution Regulations.* National Academies Press. Washington, DC.

National Research Council (NRC). 2008. Estimating Mortality Risk Reduction and Economic Benefits from Controlling Ozone Air Pollution. National Academies Press. Washington, DC.

National Research Council (NRC). 2010. *Ocean Acidification: A National Strategy to Meet the Challenges of a Changing Ocean.* National Academies Press. Washington, DC.

National Research Council (NRC). 2011a. Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia. National Academies Press, Washington, DC.

National Research Council (NRC). 2011b. *National Security Implications of Climate Change for U.S. Naval Forces.* National Academies Press. Washington, DC.

National Research Council (NRC, 2011c). *Understanding Earth's Deep Past: Lessons for Our Climate Future.* National Academies Press. Washington, DC

National Research Council (NRC). 2012a. *Sea-Level Rise for the Coasts of California, Oregon, and Washington: Past, Present, and Future.* National Academies Press. Washington, DC.

National Research Council (NRC). 2013a. *Climate and Social Stress: Implications for Security Analysis.* National Academies Press. Washington, DC.

National Research Council (NRC). 2013b. *Abrupt Impacts of Climate Change: Anticipating Surprises.* National Academies Press. Washington, DC.

Office of Management and Budget (OMB). 2003. *Circular A-4: Regulatory Analysis.* Washington, DC. Available at: < http://www.whitehouse.gov/omb/circulars/a004/a-4.html>.

Ren, C.; G.M. William; L. Morawska; K. Mengensen and S. Tong. 2008a. "Ozone Modifies Associations between Temperature and Cardiovascular Mortality: Analysis of the NMMAPS Data." *Occupational and Environmental Medicine,* 65:255-260.

Ren, C.; G.M. Williams; K. Mengersen; L. Morawska; and S. Tong. 2008b. "Does Temperature Modify Short-Term Effects of Ozone on Total Mortality in 60 Large Eastern U.S. Communities? An Assessment Using the NMMAPS Data." *Environment International,* 34 (2008), pp. 451–458.

Ren, C.; S. Tong. 2006b. "Temperature Modifies the Health Effects of Particulate Matter in Brisbane, Australia." *International Journal of Biometeorology,* 51:87–96.

Ren. C.; G.M. Williams; S. Tong. 2006a. "Does Particulate Matter Modify the Association between Temperature and Cardiorespiratory Diseases? *Environmental Health Persp*ectives, 114:1690–1696.

Roberts, S. 2004. "Interactions between Particulate Air Pollution and Temperature in Air Pollution Mortality Time Series Studies." *Environmental Research,* 96:328–337.

Roman, H.; K. D. Walker; T.L. Walsh; L. Conner; H. M. Richmond; B.J. Hubbell and P.L. Kinney. 2008. "Expert Judgment Assessment of the Mortality Impact of Changes in Ambient Fine Particulate Matter in the U.S." *Environmental Science and Techno*logy, 42(7):2268-2274.

Schwartz, J. 2005. "How Sensitive is the Association between Ozone and Daily Deaths to Control for Temperature?" *American Journal of Respiratory and Critical Care Medicine,* Vol. 171 (6): 627-31.

Sisler, J.F. 1996. Spatial and Seasonal Patterns and Long-Term Variability of the Composition of the Haze in the United States: An analysis of data from the IMPROVE network. CIRA Report, ISSN 0737-5352-32, Colorado State University.

U.S. Environmental Protection Agency (U.S. EPA). 1995. *Regulatory Impact Analysis for the Petroleum Refinery NESHAP. Revised Draft for Promulgation.* Office of Air Quality Planning and Standards, Research Triangle Park, N.C. Available on the Internet at <http://www.reg-markets.org/admin/authorpdfs/page.php?id=705>.

U.S. Environmental Protection Agency (U.S. EPA). 2000. *Guidelines for Preparing Economic Analyses.* EPA 240-R-00-003. National Center for Environmental Economics, Office of Policy Economics and Innovation. Washington, DC. September. Available at: <http://yosemite.epa.gov/ee/epa/eed.nsf/webpages/Guidelines.html/$file/cover.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2006. *Air Quality Criteria for Ozone and Related Photochemical Oxidants (Final)*. EPA/600/R-05/004aF-cF. Washington, DC: U.S. EPA. February. Available at: <http://cfpub.epa.gov/ncea/CFM/recordisplay.cfm?deid=149923>.

U.S. Environmental Protection Agency (U.S. EPA). 2008a. *Integrated Science Assessment for Sulfur Oxides—Health Criteria (Final Report)*. National Center for Environmental Assessment, Research Triangle Park, NC. September. Available at: <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=198843>.

U.S. Environmental Protection Agency (U.S. EPA). 2008b. *Final Ozone NAAQS Regulatory Impact Analysis*. EPA-452/R-08-003. Office of Air Quality Planning and Standards Health and Environmental Impacts Division, Air Benefit and Cost Group Research Triangle Park, NC. March. Available at: < http://www.epa.gov/ttnecas1/regdata/RIAs/6-ozoneriachapter6.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2008c. *Integrated Science Assessment for Oxides of Nitrogen - Health Criteria (Final Report)*. National Center for Environmental Assessment, Research Triangle Park, NC. July. Available at: < http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=194645>.

U.S. Environmental Protection Agency (U.S. EPA). 2008d. *Integrated Science Assessment for Oxides of Nitrogen and Sulfur–Ecological Criteria National (Final Report)*. National Center for Environmental Assessment, Research Triangle Park, NC. EPA/600/R-08/139. December. Available at: <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=201485>.

U.S. Environmental Protection Agency (U.S. EPA). 2009b. *Integrated Science Assessment for Particulate Matter (Final Report)*. EPA-600-R-08-139F. National Center for Environmental Assessment – RTP Division. December. Available at: <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546>.

U.S. Environmental Protection Agency (U.S. EPA). 2010a. *Integrated Science Assessment for Carbon Monoxide*. National Center for Environmental Assessment, Research Triangle Park, NC. EPA/600/R-09/019F. January. Available at: <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=218686>.

U.S. Environmental Protection Agency (U.S. EPA). 2010b. Technical Support Document: Summary of Expert Opinions on the Existence of a Threshold in the Concentration-Response Function for $PM_{2.5}$-related Mortality. Research Triangle Park, NC. June. Available at: <http://www.epa.gov/ttn/ecas/regdata/Benefits/thresholdstsd.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2010c. *Valuing Mortality Risk Reductions for Environmental Policy: A White Paper: SAB Review Draft.* National Center for Environmental Economics December. Available at: <http://yosemite.epa.gov/ee/epa/eerm.nsf/vwAN/EE-0563-1.pdf/$file/EE-0563-1.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2010d. *Section 3: Re-analysis of the Benefits of Attaining Alternative Ozone Standards to Incorporate Current Methods.* Available at: <http://www.epa.gov/ttnecas1/regdata/RIAs/s3-supplemental_analysis-updated_benefits11-5.09.pdf >.

U.S. Environmental Protection Agency (U.S. EPA). 2010e. *Guidelines for Preparing Economic Analyses.* EPA 240-R-10-001. National Center for Environmental Economics, Office of Policy Economics and Innovation. Washington, DC. December. Available at: <http://yosemite.epa.gov/ee/epa/eerm.nsf/vwAN/EE-0568-50.pdf/$file/EE-0568- 50.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2011a. *The Benefits and Costs of the Clean Air Act from 1990 to 2020.* Office of Air and Radiation, Washington, DC. March. Available at: <http://www.epa.gov/cleanairactbenefits/feb11/fullreport_rev_a.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2011b. *Regulatory Impact Analysis for the Final Mercury and Air Toxics Standards.* EPA-452/R-11-011. December. Available at: <http://www.epa.gov/ttn/ecas/regdata/RIAs/matsriafinal.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2011c. Regulatory Impact Analysis: National Emission Standards for Hazardous Air Pollutants for Industrial, Commercial, and Institutional Boilers and Process Heaters. February. Available at: <http://www.epa.gov/ttnecas1/regdata/RIAs/boilersriafinal110221_psg.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2011d. *Policy Assessment for the Review of the Particulate Matter National Ambient Air Quality Standards.* EPA-452/D-11-003. Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. April. Available at: <http://www.epa.gov/ttn/naaqs/standards/pm/data/20110419pmpafinal.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2012a. *Regulatory Impact Analysis for the Final Revisions to the National Ambient Air Quality Standards for Particulate Matter.* EPA-452/R-12-003. Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. December. Available at: <http://www.epa.gov/pm/2012/finalria.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2012b. *Regulatory Impact Analysis: Petroleum Refineries New Source Performance Standards Ja.* Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. June. Available at: <http://www.epa.gov/ttnecas1/regdata/RIAs/refineries_nsps_ja_final_ria.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2013a. *Technical Support Document: Estimating the Benefit per ton of Reducing PM$_{2.5}$ Precursors from 17 sectors.* Office of Air Quality Planning and Standards, Research Triangle Park, NC. February. Available at: <http://www.epa.gov/airquality/benmap/models/Source_Apportionment_BPT_TSD_1_31_13.pdf>.

U.S. Environmental Protection Agency (U.S. EPA). 2013b. *Integrated Science Assessment of Ozone and Related Photochemical Oxidants (Final Report).* U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-10/076F. Available at: <http://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=247492#Download>.

U.S. Environmental Protection Agency (U.S. EPA). 2014a. *Welfare Risk and Exposure Assessment for Ozone Second External Review Draft.* EPA-452/P-14-003a. Office of Air Quality Planning and Standards, Research Triangle Park, NC. February. Available at: <http://www.epa.gov/ttn/naaqs/standards/ozone/data/20140131welfarerea.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2002. Workshop on the Benefits of Reductions in Exposure to Hazardous Air Pollutants: Developing Best Estimates of Dose-Response Functions An SAB Workshop Report of an EPA/SAB Workshop (Final Report). EPA-SAB-EC-WKSHP-02-001. January. Available at: <http://yosemite.epa.gov/sab%5CSABPRODUCT.NSF/34355712EC011A358525719A005BF6F6/$File/ecwkshp02001%2Bappa-g.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2008. *Characterizing Uncertainty in Particulate Matter Benefits Using Expert Elicitation.* EPA-COUNCIL-08-002. July. Available at: <http://yosemite.epa.gov/sab/sabproduct.nsf/0/43B91173651AED9E85257487004EA6CB/$File/EPA-COUNCIL-08-002-unsigned.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2000. *An SAB Report on EPA's White Paper Valuing the Benefits of Fatal Cancer Risk Reduction.* EPA-SAB-EEAC-00-013. July. Available at: <http://yosemite.epa.gov/sab%5CSABPRODUCT.NSF/41334524148BCCD6852571A700516498/$File/eeacf013.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2004c. *Advisory Council on Clean Air Compliance Analysis Response to Agency Request on Cessation Lag*. EPA-COUNCIL-LTR-05-001. December. Available at: <http://yosemite.epa.gov/sab/sabproduct.nsf/0/39F44B098DB49F3C85257170005293E0/$File/council_ltr_05_001.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2008. *Benefits of Reducing Benzene Emissions in Houston, 1990–2020*. EPA-COUNCIL-08-001. July. Available at: <http://yosemite.epa.gov/sab/sabproduct.nsf/D4D7EC9DAEDA8A548525748600728A83/$File/EPA-COUNCIL-08-001-unsigned.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2009b. *Review of EPA's Integrated Science Assessment for Particulate Matter (First External Review Draft, December 2008)*. EPA-COUNCIL-09-008. May. Available at: <http://yosemite.epa.gov/sab/SABPRODUCT.NSF/81e39f4c09954fcb85256ead006be86e/73ACCA834AB44A10852575BD0064346B/$File/EPA-CASAC-09-008-unsigned.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2009c. *Review of Integrated Science Assessment for Particulate Matter (Second External Review Draft, July 2009)*. EPA-CASAC-10-001. November. Available at: <http://yosemite.epa.gov/sab/SABPRODUCT.NSF/81e39f4c09954fcb85256ead006be86e/151B1F83B023145585257678006836B9/$File/EPA-CASAC-10-001-unsigned.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2010a. *Review of EPA's DRAFT Health Benefits of the Second Section 812 Prospective Study of the Clean Air Act*. EPA-COUNCIL-10-001. June. Available at: < http://yosemite.epa.gov/sab/sabproduct.nsf/9288428b8eeea4c885257242006935a3/72D4EFA39E48CDB28525774500738776/$File/EPA-COUNCIL-10-001-unsigned.pdf>.

U.S. Environmental Protection Agency—Science Advisory Board (U.S. EPA-SAB). 2011. *Review of Valuing Mortality Risk Reductions for Environmental Policy: A White Paper (December 10, 2010)*. EPA-SAB-11-011 July. Available at: <http://yosemite.epa.gov/sab/sabproduct.nsf/298E1F50F844BC23852578DC0059A616/$File/EPA-SAB-11-011-unsigned.pdf>.

Woodruff, T.J., J. Grillo, and K.C. Schoendorf. 1997. "The Relationship between Selected of postneonatal infant mortality and particulate air pollution in the United States." *Environmental Health Perspectiv*es 105 (6): 608-612.

# APPENDIX 4A:  GENERATING REGIONAL BENEFIT-PER-TON ESTIMATES FOR ELECTRIC GENERATING UNITS

The purpose of this appendix is to provide additional detail regarding the generation of the benefit-per-ton estimates applied in Chapter 4 of this Regulatory Impact Analysis (RIA). Specifically, this appendix describes the methods for generating benefit-per-ton estimates by region for PM$_{2.5}$ and ozone precursors emitted by the electrical generating unit (EGU) sector.

## 4A.1 Overview of Benefit-per-Ton Estimates

As described in the *Technical Support Document: Estimating the Benefit per Ton of Reducing PM$_{2.5}$ Precursors from 17 Sectors* (U.S. EPA, 2013a) (hereafter "BPT TSD"), the procedure for calculating average benefit-per-ton coefficients generally follows three steps, shown graphically in Figure 4A-1. As an example, in order to calculate national average benefit-per-ton estimates for each ambient PM$_{2.5}$ precursor emitted from EGU sources, we:

1. Use air quality modeling to predict ambient concentrations of primary PM$_{2.5}$, nitrate and sulfate across the contiguous U.S. that are attributable to the EGU sector.

2. Estimate the health impacts, and the economic value of these impacts, associated with the attributable ambient concentrations of primary PM$_{2.5}$, sulfate and nitrate PM$_{2.5}$ using the environmental Benefits Mapping and Analysis Program (BenMAP v4.0.66)[110] (Abt Associates, Inc, 2012).

3. Divide the PM$_{2.5}$-related health impacts attributable to each type of PM$_{2.5}$, and the monetary value of these impacts, by the level of associated precursor emissions. That is, primary PM$_{2.5}$ benefits are divided by direct PM$_{2.5}$ emissions, sulfate benefits are divided by SO$_2$ emissions, and nitrate benefits are divided by NOx emissions.

---

[110] In this stage we estimate the PM$_{2.5}$-related impacts associated with changes in directly emitted PM$_{2.5}$, nitrate and sulfate separately, so that we may ultimately calculate the benefit-per-ton reduced of the corresponding PM$_{2.5}$ precursor, or directly emitted PM$_{2.5}$, in step 3. When estimating these impacts we apply effect coefficients that relate changes in total PM$_{2.5}$ mass to the risk of adverse health outcomes; we do not apply effect coefficients that are differentiated by PM$_{2.5}$ specie.



**Figure 4A-1.  Conceptual Overview of Benefit-per-Ton Calculation**

## 4A.2 Underlying Source Apportionment Air Quality Modeling

EPA performed a national-scale air quality modeling analysis using the Comprehensive Air Quality Model with Extensions (CAMx) model[111] to estimate $PM_{2.5}$ and ozone concentrations attributable to 17 industrial sectors, including EGUs. In this section, we provide a short summary of the air quality modeling used to generate these benefit-per-ton estimates. Readers interested in a full discussion of the air quality modeling may consult the *Air Quality Modeling Technical Support Document: Source Sector Assessments* (U.S. EPA, 2011a). The source apportionment modeling is also discussed in Fann, Baker and Fulcher (2012).

CAMx simulates the numerous physical and chemical processes involved in the formation, transport, and destruction of ozone, particulate matter and air toxics. Emissions of precursor species are injected into the model where they react to form secondary species such as ozone and then transport around the modeling domain before ultimately being removed by

---

[111] Environ International Corporation. 2010. Comprehensive Air Quality Model with Extensions, Version 5.3. User's Guide. Novato, CA. December. Available at <http://www.camx.com>.

deposition or chemical reaction. Source apportionment techniques track the formation and transport of ozone and PM from specific emissions sources and calculate the contribution of sources and precursors to ozone and $PM_{2.5}$ at individual receptor locations. In contrast to "zero-out" modeling techniques, the tracking of emissions and resulting pollution in source apportionment modeling does not affect the transport, chemical transformation, or atmospheric chemical relationships within the modeling. More details on the implementation of source apportionment in CAMx can be found in the CAMx user's guide.

The modeling analyses were performed for a domain covering the continental U.S. This domain has a parent horizontal grid of 36 km with two finer-scale 12 km grids over the eastern and western U.S. The base year of data used to construct the modeling platform includes emissions and meteorology for 2005. Specifically, the starting point for the emission projections in this modeling was the 2005 v4.3 emissions platform (U.S. EPA, 2005). EGU emission estimates for 2016 are from the Integrated Planning Model (IPM), and the projections include emission reductions related to the NOx State Implementation Plan Call (U.S. EPA, 1998) and the proposed Transport Rule (U.S. EPA, 2010c).[112]

### 4A.3 Regional $PM_{2.5}$ Benefit-per-Ton Estimates for EGUs

The approach for generating regional benefit-per-ton estimates for $PM_{2.5}$ from EGU emissions is a small modification of the approach described above from the BPT TSD. The regional benefit-per-ton estimates reflect the ambient $PM_{2.5}$ attributable to the EGU sector in the source apportionment modeling ("sector modeling") from Fann, Baker, and Fulcher (2012), as illustrated in Figures 4A-2 and 4A-3 for 2016. After estimating the $PM_{2.5}$ benefits for each of the analysis years applied in this RIA (i.e., 2020, 2025, and 2030), we aggregated the benefits results regionally (i.e., East, West, and California) rather than nationally, as shown in Figure 4A-4.[113] Due to the low emissions of $SO_2$, $NO_X$, and directly emitted particles from EGUs in California

---

[112] The 2016 air quality modeling simulations underlying the benefit-per-ton estimates do not reflect emission reductions anticipated from the EGU sector as a result of the recently promulgated MATS rule, and so are likely to overstate the total $PM_{2.5}$ from this sector. (Fann, Fulcher, and Baker [2013]). The EGU contribution on a per-ton basis would be similar. Because the emission reductions in this RIA are calculated from an IPM base case that includes MATS (see Chapter 3), there is no double-counting concern with the resulting co-benefits estimates.

[113] This aggregation is identified as the shapefile "Report Regions" in BenMAP's grid definitions.

4A-3

and the high population density, we separated out California in order not to bias the benefit-per-ton estimates for the rest of the Western U.S. In order to calculate the benefit-per-ton estimates, we divided the regional benefits estimates by the corresponding emissions, as shown in Table 4A-1. Lastly, we adjusted the benefit-per-ton estimates for a currency year of 2011$.[114]



**Figure 4A-2.  Modeled PM$_{2.5}$ Concentrations Attributable to EGUs in 2016 (Annual Mean, in µg/m³) (Source: BPT TSD)**

This method provides estimates of the regional average benefit-per-ton for each ambient PM$_{2.5}$ precursor emitted from EGU sources. For some precursor emissions, such as NOx, there is generally a non-linear relationship between emissions and formation of PM$_{2.5}$. This means that each ton of NOx reduced would have a different impact on ambient PM$_{2.5}$ depending on the initial level of emissions and potentially on the levels of emissions of other pollutants. In contrast, SO$_2$ is generally linear in forming PM$_{2.5}$. For non-linear pollutants like NOx, a marginal

---

[114] Currently, BenMAP does not have an inflation adjustment to 2011$. We ran BenMAP for a currency year of 2010$ and calculated the benefit-per-ton estimates in 2010$. We then adjusted the resulting benefit-per-ton estimates to 2011$ using the Consumer Price Index.

benefit-per-ton approach would better approximate the specific benefits associated with an emissions reduction scenario for a given set of base case emissions, but we do not have sufficient air quality modeling data to calculate a marginal benefit-per-ton estimates for the EGU sector. Therefore, using an average benefit-per-ton estimate for NOx adds uncertainty to the co-benefits estimated in this RIA. Because most of the estimated co-benefits for the proposed guidelines are attributable to reductions in $SO_2$ emissions, the added uncertainty is likely to be small.



**Figure 4A-3.  Modeled PM$_{2.5}$ Concentrations Attributable to EGUs by Precursor in 2016 (Annual Mean, in μg/m$^3$)**



**Figure 4A-4.  Regional Breakdown**

**Table 4A-1.  Summary of National and Regional Emissions in Sector Modeling for EGUs in 2016 (in short tons)**

| Pollutant | National EGU emissions | Regional EGU Emissions | | |
|---|---|---|---|---|
| | | East | West | California |
| $SO_2$ | 3,793,362 | 3,520,296 | 273,070 | 4,886 |
| Directly emitted $PM_{2.5}$ (EC+OC) | 30,078 | 26,172 | 3,892 | 1,523 |
| Directly emitted $PM_{2.5}$ (crustal) | 243,497 | 214,219 | 28,438 | 840 |
| NOx (all year) | 1,826,582 | 1,425,148 | 401,584 | 13,485 |
| NOx (ozone season) | 931,189 | 728,402 | 195,748 | 7,039 |

In this RIA, we estimate emission reductions from EGUs using IPM.[115] IPM outputs provide endogenously projected unit level emissions of $SO_2$, NOx, $CO_2$, Hg, HCl from EGUs, but CO, VOC, $NH_3$ and total directly emitted $PM_{2.5}$ and $PM_{10}$ emissions are post-calculated.[116] In

---

[115] See Chapter 3 of this RIA for additional information regarding IPM.

[116] Detailed documentation of this post-processing is available at
http://www.epa.gov/powersectormodeling/docs/v513/FlatFile_Methodology.pdf

addition, directly emitted particle emissions calculated from IPM outputs do not include speciation, i.e. they are only the total emissions. In order to estimate the benefits associated with reduced emissions of directly emitted particles, we must determine the fraction of total $PM_{2.5}$ emissions comprised of elemental carbon and organic carbon (EC+OC) and crustal emissions.[117] Figure 4A-5 illustrates the relative breakdown of directly emitted $PM_{2.5}$ components from EGUs in the modeling by Fann, Baker, and Fulcher (2012). In this modeling, the national average EC+OC fraction of emitted $PM_{2.5}$ is 10% with a range of 5% to 63% in different states due to the different proportion of fuels. The national average is similar to the averages for the east and west regions at 10% and 7%, respectively. Only five states had EC+OC fractions greater than 30%. For crustal emissions, the national average fraction of emitted $PM_{2.5}$ from EGUs is 78% with a range of 26% to 83%. The national average is similar to the averages for the east and west regions at 78% and 81%, respectively. Only four states had crustal fractions less than 50%.



**Figure 4A-5.  Breakdown of Directly Emitted $PM_{2.5}$ Emissions from EGU in Sector Modeling**

---

[117] Crustal emissions are composed of compounds associated with minerals and metals from the earth's surface, including carbonates, silicates, iron, phosphates, copper, and zinc. Often, crustal material represents particles not classified as one of the other species (e.g., organic carbon, elemental carbon, nitrate, sulfate, chloride, etc.).

There are several uncertainties associated with estimating the benefits associated with reducing emissions of EC+OC and crustal $PM_{2.5}$ from EGUs. As previously mentioned, IPM does not estimate $PM_{2.5}$ emissions by component, and total $PM_{2.5}$ is estimated as an IPM post-processing step using emission factors. In order to conduct air quality modeling, $PM_{2.5}$ from EGUs is speciated into components during the emissions modeling process based on emission profiles for EGUs by source classification code. Even though these speciation profiles are not unit-specific, an emission profile based on the source classification code is highly sophisticated and reflects the fuel and the unit configuration. In addition, the air quality model output has been adjusted to match an interpolated surface of speciated $PM_{2.5}$ measurements, using the Model Attainment Test Software (Abt Associates, Inc, 2010). Uncertainties in some emissions sectors can sometimes be large enough that air quality estimates from well-characterized sectors such as EGUs may be changed to match observed monitor data. While these changes are usually minimal, in this instance, uncertainties in crustal emissions from other sectors impact the relationship between EGU crustal emissions and resulting air quality impacts. Because the co-benefits associated with directly emitted particles for the proposed guidelines are small relative to the co-benefits of reducing $SO_2$ emissions, these uncertainties would not substantially affect the estimate of total monetized health co-benefits.[118] In calculating the $PM_{2.5}$ co-benefits in this RIA, we estimate the emission reductions of EC+OC and crustal emissions by applying the national average fractions (i.e., 78% crustal and 10% EC+OC) to the emission reductions of all directly emitted particles from EGUs. Because the benefit-per-ton estimates for reducing emissions of EC+OC are larger than the benefit-per-ton estimate for crustal emissions, this assumption underestimates the monetized $PM_{2.5}$ co-benefits in certain states with higher EC+OC fractions, such as California and North Dakota. We further underestimate the co-benefits by not quantifying or monetizing the co-benefits associated with reducing directly emitted particulate nitrate and sulfate.

Although it is possible to calculate 95th percentile confidence intervals using the approach described in this appendix (e.g., U.S. EPA, 2011b), we generally do not calculate confidence intervals for benefit-per-ton estimates. Instead, we refer the reader to Chapter 5 of PM NAAQS

---

[118] See Figure 5-2 of this RIA for the relative proportion of health co-benefits from directly emitted particles relative to co-benefits from $SO_2$ emissions.

RIA (U.S. EPA, 2012a) for an indication of the combined random sampling error in the health impact and economic valuation functions using Monte Carlo methods. In general, the 95th percentile confidence interval for the total monetized PM$_{2.5}$ benefits ranges from approximately-90% to +180% of the central estimates based on concentration-response functions from Krewski et al. (2009) and Lepeule et al. (2012). The 95[th] percentile confidence interval for the health impact function alone ranges from approximately ±30% for mortality incidence based on Krewski et al. (2009) and ±46% based on Lepeule et al. (2012). These confidence intervals do not reflect other sources of uncertainty inherent within the estimates, such as baseline incidence rates, populations exposed, and transferability of the effect estimate to diverse locations. As a result, the reported confidence intervals and range of estimates give an incomplete picture about the overall uncertainty in the benefits estimates.

Tables 4A-2 through 4A-4 provide the national and regional benefit-per-ton estimates for the EGU sector at discount rates of 3% and 7% in 2020, 2025, and 2030 respectively. Tables 4A-5 through 4A-7 provide the incidence per ton estimates for the EGU sector in 2020, 2025, and 2030 respectively.

**Table 4A-2.  Summary of National and Regional PM$_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2020 (2011$)\***

| Pollutant | Discount Rate | National | Region | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| SO$_2$ | 3% | $38,000 to $86,000 | $40,000 to $90,000 | $7,800 to $18,000 | $160,000 to $360,000 |
| | 7% | $34,000 to $77,000 | $36,000 to $82,000 | $7,100 to $16,000 | $140,000 to $320,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | 3% | $140,000 to $320,000 | $140,000 to $320,000 | $56,000 to $130,000 | $280,000 to $640,000 |
| | 7% | $130,000 to $290,000 | $130,000 to $280,000 | $50,000 to $110,000 | $250,000 to $570,000 |
| Directly emitted PM$_{2.5}$ (Crustal) | 3% | $18,000 to $40,000 | $18,000 to $41,000 | $11,000 to $25,000 | $110,000 to $240,000 |
| | 7% | $16,000 to $36,000 | $16,000 to $37,000 | $10,000 to $23,000 | $95,000 to $220,000 |
| NOx (as PM$_{2.5}$) | 3% | $5,600 to $13,000 | $6,700 to $15,000 | $1,200 to $2,600 | $17,000 to $38,000 |
| | 7% | $5,000 to $11,000 | $6,000 to $14,000 | $1,000 to $2,400 | $15,000 to $34,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for PM$_{2.5}$. All estimates are rounded to two significant figures. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure. The monetized benefits incorporate the conversion from precursor emissions to ambient fine particles. The estimates do not include reduced health effects from direct exposure to ozone, NO$_2$, SO$_2$, ecosystem effects, or visibility impairment.

**Table 4A-3.  Summary of National and Regional PM$_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2025 (2011$)\***

| Pollutant | Discount Rate | National | Region | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| SO$_2$ | 3% | $41,000 to $93,000 | $44,000 to $98,000 | $8,800 to $20,000 | $180,000 to $410,000 |
| | 7% | $37,000 to $84,000 | $39,000 to $89,000 | $8,000 to $18,000 | $160,000 to $370,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | 3% | $150,000 to $350,000 | $150,000 to $340,000 | $64,000 to $140,000 | $320,000 to $720,000 |
| | 7% | $140,000 to $310,000 | $140,000 to $310,000 | $58,000 to $130,000 | $290,000 to $650,000 |
| Directly emitted PM$_{2.5}$ (Crustal) | 3% | $17,000 to $39,000 | $18,000 to $40,000 | $12,000 to $27,000 | $43,000 to $96,000 |
| | 7% | $15,000 to $35,000 | $16,000 to $36,000 | $11,000 to $24,000 | $38,000 to $87,000 |
| NOx (as PM$_{2.5}$) | 3% | $6,000 to $14,000 | $7,200 to $16,000 | $1,300 to $2,900 | $19,000 to $42,000 |
| | 7% | $5,400 to $12,000 | $6,500 to $15,000 | $1,200 to $2,600 | $17,000 to $38,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for PM$_{2.5}$. All estimates are rounded to two significant figures. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure. The monetized benefits incorporate the conversion from precursor emissions to ambient fine particles. The estimates do not include reduced health effects from direct exposure to ozone, NO$_2$, SO$_2$, ecosystem effects, or visibility impairment.

**Table 4A-4.  Summary of National and Regional PM$_{2.5}$ Benefit-per-Ton Estimates for EGUs in 2030 (2011$)***

| Pollutant | Discount Rate | National | Region | | |
|---|---|---|---|---|---|
| | | | East | West | California |
| SO$_2$ | 3% | $44,000 to $100,000 | $47,000 to $110,000 | $9,800 to $22,000 | $200,000 to $450,000 |
| | 7% | $40,000 to $90,000 | $42,000 to $95,000 | $8,800 to $20,000 | $180,000 to $410,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | 3% | $170,000 to $370,000 | $160,000 to $370,000 | $71,000 to $160,000 | $360,000 to $800,000 |
| | 7% | $150,000 to $340,000 | $150,000 to $330,000 | $64,000 to $150,000 | $320,000 to $730,000 |
| Directly emitted PM$_{2.5}$ (Crustal) | 3% | $18,000 to $42,000 | $19,000 to $43,000 | $13,000 to $30,000 | $47,000 to $110,000 |
| | 7% | $17,000 to $38,000 | $17,000 to $38,000 | $12,000 to $27,000 | $43,000 to $96,000 |
| NOx (as PM$_{2.5}$) | 3% | $6,400 to $14,000 | $7,600 to $17,000 | $1,400 to $3,200 | $21,000 to $42,000 |
| | 7% | $5,800 to $13,000 | $6,900 to $16,000 | $1,300 to $2,900 | $19,000 to $47,000 |

* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for PM$_{2.5}$. All estimates are rounded to two significant figures. All fine particles are assumed to have equivalent health effects, but the benefit per ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure. The monetized benefits incorporate the conversion from precursor emissions to ambient fine particles. The estimates do not include reduced health effects from direct exposure to ozone, NO$_2$, SO$_2$, ecosystem effects, or visibility impairment.

**Table 4A-5.  Summary of Regional PM$_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2020\***

| Health Endpoint | East | | | | West | | | | California | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal |
| Premature Mortality | | | | | | | | | | | | |
| Krewski et al. (2009) – adult | 0.004400 | 0.000730 | 0.015000 | 0.002000 | 0.000860 | 0.000130 | 0.006100 | 0.001200 | 0.017000 | 0.001800 | 0.031000 | 0.012000 |
| Lepeule et al. (2012) – adult | 0.009900 | 0.001700 | 0.035000 | 0.004500 | 0.001900 | 0.000290 | 0.014000 | 0.002800 | 0.039000 | 0.004100 | 0.070000 | 0.026000 |
| Woodruff et al. (1997) – infants | 0.000010 | 0.000002 | 0.000033 | 0.000004 | 0.000002 | 0.000000 | 0.000016 | 0.000003 | 0.000036 | 0.000004 | 0.000067 | 0.000025 |
| Morbidity | | | | | | | | | | | | |
| Emergency department visits for asthma | 0.002300 | 0.000410 | 0.008700 | 0.001000 | 0.000380 | 0.000055 | 0.002800 | 0.000520 | 0.008600 | 0.001000 | 0.016000 | 0.005900 |
| Acute bronchitis | 0.006300 | 0.001100 | 0.022000 | 0.002800 | 0.001600 | 0.000330 | 0.011000 | 0.002300 | 0.031000 | 0.003400 | 0.057000 | 0.021000 |
| Lower respiratory symptoms | 0.081000 | 0.014000 | 0.290000 | 0.036000 | 0.021000 | 0.004200 | 0.150000 | 0.029000 | 0.390000 | 0.044000 | 0.720000 | 0.270000 |
| Upper respiratory symptoms | 0.120000 | 0.020000 | 0.410000 | 0.051000 | 0.030000 | 0.006000 | 0.210000 | 0.042000 | 0.560000 | 0.062000 | 1.000000 | 0.390000 |
| Minor restricted-activity days | 3.200000 | 0.540000 | 11.000000 | 1.400000 | 0.780000 | 0.130000 | 5.400000 | 1.000000 | 16.00000 | 1.700000 | 29.00000 | 11.00000 |
| Lost work days | 0.540000 | 0.090000 | 1.900000 | 0.240000 | 0.130000 | 0.023000 | 0.910000 | 0.180000 | 2.700000 | 0.290000 | 4.900000 | 1.800000 |
| Asthma exacerbation | 0.290000 | 0.020000 | 0.420000 | 0.053000 | 0.074000 | 0.006200 | 0.220000 | 0.043000 | 1.400000 | 0.064000 | 1.100000 | 0.400000 |
| Hospital Admissions, Respiratory | 0.001300 | 0.000220 | 0.004500 | 0.000580 | 0.000190 | 0.000026 | 0.001400 | 0.000270 | 0.004100 | 0.000440 | 0.007400 | 0.002800 |
| Hospital Admissions, Cardiovascular | 0.001600 | 0.000270 | 0.005600 | 0.000720 | 0.000220 | 0.000032 | 0.001800 | 0.000340 | 0.005000 | 0.000520 | 0.009000 | 0.003400 |
| Non-fatal Heart Attacks (Peters) | 0.005000 | 0.000860 | 0.018000 | 0.002300 | 0.000810 | 0.000110 | 0.006000 | 0.001200 | 0.018000 | 0.001900 | 0.032000 | 0.012000 |
| Non-fatal Heart Attacks (All others) | 0.000550 | 0.000093 | 0.001900 | 0.000250 | 0.000087 | 0.000012 | 0.000640 | 0.000130 | 0.001900 | 0.000210 | 0.003400 | 0.001300 |

\* All estimates are rounded to two significant figures. All fine particles are assumed to have equivalent health effects, but the incidence-per-ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure. The incidence benefit-per-ton estimates incorporate the conversion from precursor emissions to ambient fine particles.

**Table 4A-6.  Summary of Regional PM$_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2025\***

| Health Endpoint | East | | | | West | | | | California | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal |
| Premature Mortality | | | | | | | | | | | | |
| Krewski et al. (2009) – adult | 0.004700 | 0.000770 | 0.016000 | 0.002100 | 0.000940 | 0.000140 | 0.006800 | 0.001400 | 0.019000 | 0.002000 | 0.034000 | 0.013000 |
| Lepeule et al. (2012) – adult | 0.011000 | 0.001700 | 0.037000 | 0.004800 | 0.002100 | 0.000310 | 0.015000 | 0.003100 | 0.043000 | 0.004500 | 0.077000 | 0.029000 |
| Woodruff et al. (1997) – infants | 0.000009 | 0.000001 | 0.000031 | 0.000004 | 0.000002 | 0.000000 | 0.000016 | 0.000003 | 0.000034 | 0.000004 | 0.000063 | 0.000024 |
| Morbidity | | | | | | | | | | | | |
| Emergency department visits for asthma | 0.002400 | 0.000420 | 0.009000 | 0.001100 | 0.000410 | 0.000059 | 0.003000 | 0.000560 | 0.009000 | 0.001000 | 0.016000 | 0.006100 |
| Acute bronchitis | 0.006600 | 0.001100 | 0.023000 | 0.002900 | 0.001700 | 0.000350 | 0.012000 | 0.002400 | 0.032000 | 0.003600 | 0.059000 | 0.022000 |
| Lower respiratory symptoms | 0.084000 | 0.014000 | 0.300000 | 0.037000 | 0.022000 | 0.004400 | 0.150000 | 0.031000 | 0.410000 | 0.046000 | 0.760000 | 0.290000 |
| Upper respiratory symptoms | 0.120000 | 0.020000 | 0.430000 | 0.053000 | 0.032000 | 0.006300 | 0.220000 | 0.044000 | 0.590000 | 0.065000 | 1.100000 | 0.410000 |
| Minor restricted-activity days | 3.200000 | 0.540000 | 12.000000 | 1.400000 | 0.820000 | 0.140000 | 5.700000 | 1.100000 | 16.00000 | 1.70000 | 30.00000 | 11.00000 |
| Lost work days | 0.550000 | 0.091000 | 2.000000 | 0.240000 | 0.140000 | 0.024000 | 0.970000 | 0.190000 | 2.700000 | 0.300000 | 5.000000 | 1.800000 |
| Asthma exacerbation | 0.300000 | 0.021000 | 0.440000 | 0.055000 | 0.078000 | 0.006500 | 0.230000 | 0.046000 | 1.400000 | 0.067000 | 1.100000 | 0.420000 |
| Hospital Admissions, Respiratory | 0.001400 | 0.000240 | 0.005000 | 0.000640 | 0.000220 | 0.000030 | 0.001600 | 0.000320 | 0.004800 | 0.000500 | 0.008500 | 0.003200 |
| Hospital Admissions, Cardiovascular | 0.001800 | 0.000290 | 0.006100 | 0.000780 | 0.000250 | 0.000036 | 0.002000 | 0.000390 | 0.005600 | 0.000580 | 0.010000 | 0.003800 |
| Non-fatal Heart Attacks (Peters) | 0.005500 | 0.000930 | 0.019000 | 0.002500 | 0.000910 | 0.000120 | 0.006800 | 0.001300 | 0.020000 | 0.002100 | 0.036000 | 0.013000 |
| Non-fatal Heart Attacks (All others) | 0.000600 | 0.000100 | 0.002100 | 0.000270 | 0.000098 | 0.000013 | 0.000730 | 0.000140 | 0.002200 | 0.000230 | 0.003900 | 0.001500 |

\* All estimates are rounded to two significant figures. All fine particles are assumed to have equivalent health effects, but the incidence-per-ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure. The incidence benefit-per-ton estimates incorporate the conversion from precursor emissions to ambient fine particles.

**Table 4A-7.  Summary of Regional PM$_{2.5}$ Incidence-per-Ton Estimates for EGUs in 2030***

| Health Endpoint | East | | | | West | | | | California | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal | SO$_2$ | NOx | EC+OC | Crustal |
| Premature Mortality | 0.005000 | 0.000810 | 0.017000 | 0.002300 | 0.001000 | 0.000150 | 0.007600 | 0.001500 | 0.021000 | 0.002200 | 0.038000 | 0.014000 |
|    Krewski et al. (2009) – adult | 0.011000 | 0.001800 | 0.040000 | 0.005100 | 0.002400 | 0.000340 | 0.017000 | 0.003400 | 0.048000 | 0.005000 | 0.086000 | 0.032000 |
|    Lepeule et al. (2012) – adult | 0.000009 | 0.000001 | 0.000030 | 0.000004 | 0.000002 | 0.000000 | 0.000015 | 0.000003 | 0.000032 | 0.000004 | 0.000060 | 0.000023 |
|    Woodruff et al. (1997) – infants | | | | | | | | | | | | |
| Morbidity | 0.002500 | 0.000430 | 0.009300 | 0.001100 | 0.000430 | 0.000062 | 0.003200 | 0.000600 | 0.009400 | 0.001100 | 0.017000 | 0.006400 |
|    Emergency department visits for asthma | 0.006800 | 0.001100 | 0.024000 | 0.003000 | 0.001800 | 0.000370 | 0.013000 | 0.002600 | 0.033000 | 0.003700 | 0.061000 | 0.023000 |
|    Acute bronchitis | 0.087000 | 0.014000 | 0.310000 | 0.038000 | 0.023000 | 0.004700 | 0.170000 | 0.033000 | 0.420000 | 0.047000 | 0.780000 | 0.300000 |
|    Lower respiratory symptoms | 0.130000 | 0.021000 | 0.440000 | 0.055000 | 0.034000 | 0.006700 | 0.240000 | 0.047000 | 0.610000 | 0.067000 | 1.100000 | 0.420000 |
|    Upper respiratory symptoms | 3.300000 | 0.540000 | 12.000000 | 1.500000 | 0.860000 | 0.150000 | 6.000000 | 1.200000 | 17.00000 | 1.800000 | 30.00000 | 11.00000 |
|    Minor restricted-activity days | 0.560000 | 0.092000 | 2.000000 | 0.250000 | 0.150000 | 0.025000 | 1.000000 | 0.200000 | 2.800000 | 0.300000 | 5.100000 | 1.900000 |
|    Lost work days | 0.310000 | 0.021000 | 0.460000 | 0.057000 | 0.082000 | 0.006900 | 0.240000 | 0.048000 | 1.500000 | 0.069000 | 1.200000 | 0.430000 |
|    Asthma exacerbation | 0.001600 | 0.000260 | 0.005500 | 0.000710 | 0.000250 | 0.000034 | 0.001800 | 0.000360 | 0.005500 | 0.000580 | 0.009900 | 0.003700 |
|    Hospital Admissions, Respiratory | 0.001900 | 0.000320 | 0.006700 | 0.000850 | 0.000280 | 0.000041 | 0.002300 | 0.000440 | 0.006400 | 0.000660 | 0.012000 | 0.004300 |
|    Hospital Admissions, Cardiovascular | 0.006000 | 0.001000 | 0.021000 | 0.002700 | 0.001000 | 0.000140 | 0.007700 | 0.001500 | 0.023000 | 0.002400 | 0.041000 | 0.015000 |
|    Non-fatal Heart Attacks (Peters) | 0.000660 | 0.000110 | 0.002300 | 0.000290 | 0.000110 | 0.000015 | 0.000830 | 0.000160 | 0.002500 | 0.000260 | 0.004400 | 0.001700 |
|    Non-fatal Heart Attacks (All others) | 0.005000 | 0.000810 | 0.017000 | 0.002300 | 0.001000 | 0.000150 | 0.007600 | 0.001500 | 0.021000 | 0.002200 | 0.038000 | 0.014000 |

\* All estimates are rounded to two significant figures.  All fine particles are assumed to have equivalent health effects, but the incidence-per-ton estimates vary depending on the location and magnitude of their impact on PM$_{2.5}$ levels, which drive population exposure.  The incidence benefit-per-ton estimates incorporate the conversion from precursor emissions to ambient fine particles.

**4A.4 Regional Ozone Benefit-per-Ton Estimates**

The process for generating the regional ozone benefit-per-ton estimates is consistent with the process for PM$_{2.5}$. The key difference is substituting the ozone impacts from EGUs in the sector modeling for the PM$_{2.5}$ impacts. We have not historically generated ozone benefit-per-ton estimates due to the complex non-linearity in the atmospheric response to changes in ozone precursor pollutants from different sectors in different geographic areas. However, for EGUs, we have increased confidence in the magnitude and location of ozone-season NOx emissions and ambient ozone concentrations attributable to these emissions. In addition, the sector modeling provides information regarding the total EGU contribution to ozone formation, which provides greater transferability than an air quality modeling scenario for a regulation that might include both increases and decreases in emissions in different locations. Figure 4A-6 provides the average ambient ozone concentrations from the EGU sector in the sector modeling for 2016.[119]

---

[119] The 2016 air quality modeling simulations do not reflect emission reductions anticipated from the EGU sector as a result of the recently promulgated MATS rule, and so may overstate the total ozone contribution from this sector. (Fann, Fulcher, and Baker (2013). However, the EGU contribution on a per-ton basis would likely be similar. Because the emission reductions in this RIA are calculated from an IPM base case that includes MATS (see Chapter 3), there is no double-counting concern with the resulting co-benefits estimates.



**Figure 4A-6.  Modeled Average Ozone Concentrations Attributable to EGUs in 2016 (Daily 8-hour maximum, May-September, in ppb)**

We assume that all of the ozone impacts from EGUs are attributable to NOx emissions. VOC emissions, which are also a precursor to ambient ozone formation, are insignificant from the EGU sector relative to NOx emissions from EGUs and the total VOC emissions inventory. Therefore, we believe that our assumption that EGU-attributable ozone formation at the regional-level is due to NOx alone is reasonable.

Similar to $PM_{2.5}$, this method provides estimates of the regional average benefit-per-ton. Due to the non-linear chemistry between NOx emissions and ambient ozone, using an average benefit-per-ton estimate for NOx adds uncertainty to the ozone co-benefits estimated for the proposed guidelines. Because most of the estimated co-benefits for the proposed guidelines are attributable to changes in ambient $PM_{2.5}$, the added uncertainty is likely to be small.

In the ozone co-benefits estimated in this RIA, we apply the benefit-per-ton estimates calculated using $NO_X$ emissions from U.S. EGUs during the ozone-season only (May to September). As shown in Table 4A-1, ozone-season NOx emissions from EGUs are approximately half of all-year $NO_X$ emissions. Because we estimate ozone health impacts from May to September only, this approach underestimates ozone co-benefits in areas with a longer

ozone seasons such as southern California and Texas. When the underestimated benefit-per-ton estimate is multiplied by ozone-season only NOx emission reductions, this results in an underestimate of the monetized ozone co-benefits. For illustrative purposes, Tables 4A-8 through 4A-10 provide the ozone benefit-per-ton estimates using both all-year NOx emissions and ozone-season only NOx for 2020, 2025, and 2030, respectively. Tables 4A-11 through 4A-13 provide the ozone season incidence-per-ton estimates for 2020, 2025, and 2030, respectively.

**Table 4A-8.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2020 (2011$)\***

| Ozone precursor Pollutant | National | Regional | | |
|---|---|---|---|---|
| | | East | West | California |
| Ozone season NOx | $3,800 to $16,000 | $4,600 to $19,000 | $930 to $4,000 | $7,400 to $31,000 |
| All-year NOx | $1,900 to $8,000 | $2,300 to $9,600 | $450 to $2,000 | $3,800 to $16,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for ozone. All estimates are rounded to two significant figures. The monetized benefits incorporate the conversion from NOx precursor emissions to ambient ozone.

**Table 4A-9.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2025 (2011$)\***

| Ozone precursor Pollutant | National | Regional | | |
|---|---|---|---|---|
| | | East | West | California |
| Ozone season NOx | $4,900 to $21,000 | $5,900 to $25,000 | $1,200 to $5,400 | $9,900 to $42,000 |
| All-year NOx | $2,500 to $11,000 | $3,000 to $13,000 | $650 to $2,800 | $5,200 to $22,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for ozone. All estimates are rounded to two significant figures. The monetized benefits incorporate the conversion from NOx precursor emissions to ambient ozone.

**Table 4A-10.  Summary of National and Regional Ozone Benefit-per-Ton Estimates for EGUs in 2030 (2011$)\***

| Ozone precursor Pollutant | National | Regional | | |
|---|---|---|---|---|
| | | East | West | California |
| Ozone season NOx | $5,300 to $23,000 | $6,300 to $27,000 | $1,400 to $6,000 | $11,000 to $47,000 |
| All-year NOx | $2,700 to $12,000 | $3,200 to $14,000 | $730 to $3,200 | $5,700 to $25,000 |

\* The range of estimates reflects the range of epidemiology studies for avoided premature mortality for ozone. All estimates are rounded to two significant figures. The monetized benefits incorporate the conversion from NOx precursor emissions to ambient ozone.

**Table 4A-11.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2020\***

| Health Endpoint | East | West | California |
|---|---|---|---|
| Premature Mortality – adult | | | |
| Bell et al. (2004) | 0.000260 | 0.000053 | 0.000420 |
| Levy et al. (2005) | 0.001200 | 0.000250 | 0.001900 |
| Morbidity | | | |
| Hospital Admissions, Respiratory (ages > 65) | 0.001600 | 0.000250 | 0.002200 |
| Hospital Admissions, Respiratory (ages < 2) | 0.000710 | 0.000220 | 0.001200 |
| Emergency Room Visits, Respiratory | 0.000840 | 0.000150 | 0.001300 |
| Acute Respiratory Symptoms | 1.500000 | 0.380000 | 3.000000 |
| School Loss Days | 0.510000 | 0.140000 | 1.000000 |

\* All estimates are rounded to two significant figures. The incidence benefit-per-ton estimates incorporate the conversion from NOx precursor emissions to ambient ozone. These estimates reflect ozone-season NOx emissions.

**Table 4A-12.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2025\***

| Health Endpoint | East | West | California |
|---|---|---|---|
| Premature Mortality – adult | | | |
| Bell et al. (2004) | 0.000530 | 0.000110 | 0.000890 |
| Levy et al. (2005) | 0.002400 | 0.000520 | 0.004100 |
| Morbidity | | | |
| Hospital Admissions, Respiratory (ages > 65) | 0.003500 | 0.000590 | 0.004900 |
| Hospital Admissions, Respiratory (ages < 2) | 0.001400 | 0.000440 | 0.002300 |
| Emergency Room Visits, Respiratory | 0.001700 | 0.000300 | 0.002700 |
| Acute Respiratory Symptoms | 3.000000 | 0.770000 | 5.900000 |
| School Loss Days | 1.000000 | 0.290000 | 2.100000 |

\* All estimates are rounded to two significant figures. The incidence benefit-per-ton estimates incorporate the conversion from NOx precursor emissions to ambient ozone. These estimates reflect ozone-season NOx emissions.

**Table 4A-13.  Summary of Regional Ozone Incidence-per-Ton Estimates for EGUs in 2030\***

| Health Endpoint | East | West | California |
|---|---|---|---|
| Premature Mortality – adult | | | |
| Bell et al. (2004) | 0.000570 | 0.000130 | 0.001000 |
| Levy et al. (2005) | 0.002600 | 0.000580 | 0.004500 |
| Morbidity | | | |
| Hospital Admissions, Respiratory (ages > 65) | 0.004000 | 0.000690 | 0.005900 |
| Hospital Admissions, Respiratory (ages < 2) | 0.001400 | 0.000460 | 0.002400 |
| Emergency Room Visits, Respiratory | 0.001800 | 0.000320 | 0.002800 |
| Acute Respiratory Symptoms | 3.000000 | 0.810000 | 6.000000 |
| School Loss Days | 1.100000 | 0.310000 | 2.200000 |

\* All estimates are rounded to two significant figures. The incidence benefit-per-ton estimates incorporate the conversion from NOx precursor emissions to ambient ozone. These estimates reflect ozone-season NOx emissions.

**4A.5  Evaluating the Benefit-per-Ton Estimates**

In this section, we provide information that can be used to evaluate the regional benefit-per-ton estimates and provide some characterization of the uncertainty inherent in these estimates relative to benefits estimated using scenario-specific air quality modeling. First, we evaluated how well the spatial distribution of emissions underlying the regional benefit-per-ton estimates match the spatial distribution of the emissions for the illustrative compliance scenarios for the proposed guidelines. Second, we evaluated how well the national and regional benefit-per-ton estimates predicted modeled benefits estimated for MATS (U.S. EPA, 2011b) and CSAPR (U.S. EPA, 2011c).

For the first evaluation, we provide graphs of the EGU emissions in each state in the sector modeling base case used to generate the regional benefit-per-ton estimates and the emissions in the IPM base case for this RIA, as shown in Figures 4A-7 through 4A-9. It is important to note that these graphs do not show the emission reductions anticipated from implementation of the proposed guidelines. Rather, these graphs illustrate the similarities and differences in the spatial distribution of the emissions from the EGU sector from the different base cases in order to evaluate the potential uncertainty associated with using the benefit-per-ton estimates to estimate the health co-benefits of the proposed guidelines. As noted in section 4A-2 above, the sector modeling base case does not reflect emission reductions anticipated from the EGU sector as a result of the recently promulgated MATS rule,[120] but the IPM base case does reflect those emission reductions. Even though the sector modeling has substantially more $SO_2$ emissions from EGUs (3.8 million tons in 2016 vs. 1.5 million tons in 2020), the spatial distribution is relatively similar across states and thus the resulting benefit-per-ton would likely be similar. Therefore, we would not expect this difference to have a substantial effect on the resulting co-benefits estimated for the proposed guidelines. Base case emissions for annual NOx and ozone-season NOx are also reasonably similar.

---

[120] See Figure 5C-1 from the MATS RIA (U.S. EPA, 2011b) for more information regarding the state-level $SO_2$ emission reductions anticipated from MATS.



Figure 4A-7. Comparison of Base Case SO₂ Emissions in 2020

4A-21



**Figure 4A-8.  Comparison of Base Case Annual NOx Emissions in 2020**



**Figure 4A-9.  Comparison of Base Case Ozone-season NOx Emissions in 2020**

For the second evaluation, we used the national and regional benefit-per-ton estimates to estimate the modeled sulfate benefits estimated for MATS and CSAPR.[121] We focused on sulfate because the vast majority of $PM_{2.5}$ benefits for both rules were from reductions in ambient sulfate. We found that the national benefit-per-ton estimates overestimated the modeled CSAPR benefits by 7 percent and the MATS benefits by 33 percent. The regional benefit-per-ton estimates overestimated the CSAPR benefits by 14 percent and MATS benefits by 29 percent. This evaluation shows that the national and regional benefit-per-ton estimates perform reasonably well, with a slight overestimate, but this does not mean that the co-benefits estimated for the proposed guidelines would necessarily be within a similar range.

We also evaluated whether available modeling information could be used to generate reliable state-level benefit-per-ton estimates for $PM_{2.5}$.[122] In general, we would expect state-level estimates to better reflect the spatial differences in emission reductions and associated health impacts across scenarios than regional estimates, which implicitly assume a constant percentage of emission reductions across the region. Varying percentage reductions across states are further magnified by spatial differences in population density, base case health incidence rates, air quality response, and interstate pollution transport.

We tested several methods for generating state-level benefit-per-ton estimates. The method that performed best used state-by-state contribution modeling in the Eastern U.S. conducted for CSAPR (U.S. EPA, 2011a) to adjust the regional benefit-per-ton estimates for the EGU sector. Although the CSAPR modeling is the best available for estimating state-level benefit-per-ton estimates, it zeroed-out all anthropogenic emission sources within a state rather than just zeroing-out the emissions from the EGU sector alone. Currently, we do not have air quality modeling that provides information regarding the $PM_{2.5}$ response to EGU only emissions for each state separately. We evaluated the performance of the state-level estimates by comparing the modeled benefits for two previous rulemakings (i.e., CSAPR and MATS) to the

---

[121] The benefits analyses for both the MATS and CSAPR RIAs relied on benefit-per-ton estimates generated from similar policy-specific air quality modeling conducted specifically for those rulemakings. For this evaluation, we compared the benefits estimated from the air quality modeling, not the benefits estimated for the final rules in the RIA generated using the benefit-per-ton estimates for those rulemakings.

[122] We did not attempt to generate state-level ozone benefit-per-ton estimates due to inter-state transport, complex atmospheric chemistry, and localized impacts from VOC emissions.

benefits estimated using state-level benefit-per-ton. When we evaluated the state-level estimates in the same manner as the national and regional estimates, we found that the state-level estimates performed similarly, in general, to the regional estimates for estimating total national benefits but were unreliable in estimating the benefits that would accrue to each state. In addition, because the spatial differences in emission reductions between the options evaluated in this RIA are small, using the state-level estimates did not make a difference in the relative co-benefits across options.

## 4A.6 References

Abt Associates, Inc. 2010. "User's Guide: Modeled Attainment Test Software." Available at: <http://www.epa.gov/scram001/modelingapps_mats.htm>.

Abt Associates, Inc. 2012. "BenMAP User's Manual Appendices," prepared for U.S. Research Triangle Park, NC: U. S. Environmental Protection Agency, Office of Air Quality Planning and Standards. Available at: <http://www.epa.gov/air/benmap/models/BenMAPAppendicesOct2012.pdf>.

Bell, M.L., et al. 2004. "Ozone and Short-Term Mortality in 95 U.S. Urban Communities, 1987-2000." *Journal of the American Medical Association,* 292(19): pp. 2372-8.

Bell, M.L.; F. Dominici and J.M. Samet. 2005. "A Meta-Analysis of Time-Series Studies of Ozone and Mortality with Comparison to the National Morbidity, Mortality, and Air Pollution Study." *Epidemiology.* 16(4): pp. 436-45.

Fann, N.; C.M. Fulcher and B.J. Hubbell. 2009. "The Influence of Location, Source, and Emission Type in Estimates of the Human Health Benefits of Reducing a Ton of Air Pollution." *Air Quality and Atmospheric Health,* 2:169–176.

Fann, N.; K.R. Baker and C.M. Fulcher. 2012. "Characterizing the $PM_{2.5}$-Related Health Benefits of Emission Reductions for 17 Industrial, Area and Mobile Emission Sectors Across the U.S." *Environment International,* 49 41–151.

Fann, N.; K.R. Baker and C.M. Fulcher. 2013. "The Recent and Future Health Burden of Air Pollution Apportioned Across 23 U.S. Sectors." *Environmental Scientific Techno*logy, 47 (8) (2013), pp. 3580–3589.

Huang Y.; F. Dominici and M. Bell. 2005. "Bayesian Hierarchical Distributed Lag Models for Summer Ozone Exposure and Cardio-Respiratory Mortality." *Environmetrics*, 16, 547-562.

Ito, K.; S.F. De Leon and M. Lippmann. 2005. "Associations Between Ozone and Daily Mortality: Analysis and Meta-Analysis." *Epidemiology*, 16(4): p. 446-57.

Krewski D.; M. Jerrett; R.T. Burnett; R. Ma; E. Hughes; Y. Shi, et al. 2009. *Extended Follow-Up and Spatial Analysis of the American Cancer Society Study Linking Particulate Air Pollution and Mortality.* HEI Research Report, 140, Health Effects Institute, Boston, MA.

Lepeule, J.; F. Laden; D. Dockery and J. Schwartz. 2012. "Chronic Exposure to Fine Particles and Mortality: An Extended Follow-Up of the Harvard Six Cities Study from 1974 to 2009." *Environmental Health Perspective,* Jul; 120(7):965-70.

Levy, J.I.; S.M. Chemerynski and J.A. Sarnat. 2005. "Ozone Exposure and Mortality: An Empiric Bayes Metaregression Analysis." *Epidemiology,* 16(4): pp. 458-68.

Roman, H.A.; K. D. Walker; T. L. Walsh; L. Conner; H. M. Richmond; B. J. Hubbell and P. L. Kinney. 2008. "Expert Judgment Assessment of the Mortality Impact of Changes in Ambient Fine Particulate Matter in the U.S." *Environmental Scientific Technology*, 42(7):2268-2274.

Schwartz, J. 2005. "How Sensitive is the Association Between Ozone and Daily Deaths to Control for Temperature?" *American Journal of Respiratory and Critical Care Medicine,* Vol. 171 (6): 627-31.

U.S. Environmental Protection Agency. 1998. *Regulatory Impact Analysis for the NOx SIP Call, FIP, and Section 126 Petitions. (EPA document number* EPA-452/R-98-003). Available at: <http://http://www.epa.gov/ttn/oarpg/otag/sipriav2.zip>.

U.S. EPA. 2005. "2005 National Emissions Inventory Data & Documentation." Available at: <http://www.epa.gov/ttnchie1/net/2005inventory.html>.

U.S. EPA. 2010. *Regulatory Impact Analysis for the Proposed Federal Transport Rule.* (EPA document number EPA-HQ-OAR-2009-0491). Research Triangle Park, NC. Available at: <http://www.epa.gov/ttn/ecas/regdata/RIAs/proposaltrria_final.pdf>.

U.S. EPA. 2011a. "Air Quality Modeling Final Rule Technical Support Document [Cross-State Rule]." Research Triangle Park, NC: Office of Air Quality Planning and Standards, Air Quality Assessment Division, June. Available on the Internet at: <http://www.epa.gov/crossstaterule/pdfs/AQModeling.pdf >.

U.S. EPA. 2011b. *Regulatory Impact Analysis for the Final Mercury and Air Toxics Standards.* Research Triangle Park, NC: Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. (EPA document number EPA-452/R-11-011, December). Available at <http://www.epa.gov/ttn/ecas/regdata/RIAs/matsriafinal.pdf>.

U.S. EPA. 2011c. "Regulatory Impact Analysis (RIA) for the Final Transport Rule." Research Triangle Park: Office of Air and Radiation, July. Available at: <http://www.epa.gov/airtransport/pdfs/FinalRIA.pdf>.

U.S. EPA. 2011d. "Air Quality Modeling Technical Support Document: Source Sector Assessments." Research Triangle Park, NC. Available at: <http://www.epa.gov/scram001/reports/EPA454_R11_006.pdf>.

U.S. EPA. 2012a. "Regulatory Impact Analysis for the Final Revisions to the National Ambient Air Quality Standards for Particulate Matter." Research Triangle Park, NC: Office of Air Quality Planning and Standards, Health and Environmental Impacts Division. (EPA document number EPA-452/R-12-003, December). Available at: <http://www.epa.gov/pm/2012/finalria.pdf>.

U.S. EPA. 2013a. "Technical Support Document: Estimating the Benefit per Ton of Reducing $PM_{2.5}$ Precursors from 17 Sectors." Research Triangle Park, NC: Office of Air Quality Planning and Standards, February. Available at: <http://www.epa.gov/airquality/benmap/models/Source_Apportionment_BPT_TSD_1_31_13.pdf>.

U.S. EPA. 2013b. Integrated Science Assessment of Ozone and Related Photochemical Oxidants (Final Report). Washington, DC: U.S. Environmental Protection Agency. (EPA document number EPA/600/R-10/076F). Available at: <http://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=247492#Download>.

# CHAPTER 5: ECONOMIC IMPACTS – MARKETS OUTSIDE THE ELECTRICITY SECTOR

## 5.1 Introduction

The energy sector impacts presented in Chapter 3 of this regulatory impact analysis (RIA) include projected changes in the prices for electricity, natural gas, and coal resulting from the proposed Electric Utility Generating Unit (EGU) Existing Source Greenhouse Gas (GHG) Guidelines. This chapter addresses the impact of these changes on other markets and discusses some of the determinants of the magnitude of these impacts.

Under the proposed EGU Existing Source GHG Guidelines states are not required to use any of the measures that the EPA determines constitute BSER, or use those measures to the same degree of stringency that the EPA determines is achievable at reasonable cost; rather, CAA section 111(d) allows each state to determine the appropriate combination of, and the extent of its reliance on, measures for its state plan, by way of meeting its state-specific goal. Given the flexibilities afforded states in complying with the emission guidelines, the benefits, cost and economic impacts reported in this RIA are illustrative of compliance actions states may take. The compliance approaches adopted by the states will ultimately drive the magnitude and timing of impacts on the prices of electricity, natural gas, and coal and in turn other markets that use these commodities in the production process. The flexibility afforded to states by the Clean Air Act also allows them to adopt programs which include design elements that may mitigate or promote particular impacts based on their priorities. For example, states in the Regional Greenhouse Gas Initiative use the revenues from allowance auctions to support direct bill assistance for retail consumers, fund investments in clean energy and electricity demand reduction for business consumers, and support employment in the development of clean and renewable energy technologies. In its recent regulations to limit GHG emissions, California's Air Resources Board designated a portion of allowances to be allocated to electric distribution companies for the purpose of mitigating electricity rate increases and their associated impacts. Other states may choose to comply with particularly robust deployment of renewables, energy efficiency, or natural gas in order to promote manufacturing demand or employment in those sectors. For example, energy efficiency investments may be targeted towards reducing both electricity consumption and natural gas or heating oil consumption, such as weatherization projects. The

composition of these programs will influence the effects of the state's compliance with the proposed rulemaking.

To support the Transport Rule proposed in the summer of 2010, among other rulemakings, the EPA used the Economic Model for Policy Analysis (EMPAX) to estimate the effect of impacts projected by the Integrated Planning Model (IPM) on markets outside the electricity sector. EMPAX is a dynamic computable general equilibrium (CGE) model that forecasts a new equilibrium for the entire economy after a policy intervention. While the external Council on Clean Air Compliance Analysis (Council) peer review of this study stated that inclusion of benefits in an economy-wide model, specifically adapted for use in that study, "represent[ed] a significant step forward in benefit-cost analysis," EPA recognizes that serious technical challenges remain when attempting to evaluate the benefits and costs of potential regulatory actions using economy-wide models.  Consistent with the Council's advice regarding the importance of including benefit-side effects demonstrated by the 1990 to 2020 Clean Air Act study, and the lack of available multi-year air quality projections needed to include these benefit-side effects, EPA has not conducted CGE modeling for this proposal.

However, the EPA recognizes that serious technical challenges remain when attempting to evaluate the impacts of potential regulatory actions using economy-wide models. The EPA is therefore establishing a new Science Advisory Board (SAB) panel on economy-wide modeling to consider the technical merits and challenges of using this analytical tool to evaluate costs, benefits, and economic impacts in regulatory development. The EPA will use the recommendations and advice of this panel as an input into its process for improving benefit-cost and economic impact analyses that are used to inform decision-making at the agency. The panel will also be asked to identify potential paths forward for improvements that could address the challenges posed when economy-wide models are used to evaluate the effects of regulations.

The advice from the Science Advisory Board (SAB) panel formed specifically to address the subject of economy-wide modeling will not be available in time for this proposal. Given the ongoing SAB panel on economy-wide modeling, the uncertain nature of the ultimate energy price impacts due to the compliance flexibility for states, and the ongoing challenges of accurately representing costs, energy efficiency savings and economic benefits in economy-wide modeling, this chapter proceeds by presenting the energy impacts associated with the illustrative

scenarios analyzed in Chapter 3. This chapter then presents a qualitative discussion of the factors that will, in part, determine the timing and magnitude of effects in other markets.

## 5.2 Summary of Secondary Market Impacts of Energy Price Changes

Electricity, natural gas, and coal are important inputs to the production of other goods and services. Therefore, changes in the price of these commodities will shift the production costs for sectors that use electricity, natural gas, and coal in the production of other goods and services. Such changes in production costs may lead to changes in the quantities and/or prices of the goods or services produced and changes in imports and exports. We refer to these changes as secondary market impacts.

The EPA used IPM to estimate electricity, natural gas, and coal price changes based on the illustrative compliance approaches modeled for this proposal. IPM is a multi-regional, dynamic, deterministic linear programming model of the U.S. electric power sector that is described in more detail in Chapter 3. The prices are average prices weighted by the amount used. Table 5-1 shows these estimated price changes. For other results generated by IPM, please refer to Chapter 3.

There are many factors influencing the projected natural gas prices. Firstly, as discussed in Chapter 3, there are key differences between the two regulatory options (both stringency and over time). Second, IPM (and its integrated gas resource and supply module) will develop natural gas reserves and bring to market appropriate natural gas supplies based on a multitude of factors. Since the model simulates perfect foresight, it anticipates future demand for natural gas and respond accordingly. In addition, IPM (and the natural gas module) are viewing a very long time horizon (through 2050, longer than the compliance timeframe), such that the impacts in certain years may be responsive to other modeling assumptions or drivers. The modeling framework is simultaneously solving for all of these key market and policy parameters (both electric and natural gas), resulting in the impacts shown. For more information on the modeling framework see http://www.epa.gov/airmarkt/progsregs/epa-ipm/BaseCasev513.html.

**Table 5-1.  Estimated Percentage Changes in Average Energy Prices, by Energy Type and Regulatory Option**

| Option 1 Regional Compliance | 2020 | 2025 | 2030 |
|---|---|---|---|
| Electricity Price Change | 5.9% | 2.7% | 2.7% |
| Delivered Natural Gas Price Change | 9.3% | -3.3% | -0.9% |
| Delivered Coal Price Change | -16.3% | -18.3% | -18.1% |
| Option 2 Regional Compliance | 2020 | 2025 | 2030 |
| Electricity Price Change | 3.6% | 2.4% | n/a |
| Delivered  Natural Gas Price Change | 7.5% | 0.2% | n/a |
| Delivered Coal Price Change | -13.8% | -14.4% | n/a |
| Option 1 State Compliance: | 2020 | 2025 | 2030 |
| Electricity Price Change | 6.5% | 2.9% | 3.1% |
| Delivered Natural Gas Price Change | 11.5% | -3.5% | 0.0% |
| Delivered Coal Price Change | -16.5% | -17.9% | -18.2% |
| Option 2 State Compliance | 2020 | 2025 | 2030 |
| Electricity Price Change | 4.0% | 2.7% | n/a |
| Delivered Natural Gas Price Change | 8.1% | 0.8% | n/a |
| Delivered Coal Price Change | -13.6% | -14.1% | n/a |

For options and years when the price of electricity, natural gas, or coal increased, one would expect decreases in production and increases in market prices in sectors for which these commodities are inputs, ceteris paribus. Conversely, in options and years when prices of these inputs decreased, one would expect increases in production and decreases in market prices within these sectors. Smaller changes in input price changes are assumed to lead to smaller impacts within secondary markets. However, a number of factors in addition to the magnitude and sign of the energy price changes, influence the magnitude of the impact on production and market prices for sectors using electricity, natural gas, or coal as inputs to production. These factors are discussed below.

### 5.2.1 Share of Total Production Costs

The impact of energy price changes in a particular sector depends, in part, on the share of total production costs attributable to those commodities. For sectors in which the directly affected inputs are only a small portion of production costs, the impact will be smaller than for sectors in which these inputs make up a greater portion of total production costs. Therefore more energy-intensive sectors would potentially experience greater cost increases when electricity, natural gas, or coal prices increase, but would also experience greater savings when these input

prices decrease.[123]

### 5.2.2 Ability to Substitute between Inputs to the Production Process

The ease with which producers are able to substitute other inputs for electricity, natural gas, or coal, or even amongst those commodities, influences the impact of price changes for these inputs. Those sectors with a greater ability to substitute across energy inputs or to other inputs will be able to, at least partially, offset the increased cost of these inputs resulting in smaller market impacts. Similarly, when prices for electricity, natural gas, or coal decrease, some sectors may choose to use more of these inputs in place of other more costly substitutes.

### 5.2.3 Availability of Substitute Goods and Services

The ability of producers in sectors experiencing changes in their input prices to pass along the increased costs to their customers in the form of higher prices for their products depends, in part, on the availability of substitutes for the sectors' products. Substitutes may either be other domestic products or foreign imports. If close substitutes exist, the demand for the product will in general be more elastic and the producers will be less able to pass on the added cost through a price increase.

Such substitution can also take place between foreign and domestic goods within the same sector. Changes in the price of electricity, natural gas, and coal can influence the quantities of goods imported or exported from sectors using these inputs. When the cost of domestic production increases due to more expensive inputs, imports may increase as consumers substitute towards relatively less costly foreign-produced goods. If imports increase as a result of a regulation and those imports come from countries with fewer emission controls, this can result in foreign emission increases that offset some portion of domestic decreases, an effect commonly referred to as "leakage." The potential for leakage is noteworthy for global pollutants such as carbon dioxide ($CO_2$) and other GHG emissions. Unlike most criteria pollutants and hazardous air pollutants, the impacts of $CO_2$ emissions are not affected by the location from which those

---

[123] The net direct effect of this rulemaking on the production costs of a sector that is attributable to a change in the electricity price also depends on the expenditures the sector makes to reduce its demand for electricity under any energy efficiency program that was adopted to achieve a state goal. That said, those expenditures may lead to other reduced expenditures for the sector, such as reduced natural gas use from weatherization projects.

emissions originate. EPA does not anticipate significant leakage in the EGU sector to occur from this regulation because the nature of electricity transmission does not lend itself to significant imports or exports of electricity.

## 5.3 Conclusions

Changes in the price of electricity, natural gas, and coal can impact markets for goods and services produced by sectors that use these energy inputs in the production process. The direction and magnitude of these impacts is influenced by a number of factors. Changes in cost of production may lead to changes in price, quantity produced, and profitability of firms within secondary markets. If regulation results in changes in domestic markets that lead to an increase in imports, increases in production in countries with more energy-intensive production may lead to emissions leakage.

## CHAPTER 6: EMPLOYMENT IMPACT ANALYSIS

### 6.1 Introduction

Executive Order 13563 directs federal agencies to consider regulatory impacts on job creation and employment. According to the Executive Order, "our regulatory system must protect public health, welfare, safety, and our environment while promoting economic growth, innovation, competitiveness, and job creation. It must be based on the best available science" (Executive Order 13563, 2011). Although standard benefit-cost analyses have not typically included a separate analysis of regulation-induced employment impacts,[124] during periods of sustained high unemployment, employment impacts are of particular concern and questions may arise about their existence and magnitude. The chapter discusses and projects potential employment impacts of the Proposed Electric Generating Unit Greenhouse Gas (EGU GHG) Existing Source Guidelines for the electric power industry, coal and natural gas production, and demand-side energy efficiency.

Section 6.2 presents the overview of the guidelines and a general description of the associated building block framework. Section 6.3 describes the theoretical framework used to analyze regulation-induced employment impacts, discussing how economic theory alone cannot predict whether such impacts are positive or negative. Section 6.4 presents an overview of the peer-reviewed literature relevant to evaluating the effect of environmental regulation on employment. Section 6.5 provides background regarding recent employment trends in the electricity generation, coal and natural gas extraction, renewable energy, and demand-side energy efficiency-related sectors. Section 6.6 presents the EPA's quantitative projections of potential employment impacts in these sectors. These projections are based in part on a detailed model of the electricity production sectors used for this regulatory analysis. Additionally, this section discusses projected employment impacts due to demand-side energy efficiency activities. Section 6.7 offers several conclusions.

---

[124] Labor expenses do, however, contribute toward total costs in the EPA's standard benefit-cost analyses.

## 6.2 Overview of the Proposed EGU GHG Existing Source Guidelines

The EPA is proposing emission guidelines for states to use in developing plans to address greenhouse gas emissions from existing fossil fuel-fired EGUs. Specifically, EPA is proposing state-specific rate-based goals for carbon dioxide ($CO_2$) emissions from the power sector, as well as emission guidelines for states to use in developing plans to attain the state-specific goals. The guidelines, as proposed, will lower carbon intensity of power generation in the United States. Under the Clean Air Act (CAA) section 111(d), state plans must establish standards of performance that reflect the degree of emission limitation achievable through the application of the "best system of emission reduction" (BSER) that, taking into account the cost of achieving such reductions and non-air quality health and environmental impact and energy requirements, the Administrator determines has been adequately demonstrated. Consistent with CAA section 111(d), this proposed rule contains state-specific goals that reflect the EPA's calculation of emission reductions that a state can achieve through the cost-effective application of BSER. The EPA is using four building blocks as a basis to determine state-specific goals.

### 6.2.1 Determining State Goals Utilizing the Four Building Blocks

In proposing state goals, EPA is applying the following four building blocks. Each represents a demonstrated approach to improving the GHG performance of existing EGUs in the power sector:[125]

1. Reducing the carbon intensity of generation at individual affected EGUs through heat rate improvements.

2. Reducing emissions from the most carbon-intensive affected EGUs in the amount that results from substituting generation at those EGUs with generation from less carbon-intensive affected EGUs (including natural gas combined cycle [NGCC] units under construction).

---

[125] Refer to Chapter 3 for information regarding estimates of emissions reductions achievable by each building block and the determination of state-specific goals.

6-2

3. Reducing emissions from affected EGUs in the amount that results from substituting generation at those EGUs with expanded low- or zero-carbon generation.

4. Reducing emissions from affected EGUs in the amount that results from the use of demand-side energy efficiency that reduces the amount of generation required.

## 6.3 Economic Theory and Employment

Regulatory employment impacts are difficult to disentangle from other economic changes affecting employment decisions over time and across regions and industries. Labor market responses to regulation are complex. They depend on labor demand and supply elasticities and possible labor market imperfections (e.g., wage stickiness, long-term unemployment, etc). The unit of measurement (e.g., number of jobs, types of job hours worked, and earnings) may affect observability of that response. Net employment impacts are composed of a mix of potential declines and gains in different areas of the economy (e.g., the directly regulated sector, upstream and downstream sectors, etc.) over time. In light of these difficulties, economic theory provides a constructive framework for analysis.

Microeconomic theory describes how firms adjust their use of inputs in response to changes in economic conditions.[126] Labor is one of many inputs to production, along with capital, energy, and materials. In competitive markets, firms choose inputs and outputs to maximize profit as a function of market prices and technological constraints.[127,128]

Berman and Bui (2001) and Morgenstern, Pizer, and Shih (2002) adapt this model to analyze how environmental regulations affect labor demand.[129] They model environmental regulation as effectively requiring certain factors of production, such as pollution abatement capital, at levels that firms would not otherwise choose.

---

[126] See Layard and Walters (1978), a standard microeconomic theory textbook, for a discussion, in Chapter 9.

[127] See Hamermesh (1993), Ch. 2, for a derivation of the firm's labor demand function from cost-minimization.

[128] In this framework, labor demand is a function of quantity of output and prices (of both outputs and inputs).

[129] Berman and Bui (2001) and Morgenstern, Pizer, and Shih (2002) use a cost-minimization framework, which is a special case of profit-maximization with fixed output quantities.

Berman and Bui (2001, pp. 274-75) model two components that drive changes in firm-level labor demand: output effects and substitution effects.[130] Regulation affects the profit-maximizing quantity of output by changing the marginal cost of production. If regulation causes marginal cost to increase, it will place upward pressure on output prices, leading to a decrease in demand, and resulting in a decrease in production. The output effect describes how, holding labor intensity constant, a decrease in production causes a decrease in labor demand. As noted by Berman and Bui, although many assume that regulation increases marginal cost, it need not be the case. A regulation could induce a firm to upgrade to less polluting and more efficient equipment that lowers marginal production costs. In such a case, output could increase. For example, in the context of the current rule, improving the heat rate of utility boiler increases fuel efficiency, lowering marginal production costs, and thereby potentially increasing the boiler's generation. An unregulated profit-maximizing firm may not have chosen to install such an efficiency-improving technology if the investment cost were too high.

The substitution effect describes how, holding output constant, regulation affects labor-intensity of production. Although increased environmental regulation may increase use of pollution control equipment and energy to operate that equipment, the impact on labor demand is ambiguous. For example, equipment inspection requirements, specialized waste handling, or pollution technologies that alter the production process may affect the number of workers necessary to produce a unit of output. Berman and Bui (2001) model the substitution effect as the effect of regulation on pollution control equipment and expenditures required by the regulation and the corresponding change in labor-intensity of production.

In summary, as output and substitution effects may be positive or negative, theory alone cannot predict the direction of the net effect of regulation on labor demand at the level of the regulated firm. Operating within the bounds of standard economic theory, however, empirical estimation of net employment effects on regulated firms is possible when data and methods of sufficient detail and quality are available. The literature, however, illustrates difficulties with

---

[130] The authors also discuss a third component, the impact of regulation on factor prices, but conclude that this effect is unlikely to be important for large competitive factor markets, such as labor and capital. Morgenstern, Pizer and Shih (2002) use a very similar model, but they break the employment effect into three parts: 1) a demand effect; 2) a cost effect; and 3) a factor-shift effect.

empirical estimation. For example, studies sometimes rely on confidential plant-level employment data from the U.S. Census Bureau, possibly combined with pollution abatement expenditure data that are too dated to be reliably informative. In addition, the most commonly used empirical methods do not permit estimation of net effects.

The conceptual framework described thus far focused on regulatory effects on plant-level decisions within a regulated industry. Employment impacts at an individual plant do not necessarily represent impacts for the sector as a whole. The approach must be modified when applied at the industry level.

At the industry-level, labor demand is more responsive if: (1) the price elasticity of demand for the product is high, (2) other factors of production can be easily substituted for labor, (3) the supply of other factors is highly elastic, or (4) labor costs are a large share of total production costs.[131] For example, if all firms in an industry are faced with the same regulatory compliance costs and product demand is inelastic, then industry output may not change much, and output of individual firms may change slightly.[132] In this case, the output effect may be small, while the substitution effect depends on input substitutability. Suppose, for example, that new equipment for heat rate improvements requires labor to install and operate. In this case, the substitution effect may be positive, and with a small output effect, the total effect may be positive. As with potential effects for an individual firm, theory cannot determine the sign or magnitude of industry-level regulatory effects on labor demand. Determining these signs and magnitudes requires additional sector-specific empirical study. For environmental rules, much of the data needed for these empirical studies is not publicly available, would require significant time and resources in order to access confidential U.S. Census data for research, and also would not be necessary for other components of a typical Regulatory Impact Analysis (RIA).

In addition to changes to labor demand in the regulated industry, net employment impacts encompass changes in other related sectors. For example, the proposed guidelines may increase demand for heat rate improving equipment and services. This increased demand may increase

---

[131] See Ehrenberg & Smith, p. 108.

[132] This discussion draws from Berman and Bui (2001), pp. 293.

revenue and employment in the firms supporting this technology. At the same time, the regulated industry is purchasing the equipment, and these costs may impact labor demand at regulated firms. Therefore, it is important to consider the net effect of compliance actions on employment across multiple sectors or industries.

If the U.S. economy is at full employment, even a large-scale environmental regulation is unlikely to have a noticeable impact on aggregate net employment.[133] Instead, labor would primarily be reallocated from one productive use to another (e.g., from producing electricity or steel to producing high efficiency equipment), and net national employment effects from environmental regulation would be small and transitory (e.g., as workers move from one job to another).[134]

Affected sectors may experience transitory effects as workers change jobs. Some workers may retrain or relocate in anticipation of new requirements or require time to search for new jobs, while shortages in some sectors or regions could bid up wages to attract workers. These adjustment costs can lead to local labor disruptions. Although the net change in the national workforce is expected to be small, localized reductions in employment may adversely impact individuals and communities just as localized increases may have positive impacts.

If the economy is operating at less than full employment, economic theory does not clearly indicate the direction or magnitude of the net impact of environmental regulation on employment; it could cause either a short-run net increase or short-run net decrease (Schmalansee and Stavins, 2011). An important research question is how to accommodate unemployment as a structural feature in economic models. This feature may be important in assessing large-scale regulatory impacts on employment (Smith, 2012).

Environmental regulation may also affect labor supply. In particular, pollution and other environmental risks may impact labor productivity or employees' ability to work.[135] While the

---

[133] Full employment is a conceptual target for the economy where everyone who wants to work and is available to do so at prevailing wages is actively employed. The unemployment rate at full employment is not zero.

[134] Arrow et al. 1996; see discussion on bottom of p. 8. In practice, distributional impacts on individual workers can be important, as discussed in later paragraphs of this section.

[135] E.g. Graff Zivin and Neidell (2012).

theoretical framework for analyzing labor supply effects is analogous to that for labor demand, it is more difficult to study empirically. There is a small emerging literature described in the next section that uses detailed labor and environmental data to assess these impacts.

To summarize, economic theory provides a framework for analyzing the impacts of environmental regulation on employment. The net employment effect incorporates expected employment changes (both positive and negative) in the regulated sector and elsewhere. Labor demand impacts for regulated firms, and also for the regulated industry, can be decomposed into output and substitution effects which may be either negative or positive. Estimation of net employment effects for regulated sectors is possible when data of sufficient detail and quality are available. Finally, economic theory suggests that labor supply effects are also possible. In the next section, we discuss the empirical literature.

## 6.4 Current State of Knowledge Based on the Peer-Reviewed Literature

The labor economics literature contains an extensive body of peer-reviewed empirical work analyzing various aspects of labor demand, relying on the theoretical framework discussed in the preceding section.[136] This work focuses primarily on effects of employment policies such as labor taxes and minimum wages.[137] In contrast, the peer-reviewed empirical literature specifically estimating employment effects of environmental regulations is more limited.

Empirical studies, such as Berman and Bui (2001), suggest that net employment impacts were not statistically different from zero in the regulated sector. Other research suggests that more highly regulated counties may generate fewer jobs than less regulated ones (Greenstone, 2002). Environmental regulations may affect sectors that support pollution reduction earlier than the regulated industry. Rules are usually announced well in advance of their effective dates and then typically provide a period of time for firms to invest in technologies and process changes to meet the new requirements. When a regulation is promulgated, the initial response of firms is often to order pollution control equipment and services to enable compliance when the regulation

---

[136] Again, see Hamermesh (1993) for a detailed treatment.

[137] See Ehrenberg & Smith (2000), Chapter 4: "Employment Effects: Empirical Estimates" for a concise overview.

becomes effective. Estimates of short-term increases in demand for specialized labor within the environmental protection sector have been prepared for several EPA regulations in the past, including the Mercury and Air Toxics Standards (MATS).[138] Overall, the peer-reviewed literature does not contain evidence that environmental regulation has a large impact on net employment (either negative or positive) in the long run across the whole economy.

### 6.4.1 Regulated Sector

Berman and Bui (2001) examine how an increase in local air quality regulation affects manufacturing employment in the South Coast Air Quality Management District (SCAQMD), which includes Los Angeles and its suburbs. From 1979 to 1992, the SCAQMD enacted some of the country's most stringent air quality regulations. Using SCAQMD's local air quality regulations, Berman and Bui identify the effect of environmental regulations on net employment in regulated manufacturing industries relative to other plants in the same 4-digit standard industrial classification (SIC) industries but in regions not subject to local regulations.[139] The authors find that "while regulations do impose large costs, they have a limited effect on employment" (Berman and Bui, 2001, p. 269). Their conclusion is that local air quality regulation "probably increased labor demand slightly" but that "the employment effects of both compliance and increased stringency are fairly precisely estimated zeros, even when exit and dissuaded entry effects are included" (Berman and Bui, 2001, p. 269).[140]

The few studies in peer-reviewed journals evaluating employment impacts of policies that reduce $CO_2$ emissions in the electric power generation sector are in the European context. In a sample of 419 German firms, 13 percent of which were in the electricity sector, Anger and Oberndorfer (2008) find that the initial allocation of emission permits did not significantly affect employment growth in the first year of the Eurpoean Union (EU) Emissions Trading Scheme (ETS). Examining European firms from 1996-2007, Commins et al. (2011) find that a 1 percent

---

[138] U.S. EPA (2011b).

[139] Berman and Bui include over 40 4-digit SIC industries in their sample. They do not estimate the number of jobs created in the environmental protection sector.

[140] Including the employment effect of existing plants and plants dissuaded from opening will increase the estimated impact of regulation on employment.

increase in energy taxes is associated with a 0.01 percent decrease in employees in the electricity and gas sector. Chan et al. (2013) estimate the impact of the EU ETS on a panel of almost 6,000 firms in 10 European countries from 2005-2009. They find that firms in the power sector that participated in the ETS had 2-3 percent fewer employees relative to those that did not participate, but this effect is not statistically significant.

This literature suggests that the employment impacts of controlling $CO_2$ emissions in the European power sector were small. The degree to which these studies' results apply to the U.S. context is unclear. European policies analyzed in these studies effectively put a price on emissions either through taxes or tradable permits. A performance standard may not generate similar employment effects. Moreover, European firms face relative fuel prices and market regulatory structures different from their U.S. counterparts, further complicating attempts to transfer quantitative results from the EU experience to evaluate this rule.

A small literature examines impacts of environmental regulations on manufacturing employment. Kahn and Mansur (2013) study environmental regulatory impacts on geographic distribution of manufacturing employment, controlling for electricity prices and labor regulation (right to work laws). Their methodology identifies employment impacts by focusing on neighboring counties with different air quality regulations. They find limited evidence that environmental regulations may cause employment to be lower within "county-border-pairs." This result suggests that regulation may cause an effective relocation of labor across a county border, but since one county's loss is another's gain, such shifts cannot be transformed into an estimate of a national net effect on employment. Moreover this result is sensitive to model specification choices.

### 6.4.2 Labor Supply Impacts

The empirical literature on environmental regulatory employment impacts focuses primarily on labor demand. However, there is a nascent literature focusing on regulation-induced effects on labor supply.[141] Although this literature is limited by empirical challenges, researchers

---

[141] For a recent review see Graff-Zivin and Neidell (2013).

have found that air quality improvements lead to reductions in lost work days (e.g., Ostro, 1987). Limited evidence suggests worker productivity may also improve when pollution is reduced. Graff Zivin and Neidell (2012) used detailed worker-level productivity data from 2009 and 2010, paired with local ozone air quality monitoring data for one large California farm growing multiple crops, with a piece-rate payment structure. Their quasi-experimental structure identifies an effect of daily variation in monitored ozone levels on productivity. They find "ozone levels well below federal air quality standards have a significant impact on productivity: a 10 parts per billion (ppb) decreases in ozone concentrations increases worker productivity by 5.5 percent." (Graff Zivin and Neidell, 2012, p. 3654).[142]

This section has outlined the challenges associated with estimating regulatory effects on both labor demand and supply for specific sectors. These challenges make it difficult to estimate net national employment estimates that would appropriately capture the way in which costs, compliance spending, and environmental benefits propagate through the macro-economy. Quantitative estimates are further complicated by the fact that macroeconomic models often have little sectoral detail and usually assume that the economy is at full employment. The EPA is currently seeking input from an independent expert panel on modeling economy-wide regulatory impacts, including employment effects.[143]

## 6.5 Recent Employment Trends

The U.S. electricity system includes employees that support electric power generation, transmission and distribution; the extraction of fossil fuels; renewable energy generation; and supply-side and demand-side energy efficiency. This section describes recent employment trends in the electricity system.

---

[142] The EPA is not quantifying productivity impacts of reduced pollution in this rulemaking using this study. In light of this recent research, however, the EPA is considering how best to incorporate possible productivity effects in the future.

[143] For further information see: <https://www.federalregister.gov/articles/2014/02/05/2014-02471/draft-supporting-materials-for-the-science-advisory-board-panel-on-the-role-of-economy-wide-modeling>.

### 6.5.1 Electric Power Generation

In 2013, the electric power generation, transmission and distribution sector (NAICS 2211) employed 394,000 workers in the U.S.[144] Installation, maintenance, and repair occupations accounted for the largest share of workers (30 percent).[145] These categories include inspection, testing, repairing and maintaining of electrical equipment and/or installation and repair of cables used in electrical power and distribution systems. Other major occupation categories include office and administrative support (17 percent), production occupations (15 percent), architecture and engineering (11 percent), business and financial operations (7 percent) and management (6 percent).

As shown in Figure 6.1, employment in the Electric Power Industry averaged 435,000 workers in the early 2000s, declining to an average of 400,000 workers later in the decade, and to 394,000 workers in 2013.

---

[144] U.S. Bureau of Labor Statistics. "Current Employment Survey Seasonally Adjusted Employment for Electric Power Generation, Transmission, and Distribution (national employment)." Series ID: CES4422110001. Data extracted on: February 19, 2014. Available at: <http://www.bls.gov/ces/data.htm>.

[145] U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2012 National Industry-Specific Occupational Employment and Wage Estimates, Electric Power Generation, Transmission, and Distribution (NAICS 2211). Available at: <http://www.bls.gov/oes/current/naics4_221100.htm>.



**Figure 6.1. Electric Power Industry Employment**

*6.5.2 Fossil Fuel Extraction*

*6.5.2.1 Coal Extraction*

The coal extraction sector is primarily engaged in coal mining and coal mine site development, excluding metal ore mining and nonmetallic mineral mining and quarrying. There are two sources of U.S. government data on coal mining employment, the Bureau of Labor Statistics (BLS) Current Employment Statistics (NAICS 2121), and the Department of Labor's Mine Safety and Health Administration (MSHA).[146] Both sources show similar national levels and trends, though one is survey-based (BLS) and the other is census-based (MSHA). MSHA tracks direct coal mine employment and independent contractor employment, whereas BLS does

---

[146] U.S. Bureau of Labor Statistics. "Current Employment Statistics Seasonally Adjusted Employment for Coal Mining (national employment)," NAICS 2121, Series ID: CES1021210001. Data extracted on: February 19, 2014. Available at: < http://www.bls.gov/ces/data.htm>.

not track contractors. Contractor employment reported by MSHA focuses primarily on mine development, construction, reconstruction or demolition of mine facilities, construction of dams, excavation or earth moving, equipment installation, service or repair, and material handling, drilling, or blasting.[147] In 2013, BLS reported 79,000 coal mining employees, and MSHA reported 80,000 coal mining employees and 32,000 contractors.[148] Both sets of data reveal a stable trend in employment over the past 10 years, with the exception of a small temporary increase in 2011. See Figure 6.2 below.

---

[147] Mine Safety and Health Administration, CFR Part 50 Title 30 Employment Data – selected contract employment is included, p. 2. Available at: <http://www.msha.gov/Stats/Part50/WQ/MasterFiles/MIWQ%20Master_20133.pdf>. U.S. Bureau of Labor Statistics, Current Employment Statistics – contract employment not included. Available at: <http://www.bls.gov/ces/idcf/forme_sp.pdf>.

[148] Annual averages calculated for: (i) BLS monthly coal mining employment data for 2013, and (ii) MSHA Part 50 quarterly data for 2013. Available at: <http://www.msha.gov/STATS/PART50/P50Y2K/AETABLE.HTM>.



**Figure 6.2. Coal Production Employment**

*6.5.2.2 Oil and Gas Extraction*

In 2013, there were 198,000 employees in the oil and gas extraction sector (NAICS 211).[149] This sector includes production of crude petroleum, oil from oil shale and oil sands, production of natural gas, sulfur recovery from natural gas, and recovery of hydrocarbon liquids. Activities include the development of gas and oil fields, exploration activities for crude petroleum and natural gas, drilling, completing, and equipping wells, and other production activities.[150] In contrast with coal, and looking at Figure 6.3, there has been a sharp increase in employment in this sector over the past decade.

---

[149] BLS, Current Employment Statistics. Seasonally adjusted employment for oil and gas extraction (national employment), NAICS 211. Series ID: CES1021100001. Data extracted on: February 19, 2014. Available at: <http://www.bls.gov/ces/data.htm

[150] U.S. Bureau of Labor Statistics. 20014. Available at: <http://www.bls.gov/iag/tgs/iag211.htm Accessed Feb. 19>.



**Figure 6.3. Oil and Gas Production Employment**

*6.5.3 Clean Energy Employment Trends*

Clean energy resources, such as energy efficiency and renewable energy, are used to meet energy demand, reduce peak electricity system loads, and reduce reliance on the most carbon-intensive sources of electricity. However, there is not a single clean energy sector in standard national accounts classifications. Renewable generation is not reported to the BLS separately from other electric power generation. Similarly, manufacturers of energy efficient appliances are not reported separately from conventional appliance manufacturers and green building design is not separate from the construction sector. Instead, clean energy technology and services are supported by industries throughout the economy.

Without a specific industrial classification, it is difficult to quantify the exact number of clean energy-related jobs or document the trends. Employees engaged in clean energy can span many job classifications, such as experts required to design and produce a renewable or energy-efficient technology, workers that supply inputs and technicians who install service or operate

equipment. As such, there are a variety of definitions of clean or green jobs used, some more expansive than others.

*6.5.3.1 Defining Clean Energy Jobs*

Two U.S. Government sources, the 2010 Department of Commerce (DOC) report, *Measuring the Green Economy* and the 2010 and 2011 BLS *Green Goods and Services* surveys have subdivided industrial classifications into "green" categories. In both cases the approach was to determine which product classifications, rather than industries, were green. They multiplied green production by product revenue and defined an industrial sector as green if it met a threshold of green revenue as a proportion of total revenue.

DOC broadly defined green jobs in 2010 as those "created and supported in businesses that produce green products and services."[151] They further classified green jobs into a broad and a narrow category. The narrow category includes only products deemed to be green without disagreement, while the broad category is more inclusive definition of green goods and services to over 22,000 product codes in the 2007 Economic Census to estimate their contribution to the U.S. economy. The report found that the number of green jobs in 2007 ranged from 1.8 million to 2.4 million jobs, accounting for between 1.5 and 2 percent of total private sector employment.[152]

BLS used an expansive definition of clean or green jobs in 2010 and 2011. It goes beyond direct clean energy-related investments and includes "those in businesses that produce goods and provide services that benefit the environment or conserve natural resources. These goods and services, which are sold to customers, include research and development, installation, and maintenance services for renewable energy and energy efficiency and education and training related to green technologies and practices" but also include recycling and natural resource

---

[151] U.S. Department of Commerce Economics and Statistics Administration. 2010. "Measuring the Green Economy*,* " April. Available at: <http://www.esa.doc.gov/sites/default/files/reports/documents/greeneconomyreport_0.pdf>.

[152] U.S. Department of Commerce Economics and Statistics Administration. 2010. "Measuring the Green Economy, April. Available at: <http://www.esa.doc.gov/sites/default/files/reports/documents/greeneconomyreport_0.pdf>.

conservation, such as forestry management.[153] Based on surveys across the 325 industries it identified as potential producers of green goods and services, BLS counts approximately 2.3 million jobs in the green economy in 2010, rising 7.4 percent to 2.5 million in 2011,[154] compared to increases of about one percent across all occupations in the entire economy over the same period.[155] The table below, Table 6-1, presents BLS green job estimates nationally and for the utility sector.

**Table 6-1. U. S. Green Goods and Services (GGS) Employment (annual average)**

|  | Total GGS Employment | Utility GGS Employment | Total GGS Growth 2010-11 | Utility GGS Growth 2010-11 |
|---|---|---|---|---|
| 2010 | 2,342,562 | 69,031 | NA | NA |
| 2011 | 2,515,200 | 71,129 | 7.4% | 3.0% |

Source: Bureau of Labor Statistics

*6.5.3.2 Renewable Electricity Generation Employment Trends*

The DOC report does not separate renewable energy data and the BLS data include only privately owned electricity generating facilities. As such, neither source isolates renewable electricity generation employment. For historical trends in this sector, we therefore, rely on a Brookings Institution study, Muro et al. (2011). This study built a national database of "clean economy" jobs from the bottom up, verifying each company individually.[156] They include a list of categories similar but not identical to that of BLS, including agricultural and natural resources conservation, education and compliance, energy and resource efficiency, greenhouse gas reduction, environmental management and recycling, and renewable energy. This study found about 138,000 jobs in the renewable energy sector in 2010, with an overall average annual growth rate of 3.1 percent from 2003-2010. Table 6-2 details the national results by energy

---

[153] BLS has identified 325 detailed industries (6-digit NAICS) as potential producers of green goods and services. Available at: <http://www.bls.gov/ggs/ggsoverview.htm>. (Accessed on 1-14-14, **last modified date:** March 19, 2013.

[154] U.S. Department of Labor, U.S. Bureau of Labor Statistics. (n.d.). 2011. "Green Goods and Services 2010-2011." (Retrieved on January 14, 2014). Available at :< http://www.bls.gov/ggs/ggsoverview.htm>.

[155]U.S. Department of Labor, U.S. Bureau of Labor Statistics. 2010. National Occupational Employment and Wage Estimates, United States. Available at: <http://www.bls.gov/oes/2010/may/oes_nat.htm>, May. National Occupational Employment and Wage Estimates, United States http://www.bls.gov/oes/2010/may/oes_nat.htm.

[156] <http://www.brookings.edu/~/media/Series/resources/0713_clean_economy.pdf> p. 15.

source.

**Table 6-2. Renewable Electricity Generation-Related Employment**

| Sector | Jobs, 2010 | 2003-2010 Average Annual Growth Rate (%) |
|---|---|---|
| Biofuels/Biomass | 20,680 | 8.9 |
| Geothermal | 2,720 | 6.7 |
| Hydropower | 55,467 | -3.6 |
| Renewable Energy Services | 1,981 | 6.3 |
| Solar Photovoltaic | 24,152 | 10.7 |
| Solar Thermal | 5,379 | 18.4 |
| Waste-to-Energy | 3,320 | 3.7 |
| Wave/Ocean Power | 371 | 20.9 |
| Wind | 24,294 | 14.9 |
| Total | 138,364 | 3.1 |

Source: http://www.brookings.edu/~/media/Series/resources/0713_clean_economy.pdf, Appendix A.

*6.5.3.3 Employment Trends in Demand-Side Energy Efficiency Activities*

U.S. government data used for calculating the historical trends in the demand-side energy efficiency sector come from the BLS green goods and services surveys. BLS reports an energy efficiency category, finding 1.49 million private sector energy efficiency jobs in 2010 and 1.64 million in 2011.

For a longer term trend the Brookings Institution study (Muro et al., 2011) built a national database of "clean economy" jobs from the bottom up, verifying each company individually.[157] This study found about 428,000 jobs in the Energy and Resource Efficiency sector in 2010, with an overall average annual growth rate of 2.6 percent from 2003-2010. Table 6-3 details the results by energy sector.

---

[157] <http://www.brookings.edu/~/media/Series/resources/0713_clean_economy.pdf> p. 15

**Table 6-3. Energy and Resources Efficiency-Related Employment**

| Sector | Jobs, 2010 | 2003-2010 Average Annual Growth Rate (%) |
|---|---|---|
| Appliances | 36,608 | -3.1 |
| Energy-saving Building Materials | 161,896 | 2.5 |
| Energy-saving Consumer Products | 19,210 | -2.9 |
| Green Architecture and Construction Services | 56,190 | 6.4 |
| HVAC and Building Control Systems | 73,600 | 3.3 |
| Lighting | 14,298 | -1.8 |
| Professional Energy Services | 49,863 | 6.9 |
| Smart Grid | 15,987 | 8.6 |
| Total | 427,652 | 2.6 |

Source: http://www.brookings.edu/~/media/Series/resources/0713_clean_economy.pdf, Appendix A

In addition, other research institutes and industry groups have clean economy or clean energy employment databases. While definitions and timeframes vary, all show positive employment trends of 1.9 percent or more growth in clean energy-related jobs annually.

## 6.6 Projected Sectoral Employment Changes due to Proposed Guidelines

EGUs may respond to these proposed guidelines by placing new orders for efficiency-related or renewable energy equipment and services to reduce GHG emissions. Installing and operating new equipment or improving heat rate efficiency could increase labor demand in the electricity generating sector itself, as well as associated equipment and services sectors. Specifically, the direct employment effects of supply-side initiatives include changes in labor demand for manufacturing, installing, and operating higher efficiency or renewable energy electricity generating assets supported by the initiative while reducing the demand for labor that would have been used by less efficient or higher emitting generating assets. Once implemented, increases in operating efficiency would impact the power sector's demand for fuel and plans for EGU retirement and new construction.

In addition, EPA expects state compliance plans to also include demand-side energy efficiency policies and programs that typically change energy consumption patterns of business and residential consumers by reducing the quantity of energy required for a given level of production or service. Demand-side initiatives generally aim to increase the use of cost-effective energy efficiency technologies (e.g., including more efficient appliances and air conditioning systems, more efficient lighting devices, more efficient design and construction of new homes and businesses), and advance efficiency improvements in motor systems and other industrial

6-19

processes. Demand-side initiatives can also directly reduce energy consumption, such as through programs encouraging changing the thermostat during the hours a building is unoccupied or motion-detecting room light switches. Such demand-side energy efficiency initiatives directly affect employment by encouraging firms and consumers to shift to more efficient products and processes than would otherwise be the case. Employment in the sectors that provide these more efficient devices and services would be expected to increase, while employment in the sectors that produce less efficient devices would be expected to contract.

This analysis uses the cost projections from the engineering-based Integrated Planning Model (IPM) to project labor demand impacts of the proposed guidelines for the electricity generation sector (fossil, renewable, and nuclear), and the fuel production sector (coal and natural gas). These projections include effects attributable to heat rate improvements, construction of new EGUs, changes in fuel use, and reductions in electricity generation due to demand-side energy efficiency activities. To project labor requirements for demand-side energy efficiency activities, the analysis uses a different approach that combines data on historic changes in employment and expenditures in the energy efficiency sector with projected changes in expenditures in the sector arising from state implementation of the proposed guidelines.

We project labor impacts for two options for establishing the "best system of emission reduction" (BSER) for GHG emissions from existing EGUs. The EPA is proposing a BSER goal approach referred to as Option 1 and taking comment on a second approach referred to as Option 2. Each of these goal approaches use the four building blocks described above at different levels of stringency. Option 1 involves higher deployment of the four building blocks but allows a longer timeframe to comply (2030) whereas Option 2 has a lower deployment over a shorter timeframe (2025). This analysis estimates labor impacts of illustrative state and regional compliance approaches for the goals set for Options 1 and 2.  With the state compliance approach, states are assumed to comply with the guidelines by implementing measures solely within the state and emissions rate averaging occurs between affected sources on an intrastate basis only.  In contrast under the regional approach, groups of states are assumed to collaboratively comply with the guidelines.

### *6.6.1 Projected Changes in Employment in Electricity Generation and Fossil Fuel Extraction*

The analytical approach used in this analysis is a bottom-up engineering method combining EPA's cost analysis of the proposed guidelines with data on labor productivity, engineering estimates of the amount and types of labor needed to manufacture, construct, and operate different types of generating units, and prevailing wage rates for skilled and general labor categories. This approach is different from the types of economic analyses discussed in section 6.3. Rather than projecting employment impacts throughout the U.S. economy, the engineering-based analysis focuses on the direct impact on labor demand in industries closely involved with electricity generation. The engineering approach projects labor changes measured as the change in each analysis year in job-years[158] employed in the power generation and directly related sectors (e.g., equipment manufacturing, fuel supply and generating efficiency services). For example, this approach projects the amounts and types of labor required to implement improvements in generating efficiency. It then uses the EPA's estimated effect of efficiency improvements on fuel demand to project reductions in the amount of labor required to produce coal and gas.

This analysis relies on projections and costing analysis from the IPM, which uses industry-specific data and assumptions to estimate costs and energy impacts of the proposed guidelines (see Chapter 3). The EPA uses the IPM to predict coal generating capacity that is likely to undertake improvements in heat rate efficiency (HRI).[159] IPM also predicts the guidelines' impacts on fuel use, retirement of existing units, and construction of new ones.

The methods we use to estimate the labor impacts are based on the analytical methods used in the Regulatory Impact Analysis for the Mercury and Air Toxics Standards (MATS). While the methods used in this analysis to estimate the recurring labor impacts (e.g., labor associated with operating and maintaining generating units, as well as labor needed to mine coal

---

[158] Job-years are not individual jobs, but rather the amount of work performed by the equivalent of one full-time individual for one year. For example, 20 job-years in 2020 may represent 20 full-time jobs or 40 half-time jobs in that year.

[159] Heat rate improvements (HRI) could include a range of activities in the power plant to lower the heat rate required to generate a net electrical output. Assuming all other things being equal, a lower heat rate is more efficient because more electricity is generated from each ton of coal.

and natural gas) are the same as we used in MATS (with updated data where available), the methods used to estimate the labor associated with installing new capacity and implementing heat rate improvements were developed for the GHG guidelines analysis.

The bottom-up engineering-based labor analysis in the MATS RIA primarily was concerned with the labor needs of retrofitting pollution control equipment. A central feature of the GHG guidelines labor analysis, however, involves the quantity and timing of the labor needs of building new renewable (primarily wind) and NGCC generating capacity. The EPA IPM analysis finds that by 2020 a significantly larger amount of renewable and NGCC capacity will be built to implement the GHG guidelines under all of the option scenarios. For example, in the base case IPM estimates that 11 GW of non-hydro renewable capacity will be built between 2016 and 2020, while under Option 1 with regional compliance almost twice as much (21.3 GW) renewable capacity will be built. Similarly, in the base case 7.9 GW of NGCC capacity is built between 2016 and 2020, while almost 3 times as much (24.43 GW) is built under Option 1 with regional compliance.

An important aspect of building new units is that all of the construction-related labor occurs before the new units become operational. While the financial costs of building the new units are amortized and recouped over the book life of the new equipment, the labor involved with manufacturing equipment and constructing the new units occurs, and is actually paid for, in a concentrated amount of time before the new capacity begins to generate electricity. IPM assumes[160] that new NGCC units take 3 years to build, and both natural gas combustion turbines and wind-powered renewables take 2 years.

In addition to the amount of labor needed to build new generating capacity, IPM also estimates that there will be significant labor impacts in later years from avoiding having to build additional new capacity. Because of the demand-side energy efficiency programs, the total amount of electricity needed by 2030 is substantially lower with all of the Options than in the base case. For example, in Option 1 with regional compliance only half the total new NGCC capacity is built between 2016 and 2030 (40.6 GW), compared with 79.7 GW in the base case.

---

[160] Table 4.7, IPM 5.13 Documentation.

The avoided new capacity results in both a significant net cost savings to consumers and the power sector, as well reduced emissions of both $CO_2$ and precursor pollutants from fossil fuel generation. The avoided new capacity, however, also has significant labor impacts. A portion of the employment that would have been used to build the new capacity in the base case will not occur with the implementation of the GHG guidelines. Similarly, less labor involved with operating and providing fuel for new units will be needed with the GHG guidelines than in the base case.

Overall, the impact of much more rapid construction of new renewable and fossil generation capacity in the early years of implementing the GHG guidelines, followed by the need to build substantially less capacity in later years as the demand-side energy efficiency programs reduce the overall electricity demand relative to the base case, creates an important but complex temporal dynamic to the supply-side labor analysis. In the early years of implementation there will be a sizable net increase in the amount of labor needed to construct and operate the new generating capacity. However, in later years, the reduced need for additional newly built capacity results in a sizable net decrease in the amount of labor needed relative to the base case.

The changes in the timing and overall need for new capacity have direct labor impacts not only on the construction-related one-time labor, but also on the subsequent needs for operating and fuel supply labor to operate the plants. In the case of avoided new capacity, the labor impacts include the loss of those ongoing labor needs. In addition, there are similar labor impacts from the loss of operating and fuel-related jobs arising from the retirement of existing coal generating capacity.

A critical component of the overall labor impacts of implementing the GHG guidelines is the impact of the labor associated with the demand-side energy efficiency activities. The demand-side labor impacts are presented in section 6.6.2. All of the labor impacts of the demand-side energy efficiency activities are increases in labor needs, which more than offset the loss of supply-side jobs associated with the decreasing demand for electricity arising from the demand-side programs. The IPM labor expenditure projections are distributed across different labor categories (e.g., general construction labor, boilermakers and engineering) using data from engineering analyses of labor's overall share of total expenditures, and apportionment of total

labor cost to various labor categories. Hourly labor expenditures (including wages, fringe benefits, and employer-paid costs including taxes, insurance and administrative costs) for each category are used to estimate the labor quantity (measured in full-time job-years) consistent with the compliance scenario projections. Projected labor impacts arising from changes in fuel demand are primarily derived from labor productivity data for coal mining (tons mined per employee hour) and natural gas extraction (MMBtu produced/job-year). Tables 6.4 and 6.5 present projected changes relative to the baseline of four labor categories:

1. manufacturing, engineering and construction for building, designing and implementing heat rate improvements;
2. manufacturing and construction for new generating capacity;
3. operating and maintenance for existing generating capacity; and
4. extraction of coal and natural gas fuel.

All of the employment estimates presented in Tables 6-4 and 6-5 are estimates occurring in a single year. For the construction-related (one-time) labor impacts, including the installation of HRI, Tables 6-4 and 6-5 present the average annual impact occurring in each year of three different intervals of years. The multi-year intervals correspond with the analytical years reported by IPM. The three intervals are from 2017 through 2020 (a four year interval), from 2021 through 2025 (five years), and 2026 through 2030 (5 years). The construction-related labor analysis are based on the IPM estimates of the net change in capital investment that occurs during each multi-year interval to fund building new units completed during that interval. The new build labor analysis uses the net change in capital investment to estimate the amount and type of labor needed during the interval to build the new capacity. The analysis assumes that the new built labor within each interval is evenly distributed throughout the interval. Tables 6-4 and 6-5 reflect this assumption by presenting the average labor utilization per year during each of the three intervals.

The HRI-related labor impacts are estimated based on the assumed capital cost of $100/kw (see section 3.7.3). Note that all of the HRI-related labor impacts occur in the first interval (2017 to 2020), and are assumed to be occur evenly throughout that four year interval. Therefore, the HRI-related labor estimates in Tables 6-4 and 6-5 are the annual average labor

impacts for of the four years. There are no HRI improvements made after 2020.

The labor estimates for operating and maintaining generating units annually are based on IPMs estimates of Fixed Operating and Maintenance (FOM) Costs. IPM estimates FOM for each year individually, so the net changes in O&M-related labor estimates in Tables 6-4 and 6-5 are single year estimates for 2020, 2025 and 2030. These O&M labor estimates are not the average annual averages labor needs throughout each multi-year interval. There are O&M labor changes occurring in the all years throughout the entire period 2017-2030, but labor impact changes each year. The fuel-related labor estimates are also single-year estimates, and not multi-year averages. The labor analysis uses IPM's estimates of the net changes in the amount of coal and natural gas in 2020, 2025 and 2030, which are inherently estimates of the fuel usage in a single year. As with the O&M labor impacts, the fuels-related labor impacts occur in every year throughout 2017-2030, and the labor impact changes every year.

It should be noted that the supply-side labor impact estimates in Tables 6-4 and 6-5 reflect all the supply-side changes that will occur with each alternative option and compliance alternative. These labor impacts include not only the impacts of Building Blocks 1 through 3, but also the changes in total generation needed that result from the demand-side energy efficiency activities in Building Block 4. The additional upstream labor impacts from the demand-side activities are presented below in section 6.2.2.

More details on methodology, assumptions, and data sources used to estimate the supply-side labor impacts discussed in this section can be found in Appendix 6A.

**Table 6-4. Engineering-Based[a] Changes in Labor Utilization, Regional Compliance Approach - (Number of Job-Years[b] of Employment in a Single Year)**

| Category | Option 1 | | | Option 2 | | |
|---|---|---|---|---|---|---|
| **Construction-related (One-time) Changes\*** | | | | | | |
| | 2017-2020 | 2021-2025 | 2026-2030 | 2017-2020 | 2021-2025 | 2026-2030 |
| **Heat Rate Improvement: Total** | **32,900** | **0** | **0** | **33,900** | **0** | **n/a** |
| Boilermakers and General Construction | 22,800 | 0 | 0 | 23,600 | 0 | n/a |
| Engineering and Management | 6,000 | 0 | 0 | 6,200 | 0 | n/a |
| Equipment-related | 2,900 | 0 | 0 | 3,000 | 0 | n/a |
| Material-related | 1,100 | 0 | 0 | 1,100 | 0 | n/a |
| **New Capacity Construction: Total** | **24,700** | **-33,300** | **-37,000** | **14,700** | **-23,100** | **n/a** |
| Renewables | 17,000 | -4,700 | -2,100 | 11,600 | -3,100 | n/a |
| Natural Gas | 7,700 | -28,600 | -34,900 | 3,100 | -20,000 | n/a |
| **Recurring Changes\*\*** | | | | | | |
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| **Operation and Maintenance: Total** | **-22,900** | **-23,800** | **-23,700** | **-15,300** | **-15,500** | **n/a** |
| Changes in Gas | 2,300 | -600 | -3,400 | 1,000 | -1,000 | n/a |
| Retired Coal | -22,600 | -20,800 | -18,200 | -14,600 | -13,100 | n/a |
| Retired Oil and Gas | -2,600 | -2,400 | -2,100 | -1,700 | -1,400 | n/a |
| **Fuel Extraction: Total** | **-8,800** | **-14,900** | **-19,200** | **-6,600** | **-10,600** | **n/a** |
| Coal | -13,700 | -17,000 | -16,600 | -10,900 | -12,900 | n/a |
| Natural Gas | 4,900 | 2,100 | -2,600 | 4,300 | 2,300 | n/a |
| **Supply-Side Employment Impacts - Quantified** | **25,900** | **-72,000** | **-79,900** | **26,700** | **-49,200** | **n/a** |

[a] Job-year estimates are derived from IPM investment and O&M cost estimates, as well as IPM fuel use estimates (tons coals or MMBtu gas).

[b] All job-year estimates on this are full-time equivalent (FTE) jobs. Job estimates in the Demand-Side energy efficiency section (below) include both full-time and part-time jobs.

\*Construction-related job-year changes are one-time impacts, occurring during each year of the 2 to 4 year period during which construction and HRI installation activities occur. Figures in table are average job-years during each of the years in each range. Negative job-year estimates when additional generating capacity must be built in the base case, but is avoided in the Guideline implementation scenarios due to HRI or Demand-side energy efficiency programs.

\*\*Recurring Changes are job-years associated with annual recurring jobs including operating and maintenance activities and fuel extraction jobs. Newly built generating capacity creates a recurring stream of positive job-years, while retiring generating capacity, as well as avoided new built capacity, create a stream of negative job-years. In addition, there are recurring jobs prior to 2020 to fuel and operate new generating capacity brought online before 2020; the recurring jobs prior to 2020 are not estimated.

**Table 6-5. Engineering-Based[a] Changes in Labor Utilization, State Compliance Approach**
(Number of Job-Years of Employment in Year)

| Category | Option 1 | | | Option 2 | | |
|---|---|---|---|---|---|---|
| **Construction-related (One-time) Changes*** | | | | | | |
| | 2017-2020 | 2021-2025 | 2026-2030 | 2017-2020 | 2021-2025 | 2026-2030 |
| **Heat Rate Improvement: Total** | 32,200 | 0 | 0 | 30,800 | 0 | n/a |
| Boilermakers and General Construction | 22,400 | 0 | 0 | 21,400 | 0 | n/a |
| Engineering and Management | 5,900 | 0 | 0 | 5,700 | 0 | n/a |
| Equipment-related | 2,900 | 0 | 0 | 2,800 | 0 | n/a |
| Material-related | 1,000 | 0 | 0 | 1,000 | 0 | n/a |
| **New Capacity Construction: Total** | 28,200 | -38,000 | -36,100 | 23,000 | -29,500 | n/a |
| Renewables | 19,100 | -8,900 | -2,200 | 15,800 | -6,300 | n/a |
| Natural Gas | 9,100 | -29,100 | -33,900 | 7,200 | -23,200 | n/a |
| **Recurring Changes**** | | | | | | |
| | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| **Operation and Maintenance: Total** | -24,100 | -25,300 | -24,900 | -16,800 | -17,100 | n/a |
| Changes in Gas | 2,500 | -500 | -3,200 | 1,500 | -800 | n/a |
| Retired Coal | -24,000 | -22,500 | -19,700 | -16,400 | -14,800 | n/a |
| Retired Oil and Gas | **-2,600** | **-2,300** | **-2,000** | **-1,900** | **-1,500** | n/a |
| **Fuel Extraction: Total** | -8,300 | -14,600 | -19,400 | -6,500 | -10,300 | n/a |
| Coal | -14,300 | -17,800 | -18,000 | -11,500 | -13,500 | n/a |
| Natural Gas | 6,000 | 3,200 | -1,400 | 5,000 | 3,200 | n/a |
| **Supply-Side Employment Impacts – Quantified** | 28,000 | -77,900 | -80,400 | 29,800 | -56,900 | n/a |

[a] Job-year estimates are derived from IPM investment and O&M cost estimates, as well as IPM fuel use estimates (tons coals or MMBtu gas)

[b] All job-year estimates on this are Full-Time Equivalent (FTE) jobs. Job estimates in the Demand-Side energy efficiency section (below) include both full-time and part-time jobs

*Construction-related job-year changes are one-time impacts, occurring during each year of the 2 to 4 year period during which construction and HRI installation activities occur. Figures in table are average job-years during each of the years in each range. Negative job-year estimates when additional generating capacity must be built in the base case, but is avoided in the Guideline implementation scenarios due to HRI or Demand-side energy efficiency programs.

**Recurring Changes are job-years associated with annual recurring jobs including operating and maintenance activities and fuel extraction jobs. Newly built generating capacity creates a recurring stream of positive job-years, while retiring generating capacity, as well as avoided new built capacity, create a stream of negative job-years. In addition, there are recurring jobs prior to 2020 to fuel and operate new generating capacity brought online before 2020; the recurring jobs prior to 2020 are not estimated.

## 6.6.2 Projected Changes in Employment in Demand-Side Energy Efficiency Activities

EPA anticipates that this rule may stimulate investment in clean energy technologies and services, resulting in considerable increases in energy efficiency in particular. We expect these increases in energy efficiency, specifically, to support a significant number of jobs existing in

6-27

related industries.

In this section, we project employment impacts in demand-side energy efficiency activities arising from these guidelines using illustrative calculations. The approach uses information from power sector modeling and projected impacts on energy efficiency investments analyzed as part of Building Block 4 (see Chapter 3), and U.S. government data on employment and expenditures in energy efficiency. This approach is limited by the fact that we do not know which options states will choose for demand-side energy efficiency activities and by uncertainties associated with methods. These illustrative employment projections are gross; thus they do not include impacts of any shift in resources from other sectors. Nor does this analysis attempt to quantify employment impacts arising from changes in consumer expenditures away from energy towards other sectors. In other words, these projections are not attempts at estimating net national job creation. Also, this approach attempts to calculate the number of employees (full-time and part-time) rather than job-years as discussed in section 6.6.1. EPA requests public comment on all aspects of this proposed approach to partially quantifying demand-side management and energy efficiency employment impacts.

Investments in demand-side energy efficiency reduce energy required for a given activity by encouraging more efficient technologies (e.g., ENERGY STAR appliances), implementing energy improvements for existing systems (e.g., weatherization of older homes), or encouraging changes in behavior (e.g., reducing air conditioning during periods of high electricity demand).

Employment impacts of demand-side energy efficiency programs have not been extensively studied in the peer-reviewed, published economics literature. Instead, most research has focused on consumer response to and amount of energy savings achieved by these programs (e.g., Allcott (2011a, 2011b), Arimura et al. (2012)). Results suggest that demand-side energy efficiency programs reduce energy use and generate small increases in consumer welfare. These policy impacts are due to low investment in energy efficiency as described in "energy paradox" literature (Gillingham, Newell, and Palmer (2009), Gillingham and Palmer (2014)).[161]

Two recent articles discuss employment effects of demand-side energy efficiency

---

[161] For more information on this efficiency paradox see Chapter 3.

programs. Aldy (2013) describes clean energy investments funded by the American Recovery and Reinvestment Act of 2009, which "included more than $90 billion for strategic clean energy investments intended to promote job creation and the deployment of low-carbon technologies" (p. 137), with nearly $20 billion for energy efficiency investments. The Council of Economic Advisors (CEA) (2011) estimated higher economic activity and employment than would have otherwise occurred without the American Recovery and Reinvestment Act. Using CEA's methods to quantify job creation for the Recovery Act, Aldy uses the share of stimulus funds for clean energy investments to estimate job-years supported by the Recovery Act. The largest sources of job creation in clean energy are those that received the largest shares of stimulus funds: renewable energy, energy efficiency, and transit. Aldy's estimates, while informative, are not directly applicable for employment analysis in this rulemaking as there are important differences in expected employment impacts from a historically large fiscal stimulus specifically targeting job creation during a period of exceptionally high unemployment versus environmental regulations taking effect several years from now.

Yi (2013) analyzes clean energy policies and employment for U.S. metropolitan areas in 2006, prior to the Recovery Act, to evaluate impacts on clean energy job growth. Implementing an additional state clean energy policy tool (renewable energy policies, GHG emissions policies, and energy efficiency polices such as energy efficiency resource standards, appliance or equipment energy efficiency standards, tax incentives, and public building energy efficiency standards) is associated with 1% more clean energy employment within that MSA. These estimates are not transferable to this rulemaking since states are likely to change intensity as well as number of clean energy programs.

Lacking a peer-reviewed methodology, we propose the following approach to illustrate possible effects on labor demand in the energy efficiency sector due to demand-side management strategies. We use U.S. government data to divide the historical change in employment in the energy efficiency sector by the historical change in expenditure in the sector and multiply this fraction by projected expenditure in the sector undertaken in response to these proposed guidelines.

Data used for calculating the numerator of the fraction comes from the "energy

6-29

efficiency" category of the 2010 and 2011 BLS *Green Goods and Services* surveys.[162] BLS does not report the denominator of the job per additional dollar fraction, however. Instead, the data include the fraction of green revenues received relative to total revenues in each North American Industrial Classification System (NAICS) code.[163] We multiply data on total revenues by NAICS by the fraction of green revenues reported by BLS to obtain green revenues. The only U.S. Government data source containing this revenue information for all NAICS sectors is the U.S. Economic Census. This Census is conducted at 5-year intervals (the latest available year is 2007), however, making it unsuitable for identifying the change in revenues from 2010 to 2011. Instead, we use data from the Annual Survey of Manufacturers. The disadvantage of this data source is that the manufacturing sector makes up only 50 percent of the 132 NAICS codes belonging to the energy efficiency sector as defined by the BLS *Green Goods and Services* surveys, with the remainder in the construction or service sectors. Thus, this analysis implicitly assumes that the same number of jobs per dollar are supported in construction and service sectors as in manufacturing. Using this approach we obtain a factor of 2.56 additional demand-side energy efficiency jobs per additional million 2011 dollars of expenditure.

Having calculated the fraction of additional jobs per additional dollar of energy efficiency expenditure, we use energy sector model projections of the first-year costs required for states to attain the goal of demand-side efficiency improvements set by building block four.[164] Multiplying this dollar expenditure by the jobs per additional dollar figure results in projected employment impacts for demand-side energy efficiency activities of 78,800 in 2020, 112,000 in 2025, and 111,800 in 2030 for both the proposed Option 1 regional and state compliance approaches. The estimates for Option 2 are shown on Table 6-6 below.

---

[162]For more details on these surveys, see section 7.5.3.

[163] See detailed listing available here: http://www.bls.gov/ggs/naics_2012.xlsx.

[164] See Greenhouse Gas Abatement Measures TSD, Appendix 5-4.

**Table 6-6. Estimated Demand-Side Energy Efficiency Employment Impacts For Option 1 and Option 2 for Both Regional and State Compliance Approaches**

| Source | Factor | Employment impact (jobs)* | | | | | |
|---|---|---|---|---|---|---|---|
| | | Option 1 | | | Option 2 | | |
| | | 2020 | 2025 | 2030 | 2020 | 2025 | 2030 |
| BLS GGS additional jobs per additional million dollars | 2.56 | 78,800 | 112,000 | 111,800 | 57,000 | 76,200 | n/a |

*Since these figures represent number of employees (full- or part-time) they should not be added to the full-time equivalent job-years reported in Table 6-5.

Although this approach has the advantage of illuminating the change in jobs for an incremental change in expenditures, this approach is limited by its focus on manufacturing sectors and direction of bias (overestimation or underestimation) cannot be determined at this time. The EPA is requesting comment on this method, data, identification of related studies and peer reviewed articles and other methods.

There is more uncertainty involved in this approach than the standard bottom-up engineering analysis used to estimate electricity generation and fuel production employment impacts of this rulemaking. For those, the EPA was able to identify a limited set of activities (e.g., constructing a new NGCC power plant), and study associated labor requirements. Demand-side energy efficiency improvements, in contrast, encompass a wide array of activities (subsidies for efficient appliances, "smart meters," etc.). In addition, there is considerable uncertainty regarding which activities a state will choose. Thus, the validity of the jobs per dollar approach used here relies on the assumption that states will use a mix of activities similar to the 2011 composition of energy efficiency sectors identified by BLS.

In addition, the EPA does not have access to bottom-up information regarding labor requirements for these activities. Use of a constant job per dollar fraction is at best a crude approximation of these labor requirements. The EPA has identified several other limitations of this approach, outlined below.

Job Reclassification.  Job numbers in this chapter represent gross changes in the affected sector. As such they may over-estimate impacts to the extent that jobs created displace workers employed elsewhere in the economy. For demand-side efficiency activities this potential over-statement is may be higher than in other sectors. If states encourage consumers to purchase ENERGY STAR appliances, for example, currently employed

workers in factories and retail outlets may simply be given a different task. This approach, however, would count these workers as jobs created

Imports. The job per additional dollar fraction used in the employment projection is calculated based on jobs per dollar of revenue for domestic firms only. To the extent that spending on demand-side energy efficiency activities goes toward the purchase of imported goods this projection will overstate the U.S. employment impact of those expenditures.

Fixed Coefficient. Implicit in this approach is the assumption that employment impacts can be projected decades into the future on the basis of a single calculation from 2010-2011 data. The labor intensity of demand-side energy efficiency will likely change with technological innovation in the sector. In addition, even absent technological change, labor intensity of expenditures will likely change over time as states alter their portfolio of efficiency activities (e.g., by moving to higher cost activities after exhausting opportunities for low cost efficiency gains).

Non-additional Activities. Here we assume that all activities financed by demand-side energy efficiency expenditures are additional to what would have been undertaken in the absence of these programs. If utilities finance some actions customers would have undertaken in the absence of these programs (e.g., if a customer receives a rebate for an energy efficient appliance that would have been purchased without the rebate), these numbers would overestimate employment impacts of the proposed guidelines.

## 6.7 Conclusion

This chapter presents qualitative and quantitative discussions of potential employment impacts of the proposed guidelines for electricity generation, fuel production, and demand-side energy efficiency sectors. The qualitative discussion identifies challenges associated with estimating net employment effects and discusses anticipated impacts related to the rule. It includes an in-depth discussion of economic theory underlying analysis of employment impacts. Labor demand impacts for regulated firms can be decomposed into output and substitution effects, both of which may be positive or negative. Consequently, theory alone cannot predict the direction or magnitude of a regulation's employment impact. It is possible to combine theory

with empirical study specific to the regulated firms and other relevant sectors if data and methods of sufficient detail and quality are available. Finally, economic theory suggests that labor supply effects are also possible.

We examine the peer-reviewed economics literature analyzing various aspects of labor demand, relying on the above theoretical framework. Determining the direction of employment effects in regulated industries is challenging because of the complexity of the output and substitution effects. Complying with a new or more stringent regulation may require additional inputs, including labor, and may alter the relative proportions of labor and capital used by regulated firms (and firms in other relevant industries) in their production processes. The available literature illustrates some of the difficulties for empirical estimation: studies sometimes rely on confidential plant-level employment data from the U.S. Census Bureau, possibly combined with pollution abatement expenditure data that are too dated to be reliably informative. In addition, the methods do not permit estimation of net economy-wide effects. Empirical analysis at the industry level requires estimates of product demand elasticity; production factor substitutability; supply elasticity of production factors; and the share of total costs contributed by wages, by industry, and perhaps even by facility. For environmental rules, many of these data items are not publicly available, would require significant time and resources in order to access confidential U.S. Census data for research, and also would not be necessary for other components of a typical RIA. Econometric studies of environmental rules converge on the finding that employment effects, whether positive or negative, have been small in regulated sectors.

The illustrative quantitative analysis in this chapter projects a subset of potential employment impacts in the electricity generation, fuel production, and demand-side energy efficiency sectors. States have the responsibility and flexibility to implement policies and practices for compliance with Proposed EGU GHG Existing Source Guidelines. As such, given the wide range of approaches that may be used, quantifying the associated employment impacts is difficult. EPA's employment analysis includes projected employment impacts associated with these guidelines for the electric power industry, coal and natural gas production, and demand-side energy efficiency activities. These projections are derived, in part, from a detailed model of the electricity production sector used for this regulatory analysis, and U.S. government data on

employment and labor productivity. In the electricity, coal, and natural gas sectors, the EPA estimates that these guidelines could have an employment impact of roughly 25,900 job-years in 2020 for Option 1 and 26,700 for Option 2 of that same year (see Tables 6-4 and 6-5). Employment impacts from demand-side energy efficiency activities are based on historic data on jobs supported per dollar of expenditure. Demand-side energy efficiency employment impacts would approximately be 78,800 jobs in 2020 for both Option 1 regional and state compliance approaches (see Table 6-6). The IPM-generated job-year numbers for the electricity, coal and natural gas sectors should not be added to the demand-side efficiency job impacts since the former are reported in full-time equivalent jobs, whereas the latter do not distinguish between full- and part-time employment. Finally, note again that this is an illustrative analysis, and CAA section 111(d) allows each state to determine the appropriate combination of, and the extent of its reliance on, measures for its state plan, by way of meeting its state-specific goal. Given the flexibilities afforded states in complying with the emission guidelines, the impacts reported in this chapter are illustrative of compliance actions states may take.

## 6.8 References

Aldy, J.E. 2013. "A Preliminary Assessment of the American Recovery and Reinvestment Act's Clean Energy Package." *Review of Environmental Economics and Policy*, vol. 7, issue 1, Winter, pp. 136-155.

Allcott, H. 2011a. "Social Norms and Energy Conservation." *Journal of Public Economics*, Volume 95, Issues 9–10, October, pgs. 1082–1095.

Allcott, H. 2011b. "Rethinking Real-Time Electricity Pricing," *Resource and Energy Economics*, 33 (2011) 820–842.

Anger, N.; and U. Oberndorfer. 2008. "Firm Performance and Employment in the EU Emissions Trading Scheme: An Empirical Assessment for Germany." *Energy Policy*, (36):12–22.

Arimura, T. H.; S. Li; R. G. Newell and K. Palmer. 2012 "Cost-Effectiveness of Electricity Energy Efficiency Programs." *Energy Journal*, Volume 33, Number 2, pp. 63-99.

Arrow, K. J.; M. L. Cropper; G. C. Eads; R. W. Hahn; L. B. Lave; R. G. Noll; Paul R. Portney; M. Russell; R. Schmalensee; V. K. Smith and R. N. Stavins. 1996. "Benefit-Cost Analysis in Environmental, Health, and Safety Regulation: A Statement of Principles." American Enterprise Institute, the Annapolis Center, and Resources for the Future; AEI Press. Available at: <http://www.hks.harvard.edu/fs/rstavins/Papers/Benefit Cost Analysis in Environmental.AEI.1996.pdf>, accessed Aug. 5, 2013.

Barbose, G. L.; I. M. Hoffman and M. Billingsley. 2013. *The Future of Utility Customer-Funded Energy Efficiency Programs in the United States: Projected Spending and Savings to 2025,* http://emp.lbl.gov/sites/all/files/lbnl-5803e.pdf. Lawrence Berkeley National Laboratory.

Berman, E. and L. T. M. Bui. 2001. "Environmental Regulation and Labor Demand: Evidence from the South Coast Air Basin." *Journal of Public Economics 79*(2): 265-295.

Bezdek, R. H.; R. M. Wendling and P. Diperna. 2008. "Environmental Protection, the Economy, and Jobs: National and Regional Analyses." *Journal of Environmental Management 86*(1): 63-79.

Brown, R.S. and L. R. Christensen. 1981. "Estimating the Elasticities of Substitution in a Model of Partial Static Equilibrium: An Application to U.S. Agriculture 1947 to 1974," in: Berndt, E.R.; B. C. Field. (Eds.), *Modeling and Measuring Natural Resource Substitution.*

Chan, H. S.; S. Li; F. Zhang. (2013) "Firm Competitiveness and the European Union Emissions Trading Scheme." *Energy Policy*, (63):1056-1064.

Commins, N.; S. Lyons; M. Schiffbauer; R. S.J. Tol. 2011. "Climate Policy and Corporate Behaviour." *The Energy Journal*, (32):51-68.

Council of Economic Advisers. 2011. "The Economic Impact of the American Recovery and Reinvestment Act of 2009." Sixth quarterly report.

Downs, A.; A. Chittum; S. Hayes; M. Neubauer; S. Nowak; S. Vaidyanathan, et al. 2013. *The 2013 State Energy Efficiency Scorecard.* American Council for an Energy Efficient Economy. www.aceee.org/sites/default/files/publications/researchreports/e13k.pdf.

Ehrenberg, R. G. and R. S. Smith. 2000. *Modern Labor Economics: Theory and Public Policy.* Addison Wesley Longman, Inc., Chapter 4.

Environmental Entrepreneurs. 2013. Clean Energy Works For US:2013 Third Quarter Clean Energy/Clean Transportation Jobs Report. <http://www.e2.org/jsp/controller;jsessionid=8287977D43FA05E237DD5FEF58B00B3A?docName=cleanjobsarchives>.

Environmental Entrepreneurs. 2012. "What Clean Energy Jobs? These Clean Energy Jobs: Third Quarter 2012." *Clean Energy Jobs Roundup.*

Executive Order 13563 (January 21, 2011). "Improving Regulation and Regulatory Review. Section 1. General Principles of Regulation." *Federal Register 76*(14): 3821-3823.

Gillingham, K.; R. Newell and Karen Palmer. 2009. "Energy Efficiency Economics and Policy." *Annual Review of Resource* Economics, 1 (1): 597-619.

Gillingham, K. and K. Palmer. 2014. "Bridging the Energy Efficiency Gap: Policy Insights from Economic Theory and Empirical Evidence." *Review of Environmental Economics and Policy,* vol. 8, issue 1, pp. 18-38.

Global Insight. 2008. *U.S. Metro Economies: Current and Potential Green Jobs in the U.S. Economy.* U.S. Conference of Mayors. Available at: <http://www.usmayors.org/pressreleases/uploads/greenjobsreport.pdf>.

Goldman, C.; M. C. Fuller; E. Stuart; J. S. Peters; M. McRae and N. Albers, et al. 2010. *Energy Efficiency Services Sector: Workforce Size and Expectations for Growth.* Lawrence Berkeley National Laboratory.

Graff Zivin J. and M. Neidell. 2012. "The Impact of Pollution on Worker Productivity." *American Economic Review*, 102(7), pp. 3652-73.

Graff Zivin, J. and M. Neidell. 2013. "Environment, Health, and Human Capital." *Journal of Economic Literature*, September 2013, v. 51, iss. 3, pp. 689-730.

Greenstone, M. 2002. "The Impacts of Environmental Regulations on Industrial Activity: Evidence from the 1970 and 1977 Clean Air Act Amendments and the Census of Manufactures." *Journal of Political Economy* 110(6): 1175-1219.

Hamermesh, D. S. 1993. *Labor Demand*. Princeton, NJ: Princeton University Press. Chapter 2.

Kahn, M.E. and E. T. Mansur. 2013. "Do Local Energy Prices and Regulation Affect the Geographic Concentration of Employment?" *Journal of Public Economics*, 101 (2013) 105–114.

Layard, P.R.G. and A. A. Walters. 1978. *Microeconomic Theory*. McGraw-Hill, Inc. Chapter 9.

List, J. A.; D. L. Millimet; P. G. Fredriksson and W. W. McHone. 2003. "Effects of Environmental Regulations on Manufacturing Plant Births: Evidence from a Propensity Score Matching Estimator." *The Review of Economics and Statistics, 85*(4): 944-952.

Marshall, A. 1920. *Principles of Economics*. Library of Economics and Liberty. Available at: <http://www.econlib.org/library/Marshall/marP.html> .

Morgenstern, R. D.; W. A. Pizer and J.S. Shih. 2002. "Jobs Versus the Environment: An Industry-Level Perspective." *Journal of Environmental Economics and Management,* 43(3): 412-436.

Muro, M.; J. Rothwell; D. Saha & Partnership, w. B. 2011. *Sizing the Clean Economy: A National and Regional Green Jobs Assessment*. Brookings Institution, Metropolitan Policy Program. Available at: http://www.brookings.edu/~/media/series/resources/0713_clean_economy.pdf.

Ostro, B.D. 1987. "Air Pollution and Morbidity Revisited: A Specification Test." Journal of Environmental Economics Management 14:87-98.

Schmalansee, R. and R. Stavins (2011). "A Guide to Economic and Policy Analysis for the Transport Rule." White Paper. Boston, MA. Exelon Corp.

Smith, K. 2012. "Reflections: In Search of Crosswalks between Macroeconomics and Environmental Economics." *Review of Environmental Economics and Policy*, 6(2), pp 298-317.

Southwest Energy Efficiency Project. 2002. "The New Mother Lode: The Potential for More Efficient Electricity Use in the Southwest." Available at: <http://www.swenergy.org/nml>.

The Pew Charitable Trust. 2009. 2009. "The Clean Energy Economy: Repowering Jobs, Businesses and Investments Across America." Available at: <http://www.pewenvironment.org/uploadedFiles/PEG/Publications/Report/Clean%20Energy%20Economy.pdf>.

The Solar Foundation in partnership with BW Research and Cornell University. 2012. "The National Solar Jobs Census." Available at: <http://thesolarfoundation.org/research/national-solar-jobs-census-2012>.

Sommers, D. 2013. "BLS Geen Jobs Overview," *Monthly Labor Review*. U.S. Bureau of Labor Statistics, January, p. 3-16. Available at: <http://www.bls.gov/opub/mlr/2013/01/art1full.pdf>.

U.S. Department of Commerce, Economics and Statistics Administration. 2010a. "Measuring the Green Economy." Available at: <http://www.esa.doc.gov/Reports/measuring-green-economy>.

U.S. Department of Commerce, International Trade Administration. 2010b. Environmental Industries Fact Sheet, using 2008 data from Environmental Business International, Inc., April. Available at: <http://web.ita.doc.gov/ete/eteinfo.nsf/068f3801d047f26e85256883006ffa54/4878b7e2fc08ac6d85256883006c452c?OpenDocument>.

U.S. Department of Labor, Bureau of Labor Statistics. 2012a. Databases, Tables & Calculators by Subject. Acccessed on April 16, 2012 and available at: <http://data.bls.gov/timeseries/LNS14000000>.

U.S. Department of Labor, Bureau of Labor Statistics (2012b, April 6). "The Employment Situation—March 2012." News Release. Accessed April 16, 2012 and available at: <http://www.bls.gov/news.release/pdf/empsit.pdf>.

U.S. Department of Labor, U.S. Bureau of Labor Statistics, (n.d.). "Employment Projections Program." Retrieved January 14, 2014, and available at: <http://www.bls.gov/emp/ep_table_102.htm>.

U.S. Department of Labor, U.S. Bureau of Labor Statistics. (n.d.). "Green Goods and Services, 2010-2011." Retrieved January 14, 2014, and available at: <http://www.bls.gov/ggs/ggsoverview.htm>.

U.S. Energy Information Agency. 2013. "Annual Energy Outlook 2014: Early Release." Available at: http://www.eia.gov/forecast/aeo/er/early_elecgen.cfm.

U.S. Environmental Protection Agency (EPA). 2011a. "The Benefits and Costs of the Clean Air Act from 1990 to 2020 Final Report – Rev. A." Office of Air and Radiation. April. Available at: < http://www.epa.gov/air/sect812/feb11/fullreport_rev_a.pdf>.

U.S. EPA. 2011b. "Regulatory Impact Analysis for the Mercury and Air Toxics Standards (MATS)," December. Available at: <http://www.epa.gov/ttn/ecas/regdata/RIAs/matsriafinal.pdf>.

U.S. International Trade Commission. "Environmental and Related Services." Publication No. 4389, Investigation No. 332-533, March, 2013. Available at: <http://www.usitc.gov/publications/332/pub4389.pdf>

Walker, R. 2011."Environmental Regulation and Labor Reallocation." *American Economic Review,* Papers and Proceedings, 101(2).

Wei, M.; S. Patadia & D. M. Kammen. 2010. "2010 Putting Renewables And Energy Efficiency To Work: How Many Jobs Can The Clean Energy Industry Generate In The US?" *Energy Policy,* 38, 919-931. Available at: https://rael.berkeley.edu/sites/default/files/WeiPatadiaKammen_CleanEnergyJobs_EPolicy2010.pdf.

Yi, H. 2013. "Clean Energy Policies and Green Jobs: An Evaluation of Green Jobs in U.S. Metropolitan Areas." *Energy Policy*, 56: 644-65.

# APPENDIX 6A: ESTIMATING SUPPLY-SIDE EMPLOYMENT IMPACTS OF THE PROPOSED EGU GHG EXISTING SOURCE GUIDELINES

This appendix presents the methods used to estimate the supply-side employment impacts of the Proposed Electric Generating Unit Greenhouse Gas (EGU GHG) Existing Source Guidelines. The focus of the employment analysis is limited to the direct changes in the amount of labor needed in the power, fuels and generating equipment sectors directly influenced by compliance with the Guidelines. It does not include the ripple effects of these impacts on the broader economy (i.e., the "multiplier" effect), nor does it include the wider economy-wide effects of the changes to the energy markets, such as changes in electricity prices.

The methods used to estimate the supply-side employments are based on methods previously developed for the Mercury and Air Toxics Standards (MATS) Regulatory Impact Analysis (RIA). The methods used in this analysis to estimate the recurring labor impacts (e.g., labor associated with operating and maintaining generating units, as well as labor needed to mine coal and natural gas) are the same as was used in MATS (with updated data where available).

The labor analysis in the MATS RIA was primarily concerned with the labor needs of retrofitting pollution control equipment. The EGU GHG Existing Source Guidelines labor analysis, however, involves the quantity and timing of the labor needs of building new renewable and natural gas, as well as making heat rate improvements (HRI) at existing coal fired EGUs. These construction-related compliance activities in the EGU GHG Existing Source Guidelines required developing additional appropriate analytical methods that were not needed for the MATS analysis. The newly developed analytical methods for the construction-related activities are similar in structure and overall approach to the methods used in MATS, but required additional data and engineering information not needed in the MATS RIA.

## 6A.1 General Approach

The analytical approach used in this analysis is a bottom-up engineering method combining the EPA's cost analysis of the proposed guidelines with data on labor productivity, engineering estimates of the amount and types of labor needed to manufacture, construct, and operate different types of generating units, and prevailing wage rates for skilled and general

labor categories. The approach involved using power sector projections and various energy market implications under the proposed EGU GHG Existing Source Guidelines from modeling conducted with the EPA Base Case version 5.13, using the Integrated Planning Model (IPM®)[165], along with data from secondary sources, to estimate the first order employment impacts for 2020, 2025, and 2030.

Throughout the supply-side labor analysis the engineering approach projects labor changes measured as the change in each analysis year in job-years[166] employed in the power generation and directly related sectors (e.g., equipment manufacturing, fuel supply and generating efficiency services). Job-years are not individual jobs, nor are they necessarily permanent nor full time jobs. Job-years the amount of work performed by one full time equivalent (FTE) employee in one year. For example, 20 job-years in 2020 may represent 20 full-time jobs or 40 half-time jobs in that year, or any combination of full- and part-time workers such that total 20 FTEs.

### 6A.1.1 Employment Effects Included In the Analysis

The estimates of the employment impacts (both positive and negative) are divided into five categories:

- additional employment to make HRI[167] at existing coal fired EGUs;
- additional construction-related employment to manufacture and install additional new generating capacity (renewables, and natural gas combined cycle or combustion turbine units) when needed as part of early compliance actions;

---

[165] Results for this analysis were developed using various outputs from EPA's Base Case v.5.13 using ICF's Integrated Planning Model (IPM®). This case includes all of the underlying modeling that was developed by EPA with technical support from ICF International, Inc. See http://www.epa.gov/powersectormodeling/BaseCasev513.html for more information.

[166] Job-years are not individual jobs, but rather the amount of work performed by the equivalent of one full-time individual for one year. For example, 20 job-years in 2020 may represent 20 full-time jobs or 40 half-time jobs in that year.

[167] Heat rate improvements could include a range of activities in the power plant to lower the heat rate required to generate a net electrical output. Assuming all other things being equal, a lower heat rate is more efficient because less fuel is needed per unit of electric output.

- lost construction-related employment opportunities due to reductions in the total amount of new generating capacity needed to be built in the later years because of reduced overall demand for electricity because of demand-side energy efficiency activities;
- lost operating and maintenance employment opportunities due to increased retirements of coal and small oil/gas units;
- changes (both positive and negative) in coal mining and natural gas extraction employment due to the aggregate net changes in fuel demands arising from all the activities occurring due to compliance with the proposed guidelines.

Some of the changes are one-time labor effects which are associated with the building (or avoiding building) new generating capacity and installing HRI. This type of employment effects involves project-specific labor that is used for 2 to 4 years to complete a specific construction and installation type of project. There are other labor effects, however, which continue year after year. For example, bringing new generating capacity online creates an ongoing need for labor to operate and maintain the new generating capacity throughout the expected service life of the unit. New generating capacity also creates a need for additional employment to provide the fuel annually to run the new capacity. There are also continuing effects from the lost operations and maintenance (O&M) and fuel sector labor opportunities from decisions to retire existing capacity, as well as similar lost labor opportunities from decisions to reduce a portion of the amount of additional capacity needed in the base case.

**6A.2 Employment Changes due to Heat Rate Improvements**

The employment changes due to HRI were estimated based on the incremental MW capacity estimated to implement such improvements by 2020 as indicated by the analysis conducted by EPA. The heat rate improvement job impacts were assumed to have all occurred by 2020 and thus this study assumes there will be no HRI related jobs after 2020 (i.e., no permanent O&M related jobs due to HRI for 2025 or 2030). EPA modeled the heat rate improvements exogenously in IPM using the assumption that all "relevant" units can improve their heat rate by 6 percent at a capital cost of $100/kW. This study assumes that these investments will occur over a four-year period culminating in 2020. Hence, the per-year cost of heat rate was calculated to be $25/kW, and this cost was used in the next step.

This cost was then allocated to four categories based on the estimates provided by Andover Technology Partners (ATP), which were adapted from proxy projects involving installation of combustion control retrofits, such as those installed under the Best Available Retrofit Technology (BART) submissions from coal-fired power plants located in Wyoming and Arizona. For more details, refer to the Staudt (2014) report.[168] These proxies were chosen to ensure that the types of activities involved and their associated costs would be representative of those investments EPA expects power plants to undertake for efficiency upgrades.

Information on cost for these proxies were then extrapolated to approximate the labor requirements for four broad categories of labor – boilermakers and general construction, engineering and management support labor, labor required to produce the equipment in upstream sectors, and labor required to supply the materials (assumed to be primarily steel) in upstream sectors. More details about these estimates are provided in the Staudt (2014) report.

Based on the cost allocated in each categories and output per worker figures for respective industries in 2020, the employment gains for heat rate improvement were estimated[169] for 2020 using the assumptions summarized in Table 6A-1 below. Output per workers in future years were adjusted to account for growth in labor productivity, based on historical evidence of productivity growth rates for the relevant sectors.

**Table 6A-1. Labor Productivity Growth Rate due to Heat Rate Improvement**

|  | Share of the Total Capital Cost | Output/Worker (2020) | Labor Productivity Growth Rate |
|---|---|---|---|
| Boilermaker and Gen. Const. | 40% | $78,500 | 0% |
| Management/Engineering | 20% | $141,000 | 1.3% |
| Equipment | 30% | $458,000 | 3.2% |
| Materials | 10% | $424,000 | -1.2% |

---

[168] Staudt, James, Andover Technology Partners, Inc. Estimating Labor Effects of Heat Rate Improvements. Report prepared for the proposed EGU GHG Existing Source Guidelines, March 6, 2014.

[169] Total value of shipments or receipts in 2007 and total employees were taken from 2007 Economic Census, Statistics by Industry for Mining and Manufacturing sectors. The average annual growth rate of labor productivity was taken from the Bureau of Labor Statistics. Average growth rate calculated for years 1992-2007, applied to 2007 productivity to determine 2020 estimates of productivity. For the construction sector, BLS productivity growth rate data was unavailable. Because of this, and lack of reliable data on construction sector productivity growth, the output per worker for the construction sector was not forecasted to 2020, and the most recent available value from 2007 was used.

For these output per worker figures, a power sector construction industry (NAICS 237130) was used for general construction and boilermakers, Engineering Services (NAICS 54133) was used for the engineering and management component, Machinery Manufacturing (NAICS 333) was used for the equipment sector, and steel manufacturing (NAICS 33121) was used for materials. Use of machinery manufacturing for equipment and steel for materials was based on an analysis of the types of materials and equipment needed for these projects, and what EPA determined to be the most appropriate industry sectors for those. For more details, refer to the Staudt (2014) report.

### 6A.2.1 Employment Changes Due to Building (or Avoiding) New Generation Capacity

Employment changes due to new generation units were based on the incremental changes in capacity (MW), capital costs ($MM), and fixed operations and maintenance (FOM) costs ($MM) between the policy scenario and the base case in a given year.

New capacities were aggregated by generation type into the following categories:

- Combined Cycle,
- Combustion Turbine, and
- Renewables (which includes biomass, geothermal, landfill gas, onshore wind, and solar).

For each category, the analysis estimated the impacts due to both the construction and operating labor requirements for corresponding capacity changes. The construction labor was estimated using information on the capital costs, while the operating labor was estimated using the FOM costs.

Because IPM outputs provide annualized capital costs ($MM), EPA first converted the annualized capital costs to changes in the total capital investment using the corresponding capital charge rates.[170] These total capital investments were then converted to annual capital investments using assumptions about the estimated duration of the construction phase, in order to estimate the

---

[170] Capital charge rates obtained from EPA's resource, EPA #450R13002: Documentation for EPA Base Case v.5.13 using the Integrated Programming Model (IPM).

annual impacts on construction phase labor. Duration estimates were based on assumptions for construction lengths used in EPA's IPM modeling.[171] Specific assumptions used for different generating technologies are shown in Table 6A-2 below.

**Table 6A-2. Capital Charge Rate and Duration Assumptions**

| New Investment Technology | Capital Charge Rate | Duration (Years) |
|---|---|---|
| Advanced Combined Cycle | 10.3% | 3 |
| Advanced Combustion Turbine | 10.6% | 2 |
| Renewables | | |
| Biomass | 9.5% | 3 |
| Wind (Onshore) | 10.9% | 3 |
| Landfill Gas | 10.9% | 3 |
| Solar | 10.9% | 3 |
| Geothermal | 10.9% | 3 |

Annual capital costs for each generation type were then broken down into four categories: equipment, material (which is assumed to be primarily steel), installation labor, and support labor in engineering and management. The percentage breakdowns shown in Table 6A-3 were estimated using information provided by Staudt (2014), based primarily on published budgets for new unit assembled in a study for the National Energy Technology Laboratory (NETL). For more details, refer to the Staudt (2014) report. Annual capital costs for each generation type provided by the IPM output were allocated according to this breakdown.

**Table 6A-3. Expenditure Breakdown due to New Generating Capacity**

| | Equipment | Material | Labor | Eng. and Const. Mgt |
|---|---|---|---|---|
| Renewables | 54% | 6% | 31% | 9% |
| Combined Cycle | 65% | 10% | 18% | 7% |
| Combustion Turbine | 65% | 10% | 18% | 7% |

The short-term construction labor of the new generation units were based on output ($ per worker) figures for the respective sectors. The total direct workers per $1 million of output for the baseline year 2007 were forecasted to the years under analysis using the relevant labor productivity growth rate. Table 6A-4 shows the figures for each of the five productivities: general power plant construction; engineering and management; material use; equipment use;

---

[171] Ibid.

and plant operators. The resulting values were multiplied by the capital costs to get the job impact.

**Table 6A-4. Labor Productivity due to New Generating Capacity**

|  | Labor Productivity Growth Rate | Workers per Million $ (2007) |
|---|---|---|
| General Power Plant Construction | 0.0% | 5.7 |
| Engineering and Management | 1.3% | 5.2 |
| Material Use (Steel) | -1.2% | 2.0 |
| Equipment Use (Machinery) | 3.2% | 3.3 |
| Plant Operators | 2.8% | 10.8 |

General installation labor, assumed to be mostly related to the general power plant construction phase, was matched with the power industry specific construction sector. Engineering/management was matched to the engineering services sector to determine their respective output per worker. For materials, EPA assumed steel to be the proxy and used the steel manufacturing sector for this productivity. Equipment was assumed to primarily come from machinery manufacturing sector (such as turbines, engines and fans).

The net labor impact for construction labor for a given year was adjusted to account for changes in capacity that has already taken place in the prior IPM run year. Because IPM reports cumulative changes for new generating capacity for any given run year, this adjustment ensured that the short-term construction phase job impacts in any given run year does not reflect the cumulative effects of prior construction changes for the given policy scenario. The estimated amount of the change in construction-related labor in a single IPM run year (e.g., 2025) represents the average labor impact that occurs in all years between that IPM run year and the previous run year (i.e., the labor estimates derived from the 2025 IPM run year are the average annual labor impacts in 2021 through 2025). The construction labor results for 2020 represent the average labor impacts in 2017 through 2020.

The plant operating employment estimates used a simpler methodology as the one described above. The operating employment estimates use the IPM estimated change in FOM costs for the IPM run year. Because the FOM costs are inherently estimates for a single year, the operating employment estimates are for a single year only. While there are obviously operating employment effects occurring in every year throughout the entire IPM estimation period (2017-2030), the labor analysis only estimates the single year labor impacts in the IPM run years: 2020,

2025 and 2030. The total direct workers for $1 million and labor productivity growth rate provided for plant operators in Table 6A-4 were used to estimate the employment impact.

### 6A.2.2 Employment Changes due to Coal and Oil/Gas Retirements

Employment changes due to plant retirements were calculated using the IPM projected changes in retirement capacities for coal and oil/gas units for the relevant year and the estimated changes in total FOM costs due to those retiring units. Thus, the basic assumption in this analysis was that increased retirements (over the base case) will lead to reduced FOM expenditures at those plants which were assumed to lead to direct job losses for plant workers.

In order to estimate the total FOM changes due to retirements, EPA first estimated the average FOM costs ($/kW) for existing coal-fired and oil/gas-fired units in the base case, as shown in Table 6A-5 below. It was assumed that the average FOM cost of existing units in the base case can be used as a proxy for the lost economic output due to fossil retirements. Thus, changes in the FOM costs for these retiring units were derived by taking the product of the incremental change in capacity and the average FOM costs. These values were converted to lost employment using data from the Economic Census and BLS on the output/worker estimates for the utility sector.[172]

**Table 6A-5. Average FOM Cost Assumptions**

|             | 2020 | 2025 | 2030 |
|-------------|------|------|------|
| Coal        | 65   | 68   | 69   |
| Oil and Gas | 21   | 22   | 22   |

Note that the retirement related employment losses are assumed to include losses directly affecting the utility sector, and do not include losses in upstream sectors that supply other inputs to the EGU sector (except fuel related job losses, which are estimated separately and discussed in the next section).

### 6A.2.3 Employment Changes due to Coal and Oil/Gas Retirements

Two types of employment impacts due to projected fuel use changes were estimated in

---

[172] The same specific sources as cited before, however, used workers and total payroll.

this section. First, employment losses due to either reductions or shifts in coal demand were estimated using an approach similar to EPA's coal employment analyses under Title IV of the Clean Air Act Amendments. Using this approach, changes in coal demand (in short tons) for various coal supplying regions were taken from EPA's base and policy case runs for the proposed EGU GHG NSPS. These changes were converted to job-years using U.S. Energy information Administration (EIA) data on regional coal mining productivity (in short tons per employee hour), using 2008 labor productivity estimates.[173,174]

Specifically, the incremental changes to coal demand were calculated based on the coal supply regions in IPM -- Appalachia, Interior, and West and Waste Coal (which was estimated using U.S. total productivity). Worker productivity values used for estimating coal related job impacts are shown in Table 6A-6 below.

**Table 6A-6. Labor Productivity due to New Generating Capacity**

|  | Labor Productivity |
|---|---|
| Coal (Short tons/ employee hour) | |
| Appalachia | 2.91 |
| Interior | 4.81 |
| West | 19.91 |
| Waste | 5.96 |
| Natural Gas (MMBtu/ employee hour) | 126 |
| Pipeline Construction (Workers per $Million) | 5.1 |

For natural gas demand, labor productivity per unit of natural gas was unavailable, unlike coal labor productivities used above. Most secondary data sources (such as Census and EIA) provide estimates for the combined oil and gas extraction sector. This section thus used an adjusted labor productivity estimate for the combined oil and gas sector that accounts for the relative contributions of oil and natural gas in the total sector output (in terms of the value of energy output in MMBtu). This estimate of labor productivity was then used with the

---

[173] From EIA Annual Energy Review, Coal Mining Productivity Data. Used 2008.

[174] Unlike the labor productivity estimates for various equipment resources which were forecasted to 2020 using BLS average growth rates, this study uses the most recent historical productivity estimates for fuel sectors. In general, labor productivity for the fuel sectors (both coal and natural gas) showed a significantly higher degree of variability in recent years than the manufacturing sectors, which would have introduced a high degree of uncertainty in forecasting productivity growth rates for future years.

incremental natural gas demand for the respective IPM runs to estimate the job-years for the specific year (converting the TCF of gas used projected by IPM into MMBtu using the appropriate conversion factors). In addition, the pipeline construction costs were estimated using endogenously determined gas market model parameters in IPM used by EPA for the MATS rule (using assumptions for EPA's Base Case v4.10). This analysis assumed that the need for additional pipeline would be proportionate to those projected for the MATS rule and were hence extrapolated from those estimates.[175] The job-years associated with the pipeline construction were included in the natural gas employment estimates.

---

[175] See "Employment Estimates of Direct Labor in Response to the Proposed Toxics Rule in 2015". Technical Support Document, March 2011.

6A-10

# CHAPTER 7: STATUTORY AND EXECUTIVE ORDER ANALYSIS

## 7.1 Executive Order 12866, Regulatory Planning and Review, and Executive Order 13563, Improving Regulation and Regulatory Review

Under section 3(f) (1) of Executive Order 12866 (58 FR 51735, October 4, 1993), this action is an "economically significant regulatory action" because it is likely to have an annual effect on the economy of $100 million or more or to adversely affect in a material way the economy, a sector of the economy, productivity, competition, jobs, the environment, public health or safety, or state, local, or tribal governments or communities. The $100 million threshold can be triggered by either costs or benefits, or a combination of them. Accordingly, the EPA submitted this action to OMB for review under Executive Orders 12866 and 13563 (76 FR 3821, January 21, 2011), and any changes made in response to OMB recommendations have been documented in the docket for this action. The EPA also prepared an analysis of the potential costs and benefits associated with this action in this Regulatory Impact Analysis (RIA).

Consistent with EO 12866 and EO 13563, the EPA estimated the costs and benefits for illustrative compliance approaches of implementing the proposed guidelines. This proposal sets goals to reduce $CO_2$ emissions from the electric power industry. Actions taken to comply with the proposed guidelines will also reduce the emissions of directly emitted $PM_{2.5}$, sulfur dioxide ($SO_2$) and nitrogen oxides ($NO_X$). The benefits associated with these PM, $SO_2$ and $NO_X$ reductions are referred to as co-benefits, as these reductions are not the primary objective of this rule.

The EPA has used the U.S. government's social cost of carbon (USG SCC) estimates (i.e., the monetary value of impacts associated with a marginal change in $CO_2$ emissions in a given year), to analyze $CO_2$ climate impacts of this rulemaking. The four USG SCC estimates are associated with different discount rates (model average at 2.5 percent discount rate, 3 percent, and 5 percent; 95th percentile at 3 percent), and each increases over time. In this summary, EPA provides the estimate of climate benefits associated with the SCC value deemed to be central by the USG (the model average at 3% discount rate). The EPA estimates that in 2020, the Option 1 regional compliance approach will yield monetized climate benefits of approximately $17 billion with a 3 percent model average (2011$). The air pollution health co-

benefits in 2020 are estimated to be $16 billion to $37 billion for a 3 percent discount rate, and $15 billion to $34 billion (2011$) for a 7 percent discount rate. The annual illustrative compliance costs estimated by IPM, inclusive of demand side energy efficiency program and participant costs and MRR costs, are approximately $5.5 billion (2011$) in 2020.  The quantified net benefits (the difference between monetized benefits and costs) in 2020, are estimated to be $28 billion to $49 billion using a 3 percent discount rate (model average) and $26 to $45 billion using a 7 percent discount rate (model average, 2011$). For Option 1 state compliance approach, the climate benefits are estimated to be $18 billion (2011$). The air pollution health co-benefits in 2020 for the Option 1 state compliance approach are estimated to be $17 billion to $40 billion for a 3 percent discount rate, and $15 billion to $36 billion (2011$) for a 7 percent discount rate. The annual illustrative compliance costs estimated by IPM, inclusive of demand side energy efficiency program and participant costs and MRR costs, are approximately $7.5 billion (2011$) in 2020.  The quantified net benefits in 2020, are estimated to be $27 billion to $50 billion using a 3 percent discount rate (model average) and $26 to $46 billion using a 7 percent discount rate (model average, 2011$).

For Option 1 regional compliance approach in 2030, the EPA estimates this proposal will yield monetized climate benefits of approximately $30 billion (3 percent, model average, 2011$). The air pollution health co-benefits in 2030 are estimated to be $25 billion to $59 billion for a 3 percent discount rate, and $23 billion to $54 billion (2011$) for a 7 percent discount rate. The annual illustrative compliance costs estimated using IPM, inclusive of demand side energy efficiency program and participant costs and MRR costs, are approximately $7.3 billion (2011$) in 2030. The quantified net benefits (the difference between monetized benefits and costs) in 2030, are estimated to be $48 billion to $82 billion using a 3 percent discount rate and $46 to $77 billion assuming a 7% discount rate (model average, 2011$). For the Option 1 state compliance approach, net benefits in 2030 are estimated to be $49 to $84 billion (3 percent discount rate) and $46 to 79 billion (7 percent discount rate (2011$). Compliance costs are estimated to be $8.8 billion (2011$). Based upon the foregoing discussion, it remains clear that the benefits of this proposal are substantial, and far exceed the costs. Additional benefit, cost and net benefit estimates for Option 1 and Option 2 are provided in Chapter 8 of this report.

### 7.2 Paperwork Reduction Act

The information collection requirements in this proposed rule have been submitted for approval to the Office of Management and Budget (OMB) under the *Paperwork Reduction Act*, 44 U.S.C. 3501 *et seq.* The Information Collection Request (ICR) document prepared by the EPA has been assigned the EPA ICR number 2503.01.

The information collection requirements are based on the recordkeeping and reporting burden associated with developing, implementing, and enforcing a state plan to limit $CO_2$ emissions from existing sources in the power sector. These recordkeeping and reporting requirements are specifically authorized by CAA section 114 (42 U.S.C. 7414). All information submitted to the EPA pursuant to the recordkeeping and reporting requirements for which a claim of confidentiality is made is safeguarded according to agency policies set forth in 40 CFR part 2, subpart B.

The annual burden for this collection of information for the states (averaged over the first 3 years following promulgation of this proposed action) is estimated to be a range of 316,217 hours at a total annual labor cost of $22,381,044, to 633,001 hours at a total annual labor cost of $44,802,243. The lower bound estimate reflects the assumption that some states already have energy efficiency and renewable energy programs in place. The higher bound estimate reflects the assumption that no states have energy efficiency and renewable energy programs in place. The total annual burden for the federal government (averaged over the first 3 years following promulgation of this proposed action) is estimated to be 53,300 hours at a total annual labor cost of $2,958,005. Burden means the total time, effort, or financial resources expended by persons to generate, maintain, retain, or disclose or provide information to or for a federal agency. This includes the time needed to review instructions; develop, acquire, install, and utilize technology and systems for the purposes of collecting, validating, and verifying information, processing and maintaining information, and disclosing and providing information; adjust the existing ways to comply with any previously applicable instructions and requirements; train personnel to be able to respond to a collection of information; search data sources; complete and review the collection of information; and transmit or otherwise disclose the information.

An agency may not conduct or sponsor, and a person is not required to respond to a

7-3

collection of information unless it displays a currently valid OMB control number. The OMB control numbers for the EPA's regulations are listed in 40 CFR part 9 and 48 CFR Chapter 15.

**7.3 Regulatory Flexibility Act**

The Regulatory Flexibility Act (RFA) generally requires an agency to prepare a regulatory flexibility analysis of any rule, subject to notice and comment rulemaking requirements, under the Administrative Procedure Act or any other statute unless the agency certifies that the rule will not have a significant economic impact on a substantial number of small entities. Small entities include small businesses, small organizations, and small governmental jurisdictions.

For purposes of assessing the impacts of this rule on small entities, small entity is defined as:

1. A small business that is defined by the SBA's regulations at 13 CFR 121.201 (for the electric power generation industry, the small business size standard is an ultimate parent entity with less than 750 employees). The NAICS codes for the affected industry are in Table 7-1 below.

2. A small governmental jurisdiction that is a government of a city, county, town, school district or special district with a population of less than 50,000.
   A small organization that is any not-for-profit enterprise which is independently owned and operated and is not dominant in its field.

**Table 7-1.  Potentially Regulated Categories and Entities[a]**

| Category | NAICS Code | Examples of Potentially Regulated Entities |
|---|---|---|
| Industry | 221112 | Fossil fuel electric power generating units. |
| State/Local Government | 221112[b] | Fossil fuel electric power generating units owned by municipalities. |

[a] Include NAICS categories for source categories that own and operate electric power generating units (includes boilers and stationary combined cycle combustion turbines).

[b] State or local government-owned and operated establishments are classified according to the activity in which they are engaged.

After considering the economic impacts of this proposed rule on small entities, EPA certifies that this action will not have a significant economic impact on a substantial number of small entities.

7-4

The proposed rule will not impose any requirements on small entities. Specifically, emission guidelines established under CAA section 111(d) do not impose any requirements on regulated entities and, thus, will not have a significant economic impact upon a substantial number of small entities. After emission guidelines are promulgated, states establish standards on existing sources and it is those state requirements that could potentially impact small entities. Our analysis here is consistent with the analysis of the analogous situation arising when the EPA establishes NAAQS, which do not impose any requirements on regulated entities. As here, any impact of a NAAQS on small entities would only arise when states take subsequent action to maintain and/or achieve the NAAQS through their state implementation plans. See American Trucking Assoc. v. EPA, 175 F.3d 1029, 1043-45 (D.C. Cir. 1999) national standards for allowable concentrations of particulate matter in ambient air as required by section 109 of the CAA. *See also American Trucking Associations* v. *EPA.* 175 F.3d at 1044–45 (NAAQS do not have significant impacts upon small entities because NAAQS themselves impose no regulations upon small entities).

Nevertheless, the EPA is aware that there is substantial interest in the proposed rule among small entities (municipal and rural electric cooperatives). As detailed in section III.A.of the preamble, the EPA has conducted an unprecedented amount of stakeholder outreach on setting emission guidelines for existing EGUs. While formulating the provisions of the proposed rule, the EPA considered the input provided over the course of the stakeholder outreach. Section III.B. of the preamble describes the key messages from stakeholders. In addition, as described in the RFA section of the preamble to the proposed standards of performance for GHG emissions from new EGUs (79 FR 1499-1500, January 8, 2014), the EPA conducted outreach to representatives of small entities while formulating the provisions of the proposed standards. Although only new EGUs would be affected by those proposed standards, the outreach regarded planned actions for new and existing sources. We invite comments on all aspects of the proposal and its impacts, including potential impacts on small entities.

## 7.4 Unfunded Mandates Reform Act (UMRA)

This proposed action does not contain a federal mandate that may result in expenditures of $100 million or more for state, local, and tribal governments, in the aggregate, or the private

sector in any one year. Specifically, the emission guidelines proposed under CAA section 111(d) do not impose any direct compliance requirements on regulated entities, apart from the requirement for states to develop state plans. The burden for states to develop state plans in the 3 year period following promulgation of the rule was estimated and is listed in section IX B. of the preamble for the rulemaking, but this burden is estimated to be below $100 million in any one year. Thus, this proposed rule is not subject to the requirements of section 202 or section 205 of UMRA.

This proposed rule is also not subject to the requirements of section 203 of UMRA because it contains no regulatory requirements that might significantly or uniquely affect small governments.

In light of the interest among governmental entities, the EPA initiated consultations with governmental entities while formulating the provisions of the proposed standards for new EGUs. Although only new EGUs would be affected by those proposed standards, the outreach regarded planned actions for new and existing sources. As described in the UMRA discussion in the preamble to the proposed standards of performance for GHG emissions from new EGUs (79 FR 1500-1501, January 8, 2014), the EPA consulted with the following 10 national organizations representing state and local elected officials:

- National Governors Association
- National Conference of State Legislatures
- Council of State Governments
- National League of Cities
- U.S. Conference of Mayors
- National Association of Counties
- International City/County Management Association
- National Association of Towns and Townships
- County Executives of America

- Environmental Council of States

On February 26, 2014, the EPA re-engaged with those governmental entities to provide a pre-proposal update on the emission guidelines for existing EGUs and emission standards for modified and reconstructed EGUs.

While formulating the provisions of these proposed emission guidelines, the EPA also considered the input provided over the course of the extensive stakeholder outreach conducted by the EPA.

## 7.5 Executive Order 13132, Federalism

Under Executive Order 13132, EPA may not issue an action that has federalism implications, that imposes substantial direct compliance costs, and that is not required by statute, unless the Federal government provides the funds necessary to pay the direct compliance costs incurred by State and local governments, or the EPA consults with state and local officials early in the process of developing the proposed action.

The EPA has concluded that this action may have federalism implications, because it may impose substantial direct compliance costs on state or local governments, and the federal government will not provide the funds necessary to pay those costs. As discussed in the Supporting Statement found in the docket for this rulemaking, the development of state plans will entail many hours of staff time to develop and coordinate programs for compliance with the proposed rule, as well as time to work with state legislatures as appropriate, and develop a plan submittal.

The EPA consulted with state and local officials early in the process of developing the proposed action to permit them to have meaningful and timely input into its development. As described in the Federalism discussion in the preamble to the proposed standards of performance for GHG emissions from new EGUs (79 FR 1501, January 8, 2014), the EPA consulted with state and local officials in the process of developing the proposed standards for newly constructed EGUs. This outreach regarded planned actions for new, reconstructed, modified and existing sources. The EPA invited the following 10 national organizations representing state and local elected officials to a meeting on April 12, 2011, in Washington DC: (1) National Governors Association; (2) National Conference of State Legislatures, (3) Council of State Governments,

(4) National League of Cities, (5) U.S. Conference of Mayors, (6) National Association of Counties, (7) International City/County Management Association, (8) National Association of Towns and Townships, (9) County Executives of America, and (10) Environmental Council of States. These 10 organizations representing elected state and local officials have been identified by the EPA as the "Big 10" organizations appropriate to contact for purpose of consultation with elected officials. On February 26, 2014, the EPA re-engaged with those governmental entities to provide a pre-proposal update on the emission guidelines for existing EGUs and emission standards for modified and reconstructed EGUs. In addition, extensive stakeholder outreach conducted by the EPA allowed state leaders, including governors, environmental commissioners, energy officers, public utility commissioners, and air directors, opportunities to engage with EPA officials and provide input regarding reducing carbon pollution from power plants.

A detailed Federalism Summary Impact Statement (FSIS) describing the most pressing issues raised in pre-proposal and post-proposal comments will be forthcoming with the final rule, as required by section 6(b) of Executive Order 13132. In the spirit of Executive Order 13132, and consistent with EPA policy to promote communications between EPA and State and local governments, EPA specifically solicits comment on this proposed action from State and local officials.

## 7.6 Executive Order 13045, Protection of Children from Environmental Health Risks and Safety

The EPA interprets EO 13045 (62 FR 19885, April 23, 1997) as applying to those regulatory actions that concern health or safety risks, such that the analysis required under section 5-501 of the Order has the potential to influence the regulation. This action is not subject to EO 13045 because it does not involve decisions on environmental health or safety risks that may disproportionately affect children. The EPA believes that the $CO_2$ emission reductions resulting from implementation of the proposed guidelines, as well as substantial ozone and $PM_{2.5}$ emission reductions as a co-benefit, would further improve children's health.

## 7.7 Executive Order 13211, Actions Concerning Regulations that Significantly Affect Energy Supply, Distribution, or Use

Executive Order 13211 (66 FR 28355; May 22, 2001) requires the EPA to prepare and submit a Statement of Energy Effects to the Administrator of the Office of Information and

7-8

Regulatory Affairs, OMB, for actions identified as ''significant energy actions.'' This action, which is a significant regulatory action under EO 12866, is likely to have a significant effect on the supply, distribution, or use of energy. We have prepared a Statement of Energy Effects for this action as follows. We estimate a 4 to 7 percent increase in retail electricity prices, on average, across the contiguous U.S. in 2020, and a 16 to 22 percent reduction in coal-fired electricity generation as a result of this rule. The EPA projects that electric power sector delivered natural gas prices will increase by about 8 to 12 percent in 2020 and reflect no change to a decrease of approximately 3 percent in 2030.   Additional information is available in Chapter 3 of this RIA.

## 7.8 National Technology Transfer and Advancement Act (NTTAA)

Section 12(d) of the NTTAA of 1995 (Public Law No. 104-113; 15 U.S.C. 272 note) directs the EPA to use Voluntary Census Standards (VCS) in its regulatory and procurement activities unless to do so would be inconsistent with applicable law or otherwise impractical. Voluntary consensus standards are technical standards (e.g., materials specifications, test methods, sampling procedures, business practices) developed or adopted by one or more voluntary consensus bodies. The NTTAA directs the EPA to provide Congress, through annual reports to the OMB, with explanations when an agency does not use available and applicable VCS. This proposed rulemaking does not involve technical standards.

The EPA welcomes comments on this aspect of the proposed rulemaking and specifically invites the public to identify potentially-applicable VCS and to explain why such standards should be used in this action.

## 7.9 Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations

Executive Order 12898 (59 FR 7629, February 16, 1994) establishes federal executive policy on environmental justice. Its main provision directs federal agencies, to the greatest extent practicable and permitted by law, to make environmental justice part of their mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of their programs, policies and activities on minority populations and low-income populations in the U.S.

Section II.A of the preamble summarizes the public health and welfare impacts from GHG emissions that were detailed in the 2009 Endangerment Finding under CAA section 202(a)(1).[176] As part of the Endangerment Finding, the Administrator considered climate change risks to minority or low-income populations, finding that certain parts of the population may be especially vulnerable based on their circumstances. These include the poor, the elderly, the very young, those already in poor health, the disabled, those living alone, and/or indigenous populations dependent on one or a few resources. The Administrator placed weight on the fact that certain groups, including children, the elderly, and the poor, are most vulnerable to climate-related health effects.

Strong scientific evidence that the potential impacts of climate change raise environmental justice issues is found in the major assessment reports by the U.S. Global Change Research Program (USGCRP), the Intergovernmental Panel on Climate Change (IPCC), and the National Research Council (NRC) of the National Academies, summarized in the record for the Endangerment Finding. Their conclusions include that poor communities can be especially vulnerable to climate change impacts because they tend to have more limited adaptive capacities and are more dependent on climate-sensitive resources such as local water and food supplies. In addition, Native American tribal communities possess unique vulnerabilities to climate change, particularly those on established reservations that are restricted to reservation boundaries and therefore have limited relocation options. Tribal communities whose health, economic well-being, and cultural traditions depend upon the natural environment will likely be affected by the degradation of ecosystem goods and services associated with climate change. Southwest native cultures are especially vulnerable to water quality and availability impacts. Native Alaskan communities are likely to experience disruptive impacts, including shifts in the range or abundance of wild species crucial to their livelihoods and well-being. The most recent assessments continue to strengthen scientific understanding of climate change risks to minority and low-income populations.

This proposed rule would limit GHG emissions by establishing $CO_2$ emission guidelines

---

[176] "Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act," 74 Fed. Reg. 66,496 (Dec. 15, 2009) ("Endangerment Finding").

for existing fossil fuel-fired EGUs. In addition to reducing $CO_2$ emissions, implementing the proposed rule would reduce other emissions from EGUs that become dispatched less frequently due to their relatively low energy efficiency. These emission reductions will include $SO_2$ and NOx, which form ambient $PM_{2.5}$ and ozone in the atmosphere, and hazardous air pollutants (HAP), such as mercury and hydrochloric acid. In the final rule revising the annual $PM_{2.5}$ NAAQS[177], the EPA identified persons with lower socioeconomic status as an at-risk population for experiencing adverse health effects related to PM exposures. Persons with lower socioeconomic status have been generally found to have a higher prevalence of pre-existing diseases, limited access to medical treatment, and increased nutritional deficiencies, which can increase this population's risk to PM-related and ozone-related effects.[178] Therefore, in areas where this rulemaking reduces exposure to $PM_{2.5}$, ozone, and methylmercury persons with low socioeconomic status would also benefit. The regulatory impact analysis (RIA) for this rulemaking, included in the docket for this rulemaking, provides additional information regarding the health and ecosystem effects associated with these emission reductions.

While there will be many locations with improved air quality for $PM_{2.5}$, ozone, and HAP, there may also be EGUs whose emissions of one or more of these pollutants or their precursors increase as a result of the proposed emission guidelines for existing fossil fuel-fired EGUs. This may occur at EGUs that become dispatched more intensively than in the past because they become more energy efficient. The EPA has considered the potential for such increases and the environmental justice implications of such increases.

As we noted in the NSR discussion in this preamble, as part of a state's CAA section 111(d) plan, the state may require an affected EGU to undertake a physical or operational changes to improve the unit's efficiency that result in an increase in the unit's dispatch and an increase in the unit's annual emissions of GHGs and/or other regulated pollutants. A state can take steps to avoid increased utilization of particular EGUs and thus to avoid any significant

---

[177] U.S. EPA (2013). National Ambient Air Quality Standards for Particulate Matter, Final Rule. *Federal Register* 78 (15 January 2013): 3086-3287.

[178] U.S. Environmental Protection Agency (U.S. EPA). 2009. *Integrated Science Assessment for Particulate Matter (Final Report)*. EPA-600-R-08-139F. National Center for Environmental Assessment – RTP Division. December. Available on the Internet at <http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=216546>.

increases in emissions including emissions of other regulated pollutants whose environmental effects would be more localized around the affected EGU. To the extent that states take this path, there would be no new environmental justice concerns in the areas near such EGUs. For any EGUs that make modifications that do trigger NSR permitting, the applicable local, state, or federal permitting program will ensure that there are no new NAAQS violations and that no existing NAAQS violations are made worse. For those EGUs in a permitting situation for which the EPA is the permit reviewing authority, the EPA will consider environmental justice issues as required by Executive Order 12898.

In addition to some EGUs possibly being required by a state to make modifications for increased energy efficiency, another effect of the proposed $CO_2$ emission guidelines for existing fossil fuel-fired EGUs would be increased utilization of other, unmodified EGUs with relatively low GHG emissions per unit of electrical output, in particular high efficiency gas-fired EGUs. Because such EGUs would not have been modified physically nor changed their method of operation, they would not be subject to review in the NSR permitting program. Such plants would have more hours in the year in which they operate and emit pollutants, including pollutants whose environmental effects if any would be localized rather than global as is the case with GHG emissions. Changes in utilization already occur now as demands for and sources of electrical energy evolve, but the proposed $CO_2$ emission guidelines for existing fossil fuel-fired EGUs can be expected to cause more such changes. Because gas-fired EGUs emit essentially no mercury, increased utilization would not increase methylmercury concentrations in their vicinities. Increased utilization generally would not cause higher peak concentrations of $PM_{2.5}$, NOx, or ozone around such EGUs than is already occurring because peak hourly or daily emissions generally would not change, but increased utilization may make periods of relatively high concentrations more frequent. It should be noted that the gas-fired sources that are likely to become dispatched more frequently than at present have very low emissions of primary particulate matter, $SO_2$ and HAP per unit of electrical output, such that local (or regional) air quality for these pollutants is likely to be affected very little. For natural gas-fired EGUS, the EPA found that regulation of HAP emissions "is not appropriate or necessary because the impacts due to HAP emissions from such units are negligible based on the results of the study documented in the utility RTC" 65 FR 79831. In studies done by DOE/NETL comparing cost

and performance of coal- and NG-fired generation, they assumed $SO_2$, PM (and Hg) emissions to be "negligible." Their studies predict NOx emissions from a NGCC unit to be approximately 10 times lower than a subcritical or supercritical coal-fired boiler. Many are also very well controlled for emission of NOx through the application of after combustion controls such as selective catalytic reduction, although not all gas-fired sources are so equipped. Depending on the specificity of the state CAA section 111(d) plan, the state may be able to predict which EGUs and communities may be in this type of situation and to address any concerns about localized $NO_2$ concentrations in the design of the CAA section 111(d) program, or separately from the CAA section 111(d) program but before its implementation. In any case, existing tracking systems will allow states and the EPA to be aware of the EGUs whose utilization has increased most significantly, and thus to be able to prioritize our efforts to assess whether air quality has changed in the communities in the vicinity of such EGUs. There are multiple mechanisms in the CAA to address situations in which air quality has degraded significantly. In conclusion, this proposed rule would result in regional and national pollutant reductions; however, there likely would also be some locations with more times during the year of relatively higher concentrations of pollutants with potential for effects on localized communities than would be experienced in the absence of the proposed rule. The EPA cannot exactly predict how emissions from specific EGUs would change as an outcome of the proposed rule due to the state-led implementation. Therefore, the EPA has concluded that it is not practicable to determine whether there would be disproportionately high and adverse human health or environmental effects on minority, low income, or indigenous populations from this proposed rule.

In order to provide opportunities for meaningful involvement early on in the rule making process, the EPA has hosted webinars and conference calls on August 27, 2013 and September 9, 2013 on the proposed rule specifically for environmental justice communities and has taken all comments and suggestions into consideration in the design of the emission guidelines.

## 7.10 Executive Order 13175 - Consultation and Coordination with Indian Tribal Governments

This action does not have tribal implications, as specified in Executive Order 13175 (65 FR 67249, November 9, 2000). It would not impose substantial direct compliance costs on tribal governments that have affected EGUs located in their area of Indian country. Tribes are not

required to, but may, develop or adopt CAA programs. Tribes are not required to develop plans to implement the guidelines under CAA section 111(d) for affected EGUs. To the extent that a tribal government seeks and attains treatment in a manner similar to a state (TAS) status for that purpose and is delegated authority for air quality planning purposes, these proposed emission guidelines would require that planning requirements be met and emission management implementation plans be executed by the tribes. The EPA is aware of three coal-fired EGUs and one natural gas-fired EGU located in Indian country but is not aware of any affected EGUs that are owned or operated by tribal entities. The EPA notes that this proposal does not directly impose specific requirements on EGU sources, including those located in Indian country, such as the three coal-fired EGUs and one natural gas-fired EGU, but provides guidance to any tribe with delegated authority to address $CO_2$ emissions from EGU sources found subject to section 111(d) of the CAA. Thus, Executive Order 13175 does not apply to this action.

The EPA conducted outreach to tribal environmental staff and offered consultation with tribal officials in developing this action. Because the EPA is aware of tribal interest in this proposed rule, prior to the April 13, 2012 proposal (77 FR 22392-22441), the EPA offered consultation with tribal officials early in the process of developing the proposed regulation to permit them to have meaningful and timely input into its development. The EPA's consultation regarded planned actions for new and existing sources. In addition, on April 15, 2014, prior to proposal, the EPA met with Navajo Energy Development Group officials. For this proposed action for existing EGUs, a tribe that has one or more affected EGUs located in its area of Indian Country[179] would have the opportunity, but not the obligation, to establish a $CO_2$ performance standard and a CAA section 111(d) plan for its area of Indian country.

Consultation letters were sent to 584 tribal leaders. The letters provided information regarding the EPA's development of both the NSPS and emission guidelines for fossil fuel-fired EGUs and offered consultation. No tribes have requested consultation. Tribes were invited to

---

[179]   The EPA is aware of at least four affected EGUs located in Indian country: two on Navajo lands, the Navajo Generating Station and the Four Corners Generating Station; one on Ute lands, the Bonanza Generating Station; and one on Fort Mojave lands, the South Point Energy Center. The affected EGUs at the first three plants are coal-fired EGUs. The fourth affected EGU is an NGCC facility.

participate in the national informational webinar held August 27, 2013. In addition, consultation/outreach meeting was held on September 9, 2013, with tribal representatives from some of the 584 tribes. The EPA also met with tribal environmental staff via National Tribal Air Association teleconferences on July 25, 2013, and December 19, 2013. In those teleconferences, the EPA provided background information on the GHG emission guidelines to be developed and a summary of issues being explored by the agency. Tribes have expressed varied points of view. Some tribes raised concerns about the impacts of the regulations on EGUs and the subsequent impact on jobs and revenue for their tribes. Other tribes expressed concern about the impact the regulations would have on the cost of water to their communities as a result of increased costs to the EGU that provide energy to transport the water to the tribes. Other tribes raised concerns about the impacts of climate change on their communities, resources, life ways and hunting and treaty rights. The tribes were also interested in the scope of the guidelines being considered by the agency (e.g., over what time period, relationship to state and multi-state plans) and how tribes will participate in these planning activities. In addition, the EPA held a series of listening sessions prior to development of this proposed action. In 2013, tribes participated in a session with the state agencies, as well as a separate session with tribes.

During the public comment period for this proposal, the EPA will hold meetings with tribal environmental staff to inform them of the content of this proposal, as well as offer further consultation with tribal elected officials where it is appropriate. We specifically solicit comment from tribal officials on this proposed rule.

# CHAPTER 8: COMPARISON OF BENEFITS AND COSTS

## 8.1 Comparison of Benefits and Costs

The benefits, costs, and net benefits of the Option 1 and Option 2 illustrative compliance scenarios are presented in this chapter of the Regulatory Impact Analysis (RIA). As discussed in Chapter 1, the EPA is proposing two options for state-specific rate-based $CO_2$ goals that reflect application of measures from four building blocks. For both Options 1 and 2,  two illustrative compliance scenarios, reflecting possible compliance approaches with state-specific $CO_2$ goals, are analyzed in this RIA. These scenarios are a reflection of what compliance could look like for Options 1 and 2, assuming states comply with the $CO_2$ goals on an individual state basis (referred to as state approach) or a number of states comply collectively on a regional basis (referred to as regional approach). EPA is proposing Option 1 and taking comment on Option 2. The guidelines allow flexibility of compliance, and EPA recognizes that actual compliance may differ from the illustrative approaches analyzed in this RIA.

The EPA has used the social cost of carbon estimates presented in the 2013 Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866 (2013 SCC TSD) to analyze $CO_2$ climate impacts of this rulemaking.[180]  We refer to these estimates, which were developed by the U.S. government, as "SCC estimates." The SCC is an estimate of the monetary value of impacts associated with a marginal change in $CO_2$ emissions in a given year). The four SCC estimates are associated with different discount rates (model average at 2.5 percent discount rate, 3 percent, and 5 percent; 95th percentile at 3 percent), and each increases over time. In this comparison of benefits and costs, the EPA provides the estimate of climate benefits associated with the SCC value deemed to be

---

[180] Docket ID EPA-HQ-OAR-2013-0495, Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon, with participation by Council of Economic Advisers, Council on Environmental Quality, Department of Agriculture, Department of Commerce, Department of Energy, Department of Transportation, Environmental Protection Agency, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, Office of Science and Technology Policy, and Department of Treasury (May 2013, Revised November 2013). Available at: http://www.whitehouse.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf.

central in the SCC TSD (the model average at 3% discount rate). As Table 8-1 shows, the EPA estimates that under the proposed Option 1, regional approach monetized climate benefits (in 2011$) are $17 billion in 2020, assuming a 3 percent discount rate (model average). The air pollution health co-benefits in 2020 are estimated to be $16 billion to $37 billion for a 3 percent discount rate and $15 billion to $34 billion (2011$) for a 7 percent discount rate. The annual, illustrative compliance costs estimated by IPM and inclusive of demand side energy efficiency program and participant costs and monitoring, reporting, and recordkeeping (MRR) costs, are approximately $5.5 billion (2011$) in 2020. The quantified net benefits (the difference between monetized benefits and costs) in 2020, are $28 billion to $49 billion using a 3 percent discount rate and $26 billion to $45 billion assuming a 7 percent discount rate (2011$). In comparison, net benefits for the Option 1 state compliance approach in 2020 are estimated to be $27 billion to $50 billion, using a 3 percent discount rate and $26 billion to $46 billion assuming a 7 percent discount rate.  Option 2 regional and state compliance approach benefits, costs and net benefits for 2020 are also shown on Table 8-1. Table 8-2 reflects estimates for the Options 1 and 2 regional and state compliance approaches for 2025. For the regional compliance approach to the proposal Option 1 in 2030, the EPA estimates this approach will yield monetized climate benefits of $30 billion (2011$) (using 3 percent discount rate (model average) as shown on Table 8-3.

In addition to $CO_2$, implementing these proposed guidelines is expected to reduce emissions of $SO_2$ and $NO_X$, which are precursors to formation of ambient $PM_{2.5}$, as well as directly emitted fine particles. Therefore, reducing these emissions would also reduce human exposure to ambient $PM_{2.5}$  and ozone precursors, thus the incidence of $PM_{2.5}$- and ozone related health effects. These air pollution health co-benefits in 2030 are estimated to be $25 billion to $59 billion for a 3 percent discount rate and $23 billion to $54 billion (2011$) for a 7 percent discount rate. The annual illustrative compliance costs estimated using IPM, inclusive of demand side energy efficiency program and participant costs and MRR costs, are approximately $7.3 billion (2011$) in 2030. The quantified net benefits for the Option 1 regional in 2030 are $48 billion to $82 billion, assuming a 3 percent discount rate, and $46 to $77 billion assuming a 7 percent discount rate (2011$).  In 2030, quantified net benefits are $49 billion to $84 billion, assuming a 3 percent discount rate, and $46 to $79 billion assuming a 7 percent discount rate

(2011$) for the Option 1 state compliance approach..

Based upon the foregoing discussion, it remains clear that this proposal's combined climate benefits and human health co-benefits associated with the reduction in other air pollutants substantial and far outweigh the compliance costs for all of the regulatory options and compliance approaches. The EPA could not monetize important categories of impacts. Unquantified impacts include those associated with changes in emissions of other pollutants that affect the climate, such as methane. In addition, the analysis does not quantify co-benefits from reducing exposure to $SO_2$, NOx, and hazardous air pollutants (e.g., mercury and hydrogen chloride), as well as ecosystem effects and visibility impairment.

**Table 8-1. Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2020 (billions of 2011$) [a]**

| | Option 1 - state | | Option 2 – state | |
| --- | --- | --- | --- | --- |
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $4.9 | | $3.8 | |
| 3% discount rate | $18 | | $14 | |
| 2.5% discount rate | $26 | | $20 | |
| 95th percentile at 3% discount rate | $52 | | $40 | |
| Air pollution health co-benefits [c] | $17 to $40 | $15 to $36 | $14 to $32 | $12 to $29 |
| Total Compliance Costs [d] | $7.5 | | $5.5 | |
| Net Benefits [e] | $27 to $50 | $26 to $46 | $22 to $40 | $20 to $37 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.5 tons of Hg<br>Ecosystem effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>1.2 tons of Hg<br>Ecosystem effects<br>Visibility impairment | |
| | Option 1 – regional | | Option 2 – regional | |
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $4.7 | | $3.6 | |
| 3% discount rate | $17 | | $13 | |
| 2.5% discount rate | $25 | | $19 | |
| 95th percentile at 3% discount rate | $51 | | $39 | |
| Air pollution health co-benefits [c] | $16 to $37 | $15 to $34 | $13 to $31 | $12 to $28 |
| Total Compliance Costs [d] | $5.5 | | $4.3 | |
| Net Benefits [e] | $28 to $49 | $26 to $45 | $22 to $40 | $21 to $37 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$<br>1.3 tons of Hg<br>Ecosystem effects<br>Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$<br>0.9 tons of Hg<br>Ecosystem effects<br>Visibility impairment | |

[a] All estimates are for 2020, and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs estimated, in part, using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global social cost of carbon at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

**Table 8-2.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines – 2025 (billions of 2011$) [a]**

| | Option 1 – state | | Option 2 – state | |
|---|---|---|---|---|
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $7.6 | | $5.6 | |
| 3% discount rate | $25 | | $19 | |
| 2.5% discount rate | $37 | | $28 | |
| 95th percentile at 3% discount rate | $77 | | $57 | |
| Air pollution health co-benefits [c] | $23 to $54 | $21 to $49 | $18 to $41 | $16 to $37 |
| Total Compliance Costs [d] | $5.5 | | $5.5 | |
| Net Benefits [e] | $43 to $74 | $41 to $69 | $31 to $55 | $29 to $51 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$ 2.0 tons of Hg Ecosystem effects Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$ 1.7 tons of Hg Ecosystem effects Visibility impairment | |
| | Option 1 – regional | | Option 2 – regional | |
| | 3% Discount Rate | 7% Discount Rate | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | | | | |
| 5% discount rate | $7.5 | | $5.5 | |
| 3% discount rate | $25 | | $18 | |
| 2.5% discount rate | $37 | | $27 | |
| 95th percentile at 3% discount rate | $76 | | $56 | |
| Air pollution health co-benefits [c] | $23 to $53 | $21 to $48 | $17 to $40 | $16 to $36 |
| Total Compliance Costs [d] | $4.6 | | $4.5 | |
| Net Benefits [e] | $43 to $74 | $41 to $69 | $31 to $54 | $29 to $50 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$ 1.7 tons of Hg Ecosystem effects Visibility impairment | | Direct exposure to $SO_2$ and $NO_2$ 1.3 tons of Hg Ecosystem effects Visibility impairment | |

[a] All estimates are 2025, and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs estimated, in part, using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global social cost of carbon at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

**Table 8-3.  Summary of Estimated Monetized Benefits, Compliance Costs, and Net Benefits for the Proposed Guidelines –2030 (billions of 2011$) [a]**

| | Option 1– state | |
|---|---|---|
| | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | $9.5 | |
|   5% discount rate | $31 | |
|   3% discount rate | $44 | |
|   2.5% discount rate | $94 | |
|   95th percentile at 3% discount rate | | |
| Air pollution health co-benefits [c] | $27 to $62 | $24 to $56 |
| Total Compliance Costs [d] | $8.8 | |
| Net Benefits [e] | $49 to $84 | $46 to $79 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$ 2.1 tons of Hg and 590 tons of HCl Ecosystem effects Visibility impairment | |

| | Option 1– regional | |
|---|---|---|
| | 3% Discount Rate | 7% Discount Rate |
| Climate Benefits [b] | $9.3 | |
|   5% discount rate | $30 | |
|   3% discount rate | $44 | |
|   2.5% discount rate | $92 | |
|   95th percentile at 3% discount rate | | |
| Air pollution health co-benefits [c] | $25 to $59 | $23 to $54 |
| Total Compliance Costs [d] | $7.3 | |
| Net Benefits [e] | $48 to $82 | $46 to $77 |
| Non-Monetized Benefits | Direct exposure to $SO_2$ and $NO_2$ 1.7 tons of Hg and 580 tons of HCl Ecosystem effects Visibility impairment | |

[a] All estimates are 2030, and are rounded to two significant figures, so figures may not sum.

[b] The climate benefit estimates in this summary table reflect global impacts from $CO_2$ emission changes and do not account for changes in non-$CO_2$ GHG emissions. Also, different discount rates are applied to SCC than to the other estimates because $CO_2$ emissions are long-lived and subsequent damages occur over many years. The SCC estimates are year-specific and increase over time.

[c] The air pollution health co-benefits reflect reduced exposure to $PM_{2.5}$ and ozone associated with emission reductions of directly emitted $PM_{2.5}$, $SO_2$ and $NO_X$. The range reflects the use of concentration-response functions from different epidemiology studies. The reduction in premature fatalities each year accounts for over 90 percent of total monetized co-benefits from $PM_{2.5}$ and ozone. These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type.

[d] Total social costs are approximated by the illustrative compliance costs estimated, in part, using the Integrated Planning Model for the proposed option and a discount rate of approximately 5%. This estimate includes monitoring, recordkeeping, and reporting costs and demand side energy efficiency program and participant costs.

[e] The estimates of net benefits in this summary table are calculated using the global social cost of carbon at a 3 percent discount rate (model average). The RIA includes combined climate and health estimates based on these additional discount rates.

## 8.2 Uncertainty Analysis

The Office of Management and Budget's circular *Regulatory Analysis* (Circular A-4) provides guidance on the preparation of regulatory analyses required under E.O. 12866, and requires an uncertainty analysis for rules with annual benefits or costs of $1 billion or more.[181] This proposed rulemaking surpasses that threshold for both benefits and costs. Throughout the RIA, we considered a number of sources of uncertainty, both quantitatively and qualitatively, on benefits and costs. We summarize three key elements of our analysis of uncertainty here:

- Evaluating uncertainty in the compliance approaches that states will implement under Option 1 or Option 2, which influences both costs and benefits.
- Assess uncertainty in the methods used to calculate the health co-benefits associated with the reduction in $PM_{2.5}$ and ozone and the use of a benefits-per-ton approach in estimating these co-benefits.
- Characterizing uncertainty in the monetization of climate related benefits.

Some of these elements are evaluated using probabilistic techniques, whereas for others the underlying likelihoods of certain outcomes are unknown and so we use scenario analysis to evaluate their potential effect on the benefits and costs of this rulemaking.

### 8.2.1 Uncertainty in Abatement Costs and Compliance Approaches

The calculation of the state goals is based on an evaluation of methods for reducing the carbon emissions intensity of electricity generation that may be achieved at reasonable cost. Our best estimates of the costs of these methods of intensity reduction are reported within the cost analysis of this rule and are included in the cost modeling in the RIA (e.g., the cost of demand-side energy efficiency programs and non-emitting generation). We have also conducted cost analyses for alternative quantifications of the degree to which the building blocks of the BSER determination can reduce the carbon emissions intensity of electricity generation, and scenarios

---

[181] Office of Management and Budget (OMB), 2003, *Circular A-4*, http://www.whitehouse.gov/omb/circulars_a004_a-4 and OMB, 2011. *Regulatory Impact Analysis: A Primer*. http://www.whitehouse.gov/sites/default/files/omb/*inforeg*/regpol/circular-a-4_regulatory-impact-analysis-a-primer.pdf

modeled and presented in this RIA illustrate the potential range of impacts of the varying specifications of building block potential between Option 1 and Option 2 scenarios. Comments received by EPA on this proposal will have the potential to shed light on some of the uncertain components associated with the cost of technologies or other methods of reducing emissions intensity and will inform the basis of analyses in the final rule. However, we recognize that systematic uncertainty will persist in the analysis even with this additional information and analysis, especially given the state-level flexibility in meeting the guidelines.

A significant source of uncertainty under this regulation is the ultimate approach states will take to comply with the guidelines, which will affect both the costs and benefits of this rule. For this reason we modeled two potential compliance scenarios for each regulatory option: the state scenario and the regional scenario. In general, for both Option 1 and Option 2, the compliance cost of the regulation fell under the regional scenario as compared to the state scenario, while the reductions of $CO_2$ and other pollutants from fossil fuel combustion also fell (but by lesser proportions). However, from this analysis we see that the net benefits of the two scenarios, given consistent assumptions, do not differ notably.

### 8.2.2 Uncertainty Associated with $PM_{2.5}$ and Ozone Health Co-Benefits Assessment

Our estimate of the total monetized co-benefits is based on EPA's interpretation of the best available scientific literature and methods and supported by the SAB-HES and the National Academies of Science (NRC, 2002). Below are key assumptions underlying the estimates for $PM_{2.5}$-related premature mortality, which accounts for 98 percent of the monetized $PM_{2.5}$ health co-benefits.

- We assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality. This is an important assumption, because $PM_{2.5}$ varies considerably in composition across sources, but the scientific evidence is not yet sufficient to allow differentiation of effect estimates by particle type. The PM ISA concluded that "many constituents of $PM_{2.5}$ can be linked with multiple health effects, and the evidence is not yet sufficient to allow differentiation of those constituents or sources that are more closely related to specific outcomes" (U.S. EPA, 2009b).

- We assume that the health impact function for fine particles is log-linear without a threshold in this analysis. Thus, the estimates include health co-benefits from reducing fine particles in areas with varied concentrations of $PM_{2.5}$, including both areas that do not meet the fine particle standard and those areas that are in attainment, down to the lowest modeled concentrations.

- We assume that there is a "cessation" lag between the change in PM exposures and the total realization of changes in mortality effects. Specifically, we assume that some of the incidences of premature mortality related to $PM_{2.5}$ exposures occur in a distributed fashion over the 20 years following exposure based on the advice of the SAB-HES (U.S. EPA-SAB, 2004c), which affects the valuation of mortality co-benefits at different discount rates.EPA quantitatively assessed uncertainty in the air pollution health co-benefits, including probabilistic approaches.

As a further example, EPA provides the 95th percentile confidence interval for avoided PM-related premature deaths and the associated economic valuation using two key epidemiology studies. Further, EPA provides the PM-related results using alternate concentration-response relationship provided by an expert elicitation and alternate ozone-related results using concentration-response relationships provided by alternate epidemiology studies. Additional quantitative analyses include sensitivity analyses for alternate income growth adjustments and cessation lags, assessments of the distribution of population exposure in the modeling underlying the benefit-per-on estimates, and a quantitative evaluation of the benefit-per-ton estimates relative to recent analyses. A qualitative description of uncertainties associated with certain assumptions for PM, such as the linear model and equal potency across constituents, is also provided. For further discussion and characterization of those uncertainties influencing the benefit assessment, see Chapter 4.

As noted and described in Chapter 4, we use a benefit-per-ton approach to quantify health co-benefits. All benefit-per-ton have inherent limitations, including that the estimates reflect the geographic distribution of the modeled sector emissions, which may not match the emission reductions anticipated by the proposed guidelines, and they may not reflect local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors

for any specific location. In addition, these estimates reflect the regional average benefit-per-ton for each ambient $PM_{2.5}$ precursor emitted from EGUs, which assumes a linear atmospheric response to emission reductions. The regional benefit-per-ton estimates, although less subject to these types of uncertainties than national estimates, still should be interpreted with caution. Even though we assume that all fine particles have equivalent health effects, the benefit-per-ton estimates vary between precursors depending on the location and magnitude of their impact on $PM_{2.5}$ levels, which drive population exposure.

### 8.2.3 Uncertainty Associated with Estimating the Social Cost of Carbon

The 2010 SCC TSD noted a number of limitations to the SCC analysis, including the incomplete way in which the integrated assessment models capture catastrophic and non-catastrophic impacts, their incomplete treatment of adaptation and technological change, uncertainty in the extrapolation of damages to high temperatures, and assumptions regarding risk aversion. Current integrated assessment models do not assign value to all of the important physical, ecological, and economic impacts of climate change recognized in the climate change literature due to a lack of precise information on the nature of damages and because the science incorporated into these models understandably lags behind the most recent research. The limited amount of research linking climate impacts to economic damages makes the modeling exercise even more difficult. These individual limitations do not all work in the same direction in terms of their influence on the SCC estimates, though taken together they suggest that the SCC estimates are likely conservative. In particular, the IPCC Fourth Assessment Report (2007) concluded that "It is very likely that [SCC estimates] underestimate the damage costs because they cannot include many non-quantifiable impacts."

EPA characterized significant sources of uncertainty in the estimate of climate benefits of the emission reductions forecast by the compliance cost modeling.[182] The modeling underlying

---

[182] As discussed in Chapter 4, EPA estimated the global social benefits of $CO_2$ emission reductions expected from the proposed guidelines using the SCC estimates presented in the 2013 *Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866* (2013 SCC TSD). The estimates were first developed by the U.S. government and published in the 2010 *Technical Support Document: Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency*

8-10

the development of the SCC estimates addressed uncertainty in several ways.  Three integrated assessment models (IAMs) were used to generate the SCC estimates. Each IAM relied on Monte Carlo simulations specifying different possible outcomes for climate sensitivity (represented by a Roe and Baker Distribution), used five different emissions growth scenarios and three discount rates.  The distribution of results were depicted by four point estimates. The use of this range of point estimates in this rulemaking helps to reflect the uncertainty in the SCC estimation exercise. See both the 2010 SCC TSD and 2013 SCC TSD for a full description.

---

*Working Group on Social Cost of Carbon* (2010 SCC TSD) and updated in the 2013 SCC TSD.  We refer to these estimates as "SCC estimates."

# CHAPTER 9:  BENEFITS, COSTS, AND ECONOMIC IMPACTS OF STANDARDS OF PERFORMANCE FOR RECONSTRUCTED AND MODIFIED ELECTRIC UTILITY GENERATING UNITS

## 9.1 Introduction

The U.S. Environmental Protection Agency (EPA) is proposing emission limits for carbon dioxide ($CO_2$) emitted from reconstructed and modified electric utility generating units (EGUs) under section 111(b) of the Clean Air Act (CAA). This chapter presents the proposed standards of performance for reconstructed and modified EGUs, as well as the expected economic impacts of the proposed standards. Based on historical information that has been reported to the EPA, the EPA anticipates few covered units will trigger the reconstruction or modification provisions in the period of analysis (through 2025). As a result, we do not anticipate any significant costs or benefits associated with this proposal. However, because there have been a few units that have notified EPA of modifications in the past, in this chapter we present an illustrative analysis of the costs and benefits for a hypothetical unit if it were to trigger the modification provision. We also discuss how the costs and benefits for compliance with the proposed standards may vary as a result of interactions with the CAA 111(d) emission guidelines for existing sources. This chapter also presents the relevant executive order and statutory requirements related to this proposal.

## 9.2 Legal Basis for this Rulemaking

Section 111 of the CAA requires performance standards for air pollutant emissions from categories of stationary sources that may reasonably contribute to the endangerment of public health or welfare. In April 2007, the Supreme Court ruled in *Massachusetts* v. *EPA* that greenhouse gases (GHGs) meet the definition of an "air pollutant" under the CAA. This ruling clarified that the authorities and requirements of the CAA apply to GHGs. The EPA issued a final determination that GHG emissions endanger both the public health and the public welfare of current and future generations in the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the CAA (74 FR 66,496; Dec. 15, 2009).

On September 20, 2013, the EPA announced its first steps under President Obama's Climate Action Plan to reduce $CO_2$ emissions from power plants by proposing standards for newly constructed power plants built in the future (79 FR 1430, January 8, 2014). Specifically, under the authority of CAA section 111(b), the EPA proposed standards for emissions of $CO_2$ from newly constructed utility boilers and integrated gasification combined cycle (IGCC) units, and for natural gas-fired stationary combustion turbines. This action proposes standards to address $CO_2$ emissions from reconstructed and modified power plants under the authority of CAA section 111(b).

## 9.3 Background for the Proposed EGU Reconstructed and Modified Source GHG Standards

### 9.3.1 Definition of Affected Sources

This action proposes emission limits for EGUs that undergo reconstruction or modification. This rulemaking does not address GHG emissions from newly constructed sources or existing sources that do not undertake reconstruction or modification. (Analysis of the impact of emission guidelines for existing sources is presented in the preceding chapters.) The EPA is proposing that an existing unit that becomes subject to requirements under section 111(d) will continue to be subject to those requirements even after it becomes a modified or reconstructed source. Under this interpretation, the modified or reconstructed source would be subject to both the section 111(d) requirements that it had previously been subject to and the modified or reconstructed source standard under 111(b) that it became subject to as a modified or reconstructed source.

### 9.3.1.1 Reconstructed Sources

Under the EPA's CAA section 111 standards of performance for new stationary sources, reconstructed sources are defined, in general, as existing sources that replace components to such an extent that the capital costs of the new components exceed 50 percent of the capital costs of an entirely new facility, and for which compliance with standards of performance for newly constructed sources is technologically and economically feasible. As described in the preamble, determinations regarding reconstructed status are made on a case-by-case basis, based on information submitted regarding the planned project.

*9.3.1.2 Modified Sources*

A modification is any physical or operational change to a source that increases the source's maximum achievable hourly rate of emissions (i.e., lbs/hour). The EPA, through regulations, has determined that certain types of changes (such as pollution control projects) are exempt from consideration as a modification (40 CFR 60.2, 60.14(e)).

**9.3.2 Emission Limits**

This action proposes standards of performance for reconstructed utility boilers and IGCC units based on current best-performing generating technology (e.g., use of the highest demonstrated steam temperatures and pressures) as the best system of emission reductions (BSER). This action also proposes standards of performance for reconstructed natural gas-fired stationary combustion turbines based on modern, efficient natural gas combined cycle (NGCC) technology as the BSER. The proposed emission limits are calculated on a 12-month rolling average basis. The proposed emission limits for these units are shown in table 9-1. All existing sources that reconstruct after becoming subject to an approved CAA 111(d) state plan will remain in the plan and remain subject to regulatory requirements in the plan in addition to its regulatory requirements as a reconstructed unit.

**Table 9-1.  Proposed Emission Limits - Reconstructions**

| Subcategory | Emission Limit |
|---|---|
| Reconstructed Utility Boilers and IGCC Units (heat input rating > 2,000 MMBtu/h) | 1,900 lb $CO_2$/MWh-net |
| Reconstructed Utility Boilers and IGCC Units (heat input rating <= 2,000 MMBtu/h) | 2,100 lb $CO_2$/MWh-net |
| Reconstructed Natural Gas-Fired Stationary Combustion Turbines (heat input rating > 850 MMBtu/h) | 1,000 lb $CO_2$/MWh-gross |
| Reconstructed Natural Gas-Fired Stationary Combustion Turbines (heat input rating <= 850 MMBtu/h) | 1,100 lb $CO_2$/MWh-gross |

This action proposes that modified utility boilers and IGCC units must meet one of two alternative requirements, depending on the timing of the modification.[183] Sources that modify

---

[183] Units triggering both the modification and reconstruction provisions would be subject to the reconstructed source standards.

prior to becoming subject to an approved section 111(d) state plan would be required to meet a unit-specific numerical emission standard that is based on the source's best demonstrated historical performance. Specifically, a modified utility boiler or IGCC unit would be required to maintain an emission rate that is two percent less than the unit's best demonstrated annual performance during the years from 2002 to the year the modification occurs (or the emission limitation applicable to a corresponding reconstructed source, whichever is less stringent). The EPA has determined that this standard can be met through a combination of best operating practices and equipment upgrades. In co-proposed alternative #2, existing utility boilers and IGCC units that modify after becoming subject to requirements under an approved 111(d) plan would be required to meet a unit-specific emission limitation that is determined from a third party assessment to identify energy efficiency improvement opportunities for the affected source.[184] All existing sources that are subject to requirements under an approved section 111(d) plan would remain subject to those requirements after modifying.

For affected modified natural gas-fired stationary combustion turbines not subject to a 111(d) plan, this action proposes standards of performance based on efficient NGCC technology as the BSER. The EPA is also proposing that affected stationary combustion turbines that are subject to an approved section 111(d) plan must remain in the plan. The proposed emission limits for modified sources (for co-proposed alternative #2) are shown in Table 9-2.

---

[184] In co-proposed alternative #1, units would be required to meet the same 111(b) standard both before and after participation in a state 111(d) program.

**Table 9-2.  Proposed Emission Limits - Modifications**

| | Subcategory | Emission Limit |
|---|---|---|
| Not Subject to State CAA 111(d) Plan | Modified Utility Boilers and IGCC Units (heat input rating > 2,000 MMBtu/h) | 2% less than unit's best demonstrated annual performance NO LOWER THAN 1,900 lb $CO_2$/MWh-net |
| | Modified Utility Boilers and IGCC Units (heat input rating <= 2,000 MMBtu/h) | 2% less than unit's best demonstrated annual performance NO LOWER THAN 2,100 lb $CO_2$/MWh-net |
| | Modified Natural Gas-Fired Stationary Combustion Turbines (heat input rating > 850 MMBtu/h) | 1,000 lb $CO_2$/MWh-gross |
| | Modified Natural Gas-Fired Stationary Combustion Turbines (heat input rating <= 850 MMBtu/h ) | 1,100 lb $CO_2$/MWh-gross |
| After Becoming Subject to State CAA 111(d) Plan | Modified Utility Boilers and IGCC Units | Unit-specific emission limit determined by the expected performance after implementation of identified energy efficiency improvement opportunities AND 111(d) requirements |
| | Modified Natural Gas-Fired Stationary Combustion Turbines (heat input rating > 850 MMBtu/h) | 1,000 lb $CO_2$/MWh-gross AND 111(d) requirements |
| | Modified Natural Gas-Fired Stationary Combustion Turbines (heat input rating <= 850 MMBtu/h ) | 1,100 lb $CO_2$/MWh-gross AND 111(d) requirements |

Note: The proposed emission limits are calculated on a 12-month rolling average basis.

## 9.4 Impacts of the Proposed Reconstructed and Modified Source Standards

### 9.4.1 Reconstructed Sources

Historically, we are only aware of one EGU that has notified the EPA that it has reconstructed under the reconstruction provision of section 111(b). As a result, we anticipate that few EGUs will undertake reconstruction through 2025. For this reason, the proposed standards will not result in any significant emission reductions, costs, or quantified benefits in the period of analysis. Likewise, the Agency does not anticipate any impacts on the price of electricity or energy supply. The proposed rule is not expected to raise any resource adequacy concerns, since reserve margins will not be impacted and the rule does not impose any additional requirements on existing facilities not triggering the reconstruction provision. There are no macroeconomic or employment impacts expected as a result of these proposed standards.

Due to the extremely limited data available on reconstructions, it is not possible to conduct a representative illustrative analysis of what costs and benefits might result from this proposal in the unlikely case that a unit were to reconstruct.

### 9.4.2 Modified Sources

Historically, few EGUs have notified the EPA that they have modified under the modification provision of section 111(b). The EPA's current regulations define an NSPS "modification" as a physical or operational change that increases the source's maximum achievable hourly rate of emissions, but specifically exempt from that definition projects that entail the installation of pollution control equipment or systems. The EPA expects that most of the actions EGUs are likely to take in the foreseeable future that would be classified as "modifications" would qualify as pollution control projects. In many cases, those projects would involve the installation of add-on control equipment needed to meet CAA requirements for criteria and air toxics air pollutants. Any associated $CO_2$ emissions increases would generally be small and would occur as a chemical byproduct of the operation of the control equipment. In other cases, those projects would involve equipment changes to improve fuel efficiency to meet state requirements for implementation of the future CAA section 111(d) rulemaking for existing sources and would have the effect of increasing a source's maximum achievable hourly emission rate (lb $CO_2$/hr), even while decreasing its actual output based emission rate (lb $CO_2$/MWh). Because all of these actions would be treated as pollution control projects under the EPA's current NSPS regulations, they would be specifically exempted from the definition of modification.

Based on this information, we anticipate that few EGUs will take actions that would be considered modifications during the period of analysis. For this reason, the proposed standards will result in minimal emission reductions, costs, or quantified benefits by 2025. Likewise, the Agency does not anticipate any impacts on the price of electricity or energy supplies. This proposed rule is not expected to raise any resource adequacy concerns, since reserve margins will not be impacted and the rule does not impose any additional requirements on existing facilities not triggering the modification provision. There are no macroeconomic or employment impacts expected as a result of these proposed standards.

*9.4.2.1 Illustrative Analysis – Emission Reductions*

In the unlikely event that a unit were to trigger the modification provision, the proposed standards would result in some costs and benefits. Based on available data, we conducted an analysis of a hypothetical unit to illustrate the potential costs and benefits of the proposed standards. The hypothetical plant presented in this section is a coal-fired boiler[185] and is assumed to be in compliance with all on-the-books federal regulations. In the illustrative analysis, costs and benefits are presented for compliance in 2025. Section 111(b) standards are subject to review every eight years. While we do not know when the hypothetical plant would choose to undertake a modification, it is necessary to select a year of analysis in order to value the climate benefits and health co-benefits resulting from these proposed standards. We have selected 2025 to approximate the end of the eight year period. All estimates are presented in 2011 dollars.

The hypothetical unit used in this analysis is a 33 percent efficient 500 MW bituminous coal-fired unit operating at 78 percent capacity. The assumptions for capacity and efficiency were based on the average projected coal fleet in IPM in 2020. The emission rate specifications are (1) $SO_2$ = 0.30 lb/MMBtu (3.3% weight Illinois bituminous coal with 95% efficient scrubber), (2) $NO_X$ = 0.30 lb/MMBtu (low $NO_X$ burners plus overfire air and SNCR), and (3) $PM_{2.5}$ = 0.024 lb/MMBtu (8 lb/MMBtu ash with 99.7% control). In this analysis, we examine the costs and benefits that would occur if this unit were able to make a 4 percent, 6 percent, or 8 percent heat rate improvement as a result of measures implemented in order to comply with the proposed standards for modified sources.

---

[185] IGCC and NGCC units are significantly less likely to trigger the modification provision due to the way in which these units are constructed. Simple-cycle combustion turbines (CT) have lower fuel efficiencies and produce a significantly higher cost of electricity (cost per kWh) at higher capacity factors and consequently are typically utilized at levels well below the proposed threshold for covered sources (1/3 of potential electric output). Historically, these units have most often been built to ensure reserve margins are met during peak periods (typically in the summer), and in some instances are able to generate additional revenues by selling capacity into power markets. Thus, in practice, EPA expects that potential CT units would not meet the applicability threshold in this proposed action and would not be subject to any standard. During the public comment period for the proposed 111(b) standards for newly constructed sources, the EPA has received comments regarding more recent integration of CT units and renewables and is taking comment on the treatment of these units.

**Costs.**  We assume the hypothetical unit will implement a range of energy efficiency improvements at an annual cost of $8.3 million.[186] At this cost, we estimate the typical unit would be able to implement a set of efficiency improvement measures that would achieve a heat rate improvement of approximately 6 percent. A heat rate improvement of 6 percent is approximately equivalent to an absolute efficiency improvement of 2 percent. The actual efficiency improvement a unit can achieve for this cost will depend on its starting efficiency and operating capacity. Less efficient units may have more efficiency improvement options available and be able to achieve greater efficiency for the same cost. Relatively more efficient units may have fewer remaining cost-effective options to improve efficiency. Improvements in efficiency will result in fuel savings, which can offset the cost of implementing those improvements. Cost and fuel savings information is shown in Table 9-3.

For units that modify prior to being part of a section 111(d) existing source program that choose to comply with a source-specific standard that is a 2 percent improvement from the previous best performance, costs will vary depending on the current and prior performance of that unit. For a unit that modifies after being covered by a section 111(d) program, it is possible that the energy assessment may not identify any further efficiency improvements that unit can economically undertake considering the overall 111(d) program requirements. In those cases, there would be no additional control costs to the unit as a result of this proposal.

---

[186] Calculated based on a total capital cost of $50 million ($100/kilowatt), financed over 15 years at a capital charge rate of 14.29%. The capital charge rate value and useful life are based on assumptions used when modeling the electricity sector in the Integrated Planning Model (IPM). Please see Chapter 8 of EPA's documentation for the IPM for more information on the assumed capital charge rate: http://www.epa.gov/airmarkets/progsregs/epa-ipm/docs/v513/Chapter_8.pdf. See the See Technical Support Document – GHG Abatement Measures" for information about the cost of efficiency improvements.

**Table 9-3.  Annualized Costs and Fuel Savings of Efficiency Improvements (millions of 2011$)**

|  | 4% Efficiency Improvement | 6% Efficiency Improvement | 8% Efficiency Improvement |
|---|---|---|---|
| Annual Cost | $8.3 | $8.3 | $8.3 |
| Fuel Savings | $3.7 | $5.6 | $7.5 |
| Net Cost | $4.5 | $2.6 | $0.78 |

**Emission Reductions.**  By improving the efficiency of its operations, the hypothetical unit would reduce emissions of $CO_2$ and may reduce emissions of ($SO_2$), nitrogen dioxide (NOx), and fine particulate matter ($PM_{2.5}$), which would lead to lower ambient concentrations of $PM_{2.5}$ and ozone. Table 9-4 shows the expected emission reductions from each level of efficiency improvement for the hypothetical unit. For a unit participating in a 111(d) plan, it is possible that the $CO_2$ emission reductions could be offset by increases elsewhere in the system depending on the structure of that plan. Ancillary emission reductions may be offset if, as a result of these reductions, a unit is able to reduce operation of pollution control equipment and still meet output-based standards for these pollutants or pollutants related to their control (such as the Mercury and Air Toxics Standards limit for $SO_2$ to control hydrogen chloride). Additionally, if efficiency improvements lead to decreased operating costs, it may result in changes to the frequency of dispatch for the unit. In that case, the unit may run more often, offsetting some of the emission decreases. Furthermore, for units that choose to comply with a source-specific standard that is a 2 percent improvement from the previous best performance, emission reductions will vary depending on the current and prior performance of that unit. Additionally, it is possible that the energy assessment for a unit participating in a 111(d) program may not identify any further fuel efficiency improvements that unit can economically undertake after implementing the overall 111(d) program requirements. In those cases, there would be no additional emission reductions or control costs as a result of this proposal.

**Table 9-4.  Emission Reductions from Efficiency Improvements (tons/year)**

|  | 4% Efficiency Improvement | 6% Efficiency Improvement | 8% Efficiency Improvement |
|---|---|---|---|
| $CO_2$ | 132,790 | 199,184 | 265,579 |
| $SO_2$ | 214 | 321 | 428 |
| $NO_x$ (Total) | 214 | 321 | 428 |
| $NO_x$ (Ozone Season) | 89 | 134 | 178 |
| $PM_{2.5}$ | 17 | 26 | 34 |

Notes: $SO_2$, $NO_X$, and $PM_{2.5}$ in short tons, $CO_2$ in metric tonnes.

**Benefits.**  Reducing $CO_2$ and criteria pollutant emissions will result in both climate and human health benefits. The impacts of these pollutants on the environment and health are discussed in detail in Chapter 4 of this RIA. In sum, to estimate climate benefits the EPA uses the U.S. government's global social cost of carbon (USG SCC) estimates—i.e, the monetary value of impacts associated with a marginal change in $CO_2$ emissions in a given year.  The EPA has applied the USG SCC estimates to the $CO_2$ reductions described above for the hypothetical unit. The four USG SCC estimates are as follows: $15, $50, $74, and $153 per metric ton of $CO_2$ emissions in the year 2025 (2011$).  To estimate human health co-benefits for this hypothetical scenario, the EPA used benefit-per-ton estimates for $PM_{2.5}$ and ozone precursors described in detail in Chapter 4 of this RIA. Table 9-5 shows the quantified per ton co-benefits for reductions in $SO_2$, directly emitted $PM_{2.5}$, and $NO_X$ emissions in 2025.

**Table 9-5.  Summary of National Benefit-per-ton (BPT) Estimates for EGUs in 2025**

|  | Discount Rate | |
|---|---|---|
| Pollutant | 3% | 7% |
| $SO_2$ | $41,000 to $93,000 | $37,000 to $84,000 |
| Directly emitted $PM_{2.5}$ (EC+OC) | $150,000 to $350,000 | $140,000 to $310,000 |
| Directly emitted $PM_{2.5}$ (crustal) | $17,000 to $39,000 | $15,000 to $35,000 |
| $NO_X$ (as $PM_{2.5}$) | $6,000 to $14,000 | $5,400 to $12,000 |
| $NO_X$ (as Ozone)* | $4,900 to $21,000 | |

* Ozone co-benefits occur in analysis year, so they are the same for all discount rates.
Note:  See section 4.3.6 for discussion of the assumptions, and uncertainty for these estimates.

To estimate the benefits associated with improving efficiency of operations, we determine the emission reductions for efficiency improvements in Table 9-4 and apply the 2025 social benefit values discussed in Chapter 4. Specifically, we multiply the reduction in $CO_2$ emissions by the estimates of the SCC, multiply the reduction in $SO_2$, $NO_X$, and $PM_{2.5}$ emissions by the $PM_{2.5}$-related BPT estimates, multiply the reductions in ozone season $NO_X$ emissions by

the ozone-related BPT estimate, and add those values to get a measure of 2025 benefits. Tables 9-6, 9-7, and 9-8 show the climate, human health, and combined benefits expected based on the estimated emission reductions that would occur. These benefits are subject to the same uncertainties discussed for emission reductions in the previous section.

**Table 9-6.  Estimated Global Climate Benefits of Illustrative $CO_2$ Reductions in 2025 (millions of 2011$)\***

| Discount Rate and Statistic | 4% Efficiency Improvement | 6% Efficiency Improvement | 8% Efficiency Improvement |
|---|---|---|---|
| Metric tonnes of $CO_2$ reduced | 132,790 | 199,184 | 265,579 |
| 5% (average) | $2.0 | $3.0 | $4.0 |
| 3% (average) | $6.7 | $10 | $13 |
| 2.5% (average) | $9.8 | $15 | $20 |
| 3% (95th percentile) | $20 | $30 | $41 |

\* The SCC values are dollar-year and emissions-year specific. SCC values represent only a partial accounting of climate impacts.

9-11

**Table 9-7.  Summary of Estimated Monetized Health Co-benefits of Illustrative Efficiency Improvements in 2025 (thousands of 2011$)\***

| Pollutant | 3% Discount Rate | | | 7% Discount Rate | | |
|---|---|---|---|---|---|---|
| **4% Efficiency Improvement** | | | | | | |
| SO$_2$ | $8,900 | to | $20,000 | $8,000 | to | $18,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | $260 | to | $590 | $240 | to | $530 |
| Directly emitted PM$_{2.5}$ (crustal) | $230 | to | $510 | $200 | to | $460 |
| NOx (as PM$_{2.5}$) | $1,300 | to | $2,900 | $1,200 | to | $2,600 |
| NOx (as Ozone) | $440 | to | $1,900 | $440 | to | $1,900 |
| Total | $11,000 | to | $26,000 | $10,000 | to | $23,000 |
| **6% Efficiency Improvement** | | | | | | |
| SO$_2$ | $13,000 | to | $30,000 | $12,000 | to | $27,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | $400 | to | $900 | $360 | to | $810 |
| Directly emitted PM$_{2.5}$ (crustal) | $350 | to | $780 | $310 | to | $710 |
| NOx (as PM$_{2.5}$) | $1,900 | to | $4,300 | $1,700 | to | $3,900 |
| NOx (as Ozone) | $660 | to | $2,800 | $660 | to | $2,800 |
| Total | $17,000 | to | $39,000 | $15,000 | to | $35,000 |
| **8% Efficiency Improvement** | | | | | | |
| SO$_2$ | $18,000 | to | $40,000 | $16,000 | to | $36,000 |
| Directly emitted PM$_{2.5}$ (EC+OC) | $520 | to | $1,200 | $470 | to | $1,100 |
| Directly emitted PM$_{2.5}$ (crustal) | $450 | to | $1,000 | $410 | to | $930 |
| NOx (as PM$_{2.5}$) | $2,600 | to | $5,800 | $2,300 | to | $5,200 |
| NOx (as Ozone) | $880 | to | $3,800 | $880 | to | $3,800 |
| Total | $22,000 | to | $52,000 | $20,000 | to | $47,000 |

\* All estimates are rounded to two significant figures so numbers may not sum down columns. The estimated monetized co-benefits do not include climate benefits or health effects from direct exposure to NO$_2$, SO$_2$, and hazardous air pollutants (HAP); ecosystem effects; or visibility impairment. All fine particles are assumed to have equivalent health effects. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Co-benefits for PM$_{2.5}$ and ozone are based on national benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the PM$_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized PM$_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012). Emissions of directly emitted particles are disaggregated into EC+OC or crustal components using the method discussed in Appendix 4A of this RIA.

**Table 9-8.  Combined Estimated Climate Benefits and Health Co-Benefits of Illustrative Efficiency Improvements in 2025 (millions of 2011$)\***

| SCC Discount Rate | Climate Benefits Only | Climate Benefits and Health Co-Benefits (Discount Rate Applied to Health Co-Benefits) | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 3% | | | 7% | | |
| 4% Efficiency Improvement | 132,790 | metric tonnes $CO_2$ | | | | | |
| 5% | $2.0 | $13 | to | $28 | $12 | to | $25 |
| 3% | $6.7 | $18 | to | $33 | $17 | to | $30 |
| 2.5% | $9.8 | $21 | to | $36 | $20 | to | $33 |
| 3% (95th percentile) | $20 | $31 | to | $46 | $30 | to | $44 |
| 6% Efficiency Improvement | 199,184 | metric tonnes $CO_2$ | | | | | |
| 5% | $3.0 | $20 | to | $42 | $18 | to | $38 |
| 3% | $10 | $27 | to | $49 | $25 | to | $45 |
| 2.5% | $15 | $31 | to | $53 | $30 | to | $50 |
| 3% (95th percentile) | $30 | $47 | to | $69 | $45 | to | $66 |
| 8% Efficiency Improvement | 265,579 | metric tonnes $CO_2$ | | | | | |
| 5% | $4.0 | $26 | to | $56 | $24 | to | $51 |
| 3% | $13 | $35 | to | $65 | $33 | to | $60 |
| 2.5% | $20 | $42 | to | $71 | $40 | to | $67 |
| 3% (95th percentile) | $41 | $63 | to | $92 | $61 | to | $88 |

\*All estimates are rounded to two significant figures. Climate benefits are based on reductions in $CO_2$ emissions. The estimated monetized co-benefits do not include climate benefits or health effects from direct exposure to $NO_2$, $SO_2$, and HAP; ecosystem effects; or visibility impairment. All fine particles are assumed to have equivalent health effects. The monetized co-benefits incorporate the conversion from precursor emissions to ambient fine particles and ozone. Co-benefits for $PM_{2.5}$ and ozone are based on national benefit-per-ton estimates. Co-benefits for ozone are based on ozone season NOx emissions. Ozone co-benefits occur in analysis year, so they are the same for all discount rates. The health co-benefits reflect the sum of the $PM_{2.5}$ and ozone co-benefits and reflect the range based on adult mortality functions (e.g., from Krewski et al. (2009) with Bell et al. (2004) to Lepeule et al. (2012) with Levy et al. (2005)). Confidence intervals are unavailable for this analysis because of the benefit-per-ton methodology. In general, the 95th percentile confidence interval for monetized $PM_{2.5}$ benefits ranges from approximately -90 percent to +180 percent of the central estimates based on Krewski et al. (2009) and Lepeule et al. (2012). Emissions of directly emitted particles are disaggregated into EC+OC or crustal components using the method discussed in Appendix 4A of this RIA.

**Summary.**   In the unlikely event that a unit were to trigger the modification provision, the proposed standards would result in some costs and benefits. Based on the illustrative analysis of a hypothetical unit implementing efficiency measures in 2025 to comply with the proposed requirements, this proposal would result in a net benefit (benefits outweigh costs) for all levels of efficiency improvement and combinations of benefits. The net benefit would be even greater when potential fuel savings are taken into account. The actual costs, emission reductions, and benefits resulting from this proposal will vary based on the specifications of the modified unit, the efficiency improvements undertaken, the unit's participation in a section 111(d) plan, and the influence of the control requirements it faces for non-$CO_2$ pollutants.

### 9.5 Statutory and Executive Order Requirements

#### 9.5.1 Executive Order 12866, Regulatory Planning and Review, and Executive Order 13563, Improving Regulation and Regulatory Review

Under Executive Order (EO) 12866 (58 FR 51,735, October 4, 1993), this action is a "significant regulatory action" because it "raises novel legal or policy issues arising out of legal mandates." Accordingly, the EPA submitted this action to the Office of Management and Budget (OMB) for review under Executive Orders 12866 and 13563 (76 FR 3821, January 21, 2011) and any changes made in response to OMB recommendations have been documented in the docket for this action. In addition, the EPA prepared an analysis of the potential costs and benefits associated with this action. This analysis is presented in the preceding sections of this chapter.

In the period of analysis (through 2025) the EPA anticipates few sources will trigger either the modification or the reconstruction provisions proposed. Because there have been a few units that have notified the EPA of NSPS modifications in the past, we have conducted an illustrative analysis of the costs and benefits for a representative unit that is presented above.

#### 9.5.2 Paperwork Reduction Act

This proposed action is not expected to impose an information collection burden under the provisions of the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. Burden is defined at 5 CFR 1320.3(b). As previously stated, the EPA expects few modified or reconstructed EGUs in the period of analysis. Specifically, the EPA believes it unlikely that fossil fuel-fired electric utility steam generating units (utility boilers and IGCC units) or stationary combustion turbines will take actions that would constitute modifications or reconstructions as defined under the EPA's NSPS regulations. Accordingly, this proposed action is not anticipated to impose any information collection burden over the 3-year period covered by the Information Collection Request (ICR) for this proposed rule. We have estimated, however, the information collection burden that would be imposed on an affected EGU if it was modified or reconstructed. The information collection requirements in this proposed rule have been submitted for approval to OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. The information collection request prepared by the EPA has been assigned the EPA ICR number 2465.03.

The EPA intends to codify the standards of performance in the same way for both this proposed action and the January 2014 proposal for newly constructed sources and is proposing the same recordkeeping and reporting requirements that were included in the January 2014 proposal.[187] (See 79 FR 1,498 and 1,499.) Although not anticipated, if an EGU were to modify or reconstruct, this proposed action would impose minimal information collection burden on affected sources, beyond what those sources would already be subject to under the authorities of CAA parts 75 and 98. The OMB has previously approved the information collection requirements contained in the existing part 75 and 98 regulations (40 CFR part 75 and 40 CFR part 98) under the provisions of the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. and has assigned OMB control numbers 2060-0626 and 2060-0629, respectively. Apart from potential energy metering modifications to comply with net energy output based emission limits proposed in this action and certain reporting costs, which are mandatory for all owners/operators subject to CAA section 111 national emission standards, there would be no new information collection costs, as the information required by this proposed rule is already collected and reported by other regulatory programs. The recordkeeping and reporting requirements are specifically authorized by CAA section 114 (42 U.S.C. 7414). All information submitted to the EPA pursuant to the recordkeeping and reporting requirements for which a claim of confidentiality is made is safeguarded according to agency policies set forth in 40 CFR part 2, subpart B.

Although, as stated above, the EPA expects few sources will trigger either the NSPS modification or reconstruction provisions that we are proposing, if an EGU were to modify or reconstruct during the three-year period covered by the ICR, it is likely that the EGU's energy metering equipment would need to be modified to comply with proposed net energy output based $CO_2$ emission limits. Specifically, the EPA estimates that it would take approximately three working months for a technician to retrofit existing energy metering equipment to meet the proposed net energy output requirements. In addition, after modifications are made that enable a facility to measure net energy output, each EGU's Data Acquisition System (DAS) would need

---

[187] The information collection requirements in the January 2014 proposal have been submitted for approval to the OMB under the Paperwork Reduction Act, 44 U.S.C. 3501 et seq. The ICR document prepared by the EPA for the January 2014 proposal has been assigned the EPA ICR number 2465.02.

to be upgraded to accommodate reporting of net energy output rate based emissions. A modified or reconstructed EGU would be required to prepare a quarterly summary report, which includes reporting of emissions and downtime, every three months. The reporting burden for such a unit (averaged over the first three years after the effective date of the standards) is estimate to be $17,217 and 205 labor hours. Estimated cost burden is based on 2013 Bureau of Labor Statistics (BLS) labor cost data. Average burden hours per response are estimated to be 47.3 hours and the average number of annual responses over the three-year ICR period is 4.33 per year. Burden is defined at 5 CFR 1320.3(b).

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control numbers for EPA's regulations in 40 CFR are listed in 40 CFR part 9.

To comment on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden, the EPA has established a public docket for this rule, which includes the ICR, under Docket ID number EPA-HQ-OAR-2013-0603. Submit any comments related to the ICR to the EPA and OMB. See the addresses section in the preamble for where to submit comments to the EPA. Send comments to OMB at the Office of Information and Regulatory Affairs, Office of Management and Budget, 725 17th Street, NW, Washington, DC 20503, Attention: Desk Officer for the EPA. Since OMB is required to make a decision concerning the ICR between 30 and 60 days after publication in the Federal Register, a comment to OMB is best assured of having its full effect if OMB receives it by 30 days after publication in the Federal Register. The final rule will respond to any OMB or public comments on the information collection requirements contained in this proposal.

### 9.5.3 Regulatory Flexibility Act

The Regulatory Flexibility Act (RFA) generally requires an agency to prepare a regulatory flexibility analysis of any rule subject to notice and comment rulemaking requirements under the Administrative Procedure Act or any other statute, unless the agency certifies that the rule will not have a significant economic impact on a substantial number of small entities. Small entities include small businesses, small organizations, and small governmental jurisdictions.

For purposes of assessing the impacts of this rule on small entities, small entity is defined as:

1. A small business that is defined by the SBA's regulations at 13 CFR 121.201 (for the electric power generation industry, the small business size standard is an ultimate parent entity with less than 750 employees).
2. A small governmental jurisdiction that is a government of a city, county, town, school district or special district with a population of less than 50,000; and
3. A small organization that is any not-for-profit enterprise which is independently owned and operated and is not dominant in its field.

After considering the economic impacts of this proposed rule on small entities, we certify that this action will not have a significant economic impact on a substantial number of small entities.

The EPA expects few modified utility boilers, IGCC units, or stationary combustion turbines in the period of analysis. An NSPS modification is defined as a physical or operational change that increases the source's maximum achievable hourly rate of emissions. The EPA does not believe that there are likely to be EGUs that will take actions that would constitute modifications as defined under the EPA's NSPS regulations.

Because there have been a limited number of units that have notified the EPA of NSPS modifications in the past, the RIA for this proposed rule includes an illustrative analysis of the costs and benefits for a representative unit.

Based on the analysis, the EPA estimates that this proposed rule could result in $CO_2$ emission changes, quantified benefits, or costs for a hypothetical unit that triggered the modification provision. However, we do not anticipate this proposed rule would impose significant costs on those sources, including any that are owned by small entities.

In addition, the EPA expects few reconstructed fossil fuel-fired electric utility steam generating units (utility boilers and IGCC units) or stationary combustion turbines in the period of analysis. Reconstruction occurs when a single project replaces components or equipment in an existing facility and exceeds 50 percent of the fixed capital cost that would be required to construct a comparable entirely new facility. Due to the limited data available on reconstructions,

it is not possible to conduct a representative illustrative analysis of what costs and benefits might result from this proposal in the unlikely case that a unit were to reconstruct. However, based on the low number of previous reconstructions and the BSER determination based on the most efficient available generating technology, we would expect this proposal to result in no significant $CO_2$ emission changes, quantified benefits, or costs for NSPS reconstructions.

Nevertheless, the EPA is aware that there is substantial interest in the proposed rule among small entities (municipal and rural electric cooperatives). As summarized in section II.G. of the preamble, the EPA has conducted an unprecedented amount of stakeholder outreach. As part of that outreach, agency officials participated in many meetings with individual utilities as well as meetings with electric utility associations. Specifically, the EPA Administrator, Gina McCarthy, participated in separate meetings with both the National Rural Electric Cooperative Association (NRECA) and the American Public Power Association (APPA). The meetings brought together leaders of the rural cooperatives and public power utilities from across the country. The Administrator discussed and exchanged information on the unique challenges, in particular the financial structure of NRECA and APPA member utilities. A detailed discussion of the stakeholder outreach is included in the preamble to the emission guidelines for existing affected electric utility generating units being proposed in a separate action.

In addition, as described in the RFA section of the preamble to the proposed standards of performance for GHG emissions from newly constructed EGUs (79 FR 1499 and 1500, January 8, 2014), the EPA conducted outreach to representatives of small entities while formulating the provisions of the proposed standards. Although only newly constructed EGUs would be affected by those proposed standards, the outreach regarded planned actions for newly constructed, reconstructed, modified and existing sources.

While formulating the provisions of the proposed rule, the EPA considered the input provided over the course of the stakeholder outreach. We invite comments on all aspects of this proposal and its impacts, including potential impacts on small entities.

### 9.5.4 Unfunded Mandates Reform Act (UMRA)

This proposed rule does not contain a federal mandate that may result in expenditures of $100 million or more for state, local, and tribal governments, in the aggregate, or the private

sector in any one year. As previously stated, the EPA expects few modified or reconstructed fossil fuel-fired electric utility steam generating units (utility boilers and IGCC units) or stationary combustion turbines in the period of analysis. Accordingly, this proposed rule is not subject to the requirements of sections 202 or 205 of UMRA.

This proposed rule is also not subject to the requirements of section 203 of UMRA because it contains no regulatory requirements that might significantly or uniquely affect small governments.

In light of the interest among governmental entities, the EPA initiated consultations with governmental entities while formulating the provisions of the proposed standards for newly constructed EGUs. This outreach regarded planned actions for newly constructed, reconstructed, modified and existing sources. As described in the UMRA discussion in the preamble to the proposed standards of performance for GHG emissions from new EGUs (79 FR 1500 and 1501, January 8, 2014), the EPA consulted with the following 10 national organizations representing state and local elected officials:

- National Governors Association

- National Conference of State Legislatures

- Council of State Governments

- National League of Cities

- U.S. Conference of Mayors

- National Association of Counties

- International City/County Management Association

- National Association of Towns and Townships

- County Executives of America

- Environmental Council of State

On February 26, 2014, the EPA re-engaged with those governmental entities to provide a pre-proposal update on the emission guidelines for existing EGUs and emission standards for

9-19

modified and reconstructed EGUs.

While formulating the provisions of these proposed standards, the EPA also considered the input provided over the course of extensive stakeholder outreach conducted by the EPA (see section II.G. of the preamble for more information).

### 9.5.5 Executive Order 13132, Federalism

This proposed action does not have federalism implications. It would not have substantial direct effects on the States, on the relationship between the national government and the States, or on the distribution of power and responsibilities among the various levels of government, as specified in EO 13132. This proposed action would not impose substantial direct compliance costs on state or local governments, nor would it preempt state law. Thus, EO 13132 does not apply to this action.

However, as described in the Federalism discussion in the preamble to the proposed standards of performance for GHG emissions from newly constructed EGUs (79 FR 1501, January 8, 2014), the EPA consulted with state and local officials in the process of developing the proposed standards for newly constructed EGUs. This outreach regarded planned actions for newly constructed, reconstructed, modified and existing sources. The EPA engaged 10 national organizations representing state and local elected officials. The UMRA discussion in the preamble to the proposed standards of performance for GHG emissions from newly constructed EGUs (79 FR 1500 and 1501, January 8, 2014) includes a description of the consultation. In addition, on February 26, 2014, the EPA re-engaged with those governmental entities to provide a pre-proposal update on the emission guidelines for existing EGUs and emission standards for modified and reconstructed EGUs. While formulating the provisions of these proposed standards, the EPA also considered the input provided over the course of the extensive stakeholder outreach conducted by the EPA (see section II.G. of the preamble). In the spirit of EO 13132, and consistent with the EPA policy to promote communications between the EPA and state and local governments, the EPA specifically solicits comment on this proposed action from state and local officials.

### 9.5.6 Executive Order 13175, Consultation and Coordination with Indian Tribal Governments

This action does not have tribal implications, as specified in Executive Order 13175 (65 FR 67249, November 9, 2000). It would neither impose substantial direct compliance costs on tribal governments, nor preempt Tribal law. This proposed rule would impose requirements on owners and operators of reconstructed and modified EGUs. The EPA is aware of three coal-fired EGUs located in Indian Country but is not aware of any EGUs owned or operated by tribal entities. The EPA notes that this proposal would only affect existing sources such as the three coal-fired EGUs located in Indian Country, if those EGUs were to take actions constituting modifications or reconstructions as defined under the EPA's NSPS regulations. However, as previously stated, the EPA expects few modified or reconstructed EGUs in the period of analysis. Thus, Executive Order 13175 does not apply to this action.

Although Executive Order 13175 does not apply to this action, the EPA conducted outreach to tribal environmental staff and offered consultation with tribal officials in developing this action. Because the EPA is aware of tribal interest in carbon pollution standards for the power sector, prior to proposal of GHG standards for newly constructed power plants, the EPA offered consultation with tribal officials early in the process of developing the proposed regulation to permit them to have meaningful and timely input into its development. The EPA's consultation regarded planned actions for newly constructed, reconstructed, modified, and existing sources. The Consultation and Coordination with Indian Tribal Governments discussion in the preamble to the proposed standards of performance for GHG emissions from newly constructed EGUs (79 FR 1501, January 8, 2014) includes a description of that consultation.

During development of this proposed regulation, consultation letters were sent to 584 tribal leaders. The letters provided information regarding the EPA's development of both the NSPS for modified and reconstructed EGUs and emission guidelines for existing EGUs and offered consultation. None have requested consultation. Tribes were invited to participate in the national informational webinar held August 27, 2013, and to which tribes were invited.  In addition, a consultation/outreach meeting was held on September 9, 2013, with tribal representatives from some of the 584 tribes. The EPA also met with tribal environmental staff with the National Tribal Air Association, by teleconference, on July 25, 2013, and December 19,

9-21

2013. In those teleconferences, the EPA provided background information on the GHG emission guidelines to be developed and a summary of issues being explored by the Agency. Additional detail regarding this stakeholder outreach is included in the executive order discussion for the emission guidelines for existing affected electric utility generating units in Chapter 7 of this RIA. The EPA also held a series of listening sessions prior to proposal of GHG standards for newly constructed power plants. Tribes participated in a session on February 17, 2011, with state agencies, as well as in a separate session with tribes on April 20, 2011.

The EPA will also hold additional meetings with tribal environmental staff during the public comment period, to inform them of the content of this proposal, and offer further consultation with tribal elected officials where it is appropriate. We specifically solicit additional comment from tribal officials on this proposed rule.

### 9.5.7 Executive Order 13045, Protection of Children from Environmental Health Risks and Safety Risks

The EPA interprets EO 13045 (62 FR 19885, April 23, 1997) as applying to those regulatory actions that concern health or safety risks, such that the analysis required under section 5-501 of the Order has the potential to influence the regulation. This action is not subject to EO 13045 because it is based solely on technology performance.

### 9.5.8 Executive Order 13211, Actions Concerning Regulations that Significantly Affect Energy Supply, Distribution, or Use

This proposed action is not a "significant energy action" as defined in EO 13211 (66 FR 28355, May 22, 2001), because it is not likely to have a significant adverse effect on the supply, distribution, or use of energy. As previously stated, the EPA expects few reconstructed or modified EGUs in the period of analysis and impacts on emissions, costs or energy supply decisions for the affected electric utility industry to be minimal as a result.

### 9.5.9 National Technology Transfer and Advancement Act

Section 12(d) of the NTTAA of 1995 (Public Law No. 104-113; 15 U.S.C. 272 note) directs the EPA to use voluntary consensus standards (VCS) in their regulatory and procurement

activities unless to do so would be inconsistent with applicable law or otherwise impractical. VCS are technical standards (e.g., materials specifications, test methods, sampling procedures, business practices) developed or adopted by one or more voluntary consensus bodies. The NTTAA directs the EPA to provide Congress, through annual reports to the OMB, with explanations when an agency does not use available and applicable VCS.

This proposed rulemaking involves technical standards. The EPA proposes to use the following standards in this proposed rule:

- ASTM D388-12 (Standard Classification of Coals by Rank)

- ASTM D396-13c (Standard Specification for Fuel Oils)

- ASTM D975-14 (Standard Specification for Diesel Fuel Oils)

- D3699-13b (Standard Specification for Kerosene)

- D6751-12 (Standard Specification for Biodiesel Fuel Blend Stock [B100] for Middle Distillate Fuels)

- ASTM D7467-13 (Standard Specification for Diesel Fuel Oil, Biodiesel Blend [B6 to B20])

- ANSI C12.20 (American National Standards for Electricity Meters – 0.2 and 0.5 Accuracy Classes).

The EPA is proposing use of Appendices A, B, D, F and G to 40 CFR part 75. These Appendices contain standards that have already been reviewed under the NTTAA. The EPA welcomes comments on this aspect of the proposed rulemaking and, specifically, invites the public to identify potentially-applicable VCS and to explain why such standards should be used in this action.

### 9.5.10 Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations

Executive Order 12898 (59 FR 7629, February 16, 1994) establishes federal executive policy on environmental justice. Its main provision directs federal agencies, to the greatest extent practicable and permitted by law, to make environmental justice part of their mission by

identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of their programs, policies, and activities on minority populations and low-income populations in the U.S.

This proposed rule limits GHG emissions from modified and reconstructed fossil fuel-fired electric utility steam generating units (utility boilers and IGCC units) and stationary combustion turbines by establishing national emission standards for $CO_2$. The EPA has determined that this proposed rule would not result in disproportionately high and adverse human health or environmental effects on minority, low-income, and indigenous populations because it does not affect the level of protection provided to human health or the environment. As previously stated, the EPA expects few modified or reconstructed fossil fuel-fired electric utility steam generating units (utility boilers and IGCC units) or stationary combustion turbines in the period of analysis.

## 9.6 References

Bell, M.L., et al. 2004. "Ozone and Short-Term Mortality in 95 U.S. Urban Communities, 1987-2000." Journal of the American Medical Association, 292(19): p. 2372-8.

Krewski D.; M. Jerrett; R.T. Burnett; R. Ma; E. Hughes; Y. Shi, et al. 2009. Extended Follow-Up and Spatial Analysis of the American Cancer Society Study Linking Particulate Air Pollution and Mortality. HEI Research Report, 140, Health Effects Institute, Boston, MA.

Lepeule, J.; F. Laden; D. Dockery; J. Schwartz. 2012. "Chronic Exposure to Fine Particles and Mortality: An Extended Follow-Up of the Harvard Six Cities Study from 1974 to 2009." Environmental Health Perspectives, July, 120(7):965-70.

Levy, J.I.; S.M. Chemerynski and J.A. Sarnat. 2005. "Ozone Exposure and Mortality: An Empiric Bayes Metaregression Analysis." Epidemiology, 16(4): pp. 458-68.

| United States Environmental Protection Agency | Office of Air Quality Planning and Standards | Publication No. EPA-452/R-14-002 |
| --- | --- | --- |
| | Health and Environmental Impacts Division | June 2014 |
| | Research Triangle Park, NC | |

*the* WHITE HOUSE  *PRESIDENT BARACK OBAMA*                                    Contact Us ▸

BRIEFING ROOM     ISSUES     THE ADMINISTRATION     PARTICIPATE     1600 PENN        **Search**        Sut

                                                                                    Search

*Home* • *Briefing Room* • Statements & Releases

**The White House**

Office of the Press Secretary

For Immediate Release                                                  November 11, 2014

# U.S.-China Joint Announcement on Climate Change

<u>Beijing, China, 12 November 2014</u>

1.    The United States of America and the People's Republic of China have a critical role to play in combating global climate change, one of the greatest threats facing humanity. The seriousness of the challenge calls upon the two sides to work constructively together for the common good.

2.    To this end, President Barack Obama and President Xi Jinping reaffirmed the importance of strengthening bilateral cooperation on climate change and will work together, and with other countries, to adopt a protocol, another legal instrument or an agreed outcome with legal force under the Convention applicable to all Parties at the United Nations Climate Conference in Paris in 2015. They are committed to reaching an ambitious 2015 agreement that reflects the principle of common but differentiated responsibilities and respective capabilities, in light of different national circumstances.

3.    Today, the Presidents of the United States and China announced their respective post-2020 actions on climate change, recognizing that these actions are part of the longer range effort to transition to low-carbon economies, mindful of the global temperature goal of 2℃. The United States intends to achieve an economy-wide target of reducing its emissions by 26%-28% below its 2005 level in 2025 and to make best efforts to reduce its emissions by 28%. China intends to achieve the peaking of $CO_2$ emissions around 2030 and to make best efforts to peak early and intends to increase the share of non-fossil fuels in primary energy consumption to around 20% by 2030. Both sides intend to continue to work to increase ambition over time.

4.    The United States and China hope that by announcing these targets now, they can inject momentum into the global climate negotiations and inspire other countries to join in coming forward with ambitious actions as soon as possible, preferably by the first quarter of 2015. The two Presidents resolved to work closely together over the next year to address major impediments to reaching a successful global climate agreement in Paris.

5.    The global scientific community has made clear that human activity is already changing the world's climate system. Accelerating climate change has caused serious impacts. Higher temperatures and extreme weather events are damaging food production, rising sea levels and more damaging storms are putting our coastal cities increasingly at risk and the impacts of climate change are already harming economies around the world, including those of the United States and China. These developments urgently require enhanced actions to tackle the challenge.

6.    At the same time, economic evidence makes increasingly clear that smart action on climate change now can drive innovation, strengthen economic growth and bring broad benefits – from sustainable development to increased energy security, improved public health and a better quality of life. Tackling climate change will also strengthen national and international security.

7.    Technological innovation is essential for reducing the cost of current mitigation technologies, leading to the invention and dissemination of new zero and low-carbon technologies and enhancing the capacity of countries to reduce their emissions. The United States and China are two of the world's largest investors in clean energy and already have a robust program of energy technology cooperation. The two sides have, among other things:

- established the U.S.-China Climate Change Working Group (CCWG), under which they have launched action initiatives on vehicles, smart grids, carbon capture, utilization and storage, energy efficiency, greenhouse gas data management, forests and industrial boilers;
- agreed to work together towards the global phase down of hydrofluorocarbons (HFCs), very potent greenhouse gases;



WHITE HOUSE SHAREABLES

VIEW OUR MOST SHAREABLE CONTENT IN ONE EASY-TO-NAVIGATE PAGE.

START SHARING

**LATEST BLOG POSTS**

May 19, 2015 7:46 PM EDT
What Top Officials Charged with Keeping Our Nation Safe Are Saying About the TPP
Here's how can the President's progressive trade deal – the Trans-Pacific Partnership – help safeguard our future.

May 19, 2015 4:31 PM EDT
Unlocking Wind Power Across America
The Energy Department released a new report – Enabling Wind Power Nationwide – that shows how the next generation of wind turbines can help expand wind power in all 50 states.

May 19, 2015 9:00 AM EDT
Announcing New Steps to Promote Pollinator Health
Pollinators are critical to the Nation's economy, food security, and environmental health. Honey bee pollination alone adds more than $15 billion in value to agricultural crops each year, and helps ensure that our diets include ample fruits, nuts, and vegetables. This tremendously valuable service is provided to society by honey bees, native bees and other insect pollinators, birds, and bats. That's why today, the Obama Administration is releasing a new National Strategy to Promote the Health of Honey Bees and Other Pollinators.

**VIEW ALL RELATED BLOG POSTS▸**

Case No. 1:20-cv-02484-MSK   Document 83-1 filed 05/06/21   USDC Colorado   pg 389 of
584

- created the U.S.-China Clean Energy Research Center, which facilitates collaborative work in carbon capture and storage technologies, energy efficiency in buildings, and clean vehicles; and
- agreed on a joint peer review of inefficient fossil fuel subsidies under the G-20.

8.    The two sides intend to continue strengthening their policy dialogue and practical cooperation, including cooperation on advanced coal technologies, nuclear energy, shale gas and renewable energy, which will help optimize the energy mix and reduce emissions, including from coal, in both countries. To further support achieving their ambitious climate goals, today the two sides announced additional measures to strengthen and expand their cooperation, using the existing vehicles, in particular the U.S.-China Climate Change Working Group, the U.S.-China Clean Energy Research Center and the U.S.-China Strategic and Economic Dialogue. These include:



| | |
|---|---|
| Facebook | YouTube |
| Twitter | Vimeo |
| Flickr | iTunes |
| Google+ | LinkedIn |

- **Expanding Joint Clean Energy Research and Development:** A renewed commitment to the U.S.-China Clean Energy Research Center, including continued funding for three existing tracks on building efficiency, clean vehicles and advanced coal technology and launching a new track on the energy-water nexus;
- **Advancing Major Carbon Capture, Utilization and Storage Demonstrations:** Establishment of a major new carbon storage project based in China through an international public-private consortium led by the United States and China to intensively study and monitor carbon storage using industrial $CO_2$ and also work together on a new Enhanced Water Recovery (EWR) pilot project to produce fresh water from $CO_2$ injection into deep saline aquifers;
- **Enhancing Cooperation on HFCs:** Building on the historic Sunnylands agreement between President Obama and President Xi regarding HFCs, highly potent greenhouse gases, the two sides will enhance bilateral cooperation to begin phasing-down the use of high global warming potential HFCs and work together in a multilateral context as agreed by the two Presidents at their meeting in St. Petersburg on 6 September 2013;
- **Launching a Climate-Smart/Low-Carbon Cities Initiative:** In response to growing urbanization and increasingly significant greenhouse gas emissions from cities and recognizing the potential for local leaders to undertake significant climate action, the United States and China will establish a new initiative on Climate-Smart/Low-Carbon Cities under the CCWG. As a first step, the United States and China will convene a Climate-Smart/ Low-Carbon Cities Summit where leading cities from both countries will share best practices, set new goals and celebrate city-level leadership in reducing carbon emissions and building resilience;
- **Promoting Trade in Green Goods:** Encouraging bilateral trade in sustainable environmental goods and clean energy technologies, including through a U.S. trade mission led by Secretaries Moniz and Pritzker in April 2015 that will focus on smart low-carbon cities and smart low-carbon growth technologies; and
- **Demonstrating Clean Energy on the Ground:** Additional pilot programs, feasibility studies and other collaborative projects in the areas of building efficiency, boiler efficiency, solar energy and smart grids.



# CLIMATE CHANGE 1995
## The Science of Climate Change

Contribution of Working Group I
to the Second Assessment Report of the
Intergovernmental Panel on Climate Change

# Climate Change 1995

The Science of Climate Change

# Climate Change 1995

## The Science of Climate Change

**Edited by J.T. Houghton,
L.G. Meira Filho, B.A. Callander, N. Harris,
A. Kattenberg and K. Maskell**

Production Editor: J.A. Lakeman

Contribution of WGI to the Second Assessment Report
of the Intergovernmental Panel on Climate Change

*Published for the Intergovernmental Panel on Climate Change*



**CAMBRIDGE**
UNIVERSITY PRESS

Published by the Press Syndicate of the University of Cambridge
The Pitt Building, Trumpington Street, Cambridge CB2 1RP
40 West 20th Street, New York, NY 10011–4211, USA
10 Stamford Road, Oakleigh, Melbourne 3166, Australia

© Intergovernmental Panel on Climate Change 1996

First published 1996

Printed in Great Britain at the University Press, Cambridge

*A catalogue record for this book is available from the British Library*

*Library of Congress cataloguing in publication data available*

ISBN 0 521 56433 6 hardback
ISBN 0 521 56436 0 paperback

GE

# Contents

Foreword                                                                                    vii

Preface                                                                                      xi

Summary for Policymakers                                                                      1

Technical Summary                                                                            9

1     The Climate System: an Overview                                                        51

2     Radiative Forcing of Climate Change                                                    65

3     Observed Climate Variability and Change                                              133

4     Climate Processes                                                                    193

5     Climate Models – Evaluation                                                          229

6     Climate Models – Projections of Future Climate                                       285

7     Changes in Sea Level                                                                 359

8     Detection of Climate Change and Attribution of Causes                                407

9     Terrestrial Biotic Responses to Environmental Change and Feedbacks to Climate        445

10    Marine Biotic Responses to Environmental Change and Feedbacks to Climate             483

11    Advancing our Understanding                                                          517

Appendix 1   Organisation of IPCC                                                         533

Appendix 2   List of Major  IPCC Reports                                                  535

Appendix 3   Contributors to Climate Change 1995 – The Science of Climate Change          537

Appendix 4   Reviewers of Climate Change 1995 – The Science of Climate Change             551

Appendix 5   Acronyms                                                                     565

Appendix 6   Units                                                                        569

Appendix 7   Some Chemical Symbols                                                        571

# Foreword

The Intergovernmental Panel on Climate Change (IPCC) was jointly established by the World Meteorological Organisation and the United Nations Environment Programme in 1988, in order to: (i) assess available scientific information on climate change, (ii) assess the environmental and socio-economic impacts of climate change, and (iii) formulate response strategies. The IPCC First Assessment Report was completed in August 1990 and served as the basis for negotiating the UN Framework Convention on Climate Change. The IPCC also completed its 1992 Supplement and "Climate Change 1994: Radiative Forcing of Climate Change and An Evaluation of the IPCC IS92 Emission Scenarios" to assist the Convention process further.

In 1992, the Panel reorganised its Working Groups II and III and committed itself to complete a Second Assessment in 1995, not only updating the information on the same range of topics as in the First Assessment, but also including the new subject area of technical issues related to the economic aspects of climate change. We applaud the IPCC for producing its Second Assessment Report (SAR) as scheduled. We are convinced that the SAR, like the earlier IPCC Reports, will become a standard work of reference, widely used by policymakers, scientists and other experts.

This volume, which forms part of the SAR, has been produced by Working Group I of the IPCC, and focuses on the science of climate change. It consists of 11 chapters covering the physical climate system, the factors that drive climate change, analyses of past climate and projections of future climate change, and detection and attribution of human influence on recent climate.

As usual in the IPCC, success in producing this report has depended upon the enthusiasm and co-operation of numerous busy scientists and other experts world-wide. We are exceedingly pleased to note here the very special efforts made by the IPCC in ensuring the participation of scientists and other experts in its activities, in particular in the writing, reviewing, and revising of its reports. The scientists and experts from the developed, developing and transitional economy countries have given of their time very generously, and governments have supported them, in the enormous intellectual and physical effort required, often going substantially beyond reasonable demands of duty. Without such conscientious and professional involvement, the IPCC would be greatly impoverished. We express to all these scientists and experts, and the governments who supported them, our sincere appreciation for their commitment.

We take this opportunity to express our gratitude to the following individuals for nurturing another IPCC report through to a successful completion:

Prof. Bolin, the Chairman of the IPCC, for his able leadership and skilful guidance of the IPCC; the Co-Chairmen of Working Group I, Sir John Houghton (United Kingdom) and Dr. L.G. Meira Filho (Brazil); the Vice-Chairmen of the Working Group, Prof. Ding Yihui (China), Mr. A.B. Diop (Senegal) and Prof. D. Ehhalt (Germany);

Dr. B.A. Callander, the Head of the Technical Support Unit of the Working Group and his staff, Ms. K. Maskell, Mrs. J. A. Lakeman and Mrs. F. Mills, with additional assistance from Dr. N. Harris (European Ozone Research Co-ordinating Unit, Cambridge), Dr. A. Kattenberg (Royal Netherlands Meteorological Institute); and Dr. N. Sundararaman, the Secretary of the IPCC and his staff including Mr. S. Tewungwa, Mrs. R. Bourgeois, Ms. C. Ettori and Ms. C. Tanikie.

**G.O.P. Obasi**
Secretary-General
World Meteorological Organisation

**Ms. E. Dowdeswell**
Executive Director
United Nations Environment Programme

# Climate Change 1995

# The Science of Climate Change

## Prepared by Working Group 1

*IPCC reports are formally described as "approved" or "accepted". An "approved" report has been subject to detailed, line-by-line discussion and agreement in a plenary meeting of the relevant IPCC Working Group. For practical reasons only short documents can be formally approved, and larger documents are "accepted" by the Working Group, signifying its view that a report presents a comprehensive, objective and balanced view of the subject matter. In this report, the Summary for Policymakers has been approved, and the Technical Summary and Chapters 1 to 11 have been accepted, by Working Group I.*

**MAKING REFERENCE TO THIS REPORT**

When citing information from a specific chapter of this report (as distinct from the Policymakers' or Technical Summary) please give proper credit to the Lead Authors. Do not simply refer to IPCC (1995) or the editors.

# Preface

This report is the most comprehensive assessment of the science of climate change since Working Group I (WGI) of the IPCC produced its first report *Climate Change: The IPCC Scientific Assessment* in 1990. It enlarges and updates information contained in that assessment and also in the interim reports produced by WGI in 1992 and 1994. The first IPCC Assessment Report of 1990 concluded that continued accumulation of anthropogenic greenhouse gases in the atmosphere would lead to climate change whose rate and magnitude were likely to have important impacts on natural and human systems. The IPCC Supplementary Report of 1992, timed to coincide with the final negotiations of the United Nations Framework Convention on Climate Change in Rio de Janeiro (June 1992), added new quantitative information on the climatic effects of aerosols but confirmed the essential conclusions of the 1990 assessment concerning our understanding of climate and the factors affecting it. The 1994 WGI report *Radiative Forcing of Climate Change* examined in depth the mechanisms that govern the relative importance of human and natural factors in giving rise to radiative forcing, the "driver" of climate change. The 1994 report incorporated further advances in the quantification of the climatic effects of aerosols, but it also found no reasons to alter in any fundamental way those conclusions of the 1990 report which it addressed.

We believe the essential message of this report continues to be that the basic understanding of climate change and the human role therein, as expressed in the 1990 report, still holds: carbon dioxide remains the most important contributor to anthropogenic forcing of climate change; projections of future global mean temperature change and sea level rise confirm the potential for human activities to alter the Earth's climate to an extent unprecedented in human history; and the long time-scales governing both the accumulation of greenhouse gases in the atmosphere and the response of the climate system to those accumulations, means that many important aspects of climate change are effectively irreversible. Further, that observations suggest "a discernible human influence on global climate", one of the key findings of this report, adds an important new dimension to the discussion of the climate change issue.

An important political development since 1990 has been the entry into force of the UN Framework Convention on Climate Change (FCCC). IPCC is recognised as a prime source of scientific and technical information to the FCCC, and the underlying aim of this report is to provide objective information on which to base global climate change policies that will meet the ultimate aim of the FCCC – expressed in Article 2 of the Convention – of stabilisation of greenhouse gases at some level that has yet to be quantified but which is defined as one that will "prevent dangerous anthropogenic interference with the climate system". Because the definition of "dangerous" will depend on value judgements as well as upon observable physical changes in the climate system, such policies will not rest on purely scientific grounds, and the companion IPCC reports by WGII on *Impacts, Adaptations and Mitigation of Climate Change*, and by WGIII on *Economic and Social Dimensions of Climate Change* provide some of the background information on which the wider debate will be based. Together the three WG reports establish a basis for an IPCC synthesis of information relevant to interpreting Article 2 of the FCCC. An important contribution of WGI to this synthesis has been an analysis of the emission pathways for carbon dioxide that would lead to a range of hypothetical stabilisation levels.

This report was compiled between October 1994 and November 1995 by 78 lead authors from 20 countries. First drafts of the chapters were circulated for informal review by experts in early 1995, before further revision in March. At that time, drafts of the Summary for Policymakers and the Technical Summary were also prepared by the lead authors assisted by a few additional experts with experience of the science-policy interface. Formal review of the chapters and the summaries by governments, non-governmental organisations (NGOs) and individual experts took place during May to July. Over 400 contributing authors from 26 countries submitted draft text and information to the lead authors and over 500 reviewers from 40 countries submitted valuable suggestions for improvement during the review process. The hundreds of comments received were carefully analysed and assimilated in a revised document that was distributed to countries and NGOs six weeks in advance of the fifth session of WGI in Madrid, 27-29 November 1995. There, the Summary for Policymakers was approved in detail and the rest of the report accepted. Participants included 177

delegates from 96 countries, representatives from 14 NGOs and 28 lead authors.

We wish first of all to express our sincere appreciation to the lead authors whose expertise, diligence and patience have underpinned the successful completion of this effort, and to the many contributors and reviewers for their valuable and painstaking work. We are grateful to the governments of Sweden, UK and USA which hosted drafting sessions in their countries, and to the government of Spain which hosted the final session of Working Group I in Madrid at which the documents were accepted and approved. The IPCC Trust Fund, contributed to by many countries, supported the participation of many developing country scientists in the completion of this report. The WGI Technical Support Unit was funded by the UK government with assistance from the Netherlands, and we echo the appreciation expressed in the Foreword to the members of the Technical Support Unit. The graphics section of the UK Meteorological Office provided skilful assistance in the preparation of the hundreds of diagrams of this report.

**Bert Bolin**
IPCC chairman

**John Houghton**
Co-chair (UK) IPCC WGI

**L. Gylvan Meira Filho**
Co-chair (Brazil) IPCC WGI

# Summary for Policymakers

This summary, approved in detail at the fifth session of IPCC Working Group I, (Madrid, 27-29 November 1995), represents the formally agreed statement of the IPCC concerning current understanding of the science of climate change.

## Summary for Policymakers

Considerable progress has been made in the understanding of climate change[1] science since 1990 and new data and analyses have become available.

### Greenhouse gas concentrations have continued to increase

Increases in greenhouse gas concentrations since pre-industrial times (i.e., since about 1750) have led to a positive *radiative forcing*[2] of climate, tending to warm the surface and to produce other changes of climate.

- The atmospheric concentrations of greenhouse gases, *inter alia* carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) have grown significantly: by about 30%, 145% and 15% respectively (values for 1992). These trends can be attributed largely to human activities, mostly fossil fuel use, land-use change and agriculture.

- The growth rates of $CO_2$, $CH_4$ and $N_2O$ concentrations were low during the early 1990s. While this apparently natural variation is not yet fully explained, recent data indicate that the growth rates are currently comparable to those averaged over the 1980s.

- The direct radiative forcing of the long-lived greenhouse gases (2.45 $Wm^{-2}$) is due primarily to increases in the concentrations of $CO_2$ (1.56 $Wm^{-2}$), $CH_4$ (0.47 $Wm^{-2}$) and $N_2O$ (0.14 $Wm^{-2}$) (1992 values).

- Many greenhouse gases remain in the atmosphere for a long time (for $CO_2$ and $N_2O$, many decades to centuries), hence they affect radiative forcing on long time-scales.

- The direct radiative forcing due to the CFCs and HCFCs combined is 0.25 $Wm^{-2}$. However, their *net* radiative forcing is reduced by about 0.1 $Wm^{-2}$ because they have caused stratospheric ozone depletion which gives rise to a negative radiative forcing.

- Growth in the concentration of CFCs, but not HCFCs, has slowed to about zero. The concentrations of both CFCs and HCFCs, and their consequent ozone depletion, are expected to decrease substantially by 2050 through implementation of the Montreal Protocol and its Adjustments and Amendments.

- At present some long-lived greenhouse gases (particularly HFCs (a CFC substitute), PFCs and SF6) contribute little to radiative forcing but their projected growth could contribute several per cent to radiative forcing during the 21st century.

- If carbon dioxide emissions were maintained at near current (1994) levels, they would lead to a nearly constant rate of increase in atmospheric concentrations for at least two centuries, reaching about 500 ppmv (approaching twice the pre-industrial concentration of 280 ppmv) by the end of the 21st century.

- A range of carbon cycle models indicates that stabilisation of atmospheric $CO_2$ concentrations at 450, 650 or 1000 ppmv could be achieved only if global anthropogenic $CO_2$ emissions drop to 1990 levels by, respectively, approximately 40, 140 or 240 years from now, and drop substantially below 1990 levels subsequently.

- Any eventual stabilised concentration is governed more by the accumulated anthropogenic $CO_2$ emissions from now until the time of stabilisation, than by the way those emissions change over the period. This means that, for a given stabilised concentration value, higher emissions in early decades require lower emissions later on. Among the range of stabilisation cases studied, for stabilisation at 450, 650 or 1000 ppmv accumulated anthropogenic emissions over the period 1991 to 2100 are 630 GtC[3], 1030 GtC, and 1410 GtC respectively ($\pm$ approximately 15% in each case).

---

[1] Climate change in IPCC Working Group I usage refers to any change in climate over time whether due to natural variability or as a result of human activity. This differs from the usage in the Framework Convention on Climate Change where climate change refers to a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods.

[2] A simple measure of the importance of a potential climate change mechanism. Radiative forcing is the perturbation to the energy balance of the Earth-atmosphere system (in watts per square metre [$Wm^{-2}$]).

[3] 1 GtC = 1 billion ($10^9$) tonnes of carbon.

*4*                                                                                        *Summary for Policymakers*

For comparison the corresponding accumulated emissions for IPCC IS92 emission scenarios range from 770 to 2190 GtC.

- Stabilisation of $CH_4$ and $N_2O$ concentrations at today's levels would involve reductions in anthropogenic emissions of 8% and more than 50% respectively.

- There is evidence that tropospheric ozone concentrations in the Northern Hemisphere have increased since pre-industrial times because of human activity and that this has resulted in a positive radiative forcing. This forcing is not yet well characterised, but it is estimated to be about 0.4 $Wm^{-2}$ (15% of that from the long-lived greenhouse gases). However the observations of the most recent decade show that the upward trend has slowed significantly or stopped.

### Anthropogenic aerosols tend to produce negative radiative forcing

- Tropospheric aerosols (microscopic airborne particles) resulting from combustion of fossil fuels, biomass burning and other sources have led to a negative direct forcing of about 0.5 $Wm^{-2}$, as a global average, and possibly also to a negative indirect forcing of a similar magnitude. While the negative forcing is focused in particular regions and subcontinental areas, it can have continental to hemispheric scale effects on climate patterns.

- Locally, the aerosol forcing can be large enough to more than offset the positive forcing due to greenhouse gases.

- In contrast to the long-lived greenhouse gases, anthropogenic aerosols are very short-lived in the atmosphere, hence their radiative forcing adjusts rapidly to increases or decreases in emissions.

### Climate has changed over the past century

At any one location year-to-year variations in weather can be large, but analyses of meteorological and other data over large areas and over periods of decades or more have provided evidence for some important systematic changes.

- Global mean surface air temperature has increased by between about 0.3 and 0.6°C since the late 19th century; the additional data available since 1990 and the re-analyses since then have not significantly changed this range of estimated increase.

- Recent years have been among the warmest since 1860, i.e., in the period of instrumental record, despite the cooling effect of the 1991 Mt. Pinatubo volcanic eruption.

- Night-time temperatures over land have generally increased more than daytime temperatures.

- Regional changes are also evident. For example, the recent warming has been greatest over the mid-latitude continents in winter and spring, with a few areas of cooling, such as the North Atlantic ocean. Precipitation has increased over land in high latitudes of the Northern Hemisphere, especially during the cold season.

- Global sea level has risen by between 10 and 25 cm over the past 100 years and much of the rise may be related to the increase in global mean temperature.

- There are inadequate data to determine whether consistent global changes in climate variability or weather extremes have occurred over the 20th century. On regional scales there is clear evidence of changes in some extremes and climate variability indicators (e.g., fewer frosts in several widespread areas; an increase in the proportion of rainfall from extreme events over the contiguous states of the USA). Some of these changes have been toward greater variability; some have been toward lower variability.

- The 1990 to mid-1995 persistent warm-phase of the El Niño-Southern Oscillation (which causes droughts and floods in many areas) was unusual in the context of the last 120 years.

### The balance of evidence suggests a discernible human influence on global climate

Any human-induced effect on climate will be superimposed on the background "noise" of natural climate variability, which results both from internal fluctuations and from external causes such as solar variability or volcanic eruptions. Detection and attribution studies attempt to distinguish between anthropogenic and natural influences. "Detection of change" is the process of demonstrating that an observed

change in climate is highly unusual in a statistical sense, but does not provide a reason for the change. "Attribution" is the process of establishing cause and effect relations, including the testing of competing hypotheses.

Since the 1990 IPCC Report, considerable progress has been made in attempts to distinguish between natural and anthropogenic influences on climate. This progress has been achieved by including effects of sulphate aerosols in addition to greenhouse gases, thus leading to more realistic estimates of human-induced radiative forcing. These have then been used in climate models to provide more complete simulations of the human-induced climate-change "signal". In addition, new simulations with coupled atmosphere-ocean models have provided important information about decade to century time-scale natural internal climate variability. A further major area of progress is the shift of focus from studies of global-mean changes to comparisons of modelled and observed spatial and temporal patterns of climate change.

The most important results related to the issues of detection and attribution are:

- The limited available evidence from proxy climate indicators suggests that the 20th century global mean temperature is at least as warm as any other century since at least 1400 AD. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature.

- Assessments of the statistical significance of the observed global mean surface air temperature trend over the last century have used a variety of new estimates of natural internal and externally forced variability. These are derived from instrumental data, palaeodata, simple and complex climate models, and statistical models fitted to observations. Most of these studies have detected a significant change and show that the observed warming trend is unlikely to be entirely natural in origin.

- More convincing recent evidence for the attribution of a human effect on climate is emerging from pattern-based studies, in which the modelled climate response to combined forcing by greenhouse gases and anthropogenic sulphate aerosols is compared with observed geographical, seasonal and vertical patterns of atmospheric temperature change. These studies show that such pattern correspondences increase with time, as one would expect as an anthropogenic signal increases in strength. Furthermore, the probability is very low that these

correspondences could occur by chance as a result of natural internal variability only. The vertical patterns of change are also inconsistent with those expected for solar and volcanic forcing.

- Our ability to quantify the human influence on global climate is currently limited because the expected signal is still emerging from the noise of natural variability, and because there are uncertainties in key factors. These include the magnitude and patterns of long term natural variability and the time-evolving pattern of forcing by, and response to, changes in concentrations of greenhouse gases and aerosols, and land surface changes. Nevertheless, the balance of evidence suggests that there is a discernible human influence on global climate.

## Climate is expected to continue to change in the future

The IPCC has developed a range of scenarios, IS92a-f, of future greenhouse gas and aerosol precursor emissions based on assumptions concerning population and economic growth, land-use, technological changes, energy availability and fuel mix during the period 1990 to 2100. Through understanding of the global carbon cycle and of atmospheric chemistry, these emissions can be used to project atmospheric concentrations of greenhouse gases and aerosols and the perturbation of natural radiative forcing. Climate models can then be used to develop projections of future climate.

- The increasing realism of simulations of current and past climate by coupled atmosphere-ocean climate models has increased our confidence in their use for projection of future climate change. Important uncertainties remain, but these have been taken into account in the full range of projections of global mean temperature and sea level change.

- For the mid-range IPCC emission scenario, IS92a, assuming the "best estimate" value of climate sensitivity[1] and including the effects of future increases in aerosol, models project an increase in

---

[1] In IPCC reports, climate sensitivity usually refers to the long term (equilibrium) change in global mean surface temperature following a doubling of atmospheric equivalent $CO_2$ concentration. More generally, it refers to the equilibrium change in surface air temperature following a unit change in radiative forcing ($°C/Wm^2$).

*Summary for Policymakers*

global mean surface air temperature relative to 1990 of about 2°C by 2100. This estimate is approximately one third lower than the "best estimate" in 1990. This is due primarily to lower emission scenarios (particularly for $CO_2$ and the CFCs), the inclusion of the cooling effect of sulphate aerosols, and improvements in the treatment of the carbon cycle. Combining the lowest IPCC emission scenario (IS92c) with a "low" value of climate sensitivity and including the effects of future changes in aerosol concentrations leads to a projected increase of about 1°C by 2100. The corresponding projection for the highest IPCC scenario (IS92e) combined with a "high" value of climate sensitivity gives a warming of about 3.5°C. In all cases the average rate of warming would probably be greater than any seen in the last 10,000 years, but the actual annual to decadal changes would include considerable natural variability. Regional temperature changes could differ substantially from the global mean value. Because of the thermal inertia of the oceans, only 50-90% of the eventual equilibrium temperature change would have been realised by 2100 and temperature would continue to increase beyond 2100, even if concentrations of greenhouse gases were stabilised by that time.

- Average sea level is expected to rise as a result of thermal expansion of the oceans and melting of glaciers and ice-sheets. For the IS92a scenario, assuming the "best estimate" values of climate sensitivity and of ice melt sensitivity to warming, and including the effects of future changes in aerosol, models project an increase in sea level of about 50 cm from the present to 2100. This estimate is approximately 25% lower than the "best estimate" in 1990 due to the lower temperature projection, but also reflecting improvements in the climate and ice melt models. Combining the lowest emission scenario (IS92c) with the "low" climate and ice melt sensitivities and including aerosol effects gives a projected sea level rise of about 15 cm from the present to 2100. The corresponding projection for the highest emission scenario (IS92e) combined with "high" climate and ice-melt sensitivities gives a sea level rise of about 95 cm from the present to 2100. Sea level would continue to rise at a similar rate in future centuries beyond 2100, even if concentrations of greenhouse gases were stabilised by that time, and would continue to do so even beyond the time of

stabilisation of global mean temperature. Regional sea level changes may differ from the global mean value owing to land movement and ocean current changes.

- Confidence is higher in the hemispheric-to-continental scale projections of coupled atmosphere-ocean climate models than in the regional projections, where confidence remains low. There is more confidence in temperature projections than hydrological changes.

- All model simulations, whether they were forced with increased concentrations of greenhouse gases and aerosols or with increased concentrations of greenhouse gases alone, show the following features: greater surface warming of the land than of the sea in winter; a maximum surface warming in high northern latitudes in winter, little surface warming over the Arctic in summer; an enhanced global mean hydrological cycle, and increased precipitation and soil moisture in high latitudes in winter. All these changes are associated with identifiable physical mechanisms.

- In addition, most simulations show a reduction in the strength of the north Atlantic thermohaline circulation and a widespread reduction in diurnal range of temperature. These features too can be explained in terms of identifiable physical mechanisms.

- The direct and indirect effects of anthropogenic aerosols have an important effect on the projections. Generally, the magnitudes of the temperature and precipitation changes are smaller when aerosol effects are represented, especially in northern mid-latitudes. Note that the cooling effect of aerosols is not a simple offset to the warming effect of greenhouse gases, but significantly affects some of the continental scale patterns of climate change, most noticeably in the summer hemisphere. For example, models that consider only the effects of greenhouse gases generally project an increase in precipitation and soil moisture in the Asian summer monsoon region, whereas models that include, in addition, some of the effects of aerosols suggest that monsoon precipitation may decrease. The spatial and temporal distribution of aerosols greatly influence regional projections, which are therefore more uncertain.

- A general warming is expected to lead to an increase in the occurrence of extremely hot days and a decrease in the occurrence of extremely cold days.

- Warmer temperatures will lead to a more vigorous hydrological cycle; this translates into prospects for more severe droughts and/or floods in some places and less severe droughts and/or floods in other places. Several models indicate an increase in precipitation intensity, suggesting a possibility for more extreme rainfall events. Knowledge is currently insufficient to say whether there will be any changes in the occurrence or geographical distribution of severe storms, e.g., tropical cyclones.

- Sustained rapid climate change could shift the competitive balance among species and even lead to forest dieback, altering the terrestrial uptake and release of carbon. The magnitude is uncertain, but could be between zero and 200 GtC over the next one to two centuries, depending on the rate of climate change.

### There are still many uncertainties

Many factors currently limit our ability to project and detect future climate change. In particular, to reduce uncertainties further work is needed on the following priority topics:

- estimation of future emissions and biogeochemical cycling (including sources and sinks) of greenhouse gases, aerosols and aerosol precursors and projections of future concentrations and radiative properties;

- representation of climate processes in models, especially feedbacks associated with clouds, oceans, sea ice and vegetation, in order to improve projections of rates and regional patterns of climate change;

- systematic collection of long-term instrumental and proxy observations of climate system variables (e.g., solar output, atmospheric energy balance components, hydrological cycles, ocean characteristics and ecosystem changes) for the purposes of model testing, assessment of temporal and regional variability and for detection and attribution studies.

Future unexpected, large and rapid climate system changes (as have occurred in the past) are, by their nature, difficult to predict. This implies that future climate changes may also involve "surprises". In particular these arise from the non-linear nature of the climate system. When rapidly forced, non-linear systems are especially subject to unexpected behaviour. Progress can be made by investigating non-linear processes and sub-components of the climatic system. Examples of such non-linear behaviour include rapid circulation changes in the North Atlantic and feedbacks associated with terrestrial ecosystem changes.

# Technical Summary

Prepared by the lead authors taking into account comments arising from extensive review by individual experts, governments and non-governmental organisations

This summary, part of the background material on which the Summary for Policymakers is based, has been accepted by the IPCC but not approved in detail. Acceptance by the IPCC signifies the Panel's view that the summary presents a comprehensive, objective and balanced view of the subject matter.

# CONTENTS

**A Introduction**     13

**B Greenhouse Gases, Aerosols and their Radiative Forcing** 13
   B.1 Carbon dioxide ($CO_2$)    14
   B.2 Methane ($CH_4$)    17
   B.3 Nitrous oxide ($N_2O$)    19
   B.4 Halocarbons and other halogenated compounds    19
   B.5 Ozone ($O_3$)    19
     B.5.1 Tropospheric Ozone    20
     B.5.2 Stratospheric Ozone    20
   B.6 Tropospheric and stratospheric aerosols    20
   B.7 Summary of radiative forcing    21
   B.8 Global Warming Potential (GWP)    21
   B.9 Emissions and concentrations of greenhouse gases and aerosols in the future    23
     B.9.1 The IS92 emission scenarios    23
     B.9.2 Stabilisation of greenhouse gas and aerosol concentrations    25

**C Observed Trends and Patterns in Climate and Sea Level**    26
   C.1 Has the climate warmed?    26
   C.2 Is the 20th century warming unusual?    28
   C.3 Has the climate become wetter?    28
   C.4 Has sea level risen?    29
   C.5 Has the climate become more variable and/or extreme?    30

**D Modelling Climate and Climate Change**    30
   D.1 The basis for confidence in climate models    30
   D.2 Climate model feedbacks and uncertainties    34

**E Detection of Climate Change and Attribution of Causes**    35
   E.1 Better simulations for defining a human-induced climate change "signal"    35
   E.2 Better simulations for estimating natural internal climate variability    36
   E.3 Studies of global mean change    36
   E.4 Studies of patterns of change    36
   E.5 Qualitative consistency    37
   E.6 Overall assessment of the detection and attribution issues    37

**F The Prospects for Future Climate Change**    39
   F.1 Forcing scenarios    39
   F.2 Projections of climate change    39
     F.2.1 Global mean temperature response to IS92 emission scenarios    39
     F.2.2 Global mean sea level response to IS92 emission scenarios    40
     F.2.3 Temperature and sea level projections compared with IPCC (1990)    41
   F.3 Spatial patterns of projected climate change    41
     F.3.1 Continental scale patterns    41
     F.3.2 Regional scale patterns    43
     F.3.3 Changes in variability and extremes    44
   F.4 Effects of stabilising greenhouse gas concentrations    45
   F.5 The possibility of surprises    45

**G Advancing our Understanding**    46

**References**    47

**Glossary**    48

## A  Introduction

The IPCC Scientific Assessment Working Group (WGI) was established in 1988 to assess available information on the science of climate change, in particular that arising from human activities. In performing its assessments the Working Group is concerned with:

- developments in the scientific understanding of past and present climate, of climate variability, of climate predictability and of climate change including feedbacks from climate impacts;
- progress in the modelling and projection of global and regional climate and sea level change;
- observations of climate, including past climates, and assessment of trends and anomalies;
- gaps and uncertainties in current knowledge.

The first Scientific Assessment in 1990 concluded that the increase in atmospheric concentrations of greenhouse gases since the pre-industrial period[1] had altered the energy balance of the Earth/atmosphere and that global warming would result. Model simulations of global warming due to the observed increase of greenhouse gas concentrations over the past century tended towards a central estimate of about 1°C while analysis of the instrumental temperature record, on the other hand, revealed warming of around 0.5°C over the same period. The 1990 report concluded: "The size of this warming is broadly consistent with predictions of climate models, but it is also of the same magnitude as natural climate variability. Thus the observed increase could be largely due to this natural variability; alternatively this variability and other human factors could have offset a still larger human-induced greenhouse warming."

A primary concern identified by IPCC (1990) was the expected continued increase in greenhouse gas concentrations as a result of human activity, leading to significant climate change in the coming century. The projected changes in temperature, precipitation and soil moisture were not uniform over the globe. Anthropogenic aerosols were recognised as a possible source of regional cooling but no quantitative estimates of their effects were available.

The IPCC Supplementary Report in 1992 confirmed, or found no reason to alter, the major conclusions of IPCC (1990). It presented a new range of global mean temperature projections based on a new set of IPCC emission scenarios (IS92 a to f) and reported progress in quantifying the effects of anthropogenic aerosols. Ozone

---

[1] The pre-industrial period is defined as the several centuries preceding 1750.

depletion due to chlorofluorocarbons (CFCs) was recognised as a cause of negative radiative forcing, reducing the global importance of CFCs as greenhouse gases.

The 1994 WGI report on Radiative Forcing of Climate Change provided a detailed assessment of the global carbon cycle and of aspects of atmospheric chemistry governing the abundance of non-$CO_2$ greenhouse gases. Some pathways that would stabilise atmospheric greenhouse gas concentrations were examined, and new or revised calculations of Global Warming Potential for 38 species were presented. The growing literature on processes governing the abundance and radiative properties of aerosols was examined in considerable detail, including new information on the climatic impact of the 1991 eruption of Mt. Pinatubo.

The Second IPCC Assessment of the Science of Climate Change presents a comprehensive assessment of climate change science as of 1995, including updates of relevant material in all three preceding reports. Key issues examined in the Second Assessment concern the relative magnitude of human and natural factors in driving changes in climate, including the role of aerosols; whether a human influence on present-day climate can be detected; and the estimation of future climate and sea level change at both global and continental scales.

The United Nations Framework Convention on Climate Change (FCCC) uses the term "climate change" to refer exclusively to change brought about by human activities. A more generic usage is common in the scientific community where it is necessary to be able to refer to change arising from any source. In particular scientists refer to past climate change and address the complex issue of separating natural and human causes in currently observed changes. However, the climate projections covered in this document relate only to future climate changes resulting from human influences, since it is not yet possible to predict the fluctuations due to volcanoes and other natural influences. Consequently the use of the term "climate change" here, when referring to future change, is essentially the same as the usage adopted in the FCCC.

## B  Greenhouse Gases, Aerosols and their Radiative Forcing

Human activities are changing the atmospheric concentrations and distributions of greenhouse gases and aerosols. These changes can produce a radiative forcing by changing either the reflection or absorption of solar radiation, or the emission and absorption of terrestrial radiation (see Box 1).

---

### Box 1: What drives changes in climate?

The Earth absorbs radiation from the Sun, mainly at the surface. This energy is then redistributed by the atmospheric and oceanic circulation and radiated to space at longer ("terrestrial" or "infrared") wavelengths. On average, for the Earth as a whole, the incoming solar energy is balanced by outgoing terrestrial radiation.

Any factor which alters the radiation received from the Sun or lost to space, or which alters the redistribution of energy within the atmosphere, and between the atmosphere, land and ocean, can affect climate. A *change* in the energy available to the global Earth/atmosphere system is termed here, and in previous IPCC reports, a *radiative forcing*.

Increases in the concentrations of greenhouse gases will reduce the efficiency with which the Earth cools to space. More of the outgoing terrestrial radiation from the surface is absorbed by the atmosphere and emitted at higher altitudes and colder temperatures. This results in a positive radiative forcing which tends to warm the lower atmosphere and surface. This is the *enhanced* greenhouse effect – an enhancement of an effect which has operated in the Earth's atmosphere for billions of years due to the naturally occurring greenhouse gases: water vapour, carbon dioxide, ozone, methane and nitrous oxide. The amount of warming depends on the size of the increase in concentration of each greenhouse gas, the radiative properties of the gases involved, and the concentrations of other greenhouse gases already present in the atmosphere.

Anthropogenic aerosols (small particles) in the troposphere, derived mainly from the emission of sulphur dioxide from fossil fuel burning, and derived from other sources such as biomass burning, can absorb and reflect solar radiation. In addition, changes in aerosol concentrations can alter cloud amount and cloud reflectivity through their effect on cloud properties. In most cases tropospheric aerosols tend to produce a negative radiative forcing and cool climate. They have a much shorter lifetime (days to weeks) than most greenhouse gases (decades to centuries) so their concentrations respond much more quickly to changes in emissions.

Volcanic activity can inject large amounts of sulphur-containing gases (primarily sulphur dioxide) into the stratosphere which are transformed into aerosols. This can produce a large, but transitory (i.e., a few years), negative radiative forcing, tending to cool the Earth's surface and lower atmosphere over periods of a few years.

The Sun's output of energy varies by small amounts (0.1%) over an 11-year cycle, and variations over longer periods occur. On time-scales of tens to thousands of years, slow variations in the Earth's orbit, which are well understood, have led to changes in the seasonal and latitudinal distribution of solar radiation; these changes have played an important part in controlling the variations of climate in the distant past, such as the glacial cycles.

Any changes in the radiative balance of the Earth, including those due to an increase in greenhouse gases or in aerosols, will tend to alter atmospheric and oceanic temperatures and the associated circulation and weather patterns. These will be accompanied by changes in the hydrological cycle (for example, altered cloud distributions or changes in rainfall and evaporation regimes).

Any human-induced changes in climate will be superimposed on a background of natural climatic variations which occur on a whole range of space- and time-scales. Natural climate variability can occur as a result of changes in the forcing of the climate system, for example due to aerosol derived from volcanic eruptions. Climate variations can also occur in the absence of a change in external forcing, as a result of complex interactions between components of the climate system such as the atmosphere and ocean. The El Niño-Southern Oscillation (ENSO) phenomenon is an example of such natural "internal" variability. To distinguish anthropogenic climate changes from natural variations, it is necessary to identify the anthropogenic "signal" against the background "noise" of natural climate variability.

---

Information on radiative forcing was extensively reviewed in IPCC (1994). Summaries of the information in that report and new results are presented here. The most significant advance since IPCC (1994) is improved understanding of the role of aerosols and their representation in climate models.

### B.1 Carbon dioxide (CO₂)

$CO_2$ concentrations have increased from about 280 ppmv in pre-industrial times to 358 ppmv in 1994 (Table 1, and Figure 1a). There is no doubt that this increase is largely due to human activities, in particular fossil fuel combustion, but also land-use conversion and to a lesser

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 418 of 584

**Table 1:** *A sample of greenhouse gases affected by human activities.*

| | $CO_2$ | $CH_4$ | $N_2$ | CFC-11 | HCFC-22 (a CFC substitute) | $CF_4$ (a perfluoro-carbon) |
|---|---|---|---|---|---|---|
| Pre-industrial concentration | ~280 ppmv | ~700 ppbv | ~275 ppbv | zero | zero | zero |
| Concentration in 1994 | 358 ppmv | 1720 ppbv | 312[§] ppbv | 268[§] pptv[±] | 110 pptv | 72[§] pptv |
| Rate of concentration change* | 1.5 ppmv/yr | 10 ppbv/yr | 0.8 ppbv/yr | 0 pptv/yr | 5 pptv/yr | 1.2 pptv/yr |
| | 0.4%/yr | 0.6%/yr | 0.25%/yr | 0%/yr | 5%/yr | 2%/yr |
| Atmospheric lifetime (years) | 50–200[††] | 12[†††] | 120 | 50 | 12 | 50,000 |

[§]   Estimated from 1992–93 data.

[†]   1 pptv = 1 part per trillion (million million) by volume.

[††]   No single lifetime for $CO_2$ can be defined because of the different rates of uptake by different sink processes.

[†††]   This has been defined as an adjustment time which takes into account the indirect effect of methane on its own lifetime.

*   The growth rates of $CO_2$, $CH_4$ and $N_2O$ are averaged over the decade beginning 1984 (see Figures 1 and 3); halocarbon growth rates are based on recent years (1990s).

extent cement production (Table 2). The increase has led to a radiative forcing of about +1.6 Wm$^{-2}$ (Figure 2). Prior to this recent increase, $CO_2$ concentrations over the past 1000 years, a period when global climate was relatively stable, fluctuated by about ±10 ppmv around 280 ppmv.

The annual growth rate of atmospheric $CO_2$ concentration was low during the early 1990s (0.6 ppmv/yr in 1991/92). However, recent data indicate that the growth rate is currently comparable to that averaged over the 1980s, around 1.5 ppmv/yr (Figure 1b). Isotopic data suggest that the low growth rate resulted from fluctuations in the exchanges of $CO_2$ between the atmosphere and both the ocean and the terrestrial biosphere, possibly resulting from climatic and biospheric variations following the eruption of Mt. Pinatubo in June 1991. While understanding these short-term fluctuations is important, fluctuations of a few years' duration are not relevant to projections of future concentrations or emissions aimed at estimating longer time-scale changes to the climate system.

The estimate of the 1980s' carbon budget (Table 2) remains essentially unchanged from IPCC (1994). While recent data on anthropogenic emissions are available, there are insufficient analyses of the other fluxes to allow an update of this decadal budget to include the early years of the 1990s. The net release of carbon from tropical land-use change (mainly forest clearing minus regrowth) is roughly balanced by carbon accumulation in other land ecosystems due to forest regrowth outside the tropics, and by transfer to

other reservoirs stimulated by $CO_2$ and nitrogen fertilisation and by decadal time-scale climatic effects. Model results suggest that during the 1980s, $CO_2$ fertilisation resulted in a transfer of carbon from the atmosphere to the biosphere of 0.5 to 2.0 GtC/yr and nitrogen fertilisation resulted in a transfer of carbon from the atmosphere to the biosphere of between 0.2 and 1.0 GtC/yr.

$CO_2$ is removed from the atmosphere by a number of processes that operate on different time-scales, and is subsequently transferred to various reservoirs, some of which eventually return $CO_2$ to the atmosphere. Some simple analyses of $CO_2$ changes have used the concept of a single characteristic time-scale for this gas. Such analyses are of limited value because a single time-scale cannot capture the behaviour of $CO_2$ under different emission scenarios. This is in contrast to methane, for example, whose atmospheric lifetime is dominantly controlled by a single process: oxidation by OH in the atmosphere. For $CO_2$ the fastest process is uptake into vegetation and the surface layer of the oceans which occurs over a few years. Various other sinks operate on the century time-scale (e.g., transfer to soils and to the deep ocean) and so have a less immediate, but no less important, effect on the atmospheric concentration. Within 30 years about 40–60% of the $CO_2$ currently released to the atmosphere is removed. However, if emissions were reduced, the $CO_2$ in the vegetation and ocean surface water would soon equilibrate with that in the atmosphere, and the rate of removal would





**Figure 1:** (a) $CO_2$ concentrations over the past 1000 years from ice core records (D47, D57, Siple and South Pole) and (since 1958) from Mauna Loa, Hawaii, measurement site. All ice core measurements were taken in Antarctica. The smooth curve is based on a hundred year running mean. The rapid increase in $CO_2$ concentration since the onset of industrialisation is evident and has followed closely the increase in $CO_2$ emissions from fossil fuels (see inset of period from 1850 onwards). (b) Growth rate of $CO_2$ concentration since 1958 in ppmv/yr at Mauna Loa. The smooth curve shows the same data but filtered to suppress variations on time-scales less than approximately 10 years.

then be determined by the slower response of woody vegetation, soils, and transfer into the deeper layers of the ocean. Consequently, most of the excess atmospheric $CO_2$ would be removed over about a century although a portion would remain airborne for thousands of years because transfer to the ultimate sink – ocean sediments – is very slow.

There is large uncertainty associated with the future role of the terrestrial biosphere in the global carbon budget for several reasons. First, future rates of deforestation and regrowth in the tropics and mid-latitudes are difficult to predict. Second, mechanisms such as CO2 fertilisation

remain poorly quantified at the ecosystem level. Over decades to centuries, anthropogenic changes in atmospheric CO2 content and climate may also alter the global distribution of ecosystem types. Carbon could be released rapidly from areas where forests die, although regrowth could eventually sequester much of this carbon. Estimates of this loss range from near zero to, at low probabilities, as much as 200 GtC over the next one-to-two centuries, depending on the rate of climate change.

The marine biota both respond to and can influence climate change. Marine biota play a critical role in

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 420 of 584

**Table 2:** *Annual average anthropogenic carbon budget for 1980 to 1989. $CO_2$ sources, sinks and storage in the atmosphere are expressed in GtC/yr.*

| CO₂ sources | |
|---|---|
| (1) Emissions from fossil fuel combustion and cement production | 5.5 ± 0.5[*] |
| (2) Net emissions from changes in tropical land-use | 1.6 ± 1.0[@] |
| (3) Total anthropogenic emissions = (1) + (2) | 7.1 ± 1.1 |
| **Partitioning amongst reservoirs** | |
| (4) Storage in the atmosphere | 3.3 ± 0.2 |
| (5) Ocean uptake | 2.0 ± 0.8 |
| (6) Uptake by Northern Hemishere forest regrowth | 0.5 ± 0.5[#] |
| (7) Inferred sink: 3–(4+5+6) | 1.3 ± 1.5[§] |

Notes:

* For comparison, emissions in 1994 were 6.1 GtC/yr.

@ Consistent with Chapter 24 of IPCC WGII (1995).

# This number is consistent with the independent estimate, given in IPCC WGII (1995), of 0.7±0.2 GtC/yr for the mid- and high latitude forest sink.

§ This inferred sink is consistent with independent estimates, given in Chapter 9, of carbon uptake due to nitrogen fertilisation (0.5±1.0 GtC/yr), plus the range of other uptakes (0–2 GtC/yr) due to $CO_2$ fertilisation and climatic effects.

depressing the atmospheric $CO_2$ concentration significantly below its equilibrium state in the absence of biota. Changes in nutrient supply to the surface ocean resulting from changes in ocean circulation, coastal runoff and atmospheric deposition, and changes in the amount of sea ice and cloudiness, have the potential to affect marine biogeochemical processes. Such changes would be expected to have an impact (at present unquantifiable) on the cycling of $CO_2$ and the production of other climatically important trace gases. It has been suggested that a lack of iron limits phytoplankton growth in certain ocean areas. However, it is not likely that iron fertilisation of $CO_2$ uptake by phytoplankton can be used to draw down atmospheric $CO_2$: even massive continual seeding of 10–15% of the world oceans (the Southern Ocean) until 2100, if it worked with 100% efficiency and no opposing side-effects (e.g., increased $N_2O$ production), would reduce the atmospheric $CO_2$ build-up projected by the IPCC (1990) "Business-as-usual" emission scenario by less than 10%.



**Figure 2:** Estimates of the globally and annually averaged anthropogenic radiative forcing (in Wm⁻²) due to changes in concentrations of greenhouse gases and aerosols from pre-industrial times to the present (1992) and to natural changes in solar output from 1850 to the present. The height of the rectangular bar indicates a mid-range estimate of the forcing whilst the error bars show an estimate of the uncertainty range, based largely on the spread of published values; the "confidence level" indicates the author's confidence that the actual forcing lies within this error bar. The contributions of individual gases to the direct greenhouse forcing is indicated on the first bar. The indirect greenhouse forcings associated with the depletion of stratospheric ozone and the increased concentration of tropospheric ozone are shown in the second and third bar respectively. The direct contributions of individual tropospheric aerosol component are grouped into the next set of three bars. The indirect aerosol effect, arising from the induced change in cloud properties, is shown next; quantitative understanding of this process is very limited at present and hence no bar representing a mid-range estimate is shown. The final bar shows the estimate of the changes in radiative forcing due to variations in solar output. The forcing associated with stratospheric aerosols resulting from volcanic eruptions is not shown, as it is very variable over this time period. Note that there are substantial differences in the geographical distribution of the forcing due to the well-mixed greenhouse gases (mainly $CO_2$, $N_2O$, $CH_4$ and the halocarbons) and that due to ozone and aerosols, which could lead to significant differences in their respective global and regional climate responses. For this reason, the negative radiative forcing due to aerosols should not necessarily be regarded as an offset against the greenhouse gas forcing.

### B.2 Methane ($CH_4$)

Methane is another naturally occurring greenhouse gas whose concentration in the atmosphere is growing as a result of human activities such as agriculture and waste disposal, and fossil fuel production and use (Table 3).

**Table 3:** *Estimated sources and sinks of methane for 1980 to 1990. All figures are in Tg†(CH₄)/yr. The current global atmospheric burden of CH₄ is about 5000 Tg(CH₄).*
*(a) Observed atmospheric increase, estimated sinks and sources derived to balance the budget.*

|  |  | Individual estimates | Total |
|---|---|---|---|
| Atmospheric increase* |  |  | **37** (35–40) |
| Sinks of atmospheric CH₄: | tropospheric OH | **490** (405–575) |  |
|  | stratosphere | **40** (32–48) |  |
|  | soils | **30** (15–45) |  |
| Total atmospheric sinks |  |  | **560** (460–660) |
| Implied sources (sinks + atmospheric increase) |  |  | **597** (495–700) |

*(b) Inventory of identified sources.*

|  |  | Individual estimates | Total |
|---|---|---|---|
| Natural sources |  |  | **160** (110–210) |
| Anthropogenic sources: | Fossil fuel related | **100** (70–120) |  |
|  | Total biospheric | **275** (200–350) |  |
| Total anthropogenic sources |  |  | **375** (300–450) |
| Total identified sources |  |  | **535** (410–660) |

† 1Tg = 1 million million grams, which is equivalent to 1 million tonnes.

* Applies to 1980–1990 average. Table 1 and the stabilisation discussion in Section B.9.2 use the average for 1984–1994.

Global average methane concentrations increased by 6% over the decade starting in 1984 (Figure 3). Its concentration in 1994 was about 1720 ppbv, 145% greater than the pre-industrial concentration of 700 ppbv (Table 1, Figure 3). Over the last 20 years, there has been a decline in the methane growth rate: in the late 1970s the concentration was increasing by about 20 ppbv/yr, during the 1980s the growth rate dropped to 9–13 ppbv/yr. Around the middle of 1992, methane concentrations briefly stopped growing, but since 1993 the global growth rate has returned to about 8 ppbv/yr.

Individual methane sources are not well quantified. Carbon isotope measurements indicate that about 20% of the total annual methane emissions are related to the production and use of fossil fuel. In total, anthropogenic activities are responsible for about 60–80% of current methane emissions (Table 3). Methane emissions from natural wetlands appear to contribute about 20% to the global methane emissions to the atmosphere. Such emissions will probably increase with global warming as a result of greater microbial activity. In 1992 the directradiative forcing due to the increase in methane concentration since pre-industrial times was about +0.47 Wm⁻² (Figure 2).



**Figure 3:** Global methane concentrations (ppbv) for 1983 to 1994. Concentrations observed at Mould Bay, Canada are also shown.

Changes in the concentration of methane have clearly identified chemical feedbacks. The main removal process for methane is reaction with the hydroxyl radical (OH). Addition of methane to the atmosphere reduces the concentration of tropospheric OH which can in turn feed back and reduce the rate of methane removal.

The adjustment time for a pulse of methane added to the atmosphere has been revised to 12 (±3) years (compared with 14.5 (±2.5) years in IPCC (1994)). Two factors are responsible for the change: (a) a new estimate for the chemical removal rate (11% faster); and (b) inclusion of the uptake of methane by soils. The revised global sink strength is 560 (±100) Tg($CH_4$)/year, higher than the 1994 estimate, but still consistent with the previous range of global source strength.

### B.3 Nitrous oxide ($N_2O$)

There are many small sources of nitrous oxide, both natural and anthropogenic, which are difficult to quantify. The main anthropogenic sources are from agriculture and a number of industrial processes (e.g., adipic acid and nitric acid production). A best estimate of the current (1980s) anthropogenic emission of nitrous oxide is 3 to 8 Tg(N)/yr. Natural sources are poorly quantified, but are probably twice as large as anthropogenic sources. Nitrous oxide is removed mainly by photolysis (breakdown by sunlight) in the stratosphere and consequently has a long lifetime (about 120 years).

Although sources cannot be well quantified, atmospheric measurements and evidence from ice cores show that the atmospheric abundance of nitrous oxide has increased since the pre-industrial era, most likely owing to human activities. In 1994 atmospheric levels of nitrous oxide were about 312 ppbv; pre-industrial levels were about 275 ppbv (Table 1). The 1993 growth rate (approximately 0.5 ppbv/yr) was lower than that observed in the late 1980s and early 1990s (approximately 0.8 ppbv/yr), but these short-term changes in growth rate are within the range of variability seen on decadal time-scales. The radiative forcing due to the change in nitrous oxide since pre-industrial times is about +0.14 Wm$^{-2}$ (Figure 2).

### B.4 Halocarbons and other halogenated compounds

Halocarbons are carbon compounds containing fluorine, chlorine, bromine or iodine. Many of these are effective greenhouse gases. For most of these compounds, human activities are the sole source.

Halocarbons that contain chlorine (CFCs and HCFCs) and bromine (halons) cause ozone depletion, and their emissions are controlled under the Montreal Protocol and its Adjustments and Amendments. As a result, growth rates in the concentrations of many of these compounds have already fallen (Figure 4) and the radiative impact of these compounds will slowly decline over the next century. The contribution to *direct* radiative forcing due to concentration increases of these CFCs and HCFCs since pre-industrial



**Figure 4:** Global CFC-11 concentrations (pptv) for 1978 to 1994. As one of the ozone-depleting gases, the emissions of CFC-11 are controlled under the Montreal Protocol and its Adjustments and Amendments. Observations at some individual measurement sites are also shown.

times is about +0.25 Wm$^{-2}$. Halocarbons can also exert an *indirect* negative radiative forcing through their depletion of stratospheric ozone (see Section B.5.2).

Perfluorocarbons (PFCs, e.g., $CF_4$, $C_2F_6$) and sulphur hexafluoride ($SF_6$) are removed very slowly from the atmosphere with estimated lifetimes greater than 1000 years. As a result, effectively all emissions accumulate in the atmosphere and will continue to influence climate for thousands of years. Although the radiative forcing due to concentration increases of these compounds since pre-industrial times is small (about +0.01 Wm$^{-2}$), it may become significant in the future if concentrations continue to increase.

Hydrofluorocarbons (HFCs) are being used to replace ozone-depleting substances in some applications; their concentrations and radiative impacts are currently small. If emissions increase as envisaged in Scenario IS92a, they would contribute about 3% of the total radiative forcing from all greenhouse gases by the year 2100.

### B.5 Ozone ($O_3$)

Ozone is an important greenhouse gas present in both the stratosphere and troposphere. Changes in ozone cause radiative forcing by influencing both solar and terrestrial radiation. The net radiative forcing is strongly dependent on the vertical distribution of ozone change and is particularly sensitive to changes around the tropopause level, where trends are difficult to estimate due to a lack of reliable observations and the very large natural variability. The patterns of both tropospheric and stratospheric ozone

changes are spatially variable. Estimation of the radiative forcing due to changes in ozone is thus more complex than for the well-mixed greenhouse gases.

### B.5.1 Tropospheric Ozone

In the troposphere, ozone is produced during the oxidation of methane and from various short-lived precursor gases (mainly carbon monoxide (CO), nitrogen oxides ($NO_x$) and non-methane hydrocarbons (NMHC)). Ozone is also transported into the troposphere from the stratosphere. Changes in tropospheric ozone concentration are spatially variable, both regionally and vertically, making assessment of global long-term trends difficult. In the Northern Hemisphere, there is some evidence that tropospheric ozone concentrations have increased since 1900, with strong evidence that this has occurred in many locations since the 1960s. However, the observations of the most recent decade show that the upward trend has slowed significantly or stopped. Model simulations and the limited observations together suggest that ozone concentrations throughout the troposphere may have doubled in the Northern Hemisphere since pre-industrial times, an increase of about 25 ppbv. In the Southern Hemisphere, there are insufficient data to determine if tropospheric ozone has changed, except at the South Pole where a decrease has been observed since the mid-1980s.

Changes in tropospheric ozone have potentially important consequences for radiative forcing. The calculated global average radiative forcing due to the increased concentration since pre-industrial times is +0.4 ($\pm 0.2$) $Wm^{-2}$.

### B.5.2 Stratospheric Ozone

Decreases in stratospheric ozone have occurred since the 1970s, principally in the lower stratosphere. The most obvious feature is the annual appearance of the Antarctic "ozone hole" in September and October. The October average total ozone values over Antarctica are 50–70% lower than those observed in the 1960s. Statistically significant losses in total ozone have also been observed in the mid-latitudes of both hemispheres. Little or no downward trend in ozone has been observed in the tropics (20°N–20°S). The weight of recent scientific evidence strengthens the previous conclusion that ozone loss is due largely to anthropogenic chlorine and bromine compounds. Since the stratospheric abundances of chlorine and bromine are expected to continue to grow for a few more years before they decline (see Section B.4), stratospheric ozone losses are expected to peak near the end of the century, with a gradual recovery throughout the first half of the 21st century.

The loss of ozone in the lower stratosphere over the past 15 to 20 years has led to a globally averaged radiative forcing of about –0.1 $Wm^{-2}$. This negative radiative forcing represents an indirect effect of anthropogenic chlorine and bromine compounds.

### B.6 Tropospheric and stratospheric aerosols

Aerosol is a term used for particles and very small droplets of natural and human origin that occur in the atmosphere; they include dust and other particles which can be made up of many different chemicals. Aerosols are produced by a variety of processes, both natural (including dust storms and volcanic activity) and anthropogenic (including fossil fuel and biomass burning). Aerosols contribute to visible haze and can cause a diminution of the intensity of sunlight at the ground.

Aerosols in the atmosphere influence the radiation balance of the Earth in two ways: (i) by scattering and absorbing radiation – the *direct* effect, and (ii) by modifying the optical properties, amount and lifetime of clouds – the *indirect* effect. Although some aerosols, such as soot, tend to warm the surface, the net climatic effect of anthropogenic aerosols is believed to be a negative radiative forcing, tending to cool the surface (see Section B.7 and Figure 2).

Most aerosols with anthropogenic sources are found in the lower troposphere (below 2 km). Aerosols undergo chemical and physical transformations in the atmosphere, especially within clouds, and are removed largely by precipitation. Consequently aerosols in the lower troposphere typically have residence times of a few days. Because of their short lifetime, aerosols in the lower troposphere are distributed inhomogeneously with maxima close to the natural (especially desert) and anthropogenic (especially industrial and biomass combustion) source regions. Aerosol particles resulting from volcanic activity can reach the stratosphere where they are transported around the globe over many months or years.

The radiative forcing due to aerosols depends on the size, shape and chemical composition of the particles and the spatial distribution of the aerosol. While these factors are comparatively well-known for stratospheric aerosols, there remain many uncertainties concerning tropospheric aerosols.

Since IPCC (1994), there have been several advances in understanding the impact of tropospheric aerosols on climate. These include: (i) new calculations of the spatial distribution of sulphate aerosol largely resulting from fossil fuel combustion and (ii) the first calculation of the spatial distribution of soot aerosol. The impact of these developments on the calculation of aerosol radiative forcing is discussed in Section B.7.

### B.7 Summary of radiative forcing

Globally averaged radiative forcing is a useful concept for giving a first-order estimate of the potential climatic importance of various forcing mechanisms. However, as was emphasised in IPCC (1994), there are limits to its utility. In particular, the spatial patterns of forcing differ between the globally well-mixed greenhouse gases, the regionally varying tropospheric ozone, and the even more regionally concentrated tropospheric aerosols, and so a comparison of the global mean radiative forcings does not give a complete picture of their possible climatic impact.

Estimates of the radiative forcings due to changes in greenhouse gas concentrations since pre-industrial times remain unchanged from IPCC (1994) (see Figure 2). These are +2.45 $Wm^{-2}$ (range: +2.1 to +2.8 $Wm^{-2}$) for the direct effect of the main well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$ and the halocarbons), +0.4 $Wm^{-2}$ (range: 0.2 to 0.6 $Wm^{-2}$) for tropospheric ozone and –0.1 $Wm^{-2}$ (range: –0.05 to –0.2 $Wm^{-2}$) for stratospheric ozone.

The total direct forcing due to anthropogenic aerosol (sulphates, fossil fuel soot and organic aerosols from biomass burning) is estimated to be –0.5 $Wm^{-2}$ (range: –0.25 to –1.0 $Wm^{-2}$). This estimate is smaller than that given in IPCC (1994) owing to a reassessment of the model results used to derive the geographic distribution of aerosol particles and the inclusion of anthropogenic soot aerosol for the first time. The direct forcing due to sulphate aerosols resulting from fossil fuel emissions and smelting is estimated to be –0.4 $Wm^{-2}$ (range: –0.2 to –0.8 $Wm^{-2}$). The first estimates of the impact of soot in aerosols from fossil fuel sources have been made: significant uncertainty remains but an estimate of +0.1 $Wm^{-2}$ (range: 0.03 to 0.3 $Wm^{-2}$) is made. The direct radiative forcing since 1850 of particles associated with biomass burning is estimated to be –0.2 $Wm^{-2}$ (range: –0.07 to –0.6 $Wm^{-2}$), unchanged from IPCC (1994). It has recently been suggested that a significant fraction of the tropospheric dust aerosol is influenced by human activities but the radiative forcing of this component has not yet been quantified.

The range of estimates for the radiative forcing due to changes in cloud properties caused by aerosols arising from human activity (the indirect effect) is unchanged from IPCC (1994) at between 0 and –1.5 $Wm^{-2}$. Several new studies confirm that the indirect effect of aerosol may have caused a substantial negative radiative forcing since pre-industrial times, but it remains very difficult to quantify, more so than the direct effect. While no best estimate of the indirect forcing can currently be made, the central value of –0.8 $Wm^{-2}$ has been used in some of the scenario calculations described in Sections B.9.2 and F.2.

There are no significant alterations since IPCC (1994) in the assessment of radiative forcing caused by changes in solar radiative output or stratospheric aerosol loading resulting from volcanic eruptions. The estimate of radiative forcing due to changes in solar radiative output since 1850 is +0.3 $Wm^{-2}$ (range: +0.1 to +0.5). Radiative forcing due to volcanic aerosols resulting from an individual eruption can be large (the maximum global mean effect from the eruption of Mt. Pinatubo was –3 to –4 $Wm^{-2}$), but lasts for only a few years. However, the transient variations in both these forcings may be important in explaining some of the observed climate variations on decadal time-scales.

### B.8 Global Warming Potential (GWP)

The Global Warming Potential is an attempt to provide a simple measure of the relative radiative effects of the emissions of various greenhouse gases. The index is defined as the cumulative radiative forcing between the present and some chosen time horizon caused by a unit mass of gas emitted now, expressed relative to that for some reference gas (here $CO_2$ is used). The future global warming commitment of a greenhouse gas over a chosen time horizon can be estimated by multiplying the appropriate GWP by the amount of gas emitted. For example, GWPs could be used to compare the effects of reductions in $CO_2$ emissions relative to reductions in methane emissions, for a specified time horizon.

Derivation of GWPs requires knowledge of the fate of the emitted gas and the radiative forcing due to the amount remaining in the atmosphere. Although the GWPs are quoted as single values, the typical uncertainty is ±35%, not including the uncertainty in the carbon dioxide reference. Because GWPs are based on the radiative forcing concept, they are difficult to apply to radiatively important constituents that are unevenly distributed in the atmosphere. No attempt is made to define a GWP for aerosols. Additionally the choice of time horizon will depend on policy considerations.

GWPs need to take account of any indirect effects of the emitted greenhouse gas if they are to reflect correctly future warming potential. The net GWPs for the ozone-depleting gases, which include the direct "warming" and indirect "cooling" effects, have now been estimated. In IPCC (1994), only the direct GWPs were presented for these gases. The indirect effect reduces their GWPs, but each ozone-depleting gas must be considered individually. The net GWPs of the chlorofluorocarbons (CFCs) tend to be positive, while those of the halons tend to be negative. The calculation of indirect effects for a number of other

*Technical Summary*

**Table 4:** *Global Warming Potential referenced to the updated decay response for the Bern carbon cycle model and future $CO_2$ atmospheric concentrations held constant at current levels.*

| Species | Chemical Formula | Lifetime (years) | Global Warming Potential (Time Horizon) | | |
|---|---|---|---|---|---|
| | | | 20 years | 100 years | 500 years |
| $CO_2$ | $CO_2$ | variable§ | 1 | 1 | 1 |
| Methane* | $CH_4$ | 12±3 | 56 | 21 | 6.5 |
| Nitrous oxide | $N_2O$ | 120 | 280 | 310 | 170 |
| HFC-23 | $CHF_3$ | 264 | 9,100 | 11,700 | 9,800 |
| HFC-32 | $CH_2F_2$ | 5.6 | 2,100 | 650 | 200 |
| HFC-41 | $CH_3F$ | 3.7 | 490 | 150 | 45 |
| HFC-43-10mee | $C_5H_2F_{10}$ | 17.1 | 3,000 | 1,300 | 400 |
| HFC-125 | $C_2HF_5$ | 32.6 | 4,600 | 2,800 | 920 |
| HFC-134 | $C_2H_2F_4$ | 10.6 | 2,900 | 1,000 | 310 |
| HFC-134a | $CH_2FCF_3$ | 14.6 | 3,400 | 1,300 | 420 |
| HFC-152a | $C_2H4F_2$ | 1.5 | 460 | 140 | 42 |
| HFC-143 | $C_2H_3F_3$ | 3.8 | 1,000 | 300 | 94 |
| HFC-143a | $C_2H_3F_3$ | 48.3 | 5,000 | 3,800 | 1,400 |
| HFC-227ea | $C_3HF_7$ | 36.5 | 4,300 | 2,900 | 950 |
| HFC-236fa | $C_3H_2F_6$ | 209 | 5,100 | 6,300 | 4,700 |
| HFC-245ca | $C_3H_3F_5$ | 6.6 | 1,800 | 560 | 170 |
| Sulphur hexafluoride | $SF_6$ | 3,200 | 16,300 | 23,900 | 34,900 |
| Perfluoromethane | $CF_4$ | 50,000 | 4,400 | 6,500 | 10,000 |
| Perfluoroethane | $C_2F_6$ | 10,000 | 6,200 | 9,200 | 14,000 |
| Perfluoropropane | $C_3F_8$ | 2,600 | 4,800 | 7,000 | 10,100 |
| Perfluorobutane | $C_4F_{10}$ | 2,600 | 4,800 | 7,000 | 10,100 |
| Perfluorocyclobutane | $c\text{-}C_4F_8$ | 3,200 | 6,000 | 8,700 | 12,700 |
| Perfluoropentane | $C_5F_{12}$ | 4,100 | 5,100 | 7,500 | 11,000 |
| Perfluorohexane | $C_6F_{14}$ | 3,200 | 5,000 | 7,400 | 10,700 |
| Ozone-depleting substances† | e.g., CFCs and HCFCS | | | | |

§ Derived from the Bern carbon cycle model.

\* The GWP for methane includes indirect effects of tropospheric ozone production and stratospheric water vapour production, as in IPCC (1994). The updated adjustment time for methane is discussed in Section B.2.

† The Global Warming Potentials for ozone-depleting substances (including all CFCs, HCFCs and halons, whose direct GWPs have been given in previous reports) are a sum of a direct (positive) component and an indirect (negative) component which depends strongly upon the effectiveness of each substance for ozone destruction. Generally, the halons are likely to have negative net GWPs, while those of the CFCs are likely to be positive over both 20- and 100-year time horizons (see Chapter 2, Table 2.8).

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 426 of 584



**Figure 5:** (a) Total anthropogenic $CO_2$ emissions under the IS92 emission scenarios and (b) the resulting atmospheric $CO_2$ concentrations calculated using the "Bern" carbon cycle model and the carbon budget for the 1980s shown in Table 2.

gases (e.g., $NO_x$, CO) is not currently possible because of inadequate characterisation of many of the atmospheric processes involved.

Updates or new GWPs are given for a number of key species (Table 4), based on improved or new estimates of atmospheric lifetimes, molecular radiative forcing factors, and improved representation of the carbon cycle. Revised lifetimes for gases destroyed by chemical reactions in the lower atmosphere (particularly methane, HCFCs and HFCs) have resulted in GWPs that are slightly lower (typically by 10–15%) than those cited in IPCC (1994). The IPCC definition of GWP is based on calculating the relative radiative impact of a release of a trace gas over a time horizon in a constant background atmosphere. In a future atmosphere with larger $CO_2$ concentrations, such as occur in all of the IPCC emission scenarios (see Figure 5b), we would calculate slightly larger GWP values than those given in Table 4.

### B.9 Emissions and concentrations of greenhouse gases and aerosols in the future

#### B.9.1 The IS92 emission scenarios

The projection of future anthropogenic climate change depends, among other things, on assumptions made about future emissions of greenhouse gases and aerosol precursors and the proportion of emissions remaining in the atmosphere. Here we consider the IS92 emission scenarios (IS92a to f) which were first discussed in IPCC (1992).

The IS92 emission scenarios extend to the year 2100 and include emissions of $CO_2$, $CH_4$, $N_2O$, the halocarbons (CFCs and their substitute HCFCs and HFCs), precursors

of tropospheric ozone and sulphate aerosols and aerosols from biomass burning. A wide range of assumptions regarding future economic, demographic and policy factors are encompassed (IPCC, 1992). In this report, the emissions of chlorine- and bromine-containing halocarbons listed in IS92 are assumed to be phased out under the Montreal Protocol and its Adjustments and Amendments and so a single revised future emission scenario for these gases is incorporated in all of the IS92 scenarios. Emissions of individual HFCs are based on the original IS92 scenarios, although they do not reflect current markets. $CO_2$ emissions for the six scenarios are shown in Figure 5a.

The calculation of future concentrations of greenhouse gases, given certain emissions, entails modelling the processes that transform and remove the different gases from the atmosphere. For example, future concentrations of $CO_2$ are calculated using models of the carbon cycle which model the exchanges of $CO_2$ between the atmosphere and the oceans and terrestrial biosphere (see Section B.1); atmospheric chemistry models are used to simulate the removal of chemically active gases such as methane.

All the IS92 emission scenarios, even IS92c, imply increases in greenhouse gas concentrations from 1990 to 2100 (e.g., $CO_2$ increases range from 35 to 170% (Figure 5b); $CH_4$ from 22 to 175%; and $N_2O$ from 26 to 40%).

For greenhouse gases, radiative forcing is dependent on the concentration of the gas and the strength with which it absorbs and re-emits long-wave radiation. For sulphate aerosol, the direct and indirect radiative forcings were calculated on the basis of sulphur emissions contained in

24                                                                                     *Technical Summary*



**Figure 6:** (a) Total globally and annually averaged historical radiative forcing from 1765 to 1990 due to changes in greenhouse gas concentrations and tropospheric aerosol emissions and projected radiative forcing values to 2100 derived from the IS92 emissions scenarios. (b) Radiative forcing components resulting from the IS92a emission scenario for 1990 to 2100. The "Total non-$CO_2$ trace gases" curve includes the radiative forcing from methane (including methane related increases in stratospheric water vapour), nitrous oxide, tropospheric ozone and the halocarbons (including the negative forcing effect of stratospheric ozone depletion). Halocarbon emissions have been modified to take account of the Montreal Protocol and its Adjustments and Amendments. The three aerosol components are: direct sulphate, indirect sulphate and direct biomass burning. (c) Non-$CO_2$ trace gas radiative forcing components. "Cl/Br direct" is the direct radiative forcing resulting from the chlorine and bromine containing halocarbons; emissions are assumed to be controlled under the Montreal Protocol and its Adjustments and Amendments. The indirect forcing from these compounds (through stratospheric ozone depletion) is shown separately (Strat. $O_3$). All other emissions follow the IS92a Scenario. The tropospheric ozone forcing (Trop. $O_3$) takes account of concentration changes due only to the indirect effect of methane.

the IS92 scenarios. The radiative forcing due to aerosol from biomass burning was assumed to remain constant at –0.2 $Wm^{-2}$ after 1990. The contribution from aerosols is probably the most uncertain part of future radiative forcing.

Figure 6a shows a single "best estimate" of historical radiative forcing from 1765 to 1990 (including the effects

of aerosols), followed by radiative forcing for Scenarios IS92 a to f. Figures 6b and c show the contribution to future radiative forcing from various components of the IS92a Scenario; the largest contribution comes from $CO_2$, with a radiative forcing of almost +6 $Wm^{-2}$ by 2100. The negative forcing due to tropospheric aerosols, in a globally

averaged sense, offsets some of the greenhouse gas positive forcing. However, because tropospheric aerosols are highly variable regionally, their globally averaged radiative forcing will not adequately describe their possible climatic impact.

Future projections of temperature and sea level based on the IS92 emissions scenarios are discussed in Section F.

### B.9.2 Stabilisation of greenhouse gas and aerosol concentrations

An important question to consider is: how might greenhouse gas concentrations be stabilised in the future?

If global $CO_2$ emissions were maintained at near current (1994) levels, they would lead to a nearly constant rate of increase in atmospheric concentrations for at least two centuries, reaching about 500 ppmv (approaching twice the pre-industrial concentration of 280 ppmv) by the end of the 21st century.

In IPCC (1994), carbon cycle models were used to calculate the emissions of $CO_2$ which would lead to stabilisation at a number of different concentration levels from 350 to 750 ppmv. The assumed concentration profiles leading to stabilisation are shown in Figure 7a (excluding 350 ppmv). Many different stabilisation levels, time-scales for achieving these levels, and routes to stabilisation could have been chosen. The choices made are not intended to have policy implications; the exercise is illustrative of the relationship between $CO_2$ emissions and concentrations. Those in Figure 7a assume a smooth transition from the current average rate of $CO_2$ concentration increase to stabilisation. To a first approximation, the stabilised concentration level depends more upon the accumulated amount of carbon emitted up to the time of stabilisation, than upon the exact concentration path followed *en route* to stabilisation.

New results have been produced to take account of the revised carbon budget for the 1980s (Table 2), but the main conclusion, that stabilisation of concentration requires emissions eventually to drop well below current levels, remains unchanged from IPCC (1994) (Figure 7b). Because the new budget implies a reduced terrestrial sink, the allowable emissions to achieve stabilisation are up to 10% lower than those in IPCC (1994). In addition, these calculations have been extended to include alternative pathways towards stabilisation (Figure 7a) and a higher stabilisation level (1000 ppmv). The alternative pathways assume higher emissions in the early years, but require steeper reductions in emissions in later years (Figure 7b). The 1000 ppmv stabilisation case allows higher maximum emissions, but still requires a decline to current levels by





**Figure 7:** (a) $CO_2$ concentration profiles leading to stabilisation at 450, 550, 650 and 750 ppmv following the pathways defined in IPCC (1994) (solid curves) and for pathways that allow emissions to follow IS92a until at least 2000 (dashed curves). A single profile that stabilises at a $CO_2$ concentration of 1000 ppmv and follows IS92a emissions until at least 2000 has also been defined. (b) $CO_2$ emissions leading to stabilisation at concentrations of 450, 550, 650, 750 and 1000 ppmv following the profiles shown in (a). Current anthropogenic $CO_2$ emissions and those for IS92a are shown for comparison. The calculations use the "Bern" carbon cycle model and the carbon budget for the 1980s shown in Table 2.

about 240 years from now and further reductions thereafter (Figure 7b).

The accumulated anthropogenic $CO_2$ emissions from 1991 to 2100 inclusive are shown in Table 5 for the profiles leading to stabilisation at 450, 550, 650, 750 and 1000 ppmv via the profiles shown in Figure 7a and, for comparison, the IS92 emission scenarios. These values are calculated

**Table 5:** *Total anthropogenic $CO_2$ emissions accumulated from 1991 to 2100 inclusive (GtC). All values were calculated using the carbon budget for 1980s shown in Table 2 and the Bern carbon cycle model.*

| Case | | Accumulated $CO_2$ emissions 1991 to 2100 (GtC) | |
|---|---|---|---|
| IS92 scenarios | c | 770 | |
| | d | 980 | |
| | b | 1430 | |
| | a | 1500 | |
| | f | 1830 | |
| | e | 2190 | |
| | | Concentration profiles A[*] | Concentration profiles B[†] |
| Stabilisation at | 450 ppmv | 630 | 650 |
| | 550 ppmv | 870 | 990 |
| | 650 ppmv | 1030 | 1190 |
| | 750 ppmv | 1200 | 1300 |
| | 1000 ppmv | - | 1410 |

[*]   As in IPCC (1994) – see Figure 7a.

[†]   Profiles that allow emissions to follow IS92a until at least the year 2000 – see Figure 7a.

using the "Bern" carbon cycle model. Based on the results in IPCC (1994) it is estimated that values calculated with different carbon cycle models could be up to approximately 15% higher or lower than those presented here.

If methane emissions were to remain constant at 1984–1994 levels (i.e., those sustaining an atmospheric trend of +10 ppbv/yr), the methane concentration would rise to about 1850 ppbv over the next 40 years. If methane emissions were to remain constant at their current (1994) levels (i.e., those sustaining an atmosphere trend of 8ppbv/yr), the methane concentration would rise to about 1820 ppbv over the next 40 years. If emissions were cut by about 30 $Tg(CH_4)$/yr (about 8% of current anthropogenic emissions), $CH_4$ concentrations would remain at today's levels. These estimates are lower than those in IPCC (1994).

If emissions of $N_2O$ were held constant at today's level, the concentration would climb from 312 ppbv to about 400 ppbv over several hundred years. In order for the concentration to be stabilised near current levels, anthropogenic sources would need to be reduced by more than 50%. Stabilisation of PFCs and $SF_6$ concentrations can only be achieved effectively by stopping emissions.

Because of their short lifetime, future tropospheric

aerosol concentrations would respond almost immediately to changes in emissions. For example, control of sulphur emissions would immediately reduce the amount of sulphate aerosol in the atmosphere.

## C  Observed Trends and Patterns in Climate and Sea Level

Section B demonstrated that human activities have changed the concentrations and distributions of greenhouse gases and aerosols over the 20th century; this section discusses the changes in temperature, precipitation (and related hydrological variables), climate variability and sea level that have been observed over the same period. Whether the observed changes are in part induced by human activities is considered in Section E.

### C.1  Has the climate warmed?

Global average surface air temperature, excluding Antarctica, is about 15°C. Year-to-year temperature *changes* can be computed with much more confidence than the absolute global average temperature.

The mean global surface temperature has increased by about 0.3° to 0.6°C since the late 19th century, and by about 0.2° to 0.3°C over the last 40 years, the period with most credible data (see Figure 8 which shows data up to the end of 1994). The warming occurred largely during two periods, between 1910 and 1940 and since the mid-1970s. The estimate of warming has not significantly changed since the IPCC (1990) and IPCC (1992). Warming is evident in both sea surface and land-based surface air



**Figure 8**: Combined land-surface air and sea surface temperatures (°C) 1861 to 1994, relative to 1961 to 1990. The solid curve represents smoothing of the annual values shown by the bars to suppress sub-decadal time-scale variations. The dashed smoothed curve is the corresponding result from IPCC (1992).

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 430 of 584



**Figure 9**: Change (from 1955–74 to 1975–94) of annual land-surface air temperature and sea surface temperature.

temperatures. Urbanisation in general and desertification could have contributed only a small part (a few hundredths of a degree) of the overall global warming, although urbanisation influences may have been important in some regions. Indirect indicators, such as borehole temperatures and glacier shrinkage, provide independent support for the observed warming. Recent years have been among the warmest since 1860, i.e., in the period of instrumental record.

The warming has not been globally uniform. The recent warmth has been greatest over the continents between 40°N and 70°N. A few areas, such as the North Atlantic Ocean north of 30°N, and some surrounding land areas, have cooled in recent decades (Figure 9).

As predicted in IPCC (1992) and discussed in IPCC (1994), relatively cooler global surface and tropospheric temperatures (by about 0.5°C) and a relatively warmer lower stratosphere (by about 1.5°C) were observed in 1992 and early 1993, following the 1991 eruption of Mt. Pinatubo. Warmer temperatures at the surface and in the lower troposphere, and a cooler lower stratosphere, reappeared in 1994 following the removal by natural processes of Mt. Pinatubo aerosols from the stratosphere.

The general tendency toward reduced daily temperature range over land, at least since the middle of the 20th century, noted in IPCC (1992), has been confirmed with more data (which have now been analysed for more than 40% of the global land area). The range has decreased in many areas because nights have warmed more than days. Minimum temperatures have typically increased twice as much as maximum temperatures over the last 40 years. A likely explanation, in addition to the effects of enhanced greenhouse gases, is an increase in cloud cover which has been observed in many of the areas with reduced diurnal temperature range. An increase in cloud reduces diurnal temperature range both by obstructing daytime sunshine, and by preventing the escape of terrestrial radiation at night. Anthropogenic aerosols may also have an influence on daily temperature range.

Temperature trends in the free atmosphere are more difficult to determine than at the surface as there are fewer data and the records are much shorter. Radiosonde data which are available for the period since the 1950s show warming trends of around 0.1°C per decade, as at the surface, but since 1979 when satellite data of global tropospheric temperatures became available, there appears to have been a slight cooling (about –0.06°C per decade), whereas surface measurements still show a warming. These apparently contradictory trends can be reconciled if the diverse response of the troposphere and surface to short-

term events such as volcanic eruptions and El Niño are taken into account. After adjustment for these transient effects, both tropospheric and surface data show slight warming (about 0.1°C per decade for the troposphere and nearly 0.2°C per decade at the surface) since 1979.

Cooling of the lower stratosphere has been observed since 1979 both by satellites and weather balloons, as noted in IPCC (1992) and IPCC (1994). Current global mean stratospheric temperatures are the coldest observed in the relatively short period of the record. Reduced stratospheric temperature has been projected to accompany both ozone losses in the lower stratosphere and atmospheric increases of carbon dioxide.

### C.2 Is the 20th century warming unusual?

In order to establish whether the 20th century warming is part of the natural variability of the climate system or a response to anthropogenic forcing, information is needed on climate variability on relevant time-scales. As an average over the Northern Hemisphere for summer, recent decades appear to be the warmest since at least 1400 from the limited available evidence (Figure 10). The warming over the past century began during one of the colder periods of the last 600 years. Prior to 1400 data are insufficient to provide hemispheric temperature estimates. Ice core data from several sites suggest that the 20th century is at least as warm as any century in the past 600 years, although the recent warming is not exceptional everywhere.

Large and rapid climatic changes occurred during the last glacial period (around 20,000 to 100,000 years ago) and during the transition period towards the present interglacial (the last 10,000 years, known as the Holocene). Changes in annual mean temperature of about 5°C occurred over a few decades, at least in Greenland and the North Atlantic, and were probably linked to changes in oceanic circulation. These rapid changes suggest that climate may be quite sensitive to internal or external climate forcings and feedbacks. The possible relevance of these rapid climate changes to future climate is discussed in Section F.5.

Temperatures have been less variable during the last 10,000 years. Based on the incomplete evidence available, it is unlikely that global mean temperatures have varied by more than 1°C in a century during this period.

### C.3 Has the climate become wetter?

As noted in IPCC (1992), precipitation has increased over land in high latitudes of the Northern Hemisphere, especially during the cold season. A step-like decrease of precipitation occurred after the 1960s over the subtropics and tropics from Africa to Indonesia. These changes are consistent with changes in streamflow, lake levels and soil moisture (where data analyses are available). Precipitation, averaged over global land areas, increased from the start of the century up to about 1960. Since about 1980 precipitation over land has decreased (Figure 11).

There is evidence to suggest increased precipitation over the central equatorial Pacific Ocean in recent decades, with decreases to the north and south. Lack of data prevents us from reaching firm conclusions about other precipitation changes over the ocean.

Estimates suggest that evaporation may have increased over the tropical oceans (although not everywhere) but decreased over large portions of Asia and North America. There has also been an observed increase in atmospheric water vapour in the tropics, at least since 1973.



**Figure 10**: Decadal summer (June to August) temperature index for the Northern Hemisphere (to 1970–1979) based on 16 proxy records (tree-rings, ice cores, documentary records) from North America, Europe and East Asia. The thin line is a smoothing of the same data. Anomalies are relative to 1961 to 1990.



**Figure 11**: Changes in land-surface precipitation averaged over regions between 55°S and 85°N. Annual precipitation departures from the 1961–90 period are depicted by the hollow bars. The continuous curve is a smoothing of the same data.

*Technical Summary*





**Figure 12**: Summary of observed climatic trends during the instrumental period of record.

Cloudiness appears to have increased since the 1950s over the oceans. In many land areas where the daily temperature range has decreased (see Section C.1), cloudiness increased from the 1950s to at least the 1970s.

Snow cover extent over the Northern Hemisphere land surface has been consistently below the 21-year average (1974 to 1994) since 1988. Snow-radiation feedback has amplified springtime warming over mid- to high latitude Northern Hemisphere land areas.

A summary of observed climate trends is shown in Figure 12.

### C.4 Has sea level risen?

Over the last 100 years global sea level has risen by about 10 to 25 cm, based on analyses of tide gauge records. A

major source of uncertainty in estimating the rate of rise is the influence of vertical land movements, which are included in sea level measurements made by tide gauges. Since IPCC (1990), improved methods for filtering out the effects of long-term vertical land movements, as well as greater reliance on the longest tide-gauge records for estimating trends, have provided greater confidence that the volume of ocean water has, in fact, been increasing and causing sea level to rise within the indicated range.

It is likely that much of the rise in sea level has been related to the concurrent rise in the global temperature over the last 100 years. On this time-scale, the warming and consequent expansion of the oceans may account for about 2 to 7 cm of the observed rise in sea level, while the observed retreat of glaciers and ice-caps may account for about 2 to 5 cm. Other factors are more difficult to quantify. Changes in surface and ground water storage may have caused a small change in sea level over the last 100 years. The rate of observed sea level rise suggests that there has been a net positive contribution from the huge ice sheets of Greenland and Antarctica, but observations of the ice sheets do not yet allow meaningful quantitative estimates of their separate contributions. The ice sheets remain a major source of uncertainty in accounting for past changes in sea level, because there are insufficient data about these ice sheets over the last 100 years.

#### C.5 Has the climate become more variable and/or extreme?

Many of the impacts of climate change may result from changes in climate variability or extreme weather events. Some reports have already suggested an increase in variability or extremes has taken place in recent decades. Do meteorological records support this?

There are inadequate data to determine whether consistent global changes in climate variability or extremes have occurred over the 20th century. On regional scales there is clear evidence of changes in some extremes and climate variability indicators (e.g., fewer frosts in several widespread areas; an increase in the proportion of rainfall from extreme events over the contiguous states of the USA). Some of these changes have been toward greater variability; some have been toward lower variability.

There have been relatively frequent El Niño-Southern Oscillation warm phase episodes, with only rare excursions into the other extreme of the phenomenon since 1977, as noted in IPCC (1990). This behaviour, and especially the persistent warm phase from 1990 to mid-1995, is unusual in the last 120 years (i.e., since instrumental records began). The relatively low rainfall over the subtropical land areas in the last two decades is related to this behaviour.

### D Modelling Climate and Climate Change

Climate models which incorporate, in various degrees of complexity, mathematical descriptions of the atmosphere, ocean, land, biosphere and cryosphere, are important tools for understanding climate and climate change of the past, the present and the future. These models, which use primarily physical laws and physically based empirical relations, are very much more complete than, for example, models based on statistical relationships used in less quantitative disciplines. Detailed projections of future climate change rely heavily on coupled atmosphere-ocean models (see Box 2). How much confidence should we have in predictions from such models?

#### D.1 The basis for confidence in climate models

As discussed in Section B, changes in the radiatively active trace gases in the atmosphere produce radiative forcing. For equivalent $CO_2$ concentrations equal to twice the pre-industrial concentration, the positive radiative forcing is about +4 $Wm^{-2}$. To restore the radiative balance other changes in climate must occur. The initial reaction is for the lower atmosphere (the troposphere) and the Earth's surface to warm; in the absence of other changes, the warming would be about 1.2°C. However, heating not only changes temperatures, but also alters other aspects of the climate system and various feedbacks are invoked (see Section D.2). The key role of climate models is to quantify these feedbacks and determine the overall climate response. Further, the warming and other climate effects will not be uniform over the Earth's surface; an important role of models is to simulate possible continental and regional scale climate responses.

Climate models include, based on our current understanding, the most important large scale physical processes governing the climate system. Climate models have improved since IPCC (1990), but so too has our understanding of the complexity of the climate system and the recognition of the need to include additional processes.

In order to assess the value of a model for projections of future climate, its simulated climate can be compared with known features of the observed current climate and, to a less satisfactory degree, with the more limited information from significantly different past climate states. It is important to realise that even though a model may have deficiencies, it can still be of value in quantifying the climate response to anthropogenic climate forcing (see also Box 2). Several factors give us some confidence in the ability of climate models to simulate important aspects of anthropogenic climate change in response to anticipated changes in atmospheric composition:

---

**Box 2: What tools are used to project future climate and how are they used?**

Future climate is projected using climate models. The most highly developed climate models are atmospheric and oceanic general circulation models (GCMs). In many instances GCMs of the atmosphere and oceans, developed as separate models, are combined, to give a *coupled* GCM (termed here a coupled atmosphere-ocean model). These models also include representations of land-surface processes, sea ice related processes and many other complex processes involved in the climate system. GCMs are based upon physical laws that describe the atmospheric and oceanic dynamics and physics, and upon empirical relationships, and their depiction as mathematical equations. These equations are solved numerically with computers using a three-dimensional grid over the globe. For climate, typical resolutions are about 250 km in the horizontal and 1 km in the vertical in atmospheric GCMs, often with higher vertical resolution near the surface and lower resolution in the upper troposphere and stratosphere. Many physical processes, such as those related to clouds, take place on much smaller spatial scales and therefore cannot be properly resolved and modelled explicitly, but their average effects must be included in a simple way by taking advantage of physically based relationships with the larger scale variables (a technique known as parametrization).

Useful weather forecasts can be made using atmospheric GCMs for periods up to about ten days. Such forecasts simulate the evolution of weather systems and describe the associated weather. For simulation and projection of climate, on the other hand, it is the statistics of the system that are of interest rather than the day-to-day evolution of the weather. The statistics include measures of variability as well as mean conditions, and are taken over many weather systems and for several months or more.

When a model is employed for climate projection it is first run for many simulated decades without any changes in external forcing in the system. The quality of the simulation can then be assessed by comparing statistics of the mean climate, the annual cycle and the variability on different time-scales with observations of the current climate. The model is then run with changes in external forcing, for instance with changing greenhouse gas concentrations. The differences between the two climates provide an estimate of the consequent climate change due to changes in that forcing factor. This strategy is intended to simulate changes or perturbations to the system and partially overcomes some imperfections in the models.

Comprehensive coupled atmosphere-ocean models are very complex and take large computer resources to run. To explore all the possible scenarios and the effects of assumptions or approximations in parameters in the model more thoroughly, simpler models are also widely used and are constructed to give results similar to the GCMs when globally averaged. The simplifications may involve coarser resolution, and simplified dynamics and physical processes. An example is the upwelling diffusion-energy balance model. This represents the land and ocean areas in each hemisphere as individual "boxes", with vertical diffusion and upwelling to model heat transport within the ocean.

Early climate experiments, using atmospheric GCMs coupled to a simple representation of the ocean, were aimed at quantifying an equilibrium climate response to a doubling of the concentration of (equivalent) $CO_2$ in the atmosphere. Such a response portrays the final adjustment of the climate to the changed $CO_2$ concentration (see Glossary). The range of global warming results is typically between 1.5 and 4.5°C. The temporal evolution and the regional patterns of climate change may depend significantly on the time dependence of the change in forcing. It is important, therefore, to make future projections using plausible evolving scenarios of anthropogenic forcing and coupled atmosphere-ocean models so that the response of the climate to the forcing is properly simulated. These climate simulations are often called "transient experiments" (see Glossary) in contrast to an equilibrium response.

The main uncertainties in model simulations arise from the difficulties in adequately representing clouds and their radiative properties, the coupling between the atmosphere and the ocean, and detailed processes at the land surface.

---

(i)   The most successful climate models are able to simulate the important large-scale features of the components of the climate system well, including seasonal, geographical and vertical variations which are a consequence of the variation of forcing and dynamics in space and time. For example, Figure 13 shows the geographical distribution of December to February surface temperature and June to August precipitation simulated by comprehensive coupled atmosphere-ocean models of the type used for climate prediction, compared with observations. The large scale features are reasonably well captured by the



**Figure 13:** The geographical distribution of December to February surface temperature (a) and June to August precipitation (c) compared to that simulated by comprehensive coupled models of the type used for climate projection (b) and (d).

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 436 of 584

models, although at regional scales more discrepancies can be seen. Other seasons are similarly well simulated, indicating the ability of models to reproduce the seasonal cycle in response to changes in solar forcing. The improvement since IPCC (1990) is that this level of accuracy is achieved in models with a fully-interactive ocean as compared to the majority of models that employed simpler schemes used in 1990.

(ii)  Many climate changes are consistently projected by different models in response to greenhouse gases and aerosols and can be explained in terms of physical processes which are known to be operating in the real world, for example, the maximum warming in high northern latitudes in winter (see Section F).

(iii)  The models reproduce with reasonable fidelity other less obvious variations in climate due to changes in forcing:

•  Some atmospheric models when forced with observed sea surface temperature variations can reproduce with moderate to good skill several regional climate variations, especially in parts of the tropics and sub-tropics. For example, aspects of the large scale interannual atmosphere fluctuations over the tropical Pacific relating to the El Niño-Southern Oscillation phenomenon are captured, as are interannual variations in rainfall in north-east Brazil and to some extent decadal variations in rainfall over the Sahel.

•  As discussed in IPCC (1994), stratospheric aerosols resulting from the eruption of Mt. Pinatubo in June 1991 gave rise to a short-lived negative global mean radiative forcing of the troposphere which peaked at −3 to −4 $Wm^{-2}$ a few months after the eruption and had virtually disappeared by about the end of 1994. A climate model was used to predict global temperature variations between the time of the eruption and the end of 1994 and the results agreed closely with observations (Figure 14). Such agreement increases confidence in the ability of climate models to respond in a realistic way to transient, planetary-scale radiative forcings of large magnitude.

•  Previous IPCC reports demonstrated the ability of models to simulate some known features of palaeoclimate. Only modest progress has been made in this area, mainly because of the paucity of reliable data for comparison.



**Figure 14:** Predicted and observed changes in global land and ocean surface air temperature after the eruption of Mt. Pinatubo. Lines represent changes of three-month running mean temperature from April to June 1991 until March to May 1995. The two model lines represent predictions starting from different initial atmospheric conditions.

•  Currently available model simulations of global mean surface temperature trend over the past half century show closer agreement with observations when the simulations include the likely effect of aerosol in addition to greenhouse gases (Figure 15).

(iv)  The model results exhibit "natural" variability on a wide range of time- and space-scales which is broadly comparable to that observed. This "natural" variability arises from the internal processes at work in the climate system and not from changes in external forcing. Variability is a very important



**Figure 15:** Simulated global annual mean warming from 1860 to 1990 allowing for increases in greenhouse gases only (dashed curve) and greenhouse gases and sulphate aerosols (solid curve), compared with observed changes over the same period.

aspect of the behaviour of the climate system and has important implications for the detection of climate change (see Section E). The year to year variations of surface air temperature for the current climate are moderately realistic in model simulations at the larger space-scales. For example the smaller variability over the oceans compared with continental interiors is captured. Too low interannual variability of the tropical east and central Pacific Ocean temperatures associated with the El Niño-Southern Oscillation (ENSO) phenomenon is one deficiency. No current coupled atmosphere-ocean model simulates all aspects of ENSO events, but some of the observed interannual variations in the atmosphere associated with these events are captured.

Climate models are calibrated, in part, by introducing adjustments which are empirically determined. The most striking example of these are the systematic adjustments (the so-called flux adjustments) that are used in some models at the atmosphere-ocean interface in order to bring the simulated climate closer to the observed state. These adjustments are used to compensate for model errors, for example inadequacies in the representation of clouds in atmospheric models. Flux adjustments, which can be quite large in some models, are used to ensure that the simulated present day climate is realistic and hence that climate feedback processes operate in the appropriate range in climate change simulations. Many features of the response of models with and without flux adjustments to increasing greenhouse gases are qualitatively similar. The most substantial differences in simulated climate change can generally be traced to deficiencies in the simulation of current climate in the unadjusted models, for example, systematic errors in sea ice. The main unknown regarding the use of adjustments in models is the extent to which they allow important non-linear processes to operate in the models. They have been tested with a good degree of success against known climate variations including the seasonal cycle and the perturbations mentioned above. This provides some confidence in their use for future climate perturbations caused by human activities.

In summary, confidence in climate models has increased since 1990. Primary factors that have served to raise our confidence are model improvements, e.g., the successful incorporation of additional physical processes (such as cloud microphysics and the radiative effects of sulphate aerosols) into global coupled models, and the improvement in such models' simulation of the observed changes in climate over recent decades. Further confidence will be gained as models continue to improve.

### D.2 Climate model feedbacks and uncertainties

Warming from radiative forcing will be modified by climate feedbacks which may either amplify (a positive feedback) or reduce (a negative feedback) the initial response. The likely equilibrium response of global surface temperature to a doubling of equivalent carbon dioxide concentration (the "climate sensitivity") was estimated in 1990 to be in the range 1.5 to 4.5 °C, with a "best estimate" of 2.5°C. The range of the estimate arises from uncertainties in the climate models and in their internal feedbacks, particularly those concerning clouds and related processes. No strong reasons have emerged to change these estimates of the climate sensitivity. The present activities regarding incorporation of these feedback processes in models are described below.

*Water vapour feedback*

An increase in the temperature of the atmosphere increases its water holding capacity and is expected to be accompanied by an increase in the amount of water vapour. Since water vapour is a powerful greenhouse gas, the increased water vapour would in turn lead to a further enhancement of the greenhouse effect (a positive feedback).

About half of this feedback depends on water vapour in the upper troposphere, whose origin and response to surface temperature increase is not fully understood. Feedback by water vapour in the lower troposphere is unquestionably positive and the preponderance of evidence points to the same conclusion for upper tropospheric water vapour. Feedbacks resulting from changes in the decrease of temperature with height can partially compensate the water vapour feedback.

*Cloud/radiative feedback*

Several processes are involved in cloud/radiative feedback. Clouds can both absorb and reflect solar radiation (which cools the surface) and absorb and emit long-wave radiation (which warms the surface), depending on cloud height, thickness and cloud radiative properties. The radiative properties of clouds depend on the evolution of atmospheric water in its vapour, liquid and ice phases and upon atmospheric aerosols. The processes are complex and, although considerable progress has been made since IPCC (1990) in describing and modelling those cloud processes that are most important for determining radiative and hence temperature changes, their uncertainty represents a significant source of potential error in climate simulation.

This potential error can be estimated by first noting that if clouds and sea ice are kept fixed according to their observed distributions and properties, climate models

would all report climate sensitivities in the range of 2 to 3°C. Modellers have shown for various assumptions that physically plausible changes in cloud distribution could either as much as double the warming expected for fixed clouds or, on the other hand, reduce it by up to 1°C. The range in estimated climate sensitivity of 1.5 to 4.5°C is largely dictated by this uncertainty.

*Ocean circulation*
Oceans play an important role in climate because they carry large amounts of heat from the tropics to the poles. They also store large amounts of heat, carbon and $CO_2$ and are a major source of water to the atmosphere (through evaporation). Coupling of atmospheric and oceanic GCMs (see Box 2) improves the physical realism of models used for projections of future climate change, particularly the timing and regional distribution of the changes.

Several models show a decrease or only marginal increase of sea surface temperatures in the northern North Atlantic in response to increasing greenhouse gases, related to a slowing down of the thermohaline circulation as the climate warms. This represents a local negative temperature feedback, although changes in cloud cover might be an important factor. The main influence of the oceans on simulations of climate change occurs because of their large heat capacity, which introduces a delay in warming that is not uniform spatially.

*Ice and snow albedo feedback*
An ice or snow covered surface strongly reflects solar radiation (i.e., it has a high "albedo"). As some ice melts at the warmer surface, less solar radiation is reflected leading to further warming (a positive feedback), but this is complicated by clouds, leads (areas of open water in sea ice) and snow cover.

The realism of simulated sea ice cover varies considerably between models, although sea ice models that include ice dynamics are showing increased accuracy.

*Land-surface/atmosphere interactions*
Anthropogenic climate changes, e.g., increased temperature, changes in precipitation, changes in net radiative heating and the direct effects of $CO_2$, will influence the state of the land surface (soil moisture, albedo, roughness, vegetation). In turn, the altered land surface can feed back and alter the overlying atmosphere (precipitation, water vapour, clouds). Changes in the composition and structure of ecosystems can alter not only physical climate, but also the biogeochemical cycles (see Section B). Although land-surface schemes used in current

GCMs may be more sophisticated than in IPCC (1990), the disparity between models in their simulation of soil moisture and surface heat and moisture fluxes has not been reduced. Confidence in calculation of regional projections of soil moisture changes in response to greenhouse gas and aerosol forcing remains low.

Changes in vegetation can potentially further modify climate locally and regionally by altering the exchange of water and energy between the land surface and atmosphere. For example, forests spreading into tundra in a warmer world would absorb a greater proportion of solar energy and increase the warming. This feedback would be modified by land-use changes such as deforestation. Coupled atmosphere-ocean models used for climate change studies do not yet include such interactions between climate and vegetation, and such feedbacks may have important effects on regional climate change projection.

## E Detection of Climate Change and Attribution of Causes

An important question is: does the instrumental record of temperature change show convincing evidence of a human effect on global climate? With respect to the increase in global mean temperature over the last 100 years, IPCC (1990) concluded that the observed warming was "broadly consistent with predictions of climate models, but it is also of the same magnitude as natural climate variability". The report went on to explain that "the observed increase could be largely due to this natural variability; alternatively this variability and other human factors could have offset a still larger human-induced greenhouse warming".

Since IPCC (1990), considerable progress has been made in the search for an identifiable human-induced effect on climate.

### E.1 Better simulations for defining a human-induced climate change "signal"
Experiments with GCMs are now starting to incorporate some of the forcing due to human-induced changes in sulphate aerosols and stratospheric ozone. The inclusion of these additional factors has modified in important ways the picture of how climate might respond to human influences. Furthermore, we now have information on both the timing and spatial patterns of human-induced climate change from a large (>18) number of transient experiments in which coupled atmosphere-ocean models are driven by past and/or projected future time-dependent changes in $CO_2$ concentration (used as a surrogate to represent the combined effect of $CO_2$ concentration and other well-

mixed greenhouse gases; see "equivalent $CO_2$" in the Glossary). Some of these experiments have been repeated with identical forcing but starting from a slightly different initial climate state. Such repetitions help to better define the expected climate response to increasing greenhouse gases and aerosols. However, important uncertainties remain; for example, no model has incorporated the full range of anthropogenic forcing effects.

### E.2 Better simulations for estimating natural internal climate variability

In observed data, any "signal" of human effects on climate must be distinguished from the background "noise" of climate fluctuations that are entirely natural in origin. Such natural fluctuations occur on a variety of space- and time-scales, and can be purely internal (due to complex interactions between individual components of the climate system, such as the atmosphere and ocean) or externally driven by changes in solar variability or the volcanic aerosol loading of the atmosphere. It is difficult to separate a signal from the noise of natural variability in the observations. This is because there are large uncertainties in the evolution and magnitude of both human and natural forcings, and in the characteristics of natural internal variability, which translate to uncertainties in the relative magnitudes of signal and noise.

In the modelled world, however, it is possible to perform multi-century control experiments with no human-induced changes in greenhouse gases, sulphate aerosols or other anthropogenic forcings. Since 1990, a number of such control experiments have been performed with coupled atmosphere-ocean models. These yield important information on the patterns, time-scales, and magnitude of the "internally generated" component of natural climate variability. This information is crucial for assessing whether observed changes can be plausibly explained by internal climatic fluctuations, but constitutes only one part of the "total" natural variability of climate (since such control runs do not include changes in solar output or volcanic aerosols). Uncertainties still remain in estimates of both internal and total natural climate variability, particularly on the decadal-to-century time-scales.

### E.3 Studies of global mean change

Most studies that have attempted to detect an anthropogenic effect on climate have used changes in global mean, annually averaged temperature only. These investigations compared observed changes over the past 10-100 years with estimates of internal or total natural variability noise derived from palaeodata, climate models, or statistical models fitted to observations. Most but not all of these studies show that the observed change in global mean, annually averaged temperature over the last century is unlikely to be due entirely to natural fluctuations of the climate system.

These global mean results cannot establish a clear cause and effect link between observed changes in atmospheric greenhouse gas concentrations and changes in the Earth's surface temperature. This is the attribution issue. Attribution is difficult using global mean changes only because of uncertainties in the histories and magnitudes of natural and human-induced forcings: there are many possible combinations of these forcings that could yield the same curve of observed global mean temperature change. Some combinations are more plausible than others, but relatively few data exist to constrain the range of possible solutions. Nevertheless, model-based estimates of global temperature increase over the last 130 years are more easily reconciled with observations when the likely cooling effect of sulphate aerosols is taken into account, and provide qualitative support for an estimated range of climate sensitivity consistent with that given in IPCC (1990) (Figure 16).

### E.4 Studies of patterns of change

To better address the attribution problem, a number of recent studies have compared observations with model-predicted *patterns* of temperature-change in response to anthropogenic forcing. The argument underlying pattern-based approaches is that different forcing mechanisms ("causes") may have different patterns of response ("effects"), particularly if one considers the full three- or even four-dimensional structure of the response, e.g., temperature change as a function of latitude, longitude, height and time. Thus a good match between modelled and observed multi-dimensional patterns of climate change would be difficult to achieve for "causes" other than those actually used in the model experiment.

Several studies have compared observed patterns of temperature change with model patterns of change from simulations with changes in both greenhouse gases and anthropogenic sulphate aerosols. These comparisons have been made at the Earth's surface and in vertical sections through the atmosphere. While there are concerns regarding the relatively simple treatment of aerosol effects in model experiments, and the neglect of other potentially significant contributions to the radiative forcing, all such pattern comparison studies show significant correspondence between the observations and model predictions (an example is shown in Figure 17). Much of





**Figure 16:** Observed changes in global mean temperature over 1861 to 1994 compared with those simulated using an upwelling diffusion-energy balance climate model. The model was run first with forcing due to greenhouse gases alone (a) and then with greenhouse gases and aerosols (b).

the model-observed correspondence in these experiments occurs at the largest spatial scales – for example, temperature differences between hemispheres, land and ocean, or the troposphere and stratosphere. Model predictions are more reliable at these spatial scales than at the regional scale. Increasing confidence in the identification of a human-induced effect on climate comes primarily from such pattern-based work. For those seasons during which aerosol effects should be most pronounced the pattern correspondence is generally higher than that achieved if model predictions are based on changes in greenhouse gases alone (Figure 17).

As in the global mean studies, pattern-oriented detection work relies on model estimates of internal natural variability as the primary yardstick for evaluating whether observed changes in temperature patterns could be due to natural causes. Concerns remain regarding the reliability of this yardstick.

### E.5 Qualitative consistency

In addition to quantitative studies, there are broad areas of qualitative agreement between observations and those model predictions that either include aerosol effects or do not depend critically on their inclusion. As in the quantitative studies, one must be cautious in assessing consistency because the expected climate change signal due to human activities is still uncertain, and has changed as our ability to model the climate system has improved. In addition to the surface warming, the model and observed commonalities in which we have most confidence include stratospheric cooling, reduction in diurnal temperature range, sea level rise, high latitude precipitation increases and water vapour and evaporation increase over tropical oceans.

### E.6 Overall assessment of the detection and attribution issues

In summary, the most important results related to the issues of detection and attribution are:

*   The limited available evidence from proxy climate indicators suggests that the 20th century global mean temperature is at least as warm as any other century since at least 1400 AD. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature (see Section C.2).

*   Assessments of the statistical significance of the observed global mean temperature trend over the last century have used a variety of new estimates of natural internal and externally forced variability. These are derived from instrumental data, palaeodata, simple and complex climate models, and statistical models fitted to observations. Most of these studies have detected a significant change and show that the observed warming trend is unlikely to be entirely natural in origin.

*   More convincing recent evidence for the attribution of a human effect on climate is emerging from pattern-based studies, in which the modelled climate response to combined forcing by greenhouse gases and anthropogenic sulphate aerosols is compared with observed geographical, seasonal and vertical patterns of atmospheric temperature change. These studies show that such pattern correspondences increase with time, as one would expect as an anthropogenic signal increases in strength. Furthermore, the probability is very low that these correspondences could occur by chance as a result of natural internal variability only. The vertical patterns

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 441 of 584



**Figure 17:** Annual mean near-surface air temperature changes (ºC) from equilibrium response experiments with an atmospheric GCM with a mixed-layer ocean coupled to a tropospheric chemistry model, forced with present-day atmospheric concentrations of $CO_2$ (a) and by the combined effects of present-day $CO_2$ levels and sulphur emissions (b). Observed temperature changes from 1955–74 to 1975–94, shown in Figure 9, are qualitatively more similar to the changes in the combined forcing experiment than in the $CO_2$ only experiment.

of change are also inconsistent with those expected for solar and volcanic forcing.

• Our ability to quantify the human influence on global climate is currently limited because the expected signal is still emerging from the noise of natural variability, and because there are uncertainties in key factors. These include the magnitude and patterns of long-term natural variability and the time-evolving pattern of forcing by, and response to, changes in concentrations of greenhouse gases and aerosols, and land-surface changes. Nevertheless, the balance of evidence suggests that there is a discernible human influence on global climate.

## F   The Prospects for Future Climate Change

### F.1  Forcing scenarios

Projections of future anthropogenic climate change depend, amongst other things, on the scenario used to force the climate model. The IS92 emission scenarios are used here for projections of changes in global mean temperature and sea level. The IS92 scenarios include emissions of both greenhouse gases and aerosol precursors (see Section B.9.1) and for the first time both factors have been taken into account in the global mean temperature and sea level projections (Section F.2).

In many coupled model experiments the forcing scenario is simplified by summing the radiative forcings of all the trace gases ($CO_2$, $CH_4$, $O_3$, etc.) and treating the total forcing as if it came from an "equivalent" concentration of $CO_2$. The rate of increase of "equivalent $CO_2$" in these experiments is often assumed to be a constant +1%/yr (compounded). For comparison the IS92a Scenario, neglecting the effect of aerosols, is equivalent to a compounded rate of increase varying from 0.77 to 0.84%/yr during the 21st century.

The projections of global mean temperature and sea level change do not come directly from coupled atmosphere-ocean models. Though these are the most sophisticated tools available for making projections of future climate change they are computationally expensive, making it unfeasible to produce results based on a large number of emission scenarios. In order to assess global temperature and sea level projections for the full range of IS92 emission scenarios, simple upwelling diffusion-energy balance models (see Box 2) can be employed to interpolate and extrapolate the coupled model results. These models, used for similar tasks in IPCC (1990) and IPCC (1992), are calibrated to give the same globally

averaged temperature response as the coupled atmosphere-ocean models.

The climate simulations here are called *projections* instead of *predictions* to emphasise that they do not represent attempts to forecast the most likely (or "best estimate") evolution of climate in the future. The projections are aimed at estimating and understanding responses of the climate system to possible forcing scenarios.

### F.2 Projections of climate change

#### F.2.1 Global mean temperature response to IS92 emission scenarios

Using the IS92 emission scenarios, which include emissions of both greenhouse gases and aerosol precursors (Section B.9.1) projected global mean temperature changes relative to 1990 were calculated for the 21st century. Temperature projections assuming the "best estimate" value of climate sensitivity, 2.5°C, (see Section D.2) are shown for the full set of IS92 scenarios in Figure 18. For IS92a the temperature increase by 2100 is about 2°C. Taking account of the range in the estimate of climate sensitivity (1.5 to 4.5°C) and the full set of IS92 emission scenarios, the models project an increase in global mean temperature of between 0.9 and 3.5°C (Figure 19). In all cases the average rate of warming would probably be greater than any seen in the last 10,000 years, but the actual annual to decadal changes would include considerable natural variability. Because of the thermal inertia of the oceans, global mean temperature would continue to



**Figure 18:** Projected global mean surface temperature changes from 1990 to 2100 for the full set of IS92 emission scenarios. A climate sensitivity of 2.5°C is assumed.



**Figure 19:** Projected global mean surface temperature change extremes from 1990 to 2100. The highest temperature changes assume a climate sensitivity of 4.5°C and the IS92e emission scenario; the lowest a climate sensitivity of 1.5°C and the IS92c emission scenario and the mid-range curve a climate sensitivity of 2.5°C and the IS92a Scenario. The solid curves include the effect of changing aerosol; the dashed curves assume aerosol emissions remain constant at their 1990 levels.

increase beyond 2100 even if concentrations of greenhouse gases were stabilised at that time. Only 50–90% of the eventual temperature changes are realised at the time of greenhouse gas stabilisation. All scenarios show substantial climate warming, even when the negative aerosol radiative forcing is accounted for. Although $CO_2$ is the most important anthropogenic greenhouse gas, the other greenhouse gases contribute significantly (about 30%) to the projected global warming.

To allow closer comparison with the projections presented in IPCC (1990) and IPCC (1992) and to illustrate the sensitivity of future global temperature to changes in aerosol concentrations, the same series of calculations were performed neglecting future aerosol changes, i.e. aerosol concentrations were held constant at 1990 levels. These lead to higher projections of temperature change. Taking account of the range in the estimate of climate sensitivity and the full set of IS92 emission scenarios, the models project an increase in global mean temperature of between 0.8 and 4.5°C. For IS92a, assuming the "best estimate" of climate sensitivity, the temperature increase by 2100 is about 2.4°C. For comparison, the corresponding temperature increase for IS92a presented in IPCC (1992) was 2.8°C. The projections in IPCC (1990) were based on an earlier set of emission scenarios, the "best estimate" for the increase in global temperature by 2100 (relative to 1990) was 3.3°C.

*F.2.2  Global mean sea level response to IS92 emission scenarios*

Using the IS92 emission scenarios, including greenhouse gas

and aerosol precursors, projected global mean sea level increases relative to 1990 were calculated for the 21st century. Sea level projections assuming the "best estimate" values for climate sensitivity and ice melt are shown for the full set of IS92 scenarios in Figure 20. For IS92a, the sea level rise by 2100 is 49 cm. For comparison, the "best estimate" of global sea level rise by 2100 given in IPCC (1990) was 66 cm. Also taking account of the ranges in the estimate of climate sensitivity and ice melt parameters, and the full set of IS92 emission scenarios, the models project an increase in global mean sea level of between 13 and 94 cm (Figure 21). During the first half of the next century, the choice of emission scenario has relatively little effect on the projected sea level rise due to the large thermal inertia of the ocean-ice-atmosphere climate system, but has increasingly larger effects in the latter part of the next century. In addition, because of the thermal inertia of the oceans, sea level would continue to rise for many centuries beyond 2100 even if concentrations of greenhouse gases were stabilised at that time. The projected rise in sea level is primarily due to thermal expansion as the ocean waters warm, but also due to increased melting of glaciers.

In these projections, the combined contributions of the Greenland and Antarctic ice sheets are projected to be relatively minor over the next century. However, the possibility of large changes in the volumes of these ice sheets (and, consequently, in sea level) cannot be ruled out, although the likelihood is considered to be low.

Changes in future sea level will not occur uniformly around the globe. Recent coupled atmosphere-ocean model



**Figure 20:** Projected global mean sea level rise from 1990 to 2100 for the full set of IS92 emission scenarios. A climate sensitivity of 2.5°C and mid-value ice melt parameters are assumed.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 444 of 584



**Figure 21:** Projected global mean sea level rise extremes from 1990 to 2100. The highest sea level rise curve assumes a climate sensitivity of 4.5°C, high ice melt parameters and the IS92e emission scenario; the lowest a climate sensitivity of 1.5°C, low ice melt parameters and the IS92c emission scenario and the middle curve a climate sensitivity of 2.5°C, mid-value ice melt parameters and the IS92a Scenario.

experiments suggest that the regional responses could differ substantially, owing to regional differences in heating and circulation changes. In addition, geological and geophysical processes cause vertical land movements and thus affect relative sea levels on local and regional scales.

Tides, waves and storm surges could be affected by regional climate changes, but future projections are, at present, highly uncertain.

### F.2.3 Temperature and sea level projections compared with IPCC (1990)

The global average temperature and sea level projections presented here for 1990 to 2100, both excluding and including changing aerosol emissions, are lower than the corresponding projections presented in IPCC (1990). Taking into account the negative radiative forcing of aerosols reduces projections of temperature and sea level rise. Those projections which *exclude* the effect of changing aerosol emissions are lower than IPCC (1990) for a number of reasons, mainly:

- The revised (IS92) emission scenarios have been used for all greenhouse gases. This is particularly important for $CO_2$ and CFCs.

- Revised treatment of the carbon cycle. The carbon cycle model used to calculate future temperature and sea level rise in IPCC (1990) and IPCC (1992) did

not incorporate the effect of carbon uptake through $CO_2$ fertilisation, resulting in higher future $CO_2$ concentrations for given emissions in IPCC (1990).

- The inclusion of aerosol effects in the pre-1990 radiative forcing history. The estimated historical changes of radiative forcing up to 1990, used in this report for global mean temperature and sea level projections, includes a component due to aerosols. This particularly affects projections of sea level rise, which are strongly influenced by the history of radiative forcing over the last century.

- Revised (and more realistic) parameters in the simple upwelling diffusion-energy balance climate model.

- The inclusion in the model of spatial variations in the climate sensitivity and the effect of changing strength of the thermohaline circulation, to accord with coupled atmosphere-ocean general circulation models.

- The use of improved models for the ice melt component of sea level rise.

### F.3 Spatial patterns of projected climate change

Although in *global mean* terms, the effect of including aerosols is to reduce the projected warming (see Section F.2), it can be misleading to consider only the global mean surface temperature, which does not give an effective indication of climate change at smaller spatial scales.

Because aerosols are short-lived, they are unevenly distributed across the globe, being concentrated near regions where they are emitted. As a result, the spatial pattern of aerosol forcing is very different to that produced by the long-lived well-mixed greenhouse gases and, when considering patterns of climate change, their cooling effect is not a simple offset to the warming effect of greenhouse gases, as might be implied from the global mean results. Aerosols are likely to have a significant effect on future regional climate change.

Confidence is higher in hemispheric to continental scale projections of climate change (Section F.3.1) than at regional scales (Section F.3.2), where confidence remains low.

### F.3.1 Continental scale patterns

In IPCC (1990), estimates of the patterns of future climate change were presented, the most robust of which related to continental and larger spatial scales. The results were based on GCM experiments which included the effect of greenhouse gases, but did not take into account the effects of aerosols.

The following provides some details of the changes on continental scales in experiments with greenhouse gases alone (generally represented by a 1%/yr increase in $CO_2$) and increases in greenhouse gas and aerosol concentrations (using aerosol concentration derived from the IS92a Scenario). It is important to realise that, in contrast to the many model results with $CO_2$ alone, there are only two recent coupled atmosphere-ocean model simulations that include the effects of both aerosols and $CO_2$, neither of which have yet been thoroughly analysed. We have concentrated on those changes which show most consistency between models, and for which plausible physical mechanisms have been identified.

*Temperature and Precipitation*

All model simulations, whether they are forced with increased concentrations of greenhouse gases and aerosols, or with increased greenhouse gas concentrations alone, show the following features:

- generally greater surface warming of the land than of the oceans in winter, as in equilibrium simulations (Figures 22 and 23);
- a minimum warming around Antarctica and in the northern North Atlantic which is associated with deep oceanic mixing in those areas;
- maximum warming in high northern latitudes in late autumn and winter associated with reduced sea ice and snow cover;
- little warming over the Arctic in summer;
- little seasonal variation of the warming in low latitudes or over the southern circumpolar ocean;
- a reduction in diurnal temperature range over land in most seasons and most regions;
- an enhanced global mean hydrological cycle;
- increased precipitation in high latitudes in winter.

Including the effects of aerosols in simulations of future climate leads to a somewhat reduced surface warming, mainly in middle latitudes of the Northern Hemisphere. The maximum winter warming in high northern latitudes is less extensive (compare Figures 22 and 23).

However, adding the cooling effect of aerosols is not a simple offset to the warming effect of greenhouse gases, but significantly affects some of the continental scale patterns of climate change. This is most noticeable in summer where the cooling due to aerosols tends to weaken monsoon circulations. For example, when the effects of both greenhouse gases and aerosols are included, Asian summer monsoon rainfall decreases, whereas in earlier simulations with only the effect of greenhouse gases represented, Asian summer monsoon rainfall increased.



**Figure 22:** The pattern of surface temperature change projected at the time of $CO_2$ doubling from a transient coupled model experiment.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 446 of 584



**Figure 23:** The pattern of surface temperature change projected by a transient coupled model at the time of $CO_2$ doubling when both $CO_2$ and aerosol concentration increases are taken into account.

Conversely, the addition of aerosol effects leads to an increase in precipitation over southern Europe, whereas decreases are found in simulations with greenhouse gases only. These changes will be sensitive to the aerosol scenario used, and the details of the parametrization of the radiative effects of aerosol. Other forcings, including that due to increases in tropospheric ozone, soot and the indirect effect of sulphate aerosols have been neglected and could influence these results. In general, regional projections are also sensitive to model resolution and are affected by large natural variability. Hence confidence in regional projections remains low.

With increases in $CO_2$ only, two coupled atmosphere-ocean models show a pattern of SST (sea surface temperature) change, precipitation change and anomalies in wind and ocean currents that resemble the warm phase of ENSO, as well as the observed decadal time-scale SST anomalies of the 1980s and early 1990s. This is characterised by a reduction of the east-west SST gradient in the tropical Pacific, though the magnitude of this effect varies among models.

*Soil moisture*
Although there is less confidence in simulated changes in soil moisture than in those of temperature, some of the results concerning soil moisture are dictated more by changes in precipitation and evaporation than by the detailed response of the surface scheme of the climate model. All model simulations, whether they are forced with increased concentrations of greenhouse gases and aerosols, or with increased greenhouse gas concentrations alone, produce predominantly increased soil moisture in high northern latitudes in winter. Over the northern continents in summer, the changes in soil moisture are sensitive to the inclusion of aerosol effects.

*Ocean circulation*
In response to increasing greenhouse gases, most models show a decrease in the strength of the northern North Atlantic oceanic circulation further reducing the strength of the warming around the North Atlantic. The increase in precipitation in high latitudes decreases the surface salinity, inhibiting the sinking of water at high latitude, which drives this circulation.

*F.3.2  Regional scale patterns*
Estimation of the potential impacts of climate change on human infrastructure and natural ecosystems requires projections of future climate changes at the regional scale, rather than as global or continental means.

*Technical Summary*

Since IPCC (1990), a greater appreciation has been developed of the uncertainties in making projections at the regional scale. There are several difficulties:

- The global climate models used for future projections are run at fairly coarse resolution and do not adequately depict many geographic features (such as coastlines, lakes and mountains), surface vegetation, and the interactions between the atmosphere with the surface which become more important on regional scales. Considerable spread exists among model projections on the regional scale even when climate model experiments are driven by the same future radiative forcing scenario.

- There is much more natural variation in local climate than in climate averaged over continental or larger scales. This variation arises from locally generated variability from storms, interactions between the atmosphere and the oceans (such as ENSO), and from variations in soil moisture, sea ice, and other components of the climate system. Series or ensembles of model predictions started from different initial conditions allow both the mean climate and the superimposed variability to be determined.

- Because of their uneven spatial distribution, human induced tropospheric aerosols are likely to greatly influence future regional climate change. At present, however, there are very few projections of climate change with coupled atmosphere-ocean models (the type of model that gives more reliable information on the regional scale) which include the radiative effects of aerosols. Those that have been run include a very simplified representation of aerosol effects.

- Land-use changes are also believed to have a significant impact on temperature and precipitation changes, especially in the tropics and subtropics. Climate model experiments have shown the likelihood of substantial local climate change associated with deforestation in the Amazon, or desertification in the Sahel. Changes in land-use on small scales which cannot be foreseen are expected to continue to influence regional climate.

Because of these problems, no information on future regional climate change is presented here. However, this situation is expected to improve in the future as a result of:

- more coupled atmosphere-ocean model experiments with aerosol effects included;
- improvements in models, both from increased resolution and improved representation of small-scale processes;
- more refined scenarios for aerosols and other forcings.

### F.3.3 Changes in variability and extremes

Small changes in the mean climate or climate variability can produce relatively large changes in the frequency of extreme events (defined as events where a certain threshold is surpassed); a small change in the variability has a stronger effect than a similar change in the mean.

*Temperature*
A general warming tends to lead to an increase in extremely high temperature events and a decrease in extremely low temperatures (e.g., frost days).

*Hydrology*
Many models suggest an increase in the probability of intense precipitation with increased greenhouse gas concentrations. In some areas a number of simulations show there is also an increase in the probability of dry days and the length of dry spells (consecutive days without precipitation). Where mean precipitation decreases, the likelihood of drought increases. New results reinforce the view that variability associated with the enhanced hydrological cycle translates into prospects for more severe droughts and/or floods in some places and less severe droughts and/or floods in other places.

*Mid-latitude storms*
In the few analyses available, there is little agreement between models on the changes in storminess that might occur in a warmer world. Conclusions regarding extreme storm events are obviously even more uncertain.

*Hurricanes/Tropical cyclones*
The formation of tropical cyclones depends not only on sea surface temperature (SST), but also on a number of atmospheric factors. Although some models now represent tropical storms with some realism for present day climate, the state of the science does not allow assessment of future changes.

*El Niño-Southern Oscillation*
Several global coupled models indicate that the ENSO-like SST variability they simulate continues with increased

$CO_2$. Associated with the mean increase of tropical SSTs as a result of increased greenhouse gas concentrations, there could be enhanced precipitation variability associated with ENSO events in the increased $CO_2$ climate, especially over the tropical continents.

### F.4 Effects of stabilising greenhouse gas concentrations

Possible global temperature and sea level response to the scenarios for stabilising concentrations discussed in Section B.9.2 were calculated with the same upwelling diffusion-energy balance model used for the results in Sections F.2.1 and F.2.2.

For each of the pathways leading to stabilisation, the climate system shows considerable warming during the 21st century. Figure 24 shows temperature increases for the cases which stabilise at concentrations of 650 and 450 ppmv for different climate sensitivities. Stabilisation of the concentration does not lead to an immediate stabilisation of the global mean temperature. The global mean temperature is seen to continue rising for hundreds of years after the concentrations have stabilised in Figure 24 due to long time-scales in the ocean.

As shown in Figure 25, the long-term sea level rise "commitment" is even more pronounced. Sea level



**Figure 25:** The global mean sea level response to the $CO_2$ concentration pathways leading to stabilisation at 450 (dashed curves) and 650 (solid curves) ppmv (see Figure 7a) for a climate sensitivity of 1.5, 2.5 and 4.5 °C. The changes shown are those arising from $CO_2$ increases alone. The date of concentration stabilisation is indicated by the dot. Calculations assume the "observed" history of forcing to 1990, including aerosol effects and then $CO_2$ concentration increases only beyond 1990.

continues to rise, at only a slowly declining rate, for many centuries after greenhouse gas concentrations and temperatures have stabilised.

### F.5 The possibility of surprises

Unexpected external influences, such as volcanic eruptions, can lead to unexpected and relatively sudden shifts in the climatic state. Also, as the response of the climate system to various forcings can be non-linear, its response to gradual forcing changes may be quite irregular. Abrupt and significant changes in the atmospheric circulation involving the North Pacific which began about 1976 were described in IPCC (1990). A related example is the apparent fluctuation in the recent behaviour of ENSO, with warm conditions prevailing since 1989, a pattern which has been unusual compared to previous ENSO behaviour.

Another example is the possibility that the West Antarctic ice sheet might "surge", causing a rapid rise in sea level. The current lack of knowledge regarding the specific circumstances under which this might occur, either in total or in part, limits the ability to quantify this risk. Nonetheless, the likelihood of a major sea level rise by the year 2100 due to the collapse of the West Antarctic ice sheet is considered low.



**Figure 24:** The global mean surface temperature response to the $CO_2$ concentration pathways leading to stabilisation at 450 (dashed curves) and 650 (solid curves) ppmv (see Figure 7a) for a climate sensitivity of 1.5, 2.5 and 4.5 °C. The changes shown are those arising from $CO_2$ increases alone. The date of concentration stabilisation is indicated by the dot. Calculations assume the "observed" history of forcing to 1990, including aerosol effects and then $CO_2$ concentration increases only beyond 1990.

In the oceans the meridional overturning might weaken in a future climate. This overturning (the thermohaline circulation) is driven in part by deep convection in the northern North Atlantic Ocean and keeps the northern North Atlantic Ocean several degrees warmer than it would otherwise be. Both the study of palaeoclimate from sediment records and ice cores and modelling studies with coupled climate models and ocean GCMs can be interpreted to suggest that the ocean circulation has been very different in the past. Both in these observations and in the ocean models, transitions between different types of circulation seem to occur on a time-scale of a few decades, so relatively sudden changes in the regional (North Atlantic, Western Europe) climate could occur, presumably mainly in response to precipitation and runoff changes which alter the salinity, and thus the density, of the upper layers of the North Atlantic. Whether or not such a sudden change can actually be realised in response to global warming and how strong a perturbation is required to cause a transition between types of circulation are still the subject of much debate.

In terrestrial ecological systems, there are thresholds in the sustained temperature and water availability at which one biological population is replaced by another. Some replacement, e.g., in tree species, is slow while some, e.g., in micro-organisms is rapid. Minimum temperatures exist for the survival of organisms in winter, and the populations of such organisms may move polewards as the climate and especially night-time temperatures warm. If the transitions are not orderly, sudden shifts in ecosystem functioning will occur. These may have impacts of direct human relevance (as discussed in IPCC WGII (1995)) but may also have surprising impacts on climate via effects on albedo, aerosol forcing, the hydrological cycle, evapotranspiration, $CO_2$ release and methane cycling, for example (see Sections B.1 and D.2).

## G  Advancing our Understanding

An important long-term goal is the accurate projection of regional climate change, so that potential impacts can be adequately assessed. Progress towards this objective depends on determining the likely global magnitude and rate of human-induced climate change, including sea level change, as well as the regional expressions of these quantities. The detection and attribution of human-induced climate change is also most important. To achieve these objectives requires systematic and sustained global observations of relevant variables, as well as requiring the

effective co-operation and participation of many nations. The most urgent scientific problems requiring attention concern:

(i)   the *rate* and *magnitude* of climate change and sea level rise:

- the factors controlling the distribution of clouds and their radiative characteristics;
- the hydrological cycle, including precipitation, evaporation and runoff;
- the distribution and time evolution of ozone and aerosols and their radiative characteristics;
- the response of terrestrial and marine systems to climate change and their positive and negative feedbacks;
- the response of ice sheets and glaciers to climate;
- the influence of human activities on emissions;
- the coupling between the atmosphere and ocean, and ocean circulation;
- the factors controlling the atmospheric concentrations of carbon dioxide and other greenhouse gases;

(ii)  *detection* and *attribution* of climate change:

- systematic observations of key variables, and development of model diagnostics relating to climate change;
- relevant proxy data to construct and test palaeoclimatic time-series to describe natural variability of the climate system;

(iii) *regional patterns* of climate change:

- land-surface processes and their link to atmospheric processes;
- coupling of scales between global climate models and regional and smaller scale models;
- simulations with higher resolution climate models.

The research activities for each objective are strongly interconnected. Such research is and needs to be conducted by individual investigators in a variety of institutions, as well as by co-ordinated international efforts which pool national resources and talents in order to more efficiently engage in large-scale integrated field and modelling programmes to advance our understanding.

## References

**IPCC**, (Intergovernmental Panel on Climate Change) 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.). Cambridge University Press, Cambridge, UK, 198 pp.

**IPCC**, 1994: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios,* J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.). Cambridge University Press, Cambridge, UK, 339 pp.

**IPCC WGII**, 1995: *Climate Change 1995-Impacts, Adaptations and Mitigations of Climate Change: Scientific-Technical Analyses*: *The Second Assessment Report of the Inter-Governmental Panel on Climate Change.* R.T. Watson, M.C. Zinyowera and R.H. Moss (eds.). Cambridge University Press, New York, USA.

**Glossary**

| | |
|---|---|
| Aerosols | Airborne particles. The term has also come to be associated, erroneously, with the propellant used in "aerosol sprays". |
| Climate change (FCCC usage) | A change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods. |
| Climate change (IPCC usage) | Climate change as referred to in the observational record of climate occurs because of internal changes within the climate system or in the interaction between its components, or because of changes in external forcing either for natural reasons or because of human activities. It is generally not possible clearly to make attribution between these causes. Projections of future climate change reported by IPCC generally consider only the influence on climate of anthropogenic increases in greenhouse gases and other human-related factors. |
| Climate sensitivity | In IPCC reports, climate sensitivity usually refers to the long-term (equilibrium) change in global mean surface temperature following a doubling of atmospheric $CO_2$ (or equivalent $CO_2$) concentration. More generally, it refers to the equilibrium change in surface air temperature following a unit change in radiative forcing ($°C/Wm^{-2}$). |
| Diurnal temperature range | The difference between maximum and minimum temperature over a period of 24 hours |
| Equilibrium climate experiment | An experiment where a step change is applied to the forcing of a climate model and the model is then allowed to reach a new equilibrium. Such experiments provide information on the difference between the initial and final states of the model, but not on the time-dependent response. |
| Equivalent $CO_2$ | The concentration of $CO_2$ that would cause the same amount of radiative forcing as the given mixture of $CO_2$ and other greenhouse gases. |
| Evapotranspiration | The combined process of evaporation from the Earth's surface and transpiration from vegetation. |
| Greenhouse gas | A gas that absorbs radiation at specific wavelengths within the spectrum of radiation (infrared radiation) emitted by the Earth's surface and by clouds. The gas in turn emits infrared radiation from a level where the temperature is colder than the surface. The net effect is a local trapping of part of the absorbed energy and a tendency to warm the planetary surface. Water vapour ($H_2O$), carbon dioxide ($CO_2$), nitrous oxide ($N_2O$), methane ($CH_4$) and ozone ($O_3$) are the primary greenhouse gases in the Earth's atmosphere. |
| Ice-cap | A dome-shaped glacier usually covering a highland near a water divide. |
| Ice sheet | A glacier more than 50,000 $km^2$ in area forming a continuous cover over a land surface or resting on a continental shelf. |

| Radiative forcing | A simple measure of the importance of a potential climate change mechanism. Radiative forcing is the perturbation to the energy balance of the Earth-atmosphere system (in $Wm^{-2}$) following, for example, a change in the concentration of carbon dioxide or a change in the output of the Sun; the climate system responds to the radiative forcing so as to re-establish the energy balance. A positive radiative forcing tends to warm the surface and a negative radiative forcing tends to cool the surface. The radiative forcing is normally quoted as a global and annual mean value. A more precise definition of radiative forcing, as used in IPCC reports, is the perturbation of the energy balance of the surface-troposphere system, after allowing for the stratosphere to re-adjust to a state of global mean radiative equilibrium (see Chapter 4 of IPCC (1994)). Sometimes called "climate forcing". |
|---|---|
| Spatial scales | continental    $10 - 100$ million square kilometres ($km^2$)<br>regional       100 thousand – 10 million $km^2$<br>local          less than 100 thousand $km^2$ |
| Soil moisture | Water stored in or at the continental surface and available for evaporation. In IPCC (1990) a single store (or "bucket") was commonly used in climate models. Today's models which incorporate canopy and soil processes view soil moisture as the amount held in excess of plant "wilting point". |
| Stratosphere | The highly stratified and stable region of the atmosphere above the troposphere (*qv.*) extending from about 10 km to about 50 km. |
| Thermohaline circulation | Large scale density-driven circulation in the oceans, driven by differences in temperature and salinity. |
| Transient climate experiment | An analysis of the time-dependent response of a climate model to a time-varying change of forcing. |
| Troposphere | The lowest part of the atmosphere from the surface to about 10 km in altitude in mid-latitudes (ranging from 9 km in high latitudes to 16 km in the tropics on average) where clouds and "weather" phenomena occur. The troposphere is defined as the region where temperatures generally decrease with height. |

# 1

# The Climate System: an overview

K.E. TRENBERTH, J.T. HOUGHTON, L.G. MEIRA FILHO

# CONTENTS

1.1  **Climate and the Climate System**                              55

1.2  **The Driving Forces of Climate**                               56
    1.2.1  The Global Energy Balance                           56
    1.2.2  The Greenhouse Effect                               57
    1.2.3  Mars and Venus                                      58
    1.2.4  Spatial Structure of Climate and Climate Change     59

1.3  **Anthropogenic Climate Change**                                59
    1.3.1  The Enhanced Greenhouse Effect                      59
    1.3.2  Effects of Aerosols                                 60

1.4  **Climatic Response**                                           60
    1.4.1  Feedbacks                                           60
    1.4.2  The Role of the Oceans                              61
    1.4.3  The Role of Land                                    61

1.5  **Observed Climate Change**                                     61

1.6  **Prediction and Modelling of Climate Change**                  62
    1.6.1  Climate Models                                      62
    1.6.2  Climate Predictability                              62
    1.6.3  Climate Projections                                 63

    **References**                                              64

## 1.1 Climate and the Climate System

Changes in climate, whether from natural variability or anthropogenic causes and over a range of time-scales, can be identified and studied from different climate variables. Because humans live in and breathe the atmosphere it is natural to focus on the atmospheric changes where phenomena and events are loosely divided into the realms of "weather" and "climate". The large fluctuations in the atmosphere from hour-to-hour or day-to-day constitute the weather; they occur as weather systems move, develop, evolve, mature and decay as forms of atmospheric turbulence. These weather systems arise mainly from atmospheric instabilities and their evolution is governed by non-linear "chaotic" dynamics, so that they are not predictable in an individual deterministic sense beyond a week or two into the future.

Climate is usually defined to be average weather, described in terms of the mean and other statistical quantities that measure the variability over a period of time and possibly over a certain geographical region. Climate involves variations in which the atmosphere is influenced by and interacts with other parts of the climate system, and

"external" forcings. The internal interactive components in the climate system (Figure 1.1) include the atmosphere, the oceans, sea ice, the land and its features (including the vegetation, albedo, biomass, and ecosystems), snow cover, land ice (including the semi-permanent ice sheets of Antarctica and Greenland and glaciers), and hydrology (including rivers, lakes and surface and subsurface water). The greatest variations in the composition of the atmosphere involve water in various phases in the atmosphere, as water vapour, clouds containing liquid water and ice crystals, and hail. However, other constituents of the atmosphere and the oceans can also change thereby bringing in considerations of atmospheric chemistry, marine biogeochemistry, and land surface exchanges.

The components normally regarded as external to the system include the Sun and its output, the Earth's rotation, Sun-Earth geometry and the slowly changing orbit, the physical components of the Earth system such as the distribution of land and ocean, the geographic features on the land, the ocean bottom topography and basin configurations, and the mass and basic composition of the atmosphere and ocean. These components determine the



**Figure 1.1:** Schematic view of the components of the global climate system (bold), their processes and interactions (thin arrows) and some aspects that may change (bold arrows).

mean climate which may vary from natural causes. A change in the average net radiation at the top of the atmosphere due to perturbations in the incident solar radiation or the emergent infrared radiation leads to what is known as radiative forcing of the system. Changes in the incident radiation energy from the Sun or changes in atmospheric composition due to natural events like volcanoes are possible examples. Other external forcings may occur as a result of human activities, such as increases in greenhouse gases. In this report we are particularly concerned with the latter.

Changes in any of the climate system components, whether internal and thus a part of the system, or from the external forcings, cause the climate to vary or to change. Thus climate can vary because of alterations in the internal exchanges of energy or in the internal dynamics of the climate system. For example, El Niño-Southern Oscillation (ENSO) events arise from natural coupled interactions between the atmosphere and the ocean centred in the tropical Pacific. As such they are a part of climate and they lead to large and important systematic variations in weather patterns (events such as floods and droughts) throughout the world from year to year. Often, however, climate is taken to refer to much longer time-scales – the average statistics over a 30-year period is a widespread and long-standing working definition. On these longer time-scales, ENSO events vanish from mean statistics but become strongly evident in the measures of variability: the variances and the extremes. However, the mean climate is also influenced by the variability. These considerations become very important as we develop models of the climate system as tools to predict climate change.

## 1.2 The Driving Forces of Climate

### 1.2.1 The Global Energy Balance

The source of energy which drives the climate is the radiation from the Sun. Much of this energy is in the visible part of the electromagnetic spectrum although some extends beyond the red into the infrared and some extends beyond the violet into the ultraviolet. The amount of energy per second falling on a surface one square metre in area facing the Sun outside the atmosphere is about 1370 W. Because of the spherical shape of the Earth, at any one

---

**Climate Change Definitions**

Although the common definition of climate refers to the average of weather, the definition of the climate system must include the relevant portions of the broader geophysical system which increasingly interacts with the atmosphere as the time period considered increases. For the time-scales of decades to centuries associated with the change of climate due to the effect of enhanced greenhouse warming, the United Nations Framework Convention on Climate Change defines the climate system to be "the totality of the atmosphere, hydrosphere, biosphere and geosphere and their interactions".

The concept of climate change has recently acquired a number of different meanings in the scientific literature and in relevant international fora. There is a simple view that climate change refers to any change of the classical 30-year climatology, regardless of its causes. Often "climate change" denotes those variations due to human interference while "climate variations" refers to the natural variations. Sometimes "climate change" designates variations longer than a certain period. Finally, "climate change" is sometimes taken in the literature to mean climate fluctuations of a global nature, which is an interpretation used in parts of this report and which includes the effects due to human actions, such as the enhanced greenhouse effect, and those due to natural causes such as stratospheric aerosols from volcanic eruptions. One complication with this definition is the anthropogenic changes of climate on a restricted space scale, a good example of which is the heat island phenomenon by which highly urbanised areas may have a mean temperature which is higher than it would otherwise have been.

Nevertheless, for the purposes of the United Nations Convention on Climate Change, the definition of climate change is: "a change of climate which is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and which is in addition to natural climate variability observed over comparable time periods." Further, the Convention considers, for purposes of mitigation measures, only those greenhouse gases which are not controlled by the Montreal Protocol and its Amendments (i.e., ozone-depleting substances such as CFCs and the HCFCs), presumably on the grounds that the latter are covered by a separate international legal instrument. This definition thus introduces the concept of the difference between climate with the effect of human-induced increase in the concentration of greenhouse gases and that which would be realised without such human interference. This point is important scientifically for both detection and prediction because at least one of these climate states has to be modelled.



**Figure 1.2:** The incoming solar radiation (right) illuminates only part of the Earth while the outgoing long-wave radiation is distributed more evenly. On an annual mean basis, the result is an excess of absorbed solar radiation over the outgoing long-wave radiation in the tropics, while there is a deficit at middle to high latitudes (far left), so that there is a requirement for a poleward heat transport in each hemisphere (arrows) by the atmosphere and the oceans. This radiation distribution results in warm conditions in the tropics but cold at high latitudes, and the temperature contrast results in a broad band of westerlies in the extra-tropics of each hemisphere in which there is an embedded jet stream (shown by the "ribbon" arrows) at about 10 km above the Earth's surface. The flow of the jetstream over the different underlying surface (ocean, land, mountains) produces waves in the atmosphere and adds geographic spatial structure to climate. The excess of net radiation at the equator is 68 Wm$^{-2}$ and the deficit peaks at −100 Wm$^{-2}$ at the South Pole and −125 Wm$^{-2}$ at the North Pole; from Trenberth and Solomon (1994).

time half the Earth is in night (Figure 1.2) and the average amount of energy incident on a level surface outside the atmosphere is one quarter of this or 342 Wm$^{-2}$. About 31% of this energy is scattered or reflected back to space by molecules, microscopic airborne particles (known as aerosols) and clouds in the atmosphere, or by the Earth's surface, which leaves about 235 Wm$^{-2}$ on average to warm the Earth's surface and atmosphere (Figure 1.3).

To balance the incoming energy, the Earth itself must radiate on average the same amount of energy back to space (Figure 1.3). It does this by emitting thermal "long-wave" radiation in the infrared part of the spectrum. The amount of thermal radiation emitted by a warm surface depends on its temperature and on how absorbing it is. For

a completely absorbing surface to emit 235 Wm$^{-2}$ of thermal radiation, it would have a temperature of about −19°C. This is much colder than the conditions that actually exist near the Earth's surface where the annual average global mean temperature is about 15°C. However, because the temperature in the troposphere – the lowest 10-15 km of the atmosphere – falls off quite rapidly with height, a temperature of −19°C is reached typically at an altitude of 5 km above the surface in mid-latitudes.

### 1.2.2  The Greenhouse Effect

Some of the infrared radiation leaving the atmosphere originates near the Earth's surface and is transmitted relatively unimpeded through the atmosphere; this is the

*The Climate System: an overview*



**Figure 1.3:** The Earth's radiation and energy balance. The net incoming solar radiation of 342 Wm$^{-2}$ is partially reflected by clouds and the atmosphere, or at the surface, but 49% is absorbed by the surface. Some of that heat is returned to the atmosphere as sensible heating and most as evapotranspiration that is realised as latent heat in precipitation. The rest is radiated as thermal infrared radiation and most of that is absorbed by the atmosphere which in turn emits radiation both up and down, producing a greenhouse effect, as the radiation lost to space comes from cloud tops and parts of the atmosphere much colder than the surface. The partitioning of the annual global mean energy budget and the accuracy of the values are given in Kiehl and Trenberth (1996).

radiation from areas where there is no cloud and which is present in the part of the spectrum known as the atmospheric "window" (Figure 1.3). The bulk of the radiation, however, is intercepted and absorbed by the atmosphere which in turn emits radiation both up and down. The emissions to space occur either from the tops of clouds at different atmospheric levels (which are almost always colder than the surface), or by gases present in the atmosphere which absorb and emit infrared radiation. Most of the atmosphere consists of nitrogen and oxygen (99% of dry air) which are transparent to infrared radiation. It is the water vapour, which varies in amount from 0 to about 2%, carbon dioxide and some other minor gases present in the atmosphere in much smaller quantities which absorb some of the thermal radiation leaving the surface and emit radiation from much higher and colder levels out to space. These radiatively active gases (see Chapter 2 for details) are known as greenhouse gases because they act as a partial blanket for the thermal radiation from the surface and enable it to be substantially warmer than it would

otherwise be, analogous to the effects of a greenhouse. This blanketing is known as the natural greenhouse effect.

Clouds also absorb and emit thermal radiation and have a blanketing effect similar to that of the greenhouse gases. But clouds are also bright reflectors of solar radiation and thus also act to cool the surface. While on average there is strong cancellation between the two opposing effects of short-wave and long-wave cloud radiative forcing (Chapter 4) the net global effect of clouds in our current climate, as determined by space-based measurements, is a small cooling of the surface.

### 1.2.3 Mars and Venus

Similar greenhouse effects also occur on our nearest planetary neighbours, Mars and Venus. Mars is smaller than the Earth and possesses, by Earth's standards, a very thin atmosphere (the pressure at the Martian surface is less than 1% of that on Earth) consisting almost entirely of carbon dioxide which contributes a small but significant greenhouse effect. The planet Venus, by contrast, has a

much thicker atmosphere, largely composed of carbon dioxide, with a surface pressure nearly 100 times that on Earth. The resulting greenhouse effect on Venus is very large and leads to a surface temperature of about 500°C more than it would otherwise be.

### 1.2.4 Spatial Structure of Climate and Climate Change

For the Earth, on an annual mean basis, the excess of solar over outgoing long-wave radiation in the tropics and the deficit at mid- to high latitudes (Figure 1.2) sets up an equator-to-pole temperature gradient that results, with the Earth's rotation, in a broad band of westerlies in each hemisphere in the troposphere. Embedded within the mid-latitude westerlies are large-scale weather systems which, along with the ocean, act to transport heat polewards to achieve an overall energy balance. These weather systems are the familiar migrating cyclones and anticyclones (i.e., low and high pressure systems) and their associated cold and warm fronts.

Because of the land-ocean contrasts and obstacles such as mountain ranges, the mid-latitude westerlies and the embedded jet stream (Figure 1.2) in each hemisphere contain planetary-scale waves. These waves are usually geographically anchored but can change with time as heating patterns change in the atmosphere. A consequence is that anomalies in climate on seasonal-to-annual time-scales typically occur over large geographic regions with surface temperatures both above and below normal in different places. An example for the Northern Hemisphere winter season, December 1993 to February 1994, is shown in Figure 1.4. The strong cold anomaly over north-eastern parts of North America was accompanied by many cold and snowy outbreaks, yet warmer-than-normal conditions prevailed over most of the rest of the hemisphere. Relative to 1951 to 1980, the result was a hemispheric anomaly in surface temperature of +0.2°C. Extensive regions of above and below normal temperatures are the rule, not the exception, as should clearly be expected from the wave motions in the atmosphere. A bout of below average temperatures regionally may not be inconsistent with global warming, just as an interval of above normal temperatures may not indicate global warming.

### 1.3 Anthropogenic Climate Change

Climate can vary for many reasons. In particular, human activities can lead to changes in atmospheric composition and hence radiative forcing through, for instance, the burning of fossil fuels or deforestation, or through processes which increase the number and distribution of aerosols. Altered properties of the surface because of changes in land-use can also give rise to changes in climate. It is especially these effects due to human activities with which we are concerned in this report.

### 1.3.1 The Enhanced Greenhouse Effect

The amount of carbon dioxide in the atmosphere has increased by more than 25% in the past century and since the beginning of the industrial revolution, an increase which is known to be in large part due to combustion of fossil fuels and the removal of forests (Chapter 2). In the absence of controls, projections are that the future rate of increase in carbon dioxide amount may accelerate and concentrations could double from pre-industrial values within the next 50 to 100 years (IPCC, 1994).

The increased amount of carbon dioxide is leading to climate change and will produce, on average, a global warming of the Earth's surface because of its enhanced greenhouse effect – although the magnitude and significance of the effects are not yet fully resolved. If, for instance, the amount of carbon dioxide in the atmosphere were suddenly doubled, but with other things remaining the same, the outgoing long-wave radiation would be reduced by about 4 Wm$^{-2}$. To restore the radiative balance, the



**Figure 1.4:** The anomalies in surface temperature over the Northern Hemisphere for the winter of December 1993 to February 1994 relative to the mean for 1951 to 1980. Temperature anomalies exceeding 1°C are stippled and those below −1°C are hatched. The spatial structure seen here is inherent in the atmospheric dynamics and regions of below-normal temperatures should be expected even in the presence of an overall mean that is 0.2°C above normal. Data courtesy of David Parker.

*The Climate System: an overview*

atmosphere must warm up and, in the absence of other changes, the warming at the surface and throughout the troposphere would be about 1.2°C. However, many other factors will change, and various feedbacks come into play (see Section 1.4.1), so that the best estimate of the average global warming for doubled carbon dioxide is 2.5°C (IPCC, 1990). Such a change is very large by historical standards and would be associated with major climate changes around the world.

Note that if the carbon dioxide were removed from the atmosphere altogether, the change in outgoing radiation would be about 30 Wm$^{-2}$ – 7 or 8 times as big as the change for doubling – and the magnitude of the temperature change would be similarly enhanced. The reason is that the carbon dioxide absorption is saturated over part of the spectral region where it absorbs, so that the amount of absorption changes at a much smaller rate than the concentration of the gas (Chapter 2). If concentrations of carbon dioxide are more than doubled, then the relationship between radiative forcing and concentration is such that each further doubling provides a further radiative forcing of about 4 Wm$^{-2}$.

Several other greenhouse gases are also observed to be increasing in concentration in the atmosphere because of human activities (especially biomass burning, landfills, rice paddies, agriculture, animal husbandry, fossil fuel use and industry). These include methane, nitrous oxide, and tropospheric ozone, and they tend to reinforce the changes in radiative forcing from increased carbon dioxide (Chapter 2). The human-introduced chlorofluorocarbons (CFCs) also produce a greenhouse effect although offset somewhat by the observed decreases in lower stratospheric ozone since the 1970s, caused principally by the CFCs and halons (IPCC, 1994).

### 1.3.2 Effects of Aerosols

Human activities also affect the amount of aerosol in the atmosphere which influences climate in other ways. The main direct effect of aerosols is the scattering of some solar radiation back to space, which tends to cool the Earth's surface. Some aerosols can also influence the radiation budget by directly absorbing solar radiation leading to local heating of the atmosphere and, to a lesser extent, by absorbing and emitting thermal radiation. A further influence of aerosols is that many of them act as nuclei on which cloud droplets condense. A changed concentration therefore tends to affect the number and size of droplets in a cloud and hence alters the reflection and the absorption of solar radiation by the cloud.

Aerosols occur in the atmosphere from natural causes; for instance, they are blown off the surface of deserts or dry regions. The eruption of Mt. Pinatubo in the Philippines in June 1991 added considerable amounts of aerosol to the stratosphere which, for about two years, scattered solar radiation leading to a loss of radiation at the surface and a cooling there. Human activities contribute to aerosol particle formation mainly through injection of sulphur dioxide into the atmosphere (which contributes to acid rain) particularly from power stations, and through biomass burning.

Because human-made aerosols typically remain in the atmosphere for only a few days they tend to be concentrated near their sources such as industrial regions. The radiative forcing therefore possesses a very strong regional pattern (Chapters 2, 6 and 8), and the presence of aerosols adds further complexity to possible climate change as it can help mask, at least temporarily, any global warming arising from increased greenhouse gases. However, the aerosol effects do not cancel the global-scale effects of the much longer-lived greenhouse gases, and significant climate changes can still result.

## 1.4 Climatic Response

### 1.4.1 Feedbacks

The increases in greenhouse gases in the atmosphere and changes in aerosol content produce a change in the radiative forcing (Chapter 2). The determination of the climatic response to this change in forcing is complicated by feedbacks. Some of these can amplify the original warming (positive feedback) while others serve to reduce it (negative feedback) (Chapter 4). An example of the former is water vapour feedback in which the amount of water vapour in the atmosphere increases as the Earth warms and, because water vapour is an important greenhouse gas, it will amplify the warming. However, increases in cloud may act either to amplify the warming through the greenhouse effect of clouds or reduce it by the increase in albedo (which measures reflectivity); which effect dominates depends on the height and type of clouds and varies greatly with geographic location and time of year. Ice-albedo feedback is another potentially important process that may lead to amplification of temperature changes in high latitudes. It arises because decreases in sea ice, which has high albedo, decrease the radiation reflected back to space and thus produces warming which may further decrease the sea ice extent. However, increased open water may lead to more atmospheric water vapour and increased fog and low cloud amount, offsetting the change in surface albedo.

There are a number of feedbacks involving the biosphere which are especially important when considering details of

the carbon cycle and the impacts of climate change. The behaviour of ecosystems on the surface of the Earth (Chapter 9) and biogeochemical processes within the oceans (Chapters 2 and 10) are greatly influenced by changes in atmospheric composition and climate. The availability of surface water and the use of the Sun's energy in photosynthesis and transpiration in plants influence the uptake of carbon dioxide from the atmosphere as plants transform the carbon and water into usable food. Changes in vegetation affect surface albedo, evapotranspiration and roughness. Much remains to be learned about these feedbacks and their possible influences on predictions of future carbon dioxide concentrations and climate, and models used for future projections have not yet incorporated them.

### 1.4.2 The Role of the Oceans

The oceans cover 70% of the Earth's surface and through their fluid motions, their high heat capacity, and their ecosystems they play a central role in shaping the Earth's climate and its variability. Wind stress at the sea surface drives the large-scale ocean circulation in its upper layers. Water vapour, evaporated from the ocean surface, provides latent heat energy to the atmosphere. The ocean circulation is an effective means of redistributing heat and fresh water around the globe. The oceans store heat, absorbed at the surface, for varying durations and release it in different places thereby ameliorating temperature changes over nearby land and contributing substantially to the variability of climate on many time-scales. Additionally, the ocean thermohaline[1] circulation allows water from the surface to be carried into the deep ocean where it is isolated from atmospheric influence and hence it may sequester heat for periods of a thousand years or more. The oceans absorb carbon dioxide and other gases and exchange them with the atmosphere in ways that alter with ocean circulation and climate variability. In addition, it is likely that marine biotic responses to climate change will result in feedbacks (Chapter 10).

Any study of the climate and how it might change must include an adequate description of processes in the ocean (Chapter 4) together with the coupling between the ocean and the atmosphere (Chapter 6).

### 1.4.3 The Role of Land

The heat penetration into land associated with the annual cycle of surface temperature is limited to about the uppermost 2 m and the heat capacity of land is much less

than that of a comparable depth of ocean. Accordingly, land plays a much smaller role in the storage of heat. A consequence is that the surface air temperature changes over land occur much faster and are much larger than over the oceans for the same heating and, because we live on land, this directly affects human activities. The land surface encompasses an enormous variety of topographical features and soils, differing slopes (which influence runoff and radiation received) and water capacity. The highly heterogeneous vegetative cover is a mixture of natural and managed ecosystems that vary on very small spatial scales. Changes in soil moisture affect the disposition of heat and whether it results in sensible heating or evapotranspiration (and subsequently latent heating) and changes in vegetation alter the albedo, roughness, and evapotranspiration. The land surface and its ecosystems play an important role in the carbon cycle (Chapter 9), the hydrological cycle and in surface exchanges of trace gases. Currently, many of these land surface processes are only crudely represented in global climate models.

## 1.5 Observed Climate Change

Given that climate change is expected from anthropogenic effects, what have the observed changes been? Because the high quality of much-needed long time-series of observations is often compromised, special care is required in interpretation. Most observations have been made for other purposes, such as weather forecasting, and therefore typically suffer from changes in instrumentation, exposure, measurement techniques, station location and observation times, and there have been major changes in the distribution and numbers of observations. Adjustments must be devised to take into account all these influences in estimating the real changes that have occurred. For the more distant past, proxy data from climate-sensitive phenomena, such as from tree rings, ice cores, coral cores, and pollen in marine sediments are used.

Questions of how the climate has varied in the past, whether there has been recent warming and the structure of climate change in three dimensions are addressed in Chapter 3. Analysis of observations of surface temperature show that there has been a global mean warming of 0.3 to 0.6°C over the past one hundred years. The observed trend of a larger increase in minimum than maximum temperatures is apparently linked to associated increases in low cloud amount and aerosol as well as to the enhanced greenhouse effect (Chapters 3 and 4). There is good evidence for decadal changes in the atmospheric circulation which contribute to regional effects, and some

---

1 The circulation driven by changes in sea water density arising from temperature (thermal) or salinity (haline) effects.

evidence for ocean changes. Changes in precipitation and other components of the hydrological cycle vary considerably geographically. Changes in climate variability and extremes are beginning to emerge, but global patterns are not yet apparent.

Changes in climate have occurred in the distant past as the distribution of continents and their landscapes have changed, as the so-called Milankovitch changes in the orbit of the Earth and the Earth's tilt relative to the ecliptic plane have varied the insolation received on Earth, and as the composition of the atmosphere has changed, all through natural processes. Recent new evidence from ice cores drilled through the Greenland ice sheet have indicated that changes in climate may often have been quite rapid and large, and not associated with any known external forcings. Understanding the spatial scales of this variability and the processes and mechanisms involved is very important as it seems quite possible that strong nonlinearities may be involved. These may result in large changes from relatively small perturbations by provoking positively reinforcing feedback processes in the internal climate system. Changes in the thermohaline circulation in the Atlantic Ocean are one way such abrupt changes might be realised (Chapters 4 and 6). An important question therefore is whether there might be prospects for major surprises as the climate changes.

Rates of change of radiative forcing induced by human activities are exceedingly rapid compared with the historical record. This raises questions about how, for instance, surface ecosystems might adapt to such change (Chapter 9).

## 1.6 Prediction and Modelling of Climate Change

To quantify the response of the climate system to changes in forcing it is essential to account for all the complex interactions and feedbacks among the climate system components (Figure 1.1). It is not possible to do this reliably using empirical or statistical models because of the complexity of the system, and because the possible outcomes may go well beyond any conditions ever experienced previously. Instead the response must be found using numerical models of the climate system based upon sound well-established physical principles.

### 1.6.1 Climate Models

Global climate models include as central components atmospheric and oceanic general circulation models (GCMs), as well as representations of land surface processes, sea ice and all other processes indicated in Figure 1.1. Models and their components are based upon

physical laws represented by mathematical equations that describe the atmospheric and oceanic dynamics and physics. These equations are solved numerically at a finite resolution using a three-dimensional grid over the globe. Typical resolutions used for climate simulations in 1995 are about 250 km in the horizontal and 1 km in the vertical in atmospheric GCMs. As a result, many physical processes cannot be properly resolved but their average effects must be included through a parametric representation (called parametrization) that is physically based (Chapter 4).

An essential component of climate models is the description of the interactions among the different components of the climate system. Of particular importance is the coupling between the two fluid components, the atmosphere and the ocean. Ensuring this is adequately simulated is one of the greatest challenges in climate modelling (Chapter 4). A frontier and future research challenge is to bring more complete chemistry, biology, and ecology into the climate system models (Chapters 9, 10, and 11) and to improve the representation of physical processes. Once validated, these models will become valuable tools for advancing our understanding and quantifying and reducing the uncertainty in future predictions.

Comprehensive climate models are very complex and take large computer resources to run. To explore all the possible scenarios and the effects of assumptions or approximations in parameters in the model more thoroughly, simpler models are also widely used and are constructed to give similar results to the GCMs when globally averaged (Chapter 6).

### 1.6.2 Climate Predictability

An important and fundamental question concerns the extent to which the climate is predictable; i.e., are there climate "signals" large enough to be distinguished from the "noise" of natural variability that may be potentially predictable. Reliable weather forecasts can be made using atmospheric GCMs for periods up to ten days (Chapter 5), beyond which time detailed predictability is lost because of the dominance of chaotic dynamics in weather systems. For some parts of the world, however, some predictability exists for statistical averages of weather (i.e., the climate) up to a year or so ahead. Such predictability is largely due to the influence of the patterns of sea surface temperatures on the atmosphere. El Niño events provide the dominant example. Prediction of changes in sea surface temperatures in turn requires that climate models be able to adequately simulate the coupling between ocean and atmosphere.

Case No. 1:20-cv-02484-MSK Document 83-1 filed 05/06/21 USDC Colorado pg 466 of 584

The predictability considered so far concerns the internal variability. Climate changes arising from changes in external forcing can also be predictable, as is evidenced from several sources. Firstly, there is the mean annual cycle which climate models simulate very well. Secondly, there is the existence of the regularities observed in past climates which were forced by changes in the distribution of solar radiation arising from the variations in the geometry of the Sun-Earth orbit. Models show some success in simulating these past climates. Thirdly, there is the success of climate models in simulating the changes due to the effects of stratospheric aerosols from the Mt. Pinatubo volcanic eruption. In addition, there is the evidence provided by the performance of the models themselves in simulating the effects of hypothetical situations, such as changes in solar radiation; the resulting climate changes are largely reproducible and thus potentially predictable.

Predictability is a function of spatial scales. Atmospheric variability arising from internal instabilities is huge on small scales; it is mainly the variability on larger scales influenced by the interactions of the atmosphere with other parts of the climate system that is predictable. Figure 1.5 shows the natural variability of the annual mean surface temperature on several different spatial scales from a climate model simulation for 200 years. The vertical scale is the same on all three plots, and the standard deviation goes from 0.1°C for the Southern Hemisphere to 0.5°C for Australia to 0.8°C for a grid square with sides about 500 km in south-east Australia. This example highlights the much greater natural variability that can be experienced on smaller scales which makes detection of the small systematic signal, such as might arise from enhanced global mean greenhouse forcing, much more difficult to achieve on regional scales.

### *1.6.3 Climate Projections*

When a model is employed for climate prediction it is first run for many simulated decades without any changes in external forcing in the system. The quality of the simulation can then be assessed by comparing the mean, the annual cycle and the variability statistics on different time-scales with observations of the climate. In this way the model is evaluated (Chapter 5). The model is then run with changes in external forcing, such as with a possible future profile of greenhouse gas concentrations (Chapter 2). The differences between the climate statistics in the two simulations provide an estimate of the accompanying climate change (Chapter 6).

A long-term change in global mean surface air temperature arising from a doubling of carbon dioxide is

**Figure 1.5:** Annual-average surface air temperature (°C) from a 200-year integration of a coupled atmosphere-ocean model from the Geophysical Fluid Dynamics Laboratory run at low resolution of about 500 km spacing. The model is in statistical equilibrium and has no trends in climate forcing applied. The three panels show results for (a) the Southern Hemisphere, (b) Australia, and (c) a grid box in south-east Australia. (Courtesy J. Mahlman, S. Manabe, T. Delworth and R. Stouffer).

*The Climate System: an overview*

often used as a benchmark to compare models and as an indication of the climate sensitivity of the models. The range of results is typically an increase of 1.5° to 4.5°C. However, the concentrations of greenhouse gases will not level off at doubling and the regional patterns of climate change depend significantly on the time dependence of the change in forcing. It is important, therefore, to make future projections using plausible evolving scenarios of anthropogenic forcing so that the response of the climate to the forcing is properly simulated.

Accordingly, the focus of Chapter 6 is on projections of future climate using possible scenarios of greenhouse gas and aerosol emissions. Because of uncertainties in the scenarios, it is worth noting that these outlooks are not predictions so much as climate change estimates which can be used to assess possible impacts on the environment and society (IPCC Working Group II), such as the changes in sea level (Chapter 7), and for planning and policy purposes (IPCC Working Group III). However, definitive projections of possible local climate changes, which are most needed for assessing impacts, are the most challenging to do with any certainty. Further, it is desirable to examine and evaluate the past observational record by running models forced with realistic radiative forcing. It is in this way that it may be possible to attribute the observed changes to particular changes in forcing, such as from volcanic or solar origins, and to achieve detection of the

effects of human activities and specifically the effects from increases in aerosols and greenhouse gases (Chapter 8).

The models used in climate projections are valuable tools for helping to quantify possible outcomes under various scenarios. They are used with the observations and all the other evidence to make the best assessments possible. The models are still undergoing development and their capabilities will improve in the future as past and new observations are analysed and improved understanding is obtained.

## References

**IPCC** (Intergovernmental Panel on Climate Change), *1990: Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1994*: Climate Change 1994. Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios*. J.T. Houghton, L.G. Meira Filho, J. Bruce, H. Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds). Cambridge University Press, Cambridge, UK, 339 pp.

**Kiehl**, J.T. and K.E. Trenberth, 1996: Earth's annual global mean energy budget. *Bull. Am. Met. Soc.* (submitted).

**Trenberth**, K.E. and A. Solomon, 1994: The Global Heat Balance: Heat transports in the atmosphere and ocean. *Clim. Dyn.*, **10**, 107–134.

# 2

# Radiative Forcing of Climate Change

D. SCHIMEL, D. ALVES, I. ENTING, M. HEIMANN,
F. JOOS, D. RAYNAUD, T. WIGLEY (2.1)
M. PRATHER, R. DERWENT, D. EHHALT, P. FRASER,
E. SANHUEZA, X. ZHOU (2.2)
P. JONAS, R. CHARLSON, H. RODHE, S. SADASIVAN (2.3)
K.P. SHINE, Y. FOUQUART, V. RAMASWAMY,
S. SOLOMON, J. SRINIVASAN (2.4)
D. ALBRITTON, R. DERWENT, I. ISAKSEN, M. LAL, D. WUEBBLES (2.5)

Contributors:
*F. Alyea, T.L. Anderson, M. Andreae, D. Blake, O. Boucher, C. Brühl, J. Butler,*
*D. Cunnold, J. Dignon, E. Dlugokencky, J. Elkins, I. Fung, M. Geller, D. Hauglustaine,*
*J. Haywood, J. Heintzenberg, D. Jacob, A. Jain, C.D. Keeling, S. Khmelevtsov,*
*H. Le Treut, J. Lelieveld, I. Levin, M. Maiss, G. Marland, S.F. Marshall, P. Midgley,*
*B. Miller, J.F.B. Mitchell, S Montzka, H. Nakane, P. Novelli, B. O'Neill, D. Oram,*
*S. Penkett, J.E. Penner, S. Pinnock, R. Prinn, P. Quay, A. Robock, S.E. Schwartz,*
*P. Simmonds, A. Slingo, F. Stordal, E. Sulzman, P. Tans, A. Wahner, R. Weiss, T. Whorf*

# CONTENTS

Summary                                                                69

Introduction                                                           75

2.1 CO₂ and the Carbon Cycle                                           76
    2.1.1  Introduction                                                76
    2.1.2  Atmospheric CO₂ Concentrations and the
           Status of the CO₂ Growth Rate Anomaly                       80
    2.1.3  Concentration Projections and Stabilisation
           Calculations                                                82
           2.1.3.1  Effects of carbon cycle model
                    recalibration                                      83
           2.1.3.2  Effects of uncertainties in deforestation
                    and CO₂ fertilisation                              84
    2.1.4  Bomb Lifetime vs. Perturbation Lifetime                     85
    2.1.5  Recent Bomb Radiocarbon Results and their
           Implication for Oceanic CO₂ Uptake                         86

2.2 Other Trace Gases And Atmospheric Chemistry                       86
    2.2.1  Introduction                                               86
    2.2.2  Atmospheric Measurements and their Implications            87
           2.2.2.1  Methane                                           87
           2.2.2.2  Nitrous oxide                                     88
           2.2.2.3  Halocarbons                                       88
           2.2.2.4  Other perhalogenated species                     90
           2.2.2.5  Tropospheric ozone                                90
           2.2.2.6  Stratospheric ozone                               90
           2.2.2.7  Stratospheric water vapour                        91
           2.2.2.8  Carbon monoxide                                   91
    2.2.3  Chemical Lifetimes and Budgets                             91
           2.2.3.1  The methane budget                                94
           2.2.3.2  The tropospheric ozone and hydroxyl
                    radical budget                                    95
           2.2.3.3  Aircraft and ozone                                96
    2.2.4  IS92 Scenarios                                             96

2.3 Aerosols                                                         103
    2.3.1  Summary of 1994 Report and Areas of
           Development                                               103
    2.3.2  Modelling of Tropospheric Aerosol
           Distributions                                             105
    2.3.3  Optical Characteristics of Aerosols                       106
    2.3.4  Influence of Aerosols on Clouds                           107

2.4 Radiative Forcing                                                108
    2.4.1  Greenhouse gases                                          109
           2.4.1.1  Halocarbon radiative forcing                     109
           2.4.1.2  Radiative forcing due to stratospheric
                    ozone changes                                    109
           2.4.1.3  Impact of ozone depletion on other
                    radiatively active species                       111
           2.4.1.4  Other climate-chemistry interactions             111
    2.4.2  Tropospheric Aerosols                                     112
           2.4.2.1  Direct forcing due to sulphate aerosols
                    resulting from fossil fuel emissions and
                    smelting                                         112
           2.4.2.2  Soot aerosols                                    113
           2.4.2.3  Other aerosol types and sources                  114
           2.4.2.4  Effect of aerosols on cloud properties           114
    2.4.3  Stratospheric Aerosols                                    115
    2.4.4  Solar Variability                                         115
    2.4.5  Summary                                                   118

2.5 Trace Gas Radiative Forcing Indices                              118
    2.5.1  Introduction                                              118
    2.5.2  Net GWPs for Ozone-Depleting Gases                        120
    2.5.3  Updated GWPs For Other Gases                              122
    2.5.4  Recent Studies Relating to the Challenges in
           Calculating GWPs for Some Chemical Species                122

References                                                          124

# SUMMARY

Climate change can be driven by changes in the atmospheric concentrations of a number of radiatively active gases and aerosols. We have clear evidence that human activities have affected concentrations, distributions and life cycles of these gases. These matters, discussed in this chapter, were assessed at greater length in IPCC WGI report "Radiative Forcing of Climate Change" (IPCC 1994). The following summary contains some material more fully discussed in IPCC (1994): bullets containing significant new information are marked "***"; those containing information which has been updated since IPCC (1994) are marked "**"; and those which contain information which is essentially unchanged since IPCC (1994) are marked "*".

### Carbon dioxide (CO₂)

* Carbon dioxide concentrations have increased by almost 30% from about 280 ppmv in the late 18th century to 358 ppmv in 1994. This increase is primarily due to combustion of fossil fuel and cement production, and to land-use change. During the last millennium, a period of relatively stable climate, concentrations varied by about ±10 ppmv around the pre-industrial value of 280 ppmv. On the century time-scale these fluctuations were far less rapid than the change observed over the 20th century.

*** The growth rate of atmospheric $CO_2$ concentrations over the last few years is comparable to, or slightly above, the average of the 1980s (~1.5 ppmv/yr). On shorter (interannual) time-scales, after a period of slow growth (0.6 ppmv/yr) spanning 1991 to 1992, the growth rate in 1994 was higher (~2 ppmv/yr). This change in growth rate is similar to earlier short time-scale fluctuations, which reflect large but transitory perturbations of the carbon system. Isotope data suggest that the 1991 to 1994 fluctuations resulted from natural variations in the exchange fluxes between the atmosphere and both the land biota and the ocean, possibly partly induced by interannual variations in climate.

*** As well as the issue of natural fluctuations discussed above, other issues raised since IPCC (1994) have been addressed. There are some unresolved concerns about the $^{14}C$ budget which may imply that previous estimates of the atmosphere-to-ocean flux were slightly too high. However, the carbon budget remains within our previously quoted uncertainties and the implications for future projections are minimal. Suggestions that the observed decay of bomb-$^{14}C$ implies a very short atmospheric lifetime for $CO_2$ result from a mis-understanding of reservoir lifetimes. Current carbon cycle modelling is based on principles that have been well-understood since the 1950s and correctly accounts for the wide range of reservoir time-scales that affect atmospheric concentration changes.

** The major components of the anthropogenic perturbation to the atmospheric carbon budget, with estimates of their magnitudes over the 1980s, are: (a) emissions from fossil fuel combustion and cement production (5.5 ± 0.5 GtC/yr); (b) atmospheric increase (3.3 ± 0.2 GtC/yr); (c) ocean uptake (2.0 ± 0.8 GtC/yr); (d) tropical land-use changes (1.6 ± 1.0 GtC/yr); and (e) Northern Hemisphere forest regrowth (0.5 ± 0.5 GtC/yr). Other potential terrestrial sinks include enhanced terrestrial carbon storage due to $CO_2$ fertilisation (0.5–2.0 GtC/yr) and nitrogen deposition (0.2–1.0 GtC/yr), and possibly response to climatic anomalies. The latter is estimated to be a sink of 0–1.0 GtC/yr over the 1980s, but this term could be either a sink or a source over other periods. This budget is changed from IPCC (1994) by a small adjustment (from 3.2 to 3.3 GtC/yr) to the atmospheric rate of increase and a corresponding decrease in "other terrestrial sinks" from 1.4 to 1.3 GtC/yr.

* In IPCC (1994) calculations of future $CO_2$ concentrations and emissions from 18 different carbon cycle models were presented based on the IPCC (1992) carbon budget. Concentrations were derived for the IS92 emission scenarios. Future $CO_2$ emissions were derived leading to

stable $CO_2$ concentration levels at 350, 450, 550, 650 and 750 ppmv. Inter-model differences varied with time and were up to $\pm 15\%$ about the median value. Biogeochemical (apart from $CO_2$ fertilisation) and climate feedbacks were not included in these calculations. The results showed that in order for atmospheric concentrations to stabilise at 750 ppmv or below, anthropogenic emissions must eventually fall well below today's levels. Stabilisation of emissions at 1990 levels is not sufficient to stabilise atmospheric $CO_2$: if anthropogenic emissions are held constant at 1990 levels, modelled atmospheric concentrations of $CO_2$ continue to increase throughout the next century and beyond.

*** These calculations have been re-run based on the revised IPCC (1994) carbon budget discussed above. These changes result in higher concentration projections by 15 ppmv (IS92c) to 40 ppmv (IS92e) in the year 2100. In terms of radiative forcing, the additional amounts in the year 2100 are 0.2–0.3 $Wm^{-2}$. Emissions requirements to achieve stabilisation are correspondingly reduced by up to about 10%. These changes are within the overall uncertainties in the calculations.

*** The implied future $CO_2$ emissions were calculated for additional cases to investigate the effect of lower reductions in $CO_2$ emissions in the early years by using $CO_2$ concentration profiles which closely followed the IS92a emission scenario for 10–30 years after 1990. Concentrations stabilised at the same date and levels as in the earlier scenarios, *viz* 350, 450, 550, 650 and 750 ppmv. Stabilisation at 1000 ppmv, above the range previously examined, was also investigated. These new calculations, while not necessarily spanning the full range of future emission options, still show the same characteristic long-term emissions behaviour as found previously; namely an eventual decline to emissions well below present levels.

*Methane ($CH_4$)*
** The atmospheric methane concentration increased from about 700 ppbv in pre-industrial times to 1721 ppbv in 1994.

** Over the last 20 years, there has been a decline in the methane growth rate: in the late 1970s the concentration was increasing at about 20 ppbv/yr; during the 1980s the growth rate dropped to 9–13 ppbv/yr. Around the middle of 1992, methane concentrations briefly stopped growing, but since 1993 the global growth rate has returned to about 8 ppbv/yr. Several causes for the anomaly in 1992/93 have been proposed, but none is individually able to explain all the observations.

*** The loss of methane through reaction with tropospheric hydroxyl radical, the main sink of $CH_4$, is 11% faster than recommended in IPCC (1994) owing to an improved estimate of the concentration of methyl chloroform in the atmosphere. The new recommendation for the $CH_4$ turnover time, 8.6yr (which includes tropospheric OH, stratospheric loss and uptake by soils), results in an inferred global loss of 560 $\pm$ 100 $Tg(CH_4)$/yr.

** Methane has clearly identified chemical feedbacks. Addition of $CH_4$ to the atmosphere reduces the concentration of tropospheric hydroxyl radical which can subsequently reduce the rate of $CH_4$ removal, thus lengthening the effective duration of the added $CH_4$ and any derived perturbations (e.g., in tropospheric ozone). Our estimate of the adjustment time for an added pulse of $CH_4$ is 12.2 $\pm$ 3 yr compared with the IPCC (1994) recommendation of 14.5 $\pm$ 2.5 yr that did not include soil sinks and whose estimated uncertainty only included the range in the feedback factors.

** If methane emissions were held constant at 1984–1994 levels (i.e., those sustaining an atmospheric trend of +10 ppbv/yr), $CH_4$ would rise to about 1850 ppbv over the next 40 years, an additional radiative forcing of around +0.05 $Wm^{-2}$. If emissions were cut by about 30 $Tg(CH_4)$/yr (about 8% of current anthropogenic emissions), $CH_4$ concentrations would remain at today's levels. These estimates are reduced from those in IPCC (1994) which were based on the average 1980s trend of 13 ppbv/yr and a longer adjustment time. Estimates of current $CH_4$ emissions are roughly 20–40% from natural sources, 20% from anthropogenic fossil fuel related sources and the remaining 40–60% from other anthropogenic sources.

*Nitrous oxide ($N_2O$)*
* Atmospheric $N_2O$ concentrations have increased from about 275 ppbv in pre-industrial times to 311 ppbv in 1992. The trend during the 1980s was +0.25%/yr with substantial year-to-year variations. This growth rate, 0.8 ppbv/yr, corresponds to an imbalance between sources and sinks of about 3.9 $Tg(N_2O)$/yr. If these emissions were frozen then $N_2O$ levels would rise slowly to about 400 ppbv over the next two centuries, an additional radiative forcing of about 0.3 $Wm^{-2}$. Natural sources are probably twice as large as anthropogenic ones.

*Halogenated compounds*
*** The atmospheric abundance of methyl chloroform ($CH_3CCl_3$) increased steadily by about 4–5%/yr from 1978

until mid-1990, when it levelled off. In 1994 it decreased by about 8%. This was the first reported global decrease in a halocarbon whose emissions are regulated by the Montreal Protocol and its Amendments. The rates of decrease are consistent with the reported phase-out of industrial emissions. Measurements show that the 1993 growth rate of CFC-12 has further declined, and that CFC-11 concentrations peaked at about 265 pptv.

*** Global HCFC-22 levels have continued to grow. The mean concentration in 1994 was approximately 110 pptv, with a growth rate (1992 to 1994) of about 5 pptv/yr. Global abundances of HCFC-142b and -141b are still small, approximately 6 and 2 pptv, respectively. However, they grew by 20% and 65%, respectively, in 1994, presumably in response to their increasing use as CFC substitutes.

*** Perfluorocarbons and sulphur hexafluoride ($SF_6$) are removed very slowly from the atmosphere with estimated lifetimes greater than 1000 years. As a result, effectively all emissions accumulate in the atmosphere and will continue to influence climate for thousands of years. Currently their concentrations and associated radiative forcings are low but they may become significant in the future if emissions continue.

** Hydrofluorocarbons (HFCs) are being used to replace ozone-depleting substances in some applications; their concentrations and radiative impacts are currently negligible. However, with increased use, their contribution to radiative forcing will increase.

*Tropospheric ozone ($O_3$)*
* Model simulations and limited observations together suggest that tropospheric ozone has increased, perhaps doubled, in the Northern Hemisphere since pre-industrial times. In the 1980s, however, the trends were variable, being small or non-existent. At the South Pole, a decrease has been observed, and in the Southern Hemisphere as a whole, there are insufficient measurements to draw strong inferences about long-term changes.

* Uncertainties in the global budget of tropospheric ozone are associated primarily with our lack of knowledge of the distribution of ozone, its short-lived precursors ($NO_x$, hydrocarbons, CO) and atmospheric transport. These uncertainties severely limit our ability to model and predict tropospheric ozone on a global scale. We cannot determine with confidence the relative importance of anthropogenic

sources (principally surface combustion of fossil fuel and biomass, and aircraft) compared to natural sources (lightning, soils, stratospheric input) in controlling the global $NO_x$ distribution.

* The possible increase in tropospheric ozone resulting from emissions of subsonic aircraft cannot currently be calculated with confidence. The resulting radiative effect may be significant, but it is unlikely to exceed the effect of the $CO_2$ from the combustion of aviation fuel, about 3% of current fossil fuel combustion.

*** The IS92 scenarios for emissions of greenhouse and related gases are used to calculate future concentrations of greenhouse gas and aerosol concentrations (and hence radiative forcing) up to 2100. These calculations use a simple model based on current lifetimes, except for $CH_4$ whose lifetime responds to its own increase. Changes in $NO_x$, hydrocarbon and CO emissions (IS92) would be expected to alter tropospheric OH and ozone, but there is no current consensus how to include growth in these emissions. The changes in ozone resulting from the estimated changes in $CH_4$ are calculated.

*Stratospheric ozone ($O_3$)*
* Trends in total column ozone at mid-latitudes in both hemispheres are significant in all seasons (averaging about $-4$ to $-5\%$/decade since 1979) and are largely attributable to increases in halocarbons. Little or no change has occurred in the tropics.

* Unusually low values of total ozone (lower than would be expected from an extrapolation of the 1980s trend) were observed in the 1991 to 1993 period, especially at Northern mid- and high latitudes. Antarctic ozone "holes" in the 1990s have been the most severe on record; for instance, parts of the lower stratosphere contained extremely low amounts of ozone, corresponding to local depletions of more than 99%.

*Aerosols*
* Atmospheric aerosol in the troposphere influences climate in two ways, directly through the scattering and absorption of solar radiation, and indirectly through modifying the optical properties and lifetime of clouds.

* Estimation of tropospheric aerosol radiative forcing is more complex and uncertain than radiative forcing due to the well-mixed greenhouse gases for several reasons. First, both the direct and indirect radiative effect of aerosol

particles depend strongly on particle size and chemical composition and cannot be related to aerosol mass source strengths *in a simple manner*. Second, the indirect radiative effect of aerosols depends on complex processes involving aerosol particles and the nucleation and growth of cloud droplets. Last, aerosols in the lower troposphere have short lifetimes (around a week) and so their spatial distribution is highly inhomogeneous and strongly correlated with their sources.

* Many lines of evidence suggest that anthropogenic aerosol has increased the optical depth (a measure of the direct aerosol effect) over and downwind of industrial regions and that this increase is very large compared with the natural background in these regions. Major contributions to the anthropogenic component of the aerosol optical depth arise from sulphates (produced from sulphur dioxide released as a result of fossil fuel combustion) and from organics released by biomass burning.

*** Preliminary results suggest that a substantial fraction of the soil dust aerosol is subject to influence by human activity.

*** Improvements have been made to models of the distribution of anthropogenic aerosols and these calculations have now been extended to soot aerosols. As a result, more confidence can be placed on the distributions used for calculations of direct aerosol forcing.

* Future concentrations of anthropogenic sulphate aerosols will depend on both fossil fuel use and emission controls. Even if the total global emissions of $SO_2$ were stabilised, there are likely to be major changes in the geographical distribution of the $SO_2$ emissions and, hence, the aerosol concentration, in the 21st century.

### Radiative forcing
* The use of global mean radiative forcing remains a valuable concept for giving a first-order estimate of the potential climatic importance of various forcing mechanisms. However, there are limits to its utility; in particular, the spatial patterns of forcing due to the well-mixed greenhouse gases and tropospheric aerosols are very different, and a comparison of the global mean radiative forcings does not give a complete picture of their possible climatic impact. For example, if the global mean radiative forcing were to be zero due to cancellation of positive and negative forcings from different mechanisms, this cannot be taken to imply the absence of regional-scale or possibly even global climate change.

** Estimates of the radiative forcing due to changes in greenhouse gas concentrations since pre-industrial times remain unchanged from IPCC (1994). These are $+2.45$ $Wm^{-2}$ (with an estimated uncertainty of 15%) for the direct effect of the well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$ and the halocarbons), between $+0.2$ and $+0.6$ $Wm^{-2}$ for tropospheric ozone and $-0.1$ $Wm^{-2}$ (with a factor of two uncertainty) for stratospheric ozone. Chemical feedbacks from stratospheric ozone depletion (i.e., increased UV in the troposphere) have been proposed that could amplify its negative forcing but these are not yet well quantified.

*** The total direct forcing due to tropospheric aerosols (sulphate aerosols, fossil fuel soot and aerosols from biomass burning) is estimated to be $-0.5$ $Wm^{-2}$ (with a factor of two uncertainty). The uncertainty in the direct forcing due to sulphate aerosols resulting from fossil fuel emissions and smelting has been slightly reduced since IPCC (1994) owing to a re-evaluation of the available modelled aerosol spatial distributions; the radiative forcing relative to pre-industrial times is estimated to be $-0.4$ $Wm^{-2}$ (with a factor of two uncertainty). An estimate of $+0.1$ $Wm^{-2}$ (with at least a factor of three uncertainty) is proposed for the radiative forcing due to soot from fossil fuel sources. The direct radiative forcing since 1850 from particles associated with biomass burning remains unchanged from IPCC (1994) at $-0.2$ $Wm^{-2}$ (with a factor of three uncertainty).

** The radiative forcing due to changes in cloud droplet radii (and possible associated changes in cloud water content, amount and thickness) as a result of aerosols arising from human activity (the indirect effect) remains very difficult to quantify, more so than the direct effect. Several new studies support the view that it has caused a negative radiative forcing since pre-industrial times. The estimate from IPCC (1994) is unchanged at between 0 and $-1.5$ $Wm^{-2}$.

** Large volcanic eruptions can significantly increase the aerosol content in the stratosphere and cause a radiative forcing for a few years. For instance, the eruption of Mt. Pinatubo in 1991 caused a transient but large global mean radiative forcing that reached between $-2$ and $-4$ $Wm^{-2}$ for about one year. The uneven distribution of volcanic eruptions during the past century or so means that the transient variations in volcanic forcing may have been

important in some of the observed climate variations on the decadal scale.

\* Extension of current understanding of the relationship between observed changes in solar output and other indicators of solar variability suggests that long-term increases in solar irradiance since the 17th century Maunder Minimum might have been climatically significant. A global mean radiative forcing of a few tenths of a Wm$^{-2}$ since 1850 has been suggested, but uncertainties are large.

### Global Warming Potential (GWP)

\* Policymakers may need a means of estimating the relative radiative effects of the various greenhouse gases. The GWP is an attempt to provide such a measure. The index is defined as the cumulative radiative forcing between the present and some chosen later time "horizon" caused by a unit mass of gas emitted now, expressed relative to some reference gas (here $CO_2$ is used). The future global warming commitment of a greenhouse gas over the reference time horizon is the appropriate GWP multiplied by the amount of gas emitted. For example, GWPs could be used to estimate the effect of a given reduction in $CO_2$ emissions compared with a given reduction in $CH_4$ emissions, for a specified time horizon.

\*\* The set of Global Warming Potentials (GWPs) for greenhouse gases that is presented in this chapter is an update and expansion of that presented in IPCC (1994). Three new gases have been added to the suite of GWPs

presented. The typical uncertainty is $\pm 35\%$ relative to the carbon dioxide reference. The time horizons of the GWPs are 20, 100, and 500 years.

\* GWPs have a number of important limitations and underlying assumptions (see IPCC (1994)). For example, the GWP concept is currently inapplicable to gases and aerosols that are very unevenly distributed, as is the case for tropospheric ozone and aerosols and their precursors. Further, the indices and the estimated uncertainties are intended to reflect global averages only, and do not account for regional effects.

\*\*\* The net GWPs for the ozone-depleting gases, which include the direct "warming" and indirect "cooling" effects, have now been estimated. In IPCC (1994), only the direct GWPs were presented for these gases. The indirect effect reduces their net GWPs: those of the chloroflurocarbons (CFCs) tend to be positive, while those of the halons tend to be negative. The calculation of indirect effects for a number of other gases (e.g., $NO_x$) is not currently possible because of inadequate characterisation of many of the atmospheric processes involved.

\*\*\* Revised lifetimes for gases destroyed by chemical reactions in the lower atmosphere (particularly methane and the CFC substitutes) are based upon a recent reference gas re-calibration, resulting in GWPs that are slightly lower (typically by 10–15%) than those cited in IPCC (1994).

**Introduction**

In 1994, IPCC WGI produced a report entitled "Radiative Forcing of Climate Change". Two main topics were addressed:

(a)    the relative climatic importance of anthropogenically induced changes in the atmospheric concentrations and distribution of different greenhouse gases and aerosols;

(b)    possible routes to stabilisation of greenhouse gas concentrations in the atmosphere.

Each section of this chapter contains a summary and update of the material presented in one of the first 5 chapters of the 1994 report to which the reader is referred for a fuller discussion.

Clear evidence has been presented in past IPCC WGI reports (1990, 1992, 1994) that the atmospheric concentrations of a number of radiatively active gases have increased over the past century as a result of human activity. Most of these trace gases possess strong absorption bands in the infrared region of the spectrum (where energy is emitted and absorbed by the Earth's surface and atmosphere) and they thus act to increase the heat trapping ability of the atmosphere and so drive the climate change considered in this report. The other atmospheric constituents which are important in climate change are aerosols (suspensions of particles in the atmosphere) which tend to exert a cooling effect on the atmosphere.

The relative importance of the various constituents is assessed using the concept of radiative forcing. A change in the concentration of an atmospheric constituent can cause a radiative forcing by perturbing the balance between the net incoming radiation and the outgoing terrestrial radiation. A radiative forcing is defined to be a change in average net radiation (either solar or terrestrial in origin) at the top of the troposphere (the tropopause). As defined here, the incoming solar radiation is not considered a radiative forcing, although a change in the amount of incoming solar radiation would be a radiative forcing. Similarly changes in clouds and water vapour resulting from alterations to the general circulation of the atmosphere are considered to be climate feedbacks (see Chapter 4) rather than radiative forcings. However, changes caused, for example, in clouds through the indirect aerosol effect and in water vapour through the oxidation of methane in the stratosphere, are counted as indirect radiative forcings. Radiative forcing was discussed in detail in IPCC (1994): Section 2.4 contains a summary and update of that material.

The concentration of an atmospheric constituent depends on the size of its sources (emissions into and production within the atmosphere) and sinks (chemical loss in the atmosphere and removal at the Earth's surface). These processes act on different time-scales which, singly and on aggregate, define the various lifetimes of the atmospheric constituent (see box "Definition of Time-scales"). The past changes in the concentrations of the stable gases are relatively well known as they can be found by measuring the concentrations in air bubbles trapped in ice cores in Greenland and Antarctica. The past changes in the concentrations of the less stable gases and of aerosols are harder to quantify.

Estimation of possible future changes in the concentration of an atmospheric constituent requires a quantitative understanding of the processes that remove the constituent, and estimates of its future emissions (and/or atmospheric production). The former is discussed in this chapter for a wide range of atmospheric constituents. Estimating the emissions, however, is outside the scope of this report and the so-called IS92 scenarios (IPCC, 1992) are used here because they cover a wide range of possible future emissions and because both their strengths and weaknesses are relatively well-known (Alcamo *et al.*, 1995).

The first three sections of this chapter discuss the factors that affect the atmospheric abundance of carbon dioxide (Section 2.1), the other trace gases (Section 2.2) and aerosols (Section 2.3). Section 2.4 discusses the radiative forcing that arises from changes in the concentrations of these atmospheric constituents and from changes in solar output. IPCC (1990) introduced the global warming potential (GWP) as a measure of possible future commitments to global warming resulting from current anthropogenic emissions. The GWP is defined as the cumulative radiative forcing between the present and some chosen later time "horizon" caused by a unit mass of gas emitted now, expressed relative to that of some reference gas ($CO_2$ has typically been used). A GWP is thus not a simple measure as it involves a number of assumptions (e.g., the time-scale, the reference gas) and a number of scientific uncertainties (e.g., lifetime, radiative properties – discussed in IPCC (1994)). These issues and revised values of the GWPs of a wide range of gases are presented in Section 2.5.

An intriguing, but still unresolved issue is whether there is an underlying cause for the variations in the trends of a number of trace gases including carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) which are discussed individually later in this chapter. In the early 1990s, particularly between 1991 and 1993, the rates of

increases of these gases became smaller and, at certain times and places, negative. A number of mechanisms have been proposed for each gas, but no quantitative resolution has yet been made. One common factor is the eruption of Mt. Pinatubo in June 1991 which may have affected the sources and sinks of $CO_2$, $CH_4$ and $N_2O$ through changes in meteorology, atmospheric chemistry and/or biogeochemical exchange at the Earth's surface (see Sections 2.1.2, 2.2.2.1 and 2.2.2.2). However, no consensus has been reached as to whether the changes in the growth rates are linked or not.

## 2.1 $CO_2$ and the Carbon Cycle

### 2.1.1 Introduction

Two factors have increased attention on the carbon cycle: the observed increase in levels of atmospheric $CO_2$ (~280 ppmv in 1800; ~315 ppmv in 1957; ~358 ppmv in 1994); and the Framework Convention on Climate Change (FCCC) under which nations have to assess their contributions to sources and sinks of $CO_2$ and to evaluate the processes that control $CO_2$ accumulation in the atmosphere. Over the last several years, our understanding of the carbon cycle has improved, particularly in the

---

**DEFINITION OF TIME-SCALES**

Throughout this report different time-scales are used to characterise processes affecting trace gases and aerosols. The following terminology is used in this chapter.

Turnover time ($T$) is the ratio of the mass ($M$) of a reservoir – e.g., a gaseous compound in the atmosphere – and the total rate of removal ($S$) from the reservoir: $T = M/S$

In cases where there are several removal processes ($S_i$), separate turnover times ($T_i$) can be defined with respect to each removal process: $T_i = M/S_i$

Adjustment time or response time ($T_a$) is the time-scale characterising the decay of an instantaneous pulse input into the reservoir. Adjustment time is also used to characterise the adjustment of the mass of a reservoir following a step change in the source strength.

Lifetime is a more general term often used without a single definition. In the Policymakers Summary and elsewhere in this report, lifetime is sometimes used, for simplicity, as a surrogate for adjustment time. In atmospheric chemistry, however, lifetime is often used to denote the turnover time.

In simple cases, where the global removal of the compound in question is directly proportional to the global reservoir content ($S = kM$, with k, the removal frequency, being a constant), the adjustment time almost equals the turnover time ($T_a = T$). An example is CFC-11 in the atmosphere which is removed only by photochemical processes in the stratosphere. In this case $T = T_a = 50$ years.

In other situations, where the removal frequency is not constant or there are several reservoirs that exchange with each other, the equality between $T$ and $T_a$ no longer holds. An extreme example is that of $CO_2$. Because of the rapid exchange of $CO_2$ between the atmosphere and the oceans and the terrestrial biota, the turnover time of $CO_2$ in the atmosphere ($T$) is only about 4 years. However, a large part of the $CO_2$ that leaves the atmosphere each year is returned to the atmosphere from these reservoirs within a few years. Thus, the adjustment time of $CO_2$ in the atmosphere ($T_a$) is actually determined by the rate of removal of carbon from the surface layer of the oceans into the deeper layers of the oceans. Although an approximate value of about 100 years may be given for the adjustment time of $CO_2$ in the atmosphere, the actual adjustment is faster in the beginning and slower later on.

Methane is another gas for which the adjustment time is different from the turnover time. In the case of methane the difference arises because the removal ($S$) – which is mainly through chemical reaction with the hydroxyl radical in the troposphere – is related to the amount of methane ($M$) in a non-linear fashion, i.e., $S = kM$, with k decreasing as $M$ increases.



**Figure 2.1**: The global carbon cycle, showing the reservoirs (in GtC) and fluxes (GtC/yr) relevant to the anthropogenic perturbation as annual averages over the period 1980 to 1989 (Eswaran *et al.*, 1993; Potter *et al.*, 1993, Siegenthaler and Sarmiento, 1993). The component cycles are simplified and subject to considerable uncertainty. In addition, this figure presents average values. The riverine flux, particularly the anthropogenic portion, is currently very poorly quantified and so is not shown here. Evidence is accumulating that many of the key fluxes can fluctuate significantly from year to year (terrestrial sinks and sources: INPE, 1992; Ciais *et al.*, 1995a; export from the marine biota: Wong *et al.*, 1993). In contrast to the static view conveyed by figures such as this one, the carbon system is clearly dynamic and coupled to the climate system on seasonal, interannual and decadal time-scales (e.g., Schimel and Sulzman, 1995).

quantification and identification of mechanisms for terrestrial exchanges, and in the preliminary quantification of feedbacks. An overview of the carbon cycle is presented in Figure 2.1.

IPCC (1994) (Schimel *et al.*, 1995) specifically addressed four areas:

(a) the past and present atmospheric $CO_2$ levels;
(b) the atmospheric, oceanic, and terrestrial components of the global carbon budget;
(c) feedbacks on the carbon cycle;
(d) the results of a model-based examination of the relationship between future emissions and atmospheric concentrations (addressing, in particular,

the requirements for achieving stabilisation of atmospheric $CO_2$ concentrations).

In this introduction we summarise the earlier review, updating it where appropriate, before discussing four specific issues.

In Section 2.1.2 we re-address the issue of the early 1990s slow-down in the atmospheric growth rate of $CO_2$, as recent evidence shows that growth rates are once again rising. We also present modelled emissions and concentrations calculated on the basis of the carbon budget presented in 1994, and compare the results with those presented earlier based on the 1992 budget. In addition, we

address some concerns of the reviewers of the 1994 report. For example, an expanded analysis of the sensitivity of the model calculations to the extremely uncertain estimates of global net deforestation is presented in Section 2.1.3.2. Further, we discuss the published suggestion that the carbon cycle calculations carried out to date could be in error (Starr, 1993), and we explain why these suggestions are wrong. Lastly, we present recent evidence that suggests a slightly smaller magnitude for the oceanic $CO_2$ sink, and discuss the implications of this in terms of concentration and emissions projections.

### Atmospheric $CO_2$ levels

Precise, direct measurements of atmospheric $CO_2$ started in 1957 at the South Pole, and in 1958 at Mauna Loa, Hawaii. At this time the atmospheric concentration was about 315 ppmv and the rate of increase was ~0.6 ppmv/yr. The growth rate of atmospheric concentrations at Mauna Loa has generally been increasing since 1958. It averaged 0.83 ppmv/yr during the 1960s, 1.28 ppmv/yr during the 1970s, and 1.53 ppmv/yr during the 1980s. In 1994, the atmospheric level of $CO_2$ at Mauna Loa was 358 ppmv. Data from the Mauna Loa station are close to, but not the same as, the global mean.

Atmospheric concentrations of $CO_2$ have been monitored for shorter periods at a large number of atmospheric stations around the world (e.g., Boden et al., 1991). Measurement sites are distributed globally and include sites in Antarctica, Australia, Asia, Europe, North America and several maritime islands, but, at present, nowhere on the continents of Africa or South America. The globally averaged $CO_2$ concentration, as determined through analysis of NOAA/CMDL data (Boden et al., 1991; Conway et al., 1994), increased by $1.53 \pm 0.1$ ppmv/yr over the period 1980 to 1989. This corresponds to an annual average rate of change in atmospheric carbon of $3.3 \pm 0.2$ GtC/yr. Other carbon-containing compounds like methane, carbon monoxide and larger hydrocarbons contain ~1% of the carbon stored in the atmosphere (with even smaller percentage changes) and can be neglected in the atmospheric carbon budget. There is no doubt that the increase shown by the atmospheric record since 1957 is due largely to anthropogenic emissions of $CO_2$. The record itself provides important insights that support anthropogenic emissions as a source of the observed increase. For example, when seasonal and short-term interannual variations in concentrations are neglected, the rise in atmospheric $CO_2$ is about 50% of anthropogenic emissions (Keeling et al., 1989a, 1995) with the inter-hemispheric difference growing in parallel to the growth of

fossil emissions (Keeling et al., 1989b; Siegenthaler and Sarmiento, 1993).

The atmospheric $CO_2$ concentration records prior to 1957 mainly come from air bubbles in ice cores, although some values have been inferred indirectly from isotopic data. Ice cores provide a direct record of past atmospheric composition back to well before the industrial revolution. Information between 1000 and 9000 years ago is less certain because of ice defects. Prior to that, the data show natural variations, the most noticeable of which is an increase in $CO_2$ level of about 80 ppmv that paralleled the last interglacial warming. Throughout this record, there is no direct evidence that past changes in $CO_2$ levels were as rapid as those of the 20th century; early indications that such rapid changes may have occurred during the last glacial period have not been confirmed (Neftel et al., 1988). Over the last 1000 years, $CO_2$ concentrations in the atmosphere have fluctuated $\pm 10$ ppmv around 280 ppmv, until the recent increase to a concentration of ~358 ppmv, with a current rate of increase of ~1.6 ppmv/yr (1994).

### The Anthropogenic Carbon Budget

The major components of the atmospheric carbon budget are anthropogenic emissions, the atmospheric increase, exchanges between the ocean and the atmosphere, and exchanges between the terrestrial biosphere and the atmosphere (Table 2.1). Emissions from fossil fuels and cement production averaged $5.5 \pm 0.5$ GtC/yr over the decade of the 1980s. In 1990 the emissions were $6.1 \pm 0.6$ GtC. The measured average annual rate of atmospheric increase in the 1980s was $3.3 \pm 0.2$ GtC/yr. Average ocean uptake during the decade has been estimated by a combination of modelling and measurements of carbon isotopes and atmospheric oxygen/nitrogen ratios to be $2.0 \pm 0.8$ GtC/yr.

Averaged over the 1980s, terrestrial exchanges include a tropical source of $1.6 \pm 1.0$ GtC/yr from ongoing changes in land-use, based on land clearing rates, biomass inventories and modelled forest regrowth. Recent satellite data have reduced uncertainties in the rate of deforestation for the Amazon, but rates for the rest of the tropics remain poorly quantified. For the tropics as a whole, there is incomplete information on initial biomass and rates of regrowth. There is currently no estimate available for the years 1990 to 1995. The tropical analyses do not account for a number of potential terrestrial sinks. These include the regrowth of mid- and high latitude Northern Hemisphere forests (1980s mean value of $0.5 \pm 0.5$ GtC/yr), enhanced forest growth due to $CO_2$ fertilisation (0.5–2.0 GtC/yr), nitrogen deposition (0.2–1.0 GtC/yr)

**Table 2.1:** *Average annual budget of $CO_2$ perturbations for 1980 to 1989. Fluxes and reservoir changes of carbon are expressed in GtC/yr, error limits correspond to an estimated 90% confidence interval.*

|  | IPCC 1992[†]<br>Estimates for 1980s budget | IPCC 1994[*] | IPCC 1995 |
|---|---|---|---|
| **$CO_2$ sources** |  |  |  |
| (1) Emissions from fossil fuel combustion and cement production | 5.5 ± 0.5[Δ] | 5.5 ± 0.5 | 5.5 ± 0.5[§] |
| (2) Net emissions from changes in tropical land-use | 1.6 ± 1.0[Δ] | 1.6 ± 1.0 | 1.6 ± 1.0[§] |
| (3) Total anthropogenic emissions = (1)+(2) | 7.1 ± 1.1 | 7.1 ± 1.1 | 7.1 ± 1.1 |
| **Partitioning amongst reservoirs** |  |  |  |
| (4) Storage in the atmosphere | 3.4 ±0.2[Δ] | 3.2 ± 0.2 | 3.3 ± 0.2[§] |
| (5) Ocean uptake | 2.0 ± 0.8[Δ] | 2.0 ± 0.8 | 2.0 ± 0.8[§] |
| (6) Uptake by Northern Hemisphere forest regrowth | not accounted for | 0.5 ± 0.5 | 0.5 ± 0.5[§] |
| (7) Other terrestrial sinks = (3)–((4)+(5)+(6)) |  |  |  |
| ($CO_2$ fertilisation, nitrogen fertilisation, climatic effects) | 1.7 ± 1.4 | 1.4 ± 1.5 | 1.3 ± 1.5 |

† Values given in IPCC (1990, 1992).

* Values given in IPCC (1994).

Δ Values used in the carbon cycle models for the calculations presented in IPCC (1994).

§ Values used in the carbon cycle models for the calculations presented here.

and, possibly, response to climatic anomalies (0–1.0 GtC/yr). The latter term, although thought to be positive over the 1980s, and in 1992 to 1993 in response to the Mt. Pinatubo eruption of 1991 (Keeling *et al.*, 1995), could be either positive or negative during other periods. Partitioning the sink among these processes is difficult, but it is likely that all components are significant. While the $CO_2$ fertilisation effect is the most commonly cited terrestrial uptake mechanism, existing model studies indicate that the magnitudes of the contributions from each process are comparable, within large ranges of uncertainty. For example, some model-based evidence suggests that the magnitude of the $CO_2$ fertilisation effect is limited by interactions with nutrients and other ecological processes. Experimental confirmation from ecosystem-level studies, however, is lacking. As a result, the role of the terrestrial biosphere in controlling past atmospheric $CO_2$ concentrations is uncertain, and its future role is difficult to predict.

### The Influence of Climate and other Feedbacks on the Carbon Cycle

The responses of terrestrial carbon to climate are complex, with rates of biological activity generally increasing with warmer temperatures and increasing moisture. Storage of

carbon in soils generally increases along a gradient from low to high latitudes, reflecting slower decomposition of dead plant material in colder environments (Post *et al.*, 1985; Schimel *et al.*, 1994). Global ecosystem models based on an understanding of underlying mechanisms are designed to capture these patterns, and have been used to simulate the responses of terrestrial carbon storage to changing climate. Models used to assess the effects of warming on the carbon budget point to the possibility of large losses of terrestrial carbon (~200 GtC) over the next few hundred years, offset by enhanced uptake in response to elevated $CO_2$ (that could eventually amount to 100–300 GtC). Effects of changing land-use on carbon storage also may be quite large (Vloedbeld and Leemans, 1993). Experiments that incorporate the record of past changes of climate (e.g., the climate of 18,000 years ago) suggest major changes in terrestrial carbon storage with climate. See Chapter 9 for a more complete discussion of these issues.

Storage of carbon in the ocean may also be influenced by climate feedbacks through physical, chemical and biological processes. Initial model results suggest that the effects of predicted changes in circulation on the ocean carbon cycle are not large (10s rather than 100s of ppmv in the atmosphere). However, exploration of the long-term

impacts of warming on ocean circulation patterns has just begun; hence, analyses of climate impacts on the oceanic carbon cycle must be viewed as preliminary. See Chapter 10 for a more complete discussion of these issues.

### Modelling Future Concentrations of Atmospheric $CO_2$

For IPCC (1994), modelling groups from many countries were asked to use published carbon cycle models to evaluate the degree to which $CO_2$ concentrations in the atmosphere might be expected to change over the next several centuries, given a standard set of emission scenarios (including changes in land-use) and levels for stabilisation of $CO_2$ concentrations (350, 450, 550, 650 and 750 ppmv (S350–S750)). Models were constrained to balance the 1992 IPCC version of the 1980s mean carbon budget and to match the atmospheric record of past $CO_2$ variations using $CO_2$ fertilisation as the sole sink for the terrestrial biosphere. These analyses were re-done for this report, using the Bern (Siegenthaler and Joos, 1992; Joos et al., 1996), Wigley (Wigley, 1993), and Jain (Jain et al., 1995) models as representatives of the whole model set. The new calculations incorporated more recent information about the atmospheric $CO_2$ increase and a revised net land-use flux. As complete data are not yet available for a 1990s budget, the 1980s mean values were again used as a reference calibration period to account for the influence of natural variability. This choice does not affect the results in any significant way (see Chapter 9).

The stabilisation analyses explored the relationships between anthropogenic emissions and atmospheric concentrations. The analyses were based on a specific set of concentration profiles constrained to match present-day (1990) conditions and to achieve stabilisation at different levels and different future dates. The levels chosen (350–750 ppmv) spanned a realistic range (which has been extended in this report). Stabilisation dates were chosen so that the emissions changes were not unrealistically rapid. Precise pathways were somewhat arbitrary, loosely constrained by the need for smooth and not-too-rapid emissions changes (see Enting et al. (1994) for detailed documentation). Alternative pathways are considered in this report. The models were used to perform a series of inverse calculations to determine fossil emissions (land-use emissions were prescribed). These calculations:

(1)  determined the time course of carbon emissions from fossil fuel combustion required to arrive at the selected $CO_2$ concentration stabilisation profiles while matching the past atmospheric record and the 1980s mean budget; and

(2)  assessed (by integration) the total amount of fossil carbon released.

For stabilisation at 450 ppmv in the 1994 calculations, fossil emissions had to be reduced to about a third of today's levels (i.e., to about 2 GtC/yr) by the year 2200. For stabilisation at 650 ppmv, reductions by 2200 had to be about two-thirds of current levels (i.e., 4 GtC/yr). This clearly indicates that stabilisation of emissions at 1990 levels is not sufficient to stabilise atmospheric $CO_2$. These results are independent of the assumed pathway to concentration stabilisation (as shown later in this report), although the detailed changes in future anthropogenic emissions do depend on the pathway selected.

For the 18 models used for IPCC (1994), the implied fossil emissions differed. Initial differences were small, increasing with time to span a range up to $\pm 15\%$ about the median. In addition, the maximum range of uncertainty in fossil emissions associated with the parametrization of $CO_2$ fertilisation (evaluated with one of the models) varied $\pm 10\%$ about the median for low stabilisation values and $\pm 15\%$ for higher stabilisation values. For these 1994 calculations, the use of $CO_2$ fertilisation alone to control terrestrial carbon storage, when in fact other ecological mechanisms are likely to be involved, probably results in an underestimate of future concentrations (for given emissions) or an overestimate of emissions (for the stabilisation profiles). The revised calculations presented here use a lower fertilisation factor and so the associated bias is likely to be smaller. IPCC (1994) reported these results in terms of total anthropogenic emissions, directly addressing the requirements of the FCCC and coincidentally removing the loss of generality arising from choosing a specific land-use flux.

### 2.1.2 Atmospheric $CO_2$ Concentrations and the Status of the $CO_2$ Growth Rate Anomaly

The decline in the growth rate of $CO_2$ in 1992 is one of the most noticeable changes in the carbon cycle in the recent record of observation (Conway et al., 1994). The decline in the short time-scale growth rate (based on interannual data filtered to remove annual cycle variations and considering the mean growth rates for overlapping 12-month periods) to 0.6 ppmv/yr in 1992 is considerable when contrasted with the mean rate over 1987 to 1988 of 2.5 ppmv/yr, until recently the highest one-year mean growth rate ever recorded. Examination of the $CO_2$ growth rate record reveals, in fact, considerable variability over time (Figure 2.2, which is the updated version of Figure 1.2 in Schimel et al., 1995). The magnitude of individual anomalies in the

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 484 of 584

$CO_2$ growth rate depends on what is defined as "normal" for the long-term trend. At Mauna Loa, for example, the 1987 to 1988 increase was similar to a variation which occurred in 1972 to 1973 (see Figure 2.2).

How are these changes explained, and do they matter? Analyses of the recent changes suggest that both the relative and absolute magnitudes of ocean and terrestrial processes vary substantially from year-to-year and that these changes cause marked annual time-scale changes in the $CO_2$ growth rate. Although the oceanic and biospheric sources of $CO_2$ cannot be distinguished by examining the concentration data alone, they can be distinguished by looking at observations of the stable carbon isotope ratio ($^{13}C$ to $^{12}C$) of atmospheric $CO_2$. Carbon dioxide release from the ocean has nearly the same $^{13}C$ to $^{12}C$ ratio as atmospheric $CO_2$, whereas carbon of biospheric origin is substantially depleted in $^{13}C$. As such, it is clearly distinguishable from carbon originating from the ocean. The use of atmospheric transport modelling to analyse spatial distributions of $CO_2$ and $^{13}CO_2$ provides additional information (Ciais *et al.*, 1995a, b). To study interannual $CO_2$ fluctuations, Keeling *et al.* (1989a, 1995) removed the seasonal cycle and the long-term fossil fuel-induced trend from the direct atmospheric record to obtain anomalies in $CO_2$ concentration at Mauna Loa and the South Pole. Anomalies of the order of 1–2 ppmv are found; a small signal compared to the long-term increase (about 80 ppmv). The interannual $CO_2$ variations must reflect imbalances in the exchange fluxes between the atmosphere and the terrestrial biosphere and/or the ocean.

The isotopic data and modelling studies suggest that earlier short-term $CO_2$ anomalies on the El Niño-Southern Oscillation (ENSO) time-scale reflected two opposing effects: reduced net primary production of the terrestrial biosphere possibly due to reduced precipitation in monsoon regions, and a concomitant, temporary increase in oceanic $CO_2$ uptake due to a reduction of the $CO_2$ outgassing in the Pacific equatorial ocean (Keeling *et al.*, 1989b, 1995; Volk, 1989; Siegenthaler, 1990; Winguth *et al.*, 1994). The most recent anomaly seems to be unusual as it cannot be directly related to an ENSO event. Keeling and co-workers suggest that it may have been induced by a global anomaly in air temperature. While the evidence for pronounced interannual variability in both marine and terrestrial exchange fluxes is strong (Bacastow, 1976; Francey *et al.*, 1995) the exact magnitude and timing of the variations in these exchange fluxes remains controversial (Keeling *et al.*, 1989a, 1995; Feely *et al.*, 1995; Francey *et al.*, 1995).



**Figure 2.2**: Growth rate of $CO_2$ concentrations since 1958 in ppmv/year at the Mauna Loa, Hawaii station. The high growth rates of the late 1980s, the low growth rates of the early 1990s, and the recent upturn in the growth rate are all apparent. The smoothed curve shows the same data but filtered to suppress variations on time-scales less than approximately 10 years. (Sources: C.D. Keeling and T.P. Worf, Scripps Institute of Oceanography, and P. Tans, NOAA CMDL. The Keeling and NOAA results are in close agreement. The Mauna Loa Observatory is operated by the NOAA.)

Most of the global carbon cycle models used in IPCC (1994) (Schimel *et al.*, 1995) address only the longer term (10 year time-scale) direct perturbation of the global carbon cycle due to anthropogenic emissions. These models assume that the physical, chemical, and biological processes that control the exchange fluxes of carbon between the different reservoirs change only as a function of the carbon contents. Hence these models ignore any perturbations due to fluctuations in climate and are thus not able to reproduce these shorter-term atmospheric $CO_2$ variations. Nevertheless, some of the more complex models are founded on physico-chemical and biological principles that also operate on shorter time-scales and first attempts to model these interannual variations have been attempted (Kaduk and Heimann, 1994; Winguth *et al.*, 1994; Sarmiento *et al.*, 1995). An improved understanding of the rapid fluctuations of the global carbon cycle would help to further develop and validate these models and eventually should help to quantify some of the potential feedbacks addressed in Chapters 9 and 10.

We now know that short-term growth rates increased markedly through 1993 and 1994, and are currently at levels above the long-term (decadal time-scale) mean (Figure 2.2). As best as can be established, the anomaly of the early 1990s represented a large but transient perturbation of the carbon system.

### 2.1.3 Concentration Projections and Stabilisation Calculations

Fossil fuel burning and cement manufacture, together with forest harvest and other changes of land-use, all transfer carbon (mainly as $CO_2$) to the atmosphere. This anthropogenic carbon then cycles between the atmosphere, oceans and the terrestrial biosphere. Because an important component of the cycling of carbon in the ocean and terrestrial biosphere occurs slowly, on time-scales of decades to millennia, the effect of additional fossil and biomass carbon injected into the atmosphere is a long-lasting disturbance of the carbon cycle. The record itself provides important insights that support anthropogenic emissions as a source of the observed increase. For example, when seasonal and short-term interannual variations in concentrations are neglected, the rise in atmospheric $CO_2$ is about 50% of anthropogenic emissions (Keeling *et al.*, 1989a) with the inter-hemispheric difference growing in parallel to the growth of fossil emissions (Keeling *et al.*, 1989a; Siegenthaler and Sarmiento, 1993). These aspects are in accord with our understanding of the carbon cycle, and agree with model simulations of it. An additional important indicator of

anthropogenically-induced atmospheric change is provided by the $^{14}C$ levels preserved in materials such as tree rings and corals. The $^{14}C$ concentration measured in tree rings decreased by about 2% during the period 1800 to 1950. This isotopic decrease, known as the Suess effect (Suess, 1955), provides one of the most clear demonstrations that the increase in atmospheric $CO_2$ is due largely to fossil fuel inputs.

In this section, the relationships between future concentration changes and emissions of $CO_2$ are examined through use of models that simulate the major processes of the carbon cycle. In the context of future climate change, carbon cycle model calculations play a central role because the bulk of projected radiative forcing changes comes from $CO_2$. In IPCC (1994), two types of carbon cycle calculations relating future $CO_2$ concentration and emissions were presented: concentration projections for the IPCC 1992 (IS92) emission scenarios; and emissions estimates for a range of concentration stabilisation profiles directly addressing the stabilisation goal in Article 2 of the FCCC.

As noted above, these emissions-concentrations relationships have been re-calculated because the previous results were based on a 1980s mean budget from IPCC (1992) that has been revised in three ways:

(1)   In the 1992 budget the net land-use flux for the decade of the 1980s was 1.6 GtC/yr and the atmospheric increase was 3.4 GtC/yr. The more recent estimate of the net land-use flux, however, is significantly lower (1.1 GtC/yr).

(2)   IPCC (1994) presented a change in atmospheric $CO_2$ over the 1980s of 3.2 GtC/yr, a value that has been further revised to 3.3 GtC/yr (Komhyr *et al.*, 1985; Conway *et al.*, 1994; Tans, pers. comm).

(3)   Minor changes have been made to the industrial emissions data for the 1980s, although these do not noticeably change the 1980s mean. These changes mean that the additional sinks required to balance the budget (which were and still are assigned to the $CO_2$ fertilisation effect in the model calculations) are smaller than assumed in calculations presented in IPCC (1994). Consequently, when the new budget is used, future concentration projections for any given emission scenario are larger relative to those previously presented, and the emissions consistent with achieving stabilisation of concentrations are lower.

Three different models were used to carry out these calculations: the Bern model (Siegenthaler and Joos, 1992; Joos *et al.*, 1996) and the models of Wigley (Wigley, 1993) and Jain (Jain *et al.*, 1995). Changes relative to the previous calculations are virtually the same for each model. The methodology used was the same as in IPCC (1994), as documented in Enting *et al.* (1994). New results were produced for concentrations associated with emission scenarios IS92a-f and emissions associated with stabilisation profiles S350–S750. Impulse response functions were also revised for input into GWP calculations.

In addition, stabilisation calculations were performed for a profile with a 1000 ppmv stabilisation level (S1000) and for variations on S350–S750 in which the pathway to stabilisation was changed markedly. These latter profiles (WRE350–WRE750), from Wigley *et al.* (1995), were designed specifically to follow closely the IS92a "existing policies" emission scenario for 10–30 years after 1990. Coupled with S350–S750 results, these new profiles give insights into the range of emissions options available for any given stabilisation level, although they still do not necessarily span the full option range. It should be noted that, even though concentration stabilisation is still possible if emissions initially follow an existing policies scenario, this cannot be interpreted as endorsing a policy to delay action to reduce emissions. Rather, the WRE scenarios were designed to account for inertia in the global energy system and the potential difficulty of departing rapidly from the present level of dependence on fossil fuels. Wigley *et al.* (1995) stress the need for a full economic and environmental assessment in the choice of pathway to stabilisation. Both the S350–S750 and the WRE350–WRE750 profile sets require substantial reductions in emissions at some future time and an eventual emissions level well below that of today.

The S1000 profile was designed to explore the emissions consequences of an even higher stabilisation level; the emissions implied by this case follow IS92a closely out to 2050. The results show that, even with such a high stabilisation level, the same characteristic emissions curve arises as found for S350–S750. This scenario is by no means derived to advocate such a high stabilisation level. The environmental consequences of such a level have not been assessed, but they are certain to be very large. It should be noted that recent emissions are low compared to IS92a-projected emissions (emissions were essentially the same in 1990 and in 1992, at 6.1 GtC/yr), although the slow-down may be temporary.



**Figure 2.3**: $CO_2$ concentrations resulting from emission scenarios IS92a, c, and e plotted using both the 1992 budget and the 1994 budget. Solid lines represent model results based on the 1992 budget calibration, dashed lines, calibration with the 1994 budget. The differences between results is small (of order 20 ppmv change in projected concentration by the year 2100). The changes from revising the budget result in changes in radiative forcing of approximately 0.2 $Wm^{-2}$.

### 2.1.3.1 *Effects of carbon cycle model recalibration*

The effects of using the 1992 versus the 1994 budget with IS92 Scenarios a, c, and e are shown in Figure 2.3. The results show that the impact of the new budget on projected future concentrations is noticeable but relatively minor. In the year 2100, the concentrations increase by about 15 ppmv (IS92c), 25 ppmv (IS92a) and 40 ppmv (IS92e). All three models gave similar results. In terms of radiative forcing increases, the 2100 values are 0.20 $Wm^{-2}$ (IS92c), 0.25 $Wm^{-2}$ (IS92a), and 0.26 $Wm^{-2}$ (IS92e). These changes are all small compared to the overall forcing changes over 1990 to 2100 for these scenarios.

Figure 2.4 shows changes in the emissions requirements for the S450 and S650 profiles due to changes between the 1992 and 1994 budgets. The net effect of these changes is quite complex as it involves compensating effects due to different budget factors. Changing the 1980s mean net land-use flux from 1.6 GtC/yr to 1.1 GtC/yr (by reducing the fertilisation factor required to give a balanced budget) leads to emissions that are about 10% lower than given previously (Schimel *et al.*, 1995). This reduction is modified slightly by the changes in concentration history and profiles, and by an even smaller amount due to the change in the fossil fuel emissions history, leading to the results presented in Figure 2.4. The changes shown in Figure 2.4 arise from the complex interplay of a number of factors; but the overall conclusion (that emissions must eventually decline to substantially below current levels) remains unchanged.



**Figure 2.4** Anthropogenic $CO_2$ emissions for revised concentration stabilisation profiles S450 and S650 resulting from model projections initialised with the 1992 budget (solid curve: net land-use flux = 1.6 GtC/yr) and the 1994 budget (dashed curve: net land-use flux = 1.1 GtC/yr).



**Figure 2.5**: Stabilisation pathways used to illustrate sensitivity of allowed emissions to choice of pathway. The solid curves are based on the revised versions of the original S450 to S750 stabilisation profiles, incorporating minor changes to account for the revised concentration history. The dashed curves show slower approaches to stabilisation and are from Wigley *et al.* (1995). Stabilisation at 1000 ppmv is plotted for comparison (S1000).

We have carried out several new calculations to illustrate the effects of the choice of pathway leading to stabilisation of modelled emissions and uptake. In Figures 2.5 and 2.6 we show the effect of pathway in more detail by employing the profiles of Wigley *et al.* (1995) (WRE below). Figure 2.5 shows the different pathways, reaching stabilisation at the same time in each case, for target levels of 450 ppmv to 750 ppmv. The corresponding anthropogenic emissions are shown in Figure 2.6, which shows two things: first, that the emissions required to achieve any given stabilisation target are quite sensitive to the pathway taken to reach that target; and second, that it is possible to achieve stabilisation even if the initial emissions pathway follows the IS92a Scenario for some period of time. There is, of course, a penalty for this: having higher emissions initially requires a larger and possibly sharper drop in emissions later, to lower levels than otherwise (also see Enting, 1995). This is a direct consequence of the fact that cumulative emissions tend to become (at the stabilisation point or beyond) similar no matter what the pathway. If cumulative emissions are constrained to be nearly constant, then what is gained early must be lost later.

Figures 2.5 and 2.6 also show the case for stabilisation at 1000 ppmv (in the year 2375). The profile here was constructed to follow the IS92a Scenario out to 2050 (using the model of Wigley (1993)) and is just one of a number of possible pathways. Even with this high target, to achieve it requires an immediate and substantial reduction below IS92a after 2050, with emissions peaking around 2080 and then undergoing a long and steady decline to, eventually,

values well below the current level. Although offset substantially, the general shape of the emissions curve for S1000 is similar to all other curves.

### 2.1.3.2 *Effects of uncertainties in deforestation and $CO_2$ fertilisation*

The future uptake of $CO_2$ by the terrestrial biosphere is critical to the global carbon balance. In the above concentration projections and emissions results, the terrestrial biosphere uptake was determined by the $CO_2$ fertilisation factor, which in turn is determined mainly by the value assumed for the 1980s mean land-use emissions (if the ocean uptake is taken as a given). Thus, as in Wigley (1993) and Enting *et al.* (1994), we can assess the effects of fertilisation and future terrestrial uptake uncertainties by changing the 1980s mean land-use term used in initialising the carbon cycles models. Because the ocean uptake is held constant, this results in changing the modelled $CO_2$ effect. The sensitivity of the calculated emissions for $CO_2$ stabilisation at 450 and 650 ppmv to these uncertainties is shown in Figure 2.7 (cf. Figure 1.16 in Schimel *et al.*, 1995).

The results from all three models used in the present analysis show that uncertainty in the strength of the $CO_2$ fertilisation effect leads to significant differences in emissions deduced for any specified concentration profile. Reducing the uncertainty in emissions due to past land-use



**Figure 2.6:** Sensitivity of emissions to the pathway to stabilisation. The pathways, which stabilise at 450 ppmv to 750 ppmv, are shown in Figure 2.5. Results for stabilisation at 1000 ppmv (also from Figure 2.5) are shown for comparison. (The results shown are calculated using the Bern model.)



**Figure 2.7:** Sensitivity of the $CO_2$ emissions for the S450 and S650 concentration stabilisation profiles to the magnitude of the net land-use flux. The 1994 "best guess" for the magnitude of this flux is 1.1 GtC/yr (dashed curve). The range shown is for net land-use fluxes of 0.4–1.8 GtC/yr. The 1992 "best guess" was 1.6 GtC/yr. This sensitivity is equivalent to assessing the sensitivity to the magnitude of the $CO_2$ fertilisation effect. (The results shown are calculated using the Bern model.)

change is therefore very important in order to constrain the overall range of projections from carbon cycle models. At the same time, independent estimates of the global fertilisation effect may be used as a direct test of the value used in model calculations and so can also help to reduce uncertainties in projections. Estimates of the $CO_2$ fertilisation effect from terrestrial ecosystem models are now becoming available (see Chapter 9).

### 2.1.4 Bomb Lifetime vs. Perturbation Lifetime

Some recently published work (Starr, 1993) has argued that the post-industrial increase of atmospheric $CO_2$ may be due largely to natural variation rather than to human causes. This argument hinges on a presumed low value for the "lifetime" of $CO_2$ in the atmosphere. The argument is as follows: if the atmospheric lifetime were short, then large net $CO_2$ fluxes into the atmosphere would have been required to produce the observed concentration increases; if it were long, smaller fluxes would yield the observed increases. Proponents of a natural cause assert that the $CO_2$ lifetime is (and has remained) only a decade or less. The "evidence" for such a short lifetime includes the rapid decline of bomb $^{14}C$ in the atmosphere following its 1964 peak. A lifetime this short would require fluxes much larger than those estimated from fossil fuel burning in order to produce the observed atmospheric increase; therefore, the reasoning goes, the build-up can only be partly human-induced.

Atmospheric $CO_2$ is taken up by the ocean and the biospheric carbon pools if a disequilibrium exists between atmosphere and the ocean (i.e., if the partial pressure of $CO_2$ in the atmosphere is higher than in the surface ocean) and if the uptake by plant growth is larger than the $CO_2$ released by the biosphere by respiration and by decay of organic carbon (heterotrophic respiration). For terrestrial ecosystems, the removal of radiocarbon and that of anthropogenic $CO_2$ from the atmosphere are different. Carbon storage corresponds to the difference in net primary production (plant growth, NPP) and decay of organic carbon plus plant respiration. Radiocarbon, however, is assimilated in proportion to the product of NPP and the atmospheric $^{14}C/^{12}C$ ratio, and is released in proportion to the decay rate of organic matter and its $^{14}C/^{12}C$ ratio.

For oceans, one needs to differentiate between the amount or concentration of radiocarbon in the atmosphere and the isotopic ratio $^{14}C/^{12}C$. The ratio, a non-linear function of the $CO_2$ and $^{14}C$ concentration, is often confused with concentration, giving rise to misunderstanding. The removal of bomb-radiocarbon atoms is governed by the same mechanisms as the removal of anthropogenic $CO_2$. The removal of small pulse inputs of $CO_2$ and $^{14}C$ into the atmosphere by air-sea exchange follows the same pathways for both model tracers. However, an atmospheric perturbation in the isotopic ratio

disappears *much faster* than the perturbation in the number of $^{14}C$ atoms as shown in Figure 2.8 (Siegenthaler and Oeschger, 1987; Joos *et al.*, 1996).

Thus a $^{14}C$ perturbation, such as the bomb $^{14}C$ input into the atmosphere, induces a net transfer of $^{14}C$ into oceans and biosphere. Because the $^{14}CO_2$ molecules generated from the bomb tests represent a negligible $CO_2$ excess and, more importantly, because the atmospheric $^{14}C/^{12}C$ ratio is changed considerably by the $^{14}C$ input, this results in a large isotopic disequilibrium between the atmosphere and the oceanic and terrestrial biospheric reservoirs.

Because of the different dynamic behaviour, $^{14}C$ can not be taken as a simple analogue tracer for the excess anthropogenic $CO_2$, a fact that has long been known to the carbon cycle modelling community (e.g., Revelle and Suess, 1957; Oeschger *et al.*, 1975; Broecker *et al.*, 1980).

### 2.1.5 Recent Bomb Radiocarbon Results and their Implication for Oceanic $CO_2$ Uptake

Two recent assessments of bomb radiocarbon in the entire global carbon system (i.e., the troposphere, stratosphere, terrestrial biosphere and the ocean (Broecker and Peng, 1994; Hesshaimer *et al.*, 1994)) imply a surprising global imbalance during the decade after the bomb tests, when,



**Figure 2.8:** Atmospheric response to a pulse input of carbon at time $t = 0$ for $CO_2$ and for a perturbation of the isotopic ratio ($^{13}C/^{12}C$ or $^{14}C/^{12}C$), obtained by using the ocean-atmosphere compartments of the Bern model with no biosphere. The response of the atmospheric $CO_2$ concentration to a pulse input depends on the pulse size and the $CO_2$ background concentration. The dashed line is for a doubling of pre-industrial $CO_2$ concentration (280 ppmv) at $t = 0$; the dashed-dotted line is for an increase of pre-industrial $CO_2$ concentration by one quarter (70 ppmv) at $t = 0$; the solid line shows the decrease of an isotopic perturbation. Note the more rapid decline in the isotopic ratio, in accord with observations.

apart from the relatively very small natural cosmic production, no major $^{14}C$ source existed.

This imbalance may be explained either by a hidden high (above 30 km height) stratospheric bomb $^{14}C$ inventory not detected in the existing observations, which is unlikely, or by an overestimated bomb radiocarbon inventory in the terrestrial biosphere or the ocean or both. The calculated biospheric reservoir uptake would have to be reduced by about 80% in order to achieve the global bomb radiocarbon balance. Such a reduction is very unlikely, as it strongly contradicts observations of bomb $^{14}C$ in wood (e.g., in tree rings: Levin *et al.*, 1985) and soils (Harrison *et al.*, 1993). A more likely, albeit tentative, explanation is that previous estimates of the oceanic bomb $^{14}C$ inventory compiled from the observations of the GEOSECS program (1973–78) (Broecker *et al.*, 1985) are too high by approximately 25%. This is slightly larger than the generally accepted uncertainty of this quantity. Because this explanation is inconsistent with a new assessment of the oceanic observations (Broecker *et al.*, 1995) the issue is still not fully resolved.

Observations of the distribution and inventories of bomb-produced radiocarbon constitute the key tracer either to calibrate simple ocean carbon models or to validate the upper ocean transport calculated by three-dimensional ocean carbon models. Therefore a downward revision of the oceanic $^{14}C$ inventory during the GEOSECS time period would have implications for our quantitative view of the global carbon cycle, requiring a smaller role for the oceans, and hence larger terrestrial uptake (or lower releases from land-use change). The implied changes in the carbon budget, although large (~0.5 GtC/yr), are within existing uncertainties and thus do not require any fundamental changes in understanding, but rather indicate the importance of adequate global sampling of critical variables.

## 2.2 Other Trace Gases And Atmospheric Chemistry

### 2.2.1 Introduction

Changes in the concentration of a number of gases (methane, nitrous oxide, the halocarbons and ozone) have resulted in a combined radiative forcing which is similar in magnitude to that of $CO_2$ since pre-industrial times. Their concentrations in the atmosphere depend on chemical processes, which regulate their removal rates (methane, nitrous oxide, halocarbons) and sometimes their production as well (ozone). The chemistry of the atmosphere is complex and the many reactions are closely inter-related.

In this section the discussion of the sources, sinks, lifetimes and trends of methane, nitrous oxide, halocarbons and ozone presented in IPCC (1994) is summarised and

*Radiative Forcing of Climate Change*                                                    87

updated as is the discussion of the possible stabilisation of the atmospheric concentrations of these gases. Some of the discussion in IPCC (1994) is not updated here and the main points are now briefly summarised.

An intercomparison of tropospheric chemistry/transport models using a short-lived tracer showed how critical the model description of the atmospheric motions is, finding a high degree of consistency between three dimensional models, but distinctly different results among two dimensional models. This finding, illustrating the low degree of confidence we should have in numerical simulations involving gases such as tropospheric ozone and its precursors, still holds.

Our ability to model tropospheric ozone is not restricted solely by the limitations of our chemistry/transport models. Equally important is our lack of quantitative knowledge of the global sources and distribution of tropospheric ozone and its short-lived precursors (active nitrogen oxides ($NO_x$), hydrocarbons and carbon monoxide). For example, even the relative importance of the anthropogenic $NO_x$ sources (transport of surface pollution out of the boundary layer, direct injection by aircraft) and natural sources (lightning, soils, stratospheric input) is not well known. Again, no major advances have been made in this field since IPCC (1994).

IPCC (1994) also described a model study which investigated the impact of a 20% increase in methane concentrations. Two main results were found:

(a)  the chemical feedback of methane on tropospheric chemistry changes the methane removal rate by between −0.17% and −0.35% for each 1% increase in the methane concentration;

(b)  increases of about 1.5 ppbv in tropospheric ozone occur in the tropics and summertime mid-latitudes, though there is a factor of 3 or more difference between models.

The first result was used to infer that the methane adjustment time was about 1.45 times the turnover time and the latter to estimate the ratio, about 0.25, of radiative forcing from the induced tropospheric ozone increase to that from the methane increase. These findings still hold.

### 2.2.2 Atmospheric Measurements and their Implications
#### 2.2.2.1 Methane
Atmospheric methane ($CH_4$) has been increasing since the beginning of the 19th century; current levels, 1721 ppbv, are the highest ever observed, including ice core records



**Figure 2.9:** (a) Global average methane mixing ratios, together with the methane concentrations observed at Mould Bay, Canada. (b) The growth rates in average methane concentrations in the Northern and Southern Hemispheres (Dlugokencky *et al.*, 1994 a,c; E. Dlugokencky (NOAA) unpublished data).

that go back 160,000 years (Chappellaz *et al.*, 1990). That increase has not been regular. In the late 1970s methane grew at an annual rate of about 20 ppbv/yr (Blake & Rowland, 1988). More extensive atmospheric measurements have been made since 1984. These indicate lower growth rates through the 1980s, averaging about 13 ppbv/yr, declining through the decade to about 9 ppbv/yr in 1991 (Dlugokencky *et al.*, 1994a; Blake and Rowland, updated data).

During 1992/93, extremely low growth rates were observed (Dlugokencky *et al.*, 1994b), and during 1992 methane stopped growing at some locations. In 1994 (Figure 2.9) global methane growth rates recovered to about 8 ppbv/yr, close to the range of rates observed throughout the period 1984 to 1991 (13–9 ppbv/yr). Recent data for the high northern latitudes from Mould Bay, Canada show this pattern in growth rates (Figure 2.9). Atmospheric methane is still increasing albeit at a rate less than that observed over the previous decades.

There has been considerable speculation and modelling of the possible cause(s) of the 1992/93 anomaly. From methane isotope data, i.e., the relative abundance of $^{13}CH_4$ to $^{12}CH_4$, Lowe *et al.* (1994) suggest that decreased emissions of fossil fuels in the Northern Hemisphere (Dlugokencky *et al.*, 1994c) and decreased biomass burning in the tropics may have played significant roles. Schauffler and Daniel (1994) suggest that enhanced tropospheric–stratospheric exchange, caused by the additional stratospheric heating by the Mt. Pinatubo aerosol, could have been a contributory factor in 1992. Bekki *et al.* (1994) propose a mechanism related to Mt. Pinatubo, whereby significantly reduced stratospheric ozone levels following the eruption caused enhanced levels of UV to reach the troposphere (a known effect) and resulted in increased tropospheric hydroxyl radical (OH) levels and increased methane destruction (a model result). Hogan and Harriss (1994) have suggested that temperature effects on natural wetlands are a possible contributing cause. Many of these factors contributed to the observed methane anomaly in 1992/93, but at present it is not clear what their relative contributions are, whether they can fully explain the observed anomalies in concentration and isotopic composition, or even whether we have identified all of the important processes.

### 2.2.2.2 Nitrous oxide

Nitrous oxide is a major greenhouse gas because it has a long atmospheric lifetime (~120 years) and large radiative forcing about ~200 times that of carbon dioxide on a per molecule basis (IPCC, 1994). Nitrous oxide levels continue to grow in the global, background atmosphere. The 1993 growth rate (approximately 0.5 ppbv/yr) was lower than observed in the late 1980s-early 1990s (approximately 0.8 ppbv/yr). This lower growth rate has been tentatively associated with global cooling due to aerosols emitted by Mt. Pinatubo affecting $N_2O$ soil emission rates (Bouwmann *et al.*, 1995), but the changes in $N_2O$ growth rates are within the range of variability seen on decadal time-scales (Prinn *et al.*, 1990; Khalil and Rasmussen, 1992; Elkins *et al.*, 1994; Prather *et al.*, 1995; Prinn *et al.*, 1995a). Zander *et al.* (1994a) have updated trends in column abundance of $N_2O$ from 1950 to 1990 that are broadly consistent with data obtained at remote surface stations.

### 2.2.2.3 Halocarbons

Chlorocarbons and bromocarbons strongly absorb infrared radiation (a direct warming) and also destroy ozone in the lower stratosphere (an indirect cooling since ozone is a strong greenhouse gas) (IPCC, 1994; WMO/UNEP, 1995).



**Figure 2.10:** (a) Global average (NOAA) and selected station (AGAGE) mixing ratios of CFC-11 (Cunnold *et al.*, 1994; Prinn *et al.*, 1995a; AGAGE unpublished data). (b) Mixing ratios of methyl chloroform from selected AGAGE stations (Prinn *et al.*, 1995a,b; AGAGE unpublished data).

The slowdown in the growth rates of atmospheric chlorofluorocarbons, particularly CFC-11 and CFC-12 (Elkins *et al.*, 1993; Cunnold *et al.*, 1994) is consistent with the rapid phase-out of CFC consumption required by the Montreal Protocol and its Amendments (Copenhagen). Further data from the NOAA–CMDL and AGAGE networks (Elkins *et al.*, 1994; Prinn *et al.*, 1995a) show that CFC-11 global abundances probably stopped growing in early 1993, whereas CFC-12 growth rates declined from about 10 pptv/year (1991 to 1992) to 7 pptv/year (1992 to 1993). By mid-1994 global levels of CFC-12 had almost stopped growing and CFC-11 levels had started to decline (Figure 2.10).

These changes in atmospheric concentrations of CFC-11 and -12, clearly a response to large reductions in emissions, are probably in advance of those predicted to occur under the Montreal Protocol and its Amendments (see IS92a Scenario, Section 2.2.4). The inventory approach to the

*Radiative Forcing of Climate Change*

estimation of recent production and emissions of CFC-11 and -12 has become increasingly uncertain (Fisher and Midgley, 1994). The major uncertainty in the release of CFC-11 is now associated with release from closed cell foams while that for CFC-12 is the estimation of unreported production.

Methyl chloroform, a relatively short-lived species in the atmosphere (about 5 years) compared to the CFCs (about 50 years or more), is also a major source of stratospheric chlorine and so is regulated by the Montreal Protocol and its Amendments. Its concentration grew regularly at about 4–5%/yr until 1990, levelled off towards the end of 1991, and fell in 1994 by about 8% (Figure 2.10, Prinn *et al.*, 1995b) – the first reported global decrease in the atmospheric abundance of an anthropogenic chemical whose emissions are regulated by the Montreal Protocol and its Amendments. This dramatic reduction is consistent with the known emissions (Midgley and McCulloch, 1995), models of atmospheric transport and chemistry, including the control by tropospheric hydroxyl radicals (Prinn *et al.*, 1995b).

HCFCs (hydrochlorofluorocarbons) and HFCs (hydrofluorocarbons) are being used increasingly as interim (HCFC) and longer term (HFC) substitutes for CFCs, in response to the requirements of the Montreal Protocol and its Amendments. Their GWP values are typically less than the CFCs they replace, but are nevertheless high compared to carbon dioxide. Global data for HCFC-22 (Montzka *et al.*, 1993, 1994a; Elkins *et al.*, 1994; Figure 2.11) indicate a mean mixing ratio in 1994 of approximately 110 pptv with a constant growth rate (1992 to 1994) of about 5 pptv/yr. A new analysis of spectroscopic data confirms that from the mid-1980s to the early 1990s HCFC-22 levels grew at about 7%/yr in the Northern Hemisphere (Irion *et al.*, 1994; Zander *et al.*, 1994b). Other HCFCs such as HCFC-142b and -141b are being used increasingly as substitutes for CFC-12 and -11 in the production of closed cell foams (Elkins *et al.*, 1994; Montzka *et al.*, 1994b; Oram *et al.*, 1995; Schauffler *et al.*, 1995) (Figure 2.11). These gases show rapidly accelerating growth rates since 1993. In the remote Southern Hemisphere (Cape Grim, Tasmania), HCFC-142b increased from 0.2 pptv in 1978 to 3 pptv in 1993; and HCFC-141b, from 0.1 pptv in 1982 to 0.5 pptv in 1993 (Figure 2.11). These NOAA–CMDL data for 1994 give a mean concentration and growth rate of about 0.6 pptv/yr (21%/yr) for HCFC-142b, and 2 pptv/yr (67%/yr) for HCFC-141b. Analyses of both data sets indicate that industry estimates of emissions (AFEAS, 1995) may be low.

Simultaneous air-sea observations of methyl bromide in the east Pacific (40°N–55°S) and mid-Atlantic Oceans (53°N–45°S) during 1994 show that surface waters were



**Figure 2.11:** (a) HCFC-22 mixing ratios at Cape Grim, Tasmania (41°S), as observed in NOAA flasks (Montzka *et al.*, 1993, 1994a; Elkins *et al.*, 1994) and in the Cape Grim air archive (P. Fraser, unpublished data). (b) HCFC-141b and HCFC-142b mixing ratios at Cape Grim, as observed in NOAA flasks (Montzka *et al.*, 1994b; Elkins *et al.*, 1994) and in the Cape Grim air archive (Oram *et al.*, 1995).

undersaturated in all areas except for coastal and upwelling regions (Butler, 1994; Lobert *et al.*, 1995). The global mean atmospheric abundance is about 10 pptv, with an interhemispheric ratio of 1.3. Previously, the oceans were thought to be a net source of methyl bromide of about 35 × 10^9 g/yr (Khalil *et al.*, 1993), but extrapolation of these new measurements to the global oceans gives a net air-to-ocean sink of approximately 15 × 10^9 g/yr (Lobert *et al.*, 1995). The turnover time of atmospheric methyl bromide with respect to oceanic uptake and degradation is about 3–4 years, and the turnover time for all sinks is about 1.2 years, which includes the revised estimate for removal by OH (Section 2.2.3).

A re-analysis of six years of global halon-1211 and -1301 data shows these species are continuing to grow

nearly linearly, in contrast with earlier reports (Butler *et al.*, 1992). These two halons represent about 30% of organic bromine in the remote atmosphere and hence of the ozone-depleting bromine that reaches the stratosphere. In 1993 the halon-1211 abundance was about 2 pptv growing at 0.1–0.2 pptv/yr, and that of halon-1301 was 3 pptv growing at 0.2 pptv/yr (Butler *et al.*, 1994; Elkins *et al.*, 1994; J. Butler, unpublished data). Production of halons has already been phased out under the Montreal Protocol and its amendments, and emissions depend on release of the currently existing "banks" of halons stored primarily in fire-fighting systems.

### 2.2.2.4 Other perhalogenated species

There is a group of trace gases, the exclusively anthropogenic perfluorinated species such as tetrafluoromethane ($CF_4$), hexafluoroethane ($CF_3CF_3$) and sulphur hexafluoride ($SF_6$), that have very long atmospheric lifetimes (greater than 1000 years) and large GWP (Global Warming Potential) values (Ko *et al.*, 1993).

Tetrafluoromethane and hexafluoroethane are by-products released to the atmosphere during the production of aluminium. Sulphur hexafluoride is principally used as a dielectric fluid in heavy electrical equipment. Comparatively small emissions of these species will accumulate and lead to radiatively significant atmospheric concentrations. Current concentrations of $CF_4$ and $CF_3CF_3$ probably exceed 70 and 2 pptv respectively (Prather *et al.*, 1995) and global average concentrations of $SF_6$ were 3–4 pptv, growing at 0.2 pptv/year in 1994 (Maiss and Levin, 1994; Maiss *et al.*, 1996; Figure 2.12).



**Figure 2.12**: Sulphur hexafluoride concentrations measured at Cape Grim, Tasmania (41°S) from 1978 to 1994. The measurements were made at the University of Heidelberg on the CSIRO/Bureau of Meteorology air archive (Maiss *et al.*, 1996, M. Maiss, unpublished data).

### 2.2.2.5 Tropospheric ozone

There is observational evidence that tropospheric ozone (about 10% of the total-column ozone) has increased in the Northern Hemisphere (north of 20°N) over the past three decades (Logan, 1994; Harris *et al.*, 1995). The available measurements have been made primarily in industrialised countries so their geographic coverage is limited. Even so the trends are highly regional. They are smaller in the 1980s than in the 1970s and are negative at some locations (Tarasick *et al.*, 1995). European measurements at surface sites also indicate a doubling in the lower-tropospheric ozone concentrations since earlier this century. At the South Pole, a decrease has been observed since the mid-1980s. Elsewhere in the Southern Hemisphere, there are insufficient data to draw strong inferences. IPCC (1994) estimated that tropospheric ozone in the Northern Hemisphere has doubled, from 25 to 50 ppbv, since the pre-industrial. There is no new information to change or strengthen this tentative conclusion. The tropospheric ozone budget is discussed in Section 2.3.3.2.

### 2.2.2.6 Stratospheric ozone

Downward trends in total-column ozone continue to be observed over much of the globe. Decreases in ozone abundances of about 4–5% per decade at mid-latitudes in the Northern and Southern Hemispheres are observed by both ground-based and satellite-borne monitoring instruments. At mid-latitudes, the losses continue to be larger during winter/spring than during summer/fall in both hemispheres, and the depletion increases with latitude, particularly in the Southern Hemisphere. Little or no downward trends are observed in the tropics (20°N–20°S). While the current two-dimensional stratospheric models simulate the observed trends quite well during some seasons and latitudes, they underestimate the trends by factors of 1.5 to 3 in winter/spring at mid- and high latitudes. Several known atmospheric processes involving chlorine and bromine that affect ozone in the lower stratosphere are difficult to simulate numerically and have not been adequately incorporated into these models. A comprehensive review of issues pertaining to atmospheric ozone was recently completed (WMO/UNEP, 1995).

The average stratospheric ozone depletion over the last decade, as well as the large, but transient loss probably associated with Mt. Pinatubo's injection of sulphur dioxide ($SO_2$) into the stratosphere, are expected to have affected various chemical cycles in the troposphere. Several groups (Madronich and Granier, 1992; Bekki et al., 1994; Fuglesvedt et al., 1994) have modelled increases in tropospheric OH due to enhanced fluxes of solar ultraviolet

radiation reaching the troposphere. Others have speculated on more involved mechanisms linking stratospheric changes to tropospheric effects: changes in cloud radiative properties (Toumi et al., 1994; Rodhe and Crutzen, 1995; Section 2.4.1.3) and changes in troposphere–stratosphere turnover (Kinnison et al., 1994; Schauffler and Daniel, 1994). While such mechanisms have been identified, there is as yet no consensus regarding the changes in tropospheric chemistry that occurred during this period.

### 2.2.2.7 Stratospheric water vapour

Stratospheric water vapour is a direct greenhouse gas (IPCC, 1990) as well as a critical chemical component of ozone chemistry (indirect effect). It is expected to increase as a result of increasing $CH_4$ abundances and also possibly from increases in tropopause temperatures that allow more water vapour to enter the stratosphere. Stratospheric water vapour measurements made over Boulder, Colorado ($40°N$) from 1981 to 1994 show increases that are statistically significant at some altitudes in the lower stratosphere (Oltmans and Hofmann, 1995). These increases are only partly explained by the concurrent increases in methane and may point to other long-term trends in the stratosphere. However, these results at a single site do not necessarily point to a global trend (see, for example, the different geographic trends in total ozone, WMO/UNEP (1992)).

### 2.2.2.8 Carbon monoxide

Carbon monoxide (CO), not itself an important greenhouse gas, is an important component of the oxidising capacity of the troposphere. It is short-lived, responds rapidly to changes in sources or its sink, the OH radical, and contributes to formation of tropospheric ozone. Intercomparison of CO standards at atmospheric levels from three laboratories (NOAA–CMDL, NASA-Langley and Fraunhofer-Institut) indicate general agreement to within 2% (Novelli et al., 1994a) and allow us to combine the different observational records. The recently reported global trend of $-6$ to $-8\%/yr$ since 1990 (IPCC 1994; Novelli et al., 1994b) has been observed in another global observational network but at a smaller rate of $-2$ to $-3\%/yr$ (Khalil and Rasmussen, 1994). At Mace Head, Ireland, however, small increases in CO (0.6%/yr) for 1990 to 1992 have been reported for pollution-free samples while decreases ($-13\%/yr$) are found for air masses that originated over Europe (Derwent et al., 1994). These observations reflect the difficulty in determining global trends from short records for a gas such as CO. Several causes of these different "trends" have been postulated and

include reduced CO emissions from biomass burning and urban sources, increased OH-sink, possibly from enhanced stratospheric ozone depletion following the eruption of Mt. Pinatubo in 1991 (Bakwin et al., 1994; Bekki et al., 1994; Khalil and Rasmussen, 1994; Novelli et al., 1994b). As in the case of the $CH_4$ anomaly in 1992/93, a single, dominant cause has not been quantitatively established. A recently published revision to one of the sources of CO (oxidation of isoprene and other hydrocarbons, Miyoshi et al., 1994) is still consistent with the previous IPCC budget.

### 2.2.3 Chemical Lifetimes and Budgets

The atmospheric lifetimes of gases other than $CO_2$ are determined predominantly by chemical reactions. The term "lifetime" can refer to a specific process, a globally integrated loss (turnover time), or the duration of perturbations in the atmospheric concentration (adjustment time). These different definitions are discussed in the box. In the case of $CH_4$ and CO these gases' abundances influence OH concentrations and hence their own losses: adjustment times for additions of $CH_4$ or CO are longer than their respective turnover times (Prather, 1994).

There is little new information on the stratospheric losses of the greenhouse gases, and hence the recommended lifetimes for certain gases, e.g., $N_2O$ and the CFCs, remain as in IPCC (1994). Fisher and Midgley (1994) have evaluated the empirical lifetime of CFC-11, 56 yr, from fitting observations to emissions, including uncertainty in the latter. Cunnold et al. (1994) analysed the same data with a different model and report a shorter lifetime of 44 yr. Allowing for uncertainties in the emissions and the absolute calibration, these are consistent with the IPCC lifetime of 50 yr. Morris et al. (1995) have evaluated the possible effects of ion reactions on the lifetimes of the fully fluorinated compounds and have shown that, even for the most extreme assumptions, the lifetimes of perfluoroalkanes and $SF_6$ are greater than 1000 years.

The lifetimes of all those gases that react primarily with tropospheric OH are revised downward relative to IPCC (1994) by about 10%. That revision includes $CH_4$ and other hydrocarbons, the HCFCs and other halogenated species that contain one or more hydrogen-atoms, and is based on a revised estimate of the mean global OH concentration. That in turn is based on a revision of the budget of methyl chloroform (Prinn et al., 1995b) which serves as a reference to estimate mean global OH concentrations. A recent recalibration of the methyl chloroform absolute standard by AGAGE gave a value of 0.82 times that of their previous reported value (Prinn et al., 1995b; 1992)

lowering the estimate of the atmosphere $CH_3CCl_3$ burden by the same factor and lowering the turnover time of $CH_3CCl_3$ to 4.8 ± 0.2 years (Prinn *et al.*, 1995b) as compared to 5.7 ± 0.3 yr (Prinn *et al.*, 1992).

The new AGAGE calibration also removes much of the previous difference with the NOAA/CMDL calibration noted previously (Fraser *et al.*, 1994; IPCC, 1994). Using atmospheric models (Bloomfield *et al.*, 1994), an average of the two calibrations results in a recommended empirical

turnover time of 4.9 ± 0.4 yr (compared with 5.4 ± 0.6 in IPCC 1994) which is in close agreement with the estimate by Prinn *et al.* (1995b). After allowing for the loss to the stratosphere and the uptake by the oceans, the removal time for $CH_3CCl_3$ through reaction with troposphere OH is inferred to be 5.9 ± 0.7 yr. That value is used to recalculate the lifetimes of the other gases reacting with OH: for $CH_4$ see Table 2.2 and Section 2.2.3.1; for the other greenhouse and ozone-depleting gases see Table 2.2 and Section 2.5.

**Table 2.2:** *Lifetimes for radiatively active gases and halocarbons*

| SPECIES | | LIFETIME | | CONCENTRATION (ppbv) | | CURRENT GROWTH | RADIATIVE FORCING | |
|---|---|---|---|---|---|---|---|---|
| | | Year | Uncert. | 1992 | pre-ind. | ppbv/yr | $Wm^{-2}$ /ppbv | $Wm^{-2}$ |
| **NATURAL AND ANTHROPOGENICALLY INFLUENCED GASES** | | | | | | | | |
| carbon dioxide | $CO_2$ | variable | | 356,000 | 278,000 | 1,600 | $1.8 \times 10^{-5}$ | 1.56 |
| methane | $CH_4$@ | 12.2 | 25% | 1714 | 700 | 8 | $3.7 \times 10^{-4}$ | 0.47 |
| nitrous oxide | $N_2O$ | 120 | | 311 | 275 | 0.8 | $3.7 \times 10^{-3}$ | 0.14 |
| methyl chloride | $CH_3Cl$ | 1.5 | 25% | ~0.6 | ~0.6 | ~0 | | 0 |
| methyl bromide | $CH_3Br$ | 1.2 | 32% | 0.010 | < 0.010 | ~0 | | 0 |
| chloroform | $CHCl_3$ | 0.51 | 300% | ~0.012 | | ~0 | 0.017 | |
| methylene chloride | $CH_2Cl_2$ | 0.46 | 200% | ~0.030 | | ~0 | 0.03 | |
| carbon monoxide | $CO$ | 0.25 | | 50-150 | | ~0 | | $\S$ |
| **GASES PHASED OUT BEFORE 2000 UNDER THE MONTREAL PROTOCOL AND ITS AMENDMENTS** | | | | | | | | |
| CFC-11 | $CCl_3F$ | 50 | 10% | 0.268 | 0 | $+0.000^{**}$ | 0.22 | 0.06 |
| CFC-12 | $CCl_2F_2$ | 102 | | 0.503 | 0 | $+0.007^{**}$ | 0.28 | 0.14 |
| CFC-113 | $CCl_2FCClF_2$ | 85 | | 0.082 | 0 | $0.000^{**}$ | 0.28 | 0.02 |
| CFC-114 | $CClF_2CClF_2$ | 300 | | 0.020 | 0 | | 0.32 | 0.007 |
| CFC-115 | $CF_3CClF_2$ | 1700 | | < 0.01 | 0 | | 0.26 | <0.003 |
| carbon tetrachloride | $CCl_4$ | 42 | | 0.132 | 0 | $-0.0005^{**}$ | 0.10 | 0.01 |
| methyl chloroform | $CH_3CCl_3$ | 4.9 | 8% | $0.135^{\#}$ | 0 | $-0.010^{**}$ | 0.05 | 0.007 |
| halon-1211 | $CBrClF_2$ | 20 | | 0.007 | 0 | .00015 | | |
| halon-1301 | $CBrF_3$ | 65 | | 0.003 | 0 | .0002 | 0.28 | |
| halon-2402 | $CBrF_2CBrF_2$ | 20 | | 0.0007 | 0 | | | |
| **CHLORINATED HYDROCARBONS CONTROLLED BY THE MONTREAL PROTOCOL AND ITS AMENDMENTS** | | | | | | | | |
| HCFC-22 | $CHClF_2$ | 12.1 | 20% | 0.100 | 0 | $+0.005^{**}$ | 0.19 | 0.02 |
| HCFC-123 | $CF_3CHCl_2$ | 1.4 | 25% | | 0 | | 0.18 | |
| HCFC-124 | $CF_3CHClF$ | 6.1 | 25% | | 0 | | 0.19 | |
| HCFC-141b | $CH_3CFCl_2$ | 9.4 | 25% | 0.002 | 0 | $0.001^{**}$ | 0.14 | |
| HCFC-142b | $CH_3CF_2Cl$ | 18.4 | 25% | 0.006 | 0 | $0.001^{**}$ | 0.18 | |
| HCFC-225ca | $C_3HF_5Cl_2$ | 2.1 | 35% | | 0 | | 0.24 | |
| HCFC-225cb | $C_3HF_5Cl_2$ | 6.2 | 35% | | 0 | | 0.28 | |

*Radiative Forcing of Climate Change*                                                                93

**Table 2.2:** *continued*

| SPECIES | | LIFETIME | | CONCENTRATION (ppbv) | | CURRENT GROWTH | RADIATIVE FORCING | |
|---|---|---|---|---|---|---|---|---|
| | | Year | Uncert. | 1992 | pre-ind. | ppbv/yr | $Wm^{-2}$ /ppbv | $Wm^{-2}$ |
| **PERFLUORINATED COMPOUNDS** | | | | | | | | |
| sulphur hexafluoride | $SF_6$ | 3200 | | 0.032 | 0 | +0.0002 | 0.64 | 0.002 |
| perfluoromethane | $CF_4$ | 50000 | | 0.070 | 0 | +0.0012 | 0.10 | 0.007 |
| perfluoroethane | $C_2F_6$ | 10000 | | 0.004 | 0 | | 0.23 | |
| perfluoropropane | $C_3F_8$ | 2600 | | | 0 | | 0.24 | |
| perfluorobutane | $C_4F_{10}$ | 2600 | | | 0 | | 0.31 | |
| perfluoropentane | $C_5F_{12}$ | 4100 | | | 0 | | 0.39 | |
| perfluorohexane | $C_6F_{14}$ | 3200 | | | 0 | | 0.46 | |
| perfluorocyclobutane | $c\text{-}C_4F_8$ | 3200 | | | 0 | | 0.32 | |
| **ANTHROPOGENIC GREENHOUSE GASES NOT REGULATED (PROPOSED OR IN USE)** | | | | | | | | |
| HFC-23 | $CHF_3$ | 264 | 45% | | | | 0.18 | |
| HFC-32 | $CH_2F_2$ | 5.6 | 25% | | | | 0.11 | |
| HFC-41 | $CH_3F$ | 3.7 | | | | | 0.02 | |
| HFC-43-10mee | $C_5H_2F_{10}$ | 17.1 | 35% | | | | 0.35 | |
| HFC-125 | $C_2HF_5$ | 32.6 | 35% | | | | 0.20 | |
| HFC-134 | $CF_2HCF_2H$ | 10.6 | 200% | | | | 0.18 | |
| HFC-134a | $CH_2FCF_3$ | 14.6 | 20% | | | | 0.17 | |
| HFC-143 | $CF_2HCH_2F$ | 3.8 | 50% | | | | 0.11 | |
| HFC-143a | $CH_3CF_3$ | 48.3 | 35% | | | | 0.14 | |
| HFC-152a | $CH_3CHF_2$ | 1.5 | 25% | | | | 0.11 | |
| HFC-227ea | $C_3HF_7$ | 36.5 | 20% | | | | 0.26 | |
| HFC-236fa | $C_3H_2F_6$ | 209 | 50% | | | | 0.24 | |
| HFC-245ca | $C_3H_3F_5$ | 6.6 | 35% | | | | 0.20 | |
| HFOC-125e | $CF_3OCHF_2$ | 82 | 300% | | | | | |
| HFOC-134e | $CHF_2OCHF_2$ | 8 | 300% | | | | | |
| trifluoroiodomethane | $CF_3I$ | < 0.005 | | | | | 0.38 | |

Notes: This table lists only the direct radiative forcing from emitted gases. The indirect effects due to subsequent changes in atmospheric chemistry, notably ozone (see below), are not included. The $Wm^{-2}$ column refers to the radiative forcing since the pre-industrial, and the $Wm^{-2}$/ppbv column is accurate only for small changes about the current atmospheric composition (see Section 2.4 and IPCC (1994)). In particular, $CO_2$, $CH_4$ and $N_2O$ concentration changes since pre-industrial times are too large to assume linearity; the formulae reported in IPCC(1990) are used to evaluate their total contribution.

A blank entry indicates that a value is not available. Uncertainties for many lifetimes have not been evaluated. The concentrations of some anthropogenic gases are small and difficult to measure. The pre-industrial concentrations of some gases with natural sources are difficult to determine. Radiative forcings are only given for those gases with values greater than 0.001 $Wm^{-2}$.

@Methane increases are calculated to cause increases in tropospheric ozone and stratospheric $H_2O$; these indirect effects, about 25% of the direct effect, are not included in the radiative forcings given here.

$ The direct radiative forcing due to changes in the CO concentration is unlikely to reach a few hundredths of a $Wm^{-2}$ (see Section 2.4.1). The direct radiative forcing is hard to quantify (see Section 2.2.4).

** Gases with rapidly changing growth rates over the past decade, recent trends since 1992 are reported.

# The change in $CH_3Cl_3$ concentration is due to the recalibration of the absolute standards used to measure this gas (see Section 2.2.3). Stratospheric ozone depletion due to halocarbons is about $-2$ % (globally) over the period 1979 to 1990 with half as much again occurring both immediately before and since; the total radiative forcing is thus now about $-0.1$ $Wm^{-2}$. Tropospheric ozone appears to have increased since the 19th Century over the northern mid-latitudes where few observational records are available; if over the entire Northern Hemisphere, tropospheric ozone increased from 25 ppb to 50 ppb at present, then the radiative forcing is about $+0.4$ $Wm^{-2}$.

*Radiative Forcing of Climate Change*

### 2.2.3.1 The methane budget

The budget for $CH_4$ is given in Table 2.3. The estimate for the atmospheric turnover time of $CH_4$ has been revised to $8.6 \pm 1.6$ yr down from $10 \pm 2$ yr in the previous IPCC report. Two factors are responsible for that change: (a) a new estimate for the chemical removal rate (11% faster; see Section 2.2.3); and (b) the uptake by soils (included in the previous budget, but not in the calculation of the turnover time). The estimated error of the lifetime is based on two major uncertainties: that in the tropospheric turnover time of methyl chloroform, $\pm 12\%$, and that in the rate constants of the reactions of $CH_4$ and $CH_3CCl_3$ with OH. The new adjustment time for $CH_4$ is $12.2 \pm 3$ yr; its error also includes the uncertainty in the feedback factor, $\pm 17\%$ (see Table 2.4).

The revised removal rate implies that the global sink strength is $560 \pm 100$ Tg($CH_4$)/yr, higher than the 1994 estimate. Given the uncertainties in the global strengths of the individual $CH_4$ sources, this implied atmospheric sink can still be matched by the estimated total sources ($535 \pm 125$ Tg($CH_4$)/yr) given in IPCC (1994).

$CH_4$ has many clearly identified chemical feedbacks. One already mentioned is that increases in atmospheric $CH_4$ concentrations, however small, will reduce the tropospheric concentrations of the hydroxyl radical, which in turn will increase the lifetime of $CH_4$ in the troposphere, and amplify the original perturbation in the $CH_4$ concentration (Prather, 1994). That feedback expresses itself in an adjustment time that is larger than the $CH_4$ turnover time. The ratio of adjustment time to turnover time depends on the exact formulation of the chemistry and varies between models. Table 2.4 presents such ratios along with the $CH_4$ global mean lifetimes (i.e., turnover) obtained from various models. The ratio, also called feedback factor in IPCC (1994), varies between 1.2 and 1.7 and is not correlated with the $CH_4$ lifetimes obtained by the models, which vary from 8.7 to 13.2 years. This suggests that the feedback factor does not depend on the $CH_4$ turnover time. Thus there is no reason to revise the ratio of adjustment time to turnover time used in IPCC (1994).

Another feedback loop has been suggested by King and Schnell (1994), who argue that increases in the

**Table 2.3:** *Estimated sources and sinks of methane for 1980 to 1990.*
*(a) Observed atmospheric increase, calculated sinks and implied sources derived to balance the budget.*

|  |  | Individual estimates | Total |
|---|---|---|---|
| Atmospheric increase |  |  | **37** (35–40) |
| Sinks of atmospheric $CH_4$: | tropospheric OH | **490** (405–575) |  |
|  | stratosphere | **40** (32–48) |  |
|  | soils | **30** (15–45) |  |
| Total atmospheric sinks |  |  | **560** (460–660) |
| Implied sources (sinks + atmospheric increase) |  |  | **597** (495–700) |

*(b) Inventory of identified sources.*

|  |  |  |  |
|---|---|---|---|
| Natural sources |  |  | **160** (110–210) |
| Anthropogenic sources: | Fossil fuel related | **100** (70–120) |  |
|  | Total biospheric | **275** (200–350) |  |
| Total anthropogenic sources |  |  | **375** (300–450) |
| Total identified sources |  |  | **535** (410–660) |

Notes: All figures are in Tg($CH_4$)/yr. 1 Tg = 1 million million grams which is equivalent to 1 million tonnes. The total amount of $CH_4$ in the atmosphere is 4850 Tg.

The only change since IPCC (1994) is the estimate of loss through reaction with tropospheric OH. Estimates of individual sources (not shown) remain unchanged.

**Table 2.4:** *Methane adjustment time relative to turnover time from delta-CH4 simulations (IPCC, 1994)*

| Model | Sensitivity@ | Adjustment/turnover | Lifetime^ (yr) |
|-------|-------------|--------------------|----------------|
| U.Camb/2D | -0.17% | 1.23 [#] | 13.2 |
| AER/2D | -0.18% | 1.26 [#] | 11.9 |
| UEA/Harwell/2D | -0.20% | 1.29 [§] | 9.8 |
| LLNL/3D | -0.22% | 1.32 [#] | 8.7 |
| AER/2D | -0.26% | 1.39 [§] | 12.5 |
| U.Oslo/3D | -0.34% | 1.61 [§] | 9.2 |
| LLNL/2D | -0.35% | 1.62 [§] | 11.5 |

@ The %-change in CH4 loss frequency (= 1/lifetime) per 1% increase in CH4.

^ CH4 global mean turnover time.

# Uses fixed CO concentrations.

§ Uses CO fluxes.

atmospheric $CH_4$ may inhibit the microbial uptake of $CH_4$ in soils via a process that couples soil methane and ammonia. That process would also amplify the original perturbation in the $CH_4$ concentrations. However, the effect of that mechanism is expected to be small, since the global sink strength for the microbial uptake of $CH_4$ by soils is small, about 30 $Tg(CH_4)$/yr.

If emissions were held constant at 1984–1994 levels (corresponding to current growth of 10 ppbv/yr), then methane levels would rise to about 1850 ppbv over the next 40 years. If emissions were cut by about 30 $Tg(CH_4)$/yr, about 8% of anthropogenic emissions (Table 2.3), then methane concentrations would remain at today's levels. These numbers are reduced from IPCC (1994), which used a current growth rate of 13 ppbv/yr and a longer adjustment time.

### 2.2.3.2 The tropospheric ozone and hydroxyl radical budget

Tropospheric ozone is one of the more reactive, radiatively active trace gases whose distribution is controlled by a complex interplay of chemical, radiative and dynamical processes. Ozone is transported down into the troposphere from the stratosphere at mid- and high latitudes, destroyed at the Earth's surface, produced by the photo-oxidation of CO, methane and other hydrocarbons in the presence of $NO_x$ ($NO_2$ and NO), and destroyed by ultraviolet photolysis and reaction with $HO_x$ ($HO_2$ and OH) radicals. The interplay between these processes results in local tropospheric turnover times for ozone varying from days to weeks. Hence, its concentration varies with latitude, longitude, altitude, season and time of day.

Most of the oxidation of long-lived radiatively active gases such as $CH_4$, $CH_3Cl$, $CH_3Br$, $CH_3CCl_3$ and HCFCs takes place in the tropics, where high UV and humidity promote the formation of OH from photolysis of ozone (Prather and Spivakovsky, 1990; Thompson, 1992). Ozone in the tropical troposphere thus plays a critical role in controlling the oxidising power of the atmosphere. An analysis of aircraft observations over the tropical South Atlantic (Jacob *et al.*, 1993b) indicates a close balance in the tropospheric column between photochemical production and loss of ozone, with net production in the upper troposphere balancing net loss in the lower troposphere. The production of ozone is driven by $NO_x$ originating from continental sources (biomass burning, lightning, soils). Transport from the stratosphere is negligible as a source of tropospheric ozone or $NO_x$ in this particular region. By extrapolation, Jacob *et al.* (1993b) proposed a general mechanism for the origin of ozone in the tropical troposphere: convection over the continents injects $NO_x$ to high altitudes, leading to net ozone production in the upper troposphere; eventually the ozone subsides over the oceans and net loss takes place in the lower troposphere, closing the ozone cycle. The proposed mechanism implies a great sensitivity of the oxidising power of the atmosphere to the $NO_x$ emissions from tropical continents. Unfortunately there has been no real increase either in our confidence in numerical simulations of global tropospheric ozone or in the measurements of ozone, particularly in the tropics and the Southern Hemisphere, needed to test the simulations.

The photolysis of ozone and its reactions with $HO_x$ radicals, in addition to controlling the ozone lifetime and budget, are important components of the fast photochemical balance of the sunlit troposphere. This balance establishes a small steady state concentration of the highly reactive hydroxyl (OH) radical which control the removal of most trace gases including methane, carbon monoxide, $NO_x$ and a wide range of organic compounds. The global tropospheric concentration of hydroxyl radicals thus determines the oxidising capacity of the troposphere, the build-up of radiatively active gases and the flux of some ozone-depleting halocarbons to the stratosphere.

There is increasing observational evidence that we understand and are able to measure and model local concentrations of OH (e.g., Poppe *et al.*, 1994; Wennberg *et al.*, 1994; Müller *et al.*, 1995). However, our knowledge of the global OH distribution is still limited by our ability to model accurately the large range of conditions that determine the OH concentration (e.g., $O_3$, $NO_x$, hydrocarbons, cloud cover). The global and hemispheric mean value of OH can be derived from analyses of observations of methyl chloroform and $^{14}CO$. Analysis of atmospheric $^{14}CO$ data has been used to argue for an asymmetry in the mean tropospheric OH between hemispheres, with about 20% more $^{14}CO$ (and hence 20% less average OH) in the Northern Hemisphere (Mak *et al.*, 1994). Similar results come from the 12-box atmospheric model fitting of methyl chloroform (Prinn *et al.*, 1995b), but some 3-D models fit the observed $CH_3CCl_3$ without significant asymmetry in OH. More evidence is needed to be certain of any hemispheric asymmetry in tropospheric OH. The low uncertainty in OH levels ($\pm 12\%$) is limited, however, to globally integrated quantities. Confidence in the seasonality is limited.

### 2.2.3.3 Aircraft and ozone

The climatic impact of aircraft, due to emissions of particles, water vapour and $NO_x$, remains a serious concern in research and assessment (e.g., Graedel, 1994; Schumann and Wurzel, 1994; Stolarski and Wesoky, 1995). The potential impact of a supersonic fleet operating in the stratosphere has been studied and reviewed extensively. Stratospheric ozone depletion (a negative radiative forcing) due to emission of $NO_x$ is currently predicted to be small, less than 1%, provided a new generation of engines with $NO_x$ emission indices of 3 to 8g ($NO_2$) per kg of fuel can be built (Wahner *et al.*, 1995).

Climatic effects due to the addition of $H_2O$ and sulphur to the stratosphere need to be assessed, and additional uncertainties remain about the ability of the 2-D assessment models to simulate the accumulation of exhaust products. Effects of the subsonic fleet, which adds $NO_x$ primarily to the upper troposphere, centre on the ozone increases expected in the upper troposphere (positive radiative forcing) and on the modification of clouds through the emission of particles and contrails. The former effect depends strongly on the background concentrations of $NO_x$, $O_3$ and $H_2O$ in the upper troposphere (Ehhalt and Rohrer, 1994), for which observations are extremely sparse. As a result the ability of chemical transport models to simulate these background concentrations in the upper troposphere remains untested, and the modelled impact of aircraft $NO_x$ on ozone remains quite uncertain (Derwent, 1994; Ehhalt and Rohrer, 1994; Hauglustaine *et al.*, 1994).

### 2.2.4 IS92 Scenarios

The trace gas scenarios and consequent radiative forcing from the IS92 scenarios (IPCC 1992 and Appendices) are used in Chapter 6 to illustrate the implications of different emission pathways. There are still considerable uncertainties in the chemical models used to simulate possible future atmospheres, and we have chosen here to use the simple consensus on current time-scales and budgets given here and in IPCC (1994) to calculate future concentrations corresponding to the IS92 emission scenarios. The projections of trace gas concentrations from 1990 to 2100 using IS92 scenarios for $CH_4$, $N_2O$, tropospheric $O_3$, CFCs and chlorocarbons, HCFCs, stratospheric $O_3$ and HFCs are given in Tables 2.5 a-e.

We adopt turnover and adjustment times for the greenhouse gases as described in IPCC (1994) and updated in Table 2.2. For $CH_4$, the chemical feedback of its concentration on its own lifetime has been included as a sensitivity factor: the atmospheric loss rate (i.e., not including soil loss) decreases by 0.30% for every 1% increase in the methane concentration above 1700 ppbv. Thus as $CH_4$ increases from 1700 to 4100 ppbv, the global turnover time (including soil loss) increases from 8.6 to 11.0 yr. Since the IS92 emissions for $CH_4$ and $N_2O$ are inconsistent with observations and these lifetimes, they were adjusted so that the concentrations in the 1990s matched the observations. This constant offset from the original IS92 scenarios is effectively a redefinition of the natural, baseline emissions. No attempt has been made to adjust the IS92 scenarios to match the 1992/93 anomaly. Changes in tropospheric $O_3$ are those induced by changes in $CH_4$ alone: those from $NO_x$ changes, which may be equally important, are neglected since they cannot be quantified with confidence. The tropospheric ozone

**Table 2.5a:** *IS92 scenarios for methane concentrations (ppbv)*

| Year | IS92a | IS92b | IS92c | IS92d | IS92e | IS92f |
|------|-------|-------|-------|-------|-------|-------|
| 1990 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 |
| 1995 | 1749 | 1749 | 1743 | 1743 | 1753 | 1751 |
| 2000 | 1810 | 1810 | 1787 | 1787 | 1824 | 1817 |
| 2005 | 1882 | 1882 | 1832 | 1831 | 1910 | 1897 |
| 2010 | 1964 | 1964 | 1880 | 1878 | 2007 | 1995 |
| 2015 | 2052 | 2052 | 1931 | 1926 | 2112 | 2104 |
| 2020 | 2145 | 2145 | 1984 | 1975 | 2224 | 2221 |
| 2025 | 2242 | 2242 | 2038 | 2026 | 2341 | 2344 |
| 2030 | 2343 | 2343 | 2088 | 2074 | 2463 | 2474 |
| 2035 | 2450 | 2450 | 2129 | 2117 | 2593 | 2608 |
| 2040 | 2561 | 2561 | 2165 | 2157 | 2729 | 2748 |
| 2045 | 2676 | 2676 | 2195 | 2194 | 2870 | 2891 |
| 2050 | 2793 | 2793 | 2224 | 2230 | 3014 | 3038 |
| 2055 | 2905 | 2905 | 2243 | 2257 | 3156 | 3188 |
| 2060 | 3003 | 3003 | 2246 | 2267 | 3291 | 3342 |
| 2065 | 3092 | 3092 | 2239 | 2267 | 3421 | 3499 |
| 2070 | 3175 | 3175 | 2224 | 2259 | 3548 | 3659 |
| 2075 | 3253 | 3253 | 2204 | 2246 | 3673 | 3822 |
| 2080 | 3328 | 3328 | 2181 | 2230 | 3797 | 3987 |
| 2085 | 3402 | 3402 | 2155 | 2211 | 3921 | 4155 |
| 2090 | 3474 | 3474 | 2127 | 2190 | 4044 | 4324 |
| 2095 | 3545 | 3545 | 2098 | 2168 | 4167 | 4495 |
| 2100 | 3616 | 3616 | 2069 | 2146 | 4291 | 4669 |

The budget lifetime is 8.6 yr; there are 2.78 Tg($CH_4$)/ppbv.

The IS92 fluxes are inconsistent with the current lifetime and growth rate, and thus 69 Tg($CH_4$)/yr have been added to all IS92 fluxes.

***Table 2.5b:*** *IS92 scenarios for N$_2$O concentration (ppbv)*

| Year | IS92a | IS92b | IS92c | IS92d | IS92e | IS92f |
|------|-------|-------|-------|-------|-------|-------|
| 1990 | 310 | 310 | 310 | 310 | 310 | 310 |
| 1995 | 314 | 314 | 314 | 314 | 314 | 314 |
| 2000 | 319 | 318 | 318 | 318 | 319 | 319 |
| 2005 | 323 | 323 | 323 | 323 | 323 | 323 |
| 2010 | 328 | 328 | 327 | 327 | 328 | 328 |
| 2015 | 333 | 333 | 332 | 332 | 334 | 334 |
| 2020 | 339 | 338 | 337 | 336 | 339 | 339 |
| 2025 | 344 | 343 | 342 | 341 | 345 | 345 |
| 2030 | 350 | 349 | 346 | 346 | 351 | 351 |
| 2035 | 355 | 354 | 351 | 351 | 357 | 357 |
| 2040 | 361 | 360 | 355 | 356 | 363 | 363 |
| 2045 | 366 | 365 | 360 | 360 | 370 | 369 |
| 2050 | 371 | 371 | 364 | 365 | 376 | 374 |
| 2055 | 376 | 376 | 368 | 369 | 382 | 380 |
| 2060 | 382 | 381 | 371 | 373 | 388 | 386 |
| 2065 | 386 | 386 | 374 | 377 | 394 | 392 |
| 2070 | 391 | 391 | 377 | 380 | 400 | 397 |
| 2075 | 396 | 395 | 380 | 383 | 405 | 403 |
| 2080 | 400 | 400 | 383 | 386 | 411 | 408 |
| 2085 | 404 | 404 | 385 | 389 | 417 | 414 |
| 2090 | 409 | 408 | 387 | 392 | 422 | 419 |
| 2095 | 413 | 412 | 389 | 394 | 428 | 425 |
| 2100 | 417 | 416 | 391 | 396 | 433 | 430 |

The budget lifetime is 120 yr; there are 4.81 Tg(N$_2$O)/ppbv.

The IS92 fluxes are inconsistent with current lifetime and growth rate and thus 3.4 Tg(N)/yr have been added to all IS92 fluxes.

**Table 2.5c:** *IS92 scenarios for tropospheric ozone (ppbv)#*

| Year | IS92a | IS92b | IS92c | IS92d | IS92e | IS92f |
|------|-------|-------|-------|-------|-------|-------|
| 1990 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1995 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| 2000 | 0.5 | 0.5 | 0.4 | 0.4 | 0.5 | 0.5 |
| 2005 | 0.8 | 0.8 | 0.6 | 0.6 | 0.9 | 0.9 |
| 2010 | 1.2 | 1.2 | 0.8 | 0.8 | 1.3 | 1.3 |
| 2015 | 1.5 | 1.5 | 1.0 | 1.0 | 1.8 | 1.8 |
| 2020 | 2.0 | 2.0 | 1.2 | 1.2 | 2.3 | 2.3 |
| 2025 | 2.4 | 2.4 | 1.5 | 1.4 | 2.8 | 2.8 |
| 2030 | 2.8 | 2.8 | 1.7 | 1.6 | 3.4 | 3.4 |
| 2035 | 3.3 | 3.3 | 1.9 | 1.8 | 3.9 | 4.0 |
| 2040 | 3.8 | 3.8 | 2.0 | 2.0 | 4.5 | 4.6 |
| 2045 | 4.3 | 4.3 | 2.2 | 2.2 | 5.1 | 5.2 |
| 2050 | 4.8 | 4.8 | 2.3 | 2.3 | 5.8 | 5.9 |
| 2055 | 5.3 | 5.3 | 2.4 | 2.4 | 6.4 | 6.5 |
| 2060 | 5.7 | 5.7 | 2.4 | 2.5 | 7.0 | 7.2 |
| 2065 | 6.1 | 6.1 | 2.4 | 2.5 | 7.6 | 7.9 |
| 2070 | 6.5 | 6.5 | 2.3 | 2.5 | 8.1 | 8.6 |
| 2075 | 6.8 | 6.8 | 2.2 | 2.4 | 8.7 | 9.3 |
| 2080 | 7.2 | 7.2 | 2.1 | 2.3 | 9.2 | 10.1 |
| 2085 | 7.5 | 7.5 | 2.0 | 2.2 | 9.8 | 10.8 |
| 2090 | 7.8 | 7.8 | 1.9 | 2.2 | 10.3 | 11.5 |
| 2095 | 8.1 | 8.1 | 1.8 | 2.1 | 10.9 | 12.3 |
| 2100 | 8.4 | 8.4 | 1.6 | 2.0 | 11.4 | 13.1 |

# Global mean change, assuming increase due solely to $CH_4$ increase (IPCC, 1994).  Possible effects from changes in $NO_x$, hydrocarbons, etc. are not included.

**Table 2.5d:** *Copenhagen-like scenario adopted for chlorocarbons used with all IS92 options.*
*(i) Tropospheric mixing ratios (all units pptv, except for $dO_3$ which is the global mean ozone depletion in per cent).*

| Year | CFC-11 | CFC-12 | CFC-113 | CFC-114 | CFC-115 | $CCl_4$ | $CH_3CCl_3$ | HCFC-22 | HCFC-141b | HCFC-123 | tropCl[@] | $dO_3$% |
|------|--------|--------|---------|---------|---------|---------|-------------|---------|-----------|----------|-----------|---------|
| 1970* | 60 | 120 | 2 | 1 | 0 | 105 | 35 | 10 | 0 | 0 | 1563 | 0.0 |
| 1975* | 115 | 205 | 6 | 2 | 1 | 111 | 60 | 25 | 0 | 0 | 2027 | -0.3 |
| 1980* | 173 | 295 | 15 | 4 | 2 | 118 | 85 | 50 | 0 | 0 | 2541 | -1.2 |
| 1985* | 222 | 382 | 30 | 8 | 4 | 126 | 110 | 70 | 0 | 0 | 3044 | -2.0 |
| 1990# | 263 | 477 | 77 | 19 | 5 | 133 | 133 | 91 | 2 | 0 | 3643 | -3.1 |
| 1995 | 291 | 532 | 92 | 20 | 7 | 133 | 122 | 148 | 5 | 4 | 3922 | -3.5 |
| 2000 | 289 | 545 | 97 | 20 | 8 | 120 | 61 | 241 | 13 | 9 | 3844 | -3.4 |
| 2005 | 267 | 526 | 93 | 20 | 9 | 108 | 30 | 292 | 16 | 8 | 3644 | -3.1 |
| 2010 | 242 | 501 | 88 | 20 | 9 | 96 | 12 | 299 | 16 | 6 | 3401 | -2.7 |
| 2015 | 219 | 477 | 83 | 20 | 9 | 85 | 4 | 248 | 13 | 3 | 3140 | -2.2 |
| 2020 | 198 | 454 | 78 | 19 | 9 | 76 | 2 | 178 | 8 | 1 | 2889 | -1.8 |
| 2025 | 179 | 433 | 74 | 19 | 9 | 67 | 1 | 119 | 5 | 0 | 2670 | -1.5 |
| 2030 | 162 | 412 | 70 | 19 | 8 | 60 | 0 | 79 | 3 | 0 | 2489 | -1.2 |
| 2035 | 147 | 392 | 66 | 18 | 8 | 53 | 0 | 52 | 2 | 0 | 2334 | -0.9 |
| 2040 | 133 | 373 | 62 | 18 | 8 | 47 | 0 | 35 | 1 | 0 | 2200 | -0.7 |
| 2045 | 120 | 356 | 58 | 18 | 8 | 42 | 0 | 23 | 1 | 0 | 2081 | -0.5 |
| 2050 | 109 | 339 | 55 | 17 | 8 | 37 | 0 | 15 | 0 | 0 | 1976 | -0.3 |
| 2055 | 98 | 322 | 52 | 17 | 8 | 33 | 0 | 10 | 0 | 0 | 1880 | -0.1 |
| 2060 | 89 | 307 | 49 | 17 | 8 | 29 | 0 | 7 | 0 | 0 | 1793 | 0.0 |
| 2065 | 81 | 292 | 46 | 17 | 8 | 26 | 0 | 4 | 0 | 0 | 1714 | 0.0 |
| 2070 | 73 | 278 | 44 | 16 | 8 | 23 | 0 | 3 | 0 | 0 | 1641 | 0.0 |
| 2075 | 66 | 265 | 41 | 16 | 8 | 20 | 0 | 2 | 0 | 0 | 1575 | 0.0 |
| 2080 | 60 | 252 | 39 | 16 | 8 | 18 | 0 | 1 | 0 | 0 | 1513 | 0.0 |
| 2085 | 54 | 240 | 366 | 15 | 8 | 16 | 0 | 1 | 0 | 0 | 1456 | 0.0 |
| 2090 | 49 | 229 | 34 | 15 | 8 | 14 | 0 | 1 | 0 | 0 | 1403 | 0.0 |
| 2095 | 44 | 218 | 32 | 15 | 8 | 14 | 0 | 0 | 0 | 0 | 1355 | 0.0 |
| 2100 | 40 | 207 | 31 | 15 | 8 | 11 | 0 | 0 | 0 | 0 | 1309 | 0.0 |
| life-time (yr) 50 | | 102 | 85 | 300 | 1700 | 42 | 4.9 | 12.1 | 9.4 | 1.4 | | |
| factor (Gg/pptv) | | 22.6 | 20.8 | 32.5 | 29.7 | 27.1 | 25.3 | 22.0 | 14.9 | 26.3 | 20.1 | |

*(ii) Annual flux^ (kton/yr)*

| Year | CFC-11 | CFC-12 | CFC-113 | CFC-114 | CFC-115 | $CCl_4$ | $CH_3CCl_3$ | HCFC-22 | HCFC-141b | HCFC-123 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1990-94 | 250 | 330 | 132 | 6 | 13 | 80 | 520 | 319 | 26 | 52 |
| 1990-99 | 125 | 165 | 66 | 6 | 6 | 10 | 120 | 520 | 65 | 130 |
| 2000-04 | 25 | 30 | 13 | 1 | 1 | 8 | 54 | 484 | 60 | 121 |
| 2005-09 | 2 | 2 | 1 | 0 | 0 | 0 | 6 | 383 | 42 | 85 |
| 2010-14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 182 | 23 | 46 |
| 2015-19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 53 | 7 | 13 |
| 2020-24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 |
| 2025-29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 1 |
| 2030- | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

@ TropCl represents the amount of chlorine that enters the stratosphere and is represented here by the sum of the chlorine contained in the chlorocarbons listed here plus 600 pptv of natural $CH_3Cl$.

* Taken from WMO (1992).

# Initial conditions from IPCC (1994).

^ Emissions through 1993 are based on AFEAS (1995) for CFCs and Midgley and McCulloch (1995) for methyl chloroform; those for the HCFCs assume the IS92 branching for the maximum flux allowed during phaseout of CFCs (3.1% of ODP weighted production); the CFCs are assumed to follow their maximum allowable, including a 3-year bank released over the 10-year period 1991 to 1999 and an additional 10% flux with a 10-year lag in phaseout as in Article 5.

**Table 2.5e:** *IS92 scenarios for HFC concentrations (pptv).*

| year | HFC-125 | | | HFC-134a | | | HFC-152a | | |
|------|---------|---------|--------|----------|--------|--------|----------|---------|--------|
| | IS92acf | IS92b | IS92de | IS92acf | IS92b | IS92de | IS92acf | IS92b | IS92de |
| 1990 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995 | 0 | 0 | 1 | 8 | 8 | 9 | 0 | 0 | 2 |
| 2000 | 0 | 0 | 6 | 31 | 31 | 36 | 0 | 0 | 6 |
| 2005 | 0 | 0 | 14 | 65 | 66 | 75 | 0 | 0 | 12 |
| 2010 | 0 | 0 | 28 | 107 | 109 | 122 | 0 | 0 | 20 |
| 2015 | 1 | 1 | 46 | 152 | 57 | 175 | 1 | 1 | 28 |
| 2020 | 2 | 2 | 69 | 198 | 206 | 231 | 2 | 2 | 36 |
| 2025 | 5 | 5 | 94 | 246 | 256 | 289 | 4 | 4 | 5 |
| 2030 | 10 | 10 | 122 | 297 | 309 | 350 | 12 | 12 | 58 |
| 2035 | 22 | 22 | 153 | 355 | 370 | 417 | 23 | 23 | 75 |
| 2040 | 39 | 39 | 187 | 418 | 434 | 488 | 36 | 36 | 93 |
| 2045 | 62 | 62 | 223 | 484 | 502 | 562 | 48 | 48 | 110 |
| 2050 | 88 | 88 | 261 | 554 | 573 | 638 | 60 | 60 | 127 |
| 2055 | 115 | 115 | 299 | 618 | 638 | 708 | 66 | 66 | 139 |
| 2060 | 140 | 140 | 333 | 669 | 689 | 763 | 70 | 70 | 147 |
| 2065 | 162 | 162 | 364 | 712 | 731 | 809 | 73 | 73 | 155 |
| 2070 | 182 | 182 | 393 | 749 | 766 | 848 | 77 | 77 | 163 |
| 2075 | 200 | 200 | 420 | 781 | 796 | 882 | 80 | 80 | 171 |
| 2080 | 217 | 217 | 444 | 808 | 820 | 910 | 82 | 82 | 174 |
| 2085 | 231 | 231 | 464 | 827 | 838 | 930 | 82 | 82 | 175 |
| 2090 | 243 | 243 | 482 | 841 | 850 | 944 | 82 | 82 | 175 |
| 2095 | 253 | 253 | 497 | 852 | 859 | 95 | 82 | 82 | 176 |
| 2100 | 262 | 262 | 510 | 860 | 865 | 961 | 82 | 82 | 176 |
| life-time (yr) | | 32.6 | | | 14.6 | | | 1.5 | |
| factor (Gg/pptv) | | 20.6 | | | 17.5 | | | 10.5 | |

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 506 of 584

increase, +1.5 ppbv for a 20% increase in $CH_4$, is based on the IPCC (1994) analysis of the delta-$CH_4$ simulations.

A major simplification of the IS92 scenarios is that we have chosen to ignore the changing emissions of the short-lived gases: CO, VOC (volatile organic compounds) and $NO_x$. Although we would like to include a complete atmospheric simulation with changing emissions of the major greenhouse gases and also these short-lived gases, there are two compelling reasons why this cannot be done at this time. First, there is not a strong enough consensus on how to treat the short-lived gases in the currently available coarse resolution global models, and on how the chemical feedbacks couple these highly reactive species with $CH_4$. Second, the impact of these short-lived species depends critically on where and when these gases are emitted. For example, the IS92 scenarios do not differentiate between aircraft, urban combustion and diffuse agricultural $NO_x$ emissions. The yield of ozone (a greenhouse gas) per emitted $NO_x$ molecule depends critically on these local conditions (e.g., Chameides *et al.*, 1994; Schumann and Wurzel, 1994; Derwent, 1996). Thus until we have a consensus on the tropospheric chemistry models and until the scenarios for short-lived gases include spatially resolved emissions (and speciated in the case of VOC), the IS92 calculations cannot include these short-lived gases. This decision is not a recommendation to use the extremely simplified representation of atmospheric chemistry in integrated models (e.g., Prather, 1988; Wigley, 1995).

To illustrate the potential importance of these short-lived gases, Derwent (1996) used the UKMO 2-D model to calculate the $CH_4$ increases resulting from a full IS92a Scenario. The scenario includes the projected growth in $NO_x$, CO and VOC emissions (with additional assumptions about the location and speciation of emissions), and the model includes a fairly full set of chemical feedbacks on tropospheric $O_3$ and OH. As a result the increases in tropospheric $O_3$ and $NO_x$ also change the oxidising capacity of the atmosphere and partially offset the $CH_4$ chemical feedback described above. The increases in $CH_4$ for this 2-D model are approximately 20% less than those in the simplified $CH_4$ feedback-only model used here.

In another simplification of the IS92 scenarios, the chlorine and bromine containing halocarbons are assumed to be controlled by the Montreal Protocol and its Amendments (London, 1990; Copenhagen, 1992), and thus we give a single scenario for the greenhouse gases and for the ozone depletion they cause. The Copenhagen '92 amendments do not define phaseout steps for individual HCFCs and some latitude is allowed in implementing the

schedule which is fixed overall. We have chosen to illustrate the effects of the ozone-depleting substances with a scenario described in Table 2.5 which tends towards an upper limit to chlorine levels. Ozone depletion is scaled to tropospheric chlorine loading. Brominated halocarbons also contribute to ozone loss but they are not included in the table because they are not significant greenhouse gases in terms of direct forcing because of their low concentrations. Also, if the chlorine-plus-bromine-equivalent loading is used, no significant difference in the scaled future ozone depletion is apparent. Based on satellite and ground-based trends (Harris *et al.*, 1995), ozone depletion between 1979 (2.44 ppbv chlorine loading) and 1990 (3.64 ppbv) is taken as –2% in the global mean, with –1% occurring prior to 1979. With the linear fit, this model assumes depletion began at approximately 1.8 ppbv tropospheric chlorine. The lag in time between troposphere and stratosphere, the slightly different reactivities of the chlorocarbons and the inclusion of bromocarbons, are important to the details of ozone depletion (e.g., WMO/UNEP, 1995), but are not significant for these radiative forcing scenarios.

## 2.3 Aerosols

### 2.3.1 Summary of 1994 Report and Areas of Development

Aerosols influence climate in two ways, directly through scattering and absorbing radiation and indirectly through modifying the optical properties and lifetime of clouds. IPCC (1994) concluded that uncertainties in the estimation of direct aerosol forcing arose from the limited information on the spatial and temporal distribution of aerosol particles as well as of the optical properties of the particles themselves. While a body of observations of sulphate aerosol was available, there were only limited data on a global scale for other aerosol components. Furthermore, the sensitivity of the optical properties to the size distribution of the particles, as well as to their chemical composition, made it difficult to relate the aerosol forcing to emissions in a simple manner. Model distributions based on the present sources and sinks along with empirically determined optical properties have been used to estimate direct forcing although it is recognised that changes in the sources, even if total emissions are conserved, are likely to give a different magnitude as well as geographical distribution of the forcing. Similarly, although some local studies had been made of the impact of aerosol particles on cloud optical properties, there had been few observational studies either of possible global

*Radiative Forcing of Climate Change*

**Table 2.6:** *Source strength, atmospheric burden, extinction efficiency and optical depth due to the various types of aerosol particles (after IPCC (1994), Andreae (1995) and Cooke and Wilson (1996)).*

| Source | Flux (Tg/yr) | Global mean column burden (mg m$^{-2}$) | Mass extinction coefficient (hydrated) (m$^2$ g$^{-1}$) | Global mean optical depth |
|---|---|---|---|---|
| **Natural** | | | | |
| Primary | | | | |
| Soil dust (mineral aerosol) | 1500 | 32.2 | 0.7 | 0.023 |
| Sea salt | 1300 | 7.0 | 0.4 | 0.003 |
| Volcanic dust | 33 | 0.7 | 2.0 | 0.001 |
| Biological debris | 50 | 1.1 | 2.0 | 0.002 |
| Secondary | | | | |
| Sulphates from natural precursors, as (NH$_4$)$_2$SO$_4$) | 102 | 2.8 | 5.1 | 0.014 |
| Organic matter from biogenic VOC | 55 | 2.1 | 5.1 | 0.011 |
| Nitrates from NO$_x$ | 22 | 0.5 | 2.0 | 0.001 |
| **Anthropogenic** | | | | |
| Primary | | | | |
| Industrial dust, etc. | 100 | 2.1 | 2.0 | 0.004 |
| Soot (elemental carbon) from fossil fuels | 8 | 0.2 | 10.0 | 0.002 |
| Soot from biomass combustion | 5 | 0.1 | 10.0 | 0.001 |
| Secondary | | | | |
| Sulphates from SO$_2$ as (NH$_4$)$_2$SO$_4$ | 140 | 3.8 | 5.1 | 0.019 |
| Biomass burning | 80 | 3.4 | 5.1 | 0.017 |
| Nitrates from NO$_x$ | 36 | 0.8 | 2.0 | 0.002 |

changes in cloud condensation nuclei (CCN) or ice nuclei, which might be attributed to anthropogenic aerosol particles, or of the global influence of aerosol particles on cloud optical properties. The problem of the influence of aerosol particles on cloud lifetime and extent, and hence on the spatially and temporally averaged cloud optical thickness, was recognised but could not be quantified.

Several areas of research have been developed since the preparation of IPCC (1994) and these are discussed in this update. In particular, model studies of aerosol distribution and the consequent direct forcing have been extended and now include non-sulphate aerosol. Forcing by soot aerosol, and the optical depth due to soil dust, including natural and anthropogenic components, have

been estimated. (We define soot as the light-absorbing aerosol produced by incomplete combustion of carbon-based fuels, as distinct from non-absorbing organic aerosols from, for example, biomass combustion. Some authors use the term "black carbon" for this component.) In the context of indirect forcing, recent work has suggested a possible role for organic particles as CCN. Furthermore, recent field measurements have provided further data on the relationships between aerosol particles and cloud droplet concentration. As discussed by Jonas *et al.* (1995), the climatic influence of stratospheric aerosol due to volcanic eruptions is comparatively well understood so that the modelled and observed cooling following the eruption of Mt. Pinatubo are in good agreement.

### 2.3.2 Modelling of Tropospheric Aerosol Distributions

Whereas estimates of the radiative forcing of greenhouse gases can be based on measured concentrations of these gases in the atmosphere, the forcing due to aerosol particles at the present time has to be calculated from model spatial distributions. This is because the aerosol particles have a short lifetime in the atmosphere and are therefore much less uniformly distributed than the more long-lived greenhouse gases. The physical and radiative properties of aerosols are more variable and less well characterised than the equivalent properties of greenhouse gases. While there are many interactions between different chemical species in aerosols it has proved useful to consider the different species as independent.

The simplest way to estimate the average concentration of aerosol particles is to apply a box model in which the global rate of emission is multiplied by an average turnover time, estimated from the efficiency of the removal processes, to yield a global burden. Such first-order estimates have been made for anthropogenic sulphate (Charlson *et al.*, 1990; Charlson *et al.*, 1992) and soot (Penner, 1995). Radiative forcings estimated from the aerosol loadings predicted using such models tend to be overestimates, compared with those based on more detailed models, partly because box models neglect the spatial correlation that exists between aerosol concentration and cloudiness since large industrial emissions are in relatively cloudy regions. Forcing estimates which include explicit consideration of the spatial variability of the aerosol distribution, cloudiness and solar radiation have to be based on three-dimensional models of the global aerosol distribution. Such models have been developed for aerosol sulphate (Langner and Rodhe, 1991; Taylor and Penner, 1994; Feichter *et al.*, 1996; Pham *et al.*, 1995), for soot (Penner *et al.*, 1993; Cooke and Wilson, 1996), and for mineral dust (Tegen and Fung, 1994).

Most estimates of the radiative forcing due to anthropogenic sulphate aerosols have been based on the sulphate distributions calculated by Langner and Rodhe (1991) using the MPI–Mainz MOGUNTIA model. In order to illustrate the sensitivity of the result to assumptions about the rate of oxidation of sulphur dioxide ($SO_2$) to sulphate in clouds, one of the key processes in the sulphur cycle, Langner and Rodhe (1991) made two separate simulations. One simulation was based on immediate oxidation of $SO_2$ as soon as it encounters cloud, the other assumed a delayed rate of oxidation corresponding to some degree of oxidant limitation. The former case, referred to by the authors as the "standard" case (it might also have been named the "fast oxidation" case) gave a global

sulphate burden of 0.77 TgS compared with 0.55 TgS for the "slow oxidation" case. The forcing estimates by Charlson *et al.* (1991), Kiehl and Briegleb (1993) and Haywood and Shine (1995) are all based on the "slow oxidation" simulation of Langner and Rodhe (1991). Had the "fast oxidation" case been used, the forcing would have been proportionally increased (Kiehl and Rodhe, 1995). The simulations by Pham *et al.* (1995) and Feichter *et al.* (1996) using different models gave global sulphate burdens of 0.8 and 0.61 TgS respectively. The high value of Pham *et al.* (1995) is partly due to their assumption of a considerably higher anthropogenic $SO_2$ emission (92 TgS/yr) than the other studies (about 70 TgS/yr).

The average turnover time of aerosol sulphate, defined as the ratio of the global burden to the total rate of removal, falls in the range 4–5 days in all of the model simulations referred to above. The parametrization of precipitation scavenging of aerosol sulphate, which is the dominant removal pathway, and of the oxidation of $SO_2$ to sulphate, are probably the two largest sources of uncertainty in the sulphate simulations. From the additional model simulations, largely independent of the Langner and Rodhe (1991) study, that have been published during the past few years, there is some basis for estimating the uncertainty range for the global sulphate burden of roughly 0.5 to 0.8 TgS. However, more global observations are needed to verify these model calculations.

Other anthropogenic gaseous precursors of aerosol particles include nitrogen oxides and volatile organic compounds (VOCs) from fossil fuel combustion. Although their contribution to radiative forcing may well be more substantial than indicated in Table 2.6 – some studies (e.g., Diederen *et al.*, 1985) suggest that in highly polluted regions aerosol nitrate may be as important as aerosol sulphate for scattering visible light – no attempt has been made to estimate their global optical depth based on detailed modelling.

The study by Cooke and Wilson (1996) of soot is based on the MOGUNTIA model, as used by Langner and Rodhe (1991) in their sulphate study. The global source strength of soot from industrial and biomass combustion was estimated to be about 13 TgC/yr and the global burden 0.26 Tg. This model study provides the first consistent estimate of the global distribution of soot from which its direct radiative forcing can be estimated, for example using the approach of Haywood and Shine (1995).

The Tegen and Fung (1994) study of mineral dust is based on a source strength of 3000 Tg/yr, distributed between four size categories. The estimated turnover time of these categories ranged from 13 days for the clay

fraction with an effective radius of 0.7 µm to 1 hour for sand with an effective radius of 38 µm. No attempt was made to separate out an anthropogenic component of the mineral dust and therefore it is not possible, from these results, to estimate the climate forcing by this aerosol component. However, recent studies by Tegen and Fung (1995) based on analysis of satellite observations suggest that a substantial amount (possibly 30–50%) of the soil dust burden may be influenced by human activities. No attempt has been made to estimate the global radiative forcing due to this anthropogenic component.

Table 2.6, adapted from IPCC (1994), contains revised and updated quantities for carbonaceous aerosols (organics and soot) including separate entries for fossil fuel and biomass combustion sources of carbonaceous aerosols. As in IPCC (1994), the main conclusions to be drawn from this table are:

(a)  Natural sources represent around 90% of the total mass emission to the atmosphere of aerosols and their precursors; but

(b)  Anthropogenic emissions are estimated to result in almost half of the global mean aerosol optical depth because of their size and optical properties, the major contribution arising from $SO_2$.

It is important to recognise that some fraction of the soot aerosols from biomass combustion is natural; however it is included here as anthropogenic, owing to a lack of detailed knowledge of the actual frequency of occurrence of natural fires initiated, for example, by lightning. Andreae (1995) estimates that biomass burning has increased by a factor of two or three since the mid-19th century, although large uncertainties remain concerning the history of the source strength of soot from biomass burning.

Caution should be exercised when considering global aerosol loadings and especially their trends with time. Figure 2.13 shows the Northern Hemisphere and regional source strengths of $SO_2$ (expressed as sulphur), and illustrates the lack of uniform trends and the current rapid growth of the Asian source.

### 2.3.3 Optical Characteristics of Aerosols

Sulphate aerosol is a large anthropogenic contributor to optical depth and is the best understood and most easily quantified of the key aerosol types. The second most important anthropogenic aerosol particle type is carbonaceous; taken together the two typically comprise over 80% of the sub-micrometre aerosol mass in industrial



**Figure 2.13**: Natural and fossil fuel combustion sources of $SO_2$ in the Northern Hemisphere (after Dignon and Hameed, 1989; 1992).

regions (Jonas *et al.*, 1995). In contrast to the predominantly scattering effect of sulphate aerosol, carbonaceous aerosol absorbs solar radiation. While the uncertainty regarding the direct radiative forcing of sulphates has been narrowed somewhat (Section 2.4), increased recognition has been given to the role of carbonaceous aerosols, both organic compounds and soot. Neither the sources nor the ambient-air properties of these carbon-containing aerosols have been adequately characterised. As a result, the relative uncertainties in the calculated radiative forcing by carbonaceous aerosols are even larger than for the sulphates. In addition, sampling, measurement and chemical analysis methods for carbonaceous aerosols have not been standardised, and molecular characterisation is difficult and seldom attempted. Thus much of the present data set on carbonaceous aerosols must be viewed as not being truly appropriate for calculation of direct radiative forcing. Further, the lack of molecular information and the simultaneous lack of detailed information on water solubility and surface chemical properties make it difficult to address properly the role of carbonaceous particles as CCN. Nonetheless, some progress has been made towards bounding the direct forcing by both soot and organic aerosols, while empirical evidence has emerged that implicates organic aerosol particles in the process of cloud droplet formation (Novakov and Penner, 1993).

Referring back to Table 2.6, the source strengths of carbonaceous aerosol particles (organic as well as soot) are based on emission factors relating the mass of aerosol produced to the mass of carbon burned in the fuel. Some of the data on emission factors were obtained in the laboratory and some were derived from atmospheric

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 510 of 584

sampling. While in a small number of cases the particle size distribution of the aerosol was measured, in most experiments only the total aerosol mass was measured. For the case of organic aerosol particles, the suggested size distribution is similar to that of sulphates (with the mass mainly in the 0.1 – 1.0 μm diameter range) so that there should be reasonable similarity between the scattering efficiencies of organic and sulphate aerosol (Penner *et al.*, 1992). However, since the data on soot emissions have not been acquired with any standardisation of sampling or analysis techniques, the emission factors must be regarded as preliminary estimates. Many of the soot emission data have been obtained from studies relating to inhalation and human health effects and these studies involve sampling of particles up to about 10 μm in diameter. As can be seen from Figure 2.14, the absorption efficiency of spherical soot particles is calculated to be a strong function of particle size, with little absorption occurring for particles larger than about 1 μm equivalent diameter. The dependence of absorption by non-spherical particles on their equivalent aerodynamic diameter is not well known. This, together with the fact that the atmospheric residence time of particles larger than 1 μm is much shorter than that for small particles, suggests that the use of existing emission data is uncertain and likely to overestimate both particle mass concentration and light absorption. Specific size-resolved sampling is needed to delineate the amount of soot emitted as particles smaller than 1 μm; in the absence of optical characterisation of soot from different sources, the existing data should be regarded more as upper limits on soot emissions than as current best estimates.

In spite of the large uncertainties concerning the composition and magnitude of the source strength of carbonaceous aerosols, the single scattering albedo ω = $\sigma_{sp}/(\sigma_{sp} + \sigma_{ap})$ can be, and has been, measured ($\sigma_{sp}$ and $\sigma_{ap}$ are the scattering and absorption cross-sections of the aerosol particles). The results show finite but highly variable light absorption by soot (Waggoner *et al.*, 1981; White, 1990; Haywood and Shine, 1995). Table 3.3 of IPCC (1994) gives a range $0.8 \leqslant \omega \leqslant 0.95$ for low humidity polluted continental air, and higher values, $0.9 \leqslant \omega \leqslant 1.0$ for clean continental or remote marine conditions. While few data exist for biomass combustion smoke, values in the range from 0.5 to greater than 0.9 have been reported with a mean value for low relative humidity aerosol of 0.83 ±0.11 (Radke *et al.*, 1991). Because these quantities were measured using heated or highly desiccated samples, the ambient values of single scattering albedo would be expected to be considerably higher due to hygroscopic growth, giving a relative increase of $\sigma_{sp}$ compared with



**Figure 2.14**: Absorption and extinction of spherical soot particles per unit mass as a function of particle size for light with a wavelength of 550 nm. The refractive index was assumed to be 1.773–0.626i and the calculations by S.F. Marshall (pers. comm.) assume Mie scattering.

$\sigma_{ap}$. Due to the large uncertainty ranges of both the source strength of soot and the single scattering albedo of the aerosol particles, it is necessary at present to adopt the precedent of Haywood and Shine (1995) who concluded that the role of light absorption by soot is uncertain but that the range of the climate forcing which results is bounded (see Section 2.4).

As pointed out in IPCC (1994) there are difficulties associated with the determination of the scattering efficiency of sulphate aerosol. The difficulties have not been fully resolved (Hegg *et al.*, 1993, 1994; Anderson *et al.*, 1994).

Some measurements of aerosol properties in China have been made (e.g., Shi *et al.*, 1994; Wu and Chen, 1994), but it remains difficult to evaluate adequately the effects of the aerosol particles in the Asian region, where the source strengths are increasing rapidly.

### 2.3.4 Influence of Aerosols on Clouds

The suggestion that aerosol particles might modify the cloud droplet size distribution and hence the radiative properties of clouds, on a global scale, was supported in IPCC (1994) by the satellite observations of Han *et al.* (1994) which showed evidence of systematic differences in the effective radius of the cloud droplets between the Northern and Southern Hemispheres, with smaller droplets in the Northern Hemisphere. More recently this hypothesis has been supported by observations of seasonal coherence of CCN and cloud optical depths at Cape Grim, Tasmania (Boers *et al.*, 1994).

The problem of quantifying the relationship between aerosol source strengths and the droplet size distribution in

low-level water cloud is complex because of the number of processes involved, including chemical processes in the emissions and the interaction between cloud dynamics and microphysics. Jonas *et al.* (1995) showed examples of empirical relationships only between aerosol particle number concentrations and droplet concentrations. Studies by Jones *et al.* (1994), Boucher and Lohmann (1995) and Hegg *et al.* (1993) have provided further insight into the importance of the exact form of this relationship when estimating the possible range of indirect radiative forcing due to sulphate aerosol, but it is clear that no universal relationship exists which could be applied in all regions. Calculations by Chuang and Penner (1995) have also demonstrated the impact of aerosol particles produced by oxidation of $SO_2$ in the modification of the cloud droplet population. It is clear, however, that the present results are not sufficient to provide global relationships which might be used with confidence in calculations of global forcing.

Observations of cloud properties by Alkezweeny *et al.* (1993) demonstrate the impact of anthropogenic aerosol particles on cloud optical properties. Recent field experiments off the coast of California (MAST, the Monterey Area Ship Track experiment) and in the Arctic have provided further evidence for the impact of aerosol particles. Preliminary analyses of these experiments, and other studies (e.g., Hindman and Bodowski, 1994; Hindman *et al.*, 1995), have largely confirmed the impact of non-absorbing aerosol particles in increasing the albedo of clouds through their effect on the droplet concentration. The results emphasise that the sensitivity of clouds to aerosol particles is highly variable and is reduced in regions of high natural aerosol loading. There remain, however, some systematic differences between calculated and observed values of infrared albedo which may be due to the inhomogeneous nature of the cloud layers (Hayasaka *et al.*, 1994). Whether such inhomogeneities affect the sensitivity of cloud optical properties to droplet concentration has not been determined: there is some evidence that the optical properties of inhomogeneously mixed clouds are less sensitive to droplet concentration than more uniform clouds (Novakov *et al.*, 1994).

Experiments by Perry and Hobbs (1994) have also confirmed earlier results suggesting that regions close to clouds may act as favoured regions for the production of particles. These results again point to the complexity of the relationship between emissions and CCN concentrations. Kulmala *et al.* (1995) have suggested that the presence of $NO_x$ may also modify the nucleation process but measurements to illustrate its importance have not yet been made.

Calculations by Jensen and Toon (1994) have suggested

that conclusions concerning the sensitivity of cloud properties to aerosol particle concentration which relate to low level water cloud may not easily be transferred to the impact on upper tropospheric ice clouds. Their calculations assume that homogeneous nucleation of ice is the dominant mechanism by which ice crystals are produced in these clouds and that nucleation is relatively insensitive to the number of aerosol particles, although Sassen *et al.* (1995) provided observations that suggest the modification of cirrus by incursion of stratospheric aerosol particles. The extent to which aerosol particles influence the optical properties of ice clouds, especially ice clouds formed at lower levels, has still to be determined.

The problem of quantifying the impact of aerosol particles on cloud lifetime, through their impact on precipitation processes, was mentioned in IPCC (1994) although there were few quantitative results that could be used to assess the global impact of such changes which directly affect the mean optical thickness of the clouds. The problem was highlighted by Pincus and Baker (1994) who suggested that the impact of changes in the mean optical thickness might be comparable with the radiative effect of changing the droplet size distribution at cloud top. The problem is more acute for thin clouds in which precipitation is light but critical to the evolution of the cloud.

## 2.4 Radiative Forcing

The changes in greenhouse gas and aerosol concentrations reported in previous sections lead to a perturbation of the planetary radiation budget which is referred to here as "radiative forcing". It is the purpose of this section to report on calculations of the radiative forcing since pre-industrial times due to a number of mechanisms and to indicate the degree of confidence in these estimates.

The detailed rationale for using radiative forcing was given in IPCC (1994). It gives a first-order estimate of the potential climatic importance of various forcing mechanisms. The radiative forcing drives the climate to respond but, because of uncertainties in a number of feedback mechanisms (see Chapter 4), the radiative forcing can be calculated with more confidence than the consequent climate response. There are, however, limits to the utility of radiative forcing as neither the global mean radiative forcing, nor its geographical pattern, indicate properly the likely three-dimensional pattern of climate response; the general circulation models discussed in Chapters 5 and 6 are the necessary tools for the evaluation of climate response.

This section limits itself to mechanisms which, via their

interaction with solar or thermal infrared radiation, act to drive climate change. Changes in atmospheric water vapour, cloudiness or surface albedo which are a response to a radiative forcing and which, in turn, act to modify the climate response via their radiative effects, are considered in Chapter 4; similarly, recent studies of our fundamental understanding of the interaction of clouds with radiation are discussed in Chapter 4.

The definition of radiative forcing adopted in previous IPCC reports (1990, 1992, 1994) has been the perturbation to the net irradiance (in $Wm^{-2}$) at the tropopause after allowing for stratospheric temperatures to re-adjust (on a time-scale of a few months) to radiative equilibrium, but with the surface and tropospheric temperature and atmospheric moisture held fixed. This stratospheric adjustment is of crucial importance in evaluating properly the radiative forcing due to changes in stratospheric ozone and is important at the 5–10% level for changes in some other greenhouse gases; it is of less importance for changes in aerosol concentrations (see IPCC 1994). In this section, the reported radiative forcings due to greenhouse gas changes (including ozone) include the stratospheric temperature adjustment; all other forcings do not and are thus "instantaneous" values.

### 2.4.1 Greenhouse gases

Estimates of the adjusted radiative forcing due to changes in the concentrations of the so-called well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$ and the halocarbons) since pre-industrial times remain unchanged from IPCC (1994); the forcing given there is 2.45 $Wm^{-2}$ with an estimated uncertainty of 15%. $CO_2$ is by far the most important of the gases, contributing about 64% of the total forcing. We know of no new estimates of the forcing due to changes in tropospheric ozone since pre-industrial times and retain the estimate of between 0.2 and 0.6 $Wm^{-2}$.

Evans and Puckrin (1995) report measurements of the contribution of carbon monoxide to the greenhouse effect. The global mean radiative forcing due to the changes in carbon monoxide concentration is unlikely to exceed a few hundredths of a $Wm^{-2}$; its role in modifying tropospheric ozone is likely to be of greater importance for climate.

The basic physical understanding of the ways in which greenhouse gases absorb and emit thermal infrared radiation (e.g., Goody and Yung, 1989) is supported by abundant observations of the spectrally resolved infrared emission by the clear-sky atmosphere (e.g., Kunde *et al.*, 1974; Lubin, 1994). Barrett (1995)'s suggestion that greenhouse gases are unable to emit significant amounts of infrared radiation is contradicted by these observations.

### 2.4.1.1 Halocarbon radiative forcing

In IPCC (1994) it was noted that the radiative forcing per mass (or molecule) of a number of halocarbons was based on unpublished material for which details were not available. Since then Pinnock *et al.* (1995) have reported the integrated absorption cross-sections and radiative forcing of eighteen hydrohalocarbons, a number of which have not previously been reported. In addition, they examined the dependence of the radiative forcing on a number of assumptions concerning the effects of clouds and overlapping species. For most gases, the values reported by Pinnock *et al.* (1995), relative to CFC-11, are within 15% of the values given in Table 4.3 of IPCC (1994); since this is within the likely error of the estimates, we do not amend our earlier recommendations. For two gases, HFC-32 and HFC-236fa, more substantial discrepancies are found. We favour results from models for which details are available, and hence, in Table 2.7, the values for HFC-32 and HFC-236fa are updated. In addition, values for HFC-41 and HFC-272ca, which were not reported in IPCC (1994), are given.

A significant issue raised by Pinnock *et al.* (1995) concerns the absolute forcing due to CFC-11. A value of 0.22 $Wm^{-2}$/ppbv has been used in IPCC reports since IPCC (1990). Pinnock *et al.* obtain a value some 20% higher. Part of the problem may relate to the range of measurements of the absorption cross-section reported in the literature (see e.g., Li and Varanasi, 1994); however, the precise source of the discrepancy has not been established. If the Pinnock *et al.* (1995) value is confirmed by other work, the radiative forcing contribution of CFC-11 would have to be increased. Since in IPCC reports the radiative forcing due to other halogenated compounds has been reported relative to CFC-11, their absolute contribution would also have to be increased.

Roehl *et al.* (1995) reported absorption cross-sections and radiative forcings for 5 perfluorocarbons. The Roehl *et al.* values are favoured here as they are now published and form a consistent set of values for the perfluorocarbon series. The values are given in Table 2.7. It should be noted that there is a substantial discrepancy (30%) between the new value for $C_2F_6$ and the IPCC (1994) value; the source of this discrepancy has not been established.

### 2.4.1.2 Radiative forcing due to stratospheric ozone changes

The radiative forcing due to changes in ozone is more difficult to calculate than those of the other greenhouse gases for a number of reasons. First, ozone changes cause a significant change in both solar and thermal infrared

radiation. Second, the effect of stratospheric temperature change as a consequence of ozone loss in the lower stratosphere significantly modifies the radiative forcing. Finally, uncertainty in the spatial distribution of the ozone loss, in particular in the vertical, introduces significant uncertainties in the consequent radiative forcing. These issues were discussed in detail in IPCC (1994) who concluded that the adjusted radiative forcing as a result of decreases in stratospheric ozone was about $-0.1$ Wm$^{-2}$ with a factor of 2 uncertainty.

Molnar *et al.* (1994) calculated the radiative forcing and the equilibrium surface temperature response due to stratospheric ozone loss in the 1980s with a two-dimensional radiative-convective seasonal climate model. Using ozone data for broad latitude belts (90°–30°N, 30°N–30°S and 30°–90°S) their calculations reaffirm the sensitivity of the forcing to uncertainties in the vertical profile of ozone depletion (see IPCC 1994); Molnar *et al.* (1994) find uncertainties in the forcing of up to 50%. Their climate response results suggest that the surface cooling due to stratospheric ozone loss in the 1980s offsets about 30% of the warming due to well-mixed greenhouse gas increases over the same period. The offset is about a factor of two greater than that expected from radiative forcing calculations alone and appears to be due to the representation of the meridional transport of heat in the

model. Because of a lack of other published studies, especially using three dimensional models, this result must be viewed with caution.

The reduction in stratospheric chlorine and bromine loading which will result from the Montreal Protocol and its Amendments is expected to lead to a recovery of the stratospheric ozone layer over the next century (WMO/UNEP, 1995). During the 1980s the ozone loss partially offsets the forcing due to the well-mixed greenhouse gases, but in the early decades of the next century the ozone recovery constitutes a positive radiative forcing that acts to enhance the effect of the well-mixed greenhouse gases. Solomon and Daniel (1996) have estimated the consequences of the recovery on radiative forcing using the IPCC (1990) Business-as-usual Scenario. The transition from ozone loss to ozone recovery changes the decadal increment of the greenhouse gas plus ozone forcing from about 0.44 Wm$^{-2}$/decade for the 1980s to about 0.59 Wm$^{-2}$/decade for the period 2000 to 2009. If the ozone changes are ignored, the increment of the forcing is 0.52 Wm$^{-2}$/decade for the 1980s and 0.56 Wm$^{-2}$/decade for 2000 to 2009. Hence the changes in stratospheric ozone lead to a significant transient acceleration of the greenhouse gas radiative forcing. This acceleration may be even greater, if the ozone forcing is enhanced by the effects of the depletion on tropospheric constituents via the

**Table 2.7:** *Radiative forcings due to halocarbons for a per unit mass and a per molecule increase in atmospheric concentration relative to CFC-11. The table shows direct forcings only. The values here are for gases for which the IPCC (1994) values have been updated or for gases not hitherto reported. The absolute forcing due to CFC-11 is taken from IPCC (1990) and is 0.22 $\Delta X$ Wm$^{-2}$ where $\Delta X$ is the perturbation to the volume mixing ratio of CFC-11 in ppbv.*

| Gas | | $\Delta F$ per unit mass relative to CFC-11 | $\Delta F$ per molecule relative to CFC-11 | Source |
|---|---|---|---|---|
| * HFC-32 | $CH_2F_2$ | 1.32 | 0.50 | Pinnock *et al.* (1995) |
| + HFC-41 | $CH_3F$ | 0.44 | 0.11 | Pinnock *et al.* (1995) |
| * HFC-236fa | $CF_3CH_2CF_3$ | 0.90 | 1.00 | Pinnock *et al.* (1995) |
| + HFC-272ca | $CF_3HCH_2CH_3$ | 0.57 | 0.33 | Pinnock *et al.* (1995) |
| * $CF_4$ | | 0.73 | 0.47 | Roehl *et al.* (1995) |
| * $C_2F_6$ | | 1.04 | 1.05 | Roehl *et al.* (1995) |
| * $C_3F_8$ | | 0.80 | 1.11 | Roehl *et al.* (1995) |
| + $C_4F_{10}$ | | 0.80 | 1.40 | Roehl *et al.* (1995) |
| + $C_5F_{12}$ | | 0.85 | 1.79 | Roehl *et al.* (1995) |
| * $C_6F_{14}$ | | 0.83 | 2.08 | Roehl *et al.* (1995) |

* Denotes value is amended from IPCC (1994) value.

+ Denotes gas not previously reported in IPCC reports.

increased penetration of UV (see Section 2.4.1.3). Solomon and Daniel (1996) show that if the ozone forcing were to be doubled as a consequence of the tropospheric changes, the forcing in the 1980s would be 0.36 Wm$^{-2}$/decade, increasing to about 0.61 Wm$^{-2}$/decade for 2000 to 2009.

### 2.4.1.3 *Impact of ozone depletion on other radiatively active species*

Depletion of stratospheric ozone can affect the distributions of other radiatively active species (see Section 2.2). Thus, the net radiative forcing due to ozone-depleting gases such as CFCs and halons depends not only upon the induced ozone depletion but also upon the subsequent chemical changes that can follow from stratospheric ozone depletion. Most notable among these is the dominant role of stratospheric ozone in controlling the transmission of the ultraviolet radiation to the troposphere and, in turn, the tropospheric OH concentrations that regulate the abundances of gases such as methane, HFCs, HCFCs and tropospheric ozone (e.g., Fuglestvedt *et al.*, 1994).

Madronich and Granier (1992) emphasised that through this mechanism ozone depletion could play a role in determining methane trends. The modelling study of Bekki *et al.* (1994) provides support for this mechanism by examining the role of enhanced ozone depletion following the eruption of Mt. Pinatubo upon the reduced methane growth rates observed at that time. However, other processes may also have affected the observed methane response as noted in Section 2.2. Bekki *et al.* (1994) also emphasised that the observed global ozone depletion of about 3% would be expected to produce an indirect negative radiative forcing due to methane decreases and associated tropospheric ozone decreases that is about 30–50% of the forcing due to the ozone depletion alone. Thus this study suggests a total radiative forcing associated with ozone depletion that could be 30–50% more negative than estimates of this forcing that neglect the impact of ultraviolet transmission changes upon methane and tropospheric ozone. Because the bulk of methane destruction normally takes place in tropical latitudes while *ozone depletion maximises in mid- and high latitudes, the* details of such estimates are dependent on the uncertainties in the latitudinal distribution of ozone depletion, as well as tropospheric transport characteristics.

Toumi *et al.* (1994) discussed another indirect chemical mechanism that could make the total radiative forcing due to ozone depletion even more negative. They pointed out that increases in tropospheric OH should be expected to increase the rate of oxidation of SO$_2$ to form sulphuric acid, which in turn provides the source of cloud condensation nuclei and hence has the potential to enhance the negative radiative forcing associated with aerosols; however, the importance of this mechanism has been challenged by Rodhe and Crutzen (1995). Toumi *et al.* (1994) used the same simple approach as that taken by Charlson *et al.* (1992) to relate increases in SO$_2$ oxidation to cloud albedo. They found that the observed decreases in ozone could have led to a negative radiative forcing due to this mechanism as large as 40–800% of the radiative forcing due to the ozone depletion itself. The many uncertainties associated with estimates of radiative forcing due to sulphate-induced cloud changes are discussed in Section 2.3.4. Toumi *et al.* (1994) also emphasised the uncertainties associated with the lack of convective transport in their two-dimensional model.

In spite of large uncertainties, the two studies taken together suggest that the total radiative forcing due to ozone depletion including indirect chemical effects relating to tropospheric OH is likely to exceed that obtained from the ozone depletion alone, perhaps by a factor of two or more. Any radiative forcing associated with methane changes will already be implicitly accounted for in the estimates of the forcing due to changes in the well-mixed greenhouse gases. The forcing resulting from changes in cloud properties would be in addition to the radiative forcing of ~0.1 Wm$^{-2}$ (with a factor of two uncertainty) due to stratospheric ozone change proposed in IPCC (1994). However, given the uncertainties in characterising the ozone-induced effect on clouds, we believe it to be too premature to suggest a revised value for the forcing (or the error bars) associated with stratospheric ozone change.

### 2.4.1.4 *Other climate–chemistry interactions*

A recent study of the impact of enhanced emission of pollutants in the Asian region on key chemical species using a 3-D chemical transport model suggests increases of free tropospheric ozone up to 30% for a doubling of NO$_x$ emissions during the summer months (Berntsen *et al.*, 1996). These increases in tropospheric ozone cause a local radiative forcing of 0.5 Wm$^{-2}$ which is about 50% of the negative radiative forcing in the same region due to the direct effect of sulphate aerosols.

Hauglustaine *et al.* (1994) used a 2-D dynamical-radiation-chemistry model to estimate the effect of current day aircraft emissions of NO$_x$ on tropospheric ozone and, hence, on radiative forcing (although it should be noted that there are limitations in using 2-D models in such studies, see Section 2.2 and IPCC (1994)). The resulting radiative forcing is small. The global and annual mean radiative forcing due to aircraft NO$_x$ emissions is only

$+0.02$ Wm$^{-2}$, compared to their estimate of 0.1 Wm$^{-2}$ from surface sources; the aircraft effect is greatest in northern mid-latitudes, reaching $+0.08$ Wm$^{-2}$ in summer. One effect of these ozone increases is to increase the model's tropospheric OH concentrations; the subsequent decrease in methane lifetimes (and hence concentration) is found to offset the positive forcings by about 30%.

### 2.4.2 Tropospheric Aerosols

Aerosols can directly influence the radiation budget by scattering/absorption (this is referred to as the "direct" aerosol effect); they can also influence it by altering the structure and radiative properties of clouds (the "indirect" aerosol effect).

There is a large uncertainty range particularly for the radiative forcing due to the effect of aerosols on cloud properties. As also emphasised in IPCC (1994), the aerosol radiative forcing is spatially very inhomogeneous so that a direct comparison of the global mean forcing with the forcing due to other mechanisms might not give a complete picture. Nevertheless, the global mean value remains a useful single-parameter method of comparing different aerosol forcing estimates.

It should also be recognised that aerosol forcing estimates tend to be "partial derivatives": i.e., the forcing that would result from that aerosol component alone. Because of interactions between different aerosol components, the radiative properties of multi-component aerosols are not necessarily the same as the sum of the individual components (as will be discussed for soot aerosols in Section 2.4.2.2); the same consideration applies to the effect of aerosols on cloud properties.

A number of authors have reported a long-term decline in solar radiation reaching the surface at some locations using routine observations of global solar radiation since the 1950s (e.g., Liepert *et al.*, 1994; Stanhill and Moreshet, 1994; Li *et al.*, 1995). There are several potential factors that could cause such a change. These include the increased scattering from aerosols and changes in water vapour and cloud amounts. Thus the decline may be a direct indication of aerosol forcing but it may also be an indication of water vapour and/or cloud feedbacks as a consequence of recent climate change. Such observations may, nevertheless, provide useful additional information with which to constrain model estimates in the future.

#### 2.4.2.1 Direct forcing due to sulphate aerosols resulting from fossil fuel emissions and smelting

A number of new estimates of the direct radiative forcing due to sulphate aerosols arising from fossil fuel burning and smelting have become available. As discussed in Section 2.3, the estimates of the direct forcing due to sulphate aerosols can differ because of significant differences in the source strength or representation of chemistry in the models used to construct sulphate aerosol climatologies. The Langner and Rodhe (1991) climatology derived using the MOGUNTIA model is available for a "standard" case and a so-called "slow oxidation" case in which the oxidation of SO$_2$ in clouds is reduced. The slow-oxidation case yields sulphate burdens in better agreement with more detailed models (see Section 2.3.2); the sulphate burden in the standard case is 40% higher for the present day. The newer Pham *et al.* (1995) climatology has a burden 45% higher than the Langner and Rodhe slow-oxidation case, due to a combination of faster oxidation and higher source strengths.

Kiehl and Rodhe (1995) have computed the direct radiative forcing due to sulphate aerosol using the Pham *et al.* (1995) climatology. They obtained a global and annual mean forcing of $-0.66$ Wm$^{-2}$. During July the magnitude of the aerosol forcing was a maximum at $-11$ Wm$^{-2}$ in central Europe and $-7.2$ Wm$^{-2}$ over Eastern China. These values are sufficient to make the sulphate plus greenhouse gas forcing since pre-industrial times substantially negative in these regions.

Boucher and Anderson (1995) examined the dependence of the radiative forcing on the size and chemical form of the sulphate aerosol, including the humidity dependence. For reasonable changes in these parameters they find a variation in the global mean forcing of only $\pm 20\%$. They emphasise that the effect of changing size and composition of aerosols must be included self-consistently in all parameters that affect the radiative forcing calculation, as there is a tendency for the different effects to compensate. Kiehl and Briegleb (1993) had earlier shown a similar result for variations in particle size only. Boucher and Anderson's study incorporates the Langner and Rodhe (1991) "standard" sulphate climatology into the Laboratoire de Météorologie Dynamique du CNRS (LMD) GCM. Sulphate optical properties incorporate laboratory measurements of humidity-dependent sulphate particle growth. They compute a "base case" global mean radiative forcing of $-0.29$ Wm$^{-2}$, which is similar to the estimate of Kiehl and Briegleb (1993) but implies a 21% lower forcing per unit mass of sulphate, since Kiehl and Briegleb use the "slow oxidation" sulphate climatology. This difference is primarily due to the incorporation by Boucher and Anderson of the dependence of the asymmetry factor on humidity.

Chuang *et al.* (1994) have coupled a tropospheric chemistry model to the Livermore/NCAR Community

Climate Model (CCM1) to estimate the sulphate forcing for both direct scattering by the aerosols and the effect of the sulphate on cloud droplet effective radii. They obtain a global mean forcing of $-0.92$ Wm$^{-2}$ and attribute $-0.45$ Wm$^{-2}$ of this to the direct effect. This direct forcing is significantly smaller than the earlier direct radiative forcing estimate of $-0.9$ Wm$^{-2}$ by the same group (Taylor and Penner, 1994). Most of this difference is due to the use of a humidity-dependent scattering coefficient in Chuang *et al.* (1994); Taylor and Penner (1994) had previously shown that use of such a humidity dependence led to a global mean forcing of $-0.6$ Wm$^{-2}$. The remainder of the difference is attributed to the overprediction of sulphate concentrations in Europe in Taylor and Penner (1994).

Haywood and Shine (1995) modified the simple radiation model used by Charlson *et al.* (1991) by incorporating a geographically and seasonally varying surface albedo; they used the aerosol optical properties appropriate for 0.7 $\mu$m (instead of 0.55 $\mu$m), which Blanchet (1982) showed gave irradiances in reasonable agreement with more rigorous multi-spectral calculations. They compared the clear sky forcing using two sulphate data sets – the "slow-oxidation" case of Langner and Rodhe (1991) and the Penner *et al.* (1994) sets. Both sets yielded a global mean forcing of about $-0.33$ Wm$^{-2}$ although there was a marked difference in the seasonal variation of this forcing, with the Penner *et al.* set giving the more marked variation.

Direct forcing due to the scattering by aerosols in cloudy skies is generally smaller than in clear skies. Chuang *et al.* (1994) attribute about 25% of the direct forcing to cloudy regions. Boucher and Anderson (1995) get 22% and report that Kiehl and Briegleb's (1993) results give an estimated 40%. All of these values appear to have been obtained using a simplified global mean analysis and indicate the need for a more detailed calculation of the clear and cloudy sky contributions. The contribution of the cloudy sky forcing is ignored in simpler models such as Charlson *et al.* (1991) and Haywood and Shine (1995).

If the Langner and Rodhe (1991) source strengths and slow oxidation case are used, there appears to be some convergence in estimates of the direct effect of sulphate aerosols on the basis of the above estimates; this indicates that the uncertainties in radiative transfer calculations are likely to be less than the uncertainties in the column burden of sulphate aerosols. A central value of $-0.4$ Wm$^{-2}$, with a factor of 2 uncertainty is suggested (i.e., a range from $-0.2$ to $-0.8$ Wm$^{-2}$); in IPCC (1994) the range was given as $-0.25$ to $-0.9$ Wm$^{-2}$. Although this is a small change, we believe it is justified, as the upper limit ($-0.9$ Wm$^{-2}$) was based on the Taylor and Penner (1994) estimate which, as discussed above, has been revised.

### 2.4.2.2 Soot aerosols

Much of the work on aerosol radiative forcing to date has concentrated on the role of sulphate aerosols. However, soot aerosols absorb radiation at solar wavelengths, so increases in the amount of soot may result in a positive radiative forcing. The quantitative understanding of the effects of soot on radiative forcing is still poor. Size-segregated climatologies of the distribution of soot are not currently available (see Section 2.3.2). Uncertainties in the size-dependent optical properties of soot particles pose a major complication in assessing the radiative forcing.

In the atmosphere, soot may be mixed with other components (Ogren, 1982), such as the non-absorbing sulphates, and the manner of the mixing has a significant bearing on the optical characteristics of the composite aerosol. Conceptual models of aerosol mixtures have been proposed, ranging from external mixtures (where the sulphate and soot aerosols are separate entities) to internal mixtures (e.g., concentric spheres with soot as the core or the shell of an aerosol (Ackerman and Toon, 1981)). In general, calculations demonstrate that when an absorber is internally mixed with a scattering particle the degree of absorption by the composite particle can be enhanced considerably (e.g., Heintzenberg, 1978; Ackerman and Toon, 1981). Thus, the quantitative aspects concerning the amount of radiation scattered and absorbed, besides being governed by the amount of the absorbing substance, also depend on the nature of the mixture and the optical mixing rules. Soot particles are often non-spherical, further adding to the uncertainty in their radiative properties (Chýlek *et al.*, 1981). A recent theoretical development (Chýlek *et al.*, 1995) has focused on developing general solutions for the radiative effect of soot present in sulphate aerosols; this study suggests that for high soot/sulphate mass ratios, a composite particle can cause a considerable reduction in the negative radiative forcing due to sulphate aerosol only.

Haywood and Shine (1995) have explored the possible effects of soot from fossil fuel sources on the clear-sky radiation budget using a simple radiation model (see Section 2.4.2.1). They generate soot distributions by making the simple assumption that it is a fixed mass fraction of the sulphate aerosol distributions given by Langner and Rodhe (1991) and Penner *et al.* (1994); thus, they neglect the effects of differences in the sources and life cycles of soot and sulphate which may lead to significantly different spatial distributions. The global mean forcing ranged from $+0.03$ Wm$^{-2}$ for a soot/sulphate

mass ratio of 0.05 using an external mixture to $+0.24$ Wm$^{-2}$ for a soot/sulphate mass ratio of 0.1 using an internal mixture; these can be compared with their calculated sulphate only forcing of $-0.33$ Wm$^{-2}$. Since the effect of soot is highest over high albedo surfaces, its impact was greatest in the Northern Hemisphere; the ratio of Northern to Southern Hemisphere forcing was reduced from about 4 for sulphate only to 1.3 for the soot/sulphate mass ratio of 0.1 and an internal mixture.

Much work needs to be done to explore the validity of the assumptions made in this study and to extend it to cloudy regions. There are two distinct ways that clouds affect the soot forcing. First, soot placed above clouds with high albedos is able to cause a greater positive forcing than the same amount of soot over a low albedo surface. Second, if soot exists as an internal mixture with cloud liquid water, this could enhance the absorption considerably (see e.g., Danielson *et al.,* 1969; Chýlek *et al.,* 1984; Chýlek and Hallett, 1992). Sulphate aerosols lead to less solar radiation being absorbed by the Earth/atmosphere system as a whole and by the surface; soot aerosols increase the absorption by the system but decrease that reaching the surface. Therefore, the overall climate effect may differ from that with sulphate aerosols. It is clear that components of aerosol other than sulphate (including organics and soot) need to be considered if the total effects of aerosols are to be established.

Although it is very preliminary, we adopt an estimate for the global mean forcing due to soot aerosols of approximately $+0.1$ Wm$^{-2}$ since pre-industrial times, with an uncertainty of at least a factor of 3.

### 2.4.2.3 Other aerosol types and sources

The forcing estimates described above are mainly for aerosols produced from fossil fuel burning and smelting. Biomass burning is a source of aerosols with potential for significant radiative forcing. We are unaware of any significant developments in this area and retain the IPCC (1994) estimate for the global mean radiative forcing since 1850 of $-0.2$ Wm$^{-2}$ with a factor of 3 uncertainty. This uncertainty has been underlined by the work of Chýlek and Wong (1995) who have shown the direct radiative forcing to be dependent on the aerosol size distribution.

As discussed in Section 2.3.2, Tegen and Fung (1995) have estimated the visible optical depth of mineral dust from land surfaces as a result of human activity. To evaluate the resultant radiative forcing will require account of the modulating effects of cloud and the dependence of the forcing on the albedo of the underlying surface. Robock and Graf (1994) have also drawn attention to the fact that

in the pre-industrial period this, and other effects related to land surface modification, might have contributed a significant forcing.

### 2.4.2.4 Effect of aerosols on cloud properties

The effects of aerosols on changing the radiative properties of clouds were discussed in IPCC (1994). Two effects were identified: the effect on cloud albedo due to decreases in the droplet effective radius and the consequent effect of this decrease on cloud liquid water content and possibly cloud cover. The difficulties in quantifying the indirect effect of aerosols were stressed (see also the review by Schwartz and Slingo (1996)). As discussed in Section 2.3.4, there has been no significant increase in our understanding of the indirect effect since IPCC (1994). The purpose of this section is to report on recent estimates of the indirect radiative forcing due to aerosols; modelling studies continue to use simplified relationships between aerosol concentrations and droplet sizes. Thus, the similarity in the results from different groups need not imply added confidence in the estimates.

Boucher and Lohmann (1995) have used two GCMs (LMD and ECHAM) to estimate the indirect effect of anthropogenic sulphate aerosols on cloud albedo, by relating sulphate aerosol loading to cloud droplet number concentration. The sulphate aerosol distribution is derived using the MOGUNTIA model, as used by Langner and Rodhe (1991), and uses the standard oxidation rate. A range of different assumptions was made on the sulphate *cloud droplet number concentration relationship*: the global mean results fell in the range $-0.5$ to $-1.5$ Wm$^{-2}$, with a Northern Hemisphere – Southern Hemisphere ratio of between 2 and 4; the smaller ratios are from the ECHAM GCM. The methods used in this study are similar to those of Jones *et al.* (1994) reported in IPCC (1994); they obtained a global mean forcing of $-1.3$ Wm$^{-2}$ with a North/South ratio of 1.6.

Chuang *et al.* (1994) (see Section 2.4.2.1) included a simplified representation of the effect of sulphate aerosol on cloud properties in their GCM study. They attributed $-0.47$ Wm$^{-2}$ of their model derived forcing to the effect of sulphate on cloud albedo.

A different approach has been pursued by Boucher (1995) who used the low cloud droplet effective radii derived from satellite measurements by Han *et al.* (1994). Han *et al.* (1994) found that the mean droplet radius in the Northern Hemisphere was 11 mm, which was 0.7 mm lower than in the Southern Hemisphere. Boucher attributed this difference to anthropogenic aerosol production and computed a forcing of between $-0.6$ and $-1.0$ Wm$^{-2}$

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 518 of 584

averaged between 0 and 50°N. Boucher acknowledges the many simplifications inherent in this analysis; for example, other studies (such as Jones *et al.*, 1994) have derived a significant Southern Hemisphere forcing because the cleaner clouds there are more susceptible to changes in aerosol amounts. The method also assumes the interhemispheric differences are solely related to human activity. Boucher's values can be interpreted as the difference in anthropogenic forcing between the hemispheres. An estimate of the global mean forcing can then be made by applying the ratio of the forcing between the two hemispheres derived in the GCM studies and by assuming that Boucher's value for 0 to 50°N is representative of the entire Northern Hemisphere. Using an interhemispheric ratio of 3 together with Boucher's values yields a global mean forcing of between $-0.6$ and $-1.0$ Wm$^{-2}$; lower interhemispheric ratios would yield more negative global mean forcings.

Pincus and Baker (1994) have explored the possible effect of changes in droplet size on cloud thickness due to the suppression of precipitation. They use a simple model of the marine boundary layer. They find that the effect of precipitation suppression on cloud albedo can make the radiative forcing due to droplet effective radii changes alone more negative by between 50 and 200%. The applicability of such a model on larger scales is unclear but the conclusions reinforce those of the Boucher *et al.* (1995) GCM study.

These studies continue to indicate that the effect of aerosols on cloud droplet effective radius may be substantial although it remains very uncertain. We retain the range of 0 to $-1.5$ Wm$^{-2}$ suggested in IPCC (1994). Our quantitative understanding is so limited at present that no mid-range estimate is given.

### 2.4.3 Stratospheric Aerosols

The volcanic eruption of Mt. Pinatubo in 1991 initiated a major global scale radiative forcing. The forcing was transient in nature reaching its most negative global mean value ($-3$ to $-4$ Wm$^{-2}$) in early 1992 (Hansen *et al.*, 1992; updated by Hansen *et al.*, 1995). Since that time, the stratospheric aerosol optical depths have declined and latest observations (e.g., Jäger *et al.*, 1995) indicate that the negative radiative forcing associated with Pinatubo aerosols has largely been removed. McCormick *et al.* (1995) and Hansen *et al.* (1995) have presented reviews of the atmospheric effects, including the radiative forcing, of the Pinatubo eruption. The climatic consequences of Pinatubo aerosols are discussed in Chapter 3.

Robock and Free (1995) use ice core acidity and

sulphate records to deduce a new index of volcanic activity since 1850; they use 8 high latitude Northern Hemisphere cores, 5 high latitude Southern Hemisphere cores and 1 tropical core in their analysis. They compare their results with previous volcanic indices, including those of Khmelevtsov *et al.* (1996) and Sato *et al.* (1993). There is a general agreement between the records. In particular, even though there may have been no cumulative century scale trends in volcanic aerosol loading, there have been significant shorter time-scale variations in loading. Figure 2.15 shows estimates of the variation of the visible optical depth from Sato *et al.* (1993) and Robock and Free (1995). The associated radiative forcing is shown for the Sato *et al.* (1993) data (using the simple parametrization that the forcing in Wm$^{-2}$ is $-30$ times the visible optical depth (see Lacis *et al.* (1992)). The forcing is not shown for the Robock and Free (1995) data as these are more representative of high latitudes and give added weight to the influence of high latitude eruptions; they are, therefore, less representative of global mean conditions. The period from about 1850 to 1920 was characterised by frequent eruptions of possible climatic significance; 1920 to 1960 was a period of reduced aerosol loading; and since 1960 the aerosol loading has on average again been higher. The decadal mean radiative forcings due to volcanic aerosols in the stratosphere may have varied by as much as 1.5 Wm$^{-2}$ since 1850; hence such a variation can be large compared to the decadal-scale variation in any other known forcing.

These studies continue to support the conclusion that volcanic activity may be important in explaining some of the interdecadal variation in surface temperature during the instrumental record.

Changes in cirrus cloud properties as a result of the incursion of stratospheric aerosols into the upper troposphere are a possible source of additional radiative forcing, as mentioned in IPCC (1994) (see also Section 2.3.4). Sassen *et al.* (1995) and Wang *et al.* (1995) have provided further case-study evidence of cirrus modification by this mechanism. The extent of the effect, and even the sign of the resulting radiative forcing, remain unclear.

### 2.4.4 Solar Variability

IPCC (1994) reviewed direct observations of solar variability since 1978, presented correlative and theoretical studies of possible solar-climate connections, and described methods used to infer possible solar changes prior to the period of direct observations. Evidence suggests that the solar output was significantly lower during the Maunder Minimum (mainly in the 17th century), while recent observations and theoretical

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 519 of 584



**Figure 2.15**: (a) Variation of global mean visible optical depth, and the consequent radiative forcing (Wm$^{-2}$) resulting from stratospheric aerosols of volcanic origin from 1850 to 1993, as estimated by Sato *et al.* (1993). The radiative forcing has been estimated using the simple relationship given in Lacis *et al.* (1992) where the radiative forcing is ~30 times the visible optical depth. (b) Variation of visible optical depth from the ice core volcanic index of Robock and Free (1995) for 1850 to 1985. The Robock and Free (1995) index has been normalised so that their Northern Hemisphere mean agrees with the Sato *et al.* Northern Hemisphere optical depth for the mid-1880 Krakatau peak. Since Robock and Free's analysis is largely based on high latitude measurements, it is not likely to be representative of the global mean.

calculations imply that the radiative forcing due to changes in the Sun's output over the past century has been considerably smaller than anthropogenic forcing.

Estimates of the distant past and future role of solar variability for global radiative forcing are based upon observations and models of solar physics. For a concise review of solar processes and predictive models, see NRC (1994); solar-climate relationships have also been reviewed in Nesme-Ribes (1994). Empirical parametrizations have been developed to relate solar output fluctuations due to dark sunspots and bright faculae to indices such as the solar He I 1083 nm line (see, e.g., Lean *et al.*, 1992; Foukal, 1994a), while others have also considered possible changes in the solar diameter and rotation rate (e.g., Nesme-Ribes *et*

*al.*, 1993) and comparisons of the behaviour of our Sun to other stars (Lockwood *et al.*, 1992). It is important to consider the age (Radick, 1994) and physical properties (e.g., photospheric magnetic structures) of such comparison stars and their relationship to the contemporary sun (Foukal, 1994b).

A recent paper by Zhang *et al.* (1994) helps to bracket the range of variability observed in sun-like stars and hence the likely past and future variability of our Sun. They noted that empirical models based upon sunspots and faculae do not account for irradiance variations observed over an activity cycle (see also NRC (1994)) and base their correlation on an observed relationship between brightness and excess chromospheric emission, using the Ca II H and

*Radiative Forcing of Climate Change* 117

K (396.8 nm and 393.3 nm) flux as the index. Using 33 sun-like stars, they estimate to 95% confidence that the solar brightness increase between the Maunder Minimum and the decade of the 1980s was likely to be 0.4 ± 0.2%. The lower limit of 0.2% (equivalent to a radiative forcing of 0.48 Wm$^{-2}$) agrees with the estimates of Lean *et al.* (1992) and Hoyt and Schatten (1993), while the upper range of 0.6% is in reasonable agreement with Nesme-Ribes *et al.* (1993) and corresponds to a radiative forcing of 1.4

Wm$^{-2}$. The radiative forcing since 1850 is likely to be no more than 50% of that since the Maunder Minimum (see IPCC 1994). This study thus provides support for the conclusions reached in IPCC (1994) that solar variations of the past century are highly likely to have been considerably smaller than the anthropogenic radiative forcings and expands that conclusion to show that the variations in solar output over the coming century are unlikely to exceed those observed since the Maunder Minimum.



**Figure 2.16:** Estimates of the globally and annually averaged anthropogenic radiative forcing (in Wm$^{-2}$) due to changes in concentrations of greenhouse gases and aerosols from pre-industrial times to the present day and to natural changes in solar output from 1850 to the present day. The height of the rectangular bar indicates a mid-range estimate of the forcing whilst the error bars show an estimate of the uncertainty range, based largely on the spread of published values; our subjective confidence that the actual forcing lies within this error bar is indicated by the "confidence level". The contributions of individual gases to the direct greenhouse forcing is indicated on the first bar. The indirect greenhouse forcings associated with the depletion of stratospheric ozone and the increased concentration of tropospheric ozone are shown in the second and third bar respectively. The direct contributions of individual tropospheric aerosol components are grouped into the next set of three bars. The indirect aerosol effect, arising from the induced change in cloud properties, is shown next; our quantitative understanding of this process is very limited at present and hence no bar representing a mid-range estimate is shown. The final bar shows the estimate of the changes in radiative forcing due to variations in solar output. The forcing associated with stratospheric aerosols resulting from volcanic eruptions is not shown, as it is very variable over this time period; Figure 2.15 shows estimates of this variation. Note that there are substantial differences in the geographical distribution of the forcing due to the well-mixed greenhouse gases (CO$_2$, N$_2$O, CH$_4$ and the halocarbons) and that due to ozone and aerosols, which could lead to significant differences in their respective global and regional climate responses (see Chapter 6). For this reason, the negative radiative forcing due to aerosols should not necessarily be regarded as an offset against the greenhouse gas forcing.

*Radiative Forcing of Climate Change*

### 2.4.5 Summary

Figure 2.16 shows our best estimates of the global mean radiative forcing due to a number of mechanisms since pre-industrial times. As was emphasised in IPCC (1994), the global mean forcing must be used with caution. In particular, the offset between positive and negative contributions to the global mean forcing does not take into account the fact that the regional distributions of the radiative forcing due, for example, to greenhouse gases and sulphate aerosols, are quite different. Thus even if, by coincidence, the global mean forcing were to be zero, due to a fortuitous cancellation between global mean forcings of opposite signs, this must not be taken to imply the absence of regional or possibly even global scale climate change.

It was also stressed in Section 4.7.1 of IPCC (1994) that different forcing mechanisms have different levels of confidence associated with them. The forcing due to the well-mixed greenhouse gases ($CO_2$, $CH_4$, $N_2O$ and the CFCs) have the highest confidence, as they are based on well-characterised observations of the changes in gas concentration since pre-industrial times. On the other hand, estimates of the changes in concentrations of tropospheric ozone and tropospheric aerosols rely largely on model estimates which still have significant uncertainties. In Figure 2.16 the error bar indicates an estimate of the uncertainty range, based largely on the spread in the available literature; our subjective confidence that the actual forcing lies within this error bar is indicated by the "confidence level".

Our estimates of the contributions to radiative forcing since pre-industrial times due to changes in the well-mixed greenhouse gases are unchanged from those given in IPCC (1994) (i.e., a total of 2.45 $Wm^{-2}$); this remains the best determined radiative forcing. The estimates of the radiative forcing due to changes in ozone have also remained unchanged; these are 0.2 to 0.6 $Wm^{-2}$ for tropospheric ozone and $-0.1$ $Wm^{-2}$ (with a factor of 2 uncertainty) for stratospheric ozone. The most significant issue to be raised in work since IPCC (1994) concerns the consequences of stratospheric ozone depletion; the increased penetration of ultraviolet radiation into the troposphere may have a significant impact on tropospheric chemistry and a number of constituents of climatic relevance; as estimates of these effects are so preliminary, the IPCC (1994) forcing due to stratospheric ozone change, and the associated confidence level, are unaltered.

There has been a slight reduction in the uncertainty associated with our estimate of the range of the direct radiative forcing due to sulphate aerosols; the forcing is now estimated to be $-0.4$ $Wm^{-2}$, with a factor of two

uncertainty. In Figure 2.16, the contributions of different aerosol types to the direct aerosol forcing have been separated for clarity, although, due to interaction between them, the total direct aerosol forcing may not be the sum of the individual components. The contribution of soot aerosols is given as $+0.1$ $Wm^{-2}$ with an uncertainty range of at least a factor of 3, although our confidence in this value is very low. The contribution of biomass burning remains at the IPCC (1994) value, with a central value of $-0.2$ $Wm^{-2}$ with a factor of 3 uncertainty. Thus the total direct aerosol forcing is estimated to be $-0.5$ $Wm^{-2}$ with a factor of 2 uncertainty.

The quantification of the effect of aerosols on cloud properties remains difficult. Although there have been further studies of the effect of aerosols on cloud properties (the indirect effect) the estimated range of 0 to $-1.5$ $Wm^{-2}$ proposed in IPCC (1994) has not been changed. Since our quantitative understanding of this process is so limited at present, no mid-range estimate is given.

The estimate for the forcing due to changes in solar output since 1850 remains unchanged from the IPCC (1994) value of $+0.1$ to $+0.5$ $Wm^{-2}$. The available evidence indicates that natural variations in the radiative forcing, due to volcanic eruptions and changes in solar output, may have been important in determining some of the decadal scale variations in global climate over the past 150 years. Nevertheless, the cumulative radiative forcing due to human activity remains large compared to these and, on this evidence, this radiative forcing would be expected to have played a more significant role in determining the long-term trends in climate over the past 150 years.

It was noted in IPCC (1994) that changes in surface albedo could, potentially, contribute to radiative forcing; because of the problems discussed in IPCC (1994), it is still not possible to produce a reliable quantification of the contribution.

## 2.5 Trace Gas Radiative Forcing Indices

### 2.5.1 Introduction

Policymakers may need a means of estimating the relative radiative effects of various greenhouse gases. Chapter 5 of IPCC (1994) discussed in detail the current state of knowledge of trace gas radiative forcing indices used for this purpose. The definition and general limitations of a simple index were reviewed in Section 5.1 of that report. The choice of $CO_2$ as the reference molecule for calculations of the relative Global Warming Potential (GWP) and the resulting sensitivity of GWPs to incomplete knowledge of the response time of $CO_2$ were the subjects

of Section 5.2.1. The sensitivities of GWPs to possible changes in the future composition of the Earth's atmosphere (Section 5.2.2.1) and future water vapour and clouds (Section 5.2.2.2) were shown to be of order 20%. GWPs representing the direct radiative forcing of 38 chemical species were given, including hydro-fluorocarbons, hydrochlorofluorocarbons, chlorofluoro-carbons, perfluorocarbons, $N_2O$ and $CH_4$ (Section 5.2.4). The need to consider indirect effects on GWPs was also discussed (Section 5.2.5), and the indirect effects on the methane GWP were specifically estimated (Section 5.2.5.2). A typical uncertainty of these GWPs is $\pm 35\%$ relative to the $CO_2$ reference. The product of GWP and estimated current emissions for primary greenhouse gases (one approximate measure of the commitment to future radiative forcing from contemporary emissions) was presented for selected gases (Section 5.2.6). Choices of time horizon and the use of GWPs in policy formation were also considered.

In the short time since IPCC (1994) there have been a limited number of new scientific studies that expand upon knowledge of GWPs and their uncertainties; it is our goal to summarise briefly these new findings here. They pertain to three specific subjects:

(i)   *net GWPs for ozone-depleting gases.* In IPCC (1994), only the *direct* GWPs for ozone-depleting gases (i.e., "warming" or positive radiative forcing) were presented. This current update describes an estimate of the *net* (i.e., direct "warming" and indirect "cooling" or negative radiative forcing) GWPs and uncertainties for ozone-depleting gases.

(ii)  *updated or new GWPs for a number of key species due to improved or new estimates of atmospheric lifetimes (Section 2.2) or relative radiative forcing per unit mass (Section 2.4).* Three new gases have been added to the suite of GWP estimates presented below and the GWPs of several others have been improved.

**Table 2.8:** *Net GWPs per unit mass emission for halocarbons including indirect effects for time horizons from 1990 (adapted from Daniel et al., 1995).*

| compound | Time Horizon = 2010 (i.e., after 20 years) | | | | | Time Horizon = 2090 (i.e., after 100 years) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Uncertainty in $\alpha$ | | Uncertainty in cooling | | Direct | Uncertainty in $\alpha$ | | Uncertainty in cooling | | Direct |
| | min | max | min | max | | min | max | min | max | |
| CFC-11 | 2100 | 2900 | 1200 | 2900 | 4900 | 1300 | 1700 | 540 | 2100 | 3800 |
| CFC-12 | 6400 | 6800 | 6000 | 6800 | 7800 | 6600 | 6800 | 6200 | 7100 | 8100 |
| CFC-113 | 3300 | 3700 | 2800 | 3800 | 4900 | 3100 | 3300 | 2600 | 3600 | 4800 |
| HCFC-22 | 3600 | 3700 | 3500 | 3700 | 4000 | 1300 | 1300 | 1300 | 1400 | 1500 |
| HCFC-142b | 3700 | 3800 | 3600 | 3800 | 4100 | 1600 | 1700 | 1600 | 1700 | 1800 |
| H-1301 | $-97600$ | $-22700$ | $-31400$ | $-14100$ | 6100 | $-85400$ | $-22400$ | $-30700$ | $-14100$ | 5400 |
| HCFC-141b | 920 | 1200 | 660 | 1200 | 1800 | 270 | 350 | 170 | 370 | 600 |
| $CH_3Cl_3$ | $-710$ | $-420$ | $-1000$ | $-400$ | 300 | $-220$ | $-140$ | $-320$ | $-130$ | 100 |
| $CCl_4$ | $-1500$ | $-550$ | $-2600$ | $-500$ | 1900 | $-1500$ | $-1100$ | $-2400$ | $-650$ | 1400 |
| HCFC-123 | 120 | 170 | 60 | 170 | 300 | 30 | 50 | 20 | 50 | 90 |
| HCFC-124 | 1300 | 1400 | 1300 | 1400 | 1500 | 410 | 420 | 390 | 430 | 470 |

The $CO_2$ function from the Bern model was used for the decay function (slightly revised from IPCC (1994 ) as discussed in Section 2.1) and future concentrations of $CO_2$ were assumed to be constant. Lifetimes for HCFCs and $CH_3Cl_3$ are revised based upon new information on $CH_3Cl_3$ calibration discussed in detail in Section 2.2. The effects of the uncertainties in the relative efficiency of bromine versus chlorine (a ) in ozone loss and in the magnitude of the ozone cooling are shown separately (see text). Direct GWPs are shown for comparison.

(iii) *expanded understanding of the difficulties in calculating GWPs for some chemicals.* A number of new studies have explored some of the scientific challenges related to the chemical production of tropospheric ozone, which is a key factor in estimates of GWPs that include indirect effects for several trace gases. These challenges are briefly reviewed here regarding their implications for the calculation of reliable GWPs.

## 2.5.2 Net GWPs for Ozone-Depleting Gases

Chlorofluorocarbons (CFCs) and halons effectively absorb infrared radiation, thereby contributing to the positive radiative forcing induced by greenhouse gases. However, their role in depleting stratospheric ozone also leads to a negative radiative forcing, particularly for ozone losses near the tropopause (Lacis *et al.,* 1990; Ramaswamy *et al.,* 1992). Ramaswamy *et al.* (1992) concluded that the globally averaged *decrease* in radiative forcing due to stratospheric ozone depletion including both infrared and solar effects represents an indirect effect that approximately balanced the globally averaged *increase* in direct radiative forcing due to halocarbons during the decade of the 1980s. Therefore, the *net* GWPs for ozone-depleting gases should consider both direct and indirect terms, together with their inherent uncertainties.

Daniel *et al.* (1995) estimated the indirect effects of ozone depletion upon the GWPs for halocarbons. They assumed that the indirect and direct radiative effects of halocarbons can be compared to one another in a globally averaged sense, an assumption that is being tested with two- and three-dimensional models (see Chapter 8 of WMO/UNEP, 1995; Chapter 4 of IPCC, 1994; Section 2.4 of this report; Molnar *et al.,* 1994). Daniel *et al.* (1995) combined estimates of the negative radiative forcing due to ozone depletion for the 1980s with an evaluation of past and future ozone loss contributions for each halocarbon. They assumed that the indirect negative forcing for each halocarbon depends linearly upon its contribution to stratospheric active chlorine or bromine release and examined the net radiative forcing that can be attributed to each gas. The resulting net GWPs are, of course, smaller than the earlier values consisting of the direct (positive) component alone (e.g., IPCC, 1994). However, a primary conclusion of their study was that some gases, such as the CFCs, are likely still to be a net positive forcing agent, while for compounds such as the halons and $CH_3Br$, the situation is reversed. This is due to the enhanced chemical effectiveness of brominated compounds compared to chlorinated species for ozone loss (see Chapter 13 of

WMO/UNEP, 1995). Carbon tetrachloride ($CCl_4$) and methyl chloroform ($CH_3CCl_3$), while not as effective as the bromocarbons for ozone destruction, contain several chlorine atoms per molecule and release them readily in the stratosphere, making them relatively effective ozone destroyers (and hence "cooling agents") as well.

Insofar as significant ozone loss likely occurs only for stratospheric active chlorine levels above a certain threshold, the total negative radiative forcing caused by any halocarbon depends upon the abundances of others and cannot be specified independent of past abundances and future scenarios (see Daniel *et al.,* 1995). This implies that GWPs for halocarbons based upon the indirect effects estimated for injection of an infinitesimally small amount of added gas cannot be used to calculate directly the total radiative impact of the true amount of that gas in the Earth's atmosphere; this limitation is similar to that for methane discussed in IPCC (1994). Further, the net GWPs for ozone depletors refer to an explicit period from a chosen start date (e.g., the present) to the end of the time horizon.

Daniel *et al.* (1995) considered the following uncertainties in deriving the net GWPs for halocarbons: (i) likely variations in the scenario for future concentrations of ozone-depleting gases (from WMO/UNEP, 1995), (ii) uncertainties in the globally averaged relative efficiency of bromine for ozone loss as compared to chlorine ($\alpha$, assumed to lie between 40 and 200), and (iii) uncertainties in the magnitude of the cooling in the lower stratosphere due to uncertainties in the ozone loss profile (estimated by Schwarzkopf and Ramaswamy (1993) to be about $\pm 30\%$). They found that the GWPs were not very sensitive to the adopted range of possible scenarios for future concentrations of halocarbons nor to the exact values of the threshold assumed. However, the GWPs for bromocarbons were found to be extremely sensitive to the chosen value of $\alpha$, while those for CFCs were quite sensitive to the adopted uncertainty in the negative radiative forcing in the 1980s. Table 2.8 shows the uncertainty range for net halocarbon GWPs over 20- and 100-year time horizons from these sensitivity studies and compares them to GWPs for the direct effect only (adapted from Daniel *et al.* (1995) for the $CO_2$ denominator used here; see Section 2.1).

In addition to the indirect GWP component introduced by the ozone loss itself, there are other recognised indirect effects that may be associated with halocarbon GWPs. In the past year, several authors have noted that the impact of changing UV radiation due to ozone depletion upon OH and hence tropospheric chemistry could play a role in determining the total radiative cooling effect of ozone loss

*Radiative Forcing of Climate Change*                                                                              *121*

**Table 2.9:** *Global Warming Potential (mass basis) referenced to the updated decay response for the adopted carbon cycle model (see Section 2.1) and future $CO_2$ atmospheric concentrations held constant at current levels. Typical uncertainties are about ±35%.*

| Species | Chemical formula | Lifetime and reference | Global Warming Potential (Time Horizon) | | |
| --- | --- | --- | --- | --- | --- |
| | | | 20 years | 100 years | 500 years |
| $CO_2$ | $CO_2$ | Bern model, revised | 1 | 1 | 1 |
| HFC-23 | $CHF_3$ | 264 (a) | 9100 | 11,700 | 9800 |
| HFC-32 | $CH_2F_2$ | 5.6 (a) | 2100 | 650 | 200 |
| HFC-41 | $CH_3F$ | 3.7 (a) | 490 | 150 | 45 |
| HFC-43-10mee | $C_5H_2F_{10}$ | 17.1 (a) | 3000 | 1,300 | 400 |
| HFC-125 | $C_2HF_5$ | 32.6 (a) | 4600 | 2,800 | 920 |
| HFC-134 | $C_2H_2F_4$ | 10.6 (a) | 2900 | 1,000 | 310 |
| HFC-134a | $CH_2FCF_3$ | 14.6 (a) | 3400 | 1,300 | 420 |
| HFC-152a | $C_2H_4F_2$ | 1.5 (a) | 460 | 140 | 42 |
| HFC-143 | $C_2H_3F_3$ | 3.8 (a) | 1000 | 300 | 94 |
| HFC-143a | $C_2H_3F_3$ | 48.3 (a) | 5000 | 3800 | 1400 |
| HFC-227ea | $C_3HF_7$ | 36.5 (a) | 4300 | 2900 | 950 |
| HFC-236fa | $C_3H_2F_6$ | 209 (a) | 5100 | 6300 | 4700 |
| HFC-245ca | $C_3H_3F_5$ | 6.6 (a) | 1800 | 560 | 170 |
| Chloroform | $CHCl_3$ | 0.51 (a) | 14 | 4 | 1 |
| Methylene chloride | $CH_2Cl_2$ | 0.46 (a) | 31 | 9 | 3 |
| Sulphur hexafluoride | $SF_6$ | 3200 (b) | 16300 | 23900 | 34900 |
| Perfluoromethane | $CF_4$ | 50000 (b) | 4400 | 6500 | 10000 |
| Perfluoroethane | $C_2F_6$ | 10000 (b) | 6200 | 9200 | 14000 |
| Perfluoropropane | $C_3F_8$ | 2600 (b) | 4800 | 7000 | 10100 |
| Perfluorobutane | $C_4F_{10}$ | 2600 (b) | 4800 | 7000 | 10100 |
| Perfluoropentane | $C_5F_{12}$ | 4100 (b) | 5100 | 7500 | 11000 |
| Perfluorohexane | $C_6F_{14}$ | 3200 (b) | 5000 | 7400 | 10700 |
| Perfluorocyclobutane | $c-C_4F_8$ | 3200 (b) | 6000 | 8700 | 12700 |
| Methane** | $CH_4$ | 12.2±3 (a) | 56 | 21 | 6.5 |
| Nitrous oxide | $N_2O$ | 120 (c) | 280 | 310 | 170 |
| Trifluoroiodomethane | $CF_3I$ | <0.005 (c) | <3 | <1 | <1 |

**The GWP for methane includes indirect effects of tropospheric ozone production and stratospheric water vapour production, as in IPCC (1994). The updated adjustment time for methane is taken from the discussion in Section 2.2 of this report.

(a) Based upon the revised $CH_3Cl_3$ lifetime from Prinn et al. (1995b) and updated chemical kinetic data where appropriate from JPL(1994), see Section 2.2 and Table 2.2. Also includes updated information relating to radiative forcing per molecule from Section 2.4 based upon Pinnock et al. (1995), where appropriate.

(b) See Section 2.4 and Roehl et al. (1995) for discussion of radiative forcing per molecule for these gases. Lifetimes as in IPCC (1994).

(c) As in IPCC (1994).

(see, e.g., Bekki *et al.*, 1994 and Toumi *et al.*, 1994) and hence would be a factor in the magnitude of halocarbon GWPs. The magnitudes of the negative radiative forcing associated with these newly identified mechanisms are currently considered quite uncertain (particularly that related to the OH role in indirect aerosol formation, see Section 2.4 of this report and Rodhe and Crutzen (1995)). Enhanced negative radiative forcing would also be associated with the large changes in ozone inferred from some satellite measurements near the tropical tropopause (see Chapter 1 of WMO/UNEP, 1995). These currently ill-quantified processes were not considered by Daniel *et al.* (1995) and are not included here. All of them would act to decrease the net halocarbon GWPs if they prove to be significant.

If improved understanding shows that the ozone depletion-related negative radiative forcing is larger than currently estimated, it would tend to reduce the GWPs for all ozone-depleting gases. However, this would not change the general conclusions regarding *relative* GWPs of ozone-depletors as indicated in Table 2.8. For example, if the magnitude of negative radiative forcing associated with ozone loss were to prove to be larger by a factor of two (see Toumi *et al.*, 1994), it would imply that the net GWPs for halons would become even more negative, that for CFC-11 would be close to zero, and that for CFC-12 would be reduced, but would still be positive. On the other hand, some studies suggest that the direct radiative forcings per molecule of halocarbons may be about 20% larger than current estimates (see Pinnock *et al.*, 1995). If the direct radiative forcings per molecule of halocarbons have indeed been underestimated by this amount, the net GWPs for halocarbons would increase. In no case would the increase in GWP exceed the increase in direct forcing, but would be considerably smaller for those gases (such as halons) with large negative contributions. The uncertainties in positive radiative forcing contributions are presently thought to be smaller than those relating to negative radiative forcing described above. The numbers presented in Table 2.8 should be considered illustrative of the relative values of GWPs among ozone-depleting gases, but their absolute magnitudes are presently subject to considerable quantitative uncertainties (at least ±50%). Current scientific evidence suggests that they are unlikely to be very much more positive than the values indicated, but could be more negative.

### 2.5.3 Updated GWPs For Other Gases

As was the practice in IPCC (1994), the same relative radiative forcings per unit mass are used for both the radiative forcing estimates of Section 2.4 and the GWPs presented here; they are summarised in Table 2.7 (Section 2.4.1.1). Note that overlapping absorptions are included (see Section 2.4 and IPCC, 1994). Sensitivities to possible future changes in $CO_2$, water vapour and clouds were shown to be of order ±20% in IPCC (1994). Since IPCC (1994), the molecular parameters for $CF_4$, $C_2F_6$, $C_3F_8$, $C_4F_{10}$, $C_5F_{12}$, and $C_6F_{14}$ were reported in a consistent study by Roehl *et al.* (1995) and are considered the most appropriate to use now. In addition, Pinnock *et al.* (1995) presented a detailed and consistent laboratory and radiative transfer study of the radiative forcing per unit mass of a number of hydrofluorocarbons (HFCs). Improved radiative forcings per unit mass for HFC-32 and HFC-236fa are available from that work, and the forcing for HFC-41 was presented for the first time. Table 2.9 presents the resulting updates and additions.

The indirect contributions to the methane GWP due to tropospheric ozone and stratospheric water vapour production are included here, and the best estimate of the contributions to the total methane GWP from those sources remain the same as in IPCC (1994). The decay response for $CO_2$ has also been re-evaluated to refine the representation of the carbon cycle in Section 2.1. As in IPCC (1994), the decay response of the Bern carbon cycle model is used here for GWP calculations. Lifetimes are taken from Section 2.2 (Table 2.2) and include updated kinetic rate constants as well as lifetimes for methyl chloroform and related gases based on the study of Prinn *et al.* (1995b).

### 2.5.4 Recent Studies Relating to the Challenges in Calculating GWPs for Some Chemical Species

GWPs are simple, globally averaged indices with many limitations, as emphasised in Chapters 2 and 5 of IPCC (1994). As noted, key factors in GWP calculations include atmospheric lifetimes and distributions, as well as radiative properties. For a gas whose chemical lifetime is shorter than the time-scale for mixing in the troposphere (order of months within a hemisphere and a year globally), the distribution (and in turn, the chemical lifetime) can be strongly sensitive to local sources, sinks and transport. Current models are limited in their ability to reproduce faithfully the global transport and chemistry of short-lived gases in the troposphere, in part because of difficulties in representing physical and chemical processes occurring on relatively small spatial scales compared to the model resolution. These processes include the vertical transport due to deep convection (as shown by the [222]Rn model intercomparison described in Chapter 2 of IPCC (1994)) and boundary layer chemistry and transport. Accurate

representation of precipitation and liquid phase chemistry associated with clouds and rain also represent major challenges for two- and three-dimensional global models. In addition, aerosol optical effects on radiative forcing are spatially variable, insofar as they depend upon factors such as surface albedo. Due to these and other limitations (see Section 2.3 and Chapter 3 of IPCC (1994)), GWPs for the short-lived sulphur gases that are thought to contribute to negative radiative forcing through aerosol formation cannot be estimated with confidence at present and therefore were included neither in IPCC (1994) nor are they in this assessment.

Several anthropogenic gases are believed to contribute to the chemical production of tropospheric ozone which is central in the calculation of many of the indirect components of GWPs. Tropospheric ozone is a radiatively important gas (particularly in the upper troposphere), and there is evidence that its abundance has increased significantly in the past century in many locations because of human activities (see IPCC, 1994; Derwent, 1994). Emissions of nitrogen oxides ($NO_x$), non-methane hydrocarbons, carbon monoxide and methane are believed to play prominent roles in such trends. It would be highly desirable to determine the indirect GWPs associated with ozone production for these gases. However, with the important exception of methane, all of these compounds have very short atmospheric lifetimes of days or months, making confidence in model calculations of their spatial distributions and source/sink relationships considerably lower than those for long-lived gases (IPCC, 1994). The chemical production of tropospheric ozone and oxidative properties of the atmosphere are strongly sensitive to the $NO_x$ abundance and emission rates; some authors have discussed these chemical non-linearities in detail (see e.g., Liu *et al.*, 1987; Sillman *et al.*, 1990; Thompson, 1992; Kleinman, 1994). The impact of emissions of short-lived gases upon the radiative forcing due to tropospheric ozone changes depends upon factors including the location of the emission and model-calculated OH and $NO_x$ distributions, which in turn depend upon the uncertain convection, boundary layer, and chemical processes discussed above.

A number of recent studies have examined the sensitivity of tropospheric ozone production to emissions of short-lived gases using a range of models of varying resolution and illustrate the challenge of calculating GWPs for such gases. We briefly review their findings here. Thompson *et al.* (1994) examined the regional budget of carbon monoxide over the central USA and its role in ozone production using a detailed high-resolution model including deep convection based upon direct cloud

observations. They concluded that deep convection over the central USA acts as a "chimney" for transport of carbon monoxide and other ozone precursors to the free troposphere and they estimated a gross production of ozone in the free troposphere of about 1 Gmol/day due to carbon monoxide transport and subsequent chemistry. Jacob *et al.* (1993a,b) used a continental-scale photochemical model including a subgrid nested scheme to arrive at a similar value of 1.2 Gmol/day (see the discussion of Jacob *et al.* in Thompson *et al.*, 1994). Jacob *et al.* (1993b) also found that direct export of ozone produced at low altitudes by pollution in the USA accounted for about 4.3 Gmol/day while $NO_x$ export led to about 4.0 Gmol/day of free tropospheric ozone increase. All of these processes could contribute significantly to the hemispheric ozone budget as evidenced by comparison with the cross-tropopause transport of ozone over the entire Northern Hemisphere in summer of about 18–28 Gmol/day estimated by Jacob *et al.* (1993b). The studies of Jacob *et al.* (1993a,b) and Thompson *et al.* (1994) taken together underline the importance of convection and suggest that models with sufficient resolution and representation of physical processes may be able to predict key elements of tropospheric chemistry. Studies of other regions such as Europe and Asia (e.g., Berntsen *et al.*, 1996) show similar results. However, these model studies are constrained only by limited observations, and liquid phase chemistry in clouds is also important for some gases, (e.g., Lelieveld and Crutzen, 1994). Hence their uncertainties remain large.

Sensitivity studies show some of the non-linearities involved in ozone formation. Jacob *et al.* (1993b) found that reducing $NO_x$ emissions by 50% from 1985 levels would reduce rural ozone concentrations over the eastern USA by about 15%, while reducing hydrocarbon emissions by 50% would have less than a 4% effect except in the largest urban plumes. Strand and Hov (1994) presented a global two-dimensional chemistry transport model that includes a parameterized treatment of convection (Strand and Hov, 1993). These authors found that a global 50% reduction in anthropogenic nitrogen oxide emissions led to about twice as large a reduction in ozone production as the same reduction in emissions of anthropogenic volatile organic compounds. While the findings of Strand and Hov (1994) are qualitatively similar to those reported by Jacob *et al.* (1993b), the differences between them directly illustrate the difficulty of quantitative estimation of global GWPs for such gases.

In contrast, the much longer lifetime of methane (in excess of several years) leads to a nearly well-mixed global tropospheric distribution and a lesser dependence of its

GWP upon these factors. Further, much of the chemical destruction of methane occurs in relatively clean regions in the tropics, improving confidence in the calculation of the methane adjustment time and ozone effects as compared to more short-lived gases (Chapter 2 of IPCC, 1994). Accordingly, the indirect GWP for methane was deemed estimatable in IPCC (1994), but not those for much shorter lived gases.

## References

Ackerman, T.P. and O.B. Toon, 1981: Absorption of visible radiation in atmosphere containing mixtures of absorbing and nonabsorbing particles. *Appl. Opt.*, **20**, 3661–3668.

AFEAS (Alternative Fluorocarbons Environmental Acceptability Study), 1995: *Historic Production, Sales and Atmospheric Release of HCFC-142b*, SPA-AFEAS, Washington, DC, USA, pp. 1–14.

Alcamo, J., A. Bouwman, J. Edmonds, A. Grübler, T. Morita and A. Sugandhy, 1995: An Evaluation of the IPCC IS92 Emission Scenarios. In: *Climate Change 1994: Radiative Forcing of Climate Change and An Evaluation of the IPCC IS92 Emission Scenarios.*, J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK.

Alkezweeny, A.J., D. Burrows and C. Grainger, 1993: Measurements of cloud-droplet size distributions in polluted and unpolluted stratiform clouds. *J. Appl. Met.*, **32**, 106–115.

Anderson, T.L., R.J. Charlson, W.H. White and P.H. McMurry, 1994: Comment on "Light scattering and cloud condensation nucleus activity of sulfate aerosol measured over the Northeast Atlantic Ocean" by D.A. Hegg *et al.*, *J. Geophys. Res.*, **99**, 25947–25949.

Andreae, M.O., 1995: Climate effects of changing atmospheric aerosol levels. In: *Future Climate of the World: A modelling perspective, World Survey and Climatology, Vol.XVI.*, A. Henderson-Sellers (ed.), Elsevier, Amsterdam.

Bacastow, R.B., 1976: Modulation of atmospheric carbon dioxide by the Southern Oscillation. *Nature*, **261**, 116–118.

Bakwin, P., P. Tans and P. Novelli, 1994: Carbon monoxide budget in the Northern Hemisphere. *Geophys. Res. Lett.*, **21**, 433–436.

Barrett, J., 1995: The roles of carbon dioxide and water vapour in warming and cooling the Earth's troposphere. *Spectrochimica Acta*, **51A**, 415–417.

Bekki, S., K.S. Law and J.A. Pyle, 1994: Effects of ozone depletion on atmospheric $CH_4$ and CO concentrations. *Nature*, **371**, 595–597.

Berntsen, T., I.S.A. Isaksen, W.C. Wang and X.Z. Liang, 1996: Impacts from increased anthropogenic sources in Asia on tropospheric ozone and climate: A global 3-D model study. *Tellus*, (In press).

Blake, D.R. and F.S. Rowland, 1988: Continuing worldwide

increase in tropospheric methane, 1978–1987. *Science*, **239**, 1129–1131.

Blanchet, J.P., 1982: Application of Chandrasekhar mean to aerosol optical properties. *Atmosphere-Ocean*, **20**, 189–206.

Bloomfield, P, 1994: Inferred lifetimes. In: *NASA Report on Concentrations, Lifetimes and Trends of CFCs, Halons and Related Species*, J. Kaye, S. Penkett and F. Ormond (eds.), NASA Reference Report No. **1339**, 3.1–3.23.

Boden, T.A., R.J. Sepanski and F.W. Stoss, 1991: Trends '91: A compendium of data on global change. Oak Ridge National Laboratory, *ORNL/CDIAC*-46.

Boers, R., G.P. Ayers and J.L. Gras, 1994: Coherence between the seasonal variation in satellite derived cloud optical depth and boundary layer CCN concentrations at a mid-latitude southern hemisphere station. *Tellus*, **46B**, 123–131.

Boucher, O., 1995: GCM estimate of the indirect aerosol forcing using satellite-retrieved cloud droplet effective radii. *J. Climate*, **8**, 1403–1409.

Boucher, O. and T.L. Anderson, 1995: GCM assessment of the sensitivity of direct climate forcing by anthropogenic sulfate aerosols to aerosol size and chemistry. *J. Geophys. Res.* **100**, 26061–26092.

Boucher, O. and U. Lohmann, 1995: The sulfate-CCN-cloud albedo effect. A sensitivity study with two general circulation models. *Tellus*, **47B**, 281–300.

Boucher, O., H. Le Treut and M.B. Baker, 1995: Precipitation and radiation modelling in a GCM: Introduction of cloud microphysical processes. *J. Geophys. Res.* **100**, 16395–16414.

Bouwman, A., K. van der Hoek and J. Olivier, 1995: Uncertainties in the global source distribution of nitrous oxide. *J. Geophys. Res.*, **100**, 2785–2800.

Broecker, W.S. and T.-H. Peng, 1994: Stratospheric contribution to the global bomb radiocarbon inventory: Model vs. observation. *Global Biogeochem. Cycles*, **8**, 377–384.

Broecker, W.S., T.-H. Peng and R. Engh, 1980: Modelling the carbon system. *Radiocarbon*, **22**, 565–598.

Broecker, W.S., T.-H. Peng, G. Ostlund and M. Stuiver, 1985: The distribution of bomb radiocarbon in the ocean. *J. Geophys. Res.*, **90**, 6953–6970.

Broecker, W.S., S. Sutherland, W. Smethie, T.-H. Peng and G. Oestlund, 1995: Oceanic radiocarbon: Separation of the natural and bomb components. *Global Biogeochem. Cycles*, **9**, 263–288.

Butler, J., 1994: The potential role of the ocean in regulating atmospheric methyl bromide. *Geophys. Res. Lett.*, **21**, 185–188.

Butler, J., J. Elkins, B. Hall, S. Cummings and S. Montzka, 1992: A decrease in the growth rates of atmospheric halon concentrations. *Nature*, **359**, 403–405.

Butler, J., J. Elkins, B. Hall, S. Montzka, S. Cummings, P. Fraser and L. Porter, 1994: Recent trends in the global atmospheric mixing ratios of halon-1301 and halon-1211. In: *Baseline 91*, A. Dick and J. Gras (eds.), 29–32, Bureau of Meteorology/CSIRO.

Chameides, W.L., P.S. Kasibhatala, J. Yienger and H. Levy II,

1994: Growth of continental-scale metro-agro-plexes, regional ozone pollution and world food production. *Science*, **264**, 74–77.

**Chappellaz**, J., J.M. Barnola, D. Raynaud, Y.S. Korotkevich and C. Lorius, 1990: Ice-core record of atmospheric methane over the past 160,000 years. *Nature*, **345**, 127–131.

**Charlson**, R.J., J. Langner and H. Rodhe, 1990: Sulfate aerosol and climate. *Nature*, **348**, 22.

**Charlson**, R.J., J. Langner, H. Rodhe, C.B. Leovy and S.G. Warren, 1991: Perturbation of the northern hemisphere radiative balance by backscattering from anthropogenic sulphate aerosols. *Tellus*, **43A-B**, 152–163.

**Charlson**, R. J., S.E. Schwartz, J.M. Hales, R.D. Cess, J.A. Coakley Jr., J.E. Hansen and D.J. Hoffman, 1992: Climate forcing by anthropogenic aerosols, *Science*, **255**, 423–430.

**Chuang**, C.C. and J.E. Penner, 1995: A study of the relationship between anthropogenic sulfate and cloud droplet nucleation. *Preprints, AMS Conf. on Cloud Physics, Dallas, January 1995*, pp. 493–497.

**Chuang**, C.C., J.E. Penner, K.E. Taylor and J.J. Walton, 1994: Climate effects of anthropogenic sulfate: simulation from a coupled chemistry, climate model. *Preprints of the Conference on Atmospheric Chemistry, Nashville, Tennessee, January 1994*, American Meteorological Society, Boston USA, pp. 170–174.

**Chýlek**, P. and J. Hallett, 1992: Enhanced absorption of solar radiation by cloud droplets containing soot particles in their surface. *Quart. J. R. Met. Soc.*, **118**, 167–172.

**Chýlek**, P. and J. Wong, 1995: Effect of absorbing aerosols on global radiation budget. *Geophys. Res. Lett.*, **22**, 929–931.

**Chýlek**, P., V. Ramaswamy, R. Pinnick and R. Cheng, 1981: Optical properties and mass concentration of carbonaceous aerosols. *Appl. Opt.*, **20**, 2980–2985.

**Chýlek**, P., V. Ramaswamy and R.J. Cheng, 1984: Effect of graphitic carbon on the albedo of clouds. *J. Atmos. Sci.*, **41**, 3076–3084.

**Chýlek**, P., G. Videen, D. Ngo, R.G. Pinnick and J.D. Klett, 1995: Effect of black carbon on the optical properties and climate forcing of sulfate aerosols. *J. Geophys. Res.*, **100**, 16325–16332.

**Ciais**, P., P.P. Tans, J.W.C. White, M. Trolier, R.J. Francey, J.A. Berry, D.R. Randall, P.J. Sellers, J.G. Collatz and D.S. Schimel, 1995a: Partitioning of ocean and land uptake of $CO_2$ as inferred by $\delta^{13}C$ measurements from the NOAA Climate Monitoring and Diagnostics Laboratory Global Air Sampling Network. *J. Geophys. Res.*, **100D**, 5051–5070.

**Ciais**, P., P.P. Tans, M. Trolier, J.W.C. White and R.J. Francey, 1995b: A large northern hemisphere terrestrial $CO_2$ sink indicated by $^{13}C/^{12}C$ of atmospheric $CO_2$. *Science*, **269**, 1098–1102.

**Conway**, T.J., P.P. Tans, L.S. Waterman, K.W. Thoning, D.R. Buanerkitzis, K.A. Maserie and N. Zhang, 1994: Evidence for interannual variability of the carbon cycle from the NOAA/CMDL global air sampling network. *J. Geophys. Res.*, **99D**, 22831–22855.

**Cooke**, W.F. and J.J.N. Wilson, 1996: A global black carbon aerosol model. *J. Geophys. Res.* (submitted).

**Cooper**, D.L., T.P. Cunningham, N.L.Allan and A. McCulloch, 1992: Tropospheric lifetimes of potential CFC replacements – rate co-efficients for reaction with the hydroxyl radical. *Atmos. Env.* **26A**, 1331–1334.

**Cunnold**, D., P. Fraser, R. Weiss, R. Prinn, P. Simmonds, B. Miller, F. Alyea and A. Crawford, 1994: Global trends and annual releases of CFC-11 and -12 estimated from ALE/GAGE and other measurements from July 1978 to June 1991. *J. Geophys. Res.*, **99**, 1107–1126.

**Daniel**, J., S. Solomon and D. Albritton, 1995: On the evaluation of halocarbon radiative forcing and global warming potentials. *J. Geophys. Res.*, **100**, 1271–1285.

**Danielson**, R.E., D.R. Moore and H.C. Van de Hulst, 1969: The transfer of visible radiation through clouds. *J. Atmos. Sci.*, **26**, 1078–1087.

**Derwent**, R. 1994: The estimation of global warming potentials for a range of radiatively active gases. In: *Non–$CO_2$ Greenhouse Gases*, J. van Ham, L.J.H.M. Janssen and R.J. Swart, (eds.), Kluwer Academic Publishers, Dordrecht, pp. 289–299.

**Derwent**, R.G., 1996: The influence of human activities on the distribution of hydroxyl radicals in the troposphere. *Phil. Trans. Roy. Soc. Lond.*, *A*, **354**, 1–30.

**Derwent**, R., P. Simmonds and W. Collins, 1994: Ozone and carbon monoxide measurements at a remote maritime location, Mace Head, Ireland, from 1990 to 1992. *Atmos. Env.*, **28**, 2623–2637.

**Diederen**, H.S.M.A., R. Guicherit and J.C.T. Hollander, 1985: Visibility reduction by air pollution in the Netherlands. *Atmos. Env.*, **19**, 377–383.

**Dignon**, J. and S. Hameed, 1989: Global emissions of nitrogen and sulfur oxides from 1860 to 1980. *JAPCA*, **39**, 180–186.

**Dignon**, J. and S. Hameed, 1992: Emission of nitrogen oxides and sulfur oxides from the former Soviet Union. *Ambio*, **21**, 481–482.

**Dlugokencky**, E., P. Lang and K. Masarie, 1994a: Flask measurements of methane. In: *CMDL No. 22 Summary Report 1993*, J. Peterson and R.Rossen, (eds.), U.S. Department of Commerce/NOAA/ERL, 22–24 .

**Dlugokencky**, E.J., K.A. Masarie, P.M. Lang, P.P. Tans, L.P. Steele and E.G. Nisbet, 1994b: A dramatic decrease in the growth rate of atmospheric methane in the Northern Hemisphere during 1992. *Geophys. Res. Lett.*, **21**, 45–48.

**Dlugokencky**, E.J., L.P. Steele, P.M. Lang and K.A. Masarie, 1994c: The growth rate and distribution of atmospheric methane. *J. Geophys. Res.*, **99**, 17021–17043.

**Ehhalt**, D.E. and F. Rohrer, 1994: The impact of commercial aircraft on tropospheric ozone, *Proc. 7th Priestley Conference*, 24–27 June 1994, Lewisburg, Pennsylvania.

**Elkins**, J., T. Thompson, T. Swanson, J. Butler, B. Hall, S. Cummings, D. Fisher and A. Raffo, 1993: Decrease in the growth rates of atmospheric chlorofluorocarbons-11 and -12. *Nature*, **364**, 780–783.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 528 of 584

**Elkins**, J., J. Butler, S. Montzka, R. Myers, T. Baring, S. Cummings, G. Dutton, J. Giliga, A. Hayden, J. Lobert, T. Swanson, D. Hurst and C. Volk, 1994: Nitrous Oxide and Halocarbon Division Report. In: *CMDL No. 22 Summary Report 1993*, J. Peterson and R.Rossen (eds.) US Department of Commerce/NOAA/ERL, pp. 72–91.

**Enting**, I.G., 1995: Analysing the conflicting requirements of the framework convention on climate change. *Climatic Change*, **31**, 5–18.

**Enting**, I.G., T.M.L. Wigley and M. Heimann, 1994: Future emissions and concentrations of carbon dioxide: Key ocean/atmosphere/land analyses. *CSIRO Division of Atmospheric Research Technical Paper No. 31*, 120 pp.

**Eswaran**, H., E. Van den Berg and P. Reich, 1993: Organic carbon in soils of the world. *Soil Sci. Soc. America J.*, **57**, 192–194.

**Evans**, W.F.J. and E. Puckrin, 1995: An observation of the greenhouse radiation associated with carbon monoxide. *Geophys. Res. Lett.*, **22**, 925–928.

**Feely**, R.F., R. Wanninkhof, C.E. Cosca, P.P. Murphy, M.F. Lamb and M.D. Steckley, 1995: $CO_2$ distributions in the equatorial Pacific during the 1991–92 ENSO event. *Deep-Sea Research II*, **42**, 365–386.

**Feichter**, J., E. Kjellström, H. Rodhe, F. Dentener, J. Lelieveld and G-J. Roelofs, 1996: Simulation of the tropospheric sulfur cycle in a global climate model. *Atmos. Env.*, (In press).

**Fisher**, D. and P. Midgley, 1994: Uncertainties in the calculation of atmospheric releases of chlorofluorocarbons. *J. Geophys. Res.*, **99**, 16643–16650.

**Foukal**, P., 1994a: Stellar luminosity variations and global warming. *Science*, **247**, 556–558.

**Foukal**, P., 1994b: Response to Radick (1994). *Science*, **266**, 1073.

**Francey**, R.J., P.P. Tans, C.E. Allison, I.G. Enting, J.W.C. White and M. Trolier, 1995: Changes in oceanic and terrestrial carbon uptake since 1982. *Nature*, **373**, 326–330.

**Fraser**, P., S. Penkett, M. Gunson, R. Weiss and F.S. Rowland, 1994: Measurements. In: *Concentrations, Lifetimes and Trends of CFCs, Halons and Related species*, J. Kaye, S. Penkett and F. Ormond (eds.), NASA Report No. 1339, pp. 1.1–1.68.

**Fuglestvedt**, J.S., J.E. Jonson and I.S.A. Isaksen, 1994: Effects of reduction in stratospheric ozone on tropospheric chemistry through changes in photolysis rates. *Tellus*, **46B**, 172–192.

**Goody**, R.M. and Y.L. Yung, 1989: *Atmospheric Radiation.* Oxford University Press.

**Graedel**, T.E., D. Cariolle, M.A. Geller, J.L. Kerrebrock, D.H. Lister, K. Mauersberger, S.A. Penkett, U. Schmidt, S.E. Schwartz and S. Solomon, 1994: *Atmospheric Effects of Stratospheric Aircraft, an evaluation of NASA's interim assessment.* National Academy Press, Washington DC, USA.

**Han**, Q., W.B. Rossow and A.A. Lacis, 1994: Near-global survey of effective droplet radii in liquid water clouds using ISCCP data. *J. Climate*, **7**, 465–497.

**Hansen**, J., A. Lacis, R. Ruedy and M. Sato, 1992: Potential climate impact of Mt. Pinatubo eruption. *Geophys. Res. Lett.*, **19**, 215–218.

**Hansen**, J., M. Sato, R. Ruedy, A. Lacis, K. Asamoah, S. Borenstein, E. Brown, B. Cairns, G. Caliri, M. Campbell, B. Curran, S. de Castro, L. Druyan, M. Fox, C. Johnson, J. Lerner, M.P. McCormick, R. Miller, P. Minnis, A. Morrison, L. Pandolfo, I. Ramberran, F. Zaucker, M. Robinson, P. Russell, K. Shah, P. Stone, I. Tegen, L. Thomason, J. Wilder and H. Wilson, 1996: A Pinatubo climate modelling investigation. To appear in *The Effects of Mt. Pinatubo on the Atmosphere and Climate, NATO ASI Seies Volume, Subseries I, "Global Environmental Change*, G. Fiocco, D. Fua and G. Visconti (eds.), Springer Verlag, Berlin.

**Harris**, N.R.P., G. Ancellet, L. Bishop, D.J. Hofmann, J.B. Kerr, R.D. McPeters, M. Préndez, W. Randel, J. Staehelin, B.H. Subbaraya, A. Volz-Thomas, J.M. Zawodny and C.S. Zerefos, 1995: Ozone Measurements. In: *Scientific Assessment of Ozone Depletion: 1994, Global Ozone Research and Monitoring Project Report No. 37*, World Meteorological Organisation, Geneva, pp. 1.1–1.54.

**Harrison**, K., W. Broecker and G. Bonani, 1993: A strategy for estimating the impact of $CO_2$ fertilisation on soil carbon storage. *Global Biogeochem. Cycles*, **7**, 69–80.

**Hauglustaine**, D.A., C. Granier, G.P. Brasseur and G. Megie, 1994: Impact of present aircraft emissions of nitrogen oxides on tropospheric ozone and climate forcing. *Geophys. Res. Lett.*, **21**, 2031–2034.

**Hayasaka**, T., M. Kuji and M. Tanaka, 1994: Air truth validation of cloud albedo estimated from NOAA advanced very high resolution radiometer data. *J. Geophys. Res.*, **99**, 18685–18694.

**Haywood**, J.M. and K.P. Shine, 1995: The effect of anthropogenic sulfate and soot aerosol on the clear sky planetary radiation budget. *Geophys. Res. Lett.*, **22**, 603–606.

**Hegg**, D.A., R.J. Ferek and P.V. Hobbs, 1993: Light scattering and cloud condensation nucleus activity of sulfate aerosol measured over the Northeast Atlantic Ocean. *J. Geophys. Res.*, **98**, 14887–14894.

**Hegg**, D.A., R.J. Ferek and P.V. Hobbs, 1994: Reply to comment by Anderson *et al. J. Geophys. Res.*, **99**, 25951–25954.

**Heintzenberg**, J., 1978: Light scattering parameters of internal and external mixtures of soot and non-absorbing material in atmospheric aerosols. *Proc. Conf. on Carbonaceous Particles in the Atmosphere*, Berkeley, California, 1978, pp. 278–281.

**Hesshaimer**, V., M. Heimann and I. Levin, 1994: Radiocarbon evidence suggesting a smaller oceanic $CO_2$ sink than hitherto assumed. *Nature*, **370**, 201–203.

**Hindman**, E.E. and R. Bodowski, 1994: A marine stratus layer modified by ship-produced CCN and updrafts. *Preprints, 6th WMO Scientific Conference on Weather Modification, Sienna.*

**Hindman**, E.E., W.M. Porch, J.G. Hudson and P.A. Durkee, 1995: Ship-produced cloud lines of 13 July 1991. *Atmos. Env.*, **28**, 3393–3403.

**Hogan**, K. and R. Harriss, 1994: Comment on "A dramatic decrease in the growth rate of atmospheric methane in the

Northern Hemisphere during 1992" by E. J. Dlugokencky *et al.* *Geophys. Res. Lett.*, **21**, 2445–2446.

Hoyt, D.V. and K.H. Schatten, 1993: A discussion of plausible solar irradiance variations, 1700–1992. *J. Geophys. Res.*, **98** (A11), 18895–18906.

INPE, 1992: *Deforestation in Brazilian Amazonia.* Instituto Nacional de Pesquisas Especiais, Sao Paulo, Brazil.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK.

IPCC, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.). Cambridge University Press, Cambridge, UK.

IPCC, 1994: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios,* J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E.F. Haites, N. Harris and K. Maskell (eds.). Cambridge University Press, Cambridge, UK.

Irion, F., M. Brown, G. Toon and M. Gunson, 1994: Increase in atmospheric HCFC-22 over southern California from 1985–1990. *Geophys. Res. Lett.*, **21**, 1723–1726.

Jacob, D.J., J.A. Logan, R.M. Yevich, G.M. Gardner, C.M. Spivakovsky, S.C. Wofsy, J.W. Munger, S. Sillman, M.J. Prather, M.O. Rodgers, H. Westberg and P.R. Zimmerman, 1993a: Simulation of summertime ozone over North America. *J. Geophys. Res.*, **98**, 14797–14816.

Jacob, D.J., J.A. Logan, G.M. Gardner, R.M. Yevich, C.M. Spivakovsky, S.C. Wofsy, S. Sillman and M.J. Prather, 1993b: Factors regulating ozone over the United States and its export to the global atmosphere. *J. Geophys. Res.*, **98**, 14817–14826.

Jäger, H., O. Uchino, T. Nagai, T. Fujimoto, V. Freudenthaler and F. Homburg, 1995: Ground-based remote sensing of the decay of the Pinatubo eruption cloud at 3 northern hemispheric sites. *Geophys. Res. Lett.*, **22**, 607–610.

Jain, A.K., H.S. Kheshgi, M.I. Hoffert and D.J. Wuebbles, 1995: Distribution of radiocarbon as a test of global carbon cycle models. *Global Biogeochem. Cycles*, **9**, 153–166.

Jensen, E.J. and O.B. Toon, 1994: Ice nucleation in the upper troposphere: sensitivity to aerosol number density, temperature, and cooling rate. *Geophys. Res. Lett.*, **21**, 2019–2022.

Jonas, P.R., R.J. Charlson and H. Rodhe, 1995: Aerosols. In: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios,* J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds). Cambridge University Press, Cambridge, UK.

Jones, A., D.L. Roberts and A. Slingo, 1994: A climate model study of the indirect radiative forcing by anthropogenic sulphate aerosols. *Nature,* **370**, 450–453.

Joos, F., M. Bruno, R. Fink, U. Siegenthaler, T. Stocker, C. Le Quéré and J.L. Sarmiento, 1996: An efficient and accurate representation of complex oceanic and biospheric models of anthropogenic carbon uptake. *Tellus* (In press).

JPL, l994: Chemical Kinetics and Photochemical Data for Use in Stratospheric Modelling, *Jet Propulsion Laboratory report 94–26.*

Kaduk, J. and M. Heimann, 1994: The climate sensitivity of the Osnabrück Biosphere Model on the ENSO timescale. *Ecological Modelling*, **75/76**, 239–256.

Keeling, C.D., S.C. Piper and M. Heimann, 1989a: A three-dimensional model of atmospheric $CO_2$ transport based on observed winds: 4. Mean annual gradients and interannual variations. In: *Aspects of Climate Variability in the Pacific and Western Americas, Geophysical Monograph 55*, D.H. Peterson (ed.), American Geophysical Union, Washington, DC, pp. 305–363.

Keeling, C.D., R.B. Bacastow, A.F. Carter, S.C. Piper, T.P. Whorf, M. Heimann, W.G. Mook and H. Roeloffzen, 1989b: A three-dimensional model of atmospheric $CO_2$ transport based on observed winds: 1. Analysis and observational data. In: *Aspects of Climate Variability in the Pacific and Western Americas. Geophysical Monograph 55*, D.H. Peterson (ed.), American Geophysical Union, Washington, DC, pp. 165–236.

Keeling, C.D., T.P. Whorf, M. Wahlen and J. van der Plicht, 1995: Interannual extremes in the rate of rise of atmospheric carbon dioxide since 1980. *Nature*, **375**, 666–670.

Khalil, M.A.K. and R.A. Rasmussen, 1992: The global sources of nitrous oxide. *J. Geophys. Res.*, **97**, 14651–14660.

Khalil, M.A.K. and R.A. Rasmussen, 1994: Global decrease of atmospheric carbon monoxide concentration. *Nature*, **370**, 639–641.

Khalil, M.A.K., R.A. Rasmussen and R. Gunawardena, 1993: Atmospheric methyl bromide: trends and global mass balance. *J. Geophys. Res.*, **98**, 2887–2896.

Khmelevtsov, S.S., D.I. Busygina and Y.G. Kaufman, 1996: Modelling the spatial and temporal distribution and optical characteristics of stratospheric aerosols of volcanic origin.*J. Geophys. Res.* (Submitted).

Kiehl, J.T. and B.P. Briegleb, 1993: The relative role of sulfate aerosols and greenhouse gases in climate forcing. *Science*, **260**, 311–314.

Kiehl, J.T. and H. Rodhe, 1995: Modeling geographical and seasonal forcing due to aerosols. In *Aerosol Forcing of Climate*, R.J. Charlson and J. Heintzenberg (eds.), John Wiley, Chichester, pp. 281–296.

King, G. and S. Schnell, 1994: Effect of increasing atmospheric methane concentration on ammonium inhibition of soil methane consumption. *Nature*, **370**, 282–284.

Kinnison, D.E., K.E. Grant, P.S. Connell, D.A. Rotman and D.J. Wuebbles, 1994: The chemical and radiative effects of the Mount Pinatubo eruption. *J. Geophys. Res.*, **99**, 25705–25731.

Kleinman, L., 1994: Low and high $NO_x$ tropospheric photochemistry. *J. Geophys. Res.*, **99**, 16831–16838.

Ko, M., N. Sze, W-C. Wang, G. Shia, A. Goldman, F. Murcray, D. Murcray and C.Rinsland, 1993: Atmospheric sulfur hexafluoride: sources, sinks and greenhouse warming. *J. Geophys. Res.*, **98**, 10499–10507.

Komhyr, W.D., R.H. Gammon, T.B. Harris, L.S. Waterman, T.J. Conway, W.R. Taylor and K.W. Thoning, 1985: Global atmospheric $CO_2$ distribution and variations from 1968–1982 NOAA/GMCC $CO_2$ flask sample data. *J. Geophys. Res.*, **90**, 5567–5596.

Kulmala, M., R. Korhonen, A. Laaksonen and T. Vesala, 1995: Changes in cloud properties due to $NO_x$ emissions. *Geophys. Res. Lett.*, **22**, 239–242.

Kunde, V.G., B.J. Conrath, R.A. Hanel, W.C. Maguire, C. Prabhakara and V.V. Salomonson, 1974: The Nimbus-4 Infrared Spectroscopy Experiment, 2, Comparison of observed and theoretical radiances from 425 to 1450 $cm^{-1}$. *J. Geophys. Res*, **79**, 777–784.

Lacis, A.A., D.J. Wuebbles and J.A. Logan, 1990: Radiative forcing by changes in the vertical distribution of ozone. *J. Geophys. Res.*, **95**, 9971–9981.

Lacis, A., J. Hansen and M. Sato, 1992: Climate forcing by stratospheric aerosols. *Geophys. Res. Lett.*, **19**, 1607–1610.

Langner, J. and H. Rodhe, 1991: A global three-dimensional model of the global sulfur cycle. *J. Atmos. Chem.*, **13**, 255–263.

Lean, J., A. Skumanich and O. White, 1992: Estimating the Sun's radiative output during the Maunder minimum. *Geophys. Res. Lett.*, **19**, 1591–1594.

Lelieveld, J. and P.J. Crutzen, 1994: Role of deep cloud convection in the ozone budget of the troposphere. *Science*, **264**, 1759–1761.

Levin, I., B. Kromer, H. Schoch-Fischer, M. Bruns, M. Münnich, D. Berdau, J.C. Vogel and K.O. Münnich, 1985: 25 years of tropospheric $^{14}C$ observations in Central Europe. *Radiocarbon*, **27**, 1–19.

Li, X., X. Zhou, W. Li and L. Chen, 1995: The cooling of Sichuan province in recent 40 years and its probable mechanisms. *Acta Meteorologica Sinica*, **9**, 57–68.

Li, Z. and P. Varanasi, 1994: Measurements of the absorption cross-sections of CFC-11 at conditions representing various model atmospheres. *J. Quant. Spectrosc. Radiat. Transfer*, **52**, 137–144.

Liepert, B., P. Fabian and H. Grassl, 1994: Solar radiation in Germany – observed trends and an assessment of their causes. Part I: Regional approach. *Beitr. Phys. Atmosph.*, **67**, 15–29.

Liu, S.C., M. Trainer, F.C. Fehsenfeld, D.D. Parrish, E.J. Williams, D.W. Fahey, G. Huebler and P.C. Murphy, 1987: Ozone production in the rural troposphere and the implications for regional and global ozone distributions. *J. Geophys. Res.*, **92**, 4191–4207.

Lobert, J., J. Butler, S. Montzka, L. Geller, R. Myers and J. Elkins, 1995: A net sink for atmospheric methyl bromide in the east Pacific Ocean. *Science*, **267**, 1002–1005.

Lockwood, G.W., B.A. Skiff, S.L. Baliunas and R.R. Radick, 1992: Long-term solar brightness changes estimated from a survey of Sun-like stars. *Nature*, **360**, 653–655.

Logan, J.A., 1994: Trend in the vertical distribution of ozone: an analysis of ozonesonde data. *J. Geophys. Res.*, **99**, 25553–25585.

Lowe, D., C. Brenninkmeijer, G. Brailsford, K. Lassey and A.

Gomez, 1994: Concentration and $^{13}C$ records of atmospheric methane in New Zealand and Antarctica: evidence for changes in methane sources. *J. Geophys. Res.*, **99**, 16913–16925.

Lubin, D., 1994: Infrared radiative properties of the maritime Antarctic atmosphere. *J. Climate*, **7**, 121–140.

Madronich, S. and C. Granier, 1992: Impact of recent total ozone changes on tropospheric ozone photodissociation, hydroxyl radicals and methane trends. *Geophys. Res. Lett.*, **19**, 465–467.

Maiss, M. and I. Levin, 1994: Global increase in sulfur hexafluoride observed in the atmosphere. *Geophys. Res. Lett.*, **21**, 569–572.

Maiss, M., P. Steele, R. Francey, P. Fraser, R. Langenfelds, N. Trivett and I. Levin, 1996: Sulfur hexafluoride: a powerful, new atmospheric tracer, *Atmos. Env.* (in press)

Mak, J., C. Brenninkmeijer and J. Tamaresis, 1994: Atmospheric $^{14}CO$ observations and their use for estimating carbon monoxide removal rates. *J. Geophys. Res.*, **99**, 22915–22922.

McCormick, M.P., L.W. Thomason and C.R. Trepte, 1995: Atmospheric effects of the Mt. Pinatubo eruption. *Nature*, **373**, 399–404.

Midgley, P. and A. McCulloch, 1995: The production and global distribution of emissions to the atmosphere of 1,1,1-trichloroethane (methyl chloroform). *Atmos. Env.*, **29**, 1601–1608.

Miyoshi, A., S. Hatakeyama and N. Washida, 1994: OH radical-initiated photooxidation of isoprene: an estimation of global CO production. *J. Geophys. Res.*, **99**, 18779–18787.

Molnar, G.I., M.K W. Ko, S. Zhou and N.D. Sze, 1994: Climatic consequences of observed ozone loss in the 1980s: Relevance to the greenhouse problem. *J. Geophys. Res.*, **99**, 25755–25760.

Montzka, S., R.Myers, J. Butler, J. Elkins and S. Cummings, 1993: Global tropospheric distribution and calibration scale of HCFC-22. *Geophys. Res. Lett.*, **20**, 703–706. '

Montzka, S., M. Nowick, R. Myers, J. Elkins, J. Butler, S. Cummings, P. Fraser and L. Porter 1994a: NOAA-CMDL chlorodifluoromethane observations at Cape Grim. In: *Baseline 91*, A. Dick and J. Gras (eds.), Bureau of Meteorology/CSIRO, pp. 25–28.

Montzka, S., R. Myers, J. Butler and J. Elkins, 1994b: Early trends in the global tropospheric abundance of hydrochlorofluorocarbon-141b and -142b. *Geophys. Res. Lett.*, **21**, 2483–2486.

Morris, R., T. Miller, A. Viggiano, J. Paulson, S. Solomon and G. Reid, 1995: Effects of electron and ion reactions on atmospheric lifetimes of fully fluorinated compounds. *J. Geophys. Res.*, **100**, 1287–1294.

Müller, M., A. Kraus and A. Hofzumahaus, 1995: $O_3O(^1D)$ photolysis frequencies determined from spectroradiometric measurements of solar actinic UV-radiation: comparison with chemical actinometer measurements. *Geophys. Res. Lett.*, **22**, 679–682.

Neftel, A., H. Oeschger, T. Staffelbach and B. Stauffer, 1988: $CO_2$ record in the Byrd ice core 50,000–5,000 years BP. *Nature*, **331**, 609–611.

**Nesme-Ribes**, E., 1994: *The Solar Engine and Its Influence on Terrestrial Atmosphere and Climate*. NATO ASI Series, Springer, New York.

**Nesme-Ribes**, E., E.N. Ferreira, R. Sadourny, H. Le Treut and Z.X. Li, 1993: Solar dynamics and its impact on solar irradiance and the terrestrial climate. *J. Geophys. Res.*, **98**, 18923–18935.

**Novakov**, T. and J.E. Penner, 1993: Large contribution of organic aerosols to cloud condensation nuclei concentrations. *Nature*, **365**, 823–826.

**Novakov**, T., C. Rivera-Carpio, J.E. Penner and C.F. Rogers, 1994: The effect of anthropogenic sulfate aerosols on marine droplet concentrations, *Tellus*, **46B**, 132–141.

**Novelli**, P., J. Collins, R. Myers, G. Sachse and H. Scheel, 1994a: Re-evaluation of the NOAA/CMDL carbon monoxide reference scale and comparisons with CO reference gases at NASA-Langley and at the Fraunhofer-Institut. *J. Geophys. Res.*, **99**, 18779–18787.

**Novelli**, P., K. Masarie, P. Tans and P. Lang, 1994b: Recent changes in atmospheric carbon monoxide. *Science*, **263**, 1587–1590.

**NRC**, 1994: *Solar Influences on Global Change. A National Research Council report*. National Academy Press, Washington DC, USA.

**Oeschger**, H., U. Siegenthaler and A. Guglemann, 1975: A box-diffusion model to study the carbon dioxide exchange in nature. *Tellus*, **27**, 168–192.

**Ogren**, J. A., 1982: Deposition of particulate elemental carbon from the atmosphere. In: *Particulate carbon: Atmospheric Life Cycle*, G.T. Wolff and R.L. Klimisch (eds.), Plenum Press, New York, 379–391.

**Oltmans**, S.J. and D.J. Hofmann, 1995: Increase in lower stratospheric water vapour at a mid-latitude northern hemisphere site from 1981 to 1994. *Nature*, **374**, 146–149.

**Oram**, D., P. Fraser, C. Reeves and S. Penkett, 1995: Measurements of HCFC-142b and HCFC-141b in the Cape Grim air archive: 1978–1993. *Geophys. Res. Lett.*, **22**, 2741–2744.

**Penner**, J.E., 1995: Carbonaceous aerosols influencing atmospheric radiation: Black and organic carbon. In: *Aerosol Forcing of Cimate*, R.J. Charlson and J. Heintzenberg (eds.). John Wiley and Sons Ltd., Chichester, pp.91–108.

**Penner**, J.E., R.E. Dickinson and C.A. O'Neill, 1992: Effects of aerosol from biomass burning on the global radiation budget. *Science*, **256**, 1432–1434.

**Penner**, J.E., H. Eddleman and T. Novakov, 1993: Towards the development of a global inventory for black carbon emissions. *Atmos. Env.*, **27A**, 1277–1295.

**Penner**, J.E., C.S. Atherton and T.E. Graedel, 1994: Global emissions and models of photochemically active compounds. To appear in *37th OHOLO Conference Series*, Plenum Press, New York.

**Perry**, K.D. and P.V. Hobbs, 1994: Further evidence for particle nucleation in clear air adjacent to marine cumulus clouds. *J. Geophys. Res.*, **99**, 22803–22818.

**Pham**, M., G. Mégie, J.F. Müller, G. Brasseur and C. Granier, 1995: A three-dimensional study of the tropospheric sulfur cycle. *J. Geophys. Res.*, **100**, 26061–26092.

**Pincus**, R. and M.B. Baker, 1994: Effect of precipitation on the albedo susceptibility of clouds in the marine boundary layer. *Nature*, **372**, 250–252.

**Pinnock**, S., M.D. Hurley, K.P. Shine, T.J. Wallington and T.J. Smyth, 1995: Radiative forcing of climate by hydrochlorofluorocarbons and hydrofluorocarbons. *J. Geophys. Res.*, **100**, 23227–23238.

**Poppe**, D. J. Zimmermann, R. Bauer, T. Brauers, D. Brüning, J.Callies, H.-P. Dorn, A. Hofzumahaus, F.-J. Johnen, A. Khedim, H.Koch, R. Koppmann, H. London, K.-P. Müller, R. Neuroth, C. Plass-Dülmer, U. Platt, F. Rohrer, E.-P. Röth, J. Rudolph, U.Schmidt, M. Wallasch and D. Ehhalt, 1994: Comparison of measured OH concentrations with model calculations. *J. Geophys. Res.*, **99**, 16633–16642.

**Post**, W.M., J. Pastor, P.J. Zinke and A.G. Stangenberger, 1985: Global patterns of soil nitrogen storage. *Nature*, **317**, 613–616.

**Potter**, C.S., J.T. Randerson, C.B. Field, P.A. Matson, P.M. Vitousek, H.A. Mooney and S.A. Klooster, 1993: Terrestrial ecosystem production: A process model based on global satellite and surface data. *Global Biogeochem. Cycles*, **7**, 811–841.

**Prather**, M.J., 1988: *An Assessment Model for Atmospheric Composition*, NASA Conf. Publ. CP-3203, 64 pp.

**Prather**, M.J., 1994: Lifetimes and eigenstates in atmospheric chemistry. *Geophys. Res. Lett.*, **21**, 801–804.

**Prather**, M.J. and C.M. Spivakovsky, 1990: Tropospheric OH and the lifetimes of hydrochlorofluorocarbons (HCFCs). *J. Geophys. Res.*, **95**, 18723–18729.

**Prather**, M., R. Derwent, D. Ehhalt, P. Fraser, E. Sanhueza and X. Zhou, 1995: Other trace gases and atmospheric chemistry. In: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios*, J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK.

**Prinn**, R., D. Cunnold, R. Rasmussen, P. Simmonds, F.Alyea, A.Crawford, P. Fraser and R. Rosen, 1990: Atmospheric emissions and trends of nitrous oxide deduced from 10 years of ALE-GAGE data. *J. Geophys. Res.*, **95**, 18369–18385.

**Prinn**, R., D. Cunnold, P. Simmonds, F. Alyea, R. Boldi, A. Crawford, P. Fraser, D. Gutzler, D. Hartley, R. Rosen and R. Rasmussen, 1992: Global average concentration and trend for hydroxyl radicals deduced from ALE/GAGE trichloroethane (methylchloroform) data for 1978–1990. *J. Geophys. Res.*, **97**, 2445–2461.

**Prinn**, R., R. Weiss, P. Fraser, P. Simmonds, F. Alyea and D. Cunnold, 1995a: DOE-CDIAC World Data Center (Internet: cdp@ornl.gov) dataset no. DB-1001.

**Prinn**, R., R. Weiss, B. Miller, J. Huang, F. Alyea, D. Cunnold, P. Fraser, D. Hartley and P. Simmonds, 1995b: Atmospheric trends and lifetime of trichloroethane and global average

hydroxyl radical concentrations based on 1978–1994 ALE/GAGE measurements. *Science*, **269**, 187–192.

**Radick**, R.R., 1994: Stellar variability and global warming. *Science*, **266**, 1072.

**Radke**, L.F., D.A. Hegg, P.V. Hobbs, J.D. Nance, J.H. Lyons, K.K. Laursen, R.E. Weiss, P.J. Riggan and D.E. Ward, 1991: Particulate and trace gas emission from large biomass fires in North America. In:*Global Biomass Burning*, J.S. Levine (ed.), MIT Press, pp. 209–224.

**Ramaswamy**, V., M.D. Schwarzkopf and K.P. Shine, 1992: Radiative forcing of climate from halocarbon-induced global stratospheric ozone loss. *Nature*, **355**, 810–812.

**Revelle**, R. and H.E. Suess, 1957: Carbon dioxide exchange between atmosphere and ocean and the question of an increase of atmospheric $CO_2$ during the past decades. *Tellus*, **9**, 18–27.

**Robock**, A. and M.P. Free, 1995: Ice cores as an index of global volcanism from 1850 to the present. *J. Geophys. Res.*, **100**, 11549–11568.

**Robock**, A. and H.F. Graf, 1994: Effects of preindustrial human activities on climate. *Chemosphere*, **29**, 1087–1099.

**Rodhe**, H. and P. Crutzen, 1995: Climate and CCN. *Nature*, **375**, 111.

**Roehl**, C.M., D. Boglu, C. Brühl and G.K. Moortgat, 1995: Infrared band intensities and global warming potentials of $CF_4$, $C_2F_6$, $C_3F_8$, $C_4F_{10}$, $C_5F_{12}$ and $C_6F_{14}$. *Geophys. Res. Lett.*, **22**, 815–818.

**Sarmiento**, J.L., C. Le Quéré and S.W. Pacala, 1995: Limiting future atmospheric carbon dioxide. *Global Biogeochem. Cycles*, **9**, 121–137.

**Sassen**, K., D.O'C. Starr, G.G. Mace, M.R. Poellot, S.H. Melfi, W.L. Eberhard, J.D. Spinhirne, E.W. Eloranta, D.E. Hagen and J. Hallett, 1995: The 5–6 December 1991 FIRE IFO II jet stream cirrus case study: possible influences of volcanic aerosols. *J. Atmos. Sci.*, **52**, 97–123.

**Sato**, M., J.E. Hansen, M.P. McCormick and J.B. Pollack 1993: Stratospheric aerosol optical depths, 1850–1990. *J. Geophys. Res*, **98**, 22987–22994.

**Schauffler**, S.M. and J.S. Daniel, 1994: On the effects of stratospheric circulation changes on trace gas trends. *J. Geophys. Res.*, **99**, 25747–25754.

**Schauffler**, S.M., W.H. Pollock, E.L. Atlas, L.E. Heidt and J.S. Daniel, 1995: Atmospheric distributions of HCFC-141b. *Geophys. Res. Lett.*, 22, 819–822.

**Schimel**, D.S. and E. Sulzman, 1995: Variability in the earth climate system: Decadal and longer timescales. *Reviews of Geophysics*, Supplement July 1995, 873–882.

**Schimel**, D.S., B.H. Braswell Jr., E.A. Holland, R. McKeown, D.S. Ojima, T.H. Painter, W.J. Parton and A.R. Townsend, 1994: Climatic, edaphic and biotic controls over carbon and turnover of carbon in soils. *Global Biogeochem. Cycles*, **8**, 279–293.

**Schimel**, D., I. Enting, M. Heimann, T.M.L. Wigley, D. Raynaud, D. Alves and U. Siegenthaler, 1995: $CO_2$ and the carbon cycle. In: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission*

*Scenarios,* J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.). Cambridge University Press, Cambridge, UK.

**Schumann**, E. and D. Wurzel, eds., 1994: Impact of Emissions from Aircraft and Spacecraft Upon the Atmosphere. *Proc. International Scientific Colloquium*, 18–20 Apr 1994, Koln, DLR Report 94–06, 496 pp.

**Schwartz**, S.E. and A. Slingo, 1996: Enhanced shortwave cloud radiative forcing due to anthropogenic aerosols. *Clouds, Chemistry and Climate, Proceedings of NATO Advanced Research Workshop*, P. Crutzen and V. Ramanathan (eds.), Springer, Heidelberg, pp.191–236.

**Schwarzkopf**, M.D. and V. Ramaswamy, 1993: Radiative forcing due to ozone in the 1980s: dependence on altitude of ozone change. *Geophys. Res. Lett.*, **20**, 205–208.

**Shi**, G.Y., X.B. Fan, J.D. Guo, L. Xu, R.M. Hu, J.P. Chen and B. Wang, 1994: Measurements of the atmospheric aerosols' optical properties in HEIFE area. *Proc. Int. Conf. on HEIFE*, Nov 8-12, Kyoto, Japan, pp. 642–647.

**Siegenthaler**, U. 1990: El Niño and atmospheric $CO_2$. *Nature*, **345**, 295–296.

**Siegenthaler**, U. and F. Joos, 1992: Use of a simple model for studying oceanic tracer distributions and the global carbon cycle. *Tellus*, **44B**, 186–207.

**Siegenthaler**, U. and H. Oeschger, 1987: Biospheric $CO_2$ emissions during the past 200 years reconstructed by deconvolution of ice core data. *Tellus*, **39B**, 140–154.

**Siegenthaler**, U. and J.L. Sarmiento, 1993: Atmospheric carbon dioxide and the ocean. *Nature*, **365**, 119–125.

**Sillman**, S., J.A. Logan and S.C. Wofsy, 1990: The sensitivity of ozone to nitrogen oxides and hydrocarbons in regional ozone episodes. *J. Geophys. Res.*, **95**, 1837–1851.

**Solomon**, S. and J.S. Daniel, 1996: Impact of the Montreal Protocol and its amendments on the rate of change of global radiative forcing. *Clim. Change*, **32**, 7–17.

**Stanhill**, G. and S. Moreshet 1994: Global radiation climate change at seven sites remote from surface sources of pollution. *Clim. Change*, **26**, 89–103.

**Starr**, C., 1993: Atmospheric $CO_2$ residence time and the carbon cycle. *Energy*, **18**, 1297–1310.

**Stolarski**, R.S. and H.L. Wesoky, 1995: *The Atmospheric Effects of Stratospheric Aircraft: A Fourth Program Report,* NASA Ref. Publ., 1359, 246 pp.

**Strand**, A. and O. Hov, 1993: A two-dimensional zonally averaged transport model including convective motions and strategy for numerical solution. *J. Geophys. Res.*, **98**, 9023–9037.

**Strand**, A. and O. Hov, 1994: A two-dimensional global study of tropospheric ozone production. *J. Geophys. Res.*, **99**, 22877–22895.

**Suess**, H.E., 1955: Radiocarbon concentration in modern wood. *Science*, **122**, 415–417.

**Tarasick**, D.W., D.I Wardle, J.B. Kerr, J.J. Bellefleur and J. Davies, 1995: Tropospheric ozone trends over Canada: 1980–1993. *Geophys. Res. Lett.*, **22**, 409–412.

**Taylor**, K.E. and J.E. Penner, 1994: Response of the climate system to atmospheric aerosols and greenhouse gases. *Nature*, **369**, 734–737.

**Tegen**, I. and I. Fung, 1994: Modelling of mineral dust in the atmosphere: Sources, transport and optical thickness. *J. Geophys. Res.*, **99**, 22897–22914.

**Tegen**, I. and I. Fung, 1995: Contribution to the atmospheric mineral aerosol load from land surface modification. *J. Geophys. Res.*, **100**, 18707–18726.

**Thompson**, A.M., 1992: The oxidising capacity of the Earth's atmosphere: probable past and future changes. *Science*, **256**, 1157–1165.

**Thompson**, A.M., K.E. Pickering, R.R. Dickerson, W.G. Ellis Jr., D.J. Jacob, J.R. Scala, W-K. Tao, D.P. McNamara, J. Simpson, 1994: Convective transport over the central United States and its role in regional CO and ozone budgets. *J. Geophys. Res.*, **99**, 18703–18711.

**Toumi**, R., S. Bekki and K.S. Law, 1994: Indirect influences of ozone depletion on climate forcing by clouds. *Nature*, **372**, 348–351.

**Vloedbeld**, M. and R. Leemans, 1993: Quantifying feedback processes in the response of the terrestrial carbon cycle to global change: The modelling approach of IMAGE-2. *Water, Air and Soil Pollution*, **70**, 615–628.

**Volk**, T., 1989: Effect of the equatorial Pacific upwelling on atmospheric $CO_2$ during the 1982–83 El Niño. *Global Biogeochem. Cycles*, **3**, 267–279.

**Waggoner**, A.P., R.E. Weiss, N.C. Ahlquist, D.S. Covert, S. Will and R.J. Charlson, 1981: Optical characteristics of atmospheric aerosols. *Atmos. Env.*, **15**, 1891–1909.

**Wahner**, A., M.A. Geller, F. Arnold, W.H. Brune, D.A. Cariolle, A.R. Douglass, C. Johnson, D.H. Lister, J.A. Pyle, R. Ramaroson, D. Rind, F. Rohrer, U. Schumann and A.M. Thompson, 1995: Subsonic and supersonic aircraft emissions. In: *Scientific Assessment of Ozone Depletion: 1994, Global Ozone Research and Monitoring Project Report No. 37*, World Meteorological Organisation, Geneva, pp. 11.1–11.32.

**Wang**, P-H., P. Minnis and G.K. Yue, 1995: Extinction coefficient (1 µm) properties of high-altitude clouds from solar occultation measurements (1985–1990): Evidence of volcanic aerosol effect. *J. Geophys. Res.*, **100**, 3181–3199.

**Wennberg**, P.O., R.C. Cohen, R.M. Stimpfle, J.P. Koplow, J.G. Anderson, R.J. Salawitch, D.W. Fahey, E.L. Woodbridge, E.R. Keim, R.S. Gao, C.R. Webster, R.D. May, D.W. Toohey, L.M. Avallone, M.H. Profitt, M. Loewenstein, J.R. Podolske, K.R. Chan, and S.C. Wofsy, 1994: Removal of stratospheric $O_3$ by radicals: in situ measurements of OH, $HO_2$, NO, $NO_2$, ClO and BrO. *Science*, **266**, 398–404.

**White**, W., 1990: The contribution of fine particle scattering to total extinction. §4.1–4.4 in *Visibility: Existing and historical conditions – causes and effects*. Acid deposition science and technology report **24**, US Government Printing Office.

**Wigley**, T.M.L., 1993: Balancing the global carbon budget. Implications for projections of future carbon dioxide concentration changes. *Tellus*, **45B**, 409–425.

**Wigley**, T.M.L., 1995: Global-mean temperature and sea level consequences of greenhouse gas concentration stabilization. *Geophys. Res. Lett.*, **22**, 45–48.

**Wigley**, T.M.L., R. Richels and J.A. Edmonds, 1995: Economic and environmental choices in the stabilization of $CO_2$ concentrations: choosing the "right" emissions pathway. *Nature*, **379**, 240–243.

**Winguth**, A.M.E., M. Heimann, K.D. Kurz, E. Maier-Reimer, U. Mikolajewicz and J. Segeschneider, 1994: El Niño Southern Oscillation related fluctuations of the marine carbon cycle. *Global Biogeochem. Cycles*, **8**, 39–63.

**WMO/UNEP**, 1992: *Scientific Assessment of Ozone Depletion: 1991.* Global Ozone Research and Monitoring Project Report No. **25**, World Meteorological Organization, Geneva.

**WMO/UNEP**, 1995: *Scientific Assessment of Ozone Depletion: 1994.* Global Ozone Research and Monitoring Project Report No. **37**. World Meteorological Organization, Geneva.

**Wong**, C.S., Y.-H. Chan, J.S. Page, G.E. Smith and R.D. Bellegay, 1993: Changes in equatorial $CO_2$ flux and new production estimated from $CO_2$ and nutrient levels in Pacific surface waters during the 1986/87 El Niño. *Tellus*, **45B**, 64–79.

**Wu**, D. and W. Chen, 1994: Intra-annual variation features of mass distribution and water soluble composition distribution of atmospheric aerosols over Guangzhou, *Acta Meteorologica Sinica*, **52**, 499–505.

**Zander**, R., D.H. Ehhalt, C.P. Rinsland, U. Schmidt, E. Mahieu, M.R. Gunson, C.B. Farmer, M.C. Abrams and M.K.W. Ko, 1994a: Secular trend and seasonal variability of the column abundance of $N_2O$ above the Jungfraujoch station determined from IR solar spectra. *J. Geophys. Res.*, **99**, 16745–16756.

**Zander**, R., E. Mahieu, Ph. Demoulin, C. Rinsland, D. Weisenstein, M. Ko, N. Sze and M. Gunson, 1994b: Secular evolution of the vertical column abundances of HCFC-22 in the earth's atmosphere inferred from ground-based IR solar observations at the Jungfraujoch and at Kitt Peak, and comparison with model observations. *J. Atmos. Chem.*, **18**, 129–148.

**Zhang**, Q., W.H. Soon, S.L. Baliunas, G.W. Lockwood, B.A. Skiff and R.R. Radick, 1994: A method of determining possible brightness variations of the Sun in past centuries from observations of solar-type stars. *Astrophys. J.*, **427**, L111–L114.

# 3

# Observed Climate Variability and Change

N. NICHOLLS, G.V. GRUZA, J. JOUZEL, T.R. KARL, L.A. OGALLO, D.E. PARKER

Key Contributors:
*J.R. Christy, J. Eischeid, P.Ya. Groisman, M. Hulme, P.D. Jones, R.W. Knight*

Contributors:
*J.K. Angell, S. Anjian, P.A. Arkin, R.C. Balling, M.Yu. Bardin, R.G. Barry, W. BoMin, R.S. Bradley, K.R. Briffa, A.M. Carleton, D.R. Cayan, F.H.S. Chiew, J.A. Church, E.R. Cook, T.J. Crowley, R.E. Davis, N.M. Datsenko, B. Dey, H.F. Diaz, Y. Ding, W. Drosdowsky, M.L. Duarte, J.C. Duplessy, D.R. Easterling, W.P. Elliott, B. Findlay, H. Flohn, C.K. Folland, R. Franke, P. Frich, D.J. Gaffen, V.Ya. Georgievsky, B.M. Ginsburg, V.S. Golubev, J. Gould, N.E. Graham, D. Gullet, S. Hastenrath, A. Henderson-Sellers, M. Hoelzle, W.D. Hogg, G.J. Holland, L.C. Hopkins, N.N. Ivachtchenko, D. Karoly, R.W. Katz, W. Kininmonth, N.K. Kononova, L.V. Korovkina, G. Kukla, C.W. Landsea, S. Levitus, T.J. Lewis, H.F. Lins, J.M. Lough, T.A. McMahon, L. Malone, J.A. Marengo, E. Mekis, A. Meshcherskya, P.J. Michaels, E. Mosley-Thompson, S.E. Nicholson, J. Oerlemans, G. Ohring, G.B. Pant, T.C. Peterson, N. Plummer, F.H. Quinn, E.Ya. Ran'kova, V.N. Razuvaev, E.V. Rocheva, C.F. Ropelewski, K. Rupa Kumar, M.J. Salinger, B. Santer, H. Schmidt, E. Semenyuk, I.A. Shiklomanov, M. Shinoda, I.I. Soldatova, D.M. Sonechkin, R.W. Spencer, N. Speranskaya, A. Sun, K.E. Trenberth, C. Tsay, J.E. Walsh, B. Wang, K. Wang, M.N. Ward, S.G. Warren, Q. Xu, T. Yasunari*

# CONTENTS

| | |
|---|---|
| **Summary** | 137 |
| | |
| **3.1 Introduction** | 141 |
| | |
| **3.2 Has the Climate Warmed?** | 141 |
| 3.2.1 Background | 141 |
| 3.2.2 Surface Temperature | 141 |
| 3.2.2.1 Land-surface air temperature | 141 |
| 3.2.2.2 Sea surface temperature | 142 |
| 3.2.2.3 Land and sea combined | 143 |
| 3.2.2.4 Changes in the diurnal temperature range | 144 |
| 3.2.3 Tropospheric and Lower Stratospheric Temperatures | 146 |
| 3.2.3.1 Data reliability | 147 |
| 3.2.3.2 Tropospheric trends | 147 |
| 3.2.3.3 Lower stratospheric trends | 148 |
| 3.2.4 Subsurface Ocean Temperatures | 149 |
| 3.2.5 Indirect Measures | 149 |
| 3.2.5.1 Retreat of glaciers | 149 |
| 3.2.5.2 Borehole temperatures | 149 |
| 3.2.5.3 Sea ice extent and mass | 150 |
| 3.2.5.4 Coral bleaching | 150 |
| 3.2.6 Mt. Pinatubo in the Temperature Record | 151 |
| 3.2.7 Possible Shift of Phase of the Annual Temperature Cycle | 151 |
| 3.2.8 Summary of Section 3.2 | 151 |
| | |
| **3.3 Has the Climate Become Wetter?** | 151 |
| 3.3.1 Background | 151 |
| 3.3.2 Precipitation | 152 |
| 3.3.2.1 Land | 152 |
| 3.3.2.2 Ocean | 156 |
| 3.3.3 Concomitant Changes of Precipitation and Temperature | 156 |
| 3.3.4 Snow Cover, Snowfall, and Snow Depth | 156 |
| 3.3.5 Land-surface and Subsurface Water | 158 |
| 3.3.5.1 Streamflow | 158 |
| 3.3.5.2 Lake levels | 159 |
| 3.3.5.3 Soil moisture | 159 |
| 3.3.6 Evaporation | 160 |
| 3.3.6.1 Land | 160 |
| 3.3.6.2 Ocean | 161 |
| 3.3.7 Water Vapour | 161 |
| 3.3.8 Clouds | 162 |
| 3.3.8.1 Land | 162 |
| 3.3.8.2 Ocean | 162 |
| 3.3.9 Summary of Section 3.3 | 163 |
| | |
| **3.4 Has the Atmospheric/Oceanic Circulation Changed?** | 163 |
| 3.4.1 Background | 163 |
| 3.4.2 El Niño-Southern Oscillation | 163 |
| 3.4.3 Northern Hemisphere Circulation | 165 |
| 3.4.4 Southern Hemisphere Circulation | 167 |
| 3.4.5 Summary of Section 3.4 | 167 |
| | |
| **3.5 Has the Climate Become More Variable or Extreme?** | 168 |
| 3.5.1 Background | 168 |
| 3.5.2 Climate Variability | 168 |
| 3.5.2.1 Temperature | 168 |
| 3.5.2.2 Precipitation and related moisture indices | 168 |
| 3.5.2.3 Atmospheric circulation | 169 |
| 3.5.3 Extreme Weather Events | 169 |
| 3.5.3.1 Tropical cyclones | 169 |
| 3.5.3.2 Extra-tropical storminess | 170 |
| 3.5.3.3 Intense rainfalls | 171 |
| 3.5.3.4 Extreme temperatures | 172 |
| 3.5.3.5 Tornadoes, thunderstorms, dust storms, and fire weather | 172 |
| 3.5.4 Summary of Section 3.5 | 173 |
| | |
| **3.6 Is the 20th Century Warming Unusual?** | 173 |
| 3.6.1 Background | 173 |
| 3.6.2 Climate of the Past 1000 Years | 174 |
| 3.6.3 Rapid Cimate Changes in the Last 150,000 Years | 177 |
| 3.6.4 Summary of 3.6 | 179 |
| | |
| **3.7 Are the Observed Trends Internally Consistent?** | 179 |
| | |
| **References** | 181 |

# SUMMARY

**Has the climate warmed?**

- The estimate of warming since the late 19th century has not significantly changed since the estimates in IPCC (1990) and IPCC (1992), although the data have been reanalysed, and more data are now available. Global surface temperatures have increased by about 0.3 to 0.6°C since the late-19th century, and by about 0.2 to 0.3°C over the last 40 years (the period with most credible data). The warming has not been globally uniform. Some areas have cooled. The recent warming has been greatest over the continents between 40° and 70°N.

- The general, but not global, tendency to reduced diurnal temperature range over land, at least since the middle of the 20th century, noted in IPCC (1992), has been confirmed with more data (representing more than 40% of the global land mass). The range has decreased in many areas because nights have warmed more than days. Cloud cover has increased in many of the areas with reduced diurnal temperature range. Minimum temperature increases have been about twice those in maximum temperatures.

- Radiosonde and Microwave Sounding Unit observations of tropospheric temperature show slight overall cooling since 1979, whereas global surface temperature has warmed slightly over this period. There are statistical and physical reasons (e.g., short record lengths; the different transient effects of volcanic activity and El Niño-Southern Oscillation) for expecting different recent trends in surface and tropospheric temperatures. After adjustment for these transient effects, which can strongly influence trends calculated from short periods of record, both tropospheric and surface data show slight warming since 1979. Longer term trends in the radiosonde data, since the 1950s, have been similar to those in the surface record.

- Cooling of the lower stratosphere since 1979 is shown by both Microwave Sounding Unit and radiosonde data (as noted in IPCC, 1992), but is larger (and probably exaggerated because of changes in instrumentation) in the radiosonde data. The current (1994) global stratospheric temperatures are the coolest since the start of the instrumental record (in both the satellite and radiosonde data).

- As predicted in IPCC (1992), relatively cool surface and tropospheric temperatures, and a relatively warmer lower stratosphere, were observed in 1992 and 1993, following the 1991 eruption of Mt. Pinatubo. Warmer surface and tropospheric temperatures reappeared in 1994. Surface temperatures for 1994, averaged globally, were in the warmest 5% of all years since 1860.

- Further work on indirect indicators of warming such as borehole temperatures, snow cover, and glacier recession data, confirm the IPCC (1990) and (1992) findings that they are in substantial agreement with the direct indicators of recent warmth. Variations in sub-surface ocean temperatures have been consistent with the geographical pattern of surface temperature variations and trends.

- As noted in IPCC (1992) no consistent changes can be identified in global or hemispheric sea ice cover since 1973 when satellite measurements began. Northern Hemisphere sea ice extent has, however, been generally below average in the early 1990s.

**Has the climate become wetter?**

- There has been a small positive (1%) global trend in precipitation over land during the 20th century, although precipitation has been relatively low since about 1980. Precipitation has increased over land in

high latitudes of the Northern Hemisphere, especially during the cold season, concomitant with temperature increases. A step-like decrease of precipitation occurred after the 1960s over the subtropics and tropics from Africa to Indonesia, as temperatures in this region increased. The various regional changes are consistent with changes in streamflow, lake levels, and soil moisture (where data are available and have been analysed).

- There is evidence to suggest increased precipitation over the central equatorial Pacific Ocean, in recent decades, with decreases to the north and south. Little can be said about precipitation changes elsewhere over the ocean.

- Northern Hemisphere snow cover extent has been consistently below the 21 year (1974-1994) average since 1988. Snow-radiation feedback has amplified spring-time warming over mid- to high latitude Northern Hemisphere land areas.

- Evaporation appears to have decreased since 1951 over much of the former Soviet Union, and possibly also in the USA. Evaporation appears to have increased over the tropical oceans (although not everywhere).

- The evidence still suggests an increase of atmospheric water vapour in the tropics, at least since 1973, as noted in IPCC (1992).

- In general, cloud amount has increased over the ocean in recent decades, with increases in convective and middle and high-level clouds. Over many land areas, cloud increased at least up to the 1970s. IPCC (1990) and (1992) also reported cloud increases.

**Has the atmospheric/oceanic circulation changed?**

- The behaviour of the El Niño-Southern Oscillation (ENSO), which causes droughts or floods in many parts of the world, has been unusual since the mid-1970s and especially since 1989. Since the mid-1970s, warm (El Niño) episodes have been relatively more frequent or persistent than the opposite phase (La Niña) of the phenomenon. Recent variations in precipitation over the tropical Pacific and the surrounding land areas (e.g., the relatively low

rainfall over the subtropical land areas in the last two decades) are related to this behaviour in the El Niño-Southern Oscillation, which has also affected the pattern and magnitude of surface temperatures.

**Has the climate become more variable or extreme?**

- The data on climate extremes and variability are inadequate to say anything about global changes, but in some regions, where data are available, there have been decreases or increases in extreme weather events and variability.

- Other than the few areas with longer term trends to lower rainfall (e.g., the Sahel), little evidence is available of changes in drought frequency or intensity.

- There have been few studies of variations in extreme rainfall events and flood frequency. In some areas with available data there is evidence of increases in the intensity of extreme rainfall events, but no clear, large-scale pattern has emerged.

- There is some evidence of recent (since 1988) increases in extreme extra-tropical cyclones over the North Atlantic. Intense tropical cyclone activity in the Atlantic has decreased over the past few decades although the 1995 season was more active than recent years. Elsewhere, changes in observing systems and analysis methods confound the detection of trends in the intensity or frequency of extreme synoptic systems.

- There has been a clear trend to fewer extremely low minimum temperatures in several widely separated areas in recent decades. Widespread significant changes in extreme high temperature events have not been observed.

- There have been decreases in daily temperature variability in recent decades, in the Northern Hemisphere mid-latitudes.

**Is the 20th century warming unusual?**

- Northern Hemisphere summer temperatures in recent decades appear to be the warmest since at least about 1400 AD, based on a variety of proxy records. The

warming over the past century began during one of the colder periods of the last 600 years. Data prior to 1400 are too sparse to allow the reliable estimation of global mean temperature. However, ice core data from several sites around the world suggest that 20th century temperatures are at least as warm as any century since at least about 1400, and at some sites the 20th century appears to have been warmer than any century for some thousands of years.

- Large and rapid climatic changes affecting the atmospheric and oceanic circulation and temperature, and the hydrologic cycle, occurred during the last ice age and during the transition towards the present Holocene period. Changes of about 5°C occurred on time-scales of a few decades, at least in Greenland and the North Atlantic.

- Temperatures have been far less variable during the last 10,000 years (the Holocene), relative to the previous 100,000 years. Based on the incomplete observational and palaeoclimatic evidence available, it seems unlikely that global mean temperatures have increased by 1°C or more in a century at any time during the last 10,000 years.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 544 of 584

## 3.1 Introduction

Observed climate change and variability are considered in this chapter by addressing six commonly asked questions related to the detection of climate change and sensitivity of the climate to anthropogenic activity. The questions are:

*Has the climate warmed?*
*Has the climate become wetter?*
*Has the atmospheric/oceanic circulation changed?*
*Has the climate become more variable or extreme?*
*Is the 20th century warming unusual?*
*Are the observed trends internally consistent?*

The conclusions from observations depend critically on the availability of accurate, complete, consistent series of observations. That conclusions regarding trends cannot always be drawn does not necessarily imply that trends are absent. It could reflect the inadequacy of the data, or the incomplete analysis of data. Karl *et al.* (1995a) demonstrate that, for many of the climate variables important in documenting, detecting, and attributing climate change, the data are not at present good enough for rigorous conclusions to be reached. This especially applies to global trends of variables with large regional variations, such as precipitation. The final section of this chapter attempts to indicate our confidence in the various trends observed in the less than complete data available.

## 3.2 Has the Climate Warmed?

### 3.2.1 Background
IPCC (1990) concluded that, on a global average, surface air and sea temperature had risen by between 0.3°C and 0.6°C since the mid-19th century. IPCC (1992) confirmed this. The recent warming is re-examined here, using updated and improved data, including the diurnal asymmetry of the warming, and the geographical and vertical structure of the warming. Conventional temperature observations are supplemented by indirect evidence and by satellite-based data.

Temperatures in this chapter are expressed relative to the 1961-90 averages, rather than the 1951-80 period used in IPCC (1990) and (1992). The new reference period has been used because it contains more sea surface temperature data, more data from currently operating land stations, and because it is the official reference period used by the World Meteorological Organisation and member states. Where series from IPCC (1992) are reproduced here they are expressed relative to the 1961 to 1990 mean, not the 1951 to 1980 mean used in IPCC (1992).

### 3.2.2 Surface Temperature
#### 3.2.2.1 Land-surface air temperature
The land-surface air temperature data base developed by Jones *et al.* (1986a,b) and Jones (1988), and used by IPCC (1990) and IPCC (1992), has been substantially expanded and reanalysed (Jones, 1994a). Coverage in recent decades has benefited most from this expansion. The resulting global anomaly time-series are very similar, on decadal time-scales, to those in the previous (IPCC, 1990, 1992) analyses (Figure 3.1a). The small differences in the time-series are mainly due to the addition of a few extra Australian stations which resulted in warmer late 19th century temperatures, relative to the earlier time-series. The 19th century Australian temperatures may be biased warm relative to modern recordings, because of different methods of exposure (Nicholls *et al.*, 1996). Figure 3.1b shows time-series of global land temperatures updated from Hansen and Lebedeff (1988) and Vinnikov *et al.* (1990), for comparison with the Jones (1994a) time-series.





**Figure 3.1: (a)** Annual global average surface air temperature anomalies (°C) for land areas, 1861 to 1994, relative to 1961 to 1990. Bars and solid curve from Jones (1994a); dashed curve from Jones (1988). The smoothed curves were created using a 21-point binomial filter. **(b)** As (a) but updated from Hansen and Lebedeff (1988) – dashed line; Vinnikov *et al.* (1990) – thin line. Thick solid line is from Jones (1994a), as in (a).

IPCC (1992) cited results of Jones *et al.* (1990) which indicated that urbanisation influences have yielded, on average, a warming of less than 0.05°C during the 20th century in their data over the global land. In specific regions, however, urbanisation influences may be significant. Portman (1993) found that the average warming of 0.22°C between 1954 and 1983 over northern China in the gridded data of Jones *et al.* (1986a) was nearly as large as the 0.25°C warming in this period averaged over seven uncorrected large urban stations; Portman's adjustments using rural stations, however, suggested that there was in fact a regional cooling of about 0.05°C. The urbanisation warming trends were greatest in spring. Differences from Jones *et al.* (1990) and Wang *et al.* (1990), who found a smaller or no urbanisation warming trend in eastern China, may have resulted from the different, though overlapping, region covered. Hulme *et al.* (1994) note that urbanisation cannot fully account for the significant warming trends over eastern Asia. Christy and Goodridge (1994) found that the five longest term Californian stations used by Hansen and Lebedeff (1988) all had more positive temperature trends in 1910–89 than the median of 112 Californian stations. Moberg and Alexandersson (1995) found evidence of urban warming affecting apparent trends in Sweden. On the other hand, Barros and Camilloni (1994) note that the urbanisation effect in Buenos Aires relative to the surrounding rural environment has decreased since the 1950s. Remote sensing techniques hold promise for the eventual worldwide estimation of urban temperature bias (Johnson *et al.*, 1994).

Concerns about a possible link between climate change and desertification indicate the need for monitoring of arid region temperatures. An analysis of the Jones (1994a) gridded temperature anomalies for dryland areas of the world (UNEP, 1992) yielded a significantly greater trend for 1901–1993 (0.62°C) than for the land areas as a whole (0.44°C). Trends for dry lands were greatest in Central and North America (nearly 0.8°C) and least in South America (a little over 0.3°C). They were also significantly greater in the least arid subclass (nearly 0.8°C) than in the most arid subclass (around 0.3°C). The total arid area is only about 14% of the land surface. Even if all the greater warming in these areas was due to desertification, this would only have contributed a few hundredths of a degree to the observed global warming.

### 3.2.2.2 Sea surface temperature

A combined physical-empirical method (Folland and

Parker, 1995) has been used to estimate improved adjustments to ships' sea surface temperature (SST) data obtained up to 1941, to compensate for heat losses from uninsulated (mainly canvas) or partly-insulated (mainly wooden) buckets. The time-series of global SST anomalies is very similar to that in IPCC (1992) (Figure 3.2). The differences compared with IPCC (1992) mainly result from an improved formulation of the heat transfers affecting wooden buckets and an improved climatology in the Southern Ocean. This climatology incorporates, for 1982 onwards, satellite-based data, using a Laplacian blending technique (Reynolds, 1988) to remove overall biases relative to the in situ data (Parker *et al.*, 1995). In addition, following Folland and Parker (1995), slightly fewer wooden buckets are assumed than was the case in IPCC (1992), and the SST data in the analysis of Jones and Briffa (1992) are no longer incorporated. The data used to construct the night-time marine air temperature (NMAT) series in Figure 3.2 largely avoid daytime heating of ships' decks and were corrected independently of SST from the mid-1890s onwards (Bottomley *et al.*, 1990; Folland and Parker, 1995). The NMAT data confirm the trends in SST.

Many historical in situ data remain to be digitised and incorporated into the data base, to improve coverage and reduce the uncertainties in our estimates of marine climatic variations. Annual hemispheric and global SST anomalies since 1950 appear to be insensitive to the spatial averaging technique used, to within about 0.02°C (Parker, 1994a).



**Figure 3.2:** Annual global sea surface temperature anomalies (SST, bars and solid curve) and night marine air temperature (NMAT, dotted curve), 1861 to 1994, relative to 1961 to 1990 (°C). The smoothed curves were created using a 21-point binomial filter. The dashed curve is sea surface temperature from IPCC (1992), adjusted to be relative to 1961 to 1990.

But hemispheric and global trends of SSTs calculated over a decade or so are subject to large biases and sampling errors owing to incomplete data coverage, especially in the 19th century and during the period of the World Wars (Karl *et al.*, 1994). The spatial coherence and temporal persistence of seasonal 5° area SST anomalies have been used to estimate the random and sampling errors of decadal SST anomalies (Parker *et al.*, 1994). At the beginning of the century, the estimated combined random and sampling standard errors were generally less than 0.1°C *in those 5° areas with sufficient data to perform an analysis* (about 60% of the world's oceans).

### 3.2.2.3  Land and sea combined

Comparisons of island air temperatures with SSTs (e.g., Folland and Salinger, 1996) have demonstrated that the two independent fields exhibit similar decadal- and century-scale variations. Figures 3.3a to c show annual time-series of anomalies of combined land-surface air temperature and SST for the hemispheres and globe since 1861. These series, shown as bars and solid curves, differ slightly from those presented by IPCC (1992) which are summarised by the dashed curves, because of the above-mentioned improvements in both land and sea temperatures. Thus, the new curves are typically up to 0.05°C warmer before 1900, but differences are smaller thereafter.

In accord with IPCC (1990), global average land-surface air temperature anomalies exceeded SSTs by around 0.1°C in the 1920s and up to 0.2°C in recent years, but were up to 0.3°C lower in the 1880s (Figure 3.3d). Real atmospheric circulation changes, as well as some instrumental uncertainties, are likely to be the cause of this variation (Parker *et al.*, 1994).

A variety of tests (Parker *et al.*, 1994) suggests that the sampling uncertainty on the smoothed curves in Figure 3.3 is possibly within 0.05°C since the 1880s. However, these findings take no account of unsampled regions so a trend uncertainty of 0.1°C/century may be more realistic (Karl *et al.*, 1994). The instrumental bias uncertainty is assessed by Parker *et al.* (1994) as less than 0.1°C for land, around 0.1°C for SST, and less than 0.15°C for the combination, since the 1880s, consistent with preliminary estimates in IPCC (1992). In addition, an urbanisation uncertainty of less than 0.05°C is estimated (Section 3.2.2.1). The overall uncertainty remains about 0.15°C and leads to an estimate of 0.3 to 0.6°C for global near-surface warming since the late 19th century, unchanged from the estimates of IPCC (1990, 1992).



**Figure 3.3:** Combined annual land-surface air and sea surface temperature anomalies (°C) 1861 to 1994, relative to 1961 to 1990 (bars and solid smoothed curves): (a) Northern Hemisphere; (b) Southern Hemisphere; (c) Globe. The dashed smoothed curves are corresponding results from IPCC (1992), adjusted to be relative to 1961 to 1990. (d) Global land-surface air temperature (solid line) and SST (broken line).

144                                                                                          *Observed Climate Variability and Change*

Figure 3.4 shows the change of surface temperature, for the four seasons as well as for the annual averages, from the period 1955–1974 to the period 1975–1994. This second period has seen unusual ENSO activity (Section 3.4.2). Note, in accord with the results in IPCC (1990) and IPCC (1992), the recent warming over the mid-latitude Northern Hemisphere continents in winter and spring, and year-round cooling in the north-west North Atlantic and mid-latitudes over the North Pacific.

Zonal mean anomalies of combined land-surface air temperature (from Jones, 1994a) and SST (from Parker *et al.*, 1995), shown in Figure 3.5, confirm that the recent warmth is greatest in mid-latitudes of the Northern Hemisphere. This can be compared with the warm period of the mid-20th century, where the greatest warmth was in the higher latitudes of the Northern Hemisphere. The recent warm period also exhibits higher temperatures in the Southern Hemisphere. It should be noted that the anomalies in Figure 3.5 are less reliable in data sparse areas and periods, e.g., before 1900, during the World Wars, and in the Southern Ocean.

Figure 3.4 shows that maximum recent warming has been in winter over the high mid-latitudes of the Northern

Hemisphere continents. Tropospheric data show no statistically significant Arctic-wide temperature trends for the 1958–86 period or during the 1950-90 period over the Arctic Ocean (Kahl *et al.*, 1993a,b). Significant warming since the 1950s along the west coast of the Antarctic Peninsula is not representative of continental Antarctica (Raper *et al.*, 1984; King, 1994), where weaker warming has been observed. However, expeditionary records (Jones, 1990) and ice temperature profiles (Nicholls and Paren, 1993) suggest 20th century warming for various parts of Antarctica, and Jones (1995a) reported an Antarctic warming trend from 1957 to 1994, although temperatures were low in 1993 and 1994. All of this warming occurred before the early 1970s.

### 3.2.2.4 Changes in the diurnal temperature range

An analysis of worldwide quality-selected station monthly average maximum (day) and minimum (night) temperatures (Horton, 1995) now covers about 41% of land areas. It confirms the report of IPCC (1992) and the findings of Karl *et al.* (1993a) that worldwide increases in minimum land-surface air temperature since 1950 have been about twice those in the maximum (Figure 3.6).



**Figure 3.4:** Change in surface temperature (°C), from 1955–1974 to 1975–1994: (a) annual; (b) December to February; (c) March to May; (d) June to August; (e) September to November. Sea surface temperatures are from Parker *et al.* (1995) and land-surface air temperatures are from Jones (1994a).



**Figure 3.4:** *cont.*

*Observed Climate Variability and Change*



**Figure 3.5:** Zonal mean combined land-surface air and sea surface temperature anomalies (°C), 1881 to 1994, relative to 1961 to 1990. Values are 10-year running means. Data are updates of Parker *et al.* (1995) for SST and Jones (1994a) for land.

Additional areas with decreasing diurnal temperature range (DTR) have been identified (e.g., Jones, 1995b). The decrease of the DTR in several areas has been most pronounced in the Northern Hemisphere autumn (Karl *et al.*, 1993a; Kukla and Karl, 1993; Horton, 1995). The observed decreases in the DTR have been found to relate to increases of cloud cover (Plantico *et al.*, 1990; Henderson-Sellers, 1992; Dessens and Bücher, 1995; Jones, 1995b; Kaas and Frich, 1995; Plummer *et al.*, 1995; Salinger *et al.*,

1995b). The decrease of the DTR has mostly but not always been due to the faster rise of the night temperatures. The general increases in minimum (overnight) temperature occurred in rural areas as well as cities, and could not therefore simply reflect an increasing urban heat island effect. In the south-western part of the former Soviet Union, DTR has decreased because of depressed daily maxima (Razuvaev *et al.*, 1995).

Some coastal and island areas (Horton, 1995; Salinger *et al.*, 1993, 1995b), India (Rupa Kumar *et al.*, 1994), and alpine stations (Weber *et al.*, 1994) have shown no long-term decrease in annual average DTR. No systematic changes of minima or maxima and no general warming has been observed in the Arctic over the last 50 years or so (Kahl *et al.*, 1993a,b; Michaels *et al.*, 1995; Ye *et al.*, 1995), though regions with reduced DTR in recent decades do include Alaska and central Siberia (Figure 3.6).

### 3.2.3 *Tropospheric and Lower Stratospheric Temperatures*

Climate monitoring has focused on measurements at the Earth's surface; only in the past few decades has the atmosphere above the surface been regularly measured. Regular upper-air measurements by balloon ascents in scattered locations began in the 1940s and observations from satellites generally only began in the 1970s.



**Figure 3.6:** Diurnal temperature range 1981 to 1990 relative to 1951 to 1980 (°C).

### 3.2.3.1 Data reliability

IPCC (1992) presented radiosonde data since 1964, whereas there data from 1958 are presented. There are doubts, however, about the earlier data. Although the radiosonde coverage was adequate from 1958 in the Northern Hemisphere, it has only been adequate in the Southern Hemisphere since 1964. "Global" values from radiosondes from before 1964 are, therefore, somewhat suspect, because of the reduced geographical coverage.

Compilations for monitoring long-term changes of temperature aloft using radiosondes have been made by Angell (1988 and updates) and by Oort and Liu (1993). However, the sensors which measure temperature and humidity in radiosondes have undergone many changes in the past 40 years, and these changes have had significant effects on estimates of long-term trends (Gaffen, 1994; Parker and Cox, 1995). Humidity is important both on its own account (Section 3.3.7) and because it affects air density, which is often used as a surrogate for temperature. Elliott *et al.* (1994) calculate that spurious "drying" of the mid-troposphere (850-300 hPa) due to improved radiosonde sensors has led to a spurious cooling since 1958 of 0.05 to 0.1°C/decade. This spurious cooling is primarily related to sensor changes in the 1970s. An additional aspect of uncertainty is related to the non-uniform geographic distribution of stations since vast areas over the oceans, particularly in the Southern Hemisphere, are not monitored at all (Trenberth and Olson 1991), and coverage has declined over the oceans and parts of the tropics (Parker and Cox, 1995).

While information on changes in radiosonde sensors is rarely complete, Gaffen (1994) reported on the effects of documented changes in the temperature sensors and found that at least 43% of the stations used by Angell have clear heterogeneities. Oort and Liu's data will also have been affected. The net effect of these heterogeneities was to impose a spurious cooling trend (in addition to that from the humidity sensors noted above) on the time-series since 1958. The magnitude of the tropospheric impact appears to be small. However, the lower stratospheric time-series was found to have been significantly affected, particularly in the tropics and Southern Hemisphere, so as to bias the trend calculation to be cooler than actual. In addition Parker and Cox (1995) suggest that early radiosonde balloons were more likely to burst in cold conditions, biasing the incomplete data towards warmth, and giving a spurious cooling trend in the lower stratosphere as balloons were strengthened. Angell's global lower-stratospheric

radiosonde time-series cooled since 1979 at about 0.6°C/decade relative to global satellite (Microwave Sounding Units (MSUs) on polar orbiting satellites) data. The relative cooling is less if only MSU data collocated with the radiosondes (rather than global MSU data) are used in the comparison, and trends in the Oort and Liu data (using more stations than Angell, but available only up to 1989) are more similar to those in the MSU, so the greater cooling in Angell's data appears to be due to undersampling of the global atmosphere (Christy, 1995), as well as to radiosonde inhomogeneities.

The MSU data, available since 1979, have exhibited high precision and global coverage for the temperature of deep layers in the troposphere and stratosphere (Spencer and Christy, 1992b, 1993). Biases because of water vapour and cloud changes have been shown to be minimal (Spencer *et al.*, 1990), although some uncertainty remains (Prabhakara et al., 1995). In addition, Spencer and Christy (1992a,b; 1993), Christy and Drouilhet (1994), and Christy and Goodridge (1995) used comparisons between satellites and with radiosondes to show that instrumental drift was insignificant until late 1991.

There has, however, been a spurious warming of 0.04°C/yr in NOAA 11[1] tropospheric data since 1990, owing to a drift in orbit times. An estimate of this bias, along with biases affecting the dynamic range of NOAA 12 MSU temperatures, has been removed from results shown here (Christy *et al.*, 1995).

### 3.2.3.2 Tropospheric trends

Figure 3.7a shows time-series of tropospheric temperature anomalies calculated from MSU data and radiosondes, and the global surface temperature for comparison. The global MSU tropospheric trend from 1979 to May 1995 was –0.06°C/decade, and that for the seasonal radiosonde data for the same period was –0.07°C/decade. However, if the transient effects of volcanoes and the El Niño-Southern Oscillation (which can bias trends calculated from short periods of data) are removed from the various time-series, positive trends become evident (e.g., 0.09°C/decade for MSU), in closer accord with surface data (Christy and McNider, 1994). Jones (1994b) calculated residual global trends (after removal of volcanic and ENSO transients) for the 1979–93 period of 0.09°C/decade from MSU data, 0.10°C from 850-300 hPa radiosonde temperature updated from Angell (1988), and 0.17°C from combined land-surface air temperature and SST data. The differences between these trends were about half the differences between trends in the raw data (i.e., without the removal of the transient El Niño-Southern Oscillation and volcanic

---

[1] NOAA 11 and NOAA 12 are USA weather satellites, launched in September 1988 and May 1991 respectively.



**Figure 3.7:** (a) Seasonal global temperature anomalies (°C), relative to 1979–1994 average, for the 850-300 hPa layer from radiosondes (Angell, 1988 and updates, light solid line) and for the troposphere from MSU 2R (Spencer and Christy, 1992b and updates, heavy solid line). Dashed line (inset) is MSU 2R minus radiosondes. Surface temperatures (shaded line) have been added for comparison with the tropospheric temperatures. (b) As in (a), but for the 100–50 hPa layer from radiosondes (Angell, 1988 and updates, light solid line) and for the lower stratosphere from MSU 4 (Spencer and Christy, 1993 and updates, heavy solid line). Dashed line (inset) is MSU 4 minus radiosonde. (Note: MSU 2R and MSU 4 are channels of the MSU instrument designed to sample the lower troposphere and stratosphere respectively.)

effects). So, apparent differences between surface and tropospheric trends for 1979–1993 appear to be partly a result of the greater influence of volcanic eruptions and ENSO on tropospheric temperatures. Hansen *et al.* (1995) also demonstrate that natural variability can account for some of the apparent differences between surface and lower tropospheric data.

For the longer period 1958 to 1993, Jones (1994b) found that the unadjusted and adjusted global trends from radiosonde and surface data were all between 0.08°C and 0.11°C/decade, reflecting the fact that longer-term trends are less likely to be biased by transient volcanic and ENSO influences. The unadjusted radiosonde trend to May 1995 was 0.09°C/decade. The similarity of the trends since the late 1950s in the tropospheric and surface temperatures is evident in Figure 3.7a.

### 3.2.3.3 *Lower stratospheric trends*

Lower stratospheric temperatures (17–22 km or 100–50 hPa) have demonstrated marked changes over the past few decades (Figure 3.7b). Sudden warmings were caused by infrared-absorbing aerosols from volcanoes (Nyamuragira 1981 with El Chichon 1982, and Mt. Pinatubo 1991). From 1979 through May 1995, the MSU global trend was –0.34°C/decade. The greater cooling in the radiosonde data is at least partly due to changes in the radiosondes and undersampling of the global atmosphere, for the reasons outlined in Section 3.2.3.1. A similar rate of cooling (–0.36°C/decade) has probably occurred since 1964, based on radiosonde data (Christy, 1995). Labitzke and van Loon (1994) examined daily historical analyses of the Northern Hemisphere lower stratosphere and concluded that the cooling was greatest at a height of 18–20 km at all latitudes in summer, and in the polar regions also in early winter.

Lower stratospheric trends are discussed in more detail in IPCC (1994) and the 1994 Ozone Assessment (WMO, 1994). The current (1994) global stratospheric temperatures are the coolest since the start of the instrumental record in both the satellite and radiosonde data.

### 3.2.4  Subsurface Ocean Temperatures

The deep ocean has a much lower noise level of temperature variability than at the surface, and hence long-term changes are more readily identified. Recent studies (e.g., Bindoff and Church, 1992; Bindoff and McDougall, 1994) have demonstrated that changes in water mass properties (salinity/temperature relationships) are even easier to detect.

Studies are beginning to indicate large-scale and coherent changes in subsurface conditions that appear to be related to changes, at the surface, in the formation regions of the relevant water masses. These lead to large, coherent regions of overlying layers of warming and cooling in the water column. The geographical variations in recent surface temperature changes (Figure 3.4) are linked to the subsurface changes. The surface changes can mix and advect downward with a strong component moving along surfaces of constant density.

In the Southern Hemisphere, Salinger *et al.* (1995b) report a basin-wide, depth-averaged warming of 0.3°C between 100 m and 800 m over the entire width of the Indian Ocean at 30°S over the past 20 years. Below this there was a depth-averaged cooling of up to 0.1°C. Bindoff and Church (1992) found warming in the upper 800 m at 43°S in the south-west Pacific between 1967 and 1989. Bindoff and McDougall (1994) inferred that the change between 300 m and 700 m resulted from warming at the surface where the water masses were formed during contact with the atmosphere. It appears that the upper ocean warming of these two basins is a reflection of the surface warming at the surface at latitudes of 40–50°S. The cooling at greater depth in the Indian Ocean appears to be a reflection of surface cooling at higher latitudes where there is poor surface coverage.

Recent transocean sections in the North Pacific are also beginning to reveal changes in subsurface temperatures reflecting surface temperature changes. Off California (a region of surface warming), subsurface temperatures have increased uniformly by 0.8°C in the upper 100 m in the past 42 years, and have risen significantly down to 300 m. Cooling of the surface of the central and western North Pacific is seen to depths of several hundred metres (Antonov, 1993).

In the North Atlantic, warming has occurred at 24°N in the subtropical gyre, with warming of up to 0.15°C between 800 m and 2500 m between 1957 and 1981 (Roemmich and Wunsch, 1984). A similar warming ensued between 1981 and 1992 (Parrilla *et al.,* 1994). The overall warming between 1957 and 1992 was very uniform across the Atlantic, averaging just over 0.3°C at 1100 m. Warming of 0.2°C has been observed since the late 1950s in the subtropical gyre at 1750 m near Bermuda (Levitus *et al.,* 1995).

Strong cooling at the surface of the subpolar North Atlantic connects with the subsurface ocean in the Labrador Sea, where a 0.9°C cooling of Labrador Sea Water has occurred between 1970 and 1995. This water mass is currently colder, fresher, and larger than ever before recorded, in observations extending back to the 1930s (Read and Gould, 1992; Lazier, 1995; Rhines and Lazier, 1995).

These subsurface variations are consistent with circulation and surface temperature variations.

### 3.2.5  Indirect Measures

A variety of indirect measures can provide supporting evidence of changes and variations in temperature. In general, however, these measures are affected by other factors as well as temperature, so care needs to be taken in determining the extent to which they provide supporting evidence of changes deduced from direct measurements of temperature.

#### 3.2.5.1  Retreat of glaciers

Mountain glaciers provide integrated climatic evidence which is complementary to instrumental meteorological measurements (Haeberli, 1995). Measurements of glacier length extend back to the 19th century in many regions, and even to 1600 AD in Europe. Length reduction of mountain glaciers provides easily detectable evidence from cold regions that fast and worldwide climatic change has taken place over the past century (Haeberli *et al.,* 1989). The factors affecting glaciers, and a description of observed changes over the past century, are discussed in Chapter 7. The 20th century glacier retreat is consistent with a warming in alpine regions of 0.6–1.0°C (Schwitter and Raymond, 1993; Oerlemans, 1994).

#### 3.2.5.2  Borehole temperatures

Underground temperatures, from boreholes in otherwise undisturbed locations, have been used to derive ground surface temperature (GST) histories which are found to be in accord with instrumental or proxy surface air temperature data. Low-frequency surface temperature variations occurring in the past 300 years can be detected in a borehole over 600 metres deep.

*Observed Climate Variability and Change*

Warming has been observed in most boreholes in New England (Pollack and Chapman, 1993) and Canada (Beltrami and Mareschal, 1992; Wang *et al.*, 1992; Wang *et al.*, 1994), and the increase in GST suggested for the last century is very similar to the observed change in regional air temperatures during the same period (e.g., Beltrami and Mareschal, 1991). In temperate western North America (up to 62°N in the Yukon), however, the GST has remained relatively constant over the last century (e.g., Lewis and Wang, 1993) even though most glaciers have retreated. Further north, GSTs have increased over the last century on the Alaskan north slope (Judge *et al.*, 1983; Lachenbruch and Marshall, 1986) and in Canada's north-eastern Arctic Islands (Taylor, 1991), and there has been a retreat of the permafrost (Kwong and Gan, 1994). There are indications of increasing GSTs in the northern USA prairies (Gosnold *et al.*, 1992) and the Canadian prairies (Majorowicz, 1993). Cermak *et al.* (1992) have reported climatic warming in Cuba of 2-3°C over the last 200–300 years. Some borehole sites have indicated no recent change or cooling, e.g., in Utah (Chapman *et al.*, 1992). Deming (1995) assessed all the North American studies and concluded that all averages inferred from groups of boreholes revealed warming (ranging between 0.3 and 4.0°C) since the 19th century. The warming appears to have started in the middle of the 19th century in the eastern half of North America, whereas the warming in the west appears to have started near the beginning of the 20th century or even later.

In France, Mareschal and Vasseur (1992) made independent analyses of two boreholes and derived similar GST histories with peak warmth around 1000 AD, cooling to a minimum at 1700 AD, and warming starting at 1800 AD (see Section 3.6.2). Borehole temperatures also indicate increasing GST over the last century or two in Australia (Hyndman *et al.*, 1969) and the Ukrainian Shield (Diment, 1965), but an influence of deforestation was suspected. Where no ice was present in western Siberia, analyses indicate the most recent warming started 400 years ago in the south, and much earlier in the north (Duchkov and Devyatkin, 1992). Borehole measurements in New Zealand (Whiteford, 1993; Whiteford *et al.*, 1994) indicate cooling to a minimum around 1800 AD, followed by warming averaging 0.9°C over the past century.

Borehole temperature studies have also been conducted on ice sheets, and, especially those in Arctic regions, clearly show a warming since a cool period in the 1800s (e.g., Cuffey *et al.*, 1994).

### 3.2.5.3 Sea ice extent and mass

Neither hemisphere has exhibited significant trends in sea ice extent since 1973 when satellite measurements began





**Figure 3.8:** Sea ice extent anomalies relative to 1973–1994 for (a) the Northern Hemisphere and (b) the Southern Hemisphere. Data from NOAA (USA). Smooth lines generated from a 128-point binomial filter applied to the monthly anomalies. Heavy bars represent December–February in the Northern Hemisphere or June–August in the Southern Hemisphere.

(Figure 3.8). There has been below average extent in the Northern Hemisphere in the early 1990s, except for the second half of 1992 when the atmosphere was cooler. Coverage in the Southern Hemisphere has remained close to average. Jones (1995a) noted that the lack of sea ice variations around Antarctica seems unconnected to regional temperatures. For instance, sea ice did not increase during 1993 and 1994, despite low temperatures.

Sea ice total mass may be a more sensitive indicator of climate change than extent alone. Limited data on Arctic ice thickness, from upward sonar profiling from submarines and from moored subsurface sonar instruments, show large interannual variability but no trends from 1979 to 1990 (McLaren *et al.*, 1992).

### 3.2.5.4 Coral bleaching

Bleaching of coral reefs may result from high temperatures

or from other environmental stresses, e.g., pollution episodes. IPCC (1992) found the increased incidence of bleaching to be consistent with oceanic warming. Goreau and Hayes (1994) have shown that coral bleaching events since 1979 have been closely associated with warm-season sea surface temperature anomalies of 1°C or more. Bleaching events were, as a consequence, more prevalent in 1983, 1987 and 1991 in association with El Niño warming events, and scarce in 1992 following the eruption of Mt. Pinatubo and the subsequent cooling. Published records of coral reef bleaching from 1870 to the present suggest that the scale of bleaching since 1979 has not been observed previously (Glynn, 1993).

### 3.2.6 Mt. Pinatubo in the Temperature Record

Following the eruption of Mt. Pinatubo in June 1991, clear-sky solar radiation incident at the Earth's surface was reduced by about 3% for several months because of aerosol scattering (Dutton and Christy, 1992). Global tropospheric temperature anomalies cooled until August 1992 and then warmed in an irregular fashion (Figure 3.7a; see also Section 5.3.1.2). In the 16-year MSU lower troposphere time-series the coolest seasonal anomalies of the entire record occurred for the Northern Hemisphere in summer 1992 and for the Southern Hemisphere in summer 1992–3. Temperatures have increased since then, to levels similar to those prior to the eruption.

Seasonal series of land-surface air temperatures indicate that the cooling in 1992, which probably resulted from the Mt. Pinatubo eruption, was particularly marked in summer and autumn in the Northern Hemisphere. Robock and Mao (1995) found that this maximum cooling pattern, in the Northern Hemisphere summer of the year after the eruption, agrees with that after the five other largest volcanic eruptions since 1883. The winter warming pattern over the Northern Hemisphere continents in 1991–92 appears to be an indirect, dynamical response to the tropical stratospheric warming after the eruption (Graf *et al.*, 1993).

The rapid fall of globally averaged lower stratospheric temperature, as the aerosols dispersed, from the Mt. Pinatubo-induced peak in September 1991 to the minimum in late November 1993, represents a temperature change of about 2°C in just 28 months, with a 1.5°C cooling of seasonal averages (Figure 3.7b).

### 3.2.7 Possible Shift of Phase of the Annual Temperature Cycle

An analysis of monthly mean Central England Temperatures (CET) over the period 1659–1990 by Thomson (1995) indicated that there has been an observable phase shift in the mean annual cycle, implying, for example, a shift of peak

summer temperature from about 20 July to about 25 July. In addition, the rate of this phase shift appeared to have increased after 1940. Thomson also found such a shift in some, but not all, Northern Hemisphere stations with long records. Emslie and Christy (1995), however, could not confirm the apparent change in the phase trend in the CET. In addition, Karl *et al.* (1995b) concluded that the vagaries of weather could produce the phase shifts found by Thomson (1995) over century-scale periods.

### 3.2.8 Summary of Section 3.2

Global surface temperatures have warmed by 0.3–0.6°C since the late 19th century, with the greatest warming over the continents between 40°N and 70°N. A general, but not global, tendency to reduced diurnal range has been confirmed. Minimum temperatures have, in general, increased faster than maximum temperatures. As predicted in IPCC (1992) relatively cool surface and tropospheric temperatures, and a relatively warmer lower stratosphere, were observed in 1992 and 1993, following the 1991 eruption of Mt. Pinatubo. Warmer temperatures reappeared in 1994, with the global surface temperature for the year being in the warmest 5% of years since 1860, about 0.27°C higher than the 1961–90 mean.

Long-term variations in tropospheric temperatures, measured by radiosondes, have been similar to those in the surface record since the 1950s. More work has been done in comparing recent radiosonde and Microwave Sounding Unit observations of tropospheric temperature with surface temperatures, since IPCC (1992). Radiosonde and Microwave Sounding Unit observations of tropospheric temperature show slight overall cooling since 1979, whereas global surface temperature has warmed slightly over this period. After adjustment for the transient effects of volcanic activity and ENSO (which can bias trends calculated from short periods of record), both tropospheric and surface data show slight warming since 1979.

Indirect measures of temperature, such as borehole temperatures and glacier data, are in substantial agreement with the direct indicators of recent warmth. Sea ice extent does not show noticeable trends over the 22 years of available satellite data, although Northern Hemisphere sea ice has been below average in the early 1990s. Subsurface ocean measurements appear to be consistent with the geographical pattern of surface temperature changes.

### 3.3 Has the Climate Become Wetter?

### 3.3.1 Background

An enhanced greenhouse effect may lead to changes in the hydrologic cycle such as increased evaporation, drought,

and precipitation. Unfortunately, our ability to determine the current state of the global hydrological cycle, let alone changes in it, is hampered by inadequate spatial coverage, inhomogeneities in climate records, poor data quality, and short record lengths. Nonetheless, some new aspects of changes and variations of the hydrological cycle have begun to emerge.

### 3.3.2 Precipitation

#### 3.3.2.1 Land

IPCC (1990) concluded that precipitation over land was generally increasing in the extra-tropical areas, with a tendency for rainfall declines in the subtropics. It was noted in IPCC (1992) that precipitation over land is generally underestimated, typically by 10 to 15%, and that progressive improvements in instrumentation have introduced artificial, systematic increases in estimates of precipitation, particularly where snow is common. Nonetheless, the most reliable and useful measurements of multi-decadal precipitation variations are still these station data.

Figure 3.9a shows the change in precipitation from 1955–1974 to 1975–1994, expressed as a percentage of the 1955 to 1974 precipitation. The recent low rainfall in the Sahel is evident. Longer term trends in precipitation are

(a)



(b)



**Figure 3.9:** Precipitation changes based on the mean change from two data sets: "Hulme" (Hulme 1991; Hulme *et al.*, 1994) and the "Global Historical Climate Network-GHCN" (Vose *et al.*, 1992; Eischeid *et al.*, 1995). (a) Change in precipitation over land from 1955–1974 to 1975–1994, for 5° latitude by 5° longitude grid cells. Change expressed as percentage of 1955 to 1974 mean. (b) Trend in precipitation over land from 1900 to 1994. Average of trends from Hulme *et al.* (1994) and Eischeid *et al.* (1991) data sets. Trend (%/decade) expressed as percentage of the 1961 to 1990 mean from Hulme and 1951 to 1980 mean from GHCN. Magnitudes of the trends are depicted by the areas of the circles; shaded circles show increases; solid circles show decreases.

shown in Figure 3.9b. The 20th century rise in precipitation at high latitudes is clear, along with the decreases over the northern tropics of Africa. These trends are supported by regional and country studies, some of which have taken into account time-varying biases of precipitation measurements.

Groisman *et al.* (1991) evaluated information on the history of gauges and observational procedures over the former Soviet Union. Using this information they adjusted the measured precipitation for changes in instrumentation. Their adjusted data still show substantial increases of annual precipitation (~10%/100yr). The increase has been larger during winter than in summer. Much of the increase has been due to increases in the first half of the 20th century with a tendency for reduced precipitation in some areas since the middle of the century.

In North America annual precipitation has increased (Karl *et al.*, 1993b; Groisman and Easterling, 1994). The increase in the contiguous USA is most apparent after 1950 and is in large part due to increases during the autumn (September to November). Positive trends are apparent throughout much of northern Canada and Alaska during the past 40 years (Groisman and Easterling, 1994). Twentieth century station data over southern Canada and the northern USA (45–55°N) indicate increases of precipitation of 10–15%, with increases of about 5% averaged across the contiguous USA. Increases are more prevalent in the eastern two-thirds of North America (Findlay *et al.*, 1994; Lettenmaier *et al.*, 1994).

Precipitation changes in Europe (not including the former Soviet Union European countries) during the past century are latitudinally dependent. Time-varying measurement biases have been addressed in several countries (Hanssen-Bauer and Førland, 1994), where they are likely to be most serious (Karl *et al.*, 1993b). Overall, the data suggest an increase of precipitation in northern Europe and a decrease in southern Europe during the 20th century. In northern Europe (north of 55°N) Hanssen-Bauer *et al.* (1990) and Jónsson (1994) report an increase of precipitation since the 1960s for the Norwegian Arctic islands and Iceland while increasing precipitation has also been observed over the Faroe Islands (Frich, 1994). Denmark has had similar changes (Brázdil, 1992). West of the Scandinavian mountains increases have been reported (Frich, 1994; Hanssen-Bauer and Førland, 1994), but not in Finland (Heino, 1994). There is strong seasonality associated with the increases as they are in large part due to the changes during the autumn. In central Europe no significant positive trends have been observed over the past century (Brázdil, 1992). In southern Europe decreases tend to dominate (e.g., Palmieri *et al.*, 1991; Dahlström, 1994), but with some evidence for increased autumn precipitation over the maritime portions of south-western Europe (Mendes, 1994).

A long (1757–1992) record of areal average precipitation over Scotland has been analysed (Smith, 1995). This data set is believed to be consistent back to at least 1869. Annual precipitation has increased significantly, especially since the late 1970s, although summer rainfall has decreased. The recent increased precipitation is the largest sustained anomaly in the record.

Time-varying precipitation biases in the tropics and subtropics are not as severe as those in the mid- and high latitudes where higher wind speeds, smaller droplet size, and frozen precipitation all contribute to higher biases. The 20th century increase in precipitation in high latitudes is not matched by increases through the continental tropical and subtropical climates. Precipitation decreases, especially since mid-century, dominate large regions of the tropics and subtropics from North Africa east to Southeast Asia and Indonesia (Figures 3.9 and 3.10). Many of these areas with recent decreases are areas where droughts usually accompany El Niño episodes. So the decreases probably reflect the influence of the recent relatively frequent El Niño episodes (Section 3.4.2).

Consistent continental-scale trends of precipitation are not apparent through Central and South America. In part, this is due to the ENSO phenomenon, the influence of which varies across the continent. The relatively frequent El Niño episodes during the past few decades has led to decadal-scale precipitation variations in some areas. For example, precipitation has decreased over the western slopes of Central America, where the influence of ENSO is clearly evident, but March-May rainfall in the Parana-Paraguay River Basin of south-central South America has increased.

Australian and New Zealand precipitation is also heavily influenced by ENSO, and is characterised by large inter-annual fluctuations. There is evidence of an increase of summer rainfall (Nicholls and Lavery, 1992) in much of eastern Australia after the 1940s (with clusters of wet years in the 1950s and 1970s), although the north-east has suffered from frequent droughts in the last decade, associated with the relatively frequent El Niño events. The last four decades have seen a decrease in eastern Australian annual rainfall. There has been a long-term sustained decrease of winter rainfall in the far south-west, which has been linked to regional circulation changes (Allan and Haylock, 1993; see Section 3.4.4) and perhaps exacerbated by local changes in vegetation (Lyons *et al.*, 1993). Many



**Figure 3.10:** Variations of tropical and subtropical land-surface precipitation anomalies based on the average of the anomalies relative to 1961–90 from Hulme and GHCN. Smooth curves generated from nine-point binomial filters of the annual anomalies.

areas in the north and east of New Zealand have been drier
since the mid-1970s, with areas in the south and west
wetter (Salinger *et al.*, 1992).

One of the most complex and important precipitation
systems in the Northern Hemisphere is the Asian summer
monsoon. There has been a notable absence of very heavy
monsoon onset (May–June) rains along the Yangtze River
Valley of China ([†]Chen *et al.*, 1992) since about 1970,
although total warm season rainfall has changed little.
Indian summer monsoon rainfall reveals high interannual
and decadal variability (Sontakke *et al.*, 1992, 1993;
Parthasarathy *et al.*, 1992, 1994). The data indicate two wet
periods of about 30 years (~1871–1900 and 1931–60) and
two drier 30-year periods (1901–30 and 1961–90). Figure
3.10 indicates low rainfall through much of south and
south-east Asia in the last few decades. At least some of
this decrease reflects the influence of the recent
frequent/intense El Niño episodes.

Throughout Africa marked variations in rainfall are
evident (Figures 3.9 and 3.10). Rainfall in Sahelian West
Africa from the late 1960s to 1993 was well below the
amounts received earlier in the century, and over the last
few decades has been about half that of the wet 1950s.
Similar dry periods occurred during the historical and
recent geologic past (Nicholson, 1994a,b; see Section
3.6.2). The recent period exhibits some differences in
character from previous dry periods, namely a tendency
towards continental-scale dryness (Nicholson, 1995). In
recent years precipitation in eastern Northern Africa and
the Arabian Peninsula has returned to levels more typical
of the first-half of the century. Sahel rainfall in 1994 was
greater than in any year since the 1960s.

Concerns about a possible link between climate change
and desertification indicate the need for monitoring of arid
region precipitation. The only large arid region with a
strong trend to lower rainfall during the 20th century is
Northern Africa, where rainfall has been low over the last
few decades (Figure 3.10).

There have been several attempts to construct long-term
instrumental worldwide precipitation time-series for
hemispheric and global land areas (Bradley *et al.*, 1987;
Diaz, et al., 1989; Eischeid *et al.*, 1991; Hulme, 1991;
Hulme *et al.*, 1994). Figure 3.11 shows zonal average
annual precipitation over land, in large latitudinal bands.
There has been a substantial decrease of precipitation over
the Northern Hemisphere subtropics primarily over the last
three decades. Increases have occurred in the mid- and high
latitudes. Since bias corrections have not yet been applied
to the North American data in either the Eischeid *et al.*
(1995) or the Hulme (1991) data sets these trends are likely



**Figure 3.11:** Annual and smoothed precipitation anomalies and
smoothed temperature anomalies from 1961 to 1990 mean.
Smooth curves were created using nine-point binomial filters of
annual precipitation (blue – Hulme; black – GHCN; the green line
in the *top* panel is the average of Hulme and GHCN), and
temperature (red – Jones, 1994a). Annual bars are the average of
Hulme and GHCN. Top panel is for the band 55°S to 85°N.
Values in parentheses in upper right corner of each panel are the
trend (%/century) of precipitation for GHCN (based on 1951 to
1980 means) and Hulme (1961 to 1990 means), respectively.

to be exaggerated. Based on the regional and country-wide studies where adjustments have been made however, the sign of the mid- to high latitude trend is not in doubt. Precipitation trends over land in the tropics and Southern Hemisphere are not statistically significant, although they indicate decreased precipitation in recent years.

In summary, the best evidence available suggests there has been a small positive (1%) global trend in precipitation over land during the 20th century, although precipitation has been relatively low since the late 1970s (Figure 3.11).

### 3.3.2.2 Ocean

Measurement of changes of precipitation over the oceans presents extreme difficulties (IPCC, 1990, 1992). Multi-decadal surface-based observations from gauges are limited to very small atolls. Space-based observations, although providing more or less continuous coverage, have several limitations, not least of which is that measurements to directly estimate precipitation are not available until 1979, with the operation of the Micro-Wave Sounding Unit (MSU) aboard NOAA polar orbiting satellites. As a result, researchers have had to resort to the use of data such as real-time cloud imaging, atmospheric temperature profiling, etc. to infer changes of precipitation.

Three methods (Garcia, 1981; Arkin and Ardanuy, 1989; Spencer, 1993) have been used to infer decadal variability of precipitation over the oceans from space-based instruments. These are: identifying Highly Reflective Clouds (HRC); measuring cloud top temperatures from Outgoing Long-wave Radiation (OLR); and the use of the Microwave Sounding Unit (MSU). The HRC data is limited by poor resolution of the diurnal cycle, the subjective nature of the technique, variations from satellite to satellite, and spatial sampling primarily confined to the tropics and subtropics. The OLR data are limited to those areas where precipitation is dominated by cold cloud top temperatures, again principally the tropics and subtropics. Additionally, they are based on observations from a number of instruments on successive satellites, and temporal inhomogeneities associated with satellite drift and instrument calibrations have affected the data set. Therefore, any estimate of precipitation change based on the HRC and OLR data sets is embedded with internal inhomogeneities. Being a more direct measure of rainfall, the MSU data avoid some of the limitations of the HRC and OLR. Nonetheless, these measurements are spatially limited, restricted to unfrozen ocean areas, liquid precipitation, and suffer from the low spatial resolution of the instrument, as well as diurnal sampling inadequacies (Negri *et al.*, 1994).

In IPCC (1990) evidence was presented to suggest that the OLR data analysed by Nitta and Yamada (1989) indicated an increase of tropical precipitation. A re-examination of the biases inherent in these data led Chelliah and Arkin (1992) and IPCC (1992) to conclude that a substantial portion of the increase of precipitation since 1974 was not climate-induced because of OLR biases due to changes in equatorial crossing time and uncertainties in sensor calibration (Gadgil *et al.*, 1992). However, new analyses by Graham (1995) using satellite data, a coarse Tropical Pacific Ocean island data set, and model-derived moisture flux convergence based on observed SSTs suggest an increase of tropical Pacific precipitation between two six-year periods before and after 1976, the time of the commencement of a decadal-scale fluctuation in the atmospheric circulation over the Pacific Ocean (Trenberth and Hurrell, 1994; see Section 3.4.3). Salinger *et al.* (1995a) analysed trends of precipitation from tropical Pacific atolls and islands. Central and eastern equatorial Pacific rainfall increased in the mid-1970s, concomitant with the change to increased frequency of El Niño episodes and the observed decreased precipitation in the south-west Pacific and in some land areas affected by ENSO (Figure 3.10).

### 3.3.3 Concomitant Changes of Precipitation and Temperature

Strong low-frequency relationships exist between temperature and land-based precipitation, on regional space-scales. Figure 3.11 indicates that the relationship between multi-decadal fluctuations of precipitation and temperature is latitudinally dependent. For the mid- to high latitudes of the Northern Hemisphere simultaneous increases of temperature and precipitation have been observed, but for the tropics, subtropics, and mid-latitudes of the Southern Hemisphere warmer temperatures have been associated with decreases of precipitation. This latter characteristic is a dominant feature of the recent increase of global temperature beginning in the mid-1970s.

### 3.3.4 Snow Cover, Snowfall, and Snow Depth

The lack of long-term homogeneous data is the major obstacle to evaluation of decadal-scale changes in land-surface cryospheric variables. Recent analyses however, have made some progress toward improving our understanding of changes in these variables.

Northern Hemisphere land-surface snow cover extent has decreased in recent years (1988–1994) of the 21-year period-of-record of satellite data (Robinson *et al.*, 1993; Groisman *et al.*, 1994a). The deficit of snow has been

particularly apparent in spring (Figure 3.12). The snow cover of summer and autumn of these recent years has also been low, while winter snow cover exhibits less apparent decadal changes. The annual mean extent of snow cover has decreased by about 10% during the past 21 years over the Northern Hemisphere. Percentage decreases have been similar over North America and Asia (Groisman *et al.*, 1994b). The decrease in snow cover extent is closely coupled to an increase in temperature (Figure 3.12). The warming has been strong in spring over the northern land areas (Chapman and Walsh, 1993; Parker *et al.*, 1994). This is also reflected in earlier lake ice melting as reported by Skinner (1993), earlier snowmelt related floods on rivers in west-central Canada (Burn, 1994) and California (Dettinger and Cayan, 1995), and reduced duration of river ice over the former Soviet Union (Ginsburg, *et al.* 1992; Soldatova, 1993). Groisman *et al.* (1994a,b) have shown that snow-radiation feedback can account for up to 50% of the springtime April-May warming over the Northern Hemisphere land areas since the early 1970s. These results help explain why the increase of surface air temperatures over the Northern Hemisphere land areas has been more significant in spring than in other seasons.

While satellite remote sensing is being explored as a source of data on snow depth water equivalent, station data provide the only information on snowfall and snow depth over periods longer than about two decades. Station measurements indicate that annual snowfall has increased over the period 1950-90 by ~20% over northern Canada (north of 55°N) and by ~11% over Alaska (Groisman and Easterling, 1994). Total precipitation has increased in all these regions (Section 3.3.2.1); in southern Canada and the northern USA however, the increase of precipitation has been accompanied by higher ratios of liquid to solid precipitation as the temperatures have also increased. A small decrease of snowfall has been observed in the 45-55°N latitudinal belt. Decadal summaries of snowfall measurements in China have been compiled by Li (1987), who found a decrease of snowfall over China during the 1950s followed by an increase during the 1960s and 1970s.

There have been several analyses of changes in snow depth over Europe and Asia. Snow depth responds to both changes of precipitation and temperature. A synthesis of 20th century station snow depth measurements for the former Soviet Union (Meshcherskaya *et al.*, 1995) indicates decreases (~14%) of snow depth during February over the European portion of the former Soviet Union with a smaller decrease over the Asian sectors of the former Soviet Union where snow depth has actually increased since the 1960s.



**Figure 3.12:** Seasonal and annual variations of Northern Hemisphere land-surface snow cover extent (Greenland excluded) and the surface temperature over regions of transient snow cover. Yearly anomalies (shown as bars) are given for snow cover extent. Smooth curves were created using nine-point binomial filters for yearly snow cover (thick) or temperature anomalies (thin) with scale reversed. "r" indicates correlation between annual values. Note bottom panel is for "snow year" (October–September).

### 3.3.5 Land-surface and Subsurface Water

Changes of precipitation and/or evaporation may lead to changes in runoff or soil moisture storage. Thus changes in streamflow, lake levels, levels of inland seas, and soil moisture may provide information about changes in the hydrological cycle. Data on many of these aspects of the hydrological cycle are suspect because of human influences, such as building of dams to regulate streamflow, so it is important to develop an internally consistent scenario of change.

#### 3.3.5.1 Streamflow

Historical records of 142 rivers throughout the world with more than 50 years of historical data and drainage areas larger than 1000 km$^2$ were analysed for trends by Chiew and McMahon (1993, 1995). Although statistically significant trends and changes in means were detected at

several locations, they were not always consistent within regions. No clear evidence of wide-spread change in the annual streamflow and peak discharges of rivers in the world was found.

Analyses from a number of streamflow gauging stations on major drainage basins across South America do not reveal general increases or decreases of streamflow. There are however, a number of drainage basins that depict important decadal-scale climate variations (Marengo, 1995). Reduced streamflow beginning in the 1970s in Colombia is consistent with similar behaviour in Pacific Central America. The Chicama and Chira River Basins in north-west Peru also reflect large interdecadal variations. Streamflow of the Rio Negro at Manaus is closely related to rainfall in north-west Amazonia (Marengo, 1992, 1995). Consistent trends are absent from the record, although there appears to be a recent (since 1973) minor short-term



**Figure 3.13:** Variations in lake level for some major lakes across North America.

increase of streamflow, probably related to an increase in rainfall associated with increased convection over Amazonia as reported by Chu *et al.*, (1994) who also found little change in convective activity over areas of deforestation in south-western Amazonia. Generally, for South America, no clear unidirectional trend of streamflow is evident for the records analysed to date. A strong signal of the El Niño-Southern Oscillation is evident in several regions. These variations often dominate decadal-scale variability of streamflow. The lack of an overall trend is consistent with the precipitation variations.

In North America, the autumn increase of precipitation in the contiguous USA is also reflected in an increase in streamflow. Lins and Michaels (1994) found statistically significant increases in natural streamflow during the autumn and winter in nearly all regions of the contiguous USA (1948-88). The most significant (statistically) increases were generally found from the Rocky Mountains eastward to the Atlantic.

### 3.3.5.2 Lake levels

Large lakes and inland seas can serve as useful indicators of climate variability and change. With large surface areas and limited outflow capacity, these natural reservoirs filter out short-term variability and respond to longer term variations in the hydrologic cycle. However, local effects often confound the use of lake levels to monitor climate variations.

The historically small variations of levels of the North American Great Lakes are mainly due to natural changes in lake levels (Magnuson *et al.*, 1995). The lakes have been in a regime of high water levels since the late 1960s culminating in record high levels in 1986 (Changnon, 1987). A major drop occurred in response to an intense drought in 1988, but lake levels continue to remain above the long-term mean for Lakes Michigan, Huron, and Erie. Lake Superior has been slightly below its long-term average since 1988 (Figure 3.13). Levels of the Great Salt Lake in Utah are somewhat similar to those in the Great Lakes, but the Lake has recently been regulated with the introduction of pumps to relieve the historic peak water levels of 1986–87. The Great Slave Lake, located in the Northwest Territories of Canada has also continued to be at above average levels for the past several years compared to the relatively low levels observed during the 1940s. Although there has been regulation on one of the rivers flowing into the Great Slave Lake since 1968, comparison of the water levels of the Great Slave and Great Bear Lakes suggests it has had limited influence on annual or decadal fluctuations.



**Figure 3.14:** Annual mean sea level of the Caspian Sea as observed (solid line) and as calculated without local anthropogenic changes in land-use (dashed line) (updated after Shiklomanov, 1976).

The Caspian Sea is the largest closed water body in the world. Its sea level has been measured since 1837 (Figure 3.14) and has fluctuated by nearly 4 m. Sea level was quite stable until the 1930s when it fell 1.6 m in six years. The level abruptly began to rise in 1977, from record low values, perhaps the lowest values since the 14th century. The main contribution to the rapid decrease of sea level in the 1930s was reduced runoff into the Sea, but the most recent increase is attributed to a combination of reduced evaporation (Section 3.3.6.1; Figure 3.15), increases in runoff, and an engineered blockage of sea water into the Kara Bogaz Gol (which has since been reopened; Golitsyn *et al.*, 1990; Golitsyn, 1995).

Since 1965 lake levels in Northern Hemisphere Africa have declined sharply (Grove, 1995). The early 1960s were relatively wet, but the low Sahel/Sudan precipitation since then (Figure 3.10) led to Lake Chad shrinking from its highest level and extent in the 1960s to about one tenth of the area by the 1980s. This decline was due to decreased rainfall, and not the result of excessive extraction of water for irrigation.

### 3.3.5.3 Soil moisture

There are few long-term data sets of soil moisture measurements. One example is the so-called "water-balance" network within the former Soviet Union, at some places for more than 30 years (Robock *et al.*, 1995; Vinnikov *et al.*, 1995). In this network, total soil moisture measurements have been made over natural vegetation soil using a thermostat-weighing technique (Vinnikov and Yeserkepova, 1991). The data from the European part of the former Soviet Union exhibit a general increase in soil moisture from the 1970s to the 1980s, consistent with the increase of precipitation observed over the European portion of the former Soviet Union, and a reduction of evaporation (Section 3.3.6.1).

### 3.3.6 *Evaporation*

Systematic long-term measurements of surface evaporation have been carried out over many continental areas, but few analyses of their trends have been completed. Changes in evaporation over the ocean have proven to be particularly difficult to monitor, and are prone to time-varying biases.

### 3.3.6.1 *Land*

Estimates of evaporation over land have been obtained from pan evaporimeters. Although these measurements can neither be considered as evaporation from lakes or reservoirs, nor as evaporation from ground, they can be used as a composite index that characterises the annual and seasonal water and heat balance between the water surface of the evaporimeter and the atmosphere. Trends in such an

evaporation index from the former Soviet Union have recently been analysed (Golubev and Zmeikova, 1991) for a network of 190 stations. Although some measurements date back to the late 19th century, changes in instrumentation, observational procedures, and data management practices make the data inhomogeneous prior to 1951. The analysis indicates a reduction of evaporation since 1951 during the warm season (the freeze-free period) over the European and Siberian (north of 55°N) portions of the former Soviet Union (Figure 3.15), with little change in central Asia and Kazakhstan. The rapid decrease in evaporation in the European sector in 1976 corresponds with the timing of the decrease in the diurnal temperature range (Section 3.2.2.4 and Karl *et al.*, 1993a; Peterson *et al.*, 1995) over the former Soviet Union. In the USA, where



**Figure 3.15:** Area-averaged standardised anomalies of evaporation derived from pan evaporimeters for sectors in the former Soviet Union in the warm period of the year (updated from Golubev and Zmeikova, 1991), and for the USA (Peterson *et al.*, 1995). The dashed lines represent interannual variations and the smoothed curves suppress variations on time-scales of a decade or less.

data from a network of over 300 stations are available but have yet to be thoroughly inspected for inhomogeneities, an overall decrease in evaporation is also observed (Figure 3.15; Peterson *et al.*, 1995) that closely resembles the decrease in the diurnal temperature range.

### 3.3.6.2 Ocean

The oceans provide a source of moisture for the atmosphere and subsequent precipitation over land. Estimating long-term changes of oceanic evaporation is very difficult, and all estimates must be viewed with considerable caution due to time varying biases in the data. Bulk aerodynamic parametrizations are the only practical means of comprehensively calculating evaporation over regions as large as ocean basins and over multi-decadal time-scales. Routine marine weather observations of wind, temperature, and humidity, among other elements, are available over broad sectors of the oceans for the past four decades. These observations allow estimation of evaporation based on the sea surface saturation specific humidity, the specific humidity of the overlying air, and the near-surface wind speed.

Marine weather observation procedures were not designed to provide long-term homogeneous climate data, and several problems exist that can obscure climate-induced changes. Marine data show an increase of wind speed (Cardone *et al.*, 1990) over the four decades since World War II, believed to be largely artificial, involving changes from Beaufort scale sea state estimates of wind speed to anemometer observations (Ramage, 1987). Posmentier *et al.* (1989) argued an increase in wind is inconsistent with observed trends in tropical sea level and sea surface temperature, which in the eastern tropical Pacific have increased rather than decreased as would be expected under an increasing trade wind regime. The notion of no global increase in wind speed is consistent with the calculations of Ward (1992, 1994) who used sea level pressure gradients to estimate changes in wind speed. Even after removing the apparent wind bias however, evaporation was estimated to have increased by more than 0.5 mm/day over the tropical oceans (10°S to 14°N) during the last four decades (Flohn *et al.*, 1992). Graham (1995) used model calculations to suggest that increases of evaporation should also have occurred in the tropical Pacific, even without any increase of wind speed.

Weare (1984) and Cayan (1992) indicate that anomalous evaporation is influenced about equally by fluctuations in wind speed and fluctuations in vertical moisture gradients. Furthermore, the calculations of evaporation trends over much of the Atlantic indicate that evaporation has

increased both because of vertical moisture gradients and increases in wind speed. That is, evaporation trends would still be positive even without any change in wind speed. Increases in evaporation are found in both winter and summer.

Other areas of the oceans are known to exhibit multi-decadal changes in evaporation. For example, there was a transition from warm to cool conditions in the western and central North Pacific associated with a cluster of winters with deep Aleutian Lows beginning in the winter of 1976–77 (Douglas *et al.*, 1982; Venrick *et al.*, 1987; Trenberth, 1990; Miller *et al.*, 1994; Trenberth and Hurrell, 1994). Since such transitions involve a redistribution of the paths of storms across the Pacific basin there are large-scale changes in the wind, temperature, and humidity with concomitant changes of evaporation. The magnitude of these changes over the North Pacific basin is estimated to be between 0.2 and 0.4 mm/day, with evaporation increasing over the western North Pacific, but decreasing over the Gulf of Alaska.

### 3.3.7 Water Vapour

Water vapour is the most abundant greenhouse gas and makes the largest contribution to the natural greenhouse effect. Half of all the moisture in the atmosphere is between sea level and 850 hPa and less than 10% is above 500 hPa. The amount in the stratosphere is probably less than 1% of the total. Despite the small amount of water vapour in the stratosphere, changes there may lead to significant changes in the radiative forcing of climate (Oltmans and Hofmann, 1995).

Monitoring atmospheric moisture presents many difficulties. Because the residence time of water vapour in the atmosphere is short, about 10 days, its distribution is horizontally, as well as vertically, heterogeneous. Therefore observations at many places and levels are necessary for adequate representation of climatically important changes. Measurement problems also make detecting trends of water vapour difficult. Most of the information about tropospheric water vapour comes from radiosonde measurements taken for daily weather forecasts. Unfortunately, this instrumentation is not capable of accurate measurements at the low temperatures and very low moisture conditions of the upper troposphere, stratosphere, and polar regions of the planet. Another serious problem with radiosonde data stems from the changes of instruments and reporting practices that have occurred through the period of record. About a dozen different manufacturers supply radiosondes to the world's weather services, some with quite different sensor designs.

Case No. 1:20-cv-02484-MSK Document 83-1 filed 05/06/21 USDC Colorado pg 565 of 584

These factors make it difficult to separate climate changes from changes in measurement programs (Elliott and Gaffen, 1991). Our inability to account for these inhomogeneities limits assessments of the change in atmospheric moisture to the last 20 years, thereby making it difficult to distinguish between transient phenomena, such as ENSO, and long-term change. Nevertheless, with careful attention to these problems, some estimates of tropospheric water vapour can be obtained.

Elliott *et al.* (1995) found increases in precipitable water from 1973 to 1993 over all of North America except northern and eastern Canada, where it decreased slightly. The positive trends tended to increase with decreasing latitude, with maximum values of about 3 mm/decade. The increases as a percentage of the annual mean also tended to be greater at lower latitudes, approaching a maximum of 8%/decade. The regions of moisture increase were generally also regions with rising temperatures over the same period and the regions of moisture decrease were generally regions with decreasing temperatures. There was a strong (but not universal) tendency for the moisture increases to be accompanied by increases in relative humidity.

There have been several analyses of changes in water vapour over the tropical oceans using radiosonde data. Hense *et al.* (1988) report an upward trend of moisture in the 700–500 hPa layer in the western Pacific from 1965 to 1986, but the data prior to 1973 are not necessarily homogeneous because of a change in instrumentation in 1973 (Elliott and Gaffen, 1991). Elliott *et al.*, (1991) document a moisture increase in the equatorial Pacific from 1973-86 and Gaffen *et al.* (1991) using more stations also found an increase of specific humidity on the order of 10% from 1973 to 1986, but the scatter of data is such that this value is only a rough estimate of the order-of-magnitude of the change. Much of the change occurred during a relatively brief interval, beginning about 1977 (see Section 3.4.3). An increase in tropical western Pacific moisture was also found by Gutzler (1992) at four tropical island stations. There were increases in humidity throughout the troposphere with the largest increases near the surface. The study indicates an increase in water vapour of about 6%/decade for the period 1973–1988.

Gaffen *et al.* (1992) computed trends of water vapour for some 35 radiosonde stations. Most of these stations, especially in the western tropical Pacific, showed an increase in precipitable water during the period 1973–90. The largest and most statistically significant trends were at tropical stations, where increases as large as 13%/decade were found.

Oltmans and Hofmann (1995) analysed stratospheric and upper tropospheric water vapour measurements (10–26 km) over Boulder, Colorado during the period 1981–94. Over this short period they found positive trends of water vapour in the stratosphere, but statistically significant increases, of between 0.5 and 1%/yr, were confined to the layers between 16 and 24 km. Data from other locations must be analysed and over longer time intervals however, before these results can be generalised.

### 3.3.8 Clouds

In addition to providing evidence of an enhanced hydrological cycle, changes of cloud distribution can have very important climatic feedbacks. Changes in clouds modify both incoming and outgoing radiation depending on their level, amount, vertical extent, and composition.

#### 3.3.8.1 Land

There have not been any major new analyses of large-scale changes in land-based observations of cloud cover published since the IPCC (1990) report. Henderson-Sellers (1992) has, however, summarised her analyses of changes in cloud cover over Australia, Europe, India and North America. Added confidence has been attached to these analyses because the diurnal temperature range, which is quite sensitive to changes of cloud cover (Karl *et al.*, 1993a), has decreased in many of the regions with a reported increase in cloud cover. Moreover, Karl *et al.* (1995e) report a step-like increase in cloud amount over the former Soviet Union around 1976 consistent with the step-like decreases of evaporation (in the European sector of the former Soviet Union, Figure 3.15) and of the diurnal temperature range. In addition, analyses by Environment Canada (1995) generally support an increase in cloud amount throughout Canada since 1953, in particular over the lower Great Lakes region during autumn. There have been increases of cloud cover over Australia and the USA since at least the mid-20th century. In at least some areas (e.g., Australia), however, cloud cover over land may have decreased since about 1980 (Henderson-Sellers, 1992).

#### 3.3.8.2 Ocean

Marine weather observations of clouds have been analysed. Satellite observations have also been used, but owing to instrumental changes and the shortness of their record, cannot be used with any degree of confidence to assess multi-year trends or changes.

Fifty million routine weather observations from ships were analysed by Warren *et al.* (1988), who computed average total cloud cover and the amounts of six cloud types for each of the four seasons for the 30 year period 1952 to 1981. During the 1952 to 1981 period London *et*

*al.* (1991) reported a global ocean average increase of cloud cover of 0.7%. This increase was concentrated at low latitudes (20°N–20°S), and the cloud types contributing most to the increase were cumulonimbus and cirrus. The increase in cumulonimbus was nearly 3% and in cirrus about 1%, at the expense of cumulus clouds which decreased by about 1%. This data set has recently been updated through 1991, and indicates that cloud cover over the oceans has continued to increase.

Interannual variations of marine stratus and stratocumulus in the subtropics and mid-latitudes are inversely correlated with SST (Norris and Leovy, 1994). The 30-year trends of marine stratus and stratocumulus exhibit the same geographical patterns as do SSTs (cf. Parker *et al.*, 1994): increases in cloud amount over areas with decreasing temperatures in the northern mid-latitude oceans, and decreases with warming off the west coast of North America. Analysis of changes in cloud types (Parungo *et al.*, 1994) suggests an increase in altostratus and altocumulus cloud amount centred in the Northern Hemisphere mid-latitudes (30°N–50°N). Over the 30-year period 1952 to 1981 these mid-level clouds increased in frequency from 20 to 26%. This large apparent increase requires investigation of possible time-varying biases.

### 3.3.9 Summary of Section 3.3.

Precipitation has increased over land in high latitudes of the Northern Hemisphere, especially during the autumn. A decrease of precipitation occurred after the 1960s over the subtropics and tropics from Africa to Indonesia, as temperatures increased. Many of the changes in precipitation over land are consistent with changes in streamflow, lake levels, and soil moisture. There is evidence to suggest increased precipitation over the equatorial Pacific Ocean (near the dateline) in recent decades, with decreases to the north and south. Based on the available data, there has been a small positive (1%) global trend in precipitation over land during the 20th century, although precipitation has been low since about 1980.

Evaporation potential has decreased (since 1951) over much of the former Soviet Union (and possibly also in the USA). Evaporation appears to have increased over the tropical oceans (although not everywhere). There is evidence suggesting an increase of atmospheric water vapour in the tropics, at least since 1973. In general, cloud amount has increased both over land (at least up to the end of the 1970s) and the ocean. Over the ocean increases in both convective and middle and high level clouds have been reported.

## 3.4 Has the Atmospheric/Oceanic Circulation Changed?

### 3.4.1 Background

The atmospheric circulation is the main control behind regional changes in wind, temperature, precipitation, soil moisture and other climatic variables. Variations in many of these variables are strongly related through large-scale features of the atmospheric circulation, as well as through interactions involving the land and ocean surfaces (IPCC, 1990). Two well-known examples of such large-scale features are the El Niño-Southern Oscillation and the North Atlantic Oscillation, both of which are closely related to climatic fluctuations in many areas. Evidence of associated changes or variations in the atmospheric circulation may enhance confidence in the reality of observed changes and variations in the climate variables in these areas.

Comprehensive, long-term monitoring of changes and variations in the El Niño-Southern Oscillation and North Atlantic Oscillation, and the atmospheric circulation in general, requires the analysis of meteorological and oceanic fields on a routine basis. Analyses of such fields are performed every day by national meteorological services. However, the analysis schemes, their observational basis, and even the theoretical meteorology underlying the analysis have all changed dramatically over the decades (Trenberth, 1996). Thus, these analyses are of only limited use for analysis of variations and changes in circulation over extended periods. Where such analyses are used, their results need to be confirmed by analysis based solely upon high-quality station data. The lack of homogeneity in the atmospheric circulation analyses restricted the variety of atmospheric circulation features IPCC (1990) decided could be examined with confidence. The same problem occurred in IPCC (1992), and again here only a small number of the more reliable circulation features are examined, namely the El Niño-Southern Oscillation and the North Atlantic Oscillation. The discussion of a possible recent increase in the intensity of the winter atmospheric circulation over the extra-tropical Pacific and Atlantic (IPCC, 1990) is also updated.

Ocean circulation variations and change can also be important determinants of climate variations, so their routine monitoring is also necessary. However, little information is available, as yet, on variations and change in ocean circulation on the time-scales of relevance to this chapter.

### 3.4.2 El Niño-Southern Oscillation

The El Niño-Southern Oscillation (ENSO) phenomenon is the primary mode of climate variability in the 2–5 year time band. Release of latent heat associated with ENSO

*Observed Climate Variability and Change*

episodes affects global temperature (Pan and Oort, 1990; Graham, 1995), and associated changes in oceanic upwelling influence atmospheric $CO_2$ levels (Keeling *et al.*, 1989). It is important to assess the stability of the ENSO, i.e., to determine how long it has been operating, and whether it exhibits longer-term variations in its influence.

As instrumental records for the El Niño-Southern Oscillation extend back only to the late 19th century, it is necessary to use various proxy approaches to derive the history of El Niño-Southern Oscillation events. In addition to analyses of historical records (Quinn, 1992), corals, tree rings, tropical ice cores, and varve sediments have also been employed to derive temporal histories of ENSO variability (Diaz and Markgraf, 1992; Cole *et al.*, 1993; Diaz and Pulwarty, 1994). Whetton *et al.* (1995) demonstrate that proxy records of ENSO from different regions do not always correspond with each other. One coral record (Dunbar *et al.*, 1994) is from the Galapagos Islands, where a time-series of oxygen isotope measurements indicates significant variations in the El Niño-Southern Oscillation. Tree ring and other records also indicate temporal variations in some of the ENSO periods (Diaz and Markgraf, 1992).

Instrumental records have also been examined to search for possible changes in the El Niño-Southern Oscillation. The Southern Oscillation Index (SOI), a simple index of the El Niño-Southern Oscillation based on surface atmospheric pressures at Darwin and Tahiti, is plotted in Figure 3.16. El Niño (or warm) events are associated with large negative excursions of the SOI and warmer than normal temperatures in the central and east equatorial Pacific. La Niña episodes (or cold events, when the east equatorial Pacific is cool) are associated with positive values of the SOI. The dominance of time-scales of 2–5 years in the El Niño-Southern Oscillation is apparent in this figure. The periodicity of El Niño-Southern Oscillation has varied since 1950. Between 1950 and 1965 the phenomenon exhibited a period of about five years. Since 1965 the period has shortened somewhat, closer to four years. A similar pattern of change in frequency was evident in a central equatorial Pacific coral record of the El Niño-Southern Oscillation (Cole *et al.*, 1993). El Niño events occurred more often around the start of the 20th century than during the 1960s and 1970s (Anderson, 1992).

Allan (1993) and Karoly *et al.* (1996) have documented decadal-scale variations in the El Niño-Southern Oscillation and its teleconnections over the last century.



**Figure 3.16:** Seasonal values of the Troup Southern Oscillation Index (SOI), March–May 1876 through March–May 1995. SOI only plotted when both Darwin and Tahiti data available.

*Observed Climate Variability and Change*                                                             165

The most robust and coherent signals were evident in the late 19th century, and since the 1940s. ENSO activity was weaker and more fragmented in the intervening period. Wang (1995) found that the characteristics of the onset of the Pacific-wide warming associated with an El Niño changed after the mid-1970s.

Indeed, there appears to have been a rather distinct change in ENSO in 1976/77 (Figure 3.16). Since then, there have been relatively more frequent El Niño episodes, with only rare excursions into the other extreme (La Niña episodes) of the phenomenon (Trenberth and Hurrell, 1994), and the SOI has tended to be negative for extended periods. During this period sea surface temperatures in the central and equatorial Pacific have tended to remain anomalously high, relative to previous decades. As well, precipitation over land in many areas where dry conditions usually accompany El Niño episodes (e.g., Indonesia, north-east Australia) has been low.

The recent ENSO behaviour, and especially the consistent negative SOI since 1989, appears to be unusual in the context of the last 120 years (the instrumental record). However, some data for Tahiti is missing from before 1935, so it is difficult to compare the length of the post-1989 period of negative SOI with earlier periods. It may be, for instance, that the period of negative SOI values starting around 1911 was comparable with the recent period. Trenberth and Hoar (1996) examined the recent El Niño-Southern Oscillation behaviour using Darwin data only. The Darwin data are continuous and therefore allow a strict comparison of the post-1989 behaviour with that of earlier periods, although by themselves they may not provide a complete representation of the El Niño-Southern Oscillation. The Trenberth and Hoar analysis indicates that the post-1989 behaviour is very unusual. From the Darwin data, there has been no period in the last 120 years with such an extended period of negative SOI. Trenberth and Hoar fitted statistical models to the 1882 to 1981 Darwin data, to determine how unusual the recent behaviour has been. They concluded that the 1990 to 1995 behaviour had a probability of natural occurrence of about once in 2,000 years. Allan and D'Arrigo (1996), however, present evidence that episodes with similarly persistent ENSO characteristics have occurred prior to the period of instrumental data.

### 3.4.3 Northern Hemisphere Circulation

In the past few years considerable work has been done to document decadal and longer time-scale variability regionally in several parts of the globe, especially the North Pacific (IPCC, 1990; Trenberth and Hurrell, 1994;



**Figure 3.17:** Time-series of mean North Pacific sea level pressures averaged over 30–65°N, 160°E to 140°W for the months November to March beginning in 1925 and smoothed with a low pass filter (thick line). Updated from Trenberth and Hurrell (1994).

Hurrell, 1995). Substantial changes in the North Pacific atmosphere and ocean began about 1976. This is illustrated in Figure 3.17 which shows a time-series of mean sea level pressures for the five winter months November to March, averaged over most of the extra-tropical North Pacific (updated from Trenberth and Hurrell, 1994). This index is closely related to changes in the intensity of the Aleutian low pressure centre, and to a pattern of atmospheric circulation variability known as the Pacific-North American (PNA) pattern (Wallace and Gutzler, 1981). The abrupt shift in pressure after 1976 is evident. Observed significant changes in the atmospheric circulation involving the PNA teleconnection pattern were described in IPCC (1990). Associated changes occurred in surface winds. The storm tracks and associated synoptic eddy activity shifted southward. This regime appears to have ended about 1989.

The Pacific decadal time-scale variations have been linked to recent changes in the frequency and intensity of El Niño versus La Niña events and it has been hypothesised that the decadal variation has its origin in the tropics (Trenberth and Hurrell, 1994). While some analyses of observations (Deser and Blackmon, 1995; Zhang *et al.*, 1995) show that this link is not linear, observational studies by Kawamura (1994), and Lau and Nath (1994) have shown that the decadal variation in the extratropics of the Pacific is closely tied to tropical sea surface temperatures (SSTs) in the Pacific and Indian Oceans. Several aspects of the decadal-scale fluctuation beginning around 1976 have been simulated with atmospheric models using specified SSTs (Kitoh, 1991; [*]Chen *et al.*, 1992; Miller *et al.*, 1994; Kawamura *et al.*, 1995). These studies also suggest that the

changes over the North Pacific are substantially controlled by the anomalous SST forcing from the tropics. Yamagata *and Masumoto (1992) have suggested that the* decadal time-scale variations may also involve the Asian monsoon system.

The North Atlantic Oscillation (NAO) is of interest because of its relationship to regional precipitation and temperature variations. The NAO is a large-scale alternation of atmospheric pressure between the North Atlantic regions of subtropical high pressure (centred near the Azores) and subpolar low surface pressure (extending south and east of Greenland). The state of the NAO determines the strength and orientation of the poleward pressure gradient over the North Atlantic, and hence the speed and direction of the mid-latitude westerlies across that ocean. These, in turn, affect the tracks of European-sector low-pressure storm systems (Lamb and Peppler, 1991). One extreme of the NAO coincides with strong westerlies across the North Atlantic, cold winters in western Greenland and warm ones in northern Europe, while the other NAO extreme is associated with the opposite pattern. In addition, precipitation over Europe is related to the NAO (Hurrell, 1995). The recent decade-long winter dry conditions over southern Europe and the Mediterranean, and the wet anomalies from Iceland eastward to Scandinavia, are related to the recent persistent positive phase of the NAO (Hurrell, 1995).

IPCC (1990) used the smoothed standardised difference of December-February atmospheric pressure between Ponta Delgada, Azores, and Stykkisholmur, Iceland, to describe the variations in the westerly flow in the North Atlantic, and thus the NAO. Figure 3.18 updates IPCC (1990) and reveals strong westerlies since 1989. It also highlights an apparent near century time-scale variation in the westerly flow with peaks around 1910 and at the present. The amplitude of this variation is as large as one standard deviation of the interannual variations. Flohn *et al.* (1992), using meteorological analyses, reported a deepening of quasi-stationary cyclones in the Northern Atlantic and in the Northern Pacific leading to an intensification of the extra-tropical circulation, most pronounced during winter, supporting the suggestions of intensification in Figures 3.17 and 3.18.

In the North Atlantic, decadal period fluctuations are superposed on a longer time-scale variation (Deser and Blackmon, 1993; Kushnir, 1994; Schlesinger and Ramankutty, 1994), which is reflected in the global mean temperature variations. The short-period mode, i.e., irregular fluctuations averaging about 9 years in length before about 1945 and about 12 years thereafter, is



**Figure 3.18:** Standardised difference of December to February atmospheric pressure between Ponta Delgada, Azores, and Stykkisholmur, Iceland, 1867 to 1995. Smooth curve was created using a 21-point binomial filter. Updated from IPCC (1990).

characterised by a dipole pattern in SSTs and surface air temperatures, with anomalies of opposite polarity east of Newfoundland and off the south-east coast of the USA. Distinctive sea level pressure and wind patterns have been identified with this short-period mode and it seems that the SSTs result largely from the winds, with cooler-than-normal SSTs accompanied by stronger-than-normal winds.

The lower frequency mode is identified as a temperature fluctuation with largest amplitude in the North Atlantic and surrounding continents where the period appears to vary regionally from 50 to 88 years. Relative to the record from 1850 on, it corresponds to a much colder period from the late 1800s to about 1920, much warmer than normal from about 1930 to 1960, and another cooler period in the 1970s and 1980s (Kushnir, 1994; Schlesinger and Ramankutty, 1994). The sea level pressures and surface winds associated with this pattern have been explored by Deser and Blackmon (1993) and Kushnir (1994) who find an anomalous cyclonic circulation during the warmer years and anticyclonic during the cooler years, centred in the mid-Atlantic near 40°N.

It seems likely that relationships among the atmosphere and ocean variables include the patterns of dynamical coupling between the atmosphere and ocean, which may extend outside the Atlantic domain. It is likely that there are changes in the ocean thermohaline circulation such as those seen in models with time-scales of roughly 50 years (Delworth *et al.*, 1993). The thermohaline circulation is greatly influenced by density fluctuations at high latitudes which apparently arise mainly in the fresh water availability which alters salinity, and originates from changes in precipitation, runoff, and evaporation. These

kinds of fluctuations may also be related to the abrupt climate changes seen in recent Greenland ice core analyses (Section 3.6.3).

Some reported variations in temperature and precipitation have been related to observed regional variations in atmospheric circulation. Analysis of trends in 700 hPa heights (O'Lenic, 1995) provides some evidence linking the regional circulation anomalies to the trends in surface temperature over the past 40 years, e.g., negative trend in the North Pacific and positive over western Canada. Ward (1992, 1994) demonstrated that the recent low rainfalls in the Sahel are also related to circulation anomalies. IPCC (1990) pointed out that changes in SSTs on a global scale played a major role in the reduction of Sahel precipitation. Lare and Nicholson (1994) have again reiterated the potential role of land-surface changes in the prolonged dry period in the Sahel, but Shinoda and Kawamura (1994a) suggest that changes in the SSTs of the Indian Ocean and the tropical North and South Atlantic modulate different aspects of the Sahel rainfall. Specifically, the contrasting anomalies of North and South Atlantic SSTs play a major role in the year-to-year latitudinal displacement of the rainbelt and the strong warming trend of the SSTs in the Indian Ocean (Figure 3.4) is associated with large-scale subsidence over the rainbelt. A new analysis of the interannual and decadal variations of the summer rains over the Sahel (Shinoda and Kawamura, 1994b) however, suggests that the decreased rainfall from the 1950s to the 1980s primarily resulted from weakened convection over the entire monsoonal rainbelt, rather than a systematic displacement of its central position.

One aspect of atmospheric circulation variations considered recently is the possible impact of volcanic eruptions. The eruption of Mt. Pinatubo (Section 3.2.6) led to studies which suggested, based on geographical variations in temperature after major eruptions, that heating of the tropical stratosphere resulting from volcanic aerosols drives an enhanced zonal wind (Groisman, 1992; Robock and Mao, 1992; Graf *et al.*, 1993). This stronger wind advects warmer maritime air over the continents, leading to warming, in the Northern Hemisphere winter, in higher latitudes. Such variations are limited to a year or two after a major eruption. So, only a protracted change in the level of volcanic activity could be expected to lead to a long-term atmospheric circulation change.

### 3.4.4  Southern Hemisphere Circulation

Over the Southern Hemisphere, analysis of decadal variability is difficult because of the paucity of data. Nevertheless careful analysis of station data together with the available analyses has revealed real decadal-scale climate changes (van Loon *et al.*, 1993; Hurrell and van Loon, 1994). A change in the atmospheric circulation is evident in the late 1970s with sea level pressures in the circumpolar trough generally lower in the 1980s than in the 1970s and with the changes most pronounced in the second half of the year, so that the tropospheric polar vortex remained strong into November. This was associated with a delayed breakdown in the stratospheric polar vortex and the ozone deficit in the Antarctic spring.

A near-global atmospheric pressure data set (Allan, 1993) and other data have been used to examine longer term variations in circulation in the Indian Ocean, since late last century (Allan *et al.*, 1995; Salinger *et al.*, 1995b). Circulation patterns in the periods 1870 to 1900 and 1950 to 1990 were more similar to each other than to those in the 1900 to 1950 period. These variations were most apparent in the mid- to high latitudes of the Southern Hemisphere. A more meridional long-wave pattern occurred in the early and late periods, and a more zonal flow regime occurred in the 1900 to 1950 period. This research suggests that the vigour of the atmospheric circulation has increased since the 1950s, particularly around the anticyclones in the southern Indian Ocean during summer, and Australia in winter. These high pressure features were found to wax and wane, but show no distinct displacements in the latitude of central pressure.

Coherent changes in the amplitude of the long-wave troughs to the south-west of Australia and in the Tasman Sea/New Zealand region have occurred during spring and summer (Salinger *et al.*, 1995b). On a decadal time-scale the troughs in the two regions have varied out of phase during winter. Most of the longer term trends are associated with the Tasman Sea/New Zealand trough during summer and autumn. Pressure in the south-west Australian winter trough has increased since the 1960s, and this has led to a decrease in the winter rainfall in the far south-west (Nicholls and Lavery, 1992; Allan and Haylock, 1993).

### 3.4.5  Summary of Section 3.4

Evidence that the El Niño-Southern Oscillation has varied in period, recurrence interval, and area and strength of impact is found in historical instrumental data and in palaeoclimatic data. The cause of these variations is not known. The rather abrupt change in the El Niño-Southern Oscillation, and atmospheric circulation, around 1976/77, noted in IPCC (1990), has continued. Since then, there have been relatively more frequent El Niño episodes, with only rare excursions into the other extreme (La Niña

episodes) of the phenomenon. This ENSO behaviour, and especially its behaviour since 1989, is unusual in the context of the last 120 years (the instrumental record). At least some of the recent fluctuations in rainfall in the tropics and subtropics (Figure 3.10) appear to be related to this unusual ENSO behaviour.

Anomalous atmospheric circulation regimes persisted over the North Pacific from 1976 to about 1988, and in the North Atlantic since 1989. Many long-lived temperature and precipitation anomalies are now known to be associated with regional anomalous atmospheric circulation features.

There remain problems with the monitoring of changes and variations in atmospheric circulation, because of doubts about the long-term consistency of analysis techniques, observations, and even the meteorological theories underlying analysis techniques. Such doubts restrict the number of fields which can be examined confidently for evidence of real change and variation.

### 3.5 Has the Climate Become More Variable or Extreme?

#### 3.5.1 Background

Concerns are often expressed that the climate may be more variable (i.e., more droughts and extended wet periods) or extreme (i.e., more frequent severe weather events) now than in the past. A possible source of confusion in any discussion of variability is that variability of the climate can be defined and calculated in several ways. Apparently contradictory conclusions may be reached from the different definitions. For instance, using the standard deviation or a similar measure to determine variability will, in certain circumstances, result in different conclusions from the use of interperiod differences (e.g., first differences of annual means) as a measure of variability. Care needs to be taken in the comparison of variabilities calculated and defined in different ways. Analysis of how the frequency and intensity of extreme weather events (e.g., tornadoes) have varied over time is also difficult, because of inhomogeneities in the data. Comparisons over longer periods, such as comparing late 20th century extremes with those of the late 19th century, are especially problematic because of changes in instrumentation and analysis methods, as well as site and exposure changes.

#### 3.5.2 Climate Variability

##### 3.5.2.1 Temperature

Parker et al. (1992) show plots of the low-pass filtered variances of the daily central England temperature series

since the mid-18th century. There is no clear evidence of trends in the variance over this very long record. Although there are interdecadal differences in variability, no tendency to higher variance is evident in recent decades.

Karl et al. (1995c) searched for evidence of changes in temperature variability in the USA, the former Soviet Union, China and Australia. They defined temperature variability as the absolute difference in temperature between two adjacent periods of time (1-day to annual). In the Northern Hemisphere their results indicate a tendency towards decreased temperature variability on intraseasonal (1-day to 5-day) time-scales. The decrease is strongest in the USA and China. The decreased variability at short time-scales could reflect a decrease in baroclinicity or the frequency of air mass change, suggesting that the Northern Hemisphere circulation may have become less variable through the 20th century. The interannual variability changes showed no consistent pattern across the three Northern Hemisphere areas. There was little consistency in patterns of change in temperature variability for Australia since 1961, apart from statistically significant decreases in interannual variability in September-November, for minimum, maximum, and average temperature, especially in temperate regions.

Parker et al. (1994) calculated the interannual variability of seasonal surface temperature anomalies for the 20-year period 1974 to 1993 for each calendar season separately, and compared it with the period 1954 to 1973. There was evidence of only a small global increase of variability in the later period. The spatially averaged ratios of the variances between the two 20-year periods, for the four seasons, were between 1.04 and 1.11. This suggests surface temperature variability increased slightly over the period of analysis. The analysis did reveal regions with strongly enhanced variability in the later period. Variance was enhanced over central North America between December and August. The El Niño events of 1982/3, 1986/7, and 1991/2 produced enhanced variance in the eastern tropical Pacific in 1978 to 1992 relative to 1951 to 1980.

In summary, temperature shows no consistent, global pattern of change in variability. Regional changes have occurred, but even these differ with the time-scale considered.

##### 3.5.2.2 Precipitation and related moisture indices

Means and standard deviations of Indian summer monsoon rainfall, calculated using a 31-year moving window, over the period 1871 to 1993, were examined by Sontakke et al. (1992). No trend was apparent in variability over the entire period. However, higher variability is generally associated

with drier periods, such as that observed since about 1970. Droughts have increased in frequency in Sub-Saharan Africa over the past few decades. This partly reflects the downward trend in mean rainfall (Section 3.3.2.1), but there were also changes in variability. Hulme (1992) examined changes in relative variability over Africa between 1931 to 1960 and 1961 to 1990 and found that areas of increased variability outweighed areas of reduced variability. The Sahel showed increased rainfall variability, especially in the east where increases were over 5% and in some places over 15%.

Changes in variability of the diurnal temperature range may provide some suggestive information regarding changes of variability of precipitation or cloudiness, since increased cloud cover can lead to warmer overnight temperatures, and lower daytime temperatures, in some regions. Karl *et al.* (1995c) examined changes in the variability of the diurnal range of temperature in the USA, the former Soviet Union, and China. They found decreases in the variability of the diurnal range, especially in the former Soviet Union. Since the diurnal range of temperature is related to cloud cover and humidity, decadal decreases in the variability of the diurnal range may reflect a decrease in variability of cloud cover, soil moisture, humidity, or wind.

Droughts have been relatively frequent since the late 1970s in some of the areas where drought usually accompanies El Niño events (e.g., north-east Australia). This presumably reflects the relatively frequent El Niño events during this period (see Section 3.4.2). Few analyses of the frequency of floods have been conducted. A study of floods in Sweden (Lindström, 1993) found no convincing evidence of trends through the 20th century, although the 1980s had larger floods than usual and the 1970s had few high floods. Wigley and Jones (1987) reported a higher than usual frequency of extreme dry summers and wet springs over England and Wales in 1976 to 1985. Gregory *et al.* (1991) updated the Wigley and Jones data to 1989 and found no evidence of a continuation of this tendency.

### 3.5.2.3 Atmospheric circulation

Born (1995) and Born and Flohn (1995) investigated atmospheric circulation variability using interdiurnal (i.e., day-to day) changes of surface pressure and geopotential in the Atlantic sector. Since 1970 there appears to have been a trend to increased variability on this time-scale. They also investigated maritime winds in the Atlantic between 60°N and 30°S, by examining trends in constancy (the resultant wind speed as a percentage of scalar wind speed). The trend at most latitudes from 1949 to 1989 was negative,

indicating increasing variability. A trend towards lower variability (increasing constancy) was found only in winter between 45°N and 60°N. Doubts remain about the long-term consistency of the analyses from which these results were derived. Trenberth (1996) notes some of the changes in the systems used to analyse atmospheric circulation.

The results of Karl *et al.* (1995c) suggest that these findings cannot be extrapolated to infer increases in atmospheric circulation variability over the USA or much of Asia. Karl *et al.* found evidence of decreased variability of temperature at the interdiurnal time-scale in the USA, former Soviet Union and China. Since the variability of the atmospheric circulation provides the dominant forcing of interdiurnal temperatures in these regions, it seems unlikely that the interdiurnal variability of atmospheric circulation has increased there.

Changes in the mean atmospheric circulation over the North Pacific (Section 3.4.3) in the late 1970s were accompanied by a southward shift in storm tracks and the associated synoptic eddy activity (Trenberth and Hurrell, 1994). The incidence of cold outbreaks increased across the plains of North America at this time. Such shifts could be interpreted as changes in atmospheric circulation variability, at least on a regional scale.

The variability of the El Niño-Southern Oscillation has been examined by Wang and Ropelewski (1995) who noted a general rise in the level of variability from the earliest records to the 1910s, followed by a period of 20 to 40 years of no change, with a suggestion of increased variability over recent decades. ENSO variability was greater when the sea surface temperature was generally higher. However, the results were sensitive to the sea surface temperature analysis technique. Nonetheless, their conclusion was consistent with that of Rasmusson *et al.* (1994), who found a relative minimum in surface pressure variance and precipitation variability during the periods of relatively low mean sea surface temperature.

### 3.5.3 Extreme Weather Events

#### 3.5.3.1 Tropical cyclones

Atlantic hurricane (tropical cyclone) activity over the period 1970 to 1987 was less than half that in the period 1947 to 1969 (Gray, 1990). A similar quiet period occurred at the same time in the western North Pacific, suggestive of a decrease in the number of very intense tropical cyclones. Bouchard (1990) and Black (1992), however, demonstrated that this apparent change in intensity in the western North Pacific was an artefact, due to a change around 1970 in the method used to derive wind estimates from pressure estimates. When a consistent method for determining wind

estimates was used throughout the period of record, the pre-1970 data were statistically indistinguishable from the post-1970 data. Landsea (1993) suggested that the Atlantic hurricane intensity record was probably also biased. Winds were 5 kt higher before 1970, compared with hurricanes with the same minimum pressure after 1970. After adjusting for this bias a substantial downward trend in intense hurricane activity is still apparent. There remains a possibility that not all the bias in the Atlantic records has been removed, because of the remarkable drop in apparent intensity from 1970, the same year the artificial drop in frequency of intense typhoons appeared in the north-west Pacific. However, this step decrease was also observed in the frequency of storms hitting the USA. These storms were categorised by using minimum sea level pressure recorded at landfall. Such observations should not be as suspect as observations over the ocean. Also, the decrease in hurricanes appears to reflect a relationship between hurricane activity and Sahel rainfall (Landsea and Gray, 1992; Goldenberg and Shapiro, 1996). Finally, hurricane activity is also weaker during El Niño episodes. The relatively more frequent El Niño episodes since the mid-1970s (see Section 3.4.2) would, therefore, have led to a tendency for weak hurricane activity. There are strong grounds, therefore, for concluding that the decrease in Atlantic intense hurricane activity is real (Landsea *et al.*, 1996). However, Karl *et al.* (1995d) found no trend in the numbers of hurricanes crossing the USA coast since 1900, although numbers were higher during the middle decades of the century. The 1995 Atlantic hurricane season was more active than recent years.

In the north-east and south-west Pacific the number of cyclones appears to have increased (Thompson *et al.*, 1992; Landsea and Gray, 1995), although doubts must be expressed about the consistency of the observation systems over this period. In the south-east Pacific, where tropical cyclone activity is usually associated with El Niño events, the frequency of occurrence appears to have increased in recent decades. Again, the quality of the long-term cyclone data base in this region is suspect. In the Australian region much of the apparent long-term variations in cyclone activity appear to be the result of changes in observing systems or analysis techniques (Nicholls, 1992). Raper (1993) noted that little confidence could be placed in apparent long-term trends (except perhaps in the North Atlantic) because of doubts about the consistency of the data.

Doubts about the quality and consistency of the data on maximum wind speeds in most cyclone basins preclude convincing analysis of how peak cyclone intensity might have changed in recent decades. Only in the Atlantic do the



**Figure 3.19:** Time-series of mean annual maximum sustained wind speed attained in Atlantic hurricanes (Landsea *et al.*, 1996). Linear trend shown as dashed line.

data seem of sufficient quality to allow such an analysis. Figure 3.19 shows the mean maximum sustained wind speed attained each year in Atlantic hurricanes (Landsea *et al.*, 1996). Mean maximum wind speed appears to have decreased. However, the peak intensity reached by the strongest hurricane each year has shown no trend in the five-decade period.

### 3.5.3.2 Extra-tropical storminess

There is some evidence of recent increased storminess around the North Atlantic, although there are doubts about the consistency of the meteorological analyses from which this increase has been derived. Hand-drawn analyses of Atlantic surface pressure patterns, produced since 1956 by Seewetteramt, Hamburg, have been used to analyse the annual occurrence of extra-tropical cyclones (also known as low pressure systems or depressions) with minimum pressures below 950 hPa (Dronia, 1991). Little trend was found, except for an abrupt increase in frequency since 1988. Stein and Hense (1994), using daily grid-point pressure data, deduced that the North Atlantic winters since 1988/89 had been affected by a higher frequency of extreme low pressure systems than at any time since 1880. Schinke (1993) used once-daily' analyses (USA analyses 1939 to 1964; thereafter German analyses) to count the number of storms with pressures below certain thresholds. This study revealed a substantial increase in the number of severe storms in the North Atlantic area, in the early 1970s. The mean central pressure showed a decreasing trend. Stein and Hense (1994) also deduced an increase in the numbers of extreme lows in the early 1970s, but concluded that this increase does not appear to be significant, when considered in the context of the observed interannual variability.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 574 of 584

Schmidt and von Storch (1993) suggest that local studies with homogenous data bases may provide more definite answers, at least for specific regions, than the use of analyses with time-varying biases (Section 3.4.1). They used daily air pressure observations at three stations in the south-east North Sea to calculate the annual distributions of daily geostrophic wind speeds and concluded that the frequency of extreme storms in this area has not changed in the past 100 years. Von Storch *et al.* (1993) analysed a long time-series of "severe storm days" on Iceland, based on local wind observations, and found little trend in the number of severe storm days, (apart from an artificial change in storm frequency around 1949, because of changes in observing practices). Numbers of storms are quite low during the 1980s. Von Storch *et al.* (1993) also examined high water levels at Hoek van Holland, after removing the effects of tides and sea level changes. The resultant time-series should reveal storm-related surge heights. No trend was found in the frequency of extreme surge heights.

Bardin (1994) reported an abrupt increase in the frequency of extra-tropical depressions in the central North Pacific, in the late 1970s. For the Northern Hemisphere as a whole, Bardin found a decrease in cyclone frequency beginning in the second half of the 1980s, after a period of about a decade with higher numbers of cyclones. The size and intensity of cyclones were approximately constant until 1980, and had increased since then. Serreze *et al.* (1993) found increasing numbers of cyclones and anticyclones over the Arctic between 1952 and 1989.

Agee (1991) combined data from three previous studies of cyclone and anticyclone frequency around North America to examine trends. He found evidence of increases in extra-tropical cyclone numbers between 1905 and 1940 and decreasing numbers of both cyclones and anticyclones between about 1950 and 1980. Agee found some evidence of an increase in cyclone numbers between 1980 and 1985, but his data did not extend into more recent years. Temporal variations in winter storm disasters (Changnon and Changnon, 1992) closely matched the trends in cyclone numbers for North America. Davis and Dolan (1993) found a similar variation in the occurrences of mid-latitude cyclones over eastern North America. Cyclones were less frequent between the mid-1960s and the mid-1970s, relative to the period from 1942. Since the mid-1970s the yearly number has increased but has not consistently reached pre-1965 levels. The prevalence of the most destructive storms has been erratic, but has increased overall. Seven of the eight most intense storms that have developed in the past 50 years occurred in the last 25 years.

One Southern Hemisphere region where atmospheric depressions appear to have increased in number in recent decades is along the east coast of Australia. Hopkins and Holland (1995) determined the numbers of east coast cyclones with an objective method of specification based on a consistent set of observing stations spread along the coast. They found an upward trend in the numbers of cyclones between 1958 and 1992.

In summary, the evidence on changes in extra-tropical synoptic systems is inconclusive. There is no clear evidence of any uniform increase. Evidence from some areas suggests no change during the 20th century; in some other areas there is some evidence of change.

### 3.5.3.3 Intense rainfalls

Long-term rainfall observing sites can be used to examine changes in the frequency of intense 24-hour rainfall totals. Iwashima and Yamamoto (1993) did this, for 55 stations in Japan and for 14 stations in the contiguous USA, by determining the decades in which the three highest daily rainfall totals were recorded. A trend towards higher frequencies of extreme rainfalls in recent decades was evident. Such a trend was also found by Karl *et al.* (1995c) who analysed the trends in the percentage of total seasonal and annual precipitation occurring in heavy daily rainfall events (days with rainfalls exceeding 50.8 mm) over the USA (1911 to 1992), the former Soviet Union (1935 to 1989), and China (1952 to 1989). A significant trend to increased percentages of rainfall falling in heavy events is evident in the USA, largely due to a strong increase in extreme rainfall events during the warm season. A similar trend is also apparent in heavy rainfall events calculated from 3-day total rainfalls. Trends to more extreme rainfall events were not apparent in the other regions. A trend to increased annual rainfall around the periphery of the North Atlantic, since early this century, also appears to reflect an increase in the number of heavy rainfall events (Frich, 1994).

Rakhecha and Soman (1994) examined annual extreme rainfalls in the time-scale of 1–3 days at 316 stations well-distributed across India, for the period 1901 to 1980. Most annual extreme rainfall records were free of trend or autocorrelation. The extreme rainfall series over the west coast north of 12°N and at some stations to the east of the Western Ghats over the central parts of the Peninsula showed a statistically significant increasing trend. Stations over the southern Peninsula and over the lower Ganga valley exhibited a decreasing trend.

In Australia, the relationship between trends in mean rainfall and trends in intensity of rain events is complex (e.g., Nicholls and Kariko, 1993; Yu and Neil, 1991, 1993),

except in the tropical regions (Lough, 1993; Suppiah and Hennessey, 1996). Lough (1993) found no evidence of a trend to more intense rainfall, or for greater numbers of heavy rain days between 1921 and 1987, in general over north-east Australia. Suppiah and Hennessey (1995), however, reported an increase in the frequency of extreme rainfall events at a majority of stations in northern Australian summers since 1910. Few of the increases were statistically significant.

Few studies have reported changes in occurrence of hail. Dessens (1994) reported a substantial increase in hail fall severity in France during summer. This increase was related to an increase in the summer mean minimum temperature which is significantly correlated with hail occurrence in France.

### 3.5.3.4 Extreme temperatures

One extreme that might be anticipated to change in frequency if mean temperatures increased is the frequency of frosts or freezes. Decreases over the past few decades in the frequency of extreme low minimum temperatures or the length of the frost season have been reported for several widely separated locations (Salinger *et al.*, 1990; Karl *et al.*, 1991; Watkins, 1991; Bootsma, 1994; Palecki, 1994; Cooter and LeDuc, 1995; Stone *et al.*, 1996). Cooter and LeDuc, for instance found that the frost-free season in the north-eastern USA now begins 11 days earlier than 30 years ago. However, not all the stations and regions examined in these studies exhibited a decrease in frost occurrence.

Changes in frequency of extreme maximum (daytime) temperatures were less consistent than was the case for minimum temperatures. Across the USA a spatially complicated pattern of variations in extreme maximum temperatures is evident, with no evidence of a country-wide increase in extremes (Karl *et al.*, 1991; Balling and Idso, 1990; DeGaetano *et al.,* 1994; Henderson *et al.,* 1994). Karl *et al.* found evidence of increases in extreme seasonal minimum temperatures in the contiguous USA and the former Soviet Union, but little or no change in extreme seasonal maximum temperatures. Plummer (1996) found that, in Australia, extreme minimum temperatures have been increasing at a similar rate to average temperatures but that trends in the extreme maximum temperatures were smaller.

In some areas there is evidence of decadal variations in the frequency of occurrence of regional cold outbreaks. For instance, changes in Pacific Ocean storm tracks since about 1976 (Trenberth and Hurrell, 1994) have been implicated in higher incidences of regional cold outbreaks, from the late 1970s to the mid-1980s, across the plains of North America, ultimately leading to an increased frequency of major freezes affecting Florida (Rogers and Rohli, 1991; Downton and Miller, 1993).

### 3.5.3.5 Tornadoes, thunderstorms, dust storms, and fire weather

The final type of extreme weather event considered here consists of events normally subject to visual reports. Identification of trends in such data is likely to be problematic, because of doubts about consistency of observer behaviour. There is little or no evidence of consistent increases in such events. For example, Ostby (1993) found no evidence of increased occurrence of strong or violent tornadoes in the USA, although the numbers of reports of less severe tornadoes appears to have increased, perhaps due to increased population, eagerness in reporting, or improved reporting procedures. Grazulis (1993) reported a drop in damaging tornadoes in the 1980s over the USA.

There is some evidence of an increase in thunderstorms in the global tropics, from observations of trends in cloudiness (London *et al.*, 1991). The amount of cumulonimbus clouds, often associated with thunderstorms, increased over the tropical oceans between 1952 and 1981 partly at the expense of cumulus clouds (Section 3.3.8.2). This suggests an increase in thunderstorm activity in the tropics. Increases in summer extreme rainfall events in the USA reported by Karl *et al.* (1995c), and in tropical Australia during summer (Suppiah and Hennessey, 1995) also may reflect an increase in thunderstorm activity. Overall, however, land based tropical rainfall has declined in the last few decades (see Figure 3.11). A large percentage of rainfall is associated with thunderstorm activity, so the decrease in rainfall might reflect a drop in thunderstorm activity, at least over tropical land areas. Karl *et al.* (1995c) did not find increases in summer extreme rainfall events in China or the former Soviet Union.

Goudie and Middleton (1992) examined time-series of dust storms for many parts of the world. They found no global pattern of dust storm frequency trend, and concluded that, in the absence of regional-scale human activities (e.g., changes in agricultural practices), the major factor affecting numbers of dust storms is rainfall. So a change in rainfall might be expected to lead to changes in the frequency of dust storms.

Balling *et al.* (1992) examined variations in wildfire data in the Yellowstone National Park between 1895 and 1990. The area burnt is positively related to summer temperature and negatively related to summer and antecedent precipitation. Summer temperatures have been increasing

in this area through the 20th century, while antecedent precipitation has been decreasing. Balling *et al.* concluded that there has been a significant trend to a set of climatic conditions favouring the outbreak of wildfires.

### 3.5.4 Summary of Section 3.5

There has been no consistent trend in interannual temperature variability in recent decades. In some areas variability on shorter time-scales has decreased. Few regions have been examined for evidence of changes in interannual variability of rainfall. The areas examined have not exhibited a consistent pattern. Trends in intense rainfalls are not globally consistent, although in some areas (Japan, the USA, tropical Australia) there is some evidence of increases in the intensity or frequency of extreme events. There has been a clear trend to fewer low temperatures and frosts in several widely-separated areas in recent decades. Widespread significant changes in extreme high temperature events have not been observed, even in areas where the mean temperatures have increased.

There are grounds for believing that intense tropical cyclone activity has decreased in the North Atlantic, the one tropical cyclone region with apparently consistent data over a long period. Elsewhere, apparent trends in tropical cyclone activity are most likely due to inconsistent analysis and observing systems. Doubts in the consistency of meteorological analyses also confound the estimation of trends in extra-tropical cyclones. In some regions (e.g., over the USA, the east coast of Australia, the North Atlantic) there is some evidence suggestive of recent increases. However some other highly reliable records in particular regions (e.g., the German Bight) do not exhibit any trends to increased storminess.

Overall, there is no evidence that extreme weather events, or climate variability, has increased, in a global sense, through the 20th century, although data and analyses are poor and not comprehensive. On regional scales there is clear evidence of changes in some extremes and climate variability indicators. Some of these changes have been toward greater variability; some have been toward lower variability.

## 3.6 Is the 20th Century Warming Unusual?

### 3.6.1 Background

To understand recent and future climatic change, it is necessary to document how climates have varied in the past, i.e., the space- and time-scales of natural climate variability. Such information is necessary, for instance, to determine whether the changes and variations documented earlier in this chapter are likely to reflect natural (rather

than human-induced) climate variability. Some measure of this natural variability can be deduced from instrumental observations, but these are restricted, for the most part, to less than 150 years. Longer records of climate variations are required to provide a more complete picture of natural climate variability against which anthropogenic influences in the observed climate record can be assessed. Changes in the thermohaline circulation are one example of internal (natural) variability in the climate system affecting temperature trends. Evidence of such changes has been found in some ice-age records, although the evidence is more muted for fluctuations of the last 10,000 years.

IPCC (1990) provided a broad overview of the climates of the past 5,000,000 years, and a more detailed presentation of three periods suggested as possible analogues of a greenhouse-enhanced world. IPCC (1992) concentrated on the climate of the past 1000 years, a topic which this chapter also examines, because of the recent increase in data for this period, and because of its relevance to the current climate. The data from the last 1000 years are the most useful for determining the scales of natural climate variability. Rapid natural climate changes also provide information on the sensitivity/stability of the climate system of relevance in projections of climate change. Recent evidence of such changes over the last 150,000 years is also assessed here.

Climates from before the recent instrumental era must be deduced from palaeoclimatic records. These include tree rings, pollen series, faunal and floral abundances in deep-sea cores, isotope analysis from coral and ice cores, and diaries and other documentary evidence. The difficulty of determining past climates can be illustrated by the case of tropical sea surface temperatures (SSTs) around the time of the last glacial maximum (around 22,000-18,000 years ago). The lack of consensus on this topic provides an indication of the problems of using proxy data. The topic is important partly because of the possible use of glacial data in validating climate models, and relating past climates to radiative forcings (Crowley, 1994). The relationship between modern and past terrestrial and sea surface temperatures is still one of the major uncertainties involved in understanding the climate during the last ice age. Terrestrial surface temperature estimates from snow line and pollen data (e.g., Webster and Streten, 1978; Seltzer, 1992), SSTs from coral (e.g., Beck *et al.*, 1992; Aharon *et al.*, 1994; Guilderson *et al.*, 1994), and from ice cores in the Andes (Thompson *et al.*, 1995) do not concur with estimates from other sources such as oxygen isotope, planktonic foraminiferal and pollen records and the temperature dependent saturation of long-chain alkenones

from algae (e.g., Ohkouchi *et al.*, 1994; Sikes and Keigwin, 1994; Thunnell *et al.*, 1994). The land-based data (and some estimates from coral) suggest that ice age SSTs in the tropics were about 5°C lower than present, while the other sources suggest about 1–2°C. These inconsistencies cause problems in the use of palaeoclimatic data to validate climate models, and need to be resolved.

### 3.6.2  Climate of the Past 1000 Years

Various methods based on historical, ice core, tree-ring, lake level and coral data have been used to reconstruct the climate of the last millennium (Cook, 1995). For example, a significant number of annually resolved, precisely dated temperature histories from tree rings are available. However, these records are still too sparse to provide a complete global analysis, and must, in general be interpreted in a regional context. In addition, they usually only reflect changes in warm-season (growing season) temperatures. Tree-ring records frequently represent interannual and decadal time-scale climate variability with good fidelity, as indicated by comparison with recent instrumental records. However, the extent to which multi-decadal, century, and longer time-scale variability is expressed can vary, depending on the length of individual ring-width or ring-density series that make up the chronologies, and the way in which these series have been processed to remove non-climatic trends. In addition, the possible confounding effects of carbon dioxide fertilisation needs to be taken into account when calibrating tree-ring data against climate variations. Coral records are available from regions not represented by tree rings and usually have annual resolution. However, none extends back more than a few hundred years. The interpretation of ice core records from polar ice sheets and tropical glaciers may be in some cases limited by the noise inherent to snow depositional processes, especially during this period when climate changes were rather small (by comparison, for instance, with the large rapid changes discussed in the next section). On the other hand, they can give an unambiguous record of accumulation change, on an annual basis. All these forms of data can and have been used to provide information regarding climate variations of the past 1000 years.

There are, for this last millennium, two periods which have received special attention, the Medieval Warm Period and the Little Ice Age. These have been interpreted, at times, as periods of global warmth and coolness, respectively. Recent studies have re-evaluated the interval commonly known as the Medieval Warm Period to assess the magnitude and geographical extent of any prolonged warm interval between the 9th and 14th centuries (Hughes

and Diaz, 1994). The available evidence is limited (geographically) and is equivocal. A number of records do indeed show evidence for warmer conditions at some time during this interval, especially in the 11th and 12th centuries in parts of Europe, as pointed out by Lamb (1965, 1988). There are also indications of changes in precipitation patterns and associated droughts both in California and Patagonia during medieval time (Stine, 1994). However other records show no such evidence, or indicate that warmer conditions prevailed, but at different times. This rather incoherent picture may be due to an inadequate number of records or a bias in the geographical and seasonal representation in the available data (Briffa and Jones, 1993; Jones and Briffa, 1996), and a clearer picture may emerge as more and better calibrated proxy records are produced. However, at this point, it is not yet possible to say whether, on a hemispheric scale, temperatures declined from the 11–12th to the 16–17th century. Nor, therefore, is it possible to conclude that global temperatures in the Medieval Warm Period were comparable to the warm decades of the late 20th century.

The term Little Ice Age is often used to describe a 400-500 year long, globally synchronous cold interval, but studies now show that the climate of the last few centuries was more spatially and temporally complex than this simple concept implies (Jones and Bradley, 1992). It was a period of both warm and cold climatic anomalies that varied in importance geographically. For the Northern Hemisphere as a whole, the coldest intervals of summer temperature were from 1570 to 1730 (especially 1600 to 1609) and during most of the 19th century, though individual records show variations in this basic pattern. Warmer conditions were more common in the early 16th century and in most of the 18th century, though for the entire hemisphere, conditions comparable to the decades from 1920 onward (the time when instrumental records become more reliable and widely available) have not been experienced for at least several hundred years. Temperatures from boreholes (Section 3.2.5.2) also suggest that the present temperatures in parts of North America and perhaps elsewhere may be warmer than the last few hundred years. Regional temperatures do not all, of course, conform to this pattern. For instance, spring temperatures during the period 1720 to 1770 appeared to be warmer than the 20th century in parts of China (Hameed and Gong, 1994). However, despite the spatial and temporal complexity, it does appear that much of the world was cooler in the few centuries prior to the present century.

Bradley and Jones (1993, 1995) developed a Northern Hemisphere summer temperature reconstruction since 1400

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 578 of 584

from 16 palaeoclimatic records (Figure 3.20). Recent decades (the recent instrumental record is also plotted on this figure) appear to be warmer than any extended period since 1400, and the warming since the late 19th century is unprecedented in this record. Regionally, however, the recent warming is not always exceptional. For instance, in the Swedish Torneträsk tree-ring series, the 20th century warming appears as a relatively minor event (Briffa *et al.*, 1990; 1992). In this region, in both the 1400s and, especially, the 900–1100 interval, summer conditions appear to have been warmer than today. Tree-ring width series from the northern Urals (Graybill and Shiyatov, 1992) indicate that in this area 20th century summers have been somewhat warmer than average. A recent analysis, using tree-ring density data, has attempted to reproduce more of the century time-scale temperature variability in this region (Briffa *et al.*, 1995). This shows that the 20th century was clearly the warmest in the last 1000 years in this region, though shorter warmer periods occurred, for example, in the 13th and 14th centuries. The Californian Cirque Peak ring-width cool-season temperature history (Graybill and Funkhouser, 1994) indicates unusual warmth during most of the 20th century, but with recent cooling (contrary to instrumental observations in this area). The nearby Campito Mountain ring-width warm-season temperature history (LaMarche, 1974) agrees well with the Cirque Peak record, e.g., the 20th century appears to have been unusually warm, while the 17th century was generally cool. North-west Alaska has been unusually warm during the 20th century (Jacoby *et al.*, 1996).

In the Southern Hemisphere, the records from Australasia show evidence of recent unusual warmth, especially since 1960, but some from South America do not. Thus the Northern Patagonia and Rio Alerce ring-width records from Argentina (Villalba, 1990; Boninsegna, 1992) and the Chilean Lenca ring-width temperature history (Lara and Villalba, 1993) show no clear indication of 20th century warming, in accord with local instrumental records (Villalba, 1990). Recently analysed ice cores from the north-central Andes (Thompson *et al.*, 1995) indicate that temperatures were cool in the 200–500 years before the present. Strong warming has dominated the last two centuries in this region. Temperatures in the last two centuries appear higher than for some thousands of years in this area. New Zealand tree rings reproduce the warming observed instrumentally since about 1950, although there is also a suggestion of warmer periods early in the 18th and 19th centuries (Salinger *et al.*, 1994), near a time of maximum mountain glacier ice volumes in the Southern Alps of the country. The Tasmanian Lake Johnston history



**Figure 3.20:** Decadal summer temperature index for the Northern Hemisphere, from Bradley and Jones (1993), up to 1970-1979. The record is based on the average of 16 proxy summer temperature records from North America, Europe and east Asia. The smooth line was created using an approximately 50-year Gaussian filter. Recent instrumental data for Northern Hemisphere summer temperature anomalies (over land and ocean) are also plotted (thick line). The instrumental record is probably biased high in the mid-19th century, because of exposures differing from current techniques (e.g., Parker, 1994b).

(Cook *et al.*, 1991) shows recent anomalous warming, especially since 1960 (Cook *et al.*, 1992).

Temperature records derived from coral supplement the records from tree rings. A Galapagos Islands coral temperature record for 1607 to 1982 has been derived by Dunbar *et al.* (1994) who found a very high correlation with directly measured local annual SST for 1961 to 1982. Coral-estimated SSTs have fallen significantly throughout the 20th century in this location and may now be at their lowest since 1650. This is in broad agreement with the lack of recent warming in the South American tree-ring studies. However, there has not been a general cooling in the eastern tropical Pacific this century (Bottomley *et al.*, 1990), so the Galapagos cooling may be a local phenomenon. Australian Great Barrier Reef temperature histories since 1583 have been derived from corals distributed along the reef from 10–30°S (Lough *et al.*, 1996). These coral-based SSTs have been relatively warm for most of the 20th century. This warm period was preceded by below-average SSTs in the 1850 to 1900 period. An earlier warm period is indicated around 1830 to 1840, but with less certainty. The pre-1800 period was probably a time of conspicuously below-average SSTs. Similar results were obtained from the Abraham Reef record (Druffel and Griffin, 1993), on the south-western tip of the Great Barrier Reef.

Case No. 1:20-cv-02484-MSK   Document 83-1   filed 05/06/21   USDC Colorado   pg 579 of 584

Just as important as temperature are variations in the hydrological cycle during the last millennium. Global-scale records do not exist, but useful information has been derived for several continents. Especially relevant, because of the recent low rainfall in the Sahel (Section 3.3.2.1), is the evidence from Africa. From the 10th to 13th centuries the evidence suggests a much wetter climate over much of North Africa (Nicholson, 1978). After a drier regime during the 14th and 15th centuries, resembling the 20th century climate, North Africa again reverted to relatively wet conditions during the 16th to the late 18th centuries. Interspersed in this moderately wet era were extreme droughts in the 1680s and the 1740s to 1750s. Continental-scale dryness began in the 1790s and climaxed in a severe drought in the 1820s and 1830s. These two decades were likely drier than current conditions throughout the continent, except in the Sahel where current conditions are similar to those in the 1820 to 1830 period. The late 19th century again saw a rise in African rainfall that subsided around 1900. Rainfall increased during the 1950s and 1960s in North and Equatorial Africa, followed by a sharp decrease in the Sahel. The conditions during the last 100 years have been, for the most part, substantially drier than the rest of the last millennium. Of particular note are the dry conditions in the Sahel between 1968 and 1993. Nicholson (1989) has documented several previous dry regimes also lasting on the scale of a decade or two, particularly the 1680s, 1740s and 1750s, and 1820s and 1830s, that mirrored the recent period in the Sahel. So, the recent past has exhibited periods of comparable dryness to the last few decades.

The climate of the past 1000 years provides opportunities to determine the spatial and temporal scales of natural climate variability required for detection of climate change, and the causes of the natural climate variations. A relatively small number of records from key regions could help discriminate the relative importance of different phenomena (Crowley and Kim, 1993), in the creation of decadal-century time-scale variability. For instance, volcanism would influence land more than ocean, North Atlantic thermohaline processes may have unique climate signatures, records from the equatorial Pacific could be used to monitor decadal-scale variations in that region (e.g., variations in the El Niño-Southern Oscillation – see Section 3.4.2). Some of the palaeoclimatic records already exist. Figure 3.21 (after Thompson *et al.*, 1993) shows temperature estimates from ice cores in several widespread locations. These show warming this century, but the warming appears to be more significant in some locations than others. As noted above, geographical



**Figure 3.21:** Decadal averages of the δ18O records from ice cores in several widespread locations (after Thompson *et al.*, 1993). The shaded areas represent isotopically more negative (cooler) periods relative to the individual record means.

differences also exist in the warming estimated from tree-ring chronologies. The development and combination of more high-quality records such as those in Figure 3.21 are needed, if a more complete understanding of the scales and causes of natural climate variability is to be gained. Overall, however, it appears that the 20th century has been at least as warm as any century since at least 1400 AD. In at least some areas, the recent period appears to be warmer than has been the case for a thousand or more years (e.g., Briffa *et al.*, 1995; Thompson *et al.*, 1995). Alpine glacier advance and retreat chronologies (Wigley and Kelly, 1990) suggest that in at least alpine areas, global 20th century temperatures may be warmer than any century since 1000 AD, and perhaps as warm as during any extended period (of several centuries) in the past 10,000 years. Crowley and Kim (1995) estimate the variability of global mean



**Figure 3.22:** Reconstructed climate records showing rapid changes in the North Atlantic and in Greenland; the corresponding events (indicated by thin dashed vertical lines) are damped in the Antarctic record. Temperature changes are estimated from the isotopic content of ice (Greenland and Antarctica) and from faunal counts (North Atlantic). HL1 to HL5 indicate sedimentary "Heinrich" layers. Figure adapted from Jouzel et al. (1994).

temperature on century time-scales, over the past millennium, as less than ±0.5°C.

### 3.6.3 Rapid Cimate Changes in the Last 150,000 Years

The warming of the late 20th century appears to be rapid, when viewed in the context of the last millennium (see above, and Figures 3.20, 3.21). But have similar, rapid changes occurred in the past? That is, are such changes a part of the natural climate variability? Large and rapid climatic changes did occur during the last ice age and during the transition towards the present Holocene period which started about 10,000 years ago (Figure 3.22). Those changes may have occurred on the time-scale of a human life or less, at least in the North Atlantic where they are best documented. Many climate variables were affected: atmospheric temperature and circulation, precipitation

patterns and hydrological cycle, temperature and circulation of the ocean.

Much information about rapid climatic changes has recently been obtained either from a refined interpretation of existing records or from new ice, ocean and continental records from various parts of the world. Of particular significance are those concerning the North Atlantic and adjacent continents such as the GRIP (Dansgaard *et al.*, 1993) and GISP 2 (Grootes *et al.*, 1993) central Greenland ice cores, numerous deep-sea core records from the North Atlantic, and continental records (lake sediments, pollen series, etc.) from Western Europe and North America. These records provide descriptions of the last glacial period and the following deglaciation. The observed rapid changes are often large in magnitude, and thus there is considerable confidence in their reality.

There is evidence from these records of rapid warming ~11,500 calendar years ago. Central Greenland temperatures increased by ~7°C in a few decades (Dansgaard *et al.*, 1989; Johnsen *et al.*, 1992; Grootes *et al.*, 1993). There are indications of an even more rapid change in the precipitation pattern (Alley *et al.*, 1993) and of rapid reorganisations in the atmospheric circulation (Taylor *et al.*, 1993a; Mayewski *et al.*, 1993). Changes in SST, associated with sudden changes in oceanic circulation, also occurred in a few decades, at least in the Norwegian Sea (~5°C in fewer than 40 years; Lehman and Keigwin, 1992). During the last 20,000 years surface water salinity and temperature have exhibited parallel changes that resulted in reduced oceanic convection in the North Atlantic and in reduced strength of the global conveyor belt ocean circulation (Duplessy *et al.*, 1992). There was also a hiatus in the warming in the Southern Hemisphere during the last deglaciation. The subsequent warming was much less abrupt than in the Northern Hemisphere (Jouzel *et al.*, 1995). Similar behaviour occurred in New Zealand (Suggate, 1990; Denton and Hendy, 1994; Salinger, 1994).

There is also firm evidence of rapid warm-cold oscillations during the last glacial (Dansgaard-Oeschger events) in the central Greenland records (Johnsen *et al.*, 1992). Rapid warmings of ~5–7°C in a few decades were followed by periods of slower cooling and then a generally rapid return to glacial conditions. About 20 such intervals (interstadials) lasting between 500 and 2000 years occurred during the last glacial period (Dansgaard *et al.*, 1993). Their general progression was similar to the rapid changes in North Atlantic deep-sea core records. The most prominent of these interstadials may be associated with the sedimentary "Heinrich" layers interpreted as reflecting massive iceberg discharge from Northern Hemisphere ice sheets (Bond *et al.*, 1993; Mayewski *et al.*, 1994; Bond and Lotti; 1995), see Figure 3.22. These discharges occurred at the end of the cooling cycles and were followed by abrupt shifts to warmer SSTs.

During the last glacial period, rapid changes were also felt over at least parts of the continents as suggested by recently obtained records for Western Europe, North America, and China (Grimm *et al.*, 1993; Guiot *et al.*, 1993; Porter and An, 1995). Moreover, a significant increase in methane concentration is associated with the warm interstadials (Chappellaz *et al.*, 1993) that may be due to variations in the hydrological cycle at low latitudes. This suggests that the interstadials were at least hemispheric in their extent. Moreover, Greenland interstadials lasting more than 2000 years have weaker and smoother counterparts in Antarctica (Bender *et al.*, 1994;

Jouzel *et al.*, 1994). Keigwin *et al.* (1994) and McManus *et al.* (1994) found that Atlantic deep-water circulation and surface temperatures exhibited high variability through much of the last glacial, and that these variations were closely related to fluctuations in the Greenland ice cores. Keigwin *et al.* (1994) also report evidence from terrestrial palaeoclimate data suggesting that the short duration events since about 100,000 years ago were at least hemispheric, possibly global in extent.

The GRIP central Greenland ice core suggests that climate instability may also have been present during the last interglacial (Eemian). This period (~115,000–130,000 years ago) was locally warmer in Greenland than the present climate by up to 4°C but may have been interrupted by a series of changes that began extremely rapidly and lasted from decades to centuries. Questions about the validity of interpretation of the GRIP Eemian changes arise because there are significant differences between the GRIP and the GISP 2 records for the Eemian whereas the two cores, only 28 km apart, are in excellent agreement throughout the Holocene and the last glacial period. The bottom 10% of each core contains deformational features that are likely to have disturbed their stratigraphy (Taylor *et al.*, 1993b; Alley *et al.*, 1995). Comparison of the composition of entrapped air with the undisturbed Antarctic air composition record shows that mixing of ice of different origin has affected the bottom part of the GISP 2 core (Bender *et al.*, 1994). Until such an approach has been exploited for GRIP the possibility that disturbances simply change the apparent timing of events within the Eemian cannot be excluded for this core.

Evidence from other sources does little, at this stage, to determine whether or not these apparent Eemian rapid climate changes are real. Keigwin *et al.* (1994) and McManus *et al.* (1994) find little evidence of variability during the Eemian. Thouveny *et al.* (1994) and Field *et al.* (1994), however, report that pollen and rock magnetism data from western Europe show somewhat similar changes to the GRIP ice core record although the abrupt change found by Field *et al.*, may be a statistical artefact (Aaby and Tauber, 1995). Cortijo *et al.* (1992) also found rapid cooling in the ocean record during the Eemian. This may suggest that climate changes during the Eemian were fundamentally different in scale and area of influence, compared to more recent events.

These rapid events are relevant to understanding current climate because they affect on the human time-scales important climatic variables on a large geographical scale. However, at least some of these abrupt changes have been attributed to the instability of an ice sheet which does not

exist in today's world. The relevance of past abrupt events to present and future climate would be more convincing if the suggested high climate variability in the Eemian was confirmed.

Abrupt regional events also occurred in the past 10,000 years (e.g., Berger and Labeyrie, 1987). These changes, however, have been smaller and smoother than those during the previous glacial period. Such events are perhaps more relevant to the estimation of the possible speed of natural climate variations in the current climate, because of the closer similarity of boundary conditions (e.g., continental positions and ice sheets) to the current situation. It seems unlikely, given the smaller regional changes, that global mean temperatures have varied by 1°C or more in a century at any time during the last 10,000 years (e.g., Wigley and Kelly, 1990).

### 3.6.4  Summary of 3.6

Palaeoclimatic data are needed to better estimate natural climate variability to help resolve the climate change detection issue (Chapter 8), and are useful for the evaluation of climate models (Chapter 5).

Large and rapid climatic changes occurred during the last ice age and during the transition towards the present Holocene period. Some of those changes may have occurred on time-scales of a few decades, at least in the North Atlantic where they are best documented. They affected atmospheric and oceanic circulation and temperature, and the hydrologic cycle. There are suggestions that similar rapid changes may have also occurred during the last interglacial (the Eemian) period, but this requires confirmation. The recent (20th century) warming needs to be considered in the light of evidence that rapid climatic changes can occur naturally in the climate. However, temperatures have been far less variable during the last 10,000 years (i.e., during the Holocene).

Recent studies have demonstrated that the two periods commonly known as the Medieval Warm Period and the Little Ice Age were geographically more complex than previously believed. It is not yet possible to say whether, on a hemispheric scale, temperatures declined from the 11–12th to the 16–17th century. However, it is clear that the period of instrumental record began during one of the cooler periods of the past millennium.

Two views of the temperature record of the last century are possible if this record is viewed with the longer perspective provided by the palaeoclimatic data (Figure 3.20). On the one hand, the long-term change of temperature could be interpreted as showing a gradual increase from the late 16th century, interrupted by cooler conditions in the 19th century. Alternatively, one could argue that temperatures fluctuated around a mean somewhat lower than the 1860 to 1959 average (punctuated by cooler intervals in the late 16th, 17th and 19th centuries) and then underwent pronounced, and unprecedented (since 1400) warming in the early 20th century. Whichever view is considered, mid-late 20th century surface temperatures appear to have been warmer than any similar period of at least the last 600 years (Figures 3.20, 3.21). In at least some regions 20th century temperatures have been warmer than any other century for some thousands of years.

### 3.7  Are the Observed Trends Internally Consistent?

Estimates of changes in some important climatic variables examined earlier in this chapter, for the instrumental period are provided in Figure 3.23. The periods over which the changes have been estimated differ for the different variables, reflecting the availability of credible data. The information in the figure is meant to provide only a gross picture of climate variations during the instrumental record. In particular, it should not be interpreted as implying that any changes in the climate during the instrumental period have been linear or even necessarily monotonic. Examination of the earlier parts of this chapter will reveal more information, including the general absence of simple, linear trends over extended periods, for all the variables included in Figure 3.23.

Not all the climatic variables exhibiting substantial variations are represented in Figure 3.23, for simplicity. For example, changes in extreme events are not indicated on the schematic. There has been a clear trend to fewer frosts and low temperatures in several widely separated areas in recent decades. One recent circulation change is well-documented: the rather abrupt change in ENSO and atmospheric circulation, around 1976/77, noted in IPCC (1990). El Niño episodes have been relatively frequent since that time, with only rare excursions into La Niña episodes (e.g., 1988/89). There have been substantial prolonged precipitation and circulation anomalies associated with this extended period.

The pattern of change represented in Figure 3.23 is internally consistent. All the forms of data used to examine climate change and variability suffer from problems of quality and consistency, so conclusions reached on the basis of just one form of data must always be somewhat suspect. However, the internal consistency shown in Figure 3.23, of a warm late-20th century world, accompanied by some changes in the hydrologic cycle, confirms the validity of the messages from the individual forms of data. So, the

**(a)   Temperature indicators**



**(b)   Hydrological indicators**



Asterisk indicates confidence level (i.e., assessment): *** high, ** medium, * low

Figure 3.23: (a) Schematic of observed variations of temperature. (b) Schematic of observed variations of the hydrologic cycle.

observed warming cannot be attributed to urbanisation since it is also found in ocean temperatures and reflected in indirect temperature measurements. The increased 40–70°N precipitation is reflected in increased streamflow.

Despite this consistency, it should be clear from the earlier parts of this chapter that current data and systems are inadequate for the complete description of climate change. Virtually every monitoring system and data set requires better data quality and continuity. New monitoring systems, as well as improvements on current systems and studies to reduce quality problems from historical data, are required. Such improvements are essential, if we are to answer conclusively the questions posed in this chapter. Enormous amounts of meteorological data have been collected and archived over the past century. Even greater amounts will be collected, using new observing systems, in

the future. The old and new observations will need to be combined carefully, and comprehensive efforts made to reduce the influence of time-varying biases in all the data, and to protect the integrity of long-established, high-quality observing systems and sites, if we are to obtain more accurate and complete estimates of observed climate change and variability.

Conventional meteorological data, both now and in the past, were collected for weather prediction and for the description of the current climate. They require considerable work to ensure that they are useful for monitoring climate variability and change. Studies are required to ensure that adequate corrections can be made for changes in instrumentation, exposure, etc. The reduction of such problems in the future, as well as the past, will require the protection of high-quality climate observing sites.

Probably no single climate element has been studied more than near-surface temperature over land. Unfortunately, the present rate of decline of global data acquisition and exchange across the Global Telecommunications System threatens estimates of near-surface global temperature change (Karl *et al.*, 1995a). Historical temperature data are plagued by inhomogeneities from changes in instrumentation, exposure, site-changes, and time-of-observation bias. Many of these problems can be overcome by thorough comparisons between stations and with the help of metadata (documentation regarding site and instrumentation changes etc.). Few countries, however, provide adequate support for such activities. Changes in instrumentation in recent times continue to pose problems. Karl *et al.* (1995a) note, for instance, that the introduction of a new maximum-minimum thermistor in the USA co-operative observing network has introduced a systematic bias. Oceanographic data suffer from a lack of continuity. Conclusive detection and attribution of global climate change will require an ongoing homogenous, globally representative climate record. This needs to be given high priority in the design and maintenance of meteorological and oceanographic monitoring systems.

## References

**Aaby**, B. and H. Tauber, 1995: Eemian climate and pollen. *Nature*, **376**, 27–28.

**Agee**, E.M., 1991: Trends in cyclone and anticyclone frequency and comparison with periods of warming and cooling over the Northern Hemisphere. *J. Climate*, **4**, 263–267.

**Aharon**, P., C.W. Wheeler, J.M.A. Chappell and A.L. Bloom, 1994: Oxygen isotopes and Sr/Ca coral records from core Huon-1 in New Guinea document a strong Younger Dryas

resonance in the western tropical Pacific. *EOS, Abstracts 1994 Spring Meeting*, pp 205.

**Allan**, R.J., 1993: Historical fluctuations in ENSO and teleconnection structure since 1879: Near-global patterns. *Quaternary Australasia*, **11**, 17–27.

**Allan**, R.J. and R.D. D'Arrigo, 1996: 'Persistent' ENSO sequences: How unusual was the recent El Niño? *Holocene*, (submitted).

**Allan**, R.J. and M.R. Haylock, 1993: Circulation features associated with the winter rainfall decrease in southwestern Australia. *J. Climate*, **6**, 1356–1367.

**Allan**, R.J., J.A. Lindesay and C.J.C. Reason, 1995: Multidecadal variability in the climate system over the Indian Ocean region during the austral summer. *J. Climate*, **8**, 1853–1873.

**Alley**, R.B., D.A. Meese, C.A. Shuman, A.J. Gow, K.C. Taylor, P.M. Grootes, J.W. C. White, M. Ram, E.D. Waddington, P.A. Mayewski and G.A. Zielinski, 1993: Abrupt increase in Greenland snow accumulation at the end of the Younger Dryas event. *Nature*, **362**, 527–529.

**Alley**, R.B., A.J. Gow, S.J. Johnson, K. Kiefstuhl, D.A. Meese and Th. Thorsteinsson, 1995: Comparison of deep ice cores. *Nature*, **373**, 393–394.

**Anderson**, R.Y., 1992: Long-term changes in the frequency of occurrence of El Niño events. In: *El Niño: Historical and Paleoclimatic Aspects of the Southern Oscillation*, H.F. Diaz and V. Markgraf (eds.), Cambridge University Press, Cambridge, UK, pp 193–200.

**Angell**, J.K., 1988: Variations and trends in tropospheric and stratospheric global temperatures, 1958-87. *J. Climate*, **1**, 1296–1313.

**Antonov**, J.I., 1993: Linear trends of temperature at intermediate and deep layers of the North Atlantic and the North Pacific Oceans: 1957–1981. *J. Climate*, **6**, 1928–1942.

**Arkin**, P.A. and P.E. Ardanuy, 1989: Estimating climatic-scale precipitation from space: A review. *J. Climate*, **2**, 1229–1238.

**Balling**, R.C. and S.E.I dso, 1990: Effects of greenhouse warming on maximum summer temperatures. *Agricultural and Forest Meteorology*, **53**, 143–147.

**Balling**, R.C., G.A. Meyer and S.G. Wells, 1992: Climate change in Yellowstone National Park: Is the drought-related risk of wildfires increasing? *Clim. Change*, **22**, 35–45.

**Bardin**, M.Yu., 1994: Parameters of cyclonicity at 500 mb in the Northern Hemisphere extratropics. In: *Proc. XVIII Climate Diagnostics Workshop, Boulder, Co.*, NTIS, US Dept. of Commerce, Sills Building, 5285 Port Royal Road, Springfield, VA 22161, U.S.A., pp 397.

**Barros**, V. and I. Camilloni, 1994: Urban-biased trends in Buenos Aires' mean temperature. *Clim. Res.*, **4**, 33–45.

**Beck**, J.W., R.L. Edwards, E. Ito, F.W. Taylor, J. Recy, F. Rougerie, P. Joannot and C. Henin, 1992: Sea surface temperature from coral skeletal strontium/calcium ratios. *Science*, **257**, 644–647.

**Beltrami**, H. and J.-C. Mareschal, 1991: Recent warmings in eastern Canada inferred from geothermal measurements. *Geophys. Res. Lett.*, **18**, 605–608.