**Beltrami**, H. and J.-C. Mareschal, 1992: Ground temperature histories for central and eastern Canada from geothermal measurements: little ice age signature. *Geophys. Res. Lett.*, **19**, 689–692.

**Bender**, M., T. Sowers, M.L. Dickson, J. Orchards, P. Grootes, P.A. Mayewski and M.A. Meese, 1994: Climate connection between Greenland and Antarctica during the last 100,000 years. *Nature*, **372**, 663–666.

**Berger**, W.H.,and L.D. Labeyrie (eds.), 1987: *Abrupt Climatic Change: Evidence and Implications*. Reidel, Dordrecht, pp. 425.

**Bindoff**, N.L. and J.A. Church, 1992: Warming of the water column in the southwest Pacific Ocean. *Nature*, **357**, 59–62.

**Bindoff**, N.L. and T.J. McDougall, 1994: Diagnosing climate change and ocean ventilation using hydrographic data. *J. Phys. Oceanog.*, **24**, 1137–1152.

**Black**, P.G., 1992: Evolution of maximum wind estimates in typhoons. *ICSU/WMO International Symposium on Tropical Cyclone Disasters, October 12–16, 1992, Beijing*.

**Bond**, G.C. and R. Lotti, 1995: Iceberg discharges into the North Atlantic on millennial time scales during the last glaciation. *Science*, **267**, 1005–1010.

**Bond**, G., W.S. Broecker, S.J. Johnsen, J. Mc Manus, L.D. Labeyrie, J.Jouzel and G. Bonani, 1993: Correlations between climate records from North Atlantic sediments and Greenland ice. *Nature*, **365**, 143–147.

**Boninsegna**, J.A., 1992: South American dendroclimatological records. In: *Climate Since AD 1500*, R.S. Bradley and P.D. Jones (eds.), Routledge, London, pp 446–462.

**Bootsma**, A., 1994: Long term (100 yr) climatic trends for agriculture at selected locations in Canada. *Clim. Change*, **26**, 65–88.

**Born**, K., 1995: Tropospheric warming and changes in weather variability over the Northern Hemisphere during the period 1967–1991. *Meteorology and Atmospheric Physics*, (submitted).

**Born**, K. and H. Flohn, 1995: The detection of changes in baroclinicity and synoptic activity on the Northern Hemisphere for the period 1967-91using two data sets. *Meteorologische Zeitschrift*, (submitted).

**Bottomley**, M., C.K. Folland, J. Hsiung, R.E. Newell and D.E. Parker, 1990: *Global Ocean Surface Temperature Atlas (GOSTA)*. Joint Meteorological Office/Massachusetts Institute of Technology Project. Project supported by US Dept of Energy, US National Science Foundation and US Office of Naval Research. Publication funded by UK Depts of Energy and Environment, HMSO, London. 20 + iv pp and 313 Plates.

**Bouchard**, R.H., 1990: A climatology of very intense typhoons: or where have all the super typhoons gone? In: *1990 Annual Tropical Cyclone Report*, Joint Typhoon Warning Center, Guam, pp 266–269.

**Bradley**, R.S. and P.D. Jones, 1993: Little Ice Age summer temperature variations: their nature and relevance to recent global warming trends. *The Holocene*, **3**, 367–376.

**Bradley**, R.S. and P.D. Jones., 1995: Recent developments in studies of climate since AD 1500. In: *Climate Since AD 1500* (second edition), R.S. Bradley and P.D. Jones (eds.), Routledge, London, pp. 666–679.

**Bradley**, R.S., H.F. Diaz, J.K. Eischeid, P.D. Jones, P.M. Kelly and C.M. Goodess, 1987: Precipitation fluctuations over northern hemisphere land areas since the mid-19th Century. *Science*, **237**, 171–275.

**Brázdil**, R., 1992: Fluctuation of atmospheric precipitation in Europe. *GeoJournal* **27**, 275–291,

**Briffa**, K.R. and P.D. Jones, 1993: Global surface air temperature variations during the twentieth century: Part 2, implications for large-scale high frequency paleoclimatic studies. *Holocene*, **3**, 77–88.

**Briffa**, K.R., T.S. Bartholin, D. Eckstein, P.D. Jones, W. Karlen, F.H. Schweingruber and P. Zetterberg, 1990: A 1,400-year tree-ring record of summer temperatures in Fennoscandia. *Nature*, **346**, 434–439.

**Briffa**, K.R., P.D. Jones, T.S. Bartholin, D. Eckstein, F.H. Schweingruber ,W. Karlen, P. Zetterberg, and M. Fronen, 1992: Fennoscandian summers from AD 500: Temperature changes on short and long timescales. *Clim. Dyn.*, **7**, 111–119.

**Briffa**, K.R., P.D. Jones, F.H. Schweingruber, S.G. Shiyatov and E.R. Cook, 1995: Unusual twentieth-century summer warmth in a 1,000-year temperature record from Siberia. *Nature*, **376**, 156–159.

**Burn**, D.H, 1994: Hydrologic effects of climate change in west-central Canada. *J. Hydrol.*, **160**, 53–70.

**Cardone**, V.J., J.G. Greenwood and M.A. Cane, 1990: On trends in historical marine data. *J. Clim.ate*, **3**, 113–127.

**Cayan**, D.R., 1992: Latent and sensible heat flux anomalies over the northern oceans: The connection to monthly atmospheric circulation. *J. Climate*, **5**, 354–369.

**Cermak**, V., L. Bodri and J. Safanda, 1992: Underground temperature fields and changing climate: evidence from Cuba. *Global and Planetary Change*, **97**, 325–337.

**Changnon**, S. 1987: Climatic fluctuation and record-high levels of Lake Michigan. *Bull. Am. Met. Soc.*, **68**, 1394–1402.

**Changnon**, S.A. and J.M. Changnon, 1992: Temporal fluctuations in weather disasters: 1950–1989. *Clim. Change*, **22**, 191–208.

**Chapman**, D.S., T.J. Chisholm, and R.N. Harris, 1992: Combining borehole temperature and meteorological data to constrain past climate change. *Global and Planetary Change*, **6**, 269–281.

**Chapman**, W.L. and J.E. Walsh, 1993: Recent variations of sea ice and air temperature in high latitudes. *Bull. Am. Met .Soc.*, **74**, 33–47.

**Chappellaz**, J., T. Blunier, D. Raynaud, J.M. Barnola, J. Schwander and B. Stauffer, 1993: Synchronous changes in atmospheric $CH_4$ and Greenland climate between 40 and 8 kyr BP. *Nature*, **366**, 443–445.

**Chelliah**, M. and P. Arkin, 1992: Large-scale interannual variability of monthly outgoing long wave radiation anomalies over the global tropics. *J. Climate*, **5**, 371–389.

†Chen, L.-X., M. Dong and Y.-N. Shao, 1992: The characteristics of interannual variations of the East Asian monsoon. *J. Met. Soc. Japan*, **70**, 397–421.

⁺Chen, T.C., H. van Loon, K.D. Wu and M.C. Yen, 1992: Changes in the atmospheric circulation over the North Pacific-North America area since 1950. *J. Met. Soc. Japan*, **70**, 1137–1146.

Chiew, F.H.S. and T.A. McMahon, 1993: Detection of trend or change in annual flow in Australian rivers. *Int. J. Climatology*, **13**, 643–653.

Chiew, F.H.S. and T.A. McMahon, 1995: Trends and changes in historical annual streamflow volumes and peak discharges of rivers in the world. *Proc. Int. Congress on Modelling and Simulation, November 1995, Newcastle, Australia* (in press).

Christy, J.R., 1995: Temperature above the surface layer. *Clim. Change*, (in press).

Christy, J.R. and S.J. Drouilhet, 1994: Variability in daily, zonal mean lower-stratospheric temperatures. *J. Climate*, **7**, 106–120.

Christy, J.R. and J.D. Goodridge, 1995: Precision global temperatures from satellites and urban warming in non-satellite data. *Atmos. Env.*, **29**, 1957–1961.

Christy, J.R. and R.T. McNider, 1994: Satellite greenhouse warming. *Nature*, **367**, 325.

Christy, J.R., R.W. Spencer and R.T. McNider, 1995: Reducing noise in the MSU daily lower tropospheric global temperature data set. *J. Climate*, **8**, 888–896.

Chu, P-S., Z.-P. Yu and S. Hastenrath, 1994: Detecting climate change concurrent with deforestation in the Amazon basin: Which way has it gone? *Bull. Am .Met .Soc.*, **75**, 579–583.

Cole, J.E., R.G. Fairbanks and G.T. Shen, 1993: Recent variability in the Southern Oscillation: Isotopic results from a Tarawa Atoll coral. *Science*, **260**, 1790–1793.

Cook, E.R., 1995: Temperature histories from tree rings and corals. *Clim. Dyn.*, **11**, 211–222.

Cook, E.R., T. Bird, M. Peterson, M. Barbetti, B. Buckley, R. D'Arrigo, R. Francey and P.Tans, 1991: Climatic change in Tasmania inferred from a 1089-year tree-ring chronology of Huon pine. *Science*, **253**, 1266–1268.

Cook, E.R., T. Bird, M. Peterson, M. Barbetti, B. Buckley, R. D'Arrigo and R. Francey, 1992: Climatic change over the last millennium in Tasmania reconstructed from tree-rings. *Holocene*, **2**, 205–217.

Cooter, E.J. and S.K. LeDuc, 1995: Recent frost date trends in the northeastern United States. *Int. J. Climatology*, **15**, 65–75.

Cortijo, E., J.C. Duplessy, L. Lubeyrie, H. Leclaire, J. Duprat, and T.C.E. Van Weering, 1992: Eemian cooling in the Norwegian Sea and North Atlantic Ocean preceding ice-sheet growth. *Nature*, **372**, 446–449.

Crowley, T.J., 1994: Pleistocene temperature changes. *Nature*, **371**, 664.

Crowley, T.J. and K-Y.Kim, 1993: Towards development of strategy for determining the origin of decadal-centennial scale climate variability. *Quat. Sci. Rev.*, **12**, 375–385.

Crowley, T.J. and K-Y.Kim, 1995: Comparison of longterm greenhouse projections with the geologic record. *Geophys. Res. Lett.*, **22**, 933–936.

Cuffey, K.M., R.B. Alley, P.M. Grootes, J.F. Bolzan and S. Anandakrishnan, 1994: Calibration of the $\delta^{18}O$ isotopic paleothermometer for central Greenland, using borehole temperatures. *J. Glaciology*, **40**, 341–349.

Dahlström, B. 1994: Short term fluctuations of temperature and precipitation in Western Europe. In: *Climate Variations in Europe*, R.Heino (ed.), Academy of Finland, Publication 3/94, pp 30–38.

Dansgaard, W., J.W.C. White and S.J. Johnsen, 1989: The abrupt termination of the Younger Dryas. *Nature*, **339**, 532–534.

Dansgaard, W., S. J. Johnsen, H.B. Clausen, D. Dahl-Jensen, N.S. Gundestrup, C.U. Hammer, C.S. Hvidberg, J.P. Steffensen, A. Sveinbjörnsdottir, J. Jouzel and G. Bond, 1993: Evidence for general instability of past climate from a 250-kyr ice-core record. *Nature*, **364**, 218–220.

Davis, R.E. and R. Dolan, 1993: Nor'easters. *American Scientist*, **81**, 428–439.

DeGaetano, A.T., K.L. Eggleston and W.W. Knapp, 1994: Trends in extreme temperature events in the northeastern United States. In: *Preprints, Sixth Conference on Climate Variations, January 23-28, 1994*, Nashville, Tennessee, American Meteorological Society, pp. 136–139.

Delworth, T., S. Manabe and R.J. Stouffer, 1993: Interdecadal variations of the thermohaline circulation in a coupled ocean-atmosphere model. *J. Climate*, **6**, 1993–2011.

Deming, D., 1995: Climatic warming in North America: Analysis of borehole temperatures. *Science*, **268**, 1576–1577.

Denton, G.H. and C.H. Hendy, 1994: Younger Dryas age advance of Franz Josef glacier in the southern alps of New Zealand. *Science*, **264**, 1434–1437.

Deser, C. and M.L. Blackmon, 1993: Surface climate variations over the North Atlantic ocean during winter: 1900-1989. *J. Climate*, **6**, 1743–1753.

Deser, C. and M.L. Blackmon, 1995: On the relationship between tropical and North Pacific sea surface temperature variations. *J. Climate*, **8**, 1677–1680.

Dessens, J., 1994: Climatic response to a differential change in minimum and maximum temperatures. In: *Abstracts, AGU Western Pacific Geophysics Meeting, EOS*, June 21, 1994.

Dessens, J. and A. Bücher, 1995: Changes in minimum and maximum temperatures at the Pic du Midi in relation with humidity and cloudiness, 1882–1984. *Atmos. Res.*, **37**, 147–162.

Dettinger, M.D. and D.R. Cayan, 1995: Large-scale atmospheric forcing of recent trends toward early snowmelt runoff in California. *J. Climate*, **8**, 606–623.

Diaz, H.F. and V. Markgraf, 1992: *El Niño: Historical and Paleoclimatic Aspects of the Southern Oscillation*, Cambridge University Press, Cambridge, UK, pp 476.

Diaz, H.F. and R.S. Pulwarty, 1994: An analysis of the time scales of variability in centuries-long ENSO-sensitive records in the last 1000 years. *Clim. Change*, **26**, 317–342.

Diaz, H.F., R.S. Bradley and J.K. Eischeid, 1989: Precipitation fluctuation over global land areas since the late 1800s. *J. Geophys. Res.*, **94**, 1195–1240.

Diment, W.H., 1965: Comments on paper by E.A. Lubimova, 'Heat flow in the Ukrainian Shelf in relation to recent tectonic movement'. *J. Geophys. Res.*, **70**, 2466–2467.

Douglas, A.V., D.R. Cayan and J.Namias, 1982: Large-scale changes in North Pacific and North American weather patterns in recent decades. *Month. Wea. Rev.*, **110**, 1851–1862.

Downton, M.W. and K.A. Miller, 1993: The freeze risk to Florida citrus. Pt II: Temperature variability and circulation patterns. *J. Climate*, **6**, 364–372.

Dronia, H., 1991: On the accumulation of excessive low pressure systems over the North Atlantic during the winter seasons (November to March) 1988/89 to 1990/91. *Die Witterung im übersee*, **39**, 27.

Druffel, E.R.M and S. Griffin, 1993: Large variations of surface ocean radiocarbon: evidence of circulation changes in the southwestern Pacific. *J. Geophys. Res.*, **98**, 20249–20259.

Duchkov, A.D. and V.N. Devyatkin, 1992: Reduced geothermal gradients in the shallow West-Siberian Platform. *Global and Planetary Change*, **6**, 245–250.

Dunbar, R.B., G.M. Wellington, M.Colgan and P.W.Glynn, 1994: Eastern Pacific sea surface temperature variability since 1600 AD: The $\delta^{18}O$ record of climatic variability in Galapagos corals. *Paleoceanography*, **9**, 291–315.

Duplessy, J.C., L. Labeyrie, M. Arnold, M. Paterne, J. Duprat and T.C.E. Van Weering, 1992: North Atlantic sea surface salinity and abrupt climatic changes. *Nature*, **358**, 485–488.

Dutton, E.G. and J.R. Christy, 1992: Solar radiative forcing at selected locations and evidence for global lower tropospheric cooling following the eruptions of El Chichon and Pinatubo. *Geophys. Res. Lett.*, **19**, 2313–2316.

Eischeid, J.K., H.F. Diaz, R.S. Bradley and P.D. Jones, 1991: *A comprehensive precipitation data set for global land areas.* U.S. Department of Energy Report No. DOE/ER-69017T-H1, Washington, DC, 81 pp.

Eischeid, J.K., C.B. Baker, T.R. Karl and H.F. Diaz, 1995: The quality control of long-term climatological data using objective data analysis. *J. Appl. Meteor.*, **34**, 2787–2795.

Elliott, W.P. and D.J. Gaffen, 1991: On the utility of radiosonde humidity archives for climate studies. *Bull. Am . Met. Soc.*, **72**, 1507–1520.

Elliott, W.P., M.E. Smith and J.K. Angell, 1991: On monitoring tropospheric water vapor changes using radiosonde data. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp 311–328.

Elliott, W.P., D.J. Gaffen, J.D.W. Kahl and J.K. Angell, 1994: The effect of moisture on layer thicknesses used to monitor global temperatures. *J. Climate*, **7**, 304–308.

Elliott, W.P., R.J. Ross and D.J. Gaffen, 1995: Water vapor trends over North America. *Sixth Symposium on Global Change Studies, Amer. Meteor. Soc., Preprints*, pp 185–186.

Emslie, A.G. and J.R. Christy, 1995: The role of astronomical influences in driving long-term trends in terrestrial temperature, *Geophys. Res. Lett.*, (submitted).

Environment Canada, 1995: *The state of Canada's climate: monitoring variability and change.* State of Environment Rep. No. 95-1, Minister of Supply and Services, Canada, 52 pp.

Field, M.H., B. Huntley and H. Mɟller, 1994: Eemian climate fluctuations observed in a European pollen record. *Nature*, **371**, 779–783.

Findlay, B.F., D.W. Gullett, L. Malone, J. Reycraft, W.R. Skinner, L. Vincent and R. Whitewood, 1994: Canadian national and regional standardized annual precipitation departures. In: *Trends '93: A Compendium of Data on Global Change*, T.A. Boden, D.P. Kaiser, R.J. Sepanski and F.W. Stoss (eds.), ORNL/CDIAC-65, Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, U.S.A., pp. 800–828.

Flohn, H., A. Kapala, H.R. Knoche, and H. Mächel, 1992: Water vapour as an amplifier of the greenhouse effect: new aspects. *Meteorol. Zeitschrift N.F.*, **1**, 122–138.

Folland, C.K. and D.E. Parker, 1995: Correction of instrumental biases in historical sea surface temperature data. *Quart. J. R. Met. Soc.*, **121**, 319–367.

Folland, C.K. and M.J. Salinger, 1996: Surface temperature trends and variations in New Zealand and the surrounding ocean, 1871–1993. *Int. J. Climatology*, **15**, 1195–1218.

Frich, P., 1994: Precipitation trends in the North Atlantic European region. In: *Climate Variations in Europe*, R.Heino (ed.), Academy of Finland, Publication 3/94, pp 196–200.

Gadgil, S., A. Guruprasad and J. Srinivasan, 1992: Systematic bias in the NOAA outgoing longwave radiation dataset? *J. Climate*, **5**, 867–875.

Gaffen, D.J., 1994: Temporal inhomogeneities in radiosonde temperature records. *J. Geophys. Res.*, **99**, 3667–3676.

Gaffen, D.J., T.P. Barnett and W.P. Elliott, 1991: Space and time scales of global tropospheric moisture, *J. Climate*, **4**, 989–1008.

Gaffen, D.J., W.P. Elliott and A. Robock, 1992: Relationships between tropospheric water vapor and surface temperature as observed by radiosondes. *Geophys. Res. Let.*, **19**, 1839–1842.

Garcia, O., 1981: A comparison of two satellite rainfall estimates for GATE. *J. Appl. Meteor.*, **20**, 430–438.

Ginsburg, B.M., C.N. Polyakova and I.I. Soldatova, 1992: Centennial variations of the ice appearance dates on river and their relation to climate changes. *Meteorologia i gidrologia*, **12**, 71–79.

Glynn, P.W., 1993: Coral reef bleaching: Ecological perspectives. *Coral Reefs*, **12**, 1–17.

Goldenberg, S.B. and L.J. Shapiro, 1996: Physical mechanisms for the relationships between El Niño, West African rainfall, and North Atlantic major hurricanes. *J. Climate*, (in press).

Golitsyn, G.S., 1995: The Caspian sea level as a problem of diagnosis and prognosis of the regional climate change. *Isvestia – Atmospheric and Oceanic Physics*, **31**, 385–391.

Golitsyn, G.S., A.V. Dzuba, A.G. Osipov and G.N. Panin, 1990: Regional climate changes and their impacts on the Caspian Sea level rise. *Doklady USSR Acad. Sci.*, **313**, 5, 1224–1227.

Golubev, V.S. and I.C. Zmeikova, 1991: Long-term changes of evaporation conditions in the Aral area. In: *Environmental Monitoring in the Aral Sea Basin.*.Yu.A. Izrael and Yu.A. Anokhin (eds.), Gidrometeoizdat, Saint-Petersburg, 80–86.

Goreau, T.J. and R.L. Hayes, 1994: Coral bleaching and ocean "hot spots". *Ambio*, **73**, 176–180.

Gosnold, W.D., A.M. Farrow and H.J. Pollack, 1992: Microclimate effects on the climate record in the geothermal gradient, *EOS, 1992 Fall Meeting Supplement*, 70.

Goudie, A.S. and N.J. Middleton, 1992: The changing frequency of dust storms through time. *Clim. Change*, **20**, 197–225.

Graham, N.E., 1995: Simulation of recent global temperature trends. *Science*, **267**, 666–671.

Graf, H.-F., I. Kirchner, A. Robock and I. Schult, 1993: Pinatubo eruption winter climate effects: model versus observations. *Clim. Dyn.* **9**, 81–93.

Graybill, D.A. and S.G. Shiyatov, 1992: Dendroclimatic evidence from the northern Soviet Union. In: *Climate Since AD 1500*, R.S. Bradley and P.D. Jones (eds.), Routledge, London, pp 393–414.

Graybill, D.A. and G. Funkhouser, 1994: Dendroclimatic reconstructions during the past millennium in the southern Sierra Nevada and Owens Valley, California. In: *Southern California Climate: the last 2000 Years*, M. Rose and P. Wigand (eds.), Natural History Museum of Los Angeles County, Los Angeles (in press).

Gray, W.M., 1990: Strong association between West African rainfall and U.S. landfall of intense hurricanes. *Science*, **249**, 1251–1256.

Grazulis, T.P., 1993: A 110-year perspective of significant tornadoes. In: *The Tornado: Its Sructure, Dynamics, Prediction, and Hazards*, C. Church, D. Burgess, C. Doswell, and R. Davies-Jones (eds.), American Geophysical Union, pp 467–474.

Gregory, J.M., P.D. Jones, and T.M. Wigley, 1991: Precipitation in Britain: An analysis of area-averaged data updated to 1989. *Int. J. Climatology*, **11**, 331–345.

Grimm, E.C., G.L. Jacobson, W.A. Watts, B.C.S. Hansen and K.A. Maasch, 1993: A 50000-year record of climate oscillations from Florida and its temporal correlation with the Heinrich Events. *Science*, **261**, 198–200.

Groisman, P.Ya, 1992: Possible regional climate consequences of the Pinatubo eruption. *Geophys. Res. Lett.*, **19**, 1603–1606.

Groisman, P.Ya and D.R. Easterling, 1994: Variability and trends of precipitation and snowfall over the United States and Canada. *J. Climate*, **7**, 184–205.

Groisman, P.Ya, V.V. Koknaeva, T.A. Belokrylova and T.R. Karl, 1991: Overcoming biases of precipitation measurement: A history of the USSR experience. *Bull. Am. Met. Soc.*, **72**, 1725–1733.

Groisman, P.Ya, T.R. Karl, R.W. Knight and G.L. Stenchikov, 1994a: Changes of snow cover, temperature, and the radiative heat balance over the Northern Hemisphere. *J. Climate*, **7**, 1633–1656.

Groisman, P.Ya, T.R. Karl, and R.W. Knight, 1994b: Observed impact of snow cover on the heat balance and the rise of continental spring temperatures. *Science*, **263**, 198–200.

Grootes, P.M., M. Stuiver, J.W.C. White, S. Johnsen and J. Jouzel, 1993: Comparison of oxygen isotope records from the GISP2 and GRIP Greenland ice cores. *Nature*, **366**, 552–554.

Grove, A.T., 1995: African river discharge and lake levels in the twentieth century. In: *The Limnology, Climatology and Paleoclimatology of the East African Lakes*, T.C. Johnson and E.Odada (eds.), Gordon and Breach, London (in press).

Guilderson, T.P., R.G. Fairbanks, and J.L. Rubenstone, 1994: Tropical temperature variations since 20,000 years ago: Modulating interhemispheric climate change. *Science*, **263**, 663–665.

Guiot, J., J.L. de Beaulieu, R. Cheddad, F. David, P. Ponel and M. Reille, 1993: The climate in western Europe during the last glacial interglacial cycle derived from pollen and insect remains. *Palaeogeography, Palaeoclimatology*, **103**, 73–93.

Gutzler, D., 1992: Climatic variability of temperature and humidity over the tropical western Pacific. *Geophys. Res. Lett*, **19**, 1595–1598.

Haeberli, W., 1995: Glacier fluctuations and climate change detection – operational elements of a worldwide monitoring strategy. *Bulletin World Meteorological Organization*, **44**, 23–31.

Haeberli, W., P. Müller, P. Alean and H. Bösch, 1989: Glacier changes following the Little Ice Age: a survey of the international data basis and its perspectives. In: *Glacier Fluctuations and Climatic Change*, J. Oerlemans (ed.), Kluwer Academic Publishers, Dordrecht, pp. 77–101.

Hameed, S. and G. Gong, 1994: Variation of spring climate in lower-middle Yangtse River valley and its relation with solar-cycle length. *Geophys. Res. Lett.*, **21**, 2693–2696.

Hansen, J. and S. Lebedeff, 1988: Global surface temperatures: update through 1987. *Geophys. Res. Lett.*, **15**, 323–326.

Hansen, J., H. Wilson, M. Sato, R. Ruedy, K. Shah and E. Hansen, 1995: Satellite and surface temperature data at odds? *Clim. Change*, **30**, 103–117.

Hanssen-Bauer, I. and E. Førland, 1994: Homogenizing of long Norwegian precipitation series. *J. Climate*, **7**, 1001–1013.

Hanssen-Bauer, I., M.K. Solës and E.L. Steffensen, 1990: *The Climate of Spitsbergen*. DNMI-Rapport 39/90 KLIMA, 40pp.

Heino, R., 1994: *Climate in Finland During the Period of Meteorological Observations*. Finnish Meteorological Institute Contributions. No. 12. 209pp.

Henderson, K.G., G.E. Faiers, J.M. Grymes and R.A. Muller, 1994: Temporal variation in temperature and dew point in the Southern Region, In: *Preprints, Sixth Conference on Climate Variations, January 23-28, 1994*, Nashville, Tennessee, American Meteorological Society, pp. 146–147.

Henderson-Sellers, A., 1992: Continental cloudiness changes this century. *GeoJournal*, **27.3**, 255–262.

**Hense**, A., P. Krahe and H. Flohn, 1988: Recent fluctuations of tropospheric temperature and water vapor content in the tropics. *Meteorol. Atmos. Phys.*, **38**, 215–227.

**Hopkins**, L.C. and G.J. Holland, 1995: Australian east-coast cyclones and heavy rain days: 1958–1992. *J. Climate*, (submitted).

**Horton**, E.B., 1995: Geographical distribution of changes in maximum and minimum temperatures. *Atmos. Res.*, **37**, 102–117.

**Hughes**, M. and H.F. Diaz, 1994: Was there a Medieval Warm Period, and if so, where and when? *Clim. Change*, **26**, 109–142.

**Hulme**, M., 1991: An intercomparison of model and observed global precipitation climatologies. *Geophys. Res. Lett.*, **18**, 1715–1718.

**Hulme**, M., 1992: Rainfall changes in Africa: 1931–1960 to 1961–1990. *Int. J. Climatology*, **12**, 685–690.

**Hulme**, M., Z-C. Zhao and T. Jiang, 1994: Recent and future climate change in East Asia. *Int. J. Climatology*, **14**, 637–658.

**Hurrell**, J .W., 1995: Decadal trends in the North Atlantic Oscillation and relationships to regional temperature and precipitation. *Science*, **269**, 676–679.

**Hurrell**, J.W. and H. van Loon, 1994: A modulation of the atmospheric annual cycle in the Southern Hemisphere. *Tellus*, **46A**, 325–338.

**Hyndman**, R., J. Jaeger, and J. Sass, 1969: Heat flow measurements on the southeast coast of Australia. *Earth Planet. Sci. Lett.*, **7**, 12–16.

**IPCC**, 1990: *Climate Change, The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change, 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, 198 pp.

**IPCC**, 1994: *Climate Change 1994. Radiative Forcing of Cimate Change and an Evaluation of the IPCC IS92 Emissions Scenarios*. J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK, 339 pp.

**Iwashima**, T. and R. Yamamoto, 1993: A statistical analysis of the extreme events: Long-term trend of heavy daily precipitation. *J. Met. Soc. Japan*, **71**, 637–640.

**Jacoby**, G.C., R. D'Arrigo and B. Luckman, 1996: In: *Climatic Variations and Forcing Mechanisms of the Last 2000 Years*, P.D. Jones, R.S. Bradley and J. Jouzel (eds.), Springer Verlag, Heidelburg (in press).

**Johnsen**, S.J., H. Clausen, W. Dansgard, K. Fuhrer, N.S. Gunderstrup, C.U. Hammer, P. Iverssen, J. Jouzel, B. Stauffer and J.P. Steffensen, 1992: Irregular glacial interstadials recorded in a new Greenland ice core. *Nature*, **359**, 311–313.

**Johnson**, G.L., J.M. Davis, T.R. Karl, A.L. McNab, K.P. Gallo, J.D. Tarpley and P. Bloomfield, 1994: Estimating urban temperature bias using polar-orbiting satellite data. *J. Appl. Met.*, **33**, 358–369.

**Jones**, P.D., 1988: Hemispheric surface air temperature variations: recent trends and an update to 1987. *J. Climate*, **1**, 654–660.

**Jones**, P.D., 1990: Antarctic temperatures over the present century – a study of the early expedition record. *J. Climate*, **3**, 1193–1203.

**Jones**, P.D., 1994a: Hemispheric surface air temperature variations: a reanalysis and an update to 1993. *J. Climate*, **7**, 1794–1802.

**Jones**, P.D., 1994b: Recent warming in global temperature series. *Geophys. Res. Lett.*, **21**, 1149–1152.

**Jones**, P.D., 1995a: Recent variations in mean temperature and the diurnal temperature range in the Antarctic. *Geophys. Res. Lett.* **22**, 1345–1348.

**Jones**, P.D., 1995b: Maximum and minimum temperature trends in Ireland, Italy, Thailand, Turkey and Bangladesh. *Atmos. Res.*, **37**, 67–78.

**Jones**, P.D. and R.S. Bradley, 1992: Climatic variations over the last 500 years. In: *Climate Since AD 1500*, R.S. Bradley and P.D. Jones (eds.), Routledge, London, pp 649–665.

**Jones**, P.D. and K.R. Briffa, 1992: Global surface air temperature variations during the twentieth century. *Holocene*, **2**, 165–179.

**Jones**, P.D. and K.R. Briffa, 1996: What can the instrumental record tell us about longer timescale paleoclimatic reconstructions? In: *Climatic variations and forcing mechanisms of the last 2000 years*, P.D. Jones, R.S. Bradley, and J. Jouzel (eds.), Springer Verlag, Heidelburg (in press).

**Jones**, P.D., S.C.B. Raper, R.S. Bradley, H.F. Diaz, P.M. Kelly and T.M.L. Wigley, 1986a: Northern Hemisphere surface air temperture variations, 1851–1984. *J. Climate Appl. Met.*, **25**, 161–179.

**Jones**, P.D., S.C.B. Raper, R.S. Bradley, H.F. Diaz, P.M. Kelly and T.M.L. Wigley, 1986b: Southern Hemisphere surface air temperature variations, 1851–1984. *J. Climate Appl. Met.*, **25**, 1213–1230.

**Jones**, P.D., P.Ya. Groisman, M. Coughlan, N. Plummer, W.-C. Wang and T.R. Karl, 1990: Assessment of urbanization effects in time series of surface air temperature over land. *Nature*, **347**, 169–172.

**Jónsson**, T., 1994: Precipitation in Iceland 1857–1992. In: *Climate Variations in Europe* , R. Heino (ed.), Academy of Finland, Publication 3/94, pp. 183–188.

**Jouzel**, J., C. Lorius, S.J. Johnsen and P. Grootes, 1994: Climate instabilities: Greenland and Antarctic records. *C.R. Acad. Sci., Paris*, **319**, Serie II, 65–77.

**Jouzel**, J., R. Vaikmae, J.R. Petit, M. Martin, Y. Duclos, M. Stievenard, C. Lorius, M. Toots, M.A. Melieres, L.H. Burckle, N.I. Barkov and V.M. Kotyakov, 1995: The two-step shape and timing of the last deglaciation in Antarctica. *Clim. Dyn.* **11**, 151–161.

**Judge**, A.S., G. Cheng, T.E. Osterkamp, M. Smith and J. Gray, 1983: Climate change and geothermal regime. In: *Permafrost: Fourth International Conference-Final Proceedings*, 137–159. National Academy Press, Washington, DC.

**Kaas**, E. and P. Frich, 1995: Diurnal temperature range and cloud

cover in the Nordic countries: observed trends and estimates for the future. *Atmos. Res.*, **37**, 211–228.

Kahl, J.D.W., M.C. Serreze, R.S. Stone, S. Shiotani, M. Kisley and R.C. Schell, 1993a: Tropospheric temperature trends in the Arctic: 1958–1986. *J. Geophys. Res.*, **98**, 12825–12838.

Kahl, J.D., D.J. Charlevoix, N.A. Zaitseva, R.C. Schnell and M.C. Serreze, 1993b: Absence of evidence for greenhouse warming over the Arctic Ocean in the past 40 years. *Nature*, **361**, 335–337.

Karl, T.R., G. Kukla, V.N. Razuvayev, M.J. Changery, R.G. Quayle, R.R. Heim, D.R. Easterling and Cong Bin Fu, 1991: Global warming: evidence for asymmetric diurnal temperature change. *Geophys. Res. Lett.*, **18**, 2253–2256.

Karl, T.R., P.D. Jones, R.W. Knight, G. Kukla, N. Plummer, V. Razuvayev, K.P. Gallo, J. Lindseay, R.J. Charlson and T.C. Peterson, 1993a: A new perspective on recent global warming: Asymmetric trends of daily maximum and minimum temperature. *Bull. Am. Met. Soc.*, **74**, 1007–1023.

Karl, T.R., P.Y. Groisman, R.W. Knight and R.R. Heim, Jr., 1993b: Recent variations of snow cover and snowfall in North America and their relation to precipitation and temperature variations. *J. Climate*, **6**, 1327–1344.

Karl, T.R., R.W. Knight and J.R. Christy, 1994: Global and hemispheric temperature trends: Uncertainties related to inadequate spatial sampling, *J. Climate*, **7**, 1144–1163.

Karl, T.R., V.E. Derr, D.R. Easterling, C. Folland, D.J. Hofmann, S. Levitus, N. Nicholls, D. Parker and G.W. Withee, 1995a: Critical issues for long-term climate monitoring. *Clim. Change*, **31**, 185–221.

Karl, T.R., P.D. Jones, and R.W. Knight, 1995b: Testing for bias in the climate record. *Science*, (in press).

Karl, T.R., R.W. Knight and N. Plummer, 1995c: Trends in high-frequency climate variability in the twentieth century. *Nature*, **377**, 217–220.

Karl, T.R., R.W. Knight, D.R. Easterling and R.G. Quayle, 1995d: Trends in U.S. climate during the twentieth century. *Consequences*, **1**, 3–12.

Karl, T.R., R.W. Knight, G. Kukla and J. Gavin, 1995e: Evidence for radiative effects of anthropogenic aerosols in the observed climate record. In: *Aerosol Forcings of Cimate*, R.J. Charlson and J. Heintzenberg (eds.), John Wiley and Sons Ltd., Chichester.

Karoly, D.J., P. Hope and P.D. Jones, 1996: Decadal variations of the Southern Hemisphere circulation. *Int. J. Climatology*, (in press).

Kawamnra, R., 1994: A rotated EOF analysis of global sea surface temperature variability with interannual and interdecadal scales. *J. Phys. Oceanogr.*, **24**, 707–715.

Kawamnra, R., M. Sugi and N. Sato, 1995: Interdecadal and interannual variability in the northern extratropical circulation simulated with the JMA global model. *J. Climate*, (in press).

Keeling, C.D., R.B. Bascastow, A.F. Carter, S.C. Piper, T.P. Wholf, M. Heimann, W.G.Mook and H. Roeloffzen, 1989: A three-dimensional model of atmospheric $CO_2$ transport based on observed winds: Analysis of observational data. In: *Aspects of Cimate Variability in the Pacific and the Western Americas*, D.H.Peterson (ed.), *Geophys. Mono.*, **55**, 165–236, AGU, Washington DC.

Keigwin, L.D., W.B. Curry, S.J. Lehman and S. Johnsen, 1994: The role of the deep ocean in North Atlantic climate change between 70 and 130 kyr ago. *Nature*, **371**, 323–326.

King, J.C., 1994: Recent climate variability in the vicinity of the Antarctic Peninsula. *Int. J. Climatology*, **14**, 357–369.

Kitoh, A., 1991: Interannual variations in an atmospheric GCM forced by the 1970-1989 SST. PtII: Low frequency variability of the wintertime Northern Hemisphere extratropics. *J. Met. Soc. Japan*, **69**, 271–291.

Kukla, G and T.R. Karl, 1993: Nighttime warming and the greenhouse effect. *Environmental Science and Technology*, **27**, 1468–1474.

Kushnir, Y., 1994: Interdecadal variations in North Atlantic sea surface temperature and associated atmospheric conditions. *J. Climate*, **7**, 141–157.

Kwong, Y.T.J. and T.Y. Gan, 1994: Northward migration of permafrost along the Mackenzie Highway and climatic warming. *Clim. Change*, **26**, 399–419.

Labitzke, K. and H.van Loon, 1994: Trends of temperature and geopotential height between 100 and 10 hPa on the Northern Hemisphere. *J. Met. Soc. Japan*, **72**, 643–652.

Lachenbruch, A.H. and B.V. Marshall, 1986: Changing climate: geothermal evidence from permafrost in the Alaskan Arctic. *Science*, **234**, 689–696.

LaMarche, V.C., Jr., 1974: Paleoclimatic inferences from long tree-ring records. *Science*, **183**, 1043–1048.

Lamb, H.H., 1965: The medieval warm epoch and its sequel. *Palaeogeography, Palaeoclimatology, Palaeoecology*, **1**, 13–37.

Lamb, H.H., 1988. Climate and life during the Middle Ages, studied especially in the mountains of Europe. In: *Weather, Climate and Human Affairs*, H.H. Lamb, Routledge, London, pp.40–74.

Lamb, P.J. and R.A. Peppler, 1991: West Africa. In: *Teleconnections Linking Worldwide Climate Anomalies*, M.H. Glantz, R.W. Katz, and N. Nicholls (eds.), Cambridge Univ. Press, Cambridge, UK, 535 pp.

Landsea, C.W., 1993: A climatology of intense (or major) Atlantic hurricanes. *Mon. Weath. Rev.*, **121**, 1703–1713.

Landsea, C.W. and W.M. Gray, 1992: The strong association between Western Sahelian monsoon rainfall and intense Atlantic hurricanes. *J. Climate*, **5**, 435–453.

Landsea, C.W. and W.M. Gray, 1996: Northern hemispheric surface temperature and tropical cyclone activity associations. *Int. J. Climatology* (in press).

Landsea, C.W., N. Nicholls, W.M. Gray, and L.A. Avila, 1996: Quiet early 1990s continues trend of fewer intense Atlantic hurricanes. *Geophys. Res. Lett.*, (submitted).

Lara, A. and R.Villalba, 1993: A 3620-year temperature record from Fitzroya cupressoides tree rings in southern South America. *Science*, **260**, 1104–1106.

**Lare**, A.R. and S.E. Nicholson, 1994: Contrasting conditions of surface water balance in wet and dry years as a possible land surface-atmosphere feedback mechanism in the West African Sahel. *J. Climate*, **7**, 653–668.

**Lau**, N.-C. and M.J. Nath, 1994: A modeling study of the relative roles of tropical and extratropical SST anomalies in the variability of the global atmosphere-ocean system. *J. Climate*, **7**, 1184–1207.

**Lazier**, J.R.N., 1995: The salinity decrease in the Labrador Sea over the past thirty years. In *Natural Climate Variability on Decade to Century Time Scales*, D.G. Martinson *et al.* (eds.), National Research Council, National Academy Press, Washington DC, (in press).

**Lehman**, S.J. and L.D. Keigwin, 1992: Sudden changes in North Atlantic circulation during the last deglaciation. *Nature*, **356**, 757–762.

**Lettenmaier**, D., E.F. Wood and J.R. Wallis, 1994: Hydro-climatological trends in the continental United States, 1948-88. *J. Climate*, **7**, 586–607.

**Levitus**, S., J. Antonov, X. Zhou, H. Dooley, K. Selemenov and V. Tereschenkov, 1995: Decadal-scale variability of the North Atlantic Ocean. In: *Natural Climate Variability on Decade to Century Time Scales*, D.G. Martinson *et al.* (eds.), National Research Council, National Academy Press, Washington DC, (in press).

**Lewis**, T.J. and K. Wang, 1993: Different patterns of climatic change in eastern and western Canada: Evidence in borehole temperature measurements. *EOS, 1993 Fall Meeting Supplement,* 103.

**Li**, P., 1987: Seasonal snow resources and their fluctuations in China. In: *Large-Scale Effects of Seasonal Snow Cover*, B.E. Goodison, R.G. Barry and J. Dozier (eds.), IAHS Press, Wallingford, UK, 93–104.

**Lindström**, G., 1993: *Floods in Sweden – Trends and Occurrence*. SMHI RH No. 6, May 1993, 83 pp.

**Lins**, H.F. and P.J. Michaels, 1994: Increasing streamflow in the United States. *EOS*, **75**, 281–286.

**London**, J., S.G. Warren and C.J. Hahn, 1991: Thirty-year trend of observed greenhouse clouds over the tropical oceans. *Adv. Space Res.*, **11**(3), 45–49.

**Lough**, J.M., 1993: Variations of some seasonal rainfall characteristics in Queensland, Australia: 1921-1987. *Int. J. Climatology*, **13**, 391–409.

**Lough**, J.M., D.J. Barnes and R.B. Taylor, 1996: The potential of massive corals for the study of high-resolution climate variations in the past millenium. In: *Climatic Variations and Forcing Mechanisms of the last 2000 Years*, P.D.Jones, R.S.Bradley, and J.Jouzel (eds.), Springer Verlag, Heidelburg (in press).

**Lyons**, T.J., P. Schwerdtfeger, J.M. Hacker, I.J. Foster, R.C.G. Smith and H. Xinmei, 1993: Land-atmosphere interaction in a semiarid region: the bunny fence experiment. *Bull. Amer. Met. Soc.*, **74**, 1327–1334.

**Magnuson**, J.J, R.A. Assel, C.J. Bowser, B.T. DeStasio, P.J.

Dillon, J.R. Eaton, E.J. Fee, L.M. Mortsch, F.H. Quinn, N.T. Roulet, and D.W. Schindler, 1995: Regional assessment of freshwater ecosystems and climate change in North America, Laurentian Great Lakes and precambrian Shield. *J. Hydrologic Processes*, (in press).

**Majorowicz**, J.A., 1993: Climate change inferred from analysis of borehole temperatures: first results from Alberta Basin, Canada. *Pageoph.*, **140**, 655–666.

**Marengo**, J .A., 1992: Interannual variability of surface climate in the Amazon basin. *Int. J. Climatology,* **12**, 853–863.

**Marengo**, J., 1995: Variations and change in South American streamflow. *Clim. Change,* **31**, 99–117.

**Mareschal**, J.-C. and G. Vasseur, 1992: Ground temperature history from two deep boreholes in central France. *Global and Planetary Change*, **6**, 185–192.

**Mayewski**, P.A., L.D. Meeker, S. Whitlow, M.S. Twicker, M.C. Morrison, R.B. Alley, P. Bloomfield and K. Taylor, 1993: The atmosphere during the Younger Dryas. *Science*, **262**, 195–197.

**Mayewski**, P.A., L.D. Meeker, S. Whitlow, M.S. Twicker, M.C. Morrison, P.M. Grootes, G.C. Bond, R.B. Alley, D.A. Meese, A.J. Gow, K.C. Taylor, M. Ram and M. Wunkes, 1994: Changes in atmospheric circulation and ocean ice cover over the North Atlantic during the last 41,000 years. *Science*, **263**, 1747–1751.

**McLaren**, A.S., J.E. Walsh, R.H. Bourke, R.L. Weaver and W. Wittman, 1992: Variability in sea ice thickness over the North Pole from 1979 to 1990. *Nature*, **358**, 224–226.

**McManus**, J.F., G.C. Bond, W.S. Broecker, S.J. Johnsen, L. Labeyrie and S. Higgins, 1994: High-resolution climate records from the North Atlantic during the last interglacial. *Nature*, **371**, 326–329.

**Mendes**, J.C., 1994: Climatic variability of precipitation in Portugal. In: *Climate Variations in Europe*. R.Heino (ed.), Academy of Finland, Publication 3/94, pp 189–195.

**Meshcherskaya**, A.V., I.G. Belyankina and M.P. Golod, 1995: Monitoring of the snow depth over the main grain-growing zone of the former Soviet Union during the instrumental period. *Izvestiya of the Russ. Acad. of Sci.*, Geog. Series, **4**, 101–111.

**Michaels**, P.J., P.C. Knappenberger and D.A. Gay, 1995: Predicted and observed long night and day temperature trends. *Atmos. Res.*, **37**, 257–266.

**Miller**, A.J., D.R. Cayan, T.P. Barnett, N.E. Graham and J.M. Oberhuber, 1994: Interdecadal variability of the Pacific Ocean: Model response to observed heat flux and wind stress anomalies. *Clim. Dyn.*, **9**, 287–301.

**Moberg**, A. and H. Alexandersson, 1995: Urban bias trend in the Swedish part of gridded temperature data. *Int. J. Climatology*, (submitted).

**Negri**, A.J., R.F. Adler, E.J. Nelkin and G.J. Huffman, 1994: Regional rainfall climatologies derived from special sensor microwave Imager (SSM/I) data. *Bull. Am. Met. Soc.*, **75**, 1165–1182.

**Nicholls**, K.W. and J.G. Paren, 1993: Extending the Antarctic

meteorological record using ice-sheet temperature profiles. *J. Climate*, **6**, 141–150.

**Nicholls**, N., 1992: Recent performance of a method for forecasting Australian seasonal tropical cyclone activity. *Aust. Met. Mag.*, **40**, 105–110.

**Nicholls**, N. and B. Lavery, 1992: Australian rainfall trends during the twentieth century. *Int. J. Climatology*, **12**, 153–163.

**Nicholls**, N. and A. Kariko, 1993: East Australian rainfall events: Interannual variations, trends, and relationships with the Southern Oscillation. *J. Climate*, **6**, 1141–1152.

**Nicholls**, N., R. Tapp, K. Burrows and D. Richards, 1996: Historical thermometer exposures in Australia, *Int. J. Climatology*, (in press).

**Nicholson**, S.E., 1978: Climatic variations in the Sahel and other African regions during the past five centuries. *J. Arid. Environ.*, **1**, 3–24.

**Nicholson**, S.E., 1989: Long-term changes in African rainfall. *Weather*, **44**, 46–56.

**Nicholson**, S.E., 1994a: A review of climate dynamics and climate variability in eastern Africa. *The Limnology, Climatology and Paleoclimatology of the East African Lakes*, T.C. Johnson and E. Odada (eds.) Gordon and Breach, London, in press.

**Nicholson**, S.E., 1994b: Recent rainfall fluctuations in Africa and their relationship to past conditions. *Holocene*, **4**, 121–131.

**Nicholson**, S.E., 1995: Variability of African rainfall on interannual and decadal time scales. In *Natural Climate Variability on Decade-to-Century Time Scales*, D. Martinson, K. Bryan, M. Ghil, T. Karl, E. Sarachik, S. Sorooshian, and L. Talley (eds.), USA National Academy Press, in press.

**Nitta**, T. and S. Yamamada, 1989: Recent warming of the tropical sea surface and its relationship to the Northern Hemisphere circulation. *J. Met. Soc. Japan*, **67**, 375–383.

**Norris**, J.R. and C.B. Leovy, 1994: Interannual variability in stratiform cloudiness and sea surface temperature. *J. Climate*, **7**, 1915.

**O'Lenic**, E., 1995: The relationship between low-and high-frequency variability of Northern Hemisphere 700-hPa height. *J. Climate*. (in press).

**Oerlemans**, J., 1994: Quantifying global warming from the retreat of glaciers. *Science*, **264**, 243–245.

**Ohkouchi**, N., K. Kawamura, T. Nakamura and A. Taira, 1994: Small changes in the sea surface temperature during the last 20,000 years: Molecular evidence from the western tropical Pacific. *Geophys. Res. Lett*, **21**, 2207–2210.

**Oltmans**, S.J. and D.J. Hofmann, 1995: Increase in lower-stratospheric water vapour at a mid-latitude Northern hemisphere site from 1981 to 1994. *Nature*, **374**, 146–149.

**Oort**, A.H. and H. Liu, 1993: Upper-air temperature trends over the globe, 1958-1989. *J. Climate*, **6**, 292–307.

**Ostby**, F.P., 1993: The changing nature of tornado climatology. In: *Preprints, 17th Conference on Severe Local Storms, October 4-8, 1993, St Louis, Missouri*, pp. 1–5.

**Palecki**, M.A., 1994: The onset of spring in the eastern United States during the 20th century. *Preprints, Sixth Conference on Climate Variations, January 23-28, 1994*, Nashville, Tennessee, American Meteorological Society, pp. 108–109.

**Palmieri**, S., A.M. Siani and A.D. Agostina, 1991: Climate fluctuations and trends in Italy within the last 100 years. *Ann. Geophysicae*, **9**, 769–776.

**Pan**, Y.H. and A.H. Oort, 1990: Correlation analyses between sea surface temperature anomalies in the eastern equatorial Pacific and the world ocean. *Clim. Dyn.*, **4**, 191–205.

**Parker**, D.E., 1994a: Long term changes in sea surface temperatures. *Proc. Air and Waste Management Assoc. Conf. on Global Climate Change, Phoenix, Arizona, 5-8 April 1994*, C.V. Mathar and G. Steislaed (eds.), pp 102–113.

**Parker**, D.E., 1994b: Effects of changing exposures of thermometers at land stations. *Int. J. Climatology*, **14**, 1–31.

**Parker**, D.E. and D.I. Cox, 1995: Towards a consistent global climatological rawinsonde data-base. *Int. J. Climatolology*, **15**, 473–496.

**Parker**, D.E., T.P. Legg and C.K. Folland, 1992: A new daily central England temperature series. *Int. J. Climatology*, **12**, 317–342.

**Parker**, D.E., P.D. Jones, C.K. Folland and A. Bevan, 1994: Interdecadal changes of surface temperatures since the late 19th century. *J. Geophy. Res.*, **99**, 14373–14399.

**Parker**, D.E., C.K. Folland and M. Jackson, 1995: Marine surface temperature: observed variations and data requirements. *Clim. Change*, **31**, 559–600.

**Parrilla**, G., A. Lavin, H. Bryden, M. Garcia and R. Millard, 1994: Rising temperatures in the subtropical North Atlantic Ocean over the past 35 years. *Nature*, **369**, 48–51.

**Parthasarathy**, B., K. Rupa Kumar and D.R. Kothawale, 1992: Indian summer monsoon rainfall indices: 1871-1990. *Meteorol. Magaz.*, **121**, 174–186.

**Parthasarathy**, B., A.A. Munot and D.R. Kothawale, 1994: All-India monthly and seasonal rainfall series: 1871–1993. *Theor. Appl. Climatol.*, **49**, 217–224.

**Parungo**, F., J.F. Boatman, H. Sievering, S. Wilkison and B.B. Hicks, 1994: Trends in global marine cloudiness and anthropogenic sulfur. *J. Climate*, **7**, 434–440.

**Peterson**, T.C., V.S. Golubev and P.Ya. Groisman, 1995: Evaporation losing its strength. *Nature*, **377**, 687–688.

**Plantico**, M.S., T.R. Karl, G. Kukla and J. Gavin, 1990: Is recent climate change across the United States related to rising levels of anthropogenic greenhouse gases? *J. Geophys. Res.*, **95**, 16617–16637.

**Plummer**, N., 1996: Temperature variability and extremes over Australia: Part 1 – Recent observed changes, *Aust. Meteorol. Mag.*, (submitted).

**Plummer**, N., Z. Lin and S. Torok, 1995: Recent changes in the diurnal temperature range over Australia. *Atmos. Res.*, **37**, 79–86.

**Pollack**, H.N. and D.S. Chapman, 1993: Underground records of changing climate. *Scientific American*, **268**, 44–50.

**Porter**, S.C. and An Zhisheng, 1995: Correlation between climate

events in the North Atlantic and China during the last glaciation. *Nature*, **375**, 305–308.

**Portman**, D.A., 1993: Identifying and correcting urban bias in regional time series: surface temperature in China's northern plains. *J. Climate*, **6**, 2298–2308.

**Posmentier**, E.S., M.A. Cane and S.E. Zebiak, 1989: Tropical Pacific trends since 1960. *J. Climate*, **2**, 731–736.

**Prabhakara**, C., J.C. Nucciarone and J.M. Yoo, 1995: Examination of global atmospheric temperature monitoring with satellite microwave measurements: 1) Theoretical considerations. *Clim. Change*, **30**, 349–366.

**Quinn**, W.H., 1992: A study of Southern Oscillation – related climatic activity for AD 622-1900 incorporating Nile River flood data. In: *El Niño: Historical and Paleoclimatic aspects of the Southern Oscillation*, H.F. Diaz and V. Markgraf (eds.), Cambridge University Press, Cambridge, UK 476pp.

**Rakhecha**, P.R. and M.K. Soman, 1994: Trends in the annual extreme rainfall events of 1 to 3 days duration over India. *Theor. Appl. Climatol.*, **48**, 227–237.

**Ramage**, C.S. 1987: Secular change in reported surface wind speeds over the ocean. *J. Clim. Appl. Meteorol.*, **26**, 525–528.

**Raper**, S.C.B., 1993: Observational data on the relationships between climatic change and the frequency and magnitude of severe tropical storms. In: *Climate and Sea Level Change: Observations, Projections and Implications*, R.A. Warrick, E.M. Barrow, and T.M.L. Wigley (eds.), Cambridge University Press, Cambridge, UK, pp 192–212.

**Raper**, S.C.B., T.M.L. Wigley, P.R. Mayes, P.D. Jones and M.J. Salinger, 1984: Variations in surface air temperatures, part 3: The Antarctic, 1957-1982. *Month. Weath. Review*, **112**, 1341–1353.

**Rasmusson**, E.M., X.L. Wang and C.F. Ropelewski, 1994: Secular variability of the ENSO cycle. In: *Natural Climate Variability on Decade to Century Time Scales*, D.G. Martinson *et al*. (eds.), National Research Council, National Academy Press, Washington DC, in press.

**Razuvaev**, V.N., E.G. Apasova, O.N. Bulygina and R.A. Martuganov, 1995: Variations in the diurnal temperature range in the European region of the former USSR during the cold season. *Atmos. Res.*, **37**, 45–51.

**Read**, J .F. and W.J. Gould, 1992: Cooling and freshening of the subpolar North Atlantic Ocean since the 1960s. *Nature*, **360**, 55–57.

**Reynolds**, R.W., 1988: A real-time global sea surface temperature analysis. *J. Climate*, **1**, 75–86.

**Rhines**, P.B. and J.R.N. Lazier, 1995: Deep convection and climate change in the Labrador Sea. *Nature*, (submitted).

**Robinson**, D.A., K.F. Dewey and R.R. Heim, Jr., 1993: Global snow cover monitoring: An update. *Bull. Am. Met. Soc.*, **74**, 1689–1696.

**Robock**, A. and Jianping Mao, 1992: Winter warming from large volcanic eruptions. *Geophys. Res. Lett.*, **12**, 2405–2408.

**Robock**, A.and Jianping Mao, 1995: The volcanic signal in surface temperature observations. *J. Climate*, **8**, (in press).

**Robock**, A., K.Ya. Vinnikov, C.A. Schlosser, N.A. Speranskaya and Y. Xue, 1995: Use of midlatitude soil moisture and meteorological observations to validate soil moisture simulations with biosphere and bucket models. *J. Climate*, **8**, 15–35.

**Roemmich**, D. and C. Wunsch, 1984: Apparent changes in the climatic state of the deep North Atlantic Ocean. *Nature*, **307**, 447–450.

**Rogers**, J.C. and R.V. Rohli, 1991: Florida citrus freezes and polar anticyclones in the Great Plains. *J. Climate*, **4**, 1103–1113.

**Rupa Kumar**, K., K. Krishna Kumar and G.B. Pant, 1994: Diurnal asymmetry of surface temperature trends over India. *Geophys. Res. Lett.*, **21**, 677–680.

**Salinger**, M.J., 1994: New Zealand climate in the last 25000 years. In: *Paleoclimates and Cimate Modelling. Proceedings of the National Science Strategy Committee for Climate Change Workshop, Royal Society of New Zealand Miscellaneous Series* **29**, 15–16.

**Salinger**, M.J., A.B. Mullan, A.S. Porteous, S.J. Reid, C.S. Thompson, L.A. Coutts and E. Fouhy, 1990: *New Zealand Cimate Extremes: Recent Trends*. New Zealand Meteorological Service Report to new Zealand Ministry for the Environment, 33 pp.

**Salinger**, M.J., R. McGann, L. Coutts, B. Collen and E. Fouhy, 1992: *Rainfall Trends in New Zealand and Outlying Islands, 1920–1990. South Pacific Historical Climate Network*, National Institute of Water and Atmospheric Research Report, 33 pp.

**Salinger**, M.J., J. Hay, R. McGann and B. Fitzharris, 1993: Southwest Pacific temperatures: diurnal and seasonal trends. *Geophys. Res. Lett.*, **20**, 935–938.

**Salinger**, M.J., J.G. Palmer, P.D. Jones and K.R. Briffa, 1994: Reconstruction of New Zealand climate indices back to AD 1731 using dendroclimatic techniques: Some preliminary results. *Int. J. Climatology*, **14**, 1135–1149.

**Salinger**, M.J., R.E. Basher, B.B. Fitzharris, J.E. Hay, P.D. Jones, J.P. MacVeigh and I. Schmidely-Leleu, 1995a: Climate trends in the southwest Pacific. *Int. J. Climatology*, **15**, 285–302.

**Salinger**, M.J., R. Allan, N. Bindoff, J. Hannah, B. Lavery, L. Leleu, Z. Lin, J. Lindesay, J.P. MacVeigh, N. Nicholls, N. Plummer and S. Torok, 1995b: Observed variability and change in climate and sea level in Oceania. In *Proc. GREENHOUSE '94*, (in press).

**Schinke**, H., 1993: On the occurrence of deep cyclones over Europe and the North Atlantic in the period 1930-1991. *Beitr. Phys. Atmosph.*, **66**, 223–237.

**Schlesinger**, M.E. and N. Ramankutty, 1994: An oscillation in the global climate system of period 65-70 years. *Nature*, **367**, 723–726.

**Schmidt**, H., and H. von Storch, 1993: German Bight storms analysed. *Nature*, **365**, 791.

**Schwitter**, M.P. and C.F. Raymond, 1993: Changes in the longitudinal profiles of glaciers during advance and retreat. *J. Glaciology*, **39**, 582–590.

**Seltzer**, G.O., 1992: Late Quaternary glaciation of the Cordifera

Real, Bolivia. *J. Quat. Sci.*, **7**, 87–98.

Serreze, M.C., J.E. Box, R.G. Barry and J.E. Walsh, 1993: Characteristics of Arctic synoptic activity, 1952–1989. *Meteorol. Atmos. Phys.*, **51**, 147–164.

Shiklomanov, I.A., 1976: *Hydrological Problems Related to the Caspian Sea Problems.* Gidrometeoizdat, Leningrad, 78pp., in Russian.

Shinoda, M. and R. Kawamura, 1994a: Tropical rainbelt circulation, and sea surface temperatures associated with the Sahalian rainfall trend. *J. Met. Soc. Japan*, **72**, 341–359.

Shinoda, M. and R. Kawamura, 1994b: Tropical African rainbelt and global sea surface temperatures: Interhemispheric comparison. In: *Proc. Intl. Conf. on Monsoon Variability and Prediction.* Trieste, Italy, 9-13 May 1994, 288–295.

Sikes, E.L. and L.D. Keigwin, 1994: Equatorial Atlantic sea surface temperature for the last 30 kyr: a comparison of U37', d180, and foraminiferal assemblage temperature estimates. *Paleoceanography*, **9**, 31–45.

Skinner, W.R., 1993: Lake ice conditions as a cryospheric indicator for detecting climate variability in Canada. In: *Snow Watch '92, Detection Strategiess for Snow and Ice, Proc. Int'l Workshop on Snow and Ice Cover and the Climate System*, Barry, R.G., B.E. Goodison, and E.F. LeDrew (eds.), World Data Center A for Glaciology, Boulder, Co, 204–240.

Smith, K., 1995: Precipitation over Scotland 1757-1992: Some aspects of temporal variability. *Int. J. Climatology*, **15**, 543–556.

Soldatova, I .I, 1993: Secular variations in river "break-up" data and their relationship with climate variation. *Meteorologia i gidrologia*, **9**, 89–96.

Sontakke, N.A., G.B. Pant and N. Singh, 1992: *Construction and analysis of All-India summer monsoon rainfall series for the longest instrumental period: 1813-1991.* Research Report No. 053, IITM, Pune, India, 18 pp.

Sontakke, N.A., G.B. Pant and N. Singh, 1993: Construction of All-India summer monsoon rainfall series for the period 1844-1991. *J. Climate*, **6**, 1807–1811.

Spencer, R.W., 1993: Global oceanic precipitation from the MSU during 1979-91 and comparisons to other climatologies. *J. Climate*, **6**, 1301–1326.

Spencer, R.W. and J.R. Christy, 1992a: Precision and radiosonde validation of satellite gridpoint temperature anomalies, Part I: MSU channel 2. *J. Climate*, **5**, 847–857.

Spencer, R.W. and J.R. Christy, 1992b: Precision and radiosonde validation of satellite gridpoint temperature anomalies, Part II: A tropospheric retrieval and trends during 1979-90. *J. Climate*, **5**, 858–866.

Spencer, R.W. and J.R. Christy, 1993: Precision lower stratospheric temperature monitoring with the MSU: Validation and results 1979-91. *J. Climate*, **6**, 1194–1204.

Spencer, R.W. J.R. Christy and N.C. Grody, 1990: Global atmospheric temperature monitoring with satellite microwave measurements: method and results 1979–84. *J. Climate*, **3**, 1111–1128.

Stein, O. and A. Hense, 1994: A reconstructed time series of the number of extreme low pressure events since 1880. *Meteorol. Zeitschrift*, **N.F. 3**, 43–46.

Stine, S., 1994: Extreme and persistent drought in California and Patagonia during medieval times. *Nature*, **369**, 546–549.

Stone, R., N. Nicholls and G. Hammer, 1996: Frost in NE Australia: Trends and influence of phases of the Southern Oscillation. *J. Climate*, (in press)

Suggate, R.P., 1990: Late Pliocene and Quaternary glaciations of New Zealand. *Quaternary Science Reviews*, **9**, 175–197.

Suppiah, R. and K.J. Hennessy, 1996: Trends in the intensity and frequency of heavy rainfall in tropical Australia and links with the Southern Oscillation. *Aust. Meteorol. Mag.*, (in press).

Taylor, A.E., 1991: Holocene paleoenvironmental reconstruction from deep ground temperatures: a comparison with paleoclimate derived from the $\delta^{18}O$ record in an ice core from the Agassiz Ice Cap, Canadian Arctic Archipelago. *J. Glaciology*, **37**, 209–219.

Taylor, K.C., G.W. Lamorey, G.A. Doyle, R.B. Alley, P.M. Grootes, P.A. Mayewski, J.W.C. White and L.K. Barlow, 1993a: The "flickering switch" of late Pleistocene climate change. *Nature*, **361**, 432–436.

Taylor, K.C., C.U. Hammer, R.B. Alley, H.B. Clausen, D. Dahl-Jensen, A.J. Gow, N.S. Gundestrup, J. Kipfstuhl, J.C. Moore and E.D. Waddington, 1993b: Electrical conductivity measurements from the GISP2 and GRIP Greenland ice cores. *Nature*, **366**, 549–552.

Thompson, C., S. Ready and X. Zheng, 1992: *Tropical Cyclones in the South West Pacific: November 1979 to May 1989.* National Institute of Water and Atmospheric Research Report. 35 pp.

Thompson, L.G., E. Mosley-Thompson, M. Davis, P.N. Lin, T. Yao, M. Dyergerov and J. Dai, 1993: Recent warming: ice core evidence from tropical ice cores with emphasis on central Asia. *Global and Planetary Change*, **7**, 145–156.

Thompson, L.G., E. Mosley-Thompson, M.E. Davis, P.-N. Lin, K.A. Henderson, J. Cole-Dai, J.F. Bolzan and K.-B. Liu, 1995: Late glacial stage and holocene tropical ice core records from Huascarçn, Peru. *Science*, **269**, 46–50.

Thomson, D.J., 1995: The seasons, global temperature, and precession. *Science*, **268**, 59–68.

Thouveny, N., J-L. de Beaulieu, E. Bonifay, K.M. Creer, J. Guiot, M. Icole, S. Johnsen, J. Jouzel, M. Reille, T. Williams and D. Williamson, 1994: Climate variations in Europe over the past 140 kyr deduced from rock magnetism. *Nature*, **371**, 503–506.

Thunnell, R., D. Anderson, D. Gellar and Qingmin Miao, 1994: Sea-surface temperature estimates for the tropical western Pacific during the last glaciation and their implications for the Pacific warm pool. *Quat. Res.*, **41**, 255–264.

Trenberth, K., 1990: Recent observed interdecadal climate changes in the Northern Hemisphere. *Bull. Am. Met. Soc.*, **71**, 988–993.

Trenberth, K.E., 1996: Atmospheric circulation climate changes. *Clim. Change*, (in press).

Trenberth, K.E. and J.G. Olson, 1991: Representativeness of a 63-station network for depicting climate changes. In:

*Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E. Schlesinger (ed.). Elsevier, Amsterdam, pp 249–259.

Trenberth, K.E. and J.W. Hurrell, 1994: Decadal atmosphere-ocean variations in the Pacific. *Clim. Dyn.* **9**, 303–319.

Trenberth, K.E.and T.J. Hoar, 1996: The 1990–1995 El Niño-Southern Oscillation Event: Longest on record. *Geophys. Res. Lett.* **23**, 57.

UNEP, 1992: *World Atlas of Desertification*. Edward Arnold, London.

Van Loon, H., J.W. Kidson and A.B. Mullan, 1993: Decadal variation of the annual cycle in the Australian dataset. *J. Climate*, **6**, 1227–1231.

Venrick, E.L., J.A. McGowan, R.D. Cayan and T. Hayward, 1987: Climate and chlorophyll a: Long term trends in the central North Pacific Ocean. *Science*, **238**, 70–72.

Villalba, R., 1990: Climatic fluctuations in northern Patagonia during the last 1000 years as inferred from tree-ring records. *Quaternary Research*, **34**, 346–360.

Vinnikov, K. Ya. and I.B. Yeserkepova, 1991: Soil moisture: empirical data and model results. *J. Climate*, **4**, 66–79.

Vinnikov, K.Ya., P.Ya. Groisman and K.M. Lugina, 1990: Empirical data on contemporary global climate changes (temperature and precipitation). *J. Climate*, **3**, 662–677.

Vinnikov, K.Ya., A. Robock, N.A. Speranskaya and C.A. Schlosser, 1995: Scales of temporal and spatial variability of midlatitude soil moisture. *J. Geophy. Res.* (in press).

Von Storch, H., J. Guddak, K.A. Iden, T. Jünson, J. Perlwitz, M. Reistad, J. de Ronde, H. Schmidt and E. Zorita, 1993: *Changing Statistics of Storms in the North Atlantic?*, Report No. 116, Max-Planck-Institut für Meteorologie, Hamburg, 18 pp.

Vose, R.S., R.L. Schmoyer, P.M. Steurer, T.C. Peterson, R. Heim, T.R. Karl and J.Eischeid, 1992: *The Global Historical Climatology Network: Long-term monthly temperature, precipitation, sea level pressure, and station pressure data*. Report ORNL/CDIAC-53, NDP-041 (Available from Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, Tennessee.)

Wallace, J.M. and D.S. Gutzler, 1981: Teleconnections in the geopotential height field during the Northern hemisphere winter. *Mon. Weath. Rev.*, **109**, 784–811.

Wang, B., 1995: Interdecadal changes in El Niño onset in the last four decades. *J. Climate*, **8**, 267–285.

Wang, K., T.J. Lewis and A.M. Jessop, 1992: Climatic changes in central and eastern Canada inferred from deep borehole temperature data. *Global and Planetary Change*, **6**, 129–141.

Wang, K., T.J. Lewis, D.S. Belton,and P-Y. Shen, 1994: Differences in recent ground surface warming in eastern and western Canada: Evidence from borehole temperatures. *Geophys. Res. Lett.*, **21**, 2689–2692.

Wang, W.C., Z. Zeng and T.R. Karl, 1990: Urban heat islands in China. *Geophys. Res. Lett.*, **17**, 2377–2380.

Wang, X.L. and C.F. Ropelewski, 1995: An assessment of ENSO-scale secular variability. *J. Climate*, **8**, 1584–1599.

Ward, M.N., 1992: Provisionally corrected surface wind data,

worldwide ocean-atmosphere surface fields and Sahelian rainfall variability. *J. Climate*, **5**, 454–475.

Ward, M.N., 1994: Tropical North African rainfall and worldwide monthly to multi-decadal climate variations. Ph.D. thesis, Reading University, UK.

Warren, S.G., C.J. Hahn, J. London, R.M. Chervin, and R.L. Jenne, 1988: *Global Distribution of Total Cloud Cover and Cloud Type Amounts over the Ocean*. NCAR Technical Note TN-317+STR, 42 pp + 170 maps.

Watkins, C., 1991: The annual period of freezing temperatures in central England: 1850-1989. *Int. J. Climatology*, **11**, 889–896.

Weare, B.C., 1984: Interannual moisture variations near the surface of the tropical Pacific Ocean. *Quart. J. R. Met. Soc.*, **110**, 489–504.

Weber, R.O., P. Talkner and G. Stefanicki, 1994: Asymmetric diurnal temperature change in the Alpine region. *Geophys. Res. Lett.*, **21**, 673–676.

Webster, P.J.and N.A. Streten, 1978: Late Quaternary ice age climates of tropical Australasia: Interpretations and reconstructions. *Quat. Res.*, **10**, 279–309.

Whetton, P., R. Allan and I. Rutherford, 1995: Historical ENSO teleconnections in the eastern hemisphere: Comparison with latest El Niño series of Quinn. *Clim.Change* (in press).

Whiteford, P., 1993: Evaluation of past climate using borehole temperature measurements. *Weather and Climate*, **13**, 3–8.

Whiteford, P.C., R.G. Allisand R.H. Funnel, 1994: Past climate from borehole temperature measurements. In: *Paleoclimates and Climate Modelling. Proceedings of the National Science Strategy Committee for Climate Change Workshop, Royal Society of New Zealand Miscellaneous Series,* **29**, 37–38.

Wigley, T.M.L. and P.D. Jones, 1987: England and Wales precipitation: A discussion of recent changes in variability and an update to 1985. *J. Climatology*, **7**, 231–246.

Wigley, T.M.L. and P.M. Kelly, 1990: Holocene climatic change, $^{14}$C wiggles and variations in solar irradiance, *Phil. Trans. R. Soc. Lond.*, A **330**, 547–560.

WMO/UNEP, 1995: *Scientific Assessment of Ozone Depletion: 1994*. Global Ozone Research and Monitoring Project Report No. **37**. World Meteorological Organization, Geneva.

Yamagata, T. and Y. Masumoto, 1992: Interdecadal natural climate variability in the western Pacific and its implication in global warming. *J. Met. Soc. Japan.*, **70**, 167–175.

Ye, H., L.S. Kalkstein and J.S. Greene, 1995: The detection of climate change in the Arctic: An updated report. *Atmos. Res.*, **37**, 163–173.

Yu, B. and D.T. Neil, 1991: Global warming and regional rainfall: the difference between average and high intensity rainfalls. *Int. J. Climatology*, **11**, 653–661.

Yu, B. and D.T. Neil, 1993: Long-term variations in regional rainfall in the south-west of Western Australia and the difference between average and high intensity rainfalls. *Int. J. Climatology*, **13**, 77–88.

Zhang, Y., J.M. Wallace and N. Iwasaka, 1995: Is climate variability over the North Pacific a linear response to ENSO? *J. Climate* (in press).

# 4

## Climate Processes

R.E. DICKINSON, V. MELESHKO, D. RANDALL, E. SARACHIK, P. SILVA-DIAS, A. SLINGO

Contributors:
*A. Barros, O. Boucher, R. Cess, T. Charlock, L. Dümenil, A. Del Genio,*
*R. Fu, P. Gleckler, J. Hansen, R. Lindzen, K. McNaughton, J. McWilliams,*
*E. Maier-Reimer, G. Meehl, M. Miller, D. Neelin, E. Olaguer, T. Palmer,*
*C. Penland, R. Pinker, D. Rind, V. Ramaswamy, A. Robock, M. Salby*
*C. Senior, M. Schlesinger, H.P. Schmid, Q.Q. Shao, K. Shine, H. Sundqvist,*
*A. Vogelmann, A.J. Weaver*

# CONTENTS

**Summary**                                                    197

**4.1 Introduction to Climate Processes**                      199

**4.2 Atmospheric Processes**                                  200
    4.2.1  Water Vapour Amounts                                201
    4.2.2  Cloud Amounts                                       201
    4.2.3  Cloud Water Content                                 204
    4.2.4  Cloud Particle Size                                 205
    4.2.5  Model Feedback Intercomparisons                     205
    4.2.6  Coupling of Clouds with the Surface                 207
    4.2.7  Precipitation and Cumulus Convection                209
    4.2.8  Assessment of the Status of Moist Processes
           in Climate Models                                   209

**4.3 Oceanic Processes**                                      210
    4.3.1  Surface Fluxes                                      211
    4.3.2  Processes of the Surface Mixed Layer                212

    4.3.3  Wind Driven and Thermohaline Ocean
           Circulation                                         212
    4.3.4  Ocean Convection                                    213
    4.3.5  Interior Ocean Mixing                               214
    4.3.6  Sea Ice                                             214
    4.3.7  The El Niño-Southern Oscillation as a Climate
           Process                                             215
    4.3.8  Assessment of the Status of Ocean Processes
           in Climate Models                                   216

**4.4 Land-surface processes**                                 217
    4.4.1  Soil-Vegetation-Atmosphere Transfer Schemes         217
    4.4.2  Questions of Spatial Heterogeneity                  219
    4.4.3  Sensitivity to Land-use Changes                     220
    4.4.4  Assessment of the Current Status of Land
           Processes in Climate Change Simulations             221

**References**                                                 221

# SUMMARY

This chapter assesses the processes in the climate system that are believed to contribute the most to the uncertainties in current projections of greenhouse warming. Many of these processes involve the coupling of the atmosphere, ocean, and land through the hydrological cycle. Continued progress in climate modelling will depend on the development of comprehensive data sets and their application to improving important parametrizations. The large-scale dynamical and thermodynamical processes in atmospheric and oceanic models are well treated and are one of the strengths of the modelling approach. As previously indicated in IPCC (1990, 1992), the radiative effects of clouds and their linkages to the hydrological cycle remain a major uncertainty for climate modelling. The present report, however, goes into much more detail than the past reports in summarising the many facets of this question, recent progress in understanding different feedbacks, and in the development of climate model parametrization treating these processes. This is now a very active research area with much that has been accomplished since IPCC (1990).

Current climate models are highly sensitive to cloud parametrizations, and there are not yet satisfactory means for evaluating the correctness of such treatments. Progress will require improved understanding, observational data sets, sub-grid scale parametrization, and improved modelling of the distribution of atmospheric water in its vapour, liquid, and solid forms, and will not be achieved quickly. Sub-grid scale parametrizations are especially difficult to improve. The determination of cloud-dependent surface radiative and precipitation fluxes is a significant source of uncertainty for both land-surface and ocean climate modelling, making attempts to assess regional climate change problematic.

Clear-sky feedbacks involving changes in water vapour distribution and lapse rates are also uncertain but their global sum varies little between models. The processes determining the distribution of upper tropospheric water vapour are still poorly understood. Water vapour feedback in the lower troposphere is undoubtedly positive, and the preponderance of evidence also points to it being positive in the upper troposphere.

A large-scale dynamical framework for treating the ocean component of climate models is now being used for climate change projections. Sub-grid scale parametrizations in these models are important for surface energy exchange and the thermohaline circulation. A new parametrization for interior mixing appears promising in providing an improved simulation of the global thermocline. Both high latitude and tropical elements of ocean climate models involve important and still inadequately represented processes. In high latitudes, coupling to sea ice models and deep convection are especially important. In the tropics, ocean models need to simulate the large-scale sea surface temperature variability of the El Niño-Southern Oscillation systems.

Climate model treatments of land processes have advanced rapidly since the last assessment. However, there are lags in the validation of these models, in the development of required data sets, in an adequate assessment of how sub-grid scale processes should be represented, and in their implementation in models for climate change projection. None of the land parametrizations include a physically based and globally validated treatment of runoff.

## 4.1 Introduction to Climate Processes

Climate processes are all the individual physical processes that separately contribute to the overall behaviour of the climate system. They are also the interactions and feedbacks among the individual processes that determine the response of the climate system to external forcing, including the response to global anthropogenic forcing. There are a myriad of such climate processes. This report is focused by the present community experience with numerical modelling. The success of numerical simulations of future climate change hinges on the adequate inclusion of all the climate processes that are responsible for determining the behaviour of the system. A triage approach is used here; processes are treated lightly that are already included adequately in numerical models or those for which there is little or no evidence supporting their importance. The present report emphasises those processes known to contribute substantially to the uncertainties of current numerical simulations of long-term climate response. These all are physical processes. Chemical and biological components are treated in Chapters 2, 9 and 10 respectively, and at present would be de-emphasised by the triage approach for lack of substantial effort to include them in climate models.

A globally averaged temperature increase is the response most easily related to global greenhouse forcing. Current climate models project global temperature increases that vary by over a factor of two to three for a given forcing scenario. These differences are directly attributable to the treatment of cloud processes, their links to the hydrological cycle and their interaction with radiation in the models. Indeed, individual models can give this range of answers, depending on changes only in the cloud parametrization (Senior and Mitchell, 1993). Thus, all the likely contributors to the ultimate representations of cloud processes in climate models need emphasis, as do other aspects of the hydrological cycle and model dynamics that interact with cloud evolution and properties.

Another current focus for climate process studies is the evolving interpretation of the past climate record. Most notable is that of the observed warming of about half a degree over the last century. This is about a factor of two smaller than conventional estimates according to models including only trace gas increases but is consistent with the inclusion of the expected effects of sulphate aerosols.

Observations over continental surfaces show that the warming has been more pronounced at night than during the day (*cf.* Chapter 3). Hansen *et al.* (1995) have hypothesised from a large number of numerical simulations with a simple sector General Circulation Model (GCM)

that the observed global trends and continental predominance of night-time warming can be explained if clouds and aerosol have increased over continental surfaces with a global average radiative cooling of about half that of the warming by greenhouse gases increase. For the same direct radiative effects, a cloud increase would have a larger impact on diurnal range than would dry aerosols, since clouds not only cool during daytime but warm the surface at night. GCM calculations by Mitchell *et al.* (1995) indicate that the direct radiative effect of aerosols alone can only partially explain the observed decrease in diurnal range. Further progress will require understanding the time history and distribution of anthropogenic aerosol as well as its effects on cloud properties and its consequent direct and indirect radiative effects.

As mentioned above, ocean surface temperatures, and hence much of climate variability and change are strongly influenced by net energy exchanges between the oceans and the atmosphere. In high latitudes, sea ice is of major significance for modifying these energy exchanges. The possible rapid variations of the thermohaline circulation, first suggested by Bryan (1986), indicate that rearrangements of heat in the ocean can occur relatively quickly so that surface temperatures can respond rapidly to changes in the thermohaline circulation. Further, the thermohaline circulation is particularly sensitive to changes in the high latitude temperature and hydrology; variability on decadal-to-millennial time-scales can arise. On somewhat shorter time-scales, coupled atmosphere-ocean processes in the tropics are a major source of interannual climate variability. Therefore, dynamically active oceans are included in coupled models for a comprehensive evaluation of the response to increases in the radiatively active gases.

Land-surface processes are also now highlighted for several reasons. The land surface is readily modified on the large-scale by human activities. Such modifications may have important regional consequences; historical land modifications may have had larger regional climate impacts up to now than has had greenhouse gas warming. Land-surface processes probably are of lesser importance for the future globally averaged temperature response to greenhouse warming than are cloud processes, but how climate changes over land is of the greatest practical importance to humans and depends substantially on land-surface processes. Furthermore, land-surface processes strongly affect the overlying atmospheric hydrological cycle including clouds, so they arguably will be of major importance as feedbacks for determining changes in regional climate patterns.

This chapter identifies and assesses important processes for incorporation into climate models for projecting climate

change and highlights major gaps in our understanding of these processes. These processes occur in the atmosphere, ocean and land surface and involve their coupling through the hydrological cycle.

## 4.2 Atmospheric Processes

The processes of large-scale dynamics, thermodynamics and mass balance in the atmospheric and oceanic components of the climate models are now included in models with considerable confidence. This is not to imply that the modelling of large-scale circulation and temperature structure can be viewed as completely successful, since it depends not only on the relatively robust components but also on weak elements. Diagnostic comparisons with observations of potential vorticity transport and mixing could help improve confidence in the treatments of large-scale dynamics. Stable dynamical modes in which the coupled atmosphere-ocean system may respond as part of climate change are inadequately understood (e.g., Palmer, 1993). The hydrological cycle and radiation budget are so intimately coupled that they should not be treated separately. Therefore, wherever possible in the following sections, these two aspects are discussed together. Clear-sky water vapour feedback is first examined, then the various feedbacks attributed to clouds that affect the Earth-atmosphere radiative balance, then the additional issues of surface radiative fluxes, and then coupling to precipitation processes. The intention here is not to describe all the physical processes operating in the atmosphere, as that would be far too broad an approach, but rather to focus on those processes that are especially relevant to the various feedbacks, as identified in studies of global warming with climate models.

### 4.2.1 Water Vapour Amounts

A positive water vapour feedback was hypothesised in the earliest simulations of global warming with simple radiative-convective models (Manabe and Wetherald, 1967). It arises for water vapour near the surface from the strong dependence of the saturation vapour pressure on temperature, as given by the Clausius-Clapeyron equation. Increases in temperature are thus expected to lead to increases in the atmospheric water vapour mixing ratio. Since water vapour is the most important greenhouse gas, such increases in water vapour enhance the greenhouse effect; that is, they reduce the thermal infrared (long-wave) flux leaving the atmosphere-surface system, providing a positive feedback amplifying the initial warming. This feedback operates in all the climate models used in global

warming and other studies. However, intuitive arguments for it to apply to water vapour in the upper troposphere are weak; observational analyses and process studies are needed to establish its existence and strength there.

Changes in the vertical decrease of temperature with altitude change surface temperature for a given radiative balance and are known as "lapse rate feedback". Changes in lapse rate act as an additional feedback that can also be substantial and that generally oppose the water vapour feedback. The sum of the water vapour and lapse rate feedbacks comprise the clear-sky feedback. Cess *et al.* (1990) show that the magnitude of the clear-sky feedback is very similar in a wide range of models. However, the partitioning between lapse rate and water vapour feedback may vary substantially between models (Zhang *et al.*, 1994) depending on how convection is parametrized and may depend on the time-scale of the climate change or climate fluctuations considered (Bony *et al.*, 1995).

The consensus view that water vapour provides a strong positive feedback has been challenged by Lindzen (1990), who emphasised the sensitivity of the water vapour feedback to poorly understood processes, such as the profile of cumulus detrainment and the related distribution of water vapour in the upper troposphere. Water vapour is physically most closely controlled by temperature in the lower troposphere, and by transport processes in the upper troposphere. Both regions contribute comparably to the water vapour greenhouse effect.

How upper tropospheric water vapour is distributed and varies with other climate parameter variations is best studied with satellite data (e.g., Soden and Bretherton, 1994). Soden and Fu (1995) relate climatic variations of upper tropospheric water vapour to clear-sky long-wave radiation and to moist convection indicated by the International Satellite Cloud Climatology Project (ISCCP), over a five-year period. These are shown to be highly correlated in the tropical half of the world but uncorrelated outside the tropics. Thus, these data support the conventional view that in the tropics, water vapour is supplied to the upper troposphere primarily by moist convection. They find that this result is maintained, even averaging over the whole tropical belt of 30°S-30°N, and so conclude that the net effect of convection is moistening even allowing for compensating regions of subsidence. Chou (1995) in a case study with two months of data (April 1985 and 1987) over 100°W–100°E infers a somewhat contradictory conclusion that increased convection in the tropics leads to a net reduction in the atmospheric clear-sky greenhouse effect and hence a net drying.

Soden and Fu show that occurrence of tropical convection in the Geophysical Fluid Dynamics Laboratory (GFDL) GCM has a very similar correlation with upper tropospheric water vapour as observed, suggesting that the model captures the essential upward transport processes of water in the tropics. Sun and Held (1995), on the other hand, show that for specific humidities averaged over the tropics, the correlation with surface values declines with height to much smaller values for observed data than in the same model. As they discuss, lack of radiosonde coverage over the eastern and central Pacific may throw into question their observational analyses.

Detailed process studies of cumulus detrainment and of the water budget in mesoscale cumulus convection are also being made through field experiments, to provide a more solid physical basis for testing the GCM treatments of water vapour. Lau *et al.* (1993) used the Goddard Cumulus Ensemble model (GCEM) to investigate the water budget of tropical cumulus convection. Their results on changes in temperature and water vapour induced by surface warming are in agreement with those from GCMs which use only crude cumulus parametrizations.

The details of water vapour feedback in the extra-tropical upper troposphere are also poorly characterised observationally. In the extra-tropics, the relative contributions to upper tropospheric water vapour of lateral transport from the tropics, versus upward transport by large-scale motions or by moist convection are poorly known. Lacis and Sato (1993) showed, in the Goddard Institute for Space Science (GISS) GCM, that the water vapour feedback was almost as strong at middle and high latitudes as it was at low latitudes. Pierrehumbert and Yang (1993) have emphasised the potential small-scale complexity of latitudinal exchanges of water vapour by large-scale eddies at high latitudes, and Kelly *et al.* (1991) have shown some observational evidence for temperature-dependent large-scale high latitude exchanges of water vapour creating a hemispheric asymmetry in upper tropospheric water vapour at these latitudes. Del Genio *et al.* (1994) find, for the GISS model, that large-scale eddies dominate the seasonal variation of upper troposphere water vapour outside the tropical rainbelt.

Feedback from the redistribution of water vapour remains a substantial uncertainty in climate models. That from the lower troposphere seems least controversial. Much of the current debate has been addressing feedback from the tropical upper troposphere, where the feedback appears likely to be positive. However, this is not yet convincingly established; much further evaluation of climate models with regard to observed processes is needed.

Somewhat independent of feedbacks affecting top of the atmosphere long-wave fluxes, water vapour in the lower troposphere affects the long-wave contribution to surface radiation. This feedback has lately been emphasised as contributing somewhat to a reduction in diurnal temperature range with increasing water vapour concentrations from global warming (Mitchell *et al.*, 1995).

### 4.2.2 Cloud Amounts

The first cloud feedback to be studied in detail in global models involves changes in cloud amounts. These can be extremely complicated because of the many different types of clouds, whose properties and coverage are controlled by many different physical processes, and which affect the radiation budget in many different ways. In the global and annual mean, clouds have a cooling effect on the present climate (the surface and atmosphere), as evaluated from the Earth Radiation Budget Experiment (ERBE) and other satellite measurements. That is, the 31 $Wm^{-2}$ enhancement of the thermal greenhouse effect is exceeded by a 48 $Wm^{-2}$ increase in the reflection of short-wave radiation to space (Ramanathan *et al.*, 1989). But there are large variations in the net cloud forcing with geography and cloud type; indeed some clouds contribute a net warming. For low clouds, the reflected short-wave dominates so that an increase in amount would cool the climate and be a negative feedback on global warming. But thin tropical cirrus clouds are much colder than the underlying surface and act more to enhance the greenhouse effect, so an increase in the amount of this cloud type would be a positive feedback.

Climate model simulations of global warming have found the tropical troposphere to become higher and, in most models, the amounts of high cloud to increase. This increase (which depends on the somewhat uncertain changes of water vapour and relative humidity) enhances the greenhouse effect and produces a positive feedback (e.g., Wetherald and Manabe, 1988; Mitchell and Ingram, 1992). However, its importance relative to other changes in cloud amounts and the detailed changes in the three dimensional cloud distribution, varies significantly between models.

Until recently, climate models have used cloud prediction schemes based largely on presumed relationships between cloud amount and relative humidity and giving cloud amount as the only parameter. Such schemes introduce or remove condensed water instantaneously in amounts that are prescribed or depend only on temperature. Many modelling groups are now moving to prognostic cloud water variables that explicitly determine the amount

202                                                                                                          *Climate Processes*

of liquid water in each grid cell (e.g., Sundqvist, 1978; Le Treut and Li, 1988; Sundqvist *et al.*, 1989; Roeckner *et al.*, 1990; Smith, 1990; Ose, 1993; Tiedtke, 1993; Del Genio *et al.*, 1995; Fowler *et al.*, 1996). The predicted cloud water may vary more smoothly, persisting for hours after the agencies that formed it have ceased (as is especially true for cirrus); it can be used to determine interactively the optical properties of the clouds, as well as the precipitation rate. A prognostic cloud water variable thus improves a model's physical basis, but not without considerable difficulties, including proper representation of mixed-phase clouds (e.g., Senior and Mitchell 1993) and various numerical issues.

Some features of this new approach for predicting clouds are:

*   Prediction of the condensed water and its partitioning between liquid and ice (Sundqvist, 1978; Li and Le Treut, 1992). Separate treatment of the liquid and ice cloud particles is important, because they undergo significantly different microphysical and thermodynamical processes and have different optical properties. The transition of water to ice is a critical process and empirically dealt with in some of the latest models.

*   Action of cumulus clouds as liquid and/or ice sources for the stratiform clouds in some models (e.g., Ose, 1993; Tiedtke, 1993; Del Genio *et al.*, 1995; Fowler *et al.*, 1996). This important physical link between two types of cloud systems and its explicit incorporation into GCMs may mark a significant step forward in cloud parametrization.



**Figure 4.1:** Diagram illustrating prognostic variables in a cloud microphysics scheme, and the processes that affect them.

*   Physically based parametrization of the various cloud microphysical processes, such as the evaporation of cloud water and ice to water vapour in subsaturated air, conversion of cloud water and ice to rain and snow in supersaturated air, and parametrization of cloud droplets and ice crystals depending on cloud condensation nuclei (CCN) and ice nuclei. Figure 4.1 schematically illustrates some of these processes. For example, cumulus detrainment can produce small ice crystals that combine to make larger falling snowflakes. The snow falling through a warm lower atmosphere will melt to become rain, although ice and liquid may coexist in a range of temperatures whose width is somewhat uncertain. The efficiency of the so-called Bergeron-Findeisen mechanism in this range of coexistence has a decisive impact on how effective the release of precipitation is in the cloud. As a consequence, this mechanism strongly influences the resulting amount of cloud water, and indirectly the optical properties of the cloud.

*   Physically based parametrization of the cloud optical properties and fractional cloud amount. It is far from obvious how to determine the cloudy fraction of a GCM grid-box; this cloud fraction depends on the sub-grid scale distribution of the water and ice contents (e.g., Kristjánsson, 1991; Kvamstø, 1991). The dependence of cloud optical properties on sub-grid scale spatial heterogeneity and mixed phases remains an important problem.

The new generation of cloud parametrization has led to some improvements in simulations of the Earth's radiation budget (e.g., Senior and Mitchell, 1993; Del Genio *et al.*, 1995; Fowler and Randall, 1996). Comparisons of the global distribution of simulated cloud water and ice concentrations against observations are problematic. Although satellite observations of the macroscopic distribution of total-column liquid water content are available over the oceans (Njoku and Swanson, 1983; Prabhakara *et al.*, 1983; Greenwald *et al.*, 1993), these show substantial differences, possibly a result of different algorithms (Lin and Rossow, 1994). Also, observations of macroscopic ice water content are lacking. Field data for local cloud ice measurements have been obtained in regional experiments such as the First ISCCP Regional Experiment (FIRE) (Heymsfield and Donner 1990) and the International Cirrus Experiment (ICE) (Raschke *et al.*, 1990), but these are very difficult to convert into macroscopic averages.

### High clouds

High clouds are very effective in trapping outgoing long-wave radiation, and so tend to warm the Earth. The net radiative effect on climate of anvils and cirrus clouds associated with deep convection in the tropics is near zero (e.g., Ramanathan *et al.*, 1989) because short-wave cooling and long-wave warming nearly cancel each other. The solar cooling acts mainly at the Earth's surface; however, how much is absorbed rather than reflected by clouds is currently controversial, as discussed in Section 4.2.6. Long-wave warming by anvils and cirrus clouds associated with deep convection in the tropics acts mainly on the atmosphere and can influence the general circulation of the atmosphere (Slingo and Slingo, 1988; Harshvardhan *et al.*, 1989).

Recent work has led to simple ice crystal scattering parametrizations for climate models (Ebert and Curry, 1992; Fu and Liou, 1993). Improvements may be needed to account for ice crystal size and shape effects, especially as climate models develop the capability to compute crystal sizes and realistic distributions of the ice water path. Comparison of cirrus properties from ISCCP with those generated by GCM parametrization using observed large-scale dynamic and thermodynamic fields from operational analyses shows encouraging agreement in the spatial patterns of the cirrus optical depths (Soden and Donner, 1994). However, determining cirrus modification of net radiative fluxes to the accuracies desirable for climate models may require accuracies in measurement of cirrus cloud temperature, ice water content and/or scattering properties that, in some cases, are beyond current observational and computational abilities (Vogelmann and Ackerman, 1996), suggesting that improved accuracies in these will be needed for climate studies.

### Middle clouds

Frontal cloud systems are major sources of precipitation and cloud cover in the mid-latitudes. Climate models are incapable of explicitly resolving frontal circulations, although they do resolve "large-scale" cloud cover and rain associated with these systems. However there is a dearth of observations over the ocean and generally in the Southern Hemisphere to validate the microphysical parametrizations used to calculate the radiative and precipitation processes with these mid-level clouds (Ryan, 1996).

### Low clouds

The marine stratocumulus clouds that commonly occur on the eastern sides of the subtropical oceans (e.g., Hanson, 1991) are important for their solar reflection (e.g., Slingo,

1990), and are, at present, under-predicted by many atmospheric GCMs. Similar clouds occur in the Arctic in summer (e.g., Herman and Goody, 1976), as well as over the mid-latitude oceans (Klein and Hartmann, 1993). They must be simulated successfully in order to obtain realistic sea surface temperature (SST) distributions in coupled atmosphere-ocean models (e.g., Robertson *et al.*, 1995).

Low clouds, such as marine stratocumulus, are favoured by strong capping temperature inversions (e.g., Lilly, 1968; Randall, 1980; Klein and Hartmann, 1993) as, for example, when a subsidence inversion associated with a subtropical high pressure cell confines moisture evaporated from the ocean within a thin, cool marine layer. At the same time, the radiative cooling associated with the clouds helps to maintain such inversions by lowering the temperature of the cloudy air. Turbulent entrainment, driven in part by radiative destabilisation, also maintains the inversion. Under suitable conditions, an external perturbation that reduces the SST favours a change in cloudiness that further reduces the SST (e.g., Hanson, 1991).

The positive feedback maintaining low clouds may be suppressed by various dynamical processes. Mesoscale circulations are forced in the marine boundary layer by the strong cloud-top radiative cooling that, in turn, breaks stratiform clouds into mesoscale cloud patches (Shao and Randall, 1996). Such broken clouds allow more solar radiation to warm the sea surface. Furthermore, temperature, moisture, and the subsidence rate of the subsiding air above the inversion may be changed to weaken the inversion (Siems *et al.*, 1990), thus increasing the likelihood of the stratiform clouds breaking up (Deardorff, 1980; Randall, 1980). Still controversial are details of the criteria and relative importance of other mechanisms, such as drizzle, absorbed sunlight, and entrainment decoupling that might detach planetary boundary layer (PBL) clouds from the surface (Kuo and Schubert, 1988; MacVean and Mason, 1990; Siems *et al.*, 1990).

Since subsiding air in the subtropics is connected to the sinking branch of a Hadley cell, subtropical boundary layer cloud properties may be partly determined by remote processes. A model with inadequate dynamical coupling to other regions may exaggerate the strength of the low cloud feedback and have a tendency to produce excessive low-level cloudiness. Coupled atmosphere-ocean models may be particularly susceptible because they have the ability to produce negative SST anomalies in response to increases in low-level cloudiness. On the other hand, over-emphasis of coupling to other regions may lead the feedback to another positive loop. Miller and Del Genio (1994) found in a

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 23 of 421

version of the GISS GCM that the reduced low cloud amount led to stronger surface solar radiation, therefore a warming of the subtropical sea surface, and a further reduction in low cloud amount. The initial reduction of low cloud amount was due to the temperature changes at remote grid points, apparently weakening the inversion. They found this mechanism to give oscillations with periods on the order of a few decades. They are appropriately cautious about concluding that the feedbacks in the GISS model also operate in the real climate system, but suggest that positive cloud feedback could enhance variability.

*Arctic clouds*

Clouds are the dominant modulators of the Arctic radiation climate, affecting sea ice characteristics such as temperature, albedo and ice volume, (Curry and Ebert 1990, 1992), and so indirectly possibly altering the rate of sea ice transport to the North Atlantic. Sea ice and related high latitude physical processes including Arctic cloud formation are incorporated into current models with many unverified assumptions, so that the reliability of the simulated Arctic climate change scenarios is not high and the model-to-model differences are not surprising.

Ingram *et al.* (1989) used the UK Meteorological Office climate model to investigate the sea ice feedback on greenhouse warming. They performed sensitivity tests with prescribed, fixed sea ice distributions and compared their results with those of a simulation in which the sea ice distribution was permitted to change in response to climate change. They found that cloud-ice feedbacks were very important; the clouds obscure surface albedo exchanges, thus minimising their effects.

### 4.2.3 Cloud Water Content

As already noted, the climate models used for the first studies of global warming ignored the possibility of changes in cloud-water content, but are now beginning to include cloud formulations which explicitly predict the liquid- and ice-water content. The distinction between liquid-water and ice is important, not only for thermodynamic reasons but also because of differing radiative properties. The need to include formulations of cloud water and ice comes in part from the strong dependence of the short-wave, and for high clouds, long-wave radiative properties on water content and the possibility that the latter will change during global warming. Rennó *et al.* (1994) suggest that climate is sensitive to cloud microphysical processes and in particular, precipitation efficiencies.

Liquid water feedback might be substantially negative, as was emphasised by the simple radiative-convective model study carried out by Somerville and Remer (1984). Subsequently, a different sign for this feedback was inferred in a GCM by Roeckner *et al.* (1987) through a large increase in the long-wave greenhouse effect from thin cirrus clouds. The complexity of such cloud feedbacks is further illustrated by the studies of Li and Le Treut (1992) and Taylor and Ghan (1992).

In climate change studies with the UK Meteorological Office (UKMO) GCM, Senior and Mitchell (1993) found that in a warmer atmosphere, water clouds (lasting longer because of slower fall rates) replace ice clouds in the mixed phase region and hence cloud amount, especially at low and mid-levels, is increased. This "change of phase" feedback led to larger cloud amounts and to an increased short-wave cloud cooling with a warming climate. Consequently climate sensitivity was reduced with a 2.8°C warming in response to a doubling of $CO_2$, in comparison with an older relative humidity dependent cloud scheme where the global mean warming was 5.4°C. The inclusion of interactive cloud radiative properties further reduced the global mean warming to 1.9°C. In regions where cloud amount increased, the optical depth also increased. The net cloud feedback in this experiment was negative.

Changes in the long-wave cloud feedback depend on the representation of clouds in the model (Senior and Mitchell, 1995). A sensitivity experiment, in which the assumed statistical distribution of cloud water in a grid box is changed, produced a slightly improved validation of radiative fluxes against ERBE data (Barkstrom, 1984), but increased the climate sensitivity of the model from 3.4°C to 5.5°C (Senior and Mitchell, 1995). The effect of the change was to reduce high cloud amount for a given cloud water content. The reduced high cloud amount led to a much smaller "change of phase" feedback and so a higher climate sensitivity.

Several of the GCMs incorporate new cloud microphysics parametrizations for stratiform clouds and consequently produce weak negative cloud feedbacks in the climate sensitivity experiments reported by Cess *et al.* (1996). For example, the new version of the GISS GCM (Del Genio *et al.*, 1995) contains a prognostic cloud water parametrization and incorporates interactive cloud optical properties. When subjected to globally uniform increases and decreases of SST, the new model's climate sensitivity is only about half that of the earlier GISS model, and its cloud feedback is slightly negative as opposed to the substantial positive cloud feedback in the earlier model. This change in the cloud feedback is largely a result of a

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 24 of 421

dramatic increase in both the cloud cover and cloud water content of tropical cirrus anvil clouds in the warmer climate. This result is sensitive to the type of climate experiment conducted. Tests with an SST perturbation that reduces the tropical Pacific SST gradient and weakens the Walker circulation give a higher climate sensitivity (Del Genio *et al.*, 1995).

The crude nature of current parametrization of detrainment of cumulus ice and the sensitivity to this term as discussed above, suggest that this may be an important area for future work in cloud parametrization. Low-level clouds may not produce the large negative feedback that is characteristic of models with only temperature-dependent cloud water because increasing cloud water content in a warmer climate could be offset by a decreasing geometric thickness of these clouds. This is consistent with the behaviour of satellite-derived optical thickness in the ISCCP data set (Tselioudis *et al.*, 1992). Thus the sign of the cloud liquid-water feedback in the real climate system is still unknown. Further study will be needed to reach the goal to determine the overall sign and magnitude of the real world's cloud feedback, as cloud feedback varies considerably with cloud type and geography and presumably with time. Nevertheless, the results from the new models provide valuable new insight into the physical issues that must be confronted before this goal can be achieved.

### 4.2.4 Cloud Particle Size

Studies of the effects of possible changes in cloud particle size on global warming integrations are at an early stage, but mechanisms by which changes might occur have been suggested. Cloud drops are formed by condensation on submicron diameter hygroscopic aerosol particles, which are present throughout the troposphere. The concentrations of CCN are highly variable and are influenced by air pollution as well as by natural processes as addressed in Chapters 3 and 4 of IPCC (1994) and Sections 2.3 and 2.4 of this report. The number of nuclei available has a strong effect on the number of cloud droplets formed, and this in turn affects both the cloud optical properties and the likelihood of precipitation. Changes in the CCN concentration might alter the number of cloud drops that can grow, and hence alter the mean radius for a given liquid-water path. Some parametrization are attempting to represent the effects of nuclei availability on cloud particle number density and cloud particle size.

Twomey *et al.* (1984) noted that pollution produced by burning fossil fuels consists not only of carbon dioxide ($CO_2$) but also sulphur dioxide ($SO_2$), the gaseous precursor of sulphate aerosols, and that cloud drop sizes

may be sensitive to changes in sulphate aerosol concentrations. Increased pollution could therefore increase the number of these CCN, increase the number of cloud drops, and hence reduce the mean particle size (provided that the water content does not change). This would increase the cloud optical thickness and hence the cloud albedos, leading to a cooling influence on climate. Efforts to include effects of sulphate aerosols from pollution in climate model cloud parametrization have been reported by Ghan *et al.* (1993, 1995), Jones *et al.* (1994), Boucher *et al.* (1995) and Boucher and Lohmann (1995). Kiehl (1994) argues that the difference between continental and oceanic cloud droplet sizes needs to be accounted for in determining climate model cloud albedos.

Charlson *et al.* (1987) suggested that the primary source of sulphate aerosol and hence CCNs over the ocean involves biological organisms, so that much of the sulphate aerosol over the remote oceans comes not from pollution but from dimethylsulphide (DMS), excreted by marine phytoplankton (discussed further in Section 10.3.4). Charlson *et al.* discussed the possibility of a regulation of the climate system by such marine organisms. Attempts to establish the details of processes by which this regulation might occur have not been successful, and there is no observational evidence that DMS sources would change with climate change.

Relatively shallow clouds may develop drizzle. This drizzle production depends on cloud depth, cloud liquid-water content and CCN distribution, as well as on cloud dynamics and lifetime. Drizzle depletes the cloud liquid-water, and reduces the cloud reflectivity. Below the cloud the drizzle may evaporate and cool the air, thus possibly leading to a decoupling of the cloud from the air below. If future anthropogenic emissions of $SO_2$ increase, thus leading to more CCN, then cloud droplets may become more numerous and smaller. This will likely impede drizzle production and possibly lead to longer cloud lifetimes.

### 4.2.5 Model Feedback Intercomparisons

The intercomparison reported by Cess *et al.* (1990) of climate models' response to changing the SST by $\pm 2°C$ provided a snapshot of the feedbacks operating in GCMs at that time. The models agreed in the magnitudes of the clear-sky feedbacks, as noted earlier, but cloud feedbacks varied considerably and were responsible for a threefold variation in the overall climate sensitivity between the participating models. This exercise has recently been repeated by Cess *et al.* (1996), who find that the disparity between the models has been reduced significantly (Figure 4.2). The most notable change is the removal of the largest (positive) values

of cloud feedback. A detailed analysis of the reasons for this convergence has not yet been made. A small, overall cloud feedback can result from a cancellation of much larger feedbacks of opposite signs in the long-wave and short-wave regions of the spectrum. These components of the overall feedback vary considerably between the models. In addition, several modelling centres have produced a wide range of cloud feedbacks from slightly different cloud parametrizations in the same model. Hence, the convergence found by Cess *et al.* (1996) may not represent a reduction in the uncertainty of the magnitude of the cloud feedback. The idealised SST perturbation applied in these comparisons is very different from the more complex patterns obtained in coupled model simulations of global warming, and consequently the cloud feedback produced by a model forced by the ±2°C SST perturbation might be completely different from that found in global warming simulations (Senior and Mitchell, 1993). These intercomparisons may provide only limited guidance as to the cloud feedback to be expected during greenhouse warming.



**Figure 4.2:** (a) The cloud feedback parameter, ΔCRF/G, as produced by the 19 atmospheric GCMs used in the Cess *et al.* (1990) study, where ΔCRF is the Wm⁻² due to cloud changes and G is the overall Wm⁻² change, both as a result of the prescribed SST change. (b) The same as (a) but for the Cess *et al.* (1996) study.

A further intercomparison that gives insights into the impact of differences between cloud simulations in models is provided by Gleckler *et al.* (1995). They analysed the ocean energy transports implied by the ensemble of GCMs participating in the Atmospheric Model Intercomparison Project (AMIP) (Gates, 1992). The models were run for ten simulated years, using prescribed seasonally and interannually varying SST and sea ice distributions, as observed for the years 1979 to 1988. The models calculated the net radiation at the top of the atmosphere and the net energy flux across the Earth's surface.

The pattern of ten-year-averaged net radiation at the top of the atmosphere implies a pattern of total energy transport inside the system, since there is a net energy input in some parts of the world, and a net energy output in other parts, giving a global total very close to zero. This energy transport is accomplished by the circulation of the atmosphere and of the oceans. A pattern of ocean meridional energy transports is implied by the ten-year averages of the net ocean surface energy flux for each atmospheric GCM.

The implied ocean energy transports $T_O$ are represented by the thin lines in the upper panel of Figure 4.3. The grey stippling shows the range of observationally derived upper and lower bounds of $T_O$ (*cf.* Trenberth and Solomon, 1994, for the most recent observational study). Most of the simulations imply ocean energy transports that differ markedly from those inferred from observations, particularly in the Southern Hemisphere, where the implied $T_O$ for many of the models is towards the equator.

Gleckler *et al.* (1995) determined the total meridional energy transport by the atmosphere and ocean combined, denoted by $T_{A+O}$, from the simulated ten-year averages of the top-of-the-atmosphere net radiation for each model. They then determined the simulated atmospheric energy transport, $T_A$ by subtracting the ocean transport from the sum of the ocean and atmosphere transport. Finally, they computed a "hybrid" value of $T_O$, denoted by $T_{O\ \text{hybrid}}$, by subtracting each model's simulated $T_A$ from the ERBE-observed $T_{A+O}$. This "hybrid" combines the simulated $T_A$ with the observed $T_{A+O}$. The results for $T_{O\ \text{hybrid}}$ are shown in the lower panel of Figure 4.3. On the whole, the various curves for $T_{O\ \text{hybrid}}$ bear a much closer resemblance to the observations than do the model curves, indicating that the simulated atmospheric meridional energy transports are relatively realistic in most cases. Evidently, improved cloudiness parametrization and improved simulations of the effects of clouds on the radiation budget are needed to improve oceanic forcing in coupled atmosphere-ocean models.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 26 of 421

(a)



(b)



**Figure 4.3:** Ocean meridional energy transport from models and observations (a) model results from a range of atmosphere GCMs, derived from the ten-year averages of their implied net surface energy flux (thin lines); bounds on observed ocean transport (shaded area); model results from Semtner and Chervin (1992) in a numerical simulation of the general circulation of the oceans, forced with the observed atmospheric climate (dashed line). (b) As in (a), except that the thin lines show the "hybrid"ocean transport (see text).

### 4.2.6 Coupling of Clouds with the Surface

The effects of clouds on net solar radiation at the top of the atmosphere are largely mirrored in the effects of clouds on surface solar radiative fluxes. The uncertainties in the input of solar radiation to ocean and land models are a major source of uncertainties in determining the regional and global response to increasing greenhouse gases. Long-wave radiation would appear to be a smaller source of error, except in high latitudes, because of the atmosphere's large opacity to long-wave, even without clouds. In any case, the surface solar fluxes are more easily estimated from remote sensing since long-wave fluxes depend on cloud bases which are not easily seen from space.

Clouds are sensitive to the changes of both atmospheric circulation and the surface boundary conditions. Small changes in the surface boundary layer can cause substantial differences in convective clouds over the tropical oceans (e.g., Fu *et al.*, 1994). However, a change of large-scale circulation can modify atmospheric conditional instability and thus clouds, even without a change at the surface (Lau *et al.*, 1994; Fu *et al.*, 1996). Because the prediction of future cloud changes depends on the correctness of these responses in GCM cloud schemes, more stringent tests, using satellite and *in situ* observations, are needed to ensure that the observed sensitivities of clouds to the changes of atmospheric circulation and surface conditions are adequately simulated in GCMs.

Consideration of ocean surface-atmosphere interactions have led to a controversial hypothesis. Figure 4.4 schematically illustrates what is known as the Thermostat Hypothesis (Ramanathan and Collins, 1991). If a positive SST perturbation leads to an increase in surface evaporation and moisture convergence (Lindzen and Nigam, 1987) then the increased moisture supply induces more convection, which leads to the formation of more high, bright clouds, which reflect more solar energy back to space. The resulting reduction in the solar radiation absorbed at the sea surface thus acts to dampen the postulated positive SST perturbation. The initial perturbation might be the climatological differences between east and west Pacific, or warming of the east Pacific associated with El Niño, or overall SST increases associated with greenhouse warming. Similar mechanisms would not necessarily apply to all these situations.

To support their idea, Ramanathan and Collins presented observational evidence that SST fluctuations associated with El Niño are accompanied by changes in the solar cloud radiative forcing (CRF) that would tend to dampen the SST fluctuations regionally. Where the ocean warms, the solar radiation reaching the sea surface diminishes, and where the ocean cools, the increased solar radiation tends to warm it. Ramanathan and Collins argued that convection and high bright clouds increase when the SST increases to about 30°C. They suggested that the increased solar cloud forcing associated with deep convection might act to prevent much higher SSTs.

Although Ramanathan and Collins explicitly discussed only regional climatological effects, their paper has been widely interpreted as suggesting that the global surface temperature of the Earth may also be limited in this way.



**Figure 4.4:** The "Thermostat Hypothesis" of Ramanathan and Collins (1991). An external perturbation leads to an increase in the SST, either locally or globally. The signs in the diagram are "+" for amplification of the next term in the loop and "−" for reduction. Increased SST promotes stronger evaporation and moisture convergence, which then lead to more vigorous convection. The convection generates high, bright clouds, which reduce the insolation of the ocean, thus counteracting the external perturbation. This is, therefore, a negative feedback and indicated by the circled "−".

This Thermostat Hypothesis has been very controversial and remains an active research topic. It has been criticised by Wallace (1992), Hartmann and Michaelson (1993) and Lau *et al.* (1994) for failure to recognise the importance of regional effects associated with large-scale dynamics, and also for under-emphasising the tendency of surface evaporation to cool the oceans. Several critical papers have emphasised a more conventional view of the tropical energy balance (e.g., Pierrehumbert, 1995). Fu *et al.* (1992) have argued on the basis of satellite data that the strong regional cloud radiative forcing anomalies associated with El Niño average to near zero over the tropics as a whole. The reality of locally negative short-wave cloud radiative forcing anomalies in response to local positive SST anomalies in the central tropical Pacific is apparent, but the importance of such short-wave cloud radiative forcing anomalies relative to other processes, and also their importance for the globally averaged surface temperature, are still in dispute.

Miller and Del Genio (1994) found, with their version of the GISS GCM, that a negative tropical evaporation anomaly resulted in a warming of the SST, leading to enhanced convection and rainfall. This convection decreased the solar radiation incident on the sea surface, and, not unlike the Thermostat Effect envisioned by Ramanathan and Collins (1991), dampened the initial warming of the sea surface. Spectral analysis of the model results showed that this mechanism led to oscillations with periods on the order of years up to a decade.

Three recent papers argue that clouds absorb much more solar radiation than current physical understanding and radiation codes would allow. Suggestions that some clouds absorb more short-wave radiation than can be accounted for on the basis of the known radiative properties of water and ice have appeared at various times in the literature over several decades (see the review by Stephens and Tsay, 1990). This possibility has been invoked by Ramanathan *et al.* (1995), in the context of the West Pacific warm pool. According to their results, the effect of clouds on short-wave radiation at the surface needs to be 50% more than that at the top of the atmosphere, whereas current radiation schemes predict an enhancement of less than 20%. The implication is that the clouds are absorbing several times more short-wave radiation than previously believed. Ramanathan *et al.* do accept that, by making "extreme (but plausible)" changes to their numbers, it is possible to close the heat budget without recourse to anomalous absorption. However, the companion paper by Cess *et al.* (1995) claims that the anomalous absorption is a global phenomenon, showing evidence from a wide variety of locations to support the 50% enhancement required by Ramanathan *et al.* This enhancement was also obtained by Pilewskie and Valero (1995) in an analysis of observations from research aircraft in the tropics.

A global enhancement of the magnitude proposed by Ramanathan is in conflict with many other documented studies with research aircraft where the measured absorption was not substantially different from the theoretically predicted value (Stephens and Tsay, 1990). Additionally, a critical examination of the anomalous absorption papers has revealed major flaws in the analysis methods which appear to invalidate the conclusions (Stephens, 1995). Hayasaka *et al.* (1995) have concluded "that the anomalous absorption pointed out by aircraft observations in previous studies does not exist". An extensive survey of surface and satellite data (Li *et al.*, 1995a; Whitlock *et al.*, 1995) suggests that short-wave budgets are unlikely to be in error by more than 15 Wm$^{-2}$. Li *et al.* (1995b) carried out extensive analyses of data "following the same methodologies" as Cess *et al.* and Ramanathan *et al.* They do not find anomalous absorption except possibly in the tropics where the data are most uncertain. The disagreement with Cess *et al.* is attributed to the use of different data sets, not due to different methodologies. Thus, at present, the evidence is weak for the claim that clouds absorb substantially more short-wave radiation than is predicted by models.

### 4.2.7 Precipitation and Cumulus Convection

Cumulus convection provides very rapid mass, energy, and momentum exchanges between the lower and upper troposphere. Much of the precipitation that falls to Earth is produced during this convective overturning, and a substantial fraction of the cloudiness in the tropics is produced by cumulus convection, either directly in the cumulus clouds themselves, or indirectly in the cirrus and other debris that cumuli generate. The proper treatment of these processes in climate models is still far from established. Errors in treating momentum exchange may seriously affect surface winds in the tropics and hence coupling to ocean models.

Cumulus convection is a manifestation of a buoyancy-driven instability that occurs when the vertical decrease of temperature is sufficiently rapid (i.e., when the "lapse rate" of temperature is sufficiently strong) and, at the same time, sufficient moisture is available. Because of the latter condition, cumulus instability is often called "conditional instability". The degree to which buoyancy forces can drive cumulus convection thus depends on both the lapse rate and the humidity. The time-scale for convective release is on the order of an hour – very short, compared to the multi-day time-scale of large-scale weather systems. This disparity of time-scales implies that ensembles of cumulus clouds must stay nearly in balance with large-scale weather systems. If a large-scale motion system or surface heating tries to promote cumulus instability, convection releases the instability restoring the system to a near-neutral state almost as rapidly as the instability is generated.

"Large-scale precipitation" refers to a somewhat old-fashioned but still widely used parametrization forming stratiform clouds such as cirrus or stratus and the accompanying precipitation that occurs when the mean state relative humidity reaches or tries to exceed a threshold value, such as 100%. Although generally larger than cumulus clouds, these systems are still typically sub-grid scale in climate models. Some such schemes accordingly include a sub-grid scale distribution of humidities, so that precipitation occurs with mean state relative humidities <100%. Relative humidities exceeding the threshold can be produced, for example, by large-scale rising motion which leads to adiabatic cooling and a decrease of the saturation mixing ratio. The excess humidity is typically assumed to condense and fall out as precipitation. In prognostic schemes, it may also be stored as liquid water. In many models, the falling precipitation is permitted to evaporate or partially evaporate on the way down.

Precipitation and convection are coupled to atmospheric radiative cooling in several ways. Slingo and Slingo (1988) discuss a positive feedback between the horizontal gradients of atmospheric radiative warming/cooling associated with localised high clouds produced by deep convection and the large-scale rising motion associated with the convection. In convectively active regions, long-wave radiation is trapped by anvils and cirrus produced by convective detrainment, and so the long-wave radiative cooling of the atmospheric column is reduced, and may even be transformed into a heating. The convectively active column is consequently radiatively warmed relative to the surrounding, convectively inactive regions, reinforcing the latent heating. The combination of these two heatings, together with the radiative cooling in the surrounding radiatively inactive regions, amplifies, on the average, the rising motion in the convectively active column.

Evidently, the strengths of the cloud feedbacks on precipitation must be further quantified. They do not occur in isolation, but coexist not only with each other, but also with many other powerful processes that can affect weather and climate. Idealised numerical experiments with GCMs can be designed to focus on such feedbacks in relative isolation, and so are particularly well suited to investigating their relative strengths.

The distribution of modelled precipitation and its changes with climate change needs more extensive validation as it is a major coupling link to both the land hydrological cycle and oceanic buoyancy forcing of the thermohaline circulation. High latitude precipitation is especially important for the latter.

### 4.2.8 Assessment of the Status of Moist Processes in Climate Models

In the previous IPCC report the radiative feedbacks of clouds were identified as a major source of uncertainty for modelling future climate change. Considerable research efforts have addressed this issue since the last assessment and have further reinforced this conclusion. They have also added considerably to our understanding of the complexity of this issue. Some conclusions from these studies are:

- Different cloud parametrizations in current GCMs give a wide range of radiative feedbacks, affecting global and regional energy balances and the occurrence and intensities of atmospheric precipitation. These are derived from plausible physical assumptions and parametrizations, but the issue is extremely complex and many assumptions or

approximations are made. Models including only cloud amount feedbacks have indicated that these could amplify global warming. Feedbacks involving cloud liquid-water and phase could also have major impacts on the global energy balance. At present, it is not possible to judge even the sign of the sum of all cloud process feedbacks as they affect greenhouse warming, but it is assessed that they are unlikely either to be very negative or to lead to much more than a doubling of the response that would occur in their absence. Improved treatments are vigorously being pursued.

- The cloud feedback processes are intimately linked to the atmospheric hydrological cycle, and can only be simulated satisfactorily if there is a comprehensive treatment of water in all its phases – vapour, liquid and ice. Many of these cloud and linked hydrological processes occur on scales not resolved by current GCMs. The sub-grid scale parametrizations treating these processes should be physically based and carefully evaluated with observational data.

- Inadequate simulation of cloud amounts and optical properties in GCMs contributes major errors to the simulation of surface net radiation, and thereby introduces errors in simulation of regional ocean and land temperatures. Uncertainties in the simulation of changes in these properties with climate change have a major impact on confidence in projections of future regional climate change.

- There is an important, but poorly understood, linkage of cloud optical properties to the CCN distribution. Inclusion of this linkage for models of climate change will require an improved description of the time and spatially varying distribution of global sulphate and other aerosols, as well as detailed microphysical treatments of cloud droplet size distributions.

- There is a consensus among different GCMs as to the sign and magnitude of clear-sky feedbacks but not for water vapour feedbacks alone. With these clear-sky feedbacks but with fixed cloud properties these GCMs would all report climate sensitivities in the range 2-3°C. There is no compelling evidence that the water vapour feedback is anything but the positive feedback indicated by the models. However,

the partitioning between water vapour and lapse rate feedback is not well established, and the processes maintaining water vapour in the upper troposphere are poorly understood.

## 4.3 Oceanic Processes

The ocean covers about 70% of the surface area of the Earth, has most of the thermal inertia of the atmosphere-ocean-land-ice system, is a major contributor to total planetary heat transport, and is the major source of atmospheric water vapour. Its interaction with the atmosphere through its surface quantities occurs through: SST, sea ice extent and thickness, surface albedo over ice-covered and ice-free regions, sea surface salinity and the partial pressure of $CO_2$ at the surface ($p CO_2$). It is a major component of the climate system in determining the mean (annually averaged) climate, the annual variations of climate, and climate variations on time-scales as long as millennia. While it is only through ocean surface variations that the atmosphere and land can be affected, these surface variations, in turn, depend on the thermal and saline coupling between the deeper ocean and the surface. Thus, the thermal and saline structure and variations in the deeper ocean must be simulated in order to determine surface variations on long time-scales. In general (except in those few regions of deep convection and other water mass transformation regions), the longer the time-scale of interest, the greater the depth of ocean that communicates with the surface. In turn, the ocean is driven by fluxes from the atmosphere of heat, momentum, and fresh water at the surface of the ocean, so that the only consistent way of simulating the evolution of the climate is through coupled atmosphere-ocean models.

The first atmosphere-ocean coupled models studying greenhouse warming concentrated on the sensitivity and response of climate to sudden and transient changes of radiatively active gases by using well-mixed (slab) oceans of fixed depth with no (or specified) transport of thermal energy. While such simplifications are useful for understanding atmospheric responses and for qualitative estimates of certain ocean responses, work over the last few years has indicated that the ocean circulation itself is sensitive to changes in forcing at the surface. Thus as the radiatively active gases increase, the ocean circulation may change and these changes may affect the mean climate and its variability. These changes may be significant, so that only coupled models that include the relevant parts of the ocean circulation are capable of simulating the entire range of possible climatic responses.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 30 of 421

The ocean, like the atmosphere, has complex internal processes that must be parametrized. It has its own unique properties of boundaries and a density (buoyancy) structure that is affected by salt as well as temperature. Although venting of heat from fissures in the deep ocean may contribute to its circulation (Riser, 1995), to a good first approximation the ocean is driven entirely at the surface by the input of heat, fresh water and momentum fluxes from the atmosphere.

### 4.3.1 Surface Fluxes

Because the inertia (mechanical, thermal, and chemical) of the ocean is large compared to that of the atmosphere, changes in ocean surface properties for the most part occur relatively slowly. These slow changes depend on the surface fluxes of heat, momentum, fresh water, and $CO_2$ from the atmosphere. Models of the mean circulation of the ocean are sensitive to changes in heat flux (Maier-Reimer *et al.*, 1993) and fresh water flux (Mikolajewicz and Maier-Reimer, 1990; Weaver *et al.*, 1993).

The momentum input at the surface of the ocean, as wind stress, depends mostly on the winds near the surface and on the wave response. The heat input to the ocean surface consists of latent and sensible heat exchange between the ocean and the atmosphere, (depending on near surface winds, air temperature, and humidity), state of the sea, and radiative inputs (which depend on the overlying atmospheric column). The fresh water input to the surface of the ocean is composed of the difference between precipitation and evaporation, of runoff from land, and of the difference between the melting and freezing of ice (Schmitt, 1994). The carbon dioxide flux into the ocean depends on $pCO_2$, the concentration of $CO_2$ in the atmosphere, and on the near-surface winds. The $pCO_2$ is in turn controlled by oceanic transport processes, geochemical processes, and upper ocean biotic processes. The possibility of large errors in incident solar flux and latent heat flux are especially of concern for climate modelling; such errors may account for much of the flux adjustment needed for many models.

### 4.3.2 Processes of the Surface Mixed Layer

The near surface ocean is usually well-mixed by sub-grid scale processes involving stirring by the wind and by its convection. Therefore, quantities at the surface are determined by their mixed-layer values. The mixed-layer temperature is determined by heat fluxes at the surface, by mixing and advection of temperature horizontally, by the depth of the mixed layer, and by the entrainment heat flux at the bottom of the mixed layer (the interface between the near-surface turbulence and the relatively non-turbulent ocean interior). Skin effects at the atmospheric interface may give departures from mixed-layer values, especially under low winds. The interior ocean affects the surface



**Figure 4.5:** Diagram of an Atlantic meridional cross-section from North Pole (NP) to South Pole (SP), showing mechanisms likely to affect the thermohaline circulation on various time-scales. The change in hydrologic cycle, expressed in terms of water fluxes, $P_{rain} - P_{evaporation}$, for the ocean and water fluxes, $P_{snow} - P_{ablation}$, for the snow and ice, is due to changes in ocean temperature. Deep-water formation in the North Atlantic Subpolar Sea (North Atlantic Deep Water: NADW) is affected by changes in ice volume and extent (V), and regulates the intensity of the thermohaline circulation (C); changes in Antarctic Bottom Water (AABW) formation are neglected in this approximation. The thermohaline circulation affects the system's temperature (T) and is also affected by it (Ghil and McWilliams, 1994).



**Figure 4.6:** The poleward ocean heat transports in each ocean basin and summed over all oceans as calculated indirectly from energy balance requirements using ERBE for top of the atmosphere radiative fluxes and ECMWF data for atmospheric energy fluxes (from Trenberth and Solomon, 1994).

ocean only through this entrainment at the bottom of the mixed layer. Entrainment depends on the strength of the mixed-layer turbulence, on the motion of the bottom of the mixed layer itself, and on upwelling in the interior through the bottom of the mixed layer. Sterl and Kattenberg (1994) examine the effects on an ocean model of a mixed-layer parametrization and suggest that wind-stirring has important consequences not captured in the present ocean GCMs.

### 4.3.3 Wind Driven and Thermohaline Ocean Circulation

The wind driven circulation is that directly driven by the wind stress: because it is slow and large-scale in the interior of the ocean, it can conveniently be expressed by the conservation of vorticity (the so-called Sverdrup balance) which says that the vertically integrated meridional flow, when not affected by lateral boundaries and bottom topography, is given directly by the curl of the wind stress. This is an absolute constraint that would exist whatever the internal stratification of the ocean.

The thermohaline circulation is driven by changes in sea water density arising from changes in temperature versus salinity. Its functioning in the Atlantic Ocean is illustrated schematically in Figure 4.5. Formation of sea ice increases

the salinity of adjacent unfrozen water. At low temperatures and relatively high salinity, cold dense waters sink convectively and spread throughout the oceanic depths, thereby maintaining the stable vertical stratification. Warmer surface waters flow toward these sinking regions and are cooled along their journey by heat fluxes from the ocean to the atmosphere. The sinking regions are highly restricted in area: "deep waters" are formed only in the North Atlantic Greenland, Norwegian, Iceland, and Labrador seas. The world's "bottom waters" are formed only in restricted regions of the Southern Oceans near the coast of Antarctica in the Weddell and Ross Seas. Waters from these sinking regions spread at depth to fill the world's entire basin and thereby help maintain the vertical stratification even in oceans where no deep sinking exists. These processes and the thermohaline circulation may change on various time-scales.

In the North Atlantic the combination of warm surface water flowing northward and cold water flowing southward at depth gives a net northward heat transport which has been estimated by direct measurements to be about 1 PW at 24°N (see Bryden, 1993 and references therein) and verified by indirect methods to be about the same (Figure 4.6, from Trenberth and Solomon, 1994). Deep cold waters

flow southward across the equator from the North Atlantic and thereby imply a northward heat flux even in the South Atlantic. The Pacific is less saline than the Atlantic, is bounded further south by Alaska, and has no deep water formation. Its transport is more nearly symmetrical about the equator and similarly has a magnitude at 24°N of about 1 PW (Bryden *et al.*, 1991 and Figure 4.6). The properties of the Atlantic and Pacific rapidly interact through the Antarctic Circumpolar Current.

A coupled simulation (Manabe and Stouffer, 1988) has shown that during periods of no thermohaline circulation, the high northern Atlantic would be ice-covered to south of Iceland and be much colder than now. Palaeo-records indicate that oscillations in the thermohaline circulation leading to warming and cooling at high latitudes prevailed during the last glacial interval (Bond *et al.*, 1993). If the thermohaline circulation were to weaken with the expected larger inputs of fresh water to high latitudes during global warming, the net effect would be to either weaken the warming in high latitudes and amplify it in lower latitudes, and/or to make the thermohaline circulation and, hence latitudinal temperature gradients, more variable as discussed in Section 4.3.9.

Ocean only models are useful for isolating the ocean processes that may be present in more comprehensive coupled models of the climate although such may be considerably altered when coupled to the atmosphere. The idea that the stability and variability of the thermohaline circulation depends on the relative strength of high latitude thermal to fresh water forcing was introduced in coarse resolution ocean GCMs by Weaver *et al.* (1991, 1993). A steady thermohaline circulation can only exist if the fresh water input by high latitude precipitation, runoff, and ice melt is balanced by the fresh water export by that same thermohaline circulation. As the high latitude fresh water flux is increased, the ability of the thermohaline circulation to remove the fresh water is limited and the thermohaline circulation may have multiple equilibrium solutions (Stommel, 1961; Bryan 1986; Marotzke, 1988) and large variability. Such variability on decadal (Weaver and Sarachik, 1991) to millennial (Winton and Sarachik, 1993, Winton, 1993) time-scales has been demonstrated in ocean models with relatively large fresh water stochastic forcing. While the imposed boundary conditions on temperature have come into question, the mechanism is physically plausible and may survive the transition to a responsive atmosphere. If so, the implications are considerable: in a warmer world with warmer high latitudes and a stronger hydrologic cycle the thermohaline circulation could become less stable and more variable.

Recent simulations of the coupled transient response to increases of radiatively active gases that reach twice the pre-industrial concentration of $CO_2$ (Manabe and Stouffer, 1994) have indicated that the thermohaline circulation first weakens and then returns. The experiments that reach four times the pre-industrial concentration of $CO_2$ (in 140 years) have the thermohaline circulation weaken and stay weak for up to 500 years. While this model has a severe flux correction which stabilises the thermohaline circulation, it raises the important question of the response of the thermohaline circulation to changes in the greenhouse forcing and the subsequent effects of this response on climate.

Very high resolution models are being used to explicitly examine small-scale orographic, topographic and eddy processes in the ocean (e.g., Semtner and Chervin 1988, 1992). These models are useful for studying relatively short-lived phenomena and have given impressive simulations of the wind driven annual variation of heat transports in the Atlantic (Bönning and Herrmann, 1994) but, because of the huge computational overhead, can only be run for relatively short periods of model time. Thus, they cannot yet be coupled to model atmospheres for use in climate simulations nor to examine the thermohaline circulation. Such simulations must still use coarser-resolution models with parametrized eddies.

### 4.3.4 Ocean Convection

Given the surface fluxes and a formulation of mixed-layer processes near the surface, ocean general circulation models have to solve the advective equations for temperature and salt in the presence of convective overturning and stable ocean mixing. Convection arises when the density stratification becomes unstable and when relatively salty water is cooled to low temperature and becomes so dense that a water column becomes unstable. Convection homogenises the column and allows overturning to occur (see Killworth (1983) for a complete review).

Convection occurs over scales of a few km and is therefore hard to observe (but see MEDOC, 1970). Detailed simulations of individual convective elements in neutral stratification show the process to be complex and rife with small-scale features (Jones and Marshall, 1993; Legg and Marshall, 1993). Nevertheless, it is important to represent this process in ocean models with resolution coarser than the scales on which convection is known to occur. Simple convective adjustment parametrization (e.g., Cox, 1984) has long been used with improvement developed over time (e.g., Yin and Sarachik, 1994).

Parametrization of deep convection based on the detailed simulations of convective elements cited above are under development but it is not yet known how this will affect the simulation of the thermohaline circulation.

### 4.3.5 Interior Ocean Mixing

Parametrization of the mixing of stably stratified water in the interior of the ocean is crucial for the simulation of ocean circulation. Traditionally, eddy mixing coefficients have been used with values of order $1 \text{cm}^2/\text{s}$ for vertical diffusion and viscosity and order $10^7 \text{cm}^2/\text{s}$ for horizontal diffusion. These diffusion values are sometimes derived from tracer experiments, but more often they are selected to ensure numerical stability of the simulation. Parcels tend to stay and move on surfaces of constant density, which are predominantly horizontal in the interior ocean, and only small values of cross-density diffusion are expected. A tracer experiment (Ledwell *et al.*, 1993) has recently indicated that the correct vertical diffusion coefficient for the ocean interior is closer to $0.1 \text{ cm}^2/\text{s}$, an order of magnitude smaller than often used. Vertical mixing in the regions of lateral boundary currents or perhaps sea mounts is likely to be larger. Large *et al.* (1995) review a new scheme for mixed-layer dynamics and for ocean vertical mixing.

Further insights into turbulent diffusion in the ocean depend on a detailed knowledge of the precise mechanisms of that mixing. Mesoscale eddies, for example, are plentiful in the ocean and their finer scales would imply enhanced mixing through the production of frontal type gradients in temperature and tracers. A recent parametrization (Gent and McWilliams, 1990; Danabasoglu *et al.*, 1994) of these eddies follows an approach pioneered in stratospheric tracer modelling; that is, the mixing is primarily accomplished by advection by the "residual circulation" induced by the eddies rather than by the direct effects of the eddies themselves. Experiments with this parametrization show striking improvements in simulation of the depth and sharpness of the global thermocline and of the meridional heat transport.

### 4.3.6 Sea Ice

In high latitudes, sea ice is a major modulator of energy exchange between ocean and atmosphere. It is an insulating and highly reflecting surface. In the Arctic, much of the ice lasts permanently through the summer so that it has a substantially larger impact on surface albedos per unit area than do continental snow surfaces.

In winter, sea ice controls the transfer of heat from the relatively warm ocean to the cold atmosphere. The sea ice-cover is normally not complete. Even in the Central Arctic,

1-2% of open water permanently exists in the winter and a larger fraction in summer. Observation and model simulations indicate that surface sensible heat fluxes from the open water are one to two orders of magnitude larger than from the surface of the pack ice in the Arctic Basin (e.g., Meleshko *et al.*, 1991). Albedo of the sea ice-covered region also depends on sea ice concentration. Given the significant low-frequency variability of sea ice-cover and the persistence of its anomalies, its variable control of heat fluxes may significantly affect the atmospheric circulation and climate of the mid-latitude regions.

In the Northern Hemisphere, sea ice reaches its minimum extent in September when it covers $8.5 \times 10^6 \text{ km}^2$. It attains a maximum extent of $15 \times 10^6 \text{ km}^2$ in March. Its interannual variability varies from $1.1 \times 10^6 \text{ km}^2$ in winter to $1.8 \times 10^6 \text{ km}^2$ in summer, mainly in the marginal zones, and depending on atmospheric circulation and oceanic currents (Parkinson and Cavalieri, 1989).

Many GCMs and other climate models still treat the sea ice-cover as a single slab and do not take into account the always present but randomly distributed open waters ("leads"). Climate simulations with GCMs that incorporate sea ice inhomogeneities in a single grid box (sea ice concentration), show additional and substantial heating of the atmosphere in winter (Kattsov *et al.*, 1993; Groetzner *et al.*, 1994). This heating amounts to 10 $\text{Wm}^{-2}$ over the polar cap of 60°N–90°N, increasing surface air temperature by 3.2°C over the same region. The warming is confined to the lower troposphere by the high stability of the polar atmosphere. The leads have a comparable heating effect to that produced by the observed sea ice anomalies (Kattsov *et al.*, 1993).

The largest surface air temperature increase with greenhouse warming is expected in the high latitudes of the Northern Hemisphere, because of the large atmospheric stability and the positive feedbacks between sea ice albedo and the surface temperature of the mixed ocean layer. These feedbacks are inadequately characterised, in part because of uncertain cloud feedbacks at the ice margins. Climate models that do not account for open waters over the ice-covered ocean probably overestimate the effect of the sea ice albedo in summer and underestimate the ocean cooling in winter. Changing snow cover may also feed back on ice thickness (Ledley, 1993).

The distribution of leads and thickness of sea ice is complex, of small scale and depends substantially on the dynamics of the ice as forced by wind and water drag. The required drag from the atmospheric model is, furthermore, not always of the correct strength and direction. Flato and Hibler (1992) have proposed a practical method for sea ice dynamics that is now being used in several GCMs.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 34 of 421

### 4.3.7 The El Niño-Southern Oscillation as a Climate Process

The El Niño-Southern Oscillation (ENSO) is the coupled atmosphere-ocean phenomenon wherein the normally cool, dry, eastern and central tropical Pacific becomes warmer, wetter, and with a lower sea level pressure every few years. The entire global tropics warm by about 1°C, and, by virtue of the large fraction of global area covered by the tropics, affect the globally averaged surface temperature on seasonal-to-interannual time-scales (e.g., Yulaeva and Wallace, 1994). The ENSO cycle affects the distribution and concentration of global $CO_2$ (e.g., Feely *et al.*, 1987 and Chapter 10). Major progress in

understanding, simulating, and predicting ENSO has been made in the last 10 years (e.g., Battisti and Sarachik, 1995).

A number of recent papers have shown that:

* The recent land temperature record over the last few decades can be modelled by an atmospheric GCM forced by the observed record of global SST (Kumar *et al.*, 1994; Graham, 1995), and,

* These results are dominated by tropical rather than mid-latitude SST (Graham *et al.*, 1994; Lau and Nath, 1994; Smith, 1994).



**Figure 4.7:** Schematic illustration of the differences in tropical climate between normal and El Niño conditions. For the latter, the thermocline becomes less tilted, SSTs increase in the eastern Pacific and regions in the central and eastern Pacific see increased convection.

These studies indicate that the unusual warmth of the tropical SST since the mid 1970s, during the warm phase of ENSO, has imprinted an unusual warmth on the entire global circulation. ENSO is evidently a major contributor to the natural variability of SST in the tropics, and arguably, also globally.

Warm phases of ENSO coincide with a warming of the tropical troposphere of close to 1°C. The net effect of ENSO is to warm the surface waters of the eastern Pacific. Ocean models that try to simulate the tropical Pacific SST in response to a repeating annual cycle of surface fluxes tend to simulate too cold an eastern Pacific. The simulation where the ocean is forced by long records of observed fluxes is more difficult and has not yet been done, though it is likely that such more realistic forcing would ameliorate the cold eastern Pacific problem.

Interestingly, all coupled model simulations (Mechoso *et al.*, 1995) of eastern Pacific SST show a result which contrasts with the ocean-only simulations: an eastern Pacific that is too warm, a feature attributed to the inadequacy of stratus cloud simulations in the atmospheric component of the coupled model (Koberle and Philander, 1994). To the extent that tropical Pacific temperatures matter for global climate and to the extent that ENSO variability dominates SST and land temperatures in the tropics (Wallace, 1995), it is clear that ENSO must be considered a vital part of the global climate system and should be accurately simulated. In order to correctly simulate ENSO, the meridional resolution at the equator must be a fraction of a degree in order to simulate wave processes and the meridional extent of the upwelling, both crucial. To date, no coupled model saved for projecting the response to greenhouse warming has such resolution.

There is one final and intriguing possibility that the above cited papers imply: the possibility that global warming not only affects ENSO by affecting the background state (Graham *et al*, 1995; and a contrary view by Knutson and Manabe, 1994, in a coarse resolution GCM) but that indeed much of the effects of greenhouse warming might be modulated through changes in the magnitude and regularity of the warm and cold phases of ENSO.

### 4.3.8  Assessment of the Status of Ocean Processes in Climate Models

• Comprehensive ocean GCMs, coupled to the atmosphere through fluxes of energy, momentum, and fresh water, are required for assessment of the rate, magnitude and regional distribution of climate change.

• The large-scale dynamics of current ocean models seem reasonably realistic, but are not completely validated, in part because of a dearth of appropriate observations. An outstanding question to be resolved is the response of the thermohaline circulation in coupled models to increased high latitude inputs of fresh water. This question needs to be answered to assess how latitudinal gradients of SST may respond to global warming. Current suggestions point to either a large increase in or a highly variable latitudinal temperature gradient as possible responses.

• Fluxes at the ocean-atmosphere interface in coupled models have not yet been fully examined. In some cases there may be serious errors − for example, surface radiative fluxes depending on inadequately parametrized cloud processes, and high latitude inputs of fresh water depending on poorly characterised changes in the atmosphere-hydrological cycle.

• Oceanic models still use relatively crude parametrizations of sub-grid scale processes for near surface and interior mixing and for deep convection. New parametrizations for interior mixing associated with mesoscale eddies are likely to improve the simulated depth and sharpness of the global thermocline.

• Details of sea ice treatments in GCMs are still questionable, although some improvements are being examined. The role of sea ice in climate change is especially uncertain because of poorly known interface feedbacks; that is, overlying clouds modifying radiation, surface wind stress, ocean currents and changes in oceanic heat transport underneath the sea ice.

• ENSO processes have major effects on the tropical climate system, with a strong impact on hydrological processes and surface temperatures on interannual time-scales. Some coupled atmosphere-ocean models appear to give reasonable simulations of this system and show promise for providing useful predictions. However, the current generation of models used for projection of greenhouse gas response do not satisfactorily simulate ENSO processes, in part because the spatial resolution required to do so is not computationally feasible for century-long climate simulations.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 36 of 421

## 4.4 Land-surface processes

Fluxes of heat and moisture between land and the atmosphere are central to the role of land processes in the climate system. These fluxes determine the overlying distributions of atmospheric temperature, water vapour, precipitation, and cloud properties. Atmospheric inputs of precipitation and net radiative heating are crucial for determining land-surface climate (climate over land is of greatest practical importance) and in turn are modified by land process feedbacks. Solar fluxes at the surface are currently highlighted as being significantly in error compared to observations, in some and perhaps most climate models due to the inadequate treatments of clouds (e.g., Garratt, 1994; Ward, 1995). These comparisons are being made possible by the recent availability of satellite-derived surface solar fluxes (e.g., Pinker *et al.*, 1995; Whitlock *et al.*, 1995).

Compared to the ocean, the land's relatively low heat capacity and limited capacity for water storage lead to strong diurnal variations in surface conditions and direct local responses to radiative and precipitation inputs. These limited storage capacities combined with the heterogeneous nature of the underlying soils, vegetation, and slope (e.g., Figure 4.8) imply potentially large heterogeneities in sensible and latent fluxes which may drive mesoscale atmospheric effects.

### 4.4.1 Soil-Vegetation-Atmosphere Transfer Schemes

Sensitivity studies with GCMs have shown that the treatment of land in climate models has major effects on the model climate and especially near the land surface (e.g., Koster and Suarez, 1994). The schemes to represent land in climate models are called soil-vegetation-atmosphere transfer schemes (SVATs). Important elements

of these schemes are their storage reservoirs and their mechanisms for the exchange with the atmosphere of water and thermal energy. Water storage occurs in soil reservoirs and in some models also as fast time-scale canopy or surface terms. The water intercepted by the canopy may be stored or evaporated. This store generally holds about 1 mm of water. The soil store, usually in the range of 50 to 500 mm of water, depends on soil porosity, wilting point for vegetation, soil drainage rates and especially the depth from which water can be extracted from the soil. This depth is associated with the rooting depth of vegetation and the root distribution.

Canopy transpiration is a physiological process depending on water transfer from the soil through roots, stems and leaves. The canopy resistance measures the effectiveness of this moisture transfer. It is primarily the integrated stomatal resistances. The transpiration, as mediated by the stomates, is limited by the supply of water from the roots and atmospheric conditions of demand. Neglect of this canopy resistance, now included in the SVAT models, has perhaps been the largest source of error in the older "bucket" models. The importance of canopy resistance is illustrated by two independent studies with GCM simulations of the effect of doubling stomatal resistance within the model SVATs (Henderson-Sellers *et al.*, 1995; Pollard and Thompson, 1995). The computed effects are largest for forests, and hence the largest areas affected are the boreal and tropical forests. In the boreal forests, summertime evapotranspiration (ET) is reduced by at least 20%, and surface air temperature increased by up to several degrees.

Surface roughness is the basis for determining the aerodynamic drag coefficient, $C_D$, for a surface. In the early GCMs, $C_D$ for land was specified as 0.003, a typical value for short vegetation and for conditions of neutral stability. To achieve adequate accuracy, it is necessary to represent drag coefficients in terms of surface similarity theory, where transfer coefficients for momentum, heat and moisture are determined from a roughness length, $Z_0$ and the thermal stability of the near surface air. It may be necessary to distinguish between coefficients for momentum, heat and moisture. In particular, all sub-grid scale roughness elements and topography may contribute to momentum transfer but it is likely that only those on the scale of individual vegetation elements contribute to heat and moisture transfer. Schmid and Bünzli (1995) suggest a new approach for scaling roughness elements to model resolution and emphasise the importance of surface texture. The largest departures in newer models from the earlier ones are over forests, where $C_D$ can readily exceed 0.01.



**Figure 4.8:** The seasonal variation in soil moisture storage for a tropical forest in Rondonia, Brazil (dashed line), compared to an adjacent pasture (solid line) (Institute of Hydrology, 1994).

*Climate Processes*



**Figure 4.9**: Schematic illustration of a leaf cross-section showing links between stomatal gas exchange ($CO_2$, $H_2O$) and photosynthesis. The stomatal conductance is related to the area-averaged value of the stomatal pore width which is of the order of 10 μm. The stomatal pores are under active physiological control and appear to act so as to maximise the influx of $CO_2$ for photosynthesis for a minimum loss of leaf water. Thus photosynthesis and transpiration are dependent on PAR flux, atmospheric $CO_2$ concentration, humidity, temperature, and soil moisture (Sellers et al., 1992). $e^*(T_s)$ is the saturation vapour pressure at the leaf surface.

Parametrization of vegetation properties related to canopy architecture determines significant features of the treatment of vegetation for evapotranspiration. The total surface of photosynthesising leaves and stem surfaces influences canopy resistance and transfer of heat and moisture from the canopy to the atmosphere. The flux of photosynthetically active radiation (PAR) normal to leaf surfaces, as required for stomatal parametrization, depends on canopy and leaf architecture. Furthermore, the net radiative loading over the surface of a given canopy element depends on these properties. Because of the large effect that canopy resistance has on SVAT models, they are sensitive to such details.

Recently, some canopy and soil schemes have included the uptake, storage and release of carbon through carbon dioxide exchanges with the atmosphere as illustrated in Figure 4.9. These sub-schemes will be increasingly important as physical models are coupled to biogeochemical models (*cf.* Chapters 2 and 9).

Vegetation cover and properties are now, for the most part, included in climate models as prescribed from inadequate observations. However, interactions between vegetation and climate may have significant effects. On seasonal time-scales, such interaction includes the effects of drought on vegetation cover, and on longer time-scales,

possible changes in structure, e.g., transition between forest and grassland.

Canopy albedo determines the fraction of incident solar radiation that is absorbed. Current model parametrizations of surface albedo are largely inferred from some limited surface measurements for various kinds of vegetation canopies. Satellites are, in principle, the only means of globally establishing surface albedos. Because albedo can change substantially with vegetation cover it has been a major parameter in studies of the response of regional climate to land-use change (Section 4.4.3).

Runoff depends on soil moisture, properties of the incident precipitation, and characteristics of soils and topography. A theoretical foundation exists for the local vertical infiltration of water in soil, given soil hydraulic properties. In reality, runoff rarely results from precipitation exceeding maximum infiltration. Rather, much more often lateral down-slope flows carry soil water to low regions where the water table reaches the surface and into streams. However, there are intrinsic difficulties in parametrizing slope effects to determine runoff in a climate model. Furthermore, soil properties are highly heterogeneous both horizontally and vertically so that specifying them as constants over a model grid square or in a soil column is questionable. Changes of soil hydraulic

properties with depth may strongly affect runoff. The recent intercomparisons through the Project for the Intercomparison of Land-surface Parametrization Schemes (PILPS) (Shao *et al.*, 1995) indicate a wide range of runoff rates between different land models, leading to substantial differences in annual average evapotranspiration. The current lack of a physically based and adequately validated treatment for runoff may be the biggest single obstacle to achieving an SVAT adequate for climate modelling.

In cold regions and seasons, processes involving snow cover and soil freezing become important for surface energy and water balances. Depending on its depth, snow masks some part of the underlying surface (e.g., Robinson and Kukla, 1985 and Baker *et al.*, 1991). Atmospheric models provide snow to the surface in liquid water equivalent, depending on criteria for transition between rain and snow. The surface model must determine the snow's density, temperature, albedo, and spatial heterogeneities. Long-term data records of snow cover and other surface conditions allow validation of the parametrization of snow processes in climate models (e.g., Foster *et al.*, 1996; Yang *et al.*, 1996). New treatments of snow processes in climate models have been proposed by Loth *et al.* (1993) and Lynch-Stieglitz (1995).

Although our understanding of how to model land processes has advanced considerably, there has been a substantial lag in implementing this understanding in models of greenhouse gas response. Some models with detailed land process treatments are now being used for such studies, but it is not yet possible to assess how future climate projections are influenced by these treatments. Current intercomparisons of off-line models by PILPS indicate a considerable divergence of results between different land-surface models for the same prescribed forcing. Improved criteria for accuracy and validation will be needed before the current conceptual improvements in land-surface models can be translated into increased confidence in climate change projection.

### 4.4.2 Questions of Spatial Heterogeneity

One of the common criticisms of present treatments of land processes in climate models is their failure to include many of the essential aspects of sub-grid scale heterogeneity. Heterogeneity is manifested in the precipitation and radiative inputs and in modelling the land processes themselves. The issue of precipitation heterogeneity (Milly and Eagleson, 1988) has been addressed through a simple statistical model in several GCMs, as reviewed by Thomas and Henderson-Sellers (1991). In this approach, precipitation is assumed to occur over some fraction of a model grid square, within

which the precipitation is assumed to have an exponential distribution of intensities. Simple runoff models having a non-linear dependence on precipitation are integrated across the distribution of precipitation intensities to provide a grid-square runoff. This approach has been generalised to interception (Shuttleworth, 1988). Pitman *et al.* (1990) have demonstrated, for prescribed atmospheric forcing, that the partitioning between ET and runoff in a land model can be very sensitive to the fractional area of precipitation. On the other hand, Dolman and Gregory (1992), who allow for atmospheric feedbacks with a 1-D model, find very little sensitivity of average ET to assumptions about the rainfall distribution, but that the partitioning between interception versus evaporation and hence short time-scale rates of ET, can vary widely with assumptions about the precipitation distribution.

All of the above approaches assume variability of precipitation but retain a homogeneous water storage. However spatial variability of storage can also have a substantial effect (Wood *et al.*, 1992). Entekhabi and Eagleson (1989) have developed separate statistical models for precipitation and soil moisture that have been tested in the GISS GCM (Johnson *et al.*, 1993). They find a large variation in ET and runoff depending on the assumed model. Eltahir and Bras (1993) have generalised Shuttleworth's approach to a statistical description of interception. In particular, they assume a statistical distribution of leaf water stores and find, for prescribed atmospheric forcing, that interception changes substantially but that little change from homogeneous conditions would be realised if the leaf water stores were assumed uniform.

Another issue is the inclusion of heterogeneities in land-surface cover (Avissar and Pielke, 1989; Seth *et al.*, 1994) and hence inferred parameters such as roughness. At least three scales need to be considered. On a very fine scale, canopy air interacts between different surfaces, and surface roughness lengths cannot be associated with individual surfaces. Koster and Suarez (1992) refer to this scale of heterogeneity as "mixture" and for a given roughness give a simple model for deriving a total canopy temperature and water vapour from individual elements. This type of heterogeneity needs to be provided as part of the overall land cover description.

On a somewhat coarser scale, surfaces independently interact with an overlying homogeneous atmosphere. Koster and Suarez (1992) refer to this as "mosaic", and Shuttleworth (1988) as "disordered" heterogeneity. This is the scale, for example, of typical agricultural fields or small stands of forest. Finally, at scales of at least a few tens of kilometres and certainly at the scales of GCM

resolution, each surface has a different PBL overlaying it. Shuttleworth (1988) refers to these as "ordered" heterogeneity. Mesoscale circulations on this scale may substantially add to boundary layer fluxes (e.g., Pielke *et al.*, 1991). They may also modify processes of clouds and convection in ways not accounted for by grid box-mean information.

Another issue of heterogeneity is in the distribution of incident radiation. Sub-grid scale clouds, perhaps associated with precipitation, may be important. For example, if precipitation occurs over some fraction of a grid square and spatial variation of surface wetness is included, but radiation is assumed homogeneous, the estimated evaporation from the wet surfaces will be excessive. Besides clouds, surface slope can be a major cause of heterogeneity in the amounts of absorbed surface solar radiation (Avissar and Pielke, 1989), as well as determining further heterogeneities in clouds and precipitation. Barros and Lettenmaier (1994) review the role of orography in triggering clouds and precipitation.

Some aspects of heterogeneity can be treated with relatively straightforward approaches including how to determine an average over a wide range of surface types with different characteristics. Raupach and Finnigan (1995) have considered energetic constraints on areally averaged energy balances in heterogeneous regions. In some cases, particularly if surface characteristics do not differ strongly, surface parameters can be aggregated (Claussen, 1990; Blyth *et al.*, 1993). For instance, albedo can simply be linearly averaged, (when the underlying surface is otherwise fairly homogeneous) whereas for roughness length a more complex aggregation is necessary (Taylor, 1987; Mason, 1988; Claussen, 1990).

The calculation of regional surface fluxes is made difficult by the non-linear dependence between fluxes and driving mean gradients. For example, where parts of the area are snow-covered with surface temperatures held at the freezing point, the mean vertical temperature structure over the area may imply a downward heat flux but, because the transfer coefficients are larger in the snowfree, statically unstable part of the area, the actual mean heat flux can be upward. Moreover, if surface types strongly differ, "parameter aggregation" becomes unfeasible. For example, definition of an aggregated soil temperature diffusivity does not make sense if parts of the area consist of bare soil, where heat conduction is diffusive, and of open water, where heat can be advected horizontally as well as vertically. In these more complex landscapes, "flux aggregation" is preferred (Avissar and Pielke, 1989; Claussen, 1991). Flux aggregation implies the computation

of surface fluxes for each type in a grid box separately. Consequently, a regional surface flux is obtained by a linear average. Flux and parameter aggregation may be combined or use can be made of the intermediate approach of averaging exchange coefficients (Mahrt, 1987). The various aggregation methods require specification of a "blending height" where the aggregated information is matched to the overlying GCM grid squares (Claussen, 1990, 1991; Wood and Mason, 1991; Dolman, 1992; Blyth *et al.*, 1993). For ordered heterogeneity, this concept is less useful since the blending height would be above the surface layer. Practical application of these averaging procedures to global models will require high resolution global data sets on vegetation properties from future satellite sensors.

The aggregation or averaging methods may effectively treat the prescribed distribution of surface heterogeneities, but are not readily generalised to the dynamic interactions with sub-grid scale atmospheric inputs of water and radiation. Alternatively, a model grid box can be subdivided into sub-elements with both distinct surface characteristics and distinct atmospheric inputs. The "tile" or "mosaic" scheme by Koster and Suarez (1992) emphasises representation of the land heterogeneity. Different approaches may be needed to efficiently treat the heterogeneous distribution of atmospheric inputs; these atmospheric inputs may provide the largest overall departure in results from that inferred for homogeneous conditions. The possible importance of mesoscale circulation effects as a function of the spatial scale of individual homogeneous element on surface and boundary layer fluxes still needs to be assessed, although some preliminary work has been done (e.g., Zeng and Pielke, 1995) to parametrize mesoscale and turbulent fluxes in the boundary layer over inhomogeneous surfaces.

### 4.4.3 Sensitivity to Land-use Changes

Processes at the land surface influence the atmosphere through fluxes of heat and moisture into the PBL. These in turn affect atmospheric stability and the occurrence of precipitation and cloud radiative effects. Betts *et al.* (1993, 1994) have shown a close coupling between errors in a model's surface parametrization and its PBL, clouds, and moist convection. Sensitivity studies with GCMs have looked at the question of the possible effect of land cover modifications. These studies have indicated major surface influences on the atmospheric hydrological processes. This should perhaps not be too surprising since variations in ocean surface latent heat fluxes driven by small changes in oceanic surface temperatures have long been known to

have large regional climate effects. However, the feedbacks of land-surface processes to the atmosphere are more complex and still far from understood.

Recent studies of the sensitivity of the Amazon Basin climate to a change from forest to grassland have been published, e.g., by Nobre *et al.* (1991), Henderson-Sellers *et al.* (1993) and Lean and Rowntree (1993). The response of climate to deforestation in the Amazon has been found to be sensitive to the specification of surface properties such as albedo (Dirmeyer and Shukla, 1994) and surface roughness (Sud *et al.*, 1995). A contrasting question is the effect of changing a semi-arid grassland such as the Sahel in Africa to a desert (e.g., Xue and Shukla, 1993). Reductions in absorbed solar energy due to higher surface albedos reduce ET but it is not clear how the change in precipitation should be related to change in ET. Many of the simulations have shown precipitation to reduce substantially more than ET, which implies a reduction in the convergence of moisture from the ocean.

The sum of various regional climate changes from land-use may contribute an overall effect on global climate. Estimates of global radiative forcing depending on albedo change are usually small compared to energy flux change from greenhouse gases. However, effects of changing land surface on the ratio of sensible to latent fluxes and on precipitation are not accounted for in such estimates and may be significant not only regionally but globally.

### 4.4.4 Assessment of the Current Status of Land Processes in Climate Change Simulations

- Land processes, driven by incoming solar radiation and precipitation, play an important role in the determination of near-surface climate, surface temperature, soil moisture, etc., and hence regional climates. Biases and uncertainties in the surface energy balance, and radiation and water budgets, are a significant source of error in simulations of regional climate.

- Detailed treatments of land processes are now available, replacing the previously used bucket models, and are being incorporated into numerous climate models. These treatments are substantial conceptual improvements, but it is premature to judge how they will modify or improve our confidence in climate change simulations. A number of issues must be resolved before their inclusion in climate models may be viewed as satisfactory. These include: the reasons for the current divergences in

answers between conceptually similar models in the PILPS model intercomparisons; the relative importance of various sub-grid scale processes, their interaction, and how to represent those that are important in the model; what level of observational detail is needed to prescribe the land properties needed by the models; and how these observations will be made available.

- Modelling of runoff has large uncertainty in global models, there are no convincing treatments of the scaling of the responsible processes over the many orders of magnitude involved, and in high latitudes of the effects of frozen soils. Global data on soils, topography, and water holding capacities at the relevant scales will be urgently needed to make progress on this issue.

- The question of the averaging of heterogeneous land surfaces has been clarified and reasonable approaches proposed.

- Future models should begin to address the issue of how land-surface characteristics might change with climate and $CO_2$ change and how important that is as a feedback. Sensitivity studies of the impact of doubling stomatal resistance indicates some climatic effects over forest regions comparable to those anticipated from global warming over the next century. How the integrated stomatal resistance for global vegetation might change with changing climate and $CO_2$ concentrations is largely unknown.

### References

**Avissar**, R. and R.A. Pielke, 1989: A parametrization of heterogeneous land surfaces for atmospheric numerical models and its impact on regional meteorology. *Mon. Wea. Rev.*, **117**, 2113–2136.

**Baker**, D.G., R.H. Skaggs and D.L. Ruschy, 1991: Snow depth required to mask the underlying surface. *J. Appl. Met.*, **30**, 387–392.

**Barkstrom**, B.R., 1984: The Earth Radiation Budget Experiment (ERBE). *Bull. Am. Met. Soc.*, **65**, 1170–1185.

**Barros**, A.P. and D.P. Lettenmaier, 1994: Dynamic modeling of orographically induced precipitation. *Rev. Geophys.*, **32**, 265–284.

**Battisti**, D.S. and E.S. Sarachik, 1995: Understanding and Predicting ENSO. U.S. National Report to International Union of Geodesy and Geophysics 1991-1994, *Reviews of Geophysics*, Supplement, 1367–1376.

Betts, A.K., J.H. Ball and A.C.M. Belijaars, 1993: Comparison between the land surface response of the ECMWF model and the FIFE-1987 data. *Quart. J. R. Met. Soc.*, **199**, 975–1001.

Betts, A.K., J.H. Ball, A.C.M. Beljaars, M.J. Miller and P. Viterbo, 1994: Coupling between land-surface, boundary-layer parametrizations and rainfall on local and regional scales: lessons from the wet summer of 1993. *Fifth Conference on Global Change Studies*, Nashville, TN, Jan. 23-28, 1994, American Meteorological Society, Boston, MA.

Blyth, E.M., A.J. Dolman and N. Wood, 1993: Effective resistance to sensible and latent heat flux in heterogeneous terrain. *Quart. J. R. Met. Soc.*, **119**, 423–442.

Bond, G., W. Broecker, S. Johnsen, J. McManus, L. Labeyrie, J. Jouzel and G. Bonani, 1993: Correlations between climate records from North Atlantic sediments and Greenland ice. *Nature*, **365**, 143–147.

Bönning, C.W.and P. Herrmann, 1994: Annual cycle of poleward heat transport in the ocean: Results from high-resolution modeling of the north and equatorial Atlantic. *J. Phys. Oceanogr.*, **24**, 91–107.

Bony, S., J.P. Duvel and H. Le Treut, 1995: Observed dependence of the water vapor and clear sky greenhouse effect on sea surface temperature. Comparison with Climate Warming Experiments. *Clim. Dyn.* **11** (5), 307–320.

Boucher, O. and U. Lohmann, 1995: The sulfate-CCN-cloud albedo effect: A sensitivity study with two general circulation models. *Tellus*, **47B**, 281–300.

Boucher, O., H. Le Treut, and M.B. Baker, 1995: Precipitation and radiation modelling in a GCM: Introduction of cloud microphysical processes. *J. Geophys. Res.*, **100**, 16395–16414.

Bryan, F., 1986: High latitude salinity effects and interhemispheric thermohaline circulations. *Nature*, **305**, 301–304.

Bryden, H.L., 1993: Ocean heat transport across 24N latitude. In: *Interactions between global climate subsystems: the legacy of Hann.* Geophysical Monograph #75, American Geophysical Union, 65–75.

Bryden, H.L., D.H. Roemmich and J.A. Church, 1991: Ocean heat transport across 24N in the Pacific. *Deep Sea Res.*, **38**, 297–324.

Cess, R.D., G.L. Potter, J.P. Blanchet, G.J. Boer, A.D. Del Genio, M. Deque, V. Dymnikov, V. Galin, W.L. Gates, S.J. Ghan, J.T. Kiehl, A. Lacis, H. Le Treut, Z.-X. Li, X.-Z. Liang, B.J. McAvaney, V.P. Meleshko, J.F.B. Mitchell, J.-J. Morcrette, D.A. Randall, L. Rikus, E. Roeckner, J.F. Royer, U. Schlese, D.A. Sheinin, A. Slingo, A.P. Sokolov, K.E. Taylor, W.M. Washington, R.T. Wetherald, I. Yagai and M.-H. Zhang, 1990: Intercomparison and interpretation of climate feedback processes in 19 atmospheric general circulation models. *J. Geophys. Res.*, **95**, 16601–16615.

Cess, R.D., M.H. Zhang, P. Minnis, L. Corsetti, E.G. Dutton, B.W. Forgan, D.P. Garber, W.L. Gates, J.J. Hack, E.F. Harrison, X. Jing, J.T. Kiehl, C.N. Long, J.-J. Morcrette, G.L. Potter, V. Ramanathan, B. Subasilar, C.H. Whitlock, D.F. Young and Y. Zhou, 1995: Absorption of solar radiation by clouds: Observations versus models. *Science*, **267**, 496–498.

Cess, R.D., M. H. Zhang, G. L. Potter, V. Alekseev, H. W. Barker, E. Cohen-Solal, R. A. Colman, D. A. Dazlich, A. D. Del Genio, M. R. Dix, V. Dymnikov, M. Esch, L. D. Fowler, J. R. Fraser, V. Galin, W. L. Gates, J. J. Hack, W. J. Ingram, J. T. Kiehl, H. Le Treut, K. K.-W. Lo, B. J. McAvaney, V. P. Meleshko, J.-J. Morcrette, D. A. Randall, E. Roeckner, J.-F. Royer, M. E. Schlesinger, P. V. Sporyshev, B. Timbal, E. M. Volodin, K. E. Taylor, W. Wang and R. T. Wetherald, 1996: Cloud feedback in atmospheric general circulation models: An update. Submitted to *J. Geophys. Res.*

Charlson, R.J., J.E. Lovelock, M.O. Andreae and S.G. Warren, 1987: Oceanic phytoplankton, atmospheric sulphur, cloud albedo and climate. *Nature*, **326**, 655–661.

Chou, M.-D., 1995: Coolness in the tropical Pacific during an El Niño episode. *J. Clim.*, **7**, 1684–1692.

Claussen, M., 1990: Area averaging of surface fluxes in a neutrally stratified, horizontally inhomogeneous atmospheric boundary layer. *Atmos. Env.*, **24a**, 1349–1360.

Claussen, M., 1991: Estimation of areally-averaged surface fluxes. *Boundary-layer Meteor.*, **54**, 387–410.

Cox, M., 1984: A primitive equation three-dimensional model of the ocean. GFDL Ocean Group Tech. Rept. No. 1., GFDL.

Curry, J.A. and E. Ebert, 1990: Sensitivity of the thickness of Arctic sea ice to the optical properties of clouds. *Ann. Glaciol.*, **14**, 43–46.

Curry, J.A. and E. Ebert, 1992: Annual cycle of radiative fluxes over the Arctic Ocean: Sensitivity to cloud optical properties. *J. Climate*, **5**, 1267–1280.

Danabasoglu, G., J.C. McWilliams and P.R. Gent, 1994: The role of mesoscale tracer transports in the global ocean circulation. *Science*, **264**, 1123–1126.

Deardorff, J.W., 1980: Cloud-top entrainment instability. *J. Atmos. Sci.*, **37**, 131–147.

Del Genio, A.D., W. Kovari Jr. and M.-S. Yao, 1994: Climatic implications of the seasonal variation of upper troposphere water vapor. *Geophys. Res. Lett.* **21**, 2701–2704.

Del Genio, A.D., M.-S. Yao, W. Kovari and K.K.-W. Lo, 1995: A prognostic cloud water parameterization for global climate models. *J. Climate*, in press.

Dirmeyer, P.A. and J. Shukla, 1994: Albedo as a modulator of climate response to tropical deforestation. *J. Geophys. Res.*, **99**, 20863–20877.

Dolman, A.J., 1992: A note on areally-averaged evaporation and the value of the effective surface conductance. *J. Hydrology*, **138**, 583–589.

Dolman, A.J. and D. Gregory, 1992: The parametrization of rainfall interception in GCMs. *Quart. J. R. Met. Soc.*, **188**, 455–467.

Ebert, E.E.and J.A. Curry, 1992: A parameterization of ice cloud optical properties for climate models. *J. Geophys. Res.*, **97**, 3831–3836.

Eltahir, E.A.B. and R.L. Bras, 1993: A description of rainfall

interception over large areas. *J. Climate*, **6**, 1002–1008.

Entekhabi, D. and P.S. Eagleson, 1989: Land-surface hydrology parametrization for atmospheric general circulation models including subgrid-scale spatial variability. *J. Climate*, **2**, 816–831.

Feely, R.A., R.H. Gammon, B.A. Taft, P.E. Pullen, L.S. Waterman, T. J. Conway, J.F. Gendron and D.P. Wisegarver, 1987: Distribution of chemical tracers in the eastern equatorial Pacific during and after the 1982-1983 El Niño/Southern Oscillation event. *J. Geophys. Res.*, **92**, 6545–6558.

Flato, G.M. and W.D. Hibler III, 1992: Modeling pack ice as a cavitating fluid. *J. Phys. Oceanogr.*, **22**, 626–651.

Foster, J., G. Liston, R. Koster, R. Essery, H. Behr, L. Dümenil, D. Verseghy, S. Thompson, D. Pollard and J. Cohen, 1996: Snow cover and snow mass intercomparisons from general circulation models and remotely-sensed data sets. *J. Climate*, in press.

Fowler, L.D. and D.A. Randall, 1996: Liquid and ice cloud microphysics in the CSU general circulation model. Part 2: Simulation of the Earth's radiation budget. *J. Climate*, in press.

Fowler, L.D., D.A. Randall and S.A. Rutledge, 1996: Liquid and ice cloud microphysics in the CSU general circulation model. Part 1: Model description and simulated microphysical processes. *J. Climate*, in press.

Fu, Q. and K.N. Liou, 1993: Parameterization of the radiative properties of cirrus clouds. *J. Atmos. Sci.*, **50**, 2008–2025.

Fu, R., A.D. Del Genio, W.B. Rossow and W.T. Liu, 1992: Cirrus-cloud thermostat for tropical sea surface temperatures tested using satellite data. *Nature*, **358**, 394–397.

Fu, R., A. D. Del Genio and W. B. Rossow, 1994: Influence of ocean surface conditions on atmospheric vertical thermodynamic structure and deep convection. *J. Climate*, **7**, 1092–1108.

Fu, R., W.T. Liu and R.E. Dickinson, 1996: Response of tropical clouds to the interannual variation of sea surface temperature. *J. Climate*, in press.

Garratt, J.R., 1994: Incoming shortwave fluxes at the surface – a comparison of GCM results with observations. *J. Climate*, **7**, 72–80.

Gates, W.L., 1992: AMIP: The Atmospheric Model Intercomparison Project. *Bull. Am. Met. Soc.*, **73**, 1962–1970.

Gent, P.R. and J.C. McWilliams, 1990: Isopycnal mixing in ocean circulation models. *J. Phys. Oceanogr.*, **20**, 150–155.

Ghan, S.J., C.C. Chuang and J.E. Penner, 1993: A parametrization of cloud droplet nucleation. Part I: Single aerosol type. *Atmos. Res.*, **30**, 198–221.

Ghan, S.J., C.C. Chuang, R.C. Easter and J.E. Penner, 1995: A parametrization of cloud droplet nucleation. Part II: Multiple aerosol types. *Atmos. Res.*, **36**, 39–54.

Ghil, M. and J. McWilliams, 1994: Workshop tackles oceanic thermohaline circulation. *EOS, Transactions, American Geophysical Union*, **75**, 42, 493–498.

Gleckler, P.J., D.A. Randall, G. Boer, R. Colman, M. Dix, V. Galin, M. Helfand, J. Kiehl, A. Kitoh, W. Lau, X.-Z. Liang, V.

Lykossov, B. McAvaney, K. Miyakoda, S. Planton and W. Stern, 1995: Interpretation of ocean energy transports implied by atmospheric general circulation models. *Geophy. Res. Lett.*, **22**, 791–794.

Graham, N.E., 1995: Simulation of recent global temperature trends. *Science*, **267**, 666–671.

Graham, N.E., T.P. Barnett, R. Wilde, M. Ponater and S. Shubert, 1994: On the roles of tropical and midlatitude SST in forcing interannual to interdecadal variability in the winter Northern Hemisphere circulation. *J. Climate*, **7**, 1416–1441.

Graham, N.E., T.P. Barnett, M.A. Cane and S.E. Zebiak, 1995: Greenhouse warming and its possible effect on El Niño. *Geophys.Res. Lett.*, submitted.

Greenwald, T.J., G.L. Stephens, T.H. Vonder Haar and D.L. Jackson, 1993: A physical retrieval of cloud liquid water over the global oceans using Special Sensor Microwave/Imager (SSM/I) observations. *J. Geophys. Res.*, **98**, 18471–18488.

Groetzner, A., R. Sausen and M. Claussen, 1994: The impact of sub-grid inhomogeneities on the performance of the atmospheric general circulation model ECHAM. *Clim.Dyn.* in press.

Hansen, J., M. Sato and R. Ruedy, 1995: Long-term changes of the diurnal temperature cycle: Implications about mechanisms of global climate change. *Atmos. Res.*, **37**, 175–209.

Hanson, H.P., 1991: Marine stratocumulus climatologies. *Int. J. Climatol.*, **11**, 147–164.

Harshvardhan, D.A. Randall, T.G. Corsetti and D.A. Dazlich, 1989: Earth radiation budget and cloudiness simulations with a general circulation model. *J. Atmos. Sci.*, **46**, 1922–1942.

Hartmann, D.L. and M.L. Michaelson, 1993: Large-scale effects on the regulation of tropical sea surface temperature. *J. Climate*, **6**, 2049–2062.

Hayasaka, T., N. Kikuchi and M. Tanaka, 1995: Absorption of solar radiation by stratocumulus clouds: Aircraft measurements and theoretical calculations. *J. Appl. Met.*, **34**, 1047–1055.

Henderson-Sellers, A., R.E. Dickinson, T.B. Durbidge, P.J. Kennedy, K. McGuffie and A.J. Pitman, 1993: Tropical deforestation: Modeling local- to regional-scale climate change. *J. Geophys. Res.*, **98**, 7289–7315.

Henderson-Sellers, A., K. McGuffie and C. Gross, 1995: Sensitivity of global climate model simulations to increased stomatal resistance and $CO_2$ increases. *J.Climate*, **8**, 1738–1756.

Herman, G. and R. Goody, 1976: Formation and persistence of summertime arctic stratus clouds. *J. Atmos. Sci.*, **33**, 1537–1553.

Heymsfield, A.J. and L.J. Donner, 1990: A scheme for parameterizing ice-cloud water content in general circulation models. *J. Atmos. Sci.*, **47**, 1865–1877.

Ingram, W.J., C.A. Wilson and J.F.B. Mitchell, 1989: Modeling climate change: An assessment of sea ice and surface albedo feedbacks. *J. Geophys. Res.*, **94**, 8609–8622.

Institute of Hydrology, 1994: *Results of Project ABRACOS*, an 18-page booklet.

**IPCC**, (Intergovernmental Panel on Climate Change) 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.). Cambridge University Press, Cambridge, UK.

**IPCC**, 1994: *Climate Change 1994: Radiative Forcing of Climate Change* and an Evaluation of the IPCC 1993 Emission Scenarios, J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B. A. Callander, E. Haites, N. Harris and K. Maskell (eds). Cambridge University Press, Cambridge, UK.

**Johnson**, K.D., D. Entekhabi and P.S. Eagleson, 1993: The implementation and validation of improved land-surface hydrology in an atmospheric General Circulation Model. *J.Climate*, **6**, 1009–1026.

**Jones**, A., D.L. Roberts and A. Slingo, 1994: A climate model study of indirect radiative forcing by anthropogenic sulphate aerosols. *Nature*, **370**, 450–453.

**Jones**, H. and J. Marshall, 1993: Convection with rotation in a neutral ocean: a study of open-ocean deep convection. *J. Phys. Oceanogr.*, **23**, 1009–1039.

**Kattsov**, V.M., V.P. Meleshko, A.P. Sokolov and V.A. Lubanskaya, 1993: Role of sea ice in maintenance of thermal regime and atmospheric circulation of the Northern Hemisphere. *Meteor. Gidrologia*, **12**, 5–24.

**Kelly**, K.K., A.F. Tuck and T. Davies, 1991: Wintertime asymmetry of upper tropospheric water between the Northern and Southern Hemispheres. *Nature*, **353**, 244–247.

**Kiehl**, J.T., 1994: Sensitivity of a GCM climate simulation to differences in continental versus maritime cloud drop size. *J. Geophys. Res.*, **99**, 23107–23116.

**Killworth**, P.D., 1983: Deep convection in the world ocean. *Revs. Geophys.* **21**, 1–26.

**Klein**, S.A. and D.L. Hartmann, 1993: The seasonal cycle of low stratiform clouds. *J. Climate*, **6**, 1587–1606.

**Knutson**, T.R. and S. Manabe, 1994: impact of increased $CO_2$ on simulated ENSO-like phenomena. *Geophys. Res. Lett*, **21**, 2295–2298.

**Koberle**, C. and S.G.H. Philander, 1994: On the processes that control seasonal variations of sea surface temperature in the tropical Pacific Ocean. *Tellus*, **46A**, 481–496.

**Koster**, R.D. and M.J. Suarez, 1992: Modelling the land surface boundary in climate models as a composite of independent vegetation stands. *J. Geophys. Res.*, **97**, 2697–2715.

**Koster**, R.D. and M.J. Suarez, 1994: The components of a 'SVAT' scheme and their effects on a GCM's hydrological cycle. *Advan. Water Res.*, **17**, 61–78.

**Kristjánsson**, J.E., 1991: Cloud parameterization at different horizontal resolutions. *Quart. J. R. Met. Soc.*, **117**, 1255–1280.

**Kumar**, A., A. Leetmaa and M. Ji, 1994: Simulation of atmospheric variability induced by sea surface temperatures and implications for global warming. *Science*, **266**, 632–634.

**Kuo**, H. and W.H. Schubert, 1988: Stability of cloud-topped boundary layers. *Quart. J. R. Met. Soc.*, **114**, 887–916.

**Kvamstø**, N.G., 1991: An investigation of relations between stratiform fractional cloud cover and other meteorological parameters in numerical weather prediction models. *J. Appl.Met.*, **30**, 200–216.

**Lacis**, A.A. and M. Sato, 1993: GCM feedback assessment with a 2-D radiative-convective-dynamic equilibrium model. Preprints, *4th Symposium on Global Change Studies*, American Meteorological Society, Anaheim, CA 198–202.

**Large**, W.G., J.C. McWilliams and S.C. Doney, 1995: Oceanic vertical mixing: A review and a model with nonlocal boundary layer parameterizations. *Revs. Geophys.*, **32**, 363–403.

**Lau**, K.M., C.H. Sui and W.K. Tau, 1993: A preliminary study of the tropical water cycle and its sensitivity to surface warming. *Bull. Am. Met. Soc.*, **74**, 1313–1321.

**Lau**, K.M., C.-H. Sui, M.-D. Chou and W.K. Tao, 1994: An inquiry into the cirrus-cloud thermostat effect for tropical sea surface temperature. *Geophys. Res. Lett.*, **21**, 12, 1157–1160.

**Lau**, N.C. and M.J. Nath, 1994: A modeling study of the relative roles of tropical and extratropical SST in the variability of the global atmosphere-ocean system. *J. Climate*, **7**, 1184–1207.

**Le Treut**, H. and Z.-X. Li, 1988: Using Meteosat data to validate a prognostic cloud generation scheme. *Atmos. Res.*, **21**, 273–292.

**Lean**, J. and P.R. Rowntree, 1993: A GCM simulation of the impact of Amazonian deforestation on climate using an improved canopy representation. *Quart. J. R. Met. Soc.*, **199**, 509–530.

**Ledley**, T.S., 1993: Variations in snow on sea ice: A mechanism for producing climate variations. *J. Geophys. Res.*, **98**, 10401–10410.

**Ledwell**, J.R., A.J. Watson and C.S. Law, 1993: Evidence for slow mixing across the pycnocline from an open-ocean tracer-release experiment. *Nature*, **364**, 701–703.

**Legg**, S. and J. Marshall, 1993: A heton model of the spreading phase of open-ocean deep convection. *J. Phys. Oceanogr.*, **23**, 1040–1056.

**Li**, Z.-X. and H. Le Treut, 1992: Cloud-radiation feedbacks in a general circulation model and their dependence on cloud modelling assumptions. *Clim. Dyn.*, **7**, 133–139.

**Li**, Z., C.H. Whitlock and T.P. Charlock, 1995a: Assessment of the global monthly mean surface insolation estimated from satellite measurements using Global Energy Balance Archive data. *J. Climate*, **8**, 315–328.

**Li**, Z., H.W. Barker and L. Moreau, 1995b: The variable effect of clouds on atmospheric absorption of solar radiation. *Nature*, **376**, 486–490.

**Lilly**, D.K., 1968: Models of cloud-topped mixed layers under a strong inversion. *Quart. J. R. Met. Soc.*, **94**, 292–309.

**Lin**, B. and W.B. Rossow, 1994: Observations of cloud liquid water path over oceans: Optical and microwave remote sensing methods. *J. Geophys. Res.*, **99**, 20909–20927.

**Lindzen**, R.S., 1990: Some coolness concerning global warming. *Bull. Am. Met. Soc.*, **71**, 288–299.

Lindzen, R.S. and S. Nigam, 1987: On the role of sea surface temperature gradients in forcing low-level winds and convergence in the tropics. *J. Atmos. Sci.*, **44**, 2418–2436.

Loth, B., H.-F. Graf and J.M. Oberhuber, 1993: Snow cover model for global climate simulations. *J. Geophys. Res.*, **98**, 10451–10464.

Lynch-Stieglitz, M., 1995: The development and validation of a simple snow model for the GISS GCM. *J. Climate*, **7**, 1842–1855.

MacVean, M.K. and P.J. Mason, 1990: Cloud-top entrainment instability through small-scale mixing and its parametrization in numerical models. *J. Atmos. Sci.*, **47**, 1012–1030.

Mahrt, L., 1987: Grid-averaged surface fluxes. *Mon. Wea. Rev.*, **115**, 1550–1560.

Maier-Reimer, E., U. Mikolajewicz and K. Hasselmann, 1993: Mean circulation of the Hamburg LSG OGCM and its sensitivity to the thermohaline surface forcing. *J. Phys. Oceanogr.*, **23**, 731–757.

Manabe, S. and R.T. Wetherald, 1967: Thermal equilibrium of the atmosphere with a given distribution of relative humidity. *J. Atmos. Sci.*, **24**, 241–259.

Manabe, S. and R.J. Stouffer, 1988: Two stable equilibria of a coupled ocean-atmosphere model. *J. Climate*, **1**, 841–866.

Manabe, S. and R.J. Stouffer, 1994: Multiple century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon dioxide. *J. Climate*, **7**, 5–23.

Marotzke, J., 1988: Instabilities and multiple steady states of the thermohaline circulation. In: *Oceanic Circulation Models: Combining Data and Dynamics*, D.L.T. Anderson and J. Willebrand (eds.), NATO ASI Series, Kluwer, 501–511.

Mason, P.J., 1988: The formation of areally-averaged roughness lengths. *Quart. J. R. Met. Soc.*, **114**, 399–420.

Mechoso, C.R., & 19 authors, 1995: The seasonal cycle over the tropical Pacific in coupled ocean-atmosphere general circulation models. *Mon. Wea. Rev.* **123**, 2825–2838.

MEDOC Group, 1970: Observations of formation of deep water in the Mediterranean Sea. *Nature*, **227**, 1037–1040.

Meleshko, V.P., B.E.Sneerov, A.R.Sokolov and V.M.Kattsov, 1991: Sea ice anomaly impact on surface heat fluxes and atmospheric circulation as evaluated by the MGO GCM. *Report of the Workshop on Polar Radiation Fluxes and Sea-Ice Modeling*, Bremerhaven, Germany, November 1990, WMO/TD No. 442.

Mikolajewicz, U. and E. Maier-Reimer, 1990: Internal secular variability in an ocean general circulation model. *Clim. Dyn.*, **4**, 145–156.

Miller, R.L. and A.D. Del Genio, 1994: Tropical cloud feedbacks and natural variability of climate. *J. Climate*, **7**, 1388–1402.

Milly, P.C.D. and P.S. Eagleson, 1988: Effect of storm scale on surface runoff volume. *Water Resour. Res.*, **24**, 620–624.

Mitchell, J.F.B. and W.J. Ingram, 1992: Carbon dioxide and climate: Mechanisms of changes in cloud. *J. Climate*, **5**, 5–21.

Mitchell, J.F.B., R.A. Davis, W.J. Ingram and C.A. Senior, 1995: On surface temperature, greenhouse gases and aerosols: models and observations. *J. Climate*, **8**, 2364–2386.

Njoku, E.G. and L. Swanson, 1983: Global measurements of sea surface temperature, wind speed, and atmospheric water content from satellite microwave radiometry. *Mon. Wea. Rev.*, **111**, 1977–1987.

Nobre, C.A., P.J. Sellers and J. Shukla, 1991: Amazon deforestation and regional climate change. *J. Climate*, **4**, 957–988.

Ose, T., 1993: An examination of the effects of explicit cloud water in the UCLA GCM. *J. Meteor. Soc. Japan*, **71**, 93–109.

Palmer, T., 1993: A nonlinear dynamical perspective on climate change. *Weather*, **48**, 314–325.

Parkinson, C. and Cavalieri, 1989: Arctic sea ice 1973-1997: Seasonal, regional and interannual variability. *J. Geophys. Res.*, **94**, C10, 14499–14523.

Pielke, R.A., G.A. Dalu, J.S. Snook, T.J. Lee and T.G.F. Kittel, 1991: Nonlinear influence of mesoscale land use on weather and climate. *J. Climate*, **4**, 1053–1069.

Pierrehumbert, R.T., 1995. Thermostats, radiator fins and the local runaway greenhouse. *J. Atmos. Sci.*, **52**, 1784–1806.

Pierrehumbert, R.T. and H. Yang, 1993: Global chaotic mixing on isentropic surfaces. *J.Atmos. Sci.*, **50**, 2462–2480.

Pilewski, P. and F.P.J. Valero, 1995: Direct observations of excess solar absorption by clouds. *Science*, **267**, 1626–1629.

Pinker, R.T., R. Frouin and A. Li, 1995: A review of satellite methods to derive surface shortwave irradiance. *Remote Sens. Env.*, **51**, 108–124.

Pitman, A.J., A. Henderson-Sellers and Z.-L.Yang, 1990: Sensitivity of regional climates to localized precipitation in global models. *Nature*, **346**, 734–737.

Pollard, D. and S.L. Thompson, 1995: The effect of doubling stomatal resistance in a global climate model. *Global Planet. Change,* **10**, 1–4.

Prabhakara, C., I. Wang, A.T.C. Chang and P. Gloersen, 1983: A statistical examination of Nimbus-7 SMMR data and remote sensing of sea surface temperature, liquid water content in the atmosphere and surface wind speed. *J. Clim. Appl. Meteor.,* **22**, 2023–2037.

Ramanathan, V. and W. Collins, 1991: Thermodynamic regulation of ocean warming by cirrus clouds deduced from observations of the 1987 El Niño. *Nature*, **351**, 27–32.

Ramanathan, V., R.D. Cess, E.F. Harrison, P. Minnis, B.R. Barkstrom, E. Ahmad and D. Hartmann, 1989: Cloud-radiative forcing and climate: Results from the Earth Radiation Budget Experiment. *Science*, **243**, 57–63.

Ramanathan, V., B. Subasilar, G.J. Zhang, W. Conant, R.D. Cess, J.T. Kiehl, H. Grassl and L. Shi, 1995: Warm pool heat budget and shortwave cloud forcing: A missing physics? *Science*, **267**, 499–502.

Randall, D.A., 1980: Conditional instability of the first kind, upside-down. *J. Atmos. Sci.*, **37**, 125–130.

Raschke, E., J. Schmetz, J. Heitzenberg, R. Kandel and R. Saunders, 1990: The International Cirrus Experiment (ICE). A joint European effort. *ESA Journal*, **14**, 193–199.

Raupach, M. and Finnigan, 1995: Scale issues in boundary-layer

meteorology: Surface energy balances in heterogeneous terrain. *Hydrol. Processes*, in press.

**Riser**, S.C., 1995: Geothermal heating and the large scale ocean circulation. Submitted to *Rev. Geophys.*

**Rennó**, N.O., K.A. Emmanuel and P.H. Stone, 1994: Radiative-convective model with an explicit hydrologic cycle 1. Formulation and sensitivity to model parameters. *J. Geophys. Res.*, **99**, 14429–14441.

**Robertson**, A.W., C.-C.Ma, C.R. Mechoso and M. Ghil, 1995: Simulation of the tropical-Pacific climate with a coupled ocean-atmosphere general circulation model. Part I: The seasonal cycle. *J. Climate*, **8**, 1178–1198.

**Robinson**, D.A. and G. Kukla, 1985: Maximum surface albedo of seasonally snow-covered lands in the Northern Hemisphere. *J. Climate*, **24**, 402–411.

**Roeckner**, E., U. Schlese, J. Biercamp and P. Loewe, 1987: Cloud optical depth feedbacks and climate modelling. *Nature*, **329**, 138–140.

**Roeckner**, E., M. Rieland and E. Keup, 1990: Modelling of clouds and radiation in the ECHAM model. *Proceedings of ECMWF/WCRP Workshop on Clouds, Radiation, and the Hydrologic Cycle*, ECMWF, Reading, UK, pp. 199–222.

**Ryan**, B.F., 1996: On global variations of precipitating layer clouds. *Bull. Amer. Met. Soc.*, in press.

**Schmid**, H.P. and B. Bünzli, 1995: The influence of surface texture on the effective roughness length. *Quart. J. R. Met. Soc.* **121**, 1–22.

**Schmitt**, R.W., 1994: The ocean freshwater cycle. *JSC Ocean Observing System Development Panel Background Report Number 4,* Texas A&M University, College Station, 40pp.

**Sellers**, P.J., F.G. Hall, G.Asrar, D.E. Strebel and R.E. Murphy, 1992: An overview of the First International Satellite Land Surface Climatology Project (ISLSCP) Field Experiment (FIFE). *J. Geophys. Res.*, **97**, 18345–18371.

**Semtner**, A.J. Jr. and R.M. Chervin, 1988: A simulation of the global ocean circulation with resolved eddies. *J. Phys. Oceanogr.*, **6**, 379–389.

**Semtner**, A.J. Jr. and R.M. Chervin, 1992: Ocean general circulation from a global eddy-resolving simulation. *J. Geophys. Res.*, **97**, 5493–5550.

**Senior**, C.A. and J.F.B. Mitchell, 1993: Carbon dioxide and climate: The impact of cloud parametrization. *J. Climate*, **6**, 393 – 418.

**Senior**, C.A. and J.F.B. Mitchell, 1995: Cloud feedbacks in the UKMO unified model. In: *Climate Sensitivity to Radiative Perturbations,* Le Treut (ed.) NATO I 34, Springer-Verlag.

**Seth**, A., F. Giorgi and R.E. Dickinson, 1994: Simulating fluxes from heterogeneous land surfaces: Explicit subgrid method employing the biosphere-atmosphere transfer scheme (BATS). *J. Geophys. Res.*, **99**, D9, 18651–18667.

**Shao**, Q. and D.A. Randall, 1996: Closed mesoscale cellular convection driven by cloud-top radiative cooling. *J. Atmos. Sci.* (In press)

**Shao**, Y., R.D. Anne, A. Henderson-Sellers, P. Irannejad, P.

Thornton, X. Liang, T.-H. Chen, C. Ciret, C. Desborough, O. Balachova, A. Haxeltine and A. Ducharne, 1995: *Soil Moisture Simulation.* A report of the RICE and PILPS workshop, Climatic Impacts Centre, Macquarie University, Sydney, Australia, November 1994.

**Shuttleworth**, W.J., 1988: Evaporation from Amazonian rain forest. *Proc. Roy. Soc. London*, **B233**, 321–346.

**Siems**, S.T., C.S. Bretherton, M.B. Baker, S. Shy and R.T. Breidenthal, 1990: Buoyancy reversal and cloudtop entrainment instability. *Quart. J. R. Met. Soc.*, **116**, 705–739.

**Slingo**, A., 1990: Sensitivity of the Earth's radiation budget to changes in low clouds. *Nature*, **343**, 49–51.

**Slingo**, A. and J.M. Slingo, 1988: The response of a general circulation model to cloud longwave radiative forcing. I: Introduction and initial experiments. *Quart. J. R. Met. Soc.*, **114**, 1027 – 1062.

**Smith**, I.N., 1994: A GCM simulation of global climate trends: 1950-1988. *J. Climate*, **7**, 732–744.

**Smith**, R.N.B., 1990: A scheme for predicting layer clouds and their water content in a general circulation model. *Quart. J. R. Met. Soc.*, **116**, 435–460.

**Soden**, B.J. and F.P. Bretherton, 1994: Evaluation of water vapour distribution in general circulation models using satellite observations. *J. Geophys. Res.*, **99**, 1187–1210.

**Soden**, B.J. and L.J. Donner, 1994: Evaluation of a GCM cirrus parameterization using satellite observations. *J. Geophys. Res.*, **99**, 14401–14413.

**Soden**, B.J. and R. Fu, 1995: A satellite analysis of deep convection, upper-tropospheric humidity, and the greenhouse effect. *J. Climate*, **8**, 2333–2351.

**Somerville**, R.C.J. and L.A. Remer, 1984: Cloud optical thickness feedbacks in the $CO_2$ climate problem. *J. Geophys. Res.*, **89**, 9668–9672.

**Stephens**, G.L., 1995: How much solar radiation do clouds absorb? *Science*, in press.

**Stephens**, G.L. and S.-C. Tsay, 1990: On the cloud absorption anomaly. *Quart. J. R. Met. Soc.* **116**, 671–704.

**Sterl**, A. and A. Kattenberg, 1994: Embedding a mixed layer model into an ocean general circulation model of the Atlantic: The importance of surface mixing for heat flux and temperature. *J. Geophys. Res.*, **99**, 14139–14157.

**Stommel**, H., 1961: Thermohaline convection with two stable regimes of flow. *Tellus*, **13**, 224–230.

**Sud**, Y.C., G.K. Walker, J.-H. Kim, G.E. Liston, P.J. Sellers and W.K.-M. Lau, 1995: *A simulation study fo the importance of surface roughness in tropical deforestation. Special Volume on TROPMET-94,* Indian Institute of Tropical Meteorology, Pune, India, in press.

**Sun**, D.-Z. and I. Held, 1995: A comparison of modeled and observed relationships between interannual variations of water vapor and temperature. *J. Climate*, in press.

**Sundqvist**, H., 1978: A parametrization scheme for non-convective condensation including prediction of cloud water content. *Quart. J. R. Met. Soc.*, **104**, 677–690.

**Sundqvist**, H., E. Berge and J.E. Kristjánsson, 1989: Condensation and cloud parameterization studies with a mesoscale numerical weather prediction model. *Mon. Wea. Rev.*, **117**, 1641–1657.

**Taylor**, K.E. and S.J. Ghan, 1992: An analysis of cloud liquid water feedback and global climate sensitivity in a general circulation model. *J. Climate*, **5**, 907–919.

**Taylor**, P.A., 1987: Comments and further analysis on effective roughness lengths for use in numerical three-dimensional models. *Boundary-Layer Meteor.*, **39**, 403–418.

**Thomas**, G. and A. Henderson-Sellers, 1991: An evaluation of proposed representations of subgrid hydrologic processes in climate models. *J. Climate*, **4**, 898–910.

**Tiedtke**, M., 1993: Representation of clouds in large-scale models. *Mon. Wea. Rev.*, **121**, 3040–3061.

**Trenberth**, K.E. and A. Solomon, 1994: The global heat balance: heat transports in the atmosphere and ocean. *Clim. Dyn.*, **10**, 107–134.

**Tselioudis**, G., W.B. Rossow and D. Rind, 1992: Global patterns of cloud optical thickness variation with temperature. *J. Climate*, **5**, 1484–1495.

**Twomey**, S.A., M. Piepgrass and T.L. Wolfe, 1984: An assessment of the impact of pollution on global cloud albedo. *Tellus*, **36B**, 356–366.

**Vogelmann**, A.M. and T.P. Ackermann, 1996: Relating cirrus cloud properties to observed fluxes – a critical assessment. *J. Atmos. Sci.*, in press.

**Wallace**, J.M., 1992: Effect of deep convection on the regulation of tropical sea surface temperature. *Nature*, **357**, 230–231.

**Wallace**, J.M., 1995: Natural and forced variability in the climate record. In *The Natural Variability of the Climate System on Decade-to-Century Time Scales,* D.G. Martinson, K. Bryan, M. Ghil, M.M. Hall, T.R. Karl, E.S. Sarachik, S. Sorooshian and L.D. Talley (eds.). National Academy Press, Washington DC, in press.

**Ward**, D.M., 1995: Comparison of the surface solar radiation budget derived from satellite data with that simulated by the NCAR CCM2. *J. Climate*, **8**, 2824–2842.

**Weaver**, A.J. and E.S. Sarachik, 1991: Evidence for decadal variability in an ocean general circulation model: An advective mechanism. *Atmosphere-Ocean*, **29**, 197–231.

**Weaver**, A.J., E.S. Sarachik and J. Marotzke, 1991: Freshwater flux forcing of decadal/interdecadal oceanic variability. *Nature*, **353**, 836–838.

**Weaver**, A.J., J. Marotzke, P.F. Cummins and E.S. Sarachik, 1993: Stability and variability of the thermohaline circulation. *J. Phys. Oceanogr.*, **23**, 39–60.

**Wetherald**, R.T. and S. Manabe, 1988. Cloud feedback processes in a general circulation model. *J. Atmos. Sci.*, **45**, 1397–1415.

**Whitlock**, C.H., T.P. Charlock, W.F. Staylor, R.T. Pinker, I. Laszlo, A. Ohmura, H. Gilgen, T. Konzelmann, R.C. DiPasquale, C.D. Moats, S.R. LeCroy and N.A. Ritchey, 1995: First global WCRP shortwave surface radiation budget data set. *Bull. Am. Met. Soc.*, **76**, 905–922.

**Winton**, M., 1993: Deep decoupling oscillations of the oceanic thermohaline circulation. In: *Ice in the Climate System*, W.R. Peltier (ed.), NATO ASI Series, I 12, Springer-Verlag.

**Winton**, M. and E.S. Sarachik, 1993: Thermohaline oscillations of an oceanic general circulation model induced by strong steady salinity forcing. *J. Phys. Oceanogr.*, **23**, 1389–1410.

**Wood**, E.F., D.P. Lettenmaier and V.G. Zartarian, 1992: A land-surface hydrology parametrization with subgrid variability for general circulation models. *J. Geophys. Res.*, **97**, 2717–2728.

**Wood**, N. and P.J. Mason, 1991: The influence of static stability on the effective roughness lengths for momentum and heat transfer. *Quart. J. R. Met. Soc.*, **117**, 1025–1056.

**Xue**, Y. and J. Shukla, 1993: The influence of land-surface properties on Sahel climate. Part I: Desertification. *J. Climate*, **6**, 2232–2245.

**Yang**, Z.-L., R.E. Dickinson, A. Robock and K.Y. Vinnikov, 1996: On validation of the snow sub-model of the Biosphere-Atmosphere Transfer Scheme with Russian snow cover and meteorological observational data. *J.Climate*, In press.

**Yin**, F.L. and E.S. Sarachik, 1994: A new convective scheme for ocean general circulation models. *J. Phys. Oceanogr.*, **24**, 1425–1430.

**Yulaeva**, E. and J.M. Wallace, 1994: The signature of ENSO in global temperature and precipitation fields derived from the Microwave Sounding Unit. *J. Climate*, **7**, 1719–1736.

**Zeng**, X. and R.A. Pielke, 1995: Landscape-induced atmospheric flow and its parameterization in large-scale numerical models. *J. Climate*, **8**, 1156–1177.

**Zhang**, M.H., J.J. Hack, J.T. Kiehl and R.D. Cess, 1994: Diagnostic study of climate feedback processes in atmospheric general circulation models. *J. Geophys. Res.*, **99**, 5525–5537.

# 5

# Climate Models – Evaluation

W.L. GATES, A. HENDERSON-SELLERS, G.J. BOER,
C.K. FOLLAND, A. KITOH, B.J. McAVANEY, F. SEMAZZI,
N. SMITH, A.J. WEAVER and Q.-C. ZENG

Contributors:
*J.S. Boyle, R.D. Cess, T.H. Chen, J. Christy, C.C. Covey, T.J. Crowley, U. Cubasch,*
*J. Davies, M. Fiorino, G. Flato, C. Fredericksen, F. Giorgi, P.J. Gleckler, J. Hack,*
*J. Hansen, G. Hegerl, R.X. Huang, P. Irannejad, T.C. Johns, J. Kiehl, H. Koide,*
*R.D. Koster, J. Kutzbach, S.J. Lambert, M. Latif, N.-C. Lau, P. Lemke, R.E. Livezey,*
*P.K. Love, N. McFarlane, K. McGuffie, G.A. Meehl, I. Mokhov, B.L. Otto-Bliesner,*
*T.N. Palmer, T.J. Phillips, A.J. Pitman, J. Polcher, G.L. Potter, S.B. Power, D. Randall,*
*P. Rasch, A. Robock, B.D. Santer, E. Sarachik, N. Sato, A.J. Semtner, J. Slingo,*
*I. Smith, R. Stouffer, K.R. Sperber, J. Syktus, M. Sugi, K.E. Taylor, S.F.B. Tett,*
*S. Tibaldi, W.-C. Wang, W.M. Washington, B.C. Weare, D.L. Williamson,*
*T. Yamagata, Z.-L. Yang, M.H. Zhang, R.H. Zhang, F.W. Zwiers*

# CONTENTS

Summary                                                    233

5.1  What is Model Evaluation and Why is it Important?     235

5.2  How Well Do Coupled Models Reproduce Current
     Climate?                                              235
     5.2.1  Introduction                                   235
     5.2.2  Spin-up and Flux Adjustment                    235
     5.2.3  Simulation of Mean Seasonal Climate of the
            Coupled System                                 238
            5.2.3.1  Surface air temperature               238
            5.2.3.2  Precipitation rate                    240
            5.2.3.3  Mean sea level pressure               240
            5.2.3.4  Snow and sea ice cover                240
            5.2.3.5  Ocean surface heat flux and
                     thermohaline circulation              244
     5.2.4  Simulation of the Variability of the Coupled
            System                                         244
            5.2.4.1  Monthly and seasonal variability      244
            5.2.4.2  Interannual and ENSO time-scale
                     variability                           244
            5.2.4.3  Decadal and longer-term variability   248
     5.2.5  Simulation of Regional Climate                 248
     5.2.6  Summary                                        249

5.3  How Well Do the Component Atmosphere,
     Land-surface, Ocean and Sea Ice Models
     Reproduce Current Climate?                            249
     5.3.1  Atmospheric General Circulation Models         249
            5.3.1.1  Simulation of mean seasonal climate   249
                     5.3.1.1.1  Introduction               249
                     5.3.1.1.2  Surface air temperature over land,
                                precipitation and mean sea level
                                pressure                   249
                     5.3.1.1.3  Tropospheric temperature and
                                circulation                250
                     5.3.1.1.4  Cloudiness                 250
                     5.3.1.1.5  Outgoing long-wave radiation and
                                cloud radiative forcing    251
                     5.3.1.1.6  Multivariate statistics    252
                     5.3.1.1.7  Summary                    252
            5.3.1.2  Simulation of variability and trends  253
                     5.3.1.2.1  Diurnal and seasonal ranges  253

            5.3.1.2.2  Synoptic variability               253
            5.3.1.2.3  Interannual variability            253
            5.3.1.2.4  Recent trends                       257
     5.3.2  Simulation of Land-surface Processes           258
            5.3.2.1  Why consider the land surface?        258
            5.3.2.2  Land-surface fluxes                   259
            5.3.2.3  Soil moisture simulation              260
            5.3.2.4  Summary                               261
     5.3.3  Oceanic General Circulation Models             261
            5.3.3.1  Introduction                          261
            5.3.3.2  Evaluation against present ocean climate  261
                     5.3.3.2.1  Coarse resolution models   261
                     5.3.3.2.2  Eddy-resolving models      263
            5.3.3.3  Evaluation of temporal variability    264
                     5.3.3.3.1  Seasonal to interannual
                                variability                266
                     5.3.3.3.2  Decadal and longer variability  266
            5.3.3.4  Issues in ocean model evaluation      266
                     5.3.3.4.1  Evaluating model processes  266
                     5.3.3.4.2  Boundary forcing           266
                     5.3.3.4.3  Observations               267
            5.3.3.5  Summary                               267
     5.3.4  Sea Ice Models                                 267

5.4  How Well Do Models Perform Under Other
     Conditions?                                           269
     5.4.1  Weather Analysis and Prediction                269
     5.4.2  Palaeoclimate Simulation                       270

5.5  How Well Do We Understand Model Sensitivity?         271
     5.5.1  Sensitivity to Representation of Water Vapour  271
     5.5.2  Sensitivity to Resolution                      271
     5.5.3  Sensitivity to Convection and Clouds           273
     5.5.4  Sensitivity to Land-surface Processes          273
     5.5.5  Sensitivity to Initial Conditions and Surface
            Boundary Conditions                            273
     5.5.6  Summary                                        274

5.6  How Can Our Confidence in Models be Increased?       274

Supplementary Table: Institutions Involved in the
Atmospheric Model Intercomparison Project                 275

References                                                 276

# SUMMARY

*Coupled climate models*

- The most powerful tools available with which to assess future climate are coupled climate models, which include three-dimensional representations of the atmosphere, ocean, cryosphere and land surface. Coupled climate modelling has developed rapidly since 1990, and current models are now able to simulate many aspects of the observed climate with a useful level of skill. Coupled model simulations are most accurate at large space scales (e.g., hemispheric or continental); at regional scales skill is lower. The extent to which differences among coupled models may result in differences in their simulations of climate change is, however, not yet fully understood. More detailed and accurate simulations are expected as models are further developed and improved.

- The evaluation of coupled climate models is a challenging task for which a suitable formalism is only now being developed. Considerable progress has been made in evaluating the performance of the component atmospheric, oceanic, land-surface and sea ice models and their interactions.

- Flux adjustment and spin-up methodologies commonly used in coupled models affect the simulation of surface temperature, sea ice cover and the strength of the thermohaline circulation. The need for flux adjustment is expected to diminish as the component atmospheric, oceanic, land-surface and sea ice models are improved.

*Component models of the atmosphere, land surface, ocean and sea ice*

- The ability of current atmospheric models to simulate the observed climate varies with scale and variable, with the radiative effects of clouds remaining an area of difficulty. Given the correct sea surface temperature, most models simulate the observed large-scale climate with skill, and give a useful indication of some of the observed regional interannual climate variations or trends.

- Land-surface processes can be modelled more realistically than in 1990, although there continues to be wide disparity among current schemes. The evaluation of surface parametrizations such as soil moisture continues to be hindered by the lack of observations.

- Ocean and sea ice models portray the observed large-scale distribution of temperature, salinity and sea ice more accurately than in 1990. High resolution ocean models simulate mesoscale ocean eddies with striking realism, but their computational cost is presently prohibitive for coupled climate simulations.

*The performance of climate models under other conditions*

- Weather forecasting and palaeoclimate simulation continue to provide important tests of the realism of components of climate models under different initial and external conditions. Atmospheric forecast models show increased skill since 1990 due to improvements in parametrization, resolution and data assimilation schemes.

*How can confidence in climate models be increased?*

- The major areas of uncertainty in climate models concern clouds and their radiative effects, the hydrological balance over land surfaces and the heat flux at the ocean surface.

- The comprehensive diagnosis and evaluation of both component and coupled models are essential parts of model development, although the lack of observations and data sets is a limiting factor.

- In addition to data rescue and re-analysis efforts, a comprehensive global climate observing system is urgently needed.

## 5.1 What is Model Evaluation and Why is it Important?

In the evaluation of coupled models there is no single "figure of merit" that adequately represents the validity of a model's simulations or predictions, and a variety of performance measures are required. The evaluations reported in this chapter are of three types: evaluation of selected aspects of coupled models (Section 5.2), evaluation of the atmospheric, oceanic, land-surface and sea ice model components (Sections 5.3 and 5.4), and evaluation of the sensitivity of the links between these components (Section 5.5). There has been significant progress in all three types of model evaluation since IPCC (1990).

The concept of evaluation used here corresponds to the ideas of Oreskes *et al.* (1994) in that we are trying to demonstrate the degree of correspondence between models and the real world they seek to represent. We will therefore avoid use of the word "validation", although this term is commonly used in the sense of evaluation in the climate modelling community. The intent of this chapter is to summarise the performance of models as used for the simulation of the current observed climate, and to point out deficiencies and uncertainties with a view to further model improvement. The models' behaviour near the surface is stressed since surface and near-surface variables are those of greatest human interest and socio-economic importance. The use of coupled climate models for the simulation of climate change is considered in Chapter 6.

In recent years the systematic evaluation and intercomparison of climate models and their components has been a useful and popular mechanism for identifying common model problems. For example, Boer *et al.* (1992) identified a cold polar upper tropospheric bias of the then current atmospheric general circulation models, and Stockdale *et al.* (1993) showed that the then current ocean general circulation models produced sea surface temperatures (SSTs) that are too warm in the western tropical Pacific and too cold along the equator in the east-central Pacific. Neelin *et al.* (1992) found a wide variation in the ability of the then current coupled models to simulate interannual variability in the upper layers of the tropical Pacific, while Gates *et al.* (1993) reported significant differences in the extended control runs of four early coupled models. The evaluation of land-surface schemes in progress under the auspices of the Project for Intercomparison of Land surface Parametrization Schemes (PILPS) (Henderson-Sellers *et al.*, 1995) has identified important differences in energy and water partitioning at the surface. Comprehensive analysis and intercomparison of virtually all current global atmospheric

models is being undertaken by the international Atmospheric Model Intercomparison Project (AMIP) (Gates, 1992). A comprehensive and systematic evaluation of coupled models based on global observational data is a goal yet to be achieved.

## 5.2 How Well Do Coupled Models Reproduce Current Climate?

### 5.2.1 Introduction

As discussed in Chapter 1, the coupled climate system comprises the atmosphere, ocean, cryosphere and land surface, and the models we consider here are "full" models in that they include the three-dimensional representation and interaction of these components on a global time-dependent basis. Such coupled models, in which other aspects of the climate system such as the chemical composition of the atmosphere and the surface vegetation are specified, provide the current scientific basis for understanding and simulating the climate system and its future changes. We note that none of the control simulations considered in this section include the direct effects of aerosols (see Chapter 6).

Simulations of the coupled system require integrations over 100–1000 simulated years (Cubasch *et al.*, 1992; Stouffer *et al.*, 1994), and computational cost restricts the model complexity and resolution that is currently possible. Table 5.1 lists the coupled model integrations that have been completed or are currently underway, together with some of their characteristics. The "model number" links our discussion of the simulation of current climate with that of climate change in Chapter 6. The first published intercomparison of the simulation of the current climate with coupled models was that of Gates *et al.* (1993), in which a number of basic parameters were examined in four models. Only one of these (MPI-LSG) appears in Table 5.1 and in Chapter 6. The remaining entries in the table represent new coupled models or new versions of previous models. Information from eleven of these coupled model integrations (BMRC, CCC, COLA, CSIRO, GFDL, GISS1, MPI-LSG, MPI-OPYC, MRI, NCAR and UKMO)[1] is given its first comparative analysis in this chapter.

### 5.2.2 Spin-up and Flux Adjustment

Time-scales for the atmosphere are on the order of weeks, those for the land surface and upper ocean extend to seasons, while those for the deep ocean are hundreds to

---

[1] See the Supplementary Table at the end of this chapter for definitions of these acronyms.

***Table 5.1:*** *Coupled model control simulations.*[*]

| Group | Model No.[†] | Country | AGCM Resolution | OGCM Resolution | Sea ice[@] | Flux correction[+] | Land-surface[$] scheme | Initial state[^] | Notes[§] |
|---|---|---|---|---|---|---|---|---|---|
| BMRC | 1 | Australia | R21 L9 | $3.2° \times 5.6°$ L12 | T | none | B | E | d |
| CCC | 2 | Canada | T32 L10 | $1.8° \times 1.8°$ L29 | T | $H, W, T$ | BB | E | d |
| CERFACS | 3 | France | T42 L31 | $1° \times 2°$ L20 | | none | B | E | |
| COLA | 4 | USA | R15 L9 | $3° \times 3°$ L16 | T | none | C $r_s$ (SSiB) | | d |
| CSIRO | 5 | Australia | R21 L9 | $3.2° \times 5.6°$ L12 | T/R | $H, W, \tau, T$ | C $r_s$ (CSIRO) | E | d |
| GFDL | 6 | USA | R30 L14 | $2° \times 2°$ L18 | T/Dr | $H, W$ | B | E | d |
| GISS | 7 | USA | $4° \times 5°$ L9 | $4° \times 5°$ L13 | T | none | C | I | d (1) |
| GISS | 8 | USA | $4° \times 5°$ L9 | $4° \times 5°$ L16 | T | none | C | E | (2) |
| IAP | 9 | China | $4° \times 5°$ L2 | $4° \times 5°$ L20 | T | $H, W$ | B | E | NPOGA |
| LMD/OPA | 10 | France | $3.6° \times 2.4°$ L15 | $1° \times 2°$ L20 | T | none | B(SECHIBA) | | |
| MPI | 11 | Germany | T21 L19 | $5.6° \times 5.6°$ L11 | T | $H, W, \tau, T$ | B | E | d E1/LSG |
| MPI E2/OPYC | 12 | Germany | T21 L19 | $2.8° \times 2.8°$ L9 | T/R | $H, W, \tau, T$ | C $r_s$ (ECHAM) | E | d |
| MRI | 13 | Japan | $4° \times 5°$ L15 | $(0.5–2°) \times 2.5°$ L21 | T/Dr | $H, W$ | B | E | d |
| NCAR | 14 | USA | R15 L9 | $1° \times 1°$ L20 | T/R | none | B | I | d |
| UCLA | 15 | USA | $4° \times 5°$ L9 | $1° \times 1°$ L15 | | none | fixed wetness | | NPOGA |
| UKMO | 16 | UK | $2.5° \times 3.8°$ L19 | $2.5° \times 3.8°$ L20 | T/Dr | $H, W$ | C $r_s$ (UKMO) | U | d |

[*]   The entries in the table apply to coupled atmosphere/ocean models for which a coupled control integration for current climate is under way.
      (See Supplementary Table for model identification).

[†]   The model no. corresponds to the simulations listed in Table 6.3 and discussed in Chapter 6.

[@]   T refers to "thermodynamic" and R to "dynamic" sea ice with rheology. Dr stands for "free drift" sea ice.

[+]   $H, W, \tau, T$ stand for flux adjustment of heat, fresh water, surface stress and ocean surface temperature, respectively.

[$]   B refers to a "simple bucket"; BB refers to "modified bucket"; C includes canopy processes; $r_s$ denotes inclusion of stomatal resistance.
      The name of the land-surface scheme is given in parentheses.

[^]   The method of initialising the coupled model is indicated by E for an equilibrium of the coupled system, U for equilibrium of the upper ocean and
      I for initial conditions specified from available observations.

[§]   NPOGA: stands for "no polar ocean with global atmosphere" and reflects models which either exclude the polar oceans and ice by specifying climatological values
      or which control polar deep ocean quantities with a relaxation to observed values. E1 and E2 refer to the ECHAM1 and ECHAM2 AGCMs, (1) and (2) refer to two
      versions of the GISS model, and LSG and OPYC refer to ocean models. d indicates that data from this simulation are included in Section 5.2.

thousands of years. A coupled model integration could start from the observed three-dimensional distribution of atmosphere-ocean-land-surface variables, but this approach is not currently possible due to data limitations. An alternative is to integrate the coupled model from arbitrary initial conditions to a climatic (statistical) equilibrium under seasonally-varying forcing. Computational costs and long oceanic time-scales usually preclude this, and the typical experimental strategy is to "spin-up" separately the component atmosphere and ocean models before coupling. Such "initialisation" of the coupled system, however, can have a long-term effect on the simulated climate.

An atmospheric model requires the sea surface temperature (SST) as a lower boundary condition, while an ocean model requires the surface fluxes of energy, fresh water and momentum (or wind stress) as upper boundary

conditions. After the ocean and atmosphere models are separately "spun up" with boundary conditions representing present-day conditions and are joined (possibly using flux adjustment), the coupled model may be integrated for a further spin-up or adjustment period. The state of the coupled system after such adjustment is then used to initiate both the control runs examined here and the climate change experiments examined in Chapter 6.

Ocean models present special spin-up problems since, when forced with specified fluxes, they typically arrive at an unrealistic state because atmosphere-ocean feedbacks are absent in this case. Feedback is usually introduced by adding a "relaxation" to observationally based reference upper ocean temperature and salinity fields. Three approaches are used among the coupled models in Table 5.1. They are: (1) integrate the ocean model for the several thousand years required for

---

**Flux Adjustment: – A Modelling Dilemma**

The atmosphere and ocean interact via fluxes of heat, momentum and fresh water. Local values of the heat flux are of order hundreds of $Wm^{-2}$ and to first order the ocean is warmed in summer and cooled in winter, with the fluxes largely cancelling on the annual average. The relatively small residual heat flux, together with the fresh water flux, control the ocean's thermohaline circulation and the associated poleward ocean transports of heat and salt.

The coupling of ocean and atmosphere models can highlight discrepancies in the surface fluxes that may lead to a drift away from the observed climate. A systematic error of $\pm 5$ $Wm^{-2}$ in heat flux, which is smaller than the local observational error, could lead to a relatively large error in the annual average poleward oceanic heat transport. Modellers were made especially aware of this from the study by Gleckler *et al.* (1994) which showed that the surface fluxes in many uncoupled atmospheric models would imply a northward oceanic heat transport in the Southern Hemisphere in contrast with observational estimates there. This is a result of errors in the cloud radiative forcing in the models which allows excessive solar radiation to reach the surface.

Climate drift may be ameliorated by flux adjustment whereby the heat and fresh water fluxes (and possibly the surface stresses) are modified before being imposed on the ocean by the addition of a "correction" or "adjustment." The term "flux adjustment" is not meant to imply a knowledge of the "right" answer for the fluxes, since they are only imprecisely known. The flux adjustment terms are calculated from the difference between the modelled surface fluxes and those required to keep the model close to current climate. After running the model for a period suitable for the calculation of average flux adjustments, these terms are applied throughout the control and anomaly experiments. The alternative approach of not making any flux adjustments and accepting the resultant climate drift has been chosen by some modellers.

Kerr (1994) has highlighted this dilemma between the pragmatic need to conduct long runs with imperfect coupled models and the continuing desire to develop the best possible models on purely physical grounds. Some modellers have drawn an analogy with the early development of numerical weather prediction when ad hoc corrections were used to improve forecasts. Later improvements in model formulation and initialisation techniques made such corrections unnecessary.

This conflict between the use of a fully physically based model and the use of a non-physical flux adjustment is reduced if the response of the model to a perturbation is not seriously altered. The main purpose of the flux adjustment is to ensure that any perturbation, such as that due to increased $CO_2$, is applied about a realistic reference climate so that distortion of the major climate feedback processes is minimised (see Section 6.2.6). The need for flux adjustment in coupled climate models will decrease as models are further improved.

*Climate Models – Evaluation*

equilibrium under surface forcing, possibly using "acceleration" techniques (e.g., MPI, CCC, GFDL, BMRC, CSIRO, GISS2, MRI); (2) integrate the coupled model for a shorter period until the upper ocean is in quasi-equilibrium (e.g., UKMO); or (3) initialise the ocean model with the aid of three-dimensional ocean data (e.g., GISS1). In the absence of a climate equilibrium, an adjustment or drift of the simulated climate will almost always occur. The magnitude of this drift is generally least for the first spin-up approach and greatest for the last.

Inconsistencies between the surface fluxes developed in atmosphere and ocean models during spin-up, as a result of imperfections in either (or both) components, typically result in a drift away from a realistic current climate when the models are coupled. This is often ameliorated by flux adjustment (see Box on flux adjustment) (Manabe and Stouffer, 1988; Sausen *et al.*, 1988). Here, for example, the surface heat flux is modified for the ocean model by the addition of a "flux adjustment" that depends on the mean fluxes typically calculated by the separate ocean and atmospheric models in the spin-up phase. A similar adjustment may be made for the fresh water flux and surface wind stress. It is also possible to adjust the surface temperature of the ocean as seen by the atmospheric GCM, although this is less common. The types of flux adjustments used in current coupled model simulations are indicated in Table 5.1.

Flux adjustment is strictly justified only when the corrections are relatively small, and in fact the flux adjustments in some coupled models are comparatively large (Figure 5.5). The alternative is to avoid flux adjustment and to accept the resulting climate drift, a choice that is made in several of the models listed in Table 5.1. However, confidence in a coupled model's simulation of transient climate change is not improved if the climate drift is large and/or if the feedbacks are seriously distorted by flux adjustment.

## 5.2.3 Simulation of Mean Seasonal Climate of the Coupled System

Here we intercompare and evaluate the control runs for eleven of the coupled models of Table 5.1, some of which are used for the transient climate change simulations discussed in Chapter 6. We concentrate mainly on surface parameters that are particularly important for climate change and which reflect the "coupled" nature of the simulation. We consider December to February (DJF) and June to August (JJA) results in comparison with climatological observations in order to demonstrate the models' ability to simulate the change of the seasons. For each season we show both the average and the standard deviation of the models' simulations, the latter providing a measure of the models' scatter or disagreement.

### 5.2.3.1 Surface air temperature

Figures 5.1a and d give the DJF and JJA distributions of the average of the coupled models' simulated surface air temperature. Overall, the models successfully simulate the large-scale seasonal distribution of this important variable, so much so that the observed fields are not presented since they are very similar to the averaged model results.

Figures 5.1b and e show the differences between the model average and the "observed" surface air temperature. The differences are largest over the land, especially over mountains, reflecting uncertainties in both the observed and modelled values. (It should be recalled that these simulations do not include the direct effects of aerosols which could change the differences in some areas.) By contrast, differences over the ocean are rather small, with largest differences found in the Southern Ocean. This is particularly evident in the zonally averaged differences shown in Figures 5.1g and h, which indicates that some models have large climate drifts in this region.

The bottom panels, Figures 5.1c and f, show the disagreement or scatter among the models in terms of the standard deviation of the simulated values. Once again the largest values are over land and over the high latitude oceans. Table 5.2 shows that, on the global average the

**Table 5.2:** *Coupled model simulations of global average temperature and precipitation.*

|  | Surface air temperature (°C) | | Precipitation (mm/day) | |
|---|---|---|---|---|
|  | DJF | JJA | DJF | JJA |
| BMRC* | 12.7 | 16.7 | 2.79 | 2.92 |
| CCC | 12.0 | 15.7 | 2.72 | 2.86 |
| COLA* | 12.6 | 15.5 | 2.64 | 2.67 |
| CSIRO | 12.1 | 15.3 | 2.73 | 2.82 |
| GFDL | 9.6 | 14.0 | 2.39 | 2.50 |
| GISS (1)* | 13.0 | 15.6 | 3.14 | 3.13 |
| MPI (LSG) | 11.0 | 15.2 | | |
| MPI (OPYC) | 11.2 | 14.8 | 2.64 | 2.73 |
| MRI | 13.4 | 17.4 | 2.89 | 3.03 |
| NCAR* | 15.5 | 19.6 | 3.78 | 3.74 |
| UKMO | 12.0 | 15.0 | 3.02 | 3.09 |
| Observed | 12.4 | 15.9 | 2.74 | 2.90 |

* Models without flux adjustment.

Here the observed surface air temperature is from Jenne (1975) and the observed precipitation from Jaeger (1976).



**Figure 5.1:** (a) The average surface air temperature simulated by nine coupled models, (b) the difference of the model average from the observed data of Jenne (1975) and (c) the intermodel standard deviation for DJF. (d-f) As in (a-c) but for JJA. (g) The zonally averaged difference of eleven coupled models' surface air temperature from observations for DJF. (h) As in (g) but for JJA. Units °C.

mean model surface air temperature agrees well with observations, but that individual models span a range of about 5°C. Three of the four warmest models are from simulations without flux adjustment, with the flux-adjusted models generally having a better simulation of surface air temperature over the oceans.

### 5.2.3.2 Precipitation rate

The precipitation rate is a measure of the intensity of the hydrological cycle and also influences the ocean thermohaline circulation through the fresh water flux. Figures 5.2a–c and d–f show the global distribution of the observed precipitation rate, the coupled models' average, and the intermodel standard deviation during DJF and JJA, respectively. The coupled models are generally successful in simulating the broad-scale structure of the observed precipitation, although some features of the actual precipitation are not well observed. The scatter among the models is comparatively large in the tropics where the precipitation rates are themselves largest, as seen in Figure 5.2g and h in terms of zonal averages. The globally averaged precipitation rate is given in Table 5.2, where we note that warmer mean temperatures are associated with larger precipitation rates as might be expected.

### 5.2.3.3 Mean sea level pressure

The seasonal average mean sea level pressure, displayed in Figure 5.3, is a measure of both dynamical and thermodynamical surface features and is linked to the surface wind stress that drives the ocean. Current coupled models succeed in representing the observed large-scale geographical distribution of this field rather well as shown in Figures 5.3a–f. The scatter among the models seen here and in Figures 5.3g and h may be partly due to differences in reduction to sea level, although the scatter at polar latitudes is a characteristic difficulty also seen in uncoupled atmospheric models (Boer *et al.*, 1992).

### 5.2.3.4 Snow and sea ice cover

The extent of snow and sea ice cover summarised in Tables 5.3 and 5.4 is a measure of coupled models' ability to simulate some aspects of the seasonal variation of the cryosphere (although the extreme values of these fields occur near the ends of the DJF and JJA periods). These data show that some models have an apparent excess of winter snow cover which tends to persist into summer. The ratio of summer to winter snow cover and the simulated sea ice cover vary greatly among the models, with some of the models without flux adjustment losing their sea ice in the Arctic summer and almost all their sea ice in the Southern

Hemisphere in both summer and winter. The apparent difficulties the models have in simulating the seasonal snow and ice cover could have consequences for the "albedo feedback" and the soil moisture and runoff in the climate change simulations of Chapter 6.

*Table 5.3: Coupled model simulations of Northern Hemisphere snow cover ($10^6$ $km^2$).*

|  | DJF (winter) | JJA (summer) |
|---|---|---|
| BMRC* | 62.0 | 28.4 |
| CCC | 42.9 | 11.5 |
| COLA* | 53.4 | 12.1 |
| CSIRO | 37.5 | 11.6 |
| GFDL | 64.4 | 10.0 |
| GISS (1)* | 41.2 | 2.5 |
| MPI (LSG) | 51.4 | 5.8 |
| MPI (OPYC) | 54.6 | 16.7 |
| MRI | 34.3 | 2.9 |
| NCAR* | 41.4 | 2.1 |
| UKMO | 35.3 | 5.1 |
| Observed (Matson *et al.*, 1986) | 44.7 | 7.8 |

\* Models without flux adjustment.

*Table 5.4: Coupled model simulations of sea ice cover ($10^6$ $km^2$).*

|  | Northern Hemisphere | | Southern Hemisphere | |
|---|---|---|---|---|
|  | DJF (winter) | JJA (summer) | JJA (winter) | DJF (summer) |
| BMRC* | 18.9 | 16.7 | <1.0 | <1.0 |
| CCC | 9.7 | 7.1 | 12.2 | 7.5 |
| COLA* | 9.3 | 1.6 | 4.0 | 3.7 |
| CSIRO | 16.6 | 14.5 | 21.1 | 18.9 |
| GFDL | 16.0 | 12.7 | 24.7 | 16.0 |
| GISS (1)* | 11.0 | 8.3 | 12.4 | 6.4 |
| MRI | 19.1 | 11.5 | 11.6 | 3.1 |
| NCAR* | 13.6 | <1.0 | 5.3 | <1.0 |
| UKMO | 10.2 | 5.3 | 18.0 | 5.9 |
| Observed (Gloersen *et al.*, 1992) | 14.5 | 11.5 | 16.0 | 7.0 |
| (Ropelewski, 1989) | 15.0 | 9.8 | 16.7 | 5.3 |

\* Models without flux adjustment



**Figure 5.2:** (a) The observed precipitation rate as estimated by Jaeger (1976), (b) the average of nine coupled models' simulations and (c) the intermodel standard deviation for DJF. (d-f) As in (a-c) but for JJA. (g) The zonally averaged precipitation rate from eleven coupled models and that from observations according to Jaeger (1976) for DJF (solid line). (h) As in (g) but for JJA. Units mm/day. (See Figure 5.1(g) for model identification.)



**Figure 5.3:** (a) The mean sea level pressure from NMC operational analyses during 1978 to 1988, (b) the average of nine coupled models' simulations, and (c) the intermodel standard deviation for DJF. (d-f) Units hPa. (d-f) As in (a-c) but for JJA. (g) The zonally averaged mean sea level pressure from eleven coupled models and that from observations (solid line) for DJF. (h) As in (g) but for JJA. Units hPa. (See Figure 5.1(g) for model identification.)



**Figure 5.4:** (a) The surface heat flux from observations (Esbensen and Kushnir, 1981), (b) the average of nine coupled models' simulations, and (c) the intermodel standard deviation for DJF. (d-f) As in (a-c) but for JJA. (g) The zonally averaged surface heat flux from nine coupled models and that from observations (solid line). (h) As in (g) but for JJA. Units Wm$^{-2}$. (See Figure 5.1(g) for model identification.)

*5.2.3.5 Ocean surface heat flux and thermohaline circulation*
The surface heat flux measures the energetic interaction of the atmosphere and ocean, and together with the surface fresh water flux, governs the strength of the ocean's thermohaline circulation. Figure 5.4 shows the coupled models' net surface heat flux, while Figure 5.5 shows the average heat flux adjustment in the models that use one. All the coupled models portray the ocean's absorption of heat in summer and its release in winter (Figures 5.4a–f), although there is a tendency for the modelled fluxes to exceed the observationally based estimates on the zonal average (Figure 5.4g and h). The heat flux adjustment, however, is seen to vary widely among the models that use it (Figure 5.5b and d; see also Table 5.1).

The thermohaline circulation in the oceans is important for the poleward heat transport in the climate system. Table 5.5 shows that only 4 of the 10 models considered have Atlantic thermohaline circulations with maxima in the "accepted" range of 13–18 Sv ($10^6$ m³ s⁻¹) near 50°N (Schmitz and McCartney, 1993). These results suggest that flux adjustment and an equilibrium ocean model spin-up may be necessary (but not sufficient) conditions for thermohaline circulations in this range. No model without flux adjustment attains the accepted range, and of the four thermohaline circulations that are weak, only one is for a flux-adjusted model.

**Table 5.5:** *Coupled model simulations of the strength of the North Atlantic thermohaline circulation[§].*

|            | Strength (Sv) ($10^6$ m³ s⁻¹) | State     | Flux correction | E   |
|------------|-------------------------------|-----------|-----------------|-----|
| BMRC[*]    | 6                             | weak      | no              | yes |
| CCC        | 14                            | moderate  | yes             | yes |
| CSIRO      | 18                            | moderate  | yes             | yes |
| GFDL       | 17[†]                         | moderate  | yes             | yes |
| GISS (1)[*]| 2                             | weak      | no              | no  |
| GISS (2)[*]| 26                            | strong    | no              | yes |
| MPI (LSG)  | 26[†]                         | strong    | yes             | yes |
| MRI        | 2                             | weak      | yes             | yes |
| NCAR[*]    | 2[†]                          | weak      | no              | no  |
| UKMO       | 16                            | moderate  | yes             | yes |

§  This table is intended to represent the strength of the meridional mass flux maximum near 50°N.

†  Values taken from Gates *et al.* (1993).

E  Indicates whether the model spin-up is to a long-term equilibrium state.

*  Models without flux adjustment.

*5.2.4 Simulation of the Variability of the Coupled System*
While much attention has been focused on the mean climate simulated by coupled models, the simulation of variability is at least as important in many considerations, including the detection of climate change (see Chapter 8).

*5.2.4.1 Monthly and seasonal variability*
The evaluation of coupled model variability on monthly to seasonal time-scales is illustrated by the work of Meehl *et al.* (1994), who calculated a measure of intermonthly standard deviation of lower tropospheric temperature from their coupled model and compared it with observations from the microwave sounding unit (MSU) at "periods greater than one month but less than twelve months". The simulated values were generally larger than those observed in the tropics and smaller in southern high latitudes. The model successfully simulated some of the features of the observed intermonthly variation, including a representation of the Madden-Julian Oscillation in the tropics and blocking events in the extratropics (see also Section 5.3.1.2).

*5.2.4.2 Interannual and ENSO time-scale variability*
Figure 5.6 displays the standard deviation of the annual mean surface air temperature from observations and from three coupled model simulations. There is qualitative agreement in that the models reproduce the larger variability observed over the continents and at high latitudes. The El Niño-Southern Oscillation-related variability in the eastern tropical Pacific, however, is generally underestimated in the models. The largest differences among these models is found over the tropical oceans where values differ by as much as a factor of 2.

The El Niño-Southern Oscillation (ENSO) represents one of the coupled system's dominant interannual variations. ENSO is thought to involve modes of variability that produce coupled anomalies in the eastern Pacific, and modes that involve internal ocean dynamics and wave reflection from boundaries requiring high resolution for their simulation (Schopf and Suarez, 1988; Neelin, 1991; Jin and Neelin, 1993a, b; Neelin and Jin, 1993).

Multi-decadal integrations with coarse-resolution global coupled models display interannual variability in the tropical Pacific that resembles some aspects of the observed variability associated with ENSO, although typically of lesser amplitude (Sperber *et al.*, 1987; Meehl, 1990; Lau *et al.*, 1992; Sperber and Hameed, 1991; Nagai *et al.*, 1992; Meehl *et al.*, 1993). Changes in such features as the mean thermocline depth, however, can produce different manifestations of interannual variability (Nagai *et al.*, 1992; Moore, 1995; Tett, 1995). Higher resolution but



**Figure 5.5:** (a) The average surface heat flux adjustment for models which use such an adjustment (see Table 5.1) for DJF and (b) the corresponding intermodel standard deviations. Units Wm⁻². (c) and (d) As in (a) and (b) but for JJA.



**Figure 5.6:** The standard deviation of the annual mean surface air temperature: (a) over 110 years of observations (Jones *et al.*, 1991), (b) over 1000 yr from the GFDL coupled model, (c) over 350 yr from the MPI/LSG coupled model, and (d) over 130 yr from the UKMO coupled model. Units °C.



**Figure 5.7:** The standard deviation of the decadal mean surface temperature from observations (a) (Parker *et al.*, 1994) compared with simulations by the following coupled models: CSIRO (b), GFDL (c), MRI (d) and UKMO (e). Units °C.

limited domain coupled models have also been used successfully in ENSO forecast studies (Latif *et al.*, 1994), and global ENSO forecast models are under development (Ji *et al.*, 1994). A class of model that combines a global atmospheric model and a limited domain high-resolution ocean (usually over the tropical Pacific) has been used to study ENSO-type interannual variability over longer time periods (Philander *et al.*, 1992; Gent and Tribbia, 1993; Latif *et al.*, 1993), as well as to demonstrate linkages between the Indian monsoon and ENSO (Barnett *et al.*, 1989). These studies give some credibility to the simulated changes of interannual variability on ENSO time-scales associated with greenhouse gas increases (see Chapter 6). Improved simulations of ENSO variability are expected from coupled global models that better resolve equatorial ocean dynamics.



**Figure 5.8:** The globally averaged annual mean surface air temperature time-series from the GFDL and MPI coupled model simulations. Units °C, expressed as anomalies from the time mean.

### 5.2.4.3 Decadal and longer-term variability
The extended coupled model integrations now becoming available allow investigation of longer time-scale variability. Although the surface air temperature has perhaps the "best" observed long time-series record (100-150 years), there are problems in comparing this record, which includes the effects of both internally generated and externally forced variability, with model simulations which include only the internally generated component (Santer *et al.*, 1995b; Hegerl *et al.*, 1996; Chapter 8). Such a comparison is also hindered by the effects of sparse observations during the early part of the record and at high latitudes (Karl *et al.*, 1993; Jones, 1994), and difficulties in correcting the systematic errors due to urbanisation and changes in measurement methods.

The standard deviation of decadal mean surface temperature is shown in Figure 5.7. This measure of long time-scale variability indicates that coupled models are capable of simulating the observed increase of interdecadal variability with latitude. The variability of decadal means associated with the ice edge can also be seen in some models. There are substantial unexplained differences among the models, however, and this must be kept in mind when interpreting the results of long-term transient experiments (see Chapter 6).

Long time-series of the global mean surface air temperature anomalies from the MPI/LSG and GFDL coupled models are shown in Figure 5.8, and similar records are available from other shorter simulations. The MPI model exhibits a large fluctuation in the first 250 years of the integration (which is related to sea ice fluctuations), while other models (e.g., BMRC and GISS1) show a slow climate drift over the first century. Coupled

models are able to simulate a range of natural or internal variability, whose correct simulation is important for the detection of climate change (see Chapter 8).

### 5.2.5 Simulation of Regional Climate
The key factors that affect the regional performance of global coupled models are their horizontal resolution and their physical parametrizations. Coarse resolution atmospheric models are unable to realistically portray the extent and height of mountains, with consequent distortions in their simulation of orographic precipitation on regional scales, while coarse resolution ocean models suffer similar distortions in their simulation of boundary currents. A GCM's resolution may also introduce systematic errors in the depiction of coastlines, with consequent effects on the simulation of regional circulation and temperature. With their present horizontal resolution of several hundred km (Table 5.1), the largest errors of coupled models' simulation of the observed seasonal temperature generally occur on the smaller resolved scales over the continents (Figure 5.1). Differences between models also tend to be greater at the regional scale (Figure 5.1). See Chapter 6 (Section 6.6.1 and Figure 6.32) where the regional simulations of precipitation and surface temperature by five coupled ocean-atmosphere models are compared with observations.

As the resolution of models increases, the parametrization of subgrid-scale physical processes such as convection, mixing, and surface fluxes may need to be reformulated to more adequately represent their interaction with the newly resolved scales of motion. The accurate portrayal of regional climate is also limited by the general increase of variability found on smaller scales (see Section 5.2.5).

Regional-scale climate can also be simulated by using a higher-resolution model over a limited area of the world (e.g., Giorgi *et al.*, 1994, as discussed further in Chapter 6). With adequate boundary conditions (or lateral forcing) provided either by observations or by a global model, and with careful placement of the boundaries of the area, such models can portray the climate at regional and local scales with more accuracy than that given by global climate models of conventional resolution. This indicates that when it is possible to use higher resolution in coupled global models, a general increase in accuracy may be expected, especially near mountains and coasts and in regions of high variability.

### 5.2.6 Summary

Coupled modelling is rapidly accelerating, and the present state may be summarised as follows:

(1) The large-scale features of the current climate are well simulated on average by current coupled models;

(2) Different coupled models simulate the current climate with various degrees of success, and this affects the confidence that can be placed in their simulations of climate change;

(3) Flux adjustments are relatively large in the models that use them, but their absence affects the realism of the control climate and the associated feedback processes;

(4) The analysis of variability is providing new opportunities for model evaluation.

## 5.3 How Well Do the Component Atmosphere, Land-surface, Ocean and Sea Ice Models Reproduce Current Climate?

### 5.3.1 Atmospheric General Circulation Models

#### 5.3.1.1 Simulation of mean seasonal climate

##### 5.3.1.1.1 Introduction

Atmospheric general circulation models (GCMs) have undergone many refinements in formulation and parametrization during more than four decades of continuous development and use for weather prediction and climate simulation. Evaluation of individual atmospheric GCMs used for climate simulation are widely available in the literature, although attempts to intercompare them under standard conditions have been undertaken only relatively recently. In general, there has been a progressive increase in the accuracy of atmospheric climate models' simulation of the observed average large-scale distribution of pressure, temperature and circulation, and of elements of the heat and hydrologic balances such as radiative fluxes and precipitation. There have also been *progressive improvements in atmospheric*

models' portrayal of regional mean climate (Chapter 6, Section 6.6) and of atmospheric variability on a variety of time-scales (Section 5.3.1.2).

Here we present a new assessment of the ability of current atmospheric GCMs to simulate the observed mean seasonal climate. For this purpose we use the emerging results of the international Atmospheric Model Intercomparison Project (AMIP) (Gates, 1992). Virtually all global atmospheric modelling groups[1] are participating in this project, which calls for a ten-year simulation under agreed conditions. The AMIP boundary conditions used by all participating atmospheric GCMs consist of the 1979 to 1988 sequence of observed monthly averaged distributions of sea surface temperature and sea ice, an atmosphere $CO_2$ concentration of 345 ppmv and a value of 1365 $Wm^{-2}$ for the solar constant. We focus here on the AMIP models' simulation of selected variables that were not considered in the section on coupled models (Section 5.2). *The actual climate is given by observational estimates that are believed to be the most representative of the AMIP decade,* although in some cases other data are also used to provide global coverage. For this purpose both the models' results and the observed data were regridded to a common 4° latitude and 5° longitude grid, which is representative of the AMIP models' horizontal resolution.

#### 5.3.1.1.2 Surface air temperature over land, precipitation and mean sea level pressure

In general, the AMIP models' simulation of these variables is similar to that shown for coupled models in Section 5.2. Although the prescription of sea surface temperature effectively determines the surface air temperature over the oceans, the AMIP models' performance provides reassuring evaluation of their ability to portray the summer and winter temperatures (not shown) over the continents. There are, however, relatively large regional discrepancies over continental interiors and over Antarctica. Current models' overall simulation of the surface air temperature is superior to that of previous generations of atmospheric GCMs.

The overall geographical distribution of the AMIP models' precipitation (not shown) resembles that observed, but there are notable deficiencies. The simulation of tropical precipitation shows a slight improvement over that given by Boer *et al.* (1992) for models of comparable resolution. Much of this increase in accuracy is thought to be due to improvements in the parametrization of penetrating cumulus convection, on which the low-latitude precipitation is

---

[1] See the Supplementary Table at the end of this chapter for a detailed list of institutions involved.

*Climate Models – Evaluation*

critically dependent. The seasonal sea level pressure distribution (not shown) reveals a slight improvement over that seen in Boer *et al.* (1992), and is a marked improvement over that of the earlier generation of models (Gates, 1987). At least part of this increase in accuracy may be due to increases in model resolution.

### 5.3.1.1.3 Tropospheric temperature and circulation

The three-dimensional temperature distribution (not shown) simulated by the AMIP models bears a close resemblance to that observed in both summer and winter. The most prominent discrepancies are a tendency for the models to be systematically too cold at lower levels in the tropics and in the upper troposphere and lower stratosphere in higher latitudes, and too warm in the tropical lower stratosphere. Similar but more pronounced errors were reported by Boer *et al.* (1992). The circulation accompanying the temperature distribution is shown in Figure 5.9 in terms of the zonally averaged zonal wind at 200 hPa. These data show that while the AMIP models generally simulate the zonal winds with considerable



**Figure 5.9:** The zonally-averaged zonal wind (ms⁻¹) at 200 hPa as observed (black line) and as simulated by the AMIP models for (a) DJF and (b) JJA. The mean of the models' results is given by the full white line, and the 10, 20, 30, 70, 80 and 90 percentiles are given by the shading surrounding the model mean. The observed data are from Schubert *et al.* (1992).



**Figure 5.10:** As in Figure 5.9 except for total cloudiness (%). The observational estimates are from ISCCP data for 1983 to 1990 (Rossow and Schiffer, 1991).

accuracy, there is a tendency to overestimate the strength of the Southern Hemisphere zonal winds near the tropopause, a feature that may be related to the models' limited vertical resolution. In general, the AMIP models' winds in the troposphere closely resemble those observed.

### 5.3.1.1.4 Cloudiness

Clouds exert a significant influence on the atmospheric heat budget through their reflection and absorption of radiation (Chapter 4, Section 4.2), and the treatment of cloud type, amount, height, optical properties and water content differ widely in current atmospheric GCMs. Figure 5.10 shows the distribution of the AMIP models' simulation for the zonally averaged total cloudiness during DJF and JJA, together with an estimate of the zonal average of the observed cloudiness. These data show that current models portray the large-scale latitudinal structure and seasonal change of the observed total cloud cover with only fair accuracy, and there is an apparent systematic underestimate of the cloudiness in low and middle latitudes in both winter and summer. In the higher latitudes the models appear to overestimate the observed cloudiness, especially over Antarctica, although here the difficulties in the satellite

observing system's discrimination between cloud cover and a snow- or ice-covered surface should be kept in mind. The simulated total cloudiness may also reflect adjustments or tuning of the models' cloud properties made in most of the AMIP models.

### 5.3.1.1.5 Outgoing long-wave radiation and cloud radiative forcing

The long-wave radiation leaving the top of the atmosphere is the heat sink for the Earth-atmosphere system (Chapter 1, Section 1.2.1), and the comparison of its simulation with direct satellite measurements is an important evaluation of atmospheric models. Figure 5.11 shows the distribution of the AMIP models' simulation for the zonally averaged outgoing long-wave radiation (OLR) during DJF and JJA, along with the zonal average of the observed OLR. Assuming that the satellite measurements are representative of the AMIP decade, these data show that the mean of the model simulations is in good agreement with the observed estimate at all latitudes in both summer and winter. Since the minimum OLR in low latitudes is due to the presence of high and therefore cold convective



**Figure 5.12:** As in Figure 5.9 except for net cloud radiative forcing (Wm$^{-2}$). The observational estimates are from ERBE data for 1985–88 (Harrison *et al.*, 1990).

clouds, these results constitute an evaluation of the ability of current atmospheric GCMs to simulate tropical convection while maintaining a realistic overall thermal radiation budget.

Another important measure of the effects of clouds on the atmospheric radiation budget is the cloud radiative forcing, which is defined as the difference in the radiative flux at the top of the atmosphere when clouds are present and when they are absent. Since the effect of clouds (compared to clear sky) is to trap long-wave (or infrared) radiation in the Earth-atmosphere system, long-wave cloud radiative forcing is generally positive while short-wave cloud forcing is nearly always negative since clouds tend to reflect short-wave (or solar) radiation. The net radiative effect of clouds may therefore be either positive or negative. Figure 5.12 shows the distribution of the AMIP models' zonally averaged net cloud radiative forcing during DJF and JJA, together with the zonal average of the observational estimates from ERBE for the years 1985 to 1988. These data show that while the models have successfully reproduced the general large-scale structure of the observed cloud radiative forcing, there are a number of discrepancies. Perhaps the most obvious is the models'



**Figure 5.11:** As in Figure 5.9 except for outgoing long-wave radiation (Wm$^{-2}$). The observational estimates are from Hurrell and Campbell's (1992) summary of NOAA polar orbiter data for the period 1979 to 1988.

systematic underestimate of the negative cloud radiative forcing between about 30°N and 30°S in both summer and winter, and their corresponding overestimate of the maximum negative forcing near 60° latitude in the summer hemisphere. These apparent errors are likely related to the models' treatment of cloud radiative processes, although the differences in how the modelled and observed cloud radiative forcing are calculated should be kept in mind.

### 5.3.1.1.6 *Multivariate statistics*

More insight into the nature of model differences is provided by multivariate statistics that measure the errors in the time mean and temporal variability relative to observations, as illustrated in Figure 5.13 for the mean sea level pressure in the Northern Hemisphere. These results show that in comparison to the models' natural variability (given by an ensemble of runs made with perturbed initial conditions, whose results (M vs M) all lie near the origin), the AMIP models have relatively large errors in their estimates of the temporal mean and variability (D vs M). The models' errors in simulating the time mean and temporal variability of sea level pressure are also somewhat larger than the observational uncertainties as

given by the D vs D results. Such statistics permit an assessment of the differences among models' errors without addressing formal questions of statistical significance (Katz, 1992), and emphasise the need for use of a variety of measures to adequately characterise model performance.

### 5.3.1.1.7 *Summary*

The AMIP results confirm that current atmospheric models generally provide a realistic portrayal of the phase and amplitude of the seasonal march of the large-scale distribution of pressure, temperature and circulation. In general, the models' largest discrepancies in the seasonal cycle of sea level pressure and surface air temperature occur in the higher latitudes, while the largest discrepancies in the seasonal cycle of precipitation are found in the tropics. Overall, atmospheric models have shown some improvement since 1990, and are markedly superior to the models in use in the 1970s and early 1980s.

The area-mean root-mean-square (RMS) difference between a simulated variable and an estimate of its observed value provides a useful measure of overall model performance. Table 5.6 shows the average RMS error of



**Figure 5.13:** Statistical evaluation of the simulated mean sea level pressure in the Northern Hemisphere in terms of a measure of the error in temporal variability (ordinate) and a measure of the error in time means (abscissa). D vs M (data vs. model) refers to the results of the AMIP models (see Supplementary Table for model identification), M vs M (model vs. model) refers to the results of model ensembles with different initial conditions, and D vs D (data vs. data) refers to the results of intercomparisons of the CRU data (Jones, 1987) and ECMWF analyses. For details of the co-ordinates' statistics and data, see Santer and Wigley (1990), Wigley and Santer (1990) and Santer *et al.* (1995a).

the AMIP simulations for a number of common climate variables for both summer and winter in each hemisphere. Of particular note are the relatively large RMS deviations of the cloud radiative forcing (CRF) and of the net ocean surface heat flux in the summer hemisphere, which are illustrative of the need for flux adjustment in coupled climate models. We also note the relatively large RMS differences in the surface air temperature over land in the winter hemisphere, which emphasise the need for improved parametrization of the surface heat fluxes and land-surface processes. The simulation of clouds and their seasonal variation remains a major source of uncertainty in atmospheric models.

### 5.3.1.2 Simulation of variability and trends

Here we consider atmospheric GCMs' simulation of variability on a variety of time-scales and their portrayal of recent trends, as a supplement to the discussion of the mean seasonal climate given in Section 5.3.1.1.

**Table 5.6:** *Hemispheric mean seasonal root-mean-square differences between observations and the mean of the AMIP models.*

| Variable | DJF | | JJA | |
|---|---|---|---|---|
| | NH | SH | NH | SH |
| Mean sea level pressure (hPa) | 1.4 | 1.4 | 1.3 | 2.4 |
| Surface air temperature (°C) (over land) | 2.4 | 1.6 | 1.3 | 2.0 |
| Zonal wind (ms$^{-1}$) (at 200 hPa) | 2.4 | 1.8 | 1.8 | 2.4 |
| Precipitation (mm /day) | 0.80 | 0.71 | 0.62 | 0.77 |
| Cloudiness (%) | 10 | 21 | 14 | 16 |
| Outgoing long-wave radiation (OLR) (Wm$^{-2}$) | 2.8 | 3.2 | 2.9 | 5.5 |
| Cloud radiative forcing (Wm$^{-2}$) | 9.1 | 20.5 | 16.2 | 6.5 |
| Surface heat flux (Wm$^{-2}$) (over ocean) | 22.5 | 27.3 | 30.5 | 17.2 |

See Supplementary Table for identification of the AMIP models. Observed data used are ECMWF analyses for mean sea level pressure (Trenberth, 1992) for 1979 to 1988, diagnoses of Schemm *et al.* (1992) and Schubert *et al.* (1993) for surface air temperature and precipitation over land for 1979 to 1988, MSU data of Spencer (1993) for precipitation over the oceans for 1979-1988, COADS data of Da Silva *et al.* (1994) for net surface heat flux over the ocean, and ECMWF TOGA analyses as summarised by Schubert *et al.* (1992) for the 200 hPa zonal wind for 1985 to 1991. The observed data sources for cloudiness, outgoing long-wave radiation and cloud radiative forcing are as in Figures 5.10, 5.11 and 5.12.

### 5.3.1.2.1 Diurnal and seasonal ranges

Recent observations have shown a reduction in the diurnal range of surface air temperature (nominally at 1.5 m) over the continents (Karl *et al.*, 1993; Horton, 1994; see also Chapter 3.3.2.4) and have suggested a reduction of the diurnal range of surface air temperature as carbon dioxide increases (Cao *et al.*, 1992; Mitchell *et al.*, 1995b). In general, the patterns of observed and modelled diurnal range are similar, though modelled values exceed those observed in high northern latitudes in January and over northern continents and deserts in July (e.g., Hansen *et al.*, 1994). The observed and modelled seasonal range of surface air temperature is shown in Figure 5.14 from the AMIP models, in which there is an overestimate of the seasonal amplitude of surface air temperature in the drier regions of the continents. There are, however, considerable differences among the models in higher latitudes.

### 5.3.1.2.2 Synoptic variability

Figure 5.15 shows the climatology of observed and modelled synoptic variability in DJF and JJA, as measured by the standard deviation of daily mean sea level pressure (MSLP) about each constituent monthly mean. Simulated values are from the AMIP models, while observations are derived from the Climate Analysis Center Diagnostic Data Base for 1979 to 1988. The models on average capture the broad pattern of the observed synoptic variability quite well, although the models' estimates are less than those observed in regions of maximum storminess. There is, however, considerable disagreement among the observed data themselves, and there are marked differences among the models away from the tropics (Hay *et al.*, 1992; Hulme *et al.*, 1993).

The Madden-Julian Oscillation (MJO) (Slingo and Madden, 1991) is a major feature of tropical variability on time-scales of about 30-60 days. Since the physical causes of the MJO are not fully understood (Rui and Wang, 1990), it is not surprising that analyses of near-equatorial winds at 200 hPa in the AMIP runs (Slingo *et al.*, 1995) show only a modest skill in reproducing the observed MJO magnitude and frequency.

### 5.3.1.2.3 Interannual variability

The ability of models to reproduce the observed mean interannual variability of climate is an important aspect of their performance, but in examining the ability of models to reproduce specific time sequences of interannual variability it must be borne in mind that not all interannual variations are forced (e.g., by SST) and that a fraction of this variability, often large in the extratropics, is internal to

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 72 of 421



**Figure 5.14:** (a) The mean of the average amplitude of the seasonal cycle of surface air temperature as given by the difference between the JJA and DJF averages from the AMIP models. (b) The difference between the simulated mean seasonal amplitude and that from a merged observational estimate from Jones (1994), Schemm *et al.* (1992), Da Silva *et al.* (1994) and Willmott and Legates (1993). (c) The standard deviation of the average amplitude of the seasonal cycle of surface air temperature. Units are °C.

**Figure 5.15:** Mean of the daily RMS variability of mean sea level pressure simulated by the AMIP models during (a) DJF and (b) JJA for 1979 to 1988, and the difference (shaded in colour) of the modelled mean from the observed RMS variability using the ECMWF TOGA analyses for 1985 to 1991 (Schubert *et al.*, 1992). Units are hPa.



**Figure 5.16:** Mean of the interannual RMS variability of surface air temperature simulated by the AMIP models during (a) DJF and (b) JJA of 1979 to 1988, and the difference (shaded in colour) of the modelled mean from the observed RMS variability from the data of Schemm *et al.* (1992) and Schubert *et al.* (1993).

the atmosphere. Figure 5.16a shows the interannual standard deviation of mean surface air temperature for the AMIP models in DJF, forced with the observed monthly mean SST and sea ice extent, along with the differences from an observed data set for 1979 to 1988. Observations over land are from Schemm *et al.* (1992) and oceanic observations from a version of the COADS marine data set (Willmott and Legates, 1993). The broad pattern of observed interannual variability is portrayed well, with a maximum over the winter continental interiors. The oceanic maximum over the tropical eastern Pacific is forced by the imposed SST variations, and the differences from observations in Figure 5.16 over the oceans are generally small for this reason. Over high latitude continental interiors the modelled variability is typically too low. In JJA the modelled variability is also generally

too low over the North African desert, and in both seasons considerable variation exists among the models (Figure 5.16b). The blocking simulated in atmospheric models also generally shows too little interannual variability (Sausen *et al.*, 1993), as shown by the typical example given in Figure 5.17.

Figure 5.18 shows the ability of atmospheric models to reproduce the interannual variability of rainfall in north-east Brazil where the wet season rainfall is strongly influenced by tropical SST (Hastenrath, 1990; Ward and Folland, 1991; Sperber and Hameed, 1993). Figure 5.18b shows simulations of the north-east Brazil February-May rainfall anomalies by 22 AMIP models that correctly represent the observed teleconnection patterns with worldwide SST, while Figure 5.18a shows results from four models forced with observed SST for 1949 to 1993,

some being ensemble averages. These results, together with an ensemble of integrations using the ECMWF model for 1979 to 1988 (not shown), indicate that current atmospheric models have the ability to simulate observed interannual rainfall variations in north-east Brazil reasonably well.

Another measure of the ability of atmospheric models to respond realistically to large-scale SST patterns is the Southern Oscillation Index (SOI), which measures variations in the coupled ocean-atmosphere system that include El Niño warming and La Niña cooling events in the tropical Pacific. Figure 5.19b shows the modelled and



**Figure 5.17:** The observed mean (thick dashed line) and observed interannual standard deviation (thin dashed lines) of the Tibaldi and Molteni (1990) 500 hPa blocking index for DJF of 1960 to 1990 in the Northern Hemisphere (a), and that calculated from 6 runs of the UKMO atmospheric model forced by the GISST data set (Parker *et al.*, 1994) (b).



**Figure 5.18:** The observed March to May rainfall anomaly in north-east Brazil (approximately 4°S–10°S, 42.5°W–35°W) compared with that from (a) simulations during February to May of 1949 to 1993 by 4 models and (b) 22 selected AMIP models. Anomalies are relative to the 1979 to 1988 average. The observed data are from Hulme (1995).





**Figure 5.19:** The observed Tahiti minus Darwin Southern Oscillation Index (SOI) compared with that from (a) the averages from 7 atmospheric model simulations for 1949 to 1993 and (b) 7 AMIP models. Anomalies are relative to the 1979 to 1988 average.

observed SOI indices for 1979 to 1988 from seven AMIP models, all of which capture the main features of the SOI variations. Simulated SOI indices forced by observed SST over several recent decades from versions of the atmospheric components of seven of the coupled models considered in Chapter 6 are shown in Figure 5.19a (Folland and Rowell, 1995). These results indicate that current atmospheric models respond to large-scale, large-amplitude tropical SST patterns in the Pacific with considerable skill (Smith, 1995).

A major fluctuation in global temperature occurred between 1991 and 1995 following the eruption of Mt. Pinatubo in the Philippine Islands in June 1991. Recent estimates indicate that net global radiative forcing at the top of the atmosphere peaked at about $-3.5$ Wm$^{-2}$ a few months after the eruption, and then declined to small values by late 1994 (Parker *et al.*, 1996). The observed *MSU temperature changes in the lower* troposphere after the eruption as running seasonal averages (Parker *et al.*, 1996). Two predictions are also shown starting from different initial conditions made by Hansen *et al.* (1992) using a version of the GISS model with a simple diffusive ocean. The model captured the phase and magnitude of the overall changes in temperature rather well. In another study Graf *et al.* (1993) used the ECHAM2 model to successfully simulate the patterns of the

atmospheric circulation and surface air temperature anomalies that were observed in the Northern Hemisphere during the winter of 1991 to 1992 immediately following the Pinatubo eruption. These results indicate that models can respond realistically to a sudden but short-lived radiative forcing that is comparable to that following an instantaneous doubling of $CO_2$, and raise our confidence in atmospheric models' ability to portray longer-term climate changes. It should be noted, however, that the response of the deeper ocean has not been considered here.

### 5.3.1.2.4 Recent trends

Figure 5.21 shows the observed and modelled surface air temperature over the global land surface for the past several decades. The results from the UKMO model, a version of the CSIRO model (Smith, 1994), and three other models have been filtered to highlight trends on decadal time-scales, and were forced with observed SST and sea ice extent during 1949 to 1993, mostly by the GISST data set (Parker *et al.*, 1994). Although the shape of the observed warming trend is moderately well simulated, when a fixed $CO_2$ concentration is used only about half the observed amplitude of warming is reproduced (Folland and Rowell, 1995). When changing $CO_2$ is included in the UKMO model the warming increases, and when a representation of tropospheric aerosols is also included as



**Figure 5.20:** The predicted and observed changes in global land and ocean surface air temperature after the eruption of Mount Pinatubo, in terms of three-month running averages from April to June 1991 to March to May 1995 (Hansen *et al.*, 1992).



**Figure 5.22:** The observed and modelled standardised July to September rainfall for 1949 to 1993 in the Sahel from 7 models. Standardisation is done separately for each model for the common period 1955 to 1988.



**Figure 5.21:** The observed global annual 1.5m land air temperature for 1949 to 1993 from the Jones (1994) data set (shaded) and the corresponding modelled 1.5 m air temperature deviations from the 1950 to 1959 average for: (i) the average of 4 simulations with the UKMO model without progressive changes in radiative forcing, (ii) the average of 4 simulations with changing $CO_2$, (iii) the average of 4 models with a representation of tropospheric aerosols, and (iv) the averages from 4 other models with no changes in radiative forcing.

in Mitchell *et al.* (1995a) the warming trend is reduced but the spatial pattern of the warming is more consistent with observations (Chapter 8).

Widespread attention has been given to summer rainfall trends in sub-Saharan Africa, where wet conditions in the 1950s gave way to droughts in the 1970s and 1980s. These changes are now thought to have been influenced by changes in SST patterns (Lamb, 1978; Folland *et al.*, 1986;

Wolter, 1989; Folland *et al.*, 1991; Shinoda and Kawamura, 1994; Smith, 1994; Rowell *et al.*, 1995), though land-surface processes such as desertification may also be important (Xue and Shukla, 1993). Figure 5.22 shows the observed and modelled Sahel rainfall for the wet season July-September. All seven models (six of which are atmospheric components of coupled models) show decreasing trends in Sahel rainfall, though modelled trends are generally smaller than those observed. South of the Sahel the results are less consistent, suggesting that the models respond in different ways to decadally varying SST patterns in this region (the Soudan). This evidence and that discussed above indicates that current atmospheric general circulation models simulate some regional interannual climate variations and trends with useful skill, given the observed SST forcing.

### 5.3.2 Simulation of Land-surface Processes

The surface climate over land is important for many aspects of human well-being. The land-surface components of coupled climate models range from rather simple schemes to complex representations of soil and vegetation. Increased realism in land-surface parametrizations has been shown to improve the representation of surface climates, but has also led to different sensitivities to atmospheric forcing, particularly in terms of precipitation and net surface radiation. The dearth of appropriate observations hinders land-surface parametrization improvement and model evaluation.

### 5.3.2.1 Why consider the land surface?

Models indicate that changes in the state of the continental surface affect other components of the climate system,

including precipitation, and indirectly, sea ice distributions and ocean surface temperatures (Mintz, 1984; Bonan *et al.*, 1992). Soil moisture anomalies may also have far-reaching effects (Manabe and Delworth, 1990; Beljaars *et al.*, 1993; Koster and Saurez, 1996). In general, the simulated changes in the continental surface climate depend on the land-surface scheme employed as well as on the meteorological forcing from the atmosphere (Garratt *et al.*, 1993; Milly and Dunne, 1994; Shao *et al.*, 1995).

Land-surface processes partition the precipitation among evaporation, runoff, and temporary stores such as snow and soil moisture, and partition the net incident radiant energy between latent (evaporation) and sensible heat loss. The land surface also alters radiative fluxes through the albedo and surface temperature. Momentum exchange between the atmosphere and the land surface is determined by the representation of surface drag. The parametrization of these processes affects short-period meteorological behaviour (Walker and Rowntree, 1977; Rowntree and Bolton, 1983; Beljaars *et al.*, 1993) and the longer-term climate (Dickinson and Henderson-Sellers, 1988; Manabe and Delworth, 1990; Xue and Shukla, 1993; Milly and Dunne, 1994; McGuffie *et al.*, 1995).

In the 1970s and early 1980s, the representation of land-surface processes used prescribed albedos and roughness lengths and a simple "bucket" hydrology (precipitation filled the "bucket", evaporation emptied it, and runoff occurred when the "bucket" overflowed; Manabe, 1969). More recent land-surface parametrizations include representations of leaves, roots, multiple soil types and layers, an interception store, the dependence of albedo, roughness and stomatal conductance on the type of vegetation and its canopy geometry, and carbon uptake and respiration (Sellers, 1992; Dickinson *et al.*, 1993; Koster and Saurez, 1994). These land-surface schemes generally reduce the overestimation of land-surface evaporation given by "bucket" schemes in the tropics (Sellers, 1992; Scott *et al.*, 1996), and improve the simulation of the diurnal cycles of evaporative and other surface fluxes (Dickinson and Henderson-Sellers, 1988). The divergence among current land-surface parametrization schemes (Pitman *et al.*, 1993; Henderson-Sellers *et al.*, 1995), when combined with the different forcing supplied by different atmospheric models (Shuttleworth and Dickinson, 1989; Garratt, 1993), results in a wider range of land-surface hydroclimates than was reported in IPCC (1990). Although determining soil moisture or river discharge off-line in an impact model can produce different results from those determined in a GCM, it is difficult to discern the better schemes because adequate evaluation data are generally lacking.

### 5.3.2.2 Land-surface fluxes

Fluxes between the atmosphere and land may be poorly simulated because of inadequacies in the atmospheric and land-surface models themselves. For example, the bucket model is known to exaggerate daytime evaporation when energy and soil water are available (Dickinson and Henderson-Sellers, 1988), with a consequent distortion of the diurnal temperature range. Shuttleworth and Dickinson



**Figure 5.23:** (a) The annually averaged latent and sensible heat fluxes predicted by the PILPS land-surface schemes. A single year's observations from Cabauw, the Netherlands, were used for as many annual cycles as was required for each land-surface scheme to conserve energy ($\leq 3$ Wm$^{-2}$) and water ($\leq 3$ mm/yr). (b) As in (a) but for the annual totals of evaporation and runoff plus drainage. The AMIP/PILPS models' 10-year mean values are the weighted average for the closest GCM grid point and as many of the surrounding eight grid points that are designated as land. (The AMIP precipitation totals are given in parentheses and differ from those prescribed for the off-line forcing.)

(1989) also showed that use of the Biosphere-Atmosphere Transfer Scheme (BATS) can lead to erroneous results when the incident surface solar radiation provided by the atmospheric GCM is poor (Garratt, 1993).

The Project for Intercomparison of Land-surface Parametrization Schemes (PILPS) (Henderson-Sellers *et al.*, 1993, 1995) is evaluating land-surface simulations. Figure 5.23a shows the uncoupled annually averaged partition of net incident radiant energy into sensible and latent heat with prescribed atmospheric fluxes at Cabauw, the Netherlands. The scatter in the energy partition is due to different calculations of the surface temperature and, to a lesser extent, to the differences in winter surface albedos; the range (from upper left to lower right) is the result of the use of different land-surface parametrizations. The land surface also interacts with the ocean through fresh water runoff, which has recently been improved in some models (Johnson *et al.*, 1993; Beljaars *et al.*, 1993; Viterbo and Beljaars, 1995; Polcher *et al.*, 1996) for the major humid river basins, but in other basins the models' poor precipitation (and perhaps evaporation) can overwhelm the improvement in the land-surface scheme (Miller *et al.*,

1994). Uncoupled simulations, in which the variation due to differences in atmospheric forcing is removed, also exhibit a wide variation in the partition of precipitation into runoff (Figure 5.23b); for example, ECHAM puts less than 50% of the precipitation into runoff, while a budget scheme such as BUCK (Robock *et al.*, 1995) puts more than 90% into runoff.

### 5.3.2.3  Soil moisture simulation

IPCC (1990) noted that "the representation (and validation) of soil moisture in current climate models is still relatively crude". Robock *et al.* (1995) find that both a "bucket" scheme and the simplified SiB (Simple Biosphere) scheme have serious deficiencies in their simulations of soil moisture in mid-latitudes. Figure 5.24 shows the annual cycle of soil moisture simulated in PILPS for the HAPEX-MOBILHY site in France (Shao and Henderson-Sellers, 1996). The range among the simulations is about 100 mm at the end of an equilibrated year, and is greatest in the summer when most schemes underestimate soil moisture. The differences in the simulation of soil moisture result in part from different runoff and drainage parametrizations



**Figure 5.24:** The annual cycle of soil moisture in a 1.6 m column simulated by the land-surface schemes in the PILPS intercomparison for the HAPEX-MOBILHY site in southern France (Shao *et al.*, 1995; Shao and Henderson-Sellers, 1996).

(see Figure 5.23b), and the bucket scheme with no stomatal resistance evaporates more than other schemes. Mitchell *et al.* (1990) also noted a proportionality between the seasonal variation of soil moisture in the control climate simulation and the soil moisture decrease in increased $CO_2$ experiments. These results emphasise the need for improved treatments of soil moisture and runoff, especially in view of the summer drying found over the mid-latitude continents in some greenhouse warming experiments with coupled models (see Chapter 6).

### 5.3.2.4 Summary

In summary, the general agreement found among the results of relatively simple land-surface schemes in 1990 has been reduced by the introduction of more complex parametrizations. While models can be tuned for particular locations, regional distributions depend upon the adequacy of the forcing meteorology and the antecedent conditions, both of which are difficult to establish. Use of site-specific parameters improves the simulation in more realistic models, but the lack of suitable observations is inhibiting the development and evaluation of universal land-surface schemes.

### 5.3.3 Oceanic General Circulation Models

#### 5.3.3.1 Introduction

The oceanic components of present coupled models range in spatial resolution from around 1 to 4 horizontally and from 6 to 30 vertical levels. Current "high-resolution" ocean models have many more vertical levels (up to 60) and have resolutions as fine as $\frac{1}{6}°$. The counterpart to meteorological weather occurs in the ocean in the form of eddies at scales of less than $\frac{1}{2}°$. The high resolution models mentioned above explicitly resolve much of the mixing due to eddies but at great computational expense, while the lower resolution models typically used in climate simulations must use parametric representations of the mixing. Here the former class of model is referred to as eddy-resolving, and the latter as coarse resolution or non-eddy-resolving.

Many of the deficiencies in coarse resolution models noted by Gates *et al.* (1992) are only starting to be effectively addressed. These problems include: (i) the representation of geometry and bathymetry; (ii) the parametrization of sub-grid scale processes such as convection, mixing and mesoscale eddies; (iii) errors in surface forcing for ocean-alone simulations; (iv) a thermocline that is often too deep and too diffuse; (v) weak poleward heat transport; (vi) distortion of upper ocean and deep boundary currents; and (vii) temperature and salinity

errors in the deep waters. WOCE (World Ocean Circulation Experiment) (1993, 1994) and the recent studies of Covey (1995) and Weaver (pers. comm.) suggest that higher horizontal resolution, but not necessarily eddy-resolving, may redress some of these deficiencies.

### 5.3.3.2 Evaluation against present ocean climate

#### 5.3.3.2.1 Coarse resolution models

The ocean stores heat and various chemical constituents at one place and transports them over large distances for release at some later time, perhaps many centuries later. England (1993) and England *et al.* (1993) have found that the GFDL ocean model can reproduce the observed major





**Figure 5.25:** The zonally averaged latitude-depth sections of salinity (psu) in the World Ocean as observed (a) (Levitus *et al.*, 1994b) and as simulated (b). Contour interval is 0.25. Vectors at the top indicate the zonally integrated strength of the surface Ekman transport in Sverdrup (England *et al.*, 1993).





**Figure 5.26:** Latitude-depth sections of dissolved CFC-11 (pmol kg$^{-1}$) along the prime meridian during late 1983 (Warner and Weiss, 1992; Robitaille and Weaver, 1995; England, 1995) as given by (a) observations; (b) a control experiment with mixing in a Cartesian reference frame (HOR); (c) an experiment with mixing predominantly parallel to surfaces of constant density (ISO), and (d) an experiment with mixing configured according to the parametrization of Gent and McWilliams (1990) (GM).

features of the water masses of the world ocean (Figure 5.25). Such results increase our confidence that the time-scales and volumes of water involved in the conversion processes for heat and water (salinity) in climate change experiments are realistic.

Coarse resolution ocean models have also been widely used in the study of $CO_2$ uptake (Orr, 1993; Siegenthaler and Sarmiento, 1993), and Wallace (1995) has noted that a variety of box-diffusion ocean models converge on similar values for the net uptake of $CO_2$. For ocean GCMs, where the ocean carbon data are used primarily for evaluation, the consistency with simpler models increases confidence that the vertical and horizontal transport mechanisms of non-eddy-resolving models are reasonable in lower and middle latitudes. Results such as those shown in Figure 5.26b and c indicate that ocean models still have difficulty in

simulating observed tracer distributions, especially in regions where deep convection occurs. England (1995) and Robitaille and Weaver (1995) suggested that the model estimates of the CFC-11 uptake in the Southern Ocean were too large if the usual mixing schemes (Figure 5.26b and c) were employed, and that the role of the Southern Ocean in moderating climate change may be over-estimated. Improvements in the parametrization of eddy mixing have alleviated some of this problem as shown in Figure 5.26d, but errors still exist in the thermocline region.

Data assimilation experiments have also been conducted in recent years with coarse resolution ocean models similar to those used in climate simulation. Such methods provide an ideal environment for model evaluation since they yield not only an estimate of the distribution of oceanic variables

based on data and model physics, but also quantify the expected errors in these estimates (Wunsch 1989; Bennett 1992; Tziperman and Bryan, 1993). For example, Marotzke and Wunsch (1993) found that it was not possible to make a steady meridional overturning in the North Atlantic consistent with both the model and observations, indicating a weakness in the model formulation and/or errors in the data.

### 5.3.3.2.2 Eddy-resolving models
It is presently not possible to incorporate an eddy-resolving ocean component in a coupled climate model because of the lack of computational resources. While such models

provide an important means for testing processes and parametrizations, they are subject to the effects of spin-up in response to initial conditions and forcing to at least as great an extent as are coarse-resolution ocean models. The near-eddy-resolving global model of Semtner and Chervin (1988, 1992) has been integrated at $\frac{1}{4}°$ resolution at NCAR and at $\frac{1}{6}°$ at LANL (Los Alamos National Laboratory), while the WOCE Community Modelling Effort includes a high-resolution GFDL ocean GCM for the North Atlantic (Bryan and Holland 1989; Boning *et al.*, 1991) with resolution of 10-15 km and a high-resolution model on constant density surfaces (Campos and Bleck, 1992). The model developed for studies of the Antarctic



**Figure 5.27:** The instantaneous sea surface salinity field in January 1986 as simulated by the NCAR/Los Alamos eddy-resolving model (Semtner, 1994).

Circumpolar Current (FRAM Group, 1991) is being tested at comparable resolution in the UK Ocean Circulation and Climate Advanced Modelling (OCCAM) project.

Semtner (1994) finds that many of the known features of the global ocean circulation are reproduced by the sixth-degree global simulation at Los Alamos. In particular, this model provides support for the hypothesised routes of low-salinity warm water from the western Pacific to the North Atlantic via the Indonesian throughflow (Figure 5.27), which is a critical element of North Atlantic overturning. This result suggests that non-eddy-resolving ocean models without such a route may not realistically account for this overturning. Figure 5.28 shows analyses of the horizontal wavenumber spectra (representing the potential energy as a function of scale) at 400 m and 800 m at 24°N in the western Pacific Ocean, based on observations and on the NCAR and Los Alamos model integrations. The NCAR model matches the observed variability at 800 m but shows too little variability at 400 m, even at scales which are well resolved by the model. The finer-resolution Los Alamos model matches the observed temperature variability at both depths except at the shortest wavelengths. From these and other comparisons between observed and modelled spatial variability, it has been suggested that $\frac{1}{12}^{\circ}$ resolution will be needed in ocean models before the modelled variability converges to the observed spectra.

The TOPEX/POSEIDON satellite mission is producing data on the global sea surface elevation with an accuracy of ±4 cm. Such measurements provide a unique source of data for evaluating ocean circulation on small scales. Figure 5.29 shows the standard deviation of sea surface height from the $\frac{1}{6}^{\circ}$ simulation at LANL and from TOPEX altimetry data. The agreement between the observed and modelled distributions increases confidence in the realism of the model's simulations.

Convection and meridional circulation in the vicinity of the Antarctic have been identified as key processes for moderating the warming effect of enhanced greenhouse gas concentrations. In this context, the results of Döös (1994) and Döös and Webb (1994) are particularly important. Using the Fine Resolution Antarctic Model (FRAM Group, 1991) they showed that the wind-driven cell found around the latitude of the Drake Passage in coarse resolution models (the so-called Deacon Cell) is associated with changes in the depth of the density surfaces between South America and the interior of the ocean, and involves little transport through density surfaces. However, these results and those of Klinck (1994) from the CME model (Bryan and Holland, 1989) suggest that eddy-resolving models need to be integrated over the millennial periods characteristic of the ocean's





**Figure 5.28:** The temperature spectra as a function of zonal wavenumber at 24°N in the Pacific for (a) 400 m depth and (b) 800 m depth. The observed structure is shown as a solid line, and the results from the NCAR model are shown as a dotted line for $\frac{1}{4}^{\circ}$ by $\frac{2}{3}^{\circ}$ resolution and as a dashed line for $\frac{1}{6}^{\circ}$ resolution (Semtner, 1994).

thermal adjustment time before actual water mass conversion processes are accurately represented.

### 5.3.3.3 Evaluation of temporal variability

One of the characteristics of ocean circulation is that it appears to have significant energy on many time-scales; some of the variability is clearly externally forced (e.g., seasonal variations), some appears to be the result of atmosphere-ocean coupling (e.g., El Niño-Southern Oscillation), and some is due to internal ocean variability

(a)                                    Modelled surface height variability



(b)                              Observed (TOPEX) surface height variability



**Figure 5.29:** The standard deviation of sea surface height from (a) the $\frac{1}{6}°$ by $\frac{1}{4}°$ eddy-resolving simulation conducted at LANL (averaged over 1985 to 1994), and (b) TOPEX altimetry data averaged from Oct. 1992 to Oct. 1994 (Wunsch, 1994).

(e.g., eddies and internal fluctuations of the thermohaline circulation). Evaluation of the longer time-scales is difficult due to the lack of data, and even at interannual time-scales the available data are barely adequate.

### 5.3.3.3.1 Seasonal to interannual variability

The seasonal cycle in surface temperature and surface heat and moisture fluxes is accompanied by seasonal cycling in the upper ocean stratification (i.e., deep mixing in winter and a shallow thermocline in summer). Very few ocean models used in coupled simulations have adequate representation of these processes, and evaluation is difficult because of the paucity of suitable global data sets (see Levitus and Boyer, 1994).

Global ocean-only models have simulated realistic modes of interannual variability (Jacobs et al., 1994; Zhang and Endoh, 1994), although it is clear that the model must possess adequate resolution in the tropical region in order to avoid distortion of the important equatorial Kelvin and Rossby waves. Philander et al. (1992) have noted that low-resolution ocean models may not be capable of representing the important mechanisms of ENSO, though in coupled systems they do possess ENSO-like oscillations (see Section 5.2.4.2).

### 5.3.3.3.2 Decadal and longer variability

While there has been considerable progress in the study of ocean variability at decadal and longer time-scales with stand-alone ocean models (Weaver and Hughes, 1992), the lack of suitable verifying data in the deep ocean has inhibited model evaluation. Long SST data sets have enabled extended atmospheric model integrations under realistic boundary conditions (Bottomley et al., 1990; Parker et al., 1994), but similar integrations for the ocean will require, at a minimum, an extended record of global wind stress and estimates of fresh water forcing, particularly at high latitudes. Nevertheless, decadal variability has been found in ocean models in basins where deep water formation occurs (Weaver and Sarachik, 1991a; Greatbatch and Zhang, 1994; Weaver et al., 1994; Weisse et al., 1994), and further analysis of such results might help to interpret some of the causes of decadal variability found in coupled models such as those of Delworth et al. (1993) (see Section 5.2.4.3). The latter authors have identified irregular oscillations of the North Atlantic thermohaline circulation in a long coupled model simulation, in which the circulation anomalies are driven by out-of-phase density anomalies in the sinking and rising regions. The spatial patterns of the associated sea surface temperature anomalies resemble an interdecadal pattern identified in

observations by Kushnir (1994). Another class of decadal variability, however, exists in mid-latitudes that arises from unstable ocean-atmosphere innteractions, as shown by Latif and Barnett (1994).

A fundamental period for ocean model variability also occurs on the century time-scale (Mikolajewicz and Maier-Reimer, 1990; Weaver et al., 1993; Winton and Sarachik, 1993). That such modes exist in some climate models is not in dispute, although the lack of observational data leaves open the questions whether these unstable modes have counterparts in reality (Bond et al., 1993) or whether counterparts exist in coupled climate models. A similar caveat applies to modelled variations of the thermohaline circulation on millennial time-scales (Marotzke, 1989; Weaver and Sarachik, 1991b; Wright and Stocker, 1991).

### 5.3.3.4 Issues in ocean model evaluation

### 5.3.3.4.1 Evaluating model processes

Observationalists have for some time recognised the importance of bathymetry in shaping the global exchange and conversion of water masses. Döscher et al. (1994) incorporated a detailed representation of the sills which control deep water flow in the North Atlantic, and showed that this improved the simulation of the circulation and heat transport. Recent studies of the mixing associated with mesoscale eddies (Gent and McWilliams, 1990; Gent et al., 1995) and that associated with convection (Send and Marshall, 1996) are motivated in part by recognised discrepancies between ocean climate models and observations. Danabasoglu et al. (1994) have shown promising results from experiments using a parametrization for mesoscale eddy-induced mixing. When such parametrization was used in an oceanic general circulation model, the thermocline became sharper, the deep ocean became colder, and the meridional transport of heat and salt increased (Figure 5.30). Robitaille and Weaver (1995) and England (1995) have also shown that this parametrization improves the ability of a global ocean model to reproduce observed CFC distributions (see Figure 5.26). All these features are improvements on the results obtained using traditional mixing schemes, and address some of the recognised weaknesses of ocean models used for climate studies.

### 5.3.3.4.2 Boundary forcing

The evaluation of ocean surface boundary conditions is critical, since the surface forcing ultimately determines the large-scale ocean circulation. There have been considerable improvements in the determination of the surface wind stress and surface heat and moisture fluxes





**Figure 5.30:** The mean northward heat transport in (a) all oceans and (b) in the Atlantic for experiments conducted with a global model using the Gent and McWilliams (1990) parametrization for sub-grid scale mixing (solid line) and the traditional lateral/vertical mixing scheme (dashed line) (Danabasoglu *et al.*, 1994).

(OOSDP, 1995), and atmospheric reanalysis projects should lead to further improvements.

### 5.3.3.4.3 Observations

In general, the ocean is so poorly observed and the instrumental record so incomplete that there are regions of the ocean for which no observations exist. While over one hundred years of instrumental data are available for the surface of the ocean in COADS (Slutz *et al.*, 1985), the situation for internal ocean data is much more restricted. A recent effort at "data archaeology" (Levitus and Boyer, 1994; Levitus *et al.*, 1994a,b) has expanded the total data record and should allow a better benchmark of the ability of ocean models to simulate the mean state of the ocean (WOCE, 1994).

A future ocean observing system designed specifically

for climate purposes is being considered by the Global Climate Observing System (GCOS) and the Global Ocean Observing System (GOOS). Since there are now no continuous long-term measurement sites in the deep ocean, the establishment of such a system is important for the evaluation of climate models and for the measurement of the natural variability that is necessary for the unambiguous detection of a climate response to anthropogenic forcing (see Chapter 8).

### 5.3.3.5 Summary

The observational data sets on which the evaluation of ocean models rests have significant spatial and temporal shortcomings, with many regions of the global ocean not sampled and many others having only short sampling records. This means it is difficult to form a reliable estimate of the ocean climate and its variability. Evaluation of ocean models in the coastal region is critical for regional interpretation of projected changes in sea level, and the interactions between the open ocean and coastal regions are affected by the fresh water input to ocean models from continental runoff (Section 5.3.2). The need for flux adjustment is an explicit recognition of the inadequacies of the components of coupled climate models (Section 5.2.2), and evaluation of (and better parametrizations for) air-sea exchanges are necessary for the sustained improvement of ocean models.

In summary, evaluation of the climate simulation capability of ocean GCMs shows that they realistically portray the large-scale structure of the oceanic gyres and the gross features of the thermohaline circulation. The models' major deficiencies are the representation of mixing processes, the structure and strength of the western boundary currents, the simulation of the meridional heat transport, and the portrayal of convection and subduction. Some of these shortcomings may be related to the relatively coarse resolution of the ocean components of current coupled models.

### 5.3.4 Sea Ice Models

Although sea ice occupies only a small portion of the ocean surface, it has an important role in climate variation through its effects on the surface energy and moisture exchanges. The simplest sea ice model consists of a motionless uniform layer of ice whose thickness is governed by thermodynamics. More realistic models incorporate snow on the ice, fractional ice coverage, multi-layer ice, the effects of salinity, and, most importantly, sea ice dynamics. Because of the sea ice motion, melting may occur in places far away from the formation area. Averaged

(a)



(b)



**Figure 5.32:** (a) Simulated and (b) observed sea ice concentrations (in %) in the Weddell Sea for September 1987 (Fischer and Lemke, 1994).

over a seasonal cycle, the net freezing rate in a particular area is rarely zero due to the divergence or convergence of the sea ice flow. The net freezing rates represent surface buoyancy fluxes, which in turn affect the density structure and baroclinic flow in the ocean. The characteristics of the sea ice motion depend strongly on the rheological characteristics of the sea ice as a plastic material, and also on the geometry of the coastlines and the atmospheric forcing fields, especially the wind.

Recent experiments with sea ice models with different internal ice stress parametrizations (Ip *et al.*, 1991; Flato and Hibler, 1992) have shown that dynamic/ thermodynamic models can describe the observed seasonal cycle of ice extent (Figure 5.31) and the location of the ice edge (Figure 5.32, opposite) quite realistically (Fischer and Lemke, 1994; Harder and Lemke, 1995). Comparison of observed and modelled buoy trajectories also indicates that the large-scale structure as well as the small-scale excursions of the sea ice flow are represented well. A proper description of the sea ice motion is especially important to obtain the correct buoyancy flux forcing for the ocean.

Evaluation of sea ice in the current generation of models is usually limited to comparison of the modelled and observed ice edge position (as available from satellites, e.g., Gloersen *et al.*, 1992). A common problem in coarse-resolution coupled climate models is an ice edge that is too far equatorward in the North Atlantic but not far enough equatorward in the Southern Ocean (Washington and Meehl, 1989; Henderson-Sellers and Hansen, 1995). Under these circumstances it is difficult to achieve an adequate simulation of the surface fresh water fluxes that are crucial to sea ice formation. Flux adjustment may be undertaken for ice-covered areas, although it is not as straightforward as over the open ocean because of strong feedback effects. (For instance, if the flux adjustment is negative the result may be an unstable growth of ice when the ice advances over a cooling ocean.) Observations of sea ice thickness are needed for evaluating the model treatment of thermodynamic growth and melting, ice dynamics, and the effects of ocean and atmospheric circulation on ice deformation; only a tentative climatology is available for the Arctic based on sparse submarine sonar observations (Bourke and Garrett, 1987) and drill-hole observations in the thinner ice of the Antarctic. Satellite-based ice concentration and some ice velocity fields from Arctic buoys are also available.

In summary, evidence indicates that incorporating sea ice dynamics reduces the modelled climate sensitivity (Hibler, 1984; Pollard and Thompson, 1994; Ramsden and Fleming, 1995), which underlines the need for



**Figure 5.31:** The observed (dashed line) and simulated (solid line) sea ice extent in the Weddell Sea for 1986 and 1987 (Fischer and Lemke, 1994).

increased attention to the sea ice in coupled climate models. In addition to verification data, accurate atmospheric forcing fields are necessary to obtain realistic ice simulations. Although dynamic/thermodynamic sea ice models are less sensitive to variations of atmospheric and oceanic boundary conditions than purely thermodynamic models, their accuracy requirements are nevertheless quite high.

## 5.4 How Well Do Models Perform Under Other Conditions?

Numerical weather analysis and prediction and palaeoclimate simulations provide opportunities for model evaluation under conditions that are different from those in the simulation of the current climate, and constitute an important additional source of confidence in models.

### 5.4.1 Weather Analysis and Prediction

There has been a progressive increase in the overall accuracy of operational (atmospheric) numerical weather prediction (NWP) models as measured in their daily forecasts, as illustrated in Figure 5.33. The sea level pressure forecast scores show a similar increase in accuracy in the 1980s, although the improvement has slowed in the 1990s. Some of this improvement is due to increased resolution and some to improvements in physical parametrizations and data assimilation schemes. The evaluation of NWP models can lead to the identification of deficiencies in the generally similar atmospheric models used in coupled climate simulations (Hollingsworth, 1993).

The reanalysis projects in progress at several operational centres with "frozen" state-of-the-art atmospheric models and advanced data assimilation systems will provide a multi-year data set of reasonable homogeniety that is suitable for climate model evaluation. Using data produced

by operational NWP models, the intercomparison of modelled surface stress and precipitation has shown good agreement over the ocean, although there are significant intermodel differences in the estimated solar radiation and sensible/latent heat fluxes (CAS/JSC, 1994). It is anticipated that atmospheric water budgets, surface fluxes and oceanic heat transport estimates will be substantially improved from the results of reanalyses.

Evidence of the skill in predicting the onset and decay of atmospheric blocking has also been accumulating in the context of short- and medium-range weather prediction (Tibaldi and Molteni, 1990; Tibaldi *et al.*, 1994) and dynamical extended-range forecasting (Tracton *et al.*, 1989; Miyakoda and Sirutis, 1990; Tracton, 1990; Anderson, 1993) (See Figure 5.17). The prediction of blocking onset is on average very poor beyond a few days into a forecast. This appears to be related to the fact that blocking is associated with subtleties in the dynamical balances that maintain it, which make it critically dependent upon the accuracy of the initial conditions, model resolution and model parametrizations (Palmer *et al.*, 1990; Anderson, 1993; Ferranti *et al.*, 1994; Tibaldi *et al.*, 1994).

The simulation of tropical cyclones may be considered an indicator of a model's ability to portray extreme events. In an intercomparison of tropical cyclone track forecasts in the north-western Pacific by operational NWP models

(CAS/JSC, 1994; Muroi and Sato, 1994) it was found that tropical cyclones tend to dissipate earlier in the models than in the real atmosphere. Attempts to infer tropical cyclones in climate models have had some success (Broccoli and Manabe, 1990; Haarsma *et al.*, 1993), although the limited resolution of earlier models demands caution in any "prediction" of tropical cyclone changes in a warmer climate (Lighthill *et al.*, 1994). More recent studies with models of higher resolution appear to simulate tropical cyclone climatology more realistically (Bengtsson, 1994).

### 5.4.2 *Palaeoclimate Simulation*
Knowledge of the climate's response to the long-term changes in external forcing and in the configuration of the Earth's surface over geological time-scales provides a unique opportunity to increase our confidence in climate models. The relative scarcity of palaeoclimatic data, however, restricts their use in model evaluation to a portrayal of general climatic regimes rather than the detailed evaluation of models and processes afforded by modern observations.

The changes of the Earth's climate during the Holocene and since the last glacial maximum are large and comparatively well-documented, and data are available for most continents; the time control (based upon radiocarbon dating) is reasonable, and proxy estimates of



**Figure 5.33:** Evolution of the root-mean-square error of 72-hr forecasts of the 500 hPa height over the period 1979 to 1992 at operational NWP centres in France, UK, ECMWF, Japan, USA, Canada and Germany (DWD) (CAS/JSC, 1994).

palaeoclimatic conditions can be obtained from a variety of environmental records (see Chapter 3, Section 3.6). Using such data, atmospheric models have been used to simulate the climate of the last glacial maximum (IPCC, 1990; Joussaume, 1993). The glacial boundary conditions consist of the ice sheets' topography and sea ice, $CO_2$ levels, ocean surface temperature, and land albedo. Changes in the ice sheets themselves or in vegetation, however, are not simulated (see Chapters 7 and 9). The earlier ice age SST data sets (IPCC, 1990; Wright *et al.*, 1993) are now being expanded and revised for use in the newly organized Palaeoclimate Modelling Intercomparison Project (PMIP), which is focusing on simulations for the last glacial maximum and for 6000 years BP using atmospheric models with both fixed SST and mixed-layer oceans.

The widespread warmth and enhanced northern summer monsoon circulations of the mid-Holocene have also been recently simulated by applying appropriate changes in the orbital parameters (Mitchell, 1993; Phillips and Held, 1994). Modelling studies of pre-Pleistocene climates (i.e., those prior to about 1.8 million years ago) have concentrated on *how to achieve* warm, ice-free conditions year-round at high latitudes, especially over continental areas, and on the conditions necessary for the initiation, maintenance and demise of land ice (Rind and Chandler, 1991; Sloan and Barron, 1992; Barron *et al.*, 1993; Kutzbach and Ziegler, 1993). Some data, however, indicate that the tropical SST has remained relatively stable during times when $CO_2$ levels were probably higher (Crowley, 1993), while climate models predict increasing tropical SST with higher $CO_2$ (e.g., Cubasch *et al.*, 1992) (see Chapter 3).

## 5.5 How Well Do We Understand Model Sensitivity?

Issues relating to the equilibrium and transient response of models to changes in forcing due to increasing $CO_2$ and aerosols over the period of the observational record are discussed in Chapter 6. Although such sensitivity experiments are an important source of model evaluation, they are more appropriately considered in the context of model projections of climate change than in connection with the evaluation of the models' control or reference simulations. Therefore, only model sensitivity to changes in their formulation, boundary conditions and/or parametrizations are discussed here.

In general, any model sensitivity indicates an area of uncertainty where further research is needed, while a model's response to changes in external forcing indicates its potential for climate change. Some sensitivity experiments indicate that a particular formulation or

parameter value gives a better evaluation of the model, but the required observations are often not available. In other sensitivity experiments with idealised changes in forcing, such as those of Cess *et al.* (1990, 1991, 1993) and Randall *et al.* (1994), no systematic evaluation against observed data is generally possible, although such experiments highlight the importance of particular processes and illustrate the wide differences that can exist among models.

While a given parametrization scheme may perform well in "off-line" tests, interactions with other parametrizations and with dynamics may not result in an improved simulation in a coupled model. A particular scheme may also perform well in one model but perform poorly when used in a different model. The development of parametrizations that can be easily moved from one model to another would help to understand this behaviour, and would facilitate more systematic model evaluation (Roeckner *et al.*, 1995).

### 5.5.1 Sensitivity to Representation of Water Vapour

The distribution of moisture is characterised by large values near the surface and by low values in high latitudes and in the upper troposphere. This can lead to a number of computational difficulties, of which the appearance of non-physical "overshoots" and "undershoots" of moisture are the most severe (Rasch and Williamson, 1990). This has led some modelling groups to use semi-Lagrangian methods for moisture transport (Williamson and Rasch, 1993), in which the moisture is tracked by individual air parcels rather than being carried on a fixed numerical grid. Hogan and Rosmond (1991), Thuburn (1993), Navarra *et al.* (1994) and Boer (1995) have also reduced errors in the modelled moisture distribution by using special numerical techniques.

### 5.5.2 Sensitivity to Resolution

Debate continues over the most appropriate horizontal and vertical resolution to use in climate models. Kiehl and Williamson (1991), Boyle (1993) and Williamson *et al.* (1995) find noticeable differences in the quality of atmospheric simulations made with low horizontal *resolution spectral models* (such as R15 or T21) and those made with medium resolution (such as T42). While some climate statistics converge as the resolution is increased still further, others do not, especially when considered on a regional basis. The strong (and often implicit) dependence of a model's parametrizations on resolution makes it difficult to separate the purely dynamical and physical effects of resolution changes, and the climate of lower resolution models is particularly sensitive to the









**Figure 5.34:** The square root of the total variance of the outgoing long-wave radiation (Wm$^{-2}$) for a perpetual January simulation with the UGAMP atmospheric GCM using the convection schemes of (a) Kuo (1974) and (b) Betts-Miller. (c) As in (a) and (b) but for the ensemble mean for December-February from NOAA AVHRR data during 1979 to 1991. (Betts and Miller, 1993).

formulation and strength of the sub-grid scale damping (Held and Phillipps, 1993). Studies on the impact of vertical resolution have also been conducted, and indicate that higher resolution near the surface and near the tropopause generally improves the simulations (Bushell and Gregory, 1994).

The sensitivity of ocean models to horizontal resolution is also an important issue in climate simulation with coupled models. Covey (1995) has shown that there is a resolution sensitivity of the annual mean meridional heat transport simulated with a global eddy-resolving model (Semtner and Chervin, 1992), while Washington *et al.* (1994) have demonstrated that a moderate-resolution (1 and 20 vertical levels) ocean model is capable of simulating many features of the corresponding eddy-resolving version (see Section 5.3.3.2.2). The effect of resolution on heat transport has also been recently considered by Fanning and Weaver (1995).

Atmospheric and ocean models are sometimes formulated with spatially variable horizontal resolution in order to provide more detail in areas of particular interest or importance, such as regions where there are generally large gradients of precipitation or circulation. This technique allows improved simulation in selected regions while permitting full interaction with the larger-scale climate, and is an alternative to the use of imbedded fine-mesh mesoscale models discussed in Chapter 6 (see also Section 5.2.5).

### 5.5.3 Sensitivity to Convection and Clouds

The sensitivity of atmospheric models to the convective parametrization has been investigated by several groups (Slingo *et al.*, 1994; Zhang and McFarlane, 1995). The use of alternative convective parametrizations is found to have a marked influence on a model's transient behaviour in the tropics as shown in Figure 5.34. In the UGAMP model, the Kuo scheme significantly underestimates the observed variability of the outgoing long-wave radiation, while there is a tendency for the Betts-Miller scheme to overestimate it. Recent studies by Wang and Schlesinger (1995) suggest, however, that with some adjustment of parameters (e.g., the threshold relative humidity) currently used convection schemes can be made to produce realistic intraseasonal oscillations.

The sensitivity of the simulated tropical precipitation to the choice of convective parametrization has also been studied by Numaguti (1993), Colman and McAvaney (1996) and McAvaney *et al.* (1995), among others. In general, the Kuo moisture convergence scheme is found to produce maxima of precipitation on both sides of the

equator in contrast to other convective parametrizations. Cess *et al.* (1995) have diagnosed a systematic error in the seasonal variation of the cloud radiative forcing in models that use a moisture convergence closure in their convective parametrization (see also Figure 5.12).

Climate models are also known to be sensitive to details of the parametrization of cloud microphysical processes. In particular, Fowler and Randall (1996) have found significant differences in the proportions of cloud liquid water and cloud ice in the CSU model depending upon the temperature range in which they are allowed to coexist, although the inclusion of cloud microphysics in the CSU model generally improves the simulation of cloud radiative forcing. Other studies show a marked sensitivity to the choice of cloud parametrizations (Mitchell *et al.*, 1989; Le Treut and Li, 1991; Boer, 1993; Senior and Mitchell, 1993; Washington and Meehl, 1993; Meehl and Washington, 1995; Kiehl, 1996), and a consensus on which parametrizations are the most appropriate has not yet been reached.

### 5.5.4 Sensitivity to Land-surface Processes

The sensitivity of the surface climate to the parametrization of the land surface has been considered in Section 5.3.2. In anticipation of their importance to climate change studies (see Chapter 6), here we note that recent studies by Thompson and Pollard (1996) show that the Land Surface Transfer (LSX) scheme produces smaller variations of soil moisture in a greenhouse simulation than does a bucket scheme. Henderson-Sellers *et al.* (1995) have also found that a doubling of stomatal resistance in the Biosphere-Atmosphere Transfer Scheme (BATS) significantly reduces the evaporative flux over the northern mid-latitude continents in summer. These results demonstrate the urgent need for further studies of the climate's sensitivity to land-surface processes in order to determine which schemes are the more realistic.

### 5.5.5 Sensitivity to Initial Conditions and Surface Boundary Conditions

It is well-known that numerical weather forecasts cannot be made with useful accuracy beyond a few weeks ahead, after which the solutions bear no resemblance to the actual sequence of events. This limit on forecasting skill is due to the inevitable growth of errors too small to detect in the initial and/or boundary conditions. Such sensitivity is termed "chaos", and is also present in the GCMs used for climate simulation. In the case of climate, however, since we are primarily interested only in the statistics of the models' simulation and not the sequence of individual

solutions, a model's chaotic behaviour may be effectively removed by considering an ensemble of simulations made with different initial conditions. This technique is especially useful when considering interannual variability (see Section 5.3.1.2.3) or the transient response of a model to external forcing as in Chapter 6.

The sensitivity of the thermohaline circulation to the surface boundary conditions in coarse resolution ocean models has been explored by Birchfield (1989), Power and Kleeman (1993, 1994), Zhang *et al.* (1993), Mikolajewicz and Maier-Reimer (1994), Power *et al.* (1994, 1995) and Rahmstorf and Willebrand (1996), although the corresponding studies with eddy-resolving models have not yet been made. These studies indicate that more realistic formulations of the surface fluxes in ocean models generally increase the stability of the thermohaline circulation and generally improve the realism of the solutions.

### 5.5.6 Summary

Clouds, the hydrological cycle and the treatment of the land surface remain the largest areas of uncertainty in climate models, and are generally the cause of the largest intermodel differences in both control and sensitivity experiments. Although a large number of sensitivity studies have been conducted, it is still difficult to identify the best overall formulations and parametrizations to be used in climate models. Recent experience suggests that a higher horizontal resolution than that achieved in most earlier studies is needed in atmospheric models, although the minimum resolution requirements for ocean models remain to be determined.

Sensitivity studies have also suggested that a model's response to changes in external forcing may usefully be viewed as systematic changes in the amplitude and frequency of the model's characteristic or internal circulation regimes (or EOFs). This aspect is further discussed in Chapter 6 in connection with future climate projections.

### 5.6 How Can Our Confidence in Models be Increased?

Confidence in climate models depends partly upon their ability to simulate the current climate and recent climate changes, and partly upon the realistic representation of the physical processes that are important to the climate system. Current models of the atmosphere, ocean, land surface and sea ice may be rated as good to very good on these grounds, while coupled models may be rated as fair to good. This seeming discrepancy is due to the fact that most coupled climate models do not yet include the newer

parametrizations and/or higher resolution used in the component models.

The development of more complete, more efficient, and more accurate coupled models has long been the aim of the climate modelling community, since it is generally believed that it is only through such models that we can gain a scientific understanding (and hence a reliable predictive capability) of climate and climate change. Although some modelling innovations at times appear to give puzzling results, and model evaluation has not always been carried out as systematically as it should be, the progressive development of more realistic parametrizations, the improvement of numerical techniques and resolution, and the inclusion of previously missing processes has in general led to better climate models. This faith in the fundamental soundness of the modelling approach does not deny the presence of significant errors in current models nor the utility of models known to be incomplete, but does provide confidence that these errors can and will be reduced through continuing modelling research.

As discussed more fully in Chapter 6, the successful simulation of some of the climate changes that have taken place during the past century have provided increased confidence in using coupled models for projections of future climate change. In particular, the recent coupled climate simulations of Mitchell *et al.* (1995a) and Hasselmann *et al.* (1995) have included the direct effect of sulphate aerosols along with changing levels of carbon dioxide concentration. While there are many uncertainties associated with both the implied radiative forcing due to aerosols and the climate sensitivity of the models used (and other important forcings such as those due to volcanic and other aerosols, solar variation, ozone and other greenhouse gases are yet to be included), a clear improvement is evident in the simulation of the observed change in the global surface air temperature and the zonal average of the vertical distribution of temperature over the last few decades (see Chapter 8).

Model evaluation needs to be carried out with an emphasis on those aspects and processes that are critical to model performance, such as cloud radiative effects and ocean surface fluxes. Co-ordinated model intercomparisons such as AMIP (Gates, 1992) or PILPS (Henderson-Sellers and Dickinson, 1992) are useful in this regard, since they serve to identify common errors and to document model performance and improvement. The evaluation and intercomparison of coupled models in particular needs to be intensified and broadened, and increased recognition needs to be given to comprehensive evaluation as an essential part of modelling.

The acquisition of new observational data for the evaluation of both model parametrizations and overall model performance must go hand-in-hand with model development. The long-term observational data sets that are being assembled by GEWEX from in-situ and satellite sources for the global distribution of radiation, cloudiness, water vapour, precipitation and land-surface properties provide unique opportunities for the evaluation of atmospheric models. Similarly, the data being assembled by TOGA, WOCE and other focused observational programs, including the emerging CLIVAR programme (CLIVAR, 1995) and the Global Climate Observing System (GCOS), should provide research-quality data that will be critical to the evaluation and further development of coupled climate models.

*Supplementary Table: Institutions Involved in the Atmospheric Model Intercomparison Project .*

The atmospheric general circulation models with which the AMIP simulations were made are from the institutions listed below. A documentation of the dynamical, physical and numerical properties of these models is given by Phillips (1994).
Bureau of Meteorology Research Centre (BMRC, Melbourne, Australia)

Canadian Centre for Climate (CCC, Victoria, Canada)

Centre National de Recherches Météorologiques (CNRM, Toulouse, France)

Center for Ocean, Land and Atmosphere (COLA, Calverton, USA)

Commonwealth Scientific and Industrial Research Organization (CSIRO, Melbourne, Australia)

Colorado State University (CSU, Ft. Collins, USA)

Dynamic Extended Range Forecast Group at the Geophysical Fluid Dynamics Laboratory (DERF, Princeton, USA)

Department of Numerical Mathematics of the Russian Academy of Sciences (DNM, Moscow, Russia)

European Centre for Medium Range Weather Forecasts (ECMWF, Reading, UK)

Geophysical Fluid Dynamics Laboratory (GFDL, Princeton, USA)

Goddard Institute for Space Studies (GISS, New York, USA)

Goddard Laboratory for Atmospheres (GLA, Greenbelt, USA)

Goddard Space Flight Center (GSFC, Greenbelt, USA)

Institute for Atmospheric Physics of the Chinese Academy of Sciences (IAP, Beijing, China)

Japan Meteorological Agency (JMA, Tokyo, Japan)

Laboratoire de Meteorologie Dynamique (LMD, Paris, France)

Main Geophysical Observatory (MGO, St. Petersburg, Russia)

Max Planck Institute for Meteorology (MPI, Hamburg, Germany)

Meteorological Research Institute (MRI, Tsukuba, Japan)

National Center for Atmospheric Research (NCAR, Boulder, USA)

National Meteorological Center (NMC, Washington DC, USA)

Naval Research Laboratory (NRL, Monterey, USA)

"Recherche en Prévision Numerique" group of Environment Canada (RPN, Quebec, Canada)

State University of New York at Albany (SUNYA, Albany, USA) "Genesis" model that is jointly administered by SUNYA and NCAR, the University of California at Los Angeles (UCLA, Los Angeles, USA)

University Global Atmospheric Modelling Project (UGAMP, Reading, UK)

University of Illinois at Urbana-Champaign (UIUC, Urbana-Champaign, USA)

United Kingdom Meteorological Office (UKMO, Bracknell, UK)

Yonsei University (YONU, Seoul, Korea)

# References

**Anderson**, J.L., 1993: The climatology of blocking in a numerical forecast model. *J. Climate*, **6**, 1041–1056.

**Barnett**, T.P., L. Dumenil, U. Schlese, E. Roeckner and M. Latif, 1989: The effect of Eurasian snow cover on regional and global climate variations. *J. Atmos. Sci.*, **46**, 661–685.

**Barron**, E.J., P.J. Fawcett, W.W. Peterson, D. Pollard and S. Thompson, 1993: Model simulations of Cretaceous climates: The role of geography and carbon dioxide. *Phil. Trans. R. Soc. Lond., Series B*, **341**, 307–316.

**Beljaars**, A.C.M., P. Viterbo, M.J. Miller, A.K. Betts and J.H. Ball, 1993: A new surface boundary layer formulation at ECMWF and experimental continental precipitation forecasts. *GEWEX News*, **3**(3), 1, 5–8.

**Bengtsson**, L., 1994: Hurricane-type vortices in a general circulation model. Part I. *Max-Planck-Institute für Meteorologie, Hamburg, Report* No. **123**, 42 pp.

**Bennett**, A.F., 1992: *Inverse Methods in Physical Oceanography*. Cambridge monographs on Mechanics and Applied Mathematics, Cambridge University Press, New York, 346 pp.

**Betts**, A.K., and M.J. Miller, 1993: The Betts-Miller scheme. In: *The Representation of Cumulus Convection in Numerical Models of the Atmosphere*, K.A. Emanuel and D.J. Raymond, (eds.). American Meteorological Society, Boston.

**Birchfield**, G.E., 1989: A coupled ocean-atmosphere climate model: Temperature versus salinity effects on the thermohaline circulation. *Clim. Dyn.* **4**, 57–71.

**Boer**, G.J., 1993: Climate change and the regulation of the surface moisture and energy budgets. *Clim. Dyn.*, **8**, 225–239.

**Boer**, G.J., 1995: *A hybrid moisture variable suitable for spectral GCMs. Research Activities in Atmospheric and Oceanic Modelling*. Report No. 21, WMO/TD – No. 665, World Meteorological Organization, Geneva.

**Boer**, G.J., K. Arpe, M. Blackburn, M. Déqué, W.L. Gates, T.L. Hart, H. Le Treut, E. Roeckner, D.A. Sheinin, I. Simmonds, R.N.B. Smith, T. Tokioka, R.T. Wetherald and D. Williamson, 1992: Some results from an intercomparison of the climates simulated by 14 atmospheric general circulation models. *J. Geophys. Res.*, **97**, 12771–12786.

**Bonan**, G.B., D. Pollard and S.L. Thompson, 1992: Effects of boreal forest vegetation on global climate. *Nature*, **359**, 716–718.

**Bond**, G., W. Broecker, S. Johnsen, J. McManus, L. Labeyrie, J. Jouzel and G. Bonani, 1993: Correlations between climate records from North Atlantic sediments and Greenland ice. *Nature*, **365**, 143–147.

**Boning**, C.W., R. Döscher and R.G. Budich, 1991: Seasonal transport variations in the western subtropical North Atlantic: Experiments with an eddy-resolving model. *J. Phys. Oceanogr.*, **21**, 1271–1289.

**Bottomley**, M., C.K. Folland, J. Hsiung, R.E. Newell and D.E. Parker, 1990: *Global Ocean Surface Temperature Atlas "GOSTA"*. HMSO, London, 20 pp.+ iv, 313 plates.

**Bourke**, R.H. and R.P. Garrett, 1987: Sea-ice thickness distribution in the Arctic Ocean. *Cold Reg. Sci. and Tech.*, **13**, 259–280.

**Boyle**, J.S., 1993: Sensitivity of dynamical quantities to horizontal resolution for a climate simulation using the ECMWF (Cycle 33) Model. *J. Climate*, **6**, 796–815.

**Broccoli**, A.J. and S. Manabe, 1990: Can existing climate change models be used to study anthropogenic changes in tropical cyclone climate? *Geophys. Res. Lett.*, **17**, 1917–1920.

**Bryan**, F.O. and W.R. Holland, 1989: A high-resolution simulation of the wind- and thermohaline-driven circulation in the North Atlantic Ocean. In: *Proceedings of the 'Aha Huliko'a Hawaiian Winter Workshop on Parameterization of Small Scale Processes*, P Muller and D. Henderson (eds.), Hawaii Institute of Geophysics, Honolulu, pp 99-116. (Available from Hawaii Institute of Geophysics.)

**Bushell**, A.C. and D. Gregory, 1994: Sensitivity to vertical resolution in a climate model simulation of South West African marine stratocumulus. In: Research Activities in Atmospheric and Oceanic Modelling, Report No. 19, G.J. Boer (ed.), WMO/TD – No. 592, Geneva, 4.13–4.14.

**Campos**, J.D. and R. Bleck, 1992: A numerical study of the tropical Atlantic Ocean circulation with an isopycnic-coordinate circulation model – preliminary results. *Trans. Amer. Geophys. Union*, **73** (suppl.), 292.

**Cao**, H-X., J.F.B Mitchell and J.R Lavery, 1992: Simulated diurnal range and variability of surface temperature in a global climate model for present and doubled $CO_2$ climates. *J Climate*, 5, 920–943.

**CAS/JSC**, 1994: *Report of ninth session of the CAS/JSC Working Group on Numerical Experimentation, WMO/TD-No. 607*, WMO, Geneva.

**Cess**, R.D., G.L. Potter, J.P. Blanchet, G.J. Boer, A.D. Del Genio, M. Déqué, V. Dymnikov, V. Galin, W.L. Gates, S.J. Ghan, J.T. Kiehl, A.A. Lacis, H. Le Treut, Z.-X. Li, X.-Z. Liang, B.J. McAvaney, V.P. Meleshko, J.F.B. Mitchell, J.-J. Morcrette, D.A. Randall, L.J. Rikus, E. Roeckner, J.F. Royer, U. Schlese, D.A. Sheinin, A. Slingo, A.P. Sokolov, K.E. Taylor, W.M. Washington, R.T. Wetherald, I. Yagai and M.-H. Zhang, 1990: Intercomparison and interpretation of cloud-climate feedback processes in nineteen atmospheric general circulation models. *J. Geophys. Res.*, **95**, 16601–16615.

**Cess**, R.D., G.L. Potter, J.P. Blanchet, G.J. Boer, R. Colman, S.J. Ghan, J. Hansen, J.T. Kiehl, H. Le Treut, Z.-X. Li, X.-Z. Liang, B.J. McAvaney, V.P. Meleshko, J.F.B. Mitchell, J.-J. Morcrette, D.A. Randall, L.J. Rikus, E. Roeckner, U. Schlese, D.A. Sheinin, A. Slingo, A.P. Sokolov, K.E. Taylor, W.M. Washington, R.T. Wetherald and I. Yagai, 1991: Intercomparison and interpretation of snow-climate feedback processes in seventeen atmospheric general circulation models. *Science*, **253**, 888–892.

**Cess**, R.D., M.-H. Zhang, G.L. Potter, H. Barker, R.A. Colman, D.A. Dazlich, A.D., Del Genio, M. Esch, J.R. Fraser, V. Galin, W.L. Gates, J.J. Hack, J.T. Kiehl, A.A. Lacis, X.-Z. Liang, J.-F. Mahfouf, B.J. McAvaney, V.P. Meleshko, J.F.B. Mitchell,

J.-J. Morcrette, D.A. Randall, E. Roeckner, J.-F. Royer, D.A. Sheinin, A.P. Sokolov, K.E. Taylor, W.-C. Wang and R.T. Wetherald, 1993: Uncertainties in carbon dioxide radiative forcing in atmospheric general circulation models. *Science*, **262**, 1252–1255.

**Cess**, R.D., M.H. Zhang, P. Minnis, L. Corsetti, E.G. Dutton, B.W. Forgan, D.P. Garber, W.L. Gates, J.J. Hack, E.F. Harrison, X. Jing, J.T. Kiehl, C.N. Long, J.-J. Morcrette, G.L. Potter, V. Ramanathan, B. Subasilar, C.H. Whitlock, D.F. Young and Y. Zhou, 1995: Absorption of solar radiation by clouds: Observations versus models. *Science*, **267**, 496–499.

**CLIVAR**, 1995: *A study of climate variability and predictability, Initial Science Plan*. World Climate Research Programme, Geneva, 187pp.

**Colman**, R.A. and B.J. McAvaney, 1996: The sensitivity of the climate response of an atmospheric general circulation model to changes in convective parameterization and horizontal resolution. *J. Geophys. Res*. (in press).

**Covey**, C., 1995: Global ocean circulation and equator-pole heat transport as a function of ocean GCM resolution. *Clim. Dyn.*, **11**, 425–437.

**Crowley**, T.J., 1993: Geological assessment of the greenhouse effect. *Bull. Amer. Meteor. Soc.*, **74**, 2363–2373.

**Cubasch**, U., K. Hasselmann, H. Höck, E. Maier-Reimer, U. Mikolajewicz, B.D. Santer and R. Sausen, 1992: Time-dependent greenhouse warming computations with a coupled ocean-atmosphere model. *Clim. Dyn.*, **9**, 55–69.

**Danabasoglu**, G., J.C. McWilliams and P.R. Gent, 1994: The role of mesoscale tracer transports in the global ocean circulation. *Science*, **264**, 1123–1126.

**Da Silva**, A. M., C.C. Young and S. Levitus, 1994: *Atlas of Surface Marine Data 1994, Vol. 1: Algorithms and Procedures*. NOAA Atlas NESDIS 6, US Dept. Commerce, Washington, DC, 83 pp.

**Delworth**, T., S. Manabe and R.J. Stouffer, 1993: Interdecadal variations of the thermohaline circulation in a coupled ocean-atmosphere model. *J. Climate*, **6**, 1993–2011.

**Dickinson**, R.E., and A. Henderson-Sellers, 1988: Modelling tropical deforestation: a study of GCM land-surface parameterizations. *Quart. J. R. Met. Soc.*, **114(B)**, 439–462.

**Dickinson**, R.E., A. Henderson-Sellers and P.J. Kennedy, 1993: Biosphere-Atmosphere Transfer Scheme (BATS) Version 1e as coupled to the NCAR Community Climate Model. NCAR/TN-387+STR, National Center for Atmospheric Research, Boulder, CO, 80 pp.

**Döös**, K., 1994: Semianalytical simulation of the meridional cells in the Southern Ocean. *J. Phys. Oceanogr.*, **24**, 1281–1293.

**Döös**, K. and D.J. Webb, 1994: The Deacon cell and the other meridional cells in the Southern Ocean. *J. Phys. Oceanogr.*, **24**, 429–442.

**Döscher**, R., C.W. Böning and P. Herrmann, 1994: Response of circulation and heat transport in the North Atlantic to changes in thermohaline forcing in northern latitudes: A model study. *J. Phys. Oceanogr.*, **24**, 2306–2320.

**England**, M.H., 1993: Representing the global-scale water masses in ocean general circulation models. *J. Phys. Oceanogr.*, **23**, 1523–1552.

**England**, M.H., 1995: Using chlorofluorocarbons to assess ocean climate models. *Geophys. Res. Lett.* **22**, 3051–3054.

**England**, M.H., J.S. Godfrey, A.C. Hirst and M. Tomczak, 1993: The mechanism for Antarctic intermediate water renewal in a world ocean model. *J. Phys. Oceanogr.*, **23**, 1553–1560.

**Esbensen**, S.K. and Y. Kushnir, 1981: *The heat budget of the global ocean: An atlas based on estimates from surface marine observations*. Rep. No. 29, Climatic Research Institute, Oregon State University, Corvallis, 244 pp.

**Ferranti**, L., F. Molteni, C. Brankovic and T.N. Palmer, 1994: Diagnosis of extratropical variability in seasonal integrations of the ECMWF model. *J. Climate*, **7**, 849–868.

**Fischer**, H. and P. Lemke, 1994: On the required accuracy of atmospheric forcing fields for driving dynamic-thermodynamic sea-ice models. In: *The Polar Oceans and Their Role in Shaping the Global Environment*, O.M. Johannessen, R.D. Muench, and J.E. Overland (eds.), Geophysical Monograph 85, American Geophysical Union, Washington, pp. 373–381.

**Flato**, G.M. and W.D. Hibler, 1992: Modelling sea-ice as a cavitating fluid. *J. Phys. Oceanogr.*, **22**, 626–651.

**Folland**, C.K. and D.P. Rowell (eds.), 1995: Workshop on simulations of the climate of the twentieth century using GISST (28-30 November 1994). *Hadley Centre CRTN 56*, Bracknell, UK, 111 pp.

**Folland**, C.K., J. Owen, M.N. Ward and A. Colman, 1991: Prediction of seasonal rainfall in the Sahel region using empirical and dynamical methods. *J. Forecasting*, **10**, 21–56.

**Folland**, C.K., D.E. Parker and T.N. Palmer, 1986: Sahel rainfall and worldwide sea temperatures 1901-85. *Nature*, **320**, 602–607.

**Fowler**, L.D. and D.A. Randall, 1996: Liquid and ice cloud microphysics in the CSU general circulation model. Part 3: Model sensitivity tests. *J. Climate* (in press).

**FRAM** Group (Webb, D.J., and collaborators), 1991: An eddy-resolving model of the Southern Ocean. *EOS*, **72**(15) 169, 174–175.

**Garratt**, J.R., 1993: Sensitivity of climate simulations to land-surface and atmospheric boundary-layer treatments – a review. *J. Climate*, **6**, 419–449.

**Garratt**, J.R., P.B. Krummel and E.A. Kowalczyk, 1993: The surface energy balance at local and regional scales – comparison of general circulation model results with observations. *J. Climate*, **6**, 1090–1109.

**Gates**, W.L., 1987: Problems and prospects in climate modeling. In: *Toward Understanding Climate Change*, Westview Press, Boulder, CO, 5–33.

**Gates**, W.L., 1992: AMIP: The Atmospheric Model Intercomparison Project. *Bull. Amer. Meteor. Soc.*, **73**, 1962–1970.

**Gates**, W.L., J.F.B. Mitchell, G.J. Boer, U. Cubasch and V.P. Meleshko, 1992: Climate modelling, climate prediction and

model validation. In: *Climate Change, The Supplementary Report to the IPCC Scientific Assessment* , J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, 97–134.

**Gates**, W.L., U. Cubasch, G.A. Meehl, J.F.B. Mitchell and R.J. Stouffer, 1993: An intercomparison of selected features of the control climates simulated by coupled ocean-atmosphere general circulation models. *World Climate Research Programme WCRP-82, WMO/TD No. 574*, World Meteorological Organization, Geneva, 46 pp.

**Gent**, P.R. and J.C. McWilliams, 1990: Isopycnal mixing in ocean circulation models. *J. Phys. Oceanogr.*, **20**, 150–155.

**Gent**, P.R. and J.J. Tribbia, 1993: Simulation and predictability in a coupled TOGA model. *J. Climate*, **6**, 1843–1858.

**Gent**, P.R., J. Willebrand, T.J. McDougall and J.C. McWilliams, 1995: Parameterizing eddy-induced tracer transports in ocean circulation models. *J. Phys. Oceanogr.*, **25**, 463–474.

**Giorgi**, F., C.S. Brodeur and G.T. Bates, 1994: Regional climate change scenarios over the United States produced with a nested regional climate model. *J. Climate*, **7**, 375–399.

**Gleckler**, P.J., D.A. Randall, G. Boer, R. Colman, M. Dix, V. Galin, M. Helfand, J. Kiehl, A. Kitoh, W. Lau, X.-Z. Liang, V. Lykossov, B. McAvaney, K. Miyakoda and S. Planton, 1994: Cloud-radiative effects on implied oceanic energy transports as simulated by atmospheric general circulation models. *Report No. 15, PCMDI*, Lawrence Livermore National Laboratory, Livermore, CA, 13 pp.

**Gloersen**, P., W.J. Campbell, D.J. Cavalieri, J.C. Comiso, C.L. Parkinson and H.J. Zwally, 1992: Arctic and Antarctic sea-ice, 1978-1987: Satellite passive-microwave observations and analysis. *NASA SP-511*, 290 pp.

**Graf**, H.-F., I. Kirchner, A. Robock and I. Schult, 1993: Pinatubo eruption winter climate effects: Model versus observations. *Clim. Dyn.*, **9**, 81–93.

**Greatbatch**, R.J. and S. Zhang, 1994: An interdecadal oscillation in an idealized ocean basin forced by constant heat flux. *J. Climate*, **8**, 81–91.

**Haarsma**, R.J., J.F.B. Mitchell and C.A. Senior, 1993: Tropical disturbances in a GCM. *Clim. Dyn.*, **8**, 247–257.

**Hansen**, J., A. Lacis, R. Ruedy and M. Sato, 1992: Potential climate impact of Mount Pinatubo eruption. *Geophys. Res. Lett.*, **19**, 215–218.

**Hansen**, J., M. Sato and R. Ruedy, 1994: Long-term changes of the diurnal temperature cycle: Implications about mechanisms of global climate change. *Atmos. Res.*, **32**, 1–25.

**Harder**, M. and P. Lemke, 1995: Modelling the extent of sea-ice ridging in the Weddell Sea. *Nansen Centennial Volume*, AGU, (in press).

**Harrison**, E.F., P. Minnis, B.R. Barkstrom, V. Ramanathan, R.D. Cess and G.G. Gibson, 1990: Seasonal variation of cloud radiative forcing derived from the Earth Radiation Budget Experiment. *J. Geophys. Res.* **95**, 18687–18703.

**Hasselmann**, K., L. Bengtsson, U. Cubasch, G.C.Hegerl, H. Rodhe, E. Roeckner, H.v. Storch, R. Voss and J. Waskewitz,

1995: Detection of anthropogenic climate change using a fingerprint method. *Max-Planck Institute for Meteorology, Report No. 168*, Hamburg, 20pp.

**Hastenrath**, S., 1990: Prediction of north-east Brazil rainfall anomalies. *J. Climate*, **3**, 893–904.

**Hay**, L.E., G.J. McCabe, D.M. Wolock and M.A. Ayres, 1992: Use of weather types to disaggregate general circulation model predictions. *J. Geophys. Res.*, **97**, 2781–2790.

**Hegerl**, G.C., H.V. Storch, K. Hasselmann, B.D. Santer, U. Cubasch and P.D. Jones, 1996: Detecting anthropogenic climate change with an optimal fingerprint method. *J. Climate* (in press).

**Held**, I.M. and P.J. Phillipps, 1993: Sensitivity of the eddy momentum flux to meridional resolution in atmospheric GCMs. *J. Climate*, **6**, 499–507.

**Henderson-Sellers**, A. and R.E. Dickinson, 1992: Intercomparison of land-surface parameterizations launched. *EOS*, **73**(17), 195–196.

**Henderson-Sellers**, A. and A.-M. Hansen, 1995: *Climate Change Atlas*, Kluwer, Dordrecht, 159pp.

**Henderson-Sellers**, A., Z.-L. Yang and R.E. Dickinson, 1993: The Project for Intercomparison of Land-surface Parameterization Schemes (PILPS). *Bull. Amer. Meteor. Soc.*, **74**(7), 1335–1349.

**Henderson-Sellers**, A., A.J. Pitman, P.K. Love, P. Irannejad and T.H. Chen, 1995: The Project for Intercomparison of Land Surface Parameterization Schemes (PILPS): Phases 2 and 3. *Bull. Amer. Meteor. Soc.*, **76**, 489–503.

**Hibler**, W.D., III., 1984: The role of sea-ice dynamics in modeling $CO_2$ increases. In: *Climate Processes and Climate Sensitivity*, Geophysical Monograph 29, American Geophysical Union, pp. 238–253.

**Hogan**, T.R. and T.E. Rosmond, 1991: The description of the Navy operational global atmospheric prediction system's spectral forecast model. *Mon. Wea. Rev.*, **119**, 1786–1815.

**Hollingsworth**, A., 1993: Validation and diagnostics of atmospheric models. In *Proceedings of Validation of Models over Europe*, Volume I, 7-11 September 1992, ECMWF, Reading, UK.

**Horton**, E.B., 1994: The geographical distribution of changes in maximum and minimum temperature. *Proc NOAA USDOE MINIMAX Workshop*, G. Kukla *et al.*, (eds.) College Park, USDOE Conf. Proc. 25, pp. 179–198.

**Hulme**, M., 1995: Validation of large-scale precipitation fields in general circulation models. In: *Global Precipitation and Climate Change*, M. Dubois and F Desalmand, D Reidel (eds.), Dordrecht (in press).

**Hulme**, M., K.R. Briffa, P.D. Jones and C.A. Senior, 1993: Validation of GCM control simulations using indices of daily airflow types over the British Isles. *Clim. Dyn.*, **9**, 95–105.

**Hurrell**, J.W. and G.G. Campbell 1992: Monthly mean global satellite data sets available in CCM history tape format, *NCAR Tech. Note NCAR/TN-371+STR*, 94 pp.

**Ip**, C.F., W.D. Hibler and G.M. Flato, 1991: On the effect of

rheology on seasonal sea-ice simulations. *Ann. Glaciol.*, **15**, 17–25.

**IPCC** (Intergovernmental Panel on Climate Change), 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK.

**Jacobs**, G.A., H.E. Hurlburt, J.C. Kindle, E.J. Metzger, J.L. Mitchell, W.J. Teague and A.J. Wallcraft, 1994: Decade-scale trans-Pacific propagation and warming effects of an El Niño anomaly. *Nature*, **370**, 360–363.

**Jaeger**, L., 1976: Monatskarten des Niederschlags für die ganze Erde. *Ber. Deutschen Wetterdienstes*, Nr. 139, 38 pp.

**Jenne**, R.L., 1975: Data sets for meteorological research. *NCAR Technical Note, NCAR-TN/1A-111*, NCAR, Boulder, 194 pp.

**Ji**, M., A. Kumar and A. Leetmaa, 1994: A multiseason climate forecast system at the National Meteorological Center. *Bull. Amer. Meteor. Soc.*, **75**, 569–577.

**Jin**, F.-F. and J.D. Neelin, 1993a: Model of interannual tropical ocean-atmosphere interaction – a unified view. Part I: Numerical results. *J. Atmos. Sci.*, **50**, 3477–3503.

**Jin**, F.-F.,and J.D. Neelin, 1993b: Modes of interannual tropical ocean-atmosphere interaction – a unified view. Part III: Analytical results in fully coupled cases. *J. Atmos. Sci.*, **50**, 3524–3540.

**Johnson**, K.D., D. Entekhabi and P.S. Eagleson, 1993: The implementation and validation of improved land surface hydrology in an atmospheric general circulation model. *J. Climate*, **6**, 1009–1026.

**Jones**, P.D., 1987: The early twentieth century Arctic high-fact or fiction? *Clim. Dyn.*, **1**, 63–75.

**Jones**, P.D., 1994: Hemispheric surface air temperature variations: a reanalysis and an update to 1993. *J. Climate*, **7**, 1794–1802.

**Jones**, P.D., T.M.L. Wigley and G. Farmer, 1991: Marine and land temperature data sets: A comparison and a look at recent trends. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp.153–172.

**Joussaume**, S., 1993: Paleoclimatic tracers: An investigation using an atmospheric general circulation model under ice age conditions 1. Desert dust. *J. Geophys. Res.*, **98**, 2767–2805.

**Karl**, T.R., P.D. Jones, R.W. Knight, G. Kukla, N. Plummer, V. Rasuvayev, K.P. Gallo, J. Lindseay, R.J. Charlson and T.C. Peterson, 1993: A new perspective on recent global warming: Asymmetric trends of daily maximum and minimum temperature. *Bull. Amer. Meteor. Soc.*, **74**, 1007–1023.

**Katz**, R.W., 1992: Role of statistics in the validation of general circulation models. *Clim. Res.*, **2**, 35–45.

**Kerr**, R.A., 1994: Climate modeling's fudge factor under fire. *Science*, **265**, 1528.

**Kiehl**, J.T., 1996: Sensitivity of a GCM Climate simulation to differences in continental versus maritime cloud drop size. *J. Geophys. Res.* (in press).

**Kiehl**, J.T. and D.L. Williamson, 1991: Dependence of cloud

amount on horizontal resolution in the National Center for Atmospheric Research Community Climate Model. *J. Geophys. Res.*, **96**, 10955–10980.

**Klinck**, J.M., 1994: Thermohaline structure of the CME. *WOCE Notes*, **6**(2), 4–8.

**Koster**, R.D. and M.J. Suarez, 1994: The components of a SVAT scheme and their effects on a GCM's hydrological cycle. *Adv. Water Resources*, **17**, 61–78.

**Koster**, R.D. and M.J. Suarez, 1996: The relative contributions of land and ocean processes to precipitation variability. *J. Geophys. Res.* (in press).

**Kuo**, H.L., 1974: Further studies of the parameterization of the influence of cumulus convection on large-scale flow. *J. Atmos. Sci.*, **31**, 1232–1240.

**Kushnir**, Y., 1994: Interdecadal variations in North Atlantic sea surface temperature and associated atmospheric conditions. *J. Climate*, **7**, 141–157.

**Kutzbach**, J.E., and A.M. Ziegler, 1993: Simulation of Late Permian climate and biomes with an atmosphere-ocean model: Comparisons with observations. *Phil. Trans. R. Soc. Lond.*, Series B, **341**, 327–340.

**Lamb**, P.J., 1978: Large-scale tropical Atlantic surface circulation patterns associated with Subsaharan weather anomalies. *Tellus*, **30**, 240–251.

**Latif**, M. and T.P. Barnett, 1994: Causes of decadal climate variability over the North Pacific and North America. *Science*, **266**, 634–637.

**Latif**, M., A. Sterl, E. Maier-Reimer and M.M. Junge, 1993: Climate variability in a coupled GCM. Part I: The tropical Pacific. *J. Climate*, 6, 5–21.

**Latif**, M., T.P. Barnett, M.A. Cane, M. Fluegel, N.E. Graham, H. von Storch, J.-S. Xu and S.E. Zebiak, 1994: A review of ENSO prediction studies. *Clim. Dyn.*, **9**, 167–179.

**Lau**, N.-C., S.G.H. Philander and M.J. Nath, 1992: Simulation of ENSO-like phenomena with a low-resolution coupled GCM of the global ocean and atmosphere. *J. Climate*, **5**, 284–307.

**Le Treut**, H., and Z.-X. Li, 1991: Sensitivity of an atmospheric general circulation model to prescribed SST changes: Feedback effects associated with the simulation of cloud optical properties. *Clim. Dyn.*, **5**, 175–187.

**Levitus**, S., and T.P. Boyer, 1994: *World Ocean Atlas 1994, Volume 4: Temperature*. NOAA/NESDIS E/OC21, Washington, DC, 117 pp.

**Levitus**, S., J. Antanov and T.P. Boyer, 1994a: Interannual variability of temperature at 125 m depth in the North Atlantic Ocean. *Science*, **266**, 96–99.

**Levitus**, S., R. Burgett, and T.P. Boyer, 1994b: *World Ocean Atlas 1994, Volume 3: Salinity*. NOAA/NESDIS E/OC21, Washington DC, 99pp.

**Lighthill**, J., G. Holland, W. Gray, C. Landsea, G. Craig, J. Evans, Y. Kurihara and C. Guard, 1994: Global climate change and tropical cyclones. *Bull. Amer. Meteor. Soc.*, **75**, 2147–2157.

**Manabe**, S., 1969: Climate and the ocean circulation: I, the

atmospheric circulation and the hydrology of the Earth's surface. *Mon. Wea. Rev.*, **7**, 739–774.

Manabe, S., and R. Stouffer, 1988: Two stable equilibria of a coupled ocean-atmosphere model. *J. Climate*, **1**, 841–866.

Manabe, S., and T. Delworth, 1990: The temporal variability of soil wetness and its impact on climate. *Climatic Change*, **16**, 185–192.

Marotzke, J., 1989: Instabilities and multiple steady states of the thermohaline circulation. In: *Oceanic Circulation Models: Combining Data and Dynamics*, D.L.T. Anderson and J. Willebrand, eds., NATO ASI series, Kluwer, Dordrecht, pp. 501–511.

Marotzke, J. and C. Wunsch, 1993: Finding the steady state of a general circulation model through data assimilation: Application to the North Atlantic ocean. *J. Geophys. Res.*, **98** (C11), 20149–20167.

Matson, M., C.F. Ropelewski and M.S. Varnadore, 1986: An atlas of satellite-derived northern hemispheric snow cover frequency. *NOAA Atlas*. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Washington, DC, 75 pp.

McAvaney, B.J., R.R. Dahni, R.A. Colman and J.R. Fraser, 1995: The dependence of the climate sensitivity on convective parametrization: Statistical evaluation. *Global and Planetary Change*, **10**, 181–200.

McGuffie, K., A. Henderson-Sellers, H. Zhang, T.B. Durbidge and A.J. Pitman, 1995: Global climate sensitivity to tropical deforestation. *Global and Planetary Change*, **10**, 97–128.

Meehl, G.A., 1990: Seasonal cycle forcing of El Niño-Southern Oscillation in a global coupled ocean-atmosphere GCM. *J. Climate*, **3**, 72–98.

Meehl, G.A. and W.M. Washington, 1995: Cloud albedo feedback and the super greenhouse effect in a global coupled GCM. *Clim. Dyn.*, **11**, 399–411.

Meehl, G.A., G.W. Branstator and W.M. Washington, 1993: Tropical Pacific interannual variability and $CO_2$ climate change. *J. Climate*, **6**, 42–63.

Meehl, G.A., M. Wheeler and W. M. Washington, 1994: Low-frequency variability and $CO_2$ climate change. *J. Climate*, **6**, 42–63.

Mikolajewicz, U. and E. Maier-Reimer, 1990: Internal secular variability in an ocean general circulation model. *Clim. Dyn.*, **4**, 145–156.

Mikolajewicz, U. and E. Maier-Reimer, 1994: Mixed boundary conditions in ocean general circulation models and their influence on the stability of the model's conveyor belt. *J. Geophys. Res.*, **99**, 22633–22644.

Miller, J.R., G.L. Russell and G. Caliri, 1994: Continental-scale river flow in climate models. *J. Climate*, **7**, 914–928.

Milly, P.C.D. and K.A. Dunne, 1994: Sensitivity of the global water cycle to the water-holding capacity of land. *J. Climate*, **7**(4), 506–526.

Mintz, Y., 1984: The sensitivity of numerically simulated climates to land-surface boundary conditions. In: *The Global Climate*, J. Houghton (ed.), Cambridge University Press, Cambridge, UK, 79–105.

Mitchell, J.F.B., 1993: Modelling of palaeoclimates: Examples from the recent past. *Phil. Trans. Roy. Soc. Lond.*, **341**(1297), 267–275.

Mitchell, J.F.B., C.A. Senior and W.J. Ingram, 1989: $CO_2$ and climate: A missing feedback? *Nature*, **341**, 132–134.

Mitchell, J.F.B., S. Manabe, T. Tokioka and V. Meleshko, 1990: Equilibrium climate change – and its implications for the future. In: *Climate Change, The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, 131–172.

Mitchell, J.F.B., T.C. Johns, J.M. Gregory and S.F.B. Tett, 1995a: Climate response to increasing levels of greenhouse gases and sulphate aerosols. *Nature*, **376**, 501–504.

Mitchell, J.F.B, R.A. Davis, W.J. Ingram and C.A. Senior, 1995b: On surface temperature, greenhouse gases and aerosols: Models and observations. *J. Climate*, **8**, 2364–2386.

Miyakoda, K., and J. Sirutis, 1990: Subgrid scale physics in 1-month forecast. Part II: Systematic error and blocking forecast. *Mon. Wea. Rev.*, **118**, 1065–1081.

Moore, A.M., 1995: Tropical interannual variability in a global coupled GCM: Sensitivity to mean climate state. *J. Climate*, **8**, 807–828.

Muroi, C. and N. Sato, 1994: Intercomparison of tropical cyclone track forecast by ECMWF, UKMO and JMA operational global models. *JMA/NPD Tech. Rep., No 31*, JMA, Tokyo.

Nagai, T., T. Tokioka, M. Endoh and Y. Kitamura, 1992: El Niño-Southern Oscillation simulated in an MRI atmosphere-ocean coupled general circulation model. *J. Climate*, **5**, 1202–1233.

Navarra, A., W.F. Stern and K. Miyakoda, 1994: Reduction of the Gibbs oscillation in spectral model simulations. *J. Climate*, **7**, 1169–1183.

Neelin, J.D., 1991: The slow sea surface temperature mode and the fast-wave limit: Analytic theory for tropical interannual oscillations and experiments in a hybrid coupled model. *J. Atmos. Sci.*, **48**, 584–606.

Neelin, J.D., and F.-F. Jin, 1993: Modes of interannual tropical ocean-atmosphere interaction – a unified view. Part II: Analytical results in the weak-coupling limit. *J. Atmos. Sci.*, **50**, 3504–3522.

Neelin, J.D., M. Latif, M.A.F. Allaart, M.A. Cane, U. Cubasch, W.L. Gates, P.R. Gent, M. Ghil, C. Gordon, N.C. Lau, C.R. Mechoso, G.A. Meehl, J.M. Oberhuber, S.G., H. Philander, P.S. Schopf, K.R. Sperber, A. Sterl, T. Tokioka, J. Tribbia and S.E. Zebiak, 1992: Tropical air-sea interaction in general circulation models. *Clim. Dyn.*, **7**, 73–104.

Numaguti, A., 1993: Dynamics and energy balance of the Hadley circulation and the tropical precipitation zones: Significance of the distribution of evaporation. *J. Atmos. Sci.*, **50**, 1874–1887.

OOSDP (Ocean Observing System Development Panel), 1995: Scientific design for the common module of the Global Ocean Observing System and the Global Climate Observing System. U.S. WOCE Office, Washington, DC, 228 pp.

**Oreskes**, N., K. Shrader-Frechette and K. Belitz, 1994: Verification, validation and confirmation of numerical models in the Earth sciences. *Science*, **263**, 641–646.

**Orr**, J.C., 1993: Accord between ocean models predicting uptake of ocean $CO_2$. *Water, Air and Soil Pollution*, **70**, 465–481.

**Palmer**, T.N., C. Brankovic, F. Molteni and S. Tibaldi, 1990: Extended-range predictions with ECMWF models: Interannual variability in operational model integrations. *Quart. J. R. .Met. Soc.*, **116**, 799–834.

**Parker**, D.E., P.D. Jones, C.K. Folland and A.C. Bevan, 1994: Interdecadal changes of surface temperature since the late nineteenth century. *J. Geophys. Res.*, **99**, 14373–14399.

**Parker**, D.E., H. Wilson, P.D. Jones, J. Christy and C.K. Folland, 1996: The impact of Mount Pinatubo on worldwide temperatures. *Int. J. Climatol.* (in press).

**Philander**, S.G.H., R.C. Pacanowski, N.-C. Lau and M.J. Nath, 1992: Simulation of ENSO with a global atmospheric GCM coupled to a high-resolution tropical Pacific Ocean GCM. *J. Climate*, **5**, 308–329.

**Phillipps**, P.J. and I.M. Held, 1994: The response to orbital perturbations in an atmospheric model coupled to a slab ocean. *J. Climate*, **7**, 767–782.

**Phillips**, T.J., 1994: A summary documentation of the AMIP models. *Report No. 18, PCMDI*, Lawrence Livermore National Laboratory, Livermore, CA, UCRL-ID-116384, 343 pp.

**Pitman**, A.J., A. Henderson-Sellers, F. Abramopoulos, R. Avissar, G. Bonan, A. Boone, J.G. Cogley, R.E. Dickinson, M. Ek, D. Entekhabi, J. Famiglietti, J.R. Garratt, M. Frech, A. Hahmann, R. Koster, E. Kowalczyk, K. Laval, J. Lean, T.J. Lee, D. Lettenmaier, X. Liang, J.-F. Mahfouf, L. Mahrt, P.C.D. Milly, K. Mitchell, N. de Noblet, J. Noilhan, H. Pan, R. Pielke, A. Robock, C. Rosenzweig, S.W. Running, C.A. Schlosser, R. Scott, M. Suarez, S. Thompson, D. Verseghy, P. Wetzel, E. Wood, Y. Xue, Z.-.L. Yang and L. Zhang, 1993: Project for Intercomparison of Land-Surface Parameterization Schemes (PILPS). GEWEX Report, *IGPO Publication Series No. 7*, Washington, DC, 47 pp.

**Polcher**, J., K. Laval, L. Dumenil, J. Lean and P.R. Rowntree, 1996: Comparing three land surface schemes used in GCMs. *J. Hydrol.* (submitted).

**Pollard**, D. and S.L. Thompson, 1994: Sea-ice dynamics and $CO_2$ sensitivity in a global climate model. *Atmosphere-Ocean*, **32**, 449–467.

**Power**, S.B. and R. Kleeman, 1993: Multiple equilibria in a global ocean general circulation model. *J. Phys. Oceanogr.*, **23**, 1670–1681.

**Power**, S.B. and R. Kleeman, 1994: Surface heat flux parameterization and the response of ocean general circulation models to high-latitude freshening. *Tellus*, **46A**, 86–95.

**Power**, S.B., A. Moore, D.A. Post, N.R. Smith and R. Kleeman, 1994: Stability of North Atlantic deep water formation in a global ocean general circulation model. *J. Phys. Oceanogr.*, **24**, 904–916.

**Power**, S.B., R. Kleeman, R.A. Colman and B.J. McAvaney,

1995: Modelling the heat flux response to long-lived SST anomalies in the North Atlantic. *J. Climate*, **8**, 2161–2180.

**Rahmstorf**, S. and J. Willebrand, 1996: The role of temperature feedback in stabilising the thermohaline circulation. *J. Phys. Oceanogr.* (in press).

**Ramsden**, D., and G. Fleming, 1995: Use of a coupled ice-ocean model to investigate the sensitivity of the Arctic ice cover to doubling atmospheric $CO_2$. *J. Geophys. Res.* **100**, 6817–6828.

**Randall**, D.A., R.D. Cess, J.P. Blanchet, S. Chalita, R. Colman, D.A. Dazlich, A.D. Del Genio, V. Dymnikov, V. Galin, D. Jerrett, E. Keup, A.A. Lacis, H. Le Treut, X.-Z. Liang, B.J. McAvaney, J.F. Mahfouf, V.P. Meleshko, J.F.B. Mitchell, J.-J. Morcrette, P.M. Norris, G.L. Potter, L.J. Rikus, E. Roeckner, J.F. Royer, U. Schlese, D.A. Sheinin, A.P. Sokolov, K.E. Taylor, R.T. Wetherald, I. Yagai and M.-H. Zhang, 1994: Analysis of snow feedbacks in fourteen general circulation models. *J. Geophys. Res.*, **99**, 20757–20771.

**Rasch**, P.J. and D.L. Williamson, 1990: Computational aspects of moisture transport in global models of the atmosphere. *Quart. J. R. Met. Soc.*, **116**, 1071–1090.

**Rind**, D.,and M. Chandler, 1991: Increased ocean heat transports and warmer climate. *J. Geophys. Res.*, **96**, 7437–7461.

**Robitaille**, D.Y. and A.J. Weaver, 1995: Validation of sub-grid scale mixing schemes using CFCs in a global ocean model. *Geophys. Res. Let.* **22**, 2917–2920.

**Robock**, A., K.Y. Vinnikov, C.A. Schlosser, N.A. Speranskaya and Y. Xue, 1995: Use of midlatitude soil moisture and meteorological observations to validate soil moisture simulations with biosphere and bucket models. *J. Climate*, **8**, 15–35.

**Roeckner**, E., T. Siebert and J. Feichter, 1995: Climatic response to anthropogenic sulfate forcing simulated with a general circulation model. *Proceedings of Dahlem workshop "Aerosol Forcing of Climate"*, Academic Press (in press).

**Ropelewski**, C.F., 1989: Monitoring large-scale cryosphere/ atmosphere interactions. *Adv. Space Res.*, **9**, 213–218.

**Rossow**, W.B. and R.A. Schiffer, 1991: ISCCP cloud data products. *Bull. Amer. Meteor. Soc.*, **72**, 2–20.

**Rowell**, D.P., C.K. Folland, K. Maskell and M.N. Ward, 1995: Variability of summer rainfall over Tropical North Africa (1906-1992): Observations and modelling. *Quart. J. R. Met. Soc.*, **121**, 669–704.

**Rowntree**, P.R.and J.A. Bolton, 1983: Simulation of the atmospheric response to soil moisture anomalies over Europe. *Quart. J. R. Met. Soc.*, **109**, 501–526.

**Rui**, H. and B. Wang, 1990: Development characteristics and dynamic structure of tropical intraseasonal convection anomalies. *J. Atmos. Sci.*, **47**, 357–379.

**Santer**, B.D. and T.M.L. Wigley, 1990: Regional validation of means, variances and spatial patterns in GCM control runs. *J. Geophs. Res.*, **95**, 829–850.

**Santer**, B.D., K.E. Taylor and L.C. Corsetti, 1995a: Statistical evaluation of AMIP model performance. In *Proc. First AMIP Sci. Conf.*, WCRP-92, WMO TD-No. 732, Geneva.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 100 of 421

Santer, B.D., K.E. Taylor, T.M.L. Wigley, J.E. Penner, P.D. Jones and U. Cubasch, 1995b: Towards the detection and attribution of an anthropogenic effect on climate. Clim. Dyn. 12, 77–100.

Sausen, R., K. Barthel and K. Hasselmann, 1988: Coupled ocean-atmosphere models with flux corrections. *Clim. Dyn.*, **2**, 154–163.

Sausen, R., W. Koenig and F. Sielmann, 1993: Analysis of blocking events from observations and ECHAM model simulations. *Max-Planck-Institut für Meteorologie Rep.* 11, Hamburg.

Schemm, J.-K., S. Schubert, J. Terry and S. Bloom, 1992: Estimates of monthly mean soil moisture for 1979-1989. *NASA Tech. Memo.* 104571, Goddard Space Flight Center, Greenbelt, MD, 260 pp.

Schmitz, W.J. and M.S. McCartney, 1993: On the North Atlantic circulation. *Rev. Geophys.*, **31**, 29–49.

Schopf, P.S.,and M.J. Suarez, 1988: Vacillations in a coupled ocean-atmosphere model. *J. Atmos. Sci.*, **45**, 549–566.

Schubert, S.D., C.-Y. Wu, J. Zero, J.-K. Schemm, C.-K. Park and M. Suarez, 1992: Monthly means of selected climate variables from 1985 to 1989. *NASA Tech. Memo* 104565, Goddard Space Flight Center, Greenbelt, MD, 376 pp.

Schubert, S.D., R.B. Rood and J. Pfaendtner, 1993: An assimilated dataset for earth science applications. *Bull. Amer. Meteor. Soc.*, **74**, 2331–2342.

Scott, R., R.D. Koster, D. Entekhabi and M.J. Suarez, 1996: Effect of a canopy interception reservoir on hydrological persistence in a general circulation model. *J. Climate* (in press).

Sellers, P.J., 1992: Biophysical models of land surface processes. In: Climate System Modeling K.E. Trenberth (ed.), Cambridge University Press, Cambridge, UK, 451–490.

Semtner, A.J., 1994: Sixth-degree global ocean model. *U.S. WOCE Report 1994*, U.S. WOCE Office, Texas A&M University, College Station, TX, 34–36.

Semtner, A.J. and R.M. Chervin, 1988: A simulation of the global ocean circulation with resolved eddies. *J. Geophys. Res.*, **93**, 15502–15522.

Semtner, A.J. and R.M. Chervin, 1992: Ocean general circulation from a global eddy-resolving model. *J. Geophys. Res.*, **97**, 5493–5550.

Send, U. and J. Marshall, 1996: Integral effects of deep convection. *J. Phys. Oceanogr.* (in press).

Senior, C.A. and J.F.B. Mitchell, 1993: $CO_2$ and climate: The impact of cloud parameterization. *J. Climate*, **6**, 393–418.

Shao, Y. and A. Henderson-Sellers, 1996: Soil moisture simulation in land-surface parameterisation schemes. *Global and Planetary Change* (Special Issue) **13**, 11–27.

Shao, Y., R.D. Anne, A. Henderson-Sellers, P. Irannejad, C. P. Thornton, X. Liang, O. Balachova, A. Haxeltine, A. Durcharne, T.H. Chen, C. Ciret and C. Desborough, 1995: Soil moisture simulation. *A report of the RICE and PILPS Workshop, GEWEX/GAIM Report. IGPO Publication Series No. 14*, 179 pp.

Shinoda, M. and R. Kawamura, 1994: Tropical rainbelt, circulation, and sea surface temperatures associated with Sahelian rainfall trend. *J. Met. Soc. Japan*, **72**, 341–357.

Shuttleworth, J.W. and R.E. Dickinson, 1989: Comments on "Modelling tropical deforestation: a study of GCM land-surface parameterizations" by R.E. Dickinson and A. Henderson-Sellers. *Quart. J. R. Met. Soc.*, **115**, 1177–1179.

Siegenthaler, U. and J.L. Sarmiento, 1993: Atmospheric carbon dioxide and the ocean. *Nature*, **365**, 119–125.

Slingo, J.M. and R.A. Madden 1991: Characteristics of the tropical intraseasonal oscillation in the NCAR community model. *Quart. J. R. Met. Soc.*, **117**, 1129–1169.

Slingo, J., M. Blackburn, A. Betts, R. Brugge, K. Hodges, B. Hoskins, M. Miller, L. Steenman-Clark, and J. Thuburn, 1994: Mean climate and transience in the tropics of the UGAMP GCM: Sensitivity to convective parametrization. *Quart. J. R. Met. Soc.*, **120**, 881–922.

Slingo, J.M., K.R. Sperber, J.S. Boyle, J.-P. Ceron, M. Dix, B. Dugas, W. Ebisuzaki, J. Fyfe, D. Gregory, J.-F. Guerney, J. Hack, A. Harzallah, P. Inness, A. Kitoh, W.K.-M. Lau, B. McAvaney, R. Madden, A. Matthews, T.N. Palmer, C.-K. Park, D. Randall and N. Rennó, 1995: Intraseasonal oscillations in 15 AGCMs (Results from an AMIP diagnostic subproject). *WCRP-88, WMO/TD-No. 661*, WMO, Geneva, 32 pp.

Sloan, L.C., and E.J. Barron, 1992: A comparison of Eocene climate model results to quantified paleoclimatic interpretations. *Paleogeography, Paleoclimatology, Paleoecology*, **93**, 183–202.

Slutz, R.J., S.J. Lubker, J.D. Hiscos, S.D. Woodruff, R.L. Jenne, D.H. Joseph, P.M. Steurer and J.D. Elms, 1985: *Comprehensive Ocean-Atmosphere Data Set*, Release 1, Univ. Colorado/NOAA CIRES, Boulder, 255pp.

Smith, I.N., 1994: A GCM simulation of global climate trends, 1950-1988. *J. Climate*, **7**, 732–744.

Smith, I.N., 1995: A GCM simulation of global climate interannual variability. *J. Climate*, **8**, 709–718.

Spencer, R.W., 1993: Global oceanic precipitation from the MSU during 1979-91 and comparisons to other climatologies. *J. Climate*, **6**, 1301–1326.

Sperber, K.R., and S. Hameed, 1991: Southern Oscillation simulation in the OSU coupled upper ocean-atmosphere GCM. *Clim. Dyn.*, **6**, 83–97.

Sperber, K.R. and S. Hameed, 1993: Phase locking of Nordeste Precipitation with sea surface temperatures. *Geophys. Res. Lett.*, **20**, 113–116.

Sperber, K.R., S. Hameed, W.L. Gates and G.L. Potter, 1987: Southern Oscillation simulated in a global climate model. *Nature*, **329**, 140–142.

Stockdale, T., D. Anderson, M. Davey, P. Delecluse, A. Kattenberg, Y. Kitamura, M. Latif and T. Yamagata, 1993: Intercomparison of tropical ocean GCMs. *World Climate Research Programme WCRP-79, WMO/TD No. 545*, World Meteorological Organization, Geneva, 43 pp.

Stouffer, R.J., S. Manabe and K. Ya. Vinnikov, 1994: Model

assessment of the role of natural variability in recent global warming. *Nature*, **367**, 634–636.

**Tett**, S., 1995: Simulation of El Niño/Southern Oscillation-like variability in a global AOGCM and its response to CO$_2$ increase. *J. Climate*, **8**, 1473–1502.

**Thompson**, S.L. and D. Pollard, 1996: A global climate model (GENESIS) with a land-surface-transfer scheme (LSX). Part 2: CO$_2$ sensitivity. *J. Climate* (in press).

**Thuburn**, J., 1993: Use of a flux-limited scheme for vertical advection in a GCM. *Quart. J. R. Met. Soc.*, **119**, 469–487.

**Tibaldi**, S. and F. Molteni, 1990: On the operational predictability of blocking. *Tellus*, **42A**, 343–365.

**Tibaldi**, S., E. Tosi, A. Navarra and L. Pedulli, 1994: Northern and Southern hemisphere seasonal variability of blocking frequency and predictability. *Mon. Wea. Rev.*, **122**, 1971–2003.

**Tracton**, M.S., 1990: Predictability and its relationship to scale interaction processes in blocking. *Mon. Wea. Rev.*, **118**, 1666–1695.

**Tracton**, M.S., K. Mo, W. Chen, E. Kalnay, R. Kistler and G. White, 1989: Dynamical extended range forecasting (DERF) at the National Meteorological Center. *Mon. Wea. Rev.*, **117**, 1606–1637.

**Trenberth**, K.E., 1992: Global analyses from ECMWF and atlas of 1000 to 10 mb circulation statistics. *NCAR Tech. Note NCAR/TN-373+STR*, 191 pp.

**Tziperman**, E., and K. Bryan, 1993: Estimating global air-sea fluxes from surface properties and from climatological flux data using an oceanic general circulation model. *J. Geophys. Res.*, **98**, 22629–22644.

**Viterbo**, P. and A.C.M. Beljaars, 1995: An improved land surface parameterization scheme in the ECMWF model and its validation. *J. Climate* , **8**, 2716–2748.

**Walker**, J. and P.R. Rowntree, 1977: The effect of soil moisture on circulation and rainfall in a tropical model. *Quart. J. R. Met. Soc.*, **103**, 29–46.

**Wallace**, D.W.R., 1995: An ocean observing system to monitor global ocean carbon inventories. *OOSDP Background Report No. 4*, US WOCE Office, Washington, DC, 59 pp.

**Wang**, W. and M.E. Schlesinger, 1995: Simulation of tropical intraseasonal oscillations by the UIUC GCM. *Proc. First AMIP Sci. Conf.*, WCRP-92, WMO TD-No. 732, Geneva.

**Ward**, M.N. and C.K. Folland, 1991: Prediction of seasonal rainfall in the north Nordeste of Brazil using eigenvectors of sea-surface temperature. *Int. J. Climatol.*, **11**, 711–743.

**Warner**, M.J. and R.F. Weiss, 1992: Chlorofluorocarbons in South Atlantic Intermediate Water. *Deep-Sea Res.*, **39**, 2053–2075.

**Washington**, W.M. and G.A. Meehl, 1989: Climate sensitivity due to increased CO$_2$: Experiments with a coupled atmosphere and ocean general circulation model. *Clim. Dyn.*, **4**, 1–38.

**Washington**, W.M., and G.A. Meehl, 1993: Greenhouse sensitivity experiments with penetrative cumulus convection and tropical cirrus albedo effects. *Clim. Dyn.*, **8**, 211–223.

**Washington**, W.M., G.A. Meehl, L. VerPlank and T. Bettge, 1994: A world ocean model for greenhouse sensitivity studies: Resolution intercomparison and the role of diagnostic forcing. *Clim. Dyn.*, **9**, 321–344.

**Weaver**, A.J. and E.S. Sarachik, 1991a: Evidence for decadal variability in an ocean general circulation model: An advective mechanism. *Atmos.-Ocean.*, **29**, 197–231.

**Weaver**, A.J. and E.S. Sarachik, 1991b: The role of mixed boundary conditions in numerical models of the ocean's climate. *J. Phys. Oceanogr.*, **21**, 1470–1493.

**Weaver**, A.J. and T.M.C. Hughes, 1992: Stability and variability of the thermohaline circulation and its link to climate. In: *Trends in Physical Oceanography*, Council of Scientific Research Integration, Trivandrum, India, **1**, 15–70.

**Weaver**, A.J., J. Marotzke, P.F. Cummins and E.S. Sarachik, 1993: Stability and variability of the thermohaline circulation. *J. Phys. Oceanogr.*, **23**, 39–60.

**Weaver**, A.J., S.M. Aura and P.G. Myers, 1994: Interdecadal variability in a coarse resolution North Atlantic model. *J. Geophys. Res.*, **99**, 12423–12441.

**Weisse**, R., U. Mikolajewicz and E. Maier-Reimer, 1994: Decadal variability of the North Atlantic in an ocean circulation model. *J. Geophys. Res.*, **99**, 12411–12421.

**Wigley**, T.M.L. and B.D. Santer, 1990: Statistical comparison of spatial fields in model validation, perturbation and predictability experiments. *J. Geophys. Res.*, **95**, 851–865.

**Williamson**, D.J. and P.J. Rasch, 1993: Water vapor transport in the NCAR CCM2. *Tellus*, **46A**, 34–51.

**Williamson**, D.J., J.T. Kiehl and J.J. Hack, 1995: Climate sensitivity of the NCAR Community Climate Model (CCM2) to horizontal resolution. *Clim. Dyn.*, **11**, 377–397.

**Willmott**, C.J. and R.D. Legates, 1993: A comparison of GCM-simulated and observed mean January and July surface air temperature. *J. Climate*, **6**, 274–291.

**Winton**, M. and E.S. Sarachik, 1993: Thermohaline oscillations induced by strong steady salinity forcing of ocean general circulation models. *J. Phys. Oceanogr.*, **23**, 1389–1410.

**WOCE** (World Ocean Circulation Experiment), 1993: Workshop on WOCE Data Assimilation. *WOCE International Project Office, Report No. 102/93*, Wormley, UK, 37 pp.

**WOCE** (World Ocean Circulation Experiment), 1994: WOCE Strategy for Ocean Modelling. *WOCE International Project Office, Report No. 112/94*, Wormley, UK, 35 pp.

**Wolter**, K., 1989: Modes of tropical circulation, Southern Oscillation and Sahel rainfall anomalies. *J. Climate*, **2**, 149–172.

**Wright**, D.G. and T.F. Stocker, 1991: A zonally averaged ocean model for the thermohaline circulation. Part 1: Model development and flow dynamics. *J. Phys. Oceanogr.*, **21**, 1713–1724.

**Wright**, H.E., J.E. Kutzbach, T. Webb, W.F. Ruddiman, F.A. Street-Perrott and P.J. Bartlein, eds., 1993: *Global Climates Since the Last Glacial Maximum*. University of Minnesota Press, Minneapolis, MN, 544 pp.

**Wunsch**, C., 1989: Tracer inverse problems. In: *Ocean Circulation Models: Combining Dynamics and Data*, D.L.T. Anderson and J. Willebrand (eds.), Kluwer Academic, Hingham, MA, pp. 1–7.

**Wunsch**, C., 1994: The TOPEX/POSEIDON data. *AVISO Altimetry Newsletter No. 3*, pp. 14–16.

**Xue**, Y. and J. Shukla, 1993: The influence of landsurface properties on Sahel climate. Part I: Desertification. *J. Climate*, **6**, 2232–2245.

**Zhang**, G.J. and N.A. McFarlane, 1995: Sensitivity of climate simulations to the parametrization of cumulus convection in the Canadian Climate Centre general circulation model. *Atmosphere-Ocean*, **33**, 407–446.

**Zhang**, R.H. and M. Endoh, 1994: Simulation of the 1986-1987 El Niño and 1988 La Niña events with a free surface tropical Pacific Ocean general circulation model. *J. Geophys. Res.*, **99**, 7743–7759.

**Zhang**, S., R.J. Greatbatch and C.A. Lin, 1993: A re-examination of the polar halocline catastrophe and implications for coupled ocean-atmosphere modelling. *J. Phys. Oceanogr.*, **23**, 287–299.

# 6

---

# Climate Models – Projections of Future Climate

---

A. KATTENBERG, F. GIORGI, H. GRASSL, G.A. MEEHL, J.F.B. MITCHELL, R.J. STOUFFER, T. TOKIOKA, A.J. WEAVER, T.M.L. WIGLEY

Contributors:
*P.A. Barros, M. Beniston, G. Boer, T.A. Buishand, R. Colman, J. Copeland, P.M. Cox, A. Cress, J.H. Christensen, U. Cubasch, M. Deque, G. Flato, C. Fu, I. Fung, J. Garratt, S. Ghan, H. Gordon, J.M. Gregory, P. Guttorp, A. Henderson-Sellers, K.J. Hennessy, H. Hirakuchi, G.J. Holland, B. Horton, T. Johns, A. Jones, M. Kanamitsu, T. Karl, D. Karoly, A. Keen, T. Kittel, T. Knutson, T. Koide, G. Können, M. Lal, R. Laprise, R. Leung, A. Lupo, M. Lynch, C.-C. Ma, B. Machenhauer, E. Maier-Reimer, M.R. Marinucci, B. McAvaney, J. McGregor, L.O. Mearns, N.L. Miller, J. Murphy, A. Noda, M. Noguer, J. Oberhuber, S. Parey, H. Pleym, J. Raisanen, D. Randall, S.C.B. Raper, P. Rayner, J. Roads, E. Roeckner, G. Russell, H. Sasaki, F. Semazzi, C.A. Senior, S.V. Singh, C. Skelly, K. Sperber, K. Taylor, S. Tett, H. von Storch, K. Walsh, P. Whetton, D. Wilks, F.I. Woodward, F. Zwiers*

Modelling Contributors: see tables

# CONTENTS

Summary                                                                289

6.1  Introduction                                                      291
6.2  Mean Changes in Climate Simulated by Three-
     Dimensional Climate Models                                        291
     6.2.1 Simulation of Changes in Climate Since the
           Late 19th Century                                           291
           6.2.1.1 Estimates of the equilibrium response
                   due to the change in radiative forcing
                   from the late 19th century                          292
           6.2.1.2 Estimates of the time dependent response
                   to changes in radiative forcing since the
                   late 19th century using three-dimensional
                   climate models                                      295
     6.2.2 Time-dependent Projections of Mean Climate
           Change Using Global Coupled Atmosphere-
           Ocean Models                                                297
           6.2.2.1 Annual mean rates of change                         297
           6.2.2.2 Patterns of annual mean temperature
                   change                                              301
           6.2.2.3 Seasonal changes in temperature,
                   precipitation and soil moisture                     305
     6.2.3 The influence of flux adjustments                           310
     6.2.4 Interpretation of experiments                               311
     6.2.5 Summary and conclusions                                     315

6.3  Global Mean Temperature Changes for the
     IPCC (1992) Emission Scenarios                                    316
     6.3.1 Introduction                                                316
     6.3.2 Radiative Forcing                                           318
     6.3.3 Temperature Projections                                     322
     6.3.4 Longer Time-scale Projections                               324

6.4  Simulated Changes of Variability Induced by
     Increased Greenhouse Gas Concentrations                          325
     6.4.1 Simulated Changes in Intermonthly Variability               325
     6.4.2 Possible Changes in Interannual Variability                 327
     6.4.3 Decadal and Longer Time-scale Variability                   329
     6.4.4 Conclusions                                                 330

6.5  Changes in Extreme Events                                         330
     6.5.1 Introduction                                                330
     6.5.2 Background                                                  331
     6.5.3 Possible Changes in Daily Variability                       332
     6.5.4 Extreme Wind Events                                         332
           6.5.4.1 Mid-latitude storms                                 332
           6.5.4.2 Tropical cyclones                                   334
     6.5.5 Extreme Temperature Events                                  334
     6.5.6 Precipitation Extremes                                      335
     6.5.7 Summary and Conclusions                                     336

6.6  Simulation of Regional Climate Change                             336
     6.6.1 Regional Simulations by GCMs                                337
     6.6.2 Simulations Using Statistical Downscaling
           and Regional Climate Modelling Systems                      339
           6.6.2.1 Statistical downscaling                             339
           6.6.2.2 Regional modelling                                  340
     6.6.3 Conclusions                                                 344

6.7  Reducing Uncertainties, Future Model Capabilities
     and Improved Climate Change Estimates                            345
     6.7.1 Recent Progress and Anticipated Climate
           Model Improvements                                          345
           6.7.1.1 Improvements in the modelling of
                   clouds and associated radiative
                   processes                                           345
           6.7.1.2 Improvements in the ocean component
                   of climate models                                   346
           6.7.1.3 Flux adjustment and climate models                  347
           6.7.1.4 Long-time integrations                               347
           6.7.1.5 Sea ice model improvements                           347
           6.7.1.6 Improvements in land-surface
                   processes/modelling                                 347
           6.7.1.7 Improvements in radiation computation               348
     6.7.2 Global Carbon Cycle Models as Part of
           Climate Models                                              348
     6.7.3 Climate Models Including Tropospheric
           Chemistry                                                   349

References                                                            349

# SUMMARY

General circulation models (GCMs), and in particular coupled atmosphere-ocean general circulation models (AOGCMs), are the state-of-the-art tool for understanding the Earth's present climate, and for estimating the effects on past and future climate of various natural and human factors. This chapter focuses on the estimation of the effects on future climate of changes in atmospheric composition due to human activities. An important development since IPCC(1990) is the improved quantification of some radiative effects of aerosols, and climate projections presented here include, in addition to the effects of increasing greenhouse gas concentrations, some potential effects of anthropogenic aerosols.

Climate simulations using GCMs require substantial computer resources and it is not generally feasible to carry out separate simulations for a large number of forcing scenarios. In order to interpolate and extrapolate global mean projections from GCMs to a wider range of greenhouse gas and aerosol scenarios, simple upwelling diffusion-energy balance models are employed. These models are calibrated to give the same globally averaged temperature response as the global coupled GCMs. Since the amount of anthropogenic aerosols has most probably grown alongside the growth in fossil fuel use since pre-industrial times, the estimated historical changes of radiative forcing up to 1990 used in this report for global mean temperature projections include a component due to aerosols.

## Projections of global mean temperature

Using the IS92 emission scenarios, projected global mean temperature changes were calculated up to 2100 assuming low (1.5°C), "best estimate" (2.5°C) and high (4.5°C) values of the climate sensitivity (similar to IPCC (1990)). Taking account of increases of greenhouse gas concentrations alone (i.e., assuming aerosol concentrations remain constant at 1990 levels) the models project an increase in global mean temperature relative to the present of between 1 and 4.5°C by 2100 for the full range of IPCC scenarios. These projections are lower than the

corresponding projections presented in IPCC (1990) partly because of the inclusion of aerosols in the pre-1990 radiative forcing history and partly for other reasons, including revised understanding of the carbon cycle (see Chapter 2). Incorporating possible effects of future changes of anthropogenic aerosol concentrations implied by the IS92 scenarios leads to lower projections of temperature change of between 1°C and 3.5°C by 2100. In all cases these projections would represent a substantial warming of climate. Uncertainty in the projections is introduced by uncertainty in the climate sensitivity and by uncertainty in the radiative forcing scenarios.

## Projections of continental scale climate change

Spatial patterns of climate change in recent publications tend to confirm and extend the 1990 results. With increasing greenhouse gases, the warming of the land is generally more than that of the oceans, similar to equilibrium simulations. There is a minimum warming around Antarctica and in the northern North Atlantic which is associated with deep oceanic mixing in those areas. The maximum annual mean warming occurs in high northern latitudes associated with reduced sea ice cover. The warming here is largest in late autumn and winter, but becomes negligible for a short period in summer. There is little seasonal variation of the warming in low latitudes or over the southern circumpolar ocean. The diurnal range of land temperature is reduced in most seasons and most regions.

Including the effects of aerosols in simulations of future climate leads to a somewhat reduced warming in middle latitudes of the Northern Hemisphere and the maximum winter warming in high northern latitudes is less extensive.

All models produce an increase in global mean precipitation. If the direct effect of sulphate aerosol forcing is taken into account, the total increase in global precipitation is smaller, as would be expected with the smaller net warming. Precipitation increases in high latitudes in winter and in most cases the increases extend well into mid-latitudes. In the tropics, the patterns of

change vary from model to model, with shifts or changes in intensity of the main rainfall maxima. In general, changes in the dry subtropics are small. Recent coupled models (with increased greenhouse gases only) agree with earlier model results that mean south Asian monsoon rainfall could increase. In contrast the limited number of simulations with aerosols included show a reduction in monsoon precipitation relative to the current climate.

There is less confidence in simulated changes in soil moisture than in those of temperature. All models produce predominantly increased soil moisture in high northern latitudes in winter. Most models produce a drier surface in summer in northern mid-latitudes. This occurs most consistently over southern Europe and North America. Summer soil moisture in northern mid-latitudes increases when aerosol effects are included (in contrast to the decrease found in greenhouse gas-only simulations).

In response to increasing greenhouse gases, models show a decrease in the strength of the meridional circulation in the northern North Atlantic oceanic circulation, further reducing the strength of the warming around the North Atlantic. The increase in precipitation in high latitudes decreases surface salinity, inhibiting the sinking of water at high latitude which drives this circulation.

## Projections of regional scale climate change

Recent estimates of regional climate changes, that did not take into account the effects of aerosols, for the year 2030 for five areas match the spread of the earlier results reported in IPCC (1990): temperature changes due to a doubling of $CO_2$ concentration varied between 0.6°C and 7°C and precipitation changes varied from –35% to +50% of control run values. Tropospheric aerosols arising from human activities, because of their uneven spatial distribution, are likely to greatly influence future regional climate change.

Small changes in the mean climate or climate variability can produce relatively large changes in the frequency of extreme events (defined as events where a certain threshold is surpassed); a small change in the variability has a stronger effect than a similar change in the mean.

A general warming would tend to lead to an increase in extremely high temperature events and a decrease in winter days with extremely low temperatures (e.g., frost days in some areas). With increasing greenhouse gas concentration, many models suggest an increase in the probability of intense precipitation. A number of simulations also show in some areas an increase in the probability of dry days and the length of dry spells (consecutive days without precipitation). Where mean precipitation decreases, the likelihood of drought increases. New results reinforce the view that variability associated with the enhanced hydrological cycle translates into prospects for more severe droughts and/or floods in some places and less severe droughts and/or floods in other places.

In the few analyses available, there is little agreement between models on changes in storminess that might occur in a warmer world. Conclusions regarding extreme storm events are obviously even more uncertain. The formation of tropical cyclones depends not only on sea surface temperature (SST), but also on a number of atmospheric factors. Although some models now represent tropical storms with some realism for present day climate, the state of the science does not allow assessment of future changes.

Associated with the mean increase of tropical sea surface temperatures (SSTs) as a result of increased greenhouse gas concentrations, there could be enhanced precipitation variability associated with El Niño-Southern Oscillation (ENSO) events, especially over the tropical continents. Several AOGCMs generate ENSO-like SST variability in their simulations of present-day climate, and continue to do so with increasing greenhouse gas concentrations.

The consequences for global mean temperature of some scenarios leading to stabilisation of greenhouse gas concentrations have been analysed. In each case the climate shows considerable warming during the 21st century. Stabilisation of greenhouse gas concentration does not lead to an immediate stabilisation of global mean temperature, which continues to rise for hundreds of years afterwards due to the long time-scales of the oceanic response.

## 6.1 Introduction

This chapter on model projections of future climate change is central to this IPCC assessment. It presents estimates of the likely response of the climate system (described in Chapter 1) to scenarios of greenhouse gas and aerosol emissions (which are discussed in Chapter 2). The projections presented here rely heavily on results from general circulation models (GCMs); the underlying climatic processes and feedbacks that provide the greatest challenges to modellers are outlined in Chapter 4. Chapter 5 (Model evaluation) gives an assessment of current models, and Chapter 3 outlines recent observed trends.

The projected magnitudes, rates and patterns of climate change from the present chapter (temperature, wind, precipitation, soil moisture, etc.) form the basis of the sea level projections of Chapter 7 and link directly to the problems of the detection of climate change and its attribution to radiative forcing by greenhouse gases and aerosols (Chapter 8). Climate change projections form a cornerstone of the IPCC Working Group II report, where possible impacts of climate change are assessed.

The chapter's sections are ordered according to scale, both in time and space, and hence in order of increased uncertainty. The methodology moves from GCM results through energy balance to regional climate models and indirect methods like (statistical) downscaling. The final section, 6.7, looks to "Reducing Uncertainties, Future Model Capabilities and Improved Climate Change Estimates".

Section 6.2, "Mean Changes in Climate Simulated by Three-dimensional Climate Models", assesses recent climate model projections for the next decades or century on the globally averaged and continental scales on which the models are most likely to be trustworthy (Figure 6.1). Most results are obtained using (equivalent) $CO_2$-only scenarios starting from present day conditions. Two studies start with mid-19th century conditions and also take into account the negative radiative forcing of sulphate aerosols (direct effect), though the results have not yet been fully analysed. These studies are a first step towards incorporating more realistic forcings into the models.

Section 6.3, "Global Mean Temperature Changes for the IPCC (1992) Emission Scenarios", presents results of climate projections that explore the response of the climate system to different emission scenarios. Due to the computing costs, this type of calculation cannot be done directly with GCMs. The upwelling diffusion-energy balance (UD/EB) models employed in this section contain important simplifications, but have the advantage of computational efficiency and physical transparency. The UD/EB model employed in Section 6.3 has been calibrated to give a similar globally averaged response as global coupled climate models.

Section 6.4, "Simulated Changes of Variability Induced by Increased Greenhouse Gas Concentrations", discusses results from coupled atmosphere-ocean GCMs in more detail. Possible changes in variability from monthly to decadal time-scales show little consistency between different simulations, and there is less confidence in this type of result than in the large-scale changes and patterns described in Sections 6.2 and 6.3.

Sections 6.5 on "Changes in Extreme Events" and 6.6 on "Simulation of Regional Climate Change" assess climate model results for small time and spatial scales. Such results are potentially of great practical significance, but confidence in them is at present very low.

## 6.2 Mean Changes in Climate Simulated by Three-Dimensional Climate Models

By the time of writing of the 1992 IPCC Supplementary Report (IPCC 1992), only four centres had completed extended transient coupled experiments. An additional seven centres have now completed such experiments (Table 6.3: details of many of the models are given in Table 5.1 of Chapter 5), and the original four centres have completed new simulations with higher resolution and/or different scenarios. Here we assess the results from transient simulations with a gradual increase in $CO_2$; these largely confirm the findings in IPCC (1992). As noted in Section 2.4, forcing from sulphate aerosols may have a marked effect on spatial patterns of climate change, even if their global mean forcing is small relative to that from greenhouse gases. We also consider new transient simulations which indicate the likely additional effect on the magnitude and patterns of climate change of increases in concentrations of sulphate aerosols. A wider range of emission scenarios using simpler energy balance models is considered in Section 6.3. Finally, additional technical matters which are nevertheless pertinent to the interpretation of model results are considered.

### 6.2.1 Simulation of Changes in Climate Since the Late 19th Century

In Chapter 5, the ability of climate models to represent the current climate and its variability was assessed. Before considering predictions of future climate, we examine the ability of models to reproduce changes in climate over the period of the instrumental temperature record (from the latter half of the 19th century to present).





**Figure 6.1:** A qualitative description of modelled anthropogenic climate change for some temperature (a), and hydrological indicators (b).

### 6.2.1.1 *Estimates of the equilibrium response due to the change in radiative forcing from the late 19th century*

Because of the expense of running fully coupled atmosphere-ocean models, preliminary attempts to estimate the effect of past changes in radiative forcing have used atmospheric models coupled to a simple oceanic well mixed layer. This allows an estimate of the equilibrium response to be made with much less computing time required than for a full climate model. However, these calculations neglect the thermal inertia of the deep ocean, and so give an exaggerated response, particularly in regions of deep mixing (see Section 6.2.2). Note that the equilibrium global mean temperature response of a model to doubling atmospheric $CO_2$ is often referred to in this report as the model's "climate sensitivity".

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 112 of 421

**Table 6.1:** *Equilibrium global mean response to the increase in greenhouse gases and sulphate aerosol concentrations over the 20th century. The experimental designs in the four studies differ, so some of the entries are derived under specific assumptions defined below.*

| | Study | Sensitivity to Doubling $CO_2$ (°C) | Direct Aerosol Forcing (Wm$^{-2}$) | Temperature response of equilibrium due to aerosols (°C) | Temperature response of equilibrium to combined aerosol and $CO_2$ forcing since 1900 (°C) |
|---|---|---|---|---|---|
| S1 | Roeckner *et al.* (1995) | 2.8 | –0.7 | –0.9[*] | 0.5 |
| S2 | Taylor and Penner (1994) | 5.2[#] | –0.9 | –0.9 | 0.6+ |
| S3 | Mitchell *et al.* (1995a) | 5.2 | –0.6 | –0.8 | 1.6 |
| S4 | Le Treut *et al.* (1995) | 3.9 | –0.3 (direct) –0.8 (indirect) | –1.6[§] | 0.0[§] |

S1 and S3 use the aerosol distribution of Langner and Rodhe (1991) and represent aerosols as an increase in surface albedo. S2 derives the sulphate loading from a coupled atmosphere sulphur cycle model and includes an explicit radiative scattering treatment of aerosols.

[*] Assuming 40% increase in $CO_2$ gives 50% of the warming due to doubling, and subtracting this value from the combined forcing experiment in the final column.

[#] Assuming 25% increase in $CO_2$ gives 29% of the warming due to doubling.

[+] Using a 25% increase in $CO_2$, whereas S1 and S3 use a 40% increase to allow for changes in all greenhouse gases.

[§] The forcing used includes both the estimated direct and indirect forcing. In the last column, $CO_2$ was increased by 25%. Substantially higher sensitivities are found if a colder control simulation is used. Although the global mean temperature change in S4 is zero, the model gives a cooling in the Northern Hemisphere and a warming in the Southern Hemisphere.

### Radiative forcing

IPCC (1990) estimated the changes in radiative forcing since pre-industrial times due to increases in well-mixed greenhouse gases. The change in radiative forcing since 1900 is approximately equivalent to that given by a 40% increase in $CO_2$. The equilibrium response to the explicit trace gases and an equivalent increase in $CO_2$ are broadly similar. Wang *et al.* (1992) did find some difference in the patterns of change when using changes in equivalent $CO_2$ instead of changes in the individual gases, but the difference is small compared with that between different models with identical forcing. The equilibrium distribution of warming due to increases in $CO_2$ was discussed extensively in the 1990 IPCC report.

In the last few years, quantitative estimates have also been made of the direct effect of changes in sulphate aerosol concentrations on the Earth's radiation balance (Chapter 2). The equilibrium response to the scattering of radiation by sulphate aerosols has been estimated using atmospheric models coupled to a simple model of the oceanic mixed layer (Table 6.1). Distributions of current sulphate aerosol loading due to human activity were calculated off-line (Langner and Rodhe, 1991) or in the climate model (Taylor and Penner, 1994). The estimated global mean radiative forcing ranges from –0.6 Wm$^{-2}$ to –0.9 Wm$^{-2}$ for scattering by sulphate aerosols (Table 6.1) compared with –0.8 to –0.2 Wm$^{-2}$ (central value –0.4 Wm$^{-2}$) for the direct forcing estimated in Section 2.4.2.1. In studies S1 and S3, the aerosol forcing is approximated by an increase in surface albedo, following Charlson *et al.* (1991), though Mitchell *et al.* (1995a) found a high spatial correlation between the resulting forcing and that calculated using an explicit scattering scheme with the same aerosol distribution. Note also that the simulations in Table 6.1 ignore other radiative forcing factors including the indirect effect of sulphate aerosols (not S4), volcanic aerosols, biogenic aerosols, soot, ozone and solar variations. In Chapter 2, the net effect of the direct effect and these other factors is estimated to be probably a small cooling though there is large uncertainty both in the net global mean forcing and its geographical distribution.

Because of their short atmospheric lifetime, aerosol concentrations are largest near their source region. Hence, in contrast to the well-mixed greenhouse gases, they have the

potential to produce strong regional changes in climate even if their global mean radiative forcing is relatively small. As a result, their relative importance is greater than might be deduced by considering only global mean quantities.

### Mean surface air temperature

The direct sulphate aerosol forcing produces a cooling which is most pronounced over the northern mid-latitude continents and downwind oceanic regions. The cooling is also large in the vicinity of winter sea ice, even though the radiative forcing is zero at this time (the polar night). This is because the aerosol cooling is spread by the atmospheric circulation and amplified locally through temperature sea ice feedbacks as in $CO_2$ only simulations (see for example, Ingram *et al.*, 1989, Mitchell *et al.*, 1995a).

When combined with the increase in greenhouse gases since 1900, the aerosol effect is sufficient to produce areas of net cooling over regions of eastern North America, the Middle East and eastern China in two of the three experiments (S1, S2; see Table 6.1). In S2, it has been shown that the patterns correlate more closely with the observed changes than do simulations with increases in equivalent $CO_2$ only (Santer *et al.*, 1995; see also the section on transient simulations below and Chapter 8).

In energy balance models it is usually assumed that the sensitivity of global mean surface temperature to global mean aerosol forcing (defined here as temperature response/unit forcing) is the same as to global mean greenhouse gas forcing. There is some evidence that the sensitivity to aerosol forcing is greater than to $CO_2$ forcing, at least for small amounts of aerosol (Table 6.1). However, because of the large interdecadal variability of temperature and the small aerosol forcing generally used, longer experiments than those listed in Table 6.1 are required to demonstrate that the apparent difference is not an artefact of poor sampling. With a larger aerosol forcing, and hence a larger signal-to-noise ratio, Mitchell *et al.* (1995a) found that sensitivity to aerosol and greenhouse gas forcing was similar. This result suggests that using the same global mean climate sensitivity for greenhouse gases and direct sulphate aerosol forcing, as in Section 6.3, may not lead to serious error.

The range of estimates of forcing due to factors other than well-mixed greenhouse gases in Section 2.4.2 encompasses global mean forcings of up to $-2$ to $-3$ Wm$^{-2}$. The large range of uncertainty makes it difficult to validate models against the observational record, and to estimate the radiative forcing of these factors in the future. Many of the factors considered (sulphate aerosols, soot, tropospheric ozone) are concentrated over the northern mid-latitude continents. It is possible that the larger estimates of

negative radiative forcing would produce a temperature change in this region which is inconsistent with the observed record. For example, in S3, an additional sensitivity experiment with tripled aerosol forcing (giving a global mean forcing of $-1.8$ Wm$^{-2}$) and adding the current greenhouse gas forcing gave an unrealistically large area of cooling over the northern continents when compared with the observed changes this century. Thus, it may be possible to use models in this type of experiment to provide an upper limit to the net radiative cooling due to factors other than well-mixed greenhouse gases.

### Diurnal range

In recent decades, a widespread decrease in diurnal temperature range has been reported over the main continents (Chapter 3). In IPCC (1990), a few studies reported a small decrease in diurnal range in equilibrium $2 \times CO_2$ experiments, though at that stage no detailed analysis had been performed. More recent studies show that decreases are associated with increased evaporative cooling and other features accompanying climate warming (Cao *et al.*, 1992, Hansen *et al.*, 1995). The changes vary with location and season, and from model to model, though decreases are predominant (for example Cao *et al.*, 1992; Cubasch *et al.*, 1995a; Hansen *et al.*, 1995; Mearns *et al.*, 1995b; Mitchell *et al.*, 1995a). In general, increases in diurnal range are associated with reductions in cloud or soil moisture.

The most obvious effect of aerosol forcing is a tendency to reduce diurnal range, since it reduces the amplitude of the diurnal cycle of insolation. However, simulations with aerosol forcing included indicate that other feedbacks can counteract this effect. Sulphate aerosols can cool climate leading to a reduction in evaporative cooling of the surface, and an increase in global mean diurnal range (Hansen *et al.*, 1995; Mitchell *et al.*, 1995a). In other words, the cooling reverses the processes that lead to a reduced diurnal range in $CO_2$ only experiments. In these two studies, it is only in regions of maximum aerosol loading that the reduction in the diurnal amplitude of solar heating due to the presence of aerosol is sufficient to produce a net reduction in diurnal range due to aerosols. One consequence of this finding, if correct, is that the observed reduction in diurnal range cannot necessarily be attributed to increases in sulphate aerosols.

The effect of $CO_2$ and of aerosols on diurnal range is illustrated in Table 6.2 and Figure 6.2. In equilibrium simulations with a 40% increase in $CO_2$ (which gives the increase in greenhouse gas forcing from 1990 to present) there is a widespread reduction in diurnal range (Figure 6.2b). For comparison, the observed change in diurnal

**Table 6.2:** *Changes in diurnal range of 1.5 m temperature averaged over seasons and the annual cycle. The simulated and observed values are averaged over the regions where observations are available (see Figure 6.2a). The observed data are from Horton (1995) and the simulations from S3 (see Table 6.1). The changes in greenhouse gas forcing (represented by an equivalent increase in $CO_2$) and direct sulphate aerosol forcing are those estimated to have occurred since 1900. Note that the observed changes are available only over the latter half of this period and are the difference between the mean for 1981 to 1990 and the mean for 1951 to 1980.*

| Source | DJF* | MAM* | JJA* | SON* | YEAR |
|---|---|---|---|---|---|
| Simulated, increase in equivalent $CO_2$ since 1900 | –0.46 | –0.35 | –0.08 | –0.34 | –0.29 |
| Simulated, aerosol forcing and equivalent $CO_2$ increase since 1990 | –0.43 | –0.27 | –0.16 | –0.32 | –0.27 |
| Observations of recent change (1981 to 1990 mean less 1951 to 1980 mean) | –0.28 | –0.17 | –0.19 | –0.36 | –0.19 |

\* DJF = December, January, February; MAM = March, April, May; JJA = June, July, August; SON = September, October, November.

range from the mean for 1950 to 1980 to the mean for 1980 to 1990 is shown in Figure 6.2a. (Observed data from the beginning of the century are unreliable, but the period corresponds to when most of the increase in radiative forcing occurred and so allows qualitative comparison). The addition of aerosol effects (S3, Figure 6.2c) leads to slightly larger reductions in diurnal range in parts of mid-latitudes. The seasonal variation of the changes in diurnal range is similar to that observed, with smaller reductions occurring in northern spring and summer (Table 6.2). The observed changes are discussed in Section 3.2.2.4. Hansen *et al.* (1995) find that increases in $CO_2$ and aerosols alone are insufficient to explain the observed reduction in diurnal range, which they can only explain by additionally increasing cloud.

In summary, models in general produce decreases in diurnal range over much of the mid-latitude continents when forced with increases in aerosols, but the simulated magnitude varies from model to model, and the relative importance of different physical mechanisms leading to the observed diurnal range is uncertain. Additional uncertainties in radiative forcing (Chapter 2) and the observed changes (Chapter 3) mean that changes in diurnal range may be a poor diagnostic for model validation.

*6.2.1.2 Estimates of the time dependent response to changes in radiative forcing since the late 19th century using three-dimensional climate models*
Since 1990, several new studies have attempted to reproduce the instrumental temperature record from the late 19th century to present, including two using fully

coupled GCMs (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995b (runs *y* and *z* respectively in Table 6.3)). As in the equilibrium simulations, the increases in greenhouse gases may be represented by an equivalent increase in $CO_2$, and the evolution of greenhouse gas forcing has been taken from a variety of sources including IPCC (1990).

When increases in greenhouse gases only are taken into account in simulating climate change over the last century, most GCMs (Hansen *et al.*, 1993, Mitchell *et al.* 1995b – Figure 6.3;) and energy balance models (Wigley and Raper, 1992; Schlesinger *et al.*, 1993; Murphy, 1995b) produce a greater warming than that observed to date, unless a lower climate sensitivity than that found in most GCMs is used (see Figure 8.4).

As noted above, there is growing evidence that increases in sulphate aerosols are partially counteracting the radiative forcing due to increases in greenhouse gases (Chapter 2). The temporal evolution of sulphate aerosol concentrations can be estimated from sulphur emission inventories (for example, Dignon and Hameed, 1989), assuming a constant ratio between emissions and concentrations, or through an explicit sulphur cycle model. To generate spatial distributions of sulphate aerosol concentration for use in transient GCM simulations, Hasselmann *et al.* (1995) used decadal means derived using the MOGUNTIA model (Langner and Rodhe, 1991), whereas Mitchell *et al.* (1995b) scaled the pattern given by Langner and Rodhe (1991) by the global mean emissions for each decade. Both the GCM experiments included only the direct effect of sulphate aerosols, represented by an appropriate increase in surface albedo (see Section 6.2.1.1).



**Figure 6.2:** Equilibrium changes in annual mean diurnal range of surface air temperature. (a) Observations (difference in 1980–1990 and 1951–1980 means) (from Horton, 1995). Contours every 0.25°C. (b) Simulated due to a 40% increase in $CO_2$. Contours every 0.5°C (from Mitchell *et al.*, 1995a). (c) Simulated due to a 40% increase in $CO_2$ and the direct effect of current industrial sulphate aerosols. Contours every 0.5°C (from Mitchell *et al.*, 1995a).



**Figure 6.3:** Simulated global annual mean warming from 1860 to 1990, allowing for increases in equivalent $CO_2$ only (dashed curve) and allowing for increases in equivalent $CO_2$ and the direct effects of sulphates (flecked curve) (Mitchell *et al.*, 1995a). The observed changes are from Parker *et al.* (1994). The anomalies are calculated relative to 1880–1920.

When cooling due to aerosols is included in some form, then an improved agreement with the observational record of global mean surface temperature in the last few decades is found in almost all studies (for example Figures 6.3) using models with the level of climate sensitivity found in current AOGCMs. As in the equilibrium experiments described above, the aerosol forcing considerably reduces the surface warming in the northern extratropics, and even leads to cooling in some regions. The amplification of the surface warming in northern high latitudes is also reduced – for example in *z* the warming in the Arctic from period 1880 to 1920 to the decade 1980 to 1990 is similar to the global mean warming. Mitchell *et al.* (1995b) found that the spatial correlation of simulated temperature change with that observed is also higher in the last few decades when aerosol effects are included (see also Figure 8.6). This indicates that the effect of sulphate aerosol and other forcings should be taken into account in attempts to detect or attribute climate change, as noted in Chapter 8.

Three factors need to be considered in assessing these results. First, we do not know how well a perfect model driven with the correct radiative forcing would agree with the observational record, as we do not know the level of internal variability of climate on decadal and longer time-scales. Second, it is possible in principle to get a similarly good fit to the observed global mean record if the climate sensitivity and aerosol forcing are both increased (or decreased). As there are large uncertainties in both radiative forcing (Chapter 2) and climate sensitivity, the

ability of a model to reproduce the past record does not necessarily imply that its climate sensitivity or the assumed radiative forcing is correct. Note in particular that these preliminary GCM studies include only an estimate of the direct forcing due to sulphate aerosols and neglect other potentially large sources of natural and anthropogenic forcing. Finally, there are uncertainties in the observations, particularly in remote regions and in the early part of the observational record.

### 6.2.2 Time-dependent Projections of Mean Climate Change Using Global Coupled Atmosphere-Ocean Models

Experiments that study the time-dependent evolution of climate are called "transient" experiments. The various coupled atmosphere-ocean climate model experiments carried out to date span a wide range of forcing scenarios, climate sensitivities (the equilibrium or long-term global mean temperature response to doubling $CO_2$ concentrations) and initial conditions (Table 6.3). The experiments are referenced by the letter assigned in Table 6.3, and the version of the model used by the number in Table 5.1. Fuller references to the experiments are given in Table 6.3.

Most transient experiments with AOGCMs are based on certain simplifying assumptions. First, they represent the effect of increases in all greenhouse gases by increases in $CO_2$ (Chapter 5). Second, apart from experiments *x*,*y*,*w* and *z*, they ignore the effects of the historical increases in forcing which leads to an underestimate of the initial rate of change (the "cold start", described in Section 6.2.4). Finally, they use simplified versions of the IPCC scenarios. A majority of the experiments assume a 1%/yr compound increase in $CO_2$ which gives a doubling of $CO_2$ after 70 years (Table 6.3). With a 1%/yr increase in equivalent $CO_2$, the radiative forcing is generally about 20% greater than that under Scenario IS92a which gives a doubling of equivalent $CO_2$ after about 95 years. For comparison, the actual increase in equivalent $CO_2$ (i.e., allowing for increases in $CO_2$ and other trace gases) over the last decade or so has been about 0.7%/yr which, if maintained, would lead to a doubling of equivalent $CO_2$ in 100 years.

#### 6.2.2.1 Annual mean rates of change
**Simulations with increases in greenhouse gases only**
In experiments forced with a 1%/yr increase in $CO_2$, the rate of warming at the time of doubled $CO_2$ varies from about 0.17°C/decade to 0.5°C/decade (Figure 6.4). This spread is not surprising given that the estimated equilibrium warming for a doubling of $CO_2$ for the models in Figure 6.4 varies from 2.1 to 4.6°C (Table 6.3). The

**Table 6.3**: *Summary of transient coupled atmosphere–ocean GCM experiments used in this assessment. Each experiment (run) is denoted by a letter in the text, and the model is referenced by the number used in Table 5.1. The scenario gives the rate of increase of $CO_2$ used – most experiments use 1%/yr which gives a doubling of $CO_2$ after 70 years (IS92a gives a doubling of equivalent $CO_2$ after 95 years). The ratio of the transient response at the time of doubled $CO_2$ to the equilibrium (long-term) response to doubling $CO_2$ is given if known.*

| Centre | Model No. | Experiment | Reference | Flux adjusted? | Scenario | Warming at doubling[†] | Equilibrium warming | Ratio(%)[†] |
|---|---|---|---|---|---|---|---|---|
| BMRC | 1 | *a* | Power *et al.*, 1993; Colman *et al.*, 1995 | No | 1%/yr | 1.35 | 2.1 | 63 |
| CCC | 2 | *b* | G. Boer (pers. comm) | Yes | 1%/yr | – | 3.5 | |
| COLA | 4 | *c* | E. Schneider (pers. comm) | No | 1%/yr | 2.0 | – | |
| CSIRO | 5 | *d* | Gordon and O'Farrell, 1996 | Yes | 1%/yr | 2.0 | 4.3 | 47 |
| GFDL | 6 | *e* | Stouffer (pers. comm.) | Yes | 0.25%/yr | *2.6* | 3.7 | |
| „ | 6 | *f* | Stouffer (pers. comm.) | Yes | 0.50%/yr | *2.4* | 3.7 | |
| „ | 6 | *g* | Manabe *et al.*, 1991, 1992 | Yes | 1%/yr | 2.2 | 3.7 | 59 |
| „ | 6 | *h* | Stouffer (pers. comm.) | Yes | 2%/yr | *1.8* | 3.7 | |
| „ | 6 | *i* | Stouffer (pers. comm.) | Yes | 4%/yr | *1.5* | 3.7 | |
| „ | – | *j* | Stouffer (pers. comm.) | Yes | 1%/yr | – | – | |
| GISS | 7 | *k* | Russell *et al.*, 1995; Miller and Russell, 1995 | No | 1%/yr | 1.4 | – | |
| IAP | 9 | *l*[A] | Keming *et al.*, 1994 | Yes | 1%/yr | 2.5 | – | |
| MPI | 11 | *m*[B] | Cubasch *et al.*, 1992, 1994b; Hasselmann *et al.*, 1993; Santer *et al.*, 1994 | Yes | IPCC90A | *1.3* | 2.6 | *50* |
| „ | 11 | *n* | Cubasch *et al.*, 1992; Hasselmann *et al.*, 1993; Santer *et al.*, 1994 | Yes | IPCC90D | na | 2.6 | |
| „ | 12 | *o* | | Yes | IPCC90A | *1.5* | – | |
| „ | – | *x*[C] | Hasselmann *et al.*, 1995 | Yes | IPCC90A | na | 2.6 | |
| „ | – | *y*[D] | Hasselmann *et al.*, 1995 | Yes | Aerosols | na | 2.6 | |
| MRI | 13 | *p* | Tokioka *et al.*, 1995 | Yes | 1%/yr | 1.6 | – | |
| NCAR | – | *q* | Washington and Meehl, 1989 | No | 1%/yr* | *2.3* | 4.0 | 58 |
| „ | 14 | *r*[E] | Washington and Meehl, 1993, 1996; Meehl and Washington, 1996 | No | 1%/yr | 3.8 | 4.6 | 83 |

| Centre | Model No. | Experiment | Reference | Flux adjusted? | Scenario | Warming at doubling[†] | Equilibrium warming | Ratio(%)[†] |
|--------|-----------|------------|-----------|----------------|----------|------------------------|---------------------|-------------|
| UKMO | – | *s* | Murphy 1995 a,b; Murphy and Mitchell, 1995 | Yes | 1%/yr | 1.7 | 2.7 | 64 |
| ,, | 16 | *t*[F] | Johns *et al.*, 1996; Keen, 1995 | Yes | 1%/yr | 1.7 | 2.5 | 68 |
| ,, | 16 | *w*[G] | Johns *et al.*, 1996; Tett *et al.*, 1996; Mitchell *et al.*, 1995b; Mitchell and Johns, 1996 | Yes | 1%/yr | na | 2.5 | |
| ,, | 16 | *z*[H] | Johns *et al.*, 1996; Tett *et al.*, 1996; Mitchell *et al.*, 1995b; Mitchell and Johns, 1996 | Yes | Aerosols | na | 2.5 | |

na = not available

†     Numbers in italics indicate simulations with other than a 1%/yr increase in $CO_2$.

*     1%/yr of current $CO_2$ concentrations.

A     Polar deep ocean quantities constrained (see Chapter 5).

B     Three additional 50 year runs, each from different initial conditions.

C     $CO_2$ from IPCC scenario 90A after forcing with greenhouse gas forcing from 1880 to 1990

D     As C with a representation of aerosol forcing, with increases after 1990 based on IS92a.

E     Equilibrium model excluded sea ice dynamics.  Coupled model has warmer than observed tropical SSTs and a vigorous ice albedo feedback (Washington and Meehl, 1995) contributing to the high sensitivity.

F     Average of three experiments from different initial conditions.

G     $CO_2$ increased by 1%/yr from 1990.  Observed greenhouse gas forcing used from 1860 to 1990.

H     As G with a representation of aerosol forcing, with increases of aerosol and greenhouse gases after 1990 based on IS92a.

*Climate Models – Projections of Future Climate*



**Figure 6.4:** Comparison between several AOGCM simulations (climate sensitivities between 2.1 and 4.6°C), the UD/EB model of Section 6.3 (climate sensitivity 2.5°C) and the simple climate model of Section 7.5.3 (climate sensitivity of about 2.2°C). All models were forced with 1%/yr (compound) increase of atmospheric $CO_2$ concentration from equilibrium or near-equilibrium in 1990.

results straddle the 0.3°C/decade estimated with a simpler UD/EB model for Scenario IS92a (IPCC, 1992) when an equilibrium sensitivity of 2.5°C to doubling $CO_2$ is assumed. Note that the initial rate of warming in the coupled model experiments is generally small because the historical build up of greenhouse gases has been neglected (see Sections 6.2.1.2 and 6.2.4).

Two new experiments have been completed using the historical increase in greenhouse gas forcing from the end of the last century to the present, followed by $CO_2$ increasing by either 1%/yr (*w*), or according to the older IPCC (1990) Scenario A (*x*) which is roughly equivalent to a 1.2%/yr increase in $CO_2$. Hence the forcing is slightly larger than in IS92a, but climate sensitivity of both models is close to the IPCC (1990) "best estimate" value. The rate of warming in the early 21st century is close to 0.3°C/decade, in reasonable agreement with the simpler UD/EB model results noted above.

*Simulations with greenhouse gas and aerosol forcing*

Since IPCC (1990), attempts have been made to include the effects of increases in sulphate aerosol concentrations in models, as these may have a strong influence on patterns of climate change (see Section 2.4, Section 6.2.1, Chapter 8). The two experiments above which included the historical increase in greenhouse gas forcing (x, and w) were repeated with the direct effect of increases in sulphate aerosol represented by an increase in surface albedo (Section 6.2.1.2). The distribution of sulphate aerosols concentrations from 1990 in each case was derived using the MOGUNTIA sulphur cycle model (Langner and Rodhe, 1991) and sulphur emission scenarios under IS92a (IPCC, 1992). In z, the global mean aerosol forcing increases from 0.6 $Wm^{-2}$ in 1990 to about 1.3 $Wm^{-2}$ in 2050. IS92a assumes a doubling of sulphur emissions by 2050. Given the uncertainties in future sulphur emissions and in converting from sulphate concentrations to forcing,

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 120 of 421

*Climate Models – Projections of Future Climate* 301



**Figure 6.5:** Simulated global annual mean warming from 1880 in two simulations with greenhouse gas forcing only, MPI (*x*) and UKMO(*w*), and two simulations which include both greenhouse gas and direct sulphate aerosol forcing, MPI(*y*) and UKMO(*z*) (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a). The control runs for each model are also shown. Experiment details are given in Table 6.3.

and the neglect of other factors including indirect forcing by sulphates, these experiments should be regarded primarily as sensitivity studies which indicate the potential influence of sulphate aerosols.

The rate of warming is 0.2°C/decade, as opposed to 0.3°C/decade with increases in $CO_2$ alone (Mitchell *et al.* 1995b, Hasselmann *et al.* 1995) (Figure 6.5), in good agreement with earlier calculations using an energy balance model (Wigley and Raper, 1992, Figure 8.4). The addition of aerosol forcing leads to changes in the simulated patterns of change in northern mid-latitudes, as discussed below.

### 6.2.2.2 *Patterns of annual mean temperature change*
**Simulations with increases in greenhouse gases only**
All models produce a greater warming over land than over the sea (e.g., Figure 6.6). Although the greater thermal inertia of the oceans may contribute to this, a similar feature is evident in equilibrium simulations with a simple ocean (for example, IPCC 1990). Simulated feedbacks are generally stronger over the land than the ocean (for example, Murphy, 1995b). One reason is that in higher latitudes, the presence of snow produces a positive temperature albedo feedback which is absent over the ocean. The temperature response will also be enhanced over dry land relative to the ocean because evaporative cooling is restricted leaving more of the increased radiative heating to raise the surface temperature.

These and other feedbacks may be enhanced or reduced by changes in cloudiness (for example, Wetherald and Manabe, 1995). The magnitude and even sign of the cloud feedback is uncertain (Chapter 4, Senior and Mitchell, 1993), so the strength of the land sea contrast will vary from model to model. Nevertheless, the enhanced warming over land remains a robust feature of all models and is physically based.



**Figure 6.6:** Annual mean temperature response of the BMRC and CSIRO AOGCMs (see Table 6.3) to a 1%/yr increase in CO$_2$, averaged around the time of doubled CO$_2$. (a) From model 1, experiment *a* (no flux adjustment); (b) from model 5, experiment *d* (with flux adjustment).

There is a minimum warming (*a,d,e,l,r,t,x,w*), or even regions of cooling (*k,q,m,s*) in the high latitude southern ocean (for example, Figure 6.6). The minimum warming is associated with increases in the thermal inertia of the ocean due to deep convection and large-scale vertical motions which occur in the present climate (for example, Drijfhout *et al.*, 1996). The simulated deep mixing in this region is supported by measurements of the penetration of inert tracers on decadal time-scales (for example, Warner and Weiss, 1992). Recent studies (England, 1995; Robitaille and Weaver, 1995, also Sections 5.3.3.2 and 5.3.3.4.1)

suggest that current ocean models may produce excessive vertical mixing in this region. If this is confirmed, the degree to which the warming is retarded around the southern ocean may be exaggerated.

The position and strength of this minimum varies from model to model. It is generally around 60°S, though in *a* it is closer to Antarctica (Figure 6.6a), whereas in *d* (Figure 6.6b) and *t,w* it is further north. Note that in some models (for example, *l*) there is very little sea ice in the control. This considerably weakens the sea ice albedo feedback, but would not be expected to produce a minimum warming at



**Figure 6.7:** Radiative forcing (Wm$^{-2}$) and annual mean temperatures changes (°C) under Scenario IS92a, from 1795 to 2030–2050. (a) Equivalent CO$_2$ forcing. (b) Temperature response to equivalent CO$_2$ forcing. (c) Forcing due to aerosols and CO$_2$ combined. (d) Temperature response to combined aerosol and CO$_2$ forcing . (e) Aerosol forcing. (f) Temperature response to aerosol forcing ((d) − (b)). From Mitchell *et al.*, 1995b.

these latitudes. In *r*, which has relatively weak vertical mixing in these latitudes, the warming around Antarctica is larger than in other models.

Most models produce a region of minimum warming in the northern North Atlantic (Figure 6.6), another region of deep oceanic mixing (Weiss *et al.*, 1985; Smethie, 1993). This feature is absent in *p* which produces a very feeble North Atlantic meridional circulation in the simulation of present climate (Table 5.5), perhaps indicative that deep mixing is weak or absent, and is muted in *a*, which also has weak meridional overturning in the North Atlantic. In contrast, *k* produces a cooling which extends into the Norwegian Sea.

Many studies report a decrease in the strength of the North Atlantic thermohaline (meridional) circulation (*a,d-i,k,m,s,t,w*). Note that in two models (*a,k*), the thermohaline circulation is weak or weakening throughout the control simulation and in *p* this circulation is almost non-existent (Chapter 5). The strength of the reduction varies from model to model, from around 30% at the time of doubling (*g,s*) to less than 10% (*t*). This change has been studied in more detail in only a few experiments (*g,s,m*). In the warmer climate, the decrease is associated with an increase in the moisture supply to the surface (precipitation in high latitudes increases more than evaporation) which reduces the salinity and thus the density of surface water, and inhibits the sinking of water at high latitudes (e.g., Manabe *et al.*, 1991, Murphy and Mitchell, 1995). These authors also find a similar freshening of the upper layers in high southern latitudes. The greater penetration of heat in high latitudes may also reduce the meridional density gradient, further slowing the meridional circulation. The weakening of this circulation further inhibits warming, or may even produce local cooling (for example, Figure 6.7b), in regions of deep water formation.

In one study (*g*), the thermohaline circulation stopped altogether when the concentration of $CO_2$ was increased fourfold, and did not recover when the $CO_2$ level was maintained at this level for several centuries (Manabe and Stouffer, 1994). However, when $CO_2$ was gradually doubled and then held fixed in the same model, the thermohaline circulation first weakened and then returned to its original strength.

Several simulations show a differential mean warming of sea surface temperatures across the tropical Pacific with the eastern Pacific warming faster than the western Pacific (*g,k,r*). This is similar to the pattern of SST anomalies associated with ENSO events as well as the decadal time-scale pattern of SST change in the tropical Pacific (Chapter 3). In *g* (Knutson and Manabe, 1995), the difference

between the warming in the east and west is relatively small in comparison to the mean tropical sea surface temperature warming (about 1°C compared to a 4–5°C mean warming in a $CO_2$ quadrupling experiment), and was not clearly evident until about a century of the integration was completed with $CO_2$ increasing at 1%/yr. In *k* and *r*, the pattern of change becomes evident by the time of doubling (Meehl and Washington, 1996; Tett, 1995). Associated with the reduced zonal gradient in sea surface temperature in *g,q* is a mean precipitation change that resembles in some respects the precipitation anomalies associated with present day ENSO events, i.e., relatively greater increases in precipitation occur in the mean over the central equatorial Pacific, with relatively small increases or some decreases elsewhere in the Inter Tropical Convergence Zone (ITCZ), the South Pacific Convergence Zone as well as in the far western Pacific over Indonesia and northern Australia.

Finally, we consider changes in the diurnal range of temperature, since observations suggest this parameter has diminished in many regions in recent decades (Chapter 3). Some of the coupled models omit the diurnal cycle of insolation (*f–j,q,r*), and of those that do not, only a few (*a,d,k,s,t,w,z*) report changes in diurnal range. Most find small reductions in global annual mean diurnal range (e.g., Figure 6.8). The local changes vary with location and season, and from model to model, though decreases are predominant in the extratropics (*s,t,w,z*), except in *k* which reports substantial areas of increase in mid-latitudes. The mechanisms of change in diurnal range are discussed in more detail in Section 6.2.1.1.



**Figure 6.8:** Changes in global mean diurnal range of surface temperatures during years 60 to 79 of a simulation by the BMRC AOGCM (Model 1 – see Table 6.3) in which $CO_2$ is increased by 1%/yr (Colman *et al.*, 1995). The linear trends in minimun and maximum temperature over the same period are also shown.

**Simulations with greenhouse gas and aerosol forcing**

Two simulations $(x, w)$ were forced with the historical increase in equivalent $CO_2$, and then a 1%/yr increase in equivalent $CO_2$. The patterns of change are qualitatively similar to those in the experiments above. In Section 6.2.1.2 (see also Section 8.4.2.3), we saw that the inclusion of the direct sulphate aerosol forcing can improve the simulation of the patterns of temperature change over the last few decades. Here we consider the effect of combined greenhouse gas and direct sulphate aerosol forcing derived from IS92a on simulated patterns of temperature change to 2050 and beyond $(y, z)$. (The details of these two experiments have been given above in Section 6.2.2.1.)

Increasing $CO_2$ alone leads to positive radiative forcing everywhere, with the largest radiative heating in regions of clear skies and high temperatures (experiment $w$ shown in Figure 6.7a). The surface temperature warms everywhere except in the northern north Atlantic (Figure 6.7b). In transient simulations to 2050, the inclusion of aerosols based on IS92a $(y, z)$ reduces the global mean radiative forcing, and leads to negative radiative forcing over southern Asia, particularly in the east (experiment $z$ shown in Figure 6.7c). This leads to a muted warming (Figure 6.7d) or even small regions of cooling $(y)$ in mid-latitudes. In $z$, China continues to warm (Figure 6.7d), albeit at a very reduced rate, even though the local net radiative forcing becomes increasingly negative (Figure 6.7c). The rate of warming over North America and western Europe, where the aerosol forcing weakens, remains below that in the simulation with greenhouse gases only $(w)$. The cooling due to aerosols is amplified by sea ice feedbacks in the Arctic (Figure 6.7f).

In assessing these results, one should bear in mind the possible exaggeration of the sulphate aerosol concentrations under this scenario, the uncertainties in representing the radiative effects of sulphate aerosols and the neglect of other factors including the indirect effect of sulphates. Nevertheless, these experiments suggest that the direct effect of sulphate aerosols could have strong influence on future temperature changes, particularly in northern mid-latitudes.

### 6.2.2.3 Seasonal changes in temperature, precipitation and soil moisture

IPCC (1990) reported some broad scale changes which were evident in most of the equilibrium $2 \times CO_2$ experiments which were then available. The detailed regional changes differed from model to model. In the transient experiments reported in IPCC (1992), it was found that the large-scale patterns of response at the time

of doubling $CO_2$ were similar to the corresponding equilibrium experiments (IPCC 1990), except that there is a smaller warming in the vicinity of the northern North Atlantic and the southern ocean in transient experiments. Here we summarise the main features in the seasonal (December to February and June to August) patterns of change in temperature, precipitation and soil moisture in those experiments with a 1%/yr increase in $CO_2$ for which data were available. The changes are assessed at the time of $CO_2$ doubling (after 70 years). Further information on the subcontinental response in specified regions to increases in greenhouse gases only is given in Section 6.6 and Figure 6.32, and part of Figure 6.9. In experiments $w$–$z$ we also contrast the continental scale response under the IS92a Scenario with and without aerosol forcing at around 2040.

**Temperature**

With increases in $CO_2$, all models produce a maximum annual mean warming in high northern latitudes (Figures 6.6 and 6.7b). The warming is largest in late autumn and winter, largely due to sea ice forming later in the warmer climate. In summer, the warming is small – if the sea ice is removed with increased $CO_2$, then the thermal inertia of the mixed-layer prevents substantial warming during the short summer season, otherwise melting sea ice is present in both control and anomaly simulations, and there is no change in surface temperature (see Ingram *et al.*, 1989). The details of these changes are sensitive to parametrization of sea ice, and in particular, the specification of sea ice albedo (e.g., Meehl and Washington, 1995). In one simulation $(k)$ there is a marked cooling over the north-eastern Atlantic throughout the year which leads to a cooling over part of north-west Europe in winter. There is little seasonal variation of the warming in low latitudes or over the southern circumpolar ocean.

When aerosol effects are included $(y, z$ cf. $x, w$ respectively), the maximum winter warming in high northern latitudes is less extensive. In mid-latitudes, there are some regions of cooling, for example, over China (Figure 6.10a, for 2040 to 2049 – the scenario is described in Section 6.2.2.1) and the mean warming in the tropics is greater than in mid-latitudes. In northern summer, there are again regions of cooling in mid-latitudes (Figure 6.10b) and the greatest warming now occurs over Antarctica. Again, including the direct forcing by sulphate aerosols has a strong effect on simulated regional temperature changes, though the reader should bear in mind the limitations of these experiments noted earlier.

*Climate Models – Projections of Future Climate*



**Figure 6.9:** Simulated regional changes from 1880-1889 to 2040–2049 (experiments *x, y*) or from pre-industrial to 2030–2050 (experiments *w, z*). Experiments *x* and *w* include greenhouse gas forcing only, whereas *y* and *z* also include direct sulphate aerosol effects (see Table 6.3). (a) Temperature (December to February); (b) Temperature (June to August); (c) Precipitation (December to February); (d) Precipitation (June to August); (e) Soil moisture (December to February); (f) Soil moisture (June to August). CNA = Central North America; SEA = South East Asia; SAH = Sahel; SEU = Southern Europe; AUS = Australia (the regions are defined in Section 6.6.1).

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 126 of 421



**Figure 6.10**: Seasonal change in surface temperature from 1880–1889 to 2040–2049 in simulations with aerosol effects included (from experiment *y* in Table 6.3, U. Cubasch, pers. comm.). Contours every 1°C . (a) December to February; (b) June to August.

*Precipitation*

On increasing $CO_2$, all models produce an increase in global mean precipitation. Precipitation increases in high latitudes in winter (except in *k* around the Norwegian Sea where there is cooling and a reduction in precipitation), and in most cases the increases extend well into mid-latitudes

(for example, Figure 6.11a). The warming of the atmosphere leads to higher atmospheric water vapour content, enhanced poleward water vapour transport into the northern high latitudes and hence enhanced water vapour convergence and precipitation (for example, Manabe and Wetherald, 1975 ). In the tropics, the patterns of change



**Figure 6.11:** Seasonal changes in precipitation at the time of doubling $CO_2$ following a 1%/yr increase (from experiment *a* in Table 6.3, Colman *et al.*, 1995). Contours at ±0.5, 1, 2 and 4 mm/day, negative contours are dashed and areas of increase areas stippled. (a) December, January and February; (b) June, July and August.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 128 of 421

vary from model to model, with shifts or changes in intensity of the main rainfall maxima. However, many produce more rainfall over India and/or south-east Asia (*a,d,g,m,x,p,q,s,t,w*) (for example Figure 6.11b, see also Figures 6.9d and 6.32g). This is consistent with an increase in atmospheric water vapour concentration leading to enhanced low level moisture convergence associated with the strong mass convergence into the monsoon surface pressure low. All models considered apart from *p* and *q* produce a general reduction in precipitation over southern Europe (see also Figures 6.9d and 6.32g). In general, changes in the dry subtropics are small.

With the inclusion of aerosol forcing (*y,z*), there is only a small increase in global mean precipitation. The patterns of change in precipitation in northern winter are broadly similar to that in a parallel simulation with greenhouse gases only (*x,w* respectively), but less intense. In northern summer there is a net reduction in precipitation over the Asian monsoon region (Figure 6.9), because the aerosol cooling reduces the land-sea contrast and the strength of the monsoon flow. Precipitation increases on average over southern Europe (it decreases when aerosol effects are omitted, Figure 6.9), and over North America, where changes were small with increases in greenhouse gases only.

### Soil moisture

Soil moisture may be a more relevant quantity for assessing the impacts of changes in the hydrological cycle on vegetation than precipitation since it incorporates the integrated effects of changes in precipitation, evaporation and run-off thorough the year. However, simulated changes in soil moisture should be viewed with caution because of the simplicity of the land-surface parametrization schemes in current models (e.g., experiments *a,e–i,l,m,n,p,q* and *r* use an unmodified "bucket" formulation – see Section 5.3.2).

Most models produce a general increase in soil moisture in the mean in high northern latitudes in winter, though in some (*a,k*) there are also substantial areas of reduction (e.g., Figure 6.12a). The increases are due mainly to increased precipitation discussed above, and the increased fraction of precipitation falling as rain in the warmer climate. At the low winter temperatures, the absolute change in potential evaporation is small, as expected from the Clausius-Clapeyron relation, so evaporation increases little even though temperature increases are a maximum in winter. Hence the increase in soil moisture in high altitudes in winter is consistent with physical reasoning and the broad scale changes are unlikely to be model dependent. However, it should be noted that in general, the models considered here do not represent the effects of freezing on ground water.

Most models produce a drier surface in summer in northern mid-latitudes (for example, Figure 6.12b). This occurs consistently over southern Europe (except *q* which produces an excessively dry surface in winter in its control climate) and North America (except *d, k* and *q*). The main factor in the drying is enhanced evaporation in summer (see Wetherald and Manabe, 1995): the absolute rate of increase in potential evaporation increases exponentially with temperature if other factors (wind, stability and relative humidity) are unchanged.

As noted in the IPCC (1990) the following factors appear to contribute to summer drying:

(i)   the soil in the control simulation is close to saturation in late winter or spring: this ensures that much of the extra precipitation in winter is not stored in the soil but lost as runoff;

(ii)  there is a substantial seasonal variation in soil moisture in the simulation of present climate; some of the simpler models may exaggerate the seasonal cycle of soil moisture (see Chapter 5) leading to an exaggerated response in the warmer climate;

(iii) in higher latitudes, earlier snowmelt leading to enhanced solar absorption and evaporation may contribute;

(iv)  changes in soil moisture may be amplified by cloud feedbacks in regions where evaporation is being limited by low soil moisture values (e.g., Wetherald and Manabe, 1995);

(v)   the drying is more pronounced in regions where precipitation is reduced in summer.

Given the varying response of different land-surface schemes to the same prescribed forcing (Chapter 5), the consistency from model to model of reductions over southern Europe in summer might be regarded as surprising. All models submitted (except *p,q*) produced a reduction in summer precipitation over southern Europe: here changes in circulation and precipitation may be more important in determining soil moisture changes than the details of the land-surface scheme. Reductions over North America are less consistent, and there is a still wider model to model variation in the response over northern Europe and northern Asia.

With aerosol forcing included (*y,z*), the patterns of soil moisture change in northern winter are similar but weaker



**Figure 6.12:** Seasonal changes in soil moisture at the time of doubling $CO_2$ following a 1%/yr increase. Contours at 0, $\pm 1$, 2, 4, 8 cm (from experiment *d* in Table 6.3, Gordon and O'Farrell, (1996)). (a) December to February; (b) June to August.

than with greenhouse gas forcing only (*x,w*). However, soil moisture increases over North America and southern Europe in summer when aerosol effects are included (*y,z*), presumably because of the reduced warming and its effect on evaporation, and because of increases in precipitation. The changes in the hydrological cycle are likely to be sensitive to the distribution of aerosol forcing and the coupled model used. However, it is clear that aerosol effects have a strong influence on simulated regional climate change.

### 6.2.3 The influence of flux adjustments

As noted in Section 5.2, most of the coupled models considered in this assessment use fixed adjustments to the atmosphere-ocean surface fluxes to ensure a stable and realistic simulation of present climate. Shortcomings in model formulation lead to the need for these adjustments which are generally small averaged over the globe (for example, less than 0.5 $Wm^{-2}$ in models 6 and 16) but reach over 200 $Wm^{-2}$ locally in a few regions (see Chapter 5, Gates *et al.*, 1993). In a strict sense, the use of such corrections can only be defended if they are small. Although the adjustments are not small locally in current models, this is not proof that the approach is invalid: it could be that model errors in the surface fluxes change

negligibly with perturbations as small as that occurring with a doubling of $CO_2$.

Here we address two issues:

1. Does the use of flux adjustments *per se* distort the response of a model?

2. Would correction of the deficiencies which give rise to the need for flux adjustment produce a substantially different model response?

The broad response of models with flux adjustments and those without flux adjustments are qualitatively similar. The exceptions can be traced to shortcomings in the models' simulation of features in present day climate which have been shown to be important for the simulation of climate change (for example, the region of deep mixing in the northern North Atlantic). Thus, there is no evidence from these simulations that the use of flux adjustments *per se* is substantially distorting the response to increases in greenhouse gases. However, the errors which arise without flux adjustments (for example, lack of sea ice in the Southern Hemisphere) can distort the simulated response, as seen earlier.

The flux adjustments compensate for inadequacies in the representation of physical processes in a model on present climate (Chapter 5). Running without flux adjustments (and accepting the subsequent degradation of simulation of current climate, Section 5.2) does not overcome the effect of these deficiencies on simulated climate change (Nakamura *et al.*, 1994). Flux adjustments are an engineering rather than a scientific solution.

It is more difficult to assess the likely effect of removing such deficiencies on the models' response. The largest heat flux corrections generally occur in regions of strong horizontal temperature gradient; others are associated with errors in cloud, in resolving local upwelling and in positioning the sea ice margins. As these errors vary from model to model, their effect on simulated climate change is also likely to be vary from model to model. It is not obvious that these errors have a dramatic effect on the large-scale response simulated by current models (though they could be important locally). For example, in *j*, flux adjustments were greatly reduced from the model used in *g* by enhancing model resolution and improving the simulation of cloud, but the distribution of annual mean temperature change was essentially the same as in the earlier version of the model. Many of the features noted above including reduced warming in regions of deep mixing, the maximum warming in high northern latitudes

in winter and the increased precipitation and soil moisture in high northern latitudes in winter have been linked to highly plausible physical mechanisms and hence are unlikely to be qualitatively sensitive to the removal of the errors which lead to the requirement of flux correction. Nevertheless, the reduction and removal of flux adjustments (without significantly degrading the simulation of present day climate) remains a high priority in the development of coupled models.

### 6.2.4 Interpretation of experiments

In this sub-section, some technical issues relevant to the interpretation of model results are discussed. Ensemble experiments will help reduce and quantify the uncertainty in single experiments arising from the natural (unforced) variability of climate. Understanding of the "cold start" is essential for interpreting the idealised experiments which ignore the effect of increases in greenhouse gases to date. If projections of equilibrium change in models with a simple ocean and those with a full representation of the ocean are similar, estimates of long-term equilibria can be made more economically.

#### Dependence on initial conditions and ensemble integrations

Coupled atmosphere-ocean models produce considerable variability on interanual and interdecadal time-scales (Chapter 5), as in the real world (Chapter 3). Thus, in any single realisation, unforced variations will form a substantial part of the simulated response. Hence, the evolution of the patterns of change as the forcing increases will not be smooth, and experiments repeated from slightly different initial conditions will produce responses which differ in detail. A more representative estimate of the response to the forcing may be obtained by carrying out an ensemble of experiments starting from slightly different initial conditions, and reducing the expected contribution from natural variability by averaging the results. Cubasch *et al.* (1994b) found that averaging over several simulations did lead to smoother patterns of change. It is possible to estimate the stability of features of the response by comparing different members of the ensemble. This is particularly important for prediction of regional climate change (Section 6.6), since the internal variability generally increases as the size of the averaging region is reduced (Figure 1.5). The ensemble approach also allows one to estimate the statistical distribution of possible outcomes which arise through unpredictable internal variations.

It is known that a coupled model can sustain very



**Figure 6.13:** Global annual mean temperatures for annual rates of increase of $CO_2$ of 0.25%, 0.5%, 1%, 2% and 4%/yr from the GFDL AOGCM (solid lines) (experiments *e–i*, see Table 6.3) (R. Stouffer, pers. comm.) compared to results from an UD/EB model (dashed lines) with climate sensitivity of 3.7°C and the same rates of $CO_2$ increase. The time of $CO_2$ doubling is indicated by a dot.

different solutions with the same external forcing started from appropriate initial conditions (Manabe and Stouffer, 1988). However, evidence to date (Cubasch *et al.*, 1995b; Keen, 1995) indicates that model solutions will converge to the same solution, despite differences in the initial state which may arise from internal variability or climate drift. In other words, current simulations are not sensitive to variations in the initial state which lie within the range of the model's natural variability.

***Dependence on rate of increase of $CO_2$***

The dependence of the annual mean warming rate on the rate of change of forcing has been evaluated in a set of experiments (*e-i*) in which rate of increase in $CO_2$/yr is increased by factors of 2 from 0.25% to 4.0% (Figure 6.13). Increases of 0.25%, 1% and 4% /yr give a doubling of $CO_2$ in about 300, 70 and 18 years respectively. The

warming at the time of doubling ranges from 2.6°C in the 0.25% case to 1.5°C with a 4% increase/yr in a model with an equilibrium (long-term) response of 3.7°C to doubling $CO_2$. The slower the rate of increase of $CO_2$, the longer the time to reach a given concentration of $CO_2$, and hence the longer the time the ocean has to absorb the extra radiative heating (R. Stouffer, pers. comm.). At the time of doubling, the model reaches 70% of the long-term response with the slowest rate of increase (0.25%/yr), and only 40% with the fastest (4%/yr) increase.

This indicates that the response to a gradual increase in greenhouse gases depends not only on the climate sensitivity (the long-term or equilibrium response to doubling $CO_2$) but also on the rate of increase of the greenhouse gases (see also Hansen *et al.*, 1981). Nevertheless, a sixteenfold increase in the rate of $CO_2$ increase gives only a factor of two difference in warming at

the time of doubling of $CO_2$ in these experiments. Hence the difference in model response to IPCC Scenario IS92a (equivalent to about a 0.7%/yr increase in $CO_2$) and the experiments using a 1%/yr increase in $CO_2$ are likely to be small at the time of doubling. On the other hand, the response to the much smaller rates of increase of $CO_2$ observed earlier this century is likely to be substantially larger than in the 1%/yr increase experiments for the observed increase in equivalent $CO_2$ concentration. Hence

---

**The cold start**

This describes the anomalously low initial rate of warming in experiments which do not take into account the effect of increases in greenhouse gases to date.

The gradual build up in gross radiative forcing due to the past increases in greenhouse gases is illustrated schematically by the curved line in Figure 6.14a. The temperature responds as in the left hand curve in Figure 6.14b. However, because of the thermal inertia of the oceans, the temperature does not equilibrate immediately. Hence the increase in radiation to space which occurs as the surface warms is smaller than the gross heating due to greenhouse gases. This gives a net heat flux into the surface (Figure 6.14c) which serves to raise the temperature of the ocean. This net heating is considerable by the 1990s (Figure 6.14c, upper curve), whereas it is zero in simulations which neglect the history of the radiative forcing.

In model simulations, it is found that in the global average, the effective heat capacity of the ocean is equivalent to that of a depth of a few hundred metres, so a heating rate of over 1 $Wm^{-2}$ is required to maintain the 0.3 °C/decade warming typical of current transient experiments. In the experiments which commence with a 1%/yr increase in $CO_2$, the gross forcing starts from zero (straight line in Figure 6.14a), and it takes almost two decades for the gross forcing to reach 1 $Wm^{-2}$. Thus the warming starts slowly and then increases to a near steady rate (lower curve, Figure 6.14b). For comparison, the rate of warming taking into account past changes in radiative forcing, transposed to go through zero at 1990 (dashed curve, Figure 6.14b) is substantially larger in the first few decades following 1990. The difference between the response with and without the history of the forcing taken into account is defined as the "cold start".

In summary, to predict rates of climate change over the next few decades, we must allow for the net heating that has built up due to past changes in radiative forcing.







**Figure 6.14:** Schematic diagrams of radiative forcing and temperature response, showing the effect of neglecting the effect of past forcing (the "cold start" problem). (a) Forcing due to increases in $CO_2$, with a rate of increase rising gradually to 1990 as observed, and maintained at 1%/yr thereafter (left curve) and from a 1%/yr increase starting abruptly in 1990, as in idealised experiments (right curve). (b) Temperature response to the forcing in (a). The upper curve, which is the response in the case with the gradual initial increase as observed, has been transposed vertically to zero at 1990 (dashed curve) to highlight the initial slow response in the case of an abrupt increase used in idealised experiments (lower curve). The difference between the two curves is known as "the cold start" and is an artefact of the experimental design. (c) The upper curve shows the net forcing (which allows for the increased loss of radiation to space as the model warms) in the case with a gradual start to the forcing. The lower curve shows the net forcing in the idealised case. Note the net heating at 1990 which maintains the warming of the ocean in the upper curve in (b). To heat 300m depth of water by 0.3°C/decade (typical of the AOGCM experiments in Table 6.3) requires a net heating of 1.5 $Wm^{-2}$ (cf. 4 $Wm^{-2}$ for a doubling of $CO_2$) which takes several decades to build up with a 1%/yr increase in $CO_2$.

the 1%/yr increase experiments described above cannot be used directly to interpret the observational record. Another difficulty in using these experiments to interpret the recent temperature record is the "cold start", described below.

### Dependence on past forcing on future climate change – the "cold start"

Predictions of the rate of climate change over the next few decades are of particular importance, both for the detection and attribution of climate change, and for the estimation of climate impacts. Over the last two centuries, there has been a gradual build up of the gross radiative forcing due to increases in greenhouse gases (Chapter 2). Most experiments in Table 6.3 do not account for the past build up of gases. Hence they produce a small initial rate of warming over the first one or two decades, a phenomenon known as the cold start. This complication is removed in the most recent experiments $(x,y,w,z)$ which start from the last century when the increases in greenhouse gases were small.

Attempts to quantify the "cold start" bias have been made using simple models (Fichefet and Tricot, 1992), coupled models (Cubasch *et al.*, 1994b; Keen, 1995) or fitting coupled model results to a simple analytical model (Hasselmann *et al.*, 1993, Cubasch *et al.*, 1994b). Hasselmann *et al.* (1993) estimated a cold start of 0.4°C after 50 years with IPCC (1990) Scenario A in their run $(m)$ started from equilibrium at 1990. Keen (1995) found a 0.2 to 0.3°C difference in long-term warming between experiments with $CO_2$ increasing by 1%/yr from equilibrium $(t)$ and a parallel simulation with the historical



**Figure 6.15:** Global annual mean warming due to increasing $CO_2$ by 1%/yr. The solid curve is the warming when the increase in radiative forcing due to past increases in greenhouse gases is taken into account. The other curves are three estimates of warming if historical increases in greenhouse gases are neglected. The differences between the solid curve and the other curves are estimates of the "cold start" (Keen, 1995).

increase in equivalent $CO_2$ from 1860 first taken into account $(w)$ (Figure 6.15).

Note that various factors including aerosols have probably reduced the heating due to increases in greenhouse gases over the last century (Chapter 2), so the net imbalance in heating and the consequent "cold start" will be smaller than that taking into account greenhouse gases alone.

In the experiments for which the information is available $(g,k,m,q,s,t)$ the rate of increase of sea level due to thermal expansion shows a pronounced "cold start". This is because the rate of thermal expansion is more directly related to the integral of the net heating at the surface, which has time to build up from zero in experiments with a more gradual increase in $CO_2$, than to the instantaneous heating rate.

Climate drift is another source of error in estimating initial rates of change in transient experiments. This can occur if the ocean and atmosphere are not brought to full equilibrium before starting an experiment, and results in a systematic trend in simulated present climate as the model "drifts" towards its long-term equilibrium state. This lack of initial equilibrium may affect the evolution of a perturbed climate differently from that of present day climate, and hence distort the estimates of rates of climate change.

### Long-term equilibrium of coupled models

Estimates of the equilibrium response to increases in trace gases to date have been made using atmospheric models coupled to a simple oceanic mixed-layer model. These models are much cheaper to run to equilibrium than AOGCMs, but neglect the effect of changes in ocean circulation.

In one study, $(g)$, an AOGCM has been run to near equilibrium with doubled $CO_2$ and compared with results from the same experiment using a mixed-layer model (R. Stouffer, pers. comm.). The global mean warming is similar, 3.9°C compared to 3.7°C in the mixed-layer model. The warming patterns in the two models are similar, the main difference occurring over the tropics and the central Arctic, where the full model is slightly warmer, and Antarctica, especially south of Australia, where it is colder (Figure 6.16). This suggests that the oceanic heat transport may be similar in equilibrium present day and $2 \times CO_2$ climate, at least in this model. If this proves to be generally true, one could estimate long-term effects using mixed-layer models which neglect changes in ocean heat transports but are easily run to equilibrium. However, there are local differences in the change in horizontal temperature gradient. It is possible, for example, that the larger reduction in



**Figure 6.16:** Ratio of equilibrium response to doubling $CO_2$ in an atmospheric model coupled to a full ocean model to that when coupled to a mixed-layer ocean. Contours every 0.2°C, light stippling where the deep ocean response is more than 20% smaller, heavy stippling where it is more than 20% greater (R. Stouffer, pers. comm.).

meridional temperature gradient associated with the greater Arctic warming in the coupled model could produce noticeable differences in the response of the North Atlantic storm track. Hence the equivalence of mixed-layer and coupled model equilibria should be assessed further.

When $CO_2$ concentrations were quadrupled in the AOGCM (Manabe and Stouffer, 1994), the thermohaline circulation collapsed (and failed to recover after three centuries), implying large changes in heat transport which cannot be represented in a static mixed-layer model.

*6.2.5 Summary and conclusions*

In 1990, preliminary results from only one transient $CO_2$ doubling experiment were available. 10 transient simulations of the effect of a 1%/yr(compound) increase in $CO_2$ have been considered in this assessment. The simulated rate of change of global mean surface air temperature ranges from just under 0.2°C/decade to 0.5°C/decade at the time of doubling. These simulations ignore the effect of any previous increase in greenhouse gases: the initial rate of warming is smaller than would be the case if earlier greenhouse gas increases are taken into account. In two simulations with the history of greenhouse gas forcing taken into account, the projected rate of global mean warming over the next decade is typically 0.3°C/decade, reduced to 0.2°C/decade in simulations allowing for the effects of sulphate aerosols, in agreement with earlier simulations using a simpler UD/EB model. In

one of these experiments, it has been shown that the pattern correlations of the patterns of the simulated and observed temperature changes in the last two decades are higher when the direct effect of sulphate aerosols is taken into account along with increased $CO_2$.

In experiments with a gradual increase in $CO_2$, all models show the following features:

* greater warming over the land than the sea;
* reduced warming, or even cooling, in the high latitude southern ocean and part of the northern North Atlantic ocean;
* a maximum warming in high northern latitudes in winter, and little warming over the Arctic in summer;
* increased precipitation and soil moisture in high latitudes in winter;
* an increase in mean precipitation in the region of the Asian summer monsoon.

All these changes are associated with identifiable physical mechanisms.

In addition, most simulations show a reduction in the strength of the North Atlantic thermohaline circulation, a widespread reduction in diurnal range of temperature (if the model includes the diurnal cycle) and reductions in summer soil moisture over southern Europe and, less consistently, North America. These features too can be explained in terms of physical mechanisms, but may be sensitive to a greater or lesser degree to the details of the

parametrizations used. Nevertheless, no model has produced a stronger thermohaline circulation, or a global mean increase in the diurnal range of temperature.

Some models produce a reduction in the east to west temperature gradient in the tropical Pacific Ocean, reminiscent of the temperature pattern associated with El Niño events, though the reduction is small compared with the mean warming.

When the direct effect of sulphate aerosols is represented the simulated patterns of change to date are more like those observed. The warming in northern mid-latitudes is reduced, with regions of cooling as well as warming. The correlation with observations is also improved (see Chapter 8).

Including the effects of aerosols as well as greenhouse gases (based on IS92a) in simulations of future climate leads to much reduced warming in mid-latitudes, not only in regions where the atmosphere burden of aerosols is increasing, but also in some regions where it is decreasing. There are also marked changes in the hydrological cycle, principally in the Northern Hemisphere in summer. In particular, there is net reduction of precipitation in the Asian summer monsoon, and the summer drying over Europe and North America is weakened or even reversed. These preliminary results should be used with caution: the results are based on two studies and are likely to be quite sensitive to the choice of scenario and the assumptions in deriving the radiative forcing due to aerosols, both of which are subject to considerable uncertainty. They also neglect the effect of other anthropogenic forcing including indirect sulphate effects, soot, tropospheric ozone and aerosol from biomass burning.

The models with flux correction produce broadly similar results to those without flux correction: the main differences can be traced to shortcomings in particular features of the control simulation in the models with an anomalous response. Thus, there is no evidence from the current simulations that the use of flux adjustments is substantially distorting the response to increases in greenhouse gases.

The need for flux adjustments arises from a variety of model shortcomings and it is not obvious if or how these shortcomings would alter qualitatively the main findings summarised above. Nor is it obvious whether they would enhance or diminish simulated changes. Thus, eliminating the need for flux adjustments remains a high priority. Other uncertainties associated with cloud feedback and aerosol forcing which have been demonstrated to have a profound effect on predictions of climate change are probably of greater concern (see Section 6.7).

The models produce a high level of internal variability,

as in the real world (Chapter 5), leading to a spread of possible outcomes for a given scenario, especially at the regional level. Ensemble experiments may prove useful in reducing the uncertainty in single realisations arising from internal variability.

There is some evidence that the pattern of equilibrium response of temperature to doubling $CO_2$ in atmospheric models coupled either to simple mixed-layer models, or to full dynamical ocean models may be similar. If this is generally true, it would allow economical estimates of the long-term equilibrium response of large-scale climate to moderate increases in greenhouse gas concentrations to be made using mixed-layer models.

## 6.3 Global Mean Temperature Changes for the IPCC (1992) Emission Scenarios

### 6.3.1 Introduction

In this section we present projections of global mean temperature change for a range of emission scenarios, specifically the IPCC (1992) scenarios of Leggett *et al.*, (1992), and consider the uncertainties in these projections. These results update the only previous comprehensive assessment of the global mean temperature and sea level implications of these scenarios (Wigley and Raper, 1992). They are complemented by an analysis that parallels the present work given in Raper *et al.* (1996).

We follow IPCC (1990) (Bretherton *et al.*, 1990) and IPCC (1992) (Mitchell and Gregory, 1992) in using a relatively simple upwelling diffusion-energy balance climate model (UD/EB) to make these projections. The specific model used (as in 1990 and 1992) is that of Wigley and Raper (1987, 1992). Although based on the original model of this type (Hoffert *et al.*, 1980), this particular model differs from others in that it distinguishes between land and ocean and between the hemispheres (by treating them as separate "boxes", with energy flows between the "boxes"). Such differentiation is important in the present context because there are large radiative forcing differences between these different parts of the globe.

Although much more sophisticated models are available (AOGCMs), which could in principle be used for producing a range of global mean temperature projections, this is not yet possible for a number of reasons. First, individual coupled atmosphere-ocean models have specific climate sensitivities, so they cannot be used to assess comprehensively uncertainties arising from uncertainties in this key climate parameter. Second, there are major uncertainties in both past and future radiative forcing,

arising both from uncertainties in the forcing for given emissions (especially aerosol effects) and from uncertainties in the emissions themselves. A large number of model simulations are required to address these uncertainties, and the current computing requirements of AOGCMs precludes carrying out so many runs. By adjusting their structure and parameter values appropriately, UD/EB models can simulate well the results of AOGCMs at the global mean level.

In the UD/EB model used here, the main model parameters are: the depth of the oceanic mixed layer (taken as 90 m); the vertical diffusivity used to characterise vertical mixing processes in the ocean (taken as 1 cm$^2$/sec); the ratio of the temperature change for high latitude sinking water (which forms the polar branch of the model's thermohaline circulation) to the global mean temperature change ($\pi$ taken as 0.2); the upwelling rate ($\omega$), which measures the intensity of the thermohaline circulation; and the climate sensitivity ($\Delta T_{2\times}$, i.e., the equilibrium temperature change for a doubling of $CO_2$ concentration). The above parameter values differ from those used in IPCC (1990) for reasons that are explained and justified in Wigley and Raper (1991).

To accord with recent coupled atmosphere-ocean model results, two important changes have been made to the model's structure compared with its previous applications. First, evidence that indicates that the climate sensitivity differs between land and ocean: most models give a different equilibrium warming over these regions (see, e.g., Cubasch *et al.*, 1992; Murphy, 1995b). It is important to simulate this differential warming, not least because of its potential effect on oceanic thermal expansion, an important component of sea level rise. (Thermal expansion results produced here are used in the sea level projections given in Chapter 7.) If warming over the oceans is less than over the land, the amount of thermal expansion will be less than might be estimated on the basis of global mean temperature alone. To account for this differential sensitivity the single parameter $\Delta T_{2\times}$ is replaced by two parameters, a global mean $\Delta T_{2\times}$ and an equilibrium land/ocean warming ratio for $2 \times CO_2$. For the latter, we use the value 1.3 based on coupled atmosphere-ocean model and equilibrium GCM results. For $\Delta T_{2\times}$ we use a range of values to capture the uncertainty in this parameter.

The second major change is in the upwelling rate. Most current coupled atmosphere-ocean models show a pronounced slow-down of the thermohaline circulation as the globe warms. To account for this in the UD/EB model, $\omega$ is assumed to be a linear function of ocean mixed-layer temperature with the form

$$\omega = \omega_0 (1 - \Delta T / \Delta T^*)$$

where $\Delta T^*$ is a threshold temperature change at which the thermohaline circulation shuts down. The value of $\Delta T^*$ used is 7.0°C, chosen to match results from Cubasch *et al.* (1992) and Manabe and Stouffer (1994), and $\omega$ is further constrained not to drop below 0.1 m/yr, following Manabe and Stouffer (1994), although this limit is never approached in any of the simulations presented here. The initial value of $\omega$ ($\omega_0 = 4$ m/yr) is the standard value required to match the observed vertical ocean temperature profile under present-day conditions.

A more extensive discussion of these changes in model structure, of the model parameter values, and of the behaviour of the model is given in Raper *et al.* (1996).

To verify that the UD/EB model, when properly calibrated, is able to simulate accurately the behaviour of the AOGCMs of Chapter 5 and Section 6.2, intercomparison exercises were carried out using results from the GFDL AOGCM (R. Stouffer pers. comm.; Manabe and Stouffer, 1994; model 6 in Table 6.1a). To ensure a valid comparison, the UD/EB model climate sensitivity was set at the GFDL model's value (3.7°C equilibrium global mean warming for $2 \times CO_2$). All other UD/EB model parameters were kept at values previously chosen (see Wigley and Raper, 1991), as specified above. The value of the land/ocean sensitivity differential (1.3), chosen on the basis of other GCM results (Raper *et al.*, 1996), is similar to that for the GFDL model. The thermohaline circulation varied with time as described above. These temporal changes correspond well with those obtained with the GFDL model (Manabe and Stouffer, 1994).

Figure 6.13 shows global mean temperature results where both models were forced with a range of fixed percentage increases per year (compound) of $CO_2$ (the AOGCM simulations are fully discussed in Section 6.2). The UD/EB model only simulates the underlying signal in response to the external forcing, so it does not show the internally generated variability evident in the AOGCM results. Apart from this variability, both models are seen to agree well over a wide range of forcings.

Figure 6.17 shows another comparison, in this case with the $2 \times CO_2$ and $4 \times CO_2$ stabilisation simulations of Manabe and Stouffer (1994). Figure 6.17a shows global mean temperature comparisons. For the $2 \times CO_2$ case, the agreement is excellent. For the $4 \times CO_2$ case, the UD/EB model begins to show a slightly reduced warming response when the $CO_2$ level becomes sufficiently high. Note that none of the IS92 emission scenarios gives a forcing change as high as $4 \times CO_2$; all cases are within the range for

*Climate Models – Projections of Future Climate*



(a) Temperature



(b) Oceanic thermal expansion

**Figure. 6.17**: Comparison between the $2 \times CO_2$ and $4 \times CO_2$ stabilisation simulations of Manabe and Stouffer (1994) and the UD/EB model used in Section 6.3. (a) Global mean temperatures; (b) oceanic thermal expansion.

which the UD/EB model/AOGCM agreement is good. Figure 6.17b shows a comparison of oceanic thermal expansion. Again, agreement is excellent for the $2 \times CO_2$ case, but less good for the $4 \times CO_2$ case. The fact that the UD/EB model gives higher expansion and lower warming for the $4 \times CO_2$ case implies that the model's flux of heat into the deeper layers of the ocean is greater than in the AOGCM. If this reflects a real deficiency in the UD/EB model (which is uncertain, because we do not know how well the AOGCM simulates real-world behaviour for such large forcing), then it is probably important only for situations and times outside the range to which the model is applied here.

Other UD/EB model/AOGCM comparisons have been carried out by Raper and Cubasch (1995) using the MPI AOGCM version described in Cubasch *et al.* (1992). For temperature, the authors obtain reasonable agreement between the two models. For thermal expansion, the comparison is less good. However, these comparison results are less easy to interpret than the GFDL comparisons because the MPI model shows, in the first 100–200 years of its control run, a century time-scale adjustment to small initial flux imbalances. This low-frequency variation makes it difficult to determine precisely the climate response signal (as noted by the authors), and it produces non-linear changes in the AOGCM that cannot be adequately simulated in the UD/EB model.

Figure 6.4 shows several AOGCM runs compared with the global mean warming results of the UD/EB model discussed here and those of the simple model used for alternative sea level rise calculations discussed in Section 7.5.2.2. The UD/EB model has a sensitivity of 2.5°C, while the other simple model has a sensitivity of about 2.2°C. The sensitivities of the AOGCMs range between 2.1 and 4.6. All models in Figure 6.4 were forced with a 1%/year (compound) $CO_2$ increase beginning in an initial equilibrium or near-equilibrium state. Differences in response occur between models, even when they are forced in an identical way and their climate sensitivities are listed as identical. These differences arise because the effective thermal inertia of their ocean components can vary between models (e.g., due to different behaviour of the thermohaline circulation during warming), and because the procedures used to estimate their climate sensitivity may differ.

### 6.3.2 Radiative Forcing

In order to estimate future temperature and sea level changes, it is necessary to prescribe both past and future radiative forcing changes due to the various greenhouse gases and aerosols. This section describes how radiative forcing changes were specified. Important background information is given in Shine *et al.* (1990, 1995) and these details are not repeated here. Information is given sequentially below for $CO_2$, methane ($CH_4$), tropospheric ozone, halocarbons and stratospheric ozone, and aerosols. The primary emission scenarios used are the IS92 Scenarios of IPCC (1992) (Leggett *et al.*, 1992), but with some small, but important changes. The changes are (i) to adjust (i.e., offset by a constant amount) IS92 emissions for $N_2O$ and $CH_4$ in order to be consistent with the inferred budgets for 1990 based on observed atmospheric abundance and growth;[1] (ii) to ignore possible changes in

carbon monoxide (CO), active nitrogen oxides ($NO_x$) and VOC (volatile organic compounds) emissions; and (iii) to consider only a single halocarbon emissions case, consistent with the Montreal Protocol and its later Amendments.

For $CO_2$, the past concentration history is the standard IPCC data set, an update of that derived for an IPCC inter-model comparison exercise by I.G. Enting and T..M.L. Wigley (Enting *et al.*, 1994). The revision only affects the most recent values, changed to give a 1980s mean atmospheric mass increase of 3.3 GtC/yr, the value given in Chapter 2 of the present report (an update from Schimel *et al.*, 1995). The precise mean is 3.28 GtC/yr.

To calculate future forcing, we use the model of Wigley (1993). Elsewhere in this report we use the model of Siegenthaler and Joos (1992), but the differences between the results of these two models are negligible in terms of implied radiative forcing. Both models use the initialisation procedure devised for the IPCC inter-model comparison exercise described by Enting *et al.* (1994), updated to use a different 1980s mean carbon budget. The current budget has a 1980s mean net deforestation flux of 1.1 GtC/yr (Schimel *et al.*, 1995) and the atmospheric mass increase stated above. The $CO_2$-fertilisation factor is adjusted to give a balanced 1980s mean budget, as described in Wigley (1993) and Enting *et al.* (1994).

For methane, the concentration history is that used by Osborn and Wigley (1994), consistent with information given elsewhere in this report. Future projections are made using the Osborn-Wigley model with parameter values adjusted to match closely the concentration projections in Chapter 2. In terms of 1990 to 2100 radiative forcing, the differences arising from using the Osborn-Wigley model are negligible, ranging from 0.00 $Wm^{-2}$ to 0.03 $Wm^{-2}$ depending on emission scenario. In calculating future concentrations we assume that the emissions of CO, $NO_x$ and VOCs remain constant at 1990 levels. Although IPCC (1992) (Leggett *et al.*, 1992) gives scenarios for the future emissions of these gases, these are not used because their influence on methane lifetime depends on the spatial details of the emissions, details that are not specified.

In addition to direct methane forcing, we also include the indirect effects of methane-related increases in

stratospheric water vapour and tropospheric ozone. The former follows Shine *et al.* (1990), but with a scaling factor reduced from 0.30 to 0.05 following Shine *et al.* (1995). The latter assumes a global mean ozone increase of 4 ppbv since pre-industrial times due to methane increases and a radiative forcing sensitivity of 0.02 $Wm^{-2}$/ppbv.

A "direct" tropospheric ozone term due to emissions other than methane is also included. This is assumed to contribute a global mean forcing to 1990 of 0.32 $Wm^{-2}$, giving a total tropospheric ozone forcing of 0.4 $Wm^{-2}$ (as estimated elsewhere in this report). The history of this ozone component is assumed to parallel fossil fuel emissions to 1990. For the future, the forcing is assumed to be constant. The implied total tropospheric ozone forcing changes (i.e., including those arising from methane concentration changes) are consistent with the tropospheric ozone concentration increases given in Table 2.5c. The direct tropospheric ozone forcing component is assumed to occur only in the Northern Hemisphere, where it is split 9:1 between the land and ocean areas, cf. aerosol forcing – see below.

For nitrous oxide ($N_2O$), the history is based on ice core data and, more recently, observed data. The initial (pre-industrial) value is taken as 270 ppbv based on Leuenberger and Siegenthaler (1992) and more recent unpublished results from D. Raynaud. Future concentration projections assume a lifetime of 120 years.

For halocarbons, the suite of gases is that used by Wigley and Raper (1992). To account for the effects of stratospheric ozone depletion, we use the chlorine loading method devised by these authors, but with a non-linear exponent (the ozone term is proportional to $(nCl)^{1.7}$ rather than $(nCl)^{1.0}$) and a higher bromine weighting (Wigley, 1994). This gives a 1990 direct halocarbon forcing of 0.28 $Wm^{-2}$, offset by –0.17 $Wm^{-2}$ due to stratospheric ozone depletion; values in accord with the most recent IPCC report (Shine *et al.*, 1995). Application of a linear model with a threshold for chlorine loading gives essentially the same results.

The same halocarbon-related stratospheric ozone model is used for past and future changes. Only one emission scenario is used for halocarbons, that of IS92d and e. Emission reductions for CFC-11 and CFC-12 in this scenario are probably slower than should occur under the Protocol, but this has a negligible effect on the forcing results. Halocarbon emissions under IS92d and e are generally larger than those used to calculate the concentrations shown in Table 2.5, which more closely reflect the effects of the 1992 Copenhagen Amendments to the Montreal Protocol (Section 2.2.4).

The most complex and uncertain part of the radiative forcing is that due to aerosols from biomass burning and

---

[1] For both $N_2O$ and $CH_4$, 1990 emissions specified in the IS92 scenarios do not accord with emission estimates based on observed concentration data and current lifetime estimates (see, e.g., Wigley, 1994). We therefore use these latter values to ensure a balanced contemporary budget, and assume that the scenario values are a valid representation of the changes from 1990 rather than correctly specifying absolute emissions.

**Table 6.4:** *Changes in radiative forcing (Wm$^{-2}$) between 1990 and 2100 for the IS92 emission scenarios*

| Aerosol assumption | SCENARIO | | | | | |
|---|---|---|---|---|---|---|
| | IS92a | IS92b | IS92c | IS92d | IS92e | IS92f |
| No aerosols | 5.76 | 5.55 | 2.55 | 3.45 | 7.90 | 7.07 |
| Indirect sulphate = 0.0 Wm$^{-2}$ | 5.47 | 5.29 | 2.63 | 3.50 | 7.28 | 6.65 |
| Indirect sulphate = –0.4 Wm$^{-2}$ | 5.29 | 5.11 | 2.71 | 3.54 | 6.95 | 6.40 |
| Indirect sulphate = –0.8 Wm$^{-2}$ | 5.10 | 4.94 | 2.79 | 3.57 | 6.62 | 6.15 |
| Wigley and Raper (1992) | 5.44 | 5.26 | 2.98 | 3.84 | 6.74 | 6.26 |

from fossil fuel combustion. For the former, we assume a total forcing of –0.2 Wm$^{-2}$ in 1990, with the history following that of gross deforestation (see Wigley, 1993, for more on the differences between gross and net deforestation). Results are insensitive to the assumed history. After 1990, this forcing value is kept constant. We also assume spatially uniform forcing for this component, although there is evidence to suggest that the forcing should be greater over land than ocean. For fossil fuel derived aerosols we assume a 1990 direct (clear-sky) effect of –0.3 Wm$^{-2}$, a value that accounts for the offsetting effect of soot (see Chapter 2). This term is distributed between the hemispheres in the ratio NH:SH = 4:1, and between land and ocean in the ratio 9:1, based on a range of three-dimensional modelling results.

The indirect forcing (through aerosol-induced changes in cloud albedo) is much more uncertain. Shine *et al.* (1995) give a range of possible global mean values of 0.0 to –1.5 Wm$^{-2}$. For the present calculations, we use –0.8 Wm$^{-2}$ as our primary value. Because of the extreme uncertainty in this component, we also include calculations in which all future changes in aerosol forcing after 1990 are ignored (by keeping sulphur dioxide (SO$_2$) emissions at their 1990 level) to show the sensitivity of the results to this forcing component. The spatial distribution of indirect forcing is assumed to be NH:SH = 2:1, and land to ocean = 9:1.

A more detailed comparison of results for different aerosol forcings is given in Raper *et al.* (1996); these authors consider the above two cases together with two other cases where the aerosol forcings are the same as in our primary case, but with the indirect sulphate forcing in 1990 set to 0.0 Wm$^{-2}$ and –0.4 Wm$^{-2}$ (instead of the –0.8 Wm$^{-2}$ used here). Raper *et al.* find that, for an indirect forcing of –0.8 Wm$^{-2}$, the modelled global mean warming over 1880 to 1990 is considerably less than observed (0.21–0.40°C for $\Delta T_{2X}$ = 1.5–4.5°C) and that there are noticeable differences between the warming amounts over

land and ocean and in the two hemispheres due primarily to the aerosol-induced forcing differentials. They suggest, following Wigley (1989), that these spatial differences may place a constraint on the magnitude of the aerosol forcing, a point also noted by Mitchell *et al.* (1995b).

For both past and future sulphate aerosol forcing, we use the forcing-emissions relationships employed by Wigley and Raper (1992).

The total radiative forcing change over 1765 to 1990 based on the above is 1.32 Wm$^{-2}$, or 2.62 Wm$^{-2}$ if all aerosol forcing is ignored. These values should be compared with the value of 2.45 Wm$^{-2}$ used in IPCC (1990) (Shine *et al.*, 1990). Table 6.4 shows the future radiative forcing changes for the six IPCC (1992) emissions scenarios for a range of aerosol assumptions. The Table compares these results with the earlier results of Wigley and Raper (1992). The differences are relatively small and attributable largely to how aerosol forcing is quantified. Other changes, *viz.* ignoring data on CO, NO$_x$ and VOCs emissions in calculating future CH$_4$ concentrations, the use of a single (Copenhagen-consistent) emissions scenario for halocarbons, and the adjustment of CH$_4$ and N$_2$O emissions to ensure a balanced contemporary budget, have a relatively minor effect.

Figure 6.18 shows the full forcing history to 1990 together with future projections for IS92a, modified as noted earlier, and the low (IS92c) and high (IS92e) forcing extremes out to 2100. Results are shown for both "with-aerosol" (full lines) and "aerosols constant at 1990 levels" (dashed lines). The aerosol assumption has a significant effect on both past and future forcing. It can also be seen that forcing uncertainties associated with both future emissions and aerosol effects are large. The range of uncertainty can be characterised usefully in terms of equivalent CO$_2$ concentration changes, defined by

$$C_{equiv} = 278 \exp(\Delta Q/6.3)$$



**Figure 6.18:** Radiative forcing from 1765 allowing for changes (full lines) and no changes (dashed lines) in aerosol concentrations after 1990. Values to 1990 are based on observed concentration changes (or emissions changes for aerosols). From 1990 to 2100 forcings are derived from the low (IS92c), mid (IS92a) and high (IS92e) emission scenarios.

where $\Delta Q$ is the radiative forcing from pre-industrial times (see Shine *et al.*, 1990). The 1990 equivalent $CO_2$ level is between 343 ppmv (with aerosols) and 421 ppmv (if all aerosol forcing is ignored), while the 2100 values range between 514 ppmv (IS92c) and 1201ppmv (IS92e), with both cases using the best-guess (with-aerosol) forcing to 1990 and constant aerosol concentrations after 1990.

Figure. 6.19 shows the forcing breakdown by component for IS92a. The values shown are from 1765, so the starting points on the left side of the graph give the 1765 to 1990 values. There are small differences in total halocarbon radiative forcing over 1990 to 2100 between Figure 6.19 and that based directly on the concentrations in Table 2.5, attributable to the effects of (modelled) stratospheric ozone changes, additional gases considered in the Figure 6.19 calculations, and to the larger emissions in IS92d and e. The "Total" shown is the value that incorporates changes of aerosol concentration beyond 1990. For IS92a, the net effect of non-$CO_2$ greenhouse gases is approximately cancelled out at the global mean level by aerosol forcing. At the regional level, however, for all scenarios, there is no such cancellation: aerosol effects lead to large spatial variations in forcing that will almost certainly have a major effect on the patterns of future climatic change.



**Figure 6.19:** (a) Radiative forcing components resulting from the IS92a emission scenario for 1990 to 2100. The "Total non-$CO_2$ trace gases" curve includes the radiative forcing from methane (including methane related increases in stratospheric water vapour), nitrous oxide, tropospheric ozone and the halocarbons (including the negative forcing effect of stratospheric ozone depletion). Halocarbon emissions have been modified to take account of the Montreal Protocol and its Adjustments and Amendments. The three aerosol components are: direct sulphate ($SO_4$ DIR), indirect sulphate ($SO_4$ IND) and direct biomass burning (BIOAER). (b) Non-$CO_2$ trace gas radiative forcing components. "Cl/Br direct" is the direct radiative forcing resulting from the chlorine and bromine containing halocarbons; emissions are assumed to be controlled under the Montreal Protocol and its Adjustments and Amendments. The indirect forcing from these compounds (through stratospheric ozone depletion) is shown separately (Strat. $O_3$). All other emissions follow the IS92a Scenario. The tropospheric ozone forcing (Trop. $O_3$) takes account of concentration changes due only to the indirect effect of methane.

*Climate Models – Projections of Future Climate*

As a final point, it should be noted that all of the IPCC (1992) scenarios are "existing policies" scenarios, in that none of them assume the implementation of any strong policies to reduce emissions. The emissions (and radiative forcing) values differ markedly, however, because of different assumptions regarding, for example, population growth, economic growth, *per capita* energy use and resource availability.

### 6.3.3 Temperature Projections

We consider first global mean temperature projections for the central IPCC (1992) emission scenario, IS92a. Figure 6.20 shows temperature changes over 1990 to 2100 for climate sensitivities of $\Delta T_{2\times}$ = 1.5, 2.5 and 4.5°C for the changing aerosol (full lines) and constant aerosol (dashed lines) cases. The central sensitivity value gives a warming of 2.0°C (changing aerosols) to 2.4°C (constant aerosols). The uncertainty due to $\Delta T_{2\times}$ uncertainties is large, and aerosol-related uncertainties are larger for larger $\Delta T_{2\times}$. These results are similar to those given by Wigley and Raper (1992) who gave a central estimate of 2.5°C warming over 1990 to 2100 for IS92a. The present values are slightly lower because of differences in the radiative forcing details (see Table 6.4), and because our present incorporation of a slow-down in the thermohaline *circulation also slows down the rate of* warming (although it increases the amount of oceanic thermal expansion). For a more detailed discussion of the effect of thermohaline circulation changes, see Raper *et al.* (1996).

The relative importance of $CO_2$, other greenhouse gases, and aerosols is shown in Figure 6.21, which gives temperature projections for the central climate sensitivity value ($\Delta T_{2\times}$ = 2.5°C) for three different cases:

(1)   forcing the model after 1990 with $CO_2$ concentration changes alone;

(2)   forcing the model with greenhouse gases and aerosols;

(3)   as for (2), but with aerosol amounts assumed to remain constant after 1990, i.e., no aerosol forcing changes after 1990.

Results for cases (2) and (3) are also given in Figure 6.20, as the central full (case 2) and dashed (case 3) lines. Case (3) corresponds to forcing by the full complement of greenhouse gases: the difference from case (1) represents the effect of non-$CO_2$ greenhouse gases. That case (1) ($CO_2$ alone) warms less than case (2) (all gases and aerosols) reflects the fact that in the second half of the 21st



**Figure 6.20:** Global mean temperature changes from 1990 for IS92a for different climate sensitivities ($\Delta T_{2\times}$ = 1.5, 2.5 and 4.5°C), with aerosol concentrations changing (full lines) and constant (dashed lines) beyond 1990.



**Figure 6.21:** Global mean temperature changes from 1990 for IS92a for $\Delta T_{2\times}$ = 2.5°C based on different assumptions regarding radiative forcing from 1990. "$CO_2$" shows results based on $CO_2$ forcing alone; "All" shows results for the full forcing complement (greenhouse gases and aerosols); "Aerosols constant" shows results where aerosol forcing changes after 1990 are ignored (i.e., as "All", but with the assumption of constant $SO_2$ emissions after 1990).

century the negative aerosol forcing does not fully offset the positive forcing due to non-$CO_2$ greenhouse gases (cf. Figure 6.19).

Figures 6.22 and 6.23 show temperature projections with changing aerosol amounts (Figure 6.22) and with constant aerosols (Figure 6.23) for the full set of IS92 emission scenarios, using the central estimate for climate sensitivity ($\Delta T_{2\times}$ = 2.5°C). The effect of uncertainties in emissions remains small for many decades: for the changing aerosol case, the full range of uncertainty in 2050 is only 0.2°C



**Figure 6.22:** The effect of the IS92 emission scenarios on future global mean temperature changes. This is the full aerosol forcing case, with the climate sensitivity set to 2.5°C.



**Figure 6.23:** The effect of the IS92 emission scenarios on future global mean temperature changes, assuming constant aerosol concentrations beyond 1990. Results are for a climate sensitivity of 2.5°C.

(1990 to 2100 warming ranges from 0.8°C for IS92c to 1.0°C for IS92f). The different emission cases, however, give rapidly diverging temperature projections in the second half of the 21st century: for the changing aerosol case, the range of values spans 1.2°C by the year 2100. This behaviour illustrates the long-term nature of the climate change problem. There are two areas where there are appreciable lags in the system; between emission changes and concentration changes for $CO_2$ (and hence radiative forcing), and between radiative forcing changes and climate response. Inertia in both the carbon cycle and the climate system leads to a very long lag between $CO_2$ emissions changes and their eventual effect on climate.

Finally, Figure 6.24 shows an extreme range of possible warmings for the IS92 emission scenarios, together with results for the central case (IS92a) with and without changing aerosol forcing post-1990. To obtain a near-upper-limit projection, we take IS92e with a constant (1990) aerosol contribution (which maximises the forcing over 1990 to 2100) and use a climate sensitivity of $\Delta T_{2\times} = 4.5°C$; while to give a near-lower-bound projection we use IS92c, also with no post-1990 aerosol contribution (which in this



**Figure 6.24:** Extreme range of possible changes in global mean temperature. The topmost curve is for IS92e assuming constant aerosol concentrations beyond 1990 and a high climate sensitivity ($\Delta T_{2\times} = 4.5°C$); the lowest curve is for IS92c, also assuming constant aerosol concentrations beyond 1990, but with a low climate sensitivity ($\Delta T_{2\times} = 1.5°C$). Results for IS92a are shown for comparison, both with and without changing aerosols.

case minimises the forcing because of reductions in emissions later in the 21st century) and, in this case, $\Delta T_{2\times}$ = 1.5°C. These results quantify the full range of uncertainty associated with both the emissions uncertainties for "existing policies" and the uncertainty in the climate sensitivity.

There are, of course, additional uncertainties not accounted for in this analysis. For radiative forcing, the most important of these is that associated with the carbon cycle (see Wigley, 1994). We have used only central estimates of carbon cycle model parameters in obtaining future $CO_2$ concentrations: within the range of parameter uncertainties the $CO_2$ forcing to 2100 could be increased by a few tenths of a $Wm^{-2}$, corresponding to an additionalwarming of 0.1–0.2°C. There are also important uncertainties associated with the climate model. For many of these, the effects are relatively small (see Wigley and Raper, 1993). However, if the thermohaline circulation were not to slow down as assumed here, there could be an additional warming over 1990 to 2100 of more than 1°C (for constant upwelling rate, the upper limit value increases from 4.5°C to 5.7°C)[1]. (The effects of the above uncertainties on the lower bound value are small.) In assessing the significance of these extreme values, it should be noted that the probability of exceeding the bounds is likely to be small because they concatenate two possibilities that both have relatively low probability (*viz.*, emissions outside the IS92c to IS92e range, and climate sensitivity outside the range $\Delta T_{2\times}$ = 1.5–4.5°C).

The 1990–2100 warming for the central emissions scenario (IS92a) is approximately one third lower than the corresponding "best estimate" presented in 1990 (SA90): 2.0°C compared with 3.3°C for a sensitivity of 2.5°C. This arises mainly because of the following: differences in the two emission scenarios (the lower emissions for $CO_2$ and the halocarbons, in particular, lead to lower forcing and hence reduced warming); improvements to the carbon cycle model used to make $CO_2$ concentration projections (inclusion of a terrestrial sink term has led to lower concentrations); the inclusion of the cooling effect of aerosols in the current projections; the lower historical forcing to 1990 (now 1.32 $Wm^{-2}$ compared with 2.45 $Wm^{-2}$ previously); changes in the UD/EB model parameters; and changes in the UD/EB model structure to account for land/ocean differences in the climate sensitivity and a slow-down in the intensity of the thermohaline circulation.

---

[1] *For sea-level, in this extreme case, the constant-upwelling result is actually slightly less than for variable upwelling. This is because thr former leads to lower oceanic thermal expansion, which more than offsets the increased ice-melt contribution.*



**Figure 6.25:** Temperature changes for an extended version of the IS92a emission scenario in which anthropogenic emissions of $CO_2$, $CH_4$, $N_2O$, the halocarbons and fossil fuel derived $SO_2$ are assumed to decline linearly to zero over 2100–2200. A climate sensitivity of $\Delta T_{2\times}$ = 2.5°C is assumed.

### 6.3.4 Longer Time-scale Projections

The IS92 emission scenarios give emissions only out to 2100. In almost all cases, projected values of global mean temperature are still rising rapidly at the end of the period. This raises the question of what might happen after 2100. As noted above, both the carbon cycle and the climate system have large inertia, so even if (for example) $CO_2$ emissions were to decline dramatically after 2100, temperature would continue to increase for some time. Figure 6.25 illustrates this. Here, anthropogenic emissions follow IS92a to 2100 and then are assumed to decline linearly to zero over 2100–2200 for $CO_2$, $CH_4$, $N_2O$, the halocarbons and $SO_2$-derived aerosols. $CO_2$ concentrations in this scenario peak at around 850 ppmv in 2160, and decline to around 540 ppmv in 2500. Total radiative forcing also peaks around 2160, but temperatures continue to rise to 2200, declining only slowly thereafter.

While Figure 6.25 graphically illustrates the inertia of both the carbon cycle and the climate system, a more relevant set of long-term projections arises from the $CO_2$ concentration stabilisation profiles given in Chapter 2. These illustrate, in an idealised way, possible future $CO_2$ concentration pathways and levels that might be achieved in response to Article 2 of the Framework Convention on Climate Change, which calls for eventual stabilisation of greenhouse gas concentrations at, as yet, unspecified



**Figure 6.26:** Temperature changes for different climate sensitivities ($\Delta T_{2\times}$ = 1.5, 2.5 and 4.5°C) for $CO_2$ concentration profiles stabilising at 450 ppmv (dashed lines) in 2100 and 650 ppmv (full lines) in 2200. Stabilisation dates are indicated by the dots. Calculations assume the "observed" history of forcing to 1990, including aerosol effects (see Figure 6.18) and then $CO_2$ concentration increases only beyond 1990. From Raper *et al.* (1996).

levels. Analyses of the climate and sea level implications of these stabilisation scenarios have been carried out by Raper *et al.* (1996), Wigley (1995) and Wigley *et al.* (1996).

Here we reproduce the results of Raper *et al.* for S450 and S650 ($CO_2$ stabilisation at 450 ppmv in 2100 and at 650 ppmv in 2200): see Figure 6.26. The changes shown are those arising from $CO_2$ increases alone. As noted by Raper *et al.*, the effect of other anthropogenic forcing factors might amplify the warming to 2100, based on the IS92 scenarios (compare the $CO_2$-alone case with the full forcing case in Figure 6.21), but the subsequent effect of these other gases is impossible to estimate. Figure 6.26 shows that global mean temperature continues to rise for centuries after the stabilisation dates (indicated by the dots on the figure), approaching an eventual asymptotic value (determined by the concentration stabilisation level) very slowly.

## 6.4 Simulated Changes of Variability Induced by Increased Greenhouse Gas Concentrations

Previous IPCC Reports (1990, 1992) were necessarily sparse in details concerning possible changes of variability

of the climate system with an increase of $CO_2$ and trace gases. The 1990 Assessment focused on changes in mean climate and relied mainly on results from atmospheric models coupled to non-dynamic slab oceans (so-called "mixed-layer models") that were not capable of simulating any variability associated with the El Niño-Southern Oscillation (ENSO). Since a major source of global interannual variability is associated with ENSO, models that cannot simulate ENSO-like oscillations are seriously constrained when used to examine possible changes in variability. The 1992 Supplement contained results from four global AOGCMs that contained some aspects of ENSO-like variability (e.g., Meehl, 1990; Lau *et al.*, 1992), but most of the reported results still involved changes in mean climate produced by those models. Even though ENSO-like variability is now represented in present global coupled models, caution must be exercised when interpreting the results since only some aspects of ENSO are simulated and the variability tends to be underestimated (see Chapter 5). Also in the earlier IPCC reports, there was a brief discussion of possible changes in variability, but most of those studies were in the early stages. Subsequently there has been additional work done to analyse how variability is represented in climate models (Chapter 5) as well as how changes in variability are simulated in climate models. More global AOGCM experiments have now been completed and there have been studies using mixed-layer and specified SST models to explore further the mechanisms of possible variability changes suggested by the global coupled models.

The definition of variability in this section is the quantification of deviations from some mean value (e.g., standard deviation or variance on monthly or longer time-scales). We will examine changes in these variability measures between simulated present-day and increased-$CO_2$ climates. These changes in variability are distinct from simple shifts in respective means between the two climate states. Section 6.5 will examine possible changes of extreme events on time-scales less than one month. This latter category is obviously related to changes in variability and is defined by specific meteorological occurrences that may be infrequent in time and space, and that affect society or an ecosystem at a certain location.

### 6.4.1 Simulated Changes in Intermonthly Variability

Model experiments with an early version of the global coarse-grid AOGCM at the National Center for Atmospheric Research (NCAR) indicated that the variability of lower tropospheric temperature in the control case compared favourably with that measured by the MSU

*Climate Models – Projections of Future Climate*



**Figure 6.27:** The ratio of the interannual variances (i.e., IASD squared) of the weighted lower tropospheric temperature from equivalent periods in the $2 \times CO_2$ and control of the NCAR global coupled model: (a) model years 31–44; (b) model years 44–57; (c) model years 52–65; (d) the entire period of model years 31–65. Solid contours indicate greater interannual variability in the $2 \times CO_2$ case. Light stippling indicates a ratio greater than 1 (greater interannual variability in the $2 \times CO_2$ case), dark shading indicates greater variability significant at the 5% level, and cross-hatching indicates less variability in the model significant at the 5% level. The zonal average of the ratio is shown to the right. From Meehl *et al.* (1994).

satellite data (Meehl *et al.*, 1994 – see Chapter 5). They also showed no consistent changes of zonal mean intermonthly lower tropospheric temperature variability in the tropics due to increased $CO_2$, but decreases near 60°N (Meehl *et al.*, 1994). In certain regions there were marginal increases in intermonthly variability (e.g., over the south Asian monsoon region). Increases of intermonthly (also termed intraseasonal) precipitation variability with increased $CO_2$ (as evidenced by a shift from time-scales of days to time-scales of weeks) have also been reported for several other coupled models for the Indian monsoon region (Lal *et al.*, 1994a).

The NCAR study above contrasted the results from the coupled model to an earlier version with the same atmospheric model coupled to a non-dynamic slab ocean (mixed-layer model). In that experiment there were decreases of intermonthly variability between 20 and 60°N as well as at 60°S. These mixed-layer results were consistent with earlier mixed-layer studies. The difference in the tropics compared to the coupled model had to do partly with the inclusion of ENSO-type variability in the coupled model. Comparing the NCAR coupled model to the earlier mixed-layer model, Campbell *et al.* (1995) noted that the qualitative differences in variability described by the first and second empirical orthogonal functions (EOFs) of 700 mb height were as large or larger than the differences in variability when $CO_2$ was doubled. These two studies clearly show the importance of including ENSO-related variability for studying such changes with increased $CO_2$, as well as the importance of improving the representations of ENSO in global coupled models.

In experiments with the LMD model (Parey, 1994a) a decrease in intermonthly temperature variability with increased $CO_2$ was noted. However in that experiment only the mean SST increases from the MPI (*m*) run were used, so there was no possibility that ENSO variability could play a role. Consistent with the decreased intermonthly temperature variability, Parey (1994a,b) also noted changes of persistent intermonthly circulation patterns, commonly referred to as "blocking" (see Section 5.4.1), in the Northern Hemisphere with increased $CO_2$. In northern winter in particular there were decreases of blocking frequency over the Northern Hemisphere ocean regions. Lupo *et al.* (1995) used an atmospheric model coupled to a simple mixed-layer ocean model with doubled $CO_2$ concentration to show that blocking events in the Northern Hemisphere were more persistent but weaker with increased $CO_2$, with greater blocking activity particularly over the continents. Blocking frequency had been shown to decrease generally in the Southern Hemisphere in earlier

mixed-layer model experiments (e.g., Bates and Meehl, 1986), but the centres of blocking activity shifted westward in the Northern Hemisphere. More consistent with the Parey (1994a, b) results, Meehl *et al.* (1994) in their global coupled atmosphere-ocean model study suggest that the decreases in intermonthly variability seen in the global coupled model near 60°N are associated with decreases in blocking in the Northern Hemisphere mid-latitudes.

In spite of the additional recent studies addressing changes involving persistent circulation patterns represented by blocking, there appears to be significant model-specific (and possibly blocking-definition-specific) aspects of changes in blocking activity with increased $CO_2$ in the various studies. For example, blocking can be defined in terms of various pattern recognition schemes, or as a certain geopotential height anomaly that persists for a certain number of days, such that different threshold values give different impressions of blocking in different models. This makes it difficult to identify consistent changes in blocking activity. However, since blocking involves stable circulation patterns and leads to periods of greater weather forecast skill, possible changes in blocking have implications for future weather forecasting as well as extreme weather events associated with blocking (see next section).

### 6.4.2 Possible Changes in Interannual Variability

The specified $CO_2$ increase and SST increase experiments with the LMD model described above also showed a general decrease of interannual temperature variability (Parey, 1994a). However, as noted in the previous section, since only mean SST increases are used, changes in variability due to ENSO are not included. Mearns (1993), Gordon and Hunt (1994) and Liang *et al.* (1995) used mixed-layer models and confirmed some of the earlier mixed-layer model results that showed some areas of increased interannual temperature variability in the tropics and subtropics, with decreases at higher latitudes. The studies with the NCAR model noted above (Meehl *et al.*, 1994; Campbell *et al.*, 1995) showed some decreases of zonal mean variability of lower tropospheric temperature between the zone 20–60°N and the zone near 60°S, but mainly increases of tropical interannual variability associated with the inclusion of ENSO-like phenomena in the coupled model (Figure 6.27).

One of the key questions to be addressed with coupled models is what changes there may be, if any, to interannual variability associated with ENSO from an increase of $CO_2$, and how precipitation patterns in the Pacific region may be affected.

Several model simulations with coarse-grid AOGCMs agree that ENSO-like events in those models continue to occur with an increase of $CO_2$ in the model atmosphere with either similar amplitude SST variability in the tropical eastern Pacific or somewhat of a decrease (Meehl *et al.*, 1993a; Knutson and Manabe, 1994; Tett, 1995; Tokioka *et al.*, 1995). However, those models show that there may be some alterations to effects associated with ENSO. Meehl *et al.* (1993a) showed that area-averaged SST variability over the eastern tropical Pacific is not appreciably changed for the relatively short time-series considered, but that area-averaged precipitation anomalies associated with ENSO are enhanced over the tropical continents. That is, in their global coupled model with ENSO-like events in the increased $CO_2$ climate, large-scale anomalously wet areas



**Figure 6.28:** Temporal evolution of the standard deviation of ENSO-like variability in a GFDL global coupled AOGCM, and its dependence on $CO_2$ concentration. Shown are standard deviations of overlapping segments of bandpass (2–7 year) filtered sea surface temperature anomalies (7°N–7°S, 173°E–120°W) in °C for (a) a 20-year moving window and (b) a 100-year moving window. The different lines are for separate 1000-year experiments in which $CO_2$ is constant at $1 \times CO_2$ (control) or increases to $4 \times CO_2$ in the first 140 years and then remains at $4 \times CO_2$. In (b) an experiment in which $CO_2$ increases to $2 \times CO_2$ in the first 70 years and then remains constant at $2 \times CO_2$ is also shown.

become wetter, and dry areas drier. Meehl *et al.* (1993a) noted that, following the earlier suggestions of Rind *et al.* (1989), an increase of mean surface temperature could result in enhanced precipitation variability due to processes associated with the non-linear relationship between surface temperature and evaporation. Meehl *et al.* (1993a) also noted that the changed mean basic state of the extratropical circulation due to increased $CO_2$ (i.e., changes in zonal mean flow that affects the propagation of planetary waves) is associated with an alteration of the mid-latitude teleconnections involved with ENSO-like events in the tropical Pacific. However, for definitive statistical analyses to be made, longer time-series from more model realisations would be useful.

Knutson and Manabe (1994) noted a decrease in the amplitude of ENSO-like variability over the equatorial Pacific with increased $CO_2$ based on three 1000-year GFDL coupled model integrations (Figure 6.28b). They also noted a slight eastward shift of the ENSO-related precipitation variability in the central equatorial Pacific. Tett (1995) and Tokioka *et al.* (1995) showed that there are no significant alterations of SST variability over the central equatorial Pacific Ocean associated with ENSO-like events, but Tett (1995) suggested that there may be small enhancements of precipitation variability. A recent study with an atmospheric GCM with SSTs specified to simulate both an ENSO event and $CO_2$ warming suggests that signals associated with intensification of hydrological effects may be relatively small, even though that model was not producing those changes interactively (Smith *et al.*, 1995).

Variability in another regional circulation regime that is of interest for human and economic reasons is the south Asian or Indian monsoon. Recent results from global coupled models (e.g., Meehl and Washington 1993; Singh and von Storch, 1994; Bhaskaran *et al.*, 1995; Tett, 1995) have shown an agreement with the results summarised from earlier model versions in the 1990 and 1992 IPCC reports in that mean monsoon precipitation over the south Asian or Indian monsoon regions intensifies with increased $CO_2$ (Figure 6.29) due to the more rapid warming of the south Asian land area compared to the Indian Ocean. This produces an enhancement of the land-sea temperature contrast in that region, and in conjunction with an increased moisture source from the warmer ocean, intensifies the monsoon rainfall. If model simulations of the monsoon include sulphate aerosols, then mean south Asian monsoon precipitation decreases owing to decreased land-sea temperature contrast (Lal *et al.*, 1995a).

Concerning variability changes, in the NCAR coarse-

(a)



(b)



**Figure 6.29:** Area-averaged June to August monsoon precipitation in south Asia (land points in the area 5°N–40°N, 6 0°E–100°E) in mm/day from (a) the control case with present $CO_2$ concentration; and (b) the case for 2 × $CO_2$. Solid line is the 45 year mean; dashed lines indicate one standard deviation; dots indicate weak and strong monsoons (from Meehl and Washington, 1993).

grid AOGCM the interannual variability of the area-averaged summer (JJA) south Asian or Indian monsoon is enhanced (Meehl and Washington, 1993). This follows from the earlier ENSO results in that an increase of mean surface temperature could be expected to make precipitation more variable in certain tropical regions, owing to the relationship between surface temperature and evaporation. Bhaskaran *et al.* (1995) also note a significant increase in monsoon interannual variability in the Hadley Centre (UKMO)AOGCM. A marginally higher range between strong and weak Indian monsoon precipitation was documented in the MPI coupled model with increased $CO_2$ (Lal *et al.*, 1994b). Consistent with this result, standard deviation of Indian monsoon precipitation was somewhat higher with increased $CO_2$ in the CSIRO9 mixed-layer model (Chakraborty and Lal, 1994). The addition of sulphate aerosols appears to affect mean monsoon precipitation (noted above) but enhanced interannual monsoon variability still occurs as in the $CO_2$-only experiments (Lal *et al.*, 1995a).

### 6.4.3 Decadal and Longer Time-scale Variability

So-called "inherent" low-frequency variability in the climate system on decadal and longer time-scales can, for example, be induced by external sources such as volcanic activity and perhaps solar activity, and from internal sources such as alterations of the thermohaline circulation. External sources of climate variability have not been included in AOGCMs, but such models do have inherent variability on long time-scales due to interaction between the components of the coupled system. Since there are as yet few multi-century AOGCM integrations, these studies have focused less on possible changes to that variability than on the consequences of long time-scale variability on the manifestation of $CO_2$ climate change in the models. Clarifying these issues should be possible as more multi-century coupled model runs are completed.

Decadal variability makes it more difficult to identify the effects of increased $CO_2$ in the models. For example, Cubasch *et al.* (1994b) showed that a series of transient climate change experiments started from different initial states in the control integration produced as a result of decadal-scale variability somewhat different time evolutions of surface air temperature change. Tokioka *et al.* (1995) showed that decadal scale variability of sea ice volume in the MRI (Japan) global AOGCM affected the rate of warming at high latitudes in their transient $CO_2$ increase experiment. An increase of sea ice in the control run (and transient run) due to inherent decadal variability delays warming due to ice albedo feedback in the transient $CO_2$ increase experiment. However, ice albedo feedback effects can be influenced to a certain extent by the particular features of each sea ice formulation (e.g., Meehl and Washington, 1990).

As noted by Meehl *et al.* (1993b) and Karoly *et al.* (1994), climate models usually display a consistent zonal mean pattern of temperature change due to increased $CO_2$, with warming in the troposphere and cooling in the stratosphere. Karoly *et al.* (1995) attempted to sort out decadal variability associated with this zonal mean temperature signal from the GFDL and NCAR global AOGCMs. They conclude that the zonal mean pattern of $CO_2$-induced temperature change (warming in the troposphere and cooling in the stratosphere) does have inherent decadal-scale variability in the coupled models. Principal component analysis of zonal mean temperature shows some similarity of this pattern between the control runs from the models and the transient $CO_2$ increase experiments. Models can exhibit natural modes of variation which are similar to the signal they simulate in response to increased $CO_2$ (Santer *et al.*, 1994).

A set of experiments with one global coupled model

have been run long enough to address possible changes to ENSO amplitude occurring on multi-decadal to multi-century time-scales. Knutson and Manabe (1994, 1995) note that for their 1000-year integrations with the GFDL global coarse-grid AOGCM, the amplitude of ENSO-like variability can fluctuate by a factor of two or more on roughly a 50-year time-scale (Figure 6.28a). These internally generated amplitude modulations are substantially larger than the 20% decrease in mean amplitude found for a quadrupling of $CO_2$ (Figure 6.28b) and are reminiscent of the fluctuations in the amplitude of the real ENSO observed in this century (Section 3.4.2). Even using a 100-year sampling window (Figure 6.28b) they found that the model's internally generated fluctuations of ENSO amplitude on a multi-century time-scale can be comparable in magnitude to the long-term change due to increased $CO_2$. These studies point to the complications that arise due to inherent long-time-scale variability, and the difficulties that variability presents for analysing changes of the climate system on almost all time-scales due to increased $CO_2$, as well as for detection of a $CO_2$-induced climate change signal (see Chapter 8).

### 6.4.4 Conclusions

Analyses of climate model results (including a greater number of global coupled atmosphere-ocean models) subsequent to IPCC (1992) provide us with some indications of possible changes of variability of the climate system due to an increase of $CO_2$ in the context of the model limitations noted in Ch. 5:

(i)   Experiments with different model configurations indicate that zonal mean mid-latitude intermonthly temperature variability may be reduced, but there are no consistent results in regard to changes in persistent anomalies called "blocks", one of the contributors to intermonthly variability, since different definitions of blocking have been used and different models show different changes of geographical patterns of blocking.

(ii)  One study shows that intermonthly and interannual variability differences between GCMs with a simple mixed-layer and those coupled to a full ocean model are larger than changes in either type of model due to increased $CO_2$ alone, pointing to the importance of using a model with some representation of ENSO-like phenomena.

(iii) ENSO-like variability in several AOGCMs continues

with increased $CO_2$ with either little change or somewhat of a decrease of SST variability in the eastern tropical Pacific Ocean. A global AOGCM that includes some aspects of ENSO-like variability suggests that interannual variability of zonal mean lower troposphere temperature in the tropics may increase mainly due to hydrological effects on the tropical continents.

(iv)  There could be enhanced precipitation variability associated with ENSO events in the increased $CO_2$ climate, especially over the tropical continents, associated with the mean increase of tropical SSTs.

(v)   Enhanced interannual variability of area-averaged summer south Asian monsoon rainfall is indicated by several models.

(vi)  Decadal and longer time-scale variability affect the realisation of climate change in a number of simulations in terms of the rates of global warming and patterns of zonal mean temperature change. Multi-century variability in ENSO phenomena was in one case as large as the mean change caused by $CO_2$ increase. This indicates that natural climate variability on long time-scales will continue to be problematic for $CO_2$ climate change analysis and detection.

## 6.5 Changes in Extreme Events

### 6.5.1 Introduction

The extreme events considered here are infrequent meteorological events that surpass a certain threshold. The perceived severity of the extreme depends on the vulnerability of the natural environment and human society to the event. This implies that the definition of an extreme event can strongly depend on location.

A common property of extremes is that they refer to the deviation of meteorological elements (or the combination of several elements) from the local normals. Several mechanisms can be responsible for changes in local extremes: the appearance of large-scale meteorological phenomena (e.g., blocking or El Niño), an intensifying or weakening of either large-scale systems (e.g., stormtracks) or small-scale features such as convective storms, or a (relatively) small shift in location of weather systems possessing sharp gradients, like the inter-tropical convergence zone (ITCZ). Prediction of extremes originating from these three sources put different requirements on the quality of the GCM predictions.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 150 of 421

Predicting changes in extremes means predicting changes in probability distributions. For example, changes in mean temperature generally have substantial impacts on exceedance probabilities because of the rather short upper tail of the temperature distribution. Changes in variability such as those described in the previous section strongly affect the occurrence of extreme events. The possibility that a change in the variance can have a larger impact on the exceedance frequencies for monthly maxima than a change in the mean is demonstrated analytically in Katz and Brown (1992). Nevertheless, enhanced greenhouse simulations indicate that the effect of changes in mean temperature are usually much larger than the effect of changes in variance (Cao *et al.*, 1992; Hennessey and Pittock, 1995).

The state-of-the-art of modelling synoptic scale extremes is briefly described in the next sub-section (6.5.2), in order to provide a general background for the subsequent discussion. Possible changes in daily variability, which might give rise to changes in the occurrence of extreme events are discussed in Section 6.5.3. Several types of the most studied extreme events (wind-related, temperature related and precipitation related), are discussed in Sections 6.5.4 to 6.5.6.

### 6.5.2 Background

Possible changes in extreme events were assessed by IPCC in IPCC (1990) (Mitchell *et al.*, 1990) and IPCC (1992) (Gates *et al.*, 1992).

Many scientists (e.g., Hewitson and Crane, 1992a, b; von Storch, 1993; von Storch *et al.*, 1993) consider the usefulness and realism of output from climate models as being scale-dependent. The success of the simulation of extreme events in GCMs depends on the scale of the event, and whether the events depend on regional properties (such as lake-related snow-fall in Ontario, Canada).

To simulate a reasonable global scale atmospheric or oceanic circulation, relatively coarse resolution numerical models are sufficient. Obviously, these models must resolve the scales of the forcing functions. Much finer resolution is required to model adequately the non-linear flow of energy from the large scales to the small scales. Because of the finite resolution there is a spectral cut-off point where the flux of energy to smaller scales can no longer be maintained by the non-linear dynamics, but is usually parameterized by an artificial dissipation or damping mechanism (for instance, Roeckner and von Storch, 1980).

For scales near the spatial cut-off scale, however, the dynamics are severely disrupted, and the skill of the simulation of these scales will in general be low. Further

factors which make the model output less reliable for smaller scales are the lack of sub-grid scale features within a grid box, such as a coastline, the presence of a lake or of mountains, which might be relevant for the regional circulation. Also, the parametrizations of the various processes in atmospheric GCMs describe the overall effect of a process better for some variables or regions than others.

Extreme weather events are rare and occur on the synoptic and even smaller scales (e.g., heavy showers, gusts and tornadoes). Long integrations of very high-resolution models are required to simulate them and even then there is little prospect that sub-synoptic scale events can be successfully resolved in GCMs. We present here some examples where general weather or wind patterns were analysed, from which conclusions concerning extremes may be inferred using down-scaling techniques. Hulme *et al.* (1993) assessed the control simulations (10-year) of two GCM experiments (UKHI and ECHAM1-coupled model 11) in terms of their ability to reproduce realistic "real world" weather and observed mean monthly frequencies of gales over the British Isles. The seasonality of both anticyclonic and cyclonic types of weather is much too strong in ECHAM1 and summer precipitation in this model is greatly underestimated. ECHAM1 simulates the annual cycle of temperature well, while UKHI successfully reproduces the annual cycle of precipitation. Both models underestimate the number of gales by about 50%, ECHAM1 more so than UKHI (see Figure 6.30). ECHAM1 simulates the correct form of the annual cycle with a clear winter maximum. In December and January, UKHI greatly underestimates gale frequencies, leading to a bimodal frequency distribution of simulated gale frequencies.



**Figure 6.30:** Observed and model-simulated mean monthly frequencies of gales over the British Isles. The range bars on the observed line represent the range in 10-year averages from the 110-year observed record (from Hulme *et al.*, 1993).

Beersma (1994) compared storm activity over the North Sea and the Netherlands in two climate models (CCC and ECHAM1-coupled) with observations. He observes that the models have difficulties with basic features of the large-scale circulation which affect the surface wind and concludes that the average wind speed and the frequency of gales over the North Sea are reproduced rather poorly in both models.

ENSO affects tropical cyclone behaviour and the occurrence of floods, droughts, and heat waves in many extra tropical regions. Changes in ENSO behaviour related to climate change are possible but uncertain. This is an important source of uncertainty in the following discussion.

### 6.5.3 Possible Changes in Daily Variability

Only a few modelling studies to date have analysed changes in daily temperature and precipitation variability (defined as variability between days) due to increased $CO_2$. One study used the LMD atmospheric GCM run, with specified SSTs taken from a transient climate change experiment with an AOGCM. Two series of three experiments (control, doubled and tripled $CO_2$ with two different model resolutions) showed a general decrease of daily temperature variability with increased $CO_2$ in the model (Parey, 1994a) along with an increase in mean temperatures. A similar result for daily temperature variability over a limited area was obtained from two continuous 3.5 year-long climate simulations over continental USA, one for present-day conditions and one for conditions under doubled $CO_2$ concentration. These were conducted with a regional climate model (RegCM), on a 60 km grid, nested in a global GCM. A moderate number of changes in daily temperature variability were statistically significant, and the majority of these were decreases. Clearest tendencies were decreases in the winter in the central and northern Great Plains, in late summer and late winter in the Great Lakes region, and in late winter in the south-east (Mearns et al., 1995b). Cao et al. (1992) analysed global changes in daily temperature variance in the UKMO low resolution GCM for a doubling of $CO_2$. There is a reduction in variance in high latitudes in winter where sea ice is replaced by open water, and a generally insignificant reduction in middle latitudes over the oceans and North America in winter. Elsewhere changes in variance are small and of variable sign, though some increases over the northern continents in summer are statistically significant.

The Model Evaluation Consortium for Climate Assessment (MECCA) Phase 1 simulations have been examined to assess the possibility of changes in daily variability in surface temperature and other quantities. The largest changes in variability in surface temperature occurred at the cryospheric margin. Although there are differences between control and enhanced greenhouse values of daily standard deviation of surface temperature, differences among the five models studied were much greater than between any one model's realisation of current and future climatic variability (Henderson-Sellers et al., 1995a).

Concerning changes in daily precipitation variability, analysis of the RegCM integrations showed that there were fewer areas of significant change compared to daily temperature variability change, but that most of these were increases in daily precipitation variability for doubled $CO_2$ conditions, particularly in winter on the north-west coast of North America.

The relationship between these changes in daily temperature and precipitation variability seems to be dependent on the geographic area considered. For example, mid-continental temperature variability could be associated with changes in clouds or soil moisture, while changes in precipitation variability could be affected by altered storm activity.

### 6.5.4 Extreme Wind Events
#### 6.5.4.1 Mid-latitude storms
The main energy sources for mid-latitude depressions are the temperature contrast between the cold polar regions and the warmer sub-tropical conditions, and the release of latent heat as water vapour condenses in the warm, poleward moving, ascending air. Some GCMs show (IPCC, 1990) that in a $CO_2$ enhanced atmosphere, the low-level meridional temperature gradient will be reduced due to positive feedbacks at higher latitudes, although most coupled models simulate an increased temperature gradient in the Southern Hemisphere. Most models predict increased water vapour content in the warmer atmosphere. However, at upper levels the tropics warm relative to high latitudes due to the release of latent heat. It is difficult to predict the result of these competing effects.

GCMs simulate the position of the observed storm tracks well (Figure 6.31a and b) but tend to slightly underestimate storm track strength (Hall et al., 1994; Murphy 1995a). GCM response to enhanced $CO_2$ varies somewhat with different models and resolution (e.g., Senior 1995) and different techniques are employed to study the storm tracks. Hall et al. (1994) found an intensification and poleward shift in both the Northern Hemisphere storm tracks in the high resolution UKMO slab model, with the most spectacular change occurring in the eastern Atlantic/

*Climate Models – Projections of Future Climate*



**Figure 6.31:** Comparison of observed and modelled mid-latitude storm tracks (as shown by the standard deviation of band-pass filtered 500 mb height) in December, January and February, from 10-year simulations with the UKMO 2.5° × 3.75° resolution slab model.

western Europe region (Figure 6.31c). Carnell *et al.* (1996) found similar results from the UKMO AOGCM. In contrast, results from the CCC slab model (Lambert, 1995) suggest no obvious shift in the Northern Hemisphere storm tracks but a slight shortening of the Atlantic tracks suggesting a reduction in storm activity over Europe. The ECHAM1 AOGCM (König *et al.,* 1993) shows a northward shift of North Atlantic cyclones and an eastward movement in the North Pacific. The most significant change is a poleward shift of Southern Hemisphere cyclones in autumn and winter. Clearly, there is little agreement between models on the changes in storminess that might occur in a warmer world. Conclusions regarding extreme storm events are obviously even more uncertain.

### 6.5.4.2 Tropical cyclones

The formation of tropical cyclones depends upon a number of factors, including sea surface temperatures (SSTs), the vertical lapse rate of the atmosphere, vertical wind shear, mid-tropospheric relative humidity, and the prior existence of a centre of low-level cyclonic vorticity (Gray, 1979) so predicting changes in a warming climate is not straightforward. Though climate models can simulate some of the aspects of tropical cyclone occurrence (Manabe and Broccoli, 1990; Haarsma *et al.*, 1993), the state-of-the-science remains poor because:

(i)   tropical cyclones cannot be adequately simulated in present GCMs,
(ii)  some aspects of ENSO are not simulated well in GCMs,
(iii) other large-scale changes in the atmospheric general circulation which could affect tropical cyclones cannot yet be discounted, and
(iv)  natural variability of tropical storms is very large, so small trends are likely to be lost in the noise.

A special study undertaken as part of the joint WMO/ICSU programme on Tropical Cyclone Disasters by Lighthill *et al.* (1994) suggests that there are no compelling reasons for expecting a major change in global tropical cyclone frequency, although substantial regional changes may occur. Models, at present, are not adequate to predict the direction of such changes. A further study by Holland (1995) indicates that there is unlikely to be more intense tropical cyclones than the worst that are experienced under current climate conditions. There may be some potential, however, for changes of cyclone intensity in regions where SST is between 26 and 29 °C.

Bengtsson *et al.* (1994, 1995) ran a 5-year experiment

for IPCC (1990)'s "Scenario A / year 2035" conditions with the T106 ECHAM model. Individual storms as well as their geographical and seasonal distribution in the control run agreed well with observations. For the enhanced greenhouse scenario, they found a decrease in the number of tropical cyclones, especially in the Southern Hemisphere while the geographical distribution appeared unchanged compared to the present climate. In this simulation the effect of warmer surface waters is counteracted by generally weaker surface winds with somewhat reduced evaporation and by changes of the vertical stability. Lal *et al.* (1995b) found no significant changes in the number and intensity of monsoon depressions in the Indian Ocean in a warmer atmosphere in the ECHAM3-T106 experiment.

In conclusion, it is not possible to say whether the frequency, area of occurrence, time of occurrence, mean intensity or maximum intensity of tropical cyclones will change.

### 6.5.5 Extreme Temperature Events

Zwiers (1994) made an extreme value analysis of simulated 2-metre air temperature obtained from 20-year control and doubled $CO_2$ simulations conducted with the Canadian Climate Centre second generation climate model (McFarlane *et al.*, 1992). Changes in both the shape and location of the 2-metre temperature distributions occur in many places. Large changes (4–6°C) in the 10-year return values of daily maximum 2-metre temperature ($T_{Max,10}$) occur over the continents (except Antarctica) as a consequence of a loss of soil moisture. Even larger changes (up to 10°C) in the 10-year return values of daily minimum 2-metre temperature ($T_{Min,10}$) over temperate northern latitudes are related to a loss of snow cover. Small changes in $T_{Min,10}$ over land masses which do not receive snow in the control simulation can be traced to losses in soil moisture and corresponding reductions in cloud. Desert areas seem to experience roughly equal changes in $T_{Min,10}$ and $T_{Max,10}$ as do tropical and temperate oceans. Formerly ice-covered parts of the polar oceans sustain relatively large changes in $T_{Max,10}$ and very large changes in $T_{Min,10}$. Parts of the polar oceans which remain ice-covered experience small changes in $T_{Max,10}$ and large changes in the $T_{Min,10}$.

Small changes in the mean climate can produce relatively large changes in the frequency of extreme events. Hennessy and Pittock (1995) performed a scenario study for the year 2030 where observed temperatures were increased according to GCM-derived warming scenarios for south-eastern Australia which vary spatially and

seasonally. It was assumed that (absolute) temperature variability remains constant.

At each GCM grid-point over Victoria, Australia, the warming per degree of global warming simulated by each of five GCMs was ranked from highest (rank 1) to lowest (rank 5). The rank 2 warming was defined as the "high case" and the rank 4 warming was defined as the "low case". Multiplying these scaled regional warmings by a range of global warming estimates for a given year (Whetton *et al.*, 1993) gives an estimate of the regional warming for that year.

The low warming scenario of about 0.5°C by 2030 gives at least 25% more days over 35°C in summer and spring, and at least 25% fewer winter days below 0°C. The high warming scenario of about 1.5°C produces 50 to 100% more extremely hot summer and spring days and 50–100% fewer extremely cold winter days. Larger percentage changes occur in regions where absolute changes are smaller. Similar results were found for these and other threshold temperatures at temperate sites in the eastern Australian state of New South Wales, and at tropical sites in the Northern Territory and Western Australia.

The high warming scenario also gives a 20% increase in the probability of a run of at least 5 summer days over 35°C in the northern half of Victoria, and the risk of a run of at least 5 winter days below 0°C is reduced by up to 20% in western and coastal areas and by 25–40% in the north-east highlands.

### 6.5.6 Precipitation Extremes

There is now mounting evidence to suggest that a warmer climate will be one in which the hydrological cycle will in general be more intense (IPCC, 1992), leading to more heavy rain events (*ibid.*, pp.119). It should be noted, however, that, as the GCM grid sizes are much larger than convective elements in the atmosphere, daily precipitation is poorly reproduced by GCMs.

Noda and Tokioka (1989) noted in their $2 \times CO_2$ simulations an increase of cumulus type precipitation, which results in a decrease of precipitation area and an increase in precipitation intensity. Gordon *et al.* (1992) looked at changes in the frequency distribution of simulated daily rainfall. They found that return periods (between 3-month to 5-year in this study) for CSIRO4 GCM-simulated heavy rain events decreased by factors ranging from 2 to 5 under $2 \times CO_2$ conditions in the locations they examined (i.e., Australia, midwest USA, Europe and India).

Similar results were found in analyses of daily rainfall simulated by the CSIRO9 GCM (Whetton *et al.*, 1993), and

with the UKMO high resolution model (Fowler and Hennessy, 1995; Gregory and Mitchell 1995; Hennessy *et al.*, 1995). While mean rainfall intensity increased by 10–30% at most latitudes for a doubling of $CO_2$, increases in the frequency and intensity of 90th percentile rainfall events exceeded 50% in some regions.

Henderson-Sellers *et al.* (1995a) have compared simulations of daily precipitation from five equilibrium simulations of doubled $CO_2$. Overall they find shorter return periods for extreme events and increased intensity of rainfall. The largest changes occur in the tropics. This study also suggests a decrease in return period in the five regions highlighted in IPCC (1990). In addition, the MECCA models exhibit an increase in intensity in most regions except South Asia. In South Asia, however, there is an increase in the number of rain days and in the number of wet spells. The number of raindays decreases in southern Europe. In general there is an increase in the mean and variability of precipitation, a decrease in return period of extreme events and an increase in intensity and the number of wet spells (consecutive days with precipitation).

McGregor and Walsh (1994) present $2 \times CO_2$ results for a limited area model nested within the CSIRO9 GCM at 60-km resolution over Tasmania, Australia. Over 10 successive years of July conditions, the total number of rain days decreases, but the number of events exceeding 16 mm/day increases by 40%

Analysis at NCAR of a RegCM embedded in a global GCM showed areas with significant changes (both increases and decreases) of precipitation frequency and intensity under $2 \times CO_2$ conditions (Mearns *et al.*, 1995a). Precipitation variability increased significantly. In the Central Plains of the USA, small changes in mean precipitation masked large increases in intensity combined with decreases in frequency. Analysis of daily rainfall frequency over land points in the Indian monsoon region in the Hadley Centre global coupled model showed that there could be more heavy rainfall days with increased $CO_2$ (Bhaskaran *et al.*, 1995).

However, Parey (1994a), analysing the return period of heavy rainfall events from three 30-year simulations under $1 \times$, $2 \times$ and $3 \times CO_2$ conditions with the LMD-GCM in seven, mainly extra-tropical land regions did not find a systematic increase in heavy rainfall classes as $CO_2$ increases. There was no significant change in daily rainfall annual distribution between the three simulations, so the return period for heavy rainfall events was not shorter in the enhanced $CO_2$ simulations. In a parallel experiment with the ECHAM3 model Cubasch *et al.* (1995b) find an increase in rainfall intensity mainly over tropical land regions and the northern mid-latitudes.

*Climate Models – Projections of Future Climate*

Various investigators (e.g., Cubasch *et al.*, 1995b; Gregory and Mitchell, 1995; Gregory, pers. comm.) find that a shift in the distribution of daily precipitation amounts towards heavier events may in some areas be accompanied by an increase in the number of dry days. Dry days may also become more frequent where the mean precipitation decreases. For both reasons, there may be an increase in the length of dry spells (consecutive days without precipitation).

For instance, Cubasch *et al.* (1995b) found from three 30-year simulations under $1 \times$, $2 \times$ and $3 \times CO_2$ conditions, respectively, with the ECHAM3 model a generally longer dry spell length in all extratropical regions. In central North America, the probability of a 3-month dry spell is 1% in the $1 \times CO_2$, twice that in the $3 \times CO_2$ run. Gregory (pers. comm.) reports for experiment *s* that the probability of a dry spell of at least 30 days in summer in southern Europe increases by a factor of 2–5 on doubling $CO_2$, although the mean precipitation decreases by only 22%. This relatively small reduction also leads to a much increased incidence of low seasonal precipitation totals: the probability of a precipitation amount smaller than the driest decile of the control distribution of summer precipitation more than doubles.

Reduced precipitation may also be associated with drier soil. In Whetton *et al.* (1993) drought occurrence in Australia is assessed using an off-line soil water balance model and scenarios based upon the results of a range of GCMs. Although large changes in drought frequency were possible due to the range of uncertainty in the scenarios, the direction of change in soil moisture was uncertain at most sites examined. They demonstrate that drying was more likely in the south of Australia.

Gregory (pers. comm.) also finds higher probability of dry soil in summer in central North America and southern Europe in the Hadley Centre simulations.

### 6.5.7 Summary and Conclusions

Extreme weather events are important aspects of climate. They generally occur at synoptic scale and are of shorter duration than global climate change. Since possible changes in extremes may have large impacts on nature and human society, and relate to most people's direct experience, such changes will be more convincing than global changes averaged over time and space. Current climate models lack the accuracy at smaller scales and the integrations are often too short to permit analysis of local weather extremes. Except maybe for precipitation, there is little agreement between models on changes in extreme events. However, by reasoning from physical principles, or by using down-scaling techniques and looking at patterns

such as mid-latitude storm tracks from which extremes can be inferred, or by making time-slice experiments with high resolution models some tentative assessments concerning extreme events may be made:

(i)   Small changes in the mean climate or climate variability can produce relatively large changes in the frequency of extreme events; a small change in the variability has a stronger effect than a similar change in the mean.

(ii)  A general warming tends to lead to an increase in extremely high temperatures and a decrease in winter days with extremely low temperatures.

(iii) Model studies that addressed daily variability changes indicate a decrease of daily temperature variability with increased $CO_2$ in certain regions, with some increased daily precipitation variability over a few areas such as north-west North America in winter.

(iv)  Several models suggest an increase in the precipitation intensity, suggesting a possibility for more extreme rainfall events. In some cases models also predict more frequent or severe drought periods in a warmer climate.

### 6.6 Simulation of Regional Climate Change

In IPCC (1990) and IPCC (1992), very low confidence was placed on the climate change scenarios produced by GCM equilibrium experiments on the sub-continental, or regional, scale (order of $10^5 - 10^7$ km$^2$). This was mainly attributed to coarse model resolution, limitations in model physics representations, errors in model simulation of present day regional climate features, and wide inter-model range of simulated regional change scenarios. Since then, transient runs with AOGCMs have become available which allow a similar regional analysis. In addition, different regionalisation techniques have been developed and tested in recent years to improve the simulation of regional climate change. This section examines regional change scenarios produced by new coupled GCM runs (Section 6.6.1) and progress in the application of regionalisation techniques to the simulation of regional climate change (Section 6.6.2). Following the 1990 and 1992 reports, emphasis is placed on the simulation of seasonally averaged surface air temperature and precipitation, although the importance of higher order statistics and other

surface climate variables for impact assessment is recognised (Kittel *et al.,* 1995; Mearns *et al.,* 1995a, b).

### 6.6.1  Regional Simulations by GCMs

In IPCC (1990), five regions were identified for analysis of regional climate change simulation: Central North America (CNA, 35–50°N, 85–105°W), South East Asia (SEA, 5–30°N, 70–105°E), Sahel (Africa) (SAH, 10–20°N, 20°W–40°E), Southern Europe (SEU, 35–50°N, 10 W–45°E) and Australia (AUS, 12–45°S, 110–155°E). Output from different coupled model runs with dynamical oceans for these regions was analysed by Cubasch *et al.* (1994a), Chakraborty *et al.* (1995a, b), Whetton *et al.* (1995) and Kittel *et al.* (1996), while analysis over the Australian region from equilibrium simulations with mixed-layer ocean models was performed by Whetton *et al.* (1994). Results over two additional regions were analysed by Raisanen (1995) for Northern Europe (NEU, land areas north of 50°N and west of 60°E) and Li *et al.* (1994) for East Asia (EAS, 15–60°N, 70–140°E). To summarise the findings of these works, Figures. 6.32 (a–h) show differences between region-average values at the time of $CO_2$ doubling and for the control run, and differences between control run averages and observations (hereafter referred to as bias), for winter and summer surface air temperature and precipitation. The biases are presented as a reference for the interpretation of the scenarios, because it can be generally expected that the better the match between control run and observed climate, the higher the confidence in simulated change scenarios. The model runs are labelled *d, g, m, x, p, q, r, s* and *t* in Table 6.3 and the experiments do not include the effects of aerosols and human-induced changes in surface characteristics, which are likely to alter regional patterns of temperature and precipitation change (e.g., Copeland *et al.,* 1995; also see Section 6.2 of this report). The models employ different spatial resolutions and flux adjustments.

Scenarios produced by these transient experiments varied widely among models and from region to region, both for temperature and precipitation. Except for a few outliers, individual values of projected surface warming varied mostly in the range of ~1°C to ~5°C (Figure 6.32a, c), with the NCAR-*r* and MPI-*x* runs generally showing the greatest temperature sensitivity. NCAR-*q* runs showed the least temperature sensitivity because, with a 1% linear increase in $CO_2$/yr (Table 6.3), $CO_2$ had increased only by a factor of 1.7 by the end of the 70-year simulation, compared to a doubling for the other model runs. For most regions, the inter-model range of simulated temperature increase was rather pronounced, about 3–5°C. With the

exception of one or two outliers, the smallest inter-model range of simulated warming at the time of $CO_2$ doubling was over Australia in summer and the Sahel in winter, where the scenarios differed among models by no more than 1.3°C. It should be noted, however, that for a region such as Australia, continental-scale agreement may come from cancelling differences at the sub-continental scale.

The surface air temperature biases had positive and negative values both in winter and summer (Figures 6.32 b, d). However, biases were mostly negative in winter and positive in summer, an indication that the models tended to overestimate the seasonal temperature cycle. Most biases were in the range of –7°C to 10°C, but values as large as ~ 15°C were found. The smallest biases were found over Australia and, with the exception of one or two models, South-East Asia and Southern Europe. Over most regions, the inter-model range of temperature bias was of the order of 10°C, i.e., it was greater than the inter-model range of regional temperature increase. The surface temperature biases as well as the simulated regional warming scenarios were in the same range as those reported in IPCC (1990) for a number of equilibrium runs.

Regional precipitation biases spanned a wide range, with values as extreme as ~–90% or greater than +200% (Figure 6.32f, h). The biases were generally larger in winter than in summer, and overall, regions with the smallest biases were Southern Europe, Northern Europe, and Central North America. Regions receiving low winter precipitation (e.g., Sahel, South East Asia) tended to have large positive or negative biases because small errors in control run values appear as large biases when reported in percentage terms.

Simulated precipitation sensitivity to doubled $CO_2$ was mostly in the range of –20% to +20% of the control value (Figure 6.32e, g). The most salient features of simulated regional precipitation changes are summarised as follows:

(i)   All models agreed in summer precipitation increases over East Asia and, except for one model, South East Asia, reflecting an enhancement of summer monsoonal flow (see Section 6.3).

(ii)  All models agreed in winter precipitation increases over Northern Europe, East Asia and, except for one model, Southern Europe. In the other cases, agreement was not found among models even on the sign of the simulated change.

(iii) Regions with the smallest inter-model range of simulated precipitation change were Central North



**Figure 6.32:** Difference between averages at time of $CO_2$ doubling and control run averages ($CO_2$–Control) and difference between control run averages and observed averages (Control–Observed) as simulated by nine AOGCM runs over seven regions (see text). (a)–(b) Temperature, winter; (c)–(d) temperature, summer; (e)–(f) precipitation, winter; (g)–(h) precipitation, summer. Units are °C for temperature and percentage of control run, or observed, averages for precipitation. In (f) and (h) values in excess of 200% have been reported at the top end of the vertical scale. In (e) values in excess of 60% have been reported at the top end of the vertical scale. CNA = Central North America, SEA = South East Asia, SAH = Sahel, SEU = Southern Europe, AUS = Australia, NEU = Northern Europe, EAS = East Asia.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 158 of 421

America, East Asia and Northern Europe in summer and Southern Europe, Northern Europe, and East Asia in winter.

Overall, the precipitation biases were greater than the simulated changes. A rigorous statistical analysis of the model results in Figure 6.32a–h has not been carried out. However it can be expected that, due to relatively high temporal and spatial variability in precipitation, temperature changes are more likely to be statistically significant than precipitation changes.

1 summary, several instances occurred in which onal scenarios produced by all models agreed, at least ign. In fact, regardless of whether flux correction was l, the range of model sensitivity was less than the range iases (note that the scales in Figure 6.32 a–h are rent for the sensitivities and the biases). However, the e of simulated scenarios and the model regional biases still large, so that confidence in the regional scenarios lated by AOGCMs remains low. It should be pointed that, while model agreement increases our confidence e veracity of model responses, it does not necessarily antee their correctness because of possible systematic rs or deficiencies shared by all models. On the other d, in spite of these errors, models are useful tools to y climate sensitivity (see Chapter 5). Even though els cannot exactly reproduce many details of today's ate, key processes that we know to exist in the real ate system are represented in these models (see pter 4). For example, the simulation of the seasonal e of winds, temperature, pressure and humidity in both horizontal and vertical provides us with a first order ification of the fidelity of the models' ability to capture e basic features of the Earth's climate. As another nple, AOGCMs exhibit the ability to simulate essential onses of the climate system to various forcings, e.g., e involving El Niño SST anomalies and aerosols from anic activity. This increases our confidence in the use OGCM sensitivity experiments to evaluate potential ges in important climate processes.

**? Simulations Using Statistical Downscaling and Regional Climate Modelling Systems**

ough computing power has substantially increased ng the last years, the horizontal resolution of present led atmosphere-ocean models is still too coarse to ure the effects of local and regional forcings in areas of plex surface physiography and to provide information ible for many impact assessment studies. Since IPCC

(1992), significant progress has been achieved in the development and testing of statistical downscaling and regional modelling techniques for the generation of high resolution regional climate information from coarse resolution GCM simulations.

*6.6.2.1 Statistical downscaling*

Statistical downscaling is a two-step process basically consisting of (i) development of statistical relationships between local climate variables (e.g., surface air temperature and precipitation) and large-scale predictors; and (ii) application of such relationships to the output of GCM experiments to simulate local climate characteristics. A range of statistical downscaling models has been developed (Karl et al., 1990; Bardossy and Plate 1992; Wilks 1992, Wilson et al., 1992, Von Storch et al., 1993; Gyalistras et al., 1994; Hughes and Guttorp 1994; Noguer 1994; Matyasowszky et al., 1995; Zorita et al., 1995; Pleym and Karl 1996), mostly for USA, European and Japanese locations, where better data for model calibration are available. The main progress achieved in the last few years has been the extension of many downscaling models from monthly and seasonal to daily time-scales, which allows the production of data more suitable for a broader set of impact assessment models (e.g., agriculture or hydrologic models) (Bardossy and Plate 1992; Wilks 1992; Wilson et al., 1992; Matyasowszky et al., 1995; Pleym and Karl 1996).

When optimally calibrated, statistical downscaling models have been quite successful in reproducing different statistics of local surface climatology (e.g., Wilks, 1992; Von Storch et al., 1993; Hughes and Guttorp, 1994; Noguer, 1994; Zorita et al., 1995; Pleym and Karl, 1995). Climate change scenarios have been generated through the application of statistical downscaling models (Von Storch et al., 1993; Gyalistras et al., 1994; Zorita et al., 1995; Pleym and Karl; 1996). Confirming an early study by Wigley et al. (1990), these new experiments showed that, in complex physiographic settings, local temperature and precipitation change scenarios generated using downscaling methods were significantly different from, and had a finer spatial scale structure than, those directly interpolated from the driving GCMs. As an example, Pleym and Karl (1996) indicated that the application of the Climatological Prediction by Model Statistics (CPMS) to output from a doubled $CO_2$ GCM equilibrium run produced a decrease in simulated warming of several degrees at different Norwegian locations compared to those produced by the driving GCM.

A unique application of a statistical downscaling method

340                                                                                    *Climate Models – Projections of Future Climate*



**Figure 6.33:** Example of downscaled sea level change at a Japanese tidal gauge site as derived from observed sea level pressure fields (solid line, from 1900 to 1988) and from simulated sea level pressure anomalies (dashed line, from "1935" to "2085"). Only the sea level component controlled by the anomalous large-scale circulation is affected by the downscaling procedure. Units are mm. From Maochang *et al.*, 1995.

has been the attempt to compute coastal sea level change at a number of Japanese coastal locations via correlations with large-scale circulation patterns (Maochang *et al.*, 1995, Figure 6.33). New techniques for the disaggregation of precipitation over mountainous terrain were proposed by Barros and Lettenmaier (1993), Miller (1994), Leung and Ghan (1995) and Goyette and Laprise (1995), in which dynamical and/or physical processes are calculated over a high resolution sub-grid of a GCM grid box without use of a full atmospheric limited area model.

### 6.6.2.2 Regional modelling

The (one-way) nested modelling technique has been increasingly applied to climate change studies in the last few years. This technique consists of using output from GCM simulations to provide initial and driving lateral meteorological boundary conditions for high resolution Regional Climate Model (RegCM) simulations, with no feedback from the RegCM to the driving GCM. Hence, a regional increase in resolution can be attained through the use of nested RegCMs to account for sub-GCM grid scale forcings. The most relevant advance in nested regional climate modelling activities was the production of continuous RegCM multi-year climate simulations. Previous regional climate change scenarios were mostly produced using samples of month-long simulations (Giorgi *et al.*, 1992; Marinucci and Giorgi 1992). The primary

improvement represented by continuous long-term simulations consists of equilibration of model climate with surface hydrology and simulation of the full seasonal cycle for use in impact models. In addition, the capability of producing long-term runs facilitates the coupling of RegCMs to other regional process models, such as lake models (Hostetler *et al.*, 1993, 1994), dynamical sea ice models (Lynch *et al.*, 1995) and possibly regional ocean (or coastal) and ecosystem models (Pielke *et al.*, 1992; Giorgi 1995).

Continuous month- or season-long to multi-year experiments for present day conditions with RegCMs driven either by analyses of observations or by GCMs were generated by Giorgi *et al.* (1993, 1994), Chen *et al.* (1994), Copeland *et al.* (1994, 1995), Bates *et al.* (1995) and Leung and Ghan (1995) for North American regions, Kanamitsu and Juang (1994), Liu *et al.* (1994), Hirakuchi and Giorgi (1995), Lal *et al.* (1995c) and Sasaki *et al.* (1995) for Asian regions, Cress *et al.* (1994), Machenauer *et al.* (1994), Jones *et al.* (1995), Marinucci *et al.* (1995), Podzun *et al.* (1995) and Luthi *et al.* (1996) for Europe, McGregor and Walsh (1993, 1994) and Walsh and McGregor (1995) for Australia, and Semazzi *et al.* (1994) for the Sahelian region. Fewer climate change experiments have been conducted to date. Equilibrium regional climate change scenarios due to doubled $CO_2$ concentration were produced by Giorgi *et al.* (1994) for the continental USA, McGregor and Walsh (1994) for Tasmania, Hirakuchi and Giorgi (1995) for Eastern Asia, and Jones *et al.* (1996) for Europe.

In the experiments mentioned above, the model horizontal grid point spacing varied in the range of 15 to 125 km and the length of runs from one month to 10 years. In addition, different nesting techniques were used, from the standard lateral boundary relaxation procedure (e.g., Giorgi 1990) to a newer spectral nesting procedure (Kida *et al.*, 1991) in which the GCM forces the low wavenumber component of the fields throughout the regional domain and the RegCM calculates the high wavenumber component.

The main results of the validation and present day climate experiments with RegCMs can be summarised in the following points:

(i)    When driven by analyses of observations, RegCMs simulated realistic structure and evolution of synoptic events. Averaged over regions of the order of $10^4$ – $10^6$ km² in size, temperature biases were mostly in the range of a few tenths of °C to a few °C and precipitation biases were mostly in the range of 10%–40% of observed values. The biases generally increased as the size of the region decreased.

(ii)   The RegCM performance was critically affected by the quality of the driving large-scale fields, and tended to deteriorate when the models were driven by GCM output, mostly because of the poorer quality of the driving large-scale data compared to the analysis data (e.g., position and intensity of storm tracks).

(iii)  Compared to the driving GCMs, RegCMs generally produced more realistic regional detail of surface climate as forced by topography, large lake systems, or narrow land masses. Examples of the additional detailed produced by nested RegCMs in the simulation of precipitation spatial patterns is given in Figure 6.34a,b for the USA at 60 km grid point spacing (Giorgi *et al.,* 1994) and Figure 6.35a–c for Great Britain at 50 km grid point spacing (Jones *et al.,* 1995), respectively. However, the validation experiments also showed that RegCMs can both improve and degrade aspects of regional climate compared to the driving GCM runs, especially when regionally-averaged (Table 6.5).

(iv)   Overall, the models performed better at mid-latitudes than in tropical regions.

(v)    The RegCM performance improved as the resolution of the driving GCM increased, mostly because the GCM simulation of large-scale circulation patterns improved with increasing resolution.

(vi)   Seasonal as well as diurnal temperature ranges were simulated reasonably well.

(vii)  An important problem in the validation of RegCMs has been the lack of adequately dense observational data, since RegCMs can capture the fine structure of climate patterns. This problem is especially relevant in mountainous areas, where often only a relatively small number of high elevation stations are available.

As examples of results obtained from the application of nested RegCMs to climate change simulation, Table 6.5 presents the average changes in temperature and

**Table 6.5:** *Change in surface air temperature over 4 regions, and precipitation over 5 regions, due to doubling of carbon dioxide concentration, and difference between control run and observed values (bias), as simulated with nested RegCM and driving GCM runs Pacific North-west (Gioirgi et al., 1994) – 60-km gridpoint spacing; Great Lakes (Giorgi et al., 1994) – 60-km gridpoint spacing; Japan (Hirakuchi and Giorgi, 1995) – 50-km gridpoint spacing; Europe (Jones et al., 1996) – 50-km gridpoint spacing; Tasmania (McGregor and Walsh, 1994) – 60-km gridpoint spacing. The precipitation change is expressed as percentage of control value, the bias in percentage of observed value.*

**TEMPERATURE (˚C)**

|       |        | Pacific North West | | Great Lakes | | Japan | | Europe | |
|-------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
|       |        | winter | summer | winter | summer | winter | summer | winter | summer |
| RegCM | Change | 4.7 | 3.7 | 5.6 | 3.9 | 6.5 | 4.9 | 4.6 | 3.4 |
|       | Bias   | 1.1 | −1.6 | 6.2 | 3.9 | −1.9 | −2.0 | −0.9 | −1.1 |
| GCM   | Change | 5.1 | 3.8 | 6.6 | 4.0 | 7.9 | 5.4 | 4.9 | 3.9 |
|       | Bias   | 1.6 | −1.5 | 4.8 | 3.8 | −3.0 | −2.5 | −1.7 | −0.9 |

**PRECIPITATION (%)**

|       |        | Pacific North West | | Great Lakes | | Japan | | Europe | | Tasmania | |
|-------|--------|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|
|       |        | win | sum | win | sum | win | sum  | win | sum | win | sum |
| RegCM | Change | 25 | 24 | 5 | 34 | 37 | 11.0 | 16 | 26 | 22 | 30 |
|       | Bias   | 31 | 21 | −55 | −31 | −9 | −34.4 | 17 | 6 | 26 | 70 |
| GCM   | Change | 33 | 4 | 19 | 20 | 12 | −1.3 | 17 | 6 | 14 | −21 |
|       | Bias   | 82 | 152 | 14 | 38 | 34 | −7.1 | −8 | −10 | −49 | −18 |

*Climate Models – Projections of Future Climate*



**Figure 6.34 :** Winter precipitation mesoscale signal over continental USA. (a) Observed and (b) Nested RegCM 3.5-year present day run. The mesoscale signal, which is a measure of the effect of sub-GCM grid scale forcings, is defined as the full field minus the large-scale component of the field, which is obtained through a spatial averaging procedure (see Giorgi *et al.*, 1994). Units are mm/day. Shading indicates negative values. From Giorgi *et al.*, 1994.



**Figure 6.35:** Average winter precipitation over Great Britain. (a) Observed; (b) Nested RegCM 10-year present day run and (c) driving GCM 10-year present day run. Units are mm/day. From Jones *et al.*, 1995.

precipitation induced by doubling carbon dioxide concentration over 5 regions as simulated by the nested RegCM and corresponding driving GCM equilibrium runs of Giorgi *et al.* (1994) (north-western USA and Great Lakes), McGregor and Walsh (1994) (Tasmania), Hirakuchi and Giorgi (1995) (Japan), and Jones *et al.* (1996) (western Europe). Also shown are the temperature and precipitation biases for the control runs calculated with respect to climatological observations. Each region is

characterised by complex topography and/or the presence of narrow land masses and large lake systems which were captured by the nested RegCM grids (50- to 60-km resolution) but lost at the GCM resolutions (~300- to 500-km).

It should be stressed that, since the nested modelling technique is still in its development and evaluation stages, the experiments of Table 6.5 were not intended to provide actual climate change projections, but rather to study the

(a)   Nested Reg CM



(b)   Driving GCM



**Figure 6.36:** Difference between $2 \times CO_2$ and present day average winter precipitation over continental USA. (a) Nested RegCM and (b) driving GCM. Units are mm/day. Shading indicates negative values. From Giorgi *et al.*, 1994.

effects of high resolution, sub-GCM grid scale forcings as simulated by the nested RegCMs. In addition, the data of Table 6.5 cannot readily be compared with those of Figure 6.32 because they refer to equilibrium simulations under $2 \times CO_2$ forcing and not to transient simulations.

For temperature, the differences between RegCM- and GCM-simulated region-averaged change scenarios were in the range of 0.1 to 1.4 °C. The largest differences occurred in winter over the Great Lakes and Japan, because the lakes and Japanese land masses were more finely resolved by the RegCM than the GCM grids. For precipitation, the differences between RegCM and GCM region-averaged scenarios were more pronounced than for temperature, in some instances by one order of magnitude or even in sign. This was the result of the combined contributions of the different resolution of surface forcing and atmospheric circulations and, in some instances, the different behaviour of model parametrizations designed for the fine and coarse resolution models.

Examples of the regional detail included in RegCM scenarios are given in Figures 6.36a, b and 6.37a, b, for the experiments of Giorgi *et al.* (1994) and Jones *et al.* (1996), respectively. In both cases (winter results), the large-scale patterns of precipitation change were similar in the nested and driving models, as they were mostly determined by changes in large-scale circulations simulated by the GCM, but the sub-regional detail of the scenarios in the GCM and RegCM simulations was often quite different, not only in magnitude but also in sign. For example, in the USA RegCM experiment, the simulated precipitation increase was largest in a relatively narrow region over the western USA coastal areas, whereas in the GCM the areas of pronounced precipitation increase extended farther inland. This was due to the precipitation shadowing effect of the coastal ranges which were represented by the high resolution RegCM grid but were missed by the GCM grid. Because of mountain shadowing, areas of negative change were found east of the Rockies in the RegCM over regions in which the driving GCM produced a positive change. A similar rain shadowing effect in the Alpine and Pyrenees regions was found in the experiment of Jones *et al.* (1996) (Figure 6.37a, b). Topographical enhancement of the precipitation change signal along the Italian Peninsula, the British Isles and the Carpathian region also occurred.

In summer, differences between RegCM and GCM results were generally more marked than in winter due to the greater importance of local processes (Giorgi *et al.*, 1994, Jones *et al.*, 1996). For example, Hirakuchi and Giorgi (1995) found that the representation of the Japanese Islands in the RegCM substantially affected the simulation of summer precipitation change over the region. Comparison of the biases and $2 \times CO_2$-induced temperature and precipitation changes (Table 6.5) showed that while the simulated temperature changes were generally larger than the corresponding biases, the precipitation changes were generally of the same order of, or smaller than, the precipitation biases.

Of relevance for the simulation of regional climate change is the development of a variable resolution global model recently reported by Deque and Piedelievre (1995). They compared three 10-year long runs of different resolutions: T42 (equivalent resolution of ~300 km), T106 (equivalent resolution of ~120 km), and variable resolution configuration centred over Europe (equivalent resolution of about 50 km over Europe and 500 km at the antipodes), with SSTs specified from observations for 1979 to 1988. They demonstrated that the climate simulation over the European region improved as the model resolution increased, and that the variable resolution model produced better results than the T106 model over Europe. When compared to long-term climatology, in the variable



**Figure 6.37:** Difference between $2 \times CO_2$ and present day average winter precipitation over Europe (a) Nested RegCM and (b) driving GCM. Units are mm/day. From Jones *et al.*, 1996.

resolution experiment, seasonal temperature biases were less than a few degrees and precipitation biases were in the range of ~−45% to +20% of observations over different European sub-regions. When averaged over the entire European region, seasonal and annual precipitation biases were only a few per cent of observed values.

Although computationally very demanding, the variable resolution modelling approach can be used to produce climate change scenarios in "time slice" mode, i.e., performing snap-shot integrations several years in length with SSTs provided at times of different $CO_2$ levels by a coarse resolution GCM simulation of transient climate change . Time slice integrations are also under way at MPI and LMD with spectral resolutions of up to T106.

### 6.6.3 Conclusions

Analysis of surface air temperature and precipitation results from regional climate change experiments carried out with AOGCMs indicates that the biases in present day simulations of regional climate change and the inter-model variability in the simulated regional changes are still too large to yield a high level of confidence in simulated change scenarios. The limited number of experiments available with statistical downscaling techniques and nested regional models has shown that complex topographical features, large lake systems, and narrow land masses not resolved at the resolution of current GCMs significantly affect the simulated regional and local change scenarios, both for precipitation and (to a lesser extent) temperature. This adds a further degree of uncertainty in the use of GCM-produced scenarios for impact

assessments. In addition, most climate change experiments have not accounted for human-induced landscape changes and only recently has the effect of aerosols been investigated (see Section 6.2). Both these factors can further affect projections of regional climate change.

Compared to the global scale changes due to doubled $CO_2$ concentration discussed in Section 6.2 of this report, the changes at the $10^4 - 10^6$ km² scale derived from transient AOGCM runs and nested model runs are greater. Considering all models, at the $10^4 - 10^6$ km² scale, temperature changes due to $CO_2$ doubling varied between +0.6°C and +7°C and precipitation changes varied between −35% and +50% of control run values, with a marked inter-regional variability. Thus the inherent predictability of climate diminishes with reduction in geographical scale. The greatest model agreement in the simulated precipitation change scenarios was found over the South East Asia (~−1% to +30%), Northern Europe (~−9% to +16%), Central North America (~−7% to +5%) and East Asia (~+0.1 to +16%) regions in summer and Southern Europe (~−2% to +29%), Northern Europe (~+5% to +25%) and East Asia (~+0.5% to +18%) in winter. For temperature, the greatest model agreement in simulated warming occurred over Australia in summer (~+1.65°C to +2.5°C when excluding one outlier) and the Sahel in winter (~+1.8°C to +3.15°C when excluding one outlier). Regardless of whether flux correction was used, the range of model sensitivities was less than the range of biases, which suggests that models produce regional sensitivities that are more similar to each other than their biases.

The latest regional model experiments indicate that high

resolution information, of the order of a few tens of kilometres or less, may be necessary to achieve high accuracy in regional and local change scenarios in areas of complex physiography. In the last few years, substantial progress has been achieved in the development of tools for enhancing GCM information. Statistical methods were extended from the monthly/seasonal to the daily time-scale and nested model experiments were extended to the multi-year time-scale. Also, variable resolution and high resolution global models have become available for use in time-slice mode. While RegCMs allow climate sensitivity experiments to be run at a higher regional resolution, variable and high resolution global models can be used to study possible feedbacks of mesoscale forcings on the general circulation.

Regional modelling techniques, however, rely critically on the GCM performance in simulating large-scale circulation patterns at the regional scale, because these are a primary input to both empirical and physically based regional models. Although the regional performance of coarse resolution GCMs is still somewhat poor, there are indications that features such as positioning of storm track and jet stream core are better simulated as the model resolution increases (e.g., Hurrell *et al.,* 1993). The latest nested GCM/RegCM and variable resolution model experiments, which employed relatively high resolution GCMs and were run for long simulation times (up to 10 years) show an improved level of accuracy. Therefore, as a new generation of higher resolution GCM simulations become available, it is expected that the quality of simulations with regional and local downscaling models will also rapidly improve. In addition, the movement towards coupling regional atmospheric models with appropriately scaled ecological, hydrological, and mesoscale ocean models will not only improve the simulation of climatic sensitivity, but also provide assessments of the joint response of the land surface, atmosphere and/or coastal systems to altered forcings.

## 6.7  Reducing Uncertainties, Future Model Capabilities and Improved Climate Change Estimates

### 6.7.1  Recent Progress and Anticipated Climate Model Improvements

#### 6.7.1.1  Improvements in the modelling of clouds and associated radiative processes

The single largest uncertainty in determining the climate sensitivity to either natural or anthropogenic changes are clouds and their effects on radiation and their role in the hydrological cycle. Although there are many important

unresolved issues relating to the basic physics of cloud-radiation interactions and their parametrization in climate models, even perfect parametrizations of radiation and cloud optical properties cannot produce realistic radiative fluxes and heating rates unless they are provided with a realistic distribution of cloudiness. At the present time, weaknesses in the parametrization of cloud formation and dissipation are probably the main impediment to improvements in the simulation of cloud effects on climate.

Efforts to overcome this problem have focused on the introduction of cloud microphysics into atmospheric GCMs (e.g., Sundqvist 1978; Le Treut and Li 1988; Smith, 1990; Ose 1993; Senior and Mitchell, 1993; Fowler *et al.,* 1996). There are many difficulties. The basic microphysical processes themselves are imperfectly understood. In addition, the large spatial scale of GCM grid boxes means that microphysical processes occur primarily within sub-grid regions, such as individual cloud cells, whose properties must be determined somehow. For example, according to some microphysics parametrizations, the conversion of small cloud droplets to raindrops occurs when the local small-drop concentration exceeds some threshold, but in a GCM the relevant local concentration is not known; only the generally much smaller grid-box-mean is available.

The distinction between liquid and ice phases is also of great importance for the inclusion of the commonly observed feature of supercooled water, and hence coexistence of liquid and ice particles in clouds. The difference in saturation vapour pressure then makes the ice particles grow at the expense of the liquid ones (the Bergeron-Findeisen mechanism). This mechanism enhances not only the *in situ* rate of release of precipitation, but subsequently also that in layers beneath, due to an enhanced coalescence effect as well. Consequently, whether models consider the ice phase or not has a pronounced impact on the resulting water content throughout the cloud depth (Sundqvist, 1993), and hence on the optical quality of the clouds.

Furthermore, the form (rain or snow) in which precipitation reaches the Earth's surface, is influenced by the ice and liquid microphysical processes that generate the precipitation. Hence, these processes affect the albedo of land areas. This may be an important factor in positioning and possibly moving the snow line (glacier borders). Consequently, there may be a delicate feedback from enhanced mid-latitude precipitation that is inferred to accompany a warming climate.

The distribution of cloud particle sizes is important because it affects both microphysical processes (e.g.,

precipitation and collection) and cloud optical properties, particularly in the solar part of the spectrum. In order to predict the particle size distribution, even crudely, it is necessary to have information about the availability of cloud condensation nuclei (CCN). Recently there have been some attempts to predict the distribution of CCN in climate models (Ghan *et al.* 1993, 1995).

Cloud-scale dynamical processes are also critically important to determine cloud formation and dissipation. The best-studied cloud dynamical processes are those associated with deep convection, for which there are several competing parametrizations. Recently there seems to be some convergence of these towards a "mass flux" formulation, although the relative merits of closures based on buoyancy and moisture convergence are still being actively debated (e.g., Tiedtke 1993). Convective clouds themselves have only modest impacts on radiation, but convective detrainment produces extensive stratiform clouds, including cirrus and anvils, which drastically affect the Earth's radiation budget (e.g., Randall 1989).

There has also been considerable work on turbulence in stratiform clouds, particularly in the boundary layer (e.g., Lilly 1968; Bretherton, 1994), with some attempts to apply these ideas to parametrizations for climate models (e.g., Suarez *et al.,* 1983).

Cloud-scale dynamics are important not only for cloud formation and dissipation, but also for the geometrical shapes of the clouds, which matter for radiative transfer (e.g., Harshvardhan and Weinman 1982).

In summary, we can anticipate improvements in the parametrization of cloud microphysics, including aerosol effects; cloud dynamics, particularly as it relates to the interactions of convective and stratiform clouds; and macroscopic cloud optical properties, particularly as they relate to sub-grid scale cloud morphology. However, these improvements will only slowly lead to a reduction in the range of climate sensitivity or need for flux adjustments. There is a great need for observations of cloud-scale dynamics and of the radiative properties of clouds, so that the parametrizations of the physical processes can improve.

### 6.7.1.2 Improvements in the ocean component of climate models

It is clear from this document that the term *climate model* has evolved from the mixed-layer ocean – atmosphere models of IPCC (1990) to fully coupled atmosphere-ocean models. In the future we should expect significant improvements in the oceanic component as the resolution increases, with increasing availability of computing

resources, and as more and more sophisticated sub-grid scale parametrizations are developed and incorporated into these models. More rigorous validation of global models is becoming possible due to new sources of data such as WOCE hydrography, heat, salt and mass flux measurements over sills and through straits, tracer data, moored arrays, repeat sections and satellite-derived data such as sea level elevation. These new data sets and those which will be collected over the next few years will allow for better validation of both the mean climatic state of the ocean as well as the variability (e.g., ENSO, decadal variability) about this mean state.

Most groups are currently planning to increase the resolution of their ocean models towards a 1° latitude-longitude grid. This resolution is still not capable of resolving mesoscale eddies, but is able to better resolve straits, passages, land-sea contrasts and boundary currents which are known to be important in determining the oceans' role in climate (see Weaver and Hughes, 1992, for a review). Fully eddy-resolving climate models are still perhaps a decade or more away from being used to study climate change. Before they are ready, questions of spin-up, initialisation and climate drift must also be addressed.

Recent advances in sub-grid scale parametrizations of mixing associated with mesoscale eddies (Danabasoglu *et al.,* 1994; Gent *et al.,* 1995), of convection (Send and Marshall, 1994), of topography-eddy stress interactions (Holloway, 1992) and of flow over sills (Döscher *et al.,* 1994) are making their way into ocean GCMs. Whether they survive the test of time or whether they are superseded by more realistic parametrizations is yet to be seen. In addition, alternative model formulations (e.g., isopycnal or sigma co-ordinates) and more sophisticated numerical techniques are becoming more frequently used in the ocean modelling community. The next few years should see significant advances in ocean modelling.

The thermohaline circulation in the world oceans is an important feature which affects the coupled system. It transports large amounts of heat and water from the Southern Hemisphere to high latitudes of the North Atlantic Ocean. It also plays an important role in determining the vertical structure of the world oceans (Manabe and Stouffer, 1988) and it may respond to any climate change: many models show a weakening in the thermohaline circulation in response to increasing greenhouse gases (Section 6.2). It is very important that observational programs be developed to study this global circulation because lack of observations currently limits confidence in the simulation of its current and possible future structure.

### 6.7.1.3 Flux adjustment and climate models

As discussed in Section 5.2.2, when an atmospheric model is coupled to an ocean model and the implied heat and salt transports between the two models are incompatible, a drift in the climate system must occur (e.g., Weaver and Hughes, 1996). This drift adversely affects both the atmosphere and the ocean. The use of flux adjustments may stabilise this drift, but they have the undesirable effect of being physically unfounded and often of larger magnitude (in places) than the climatological mean fluxes (Manabe and Stouffer, 1988; Sausen *et al.*, 1988). As shown by ocean modelling studies (e.g., Weaver *et al.*, 1993), ocean models are capable of sustaining internal modes of oscillation under a specified freshwater flux boundary condition with thermal damping or a specified thermal flux (Greatbatch and Zhang, 1995). In coupled atmosphere-ocean simulations, any variability found when flux adjustments are used is difficult to interpret.

It has recently been suggested (e.g., Gleckler *et al.*, 1994) that the discrepancies in the implied and observed ocean heat transports lies in the parametrization of clouds (especially marine stratocumulus) within the atmospheric component of the coupled models. As these and other parametrizations are improved (see Section 6.7.1.1) the need for flux adjustments should be reduced.

### 6.7.1.4 Long-time integrations

With the recent increase in computer power, centennial-millennial climate integrations (like the ones in Manabe and Stouffer, 1993, Stouffer *et al.*, 1994) will become routine. It will be possible to examine transient changes in climate variability associated with climate change. One of the greatest challenges of the next decade will be for coupled atmosphere-ocean models to duplicate (statistically) the records found in the Greenland, Antarctic and other ice cores. This would be done through the statistical interpretation of an ensemble of integrations under time-dependent Milankovitch cycle solar forcing. Such simulations of past climates may provide the best validation of coupled models used to predict future changes in climate. However, this effort will need improved reconstructions and understanding of past climate forcings ($CO_2$, aerosols, etc.) as well as inferred temperature changes.

### 6.7.1.5 Sea ice model improvements

Sea ice in global coupled models has typically been approximated as a motionless thermodynamic slab. In most cases, the thermodynamic calculations include a surface energy budget and heat conduction through the ice; however, details of parametrizations (for example, surface albedo as a function of temperature) vary substantially between models. Sea ice models need an improved understanding of leads and marginal ice zone processes. Sea ice albedo needs better treatment and greater attention should be given to the differences between processes in the two hemispheres. One-dimensional models are currently being used to investigate improvements in sea ice thermodynamics and atmosphere/ice energy exchanges (e.g., Ebert and Curry, 1993).

Inclusion of sea ice dynamics -advection and deformation – is necessary to account for the fresh water provided by melting sea ice advected from the Arctic into the Greenland and Norwegian Seas, and to reproduce dynamic/thermodynamic feedback effects. For example, experiments with stand-alone sea ice models (e.g., Lemke *et al.*, 1990; Hibler, 1984) have shown that thermodynamic-only models are more sensitive to changes in thermal forcing than those which include dynamics. Similarly, recent GCM experiments by Pollard and Thompson (1994) showed that inclusion of sea ice dynamics produced more realistic ice extent and reduced a model's $CO_2$-induced warming, particularly around Antarctica. Including a more realistic dynamical formulation is the principal improvement anticipated or being made in the sea ice component of global climate models. Examples include the use of the Flato and Hibler (1992) ice dynamics scheme in models being developed at NCAR (Meehl and Washington, 1995; Washington and Meehl, 1996), GFDL, UKMO and CCC, the use of Mellor and Kantha (1989) at MRI, and the use of the more sophisticated (e.g., Hibler, 1979) ice dynamics formulation in the ECHAM/OPYC and CSIRO coupled models. However, as the treatment of sea ice dynamics becomes more realistic, shortcomings in other components of the coupled model, like wind and under-ice current fields which drive ice motion, become more important. Continued improvement is therefore an iterative process.

### 6.7.1.6 Improvements in land-surface processes/modelling

Many improvements in modelling land-surface (including glaciers and ice sheets) processes have yet to make their way into climate models (see Chapter 9 for a more comprehensive discussion). These improvements involve advances in both *structure* and *function modelling*. In *structure modelling*, changes in land type (e.g., forest to grass) are calculated in response to changes in climate. In *function modelling*, changes in the function of a particular land type (e.g., evapotranspiration/albedo) are predicted with changes in climate. Land-surface process

schemes/models are, however, most often developed and validated on scales much smaller than the grid scale of a climate model and may need further modification in order to be successfully incorporated.

Most climate modelling groups are incorporating, or will soon do so, more sophisticated land-surface representations into their GCMs in order to include processes which have the potential to influence climate sensitivity. The ultimate aim of this work is to quantify the feedbacks associated with changes in vegetation structure and function. Two recent intercomparisons have highlighted the current uncertainty in simulating evapotranspiration over land (PILPS – Henderson-Sellers *et al.*, 1995b; AMIP – Robock *et al.*, 1995). This uncertainty highlights the need for better observations and parametrizations of land-surface processes.

Land-surface schemes used in GCMs are concerned with modelling the fluxes of heat, water and momentum from a given land cover type. There have been relatively few attempts at modelling changes in vegetation type, even though such changes may produce significant climatic feedbacks (e.g., Henderson-Sellers and McGuffie, 1995). Recent work at the Hadley Centre has attempted to include these feedbacks by coupling a vegetation model to the Hadley Centre GCM. The vegetation model predicts vegetation properties (such as leaf area index, height and canopy conductance) based on climate, soil carbon and nitrogen contents, and the atmospheric $CO_2$ concentration. The coupling to the GCM is two-way, with the GCM providing climatic data to the vegetation model and the vegetation model predicting the vegetation properties from which the GCM land-surface parameters can be derived. Such an approach allows mutually consistent climate-vegetation equilibria to be computed and the vegetation feedbacks to be diagnosed. There remains the outstanding problem of modelling the dynamics of vegetation change, which is very dependent on little-known rates of natural and anthropogenic disturbances (e.g., fires, wind-blows, etc.).

An important land/surface process which may influence climate is changes in the areas presently covered by permafrost. Large amounts of greenhouse gases are currently trapped in permafrost so that any thawing will release these gases into the atmosphere, enhancing the greenhouse effect. This process has yet to be incorporated into a coupled climate model.

### 6.7.1.7 Improvements in radiation computation

A basic element of GCMs is the radiation scheme used to compute the short-wave and long-wave fluxes in the model. Ma *et al.* (1994) have shown that by replacing an older radiation scheme with an improved, more accurate scheme, the simulation of their coupled model greatly improved. Betts *et al.* (1993) compared the short-wave calculations of the ECMWF model with the observed fluxes obtained over Kansas during the First ISLCP Field Experiment (FIFE) from the summer and fall of 1987 for clear-sky conditions. They showed that the model systematically overestimated the incoming solar flux by 5–10% at the Earth's surface. The Japan Meteorological Agency also found a similar error in their model. They ascribe part of this error to neglect of absorption in the short-wave by either water vapour or aerosols. The improvement of the radiation schemes used in these models will continue, especially by the inclusion of vertical concentration profiles of trace substances like tropospheric aerosols and tropospheric ozone. In this regard, the comparison of the fluxes computed by the schemes to so-called line-by-line calculations will continue to be very useful.

### 6.7.2 Global Carbon Cycle Models as Part of Climate Models

The response of the carbon cycle to climate change is strongly conditional on other elements of the system, and its inclusion in comprehensive climate models is just beginning (see Chapters 9 and 10). Thus far the focus has remained on the response of various carbon reservoirs to increasing atmospheric $CO_2$ in a constant climate regime.

In the ocean, attempts have been made to model the response of the carbon cycle to changes in atmospheric $CO_2$ (e.g., Sarmiento *et al.,* 1992). These are very difficult to verify directly since the observed anomaly in stored carbon in the ocean is very small. The models are calibrated for observed uptake of carbon-14 from nuclear testing. Alternatively one can model the natural carbon cycle and perturb it with anomalous inputs. One such model is described by Maier-Reimer (1993). Such models require inclusion of a great many more processes such as biological carbon fixation and remineralisation and sedimentary interaction but also provide many more fields amenable to observational verification. Currently, these models also use highly simplified representations of biological processes, often based on forcing nutrient distributions at the surface to fit observations and empirically determined ratios of elements in tissue. Sensitivity studies such as those of Sarmiento and Orr (1991) suggest that changes in biological productivity may have a significant effect on carbon sequestration in the ocean.

In the case of terrestrial response the case is a perhaps

easier to model. Here there is no underlying ocean circulation which is not well observed. Attempts to generalise the physiological and ecological knowledge gained on individual and regional scales to the global domain are in their early stages. Perhaps the most complete attempt so far in a global study is that of Melillo *et al.* (1993).

As already mentioned, progress in global carbon cycle modelling is strongly dependent on progress in other areas of global modelling. Ocean carbon cycle models depend on the flow field of the underlying ocean general circulation model (OGCM) to describe entrainment of chemical species such as carbon into the thermocline. Terrestrial ecosystem models require specification of heat, moisture and radiative fluxes at the Earth's surface. There are, of course, areas beyond physical modelling which need improvement. In the oceans these include better experimental constraint of gas exchange coefficients in actual conditions, understanding of processes controlling isotopic fractionation, the partition of biological production between dissolved and particulate forms and the above mentioned treatment of biology.

Improvement in models which synthesise so many components awaits improvements in the process models but other developments can be expected in the more immediate term. For the oceans this means particularly coupling carbon cycle models to models of transient climate change to assess how circulation changes may affect carbon storage. For the terrestrial models , the most immediate improvements are likely to arise from more mechanistic representations of the interactions among carbon, water and nutrient fluxes and the extent to which these are modified by external factors including nitrogen deposition (Chapter 9).

Many groups are in the process of developing, or have recently developed, carbon cycle models which are to be used in conjunction with their AOGCM simulations. Since the gradients of carbon in the atmosphere are not strong, most models in the first instance will represent $CO_2$ as a function of time only, changes in global mean $CO_2$ concentration being the calculated result of modelled land/air and ocean/air interactions.

The importance of the "biological pump" is still not clear. It is clear that without marine plant and animal life the distribution of carbon in the oceans would be completely different from that of today. What is less clear is whether or not the biological pump, on the time-scales of interest here, would have any significant interaction with increasing atmospheric $CO_2$ (e.g., Broecker, 1991). For example, a dramatic change in marine biology would be

needed to create a change of more than 10 ppm in the atmosphere (e.g., Heinze *et al.*, 1991). Studies planned by several groups are designed to show whether the marine biological feedback is large enough to warrant its inclusion on-line in climate change integrations.

### 6.7.3 Climate Models Including Tropospheric Chemistry

The first AOGCM integrations to include, albeit very crudely, the effects of tropospheric aerosols were completed recently (Section 6.2.3). Only the so-called direct radiative effects of the aerosols were included in a simplistic way. This represents a first attempt to include some effects of tropospheric chemistry in an AOGCM. To date, no AOGCM experiments have studied the effects on climate of changes in tropospheric chemistry, although many institutions are planning such experiments in the near future. The main problem is how to include large, complex tropospheric chemistry models in already very large and complex atmosphere-ocean models. Also, there is a great deal of uncertainty in the estimation of future gas and aerosol concentrations . Most short term efforts will be dedicated to the inclusion of sulphates, dust and ozone into AOGCMs. With regard to dust and sulphates it is important to predict not only their distribution but also their size. For ozone, it is important to predict not only the horizontal distribution but, more importantly, the vertical distribution (Ramaswamy *et al.*, 1992).

Other atmospheric trace gases (e.g., CFCs, $CH_4$, $N_2O$) could be treated, as a first step, in a manner similar to carbon dioxide. The inclusion of methane and ozone in complex climate models will be a major challenge and will involve the coupling of GCMs to interactive tropospheric chemistry models.

## References

**Bardossy**, A. and E.J. Plate, 1992: Space-time models for daily rainfall using atmospheric circulation patterns. *Water Resource. Res*, **28**, 1247–1259.

**Barros**, A. and D.P. Lettenmaier, 1993: Dynamic modeling of the spatial distribution of precipitation in remote mountainous areas. *Mon. Wea. Rev.*, **121**, 1195–1214.

**Bates**, G.T. and G.A. Meehl, 1986: The effect of $CO_2$ concentration on the frequency of blocking in a general circulation model coupled to a simple mixed layer ocean model. *Mon. Wea. Rev.*, **114**, 687–701.

**Bates**, G.T., S.W. Hostetler and F. Giorgi, 1995: Two-year simulation of the Great Lakes region with a coupled modeling system. *Mon. Wea. Rev.*, **123**, 1505–1522.

**Beersma**, J.J., 1994: Storm activity over the North Sea and the

*Climate Models – Projections of Future Climate*

Netherlands in two climate models compared with observations. *KNMI*, WR **94–02**.

**Bengtsson**, L., M. Botzet and M. Esch, 1994: Hurricane-type vortices in a general circulation model, Part II. *MPIM-Report* no. **139**.

**Bengtsson**, L., M. Botzet and M. Esch, 1995: Hurricane-type vortices in a general circulation model, *Tellus*, **47A**, 175–196.

**Betts**, A.K., J.H. Ball and A.C.M. Beljaars, 1993: Comparison between the land surface response of the ECMWF model and the FIFE- 1987 data. *Quart. J. R. Met. Soc.*, **119**, 975–1001.

**Bhaskaran**, B., J.F.B. Mitchell, J. Lavery and M. Lal, 1995: Climatic response of Indian subcontinent to doubled $CO_2$ concentration. *Intl. J. Climatol.*, **15**, 873–892.

**Bretherton**, C.S., 1994: A turbulence closure model of marine stratocumulus clouds. Part I: The diurnal cycle of marine stratocumulus during FIRE 1987. Submitted to *J. Atmos. Sci.*

**Bretherton**, F.P., K. Bryan and J.D. Woods, 1990: Time-dependent greenhouse-gas induced climate change. In: *Climate Change. The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 173–193.

**Broecker**, W.S., 1991: Keeping global change honest. *Global Biogeochem. Cycles*, **5**, 191–193.

**Campbell**, G, T.G.F. Kittel, G.A. Meehl and W.M. Washington, 1995: Low-frequency variability and $CO_2$ transient climate change. Part 2. EOF analysis. *Global Planet. Change*, **10**, 201–216.

**Cao**, H-X, J.F.B. Mitchell and J.R. Lavery, 1992: Simulated diurnal range and variability of surface temperature in a global climate model for present and doubled $CO_2$ climates. *J.Climate*, **5**, 920–943.

**Carnell**, R.E., C.A. Senior, J.F.B. Mitchell, 1996: An assessment of measures of storminess: Simulated changes in Northern Hemisphere winter due to increasing $CO_2$. *Clim. Dyn.*, (Accepted)

**Chakraborty**, B. and M. Lal, 1994: Monsoon climate and its change in a doubled $CO_2$ atmosphere as simulated by CSIRO9 model. *Terr. Atmos. and Oceanic Sci.*, **5**(4), 515–536.

**Chakraborty**, B. P.H. Whetton, A.B. Pittock, and M. Lal, 1995a: Assessment of future climatic change over the Indian subcontinent as projected by General Circulation Model experiments: Part I – Comparing control climates with observations. *J. Climate* (submitted).

**Chakraborty**, B. P.H. Whetton, A.B. Pittock, and M. Lal, 1995b: Assessment of future climatic change over the Indian subcontinent as projected by General Circulation Model experiments: Part II – The greenhouse gas-induced scenarios. *J. Climate*, submitted.

**Charlson**, R.J., J. Langner, H. Rodhe, C.B. Leovy and S.G. Warren, 1991: Perturbation of the Northern Hemisphere radiative balance by backscattering from anthropogenic sulfate aerosols. *Tellus*, **43B**, 152–163.

**Chen**, S.-C., J. Roads, H.H.-M. Juang and M. Kanamitsu, 1994: California precipitation simulation in the NMC nested spectral

model: 1993 January event. Symposium to Share Weather Pattern Knowledge, Rocklin, CA, 25 June.

**Colman**, R.A., S.B. Power, B.J. MacAvaney and R.R. Dahni, 1995: A non-flux-corrected transient $CO_2$ experiment using the BMRC coupled atmosphere/ocean GCM. *Geophys. Res. Lett.*, **22**, 3047–3050.

**Copeland**, J.H., T. Chase, J. Baron, T.G.F. Kittel and R.A. Pielke, 1994: Impacts of vegetation change on regional climate and downscaling of GCM output to the regional scale. In: *Regional Impacts of Global Climate Change: Assessing Change and Response at the Scales that Matter.* Proceedings of the 32rd Hanford Symposium on Health and the Environment, Oct 18-21, 1993, Richland, WA.

**Copeland**, J.H., R.A. Pielke and T.G.F. Kittel, 1995: Potential climatic impacts of vegetation change: A regional modeling study. *J. Geophys. Res.*, In press.

**Cress**, A., H.C. Davies, C. Frei, D. Luthi and C. Schar, 1994: Regional climate simulations in the Alpine region. LAPETH-32, Atmospheric Sciences ETH, 8093 Zurich, Switzerland, 134 pp.

**Cubasch**, U., K. Hasselmann, H. Höck, E. Maier Reimer, U. Mikolajewicz, B.D. Santer and R. Sausen, 1992: Time-dependent greenhouse warming computations with a coupled ocean-atmosphere model. *Clim. Dyn.*, **8**, 55–69.

**Cubasch**, U., G. Meehl and Z.C. Zhao, 1994a: IPCC WG 1 Initiative on Evaluation of Regional Climate Change, Summary Report, 12 pp.

**Cubasch**, U., B.D. Santer, A. Hellach, G. Hegerl, H. Höck, E. Maier-Reimer, U. Mikolajewicz and A. Stössl, 1994b: Monte Carlo climate change forecasts with a global coupled ocean-atmosphere model. *Clim. Dyn.*, **10**,1–20.

**Cubasch**, U., G. Hegerl, A. Hellbach, H. Höck, U. Mikolajewicz, B.D. Santer and R. Voss, 1995a: A climate simulation starting in 1935. *Clim. Dyn.*, **11**,. 71–84.

**Cubasch**, U., J. Waszkewitz, G. Hegerl and J. Perlwitz, 1995b: Regional climate changes as simulated in time-slice experiments. MPI Report 153. *Clim. Change*, **31**, 273–304.

**Danabasoglu**, G., J.C. McWilliams and P.R. Gent, 1994: The role of mesoscale tracer transports in the global ocean circulation. *Science*, **264**, 1123–1126.

**Deque**, M. and J.Ph. Piedelievre, 1995: High resolution climate simulation over Europe. *Clim. Dyn.*, **11**, 321–340.

**Dignon** J. and S. Hameed, 1989: Global emissions of nitrogen and sulphur oxides from 1860 to 1980. *JAPCA (Journal of the Air and Waste Management Association)*, **39**, 180–186.

**Döscher**, R., C.W. Böning and P. Herrmann, 1994: Response of circulation and heat transport in the North Atlantic to changes in thermohaline forcing in northern latitudes. *J. Phys. Oceanogr.*, **24**, in press.

**Drijfhout**, S.S., C. Heinze, M. Latif and E. Maier-Reimer, 1996: Mean circulation and internal variability in an ocean primitive equation model, MPI report No. 177; *J. Phys. Oceanogr.*, (in press)

**Ebert**, E.E. and J.A. Curry, 1993: An intermediate one-dimensional thermodynamic sea ice model for investigating

ice-atmosphere interactions. *J. Geophys. Res.*, **98**, 10085–10109.

**England**, M.H., 1995: Using chlorofluorocarbons to assess ocean climate models. *Geophys. Res. Lett.*, **22**, 3051–3054.

**Enting**, I.G., T.M.L. Wigley, and M. Heimann, 1994: Future Emissions and Concentrations of Carbon Dioxide: Key Ocean/Atmosphere/Land Analyses, *CSIRO Division of Atmospheric Physics Technical Paper No. 31*, 120 pp.

**Fichefet**, T. and C. Tricot, 1992: Influence of the starting date of model integration on projections of greenhouse gas induced climate change. *Geophys. Res. Lett.*, **19**, 1771–1774.

**Flato**, G.M. and W.D. Hibler III. 1992: Modeling pack ice as a cavitating fluid. *J. Phys. Oceanogr.*, **22**, 626–651.

**Fowler**, A.M. and K.J. Hennessey, 1995: Potential impacts of global warming on the frequency and magnitude of heavy precipitation. *Natural Hazards*, **11**, 283–303.

**Fowler**, L.D., D.A. Randall and S.A. Rutledge, 1996: Liquid and ice cloud microphysics in the CSU General Circulation Model. Part 1: model description and simulated microphysical processes. *J. Climate*, in press.

**Gates**, W.L., J.F.B. Mitchell, G.J. Boer, U. Cusbach and V.P. Meleshko, 1992: Climate modelling, climate prediction and model validation. In: *Climate Change 1992. The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, pp. 97–134.

**Gates**, W.L., U. Cusbach, G.A. Meehl, J.F.B. Mitchell and R.J. Stouffer, 1993: An intercomparison of selected features of the control climates simulated by coupled ocean-atmosphere general circulation models. *WMO/TD No 574* (Geneva).

**Gent**, P.R., J. Willebrand, T.J. McDougall and J.C. McWilliams, 1995: Parameterizing eddy-induced tracer transports in ocean circulation models. *J. Phys. Oceanogr.* **25**, 463–474.

**Ghan**, S.J., C.C. Chuang and J.E. Penner, 1993: A parameterization of cloud droplet nucleation. Part I: Single aerosol type. *Atmos. Res.*, **30(4)**, 197–221.

**Ghan**, S.J., C.C. Chuang, R.C. Easter and J.E. Penner,1995: A parameterization of cloud droplet nucleation. Part II: Multiple aerosol types. *Atmos. Res.*, **36(1–2)**,39–54.

**Giorgi**, F., 1990: On the simulation of regional climate using a limited area model nested in a general circulation model. *J. Climate*, **3**, 941–963.

**Giorgi**, F., 1995: Perspectives for regional Earth System modeling. *Global and Planetary Change*, **10**, 23–42.

**Giorgi**, F., G.T. Bates and S. Nieman, 1993: The multi-year surface climatology of a regional atmospheric model over the Western United States. *J. Climate*, **6**, 75–95.

**Giorgi**, F., M.R. Marinucci and G. Visconti, 1992: A 2 × $CO_2$ climate change scenario over Europe generated using a Limited Area Model nested in a General Circulation Model. II: Climate change scenario. *J. Geophys. Res.*, **97**, 10011–10028.

**Giorgi**, F., C. Shields Brodeur and G.T. Bates, 1994: Regional climate change scenarios over the United States produced with a nested regional climate model: Spatial and seasonal characteristics. *J. Climate*, **7**, 375–399.

**Gleckler**, P.J., D.A. Randall, G. Boer, R. Colman, M. Dix, V. Galin, M. Helfand, J. Kiehl, W. Lau, X.-Z. Liang, V. Lykossov, B. McAvaney, K. Miyakoda and S. Planton, 1994: Cloud-radiative effects on implied oceanic energy transports as simulated by atmospheric general circulation models. *PCMDI Tech. Rep. No. 15*, Univ. Cal., LLNL, Livermore, CA.

**Gordon**, H.B. and B.G. Hunt, 1994: Climatic variability within an equilibrium greenhouse simulation. *Clim. Dyn.*, **9**, 195–212.

**Gordon**, H.B. and S.P. O'Farrell, 1996: Transient climate change in the CSIRO coupled model with dynamical sea-ice. *Mon Wea. Rev.* (in press)

**Gordon**, H.B., P.H. Whetton, A.B. Pittock, A.M. Fowler and M.R. Haylock, 1992: Simulated changes in daily rainfall intensity due to the enhanced greenhouse effect: implications for extreme rainfall events. *Clim. Dyn.*, **8**, 83–102.

**Goyette**, S. and R. Laprise, 1995: Numerical investigation with a physically based regional climate interpolator: FIZR.*J. Climate*. (Submitted).

**Gray**, W.M., 1979: Hurricanes: their formation, structure and likely role in the tropical circulation. In: *Meteorology over the Tropical Oceans.*, Shaw O.B. (ed), Royal Meteorological Society, London, pp 155–218.

**Greatbatch**, R.J. and S. Zhang, 1995: An interdecadal oscillation in an idealized ocean basin forced by constant heat flux. *J.Climate*, **8**, 81–91.

**Gregory**, J.M. and J.F.B. Mitchell, 1995: Simulation of daily variability of surface temperature and precipitation over Europe in the current and 2 × $CO_2$ climates using the UKMO climate model. *Quart. J. R. Met. Soc.*, **121**, 1451–1476.

**Gyalistras**, D, H. Von Storch, A. Fischlin and M. Beniston, 1994: Linking GCM-simulated climatic changes to ecosystem models: Case studies of statistical downscaling in the Alps. *Clim.Res.*, **4**, 167–189.

**Haarsma**, R.J., J.F.B. Mitchell and C.A. Senior, 1993: Tropical disturbances in a GCM. *Clim. Dyn.*, **8** (5), 247–257).

**Hall**, N.M.J., B.J. Hoskins, P.J. Valdes and C.A. Senior, 1994: Storm tracks in a high resolution GCM with doubled $CO_2$. *Quart.J. R. Met. Soc.*, **120**, 1209–1230.

**Hansen**, J.E., D. Johnson, A. Lacis, S. Lebedeff, P. Lee, D. Rind and G. Russell 1981: Climate impact of increasing atmospheric carbon dioxide, *Science*, **213**, 957–966.

**Hansen**, J., A. Lacis, R. Ruedy, M. Sato and H. Wilson, 1993: How sensitive is the world's climate? *National Geographic Research and Exploration*, **9**, 142–158.

**Hansen**, J.E., M. Sato and R. Ruedy, 1995 : Long term changes of the diurnal temperature cycle: implications about mechanisms of global climate change. *Atmospheric Research*, **37**, 175–209.

**Harshvardhan** and J.A. Weinman, 1982: Infrared radiative transfer through a regular array of cuboidal clouds. *J. Atmos. Sci.*, **39**, 431–439.

**Hasselmann**, K, R. Sausen, E. Maier-Reimer and R. Voss, 1993:

*Climate Models – Projections of Future Climate*

On the cold start problem in transient simulations with coupled ocean-atmosphere models. *Clim. Dyn.*, **9**, 53–61.

**Hasselmann** K., L. Bengtsson, U. Cubasch, G.C. Hegerl, H. Rodhe, E. Roeckner, H. von Storch. R. Voss and J. Waszkewitz, 1995: Detection of anthropogenic climate change using a fingerprint method. In: *Proceedings of "Modern Dynamical Meteorology", Symposium in honor of Aksel Wiin-Nielsen, 1995*, P. Ditlevsen (ed.), ECMWF press. 1995.

**Heinze**, C., E. Maier-Reimer and K. Winn, 1991: Glacial $pCO_2$ reduction by the world ocean: experiments with the Hamburg carbon cycle model. *Paleoceanogr.*, **6**, 395–430.

**Henderson-Sellers**, A. and K. McGuffie, 1995: Global climate models and dynamic vegetation changes. *Global and Change Biology*, **1**, 63–76.

**Henderson-Sellers** A., J. Hoekstra, Z. Kothavala, N. Holbrook, A.-M. Hansen, O. Balachova and K. McGuffie, 1995a: Assessing simulations of daily variability by Global Climate Models for present and greenhouse climates. *Clim. Change* (submitted).

**Henderson-Sellers** A., A.J. Pitman, P.K. Love, P. Irannejad and T. Chen, 1995b: The project for intercomparison of land surface parameterization schemes (PILPS): Phases 2 and 3. *Bul. Am. Met. Soc.*, **76**, 489–503.

**Hennessey**, K.J. and A.B. Pittock, 1995: Greenhouse warming and threshold temperature events in Victoria, Australia. *Int. J. Climatol.*, **15**, 591–612.

**Hewitson**, B. and R.G. Crane, 1992a: Regional-scale climate prediction from the GISS GCM. *Paleogeography, Paleoclimatology, Paleoecology*, **97**, 249–267.

**Hewitson**, B. and R.G. Crane, 1992b: Large-scale atmospheric controls on local precipitation in tropical Mexico. *Geophys. Res. Lett.*, **19**, 1835–1838.

**Hibler**, W.D. III. 1979: A dynamic thermodynamic sea ice model. *J. Phys. Oceanogr.*, **9**, 815–846.

**Hibler**, W.D. III. 1984: The role of sea ice dynamics in modeling $CO_2$ increases. In: *Climate Processes and Climate Sensitivity, Geophys. Mon. 29*, AGU, 238–253.

**Hirakuchi**, H. and F. Giorgi, 1995: Multi-year present day and 2 $\times$ $CO_2$ simulations of monsoon climate over eastern Asia and Japan with a regional climate model nested in a general circulation model. *J. Geophys. Res.*, **100**, 21105–21126.

**Hoffert**, M.I., A.J. Callegari and C.-T. Hsieh, 1980: The role of deep sea heat storage in the secular response to climate forcing. *J. Geophys. Res.*, **85**, 6667–6679.

**Holland**, G.J., 1995: The maximum potential intensity of tropical cyclones. *J. Atmos. Sci.* (submitted.)

**Holloway**, G., 1992: Representing topographic stress for large-scale ocean models. *J. Phys. Oceanogr.*, **22**, 1033–1046.

**Horton**, B.H., 1995: The geographical distribution of changes in maximum and minimum temperatures. *Atmos. Res.*, **37**, 101–117.

**Hostetler**, S.W., G.T. Bates and F. Giorgi, 1993: Interactive coupling of a lake thermal model with a regional climate model. *J. Geophys. Res.*, **98**, 5045–5057.

**Hostetler**, S.W., F. Giorgi, G.T. Bates and P.J. Bartlein, 1994: Lake-Atmosphere feedbacks associated with paleolakes Bonneville and Lahontan. *Science*, **263**, 665–668.

**Hughes**, J.P. and P. Guttorp, 1994: A class of stochastic models for relating synoptic atmospheric patterns to regional hydrologic phenomena. *Water Resour. Res.*, **30**, 1535–1546.

**Hulme**, M., K.R. Briffa, P.D. Jones and C.A. Senior, 1993: Validation of GCM control simulations using indices of daily airflow types over the British Isles. *Clim. Dyn.*, **9**, 95–105.

**Hurrell**, J.W., J.J. Hack and D.P. Baumhefner, 1993: Comparison of NCAR Community Climate Model (CCM) Climates. *Technical Note NCAR/TN–395+STR*, NCAR, Boulder Colorado.

**Ingram**, W.J., C.A. Wilson and J.F.B. Mitchell 1989: Modelling climate change: an assessment of sea-ice and surface albedo feedbacks. *J Geophys. Res.*, **94**, 8609–8622.

**IPCC** (Intergovernmental Panel on Climate Change), 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (cds.). Cambridge University Press, Cambridge, UK, 198 pp.

**IPCC**, 1994: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC 1S92 Emission Scenarios*. J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.). Cambridge University Press, Cambridge, UK. 339 pp.

**Johns**, T.C., R.E. Carnell, J.F. Crossley, J.M. Gregory, J.F.B. Mitchell, C.A. Senior, S.F.B. Tett and R.A. Wood, 1996; The second Hadley Centre coupled ocean-atmosphere GCM: Model description, spinup and validation. (Submitted to *Clim. Dyn.*).

**Jones**, R.G., J.M. Murphy and M. Noguer, 1995: Simulation of climate change over Europe using a nested regional climate model. Part I. Assessment of control climate, *including* sensitivity to location of lateral boundaries. *Quart. J. R. Met. Soc.* **121**, 1413–1449.

**Jones**, R.G., J.M. Murphy, M. Noguer and A.B. Keen, 1996: Simulation of climate change over Europe using a nested regional climate model. Part II. Comparison of driving and regional model responses to a doubling of carbon dioxide concentration. (Submitted to *Quart. J. R. Met. Soc.*)

**Kanamitsu**, M. and H.-M. H. Juang, 1994: Simulation and analysis of an Indian Monsoon by the NMC nested regional spectral model. Extended abstract. International Conference on Monsoon Variability and Prediction. International Centre for Theoretical Physics. Trieste, Italy, 9-13 May.

**Karl**, T.R., W.-C. Wang, M.E. Schlesinger and R.W. Knight, 1990: A method of relating general circulation model simulated climate to the observed local climate, Part I: Seasonal Statistics. *J. Climate*, **3**, 1053–1079.

**Karoly**, D.J., J.A. Cohen, G.A. Meehl, J.F.B. Mitchell, A.H. Oort, R.J. Stouffer and R.T. Wetherald, 1994: An example of fingerprint detection of greenhouse climate change. *Clim. Dyn.*, **10**, 97–105.

**Karoly**, D.J., D. Collins, G.A. Meehl and R.J. Stouffer, 1995: An example of fingerprint detection of greenhouse climate change. *Clim. Dyn.*, **10**, 97–105.

**Katz**, R.W. and B.G. Brown, 1992: Extreme events in a changing climate: variability is more important than averages, *Climatic Change*, **21**, 289–302.

**Keen** A.B., 1995: Investigating the effects of initial conditions on the response of the Hadley Centre Coupled Model. *Hadley Centre Internal Note no. 71*.

**Keming**, C., J. Xiangze, L. Wuyin, Y. Yongquiang, G. Yufu and Z. Xuehong, 1994: Lecture in International Symposium on Global Change in Asia and the Pacific Region (GCAP). 8–10 Aug, 1994, Beijing.

**Kida**, H., T. Koide, H. Sasaki and M. Chiba, 1991: A new approach to coupling a limited area model with a GCM for regional climate simulation. *J. Met. Soc. Japan*, **69**, 723–728.

**Kittel**, T.G.F., N.A. Rosenbloom, T.H. Painter, D.E. Schimel and VEMAP modelling participants, 1995: The VEMAP integrated database for modeling United States ecosystem/vegetation sensitivity to climate change. *Global Ecology and Biogeography Letters* (in press).

**Kittel**, T.G.F., F. Giorgi and G.A. Meehl, 1996: Regional intercomparison of coupled atmosphere-ocean general circulation model climate experiments. *Geophys. Res. Lett.*, submitted.

**Knutson**, T.R. and S. Manabe, 1994: Impact of increased $CO_2$ on simulated ENSO-like phenomena. *Geophys. Res. Lett.*, **21**, 2295–2298.

**Knutson**, T.R. and S. Manabe, 1995: Time-mean response over the tropical Pacific to increased CO2 in a coupled ocean-atmosphere model. *J. Climate*, **8** (9), 2181–2199.

**König**, W., R. Sausen and F. Sielmann, 1993: Objective verification of cyclones in GCM simulations. *J. Climate*, **6**, 2217–2231.

**Lal**, M., B. Bhaskaran and B. Chakraborty, 1994a: Intraseasonal variability of Indian monsoon rainfall in climate models. In: *Research Activities in Atmospheric and Oceanic Modelling* . G.J.Boer (ed.), CAS/JSC Working Group Numerical Experimentation, Report **19**, February 1994, WMO/TD-No 592, pp. 7.53

**Lal**, M., U. Cubasch and B.D. Santer, 1994b: Effect of global warming on Indian monsoon simulated with a coupled ocean-atmosphere general circulation model. *Current Science*, **66**, 430–438.

**Lal**, M., U. Cubasch, R. Voss and J. Waszkewitz, 1995a: The effect of transient increase of greenhouse gases and sulphate aerosols on monsoon climate, *Current Science*, **69** (9), 752–763.

**Lal**, M., L. Bengtsson, U. Cubasch, M. Esch and U. Schlese, 1995b: Synoptic scale disturbances of Indian summer monsoon as simulated in a high resolution climate model. *Clim. Res.*, **5**, 243–258.

**Lal**, M., D. Jacob, R. Podzun and U. Cubasch, 1995c: Summer monsoon climatology simulated with a regional climate model nested in a general circulation model. In: *International*

*Workshop on limited-area and variable resolution models, Beijing, China.*, 23–27 October 1995

**Lambert**, S.J. 1995: The effect of enhanced greenhouse warming on winter cyclone frequencies and strengths. *J. Climate*, **8**, 1447–1452.

**Langner**, J. and H. Rodhe, 1991: A global three-dimensional model of the tropospheric sulfur cycle. *J. Atmos Chem.*, **13**, 225–263.

**Lau**, N.-C., S.G.H. Philander and M.J. Nath, 1992: Simulation of ENSO-like phenomena with a low-resolution coupled GCM of the global ocean and atmosphere. *J. Climate*, **5**, 284–307.

**Le Treut**, H. and Z.-X. Li, 1988: Using Meteosat data to validate a prognostic cloud generation scheme. *Atmos. Res.*, **21**, 273–292.

**Le Trent**, H., M. Forichon, O. Boucher and Z. X. Li, 1996: Aerosol and greenhouse gases forcing: Cloud feedbacks associated to the climate response. In: *Physical Mechanisms and their Validation*, H. Le Treut (ed.), NATO ASI Series Vol I. 34, Springer-Verlag Berlin Heidelberg, pp. 267–280.

**Leggett**, J.A., W.J. Pepper and R.J. Swart, 1992: Emissions scenarios for the IPCC: an update. In: *Climate Change 1992. The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, pp. 69–95.

**Lemke**, P., W.B. Owens and W.D. Hibler III, 1990: A coupled sea-ice mixed-layer pycnocline model for the Weddell Sea. *J. Geophys. Res.*, **95**, 9513–9525.

**Leuenberger**, M. and U. Siegenthaler, 1992: Ice-age atmospheric concentration of nitrous oxide from an Antarctic ice core. *Nature*, **360**, 449–451.

**Leung**, R.L. and S.J. Ghan, 1995: A sub-grid parameterization of orographic precipitation. *Theor. Appl. Climatology*, **52(1–2)**, 95–118.

**Li**, X., Z. Zongci, W. Shaowu and D. Yohui, 1994: Evaluation of regional climate change simulation: A case study. IPCC special workshop on Article 2 of the United Nations Framework Convention on Climate Change, Fortaleza, Brazil, 17–21 October 1994.

**Liang**, X.-L., W.-C. Wang and M.P. Dudek, 1995: Interannual climate variability and its change due to the greenhouse effect. *Global and Planet. Change*, **10**, 217–238.

**Lighthill**, J., G. J. Holland, W.M. Gray, C. Landsea, K. Emanuel, G. Craig, J. Evans, Y. Kunihara and C.P. Guard, 1994: Global climate change and tropical cyclones. *Bull. Am. Met. Soc.*, **75**, 2147–2157.

**Lilly**, D.K., 1968: Models of cloud-topped mixed layers under a strong inversion. *Quart. J. R .Met. Soc.*, **94**, 292–309.

**Liu**, Y.F., F. Giorgi and W.M. Washington, 1994: Simulation of summer monsoon climate over east Asia with an NCAR Regional Climate model. *Mon. Wea. Rev.*, **122**, 2331–2348.

**Lupo**, A.R., R.J. Oglesby and I.I. Mokhov, 1995: Climatological features of blocking anticyclones: a study of Northern Hemisphere CCM1 model blocking events in present-day and double $CO_2$ concentration atmospheres. *J. Climate*, (In press).

Luthi, D., A. Cress, H.C. Davies, C. Frei and C. Schar, 1996: Interannual variability and regional climate simulations. *Theor. and Applied Clim.*, (In press)

Lynch, A.H., W.L. Chapman, J.E. Walsh and G. Weller, 1995: Development of a regional climate model of the western Arctic. *J. Climate*, **8**, 1555–1570.

Ma, C.-C., C.R. Mechoso, A. Arakawa and J.D. Farrara, 1994: Sensitivity of a coupled ocean-atmosphere model to physical parameterizations. *J. Climate* **7**, 1883–1896.

Machenhauer, B., D. Jacob and M. Bozert, 1994: Using the MPI's nested limited area model for regional climate simulations. *CAS/JSC WGNE Report No. 19*, (WMO/TO–No. 592), 758–760.

Maier-Reimer, E., 1993: Geochemical cycles in an ocean general circulation model. Pre-industrial tracer distributions. *Global Biogeochem. Cycles*, **7**, 645–677.

Manabe, S. and A.J. Broccoli, 1990: Can existing climate models be used to study anthropogenic changes in tropical cyclone climate? *Geophys. Res. Lett.*, **17**, 1917–1920.

Manabe, S. and R.J. Stouffer, 1988: Two stable equilibria of a coupled ocean-atmosphere model. *J Climate*, **1**, 841–866.

Manabe, S. and R.J. Stouffer, 1993: Century-scale effects of increased atmospheric $CO_2$ on the ocean-atmosphere system. *Nature*, **364**, 215–218.

Manabe, S. and R.J. Stouffer, 1994: Multiple century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon dioxide. *J. Climate*, **7**, 5–23.

Manabe, S. and R.T. Wetherald, 1975: The effects of doubling the $CO_2$ concentration on the climate of a general circulation model. *J. Atmos. Sci.*, **32**, 3–15.

Manabe, S., R J. Stouffer, M.J. Spelman and K Bryan, 1991: Transient responses of a coupled-ocean atmosphere model to gradual changes of atmospheric $CO_2$. Part I: Annual mean response. *J. Climate*, **4**, 785–818.

Manabe, S., M.J. Spelman and R.J. Stouffer, 1992: Transient responses of a coupled ocean-atmosphere model to gradual changes of atmospheric $CO_2$. Part II: Seasonal response. *J. Climate*, **5**, 105–126.

Maochang, C., H. von Storch and E. Zorita, 1995: Coastal sea level and the large-scale climate state: A downscaling exercise for the Japanese Islands. *Tellus,* **47A**, 132–144.

Marinucci, M.R. and F. Giorgi, 1992: A $2 \times CO_2$ climate change scenario over Europe generated using a Limited Area Model nested in a General Circulation Model. I:Present day simulation. *J. Geophys. Res.*, **97**, 9989–10009.

Marinucci, M.R., F. Giorgi, M. Beniston, M. Wild, P. Tschuck, A. Ohmura and A. Bernasconi, 1995: High resolution simulations of January and July climate over the western Alpine region with a nested regional modeling system. *Theor. Appl. Climatology*, **51**, 119–138.

Matyasovszky, I., I. Bogardi, A. Bardossy and L. Duckstein, 1995: Local temperature estimation under climate change. *Theor. Appl. Climatology*, **50**, 1–14.

McFarlane, N.A., G J. Boer, J.-P. Blanchet and M. Lazare, 1992:

The Canadian Climate Centre Second-Generation General Circulation Model and Its Equilibrium Climate. *J. Climate*, **5**, 1013–1044.

McGregor, J.L. and K.J. Walsh, 1993: Nested simulations of perpetual January climate over the Australian region. *J. Geophys. Res.*, **98**, 23283–23290.

McGregor, J.L. and K.J. Walsh, 1994: Climate change simulations of Tasmanian precipitation using multiple nestings *J. Geophys. Res.*, **99, D10**, 20889–20905.

Mearns, L.O., 1993: Implications of global warming for climate variability and the occurrence of extreme climate events. In: *Drought Assessment Management and Planning: Theory and Case Studies.*, D.A. Wilhite, (ed.), Kluwer, Boston, pp. 109–130.

Mearns, L.O., F. Giorgi, L. McDaniel and C. Shields, 1995a: Analysis of daily variability of precipitation in a nested regional climate model: Comparison with observations and doubled $CO_2$ results. *Global and Planetary Change*, **10**, 55–78.

Mearns, L.O., F. Giorgi, L. McDaniel and C. Shields, 1995b: Analysis of variability and diurnal range of daily temperature in a nested regional climate model: Comparison with observations and doubled $CO_2$ results. *Clim. Dyn.*, **11**, 193–209.

Meehl, G.A., 1990: Seasonal cycle forcing of El Niño-Southern Oscillation in a global coupled ocean-atmosphere GCM. *J. Climate*, **3**, 72–98.

Meehl, G.A. and W.M. Washington, 1990: $CO_2$ climate sensitivity and snow-sea-ice albedo parametrization in an atmospheric GCM coupled to a mixed layer ocean. *Clim. Change*, **16**, 283–306.

Meehl, G.A. and W.M. Washington, 1993: South Asian summer monsoon variability in a model with doubled atmospheric carbon dioxide concentration. *Science*, **260**, 1101–1104.

Meehl, G.A. and W.M. Washington, 1995: Cloud albedo feedback and the super greenhouse effect in a global coupled GCM. *Clim. Dyn.* **11**, 399–411.

Meehl, G.A. and W.M. Washington, 1996: El Niño-like Pacific region climate change in a model with elevated atmosphere $CO_2$ concentrations. *Nature*, submitted.

Meehl, G.A., G.W. Branstator and W.M. Washington, 1993a: Tropical Pacific interannual variability and $CO_2$ climate change. *J. Climate*, **6**, 42–63.

Meehl, G.A., W.M. Washington and T.R. Karl, 1993b: Low-frequency variability and $CO_2$ transient climate change. Part 1: Time-averaged differences. *Clim. Dyn.*, **8**, 117–133.

Meehl, G.A., M. Wheeler and W.M. Washington, 1994: Low-frequency variability and $CO_2$ transient climate change. Part 3. Intermonthly and interannual variability. *Clim. Dyn.*, **10**, 277–303.

Melillo, J.M., A.D. McGuire, D.W. Kicklighter, B. Moore III, C.J. Vorosmarty and A.L. Schloss, 1993: Global climate change and terrestrial net primary production. *Nature*, **363**, 234–240.

Mellor, G.L. and L. Kantha, 1989: An ice-ocean coupled model. *J. Geophys. Res.*, **94**, 10937–10954.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 174 of 421

**Miller**, J.R. and G.L. Russell, 1995: Climate change and the Arctic hydrologic cycle as calculated by a global coupled atmosphere-ocean model. *Ann. Glac.,* **21,** 91–95.

**Miller**, N., 1994: *A Homogeneity Grouping Technique for Geophysical Climate Models.* Lawrence Livermore National Laboratory Report No. UCRL-JC-115996, 10 pp.

**Mitchell**, J.F.B. and J.M. Gregory, 1992: Climatic consequences of emissions and a comparison of IS92a and SA90. In: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment,* J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, pp. 171–175.

**Mitchell**, J.F.B. and T.J. Johns, 1996: Sensitivity of regional and seasonal climate to transient forcing by $CO_2$ and aerosols. (Submitted to *J. Climate*)

**Mitchell**, J.F.B., S. Manabe, T. Tokioka and V. Meleshko, 1990: Equilibrium Climate Change. In: *Climate Change. The IPCC Scientific Assessment ,* J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 131–172.

**Mitchell**, J.F.B., T.J. Johns, J.M. Gregory and S.B.F. Tett, 1995a: Climate response to increasing levels of greenhouse gases and sulphate aerosols. *Nature,* **376,** 501–504.

**Mitchell**, J.F.B., R.A. Davis, W.J. Ingram and C.A. Senior, 1995b: On surface temperature, greenhouse gases and aerosols: models and observations. *J. Climate,* **10,** 2364–2386.

**Murphy**, J.M., 1995a: Transient response of the Hadley Centre Coupled Model to increasing carbon dioxide. Part I Control climate and flux adjustment. *J. Climate,* **8,** 36–56.

**Murphy**, J.M., 1995b: Transient response of the Hadley Centre Coupled Model to increasing carbon dioxide. Part III Analysis of global -mean response using simple models. *J. Climate,* **8,** 496–514.

**Murphy**, J.M. and J.F.B. Mitchell, 1995. Transient response of the Hadley Centre Coupled Model to increasing carbon dioxide. Part II. Temporal and spatial evolution of patterns. *J. Climate,* **8,** 57–80.

**Nakamura**, M., P.H. Stone and J. Marotzke, 1994: Destabilisation of the thermohaline circulation by atmospheric eddy transports. *J. Climate,* **12,** 1870–1882.

**Noda**, A. and T. Tokioka, 1989: The effect of doubling the $CO_2$ concentration on convective and non-convective precipitation in a general circulation model coupled with a simple mixed layer ocean model. *J. Met. Soc. Japan,* **67,** 1057–1067.

**Noguer**, M., 1994: Using statistical techniques to deduce local climate distributions. An application for model validation. *Meteorological Applications,* **1,** 277–287.

**Osborn**, T.J. and T.M.L. Wigley, 1994: A simple model for estimating methane concentration and lifetime variations. *Clim. Dyn.,* **9,** 181–193.

**Ose**, T., 1993: An examination of the effects of explicit cloud water in the UCLA GCM. *J. Met. Soc. Japan,* **71,** 93–109.

**Parey**, S., 1994a: Simulations de trente ans $1 \times CO_2$, $2 \times CO_2$, $3 \times CO_2$ avec le modele du LMD ($64 \times 50 \times 11$) premiers

resultats. *EDF, Direction des Etudes et Recherches, HE-33/94/008.*

**Parey**, S., 1994b: Les événements de blockage anticyclonique sur l'hemisphère nord dans des simulations réalisées avec differentes concentrations en $CO_2$ atmosphèrique ($1 \times CO_2$, $2 \times CO_2$, $3 \times CO_2$). *EDF, Direction des Etudes et Recherches, HE-33/94/017.*

**Parker** D.E., P.E Jones, C.K. Folland and A.J. Bevan, 1994: Interdecadal changes of surface temperature since the late nineteenth century. *J. Geophys..Res.,* **99,** 14373–14399.

**Pielke**, R.A., W.R. Cotton, R.L. Walko, C.J. Tremback, W.A. Lyons, L.D. Grasso, M.E. Nicholls, M.D. Moran, A. Wesley, T.J. Lee and J.H. Copeland, 1992: A comprehensive meteorological modeling system – RAMS. *Meteor. Atmos. Phys.,* **49,** 69–91.

**Pleym**, H. and T.R. Karl, 1996: Estimation of $CO_2$-induced local climate change in Norway using the CPMS method. *J. Climate* (Submitted).

**Podzun**, R, A. Cress, D. Majewski and V. Renner, 1995: Simulation of European climate with a limited area model. Part II: AGCM boundary conditions. Submitted to *Contributions to Atmos. Phys.* 68(3), 205–226.

**Pollard**, D. and S.L. Thompson, 1994: Sea-ice dynamics and $CO_2$ sensitivity in a global climate model. *Atmos.-Ocean,* (in press).

**Power**, S., R. Colman, B. McAvaney, R. Dahni, A. Moore and N. Smith, 1993: The BMRC coupled atmosphere/ocean/sea ice model, *The BMRC Research Report No 37.*

**Raisanen**, J., 1995: A comparison of the results of seven GCM experiments in Northern Europe. *Geophysica,* **30** (1–2), 3–30.

**Ramaswamy**, V., M.D. Schwarzkopf and K.P. Shine, 1992: Radiative forcing of climate from halocarbon-induced global stratospheric ozone loss. *Nature,* **355,** 810–812.

**Randall**, D.A., 1989: Cloud parameterization for climate modeling: Status and prospects. *Atmos. Res.,* **23,** 341–361.

**Raper**, S.C.B. and U. Cubasch, 1995: Emulation of the results from a coupled general circulation model using a simple climate model. *Geophys. Res. Lett.* (submitted)

**Raper**, S.C.B., T.M.L. Wigley and R.A. Warrick, 1996: Global sea level rise: Past and future. In: *Rising Sea Level and Subsiding Coastal Areas,* J.D. Milliman (ed.), Kluwer Academic Publishers, Dordrecht, The Netherlands , 384 pp.

**Rind**, D., R. Goldberg and R. Ruedy, 1989: Change in climate variability in the 21st century. *Clim. Change,* **14,** 537.

**Robitaille**, D.Y. and A.J. Weaver, 1995: Validation of sub-grid scale mixing schemes using CFCs in a global ocean model. *Geophys. Res. Lett.,* **22,** 2917–2920.

**Robock**, A.C., C.A. Schlosser, K.Ya. Vinnikov, S. Liu and N.A. Speranskaya, 1995: Validation of humidity, moisture fluxes and soil moisture in GCMs: report of AMIP Diagnostic Subproject 11; Part 1 – soil moisture. In *Proc. First AMIP Sci. Conf.,* WCRP-92, WMO TD-No. 732, Geneva.

**Roeckner**, E. and H. von Storch, 1980: On the efficiency of horizontal diffusion and numerical filtering in an Arakawa-type model. *Atmosphere-Ocean,* **18,** 239–253.

Roeckner, E., T. Siebert and J. Feichter, 1995: Climatic response to anthropogenic sulfate forcing simulated with a general circulation model. *Aerosol Forcing of Climate*, R.J. Charlson and J. Heintzenberg (eds.), John Wiley and Sons, Chichester, pp. 349–362.

Russell, G.L., J.R. Miller and D. Rind, 1995: A coupled atmosphere-ocean model for transient climate change studies. *Atmos-Ocean*, 33, 4.

Santer, B.D., W. Bruggemann, U. Cubasch, K. Hasselmann, E. Maier-Reimer and U. Mikolajewicz, 1994: Signal to noise analysis of time dependent greenhouse warming experiments, Part I: Pattern Analysis. *Clim. Dyn.*, 9, 267–285.

Santer B.D., K.E. Taylor, T.M.L. Wigley, J.E. Penner, P.D. Jones and U. Cubasch, 1995: Towards the detection and attribution of an anthropogenic effect on climate. *Clim. Dyn.* 12, 2, 77–100.

Sarmiento, J.L. and J.C. Orr, 1991: Three-dimensional simulations of the impact of Southern Ocean nutrient depletion on atmospheric $CO_2$ and ocean chemistry. *J. Limnol. Oceanogr.*, 36, 1928–1950.

Sarmiento, J.L., J.C. Orr and U. Siegenthaler, 1992: A perturbation simulation of $CO_2$ uptake in an ocean general circulation model. *J. Geophys. Res.*, 97, 3621–3646.

Sasaki, H., H. Kida, T. Koide and M. Chiba, 1995: The performance of long term integrations of a limited area model with the spectral boundary coupling method. *J. Met. Soc. Japan*, 73(2),165–181.

Sausen, R., K. Barthel and K. Hasselmann, 1988: Coupled ocean-atmosphere models with flux corrections. *Clim. Dyn.*, 2, 154–163.

Schimel, D.S., I. Enting, T.M.L. Wigley, M. Heimann, D. Raynaud, D. Alves and U. Siegenthaler, 1995: The carbon cycle. In: *Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emissions Scenarios*, J.T. Houghton, L.G. Meira Filho, J.P. Bruce, Hoesung Lee, B.A. Callander, E.F. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK, pp. 35–71.

Schlesinger, M. E., Xinjian Jiang and R.J. Charlson, 1993: Implication of anthropogenic atmospheric sulphate for the sensitivity of the climate system. In: *"Climate change and energy policy"*, L. Rosen and R. Glasser (eds.), American Institute of Physics, pp. 75–108.

Semazzi, F.H.M., N.-H. Lin, Y.-L. Lin and F. Giorgi, 1994: A nested model study of the Sahelian climate response to sea-surface temperature anomalies. *Geophys. Res. Let.*, 20, 2897–2900.

Send, U. and J. Marshall, 1994: Integral effects of deep convection. *J. Phys. Oceanogr*, 25, 855–872.

Senior C.A. 1995: The dependence of climate sensitivity on the horizontal resolution of a GCM. *J Climate*, 8, 2860–2880.

Senior, C.A. and J.F.B. Mitchell, 1993: Carbon dioxide and climate: The impact of cloud parameterization. *J. Climate*, 6, 393–418.

Shine, K.P., R.G. Derwent, D.J. Wuebbles and J.-J. Morcrette, 1990: Radiative forcing of climate. In: *Climate Change. The IPCC Scientific Assessment* . J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 49–68.

Shine, K.P., Y. Fouquart, V. Ramaswamy, S. Solomon and J. Srinivasan, 1995: Radiative forcing. In: *Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emissions Scenarios*, J.T. Houghton, L.G. Meira Filho, J.P. Bruce, Hoesung Lee, B.A. Callander, E.F. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK, pp. 163–203.

Siegenthaler, U. and F. Joos, 1992: Use of a simple model for studying oceanic tracer distributions and the global carbon cycle. *Tellus*, 44B, 186–207.

Singh, S.V. and H. Von Storch, 1994: Downscaling Indian monsoon rainfall from the simulations of the ECHAMT21 coupled ocean-atmosphere model, *Proc. 6th. International Meeting on Statistical Climatology, 19-23 June, 1995, Galway, Ireland*, pp. 207–209.

Smethie, W.M, 1993: Tracing the thermohaline circulation in the western North Atlantic using chlorofluoromethanes, *Prog. Oceanogr*, 31, 51–99.

Smith, I.N., M. Dix and R.J. Allan, 1995: The effect of greenhouse SSTs on ENSO simulations with an AGCM. *J. Climate*, (Submitted).

Smith, R.N.B., 1990: A scheme for predicting layer cloud and their water content in a general circulation model. *Quart. J. R. Met. Soc.*, 112, 371–386.

Stouffer, R.J., S. Manabe and K.Va. Vinnikov, 1994: Model Assessment of the role of natural variability in recent global warming. *Nature*, 367, 634–636.

Suarez, M., A. Arakawa and D.A. Randall, 1983: Parameterization of the planetary boundary layer in the UCLA General Circulation Model: formulation and results. *Mon. Wea. Rev.*, 111, 2224–2243.

Sundqvist, H., 1978: A parameterization scheme for non-convective parameterization including prediction of cloud water. *Quart. J. R. Met. Soc.*, 104, 677–690.

Sundqvist, H., 1993: Inclusion of ice phase of hydrometeors in cloud parametrisation for mesoscale and large-scale models. *Contr. Atmos. Phys.*, 66, 137–147.

Taylor, K and J.E. Penner, 1994: Climate system response to aerosols and greenhouse gases: a model study. *Nature*, 369, 734–737.

Tett, S., 1995: Simulation of El Niño-Southern Oscillation-like variability in a global AOGCM and its response to $CO_2$ increase. *J. Climate*, 8, 1473–1502.

Tett, S.F.B., T.C. Johns and J.F.B. Mitchell, 1996: Global and regional variability in a coupled AOGCM. (Submitted to *Clim. Dyn.*)

Tiedtke, M., 1993: Representation of clouds in large-scale models. *Mon. Wea. Rev.*, 121, 3040–3061.

Tokioka, T., A. Noda, A. Kitoh, Y. Nikaidou, S. Nakagawa, T. Motoi, S. Yukimoto and K. Takata, 1995: A transient $CO_2$ experiment with the MRI CGCM -Quick Report-, *J. Met. Soc. Japan*, 74(4), 817–826.

**Von Storch**, H., 1993: Inconsistencies at the interface of climate impact studies and global climate research. In: *Biometeorology*, A.R. Maarouf, N.N. Barthakur and W.O. Haufe (eds.), Proc. 13th International Congress of Biometeorology, Calgary, Canada, September 12-18, 1993; Part 2, Volume 1, pp. 54–87.

**Von Storch**, H., E. Zorita and U. Cubasch, 1993: Downscaling of climate change estimates to regional scales: An application to winter rainfall in the Iberian Peninsula. *J. Climate*, **6**, 1161–1171.

**Walsh**, K. and J.L. McGregor, 1995: January and July climate simulations over the Australian region using a limited area model. *J. Climate*, **8**, 2387–2403.

**Wang**, W.-C., M.P. Dudek and X.-Z. Liang, 1992: Inadequacy of effective $CO_2$ as a proxy in the regional climate change due to other radiatively active gases. *Geophys. Res. Lett.*, **19**, 1375–1378.

**Warner**, M.J. and R.F. Weiss, 1992: Chlorofluoromethanes in south Atlantic Antarctic Intermediate water, *Deep Sea Research*, **39**, 2053–2075.

**Washington**, W.M. and G.A. Meehl, 1989: Climate sensitivity due to increased $CO_2$: Experiments with a coupled atmosphere and ocean general circulation model. *Clim. Dyn.*, **4**, 1–38.

**Washington**, W.M. and G.A. Meehl, 1993: Greenhouse sensitivity experiments with penetrative cumulus convection and tropical cirrus albedo effects. *Clim. Dyn .* **8**, 211–223.

**Washington**, W.M., and G.A. Meehl, 1996: High latitude climate change in a global coupled ocean-atmosphere-sea ice model with increased atmospheric $CO_2$. *J. Geophys. Res.*, in press.

**Weaver**, A.J. and T.M.C. Hughes, 1992: Stability and variability of the thermohaline circulation and its link to climate. *Trends in Physical Oceanography*, Research Trends Series, Council of Scientific Research Integration, Trivandrum, India, **1**, 15–70.

**Weaver**, A.J. and T.M.C. Hughes, 1996: On the incompatability of ocean and atmosphere models and the need for flux adjustments. *Clim. Dyn.* **12**, 141–170.

**Weaver**, A.J., J. Marotzke, P.F. Cummins and E.S. Sarachik, 1993: Stability and variability of the thermohaline circulation. *J. Phys. Oceanogr.*, **23**, 39–60.

**Weiss**, R.F., J.L. Bullister, R.H. Gammon and M.J. Warner, 1985: Atmospheric chlorofluoromethanes in the deep equatorial Atlantic, *Nature*, **311**, 608–610.

**Wetherald**, R.T. and S. Manabe, 1995: The mechanisms of summer dryness induced by greenhouse warming. *J. Climate*, **8**, 3096–3108.

**Whetton**, P.H., A.M. Fowler, M.R. Haylock and A.B. Pittock, 1993: Implications of climate change due to the enhanced greenhouse effect on floods and droughts in Australia. *Clim. Change*, **25**, 289–317.

**Whetton**, P.H., P.J. Rayner, A.B. Pittock and M.R. Haylock, 1994: An assessment of possible climate change in the Australian region based on an intercomparison of General Circulation Modeling results, *J. Climate*, **7**, 441–463.

**Whetton**, P., M. England, S. O'Farrell, I. Waterson and B. Pittock, 1995: Global comparison of the regional rainfall results of enhanced greenhouse coupled and mixed layer ocean experiments: Implications for climate change scenario development. *Clim. Change* (Submitted).

**Wigley**, T.M.L., 1989: Possible climate change due to $SO_2$-derived cloud condensation nuclei. *Nature*, **339**, 365–367.

**Wigley**, T.M.L., 1993: Balancing the carbon budget. Implications for projections of future carbon dioxide concentration changes. *Tellus*, **45B**, 409–425.

**Wigley**, T.M.L., 1994: The contribution from emissions of different gases to the enhanced greenhouse effect on climate. In: *Climate Change and the Agenda for Research* , T. Hanisch (ed.), Westview Press, Boulder, Colorado, pp. 193–222.

**Wigley**, T.M.L., 1995: Global mean temperature and sea level consequences of greenhouse gas concentration stabilization. *Geophys. Res. Lett,.* **22**, 45–48.

**Wigley**, T.M.L. and S.C.B. Raper, 1987: Thermal expansion of sea water associated with global warming. *Nature* **330**, 127–131.

**Wigley**, T.M.L. and S.C.B. Raper, 1991: Detection of the enhanced greenhouse effect on climate. In: *Climate Change: Science, Impacts and Policy* , J. Jäger and H.L. Ferguson (eds.), Cambridge University Press, Cambridge, UK, pp. 231–242.

**Wigley**, T.M.L. and S.C.B. Raper, 1992: Implications for climate and sea level of revised IPCC emissions scenarios. *Nature* **357**, 293–300.

**Wigley**, T.M.L. and S.C.B. Raper, 1993: Future changes in global-mean temperature and sea level. In: *Climate and Sea Level Change: Observations, Projections and Implications*, R.A. Warrick, E.M. Barrow and T.M.L. Wigley (eds.), Cambridge University Press, Cambridge, UK, pp. 111–133.

**Wigley**, T.M.L., P.D. Jones, K.R. Briffa, and G. Smith, 1990: Obtaining sub-grid scale information from coarse-resolution general circulation model output. *J. Geophys. Res.*, **95**, 1943–1953.

**Wigley**, T.M.L., R. Richels and J.A. Edmonds, 1996: Alternative emissions pathways for stabilizing concentrations. *Nature*, **379**, 240–243.

**Wilks**, D.S., 1992: Adapting stochastic weather generation algorithms for climate change studies. *Clim.Change*, **22**, 67–84.

**Wilson**, L.L., D.P. Lettenmaier and E. Skyllingstad, 1992: A hierarchical stochastic model of large-scale atmospheric circulation patterns and multiple station daily precipitation. *J. Geophys. Res.*, **97**, 2791–2809.

**Zorita**, E, J.P. Hughes, D.P. Lettenmaier and H. von Storch, 1995: Stochastic characterization of regional circulation patterns for climate model diagnosis and estimation of local precipitation. *J. Climate*, **8**, 1023–1042.

**Zwiers**, F., 1994: Changes in screen temperature extremes under a doubling of $CO_2$, In: *Research Activities in Atmospheric and Oceanic Modelling* , G.J.Boer (ed.), pp. 7.44–7.46, CAS/JSC Working Group Numerical Experimentation, Report **19**, February 1994, WMO/TD–No 592.

# 7

# Changes in Sea Level

R.A. WARRICK, C. LE PROVOST, M.F. MEIER, J. OERLEMANS,
P.L. WOODWORTH

Contributors:
*R.B. Alley, R.A. Bindschadler, C.R. Bentley, R.J. Braithwaite, J.R. de Wolde,*
*B.C. Douglas, M. Dyurgerov, N.C. Flemming, C. Genthon, V. Gornitz, J. Gregory,*
*W. Haeberli, P. Huybrechts, T. Jóhannesson, U. Mikolajewicz, S.C.B. Raper,*
*D.L. Sahagian, R.S.W. van de Wal, T.M.L. Wigley*

# CONTENTS

**Summary**                                                          363

**7.1   Introduction**                                               365

**7.2   How Has Sea Level Changed Over the Last 100
        Years?**                                                     365
        7.2.1  Sea Level Trends                                      365
        7.2.2  Has Sea Level Rise Accelerated?                       366

**7.3   Factors Contributing to Sea Level Change**                   366
        7.3.1  Oceanic Thermal Expansion                             366
        7.3.2  Glaciers and Ice Caps                                 370
               7.3.2.1  Processes causing change in glaciers
                        and ice caps.                                370
               7.3.2.2  Changes in the last hundred years            371
               7.3.2.3  Sensitivity to climate changes               373
        7.3.3  The Greenland and Antarctic Ice Sheets                374
               7.3.3.1  Processes causing change in the ice
                        sheets                                       374
               7.3.3.2  Current state of balance                     374
               7.3.3.3  Sensitivity to Climate Change                377
        7.3.4  Surface Water and Ground Water Storage                379

**7.4   Can Sea Level Changes During the Last 100
        Years be Explained?**                                        380

**7.5   How Might Sea Level Change in the Future?**                  381
        7.5.1  Recent Projections                                    381

        7.5.2  Revised IPCC Projections                              382
               7.5.2.1  Methods and assumptions                      382
               7.5.2.2  Modelled past changes                        383
               7.5.2.3  Scenarios IS92a-f                            384
               7.5.2.4  Scenario IS92a                               384
               7.5.2.5  Extreme range                                384
               7.5.2.6  Summary                                      385
        7.5.3  Possible Inter-Model Differences                      385
               7.5.3.1  Methods and assumptions                      386
               7.5.3.2  Model results and comparisons                386
        7.5.4  Possible Longer-term (>100 years) Changes             388
        7.5.5  Possible Instabilities of the West Antarctic Ice
               Sheet                                                 389

**7.6   Spatial and Temporal Variability**                           389
        7.6.1  Geological and Geophysical Effects                    389
        7.6.2  Dynamic Effects                                       391
        7.6.3  Trends in Extremes                                    393

**7.7   Major Uncertainties and How to Reduce Them**                 394
        7.7.1  Monitoring of Sea Level Change                        394
        7.7.2  Oceanic Thermal Expansion                             395
        7.7.3  Glaciers and Ice Caps                                 396
        7.7.4  Greenland and Antarctic Ice Sheets                    396

**References**                                                       397

# SUMMARY

The purpose of this chapter is to assess the current state of knowledge regarding climate and sea level change, with special emphasis on scientific developments since IPCC (1990). The main focus is on changes that occur on the time-scale of a century. We thus look for evidence of sea level change during the last 100 years, examine the factors that could be responsible for such changes, and consider the possible changes in sea level during the next 100 years as a result of global warming.

With respect to the past, recent analyses suggest that:

- global mean sea level has risen 10–25 cm over the last 100 years. This range is slightly higher than that reported in IPCC (1990) (i.e., 10–20 cm). The higher estimate results largely from the use of geodynamic models for filtering out long-term vertical land movements, as well as from the greater reliance on the longest tide gauge records for estimating trends.

- there has been no detectable acceleration of sea level rise during this century. However, the average rise during the present century is significantly higher than the rate averaged over the last several thousand years, although century-time-scale variations of several decimetres almost certainly occurred within that longer period. The exact timing of the onset of the present, higher rate of sea level rise remains uncertain.

It is likely that the rise in sea level has been due largely to the concurrent increase in global temperature over the last 100 years. The possible climate-related factors contributing to this rise include thermal expansion of the ocean and melting of glaciers, ice caps and ice sheets. Changes in surface water and ground water storage may also have affected sea level. The assessment of the scientific evidence suggests that:

- global warming should, on average, cause the oceans to warm and expand, thus increasing sea level. The various models, from simple upwelling diffusion models to complex coupled atmosphere-ocean GCMs, all agree that oceanic thermal expansion is one consequence of global warming. The thermal expansion over the last 100 years is estimated to be 2–7 cm. Large-scale observations of changes in sub-surface ocean temperatures are beginning to support these estimates.

- global warming should, on average, increase the melt rates of glaciers and ice caps, causing sea level to rise. Observational data indicates that, globally, there has been a general retreat of glaciers during this century. Based on both observations and models, recent analyses suggest that this enhanced melting may have increased sea level by about 2–5 cm over the last 100 years.

- with respect to the Greenland ice sheet, a warmer climate should increase the melt rates at the margins. The increase in melting should dominate over any increase in accumulation rates in the interior, causing sea level to rise. However, observational evidence is insufficient to say with any certainty whether the ice sheet is currently in balance or has increased or decreased in volume over the last 100 years.

- with respect to the Antarctic ice sheet, a warmer climate should increase the accumulation rates, causing sea level to fall. Here, too, the observational evidence is insufficient to say with any certainty whether the ice sheet is currently in balance or has increased or decreased in volume over the last 100 years.

- it is unclear how changes in surface water or ground water storage have affected sea level. Estimates vary widely of the net effects of activities (largely anthropogenic) such as dam construction and reservoir filling, which lower sea level, and ground water pumping, deforestation and wetland loss,

*Changes in Sea Level*

which tend to raise sea level. However, the potential future effect on sea level from such sources is probably relatively small, of the order of a few centimetres during the next century.

An exact accounting of the past sea level rise is difficult, particularly in the light of the large uncertainties associated with the mass balances of the ice sheets. However, the observed rise lies well within the combined ranges of uncertainty of the above factors.

Projections of future changes in sea level as a consequence of greenhouse-gas-induced warming were made for each of the six IPCC IS92 emission scenarios, with and without the effect of aerosol changes after 1990, for the period 1990 to 2100. In addition, high, middle and low estimates, using a range of parameter values based on key model uncertainties, were made for IS92a (the emission scenario most comparable to the IPCC (1990) Scenario A, the so-called "Business-as-usual" scenario). The results showed that:

- for Scenario IS92a, sea level is projected to be about 50 cm higher than today by the year 2100, with a range of uncertainty of 20–86 cm;

- for the range of emission scenarios IS92a–f using "best-estimate" model parameters, sea level is projected to be 38–55 cm higher than today by the year 2100;

- the extreme range of projections, taking into account both emission scenarios and model uncertainties, is 13–94 cm;

- most of the projected rise in sea level is due to thermal expansion, followed by increased melting of glaciers and ice caps. On this time-scale, the contributions made by the major ice sheets are relatively minor, but are a major source of uncertainty.

It is evident that the choice of emission scenario makes relatively little difference to the projected rise in sea level, especially for the first half of the next century. This is because much of the rise has already been determined by past changes in radiative forcing, due to lags in the response of the oceans and ice masses. For this same reason, in model simulations sea level continues to rise over many centuries even after concentrations of greenhouse gases are stabilised. In contrast, the scientific uncertainties – as reflected partly in intra-model uncertainties in the choice of individual model parameter values, and partly in inter-model uncertainties in the choice of methods for climate, glacier and ice sheet modelling – make a very large difference in the estimate of future sea level rise.

A major source of uncertainty concerns the polar ice sheets. Not only is there a lack of understanding of the current mass balance, but there is also considerable uncertainty regarding the possible dynamic responses on time-scales of centuries. Concern has been expressed that the West Antarctic Ice Sheet might "surge", causing a rapid rise in sea level. The current lack of knowledge regarding the specific circumstances under which this might occur, either in total or in part, limits the ability to quantify the risk. Nonetheless, the likelihood of a major sea level rise by the year 2100 due to the collapse of the West Antarctic Ice Sheet is considered low.

The changes in future sea level will not occur uniformly around the globe. Recent coupled atmosphere-ocean model experiments suggest that the regional responses could differ significantly, due to regional differences in heating and circulation changes. In addition, geological and geophysical processes cause vertical land movements and thus affect relative sea levels on local and regional scales. Finally, extreme sea level events – tides, waves and storm surges – could be affected by regional climate changes but are, at present, difficult to predict.

Overall, the basic understanding of climate-sea level relationships has not changed fundamentally since IPCC (1990). The estimates of global sea level rise presented here are lower than those presented in IPCC (1990), due primarily to significantly lower estimates of global *temperature* change which drive the projections of sea level rise. Thus, if global warming were to occur more rapidly than expected, the rate of sea level rise would consequently be higher.

## 7.1 Introduction

In terms of environmental and social consequences, sea level rise is arguably one of the most important potential impacts of global climate change. As in IPCC (1990), the primary purpose of this chapter is to assess what is known regarding how sea level has changed in the past and could change in the future, on time-scales of decades to centuries. The chapter begins by reviewing the evidence for trends in sea level over the past 100 years, based on tide gauge records. Next, the factors that could contribute to sea level change – namely, changes related to oceanic thermal expansion, glaciers and small ice caps, the large ice sheets of Greenland and Antarctica, and the possible changes in land-surface water and ground water storage – are examined. Future projections of global mean sea level rise are then made, on the basis of scenarios of future greenhouse gas emissions and projections of future global warming. The important factors that may cause such changes in sea level to vary spatially and temporally are considered, including geological, geophysical and dynamic effects.

Overall, this chapter finds that the major conclusions reached in IPCC (1990) remain qualitatively unchanged and are reinforced by the recent scientific literature. Nonetheless, improvements in observations and ocean-atmosphere modelling and in the calculation of future radiative forcing changes have led to revisions of the estimates of future sea level rise and their uncertainties.

## 7.2 How Has Sea Level Changed Over the Last 100 Years?

### 7.2.1 Sea Level Trends

Secular trends in "eustatic" global sea level (i.e., corresponding to a change in ocean volume) over the past century have been studied by a large number of authors (as summarised in Chapter 9 and Table 9.1 of the 1990 IPCC Scientific Assessment and as described in several recent reviews – see Emery and Aubrey, 1991; Woodworth, 1993; Douglas, 1995). At this time-scale, evidence for such trends is obtained from tide gauge data.

All authors of recent global sea level change reviews have used the Permanent Service for Mean Sea Level (PSMSL) data set (Spencer and Woodworth, 1993). A central problem in identifying trends in eustatic sea level from tide gauge data is how to account for vertical land movements, which also affect relative sea level change as measured by tide gauges. At the global scale, a major source of vertical land movement derives from the continuing readjustment of the Earth's crust since the

glacial retreat marking the end of the last ice age. This "post-glacial rebound" (PGR) is the only globally coherent geological contribution to long-term sea level change about which we possess detailed understanding. Since IPCC (1990), Douglas (1991) has applied post-glacial rebound corrections from the ICE-3G model of Tushingham and Peltier (1991) to the observed tide gauge data (avoiding tide gauge records in areas of converging tectonic plates, since such processes are not represented by the PGR model) and produced a highly consistent set of long-term sea level trends. The value for the mean rate of sea level rise that he obtained from a global set of 21 such stations in nine oceanic regions with an average record length of 76 years during the period 1880–1980 was 1.8 ± 0.1 mm/year. Geodynamic models of post-glacial rebound have also been employed in global analyses by Peltier and Tushingham (1989, 1991) and Trupin and Wahr (1990), who obtained similar results. Uncertainties in global sea level trends determined from PGR models may include a range of uncertainty of approximately 0.5 mm/year, depending on the Earth structure parametrization employed by the model (Mitrovica and Davis, 1995).

Other authors have used geological data directly for sites adjacent to tide gauges, a procedure which, in principle, should accommodate other geological processes in addition to post-glacial rebound (e.g., Gornitz and Lebedeff, 1987). This sort of analysis has been conducted for the North Sea region of Europe, which has an extensive tide gauge and geological sea level data set, by Shennan and Woodworth (1992). Earlier analyses (e.g., Barnett, 1984) simply averaged tide gauge records on the implicit assumption that the effects of land movements would somehow average out. It is interesting that the results of most of these studies are within the range 1–2 mm/year, with some bias towards the lower end of the range (see Gornitz, 1995a, for a review).

Gornitz (1995a) has also pointed out that estimates using the longest records obtain the highest values, closer to 2 mm/year than 1 mm/year, and that correction for post-glacial rebound by means of the Peltier models gives higher values for the trend than those analyses which employed nearby geological data values directly. This is a result of the post-glacial rebound models producing smaller extrapolated sea level trends into the present day than the linear fit to nearby geological data procedure such as Gornitz and colleagues have employed. Hence, the corrected tide gauge trends using the post-glacial rebound models will be higher than those using the nearby geological observations. In the latter case, problems could arise from the large scatter in the geological data distributed in area around the gauge locations, and from the

*Changes in Sea Level*

linear extrapolation technique. Gornitz and Lebedeff (1987) found that in most cases a linear fit gives as good a description of the extrapolated trend from the geological data, as a higher order fit (see also discussion in Shennan and Woodworth, 1992). However, this ignores the additional information on the physics of the problem contained in the Peltier post-glacial rebound models.

Peltier and Tushingham (1989) also commented that the sea level trends depend strongly on the choice of minimum record length and on the particular time interval selected. Their sea level rise estimates, based on tide gauge record lengths greater than 50 years, tended to lie closer to 2 mm/yr than those based on shorter record lengths. Six of the longest tide gauge records (unadjusted for post-glacial rebound or other geological effects) for each continent are shown in Figure 7.1.

In summary, the best estimate based on recent analyses is that sea level has risen about 18 cm over the last 100 years, with a range of uncertainty of 10–25 cm – notwithstanding the fact that some authors (e.g., Gröger and Plag, 1993; Pirazzoli, 1993) maintain that a global figure for sea level rise cannot be estimated reliably, stressing the limitations of the available data set. This range is consistent with the 10–20 cm range given in IPCC (1990). As geodynamic models and measurements of vertical land movements become more reliable, confidence in such estimates will increase.

### 7.2.2 Has Sea Level Rise Accelerated?

Archaeological and geological data suggest that global sea levels have probably varied within a range of no more than a few tens of centimetres over the past two millennia (Flemming, 1969, 1993; Pirazzoli, 1977; Flemming and Webb, 1986; Hofstede, 1991; Tanner, 1992; Varekamp *et al.*, 1992). The 10–25 cm rise over the past 100 years implies a comparatively recent acceleration in the rate of sea level change (Gornitz and Seeber, 1990; Shennan and Woodworth, 1992; Gornitz, 1995b). However, the exact timing of the onset of this acceleration remains uncertain. The conclusions given in Woodworth (1990), Gornitz and Solow (1991), and Douglas (1992) imply that the acceleration probably began before the 1850s. But data for the pre-instrumental period is sparse, at best. There is as yet no evidence for any acceleration of sea level rise this century (Woodworth, 1990; Gornitz and Solow, 1991; Douglas, 1992), nor would any necessarily be expected from the observed climate change to date. Small accelerations have been suggested over the past two or three centuries in European sea level data (Mörner, 1973; Ekman, 1988; Woodworth, 1990; Gornitz and Solow, 1991).

The evidence, or lack of it, for sea level accelerations over the past century depends critically on a small number of long tide gauge records which is unlikely to be supplemented significantly in the future. Nevertheless, the search for old records (or "data archaeology") can be particularly rewarding when such data are found. For example, Maul and Martin (1993) recently extended the Key West, Florida data set back to 1846 and demonstrated that no significant acceleration of sea level rise has occurred since that time.

The main difficulties in determining a more robust estimate for the sea level trends (let alone acceleration) are the unequal geographical distribution of historical tide gauge data and the considerable amount of typically decadal variability present in all records. The former is slowly being rectified with the development of a near-global tide gauge network (GLOSS) and by means of satellite radar altimetry (e.g., TOPEX/POSEIDON).

Atmospheric and oceanic dynamical processes account for a large fraction of the interannual and interdecadal variability. These fluctuations, 1–2 years to a decade in duration and coherent over long distances, reflect changes in temperature and salinity, currents, and coupled oceanic-atmospheric forcing, such as the El Niño-Southern Oscillation phenomenon in the Pacific Ocean (Komar and Enfield, 1987), or the North Atlantic Oscillation in the North Atlantic Ocean (Maul and Hanson, 1991). The limitations imposed by large interannual sea level changes in determining reliable sea level trends and accelerations have been particularly emphasised by Douglas (1992) and demonstrated by Sturges (1987) and Sturges and Hong (1995). The understanding of such interannual processes has been an aim of large international programmes such as the Tropical Ocean Global Atmosphere (TOGA) project and the World Ocean Circulation Experiment (WOCE), and will continue to be the object of research based on the results of a Global Ocean Observing System (GOOS). As ocean modelling becomes more detailed, and as surface and deep ocean observations become more routine, increased understanding of interannual processes will result, leading to an improved estimate of any underlying long-term trend and acceleration.

## 7.3 Factors Contributing to Sea Level Change

### 7.3.1 Oceanic Thermal Expansion

At constant mass the volume of ocean water, and thus sea level, varies with changes in sea water density (called "steric" changes). Density is related to temperature and salinity, hence the dependency of sea level on temperature



**Figure 7.1:** Six long sea level records from major world regions: Takoradi (Africa), Honolulu (Pacific), Sydney (Australia), Bombay (Asia), San Francisco (North America) and Brest (Europe). Each record has been offset vertically for presentational purposes. The observed trends (in mm/yr) for each record over the 20th century are, respectively, 3.1, 1.5, 0.8, 0.9, 2.0 and 1.3. The effect of post-glacial rebound (lowering relative sea level) as simulated by the Peltier ICE-3G model is less than, or of the order of, 0.5 mm/yr at each site.

and salinity variations of the oceans. The main cause of steric change at the global scale is temperature change. As density is inversely related to temperature, the volume of the ocean must expand and sea level rise if the density of the sea water decreases because of rising temperature.

Marked changes in salinity can occur at the regional scale and modify sea water density and volume. In the short term, these effects are relatively minor at the global scale. However, the main anomalous buoyancy sources are located at high latitudes where sea water finds an effective pathway from the surface to the deeper layers of the ocean. Thus, in the longer term, regional salinity changes can affect the whole ocean circulation, the distribution of heat and oceanic expansion.

More generally, because of very complex physics, there are other important regional variations and time lags involved in sea level rise by thermal expansion. The redistribution of buoyancy from source regions to other parts of the oceans involves large-scale waves and transport by currents. The adjustment processes are very slow, because they are related to the internal modes of heat and mass redistribution within the ocean. Consequently, a sea level rise due to thermal heating must be out of equilibrium, especially for rapid climate change. This implies that the ocean will rise more rapidly in some areas than in other areas.

An important feedback mechanism between thermal expansion and increased sea level caused by increased melting of ice is linked to the above processes. Increased fresh water fluxes to the ocean have an impact on density stratification and thereby on the depths of convection of the surface waters. This, in turn, affects the circulation of the interior of the ocean and thus the rates of thermal expansion for the different layers of the world ocean.

To estimate oceanic expansion from observations, temperature and salinity have to be recorded over the water column for a long period of time. In the 1990 IPCC Scientific Assessment (Subsection 9.4.1), reference was made to the works of Roemmich (1985) concerning the Panuliris series of deep hydrographic stations off Bermuda over the period 1955–1981, and to Thomson and Tabata (1987) concerning the station PAPA steric height anomalies in the north-east Pacific Ocean over a 27-year period. It was noted that the conclusions drawn from these data sets were limited geographically and that additional ocean observations are required to discern large-scale changes. Since 1990, there has been a considerable increase in the quantity of high quality hydrography and tracer sections produced from programmes like WOCE. The analyses of these data sets in relation to previous

hydrographic surveys are beginning to indicate large-scale, coherent changes in sub-surface ocean temperatures (see Chapter 3.2.4 for details). Estimates of the thermal expansion associated with some of these observed ocean temperature changes are similar in magnitude to changes in nearby sea level records (Roemmich, 1992; Salinger *et al.*, 1996). However, these estimates are still regionally specific. Such observational consistency between thermal expansion and sea level observations will improve in the near future with the availability of the new WOCE data sets and the measurement of the ocean topography through satellite altimetry (Nerem, 1995).

The problem of a steric rise in sea level due to global warming has also been examined using a variety of models. These include upwelling diffusion models, two-dimensional models, subduction models, ocean general circulation models (OGCMs), and coupled atmosphere-ocean models (AOGCMs).

The advantage of the simpler upwelling diffusion climate models is that they are computationally efficient so that the sensitivity of results to model parameters and to uncertainties in greenhouse gas emissions can easily be examined. For example, the projections of oceanic thermal expansion made by IPCC (1990) (Warrick and Oerlemans, 1990) were derived with the use of the simple upwelling diffusion-energy balance climate model of Wigley and Raper (1987, 1993). This model represents the vertical profile of area-averaged ocean temperature, which changes in response to changes in radiative forcing at the surface. Thermal expansion of sea water, and thus sea level change, is diagnosed from the temperature profiles through the use of expansion coefficients. For the period 1880 to 1990, the estimated range of sea level rise due to thermal expansion using this model is about 3.1 cm to 5.7 cm, with a best estimate of 4.3 cm (consistent with model parameters discussed in Chapter 6 and in Section 7.5.2), when the model is forced with the estimated radiative forcing changes from increases in greenhouse concentrations over the same period. A slightly more complex, 2-dimensional variant of this kind of model, using a prescribed ocean circulation and surface forcing based on observed sea surface temperature (de Wolde *et al.*, 1995), leads to similar values: 2.2 cm to 5.1 cm with a best estimate 3.5 cm. The major disadvantage of these simpler models, however, is that they do not realistically represent the processes involved in the penetration and distribution of heat from the surface to deeper layers of the ocean.

With two-dimensional, zonally averaged dynamical models coupled to an energy balance climate model (as developed by Harvey, 1992), the upwelling velocities can

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 188 of 421

be related to the vertical diffusion coefficient. With such a model, Harvey (1994) has demonstrated that the 1-D upwelling diffusion models have a significantly faster surface transient response than the 2-D model, due to transient weakening of thermohaline overturning in the 2-D model which damps surface temperature warming. This difference is most pronounced if the upwelling rate in the upwelling diffusion models is constant (Raper *et al.*, 1996).

Subduction models, while still relatively simple, introduce heat into the ocean by advection along isopycnal (constant density) surfaces. Such a model has been developed by Church *et al.* (1991). In this model, the estimates of the magnitude of global thermal expansion are independent of assumptions regarding the magnitudes of eddy diffusivity. Furthermore, since this model is three-dimensional, it provides information on the regional differences in sea level change adjustments. Church *et al.* (1991) demonstrate a small dependence of the mean sea level rise on the spatial distribution of warming, for a given global mean temperature rise. With this model, Church *et al.* (1991) obtain a sea level rise due to thermal expansion of about 6.9 cm over the last one hundred years. The major disadvantage of this model is that it does not predict surface temperature changes, and it also ignores deep water formation and associated changes in convective heat fluxes.

A more realistic way to simulate ocean warming and thermal expansion is to use an OGCM. One example is the study of Mikolajewicz *et al.* (1990), who used the Large-Scale Geostrophic (LSG) OGCM of the Max-Planck-Institute (MPI). The model was forced with time-dependent surface temperature changes caused by progressively increasing atmospheric $CO_2$, calculated separately from an average of the equilibrium results from several GCMs for doubled $CO_2$.

However, in concept, the most realistic simulations involve the use of fully coupled AOGCMs. In such experiments, changes in the three-dimensional ocean and atmosphere feed back on each other as the modelled climate evolves. Although such models are very demanding on computer resources, transient experiments are increasingly being performed with coupled models (see Chapter 6). Sea level changes have been analysed from some of them. Among these are the experiments of the Geophysical Fluid Dynamics Laboratory, Princeton (see review from Gates *et al.*, 1992), of the MPI, Hamburg (Cubasch *et al.*, 1992, Cubasch *et al.*, 1994a), and of the UK Meteorological Office Hadley Centre, Bracknell (Gregory, 1993; Mitchell *et al.*, 1995). A recent simulation using the UKMO coupled model (Mitchell *et al.*, 1995)

with historical forcing changes gives a 1880 to 1990 sea level rise due to thermal expansion of 3.6 cm – in accord with simpler models.

There is no guarantee, however, that coarse resolution AOGCMs adequately represent the processes governing water mass formation and thus the penetration of surface heat into the ocean interior. Furthermore, these models also suffer from important unsolved problems to which thermal expansion calculations are particularly sensitive. First, there is the "cold start" problem. Neglecting past changes in greenhouse gas forcing before running scenarios of future forcing changes in AOGCMs leads to significant underestimation of both future warming and sea level rise due to thermal expansion of sea water. For example, Cubasch *et al.* (1994a) showed that starting the MPI coupled model from 1935 instead of 1985, but using the same future forcing scenario beyond 1985, leads to estimates of 7 cm instead of 4 cm for thermal expansion for the period 1985–2050. The GFDL model shows a much shorter time constant (about 10 years) compared to the MPI model (30 years), and different versions of the UKMO model show significant differences. A method to correct simulations for this "cold start" effect has been proposed by Hasselmann *et al.* (1993). Nonetheless, the issue has not been fully resolved, and the magnitude and relevance of this error for the surface air temperature and, especially, for sea level remains controversial.

Second, there is the problem of decadal variability and predictability. The initial conditions for AOGCMs are never fully known. This alone would be sufficient to prevent a prediction of the state of the ocean over several decades. To estimate the error that stems from this uncertainty, Cubasch *et al.* (1994a) carried out four 50-year integrations with the MPI coupled model. In all the experiments the greenhouse gas forcing started with conditions in 1986 and then followed the IPCC (1990) Scenario A. The only differences were in the initial conditions of the atmosphere and ocean. The decadal means of global warming and sea level rise showed large differences. The global mean sea level rise due to thermal expansion was 4.2 cm in the last years of integration, but in many regions of the world ocean, the local mean response had about the same size as two standard deviations of the decadal means between the runs. These problems, and others like the consequences of differences in spin-up techniques, obviously limit the reliability of the conclusions presently resulting from these coupled ocean-atmosphere model transient experiments.

Comparison of thermal expansion resulting from these various model experiments is difficult because of

differences in experimental design, in model assumptions, particularly those concerning emission scenarios and climate sensitivity, and in the complexity of processes incorporated in different models. Carefully designed intermodel comparisons have not yet been carried out.

In summary, oceanic expansion is almost certainly one consequence of global warming. Although observational data are still too sparse and regionally specific to allow global estimates of thermal expansion, analyses of recent data sets in relation to previous hydrographic surveys are beginning to indicate large-scale, coherent changes in sub-surface ocean temperatures. Thermal expansion can also be predicted from a range of models, from simple to very complex. Based on model experiments, the estimated rise in sea level due to thermal expansion over the last 100 years lies within the range 2–7 cm.

### 7.3.2 Glaciers and Ice Caps

#### 7.3.2.1 Processes causing change in glaciers and ice caps
The amount of land ice on Earth has fluctuated as the climate has changed. This section is concerned with the numerous mountain glaciers, ice fields and ice caps of the world, exclusive of the Greenland and Antarctic ice sheets (Figure 7.2), and their past and future contributions to changes in sea level. The potential contributions of glaciers and ice caps are not insignificant because the rates of ice accumulation and loss are more intense than those on the huge ice sheets.

The change in mass of these glaciers can be expressed as the sum of the mass balance at the surface (the difference between accumulation and loss, which can be positive or negative), plus the meltwater that is refrozen internally (internal accumulation), minus any iceberg calving flux. The change in mass of ice on land results in a change in sea level of opposite sign. The complexity stems from the fact that the surface mass balance, internal accumulation, iceberg calving flux, as well as the area and shape of the ice masses, are functions of time. The surface balance can be measured in a straightforward way, although it is a labour-intensive process (Østrem and Brugman, 1991). It can also be inferred, using hydrometeorological or climatological models, as the difference between snow accumulation (sometimes equated to winter precipitation) and snow/ice melt (often modelled using temperature or runoff as proxy); both terms are required for accurate modelling, including their seasonal differences.

Internal accumulation, on the other hand, is more difficult to measure. This term is often ignored in the modelling of glacier mass balances using climatological data, with the result that the calculated loss of water to the sea may be overestimated. Simple models to estimate the amount of internal accumulation have been developed for mountain glaciers (Trabant and Mayo, 1985) and for Arctic glaciers including Greenland (e.g., Pfeffer *et al.,* 1991; Reeh, 1991). The rate of iceberg calving can be measured (e.g., Brown *et al.,* 1982) but cannot be modelled with confidence.



**Figure 7.2:** Global distribution of glaciers (solid dots) and ice sheets (pebble pattern). Note: a single dot may represent one or many individual glaciers, and many glaciers around the margin of the Antarctic ice sheet are omitted due to lack of information.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 190 of 421

Changes in mass balance and/or iceberg calving produce changes in the area and surface profile of a glacier. Thus, models of long-term (more than a few years) changes in glaciers with respect to climate require incorporation of the flow processes – a dynamics model. Although these models are in common use and are of some numerical complexity, the basal sliding process for temperate glaciers is still very uncertain. A strong interaction between iceberg calving and glacier dynamics exists (Meier, 1994). The distribution of glacier mean thicknesses must also be considered because many small glaciers will likely disappear during the next century.

Internal accumulation and iceberg calving can be safely ignored in many regions, such as in much of Europe. In this case, conventional surface observations, or modelled relations, of snow accumulation and melt rates yield sufficient information for predicting volume changes as a result of climate change. In some areas of significant glacier cover, such as in the Arctic, all terms (and their time-dependencies) must be taken into consideration. This complexity, together with the paucity of observational data in many glacierised regions, makes a global synthesis of the present or future role of glaciers in sea level change a daunting task.

### 7.3.2.2 Changes in the last hundred years

Thinning of glaciers since the mid-19th century has been obvious and pervasive in many parts of the world (for example, see Figure 7.3). This long-term ice loss has considerable spatial and short-term variability. For instance, negative mass balances and rapid thinning have been observed in this century in the Alps (Haeberli and Hoelzle, 1995) and in south-central Alaska but not in the Canadian Arctic (Fisher and Koerner, 1994). Significant positive spatial correlations in annual mass balances are found between some glacierised regions, such as Kamchatka and the Northern Rockies (Trupin *et al.*, 1992), while negative correlations are found between other regions, such as Washington State and Alaska (Walters and Meier, 1989).

Table 7.1 shows improved estimates of the volume of glaciers and ice caps of the world, obtained by using data from the World Glacier Inventory (IAHS(ICSI)/UNEP/UNESCO, 1989). This publication presents the numbers of glaciers increasing by size categories from less than 0.03 to greater than 1024 km² for about 45 well-inventoried regions. Unfortunately, this includes only a small fraction of the world's glacier cover. For the purposes of the present report, these data were extended to a global estimate of ice cover according to size category



**Figure 7.3:** Cumulative mass balances, in metres of water equivalent, for the glaciers Hintereisferner (Austria), Rhône (Switzerland), Sarennes (France), South Cascade (United States), Storbreen (Norway), and Storglaciären (Sweden). These are among the few glaciers with long observational time series that have been extended using well calibrated hydrometeorological models. All values are relative to 1890.

by: (1) selecting 12 regions with very complete inventories that were typical of the world's glacierised regions; (2) adding an estimate for coastal Alaska and adjacent Canada using U. S. Geological Survey data on 321 large glaciers to extend the inventory, and extending these data by power-law scaling to smaller glacier sizes; (3) assembling numbers of glaciers in each size class and total area for the 13 regions; (4) assigning each of the 31 regions defined by Meier (1984) to one or more of these typical inventory regions; (5) weighting these regions according to the 31-region areas, (6) summing the above. Using a power law regression of known glacier area/volume relationships (e.g., Macheret *et al.*, 1988; Chen and Ohmura, 1990; Meier, 1993), the mean thicknesses for glaciers in each size category were estimated. On this basis, the total volume of glaciers and ice caps is estimated to be about 180,000 km³, and the mean thicknesses range from 7 m to 655 m. Much of the glacier area and volume is comprised of glaciers in the 100 to 1000 km² size classes.

*Changes in Sea Level*

**Table 7.1:** *Some physical characteristics of ice on Earth. Accuracy is better than 10% unless indicated otherwise*

| | Antarctic Ice Sheet (grounded ice only) | Greenland Ice Sheet | Glaciers and ice caps |
|---|---|---|---|
| Area ($10^6$ km$^2$) | 12.1 | 1.71 | 0.68 |
| Volume ($10^6$ km$^3$) | 29[†] | 2.95 | 0.18 ± 0.04 |
| Volume (sea level equivalent, m) | 73[†] | 7.4 | 0.5 ± 0.10 |
| Accumulation ($10^{12}$ kg/yr) | 1660 | 553 | 670 ± 100 |
| Runoff ($10^{12}$ kg/yr) | 53 ± 30 | 237 | 690 ± 100* |
| Iceberg discharge ($10^{12}$ kg/a) | 2016 (from ice shelves) | 316 | 50 ± 30 |

Data sources: Drewry, 1983; Bentley and Giovinetto, 1991; Jacobs et al., 1992; Meier, 1993; Reeh 1994; Weidick, 1995.

[†]   Total volume, including the amount currently below sea level ($1.9 \times 10^6$ km$^3$, or 5 m sea level rise equivalent).

*   Includes runoff into closed basins in Central Asia ($60 \times 10^{12}$ kg/yr).

**Table 7.2:** *Estimates of global glacier mass balances during this century.*

| Reference | Time period | No of observed glaciers[†] (regions)* | Global area[@] ($10^3$km$^2$), | Models: balance dynamic | Sea level change (mm/yr) |
|---|---|---|---|---|---|
| Meier (1984) | 1900–61 | 25  (31) | 540 | a, f | 0.46 |
| Trupin *et al.* (1992) | 1965–84 | 85  (31) | 540 | b, g | 0.18 |
| Meier (1993) | 1900–61 | –   (31) | 640 | c, f | 0.40 |
| Dyurgerov (1994) | 1960–93 | 23–76 (8) | 589[§] | d, g | 0.35[§] |
| | 1985–93 | " | " | " | 0.60[§] |

**Balance Models:**

a)  Balance correlated with annual amplitude for measured glaciers in 13 regions, then extended globally based on measured or climatically estimated annual amplitudes.

b)  Observed balance data correlated to regional precipitation, runoff data; extended globally using climatological data.

c)  As in a), internal accumulation estimated.

d)  Statistical analysis of all observed balance data.

**Dynamics Models:**

f)  Balance adjusted by estimate of mean areal shrinkage (10%).

g)  None (no dynamic response considered).

Notes

[†]   Number of observed glaciers used in correlations.

*   Number of regions into which data were aggregated.

[@]   Assumed total area of glaciers for calculating global contribution.

[§]   Does not include contribution of glaciers in drainage basins with internal runoff ($52 \times 10^3$ km$^2$).

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 192 of 421

Internationally co-ordinated long-term monitoring of glaciers began in 1894, and now includes compilations of data on fluctuations in length, volume and mass balance by the World Glacier Monitoring Service (IASH(ICSI)/ UNESCO, 1967; IAHS(ICSI)/UNEP/UNESCO, 1973, 1977 1988, 1993).

Many attempts have been made to quantify the global rate of change of the world's glacier cover, beginning with the seminal work of Thorarinsson (1940). Recent analyses are listed in Table 7.2. The principal difficulty is the lack of observational data in many areas and some of the analyses have extended the data using climate information. Virtually no glaciers are being regularly measured in the mountains bordering the Gulf of Alaska or in Patagonia, two areas thought to contribute significantly to present-day sea level rise (Meier, 1985). The global number of glaciers on which the mass balance was directly measured was six or less through 1956, then rose to 50–60 during the period 1967 to 1989, coinciding with the new programmes of the International Hydrological Decade/Programme and the establishment of the World Glacier Monitoring Service; the number has fallen slightly since 1989 (Dyurgerov, 1994).

Clearly, insufficient data exist for a long-term global synthesis without extending the data using climate information. Simplistic models have been used to take changes in glacier dynamics into account. Table 7.2 lists examples of several recent compilations with brief sketches of the approaches used. It is obvious that further refinement is needed. Table 7.2 shows that the global contribution of glacier wastage to current sea level rise in this century is uncertain by a factor of about two. There are many reasons for this uncertainty, including: (1) different time periods used in analysis; (2) differences in the total glacier area, due to incomplete data from many of the highly glacierised regions of the world, and inconsistent consideration of small glaciers in Greenland and in Antarctica which are not part of the ice sheets; (3) incomplete climatic data from many parts of the world because of lack of weather stations near the glaciers; (4) crude approximations to dynamic feedbacks, instead of a real dynamics model; (5) general neglect of refreezing of meltwater in cold firn and of iceberg calving.

The results listed in Table 7.2 and Figure 7.4 suggest that the sea level rise contribution due to changes in glacier volumes averaged about 0.35 mm/yr between 1890 and 1990, and 0.60 mm/yr between 1985 and 1993. The uncertainty of these values is difficult to assess; the spread of the individual estimates suggests uncertainties of at least ±0.1 and ±0.05 mm/yr, respectively. None of the studies noted above used an interactive model of the balance-



**Figure 7.4:** Average annual mass balances (bnAVER) for the glaciers of the world. These are weighted by area, and include virtually all of the observed glaciers (about 60). Also shown are the maximum (bnMAX) and minimum (bnMIN) mass balances for each year. To convert to equivalent sea level rise, multiply by the ratio of ice area to ocean area ($1.8 \times 10^{-3}$). (From Dyurgerov and Meier, 1995).

dynamics feedback. Simple models exist (e.g., Jóhannesson *et al.*, 1989), but are difficult to apply over the vast spectrum of glaciers: large and small, temperate and cold, etc. One recent model of time-changes in glacier profiles, using typical or averaged values of ice thickness and a parameter specifying the localisation of thickness changes near the terminus, produces an estimate of sea level rise due to thinning of glaciers over the last 100 years of 0.5 mm/yr (Schwitter and Raymond, 1993).

### 7.3.2.3 Sensitivity to climate changes

The contribution of glacier wastage to sea level rise in the future could be calculated for any climate scenario, assuming knowledge of the dependence of the mass balance, internal accumulation and iceberg calving on the meteorological environment, and how the ensuing changes feed back to the glacier area and volume. Most of this knowledge does not currently exist. Alternatively, the contribution can be estimated using simple models developed by comparing past changes in glacier volume with observed changes in air temperature, or by calculating the present-day relation of mass balance to temperature and precipitation – the "sensitivity" (e.g., Oerlemans and Fortuin, 1992).

The term "sensitivity" can be defined in several ways. The expression often used to estimate sea level change from glacier volume change is the ratio of the rate of change of glacier volume to a small change in a climatic

parameter (such as temperature). Here, this ratio is termed the *static sensitivity* of glaciers to climate change. The static sensitivity ignores changes in the configuration of the glacier. The dynamic response of the glacier and the lowering of its surface due to increased melting will change the effect of a non-zero mass balance over time-scales ranging from decades to centuries. Most glaciers in the world have not been in equilibrium with their climatic environment, at least not since the Little Ice Age, so there is a problem in computing the sensitivity value in a non-equilibrium situation with an unknown or ill-defined initial boundary condition.

Nonetheless, estimates of the static sensitivity have been obtained by different authors using different methods. The methods include: (1) hydrometeorological modelling using precipitation and temperature (e.g., Martin, 1978; Kuhn *et al.*, 1979; Tangborn, 1980; Chen and Funk, 1990); (2) degree-day modelling (e.g., Laumann and Reeh, 1993; Jóhannesson *et al.*, 1995; Wigley *et al.*, 1996); (3) mass balance or volume change observations related to an assumed linear change in global air temperature (e.g., Meier, 1993); (4) energy-balance modelling (Oerlemans and Fortuin, 1992). The resulting values range from 0.58 to 2.6 mm/yr/°C, with much of the spread related to assumptions about the initial mass balance condition (Wigley *et al.*, 1996).

### 7.3.3 The Greenland and Antarctic Ice Sheets

#### 7.3.3.1 Processes causing change in the ice sheets

Most of the non-oceanic water on Earth resides in the two great ice sheets (Table 7.1), and most of their volume lies on land above sea level. Thus, loss of only a small fraction of this volume could have a significant effect on sea level.

In Antarctica, recent break-ups of the Larsen and Wordie Ice Shelves in the Antarctic Peninsula and discharges of enormous icebergs from the Filchner and Ross Ice Shelves, and the discovery of major recent changes in certain Antarctic ice streams, have focused public attention on the possibility of "collapse" of this ice reservoir within the next century, with potential impacts on sea level. Changes in floating ice shelves, of course, cannot affect sea level directly. Nevertheless, ice shelves are part of a complex, coupled ice flow system involving the inland ice and relatively fast-moving ice streams that discharge ice from land to sea, and changes in the rate of discharge can affect sea level. Whether such dynamic processes can be affected by climate changes on the time-scale of a century is a key issue.

In this sense, the Greenland ice sheet, which has no floating ice shelves of consequence, is different from the Antarctic ice sheet. In Antarctica, temperatures are so low that comparatively little surface melting occurs and the ice loss is mainly by iceberg calving, the rates of which are determined by dynamic processes involving long response times. In Greenland, ice loss from surface melting and runoff is of the same order of magnitude as loss from iceberg calving (Table 7.1). Thus, climate change in Greenland could be expected to have immediate effects on the surface mass balance of the ice sheet through melting and runoff as well as through accumulation.

On both ice sheets, the residence times for particles of ice range from the order of $10^5$ yr or more for ice near an ice divide, to $10^2$ yr or less for ice near the equilibrium line which separates the area of annual mass gain (accumulation) from the area of annual mass loss (melting and/or calving). These long residence times and their variations over the ice sheets further complicate the modelling of the response of ice sheets to climate change.

#### 7.3.3.2 Current state of balance

Current changes of the ice sheets can be measured using surface mass balance observations or by geodetic (volume-change) methods. However, the ice sheets respond to processes at all time-scales, ranging from the last glacial-interglacial transition to decade-scale fluctuations in the temperature and precipitation fields. As most of our observations extend over a few decades only, this immediately poses a problem: how can we decide from observations whether a small change in ice sheet configuration is a response to a short-term climatic fluctuation or an ongoing process of slow adjustment to changes that happened a long time ago? This question requires numerical modelling studies of ice sheet dynamics.

#### *Mass balance studies*

One approach to estimating the current state of balance is to collect all available data on specific balance (net gain or loss of ice at the surface) and on iceberg production from ice shelves or outlet glaciers, and make the sum. When the interest is in the effect on sea level, the mass flux across grounding lines (the boundary between grounded and floating ice) should be considered rather than iceberg calving. With the data currently available, this procedure leads to very uncertain estimates.

The vastness of the ice sheets is the major obstacle in mass balance studies. In principle, the net mass balance of an ice sheet can be determined by summing the balance observations at the surface and the loss of ice by calving. However, measurements of the surface balance still give a poor coverage of both the Greenland and Antarctic ice

**Table 7.3:** *Current state of balance (in $10^{12}$ kg/yr) of the Antarctic ice sheet.*

| Source | Accumulation (grounded ice) | Mass flux at grounding line | Balance (grounded ice) | Remarks |
|---|---|---|---|---|
| Budd and Smith (1985) | 1800 | 1620 | 0 to +360 | |
| Bentley and Giovinetto (1991) | 1660 | 1260 | +40 to +400 | More or less reliable data for 42% of the ice sheet, extrapolated to whole grounded ice sheet |
| Jacobs *et al.* (1992) | 1528 | | | Estimated calving and runoff: 2613. Total accumulation (incl. ice shelves): 2144 |
| Huybrechts (1990) | | | –351 | Numerical ice sheet model run for last 160 kyr |

**Table 7.4:** *Current state of balance (in 1012 kg/yr) of the Greenland ice sheet.*

| Source | Accumulation | Runoff | Calving | Balance | Remarks |
|---|---|---|---|---|---|
| Bauer (1968) | 500 | 330 | 280 | –110 | |
| Reeh (1985) | 557 | 239 | 318 | ±0 | |
| Ohmura and Reeh (1991) | 535 | | | | New precipitation map |
| Huybrechts *et al.* (1991) | 539 | 254 | | | Degree-day model on grid |
| Reeh (1994) | 553 | 237 | 316 | ~0 | Field data |
| Huybrechts (1994) | | | | +12.6 | Numerical ice sheet model run for last 130 kyr |

sheets, and estimating calving rates is an even more uncertain exercise. Mass balance estimates for Antarctica and Greenland are shown in Tables 7.3 and 7.4.

For the Antarctic ice sheet, two studies attempted to compare accumulation with mass flux across grounding lines. Budd and Smith (1985) used existing ice velocity measurements to estimate outflow from the grounded ice. They concluded that "...the total influx over the Antarctic ice sheet of about 2000 km³/yr (= 1800 × $10^{12}$ kg/yr) is probably nearly balanced by the outflow with a discrepancy most likely in the range of 0 to +20%". Bentley and Giovinetto (1991) made an assessment of the imbalance for drainage basins for which a reasonable amount of data was available. Most basins seem to have a positive balance. Extrapolating the results to the entire grounded ice sheet in three different ways yields an imbalance between +2 and +25% of the total input. These

studies thus suggest that grounded ice volume is increasing, but the error bars are very large.

For the Greenland ice sheet, early estimates (Bauer, 1968) suggested a negative balance. More recently, several mass balance studies of a more local nature have been carried out. Kostecka and Whillans (1988) compared mass balance with ice velocity measurements along two transects (International Glaciological expedition to Greenland [EGIG] traverse [71°N] and the Ohio State University traverse [65°N]). Results suggest no significant changes in ice thickness, with perhaps a very slight thickening at the Ohio State University traverse (0.06 ± 0.08 m/yr). For the Dye 3 station (65°N, 43.5°W) Reeh and Gundestrup (1986) obtain a change in ice thickness of 0.03 ± 0.06 m/yr, i.e., not significantly different from zero.

From south-west Greenland there is a large amount of information on fluctuations of outlet glaciers (Weidick,

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 195 of 421

1984, 1995). There has been a general retreat of outlet glaciers since the end of the 19th century. This retreat has slowed down in recent decades (a significant number of outlet glaciers are now advancing). It is not exactly clear how such fluctuations relate to the total volume of the ice sheet, but it appears that the Greenland ice sheet may have contributed significantly to sea level rise during the first part of this century and that its present contribution may be close to zero.

### Geodetic methods

The most direct method for determining the current state of balance is to measure continuously and very accurately the surface elevation of the ice sheets. Assuming that grounding lines can be located, and changes in density and bed topography are sufficiently small or can be determined otherwise, a trend in the amount of grounded ice mass can be detected.

Ground-based levelling studies along transects on the ice sheets have been very limited. The EGIG line in Greenland, however, has been studied in some detail (Mälzer and Seckel, 1975; Seckel, 1977; Kock, 1993; Moeller, 1994). There appears to be a general thickening from 1959 to 1968 followed by a thinning to 1992, with an overall change of 0.1 m/yr or less. It is not known how representative this finding is of the whole Greenland ice sheet.

Recent attempts to measure the surface elevation include the use of satellite radar altimetry. The results are still controversial. Zwally et al. (1989) used satellite radar altimetry to estimate the change in surface elevation of the Greenland ice sheet south of 72°N (excluding the margins). For the period 1978–1985, they found an ice thickening rate of 0.23 ± 0.04 m/yr which implied a 25% to 45% positive balance for that period. Douglas et al. (1990) criticised this result on the basis of inadequate calibration of satellite orbits, but Zwally et al. (1990) obtained a similar result using orbits that were consistently calculated and adjusted to a common ocean reference. Lingle et al. (1991) used this method in the ablation zone, but due to errors in the altimetry on these sloping and undulating margins, the thickness-change results are not significantly different from zero. Ice sheet modelling by Huybrechts (1994) suggests an average thickening south of 72°N, in agreement with Zwally's results but somewhat smaller in magnitude.

### Numerical modelling

A different approach simulates the evolution of the ice sheets using numerical models that include some of the relevant physical processes, attempting to constrain resulting



**Figure 7.5:** Long-term model simulations of the changes in ice volume of the Antarctic and Greenland ice sheets due to temperature and sea level changes (courtesy of Ph. Huybrechts).

ice sheet histories as much as possible by (palaeo) field evidence of both a geological and glaciological (ice cores) nature. The integrations should be performed over at least one glacial cycle to remove transient effects. One of the problems of such an approach is how to specify the forcing history (i.e., how to formulate the mass balance per unit area, which is the driving force, as a function of time and space).

Using a modelling approach, Huybrechts (1990, 1994) has carried out long integrations with a fairly comprehensive model of the Antarctic and Greenland ice sheets. This model solves the coupled mechanic and thermodynamic equations and includes ice shelves. The forcing follows a specified temperature and a sea level history. Simple parametrizations are used for the generation of the mass balance fields from a uniform temperature signal, which is taken from the Vostok ice core, and there is no direct effect of insolation variations on the mass balance. From the model, the Antarctic ice sheet shows a very strong response to the glacial-interglacial transition, as shown in Figure 7.5. This is mainly a response to the rise in sea level at that time and involves a substantial shrinkage of the West Antarctic ice sheet. The Greenland ice sheet show a much weaker response, except in the beginning of the integration (which must be considered as transient effects). The Greenland ice sheet responds solely to the temperature signal (sea level has very little effect). With respect to current mass balance, these model simulations suggest that the contribution of the Greenland ice sheet to sea level rise may be close to zero, while that of the Antarctic ice sheet may be positive.

### Summary

The paucity of relevant data does not allow a meaningful judgement of the current state of balance of the Greenland

and Antarctic ice sheets. Different workers claim changes with even different sign, up to (and perhaps exceeding) 25% of the annual mass turnover (even more for south Greenland). A major problem is the use of data on the decadal time-scale to infer long-term changes. At present it can be concluded that an imbalance of up to 25% cannot be detected in a definite way by current methods/data. In terms of sea level change, a ±25% imbalance implies:

|            |              |
|------------|--------------|
| Antarctica | ±1.4 mm/yr   |
| Greenland  | ±0.4 mm/yr   |

### 7.3.3.3 Sensitivity to Climate Change

Tools to study the sensitivity of ice sheet mass balance comprise regression analyses, simple meteorological models (e.g., energy-balance modelling of a melting glacier surface), and GCMs. The sensitivities of Antarctica and Greenland to a 1°C warming based on these various methods are shown in Tables 7.5 and 7.6.

Ultimately, GCMs should be the best tools to study the mass balance of ice sheets, because in principle they include most relevant processes. Nevertheless, published climate change studies using GCMs rarely report or discuss changes in the water mass balance at the surface of ice sheets in spite of the crucial importance of such information for predictions of sea level change. This is an indication that confidence in such quantification is still low. Partly because ice accumulation at the surface of ice sheets is very slow, small absolute errors (and regional-scale precipitation patterns from control runs of GCMs are often significantly different from observed climate) come out as large relative errors. Even GCMs which fare well on average are not entirely reliable for polar climate studies (Genthon, 1994). Nevertheless, there have been significant improvements in recent years, mainly associated with increased resolution (Simmonds, 1990; Budd and Simmonds, 1991; Genthon, 1994). It is expected that more credible results from AOGCMs will be available in the near future.

For Greenland, a number of estimates of the sensitivity of the ice sheet to climate change have been made with simple meteorological models (degree-day models and energy balance models). The most studied quantity is the change in mean specific (surface) balance for a uniform 1°C increase in air temperature (Table 7.5). The earlier studies extrapolated calculations for a particular site to the entire ice sheet. In the later studies where calculations were made on a 20 km grid, the sensitivity values are somewhat

**Table 7.5:** *Sensitivity of the Greenland ice sheet to 1°C climatic warming.*

| Source | Sensitivity (mm/yr in equivalent sea level change) | Remarks |
|--------|-----------------------------------------------------|---------|
| Ambach and Kuhn (1989) | +0.31 [+0.24]* | Based on analysis of EGIG data; energy balance considerations at equilibrium line extrapolated to entire ice sheet. |
| Bindschadler (1985) | +0.57 to +0.77 | Based on simple flowline model extrapolated to entire ice sheet and including estimated change in iceberg calving. |
| Braithwaite and Olesen (1990) | +0.36 to +0.48 | Extrapolation of energy balance calculation for South-West Greenland. |
| Oerlemans *et al.* (1991) | +0.37 [+0.28]* | Energy balance model; ice sheet divided in four "climatic sectors". |
| Huybrechts *et al.* (1991) | +0.30 [+0.22]* | Degree-day model on 20 km grid. |
| van de Wal and Oerlemans (1994) | +0.30 [+0.21]* | Energy balance model on 20 km grid. |

\* Includes 5% increase in accumulation.

*Changes in Sea Level*

**Table 7.6:** *Sensitivity of the Antarctic ice sheet to 1°C climatic warming (mm/yr in equivalent sea level change).*

| Source/Method | Sensitivity | Remarks |
|---|---|---|
| Muszynski and Birchfield (1985) | −0.38 | Regression on 208 data points |
| Fortuin and Oerlemans (1990) | −0.20 | Grounded ice only regression on 486 data points |
| Fortuin and Oerlemans (1992) | −0.27 | 2-dimensional atmospheric model: +1°C warming at coast and associated greenhouse forcing over ice sheet |
| Change in accumulation assumed proportional to saturation vapour pressure | −0.34 | 20 km grid over grounded ice |
| Temperature/sea ice/mass balance coupling | −0.7 | Sensitivity of accumulation to sea ice extent (Giovinetto and Zwally, 1995) coupled with sensitivity of sea ice extent to air temperature (Parkinson and Bindschadler, 1984) |

less. Nonetheless, the differences between the various studies are not very large. This must be due partly to the fact that empirical constants/parameters used in the different methods come mostly from the same data sets. The various approaches have some weak points in common as well (treatment of meltwater infiltration and refreezing, and of albedo). Also, accumulation rates are treated in the same way in all studies: either fixed, or changed in proportion to the saturation vapour pressure of the overlying air. However, there is little physical reason to believe that the precipitation pattern over Greenland is invariant for climate change. In fact, some studies using current information (Bromwich *et al.,* 1993; Bromwich, 1995) or results from ice cores (Kapsner *et al.,* 1995) suggest that there is little relation between temperature and precipitation changes over Greenland during the Holocene owing to the dominant effect of changes in atmospheric circulation.

Iceberg calving is a major component in the mass balances of both ice sheets. Reeh (1994) has estimated that the iceberg discharge from Greenland is $319 \times 10^{12}$ kg/yr, compared with a discharge of $239 \times 10^{12}$ kg/yr due to melting and meltwater runoff. The calving data are still approximate, because many major calving glaciers, especially in East Greenland, have not been measured, and because the seasonality of calving is not well defined even for the measured glaciers. Possible changes in the iceberg calving regimes due to climate change are not well understood, because a physical relation between calving rates and climate, geometry and ice flow has not yet been

defined (Reeh, 1994). Much of the discharge from the Antarctic ice sheet is by calving of icebergs, but the various estimates of this flux differ. The most serious problem is that iceberg breakoff may be very episodic; in some areas the mean time between major calving events may be >100 years, so that historical data are of limited use. Also, the method of measuring the discharge using observations of current iceberg distributions is limited by uncertainty regarding mean lifetimes of icebergs of differing sizes, a critical relation needed for computing fluxes.

For the Antarctic ice sheet, possible changes in accumulation rates associated with eventual warming have been studied using regression techniques (e.g., Muszynski and Birchfield, 1985; Fortuin and Oerlemans, 1990). The problem here is the dependence within the set of predictors that are used in a multiple regression. Broadly speaking, when going from the margin of the ice sheet to the interior, the accumulation rate changes by an order of magnitude, typically from 0.4 m/yr to 0.04 m/yr (expressed as water-equivalent). This is partly due to lower air temperature, but also to other factors (e.g., distance to moisture source, topographic effects). So the sensitivity of the accumulation rate to temperature (identified as the regression coefficient for temperature) depends on the choice of the other predictors. This explains the large difference in the results of Muszynski and Birchfield (1985) and Fortuin and Oerlemans (1990); see Table 7.6. In addition, accumulation rates on the Antarctic ice sheet may be sensitive to changes in sea ice extent and concentration (Giovinetto and Zwally,

1995).

An extensive sensitivity study with a two-dimensional (vertical plane) meteorological model was conducted by Fortuin and Oerlemans (1992). In this model, the zonal mean distribution of temperature and precipitation is calculated with a four-layer dynamic model, which includes a radiation scheme. For a uniform warming, this model predicts a higher accumulation rate and a stronger evaporation in the coastal regions than in the interior. The net effect over the grounded ice is an increase in the mass balance corresponding to a –0.27 mm/yr sea level change for a 1°C warming. This value is slightly less than the –0.34 mm/yr found if the change in accumulation is set proportional to the relative change in saturation vapour pressure.

In some parts of the Antarctic Peninsula, surface temperatures are sufficiently high that melting occurs. Drewry and Morris (1992) estimated the potential contribution to sea level due to increased runoff from that part of the peninsula where melting may occur (about 20,000 km²). They suggest a sensitivity of 0.012 mm of sea level rise/yr/°C, which is small compared to the sensitivity for the whole of Antarctica as listed in Table 7.6.

In summary, based on Tables 7.5 and 7.6, the value of the static sensitivity, in terms of equivalent sea level change, is estimated here as 0.30 mm/yr/°C for the Greenland ice sheet, and –0.30 mm /yr/°C for the Antarctic ice sheet. The spread of the individual estimates suggests uncertainties of at least ±0.15 mm/yr/°C for both Greenland and Antarctica (excluding the possibility of collapse of the West Antarctic ice sheet – see Section 7.5.5).

### 7.3.4 Surface Water and Ground Water Storage

Changes in the terrestrial liquid-water budget can affect sea level. Shiklomanov (1993) points out that human activity affects the hydrologic cycle through water diversions, transformations of stream networks, and changes of the surface characteristics of drainage basins, as well as causing climatic changes on regional or global scales which affect water transfers between land and sea. Both direct anthropogenic changes, as well as natural and anthropogenic effects on the climate, are involved, and it is often difficult to separate the two. Some estimates of the contributions from the major components of the liquid-water budget are as follows:

- **Ground water depletion.** Ground water pumped at a rate in excess of recharge may add to sea level. Much of this water is used for irrigation and a major fraction is transpired or evaporated to the atmosphere

or contributes to runoff, eventually reaching the sea. Estimates of the current rate of ground water depletion range from 0.07 to 0.38 mm/yr in sea level equivalent (Klige, 1982; Meier, 1983; Sahagian *et al.*, 1994).

- **Surface reservoir and lake storage.** The filling of surface water reservoirs transfers water from sea to land, tending to lower sea level. Lakes depend on the balance of precipitation and evaporation, and also respond to changes in upstream runoff which may be affected by human action. Some of the world's large lakes are currently rising; others are falling, due in part to upstream irrigation and evaporation. The current effect of these non-synchronous changes on global sea level is probably small. Estimates of the current rate of increase in water storage in artificial reservoirs range widely, from about –0.09 to –0.54 mm/yr sea level equivalent (e. g., Golubev, 1983; Chao, 1988, 1994; Shiklomanov, 1993; Gornitz *et al.*, 1994; Rodenburg, 1994; Sahagian *et al.*, 1994).

- **Deforestation.** Gornitz *et al.* (1994) estimate that the combustion and oxidation of forests transfer water to the sea at a rate of about 0.03 mm/yr in sea level equivalent, but that decreased runoff (Henderson-Sellers *et al.*, 1993) increases water on land at a rate of 0.15 mm/yr. Sahagian *et al.* (1994), on the other hand, suggest that tropical forest loss and desertification are currently contributing to sea level rise by 0.15 mm/yr, due to the loss of biomass water, soil moisture and water vapour in the atmosphere. The net effect is thus uncertain.

- **Loss of wetlands.** Sahagian *et al.* (1994) estimate a sea level rise component of at least 0.01 mm/yr due to the loss of wetlands.

- **Other changes.** Ice-rich permafrost may contain up to twice as much water (frozen) as the same soil in a thawed state. Lachenbruch and Marshall (1986) estimate a secular thawing of permafrost in Arctic Alaska equivalent to about 10 mm of ice melt/yr. If half of the pore water runs off on thawing, and if half of the global permafrost area is similarly ice-rich and degrading (certainly an upper limit), the contribution of permafrost thawing to sea level rise could be up to 0.1 mm/yr. Gornitz *et al.* (1994) have estimated the following additional effects: the water pumped for irrigation that is returned by infiltration to soil

moisture; the water added to the atmosphere as water vapour in irrigated areas; the water that seeps into the ground each year below reservoirs; and the increased water vapour content of the atmosphere in the vicinity of the reservoirs. These effects may be appreciable, causing a decrease in the overall rate of sea level rise. However, these results are conjectural, and a more accurate budget calculation will require comprehensive global hydrological modelling of the type now under development for use in general atmospheric circulation models.

The above estimates of the terrestrial liquid-water components affecting sea level vary considerably, and the spread is so large that the sum could be either positive or negative. Earlier estimates (e.g., Klige, 1982; Meier, 1983; Robin, 1986) and more recent work (Chao, 1994; Rodenburg, 1994) suggest that the sum is, in fact, close to zero. Our best estimate at this time is that the current contribution to sea level rise due to these hydrologic factors is between –0.40 and +0.75 mm/yr, with a mean estimate of about + 0.1 mm/yr. Over the last 100 years, these factors may have contributed about 0.5 cm to sea level rise, although the uncertainties are very large indeed.

Few authors have ventured an estimate for future years. Sahagian *et al.* (1994) point out that the rate of dam building has slowed markedly, but that depletion of ground water reservoirs is likely to increase with growing demands for water, apart from any effects of climate change. They estimate that the contribution of anthropogenic changes in land hydrology to sea level rise will be 2.6 cm in the next 50 years if the present rates are maintained. This estimate, largely based on the expected continued depletion of ground water reserves, is reasonable, but a future decline in dam building is not supported by the analysis of Shiklomanov (1993). Unfortunately, the contribution to sea level from changes in hydrologic practices due to climate trends has not yet been fully analysed.

## 7.4 Can Sea Level Changes During the Last 100 Years be Explained?

A critical issue is whether the rise in sea level observed over the last 100 years can be explained. A synthesis of the model and observational data pertaining to the factors discussed in Section 7.3 is presented in Table 7.7. In general, there is broad agreement that both thermal expansion and glaciers have contributed to the observed sea level rise, but there are very large uncertainties regarding the role of the ice sheets and other hydrologic factors.

*Table 7.7: Estimated contributions to sea level rise over the last 100 years (in cm).*

| Component contributions | Low | Middle | High |
|---|---|---|---|
| Thermal expansion | 2 | 4 | 7 |
| Glaciers/small ice caps | 2 | 3.5 | 5 |
| Greenland ice sheet | –4 | 0 | 4 |
| Antarctic ice sheet | –14 | 0 | 14 |
| Surface water and ground water storage | –5 | 0.5 | 7 |
| TOTAL | –19 | 8 | 37 |
| OBSERVED | 10 | 18 | 25 |

For thermal expansion, the range 2–7 cm reported in Table 7.7 derives from model simulations, especially those carried out for this report and other recent model results (see Section 7.5). The various studies that have addressed this issue give answers that are of the same direction and similar magnitude. Observational data related to thermal expansion are presently too sparse to make global-scale estimates. Overall, it is likely that some oceanic thermal expansion would have occurred given the global mean warming of 0.3 to 0.6 °C observed over the same time period.

It is clear that many of the world's glaciers have retreated over the last 100 years. However, continuous, long-term measurements of the mass balances of glaciers and ice caps are very limited. Based on a combination of observations and simple models (see Section 7.3.2.2), it is concluded that glaciers and ice caps may have accounted for 2–5 cm of the observed sea level rise.

With respect to the Greenland and Antarctic ice sheets, there is simply insufficient evidence, either from models or data, to say whether the average mass balances have been positive or negative. Thus, the "zero" entries in Table 7.7 should be interpreted as a reflection of the current poor state of knowledge, rather than as an estimate of the current state of balance. As mentioned previously (Section 7.3.3.2), an imbalance of up to 25% of the annual mass turnover cannot be ruled out by existing data and methods, giving the wide range of uncertainty indicated in Table 7.7. However, a large positive mass balance of both ice sheets would seem unlikely, as this would have led to a substantial sea level *lowering* and would therefore be highly inconsistent with the observed sea level rise.

The current estimates of changes in surface water and ground water storage are very uncertain and speculative.

There is no compelling recent evidence to alter the conclusion of IPCC (1990) that the most likely net contribution during the last 100 years has been near zero or perhaps slightly positive, with an uncertainty of about ±6cm.

In total, based on models and observations, the combined range of uncertainty regarding the contributions of thermal expansion, glaciers, ice sheets and land water storage to past sea level change is about –19 cm to +37 cm – a very wide band of uncertainty which easily embraces the observed sea level rise (10–25 cm). The major source of uncertainty relates to the current mass balance of the polar ice sheets. Although the apparent discrepancy between the middle values of the "total" and "observed" estimates in Table 7.7 might suggest a net positive contribution from the ice sheets, the role of the other factors cannot be ruled out within the overall uncertainties. This problem in reconciling the past change, especially in relation to climate-related factors, emphasises the uncertainties in projections of the future, as noted below.

## 7.5  How Might Sea Level Change in the Future?

### 7.5.1  Recent Projections

In 1990, the IPCC concluded that for Scenario A, or the "Business-as-Usual" scenario, sea level would rise 66 cm by the year 2100 (Warrick and Oerlemans, 1990). Since then, additional estimates of future sea level rise have been made, as shown in Table 7.8. Although these more recent estimates seem lower than that of IPCC (1990), direct comparisons cannot easily be made due to differences in assumptions regarding factors such as emission scenarios, gas concentration changes, radiative forcing changes, the climate sensitivity and initial conditions.

For example, the estimate of Church *et al.* (1991) of 35 cm by 2050 was based on a rate of global warming which was *twice* that projected by IPCC (1990). The projection of Wigley and Raper (1993) of 46 cm by 2100 was based on a lower emission scenario (IPCC (1990)-B). The Wigley and Raper (1992) estimate of 48 cm by the year 2100 was based on the revisions of gas cycle models and lower

**Table 7.8:** *Recent estimates of future global sea level rise (cm) (updated from Warrick and Oerlemans, 1990). It should be noted that the estimates of sea level change are not strictly comparable, as they also reflect the combination of the authors' different estimates of future emissions, radiative forcing changes and model parameters, which are difficult to disentangle.*

| Source (emission scenario) | Sea level Rise Component | | | | Total rise[a] | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Thermal Expansion | Glaciers and ice caps | Greenland ice sheet | Antarctic ice sheet | Best Estimate | Range[b] | To (Year) |
| IPCC90-A (Warrick & Oerlemans, 1990) | 43 | 18 | 10 | -5 | 66 | 31 to 110 | 2100 |
| Church *et al.* (1991)[c] | 25 | [. . . . . . | 10 (all ice) | . . . . . .] | 35 | 15 to 70 | 2050 |
| Wigley & Raper  (1992)[d] | [. . . . . . . . . | . . . . | not specified | . . . . . . .] | 48 | 15 to 90 | 2100 |
| Wigley & Raper (1993) | 25 | [. . . . | 21 (all ice) | . . . . . . .] | 46e | 3 to 124[f] | 2100 |
| Titus & Narrayanan (1995)[g] | 21 | 9 | 5 | –1 | 34 | 5 to 77[h] | 2100 |
| IPCC projections, this report [i] | 28 | 16 | 6 | –1 | 49 | 20 to 86 | 2100 |
| This report (Section 7.5.3.2)[j] | 15 | 12 | 7 | –7 | 27 | | 2100 |

a   In most cases from 1990.

b   No confidence intervals given unless indicated otherwise.

c   Assumes rapid warming of 3°C by 2050 for best case.

d   For IPCC emission scenario IS92a.

e   For IPCC (1990) Scenario B, best estimate model parameters.

f   For IPCC (1990) Scenarios A and C, with high and low model parameters, respectively.

g   Incorporates subjective probability distributions for model parameter values based on expert opinion.

h   Represents 90% confidence interval.

i   For the IPCC IS92a forcing scenario, using a climate sensitivity of 2.5°C for the mid projection and 1.5°C and 4.5°C for the low and high projections, respectively.  Also see Raper et al., 1996.

j   For IPCC IS92a forcing scenario, with a constant 2.2°C climate sensitivity (no range provided).

k   Also see Raper *et al.*, 1996.

radiative forcing changes implied by IPCC (1992). The probabilistic estimates of sea level rise provided by Titus and Narrayanan (1995, 1996) were derived from subjective estimates of probability distributions of model parameter values made by a panel of expert reviewers; the result was a median estimate of 34 cm by the year 2100. Despite the differences in methods and assumptions, all of these recent "best estimates" of future sea level rise still fall within a range of 3–6 cm /decade.

### 7.5.2 Revised IPCC Projections

In this section, we offer revised future sea level projections that are consistent with the gas concentration, radiative forcing and climate changes discussed in earlier chapters. The individual contributions from oceanic thermal expansion, glaciers and ice caps, and the ice sheets of Greenland and Antarctica are calculated separately and summed to give the total projected sea level rise to the year 2100.

### 7.5.2.1 Methods and assumptions

Projections of changes in sea level are made using a simple global climate model, a global glacier melt model, and sensitivity values relating temperature change to ice sheet mass balances. The modelling approaches are similar to those used in IPCC (1990) (Warrick and Oerlemans, 1990), but the models themselves have been substantially revised and updated as discussed below. As in Chapter 6, there are two sets of projections for each greenhouse gas emission scenario based on two alternative views of future aerosol concentrations. In the first, aerosol concentrations change in response to the changing emissions of their precursors assumed in the IS92 scenarios. In the second, future aerosol concentrations are held constant at 1990 levels for the purpose of sensitivity analyses. The latter set is included because of the large uncertainties in future aerosol forcing, related both to uncertainties in future emission changes and their consequent effects on radiative forcing change. Projections corresponding to "aerosols constant at 1990 levels" provide an estimate of the sea level response to a situation where global emissions of aerosol precursors remain similar to 1990 levels.

The projections of oceanic thermal expansion are made using an upwelling diffusion-energy balance climate model, that of Wigley and Raper (1987, 1992, 1993). Since changes in surface air temperature and oceanic thermal expansion are interactive (in general, they tend to be inversely related – the greater the thermal expansion, the less the surface warming for a positive change in radiative forcing), it is appropriate for the sake of consistency that

this is the same model used to project temperature changes in Chapter 6. The model has been recently updated and revised (Raper *et al.*, 1996) to incorporate different land/ocean climate sensitivities and temperature-dependent upwelling rates to simulate a slow-down of the thermohaline circulation with global warming, effects that are suggested by recent coupled ocean-atmosphere model experiments (Cubasch *et al.*, 1992; Manabe and Stouffer, 1994; Murphy, 1995). As demonstrated in Chapter 6, the revised model is able to emulate well the thermal expansion and temperature predictions of more complicated coupled ocean-atmosphere models (see Sections 6.3.1–6.3.3 for a description of model parameters, assumptions and results). The predicted temperature changes from this model were used to force the glacier and ice sheet models.

Changes in the volume of glaciers and ice caps were estimated with a revised version of the global glacier model used in IPCC (1990) (Wigley and Raper, 1995). In the revised model, the driving force for melting (or change in ice volume) is the difference between the ice volume and the "equilibrium" value of the ice volume, the latter itself being a function of temperature change. The model has a small number of parameters and is tuned against observationally based estimates of the glacier volume change over the period 1900 to 1961. The model incorporates a range of characteristic response times due to glacier dynamics; this is necessary because projections are needed for the next 100 years, which is of the same order of magnitude as real glacier response times. The model is regionally disaggregated to take into account the variations in the altitudinal range of the world's glaciers and their response times, so that as the more "sensitive" glaciers begin to disappear during model simulations, the average characteristic response time and other model parameters values are altered, giving a non-linear response of glacier melt to temperature change. At the initial year of the simulation (1880), it is assumed that the world's glaciers are in steady-state with respect to the prevailing climate and that they contain a volume equal to 30 cm in sea level equivalent.

For the Greenland and Antarctic ice sheets, the simplifying assumption made for the present set of model projections is that the dynamic response can be ignored on the time-scale of decades to a century (in Section 7.5.3 this assumption is relaxed). Accordingly, as for the IPCC (1990) assessment, the changes in the surface mass balance of the ice sheets are represented by static sensitivity values (in terms of sea level equivalent) as discussed above. For Greenland the sensitivity value is $0.30 \pm 0.15$ mm/yr/°C,

and it is assumed that the Greenland ice sheet was in equilibrium for the initial year (1880) of the simulation. For Antarctica, the sensitivity value is −0.20 ± 0.25 mm/yr/°C (including a term for the possible instability of the West Antarctic ice sheet), and it is assumed that the mass balance of the Antarctic ice sheet was negative in 1880 in accordance with glacial-interglacial model simulations (Section 7.3.3.2). (An imbalance of 0.1 ± 0.5 mm/yr in sea level equivalent has been assumed as a baseline trend that is extrapolated over the simulation period).

Possible changes in surface and ground water storage are not taken into account, for three reasons: (1) the available data are insufficient for meaningful extrapolation; (2) existing studies (e.g., Sahagian *et al.*, 1994) suggest that the future contribution would, in the worst case, be rather small; (3) such changes are not, for the most part, caused directly by climate change.

For all the sea level projections, the climate model was run from 1765 to 2100. Up to 1990, the same historical radiative forcing changes (including aerosol effects) were used; thereafter, the various IS92 emission scenarios were applied. The glacier and ice sheet models, which were all run from 1880, were forced with the model-derived global mean temperature changes (except in the case of Greenland, for which the temperature changes were scaled by a factor of 1.5 in accordance with AOGCM results). Projections were made for the following sets of scenarios (see Chapter 6 for an elaboration of methods and assumptions regarding scenarios):

- IS92a–f, using "best-estimate" model parameters, both including and excluding the effects of changes in aerosol concentrations after 1990;

- IS92a: low, mid and high projections, both including and excluding the effects of changes in aerosol concentrations after 1990;

- extreme range of projections, based on the highest and lowest forcing scenarios and with model parameters chosen to maximise or minimise sea level changes.

### 7.5.2.2 Modelled past changes

For the period 1880 to 1990, the calculated change in sea level change ranges from −1 cm to 17 cm, with a middle estimate of 7 cm (of which more than half is due to thermal expansion, followed by glaciers). This is low in comparison to the observed range based on tide gauge records (10–25 cm; see Section 7.2.1) because it only takes into account an estimate of the anthropogenic component of past climate forcing, giving a lower temperature change than that observed (about 0.29°C as compared to 0.45°C; see Section 6.3). Similarly, for the projections of future sea level rise only the estimated anthropogenic climate forcing is taken into account; no other assumed climate- or non-climate-related (or "unexplained") component of the observed past sea level rise is extrapolated into the future projections. For this reason, both the past and future projections are likely to be underestimated.

(a)   Including aerosol changes beyond 1990



(b)   Constant 1990 aerosols



**Figure 7.6:** Projections of global sea level rise over the period 1990 to 2100 for Scenarios IS92a–f, using best-estimate model parameters, including the effects of changing aerosol concentrations after 1990 (a) and, to indicate the sensitivity of projections to aerosol effects, for aerosol amounts constant at 1990 levels (b).

### 7.5.2.3 Scenarios IS92a–f

The 1990–2100 changes in sea level for scenarios IS92a–f, with "best-estimate" model parameters, are shown in Figure 7.6 (a). The range of the projections shown is determined by the range of future emissions under the IS92 scenarios and does not include the additional uncertainties in model parameter values. For the first decades of the projection period, the choice of emission scenario has little effect on the rate of sea level rise; even by the year 2050, the range of projected sea level rise is still relatively small, 18–21 cm. This is a consequence of lags in the climate system, caused primarily by the thermal inertia of the ocean, and of the continuing response of the ocean, climate and ice masses to past changes in radiative forcing and temperature. In the short term (i.e., several decades), future sea level rise is largely determined by past emissions of greenhouse gases. During the second half of the next century, however, the curves diverge noticeably. By the year 2100, the uncertainty introduced by the emission scenarios gives a range of sea level rise of 38–55 cm. The effect of holding aerosol amounts constant at 1990 levels is to increase the range of projected sea level rise based on the six IS92 scenarios, as shown in Figure 7.6 (b).

### 7.5.2.4 Scenario IS92a

The 1990–2100 rise in sea level for IS92a, with high, middle and low projections based on model uncertainties, is shown in Figure 7.7 Taking into account future changes in aerosol amounts under the IS92a Scenario (Figure 7.7, solid curves), sea level is projected to rise by 20 cm by the year 2050, within a range of uncertainty of 7–39 cm. By the year 2100, sea level is estimated to rise by 49 cm, with a range of uncertainty of 20–86 cm.



**Figure 7.7:** High, middle and low projections of global sea level rise over the period 1990 to 2100 for Scenario IS92a, for aerosol amounts constant at 1990 levels (dashed curves) and for changing aerosol amounts after 1990 (solid curves).



**Figure 7.8:** The projected individual contributions to global sea level change, 1990 to 2100, for Scenario IS92a (including the effects of changes in aerosol amounts beyond 1990).

For the middle projection under IS92a, more than half of the rise by the end of the next century is due to oceanic thermal expansion alone. This is followed by the contribution from glaciers and ice caps and from the Greenland ice sheet. The Antarctic ice sheet actually causes a slight decrease in sea level due to increased accumulation as a result of atmospheric warming (as shown in Figure 7.8).

To indicate the sensitivity of the projections to assumptions concerning aerosols, Figure 7.7 (dashed curves) shows results with aerosol concentrations held constant at 1990 levels: the IS92a projections at the year 2100 are about 10% higher than the projections that include aerosol changes. The inclusion of aerosol effects tends to lower the estimated changes in radiative forcing, compared to those due to greenhouse gases alone, both for the past and the future (see Chapters 2 and 6). This directly lowers the heating and consequent thermal expansion of the oceans, as well as reducing the surface temperature changes that drive changes in the glaciers and ice sheets.

The estimates of sea level rise presented here are lower than those given by IPCC (1990). For example, the "best estimate" value for IS92a by the year 2100 is 49 cm, compared with 66 cm for the corresponding case in IPCC (1990). This change is due primarily to the lower temperature projection (see Section 6.3.3), but it also reflects the compensating effects of a slow-down in the thermohaline circulation (which was not considered in 1990 and which leads to an increase in thermal expansion) and the changes made to the glacier model.

### 7.5.2.5 Extreme range

The extreme projections of sea level rise, taking into account uncertainties in both model parameters and future radiative forcing changes, are shown in Figure 7.9. There is

*Changes in Sea Level*                                                                385



**Figure 7.9:** Extreme projections of global mean sea level rise from 1990 to 2100. The highest sea level rise curves assumed a climate sensitivity of 4.5°C, high ice melt parameters and the IS92e emission scenario, the lowest a climate sensitivity of 1.5°C, low ice melt parameters and the IS92c Scenario, and the middle curves a climate sensitivity of 2.5°C, mid-value ice melt parameters and the IS92a Scenario. The solid curves include the effect of changing aerosol; the dashed curves assume aerosol emissions remain constant at their 1990 levels.

an order of magnitude difference between the highest and lowest projections. The lowest projection shows sea level rising at an average rate of about 1 mm/yr over the next century, a rate comparable to that which has occurred over the last 100 years. The highest projection indicates an average rate of about 9–10 mm/yr, a rate which, on a global scale, is probably unprecedented over at least the last several thousand years. Although this range should be considered extreme, no attempt has been made to quantify the confidence interval.

*7.5.2.6 Summary*
The "best estimate" for IS92a is that sea level will rise by 49 cm by the year 2100, with a range of uncertainty of 20–86 cm. These projections of future sea level rise are lower than those presented in IPCC (1990). The differences are due primarily to the lower temperature projections, the inclusion of a slow-down of the thermohaline circulation, and changes to the glacier model. However, the basic understanding of climate-sea level relationships has not changed fundamentally since IPCC (1990). Thus, if future temperature change is higher than expected, sea level rise will also be higher.

Large uncertainties remain. In the particular set of models used above, these uncertainties derive mainly from uncertainties in radiative forcing and model parameters affecting temperature change, especially the value of the climate sensitivity (see Chapter 6). Relatively speaking,

uncertainties in future greenhouse gas emissions have comparatively little effect on the projected sea level rise, particularly over the first half of the next century, due largely to lags in the climate system. Nonetheless, combining the various sources of uncertainty, the extreme range of sea level projections is very large – an order of magnitude difference between the highest and lowest.

*7.5.3 Possible Inter-Model Differences*
In Section 7.5.2 above, a single set of integrated climate and ice-melt models was chosen to maximise consistency with the various chapters of this report. Consistency was achieved in three ways. First, the same simple climate model that was used to estimate oceanic thermal expansion was also used to estimate global-mean temperature change, thus ensuring consistency between Chapters 6 and 7. Second, this climate model was demonstrated to emulate both the temperature and thermal expansion predictions of certain AOGCMs, selected during the IPCC process as the standard for gauging the acceptability of a simple climate model as the means for examining the effects of various IPCC emission scenarios. Third, the land-ocean temperature differences, the changes in thermohaline circulation, and the magnitude of temperature changes in polar regions – as well as the global temperature and thermal expansion predictions – produced by the AOGCMS, were explicitly taken into account in using this set of models. Largely because of this consistency, these model results are promulgated as the IPCC sea level rise projections for the purposes of the present IPCC Assessment.

Using a single set of models, however, ignores the differences and uncertainties that might arise from alternative models. For this reason, in this section we present and compare the results of another set of climate, glacier and ice sheet models. This alternative set of models incorporates several recent advancements in modelling and is a credible complement to those models of Section 7.5.2. The models were forced by the identical set of IS92 radiative forcing scenarios for purposes of comparison. However, these models do not necessarily meet all the same requirements of consistency with the other chapters, and therefore were not put forward to the Summary for Policymakers as the IPCC sea-level projections. Nonetheless, the results are to be considered internally consistent, plausible and "state of the art". In this regard, the results highlight the uncertainties that could arise from various modelling approaches and emphasise the need for systematic inter-model comparisons as a post-IPCC activity in order to improve future projections, as discussed below.

### 7.5.3.1 Methods and assumptions

For predicting temperature changes and thermal expansion, a simple two-dimensional energy-balance climate model having latitudinal and seasonal resolution was used (Bintanja, 1995; Bintanja and Oerlemans, 1995; de Wolde *et al.*, 1995). This zonal-mean model has a climate sensitivity of approximately 2.2 °C, and so would be expected to give lower sea-level changes than the best estimates described above (which use a sensitivity of 2.5 °C). The model was first calibrated against the seasonal cycle of present-day observations of surface air temperature, ocean temperature (Levitus, 1982), and snow and sea-ice cover. Radiative forcing values for 1765, referenced to 1990 (see Section 6.3.2), were then used to obtain the initial state, after which the model was integrated over the period 1765–2100. Using comparable forcings, the thermal expansion results of this model have been compared to several coupled GCM results and found to be in reasonable agreement. The latitudinally and seasonally varying changes in the surface air temperature from the model were used to determine the sea level contributions from the glacier and ice sheet models.

For glaciers and ice caps, a range of sensitivity to climate change was used (from Oerlemans and Fortuin, 1992). The value of the sensitivity varies latitudinally, depending on the present-day precipitation rate, since glaciers in wetter regions are more sensitive than those in drier regions. These sensitivity values are time-independent and do not take into account the dynamic response of glaciers in a changing climate. Since the dynamic response may be very different for individual glaciers, it is uncertain how such an averaged dynamic behaviour should be included. However, it is assumed that on the time-scales considered here, the warming associated with the lowering of the ice surface and the decrease of the area due to the retreat of the glacier terminus will have a counterbalancing effect on the sensitivity values. The model calculations start in 1990. On the assumption that most glaciers are not in equilibrium with the present climate, a constant trend of 0.5 mm/yr is included (consistent with observations and the global glacier model results in Section 7.5.2).

Dynamic ice sheet models were used to estimate the sea level contributions of Greenland and Antarctica. These models take into account the effects of a changing climate on the dynamic responses of ice sheets; these flow responses were not explicitly included in the static sensitivity values used in Section 7.5.2. The two-dimensional time-dependent Greenland ice sheet model (after van de Wal and Oerlemans (1994), modified for dynamics in accordance with Mahaffy (1976) and Cadèe

(1992)) has a horizontal resolution of 20 × 20 km and is driven by atmospheric temperature changes, which change the surface mass balance. Ablation is calculated with an energy-balance model (van de Wal and Oerlemans, 1994), while the accumulation rate is kept constant at its present-day value (as described by Ohmura and Reeh, 1991). The initial state of the fully coupled model is its present-day equilibrium state.

The Antarctic ice sheet model (Huybrechts, 1990) is a three-dimensional, thermomechanic model coupled to a mass balance model that is driven by temperature changes interpolated onto a 40 km grid. Since accumulation appears to be strongly related to temperature in Antarctica, the accumulation rate is perturbed in proportion to the saturation water vapour pressure as temperature changes. The initial state of the ice sheet was obtained by integrating the ice sheet model over several glacial cycles. Although the model shows a continuing, long-term negative mass balance (refer to Figure 7.5), no trend is included for future projections because of the large uncertainties in the current state of balance due to the paucity of observations; the projections are calculated as the difference between the perturbed run and the reference run.

For both the Antarctic and Greenland ice sheet models as well as the glacier model, simulations begin in 1990, with temperature perturbations referenced to 1990. This is because of the non-linear response of the models and the tuning to present-day climate

### 7.5.3.2 Model results and comparisons

In general, the projections of future sea-level rise from this set of models are substantially lower than the revised IPCC projections presented in Section 7.5.2 for the identical set of IS92 forcing scenarios. To illustrate, Figure 7.10 shows the highest and lowest projections of sea level rise for the period 1990–2100, along with the "best estimates" for IS92a. For IS92a, sea level is estimated to rise by 27 cm by the year 2100 (34 cm for the sensitivity case with constant aerosols), about 45% lower than the corresponding projection in Section 7.5.2. Possible explanations for the differences are given below. It should also be noted that, unlike Section 7.5.2, the value of the climate sensitivity (2.2 °C) did not vary for the high and low projections, resulting in a smaller range of estimates than would otherwise have been the case.

The individual contributions to the total projected sea level change for IS92a (including aerosols) are shown in Figure 7.11 (compare to Figure 7.8). The relative contributions shown in Figure 7.11 are similar to those presented in Section 7.5.2: most of the future rise is caused

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 206 of 421



**Figure 7.10:** Alternative model projections of global sea level rise, 1990 to 2100, showing the range resulting from differences in IS92 scenarios and assuming a climate sensitivity of 2.2°C. The upper and lower curves show projections using the IS92e and IS92c Scenarios respectively, and assume aerosol emissions remain constant at their 1990 levels Also shown are the middle projections for IS92a, including and excluding the effects of changes in aerosol amounts beyond 1990. In contrast to Figure 7.9, these calculations do not span the full range of climate sensitivity or ice model parameters.



**Figure 7.11:** Alternative model projections of the projected individual contributions to global sea level change, 1990–2100, for Scenario IS92a (including the effects of changes in aerosol amounts beyond 1990).

by oceanic thermal expansion and increased melting of glaciers and ice caps, with a positive contribution from Greenland and a negative contribution from Antarctica (from increased accumulation). However, there are some large apparent differences regarding the absolute contributions between the two sets of model results.

For thermal expansion, the contribution to sea-level rise by 2100 is 15 cm, about half of that obtained by the simple climate model used in Section 7.5.2. This lower thermal expansion, however, can be largely explained by two factors. First, the climate sensitivity of the climate model is lower (2.2°C, as compared to 2.5°C used for the best-estimate projections in Section 7.5.2). Second, the thermohaline circulation is represented differently by the two models. For the revised IPCC projections in Section 7.5.2, the simple climate model simulates the slow-down of the thermohaline circulation with global warming, in accordance with most recent coupled GCM results (see Section 6.3), which allows greater warming at depth and larger thermal expansion. In the zonal-mean model used here, the thermohaline circulation was kept constant, with comparatively less thermal expansion. Other possible explanations for the differences in thermal explanation have yet to be examined fully.

For the Antarctic ice sheet, the dynamic model gives relatively much larger negative contributions to sea level by the year 2100 than the constant sensitivity values used

in Section 7.5.2 (–7 cm as compared to about –1 cm). For both the dynamic Antarctic and Greenland models used here, however, the portion of sea level change attributed to dynamic changes was found to be minor on this time-scale and does not appear to account for much of the inter-model differences. Rather, the inter-model differences are due largely to three other factors. First, the Antarctic temperature forcings were very different. For the revised IPCC projections, the global-mean temperature change was used (consistent with recent AOGCM results which show little enhancement of temperature changes for Antarctica). In contrast, the dynamic ice sheet model used here was forced with enhanced polar temperature changes obtained by the two-dimensional climate model. Second, the ice-sheet sensitivity value used for the revised IPCC projections was considerably lower, since it included a term for the possible instability of the West Antarctic ice sheet. Third, the revised IPCC projections included an extrapolation of an assumed 1880 negative mass balance (a relatively small effect) throughout the simulated period . Together, these factors result in a substantial difference between the two sets of model results for Antarctica.

For the Greenland ice sheet and glaciers, the sea level projections obtained by the two sets of models are in closer agreement, perhaps by coincidence, despite the different modelling approaches that were followed.

In summary, the uncertainties in sea level projections attributed to inter–model differences may be significant. Most of the differences between the model results discussed in this section can probably be attributed to assumptions about the climate sensitivity, changes in the thermohaline

*Changes in Sea Level*

circulation, and the spatial patterns of temperature changes. However, no comprehensive model intercomparisons of the different component models used for sea level projections have been carried out. Such comparisons are required to identify the directions for improved models and to narrow the uncertainties in future projections.

### 7.5.4 *Possible Longer-term (>100 years) Changes*

In IPCC (1990), it was shown that on the decadal time-scale, sea level could be expected to continue to rise throughout the next century even if greenhouse forcing were stabilised by 2030 (Warrick and Oerlemans, 1990). Since IPCC (1990) several model experiments have been carried out, using both complex and simple models, that reveal the longer-term, multi-century implications of greenhouse-gas forcing on sea level.

One such transient experiment involved the use of an AOGCM in which the $CO_2$ concentration was increased by 1%/yr until it doubled, after 70 years (e.g., Manabe and Stouffer, 1993, 1994). Although the concentration was stabilised after doubling, sea level continued to rise from thermal expansion alone. At the end of five hundred years, sea level had risen one metre due to thermal expansion and was still rising, even though temperature changes had largely been stabilised.



**Figure 7.13:** Long-term (1990 to 2500) projection of global sea level rise under an extended emission scenario comprising IS92a Scenario to 2100, with a linear decrease in greenhouse gas emissions to zero by the year 2200.

Similar results have also been derived using a simpler climate model (Raper *et al.*, 1996; Wigley, 1995). To illustrate, Figure 7.12 (reproduced from Raper *et al.*, 1996) shows the long-term effects on sea level of stabilising the atmospheric concentrations of $CO_2$ at 450 ppmv in 2100 and 650 ppmv in 2200 (Scenarios S450 and S650, respectively – see Chapter 2), for the high, middle and low sets of climate and ice-melt model parameters. The changes shown are those arising from $CO_2$ alone. In all but the lowest projections, sea level continues to rise at a scarcely unabated rate for many centuries after concentration stabilisation. Figure 7.13 provides another illustration of the long-term effects of anthropogenic forcing on sea level. In this scenario, anthropogenic emissions of $CO_2$, $CH_4$, $N_2O$, the halocarbons and $SO_2$ (an important precursor of aerosols) follow IS92a to 2100 and then are assumed to decline linearly to *zero* over 2100 to 2200. In this scenario, total radiative forcing peaks around the year 2160, but sea level is still rising by 2500, at which time it has reached 150 cm.

In both the complex coupled atmosphere-ocean models and the simpler climate models, most of the residual sea level rise is due to the thermal inertia of the oceans and continued thermal expansion. In addition, in the case where simple ice sheet models are included, the assumed large response times involving ice dynamics result in continuing effects on ice volumes after temperature changes have



**Figure 7.12:** Long-term (1990 to 2500) projections of global sea level rise for stabilisation of $CO_2$ concentration at 450 ppmv (S450) and 650 ppmv (S650). Dots denote the dates of $CO_2$ stabilisation (from Raper *et al.*, 1996). Calculations assume the "observed" history of forcing to 1990, including aerosol effects (see Figure 6.18) and then $CO_2$ concentration increases only beyond 1990.

largely ceased. Overall, these results reinforce the conclusions of IPCC (1990) that a long-term "sea level rise commitment" must accompany greenhouse-gas-induced warming. Thus, even if greenhouse gas concentrations were stabilised, sea level would continue to rise for many centuries because of the large inertia in the ocean-ice-atmosphere climate system.

### 7.5.5 Possible Instabilities of the West Antarctic Ice Sheet

The West Antarctic Ice Sheet (WAIS) is a marine ice sheet – it rests on a bed well below sea level. It has long been argued (Weertman, 1974) that the WAIS may be inherently unstable because the interior, grounded ice (inland ice) cannot respond fast enough to changes in thickness of the floating portions at their junction, the grounding line. It has also been argued (Thomas, 1973, 1985) that the large abutting ice shelves create "back pressure" which prevents the collapse of the inland ice, such that ice shelf thinning or break-up could cause the grounded ice to "surge" – another critical element contributing to marine ice sheet instability.

These notions are changing. It is now known that the activity of the WAIS is dominated by fast-flowing, wet-based ice streams whose characteristics blend gradually into those of the floating ice shelves and whose response times to changes in the grounding line appear to be very rapid (Alley and Whillans, 1991). However, the effects of these dynamic ice streams on the stability of the WAIS is very much in dispute. In the view of some glaciologists, the ability of ice streams to transport ice rapidly from the interior to the ocean, on a time-scale of the order of 100 years, indicates an enhanced capability for a drastically accelerated discharge. A contrary view is that the short response time of ice streams removes the flux imbalance at the grounding line so that the purported instability may not exist.

Recent theoretical work is equivocal. Several recent treatments support the idea that the transition zone between the grounded and floating ice does not act as a source of instability (Van der Veen, 1985; Herterich, 1987; Barcillon and MacAyeal, 1993, Lestingant, 1994). On the other hand, there is also support for the idea of instability, which may include the concept of ice shelf buttressing at the grounding line (NASA, 1991). A recent theoretical development that suggests dramatic instability of a marine ice sheet is the so-called "binge-purge" cycle put forward to explain the massive outpourings of icebergs (Heinrich events) from Northern Hemisphere ice sheets during the last ice age (Alley and MacAyeal, 1994; MacAyeal, 1994). A model study of the WAIS over the last million years that incorporated ice streams and their slippery beds suggests that the ice sheet did collapse in the past but that the outflow rates were only a few times faster than at present (MacAyeal, 1992).

Recent observational work does not present a clear answer either. On the one hand, there is evidence suggesting unstable behaviour of the WAIS: Ice Stream B is currently flowing too rapidly for a steady-state; the current growth of the Crary Ice Rise is affecting the regional velocity field and perhaps reducing the discharge of Ice Stream B; and Ice Stream C has stagnated in the last 100–150 years (Retzlaff and Bentley, 1993). Furthermore, there is geologic evidence that this ice sheet has been largely or completely absent at some time after its initial formation (Scherer, 1991; Burckle, 1993), which suggests transient behaviour in this part of the Ross Ice Shelf system. On the other hand, there is evidence that does not support the notion of WAIS instability: the steady flow for the last 1500 years (except for one pulse a few hundred years ago) as suggested by flow tracers in the Ross Ice Shelf; the current growth, rather than collapse, of the glaciers feeding Pine Island Bay (which lost its ice shelf in the recent geologic past); and the lack of evidence of drastic change in the height or flow of the WAIS at Byrd Station in the last 30,000 years (Whillans, 1976).

Given our present knowledge, it is clear that while the ice sheet has had a very dynamic history, estimating the likelihood of a collapse during the next century is not yet possible. If collapse occurs, it will probably be due more to climate changes of the last 10,000 years rather than to greenhouse-induced warming. Nonetheless, such a collapse, once initiated, would be irreversible. Our ignorance of the specific circumstances under which West Antarctica might collapse limits the ability to quantify the risk of such an event occurring, either in total or in part, in the next 100 to 1000 years.

## 7.6 Spatial and Temporal Variability

### 7.6.1 Geological and Geophysical Effects

The only globally coherent geological contribution to long-term sea level change about which we possess detailed understanding due to a detailed theory of the process is post-glacial rebound (Peltier and Tushingham, 1989; Lambeck, 1990). This is the process by which the solid Earth and the ocean have continued to adjust to the effects of deglaciation throughout the Holocene period (last 10,000 years). Sea level changes due to longer time-scale geological processes (e.g., sea floor spreading) are sufficiently small to be of little interest to this report (e.g.,

*Changes in Sea Level*

see Harrison, 1989; Meier, 1990). Most Holocene geological sea level data have been assimilated into, or used to verify, geodynamic models of the Earth (e.g., Tushingham and Peltier, 1991; Peltier, 1994). These models attempt to achieve a consistency between the geological sea level measurements, the history of glaciation, and the physics of the solid Earth, including the resulting changes in the gravitational field of the Earth. Mantle viscosity is determined from a best fit to the data. The models result in estimates of relative sea level at any point on the Earth's surface (including the interior of continents where for "relative sea level" one infers geoid height relative to the land surface). A recent example is shown in Figure 7.14. Such models are the only ones which can be employed on a global basis to estimate the rate one would expect sea level to be changing at the present time at each location due to the continuing response of the solid Earth to deglaciation.

There is some debate at present concerning the precise form of the Earth's viscosity profile. Some authors believe that the geological sea level data constrain the viscosity to be approximately uniform, while others think either that there is a large increase in viscosity below a 660 km discontinuity, or that the present data do not constrain the profile well enough to be useful. It is not clear at the present time how the uncertainty in the viscosity profile propagates into expected rates of vertical land movement. However, it is to be expected that more sophisticated post-glacial rebound models will be developed as this debate is resolved. For example, the removal of post-glacial rebound-related land movements from tide gauge records by means of Peltier's ICE-4G model (Peltier, 1994) has not been investigated.

Superimposed upon post-glacial rebound are a variety of local and regional isostatic and tectonic effects, many of which cannot be modelled accurately (for a review, see



−8.0   −2.0 −1.0   −0.4   −0.3   −0.2   −0.1   0.0 0.4 0.8 2.0 6.0

in mm/yr

**Figure 7.14:** The present day rate of relative sea level change (in mm/yr) based on the topographically and gravitationally self-consistent theory of glacial isostatic adjustment of Peltier (1994). The calculation employed the ICE-4G model of the last deglaciation event of the current ice age and an internal radial viscoelastic structure comprising a 120 km thick lithosphere and an upper mantel of viscosity $2 \times 10^{21}$ Pa s. This model somewhat overpredicts the ongoing rate of sea level rise due to post-glacial forebulge collapse along the east coast of the USA.

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 210 of 421

Emery and Aubrey, 1991). This is most obvious in the Mediterranean where the available archaeological sea level data primarily reflect local tectonic land movements (Flemming, 1969, 1978, 1993; Flemming and Webb, 1986) and where the Peltier post-glacial rebound models do not reproduce relative land-sea movements at all. Most large river deltas exhibit submergence associated with sedimentary isostasy which is clearly identified in tide gauge data. Very local effects, which have no relation to regional geology, can take place within the harbour of the tide gauge itself. However, differences between tide gauge sea level records can be used to provide maps of relative land movements on a regional basis, and such maps are usually consistent with previous geological knowledge of the area (Emery and Aubrey, 1991).

Studies of the vertical crustal motions on different time-scales can help elucidate patterns of tectonic deformation affecting tide gauge data. For example, along convergent plate boundaries, the uplift recorded by tide gauges or geodetic levelling measurements generally represent interseismic deformation that typically spans over 90% of the earthquake cycle (Bilham, 1991). However, the deformation during, and also shortly before or after, a major earthquake may exceed the average interseismic rate by an order of magnitude. Deformation associated with major earthquakes may temporarily cause displacements resulting in sea level changes comparable to the global sea level change (Bilham and Barrientos, 1991). These recent rates of crustal motion may differ substantially from longer-term geological trends derived from raised marine terraces (see, for example, Kelsey *et al.*, 1994; Mitchell *et al.*, 1994). Analyses of the changes in uplift rates on different time-scales may contribute to improved modelling of the earthquake cycle and extraction of the sea level signal from the tidal and geodetic data in those regions.

Anthropogenic effects (e.g., extraction of water from aquifers) can also result in considerable rates of subsidence (e.g., 10 cm/yr at Bangkok, Thailand). Ground water extraction has been an important factor in Venice sinking (Frassetto, 1991), while large recent rates of sea level rise at Manila, Philippines, has been blamed on coastal reclamation (Spencer and Woodworth, 1993).

It is important to realise that all sea level measurements, whether tide gauge, archaeological or geological, are measures of the level of the ocean relative to a land datum. The exceptions are those from space (e.g., from radar altimetry or via the Global Positioning System) for which the datum is in effect the computed satellite orbit. Such ground based measurements will always, therefore, contain some kind of inherent land-ocean level ambiguity.

However, with the advent of GPS and other forms of advanced geodetic measurement, it is now possible to measure vertical land movements independently of sea level changes (Section 7.7.1).

A good example of alternative methods of monitoring vertical land movements is provided by the recent breakthrough in development of absolute gravimeters (Carter *et al.*, 1994). Measurements are now repeatable to the 1 or 2 microgal level (1 gal = $1 cm/s^2$). For instance, a joint USA-Canada effort to produce the first reliable gravimetric measurement of glacial rebound shows at Churchill, Canada, that gravity has been decreasing at 1.6 microgal/yr since 1987. Theoretical models which account for viscous rebound of crust and mantle beneath Canada predict a linear relationship between gravity fall and crustal rise of about 0.15 microgal/mm. These gravity observations therefore indicate crustal uplift to be 11 mm/yr. At the same location, tide gauge records show that the Hudson Bay water level has been falling at an average rate of 11 mm/yr for the past 50 years.

Even if land levels were to be measured to good precision, there would still in principle be corresponding changes in the geoid to take into account. For example, Wagner and McAdoo (1986) presented maps of secular trends in geoid heights to be expected from post-glacial rebound. However, these are approximately an order of magnitude less than the corresponding changes in vertical land movements, and in studies of sea level changes over century time-scales or less, the geoid is considered in most applications to be time independent. Repeated space gravity missions, together with long-term laser tracking of dedicated geodetic satellites, should ideally be mounted to monitor such changes, while they can continue to be studied within geodynamic models.

### 7.6.2 Dynamic Effects

The variability of sea level on interannual to interdecadal time-scales is a major complication in determining reliable sea level trends and accelerations (Douglas, 1992). It is also clear that the global average sea level change is not a good indicator of local changes at any particular place.

In large part, these interannual to interdecadal fluctuations result from the fact that sea level topography, referenced to the geoid, is closely related to the dynamics and thermodynamics of the ocean. If the ocean were homogeneous and at rest, with a uniform atmospheric pressure field above it and no wind, the sea surface would correspond to the geoid (i.e., an equipotential of the gravity field). However, it does not; it differs from the geoid by ± one metre. Ocean and atmosphere are non-homogeneous

and continuously moving within a variety of time and space scales, under gravitational forcing (for tides) and thermal forcing from the Sun (including variable wind stress and heat and fresh water exchanges at the sea surface).

In analysing trends, high-frequency ocean signals, swells, tides and surges are generally easily removed from sea level records by filtering techniques, as illustrated, among others, by Chelton and Enfield (1986) and Sturges (1987). But the analysis of the low-frequency residuals remains extremely difficult because these data have red spectra (the spectral energy keeps rising at low frequency), and the variability of the lowest frequencies that can generally be resolved with the longer available sea level records is of the same amplitude as (or larger than) the rising sea level signal. It is thus very important to understand the physical causes of these long-period events in order to be able to correct the data and improve the signal-to-noise ratio. Unfortunately, the forcing mechanisms are not well-known, especially at the decadal and interdecadal time-scale. The processes involve natural oscillations of the ocean-atmosphere system, which result in perturbations of the three dimensional state of the ocean, in terms of the dynamics and thermodynamics and the feedback on the state of the atmosphere.

At the short-term interannual frequencies, one major event is the El Niño-Southern Oscillation phenomenon in the Pacific Ocean. Associated sea level oscillations have been clearly observed by *in situ* tide gauges and satellite altimetry, typically with eastward propagating equatorial Kelvin waves and westward reflected or locally-forced Rossby waves (Wyrtki, 1979, 1985; Miller and Cheney, 1990). Monthly maps of sea level anomalies are now produced routinely to document and follow this interannual variability of the Pacific Equatorial Ocean.

Along single coastlines, the efficiency of wave propagation processes is a major candidate for explaining the often observed coherency of the long-period sea level variabilities, as studied by Enfield and Allen (1980) and Chelton and Davis (1982) for the Pacific coast of the USA. At basin scale, long-period baroclinic Rossby wave propagation has been demonstrated to generally lead to coherent sea level signals; Sturges (1987) thus explained the 5–8 years period coherency in the long records available for San Francisco and Honolulu, with amplitudes of 5–15 cm at these long periods.

At the interannual to decadal periods, sea level fluctuations must often be driven primarily by atmospheric forcing, wind and pressure. Maul and Hanson (1991) have observed a significant coherency, with peaks at 4 and 13 years, between the sea level variability of the tidal records along the Atlantic coast of the USA and the long-period, basin-scale variations in North Atlantic atmospheric surface pressure known as the North Atlantic Oscillation (Rogers, 1984). Additionally, Sturges and Hong (1995) have demonstrated that, at Bermuda, sea level and thermocline variability, estimated from a simple ocean model forced by the wind, is in remarkably good agreement with observations at long periods.

However, sea surface temperature variations, and hence buoyancy forcing by the atmosphere, are coherent with changes in the wind (Kushnir, 1994). Thus, thermodynamic processes also have to be considered in interpreting long-term sea level variations. Decadal to interdecadal changes in temperature and salinity of the three-dimensional structure of the ocean have been widely reported in many places (Gordon *et al.*, 1992). Taking the North Atlantic as an example, one can refer to the Great Salinity Anomaly traced by Dickson *et al.* (1988) around the North Atlantic subpolar gyre from the mid-1960s to the late 1970s, and to the cooling at intermediate depth in the North Atlantic subpolar gyre observed by Lazier and Gershey (1991), Read and Gould (1992) and Koltermann and Sy (1994), due to drastic changes in the production rates of Labrador Sea Water (LSW) and its property characteristics. This freshening is also present in the 24.5°N sections of hydrographic data, between 400 and 500 m (Lavin, 1993), due to some amount of cooler LSW circulating in the subtropical gyre. The complex picture emerging from these observations is related to the North Atlantic Deep Water (NADW) production, which propels the global planetary Thermohaline Conveyor Belt circulation (Broecker *et al.*, 1985). Changes in the production rate of NADW must change the northward transport of upper ocean warm water, and it could lead to an enhancement of sea rise in the mid-latitudes of the North Atlantic (Mikolajewicz *et al.*, 1990).

Large-scale ocean circulation has a direct signature on the sea surface topography, through geostrophic balance. Sea surface slope variabilities are thus thought to be good indicators of the large-scale ocean transport variabilities. Maul *et al.* (1990) have shown that it is true for the Gulf Stream for the semi-annual and annual band. However, as noticed by Sturges and Hong (1995) this has not been fully demonstrated for interannual and lower frequencies from the analysis of long coastal sea level records, until recently the only available source of data (see also Whitworth and Peterson, 1985, for the Antarctic Circumpolar Current). Hence, there is interest in long-term, deep-sea bottom pressure measurements (as used in WOCE) and satellite altimetry for studying this relation between ocean slope and ocean transport variabilities.

As noted by Gates *et al.* (1992), there are now a sufficient number of AOGCM integrations over 50–100 year and longer periods to provide preliminary information on the simulation of atmospheric and oceanic decadal variability. Over these last years, a great deal of interest has focused on the behaviour of the thermohaline circulation of the North Atlantic, the formation of NADW, the Conveyor Belt Circulation, and the possible existence of multiple equilibrium states for the global ocean circulation. The effect of these processes on the interdecadal variabilities of sea level has been noted above. Another mode of decadal climate variability, in the North Pacific Ocean, has been found in AOGCMs of the MPI, attributed to a cycle involving air-sea interactions between the sub-tropical gyre circulation and the Aleutian low pressure system (Latif and Barnett, 1994). Besides its effect on sea surface temperature, it has an effect on sea level of 3.4 cm in decadal variability.

Coupled model simulations of climate change under increasing $CO_2$ have also shown that the regional differences in sea level change are larger than the globally averaged change (Mikolajewicz *et al.*, 1990; Gregory, 1993; Cubasch *et al.*, 1994b). This spatial variation comes mostly from the geographical distribution of surface temperature changes, but ocean dynamics do modify it, especially in areas where temperature changes occur to considerable depth. Different climate models give different patterns of local response, although there are some common features, such as a strong relative rise off the east coast of North America, and a marked relative fall north of the Ross Sea. An example from Gregory (1993) is shown in Figure 7.15. However, the non-equilibrium response in sea level of the world ocean to warming is, as yet, very poorly understood, and it is not clear that the present generation of AOGCMs can resolve such a process correctly.

Since the launch of the TOPEX/POSEIDON altimeter satellite in 1992, it has been possible to construct similar global maps of sea level change from direct measurements (Cheney *et al.*, 1994). As in the model simulations, regional variations observed by the altimeter are quite large, with amplitudes of the order of 5 cm on monthly time-scales, as compared to the global average increase of 3 mm/yr derived from these data. The combination of altimetry with sub-surface data and winds will provide a way of interpreting these low-frequency sea level phenomena.

### 7.6.3 Trends in Extremes

The statistical treatment of data on extreme sea levels has progressed considerably over the past few years. For example, Tawn and Vassie (1991) developed a "revised joint probability method" applicable to all types of tidal regime, while Coles and Tawn (1990) employed



**Figure 7.15:** Relative sea level change from a transient AOGCM experiment over the years 66–75 (the decade centred on the time of $CO_2$ doubling). Relative sea level change here is calculated as the difference between the anomaly and control minus the change in global average sea level of 10.2 cm (source: Gregory, 1993).

multivariate extremes and the spatial properties of extreme processes to improve estimations at nearby sites with little or no data. Extreme levels, computed by a variety of old and new methods, are available for much of the world coastline for input to coastal impact studies (e.g., see de Mesquita and Franca, (1990) and Simon (1994), for coastal areas in Brazil and France, respectively).

The determination of a trend in extreme values is a difficult procedure since, by definition, the data become increasingly rare as the extremes are approached and estimates of statistics in the tails have increasingly wide confidence limits. Secular trends in annual maxima have tended to be studied primarily in north-west Europe where long records exist. For example, the spatial distribution of secular trends in annual maxima around the UK appears to be similar on average to those derived from tide gauge mean sea level and geological sea level data sets (Dixon and Tawn, 1992). Extreme levels, and their apparent temporal variation, have been studied at a number of "cities on water", such as Venice (Frassetto, 1991; Pirazzoli, 1991; Rusconi, 1993).

The continental shelf of north-west Europe is one example of an area where trends in storm surge activity have been studied. From analyses of storm surge frequency around the coast of the UK over the past 70 years, and at the Hook of Holland (Hoozemans and Wiersma, 1992) and the German coast over the past few centuries (Rodhe, 1980), there is no evidence of a long-term trend in storm surge activity, although Rodhe did point to a possible low-frequency (approximately 80-year) periodicity in flooding. On the other hand, evidence exists for a trend over the same period in regional winds and air pressures that would result in enhanced German Bight mean sea level (and the surge activity that it reflects) based on gridded Norwegian meteorological data for the shelf applied to a numerical model (Tsimplis *et al.*, 1994). Meanwhile, Führböter and Toppe (1991) observed tide gauge data in the German Bight directly and also indicate an increase of storm surge frequency in the area, at least since 1960 and possibly before. Local wind data for the Bight itself appear to show no obvious trend (Hoozemans and Wiersma, 1992) from 1950 to 1980, and in spite of large interdecadal variation, very little at all over century time-scales (Schmidt, 1991; Schmidt and von Storch, 1993). Clearly, findings will depend on the periods analysed and data spans. However, the difficulty in drawing conclusions relevant to climatic change studies from this relatively well-instrumented part of the world cautions against drawing conclusions for areas with considerably less data.

Numerical tidal models are frequently employed, with reductions in ocean depth, for the study of palaeotides (Scott and Greenberg, 1983) and the historical development of bedforms (Proctor and Carter, 1989; Austin, 1991). Conversely, they can be run with increased depth to predict changes in tidal amplitude that might accompany potential future sea level rise (Rijkswaterstaat, 1986). The effect of changes in depth (a surrogate for sea level rise) on storm surges can also be investigated. For example, Flather and Khandker (1993) described how tides and surges might be modified in the Bay of Bengal if sea level is modified, assuming that the character of the prevailing meteorology does not also change. In most cases, there will be little change in tide and surge (of order of a few centimetres per metre of sea level rise, unless in locally resonant situations).

## 7.7 Major Uncertainties and How to Reduce Them

### 7.7.1 *Monitoring of Sea Level Change*

For a future global sea level monitoring system, it is essential that information is integrated from many sources, with global and regional products (useful to scientists and non-scientists alike) derived from the blended data sets (Eden, 1990). Improvements in such a monitoring system would include five elements.

(1)  It should include a global sea level monitoring system based on a network of modern tide gauges. The Global Sea Level Observing System (GLOSS) of the Intergovernmental Oceanographic Commission (IOC) is a co-ordinated project for the monitoring of long-term global sea level change and is intended to serve the various purposes of oceanographic and climate change research into the next century (IOC, 1990; Woodworth, 1991). GLOSS consists of a network of approximately 300 tide gauges worldwide, of which over two-thirds are now operational. Technical developments in recent years have seen many of the traditional float and stilling well tide gauges replaced by modern systems based on pneumatic and acoustic principles (Spencer, 1992). Many of these have satellite or telephone data transmission equipment, enabling real-time data access and fault checking. Bottom pressure recorders (Spencer and Vassie, 1985), inverted echo sounders (Wimbush, 1990) and thermistor chain moorings for dynamic height (McPhaden, 1993) now provide quasi-sea level measurements in several areas of the deep ocean, which will provide information on the ocean circulation.

(2) An improved geodetic network is required which enables many of the sea level measurements to be placed in a stable global co-ordinate system with sub-centimetric accuracy, and which provides a decoupling of land and ocean level signals in the tide gauge records. Remarkable progress has been made in the past five years toward achieving the required network, through the development of the International Terrestrial Reference Frame (ITRF) by the International Earth Rotation Service (IERS). The ITRF is based on Very Long Baseline Interferometry (VLBI), Satellite Laser Ranging (SLR) and Global Positioning System (GPS) observations (Carter *et al.,* 1989; Bilham, 1991; Ashkenazi *et al.,* 1993; Baker, 1993; Carter, 1994). At many locations measurements of land movements near to the tide gauge sites by means of GPS will be supplemented by absolute gravity recording, with a change of gravity of 1 microgal (approximately the current accuracy of the technique) corresponding to a change of land level of 5 mm (Carter, 1994). VLBI, GPS and SLR enable precise time-series of polar motion and changes in rotation rate to be compiled, which may be pertinent to the problems addressed in this chapter.

(3) The monitoring system should include near-global observations of the ocean and ice sheets by means of satellite altimetry. Radar altimetry has become a major tool for studying sea level changes over most of the world ocean. Although a considerable amount of altimeter data have been acquired previously from, for example, the USA Navy Geosat satellite and the European ERS-1 mission, the launch of TOPEX/POSEIDON in 1992 marked the start of a new era of precise sea level measurements from space. TOPEX/POSEIDON is providing sea level data with a single-point precision of about 5 cm (Fu *et al.,* 1994), enabling global mean sea level to be measured every 10 days with a precision of a few mm. Indeed, results from the first 2 years of the mission suggest an apparent sea level rise of approximately 3 mm/yr (Wagner *et al.,* 1994; Nerem, 1995). Given the number of potential altimeter errors at the millimetre level, it is premature to attach major significance to this result, but if measurements of this quality can be calibrated and maintained throughout a long-term program of multiple altimeter missions and integrated with the long-term GLOSS gauges, global sea level monitoring will be placed on a much firmer basis (Koblinsky *et al,* 1992). Meanwhile, ice sheet

topographies from ERS-1 and other near-polar orbiting radar altimetric satellites should result in complementary data sets of ice balance. When operational, laser altimetry over ice should be more precise than, and should complement, the radar altimeter data. However, the full potential of satellite altimetry to measure changes in ice mass will not be realised until truly global coverage is available.

Altimetry is a very important tool now available for oceanographic research, providing new insights into ocean tides, the ocean mesoscale, and basin-scale changes, in addition to global sea level change. There are corresponding advances in geophysics through the acquisition of detailed maps of the mean sea surface. In order to compute fields of absolute ocean currents for input to climate models with predictive sea level capability, precise altimetry of the mean sea surface must be complemented by detailed knowledge of the geoid by means of space gravity missions (Koblinsky *et al.,* 1992).

(4) Measurements are required of the temperature and salinity fields of the global ocean. Variations in long distance acoustic pulse travel times can provide for monitoring of average basin temperatures (Munk, 1989).

(5) For a better understanding of the ocean response to climate variability and future sea level rise, there is a need for further developments of coupled atmosphere, ocean and ice models which explicitly include sea level predictions. The continued growth in computer power will strongly support this effort, as it allows the complexity of the models to increase, thus improving their performance and realism. The scientific programmes WOCE and CLIVAR (Climate Variability programme) and the development of GOOS will provide the necessary observations to feed these models. Data assimilation techniques will thus be of primary importance in combining such data sets with models for their optimal use in understanding the climatic role of the ocean and predicting the evolution of sea level.

### 7.7.2 Oceanic Thermal Expansion

A strategy for long-term observation of the three-dimensional state of the ocean needs to be defined. This is the second goal of WOCE and will be developed under new programmes, like the oceanic component of CLIVAR and GOOS.

Observations derived from three-dimensional monitoring of the ocean will then have to be combined with models in order to make predictions. It can be anticipated that the on-going progress in ocean modelling (Semtner, 1994), and in data assimilation techniques within these models, will allow the improvement of our understanding of the interannual to interdecadal variabilities of the thermodynamic state of the ocean and the thermal contribution to changes in sea level, both temporally and spatially. Thus, continued support of both monitoring programmes and dynamic ocean modelling are necessary to enable global and regional predictions of future sea level changes.

### 7.7.3 Glaciers and Ice Caps

There remain large uncertainties regarding the future change in global glacier volume as a consequence of global warming. There are four major gaps in knowledge that need to be filled in order to better estimate the contributions of glaciers to sea level change.

(1) Probably the most critical need is the development of simple, yet realistic, models which include the processes linking meteorology to mass balance to dynamic response, and which include the resulting feedbacks (Meier, 1965). The importance of incorporating dynamic feedback is obvious when considering that in the next 50–100 years the estimated glacier volume change is expected to be a significant fraction of the total present volume, resulting in a major change in glacier area. Thus, the contribution of glaciers to sea level rise will reach a maximum and then decline despite continuing warming (Kuhn, 1985). The meteorological calculations can be accomplished by simple hydrometeorological (HM) models in which accumulation and energy balance are approximated by functions of seasonal precipitation and air temperature (e.g., Liestöl, 1967; Martin, 1978; Tangborn, 1980; Reeh, 1991), perhaps parameterized for mountain glaciers as functions of altitude (e.g., Kuhn, 1981; Oerlemans and Hoogendoorn, 1989; Laumann and Reeh, 1993). The dynamic processes can be modelled using conventional glacier flow models (e.g., Bindschadler, 1982; Stroeven et al., 1989) or by simpler models that address the response times (Jóhannesson et al, 1989; Schwitter and Raymond, 1993).

(2) Model studies need to be extended to ice masses that are very different from the small mountain glaciers of the Alps and Scandinavia in order to encompass the broad spectrum of glacier behaviour. Current models are based on well-studied reference glaciers, practically all of which are small, mid-latitude glaciers (Kuhn, 1993). However, in terms of potential sea level rise, these glaciers are relatively insignificant. The glaciers that are especially critical with respect to sea level rise include the following: the large valley and piedmont glaciers of south-east Alaska; the Patagonian Ice Caps; and the monsoon-nourished glaciers of central Asia. The ice caps of the Arctic are also important and have regimes significantly different from those commonly modelled.

(3) There is a need to further quantify the process of internal accumulation (refreezing of meltwater) for incorporation into mass balance models. Internal accumulation (Trabant and Mayo, 1985; Pfeffer et al., 1991; Reeh, 1991) is pervasive at high latitudes and at high altitudes, yet is frequently neglected in glacier-meteorological studies.

(4) Better understanding is required of iceberg calving flux and its interaction with ice flow dynamics. Iceberg calving is a major component of the mass balance of some large glaciers in the Arctic, Alaska, and at high southern latitudes. However, the iceberg calving flux interacts with ice flow dynamics in ways that are not well understood (Meier, 1994). This problem needs further investigation and incorporation into models.

### 7.7.4 Greenland and Antarctic Ice Sheets

Of all the terms that enter the sea level change equation, the largest uncertainties pertain to the Earth's major ice sheets. Relatively small changes in these ice sheets could have major effects on global sea level, yet we are not even certain of the sign of their present contribution. Obviously, better determination of the present ice sheet mass balances are needed, and additional historical (palaeoclimatic and palaeoglaciologic) studies are required in order to learn how changes have occurred in the past. The results of such studies need to be incorporated into improved modelling schemes in order to anticipate how the ice sheets will change in response to future climate perturbations.

Field (surface-based) observations of mass balances – the accumulation of snow and superimposed ice and the discharge of icebergs and meltwater – need to be continued and extended. Special attention also needs to be given to detecting change in ice dynamics, including the flow of ice streams and iceberg-calving rates. Additional observations

of atmospheric water-vapour flux divergence would be useful in order to better define the processes leading to possible changes in snow accumulation. New ice cores in Greenland and high time-resolution ice cores from Antarctica will be needed to show the spatial and temporal changes in atmospheric circulation that occurred with the abrupt climate changes in the past, in order to test models of climate change in the high latitudes.

Special attention needs to be given to current changes in ice shelves, such as the break-up of a large part of the Larsen Ice Shelf on the Antarctic Peninsula in 1995, and to dynamic interactions between ice sheets, ice streams and ice shelves. While ice shelf break-up does not contribute directly to sea level rise, changes in the interconnected grounded ice will affect sea level in ways that cannot be predicted at the present. Improved understanding will require combined studies using glaciological, oceanographic and satellite observations. Because sea ice extent affects water vapour transport in the Antarctic, better definitions of variations in sea ice extent and of the distribution of ice thickness are needed.

The current mass balances of the Antarctic and Greenland Ice Sheets need to be determined and future changes monitored. Perhaps the most powerful tool for doing this in the near future is satellite altimetry. A laser altimeter is urgently needed on a polar-orbiting satellite, especially to detect changes in the low-accumulation regions and critical ice sheet margins where the existing radar altimetry is not adequate. These measurements should commence as soon as possible in order to provide a baseline for detecting greenhouse-induced changes in the future. The observed seasonal and interannual variations in surface elevation will provide information on precipitation variations, which can be used in energy-balance models and to test atmospheric general circulation model results. Accurate mapping of surface elevation changes by laser altimetry will also permit monitoring of ice sheet stability. Early warning of ice sheet collapse would thus be obtained before major ice shelf break-up or massive iceberg discharges were observed. Satellite synthetic-aperture radar interferometry may allow monitoring of ice stream velocities and grounding zone locations (Goldstein *et al.*, 1993; Herzfeld, 1994).

Improved modelling of the ice sheets is vitally needed. This should involve developing and coupling more realistic models of both atmospheric circulation and ice dynamics. Major uncertainties are associated with estimating future snowfall on the major ice sheets. Most existing models relate accumulation changes to changes in air temperature, which assumes that warmer air delivers more snow and that atmospheric circulation will not change. Palaeoclimatic data show that storm strengths and trajectories have changed in the past and have greatly affected accumulation. This raises the possibility that future circulation changes will occur and will also affect precipitation. It is important that atmospheric and snow-surface processes in ice sheet regions be understood well enough so that model-based predictions of snow accumulation can be made directly, rather than using predictions of temperature and assumed temperature sensitivity to estimate precipitation. Palaeoclimatic data from high-resolution ice cores are needed to test these models.

Improvement is also needed in the ice dynamics models. Short-term, transient behaviour has been observed in major ice streams. The fact that these changes exist means that the physics incorporated in contemporary ice sheet models is not completely realistic. In particular, treatment of basal sliding and/or deforming basal till, together with the longitudinal stresses involved, needs to be incorporated. Another key aspect, currently not well understood and therefore impossible to model with confidence, is the rate of iceberg calving. These are the key elements in defining the interactions between ice sheets, ice streams and ice shelves. These, together with changes of snow accumulation, are the most uncertain aspects of predicting changes in the ice sheets over the next decades to centuries, and need major improvement.

## References

**Alley**, R.B. and I.M. Whillans, 1991: Changes in the West Antarctic Ice Sheet. *Science*, **254**, 959–963.

**Alley**, R.B. and D.R. MacAyeal, 1994: West Antarctic ice sheet collapse: chimera or clear danger? *Antarctic Journal of the U. S.*, **28** (5), 59–60.397

**Ambach**, W. and M. Kuhn, 1989: Altitudinal shift of the equilibrium line in Greenland calculated from heat balance characteristics. In: *Glacier Fluctuations and Climatic Change*, J. Oerlemans (ed.), Kluwer, Dordrecht, pp 281–288.

**Ashkenazi**, V., R.M. Bingley, G.M. Whitmore and T.F. Baker, 1993: Monitoring changes in mean-sea-level to millimetres using GPS. *Geophys. Res. Lett.*, **20**(18), 1951–1954.

**Austin**, R.M., 1991: Modelling Holocene tides on the NW European continental shelf. *Terra Nova*, **3**, 276–288.

**Baker**, T.F., 1993: Absolute sea level measurements, climate change and vertical crustal movements. *Global Planet. Change*, **8**(3), 149–159.

**Barcillon**, V. and D.R. MacAyeal, 1993: Steady flow of a viscous ice stream across a no-slip/free-slip transition at the bed. *J. Glaciol.*, **39**, 167–185.

**Barnett**, T.P., 1984: The estimation of "global" sea level change: a problem of uniqueness. *J. Geophys. Res.*, **89** (C5), 7980–7988.

Bauer, A. 1968: Nouvelle estimation du bilan de masse de l'Inlandsis du Groenland. *Deep Sea Research* , **14**, 13–17.

Bentley, C.R. and M.B. Giovinetto, 1991: Mass balance of Antarctica and sea level change. In: *International Conference on the Role of the Polar Regions in Global Change: Proceedings of a Conference Held June 11–15, 1990 at the University of Alaska Fairbanks*, G. Weller, C.L. Wilson and B.A.B. Serverin (eds.), Geophysical Institute and Centre for Global Change and Arctic System Science, University of Alaska, Fairbanks, pp 481–488.

Bilham, R., 1991: Earthquakes and sea level: space and terrestrial metrology on a changing planet. *Rev. Geophys.*, **29**, 1–30.

Bilham, R. and S. Barrientos, 1991: Sea level rise and earthquakes. *Nature*, **350**, 386.

Bindschadler, R., 1982: A numerical model of temperate glacier flow applied to the quiescent phase of a surge-type glacier. *J. Glaciol.*, **28** (99), 239–265.

Bindschadler, R.A., 1985: Contribution of the Greenland ice cap to changing sea level: present and future. In: *Glaciers, Ice Sheets and Sea Level: Effects of a $CO_2$ -induced Climatic Change*. National Academy Press, Washington, pp 258–266.

Bintanja, R., 1995: The Antarctic Ice Sheet and Climate. Ph.D. Thesis, Utrecht University, 200pp.

Bintanja, R. and J. Oerlemans, 1995: The influence of the albedo-temperature feed-back on climate sensitivity. *Ann. Glaciol.*, **21**, 353–360.

Braithwaite, R.J. and O.B. Olesen, 1990: Increased ablation at the margin of the Greenland ice sheet under a greenhouse-effect climate. *Ann. Glaciol*, **14**, 20–22.

Broecker, W.S., D. Peteet and D. Rind, 1985: Does the ocean-atmosphere have more than one stable mode of operation? *Nature*, **315**, 21–25

Bromwich, D., 1995: Ice sheets and sea level. *Nature*, **373**, 18–19.

Bromwich, D.H., F.M. Robasky, R.A. Keen and J.F. Bolzan, 1993: Modeled variations of precipitation over the Greenland Ice Sheet. *J. Climate*, **6** (7),1253–1268.

Brown, C.S., M.F. Meier and A. Post, 1982: *Calving Speed of Alaska Tidewater Glaciers, With Application to Columbia Glacier*. Studies of Columbia Glacier, Alaska, Geological Survey Professional Paper 1258-C. Government Printing Office, Washington DC,13pp.

Budd, W.F. and I.N. Smith, 1985: The state of balance of the Antarctic ice sheet – an updated assessment 1984. In: *Glaciers, Ice Sheets and Sea Level: Effects of a $CO_2$-induced Climatic Change*. National Academy Press, Washington, pp. 172–177.

Budd, W.F. and I. Simmonds, 1991: The impact of global warming on the Antarctic mass balance and global sea level. In: *International Conference on the Role of the Polar Regions in Global Change: Proceedings of a Conference Held June 11–15, 1990 at the University of Alaska Fairbanks*, G. Weller, C.L. Wilson and B.A.B. Serverin (eds.), Geophysical Institute and Centre for Global Change and Arctic System Science, University of Alaska, Fairbanks, pp 489–494.

Burckle, L.H., 1993: Is there direct evidence for late Quaternary collapse of the West Antarctic ice sheet? *J. Glaciol.*, **39**, 491–494.

Cadèe, M., 1992: Numerieke modellering van de Groenlandse ijskap: de toepasbaarheid van een tweedimensionaal ijsstromingmodel. IMAU internal report, V92–10.

Carter, W.E. (ed.), 1994: *Report of the Surrey Workshop of the IAPSO Tide Gauge Bench Mark Fixing Committee*, 13–15 December 1993, Institute of Oceanographic Sciences Deacon Laboratory, Wormley, UK.

Carter, W.E., D.G. Aubrey, T.F. Baker, C. Boucher, C. Le Provost, D.T. Pugh, W.R. Peltier, M. Zumberge, R.H. Rapp, R.E. Schutz, K.O. Emery and D.B. Enfield, 1989: Geodetic fixing of tidegauge bench marks. *Woods Hole Oceanographic Institution Technical Report*, WHOI-89–31, 44pp.

Carter, W.E., G. Peter, G.S. Sasagawa, F.J. Klopping, K.A. Berstis, R.L. Hilt, P. Nelson, G.L. Christy, T.M. Niebauer, W.Hollander, H. Seeger, B. Richter, H. Wilmes and A. Lothammer, 1994: New gravity meter improves measurements, *EOS, Transactions,* American Geophysical Union, **75**(8), 90–92.

Chao, B. F., 1988, Excitation of the Earth's polar motion due to mass variations in major hydrological reservoirs. *J. Geophys. Res.*, **93**, B11,13811–13819.

Chao, B.F., 1994: Man-made lakes and sea level rise. *Nature*, **370**, 258.

Chelton, D.B. and R.E. Davis, 1982: Monthly mean sea level variability along the west coast of North America. *J. Phys. Oceanogr.*, **12**, 757–784.

Chelton, D.B. and D.B. Enfield, 1986: Ocean signals in tide gauge records, *J. Geophys. Res.*, **91**, 9081–9098.

Chen, J. and M. Funk, 1990: Mass balance of Rhonegletscher during 1882/83–1986/87. *J. Glaciol.*, **36**(123), 199–209.

Chen, J. and A. Ohmura, 1990: Estimation of alpine glacier water resources and their change since the 1870s. In: *Hydrology in Mountainous Regions. I – Hydrological Measurements; the Water Cycle, Proceedings of two Lausanne Symposia, August 1990*. IAHS Publication **193**, 127–135.

Cheney, R.E., L. Miller, R.W. Agreen and N.S. Doyle, 1994: TOPEX/POSEIDON: The 2-cm solution, *J. Geophys. Res.*, **99** (C12), 24555–24563.

Church, J.A., J.S. Godfrey, D.R. Jackett and T.J. McDougall, 1991: A model of sea level rise caused by ocean thermal expansion. *J. Climate*, **4**, 438–456.

Coles, S.G. and J.A. Tawn, 1990: Statistics of coastal flood prevention. *Phil. Trans. R. Soc. Lond.* A, **332**, 457–476.

Cubasch, U., K. Hasselmann, H. Höck, E. Maier-Reimer, U. Mikolajewicz, B.D. Santer, and R. Sausen, 1992: Time-dependent greenhouse warming computations with a coupled ocean-atmosphere model. *Clim. Dyn.*, **8**, 55–69.

Cubasch, U., B.D. Santer, A. Hellbach, G. Hegerl, H. Höck, E. Maier-Reimer, U. Mikolajewicz, A. Stössel and R. Voss, 1994a: Monte Carlo climate change forecasts with a global coupled ocean-atmosphere model. *Clim. Dyn.*, **10**, 1–19.

**Cubasch**, U., G.C. Hegerl, A. Hellbach, H. Höck, U. Mikolajewicz, B.D. Santer and R. Voss, 1994b: A climate change simulation starting from 1935. *Clim. Dyn.,* **11**, 71–84.

**Dawson**, A.G., D. Long and D.E. Smith, 1988: The Storegga Slides: evidence from eastern Scotland for a possible tsunami. *Mar. Geol.,* **82**, 271–276.

**de Mesquita**, A.R. and C.A.S. Franca, 1990: Checking the transference method for the mean and extreme sea values. *Ann. simp. Ecosis. P. Caldas, Est. Minas Geraisd.,* **1**, 30–41.

**de Wolde**, J.R., R. Bintanja and J. Oerlemans: 1995: On thermal expansion over the last hundred years. *J. Climate,* **8** (11), 2881–2891.

**Dickson**, R.R., J. Meincke, S-A. Malmberg and A.J. Lee, 1988: The "Great Salinity Anomaly" in the northern North Atlantic. *Progress in Oceanography,* **20** (2), 103–151.

**Dixon**, M.J. and J.A. Tawn, 1992: Trends in U.K. extreme sea levels: a spatial approach. *Geophys. J. Int.,* **111**, 607–616.

**Douglas**, B.C., 1991: Global sea level rise. *J. Geophys. Res.,* **96** (C4), 6981–6992.

**Douglas**, B.C., 1992: Global sea level acceleration. *J. Geophys. Res.,* **97**, C8, 12699–12706.

**Douglas**, B.C., 1995: Global sea level change: determination and interpretation. In: *Reviews of Geophysics, Supplement. U.S. National Report to International Union of Geodesy and Geophysics 1991–1994.* pp. 1425–1432.

**Douglas**, B.C., R.E. Cheney, L. Miller and R.W. Agreen, 1990: Greenland ice sheet: is it growing or shrinking? *Science,* **248**, 288–289.

**Drewry**, D. J. (ed), 1983: *Antarctic glaciological and geophysical folio.* Scott Polar Research Institute, Cambridge.

**Drewry**, D. and E. M. Morris, 1992: The response of large ice sheets to climatic change. *Phil. Trans. R. Soc. Lond.,* B , **338**, 235–242.

**Dyurgerov**, M., 1994: *Global Mass Balance Monitoring.* Report to U.S.A. Department of State, Institute of Geography of Russian Academy of Sciences.

**Dyurgerov**, M.B. and M.F. Meier, 1995: Year to year fluctuation in global mass balances of glaciers and their contribution to sea-level changes. *IUGG XXI Assembly Abstracts,* **B318**, American Geophysical Union.

**Eden**, H.F. (ed.), 1990: *Towards An Integrated System For Measuring Long Term Changes In Global Sea Level.* Report of a Workshop held at Woods Hole Oceanographic Institution, May 1990. Joint Oceanographic Institutions Inc. (JOI), Washington, DC, 178pp. & appendix.

**Ekman**, M., 1988: The world's longest continued series of sea level observations. *Pure and Applied Geophysics,* **127**, 73–77.

**Emery**, K.O. and D.G. Aubrey, 1991: *Sea Levels, Land Levels, and Tide Gauges.* Springer-Verlag, New York, 237pp.

**Enfield**, D.B. and J.S. Allen, 1980: On the structure and dynamics of monthly mean sea level anomalies along the Pacific coast of North and South America, *J. Phys. Oceanogr.,* **10**, 557–578.

**Fisher**, D.A. and R.M. Koerner, 1994: Signal and noise in four ice-core records from the Agassiz Ice Cap, Ellesmere Island, Canada: details of the last millennium for stable isotopes, melt, and solid conductivity. *Holocene,* **4** (2), 113–120.

**Flather**, R.A. and H. Khandker, 1993: The storm surge problem and possible effects of sea level changes on coastal flooding in the Bay of Bengal. In: *Climate and Sea Level Change: Observations, Projections and Implications,* R.A.Warrick, E.M. Barrow and T.M.L. Wigley (eds.) Cambridge University Press, Cambridge, pp 229–245.

**Flemming**, N.C., 1969: Archaeological evidence for eustatic change of sea level and earth movements in the western Mediterranean in the last 2,000 years. *Special Paper of the Geological Society of America,* **109**, 1–125.

**Flemming**, N.C., 1978: Holocene eustatic changes and coastal tectonics in the north east Mediterranean: implications for models of crustal consumption. *Phil. Trans. R. Soc. Lond.,* A, **289**, 405–458.

**Flemming**, N.C., 1993: Predictions of relative coastal sea level change in the Mediterranean based on archaeological, historical and tide-gauge data. In: *Climatic Change and the Mediterranean,* L. Jeftic, J.D. Milliman, G. Sestini (eds.), Edward Arnold, London, pp 247–281.

**Flemming**, N.C. and C.O. Webb, 1986: Regional patterns of coastal tectonics and eustatic change of sea level in the Mediterranean during the last 10,000 years derived from archaeological data. *Zeitschrift fur Geomorphologie,* December, Suppl – Bd62, 1–29.

**Fortuin**, J.P.G. and J. Oerlemans, 1990: Parameterization of the annual surface temperature and mass balance of Antarctica. *Ann. Glaciol.,* **14**, 78–84.

**Fortuin**, J.P.G. and J. Oerlemans, 1992: An axi-symmetric atmospheric model to simulate the mass balance and temperature distribution over the Antarctic ice sheet. *Z. Gletscherk. Glazialgeol.,* **26**, 31–56.

**Frassetto**, R. (ed.), 1991: *Impact of Sea Level Rise on Cities and Regions.* Proceedings of the First International Meeting "Cities on Water", Venice, December 11–13, 1989, Marsilio Editori, Venice, 238pp.

**Fu**, L.L., E.J. Christensen, C.A. Yamarone, M. Lefebvre, Y. Menard, M. Dorrer, and P. Escudier, 1994: TOPEX/POSEIDON mission overview. *J. Geophys. Res.,* **99** (C12), 24369–24381.

**Führböter**, A. and A. Toppe, 1991: Duration of storm tides at high water levels. In *Storm Surges, River Flow and Combined Effects.* International workshop, held 8–12 April 1991, Hamburg, Federal Republic of Germany. A contribution to the UNESCO-IHP project H-2–2. Unesco, Paris, pp 45–54.

**Gates**, W.L., J.F.B. Mitchell, G.J.Boer, U. Cubash and V.P. Meleshko, 1992: Climate modelling, climate prediction and model validation. In *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment,* J.T. Houghton, B. A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, pp.101–134.

**Genthon**, C., 1994: Antarctic climate modelling with general

circulation models of the atmosphere. *J. Geophys. Res.*, **99**, 12953–12961.

**Giovinetto**, M.B. and H.J. Zwally, 1995: Annual changes in sea ice extent and accumulation on ice sheets: implications for sea level variability. *Z. Gletscherk. Glazialgeol.*, (in press).

**Goldstein**, R.M., H. Engelhardt, B. Kamb and R.M. Frolich, 1993: Satellite radar interferometry for measuring ice sheet motion: application to an Antarctic ice stream. *Science*, **262**, 1525–1530.

**Golubev**, G.N. 1983: Economic activity, water resources and the environment: a challenge for hydrology. *Hydrol. Sci.*, **28**, 57–75.

**Gordon**, A.L., S. Zebiak and K. Bryan, 1992: Climate variability and the Atlantic Ocean. *EOS, Transactions*, American Geophysical Union, **73** (15).

**Gornitz**, V. 1995a: Sea level rise: a review of recent past and near-future trends. *Earth Surface Processes and Landforms*, **20**, 7–20.

**Gornitz**, V., 1995b: A comparison of differences between recent and late Holocene sea level trends from eastern North America and other selected regions. *Journal of Coastal Research, Special Issue. No.17, Holocene Cycles: Climate, Sea Levels and Sedimentation*, C.W. Finkl, Jr.(ed), pp. 287–297.

**Gornitz**, V. and S. Lebedeff, 1987: Global sea level changes during the past century. In: *Sea Level Change and Coastal Evolution*, D. Nummedal, O.H. Pilkey and J.D. Howard (eds.), Society for Economic Paleontologists and Mineralogists (SEPM Special Publication No.41), pp 3–16.

**Gornitz**, V. and L. Seeber, 1990: Vertical crustal motions along the East Coast, North America, from historic and Holocene sea level data. *Tectonophysics*, **178**, 127–150.

**Gornitz**, V. and A. Solow, 1991: Observations of long-term tide gauge records for indicators of accelerated sea level rise. In: *Greenhouse Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E.Schlesinger (ed.), Elsevier, Amsterdam, pp 347–367.

**Gornitz**, V., C. Rosenzweig and D. Hillel, 1994: Is sea level rising or falling? *Nature*, **37**, 481.

**Gregory**, J.M., 1993: Sea level changes under increasing atmospheric $CO_2$ in a transient coupled ocean-atmosphere GCM experiment. *J. Climate*, **6**, 2247–2262.

**Gröger**, M. and H.P. Plag, 1993: Estimations of a global sea level trend: limitations from the structure of the PSMSL global sea level data set. *Global Planet. Change*, **8**, 161–179.

**Haeberli**, W. and M. Hoelzle, 1995: Application of inventory data for estimating characteristics of and regional climate change effects on mountain glaciers – a pilot study with the European Alps. *Ann. Glaciol.*, **21**, 206–212.

**Harrison**, C. G. A., 1989: Rates of sea level change from ocean basin volume estimates. *EOS*, **70** (43), 1002.

**Harvey**, L.D.D., 1992: A two dimensional ocean model for long term climatic simulations: stability and coupling to atmosphere and sea ice models. *J. Geophys. Res.*, **97**, 9435–9453.

**Harvey**, L.D.D., 1994: Transient temperature and sea level

response of two-dimensional ocean-climate model to greenhouse gas increases. *J. Geophys. Res.*, **99**, 18447–18466

**Hasselmann**, K., R Sausen, E. Maier-Reimer and R. Voss, 1993: On the cold start problem with coupled ocean-atmosphere models. *Clim. Dyn.*, **9**, 53–61.

**Henderson-Sellers**, A., R.E. Dickinson, T.B. Durbridge, P.J. Kennedy, K. McGuffie and A.J. Pitman, 1993: Tropical deforestation: modeling local- to regional-scale climatic change. *J. Geophys. Res.*, **98**(D4), 7289–7315.

**Herterich**, K., 1987, On the flow within the transition zone between ice sheet and ice shelf. In: *Dynamics of the West Antarctic Ice Sheet*, C. J. van der Veen and J. Oerlemans (eds), Riedel, Dortrecht, pp 185–202.

**Herzfeld**, U.C., C.S. Lingle, L-H Lee, 1994: Recent advance of the grounding line of Lambert Glacier, Antarctica, deduced from satellite radar altimetry. *Ann. Glaciol.*, **20**, 43–47.

**Hofstede**, J.L.A. 1991: Sea level rise in the inner German Bight (Germany) since AD 600 and its implications upon tidal flats geomorphology. In: *Von der Nordsee bis zum Indischen Ozean*, H. Bruckner and U.Radtke (eds.), Franz Steiner, Stuttgart, pp. 11–27.

**Hoozemans**, M.J. and J. Wiersma, 1992: Is mean wave height in the North Sea increasing? *Hydro. J.*, **63**, 13–15.

**Huybrechts**, P., 1990: A 3-D model for the Antarctic ice sheet: a sensitivity study on the glacial-interglacial contrast. *Clim. Dyn.*, **5**, 79–92.

**Huybrechts**, P. 1994: The present evolution of the Greenland ice sheet: an assessment by modelling. *Global Planet. Change* **9**, 39–51.

**Huybrechts**, P., A. Letreguilly and N. Reeh, 1991: The Greenland ice sheet and greenhouse warming. *Paleogeography, Paleoclimatology, Paleoecology*, **89**, 79–92.

**IASH** (ICSI)/UNESCO, 1967: *Fluctuations of glaciers 1959–1965.* (vol. 1, P. Kasser, ed.). UNESCO, Paris.

**IAHS** (ICSI)/UNESCO, 1973: *Fluctuations of glaciers 1965–1970.* (vol. 2, P. Kasser, ed.). UNESCO, Paris.

**IAHS** (ICSI)/UNESCO, 1977: *Fluctuations of glaciers 1970–1975.* (vol. 3, F. Muller, ed.). UNESCO, Paris.

**IAHS** (ICSI)/UNESCO, 1985: *Fluctuations of glaciers 1975–1980.* (vol. 4, W. Haeberli, ed.). UNESCO, Paris.

**IAHS** (ICSI/UNEP/UNESCO, 1988: *Fluctuations of glaciers 1980–1985.* (vol. 5, W. Haeberli and P. Muller, ed.). UNESCO, Paris.

**IAHS** (ICSI/UNEP/UNESCO, 1989: *World glacier inventory – status 1988.* (W. Haeberli, H. Bosch. K. Scherler, G. 0strem, and C. C. Wallen, ed.). UNEP, Nairobi.

**IAHS** (ICSI/UNEP/UNESCO, 1993: *Fluctuations of glaciers 1985–1990.* (vol. 6, W. Haeberli and M. Hoelzle, ed.). UNESCO, Paris.

**IOC**(Intergovernmental Oceanographic Commission ), 1990: *Global Sea Level Observing System (GLOSS) Implementation Plan*. Intergovernmental Oceanographic Commission, Technical Series, No.35, 90p.

**IPCC** (Intergovernmental Panel on Climate Change), 1990:

*Climate Change: the IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, Houghton, J.T., B.A. Callander and S.K. Varney (eds.). Cambridge University Press, Cambridge, UK, 200p.

**Jacobs**, S.S., H.H. Helmer, C.S.M. Doake, A Jenkins and RM Frolich, 1992: Melting of ice shelves and the mass balance of Antarctica. *J. Glaciol.*, **38**(130), 375–387.

**Jóhannesson**, T., C. Raymond and E. Waddington, 1989: Timescale for adjustment of glaciers to changes in mass balance. *J. Glaciol.*, **35**(121), 355–369.

**Jóhannesson**, T., O. Sigurdsson, T. Lauman, and M. Kennett, 1995: Degree-day glacier mass balance modelling with applications to glaciers in Iceland, Norway, and Greenland. *J. Glaciol.*, **41**, No. 138, 345–358.

**Kapsner**, W.R., R.B. Alley, C.A. Shuman, S. Anandakrishnan and P.M. Grootes, 1995: Dominant influence of atmospheric circulation on snow accumulation in Greenland over the past 18,000 years. *Nature*, **373**, 52–54.

**Kelsey**, H.M., Engebretson, D.C., Mitchell, C.E., and R.L. Ticknor, 1994: Topographic form of the Coast Ranges of the Cascadia Margin in relation to coastal uplift rates and plate subduction. *J. Geophys. Res.*, **99**, 12,245–12,255.

**Klige**, R.K., 1982: Oceanic level fluctuations in the history of the earth. In: *Sea and Oceanic Level Fluctuations for 15,000 years*. Moscow, USSR Academy of Sciences, pp. 11–22.

**Koblinsky**, C.J., P. Gaspar and G. Lagerloef (eds.), 1992: *The future of space-borne altimetry: oceans and climate change. A long-term strategy.* Washington, DC: Joint Oceanographic Institutions Inc., 75p.

**Kock**, H., 1993: Height determinations along the EGIG line and in the GRIP area. *GGU Open File Series 93/5*, 68–70 (Rep. 3rd WS,, Mass balance and related topics of the Greenland ice sheet, Bremerhaven 1992).

**Koltermann**, K.P. and A. Sy, 1994. Western North Atlantic Cools at intermediate depths. *WOCE Newsletter*, **15**, 5–6.

**Komar**, P.D. and D.B. Enfield, 1987: Short-term sea level changes and coastal erosion. In: *Sea level Fluctuation and Coastal Evolution*, D. Nummedal, O.H. Pilkey and J.D. Howard (eds.), SEPM Spec. Publ. No. 41, pp. 17–27.

**Kostecka**, J.M. and I.M Whillans, 1988: Mass balance along two transects of the west side of the Greenland Ice Sheet. *J. Glaciol.*, **34**, 31–39.

**Kuhn**, M., 1981: Climate and glaciers. *Int. Assoc. Hydrol. Sci.*, **131**, 3–20.

**Kuhn**, M., 1985: Reactions of mid-latitude glacier mass balance to predicted climatic changes. In: *Glaciers, Ice Sheets, and Sea Level: Effects of a $CO_2$-Induced Climatic Change,* National Academy Press, Washington DC, pp.248–254.

**Kuhn**, M., 1993: Possible future contributions to sea level change from small glaciers. In: *Climate and Sea Level Change: Observations, Projections and Implications*. R.A. Warrick,

E.M. Barrow and T.M.L. Wigley (eds.), Cambridge University Press, Cambridge, pp. 134–143.

**Kuhn**, M., G. Kaser, G. Mark, H.P. Wagner and H. Schneider, 1979: *25 Jahre Massenhaushaltuntersuchen am Hintereisferner.* Universitat Innsbruk.

**Kushnir**, Y., 1994: Interdecadal variations in the North Atlantic sea surface temperature and associated atmospheric conditions, *J. Climate*, **7**, 141–157.

**Lachenbruch**, A. H. and B. V. Marshall, 1986: Changing climate: geothermal evidence from permafrost in the Alaskan Arctic. *Science*, **234**, 689–696.

**Lambeck**, K., 1990: Glacial rebound, sea level change and mantle viscosity. *Quart. J. R. Astron. Soc.*, **31**, 1–30.

**Latif**, M. and T.P. Barnett, 1994: Causes of decadal climate variability over the North Pacific and North America, *Science*, **266**, 634–637.

**Laumann**, T. and N. Reeh, 1993: Sensitivity to climate change of the mass balance of glaciers in southern Norway. *J. Glaciol.*, **39** (133), 656–665.

**Lavin**, A.M., 1993: Climatic changes in temperature and salinity in the subtropical North Atlantic, Msc Thesis, MIT, Cambridge, Mass.

**Lazier**, J. and R. Gershey, 1991: AR7W: Labrador sea line, *WOCE Newsletter 11*.

**Lestingant**, R., 1994: A two-dimensional finite-element study of flow in the transition zone between and ice sheet and an ice shelf. *Ann. Glaciol.*, **20**, 67–72.

**Levitus**, S., 1982: *Climatological Atlas of the World Ocean.* NOAA Professional Paper 13, U.S. Government Printing Office, Washington, DC, 177pp.

**Liestöl**, O., 1967: Storbreen glacier in Jotunheimen, Norway. *Norsk Polarinstitutt Skrifter* No. 141, 63p.

**Lingle**, C.S., A.C. Brenner and J.P. DiMarzio, 1991: Multi-year elevation changes near the west margin of the Greenland ice sheet from satellite radar altimetry. *International Conference on the Role of the Polar Regions in Global Change: Proceedings of a Conference Held June 11–15, 1990 at the University of Alaska Fairbanks*, G. Weller, C.L. Wilson and B.A.B. Serverin (eds.), Geophysical Institute and Centre for Global Change and Arctic System Science, University of Alaska, Fairbanks, pp. 35–42.

**MacAyeal**, D.R., 1992: Irregular oscillations of the West Antarctic ice sheet. *Nature*, **359**, 29–32.

**MacAyeal**, D.R., 1994: Binge/purge oscillations of the Laurentide Ice Sheet, a cause of the North Atlantic's Heinrich Events. *Paleoceanography*, **8**, 775–784.

**Macharet**, Y.Y., P.A. Cherkasov, and L.I. Bobrova, 1988: The thickness and volume of the Dzhungarsky Alatau glaciers from the data of airborne radio echo sounding (in Russian). *Materialy Glyatsiologischeskikh Issledovaniy*, **62**, 59–71.

**Mahaffy**, M.A.W., 1976: A numerical three-dimensional ice flow model. *J. Geophys. Res.*, **81**(6), 1059–1066.

**Mälzer**, H. and H. Seckel, 1975: Das geometrische Nivellement fber das Inlandeis – Höhenänderungen zwischen 1959 and

*Changes in Sea Level*

1968 im Ost-West-Profil der EGIG. *Z. Gletscherk. Glazialgeol.* **11**, 245–252.

Manabe, S. and R.J. Stouffer, 1993: Century-scale effects of increased atmospheric $CO_2$ on the ocean-atmosphere system. *Nature,* **364**, 215–218.

Manabe, S. and R.J. Stouffer, 1994: Multiple-Century response of a coupled ocean-atmosphere model to an increase of atmospheric carbon dioxide. *J. Climate,* **7**, 5–23.

Martin, S., 1978: Analyse et reconstitution de la série des bilans annuels du Glacier de Sarennes, sa relation avec les fluctuations du niveau de trois glaciers du Massif du Mont-Blanc (Bossons, Argentiére, Mer de Glace). *Z. Gletscherk. Glazialgeol.,* **13** (1/2), 127–153.

Maul, G.A. and K. Hanson, 1991: Interannual coherence between North Atlantic atmospheric surface pressure and composite southern U.S.A. sea level. *Geophys. Res. Lett.,* **18**, 653–656.

Maul, G.A. and D.M. Martin, 1993: Sea level rise at Key West, Florida, 1846–1992: America's longest instrument record? *Geophys. Res. Lett.,* **20**, 1955–1958.

Maul, G.A., D.A. Mayer and M. Bushnell, 1990, Statistical relationships between local sea level and weather with Florida-Bahamas Cable and Pegasus measurement of Florida Current volume transport, *J. Geophys. Res.,* **95**, C3, 3287– 3296.

McPhaden, M.J., 1993: TOGA-TAO and the 1991–93 El Niño-Southern Oscillation event. *Oceanography,* **6**, 36–44.

Meier, M.F., 1965: Glaciers and climate. In: *The Quaternary of the United States: A review of volume for the VIII Congress of the International Association for Quaternary Research.,* H. E. Wright Jr. and D. G. Frey (eds.), Princeton University Press. pp 795–805.

Meier, M.F., 1983: Snow and ice in a changing hydrological world. *Journal des hydrologiques,* **28**(1):3–22.

Meier, M.F., 1984: Contribution of small glaciers to global sea level. *Science,* **226**, 1418–1421.

Meier, M.F., 1985: Mass balance of the glaciers and small ice caps of the world. In: *Glaciers, Ice Sheets and Sea Level: Effects of a $CO_2$-induced Climatic Change,* National Academy Press, Washington, pp. 139–144.

Meier, M.F., 1990: Reduced rise in sea level. *Nature,* **343**, 115–116.

Meier, M.F., 1993: Ice, climate, and sea level; do we know what is happening? In: *Ice in the Climate System,* W.R. Peltier (ed.), NATO ASI Series I, Global Environmental Change, Vol. 12, Springer-Verlag, Heidelberg, pp. 141–160.

Meier, M.F, 1994: Columbia Glacier during rapid retreat: interactions between ice flow and iceberg calving dynamics. In: *Workshop on the calving rate of West Greenland glaciers in response to climate change,* N. Reeh (ed.), Danish Polar Centre, Copenhagen, pp 63–83.

Mikolajewicz, U., B.D. Santer and E. Maier-Reimer, 1990; Ocean response to greenhouse warming. *Nature,* **345**, 589–593.

Miller, L. and R. Cheney, 1990. Large-scale meridional transport in the Tropical Pacific Ocean during the 1986–1987 El Niño from Geosat, *J. Geophys. Res.,* **95**, C10, 17905–17919.

Mitchell, C.E., P. Vincent, R.J. Weldon, II and M.A. Richards, 1994: Present-day vertical deformation of the Cascadia margin, Pacific Northwest, United States. *J. Geophys. Res.,* **99**, 12257–12277.

Mitchell, J.F.B., R.A. Davis, W.J. Ingram and C.A. Senior, 1995: On surface temperature, greenhouse gases and aerosols: models and observations. *J.Climate,* **10**, 2364–2386

Mitrovica, J.X. and J.L. Davis, 1995: Present-day post-glacial sea level change far from the Late Pleistocene ice sheets: implications for recent analyses of tide gauge records. *Geophys. Res. Lett.* , **22**, 2529–2532.

Moeller, D., 1994: Das West-Ost-Profil der Internationalen Glaziologischen Groenland Expedition (EGIG). Rekonstruktion und Nachmessung. *Geowissenschaften* **12** (3), 80–82.

Mörner, N-A., 1973: Eustatic changes during the last 300 years. *Paleogeography, Paleoclimatology, Paleoecology,* **13**, 1–14.

Munk, W. 1989: Global ocean warming: detection by long-path acoustic travel times. *Oceanography,* **2**(2), 40–41.

Murphy, J.M., 1995: Transient response of the Hadley Centre coupled model to increasing carbon dioxide. Part III, analysis of global-mean response using simple models. *J.Climate,* **8**, 496–514.

Muszynski, I. and G.E. Birchfield, 1985: The dependence of antarctic accumulation rates on surface temperature and elevation. *Tellus,* **37A**, 204–208.

NASA, 1991, West Antarctic Ice Sheet Initiative, vol. 1: Science and Implementation Plan, R. A. Bindschadler (ed.), *NASA Conference Publication 3115.*

Nerem, R.S., 1995: Global mean sea level variations from TOPEX/POSEIDON altimeter data. *Science,* **268**, 708–710.

Oerlemans, J. and N. C. Hoogendoorn, 1989: Mass-balance gradients and climatic change. *J. Glaciol.,* **35**(121), 399–405.

Oerlemans, J. and J.P.F. Fortuin, 1992: Sensitivity of glaciers and small ice caps to greenhouse warming. *Science,* **258**, 115–117.

Oerlemans, J, R.S.W van de Wal and L.A. Conrads, 1991: A model for the surface balance of ice masses: Part II: application to the Greenland ice sheet. *Z. Gletscherk. Glazialgeol.* **27/28**, 85–96.

Ohmura, A. and N. Reeh, 1991: New precipitation and accumulation maps for Greenland. *J. Glaciol.,* **37** (125), 140–148.

Østrem, G. and M. Brugman, 1991: *Glacier Mass-Balance Measurements.* NHRI Science Report No 4. Saskatoon, National Hydrology Research Institute. 224 pp.

Parkinson, C.L. and R.A. Bindschadler, 1984: Response of Antarctic sea ice to uniform atmospheric temperature increases. In: *Climate Processes and Climate Sensitivity,* Geophysical Monograph 29, Maurice Ewing Vol. 5, AGU, pp. 254–264.

Peltier, W.R., 1994: Ice age paleotopography. *Science,* **265**, 195–201.

Peltier, W.R. and A.M. Tushingham, 1989: Global sea level rise and the greenhouse effect: might they be related? *Science,* **244**, 806–810.

Peltier, W.R. and A.M. Tushingham, 1991: Influence of glacial isostatic adjustment on tide gauge measurements of secular sea level change. *J. Geophys. Res.*, **96**, 6779–6796.

Pfeffer, W.T., M.F. Meier, and T.H. Illangasekare, 1991: Retention of Greenland runoff by refreezing: implications for projected future sea level change. *J. Geophys. Res.*, **96** (C12), 22117–22124.

Pirazzoli, P.A., 1977: Sea level relative variations in the world during the last 2000 years. *Zeitschrift fuer Geomorphologie*, **21** (3), 284–296.

Pirazzoli, P.A., 1991: Possible defences against a sea level rise in the Venice area, Italy. *J. Coastal Res.*, **7**(1), 231–248.

Pirazzoli, P.A., 1993. Global sea level changes and their measurement. *Global and Planetary Change*, **8**, 135–148.

Proctor, R. and L. Carter, 1989: Tidal and sedimentary response to the Late Quaternary closure and opening of Cook Strait, New Zealand: results from numerical modelling. *Paleoceanography*, **4**, 167–180.

Raper, S.C.B., T.M.L. Wigley and R.A. Warrick, 1996: Global sea level rise: past and future. In: *Rising sea level and subsiding coastal areas*, J.D. Milliman (ed.) Kluwer Academic Publishers, Dordrecht, 384 pp..

Read, J.F. and W.J. Gould, 1992: Cooling and freshening in the subpolar North Atlantic Ocean since the 1960s. *Nature*, **360**, 55–57.

Reeh, N., 1985: Greenland ice sheet mass balance and sea level change. In: *Glaciers, Ice Sheets and Sea Level: Effects of a $CO_2$ induced Climatic Change*. National Academy Press, Washington, pp 155–171.

Reeh, N., 1991: Parameterization of melt rate and surface temperature on the Greenland Ice Sheet. *Polarforschung*, **59**(3), 113–128.

Reeh, N., 1994: Calving from Greenland glaciers: observations, balance estimates of calving rates, calving laws. *Workshop on the calving rate of West Greenland glaciers in response to climate change*, Danish Polar Centre, Copenhagen, 171pp.

Reeh, N. and N. S. Gundestrup, 1986: Mass balance of the Greenland ice sheet at Dye 3. *J. Glaciol.*, **31**, 198–200.

Retzlaff, R. and C.R. Bentley, 1993: Timing of stagnation of Ice Stream C, West Antarctica, from short-pulse radar studies of buried surface crevasses. *Journal of Glaciology*, **39**, 553–561.

Rijkswaterstaat, 1986: Sea level rise: struggling with the rising water (In Dutch). Rijkswaterstaat, Netherlands, 148p. and figs.

Robin, G., 1986: Changing the sea level. In: *The Greenhouse Effect, Climate Change, and Ecosystems*., B. Bolin B.R. Doos, R.A. Warrick and J. Jaeger (eds.), John Wiley & SonsInc., Chichester, pp. 323–359.

Rodenburg, E., 1994: Man-made lakes and sea level rise. *Nature*, **370**, 258p.

Roemmich, D., 1985: Sea level and thermal variability of the ocean. In: *Glacier, Ice sheets and Sea level: Effects of a $CO_2$ induced Climatic Change*. National Academy Press, Washington, pp. 104–115.

Roemmich, D., 1992: Ocean warming and sea level rise along the southwest U.S. coast. *Science*, **257**, 273–275.

Rohde, H., 1980: Changes in sea level in the German Bight. *J. Geophys. R. Astron. Soc.*, **62**, 291–302.

Rogers, J.C., 1984: The association between the North Atlantic Oscillation and the Southern Oscillation in the Northern Hemisphere, *Mon. Weather. Rev.*, **112**, 1999.

Rusconi, A., 1993: The tidal observations in the Venice Lagoon – the variations in sea level observed in the last 120 years, In: *Sea Level Changes and Their Consequences for Hydrology and Water Management. International workshop*, 19–23 April 1993, Noordwijkerhout, Netherlands. Koblenz: Bundesanstalt fur Gewasserkunde, IHP/OHP Secretariat, pp. 115–132.

Sahagian, D.L., F.W., Schwartz, and D.K. Jacobs, 1994: Direct anthropogenic contributions to sea level rise in the twentieth century. *Nature*, **367**, 54–56.

Salinger, M.J., R. Allan, N. Bindoff, J. Hannah, B. Lavery, Z. Lin, J. Lindesay, N. Nicholls, N. Plummer and S. Torok, 1996: Observed variability and changes in climate and sea level in Oceania. In: *Greenhouse '94*, G. Pearman and M. Manning (eds.), CSIRO Press, Melbourne (in press).

Scherer, R.P., 1991: Quaternary and Tertiary microfossils from beneath Ice Stream B: evidence for a dynamic West Antarctic ice sheet history. *Paleogeography, Paleoclimatology. Paleoecology*, **90**(4), 395–412.

Schmidt, H., 1991: On the variation of the geostrophic wind from 1876 to 1989 in the German Bight and on other meteorological parameters. In: *Storm Surges, River Flow and Combined Effects*. International workshop, held 8–12 April 1991, Hamburg, Federal Republic of Germany. A contribution to the UNESCO-IHP project H-2–2, Paris: UNESCO, pp9–17.

Schmidt, H. and H. von Storch. 1993: German Bight storms analysed. *Nature*, **365**, 791p.

Schwitter, M.P. and C.F. Raymond. 1993: Changes in the longitudinal profiles of glaciers during advance and retreat. *J. Glaciol.*, **39** (133), 582–590.

Scott, D.B. and D.A. Greenberg, 1983: Relative sea level rise and tidal developments in the Fundy tidal system. *Canadian Journal of Earth Sciences*, **20**, 1554–1564.

Seckel, H, 1977: Hohenanderung im Gronlandischen Inlandeis zwischen 1959 und 1968. *Meddelelser om Gronland*, **187**(4), 58p.

Semtner, A.J., 1994: The future of global modelling within WOCE. *WOCE Note*, 6, 2, 2–3.

Shennan, I. and P.L. Woodworth, 1992: A comparison of late Holocene and twentieth-century sea level trends from the UK and North Sea region. *J. Geophys. Int.*, **109**, 96–105.

Shiklomonov, I.A., 1993: World fresh water resources. In: *Water in crisis – a guide to the world's freshwater resources*, P.H. Gleick (ed.), Oxford University Press, New York, pp.13–24.

Simmonds, I., 1990: Improvements in general circulation performance in simulating Antarctic climate. *Antarctic Science*, **2**, 287–300.

Simon, B., 1994: Statistique des niveaux marins extremes le long des cotes de France. SHOM, Rapport d'etude, 78p.

Spencer, N.E., 1992: Joint IAPSO-IOC workshop on sea level

measurements and quality control, Paris, 12–13 October 1992. *Intergovernmental Oceanographic Commission Workshop Report No.81,* 167p.

Spencer, N.E. and P.L. Woodworth, 1993: *Data holdings of the Permanent Service for Mean Sea Level (November 1993).* Bidston, Birkenhead: Permanent Service for Mean Sea Level, 81p.

Spencer, R. and J.M. Vassie, 1985: Comparison of sea-level measurements obtained from deep pressure sensors, In: *Advances in Underwater Technology and Offshore Engineering, Volume 4, Evaluation, Comparison and Calibration of Oceanographic Instruments,* Graham and Trotman Ltd., for SUT, London, pp. 183–207.

Stroeven, A., R. van de Wal and H. Oerlemans, 1989: Historic front variations of the Rhone Glacier: simulation with an ice flow model. In: *Glacier Fluctuations and Climatic Change.* H. Oerlemans (eds.), Kluwer Academic Publishers, Dordrecht, pp. 391–405.

Sturges, W.E., 1987: Large-scale coherence of sea level at very low frequencies. *J. Phys. Oceanogr.,* **17,** 2084–2094.

Sturges, W. and B.G. Hong, 1995: Wind forcing of the Atlantic thermocline along 32 °N at low frequencies. *J. Phys. Oceanogr.,* **25,** 1706–1715.

Tangborn, W., 1980: Two models for estimating climate-glacier relationships in the north Cascades, Washington, U.S.A. *J. Glaciol.,* **25**(91), 3–21.

Tanner, W.F., 1992: 3000 years of sea level change. *Bull. Am. Met. Soc.,* **73,** 297–303.

Tawn, J.A. and J.M. Vassie, 1991: Recent improvements in the joint probability method for estimating extreme sea levels. In: *Tidal Hydrodynamics,* B.B.Parker (ed.), John Wiley and Sons , NY, pp. 813–828.

Thomas, R.H., 1973: The creep of ice shelves: Theory. *J. Glaciol.,* **3,** 38–42.

Thomas, R.H., 1985: Responses of the polar ice sheets to climatic warming. In: *Glaciers, Ice Sheets and Sea Level: Effects of a $CO_2$-induced Climatic Change,* National Academy Press, Washington, pp. 301–316.

Thomson, R.E. and S. Tabata, 1987: Steric height trends of ocean station PAPA in the northeast Pacific Ocean. *Marine Geodesy,* **11,** 103–113.

Thorarinsson, S., 1940: Present glacier shrinkage and eustatic changes of sea level. *Geografiska Annaler,* **22,** 131–159.

Titus, J.G. and V. Narrayanan, 1995: *The Probability of Sea Level Rise.* U.S. Environmental Protection Agency, Office of Policy, Planning, and Evaluation, Climate Change Division. EPA 230-R-95-008. EPA, Washington, D.C., 186p.

Titus, J.G. and V. Narrayanan, 1996: The risk of sea level rise: a Delphic Monte-Carlo analysis in which twenty researchers specify subjective probability distributions for model coefficients within their respective areas of expertise.*Clim. Change* (in press).

Trabant, D.C. and L.R. Mayo, 1985: Estimation and effects of internal accumulation on five glaciers in Alaska. *Annals of Glaciology,* **6,** 113–117.

Trupin, A. and J. Wahr, 1990: Spectroscopic analysis of global tide gauge sea level data. *Geophys. J. Intern.* **100,** 441–453.

Trupin, A.S., M.F. Meier and J.M. Wahr, 1992: Effect of melting glaciers on the Earth's rotation and gravitational field: 1965–1984. *Geophys. J. Intern.,* **108,** 1–15.

Tsimplis, M.N., R.A. Flather and J.M. Vassie, 1994: The North Sea pole tide described through a tide-surge numerical model. *Geophys. Res. Lett.,* **21**(6), 449–452.

Tushingham, A.M. and W.R. Peltier, 1991: ICE-3G: a new global model of late Pleistocene deglaciation based upon geophysical predictions of post glacial relative sea level change. *J. Geophys. Res.,* **96,** 4497–4523.

van der Veen, C.J., 1985: Response of a marine ice sheet to changes at the grounding line. *Quat. Res.,* **42,** 257–267.

van de Wal, R.S.W. and J. Oerlemans, 1994: An energy balance model for the Greenland ice sheet. *Global PlanetChange,* **9,** 115–131.

Varekamp, J.C., E. Thomas and O. Van de Plassche, 1992: Relative sea level rise and climate change over the last 1500 years. *Terra Nova,* **4,** 293–304.

Wagner, C.A., R.E. Cheney, L. Miller, C.K. Tai, N.S. Doyle and J.L. Lillibridge, 1994, Global sea level change from altimetry, *EOS,* **75** (44), 56p.

Wagner, C.A. and D.C. McAdoo, 1986: Time variations in the Earth's gravity field detectable with Geopotential Research Mission intersatellite tracking. *J. Geophys. Res,* **91**(B8), 8373–8386.

Walters, R.A. and M.F. Meier, 1989: Variability of glacier mass balances in western North America. In: *Aspects of Climate Variability in the Pacific and Western Americas, Geophysical Monograph 55,* D.H. Peterson (ed.), American Geophysical Union, pp. 365–281.

Warrick, R.A. and J. Oerlemans, 1990: Sea Level Rise, In: *Climate Change, The IPCC Assessment,* J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 257–281.

Weertman, J., 1974: Stability of the junction of an ice sheet and an ice shelf, *J. Glaciol.,* **13,** 3–11.

Weidick A., 1984: Review of glacier changes in West Greenland. *Z. Gletscherk. Glazialgeol.,* **21,** 301–309.

Weidick, A., 1995: Greenland, In: *Satellite Image Atlas of Glaciers of the World,* R.S. Williams, Jr. and J.G. Ferrigno (eds.), U.S. Geological Survey Professional Paper 1386-C, 141pp.

Whillans, I.M., 1976: Radio-echo layers and the recent stability of the West Antarctic ice sheet. *Nature,* **264,** 152–155.

Whitworth, T., III and R.G. Peterson, 1985: Volume transport of the Antarctic Circumpolar Current from bottom pressure measurements. *J. Phys.Oceanogr.,* **15,** 810–816.

Wigley, T.M.L., 1995: Global-mean temperature and sea level consequences of greenhouse gas concentration stabilization. *Geophys. Res. Lett.,* **22,** 45–48.

Wigley, T.M.L. and S.C.B. Raper, 1987: Thermal expansion of sea level associated with global warming. *Nature,* **330,** 127–131.

**Wigley**, T.M.L. and S.C.B. Raper, 1992: Implications for climate and sea level of revised IPCC emissions scenarios. *Nature*, **357**, 293–300.

**Wigley**, T.M.L. and S.C.B. Raper, 1993: Future changes in global mean temperature and sea level. In: *Climate and Sea Level: Observations, Projections and Implications*. R.A. Warrick, E.M. Barrow and T.M.L. Wigley (eds.), Cambridge University Press, Cambridge, pp. 111–133.

**Wigley**, T.M.L. and S.C.B. Raper, 1995: An heuristic model for sea level rise due to the melting of small glaciers. *Geophys. Res. Lett.*, **22**, 2749–2752.

**Wigley**, T.M.L., A. Hall, S.C.B. Raper and R.A. Warrick, 1996: Past sea level rise from glaciers based on a regional degree-day model. *J. Geophys. Res.* (submitted).

**Wimbush**, M. 1990: Inferring sea level variation from acoustic travel time and bottom pressure measurements. In: *Towards an Integrated System for Measuring Long Term Changes in Global Sea Level*, H.F. Eden (ed.). Report of a workshop held at Woods Hole Oceanographic Institution, May 1990, Joint Oceanographic Institutions Inc. (JOI), Washington, DC, pp. 147–153.

**Woodworth**, P.L., 1990: A search for accelerations in records of European mean sea level. *Int. Journal. Climatol.*, **10**, 129–143.

**Woodworth**, P.L., 1991: The Permanent Service for Mean Sea Level and the Global Sea Level Observing System. *Journal of Coastal Research*, **7**, 699–710.

**Woodworth**, P.L. 1993: A review of recent sea-level research. *Oceanography and Marine Biology. An Annual Review*, **31**, 87–109.

**Wyrtki**, K., 1979: The response of sea level surface topography to the 1976 El Niño. *J. Phys. Oceanogr*, **9**, 1223–1231.

**Wyrtki**, K., 1985: Water displacements in the Pacific and the genesis of El Niño. *J. Geophys. Res.* **90**, 7129–7132.

**Zwally**, H.J., A.C. Brenner, J.A. Major, R.A. Bindschadler and J.G. Marsh (1989): Growth of the Greenland Ice Sheet: Measurement. *Science*, **246**, 1587–1589.

**Zwally**, H.J. , A.C. Brenner, J.A. Major, R.A. Bindschadler and J.G. Marsh, 1990: Greenland Ice Sheet: is it growing or shrinking? – Response. *Science*, **248**, 288–289.

# 8

# Detection of Climate Change and Attribution of Causes

B.D. SANTER, T.M.L. WIGLEY, T.P. BARNETT, E. ANYAMBA

Contributors:
*P. Bloomfield, E.R. Cook, C. Covey, T.J. Crowley, T. Delworth, W.L. Gates,*
*N.E. Graham, J.M. Gregory, J.E. Hansen, K. Hasselmann, G.C. Hegerl,*
*T.C. Johns, P.D. Jones, T.R. Karl, D.J. Karoly, H.S. Kheshgi, M.C. MacCracken,*
*K. Maskell, G.A. Meehl, J.F.B. Mitchell, J.M. Murphy, N. Nicholls, G.R. North,*
*M. Oppenheimer, J.E. Penner, S.B. Power, A. Robock, J.L. Santer, C.A. Senior,*
*K.E. Taylor, S. Tett, F.W. Zwiers*

# CONTENTS

**Summary**                                                      411

**8.1 Introduction**                                              413
  8.1.1 The Meaning of "Detection" and "Attribution"   413
  8.1.2 Types of Climate-Change Detection Studies        413
    8.1.2.1 Stage 1 studies                   414
    8.1.2.2 Stage 2 studies                   414
    8.1.2.3 Stage 3 studies                   415
    8.1.2.4 Stage 4 studies                   415
  8.1.3 Progress Since IPCC (1990)                      415

**8.2 Uncertainties in Model Projections of
Anthropogenic Change**                                           416
  8.2.1 Errors in Simulating Current Climate in
Uncoupled and Coupled Models                                     416
  8.2.2 Inadequate Representation of Feedbacks           416
  8.2.3 Flux Correction Problems                        417
  8.2.4 Signal Estimation Problems                      417
  8.2.5 "Missing Forcing" and Uncertainties in
Space-Time Evolution of Forcing                                  417
  8.2.6 Cold-Start Effect                               418

**8.3 Uncertainties in Estimating Natural Variability**          418
  8.3.1 From Instrumental Data                          418
  8.3.2 From Palaeoclimatic Records                     419
  8.3.3 From Numerical Models                           419
    8.3.3.1 Energy balance models             419
    8.3.3.2 Stochastically forced ocean models 419
    8.3.3.3 Fully coupled atmosphere-ocean general
circulation models                                               420

**8.4 Evaluation of Recent Studies to Detect and
Attribute Climate Change**                                       421
  8.4.1 Studies of Changes in Global Mean Variables     421
    8.4.1.1 Studies to detect change in observed data 422
    8.4.1.2 Comparisons of model results and
observed data                                                    423
    8.4.1.3 Empirical estimation of the sensitivity of
climate to forcing                                               423
  8.4.2 Studies of Modelled and Observed Spatial
and Temporal Patterns of Change                                  424
    8.4.2.1 Greenhouse gas signals            425
    8.4.2.2 Anthropogenic sulphate aerosol signals 430
    8.4.2.3 Combined $CO_2$ and sulphate aerosol
signals                                                          431
  8.4.3 Studies of Spatial and Temporal Patterns of
Change in Model Data Only                                        434

**8.5 Qualitative Consistency Between Model
Predictions and Observations**                                   435
  8.5.1 Introduction                                    435
  8.5.2 Global Mean Temperature and Surface
Temperature Patterns                                             437
  8.5.3 Diurnal Temperature Range                       437
  8.5.4 Changes in Phase of Annual Temperature Cycle    437
  8.5.5 Possible Inconsistencies between Modelled and
Satellite-Derived Temperature Trends                             438

**8.6 When Will an Anthropogenic Effect on Climate
be Identified?**                                                 438

**References**                                                   439

# SUMMARY

Since the 1990 IPCC Scientific Assessment considerable progress has been made in attempts to identify an anthropogenic effect on climate. The first area of significant advance is that model experiments are now starting to incorporate the possible climatic effects of human-induced changes in sulphate aerosols and stratospheric ozone. The inclusion of these factors has modified in important ways the picture of how climate might respond to human influences. Thus, the potential climate change "signal" due to human activities is now better defined, although important signal uncertainties still remain.

The second area of progress is in better defining the background natural variability of the climate system, a crucial aspect of the detection problem. "Detection of change" is the process of demonstrating that an observed change in climate is highly unusual in a statistical sense. This requires distinguishing any human effects on climate from the background "noise" of climate fluctuations that are entirely natural in origin. Such natural fluctuations can be either purely internal or externally driven, for example by changes in solar variability or the volcanic dust loading of the atmosphere. "Total" natural variability includes both internal and externally forced components. Estimating either component of natural climatic noise from observed data is a difficult problem. Recent multi-century model experiments that assume no human-induced changes in anthropogenic forcings have provided important information about the possible characteristics of the internal component of total natural variability. However, large uncertainties still apply to current estimates of the magnitude and patterns of natural climate variability, particularly on the decadal- to century-time-scales that are crucial to the detection problem.

The third area of progress is in the application of pattern-based methods in attempts to *attribute* some part of the observed changes in climate to human activities: i.e., to establish a cause-effect relationship. Most studies that have attempted to detect an anthropogenic effect on climate have used changes in global mean, annually averaged temperature. These investigations have compared observed changes over the past 10–100 years with estimates of internal or total natural variability noise derived from palaeodata, climate models, or statistical models fitted to observations. The majority of these studies show that the observed change in global mean, annually averaged temperature over the last century is unlikely to be due entirely to natural fluctuations of the climate system.

Although these global mean results suggest that there is some anthropogenic component in the observed temperature record, they cannot be considered as compelling evidence of a clear cause-and-effect link between anthropogenic forcing and changes in the Earth's surface temperature. It is difficult to achieve attribution of all or part of a climate change to a specific cause or causes using global mean changes only. The difficulties arise due to uncertainties in natural internal variability and in the histories and magnitudes of natural and human-induced climate forcings, so that many possible forcing combinations could yield the same curve of observed global mean temperature change.

To better address the attribution problem, a number of recent studies have compared observations with the spatial *patterns* of temperature-change predicted by models in response to anthropogenic forcing. The argument underlying pattern-based approaches is that different forcing mechanisms have different patterns of response or characteristic "fingerprints", particularly if the response is considered in three or even four dimensions (e.g., temperature changes as a function of latitude, longitude, height and time). Thus, a good match between observed and modelled multi-dimensional patterns of climate change increases the likelihood that the "cause" (forcing change) used in the model experiment is in fact responsible for producing the observed effect.

Several recent studies have compared observed patterns of temperature change with model patterns from simulations with simultaneous changes in carbon dioxide ($CO_2$) and anthropogenic sulphate aerosols. These comparisons have been made both at the Earth's surface

and in vertical sections through the atmosphere. The results of these studies rest mainly on pattern similarities at the largest spatial scales, for which model predictions are most reliable: for example at the scale of temperature differences between hemispheres, land and ocean, or the troposphere and stratosphere. While there are concerns regarding the relatively simple treatment of aerosol effects in model experiments that attempt to define an anthropogenic signal, *all* such pattern comparison studies show significant correspondences between the observations and model predictions. The pattern correspondences increase with time, as one would expect as an anthropogenic signal increases in strength. Pattern correspondences using combined $CO_2$+aerosol signals are generally higher than those obtained if model predictions are based on changes in $CO_2$ alone. Furthermore, the probability is very low that these correspondences could occur by chance as a result of natural internal variability. The vertical patterns of change are also inconsistent with the response patterns expected for solar and volcanic forcing. Increasing confidence in the emerging identification of a human-induced effect on climate comes primarily from such pattern-based work.

In addition to these quantitative studies, there are areas of qualitative agreement between observations and those model predictions that either include aerosol effects or do not depend critically on their inclusion. Model and observed commonalities in which we have most confidence, but which have not been looked at in detailed detection studies, include reduction in diurnal temperature range, sea level rise, high latitude precipitation increases, and water vapour and evaporation increases over tropical oceans.

Viewed as a whole, these results indicate that the observed trend in global mean temperature over the past 100 years is unlikely to be entirely natural in origin. More importantly, there is evidence of an emerging pattern of climate response to forcings by greenhouse gases and sulphate aerosols in the observed climate record. This evidence comes from the geographical, seasonal and vertical patterns of temperature change. Taken together, these results point towards a human influence on global climate. Our ability to quantify the magnitude of this effect is presently limited by uncertainties in key factors, such as the magnitude of longer-term natural variability and the time-evolving patterns of forcing and response to changes in greenhouse gases, aerosols and other human factors.

## 8.1 Introduction

### 8.1.1 The Meaning of "Detection" and "Attribution"

The purpose of this chapter is to review work carried out over the last five years that has attempted to detect a statistically significant change in the global climate system, and attribute at least part of that change to anthropogenic factors.

The detection problem arises because any climate-change "signal" due to anthropogenic influences (such as changes in the emissions of greenhouse gases) is superimposed on the background "noise" of natural climate variability, which may partly or wholly mask the signal. Natural climate variability has both internal and external components. The internal component is due solely to interactions within the coupled atmosphere-ocean-ice-land-biosphere system. The external component is primarily caused by natural changes in the Sun's output or in the volcanic aerosol loading of the atmosphere. Because of these natural internal and external processes, climate is always changing for reasons that are unrelated to human activities. A change in climate is judged to be "significant" if it is unusual relative to the changes expected to result from natural variability.

Detection of a significant change is thus by nature a statistical problem. A standard approach is to try to disprove the statistical "null" hypothesis that an observed change in climate can be explained by natural variability. If the null hypothesis is rejected, we say that we have detected a climate change at a particular significance level.

This does not yet identify the cause of the climate change, which is the attribution problem. Cause and effect are generally investigated by carrying out a series of experiments in which the response of a system to different causes is studied systematically. Such controlled experiments cannot be carried out using the real climate system: we have only one Earth, and only one observed evolution of the climate system. Furthermore, our experimentation with the real Earth's climate is not being done in any systematic way: we are varying a number of "causes" simultaneously (e.g., by changing land surface properties, concentrations of atmospheric greenhouse gases, and anthropogenic aerosols), rather than changing an individual cause, observing a climate response, and then varying the next cause.

Experimentation therefore requires the use of numerical models. The attribution of a detected climate change to a particular causal mechanism involves tests of competing hypotheses. By carrying out model simulations, we can determine the signals for different hypothesised causes (acting either individually or in combination) and compare these with observed changes. Unique attribution of a detected "significant" climate change to human activities requires the consideration and elimination of all other plausible non-anthropogenic mechanisms.

This is clearly a very difficult task, since there are large uncertainties in defining all possible "natural" climate-change signals. Attribution, therefore, can never be "certain" in a purely statistical sense: we can state only that the available observations are consistent or inconsistent with a postulated hypothesis at a given confidence level. The claimed statistical detection of an anthropogenic signal in the observations must always be accompanied by the caveat that other explanations for the detected climate-change signal cannot be ruled out completely. There is, however, an important distinction between achieving "practically meaningful" and "statistically unambiguous" attribution. This distinction rests on the fact that scientists and policymakers have different perceptions of risk. While a scientist might require decades in order to reduce the risk of making an erroneous decision on climate change attribution to an acceptably low level (say 1–5%), a policymaker must often make decisions without the benefit of waiting decades for near-statistical certainty.

In summary, "detection of change" is the process of demonstrating that an observed change in climate is highly unusual in a statistical sense, but does not provide a reason for the change. "Attribution" is the process of establishing cause and effect, i.e., that changes in anthropogenic emissions are required in order to explain satisfactorily the observed change in climate. Unambiguous attribution is feasible only in the sense of demonstrating that the observed change is consistent or inconsistent with the climate responses to a given set of external forcing mechanisms.

Statements regarding the detection and attribution of an anthropogenic effect on climate are inherently probabilistic in nature. They do not have simple "yes-or-no" answers. The probability of successful detection of significant climate change will be given in a range rather than as a discrete value. The width of this range depends on uncertainties in model predictions of anthropogenic change (Section 8.2) and on uncertainties in estimating natural variability (Section 8.3). A probability range for successful attribution of the detected changes to human effects will be more difficult to define.

### 8.1.2 Types of Climate-Change Detection Studies

There is a hierarchy of settings in which researchers have attempted to identify an anthropogenic effect on climate.

This hierarchy can be conveniently organised in terms of the spatial and temporal detail considered in comparing observed climate changes with those predicted by some physically based model (e.g., in response to increasing greenhouse gases).

### 8.1.2.1 *Stage 1 studies*

At the base of the hierarchy are studies that deal with the largest spatial scales, relatively coarse temporal information, and a single variable only. Stage 1 studies exist in a variety of different types (see Section 8.4.1). All such studies to date deal with global or hemispheric mean data for a single variable only, usually annually averaged near-surface temperature.

Stage 1 studies consider whether the observed change in global mean temperature over some period of time (generally the last century or so) is unusual in a statistical sense. To define "unusual" requires some "baseline" or "yardstick" of usual behaviour. It is difficult to make direct use of the recent observed data themselves, since signal and noise are intertwined in a complex way. The yardstick most frequently applied is internally generated natural variability, either as simulated by some physically based model (e.g., Wigley *et al.*, 1989; Wigley and Raper, 1990, 1991a,b; Stouffer *et al.*, 1994), or as derived from a statistical model fitted to observations (e.g., Karl *et al.*, 1991a; Bloomfield and Nychka, 1992; Woodward and Gray, 1993, 1995). The observed global mean change is deemed to be significant when it is judged highly unlikely to have resulted from internally generated natural variability alone.

Most of the recent work in the detection field has been this type of "Stage 1" study. A number of these investigations (both pre- and post-IPCC (1990)) have claimed the detection of a highly significant change in observed global mean temperature over the last 100 years. However, none of these studies has convincingly demonstrated that this change can be uniquely attributed to anthropogenic influences (see Section 8.4.1).

### 8.1.2.2 *Stage 2 studies*

Stage 2 studies again involve a single variable, but now compare model and observed *patterns* of change, generally for temperature. The patterns of change may be defined at many locations on the Earth's surface (Barnett and Schlesinger, 1987; Santer *et al.*, 1993, 1995a; Karl *et al.*, 1995a; Hegerl *et al.*, 1996), in a vertical section through the atmosphere (Karoly *et al.*, 1994; Santer *et al.*, 1995b), or even in three spatial dimensions (Barnett and Schlesinger, 1987). Often the model signal pattern has no information on time development, and is either taken from

an equilibrium response experiment or consists of a time-averaged "snapshot" from a transient response experiment. In some cases the time-dependent information is contained in a pattern of linear trends (Hasselmann *et al.*, 1995; Karl *et al.*, 1995a; Hegerl *et al.*, 1996). The observed data always have information on the time evolution of patterns.

The next step is to compute some statistical measure of the similarity between the modelled and observed patterns of change. The problem is then to determine whether changes in this statistic with time are large relative to changes obtained in the absence of any external forcing. As in Stage 1 studies, various yardsticks are used to arrive at a probability level for detection of the predicted signal in the observed data.

Detection of a significant observed change in a Stage 2 study generally implies that even hemispheric- or sub-continental-scale features of observed and model-predicted patterns of change show a level of time-increasing agreement well beyond that expected due to natural variability alone[1]. If such a pattern correspondence were observed for a particular hypothesised set of causal factors, then (because this requires simultaneous agreement in a number of spatially separated regions) it is less likely that similar agreement could be obtained for a different set of causal factors. Nevertheless, to claim attribution convincingly still requires that alternative non-anthropogenic explanations for the observed changes be tested in a rigorous way, as described in Section 8.1.1.

In a purely subjective sense, however, a scientist would probably feel more confidence in the attribution of observed changes to a specific cause or causes after "successful detection" in a Stage 2 study than in a Stage 1 study. The justification for this line of thinking is the implicit assumption that different "causes" have different climate response patterns. This need not be the case, however. For example, some evidence suggests that the patterns of surface temperature change due to solar forcing and $CO_2$ doubling may be similar, since both climate forcings operate via similar feedback mechanisms, and these feedbacks dictate the spatial character of the response (Wigley and Jones, 1981; Hansen *et al.*, 1984). Yet the detailed *three-dimensional* structure of the thermal response to these two different forcings may well be different (e.g., Wetherald and Manabe, 1975). In the case of combined forcing by $CO_2$ and anthropogenic sulphate aerosols, it is unlikely that the spatially distinctive surface temperature response could be produced by other causes.

---

[1] Except in cases where it can be shown that the pattern correspondence statistic largely provides information on global mean changes.

### 8.1.2.3 Stage 3 studies

Like Stage 2 studies, these investigations also involve the two- or three-dimensional signal pattern for a single climate variable. The difference is that the signal is optimised in some way before it is searched for in the observed data (Hasselmann, 1979, 1993; Bell, 1982; North *et al.*, 1995; North and Kim, 1995). Optimisation involves filtering the observed data in order to suppress components that are similar to model-estimated natural variability noise, thus making the signal more easily detectable. This filtering may be in space only, or in both space and time. The modified signal is often referred to as an "optimal fingerprint". Spatial filtering has been used in two recent detection studies (Hasselmann *et al.*, 1995; Hegerl *et al.*, 1996), while full space-time filtering still awaits a first practical application in climate-change detection studies.

### 8.1.2.4 Stage 4 studies

Stage 4 studies differ from the earlier categories in their use of a number of climate variables simultaneously. Thus the searched-for anthropogenic signal in a Stage 4 investigation might consist of patterns of change in surface air temperature, precipitable water, diurnal temperature range, etc. Each variable would be defined in at least two (and possibly three or four) dimensions. The individual components of this multi-variable "fingerprint" might be decided upon by preliminary analysis of the signal-to-noise properties of a wide range of climate variables in model data (see Section 8.4.3). At Stage 4, "successful detection" would mean that the multi-variate, space-time varying climate-change signal from a model experiment forced with transient increases in anthropogenic emissions was in good accord with available observations. To date, only one attempt has been made to use a full multi-dimensional and multi-variable description of signal and noise in a climate-change detection study (Barnett and Schlesinger, 1987).

### 8.1.3 Progress Since IPCC (1990)

Scientific understanding of the detection and attribution problem has improved markedly since IPCC (1990). We now have:

- more relevant model simulations for the definition of an anthropogenic climate change signal;
- more relevant simulations for the estimation of natural internal variability, and initial estimates from palaeoclimatic data of total natural variability on global or hemispheric scales;
- more powerful statistical methods for detection of anthropogenic change, and increased application of

pattern-based studies with greater relevance for attribution.

In 1990, most of the available information concerning the projected climate changes in response to an enhanced greenhouse effect came from experiments in which an atmospheric GCM was coupled to a relatively simple model of the uppermost 50–100 m of the ocean, and atmospheric $CO_2$ levels were instantaneously doubled. In the real world $CO_2$ is increasing gradually. The more relevant question is how the climate system – including the intermediate and deep ocean, with their characteristic time-scales of decades to centuries – will respond to slowly increasing greenhouse gas concentrations.

Before IPCC (1990), only a few experiments with time-varying $CO_2$ had been performed with fully coupled atmosphere-ocean general circulation models (AOGCMs) (Stouffer *et al.*, 1989; Washington and Meehl, 1989). Since 1990, at least four modelling groups have published results from such integrations (e.g., Manabe *et al.*, 1991; Cubasch *et al.*, 1992; Meehl *et al.*, 1993; Murphy and Mitchell, 1995; see Chapter 6 for further references). The climate-change signal from these experiments now has both space and time dimensions. The inclusion of full ocean dynamics has modified the climate-change projections of earlier experiments which had simpler representations of the ocean. Furthermore, at least three modelling groups have now performed both equilibrium and transient response experiments with an AOGCM (Cubasch *et al.*, 1992; Manabe and Stouffer, 1993; Murphy and Mitchell, 1995). This addresses the question of whether very different forcing histories yield fundamentally different signal patterns, and hence provides insights into the relevance of using results from equilibrium experiments in detection studies. There has also been widespread recognition of the need for ensemble experiments to obtain more reliable estimates of an anthropogenic signal (Cubasch *et al.*, 1994).

A further major advance is that modelling groups are starting to consider the effects of anthropogenic forcings other than $CO_2$ in climate change experiments. These include:

- anthropogenic sulphate aerosol effects, both direct (Taylor and Penner, 1994; Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a,b; Roeckner *et al.*, 1995) and indirect (Erickson *et al.*, 1995);
- effects of stratospheric ozone reduction (Hansen *et al.*, 1995a; Ramaswamy *et al.*, 1996), and of changes in other (non-$CO_2$) greenhouse gases (Wang *et al.*, 1991).

While some pre-IPCC (1990) studies had attempted to estimate the climate effects of anthropogenic aerosols and non-$CO_2$ greenhouse gases in global mean terms (e.g., Wigley, 1989; Wigley *et al.*, 1989), it is only recently that GCMs have been used to estimate their detailed spatial signatures.

Recent model simulations have also provided initial information about the background natural internal variability against which an anthropogenic signal must be detected. This is the second major area of progress since IPCC (1990). Two modelling groups have recently completed long ($\geq 1000$ years) control runs, which contain a wealth of information on the magnitude, patterns and time-scales of internal climate variability generated by AOGCMs (Delworth *et al.*, 1993; Stouffer *et al.*, 1994; Hasselmann *et al.*, 1995). These model-generated noise estimates are now being used as the "yardsticks" for judging significance in climate-change detection studies (see Section 8.4), and first attempts are underway to check the consistency of decadal to century time-scale natural variability noise estimates derived from models and palaeodata (Barnett *et al.*, 1996). Additionally, information from palaeoclimatic proxy records is now being used to estimate the natural variability of surface temperature on hemispheric or even global spatial scales.

Statistical methods are the third main area in which advances have been made since IPCC (1990). The last five years have seen an increase in the number and sophistication of statistical techniques that have been applied to the problem of identifying anthropogenic change. Two important examples are the application of Singular Spectrum Analysis (SSA) to partition signal and noise in global mean temperature data (e.g., Ghil and Vautard, 1991; Schlesinger and Ramankutty, 1994) and the definition and application of "optimal detection" techniques (Hasselmann, 1979, 1993; Bell, 1982; North *et al.*, 1995; North and Kim, 1995). Full optimal detection methods provide real promise for dealing with some of the statistical problems that will be encountered in Stage 3 and Stage 4-type studies (see Section 8.1.3).

There has also been significant progress in the application of pattern-based methods to the detection problem, and in the incorporation of refined signal and noise estimates in detection studies. Up to 1990, most detection studies were of the Stage 1 type, focusing on global mean temperature. The main exceptions were the pattern-based studies by Barnett (1986) and Barnett and Schlesinger (1987). During the last five years, a number of research groups have published results from Stage 2 and Stage 3 investigations. In addition to the enhanced

greenhouse effect (Santer *et al.*, 1993; Hegerl *et al.*, 1996), the searched-for patterns now include the signals due to anthropogenic sulphate aerosols (Karl *et al.*, 1995a) and the combined effect of greenhouse gases and sulphate aerosols (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a; Santer *et al.*, 1995a,b). Although important uncertainties remain in these studies, they have yielded initial evidence for the existence of an anthropogenic effect on climate. Furthermore, we have now started to see pattern-based studies that directly address the attribution question, and try to rule out various non-anthropogenic forcing mechanisms as explanations for some observed pattern of climate change (e.g., Karoly *et al.*, 1994; Hansen *et al.*, 1995b).

## 8.2 Uncertainties in Model Projections of Anthropogenic Change

There is no direct historical or palaeoclimatic analogue for the rapid change in atmospheric $CO_2$ that has taken place over the last century (Crowley, 1991). This means that unless we assume that the signal pattern is independent of the spatial character of the forcing (see, e.g., Hoffert and Covey, 1992), we cannot use palaeoclimatic data or instrumental records as analogues for the regional and seasonal patterns and rate of climate change over the next century. We must therefore rely on models for this information. The aim of the following section is to consider the main uncertainties involved in such projections of anthropogenic climate change.

### 8.2.1 Errors in Simulating Current Climate in Uncoupled and Coupled Models

Model validation is one of the most important components in our efforts to predict future global climate change. Although model performance has generally improved over the last decade, both coupled and uncoupled models still show systematic errors in their representation of the mean state and variability statistics of current climate (see Chapter 5, and also Gates *et al.*, 1990, 1992). Such errors reduce our confidence in the capability of AOGCMs to predict anthropogenic change.

### 8.2.2 Inadequate Representation of Feedbacks

Realistic simulation of the present climate is probably a necessary, but not sufficient condition to ensure successful simulation of future climate. To be confident that a model has predictive skill on time-scales of decades or longer, we would also have to be sure that it incorporates correctly all of the physics and feedback mechanisms that are likely to be important as greenhouse gas concentrations or aerosol-

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 236 of 421

producing emissions increase. As discussed in Chapter 4, it is unlikely that all important feedbacks have been included correctly in current AOGCMs. Feedbacks involving clouds and the surface radiation budget are poorly understood, and different schemes for parameterizing cloud processes can lead to substantially different results in greenhouse warming experiments (Cess *et al.*, 1989; Mitchell *et al.*, 1989). Other feedbacks that are either currently neglected or highly uncertain include interactions between the land biosphere and the carbon cycle, and between climate and atmospheric chemistry (see Chapters 2 and 4). Deficiencies in the treatment and incorporation of feedbacks are a source of signal uncertainty.

### 8.2.3 Flux Correction Problems

In present-day AOGCMs, the atmospheric and oceanic components are run independently until they achieve a steady state, and then coupled together. The coupled model is then run for some "adaptation" period prior to initiating a control or perturbation experiment. The interactive coupling of AOGCMs generally leads to a phenomenon known as climate drift – the tendency of the model's climate system to drift into a new and unrealistic mean state (Gates *et al.*, 1985; Washington and Meehl, 1989). The reasons for this drift are discussed in Chapter 5.

One strategy for dealing with this problem is to make no attempt to correct the flux mismatch. The climate response in a perturbation experiment is then assumed to be the difference between the climate change simulation and a drifting control run that started from the same initial state. This strategy may lead to erroneous results if the climate system is drifting into a state with basically different response characteristics (i.e., a climate state unlike that currently observed on Earth). An example of such a situation might be if the climate drift led to large changes in the sea ice distribution or the mean ocean circulation.

Another procedure is to reduce the drift by balancing the flux mismatch through insertion of *flux adjustment* terms in the coupled model (Sausen *et al.*, 1988; see Chapter 5). Advocates of this approach argue that flux adjustment should have no impact on the dynamical response characteristics of the system for small perturbations about the initial state. Critics, however, note that the flux adjustments in some models can in certain regions greatly exceed the forcing expected from greenhouse gases.

Such corrections are outward symptoms of underlying systematic errors in the uncoupled models. Their impact on the reliability of signals from anthropogenic change experiments and on the simulated natural variability is largely unknown. Some studies with simplified models

suggest that flux correction may seriously affect the simulated signals and natural variability noise (Nakamura *et al.*, 1994; Neelin and Dijkstra, 1995; Pierce *et al.*, 1995). Our confidence in the anthropogenic climate change signals simulated by current flux-adjusted AOGCMs, and in the results of detection studies that have used these signals, will be increased if the principal features of these signals can be reproduced by uncorrected coupled models. There are some initial indications that this may be the case (see Chapter 6).

### 8.2.4 Signal Estimation Problems

The anthropogenic signal from any experiment with a fully coupled AOGCM is not a "pure" signal – it is the combination of a signal and some manifestation of the model's own internally generated natural variability.

Thus, the "pure", underlying signal in response to time-evolving anthropogenic forcing cannot be estimated precisely from a single transient experiment. This problem is exacerbated by uncertainties in the initial state of the climate system, particularly the ocean. More reliable signal estimates are likely to be obtained by averaging over multiple runs, each starting from different initial conditions. Ideally, the initial states chosen should encompass the large range of uncertainty in our knowledge of the climate state around the middle of the last century.

The most relevant work in this regard is by Cubasch *et al.* (1994), who performed a suite of four 50-year "Monte Carlo" experiments with a AOGCM. The model was forced with identical increases in greenhouse gases, with each experiment starting from different "snapshots" of the climate state (taken at 30-year intervals from a long control run). Marked differences were found in the space-time structure of the surface temperature response, but these differences were no larger than those expected due to natural internal variability alone (see Chapter 6).

Clearly, it is always desirable to carry out a series of Monte Carlo experiments and determine the mean climate change response and variability statistics from this ensemble. The ensemble average is likely to be a better estimate of the pure signal than that obtained from any single realisation, and the variability statistics provide information on statistical uncertainty in the climate-change response, which should be accounted for in any detection strategy.

### 8.2.5 "Missing Forcing" and Uncertainties in Space-Time Evolution of Forcing

A further source of signal uncertainty relates to "missing" anthropogenic forcings that have not been included in the climate-change signals currently used in detection studies. The most important examples include the indirect effects of

sulphate aerosols (Erikson *et al.*, 1995), the radiative effects of trace gases other than $CO_2$ (Wang *et al.*, 1991), and the forcings associated with large-scale land-use changes (Tegen and Fung, 1995) or the carbonaceous aerosols generated by biomass burning (Penner *et al.*, 1992, 1994). At present, none of these factors (other than changes in stratospheric ozone; Santer *et al.*, 1995b) have been considered in pattern-based detection studies. Some of these "missing forcings" may modify our present picture of the possible climate-change signal due to anthropogenic activities.

The current magnitude and the historical evolution of the radiative forcing is uncertain, both for these missing forcings and for anthropogenic forcings (such as sulphate aerosol direct effects and stratospheric ozone reduction) that *are* presently included in AOGCM experiments relevant to the detection issue. Uncertainties exist at both the global mean level and in terms of the forcing pattern (see Chapter 2).

For pattern-based detection studies, reliable definition of an anthropogenic signal requires, at the very least, a reliable estimate of present-day $SO_2$ emissions and their spatial distribution, and an accurate interpretation of these in terms of a forcing pattern (Schneider, 1994). Studies that involve a time-evolving signal additionally require information on the historical evolution of emissions and forcing. Current pattern-based detection work is now beginning to account for such forcing changes over space and time (e.g., Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a).

### 8.2.6 Cold-Start Effect

The so-called "cold start" problem results from the neglect of anthropogenic forcings (and hence some portion of the climate response) that happened before the start of the simulation. At present, only two modelling groups have performed experiments with a starting date in the latter half of the last century, thus avoiding a significant cold start error (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a). Most climate change experiments run with AOGCMs have been initialised from a point much closer in time to the present – a time for which we have better forcing and observational data for comparison with the model signal. Such simulations are inevitably subject to a "cold start" error.

The magnitude of this effect has been estimated in a variety of ways, as discussed in Chapter 6. Errors which the cold start effect may introduce into the time evolution of an anthropogenic signal constitute a further source of uncertainty in detection studies.

## 8.3 Uncertainties in Estimating Natural Variability

Defining an anthropogenic climate change signal is only one part of the detection problem. The climate state of the Earth is always changing in both space and time for reasons that have nothing to do with anthropogenic forcing. The space-time structure of this natural variability must be estimated in order to decide whether the changes that have been observed in the past or that will be observed over the next 10–20 years are due primarily to human activities or natural causes. This spectrum of natural variability is a critical element in the significance-testing portion of any practical detection or attribution scheme.

Information on natural climate variability can be derived from three main sources: instrumental data, palaeoclimatic reconstructions and numerical models. Some of the major uncertainties in estimating decadal to century time-scale natural variability from these sources are summarised below.

### 8.3.1 From Instrumental Data

Surface air temperature is undoubtedly the best-observed climate variable in terms of length of the instrumental record and coverage of the Earth's surface (see Chapter 3). Even in this case, however, the length of record (ca. 130-150 years) is barely adequate to obtain a reliable estimate of the multi-decadal portion of the spectrum, and is inadequate to estimate longer time-scale variability. Furthermore, the instrumental record covers a period when both anthropogenic effects and natural variability have occurred together, making it very difficult to separate the two in an unambiguous way.

Nevertheless, several attempts have been made to estimate the background natural variability by subtracting a model-estimated anthropogenic signal from the observed data (Schlesinger and Ramankutty, 1994; Hegerl *et al.*, 1996). The latter investigation used an AOGCM to define a single pattern of temperature change in response to greenhouse gas forcing, and then employed a simple model to estimate the time evolution of this signal pattern. This estimate of the space-time evolving greenhouse signal was then subtracted from the observed data, and the residuals were used to estimate natural variability. The reliability of such variability estimates depends critically on the accuracy of the AOGCM's climate sensitivity, on the correctness of any assumed lag between radiative forcing and temperature response in the simple model, on the reliability of the signal pattern, and on the correctness of the assumed radiative forcing history. Estimating multi-decadal natural variability from the observed data in a way that accounts for such uncertainties is a difficult task.

### 8.3.2 From Palaeoclimatic Records

Changes in climate affect a wide range of biological, chemical, and geological processes. As a result, climatic information is recorded naturally in tree rings, ice cores, coral reefs, laminated sediments, etc. (e.g., Cook *et al.*, 1991; Crowley and North, 1991; Bradley and Jones, 1992; Briffa *et al.*, 1992). If we can understand the recording mechanism, for example the process by which climate imprints itself on tree growth and annual ring formation, then we have the potential to unlock a wealth of climate information stored in palaeoclimate records.

Unfortunately, unravelling the history of climatic variability contained in such records is not a simple task, as is discussed in Chapter 3. Few proxy records are capable of providing well-dated millennia-long reconstructions with at least decadal time-scale resolution. In addition, a number of general problems are common to all proxy records. Most temperature reconstructions, for example, are seasonally specific, rather than providing some integrated response to annual-mean conditions. In order to produce a reconstruction, the raw data are generally subjected to some form of statistical manipulation, through which only part of the original climate information can be retrieved (typically less than 50%). Such manipulations can also affect the frequency characteristics of the reconstruction (Briffa *et al.*, 1996). More importantly, spatial coverage is poor for high temporal resolution palaeoclimate data, and it is often difficult to compare the climate information extracted from different locations (e.g., land and ocean) or from different proxy sources.

Initial attempts are now being made to use palaeoclimate data in order to reconstruct a satisfactory, spatially comprehensive picture of climate variability over the past 1000 years (Bradley and Jones, 1993). The process of quality-controlling palaeoclimatic data, integrating information from different proxies, and improving spatial coverage should be encouraged. Better palaeoclimatic data bases for at least the past millennium are essential in order to assess the contribution of natural variability to recent observed changes and to validate coupled model noise estimates on century time-scales (Barnett *et al.*, 1996).

### 8.3.3 From Numerical Models

#### 8.3.3 1 Energy balance models

Some of the first model-based studies of natural variability used simple energy balance models (EBMs; e.g., Hasselmann, 1976). Such models generally solve equations for the heat balance of a highly idealised representation of the Earth's atmosphere and ocean (Lemke, 1977; Hoffert and Flannery, 1985). By forcing an EBM with white

noise[1], it has been possible to investigate the relationship between daily weather noise and the model's internally generated variability on time-scales of years to centuries. These early studies, together with more recent EBM studies by other groups (e.g., Wigley and Raper, 1990, 1991a; Kim and North, 1991), have demonstrated that even simple EBMs can generate useful information on decadal to century time-scale surface temperature fluctuations as an integrated response to shorter time-scale random fluctuations.

While EBMs successfully reproduce many details of observed surface temperature variability on the annual-to-decadal-time-scales (Kim and North, 1991), they may underestimate the magnitude of internal variability on longer time-scales, since they cannot explicitly simulate the changes in the horizontal and vertical transport of heat, salt and momentum necessary for an accurate representation of the ocean circulation. EBMs therefore simulate only the "passive" component of natural variability (Wigley and Raper, 1990), and fail to capture any dynamically induced variations in the ocean. Nevertheless, the spectrum of EBM-based variability is within the range of spectral estimates derived from AOGCMs that simulate both components (Santer *et al.*, 1995a).

#### 8.3.3.2 Stochastically forced ocean models

More sophisticated estimates of natural variability may be obtained from OGCMs forced by various forms of statistical atmospheres. Virtually all such simulations show interdecadal to centennial time-scale variations no matter what the form of the ocean GCM or the character of the forcing (see Chapter 5). The key forcing variable seems to be the fresh water flux between the atmosphere and the ocean. Typical time-scales of the induced natural variability range from 10–350 years or longer. The more realistic of these simulations show a rich set of oscillatory modes specific to individual ocean basins, with the most energetic mode being global in extent with largest amplitude in the high latitudes of the southern oceans (Mikolajewicz and Maier-Reimer, 1990; Pierce *et al.*, 1995).

The problems with the class of experiments discussed above are at least threefold. First, many of the simulations are very simplified, and the realism of their simulated variability is subject to considerable doubt. Second, the OGCMs used in such experiments have almost exclusively used so-called *mixed boundary conditions* (see, e.g., Power

---

[1] e.g., by heat flux anomalies that are essentially random in time, and thus can be thought of as characteristic of the internal variability that is generated by daily weather fluctuations.

*Detection of Climate Change and Attribution of Causes*

and Kleeman, 1993; Mikolajewicz and Maier-Reimer,
1994) that guarantee the model is constrained to relax from
any perturbed state back towards a climatological
temperature field. A number of studies have shown that the
simulated oceanic variability is highly sensitive to the value
of the time constant used to restore temperature to
climatology (Mikolajewicz and Maier-Reimer, 1994; Power
and Kleeman, 1994). Finally, the statistical atmospheres
used to date do not explicitly account for feedbacks and the
meridional transport of water or heat. It is possible that
variations in these transports play a significant role in
decadal and longer time-scale climate variations.

### 8.3.3.3  Coupled atmosphere-ocean general circulation models

At present there are only two long integrations with
AOGCMs that might allow one to estimate the spectrum of
multi-decadal to century time-scale internally generated
natural variability. These are the 1000-year control
integration recently performed with the GFDL
(Geophysical Fluid Dynamics Laboratory) model by
Stouffer *et al.* (1994), and a 1260 year integration carried
out with the European Centre/Hamburg (ECHAM-1)
model (Hasselmann *et al.*, 1995). This situation is likely to
change in the next few years, since a number of other
groups are currently performing long control integrations
with coupled models (e.g., Mitchell *et al.*, 1995a).

Since the variability in the GFDL and ECHAM-1 control
integrations has already been used as a "yardstick" for
judging the significance of observed trends in climate
(Stouffer *et al.*, 1994; Hasselmann *et al.*, 1995; Hegerl *et
al.*, 1996; Karl *et al.*, 1995a; Santer *et al.*, 1995a,b), it is
crucial to determine how well these models reproduce
important features of observed climate variability. This is
now being attempted, at least on interannual and decadal
time-scales. The study by Stouffer *et al.* (1994) and work
presented in Chapter 5 show that qualitative agreement
exists between observed patterns of near-surface
temperature variability on time-scales of one to five years
and those simulated in the GFDL and ECHAM-1 control
runs. The Stouffer *et al.* analysis, and more recent work by
Manabe and Stouffer (1996), also indicated that some of
the observed relationships between global mean and
regional temperature changes are well-simulated in the
GFDL control run. On longer decadal time-scales, Mehta
and Delworth (1995) found considerable similarity
between observed patterns of SST variability in the tropical
Atlantic and those simulated by the GFDL model.

A comparison of the observed spectrum of global mean
temperature variability with that obtained from the GFDL,



**Figure 8.1:** Spectrum of variability of global mean, annually
averaged near-surface temperature estimated from observed data
and from three AOGCM control runs. Observed data are from
Jones and Briffa (1992). Model results are from the 1000-year
GFDL control run (Stouffer *et al.*, 1994), the first 600 years of the
1000-year ECHAM-1/LSG control integration (Hasselmann *et al.*,
1995) and the first 310 years of the UKMO control run (Mitchell
*et al.*, 1995a). The spectrum provides information on the
distribution of variance on different time-scales, ranging from two
years (the shortest period that can be resolved using annual-mean
data) to nearly 400 years for the long GFDL control run. Spectra
were estimated after first subtracting overall linear trends from
the modelled and observed time-series.

ECHAM-1, and UKMO (United Kingdom Meteorological
Office) (Mitchell *et al.*, 1995a) control runs shows that the
GFDL and UKMO spectra are quite close to the
observations over the range of periods for which they
overlap, whereas ECHAM-1 has consistently less
variability than the observations on time-scales of roughly 2
to 60 years (see Figure 8.1). The observations have a clear
peak in the spectrum at around 3–5 years corresponding to
El Niño-Southern Oscillation (ENSO) variability. This is
not well-simulated by any of the three models.

The short length of the observed record (140 years) and
the UKMO control run preclude their use in estimating
century time-scale variability. The GFDL and ECHAM-1
spectra differ substantially on these longer time-scales,
with the GFDL spectrum flattening out at periods greater
than 100 years, while variability in the ECHAM-1 control
run continues to increase. A major part of the explanation
for this difference in power at the low-frequency end of the
spectrum is the large drift over the first 200 years of the
ECHAM-1 control run. If this drift is excluded, the low-
frequency temperature variability in the GFDL and
ECHAM-1 control runs is much more similar, with the
latter also showing a pronounced flattening.

*Detection of Climate Change and Attribution of Causes* 421

The ubiquity of substantial power at century time-scales in palaeoclimate spectra (see, e.g., Crowley and North, 1991; Stocker and Mysak, 1992) suggests either that the palaeodata have some low-frequency forcing that the models are lacking (e.g., solar variability, volcanoes), or that both GFDL and ECHAM-1 are underestimating the magnitude of century-time-scale internally generated variability, a possible consequence of the flux-adjustment schemes used to stabilise model climate. A further possible explanation for this discrepancy is that the palaeodata are themselves erroneous[1].

One preliminary attempt to compare decadal to century time-scale natural variability estimates from coupled models[2] and from palaeoclimatic data suggests that there is disagreement between the two, both in terms of the patterns and amplitude of variability (Barnett *et al.*, 1996; see Figure 8.2). The significance of this mismatch is difficult to interpret for the reasons pointed out above. Nevertheless, this result does point towards the need for a more extensive, quality-controlled palaeoclimatic data base, and for some caution in the interpretation of results from current detection studies that use model-based noise estimates for evaluating the significance of observed changes.

## 8.4 Evaluation of Recent Studies to Detect and Attribute Climate Change

The following section reviews recent efforts to detect an anthropogenic climate-change signal in the observed data. It primarily covers studies of change in globally averaged variables and pattern-based approaches, and concentrates on those analyses that have used quantitative methods to compare model and observed data. The final portion of this section briefly considers studies involving model data only. Such work has attempted to identify in the model data climate variables that might be promising components of a multi-variable "fingerprint" for detecting anthropogenic change.



**Figure 8.2:** Spectra of near-surface temperature variability as estimated from two different model control runs and from palaeoclimatic temperature reconstructions. Results are from Barnett *et al.* (1996). Palaeoclimatic data were taken from Bradley and Jones (1993), and consist of temperature reconstructions from tree rings, corals, ice melt records, ice cores and historical documentary records. A total of 16 proxy records were used, each covering the common period 1600 to 1950. The space-time variability in this data set was investigated by means of an Empirical Orthogonal Function (EOF) analysis, in which the dominant modes of variability are represented by a limited number of spatial patterns (EOFs) and time-series. The bold solid line shows the spectrum of the amplitude time-series for the dominant palaeoclimatic pattern of variability. Control runs with the GFDL (Stouffer *et al.*, 1994) and ECHAM-1/LSG (Hasselmann *et al.*, 1995) AOGCMs were sampled at grid-points closest to the 16 locations of the palaeodata. Model temperature data for two separate 350-year chunks of each control run were then projected onto the dominant EOF pattern from the palaeodata. The resulting four time-series were then subjected to spectral analysis. The model data have lower variance than the palaeodata at all time-scales considered (from 2 years to > 100 years), with the largest mismatches occurring on the longer time-scales.

---

[1] As pointed out in Section 8.3.2, statistical manipulation of the paleodata may alter their low-frequency characteristics. However, this is more likely to have *decreased* low-frequency power than to have amplified it, at least for the case of temperature reconstructions *from tree rings*. Note also that the paleospectra are for individual sites, not for global-mean temperature, so a direct comparison between "reconstructed" variability at specific locations and model estimates of global-mean variability is not valid.

[2] As sampled at model grid-points close to the locations for which paleoclimatic temperature data were available.

### 8.4.1 Studies of Changes in Global Mean Variables

Stage 1 studies related to the detection of anthropogenic climate change may be divided into three types: detection of a statistically significant change or trend in a single climate variable; comparison of model simulations with observations; and empirical estimation of the climate sensitivity. All studies in these areas have chosen near-surface temperature as the detection variable, and have used either global mean data or some large-area subset of this (such as the average over Northern Hemisphere land areas).

### 8.4.1.1  *Studies to detect change in observed data*

Studies to detect change are concerned primarily with determining whether the observed warming is statistically significant, i.e., highly unusual relative to natural variability and unlikely to have occurred by chance alone. If the observed change is judged unlikely to have occurred due to natural processes, then an anthropogenic factor is implicated.

While this sounds straightforward, the assessment of significance is in fact quite difficult. This is primarily due to uncertainties in the magnitude of natural variability on the decadal to century time-scales relevant to the anthropogenic climate change issue. Even if a change were significant relative to internal variability, this does not mean that anthropogenic forcing is responsible: the change may be due to natural external forcing factors.

A number of studies have claimed that the observed warming is statistically significant. The credibility of these claims depends on how they have estimated the magnitude of natural variability and/or assessed the statistical significance of any change or trend. There are two basic approaches. In the first, natural variability is estimated using some form of statistical model fitted to observations, while the second approach uses an estimate derived from a physical model.

The statistical models generally attempt to represent the observed global mean, annually averaged temperature data by some model consisting of a deterministic trend (which may be either linear or non-linear) plus "residuals" about the trend, which represent natural variability. These residuals are strongly autocorrelated. Even the earliest studies (Madden and Ramanathan, 1980; Wigley and Jones, 1981) recognised that standard statistical tests, which evaluate trend significance relative to assumed "white noise" (or non-autocorrelated) residuals, were inappropriate to the climate change problem. The differences between subsequent studies arise largely from the way the residuals are modelled, i.e., how their autocorrelation structure is accounted for.

Wigley *et al.* (1989) and Allen and Smith (1994) have shown the warming trend to be significant for first-order (AR-1) autocorrelated residuals. A number of more sophisticated models of the residuals, allowing for much more complex natural variability behaviour than an AR-1 model, have also demonstrated the significance of the warming trend (see, e.g., Kuo *et al.*, 1990; Bloomfield, 1992; Bloomfield and Nychka, 1992; Galbraith and Green, 1992; Tol and de Vos, 1993; Tol, 1994). Alternately, several authors have shown that some noise models with correlation of the residuals over century time-scales are

consistent with the data but lead to a non-significant result for the observed warming trend (Kheshgi and White, 1993a; Woodward and Gray, 1993, 1995).

Claims of non-significance of the global warming trend have also been made by Ghil and Vautard (1991) using Singular Spectrum Analysis (SSA). The basic argument is that the data show a low-frequency cyclic component that is in phase with and explains most of the observed trend. While the cyclic component is a characteristic of the data, whether or not it is a valid alternative explanation of the trend depends on whether it is a basic, long-lasting, deterministic property of the climate system. It is impossible to determine whether this is correct given the shortness of the available data (see, e.g., Allen *et al.*, 1992; Cook *et al.*, 1996). Furthermore, Schlesinger and Ramankutty (1994) have shown that a better explanation of the cyclic component identified by Ghil and Vautard is to assume that it is superimposed on an anthropogenic trend. In their analysis, the 60-65 year cycle accounts for only a relatively small (<10%) fraction of the overall variation in global mean temperature.

The second approach to assessing trend significance has been to use a climate model to generate the background "unforced" variability. Using a simple upwelling diffusion-energy balance model, Wigley and Raper (1990, 1991a) have shown that the observed century time-scale trend is highly significant relative to the range of possible unforced trends. The same result has been obtained by Stouffer *et al.* (1994) using results from a 1,000-year control run simulation with the GFDL AOGCM.

Figure 8.3 shows how observed trends in global mean, annually averaged temperature over the past 10 (1984–1993) to 100 (1894-1993) years compare with the trends expected to occur through natural internal variability, based on the best estimates currently available from AOGCMs (Stouffer *et al.*, 1994; Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a). Model global mean temperature data were used to generate sampling distributions of linear trends, and the 95th percentiles are plotted for each trend length. There are model-specific differences in the magnitude of variability and its partitioning on different time-scales (see also Section 8.3.3.3 and Figure 8.1). While observed trends over the last 10 years lie within the range of 10-year "natural" trends of two of the three models, observed trends on longer time-scales are larger than (at least) 95% of the unforced trends simulated by the models. Evaluation of the true significance of the observed trends is difficult since the model noise estimates do not incorporate the effects of changes in natural external forcing factors such as the Sun's output or volcanic aerosols, and so are likely

*Detection of Climate Change and Attribution of Causes*                                    *423*



**Figure 8.3:** Significance of observed changes in global mean, annually averaged near-surface temperature. The solid line gives the magnitude of the observed temperature trend (in °C/year) over the recent record – i.e., over the last 10 years (1984 to 1993), 20 years (1974 to 1993), etc. to 100 years. Observed data are from Jones and Briffa (1992). Model results from three AOGCM control integrations (see Figure 8.1) were used to evaluate whether the observed linear trends are unusually large relative to the trends likely to result from internally generated natural variability of the climate system. Linear trends were fitted to overlapping "chunks" of the model temperature series, thus allowing sampling distributions of trends to be generated for the same 10 to 100 year time-scales for which observed temperature trends were estimated. The 95th percentiles of these distributions are plotted for each model control run and each trend length.

to underestimate the "total" natural variability of the real-world climate system. They may also be affected by flux correction procedures. Furthermore, the short length of the three control runs used here precludes reliable estimates of the statistical properties of internally generated variability on time-scales longer than two to three decades.

The conclusion that can be drawn from this body of work, and from earlier studies reported in Wigley and Barnett (1990), is that the warming trend to date is unlikely to have occurred entirely by chance due to natural variability of the climate system. Implicit in such studies is a weak attribution statement – i.e., some (unknown) fraction of the observed trend is being attributed to human influences. Any such attribution-related conclusions, however, rest heavily on the reliability of our estimates of both century time-scale natural variability and the magnitude of the observed global mean warming trend. At best, therefore, trend significance can only provide circumstantial support for the existence of an anthropogenic component to climate change.

### 8.4.1.2  Comparisons of model results and observed data

The basic strategy underlying these studies is to force some form of climate model with anthropogenic and/or natural forcing factors and then compare the resulting global mean temperature output with the observed record. The types of model used have varied from what amounts to a "null" model (i.e., assuming, unrealistically, that solar forcing and temperature response are proportional and in phase – as in the work of Friis-Christensen and Lassen, 1991) through simple regression models (as in the work of Schönwiese *et al.*, 1994, and earlier papers cited therein) that are unrealistically constrained to have a constant lag between forcing and response, to using an upwelling diffusion-energy balance model (UD/EBM), as in IPCC (1990) (Wigley and Barnett, 1990). In terms of imposed forcing, some studies have considered only a single forcing factor, such as solar variability alone in the work of Friis-Christensen and Lassen, while others have considered multiple forcing factors, both natural and anthropogenic. Since the primary area of uncertainty is in the response to anthropogenic forcing, global mean studies using only a single "natural" forcing factor and ignoring any anthropogenic component are inadequate, as pointed out by Schlesinger and Ramankutty (1992) and Kelly and Wigley (1992).

The main conclusion that can be drawn from these investigations is that the observed record of global mean temperature changes can be well simulated by a range of combinations of forcing. Best fits are obtained when anthropogenic forcing factors are included, and, when this is done, most of the observed trend is found to result from these factors. Within the range of forcing and model parameter uncertainties, there is no inconsistency between observations and the modelled global mean response to anthropogenic influences.

### 8.4.1.3  Empirical estimation of the sensitivity of climate to forcing

A related univariate approach attempts to use observational data to deduce $\Delta T_{2\times}$, the so-called *climate sensitivity parameter* – a measure of how sensitive the climate system is to external forcing.[1] This is done by running a series of EBM simulations with different sensitivity values and choosing the value that gives a best fit with observed global mean changes. In such experiments there are a number of "tuning knobs" other than the sensitivity, both

---

[1] The climate sensitivity is usually expressed as the equilibrium warming for a $CO_2$ doubling.

424                                                                                          *Detection of Climate Change and Attribution of Causes*



**Figure 8.4:** Observed changes in global mean temperature over 1861 to 1994 compared with those simulated using an upwelling diffusion-energy balance climate model. The model was run first with forcing due to greenhouse gases alone (a), then with greenhouse gases and aerosols (b), and finally with greenhouse gases, aerosols, and an estimate of solar irradiance changes (c). The radiative forcings were the best-guess values recommended in this report. Simulations were carried out with climate sensitivities ($\Delta T_{2\times}$) of 1.5, 2.5 and 4.5°C for the equilibrium $CO_2$-doubling temperature change.

for the input historical forcings and for the EBM parameters. A few papers have considered the joint optimisation of $\Delta T_{2\times}$ and one or more forcing factors, such as solar variability and/or sulphate aerosol forcing (e.g., Kelly and Wigley, 1992; Schlesinger *et al.*, 1992; Schlesinger and Ramankutty, 1992).

A crucial factor in studies of this type is the assumed radiative forcing. In IPCC (1990) (Wigley and Barnett, 1990), it was shown that forcing a UD-EBM with observed greenhouse gas forcing implied a $\Delta T_{2\times}$ value of around 1.5°C. Since that time, the importance of tropospheric aerosol forcing has been realised and this has a large effect

on the implied $\Delta T_{2\times}$ (Wigley, 1989; Schlesinger and Ramankutty, 1992; 1994; Wigley and Raper, 1992). This sensitivity is illustrated in Figure 8.4.

The top panel of this figure compares observations with model output for different $\Delta T_{2\times}$ for the case of greenhouse gas forcing alone. The optimum $\Delta T_{2\times}$ value is between 1°C and 2°C, consistent with IPCC (1990). There are small differences, relative to IPCC (1990), due mainly to modifications in the history of past radiative forcing. The middle panel adds a global mean aerosol forcing reaching around $-1.3$ Wm$^{-2}$ in 1990 (the best-guess value from Chapter 2). As before, a reasonable fit between model and observations can be obtained, but now for a value of $\Delta T_{2\times}$ well above 4.5°C. A lower aerosol component would lead to a lower $\Delta T_{2\times}$, as in Wigley and Raper (1992) and Schlesinger et al. (1992). The bottom panel shows that an improved fit to the data and a sensitivity estimate in better agreement with our current best estimates (see Chapter 6) can be obtained if a recent estimate of solar irradiance variations (consistent with that used in Chapter 2) is added as an additional forcing factor. In this case, the implied best-fit $\Delta T_{2\times}$ lies between 3 and 4°C.

These empirical estimates of $\Delta T_{2\times}$ are subject to considerable uncertainty, as shown in a number of studies (see, e.g., Wigley and Barnett, 1990; Wigley and Raper, 1991b; Kheshgi and White; 1993b). In summary, such studies offer support for a $\Delta T_{2\times}$ value similar to that obtained from GCMs, and suggest that human activities have had a measurable impact on global climate, but they cannot establish a unique link between anthropogenic forcing changes and climate change.

### 8.4.2 Studies of Modelled and Observed Spatial and Temporal Patterns of Change

Current pattern-based studies have compared modelled and observed patterns of change at many individual points on the Earth's surface, or along a vertical section through the atmosphere. The basic approach in these studies is to compare the patterns of observed changes in climate with a single equilibrium signal pattern or a sequence of time-evolving signal patterns derived from an AOCGCM. Different comparison statistics have been used, generally classifiable as centred or uncentred statistics.[1] Since one would expect

---

[1]   Uncentred statistics retain information on the spatially averaged changes in the two fields being compared. In contrast, centred statistics subtract these spatial-mean components and compare the patterns of spatial variability about the respective spatial means of the two fields. The standard product-moment pattern correlation is an example of a centred statistic.

from the history of increasing emissions of anthropogenic pollutants that the observed climate data should show a growing anthropogenic signal, the pattern similarity statistic should show an overall upward trend. Increases in the statistic with time are unlikely to be monotonic, since the behaviour of the statistic is also modulated by natural internal variability and by changes in natural external forcings. A statistically significant overall trend would constitute a form of detection.

Studies of this type have searched the observed data for the signals due to the individual effects of greenhouse gases (generally $CO_2$ only) or anthropogenic sulphate aerosols, or for signals due to simultaneous changes in several forcings, such as greenhouse gases and sulphate aerosols. The principal results of previous pattern-based investigations are discussed below.

### 8.4.2.1 Greenhouse gas signals

Most of the pioneering work on pattern-based detection studies was carried out by Barnett and collaborators (Barnett, 1986, 1991; Barnett and Schlesinger, 1987; Barnett *et al.*, 1991). These studies focused primarily on the development of statistical methods for comparing model-predicted signals with observed climatic changes. They also highlighted a number of key issues:

- the difficulty of using global mean changes to address the attribution issue;
- the need in detection strategies to account for the model-dependence of the signal and model errors in simulating present climate;
- the desirability of "pre-screening" model data to identify climate variables with high signal-to-noise ratios;
- the importance of considering a variety of statistical approaches in detection studies.

This initial pattern-based work used "$CO_2$-only" signals, and searched for these in recent observed records of sea surface temperature, near-surface air temperature, and the three-dimensional structure of tropospheric temperature. The various statistics used to compare model equilibrium- or transient-change patterns with observed patterns of change failed to yield any sustained, multi-decadal positive trends, beyond those trends that were related to trends in global mean quantities.

Santer *et al.* (1993) pursued some of the methodological issues raised by Barnett's work. They showed that an uncentred pattern similarity statistic could be split into two terms, one proportional to changes in the spatial average

value of the variable considered (e.g., the global mean temperature), and the other proportional to the centred pattern correlation. For the $CO_2$-only temperature-change signals considered by Santer *et al.* (1993), the spatial mean term accounted for almost all of the variability in the uncentred statistic, i.e., the statistic contained negligible sub-global-scale pattern information. Santer *et al.* also showed that normalisation of model and observed mean-change fields by a common standard deviation field (in order to assign higher weight to grid-points with larger signal-to-noise ratios) introduced a so-called "common factor" effect which made trend interpretation difficult.

The Santer *et al.* (1993) study, like the earlier work by Barnett, failed to yield evidence for the existence of the sub-global-scale features of a model-predicted $CO_2$ signal in observed records of surface air temperature change. This result has three basic explanations:

- The $CO_2$-only signal may have been incorrect, e.g., due to the lack of a fully dynamic ocean in the models used.
- The signal may have been correct but masked by the (neglected) regional-scale effects of anthropogenic aerosols on climate (i.e., a realistic $CO_2$-only signal but a sub-optimal anthropogenic signal).
- The signal could have been correct but still too small to discern against the background noise of natural climatic variability at smaller than global spatial scales.

The most plausible interpretation involves some combination of these three explanations.

More recent work by Hegerl *et al.* (1996) has claimed that a model-predicted $CO_2$ signal pattern can be detected with a high degree of confidence in the observed surface air temperature record. This work differs from the studies described above in two important respects:

- A form of the optimum detection strategy proposed by Hasselmann (1979) was applied in order to enhance signal-to-noise ratios.
- It attempted to assess statistical significance by using natural variability noise estimates from three separate AOGCMs and from observations (from which an estimated greenhouse warming signal had been removed; see Section 8.3.1).

Hegerl *et al.* used both non-optimised and optimised forms of an uncentred pattern similarity statistic to compare observed and model-predicted patterns of

426



**Figure 8.5:** Evolution of an uncentred statistic ("detection variable") measuring the similarity between modelled and observed patterns of 20 year trends in near-surface temperature (Hegerl et al., 1996). Observed trend patterns were computed from the Jones and Briffa (1992) data set, and are overlapping in time, i.e., the first observed trend pattern spans the period 1860 to 1879, the second the period 1861 to 1880, etc. The detection variable was calculated by projecting the observed trend patterns onto a "fingerprint", here defined as the long-term pattern of temperature change (from roughly 1990 to 2080) in an "Early Industrialisation" experiment with time-increasing greenhouse gas forcing (EIN) (Cubasch et al., 1995). The fingerprint was optimally filtered in order to enhance the signal-to-noise ratio (S/N) (Hasselmann, 1979). This procedure accentuates the contribution to the total S/N of areas where the signal is large and spatially dissimilar to model-estimated natural internal variability. The detection variable was also computed using the optimised fingerprint and patterns of overlapping 20-year trends from the EIN experiment. In the latter and in the observations, the value of the detection variable increases with time, primarily reflecting the increase in global mean temperature. The behaviour of the detection variable in the absence of external forcing was determined by projecting patterns of overlapping 20-year trends from long control integrations (and from "detrended" observations; see Section 8.3.1 and Hegerl et al. for details) onto the optimised fingerprint. The most recent values of the detection variable in the observations are significantly larger than would be expected due to natural internal variability. Note that all values of the detection variable are plotted on the last year of the 20-year trend.

temperature trends. The most recent 20- to 30-year trends in this statistic were significant at the 5% level or better (relative to three out of four natural variability estimates). Significance levels were enhanced by the optimisation technique (see Figure 8.5).

This result does not mean that the regional-scale features of a model-predicted greenhouse warming pattern have been detected and convincingly attributed to increases in

atmospheric $CO_2$. As Hegerl *et al.* show, and as shown previously by Santer *et al.* (1993), the uncentred statistic they use is dominated by changes in observed spatial mean, annually averaged temperature. In essence, this result says that the most recent (20- to 30-year) trends in global mean temperature are significantly different from the estimated level of background noise. As noted for Stage 1 studies, this does not resolve the attribution issue.[1]

Hegerl *et al.*'s finding of significant trends in the most recent 20 and 30 years of an uncentred pattern similarity statistic is in accord with the results of Santer *et al.* (1993, 1995a). While Hegerl *et al.* had focused on annual-mean changes, Santer *et al.* (1995a) showed additionally that the most recent 20- to 50-year trends in an uncentred statistic were significant in all four seasons. However, Santer *et al.* found no significant trends in the centred statistic used to compare the sub-global-scale features of modelled and observed temperature-change patterns.

A common feature of the studies by Hegerl *et al.* (1996) and Santer *et al.* (1995a) was that both examined the significance of changes over time (trends) in model versus observed pattern similarity. A different approach was adopted in a recent study by Mitchell *et al.* (1995a), who focused instead on the significance of the absolute values of centred pattern correlations. Mitchell *et al.* compared decadally averaged patterns of near-surface temperature change from a transient greenhouse warming experiment with observed patterns of change, and assumed a one-to-one time correspondence between the experiment (with a start date in 1860) and observations. There was no evidence that sub-global-scale features of the model-predicted $CO_2$-only signal were becoming increasingly evident in observed records, nor that the absolute values of the centred pattern correlation were significant (see Figure 8.6).

The only other recent pattern-oriented work that has attempted to find a $CO_2$-only signal in observed surface air temperature data is that by Michaels *et al.* (1994). This investigation makes use of the time-dependent signal from a transient greenhouse warming experiment performed with the GFDL AOGCM (Manabe *et al.*, 1991). The premise underlying this investigation is that if the model-predicted transient signal is not found in the observed temperature record, the model is wrong. The authors fail to find this signal in the observed data, a result that is used to justify a condemnation of climate models in general.

---

[1] Optimisation does not greatly modify the pattern of the Hegerl et al. fingerprint, so the same argument applies to the optimised version of their uncentred statistic.



**Figure 8.6:** Similarity between observed patterns of near-surface temperature change and changes predicted by an AOGCM in experiments with time-dependent forcing by equivalent $CO_2$ only and $CO_2$ + anthropogenic sulphate aerosols (Mitchell et al., 1995a). All comparisons assume a one-to-one correspondence in time between the model experiments and observations. Changes were expressed relative to time averages over the first 130 years (i.e., 1860 to 1990) of the observations and the model experiment, after application of the "mask" of observational data coverage appropriate to each decade. Centred pattern correlations were then computed using decadally averaged data. The significance of these results was assessed by correlating the signal patterns from the two perturbation experiments with all possible decadal anomaly patterns from a 400-year AOGCM control integration. This procedure yields information on the degree of pattern similarity expected due to natural internal variability alone. In the most recent decades, the spatial correspondence between observed near-surface temperature changes and those predicted in the model experiment with combined $CO_2$ + sulphate aerosol forcing is significantly larger (at the 10% level) than the agreement expected due to natural internal climate fluctuations. Significant pattern correlations are not obtained in the $CO_2$-only experiment.

There are a number of serious problems with this analysis. As discussed in Section 8.2.4, a time-dependent greenhouse warming experiment performed with a fully coupled AOGCM does not have a pure signal as its output. The output consists of signal plus noise, and the early decades of such simulations, which were the focus of the Michaels et al. study, are often dominated by the noise. A null result on the basis of a single transient experiment such as this does not constitute "proof" that the model is erroneous, nor that the searched-for signal does not exist.

Furthermore, the Michaels et al. study categorically dismisses the possibility that their failure to find a time-dependent greenhouse gas signal may be due to the masking effects of anthropogenic sulphate aerosols. This dismissal is

made on the following grounds. Michaels et al. argue that if sulphate aerosols have had an impact on climate, then the impact should be very small or close to zero in regions remote from areas where the forcing due to aerosols is large. This hypothesis is not supported by recent GCM experiments, which suggest that the atmospheric general circulation can, via dynamics, produce large remote surface temperature responses to highly regionalised forcing by sulphate aerosols (Taylor and Penner, 1994; Mitchell et al., 1995b; Roeckner et al., 1995).

The Michaels et al. results are difficult to compare with those of other Stage 2 studies that have searched for a $CO_2$-only signal, primarily due to differences in definition of the signal, in methodology and in the areas of the globe considered. Nevertheless, their failure to find the sub-global-scale pattern of this signal is consistent with the results of Santer et al. (1993, 1995a). One possible explanation for this result is that some part of the regional-scale features of a $CO_2$-only signal has been obscured by aerosol effects (see Section 8.4.2.3).

Changes in the vertical temperature structure of the atmosphere have also been proposed as a promising component of a multivariate, $CO_2$-specific fingerprint (Epstein, 1982; Karoly, 1987, 1989). Model equilibrium and transient response experiments both show a consistent picture of stratospheric cooling and tropospheric warming as a direct radiative response to the change in atmospheric $CO_2$. The precise details of this picture are model-dependent, e.g., the height of maximum warming in the tropical upper troposphere. Recently, Karoly et al. (1994) attempted to find this signal pattern in temperature measurements from radiosondes, using data from Oort and Liu (1993). The observed records spanned the period from 1963 to 1988 only. This is a relatively short record length for the detection of long-term anthropogenic climate change (Karl, 1994). Furthermore, there are known deficiencies in this data set, the most serious of which are the existence of time-varying instrumental biases and inadequate spatial coverage, particularly over the Southern Ocean (see Chapter 3; also Oort and Liu, 1993; Karoly et al., 1994). However, comparisons of the Oort and Liu data with independently derived satellite estimates of vertical temperature changes indicate that the two data sets are in good global mean and hemispheric agreement for the period of overlap (see Chapter 3). This enhances confidence in the usefulness of the radiosonde temperature measurements for detection studies.

Karoly et al. used both centred and uncentred statistics to compare model and observed patterns of zonal mean temperature change through the atmosphere. They found



**Figure 8.7:** Modelled and observed changes in the zonal-mean, annual-average temperature structure of the atmosphere (°C). Model results are from equilibrium response experiments performed by Taylor and Penner (1994), in which an AGCM with a mixed-layer ocean was coupled to a tropospheric chemistry model and forced with present-day atmospheric concentrations of $CO_2$ (a) and by the combined effects of present-day $CO_2$ levels and sulphur emissions (b). Model changes are expressed relative to a control run with pre-industrial levels of $CO_2$ and no anthropogenic sulphur emissions. Observed changes (c) are radiosonde-based temperature measurements from the data set by Oort and Liu (1993) and are expressed as total least-squares linear trends over the 25-year period extending from May 1963 to April 1988 (i.e., °C/25 years). A common pattern of stratospheric cooling and tropospheric warming is evident in the observations and in both model experiments. In the model data, this pattern primarily reflects the direct radiative effect of changes in atmospheric $CO_2$. Temperature changes in the observations and in the experiment with combined $CO_2$ + aerosol forcing also show a common pattern of hemispherically asymmetric warming in the low- to mid-troposphere, with reduced warming in the Northern Hemisphere. This asymmetry is absent in the $CO_2$-only case. For further details refer to Santer et al. (1995b).

significant positive trends in both types of statistic. An innovative feature of this study was its attempt to address the attribution question, at least in a qualitative way, by comparing the characteristic $CO_2$ signal pattern with the patterns produced by other mechanisms, such as decreases in stratospheric ozone concentration or changes in the frequency and amplitude of El Niño/Southern Oscillation events. Karoly *et al.* concluded that these mechanisms could not mimic the $CO_2$-induced fingerprint of stratospheric cooling/tropospheric warming.

It is highly likely that the observed stratospheric ozone reduction over the last two decades is related to the industrial production of halocarbons, and hence represents an anthropogenic effect on climate rather than a natural forcing mechanism. One recent AGCM experiment by Hansen *et al.* (1995a) with a combined increase in $CO_2$ and reduction in stratospheric ozone ($O_3$) has shown that the inclusion of $O_3$ effects improves model agreement with the Oort and Liu radiosonde temperature measurements in the upper troposphere. While this improvement was demonstrated in global mean terms only, Ramaswamy *et al.* (1996) further showed that satellite-based measurements of the pattern of latitudinal and seasonal changes in lower stratospheric temperature were in good accord with a model-predicted signal pattern in response to imposed stratospheric ozone reduction.

A recent study by Santer *et al.* (1995b) confirmed the Karoly *et al.* finding of a common pattern of stratospheric cooling and tropospheric warming in the radiosonde observations and in model $CO_2$-only experiments (see Figure 8.7). As in the Karoly *et al.* case, the strength of the model/data pattern correspondence was found to increase in the observational record. To determine the significance of this result, Santer *et al.* used estimates of the natural internal variability of atmospheric temperature from two multi-century model control runs. They showed that the model-derived natural internal fluctuations could not plausibly explain the level of time-increasing correspondence between the model signal and observations over the period 1963 to 1988.

Some concerns remain regarding the uniqueness of this fingerprint of stratospheric cooling and tropospheric warming. Although the Santer *et al.* (1995b) study points towards important differences between natural internal variability (as simulated by two AOGCMs) and the response to changes in atmospheric $CO_2$, in terms of both pattern, amplitude and time-scale, other results are more ambiguous (see, e.g., Liu and Schuurmanns, 1990). A control integration and transient greenhouse warming experiment performed with a different AOGCM indicated that the

dominant mode of "unforced" variability in that model was similar in pattern and amplitude to the expected greenhouse signal of stratospheric cooling and tropospheric warming, at least in the tropics (Santer *et al.*, 1994). This latter result may be suspect, however, due to the large initial drift in temperature in the control run that was examined.

There is little evidence that the observed pattern of stratospheric cooling and tropospheric warming is due to either solar variability and/or volcanic effects (Wetherald and Manabe, 1975; Hansen *et al.*, 1978). Model-predicted responses to changes in the solar constant do not show stratospheric cooling, while our best information from observations and relevant model experiments indicates that volcanically injected stratospheric aerosols tend to warm the stratosphere and cool the troposphere – a response that is the inverse of an expected greenhouse gas signal. The vertical structure of atmospheric temperature changes might therefore prove to be a fingerprint that is highly specific to anthropogenic forcing[1].

Recent studies by Karl *et al.* (1995b, 1996a), although not strictly pattern-based, have also employed a multivariate description of a greenhouse gas signal. The authors defined a "U.S. Greenhouse Climate Response Index" (GCRI) with individual components that measure selected changes in USA climate thought to be sensitive to increased emissions of greenhouse gases. The index focused on climatic events of direct relevance to the public and policymakers, for example, unequal increases in maximum and minimum temperature (10% greater for the minimum compared to the maximum), increases in cold season precipitation, severe summertime drought and the proportion of total precipitation derived from extreme one-day precipitation events, and decreases in day-to-day temperature variations. Both weighted and unweighted forms of the GCRI were computed, with weights assigned according to a subjective assessment of confidence in the GCM-predicted changes in these individual quantities. The resultant weighted and unweighted indices showed a trend towards elevated values in the last two decades, consistent with model-based projections for an enhanced greenhouse effect (Figure 8.8).

Karl *et al.* assessed the significance of these results by fitting a variety of statistical models to the index time-series, and then randomly generating hundreds of synthetic

---

[1] Note, however, that long-term trends in volcanic forcing could account for some fraction of the observed changes in the thermal structure of the atmosphere. This possibility requires further investigation.

*430*                                                                        *Detection of Climate Change and Attribution of Causes*



**Figure 8.8:** Evolution of a weighted "U.S. Greenhouse Climate Response Index" (GCRI). The index consists of five individual components that measure selected changes in USA climate thought to be sensitive to increased emissions of greenhouse gases (Karl *et al.*, 1995b, 1996a). These comprise unequal increases in maximum and minimum temperature, increases in cold season precipitation, severe summertime drought and the proportion of total precipitation derived from extreme one-day precipitation events and decreases in day-to-day temperature variations. The likelihood that increases in the GCRI since 1976 are due to purely natural causes is relatively small (between 1 and 9%).

time-series with statistical properties similar to those of the "observed" index time-series. The probability that changes in the GCRI since 1976 could be purely random in nature ranged from 1% to 20% and from 1% to 9% for unweighted and weighted versions of the GCRI (respectively), with the range dependent on the assumed statistical model. This indicated that changes in weighted and unweighted forms of the index since 1976 were unlikely to be due to natural variability alone, although this explanation could not be totally dismissed.

In summary, attempts to detect a $CO_2$-only signal in the climate system have given ambiguous results. Existing multi-variate detection studies have used signals from very different experiments and climate models. They differ in terms of the measures of pattern similarity and statistical significance testing procedures that were used, and in the climate variables and geographical regions that were examined. Nevertheless, it is possible to reach a few general conclusions.

As noted in this section, the searched-for greenhouse warming signal has both a global mean component and a sub-global-scale pattern component. The investigations by Hegerl *et al.* (1996) and Santer *et al.* (1995a) suggest that a global mean greenhouse warming signal is detectable with

high confidence in records of surface air temperature change over the last 20 to 50 years, in accord with Stage 1 detection studies (see Section 8.4.1). Implicit in these global mean results is a weak attribution statement – if the observed global mean changes over the last 20 to 50 years cannot be fully explained by natural climate variability, some (unknown) fraction of the changes must be due to human influences. Significant results have not been obtained for the sub-global-scale pattern component of a greenhouse warming signal, thus precluding more confident statements regarding attribution of observed changes to the specific cause of increases in greenhouse gas concentrations. The validity of conclusions on the significance of both the global mean and pattern components of a greenhouse gas signal depends on whether the estimates of natural variability noise used in these studies are realistic.

Several studies indicate that the vertical structure of atmospheric temperature changes might prove to be a fingerprint that is highly specific to combined changes in $CO_2$ and stratospheric ozone. The latitude-height patterns of temperature change in the available radiosonde observations over 1963 to 1988 are becoming increasingly similar to the model-predicted pattern of stratospheric cooling and tropospheric warming. Further work is necessary to clarify the uniqueness of this fingerprint and to improve the quality of the radiosonde data.

### 8.4.2.2 Anthropogenic sulphate aerosol signals
Until recently, investigations of the possible impact of anthropogenic sulphate aerosols on observed surface air temperature were restricted to analyses of observed changes in areas where $SO_2$ emissions and/or forcing are likely to have been large (Wigley *et al.*, 1992; Hunter *et al.*, 1993), or to a visual comparison of observed temperature change patterns and patterns of vertically integrated aerosol concentration predicted by a chemical-transport model (Engardt and Rodhe, 1993). These studies have shown qualitatively that some features of the recent instrumental surface temperature record are consistent with a sulphate aerosol effect on climate.

Only two studies have used quantitative techniques to search for an anthropogenic sulphate aerosol signal in observed data. The first, by Karl *et al.* (1995a), used gridded land surface air temperature data to compare linear trends from 1966 to 1980 with the mean changes in $SO_2$ emissions over the same period. Spatial correlations were then computed between the temperature trends and emissions changes, but along 5° latitude bands (from 20°N to 60°N) rather than over the full data fields. This yielded a

series of correlation coefficients as a function of latitude and season. The significance of these results was evaluated by correlating the emissions changes with many samples of "natural" 15-year temperature trends from the 1000 year GFDL control run (Stouffer *et al.*, 1994).

In over two-thirds of the cases, the correlations were negative, indicating a decrease in temperature as emissions increased over the period 1966 to 1980. The most significant negative correlations were obtained in zones of high emissions (50°N–55°N) and at times of high insolation. The number of significant correlations was far greater than would be expected by chance alone. Karl *et al.* interpreted these results as being consistent with the anticipated direct effects of anthropogenic sulphate aerosols.

This is encouraging in terms of attribution, since the similarity between emissions changes and temperature changes is not simply at a global mean level, and since seasonal variations in the obtained significance levels are in agreement with our physical understanding of the seasonality in forcing due to direct aerosol effects. There is some scope for improving these results by using a pattern of temperature response rather than a pattern of change in emissions or forcing. Detection studies that employ some "proxy" for the temperature response, such as the pattern of observed changes in sulphur emissions used by Karl *et al.* or the pattern of sulphate aerosol distribution or aerosol forcing predicted by a sulphur chemistry model (Wigley *et al.*, 1992; Engardt and Rodhe, 1993), do not account for any modulation of the regional aerosol forcing by the general circulation of the atmosphere, and could be searching for sub-optimal signals. This may be of lesser consequence in the latitude bands (50°N–55°N) where Karl *et al.* find the strongest relationships between $SO_2$ emissions and temperature changes, since this is likely to be a region where there is a stronger correspondence between emissions, forcing and response.

The recent study by Santer *et al.* (1995a) differs from the work of Karl *et al.* (1995a) in that it searches directly for a temperature response pattern due to anthropogenic sulphate aerosols, rather than a forcing pattern. The response pattern was taken from experiments performed by Taylor and Penner (1994) with an AGCM coupled to a tropospheric chemistry model. As in the greenhouse gas detection studies described in Section 8.4.2.1, Santer *et al.* used both centred and uncentred statistics to compare observed temperature changes with the model predictions. These comparisons were made over the (near-global) data fields rather than at individual latitude bands. Only one result achieved significance: the most recent 50-year trend in a

centred pattern correlation for the autumn season (September to November). In this single case, the model-predicted regional scale pattern was detectable in the data.

It is difficult to compare the results of these two studies directly, because of their use of different signals and different time periods for the observations, and their consideration of pattern similarities at different spatial scales. The key point is that *both* studies show evidence supporting the idea of a sulphate aerosol cooling effect on climate, based on pattern correspondences at spatial scales smaller than the global mean.

### 8.4.2.3 Combined $CO_2$ and sulphate aerosol signals

Four separate multi-variate detection studies have searched for a model-predicted temperature change pattern in response to combined $CO_2$ and sulphate aerosol forcing. Three of these have dealt with changes in near-surface temperature (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a; Santer *et al.*, 1995a), while one has considered modelled and observed changes in the vertical structure of atmospheric temperature (Santer *et al.*, 1995b). The latter additionally attempted to incorporate the effects of stratospheric ozone reduction in the searched-for anthropogenic signal.

The climate-change signal in the near-surface temperature study by Santer *et al.* (1995a) was derived from equilibrium response experiments by Taylor and Penner (1994), in which an AGCM coupled to a mixed-layer ocean and a model of tropospheric sulphate chemistry was forced by present-day levels of atmospheric $CO_2$ and anthropogenic sulphur emissions. The temperature response to the combined forcing in the Taylor and Penner experiment is very different from the response to forcing by $CO_2$ alone (see Figure 8.9), showing both spatially coherent cooling and warming regions – a characteristic of the way surface temperature in the real world has actually changed (see Chapter 3). This response pattern has large uncertainties. Perhaps the most important of these is that the pattern is clearly a function of the relative magnitudes of the positive forcing by $CO_2$ and the negative forcing by the direct effect of anthropogenic sulphate aerosols, with the latter only poorly known (see Chapter 2 and Section 8.2.5). Further signal uncertainties include those arising from the lack of a dynamic ocean, the neglect of the indirect effects of sulphate aerosols, possible model-dependence of the results, and signal estimation problems (see Section 8.2.4 and 8.2.5).

Santer *et al.* used both centred and uncentred statistics to compare the seasonally and annually averaged (equilibrium) near-surface temperature-change patterns

432                                                      *Detection of Climate Change and Attribution of Causes*



**Figure 8.9:** Summertime (JJA) near-surface air temperature changes (°C) in an AGCM experiment with forcing by $CO_2$ only (a), and by both $CO_2$ and anthropogenic sulphate aerosols (b). For sources of model data, refer to Figure 8.7. Temperature changes in the observations (see Chapter 3, Figure 3.14) are qualitatively more similar to the changes in the combined forcing experiment than in the $CO_2$ only experiment.





**Figure 8.10:** Behaviour of a centred pattern correlation statistic, *R(t)*, measuring the similarity between model-predicted and observed patterns of near-surface air temperature change. The model predictions are from equilibrium response experiments with forcing by present-day atmospheric concentrations of $CO_2$ (a), and by the combined effects of present-day $CO_2$ levels and sulphur emissions (b) (see Figure 8.7 for details). For each experiment, a single pattern characterises the temperature-change signal. This signal is then searched for in observed time-varying records of near-surface temperature change. The figure shows results for the autumn season (SON). In the case of combined $CO_2$ + sulphate aerosol forcing, there is a positive linear trend in the *R(t)* time-series over the last 50 years (1944 to 1993), indicating that sub-global-scale features of the observed temperature-change patterns are becoming increasingly similar to the predicted signal pattern. No such increasing signal is found for the $CO_2$-only signal. The 50-year trend in *R(t)* in the experiment with combined forcing was highly significant relative to estimates of internally generated natural variability from two extended AOGCM control runs (Santer *et al.*, 1995a). The initial decrease in *R(t)* from roughly 1910 to 1945 (b) has not been fully explained, but is likely due to the fact that the observed warming in the 1930s and 1940s had some similarity to a $CO_2$-only signal, and was different in character from more recent changes.

from this combined forcing experiment with observed temperature changes. Their key finding was that the long-term (most recent 50-year) trends in a centred statistic for the July to August and September to November signals were statistically significant relative to two different GCM-based estimates of internally generated variability (see Figure 8.10). In these two seasons, therefore, the sub-global-scale features of a combined $CO_2$ + sulphate aerosol signal pattern were increasingly evident in the observed surface air temperature data. This result is highly unlikely to be due to the noise of natural internal variability, assuming that the coupled model noise estimates were realistic.

Similar results were obtained by Mitchell *et al.* (1995a) and Hasselmann *et al.* (1995) in detection studies involving annual-mean near-surface temperature signals from AOGCM transient experiments with combined $CO_2$ + sulphate aerosol forcing. Direct sulphate aerosol effects in both experiments were parameterized by changes in surface albedo. As noted previously (Section 8.4.2.1), the Mitchell *et al.* study used a centred correlation statistic to compare patterns of decadally averaged temperature change from the $CO_2$ + sulphate aerosol experiment with observed patterns of change, under the assumption of a one-to-one time correspondence between the observations and the model signal. The absolute values of the correlation statistic increased in the most recent decades, and were deemed to be significant relative to the typical values obtained in the absence of external forcing (see Figure 8.6). Significant results were not obtained for the $CO_2$-only signal.

As in the investigation by Hegerl *et al.* (1996) (Section 8.4.2.1), Hasselmann *et al.* (1995) compared modelled and observed patterns of 30-year trends in near-surface temperature. A centred statistic indicated that correlations (for 30-year trends ending in 1970 to 1990) were generally higher for the combined $CO_2$ + aerosol signal than for a $CO_2$-only signal. An optimised uncentred statistic yielded the opposite result, largely reflecting the lower global mean change in the combined forcing experiment.

In work complementing the above studies, Santer *et al.* (1995b) (Section 8.4.2.1) searched for a combined $CO_2$ + sulphate aerosol signal in observed changes in the vertical temperature structure of the atmosphere, and additionally considered the possible effects of stratospheric ozone depletion. The $CO_2$ + aerosol signal was taken from the AGCM experiments by Taylor and Penner (1994), while the temperature response to stratospheric $O_3$ reduction was obtained from an experiment by Ramaswamy *et al.* (1996). Since experiments with simultaneous changes in $CO_2$, sulphate aerosols and $O_3$ have not yet been performed, the $CO_2$ + $O_3$ + aerosol temperature-change signals were estimated by linearly combining results from the Taylor and Penner and Ramaswamy *et al.* integrations.

A centred statistic was used to compare modelled and observed patterns of temperature change over the lower

troposphere to the lower stratosphere (850 to 50 hPa) and over the low- to mid-troposphere only (850 to 500 hPa). This statistic exhibited strong trends for comparisons made over 850 to 50 hPa, both in the $CO_2$-only signals and in signals incorporating the added effects of sulphate aerosols and stratospheric $O_3$ reduction. The trends were largely due to a common pattern of stratospheric cooling and tropospheric warming in the observations and in all model experiments (see Figure 8.7).

Pattern comparisons restricted to the 850 to 500 hPa region revealed that the observations were in better statistical agreement with the temperature-change patterns due to combined forcing ($CO_2$ + aerosols + $O_3$) than with the $CO_2$-only pattern. This was the result of hemispheric scale temperature-change contrasts, with less warming in the Northern Hemisphere, that were common to the observations and the combined forcing signal but absent in the $CO_2$-only case (Figure 8.7). The closest statistical agreement between modelled and observed patterns of temperature change was achieved when stratospheric ozone effects were incorporated. The levels of model-versus-observed pattern similarity increased with time over 1963 to 1988, in all cases save for the $CO_2$-only signal defined over 850 to 500 hPa. These increases were found to be highly significant (at the 5% level or better) relative to model-derived estimates of natural internal variability.

In summary, all four studies show that sub-global-scale features of model-predicted $CO_2$ + sulphate aerosol signals are increasingly evident in the record of observed near-surface and vertical temperature changes over the last half century. "Increasingly evident" signifies that the value of the statistic used to compare modelled and observed patterns of change increases with time. This conclusion does not depend on the realism of the model-simulated natural internal variability. The four studies also show that these combined signals are detectable relative to current model estimates of natural internal climate variability. This result means that the combined $CO_2$+sulphate aerosol signals can be distinguished from model noise estimates with a high level of statistical confidence. The latter conclusion is dependent on the realism of the model internal noise estimates in terms of pattern, amplitude and time-scale.

One of the implications of this work is that some of the sub-global-scale background noise, against which these and previous studies have attempted to detect a $CO_2$-only signal, is in fact part of a sulphate aerosol effect on climate. Detection studies that search for the *individual* effects of greenhouse gases and sulphate aerosols on climate therefore may be less successful in explaining observed temperature changes than studies that search for their *combined* effects.

To date, pattern-based studies have not been able to quantify the magnitude of a greenhouse gas or aerosol effect on climate. Our current inability to estimate reliably the fraction of the observed temperature changes that are due to human effects does not mean that this fraction is negligible. The very fact that pattern-based studies have been able to discern sub-global-scale features of a combined $CO_2$ + aerosol signal relative to the ambient noise of natural internal variability implies that there may be a non-negligible human effect on global climate.

### 8.4.3 Studies of Spatial and Temporal Patterns of Change in Model Data Only

A number of purely model-based studies have explored the question of whether model data can help to identify climate variables that might be promising components of a multi-variable "fingerprint" for detecting anthropogenic change. The first studies of this kind were by Barnett and Schlesinger (1987), Barnett *et al.* (1991), and Santer *et al.* (1991), and used a variety of statistical approaches to characterise the degree of similarity between a model-predicted signal and the internally generated natural variability produced by the same model in a control run. The modelled signal in this early work was invariably in response to a doubling of atmospheric $CO_2$, and was always generated by an atmospheric GCM coupled to a mixed-layer ocean.

More recent work has taken signal and noise data from time-dependent greenhouse warming experiments performed with AOGCMs, and explored the suitability of different statistical techniques for:

- efficiently describing the space-time evolution of greenhouse warming signals and natural variability noise (Santer *et al.*, 1994; Murphy and Mitchell, 1995), and determining at what point in time the model signal can be discriminated from the model noise (see Figure 8.11);

- identifying atmospheric variables (Santer *et al.*, 1994; Murphy and Mitchell, 1995) and oceanic variables (Mikolajewicz *et al.*, 1993; Santer *et al.*, 1995c) with high signal-to-noise ratios in the model data. Signal-to-noise has been investigated in terms of both pure pattern similarity and the relative amplitudes of an enhanced greenhouse effect signal and natural variability noise.

In general these studies have shown that for an enhanced greenhouse effect signal, changes in near-surface air temperature are likely to have a large signal-to-noise ratio,

*Detection of Climate Change and Attribution of Causes*                                          *435*





**Figure 8.11:** Model predictions of the time evolution of annual mean near-surface temperature changes in greenhouse warming experiments and control runs. Results are from experiments performed by Cubasch *et al.* (1992) (a), and Murphy and Mitchell (1995) (b). A statistical technique known as EOF analysis was used to describe the evolution of the modelled greenhouse warming signals and natural internal variability in terms of a small number of patterns (EOFs) and time-series (see Santer *et al.*, 1994). Temperature data from the control runs and greenhouse warming experiments were then "projected" onto the first two EOF patterns of the respective greenhouse warming experiments. Each dot represents one year of a control run or greenhouse warming experiment, and successive years are joined by lines. The control run results all cluster closely in a "noise cloud" that defines the limits of internally generated natural variability. If the greenhouse warming signals were similar to the (model-simulated) natural variability, both in terms of amplitude and pattern, they would be contained within these noise clouds. This is not the case, and the signals clearly separate from the noise within 20-30 years.

while mean sea level pressure and precipitation changes have less desirable signal-to-noise characteristics. Such rankings of climate variables according to their signal-to-noise characteristics may depend on the extent to which the

model noise represents *bona fide* internally generated variability rather than climate drift, and may change as anthropogenic factors other than $CO_2$ (such as sulphate aerosol effects) are included in model climate-change experiments. This type of work is also a useful tool for testing statistical methodology in an idealised setting with no missing data and adequate record lengths for estimating model noise properties.

## 8.5 Qualitative Consistency Between Model Predictions and Observations

### 8.5.1 Introduction

The focus of Section 8.4 has been on studies that have used quantitative approaches to compare model-predicted signals with observations. There are, however, a large number of investigations that have highlighted areas of *qualitative* agreement (or disagreement) between models and observations. Such information is necessarily less compelling than evidence obtained from quantitative detection studies. Nevertheless, claims of detection of an anthropogenic effect on climate that are based solely on complex statistical techniques are likely to be controversial unless they are supported by a broad range of evidence, some of which will be qualitative in nature.

Before such evidence is examined, it is necessary to point out that there is a fundamental difficulty in assessing "qualitative consistency". Our ideas about an expected signal in response to anthropogenic activities have changed with time, and are likely to change in the future. In the 1980s, expectations of the climate response to anthropogenic factors were largely dictated by $CO_2$-only results from AGCMs coupled to mixed-layer oceans. The incorporation of full ocean dynamics and the direct effect of sulphate aerosols have modified this picture in important ways (Figure 8.12).

The incorporation of sulphate aerosol effects in climate models marks another important stage in the evolutionary process of predicting and identifying future climate change, but it is clear that this process has not ended. The implication is that caution must be exercised in examining "qualitative consistency". What was qualitatively inconsistent yesterday could be qualitatively consistent today.

Chapter 3 identified observed changes in a wide range of climate parameters, and attempted to assign confidence levels to these changes based on our current understanding of data uncertainties (see Figure 3.23). A similar exercise was attempted for model projections of the climate response to $CO_2$ doubling in Chapter 6 (Figure 6.1). In the following section, we compare selected model predictions

*Detection of Climate Change and Attribution of Causes*



**Figure 8.12:** Evolution of model predictions for the expected annual average near-surface temperature response to anthropogenic activities (°C). Results are from an equilibrium $CO_2$ doubling experiment with an AGCM coupled to a mixed-layer model of the upper ocean (Senior, 1995) (a), from an experiment with an AOGCM driven by time-increasing atmospheric levels of equivalent $CO_2$ (Cubasch *et al.*, 1992) (b), and from an experiment with an AOGCM forced by time-evolving changes in equivalent $CO_2$ and anthropogenic sulphur emissions (Mitchell et al., 1995a) (c). All results show the temperature response at the approximate time of $CO_2$ doubling in the model experiment.

with observed changes in order to assess where there is and where there is not qualitative consistency. This section does not attempt to provide an exhaustive analysis of qualitative consistency for a wide range of climate variables. Instead, we focus on areas that have received recent attention in the scientific literature.

The potential problems of comparisons between a $CO_2$-only signal and observed changes have been discussed above. Where possible, therefore, we also make use of recent model projections based on forcing by both greenhouse gases and sulphate aerosols.

### 8.5.2 Global Mean Temperature and Surface Temperature Patterns

The best available evidence suggests that observed near-surface air temperature has increased by 0.3°C to 0.6°C in the last 100 years (Chapter 3). This result is in accord with both simple and more complex model predictions of the global mean temperature change in response to time-dependent changes in greenhouse gases and aerosols. As noted in Chapter 6, the time-series of global mean temperature changes simulated in two recent AOGCM experiments with combined $CO_2$ + sulphate aerosol forcing (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a) are generally in better agreement with observations than the results from comparable experiments with $CO_2$ forcing alone.

This agreement does not, however, constitute identification of an anthropogenic effect on climate and may be serendipitous. The degree of consistency between modelled and observed global mean, annually averaged temperature changes depends on a variety of factors. These include the model's climate sensitivity, the magnitude and sign of simulated multi-decadal variability (and or climate drift), oceanic thermal inertia, and the relative strength of the positive forcing due to greenhouse gases and the negative forcing due to aerosols. It is certainly feasible that qualitative agreement could be due to compensating errors, such as a climate sensitivity that is too high being partially offset by cooling due to a residual drift, or by an overestimated aerosol effect. Nevertheless, the recent modelling work does show that it is possible to explain past changes in a global-scale property of the climate system in a plausible way.

More importantly, we have seen initial evidence of qualitative and quantitative consistency between observed *patterns* of near-surface temperature change and model predictions in response to combined greenhouse gas and aerosol forcing. Pattern correspondence is more difficult to achieve than global mean consistency, and hence is more meaningful in the context of attribution. Our best model-based estimates of natural internal variability indicate that this correspondence is unlikely to be due to natural causes. Simultaneous model-observed agreement in terms of changes in both global means and patterns, as in the recent study by Mitchell *et al.* (1995a), is even less likely to be a chance occurrence or the result of compensating model errors.

### 8.5.3 Diurnal Temperature Range

Past changes in the diurnal temperature range (DTR) also show some similarity in the real world and in model predictions. Several studies in Chapter 3 reported that, since the 1950s, minimum temperatures have increased two to three times faster than maximum temperatures over large areas of land in the Northern Hemisphere (Karl *et al.*, 1991b; Karl *et al.*, 1993; Kukla and Karl, 1993; Horton, 1995). The result is a reduction in DTR, especially during summer and autumn.

Early attempts to explain these changes were unsuccessful. Model simulations with increases in greenhouse gases alone or in combination with the direct effects of sulphate aerosols could not capture the amplitude and pattern of the observed changes. New modelling and observational studies (Hansen *et al.*, 1995b; Stenchikov and Robock, 1995) have provided insight into this apparent inconsistency between model projections and the observed decrease of DTR by noting the importance of cloud effects. Thus, Hansen *et al.* (1995b) found that no plausible combination of forcings other than $CO_2$, sulphate aerosols and increases in cloud cover could explain the observed reduction in DTR and the increase in mean temperature in their model. Whether the required cloud changes, which are in accord with available observations, are also primarily an anthropogenic effect (i.e., due to the indirect effects of sulphate aerosols; see Chapter 2) or are due to natural climate variability is currently unknown.

### 8.5.4 Changes in Phase of Annual Temperature Cycle

A recent study by Thomson (1995) of the multi-century Central England time-series of monthly mean temperatures (and of other long instrumental records) employed a sophisticated spectral analysis technique to discern underlying periodicities in the data. After identifying and removing a signal due to the precession of the Earth's axis, Thomson found that the phase of the annual cycle of surface air temperature was remarkably stable until roughly 1940, at which time it changed abruptly and at an unprecedented rate (see Chapter 3). The occurrence of this phase shift at a time when atmospheric greenhouse gas concentrations and anthropogenic aerosol loadings were

increasing rapidly is interesting information, but it does not prove that a causal relationship exists.

Furthermore, subsequent analysis of Central England and other time-series by Emslie and Christy (1996) and Karl *et al.* (1996b) have failed to confirm the existence of a significant post-1940 phase shift in the annual cycle (see Chapter 3). It remains to be determined whether such phase shifts are robust features of the data and are consistent with the predictions of AOGCMs in experiments with time-dependent forcing by $CO_2$ and aerosols.

### 8.5.5 Possible Inconsistencies between Modelled and Satellite-Derived Temperature Trends

As discussed in Chapter 3 and by Hansen *et al.* (1995a), there has been considerable confusion in the scientific literature regarding the question of whether instrumental- and model-based estimates of global temperature trends over the period 1979 to 1993 are in conflict with satellite-based observations. Here, we consider only whether *model-predicted* near-surface temperature trends are inconsistent with estimates of low to mid-tropospheric temperature trends derived from the satellite-based Microwave Sounding Unit (MSU).

Christy and McNider (1994) cited model-predicted tropospheric trend estimates of 0.3-0.4°C/decade. These were based on:

- model predictions of surface air temperature changes (in response to increases in $CO_2$) given in IPCC (1992);
- model predictions of more rapid warming of the global troposphere than global near-surface air.

They concluded that these values were roughly four times larger than the MSU-based trend of roughly 0.09°C/decade, which was obtained after adjusting the MSU data for the effects of El Niño and volcanic aerosols. However, as noted by Hansen *et al.* (1995b), the model predictions on which this comparison is based were taken either from equilibrium $CO_2$ doubling experiments that were not relevant to the problem of predicting time-dependent change, or from time-dependent "$CO_2$-only" simulations with rates of change of radiative forcing that were larger than observed.

More recent AOGCM experiments initialised with levels of atmospheric $CO_2$ corresponding to late 19th century conditions, and driven by changes in both $CO_2$ and sulphur emissions (Hasselmann *et al.*, 1995; Mitchell *et al.*, 1995a), show rates of near-surface temperature change for the 11- and 15-year model periods corresponding to 1979 to 1990 and

1979 to 1993 that range from 0.06–0.22°C/decade (J.F.B. Mitchell, pers. comm.). This would translate to a tropospheric trend of about 0.08–0.30°C/decade given the observed magnitude of surface versus tropospheric variability. These latter linear trend estimates are in much closer agreement with the adjusted MSU data, i.e., there is no serious inconsistency between the most recent model predictions and MSU-based trend estimates (Hansen *et al.*, 1995a).

The key point to note here is that the MSU record is short (>20 years) for the purposes of detecting a slowly evolving anthropogenic signal. This short record limits comparisons of satellite-based and model-predicted data to decadal time-scale temperature trends. These trends are strongly affected by the background noise of interannual to decadal time-scale natural variability (see, for example, the lack of significance for the most recent 10-year trends in near-surface temperature in Figure 8.3). It is therefore difficult to make a meaningful interpretation of any differences in trends on these short time-scales.

### 8.6 When Will an Anthropogenic Effect on Climate be Identified?

Detection of a human-induced change in the Earth's climate will be an evolutionary and not a revolutionary process. It is the gradual accumulation of evidence that will implicate anthropogenic emissions as the cause of some part of observed climate change, not the results from a single study. While there is already initial evidence for the existence of an anthropogenic climate signal, it is likely (if model predictions are correct) that this signal will emerge more and more convincingly with time. It is probable that it will be discernible at the global scale first and only later at regional scales (Briffa *et al.*, 1990; Karl *et al.*, 1991a), and that it will be clearer in some variables than in others. Convincing attribution, however, is likely to come from the analysis of full spatial patterns of change: again, as an evolutionary process.

The gradual emergence of an anthropogenic climate change signal from the background noise of natural variability guarantees that any initial pronouncement that a change in the climate has been detected and attributed to a specific cause will be questioned by some scientists. Nevertheless, if the current rate of increase of anthropogenic emissions is maintained and if the sensitivity of the climate system to anthropogenic perturbations is within the range predicted by current climate theory, it should become increasingly easy to eliminate natural variability and other natural external forcings as causes for most of the observed changes.

Finally, we come to the difficult question of when the detection and attribution of human-induced climate change is likely to occur. The answer to this question must be subjective, particularly in the light of the large signal and noise uncertainties discussed in this chapter. Some scientists maintain that these uncertainties currently preclude any answer to the question posed above. Other scientists would and have claimed, on the basis of the statistical results presented in Section 8.4, that confident detection of a significant anthropogenic climate change has already occurred.

As noted in Section 8.1, attribution involves statistical testing of alternative explanations for a detected observed change, and few would be willing to argue that *completely unambiguous* attribution of (all or part of) this change has already occurred, or was likely to happen in the next few years. However, evidence from the pattern-based studies reported on here suggests that an initial step has now been taken in the direction of attribution, since correspondences between observations and model predictions in response to combined changes in greenhouse gases and anthropogenic sulphate aerosols:

- have now been seen both at the surface and in the vertical structure of the atmosphere;
- have been found in terms of complex spatial patterns rather than changes in the global mean alone;
- show an overall increase over the last 20 to 50 years;
- are significantly different from our best model-based estimates of the correspondence expected due to natural internal climate variability.

Furthermore, although quantitative attribution studies have not explicitly considered solar and volcanic effects, our best information indicates that the observed patterns of vertical temperature change are not consistent with the responses expected for these forcings.

The body of statistical evidence in Chapter 8, when examined in the context of our physical understanding of the climate system, now points towards a discernible human influence on global climate. Our ability to quantify the magnitude of this effect is currently limited by uncertainties in key factors, including the magnitude and patterns of longer-term natural variability and the time-evolving patterns of forcing by (and response to) greenhouse gases and aerosols.

## References

**Allen**, M.R., P.L. Read and L.A. Smith, 1992: Temperature oscillations. *Nature*, **359**, 679.

**Allen**, M.R. and L.A. Smith, 1994: Investigating the origins and significance of low-frequency modes of climate variability. *Geophys. Res. Lett.*, **21**, 883–886.

**Barnett**, T.P., 1986: Detection of changes in global tropospheric temperature field induced by greenhouse gases. *J. Geophys. Res.*, **91**, 6659–6667.

**Barnett**, T.P., 1991: An attempt to detect the greenhouse-gas signal in a transient GCM simulation. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp. 559–568.

**Barnett**, T.P. and M.E. Schlesinger, 1987: Detecting changes in global climate induced by greenhouse gases. *J. Geophys. Res.*, **92**, 14772–14780.

**Barnett**, T.P., M.E. Schlesinger and X. Jiang, 1991: On greenhouse-gas detection strategies. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations,* M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp. 537–558.

**Barnett**, T.P., B.D. Santer, P.D. Jones, R.S. Bradley and K.R. Briffa, 1996: Estimates of low-frequency natural variability in near-surface air temperature. Holocene (in press).

**Bell**, T.L., 1982: Optimal weighting of data to detect climatic change: Application to the carbon dioxide problem. *J. Geophys. Res.*, **87**, 11161–11170.

**Bell**, T.L., 1986: Theory of optimal weighting of data to detect climatic change. *J. Atmos. Sci.*, **43**, 1694–1710.

**Bloomfield**, P., 1992: Trends in global temperature. *Clim. Change*, **21**, 1–16.

**Bloomfield**, P. and D. Nychka, 1992: Climate spectra and detecting climate change. *Clim. Change*, **21**, 275–287.

**Bradley**, R.S. and P.D. Jones, 1992: *Climate Since A.D. 1500.* Routledge, London, 679 pp.

**Bradley**, R.S. and P.D. Jones, 1993: "Little Ice Age" summer temperature variations: their nature and relevance to recent warming trends. *Holocene*, **3**, 367–376.

**Briffa**, K.R., T.S. Bartholin, D. Eckstein, P.D. Jones, W. Karlén, F.H. Schweingruber and P. Zetterberg, 1990: A 1,400-year tree-ring record of summer temperatures in Scandinavia. *Nature*, **346**, 434–439.

**Briffa**, K.R., P.D. Jones, T.S. Bartholin, D. Eckstein, F.H. Schweingruber, W. Karlén, P. Zetterberg, and M. Eronen, 1992: Fennoscandian summers from A.D. 500: Temperature changes on short and long time-scales. *Clim. Dyn.*, **7**, 111–119.

**Briffa**, K.R., P.D. Jones, F.H. Schweingruber, W. Karlén and S.G. Shiyatov, 1996: Tree-ring variables as proxy climate indicators: Problems with low-frequency signals. In: *Climatic Variations and Forcing Mechanisms of the Last 2000 years*, P.D. Jones, R.S. Bradley and J. Jouzel (eds.), Springer Verlag, Berlin, pp. 9–41.

*Detection of Climate Change and Attribution of Causes*

Cess, R.D., G.L. Potter, J.P. Blanchet, G.J. Boer, S.J. Ghan, J.T. Kiehl, H. Le Treut, Z.-X. Li, X.-Z. Liang, J.F.B. Mitchell, J.-J. Morcrette, D.A. Randall, M.R. Riches, E. Roeckner, U. Schlese, A. Slingo, K.E. Taylor, W.M. Washington, R.T. Wetherald and I. Yagai, 1989: Interpretation of cloud-climate feedback as produced by 14 atmospheric general circulation models. *Science*, 245, 513–516.

Christy, J.R. and R.T. McNider, 1994: Satellite greenhouse signal. *Nature*, 367, 325.

Cook, E.R., T. Bird, M. Peterson, M. Barbetti, B. Buckley, R. D'Arrigo, R. Francey and P. Tans, 1991: Climatic change in Tasmania inferred from a 1089-year tree-ring chronology of Huon pine. *Science*, 253, 1266–1268.

Cook, E.R., B. Buckley and R. D'Arrigo, 1996: Inter-decadal climate variability in the Tasmanian sector of the Southern Hemisphere: Evidence from tree rings over the past three millennia. In: *Climatic Variations and Forcing Mechanisms of the Last 2000 years*, P.D. Jones, R.S. Bradley and J. Jouzel (eds.), Springer Verlag, Berlin, pp.141–160.

Crowley, T.J., 1991: Utilization of paleoclimate results to validate projections of a future greenhouse warming. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations* , M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp. 35–45.

Crowley, T.J. and G.R. North, 1991: *Paleoclimatology*. Oxford University Press, New York, 339 pp.

Cubasch, U., K. Hasselmann, H. Höck, E. Maier-Reimer, U. Mikolajewicz, B.D. Santer and R. Sausen, 1992: Time-dependent greenhouse warming computations with a global coupled ocean-atmosphere model. *Clim. Dyn.*, 8, 55–69.

Cubasch, U., B.D. Santer, A. Hellbach, G. Hegerl, H. Höck, E. Maier-Reimer, U. Mikolajewicz, A. Stössel and R. Voss, 1994: Monte Carlo climate change forecasts with a global coupled ocean-atmosphere model. *Clim. Dyn.*, 10, 1–19.

Cubasch, U., G. Hegerl, A. Hellbach, H. Höck, U. Mikolajewicz, B.D. Santer and R. Voss, 1995: A climate change simulation starting at an early time of industrialization. *Clim. Dyn.*, 11, 71–84.

Delworth, T., S. Manabe and R.J. Stouffer, 1993: Interdecadal variability of the thermohaline circulation in a coupled ocean-atmosphere model. *J. Climate*, 6, 1993–2011.

Emslie, A.G. and J.R. Christy, 1996: Astronomical influences and long-term trends in terrestrial temperature. *Geophys. Res. Lett.* (submitted).

Engardt, M. and H. Rodhe, 1993: A comparison between patterns of temperature trends and sulphate aerosol pollution. *Geophys. Res. Lett.*, 20, 117–120.

Epstein, E.S., 1982: Detecting climate change. *J. Appl. Met.*, 21, 1172–1182.

Erickson, D.J., R.J. Oglesby and S. Marshall, 1995: Climate response to indirect anthropogenic sulfate forcing. *Geophys. Res. Lett.*, 22, 2017–2020.

Friis-Christensen, E. and K. Lassen, 1991: Length of the solar cycle: An indicator of solar activity closely associated with climate. *Science*, 254, 698–700.

Galbraith, J.W. and C. Green, 1992: Inference about trends in global temperature data. *Clim. Change*, 22, 209–221.

Gates, W.L., Y.J. Han, and M.E. Schlesinger, 1985: The global climate simulated by a coupled atmosphere-ocean general circulation model: preliminary results. In: *Coupled Ocean-Atmosphere Models*, J.C.J. Nihoul (ed.), Elsevier, Amsterdam, pp. 131–151.

Gates, W.L., P.R. Rowntree and Q.C. Zeng, 1990: Validation of climate models. In: *Climate Change. The IPCC Scientific Assessment.*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 93–130.

Gates, W.L., J.F.B. Mitchell, G.J. Boer, U. Cubasch, and V.P. Meleshko, 1992: Climate modeling, climate prediction and model validation. In: *Climate Change 1992, The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds.), Cambridge University Press, Cambridge, UK, pp. 97–134.

Ghil, M. and R. Vautard, 1991: Interdecadal oscillations and the warming trend in global temperature time series. *Nature*, 350, 324–327.

Hansen, J.E., W.-C. Wang and A.A. Lacis, 1978: Mount Agung provides a test of a global climatic perturbation. *Science*, 199, 1065–1068.

Hansen, J.E., A. Lacis, D. Rind and G. Russell, 1984: Climate sensitivity: Analysis of feedback mechanisms. In: *Climate Processes and Climate Sensitivity*, J.E. Hansen and T. Takahasi (eds.), Maurice Ewing Series 5, American Geophysical Union, pp 130–163.

Hansen, J.E., H. Wilson, M. Sato, R. Ruedy, K.P. Shah and E. Hansen, 1995a: Satellite and surface temperature data at odds? *Clim. Change*, 30, 103–117.

Hansen, J.E., M. Sato and R. Ruedy, 1995b: Long-term changes of the diurnal temperature cycle: Implications about mechanisms of global climate change. *Atmos. Res.*, 37, 195–209.

Hasselmann, K., 1976: Stochastic climate models. Part I: Theory. *Tellus*, 28, 473–485.

Hasselmann, K., 1979: On the signal-to-noise problem in atmospheric response studies. In: *Meteorology of Tropical Oceans*, D.B. Shaw (ed.), Royal Meteorological Society London, pp. 251–259.

Hasselmann, K., 1993: Optimal fingerprints for the detection of time dependent climate change. *J. Climate*, 6, 1957–1971.

Hasselmann, K., L. Bengtsson, U. Cubasch, G.C. Hegerl, H. Rodhe, E. Roeckner, H. v. Storch and R. Voss, 1995: Detection of anthropogenic climate change using a fingerprint method. *Max-Planck Institut für Meteorologie Report No.* 168, 20 pp.

Hegerl, G., H. v. Storch, K. Hasselmann, B.D. Santer, U. Cubasch and P.D. Jones, 1996: Detecting anthropogenic climate change with a fingerprint method. *J. Climate* (in press).

Hoffert, M.I. and B.P. Flannery, 1985: Model projections of the time-dependent response to increasing carbon dioxide. In: *Projecting the Climatic Effects of Increasing Carbon Dioxide,*

M.C. MacCracken and F.M. Luther (eds.), U.S. Department of Energy, Carbon Dioxide Research Division, Washington, DC, pp. 149–190.

**Hoffert**, M.I. and C. Covey, 1992: Deriving global climate sensitivity from paleoclimate reconstructions. *Nature*, **360**, 573–576.

**Horton**, E.B., 1995: Geographical distribution of changes in maximum and minimum temperature. *Atmos. Res.*, 37, 102–117.

**Hunter**, D.E., S.E. Schwartz, R. Wagoner and C.M. Benkovitz, 1993: Seasonal, latitudinal, and secular variations in temperature trend: Evidence for influence of anthropogenic sulphate. *Geophys. Res. Lett.*, **20**, 2455–2458.

**IPCC** (Intergovernmental Panel on Climate Change), 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds). Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment*, J.T. Houghton, B.A. Callander and S.K. Varney (eds). Cambridge University Press, Cambridge, UK, 198 pp.

**Jones**, P.D. and K.R. Briffa, 1992: Global surface air temperature variations during the Twentieth century: Part1. Spatial, temporal and seasonal details. *Holocene*, **3**, 77–88.

**Karl**, T.R., 1994: Smudging the fingerprints. *Nature*, **371**, 380–381.

**Karl**, T.R., R.R. Heim Jr. and R.G. Quayle, 1991a: The greenhouse effect in central North America: If not now, when? *Science*, **251**, 1058–1061.

**Karl**, T.R., G. Kukla, V.N. Razuvayev, M.J. Changery, R.G. Quayle, R.R. Heim Jr., D.R. Easterling and C.B. Fu, 1991b: Global warming: Evidence for asymmetric diurnal temperature change. *Geophys. Res. Lett.*, **18**, 2253–2256.

**Karl**, T.R., P.D. Jones, R.W. Knight, G. Kukla, N. Plummer, V. Razuvayev, K.P. Gallo, J. Lindseay, R.J. Charlson and T.C. Peterson, 1993: Asymmetric trends of daily maximum and minimum temperature. *Bull. Am. Met. Soc.*, **74**, 1007–1023.

**Karl**, T.R., R.W. Knight, G. Kukla and J. Gavin, 1995a: Evidence for radiative effects of anthropogenic sulphate aerosols in the observed climate record. In: *Aerosol Forcing of Climate*, R. Charlson and J. Heintzenberg (eds.), John Wiley and Sons, Chichester, pp. 363–382.

**Karl**, T.R., R.W. Knight, D.R. Easterling and R.G. Quayle, 1995b: Trends in U.S. climate during the Twentieth Century. *Consequences*, **1**, 3–12.

**Karl**, T.R., R.W. Knight, D.R. Easterling and R.G. Quayle, 1996a: Indices of climate change for the United States. *Bull. Am. Met. Soc.* (in press).

**Karl**, T.R., P.D. Jones and R.W. Knight, 1996b: A note on David J. Thomson's article: "The Seasons, Global Temperature, and Precession". *Science* (in press).

**Karoly**, D.J, 1987: Southern Hemisphere temperature trends: A possible greenhouse gas effect? *Geophys. Res. Lett.*, **14**, 1139–1141.

**Karoly**, D.J, 1989: Northern Hemisphere temperature trends: A possible greenhouse gas effect? *Geophys. Res. Lett.*, **16**, 465–468.

**Karoly**, D.J., J.A. Cohen, G.A. Meehl, J.F.B. Mitchell, A.H. Oort, R.J. Stouffer and R.T. Wetherald, 1994: An example of fingerprint detection of greenhouse climate change. *Clim. Dyn.*, **10**, 97–105.

**Kelly**, P.M. and T.M.L. Wigley, 1992: Solar cycle length, greenhouse forcing and global climate. *Nature*, **360**, 328–330.

**Kheshgi**, H.S. and B.S. White, 1993a: Does recent global warming suggest an enhanced greenhouse effect? *Clim. Change*, **23**, 121–139.

**Kheshgi**, H.S. and B.S. White, 1993b: Effect of climate variability on estimation of greenhouse parameters: Usefulness of a pre-instrumental temperature record. *Quat. Sci. Rev.*, **12**, 475–481.

**Kim**, K.-Y. and G.R. North, 1991: Surface temperature fluctuations in a stochastic climate model. *J. Geophys. Res.*, **96**, 18573–18580.

**Kukla**, G. and T.R. Karl, 1993: Nighttime warming and the greenhouse effect. *Environ. Sci. and Tech.*, **27**, 1468–1474.

**Kuo**, C., C. Lindberg and D.J. Thomson, 1990: Coherence established between atmospheric carbon dioxide and global temperature. *Nature*, **343**, 709–713.

**Lemke**, P., 1977: Stochastic climate models. Part 3: Application to zonally averaged energy models. *Tellus*, **29**, 385–392.

**Liu**, Q. and C.J.E. Schuurmanns, 1990: The correlation of tropospheric and stratospheric temperatures and its effect on the detection of climate changes. *Geophys. Res. Lett.*, **17**, 1085–1088.

**Madden**, R.A. and V. Ramanathan, 1980: Detecting climate change due to increasing carbon dioxide. *Science*, **209**, 763–768.

**Manabe**, S. and R.J. Stouffer, 1993: Century-scale effects of increased atmospheric $CO_2$ on the ocean-atmosphere system. *Nature*, **364**, 215–218.

**Manabe**, S. and R.J. Stouffer, 1996: Low-frequency variability of surface air temperature in a 1,000-year integration of a coupled ocean-atmosphere model. *J. Climate*, **9**, 376–393.

**Manabe**, S., R. J. Stouffer, M. J. Spelman and K. Bryan, 1991: Transient responses of a coupled ocean-atmosphere model to gradual changes of atmospheric $CO_2$. Part I: Annual mean response. *J. Climate*, **4**, 785–818.

**Meehl**, G.A., W.M. Washington and T.R. Karl, 1993: Low-frequency variability and $CO_2$ transient climate change. *Clim. Dyn.*, **8**, 117–133.

**Mehta**, V.M. and T. Delworth, 1995: Decadal variability of the tropical Atlantic Ocean surface temperature in shipboard measurements and in a global ocean-atmosphere model. *J. Climate*, **8**, 172–190.

**Michaels**, P.J., P.C. Knappenberger and D.A. Gay, 1994: General circulation models: Testing the forecast. *Journal of the Franklin Institute*, **331A**, 123–133.

**Mikolajewicz**, U. and E. Maier-Reimer, 1990: Internal secular

variability in an ocean general circulation model. *Clim. Dyn.*, **4**, 145–156.

**Mikolajewicz**, U. and E. Maier-Reimer, 1994: Mixed boundary conditions in ocean general circulation models and their influence on the stability of the model's conveyor belt. *J. Geophys. Res.*, **99**, 22633–22644.

**Mikolajewicz**, U., E. Maier-Reimer and T.P. Barnett, 1993: Acoustic detection of greenhouse-induced climate changes in the presence of slow fluctuations of the thermohaline circulation. *J. Phys. Oceanogr.*, **23**, 1099–1109.

**Mitchell**, J.F.B., C.A. Senior and W.J. Ingram, 1989: $CO_2$ and climate: a missing feedback? *Nature*, **341**, 132–134.

**Mitchell**, J.F.B., T.C. Johns, J.M. Gregory and S.F.B. Tett, 1995a: Transient climate response to increasing sulphate aerosols and greenhouse gases. *Nature*, **376**, 501–504.

**Mitchell**, J.F.B., R.A. Davis, W.J. Ingram and C.A. Senior, 1995b: On surface temperature, greenhouse gases and aerosols: Models and observations. *J. Climate*, **8**, 2364–2386.

**Murphy**, J.M. and J.F.B Mitchell, 1995: Transient response of the Hadley Centre coupled ocean-atmosphere model to increasing carbon dioxide. Part II. Spatial and temporal structure of response. *J. Climate*, **8**, 57–80.

**Nakamura**, M., P.H. Stone, and J. Marotzke, 1994: Destabilization of the thermohaline circulation by atmospheric eddy transports. *J. Climate*, **7**, 1870–1882.

**Neelin**, J.D. and H.A. Dijkstra, 1995: Ocean-atmosphere interaction and the tropical climatology. Part I: The dangers of flux correction. *J. Climate*, **8**, 1325–1342.

**North**, G.R. and K.-Y. Kim, 1995: Detection of forced climate signals. Part II: Simulation results. *J. Climate*, **8**, 409–417.

**North**, G.R., K.-Y. Kim, S.P. Shen and J.W. Hardin, 1995: Detection of forced climate signals. Part I: Filter theory. *J. Climate*, **8**, 401–408.

**Oort**, A.H. and H. Liu, 1993: Upper-air temperature trends over the globe, 1958-1989. *J. Climate*, **6**, 292–307.

**Penner**, J.E., R.E. Dickinson, and C.A. O'Neill, 1992: Effects of aerosol from biomass burning on the global radiation budget. *Science*, **256**, 1432–1434.

**Penner**, J.E., R.J. Charlson, J.M. Hales, N.S. Laulainen, R. Leifer, T. Novakov, J. Ogren, L.F. Radke, S.E. Schwartz and L. Travis, 1994: Quantifying and minimizing uncertainty of climate forcing by anthropogenic aerosols. *Bull. Am. Met. Soc.*, **75**, 375–400.

**Pierce**, D.W., T.P. Barnett and U. Mikolajewicz, 1995: On the competing roles of heat and fresh water flux in forcing thermohaline oscillations. *J. Phys. Oceanog.*, **25(9)**, 2046–2064.

**Power**, S.B. and R. Kleeman, 1993: Multiple equilibria in a global ocean general circulation model. *J. Phys. Oceanog.*, **23**, 1670–1681.

**Power**, S.B. and R. Kleeman, 1994: Surface heat flux parameterization and the response of ocean general circulation models to high-latitude freshening. *Tellus*, **46A**, 86–95.

**Ramaswamy**, V., M.D. Schwarzkopf and W.J. Randel, 1996: An unanticipated climate change in the global lower stratosphere due to ozone depletion. *Nature* (submitted).

**Roeckner**, E., T. Siebert and J. Feichter, 1995: Climatic response to anthropogenic sulphate forcing simulated with a general circulation model. In: *Aerosol Forcing of Climate*, R. Charlson and J. Heintzenberg (eds.), John Wiley and Sons, Chichester, pp. 349–362.

**Santer**, B.D., T.M.L Wigley, P.D. Jones and M.E. Schlesinger, 1991: Multivariate methods for the detection of greenhouse-gas-induced climate change. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations*, M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp. 511–536.

**Santer**, B.D., T.M.L. Wigley and P.D. Jones, 1993: Correlation methods in fingerprint detection studies. *Clim. Dyn.*, **8**, 265–276.

**Santer**, B.D., W. Brüggemann, U. Cubasch, K. Hasselmann, H. Höck, E. Maier-Reimer and U. Mikolajewicz, 1994: Signal-to-noise analysis of time-dependent greenhouse warming experiments. Part 1: Pattern analysis. *Clim. Dyn.*, **9**, 267–285.

**Santer**, B.D., K.E. Taylor, T.M.L. Wigley, J.E. Penner, P.D. Jones and U. Cubasch, 1995a: Towards the detection and attribution of an anthropogenic effect on climate. *Clim. Dyn.*, **12**, 79–100.

**Santer**, B.D., K.E. Taylor, T.M.L. Wigley, P.D. Jones, D.J. Karoly, J.F.B. Mitchell, A.H. Oort, J.E. Penner, V. Ramaswamy, M.D. Schwarzkopf, R.J. Stouffer and S. Tett, 1995b: A search for human influences on the thermal structure of the atmosphere. *PCMDI Report no. 27*, Lawrence Livermore National Laboratory, Livermore, 26pp.

**Santer**, B.D., U. Mikolajewicz, W. Brüggemann, U. Cubasch, K. Hasselmann, H. Höck, E. Maier-Reimer and T.M.L. Wigley, 1995c: Ocean variability and its influence on the detectability of greenhouse warming signals. *J. Geophys. Res.*, **100**, 10693–10725.

**Sausen**, R., K. Barthel and K. Hasselmann, 1988: Coupled ocean-atmosphere models with flux corrections. *Clim. Dyn.*, **2**, 154–163.

**Schlesinger**, M.E. and N. Ramankutty, 1992: Implications for global warming of intercycle solar irradiance variations. *Nature*, **360**, 330–333.

**Schlesinger**, M.E. and N. Ramankutty, 1994: An oscillation in the global climate system of period 65-70 years. *Nature*, **367**, 723–726.

**Schlesinger**, M.E., K. Jiang and R.J. Charlson, 1992: Implication of anthropogenic atmospheric sulphate for the sensitivity of the climate system. In: *Climate Change and Energy Policy*, L. Rosen and R. Glasser (eds.), American Institute of Physics, pp. 75–108.

**Schneider**, S.H., 1994: Detecting climatic change signals: Are there any "fingerprints"? *Science*, **263**, 341–347.

**Schönwiese**, C.-D., R. Ulrich, F. Beck and J. Rapp, 1994: Solar signals in global climatic change. *Clim. Change*, **27**, 259–281.

**Senior**, C.A., 1995: The dependence of climate sensitivity on the horizontal resolution of a GCM. *J. Climate*, **8**, 2860–2880.

**Stenchikov**, G.L. and A. Robock, 1995: Diurnal asymmetry of climatic response to increased $CO_2$ and aerosols: Forcings and feedbacks. *J. Geophys. Res.,* **100**, 26211–26227.

**Stocker**, T.F. and L.A. Mysak, 1992: Climatic fluctuations on the century time scale: A review of high-resolution proxy data and possible mechanisms. *Clim. Change,* **20**, 227–250.

**Stouffer**, R.J., S. Manabe and K. Bryan, 1989: Interhemispheric asymmetry in climate response to a gradual increase of atmospheric $CO_2$. *Nature,* **342**, 660–662.

**Stouffer**, R.J., S. Manabe and K. Ya. Vinnikov, 1994: Model assessment of the role of natural variability in recent global warming. *Nature,* **367**, 634–636.

**Taylor**, K.E. and J.E. Penner, 1994: Anthropogenic aerosols and climate change. *Nature,* **369**, 734–736.

**Tegen**, I. and I. Fung, 1995: Contribution to the atmospheric mineral aerosol load from land surface modification. *J. Geophys. Res.,* **100**, 18707–18726.

**Thomson**, D.J., 1995: The seasons, global temperature, and precession. *Science,* **268**, 59–68.

**Tol**, R.S.J., 1994: Greenhouse statistics – time series analysis: Part II. *Theor. Appl. Climatol.* **49**, 91–102.

**Tol**, R.S.J. and A.F. de Vos, 1993: Greenhouse statistics – time series analysis. *Theor. Appl. Climatol.* **48**, 63–74.

**Wang**, W.-C., M.P. Dudek, X.-Z. Liang and J.T. Kiehl, 1991: Inadequacy of effective $CO_2$ as a proxy in simulating the greenhouse effect of other radiatively active gases. *Nature,* **350**, 573–577.

**Washington**, W.M. and G.A. Meehl, 1989: Seasonal cycle experiments on the climate sensitivity due to a doubling of $CO_2$ with an atmospheric general circulation model coupled to a simple mixed layer ocean model. *J. Geophys. Res.,* **89**, 9475–9503.

**Wetherald**, R.T, and S. Manabe, 1975: The effects of changing the solar constant on the climate of a general circulation model. *J. Atmos. Sci.,* **32**, 2044–2059.

**Wigley**, T.M.L., 1989: Possible climate change due to $SO_2$-derived cloud condensation nuclei. *Nature,* **339**, 365–367.

**Wigley**, T.M.L and P.D. Jones, 1981: Detecting $CO_2$-induced climatic change. *Nature,* **292**, 205–208.

**Wigley**, T.M.L. and T.P. Barnett, 1990: Detection of the greenhouse effect in the observations. In: *Climate Change. The IPCC Scientific Assessment,* J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, pp. 239–256.

**Wigley**, T.M.L. and S.C.B. Raper, 1990: Natural variability of the climate system and detection of the greenhouse effect. *Nature,* **344**, 324–327.

**Wigley**, T.M.L and S.C.B. Raper, 1991a: Internally-generated natural variability of global-mean temperatures. In: *Greenhouse-Gas-Induced Climatic Change: A Critical Appraisal of Simulations and Observations,* M.E. Schlesinger (ed.), Elsevier, Amsterdam, pp. 471–482.

**Wigley**, T.M.L. and S.C.B. Raper, 1991b: Detection of the enhanced greenhouse effect on climate. *Proceedings of the Second World Climate Conference,* World Meteorological Organization, Geneva.

**Wigley**, T.M.L. and S.C.B. Raper, 1992: Implications for climate and sea-level of revised IPCC emissions scenarios. *Nature,* **357**, 293–300.

**Wigley**, T.M.L., P.D. Jones, P.M. Kelly and S.C.B. Raper, 1989: Statistical significance of global warming. *Proceedings 13th Annual Climate Diagnostics Workshop,* pp. A1-A8.

**Wigley**, T.M.L., P.D. Jones, P.M. Kelly, and M. Hulme, 1992: Recent global temperature changes: Ozone and aerosol influences. *Proceedings 16th Annual Climate Diagnostics Workshop,* pp. 194–202.

**Woodward**, W.A. and H.L. Gray, 1993: Global warming and the problem of testing for trend in time series data. *J. Climate,* **6**, 953–962.

**Woodward**, W.A. and H.L. Gray, 1995: Selecting a model for detecting the presence of a trend. *J. Climate,* **8**, 1929–1937.

# 9

# Terrestrial Biotic Responses to Environmental Change and Feedbacks to Climate

J.M. MELILLO, I.C. PRENTICE, G.D. FARQUHAR, E.-D. SCHULZE, O.E. SALA

Contributors:
*P.J. Bartlein, F.A. Bazzaz, R.H.W. Bradshaw, J.S. Clark, M. Claussen, G.J. Collatz, M.B. Coughenhour, C.B. Field, J.A. Foley, A.D. Friend, B. Huntley, C.H. KÖrner, W. Kurz, J. Lloyd, R. Leemans, P.H. Martin, A.D. McGuire, K.G. McNaughton, R.P. Neilson, W.C. Oechel, J.T. Overpeck, W.A. Parton, L.F. Pitelka, D. Rind, S.W. Running, D.S. Schimel, T.M. Smith, T. Webb III, C. Whitlock*

# CONTENTS

Summary                                                                   449

9.1  Introduction                                                         451

9.2  Land-atmosphere CO$_2$ Exchange and the Global
     Carbon Balance: the Present                                          451
     9.2.1 Changes in the Area of Agricultural Land                       451
     9.2.2 Changes in the Age Structure of Forests                        451
     9.2.3 Changes in Ecosystem Metabolism                                452
           9.2.3.1 Climate change                                         452
           9.2.3.2 Carbon dioxide fertilisation                           454
           9.2.3.3 Air pollution                                          455
           9.2.3.4 Nitrogen fertilisation associated
                   with acid rain                                         455
     9.2.4 Estimates of Current Terrestrial Carbon Sinks
           from Atmospheric Measurements                                  456

9.3  Possible Effects of Climate Change and
     Atmospheric Carbon Dioxide Increases on
     Ecosystem Structure                                                  458
     9.3.1 Environmental Controls on Vegetation Structure:
           Ecophysiological Constraints on Plant Types                    458
     9.3.2 Environmental Controls on Vegetation Structure:
           Resource Availability                                          458
     9.3.3 Environmental Mediation of the Competitive
           Balance                                                        459
     9.3.4 Global Biome Model Projections                                 459
     9.3.5 Regional Biome Model Projections                               460
     9.3.6 Changes in Biome Distribution Since the
           Last Glacial Maximum                                           461
     9.3.7 Dynamics of the Vegetational Response to
           Climate Change                                                 461

9.4  Effects of Climate Change and Carbon Dioxide
     Increases on Regional and Global Carbon Storage:
     Transient and Equilibrium Analyses                                   464
     9.4.1 Possible Transient Effects of Climate Change
           on Global Carbon Storage                                       464
     9.4.2 Equilibrium Analyses: Regional Ecosystem
           Model Projections                                              464
     9.4.3 Equilibrium Analyses: Global Ecosystem
           Model Projections                                              464
     9.4.4 The Palaeo-record and Implications for a
           Future Climate Equilibrium: Increasing
           Terrestrial Carbon Storage with Increases
           in Atmospheric Carbon Dioxide and Global
           Mean Temperature after the Last Glacial
           Maximum                                                        466

9.5  Methane: Effects of Climate Change and an
     Increase in Atmospheric CO$_2$ on Methane Flux
     and Carbon Balance in Wetlands                                       468

9.6  Nitrous Oxide                                                        469

9.7  Global-Scale Biogeophysical Feedbacks:
     Changes in Ecosystem Structure and Function
     Affect Climate                                                       469
     9.7.1 Effects of Vegetation Structure on Land-surface
           Characteristics                                                469
     9.7.2 Effects of Land-surface Changes on Climate                     469

References                                                                471

# SUMMARY

Terrestrial ecosystems and climate are closely coupled. Changes in climate and the carbon dioxide concentration of the atmosphere cause changes in the structure and function of terrestrial ecosystems. In turn, changes in the structure and function of terrestrial ecosystems influence the climatic system through biogeochemical processes that involve the land-atmosphere exchanges of radiatively active gases such as carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$), and changes in biogeophysical processes that involve water and energy exchanges. The combined consequences of these effects and feedbacks must be taken into account when evaluating the future state of the atmosphere or of terrestrial ecosystems.

## The global carbon budget and net CO_2 exchange between the land and the atmosphere

Analyses based on atmospheric $CO_2$ and $^{13}CO_2$ measurements suggest that the terrestrial biosphere is currently a net carbon sink. Such analyses quantify the strength of this sink as 0.5–1.9 GtC/yr during the 1980s, and as high as 2.6 GtC/yr during 1992–3; they also suggest that the tropics have been a net carbon source, implying even greater rates of carbon storage in mid- to high latitudes. Direct observations to establish the processes responsible for this carbon storage are, however, lacking. Possiblities include post-harvest regrowth of mid- and high latitude forests (0.5–0.9 GtC/yr according to IPCC WGII (1995), Chapter 24), enhanced vegetation growth due to physiological effects of increasing $CO_2$ (0.5–2.0 GtC/yr) and nitrogen deposition (0.5–1.0 GtC/yr) (figures from model calculations), and, probably, a substantial range (0–2.0 GtC/yr) of interannual variation due to climatic anomalies. These processes are not additive: for example, the rate of carbon sequestration in mid-latitude forests may include effects of all of the other processes.

The future role of the terrestrial biosphere in controlling atmospheric $CO_2$ concentrations is difficult to predict because we do not know which of these processes will dominate. As long as $CO_2$ increases, the $CO_2$ fertilisation effect is expected to play a role in enhancing terrestrial carbon storage. However, this role will disappear if atmospheric $CO_2$ is stabilised; also, plant growth may not continue to increase if the atmosphere's $CO_2$ concentration rises above some level, perhaps around 1000 ppmv, because the $CO_2$ fertilisation response is then saturated. Nitrogen fertilisation may continue to promote carbon storage in the forests of the Northern Hemisphere, but this effect would cease if the cumulative nitrogen inputs reach levels, yet to be defined, beyond which the impacts on plant growth become deleterious. Deforestation, which is already causing a net release of carbon from tropical lands to the atmosphere of 1.6 ± 1.0 GtC/yr, may increase to meet the food needs of an expanding human population, and extensive deforestation could adversely affect the biosphere's continued capacity to act as a carbon sink.

Further uncertainties arise because changes in climate and atmospheric $CO_2$ over the next decades to a century are likely to produce changes in the structure of natural and managed ecosystems. Structural changes include changes in the local abundance of species and genetic sub-groups (genotypes), and in the global geographic distributions of assemblages of species (biomes). There will be transient effects, varying according to the rate of climate change. With slow change, shifts in competitive balance among species might occur subtly with minor effects on terrestrial carbon storage. With rapid change, direct impacts on the growth and survival of particular types of plants could cause die back and carbon loss before better adapted types become established. This possible asymmetry of terrestrial carbon loss and accumulation under rapid climate change has led to the concern that climate-induced transient vegetation changes could release $CO_2$ into the atmosphere, counteracting the biosphere's capacity to take up $CO_2$. The magnitude of this feedback is highly uncertain: it could be near zero or, with low probability, as much as 200 GtC over the next one to two centuries. The more rapid the climate change, the greater the probability of a large transient carbon release. The probability also depends on the extent, intensity and impact of mid-continental drought, which is a major discrepancy both among general

circulation models[1] (GCMs) and among ecosystem models. More reliable projections of drought and its impacts on ecosystems will require the incorporation of ecosystem dynamics in global carbon cycle models and the coupling of ecosystem models with GCMs.

### Methane (or $CO_2$) release from wetlands

Methane is produced in flooded organic soils as a result of the metabolic activities of micro-organisms in the absence of oxygen. Methane emissions from natural wetlands contribute about 20% to the global emissions of this gas to the atmosphere. Methane flux from wetlands could either increase due to rising temperatures and $CO_2$, or decrease due to drying of the soils. If high latitude wetlands dry out, however, there will be a release of stored carbon as $CO_2$. The rate of $CO_2$ release with drying is uncertain, but potentially large since as much as 450 GtC may be stored in high latitude wetlands.

### Nitrous oxide release from soils

The global nitrous oxide budget is dominated by microbial processes in soils, especially those in the moist tropics. The major $N_2O$-producing process is denitrification. Denitrification is promoted by high nitrate supply and low soil oxygen concentration. Warmer soils promote more rapid nitrogen cycling and often more nitrate, while wetter soils lead to low soil oxygen levels. Where soils become warmer and wetter, the production of $N_2O$ will increase, but the global magnitude of this increase has not been estimated.

### Effects of land-surface changes on climate

Vegetation mediates the exchange of water and energy between the land surface and the atmosphere, and thereby affects climate. As biomes shift, the climate will be affected. For example, high latitude warming is expected to cause forests to spread into tundra. This change would be expected to increase the warming in northern mid- to high latitudes by more than 50% over 50–150 years because of the lower albedo of forests during the snow season. Such feedbacks will, however, be modified by land-use changes such as deforestation.

As atmospheric $CO_2$ increases, stomatal conductance declines, so that the effectiveness of water conservation by plants is increased and the effects of drought on plant growth ameliorated. But declining stomatal conductance will also have feedback effects on climate. It has been estimated that a global halving of stomatal conductance, with no change in leaf area, would lead to an additional surface air warming of about 0.5°C averaged over the land.

---

[1] Throughout this chapter a GCM refers to an atmospheric general circulation model coupled to a mixed-layer ocean model.

## 9.1 Introduction

Terrestrial ecosystems can influence the climate system through biogeochemical and biogeophysical processes. Key biogeochemical effects and feedbacks of ecosystems on climate involve the land–atmosphere exchange of radiatively active gases, such as $CO_2$, $CH_4$ and $N_2O$. These gases exert a major control on the climate system. Their atmospheric content can be increased or decreased by changes in the structure and function of terrestrial ecosystems as these systems respond to environmental changes including changes in climate. Structural and functional changes in land ecosystems can also cause biogeophysical effects and feedbacks by altering the exchange of water and energy, leading to changes in surface temperatures, atmospheric circulation and precipitation patterns.

In this chapter we will consider major feedbacks between terrestrial ecosystems and the climatic system for three time intervals: (1) the present; (2) a future period of "climate transition" that is likely to range from decades to centuries; and (3) a hypothesised "new equilibrium condition" that is probably centuries into the future. We deal with feedbacks in the global carbon, methane and nitrous oxide budgets. We also discuss how changes in ecosystem structure and function affect climate through biogeophysical feedbacks.

The range of topics covered in this chapter is more restricted than the range covered in the first IPCC Scientific Assessment (Melillo *et al.*, 1990). This is because an extensive assessment of terrestrial impacts is given in IPCC WGII (1995).

## 9.2 Land–atmosphere $CO_2$ Exchange and the Global Carbon Balance: the Present

Land ecosystems of the Earth contain about 2,200 GtC; an estimated 600 GtC in vegetation and 1600 GtC in soils. These land carbon stocks are changing now and are likely to continue to change in the future in response to changes in any or all of the following factors; area of agricultural land, age structure of forests, climate, and chemistry of the atmosphere and precipitation.

### 9.2.1 Changes in the Area of Agricultural Land

Agricultural land occupies almost one fifth of the Earth's terrestrial surface (Olson, 1983). A substantial portion of this land was once forested and so contained relatively large carbon stocks in both trees and soils. The conversion of forests to agricultural lands releases carbon, mostly from

trees, to the atmosphere through burning and decay. Conversely, the regrowth of forests on abandoned lands withdraws carbon from the atmosphere and stores it again in trees and soil. The net flux of carbon from the land to the atmosphere primarily associated with agricultural expansion for 1980 has been estimated at between 0.6 and 2.5 GtC/yr (Houghton *et al.*, 1987; Hall and Uhlig, 1991; Houghton, 1991; Houghton, 1995). IPCC (1994) indicates that the net emission from changes in tropical land-use was 1.6 ± 1.0 GtC/yr for the period 1980 through 1989 (Schimel *et al.*, 1995). Houghton (1995) estimated that in 1990 the net flux to the atmosphere, essentially all from the tropics, was 1.7 GtC/yr with an uncertainty of ±30%.

### 9.2.2 Changes in the Age Structure of Forests

Young and middle-aged forests accumulate carbon, while old-growth forests accumulate little if any carbon. Forests of the Northern Hemisphere's mid-latitudes that were harvested in the early and middle parts of the 20th century are still regrowing and accumulating carbon (e.g., Kauppi *et al.*, 1992; Wofsy *et al.*, 1993). Estimates of rates of carbon accumulation related to forest regrowth in these regions range between 0.7 and 0.8 GtC/yr for the 1980s (Melillo *et al.*, 1988; Sedjo, 1992; Dixon *et al.*, 1994). Melillo *et al.* (1988) have argued that the fate of the cut wood must also be taken into account when evaluating the net effect of forest harvest and regrowth in the global carbon budget; that is, the rate at which the carbon in the cut wood is returned to the atmosphere as a result of burning and decay must be considered. When Melillo *et al.* did this, they concluded that the net effect of forest harvest and regrowth for the middle and high latitudes of the Northern Hemisphere on terrestrial net carbon storage was approximately zero in the 1980s. It must be recognised that there are considerable uncertainties associated with estimating the fate of cut wood, including wood left at the harvest sites, fire wood, and wood products such as paper and lumber (Melillo *et al.*, 1988; Harmon *et al.*, 1990). Because of these uncertainties, IPCC (1994) estimated that forest harvest and regrowth resulted in an accumulation on land of 0.5 ± 0.5 GtC/yr during the 1980s (Schimel *et al.*, 1995).

Changes in the frequency of fires, insect outbreaks and other disturbances can also alter the age structure of forests and affect their capacity to store carbon. Disturbance regimes are affected by climatic conditions such as warming and drought. Kurz and Apps (1995) have reported that since 1970, the boreal forest regions of Canada have experienced increased rates of disturbance, especially spruce budworm outbreaks and fire. As a consequence, these forests have switched from being a sink for

atmospheric $CO_2$ (0.15 GtC/yr) to being a carbon source to the atmosphere (0.05 GtC/yr), albeit a small one. Kurz *et al.* (1995) consider warming to be one of several factors possibly responsible for the recent increase in fire frequency in Canada. While climate-related increases in disturbance frequencies may be occurring in other regions (Woodwell, 1995), we do not have a good global accounting of them or of their consequences for terrestrial carbon storage.

### 9.2.3 Changes in Ecosystem Metabolism

Each year, about 5% of the land's total carbon stock is exchanged with the atmosphere as a result of plant and soil metabolic activities. Through the process of photosynthesis, land plants take up on the order of 120 GtC/yr in the form of $CO_2$ from the atmosphere. This carbon uptake is approximately balanced by plant and soil respiration, which release carbon as $CO_2$ to the atmosphere. A change in the balance between photosynthesis and respiration will change the carbon stock on land and also has the potential to alter the $CO_2$ content of the atmosphere.

The relationships among the various metabolic processes in terrestrial ecosystems can be defined by three equations:

$$NEP = GPP - R_a - R_h \quad (9.1)$$
$$NPP = GPP - R_a \quad\quad (9.2)$$
$$NEP = NPP - R_h \quad\quad (9.3)$$

where, at an annual time step:

$\Sigma NEP$ is net ecosystem production, the yearly rate of change in carbon storage in an ecosystem. It can be either positive or negative. A positive $NEP$ indicates that the ecosystem has accumulated carbon during the year, while a negative $NEP$ indicates that it has lost carbon during the year.

$\Sigma GPP$ is gross primary production, the amount of carbon fixed through the process of photosynthesis by the ecosystem's green plants in a year.

$\Sigma R_a$ is autotrophic respiration, the amount of carbon released to the atmosphere as $CO_2$ by the ecosystem's green plants through respiration in a year.

$\Sigma R_h$ is heterotrophic respiration, the amount of carbon released to the atmosphere as $CO_2$ by the ecosystem's animals and micro-organisms through respiration in a year.

$\Sigma NPP$ is net primary production, the difference between gross primary production (*GPP*) and plant respiration ($R_h$) in a year.

As we face the prospect of climate change, an important question to ask ourselves is: how will the relationship between $NPP$ and $R_h$ change as the Earth warms in response to the accumulation of carbon dioxide and other heat-trapping gases in the atmosphere? An answer to this question is complicated by the fact that both positive and negative metabolic feedbacks may be simultaneously involved.

The major positive metabolic feedback is associated with warming. The suggestion is that an increase in temperature will increase rates of both plant and microbial respiration and speed the release of carbon into the atmosphere from plants and soils (Woodwell, 1983, 1989, 1995). Negative feedbacks have been proposed that are associated with an increase in atmospheric $CO_2$ and with warming. The increase in atmospheric $CO_2$ may cause a stimulation in rates of photosynthesis and an increase in carbon storage (e.g., Oechel and Strain, 1985). In nutrient-limited forests, warming may increase terrestrial carbon storage by relieving plant nutrient limitations (McGuire *et al.*, 1992; Shaver *et al.*, 1992).

In addition to the possibility of simultaneous feedbacks of opposite sign, there are other aspects of global change that may affect terrestrial ecosystem metabolism and carbon storage. Some of the major effects are associated with the burning of fossil fuels, which causes changes in the chemistry of the atmosphere and precipitation. Fossil fuel burning can lead to the production of air pollutants such as sulphur dioxide and ozone that are toxic to plants. These air pollutants can decrease $NPP$ and carbon storage (Allen and Amthor, 1995). The burning of fossil fuels can also lead to increases in nitrogen in precipitation. Up to some cumulative level, increased nitrogen inputs to nitrogen-limited ecosystems, such as many temperate and boreal forests of the northern hemisphere, can cause increases in $NPP$ and carbon storage. Nitrogen inputs beyond the threshold level can lead to decreases in $NPP$ and carbon storage (Aber *et al.*, 1989; Schulze *et al.*, 1989).

### 9.2.3.1 Climate change

Climate changes may affect $NPP$ in a variety of ways. Elevated temperature may increase $NPP$ by enhancing photosynthesis (Larcher, 1983) or through increased nutrient availability if decomposition and nutrient mineralisation are enhanced (Bonan and Van Cleve, 1992; McGuire *et al.*, 1992; Melillo *et al.*, 1993, 1995a). It may

decrease *NPP* by decreasing soil moisture which may reduce photosynthesis through decreased stomatal conductance (Hsiao, 1973; Gifford, 1994) or decreased decomposition and mineralisation (McGuire *et al.*, 1992, 1993; Pastor and Post, 1988; Parton *et al.*, 1995). Elevated temperature may also increase plant respiration and so reduce *NPP* (McGuire *et al.*, 1992, 1993; Running and Nemani, 1991), although this effect may have been overestimated (Gifford, 1993). The effects of precipitation and cloudiness on *NPP* can also be positive or negative in different situations. In dry regions, lower precipitation or lower cloudiness may decrease *NPP* by lowering soil moisture. In moist regions, increased cloudiness may decrease *NPP* by reducing the availability of photosynthetically active radiation (PAR). Climate changes may further influence *NPP* by affecting leaf phenology in deciduous vegetation (Long and Hutchin, 1991).

Climate affects carbon storage in terrestrial ecosystems because temperature, moisture, and radiation influence both carbon gain through photosynthesis and carbon loss through respiration. Soil respiration is generally accelerated by higher temperatures, producing an increase in the release of $CO_2$ from terrestrial ecosystems (Houghton and Woodwell, 1989; Melillo *et al.*, 1990; Shaver *et al.*, 1992; Townsend *et al.*, 1992; Oechel *et al.*, 1993; Peterjohn *et al.*, 1993, 1994; Lloyd and Taylor, 1994; Schimel *et al.*, 1994; Kirschbaum, 1995). It is thought that in many ecosystems the increase of soil respiration with temperature is steeper than any increase of *NPP* with temperature, so that the net effect of warming is to reduce carbon storage. Lloyd and Taylor (1994), however, caution that valid conclusions regarding the effects of possible changes in temperatures on soil carbon pools cannot yet be made because we lack a detailed knowledge of the temperature sensitivity of carbon input into the soil via *NPP*.

Oechel *et al.* (1993) report that the recent general pattern of warming of the north slope of Alaska and the Canadian Arctic may have led to a reduction of carbon storage in tundra ecosystems of the region. At a set of sites in the tundra of the north slope of Alaska, they measured whole ecosystem $CO_2$ flux over five summers between 1983 and 1990, and found a net flux of carbon from the land to the atmosphere. Extrapolating their results from the Alaskan tundra to the circumpolar Arctic, Oechel *et al.* (1993) estimate that regional warming could have caused a net flux from the land to the atmosphere of about 0.2 GtC/yr during the 1980s.

Warming may not always lead to a reduction of carbon storage in terrestrial ecosystems. It has also been suggested

---

**The Link Between Carbon Storage and Nitrogen Distribution in Terrestrial Ecosystems**

Changes in the distribution of nitrogen between plants and soil can change the amount of carbon stored in an ecosystem. Plant and detrital tissues in terrestrial ecosystems vary widely in their stoichiometric ratios of C and N (Melillo and Gosz, 1983; Schindler and Bayley, 1993; Gifford, 1994; Kinzig and Socolow, 1994; Schulze *et al.*, 1994). If warming of the Earth accelerates mineralisation of N from soil organic matter, where the C:N ratio usually ranges from 10 to 25, and if the N is taken up by plants and used to produce more woody biomass with a C:N ratio between 40 and 400, then the ecosystem would experience a net increase in carbon storage (Gifford, 1994; Peterjohn *et al.*, 1994; Melillo, 1995; Melillo *et al.*, 1995a). On the other hand, if the processes of microbial mineralisation of soil organic matter and plant uptake of mineral N are decoupled in space or time, then N might be lost from the ecosystem via leaching or denitrification, resulting in a net loss of both C and N from that ecosystem.

---

that in nutrient-limited forests, particularly in cold climates, warming may increase carbon storage through a two-step mechanism (McGuire *et al.*, 1992; Shaver *et al.*, 1992; Melillo *et al.*, 1993; see Box on The Link Between Carbon Storage and Nitrogen Distribution). First, warming may increase the decay rate of low carbon-to-nutrient ratio soil organic matter which may release nutrients to soil solution and some $CO_2$ to the atmosphere (Peterjohn *et al.*, 1994; Melillo *et al.*, 1995a). Second, there may be increased nutrient uptake by trees which store nutrients in woody tissues which have a high carbon-to-nutrient ratio.

By differentially affecting *NPP* and $R_h$, climate variations in temperature, precipitation and cloudiness on the annual to decadal time-scale may have affected terrestrial carbon storage. Dai and Fung (1993) and Keeling *et al.* (1995) have suggested that these variations could have resulted in a substantial terrestrial carbon sink in recent years. Ciais *et al.* (1995a) suggested that cooling arising from the effects of Mt. Pinatubo's eruption in June, 1991, may have increased terrestrial carbon storage and contributed to the observed reduction in atmospheric growth rate during the 1991 to 1992 period. The magnitude of the effect of these climatic variations on global terrestrial carbon storage is highly uncertain, but may be between 0 and 2.0 GtC/yr. Terrestrial carbon storage

caused by climate anomalies may be spatially complex due to the potential for a spatial mosaic structure of the anomalies. In the near term, some regions may experience increases in carbon storage and others decreases.

### 9.2.3.2 Carbon dioxide fertilisation
#### Results of laboratory and field studies

A short-term increase in $CO_2$ concentration causes an increase in photosynthesis at the level of individual leaves (e.g., Idso and Kimball, 1993). Leaves may acclimate to increased $CO_2$ such that long-term increases in $CO_2$ result in smaller increases in leaf-level photosynthesis (Wong, 1979; Tissue and Oechel, 1987; Fetcher *et al.,* 1988; Sage *et al.,* 1989); but this does not always occur (e.g., Masle *et al.,* 1993; Gunderson and Wullschleger, 1994; Luo *et al.,* 1994; Sage, 1994). At the level of the whole plant, feedbacks from non-leaf organs can influence leaf photosynthetic responses to $CO_2$. If photosynthesis increases to a greater extent than the rate at which carbon assimilated during photosynthesis can be used in additional growth, photosynthesis can be slowed by negative metabolic feedbacks in plants (Arp, 1991; Bowes, 1991; Luo *et al.,* 1994; Sage, 1994). On the other hand, an increased carbohydrate supply which is allocated below ground may help to alleviate nutrient limitations on photosynthesis by enhancing biological nitrogen fixation and/or increasing mychorrizal activity leading to greater uptake of phosphorus (Norby, 1987; O'Neill *et al.,* 1987; Arnone and Gordon, 1990; Lewis *et al.,* 1994; O'Neill, 1994).

Studies of both crop and non-crop plants grown in doubled $CO_2$ have shown increased growth responses often in the range of 15 to 71%. The total range is from a negative response of 43% to a positive response of up to 375% (Kimball, 1975; Kimball and Idso, 1983; Eamus and Jarvis, 1989; Poorter, 1993; Ceulemans and Mousseau, 1994, Idso and Idso, 1994; McGuire *et al.,* 1995a; Wullschleger *et al.,* 1995). Across the tissue, plant and ecosystem levels the experimental evidence shows that the proportional response of *NPP* to elevated $CO_2$ is greater when soil moisture is depleted. Elevated $CO_2$ generally decreases stomatal conductance and hence transpiration, enhancing *NPP* by promoting greater water use efficiency (Gifford, 1979; Wong, 1979; Morrison and Gifford, 1984; Polley *et al.,* 1993). There is some evidence that nitrogen-limited plants are less responsive to increases in $CO_2$ level (McGuire *et al.,* 1995a), but a recent review suggests that this is not always true (Lloyd and Farquhar, 1995).

Increased $CO_2$ may lead to increased carbon storage, but the magnitude of this effect is highly uncertain. Carbon sequestration at the ecosystem level depends not only on plant photosynthesis, respiration and growth, but also on the fluxes of carbon out of litter and soil carbon pools. At equilibrium, plant *NPP* would be balanced by these microbially mediated soil fluxes ($R_h$). However, if there is a progressive change in *NPP* such as a progressive increase in *NPP* due to the effect of rising $CO_2$, the system will not be in equilibrium. In general the soil $CO_2$ flux ($R_h$) is proportional to the size of the decomposing carbon pools, whereas *NPP* is determined by the activity of the leaves. If $CO_2$ increases, *NPP* may therefore increase immediately while the size of the decomposing pools takes time to build up. If *NPP* were to stop increasing (e.g., due to $CO_2$ stabilisation), the sink would weaken, with a decay time determined by the residence times of the pools to which carbon has been added. This is the theoretical explanation for why rising $CO_2$ is thought to be producing a carbon sink, and why the sink may be a transient one (Taylor and Lloyd, 1992).

A number of $CO_2$-enrichment field experiments have been conducted on intact ecosystems (Drake, 1992a; Nie *et al.,* 1992; Owensby *et al.,* 1993; Oechel *et al.,* 1994; Jackson *et al.,* 1994; Körner and Diemer, 1994). When the *NEP* responses to $CO_2$ increases were measured, the results ranged from relatively large increases in a temperate wetland (Drake, 1992a,b), to a small increase in a tundra (Oechel *et al.,* 1994). There have been no comparable experiments on forests and this has resulted in an important gap in our understanding of how terrestrial ecosystems respond to increased atmospheric $CO_2$. Carbon dioxide fertilisation studies in forests are a high research priority.

#### Modelling studies

The first model-based analyses of the current effects of $CO_2$ increase on terrestrial carbon storage were performed with simple models in which the terrestrial biosphere was represented by one or a few boxes. In one such analysis, Gifford (1993) worked within a plausible range of values (10, 25 and 40%) for the increase in *NPP* at doubled $CO_2$. Assuming that the terrestrial biosphere was in equilibrium in pre-industrial times, he forced his model with the historical record to give an idea of the extent to which the $CO_2$ increase would produce an imbalance of carbon uptake and release. The resulting terrestrial carbon storage rates due to this mechanism were 0.5, 2.0 and 4.0 GtC/yr during the 1980s. Rotmans and den Elzen (1993) showed, in an analogous model experiment, that $CO_2$ fertilisation was stimulating carbon storage at a rate of 1.2 GtC/yr. A new version of a global biogeochemistry model, the Terrestrial Ecosystem Model (TEM), (McGuire *et al.,*





**Figure 9.1:** Simulated development of a terrestrial biosphere carbon sink due to $CO_2$-induced increases in net primary production (*NPP*), as simulated with the Terrestrial Ecosystem Model (Melillo *et al.*, 1995b). The biosphere was assumed to be in equilibrium before 1750. Climate was kept constant (as present). (a) Simulated time course of net primary production (*NPP*) and heterotrophic respiration ($R_h$). (b) Cumulative net ecosystem production (*NEP*), i.e., sink strength.

1995b) was used by Melillo *et al.* (1995b) in the transient mode to explore the effects of $CO_2$ enrichment, taking into account the variety of responses by different ecosystems. The model indicated that the mean $CO_2$-stimulated carbon storage (*NPP* minus $R_h$) during the 1980s was 0.9 GtC/yr, and that it reached almost 1.0 GtC/yr in 1990 (Figure 9.1). Based on our current knowledge from laboratory, field and modelling studies, we consider a plausible range of the $CO_2$ fertilisation effect to be 0.5–2.0 GtC/yr for the 1980s.

### 9.2.3.3 Air pollution

The world's two major phytotoxic air pollutants are ozone ($O_3$) and sulphur dioxide ($SO_2$). They are spread throughout the industrial and agricultural regions (Heck, 1984). Experimental studies have documented significant effects of ozone on a variety of plant processes. It can reduce photosynthesis, increase respiration and promote early leaf senescence. These effects, either singly or in combination, can lead to reduced plant growth (Allen and

Amthor, 1995). Chameides *et al.* (1994) have presented evidence that the growth of urban and industrialised areas and intensive agriculture, through their production of tropospheric ozone, are reducing agricultural yields and, presumably, plant growth in adjacent non-agricultural ecosystems. Sulphur dioxide's main effect appears to be to reduce photosynthesis, which leads to reduced plant growth (Allen and Amthor, 1995). In combination, ozone and sulphur dioxide can interact to magnify the negative effects of either pollutant alone on plant growth (Ormrod, 1982). While it is not disputed that ozone and sulphur dioxide pollution have the potential to reduce both *NPP* and carbon storage in terrestrial ecosystems, there is little basis for making global estimates of these effects (Chameides *et al.*, 1994).

### 9.2.3.4 Nitrogen fertilisation associated with acid rain

Those mid-latitude ecosystems of the Northern Hemisphere that are near or downwind of industrial and agricultural areas are receiving large inputs of nitrogen, mostly from fossil fuel burning. Forests in western and central Europe and eastern North America receive up to 50 kg N/ha/yr (Melillo *et al.*, 1989; Schulze *et al.*, 1989) or more. These nitrogen inputs may be enhancing *NPP* and terrestrial carbon storage. For example, Kauppi *et al.* (1992) suggested that increases in the growth rates of European forests observed between 1950 and 1980 were due to nitrogen fertilisation, although other mechanisms such as $CO_2$ fertilisation, climate variability and management changes may also be involved.

Experimental evidence supports the nitrogen-stimulation mechanism for increasing carbon storage in mid-latitude forests. In a field study in which 50 kg N/ha/yr has been added to large plots of healthy evergreen and deciduous forests for several years, carbon storage in aboveground woody tissue has increased by 10–20%/yr (Aber *et al.*, 1993). However, this increase in carbon storage is expected to reach a threshold level beyond which further additions of nitrogen are likely to result in *NPP* reduction, tree death, and carbon loss (Aber *et al.*, 1989; Schulze *et al.*, 1989).

Many terrestrial ecosystems, especially those in middle and high latitudes, are nitrogen limited; that is, added nitrogen will produce a growth response and additional carbon storage (e.g., Melillo and Gosz, 1983; Vitousek and Howarth, 1991; Schimel *et al.*, 1994; Melillo, 1995). Nitrogen deposition from fertilisers and oxides of nitrogen released from the burning of fossil fuel during the 1980s is estimated to amount to a global total of 0.05–0.08 GtN/yr (Peterson and Melillo, 1985; Duce *et al.*, 1991; Galloway *et al.*, 1995; Melillo, 1995), spatially concentrated in the

*Terrestrial Biotic Responses*

**Table 9.1:** *Recent estimates of nitrogen-stimulated carbon storage in terrestrial ecosystems.*

|  | Region(s) considered | N input TgN/yr | C store GtC/yr |
|---|---|---|---|
| **Kohlmaier et al., 1988** | 30 – 60°N | 21 ± 7 | up to 0.7 |
| **Schindler and Bayley, 1993** | globe | 13 | ~ 0.7 – 2.0 |
| **Hudson et al., 1994** | Northern Hemisphere | 30 | ~ 0.7 |
| **Townsend et al., 1994** | global (excluding cultivated areas) | 7[†] | 0.2 – 1.2[*] |
| **Melillo, 1995** | temperate and boreal forests of North America and Europe | 18 | 0.6 – 0.9[+] |

[†] $NO_3$ only.

[*] Best estimate 0.3 – 0.6.

[+] Lower end of range more likely.

northern mid-latitudes. The carbon sequestration which results from this added nitrogen is estimated to be 0.2–2.0 GtC/yr (see Table 9.1), depending on assumptions about: (1) the proportion of nitrogen that remains in ecosystems; (2) the relative distribution of nitrogen between vegetation and soil; and (3) the C:N ratios of the vegetation and soil. Estimates higher than 1 GtC/yr seem unrealistic because they assume that all of the N would be stored, and in forms with high C:N ratios, which is improbable. Recent studies of the fate of nitrogen added to forest ecosystems suggests that between 70 and 90% ends up in the soil, which has a relatively low C:N ratio (Aber *et al.,* 1993; Nadelhoffer *et al.,* 1995). In addition, much atmospheric nitrogen is in reality deposited on grasslands and agricultural lands where storage occurs in soils with low average C:N ratios. A more plausible range for this effect is therefore 0.5–1.0 GtC/yr.

Model calculations have not yet considered the fact that $CO_2$ and nitrogen fertilisation are likely to be interacting. The additional nitrogen may enhance photosynthesis and plant growth (Bazzaz and Fajer, 1992; Diaz *et al.,* 1993; McGuire *et al.,* 1995a – see Section 9.2.3.1), and possibly lead to increased carbon storage.

### 9.2.4  Estimates of Current Terrestrial Carbon Sinks from Atmospheric Measurements

Observations at stations monitoring background concentrations of $CO_2$ indicate that only a portion of the fossil fuel-derived $CO_2$ remains airborne, while the remainder is absorbed by the oceans and the terrestrial biosphere. A first order estimate of the global distribution of sinks by latitude can be made using $CO_2$ concentration data from networks of monitoring stations (Denning *et al.,* 1995), but the distinction between land and ocean sinks and

sources within a particular latitudinal band requires additional information. The relative roles of terrestrial versus ocean ecosystems in these bands can be estimated with several approaches (Tans *et al.,* 1995), including ones that use the $^{13}C/^{12}C$ ratio of the $CO_2$. The carbon isotope ratio of $CO_2$ is useful because terrestrial uptake discriminates strongly against $^{13}C$ while the ocean uptake shows little discrimination (Keeling *et al.,* 1989, 1995; Francey *et al.,* 1995). Francey *et al.* (1995), using a terrestrial discrimination value of 18 parts per thousand, estimated a net terrestrial storage over the last decade of 1 to 3 GtC/yr.

Lloyd and Farquhar (1994) pointed out that the magnitude of $^{13}C$ discrimination among land plants depends on the biochemical pathway they use in photosynthesis and that this affects the analysis of atmospheric observations. The $C_3$ pathway results in a discrimination of 18 parts per thousand, while the $C_4$ pathway results in very little discrimination.[1] Considering the distribution of $C_3$ and $C_4$ plants and their share in global *NPP*, Lloyd and Farquhar (1994) estimated that the global average terrestrial discrimination factor is about 15 parts per thousand. This means that Francey *et al.* (1995) may have underestimated the net terrestrial uptake by up to 25%. Ciais *et al.* (1995b) included the $C_4$ effect in an

---

[1]  $C_3$ photosynthesis is the normal biochemical pathway of carbon fixation in plants. $C_4$ photosynthesis is a more complex pathway, found for example in tropical grasses, which includes a mechanism for concentrating $CO_2$ at the sites of carbon fixation. The $C_4$ pathway accounts for a substantial fraction of total *NPP* in tropical grasslands and savannahs. Some tropical crops, including sugar cane, also use this pathway

analysis of data from a greatly expanded global network. They found that the net terrestrial carbon sink averaged 2.6 GtC/yr during the years 1992 and 1993.

The analyses of Ciais *et al.* (1995b) indicate that for the land ecosystems outside of the equatorial band from 30°S to 30°N, net carbon storage (i.e. *NEP*) averaged 4.3 Gt/yr for the years 1992 and 1993. Most of this storage, an average of 3.5 GtC/yr, was between 30° and 60°N. These are large numbers in the global carbon cycle when compared to the annual fossil fuel emissions for the same two years, which was about 6.1 GtC/yr. It follows that the terrestrial biosphere is currently playing a major role in the carbon cycle, in some years more than compensating for terrestrial ecosystem sources of carbon, including those associated with deforestation (see Section 9.2.1) and enhanced respiration in response to regional warming in the circumpolar tundra (see Section 9.2.3.1). The future maintenance of this role is crucially important to scenarios of $CO_2$ stabilisation.

A major complication in developing future scenarios of $CO_2$ stabilisation that accurately include the role of terrestrial ecosystems in the global carbon cycle is that the magnitude of the extra-tropical sink appears to vary substantially through time (see Table 9.2, Keeling *et al.*, 1989; Tans *et al.*, 1990; Ciais et al., 1995b; Francey *et al.*, 1995) and may be responding to climatic variations on the scale of years to decades (Dai and Fung, 1993; Keeling *et al.*, 1995). The magnitude of the response to climatic anomalies is highly uncertain but may be in the range of ±2.0 GtC/yr.

Longer time-series with information on carbon isotope composition of $CO_2$ will provide us with a better idea of how much the extra-tropical carbon sink changes through time. Refined estimates of the role of terrestrial ecosystems in the global carbon balance will likely soon come from data on the oxygen isotope composition of $CO_2$ (Francey and Tans, 1987; Farquhar *et al.*, 1993) which can also be obtained from the global network. Further information will come from measurements of the atmospheric concentration of oxygen and its spatial variation (Keeling and Shertz, 1992).

While various pieces of evidence support a substantial terrestrial carbon sink in the Northern Hemisphere, direct observations to confirm the hypothesis and to establish the processes for this carbon storage are lacking. Expanding our understanding of the processes responsible for net annual storage of carbon by the terrestrial biosphere is among our greatest challenges.

**Table 9.2:** *Estimated global carbon budgets based on atmospheric observations, obtained using a range of methods for various years during the 1980s and 1990s (modified from Tans et al., 1995).*

| Reference | Year(s) | Global net flux | Tropical net flux[§] | Extra-tropical net flux | Primary constraints |
|---|---|---|---|---|---|
| | | GtC/yr | GtC/yr | GtC/yr | |
| Keeling *et al.*,1989 | 1984 | −0.5[$] | +0.3[$] | 0.7[†] | history of atmospheric [$CO_2$], and its $^{13}C/^{12}C$ ratio |
| Tans *et al.*, 1990 | 1981–1987 | −1.9 | +0.5 | −2.4[†] | observed latitudinal gradient of atmospheric [$CO_2$], and its global annual rate of increase |
| Ciais *et al.*, 1995a | 1992–1993 | −2.6 | +1.7 | −4.3[*] | observed latitudinal gradient of atmospheric [$CO_2$], and its $^{13}C/^{12}C$ ratio |

§   The net tropical flux term represents both the release of carbon from the land to the atmosphere due to deforestation and any storage occurring in undisturbed forests associated with processes such as $CO_2$ fertilisation.

$   A negative sign represents uptake of carbon by terrestrial ecosystems from the atmosphere, a positive sign represents a release of carbon by terrestrial systems to the atmosphere.

†   Extra-tropical region includes all land outside of a band between 15°N and 15°S.

*   Extra-tropical region includes all land outside of a band between 30°N and 30°S.

### 9.3 Possible Effects of Climate Change and Atmospheric Carbon Dioxide Increases on Ecosystem Structure

Changes in climate and atmospheric carbon dioxide concentration affect the species composition and structure of ecosystems because the environment limits both the types of organisms that can thrive and the amounts of plant tissues that can be sustained. Compositional and structural changes, in turn, affect ecosystem function (Schulze, 1982; Schulze and Chapin, 1987; Schulze, 1994). Compositional and structural changes will occur over a longer period than functional changes and these may not keep pace with rapid environmental change, so complex transient effects may result.

Experimental approaches have shown strong effects of climate change on vegetation composition and structure (Harte and Shaw, 1995). However, longer-term changes cannot be investigated experimentally, so much of what we understand about these changes is based on modelling and palaeodata.

#### 9.3.1 Environmental Controls on Vegetation Structure: Ecophysiological Constraints on Plant Types

The ecosystems of the world are usually classified into 15–20 "biomes", each characterised by the dominance of one or more structural/functional types of plant. The global distributions of biomes are determined by ecophysiological constraints on the dominant plant types of each biome (Schulze, 1982; Woodward, 1987). The main constraints are related to temperature and water.

Cold tolerance in woody plants ranges from tropical trees, some damaged by temperatures of less than 10°C, to boreal deciduous trees which in their leafless, cold-hardened state have apparently unlimited tolerance (Sakai and Weiser, 1973; Larcher, 1983; Woodward, 1987). Warmer winters would cause an expansion of more diverse woody plant types towards the poles and continental interiors. Warmer summers, and/or longer growing seasons, would also allow some cold-adapted trees to spread poleward (Emanuel et al., 1985; Pastor and Post, 1988) especially at the polar tree-line where growing-season warmth is limiting. Cold-tolerant woody plants have, however, evolved mechanisms to delay spring budburst until day length is adequate, and/or a long enough chilling period has occurred. These mechanisms insure against the possibility of premature budburst in a mild period during winter. Premature budburst would be damaging because the leaves could be killed by a subsequent frost. Chilling requirements keep continental woody plants out of maritime climates. Warmer winters will force such species to retreat from their low latitude and maritime limits (Dahl, 1990; Overpeck et al., 1991; Davis and Zabinski, 1992).

Plants vary enormously in their ability to tolerate drought, ranging from rain forest trees that can tolerate only a few weeks without rain unless they have access to deep water, to succulents that store water, and other hot desert species that can persist in a dry state. Some evergreen trees survive drought by reducing transpiration to near zero, while drought deciduous trees lose their leaves. As water availability declines further, trees give way to fire-adapted grasses and/or shrubs, then ultimately to the low shrubs, forbs and other drought-adapted life forms characteristic of steppes and deserts. Changes in water availability, whether positive or negative, will lead to shifts along this continuum.

#### 9.3.2 Environmental Controls on Vegetation Structure: Resource Availability

Vegetation structure is determined not only by the types of plants present but also by the height and foliage cover they attain. Foliage cover, often expressed as leaf area index (LAI), is constrained by resource availability (water, carbon, nitrogen). LAI decreases as water availability declines. Along moisture gradients, vegetation composition and structure change due partly to replacement of drought-sensitive by drought-tolerant (or more deep-rooted) plant types, and partly to reductions in the LAI of each type (Walter, 1979). Values for LAI are typically low enough to prevent drought damage in most years (Specht, 1972; Woodward, 1987; Neilson, 1995), so maintaining annual *NPP* near maximal for the environment (Eagleson, 1978; Haxeltine et al., 1996). Changes in water availability will therefore affect LAI (Smith et al., 1993), but the response may be modified by changes in $CO_2$. In particular, increasing $CO_2$ (by reducing transpiration) would be expected to compensate for the effect of reduced water availability on LAI (Jarvis, 1989; Woodward, 1992; VEMAP Members, 1995).

Vegetation structure also changes with light availability, summer temperature and growing season length. From boreal forest to high-arctic tundra, trees are gradually replaced by shrubs and grasses as *NPP* declines. Comparable vegetation gradients occur at high elevations in all latitudes (Walter, 1979). In these cold environments warming should generally increase *NPP* and therefore LAI. Rising $CO_2$ may also increase LAI in so far as $CO_2$ fertilisation can increase *NPP* (see Section 9.2.3.2). *NPP* in cold climates today may be further limited by the slow rate

of nitrogen mineralisation (see Section 9.2.3.1). The combination of warming with $CO_2$ increase could therefore increase LAI especially in high latitudes.

The ecophysiological and resource-availability constraints that determine the natural distribution of biomes also closely determine potential (non-agricultural) land-use, for example, suitability for forestry or grazing, the types of tree which can be exploited for forestry, sustainable density of grazing animals. Changes in these constraints strongly affect both natural and managed ecosystems.

### 9.3.3 Environmental Mediation of the Competitive Balance

The physical environment also contributes to determining the natural competitive balance among those plant types that can co-exist in a given environment. For example:

(1)   Wet tropical climates support evergreen rain forest; longer dry seasons favour drought-deciduous trees in seasonal and dry forests (Chabot and Hicks, 1982; Haxeltine *et al.*, 1996). Any change in monsoon duration would shift the natural boundaries among these forest types.

(2)   Savannahs represent an equilibrium of trees and grasses. In seasonal tropical climates, grasslands are favoured by summer rainfall and slow-percolating clay soils, woodlands by winter rainfall and sandy soils (Walter, 1979; Walker and Noy-Meir, 1982; Lauenroth *et al.*, 1993). Natural savannahs occur in intermediate situations, where the combination is favoured (Eagleson and Segarra, 1985; Haxeltine *et al.*, 1996). Changes in rainfall seasonality, as well as changes in land management, would affect the tree–grass balance.

(3)   Seasonal shifts between $C_3$ and $C_4$ grass dominance (Groves and Williams, 1981) occur because $C_4$ plants have a higher light use efficiency than $C_3$ plants wherever temperatures exceed a threshold of about 22°C, at current $CO_2$ concentration (Ehleringer and Monson, 1993). An increase in atmospheric $CO_2$ raises this temperature threshold (Drake, 1992b; Arp *et al.*, 1993; Johnson *et al.*, 1993). Warming should therefore favour $C_4$, but increasing $CO_2$ may favour $C_3$. Increasing $CO_2$ might have caused the recent invasion of some $C_4$ grasslands by $C_3$ woody plants (e.g., Johnson *et al.*, 1993), although other factors such as land-use changes may be involved as well (Archer *et al.*, 1995).

(4)   In temperate and cold climates, evergreen woody plants are favoured over winter-deciduous woody plants wherever carbon and/or nutrient costs of replacing leaves annually exceed the costs of maintaining leaves during winter (Chabot and Hicks, 1982; Reich *et al.*, 1992; Chapin, 1991; Mooney *et al.*, 1991; Shaver and Chapin, 1991; Arris and Eagleson, 1994; Chapin *et al.*, 1995). Changes in the seasonality of either temperature or precipitation could alter the balance between evergreen and deciduous trees.

### 9.3.4 Global Biome Model Projections

Global models for ecosystem dynamics, that can simulate the transient response of vegetation structure to changes in climate and atmospheric $CO_2$, are being developed by several groups but none has yet been published. Simple biome models project equilibrium distributions of broad vegetation types ("potential natural vegetation") from ecophysiological constraints, but without consideration of $CO_2$ effects on plant physiology. The BIOME model (Prentice *et al.*, 1992) reproduces well the present vegetation as mapped by Olson *et al.* (1983), except where intensive agriculture predominates. BIOME has been applied to various $2 \times CO_2$ equilibrium climate scenarios developed using outputs from atmospheric general circulation models (GCMs) (Solomon *et al.*, 1993; Claussen, 1994; Claussen and Esch, 1994; Prentice and Sykes, 1995). Consistent results include poleward shifts of the northern-hemisphere taiga, temperate deciduous, and warm-temperate evergreen/warm mixed forest belts, a northward shift of the Eurasian taiga, and a slight expansion of tropical seasonal and rain forests into areas of warm-temperate evergreen forests (IPCC WG II, 1995). Differences among GCM scenarios in the extent of these changes are consistent with the GCMs' different climate sensitivities. Some scenarios (not all) show reductions of temperate forests in the continental interiors.

These results differ from analyses based on earlier, empirical models, e.g., in the tropics where the Holdridge (Prentice and Fung, 1990; Smith *et al.*, 1992, 1993) and Budyko (Tchebakova *et al.*, 1992) models showed greater expansions of tropical rain forest. Such expansions are probably an artefact, due to ignoring rainfall seasonality. The Holdridge model also showed a smaller northward and eastward shift of the Eurasian taiga than other models (including Tchebakova *et al.*, 1992; Monserud *et al.*, 1993), because temperature seasonality is ignored.

Comparisons with past biome distributions are instructive. At 6000 yr bp (before present) there was more

insolation than today in the Northern Hemisphere summer, and more total annual insolation (leading to warmer year-round temperatures) at high latitudes. 6000 yr bp is not an analogue for the future, because the Earth's orbital configuration was different from present, while the $CO_2$ concentration was similar to pre-industrial (Mitchell *et al.*, 1990; Monserud *et al.*, 1993). Palaeoecological data for 6000 yr bp show that climate change alone does indeed cause major biome shifts. GCM simulations (e.g., Kutzbach and Guetter, 1986) driven by the insolation changes ("orbital forcing") capture the general direction of these shifts (COHMAP Members, 1988; Wright *et al.*, 1993; Foley, 1994). Their magnitude tends to be underestimated, however, possibly because the GCM modelling procedure disregards biogeophysical feedback (Henderson-Sellers and McGuffie, 1995; Section 9.7).

### 9.3.5 *Regional Biome Model Projections*

"Second-generation" biome models include resource limitation and competitive balance effects. Examples are MAPSS (Neilson, 1995; Neilson and Marks, 1995) and BIOME2 (Haxeltine *et al.*, 1996). In an application to the continental USA both models produced good simulations of potential natural vegetation (VEMAP Members, 1995; Figure 9.2). Temperature-controlled biome boundaries responded to $2 \times CO_2$ climates in a similar way to the earlier BIOME results. Moisture-controlled boundaries (e.g., the forest-grassland boundary) responded differently, due to different evapotranspiration parametrizations, in the two models. In the central and eastern USA, some climate scenarios without corresponding $CO_2$ doubling caused partial replacement of forests by grasslands. This effect was more extensive in MAPSS, but the effect was



**Figure 9.2:** Changes in potential natural vegetation of the conterminous USA, simulated with the BIOME2 and MAPPS vegetation models. Left: simulations based on present climate. The actual distribution of potential natural vegetation types is shown for comparison. Centre: simulations based on "$2 \times CO_2$" climate scenario. This scenario was derived by using an equilibrium simulation from the GFDL R30 atmospheric/mixed-layer ocean model to modify the climate data. Right: simulations based on the same climate scenario, but including the physiological effects of a $CO_2$ concentration of 710 ppmv. After VEMAP Members (1995).

mitigated in both models by the physiological effects of $CO_2$. This mitigation was more effective in MAPSS. Note that the mitigation is an effect of $CO_2$ only; it does not apply to the other greenhouse gases.

BIOME2 also simulates the differential effects of $CO_2$ on photosynthesis in $C_3$ and $C_4$ plants. Warming alone pushes the area of potential $C_4$ grasslands northwards, but $CO_2$ doubling overwhelms this effect, favouring $C_3$ grasses down to the subtropics. The competition between $C_4$ grasses and woody plants is determined mainly by the climate change and only slightly by $CO_2$, according to this model. MAPSS simulates only the differential effects of $CO_2$ on water use, which in combination with greater simulated drought produces the opposite effect favouring $C_4$ plants up to the boreal zone.

BIOME2 and MAPSS probably bracket the plausible range for the sensitivity of moisture-related biome boundaries to temperature and $CO_2$, and for the response of $C_3$ versus $C_4$ plants to changes in $CO_2$. More realistic treatment of the coupling between carbon and water fluxes should help to resolve the discrepancies. These discrepancies represent an important uncertainty about the ecosystem impacts of climate change, comparable in magnitude with the uncertainty due to differences in the regional climate anomalies predicted by GCMs.

### 9.3.6 Changes in Biome Distribution Since the Last Glacial Maximum

Climatically controlled changes in biome distributions are well documented for the recent glacial–interglacial cycle, especially from the last glacial maximum (LGM, 21,000 yr bp) to the present (Wright *et al.*, 1993). Atmospheric $CO_2$ increased by about 90 ppmv to the pre-industrial value of 280 ppmv after the LGM (Chapter 2). Large changes occurred in global climate and vegetation patterns (Overpeck and Bartlein, 1989; Webb, 1992).

Climate simulations of the LGM are based mainly on the ice sheet distributions, sea level, sea surface temperatures and $CO_2$ (Kutzbach and Guetter, 1986; Broccoli and Manabe, 1987); the Earth's orbital configuration was also slightly different from present. BIOME results derived from the LGM climate simulation by Lautenschlager and Herterich (1990) agree qualitatively with palaeoclimatic and palaeoecological data (COHMAP Members, 1988; Street-Perrott *et al.*, 1989; Prentice *et al.*, 1993a). Thus, major changes in biome distribution after the LGM can be explained as a result of changes in climate. Direct effects of low $CO_2$ may also have been involved, due to reduced carbon assimilation or low water-use efficiency of $C_3$ plants at the LGM (Beerling and Woodward, 1993; Giresse *et al.*, 1994).

### 9.3.7 Dynamics of the Vegetational Response to Climate Change

The geographic distribution of biomes, and the composition of natural and managed vegetation types, will not remain in equilibrium with the changing climate during the next 100 years. There will be transient effects, varying according to the rate of climate change, which may depart considerably from the pattern indicated by biome models.

These effects depend on the particular mechanisms involved. Shifts in competitive balance might occur subtly over time. Direct impacts on the growth or survival of particular types of plant could cause die back (and carbon loss) before better-adapted types become established. This possible asymmetry of carbon loss and accumulation has led to the concern that transient vegetation changes could produce a $CO_2$ "spike" (King and Neilson, 1992; Smith *et al.*, 1992; Smith and Shugart, 1993). We return to this issue in Section 9.4.1.

Some aspects of vegetation's dynamic response to environmental changes, on time-scales from 10 to $10^4$ years, have been established from palaeoecology (Prentice, 1986; Bennett, 1986; Huntley, 1988; Davis, 1990; Webb, 1992). For perennial plants, the evolution of new adaptations is too slow to be an effective response. Instead, changes occur both in the local abundances of species and genotypes (Type A response, Webb, 1986) and in the geographic distributions of species (Type B response) (Figure 9.3). In this process biomes do not change or move *en bloc;* instead, species react to climate change individually according to their biology. When climate changes to produce novel regional climates, novel associations of plants arise (Webb, 1992). Successive interglacial periods have therefore been characterised by different vegetation assemblages (Watts, 1988). The general directions of change are predictable from a knowledge of the climate change and the present-day climatic tolerances (realised niches) of the species.

Type A vegetation responses are caused primarily by the differential effects of climate on the growth and regeneration of different taxa and plant types. These responses can occur at different rates depending on the rate of climate change. In periods of rapid climate changes, Type A vegetation responses have been reported to occur within 150 yr (MacDonald *et al.*, 1993), 50–100 yr (Mayle and Cwynar, 1995) and even within 30 yr (Gear and Huntley, 1991; Zackrisson *et al.*, 1995). Type A vegetation responses can be modelled with vegetation-dynamics models such as forest succession models (Botkin *et al.*, 1972; Shugart, 1984). These represent regeneration, growth and mortality of statistical populations of individual plants

462 .                                                                    *Terrestrial Biotic Responses*



**Figure 9.3:** Postglacial changes in the distribution and abundance of some major tree types in eastern North America, based on pollen analysis data. After Webb *et al.* (1993).

on a plot whose size reflects the scale of competition. With no environmental change, such models simulate the natural cyclical behaviour of ecosystems (Shugart, 1984; Prentice and Leemans, 1990). Climate effects modify the growth and regeneration functions. Applied to the past, such models have shown responses of forest composition to climate change that agree well with changes shown in pollen records (Solomon and Bartlein, 1992; Campbell and McAndrews, 1993).

When driven by climate-change scenarios, forest succession models can describe the interaction of climate and natural cycles (Solomon, 1986; Prentice, *et al.*, 1991a). Various transient effects have appeared, including transient die backs of species whose growth becomes reduced (Solomon and Bartlein, 1992). However, many succession

models assume stylised climatic responses (e.g., dome-shaped responses of total annual growth to annual growing degree days) which have no physiological basis and may give misleading results (Bonan and Sirois, 1992). The growth equation used in many such models is also physiologically unrealistic (Moore, 1989), producing sudden mortality in large trees. Because of these and other uncertainties, including the potential significance of short-lived climatic extremes, the structure of vegetation dynamics models is undergoing re-examination (Bugmann, 1993; Prentice *et al.*, 1993b).

Climate change may further alter ecosystem structure and composition by affecting the disturbance regime (Grimm, 1983; Torn and Fried, 1992; Clark, 1993). Natural disturbances generally facilitate plant migration and the

attainment of compositional equilibrium with climate (Davis and Botkin, 1985; Bradshaw and Hannon, 1992). But climatically induced transitions between biomes may also show hysteresis, due to positive feedbacks that tend to maintain vegetation structure (Grimm, 1983). Such effects can cause delays of up to 100 yr (Grimm, 1984). The total response time of vegetational composition (combined Type A and B responses) has been estimated as between 300 and 1500 yr; fast enough to track the "envelope" of climate changes since the LGM (Overpeck and Bartlein, 1989; Prentice *et al.,* 1991b), but too slow to track interdecadal climate variability without considerable lag (Davis and Botkin, 1985; Campbell and McAndrews, 1993).

Faced with climate change, species presumably can (in the right conditions) spread at least as fast as they have done before. Species spread (migration) involves a number of factors including dispersal, regeneration on a suitable site, growth to maturity and seed production. Dispersal seems not to have been a major limitation in the past, at least to the major species detected over the long time-periods represented in the palaeo-record (see Biogeographic Dynamics Box). The mechanisms of rapid spread as observed in the Holocene may involve coalescence of many populations, each starting from an "infection centre" which could either be a pre-existing small population in a favourable microhabitat, or a new population founded by long-distance seed dispersal (birds, mammals and tornadoes are possible vectors; see references in Box). This way, species distribution ranges could expand orders of magnitude faster than they would if they advanced along an orderly front.

The palaeo-record tells us mainly about migration in a natural matrix. Future migrations may be very different. For example, the modern landscape provides fewer regeneration sites. Migrating species in the past exploited recently disturbed sites, whereas now natural vegetation is often fragmented (Peters, 1992) and confined to undisturbed sites. On the other hand, humans are already spreading many species beyond their natural ranges both deliberately and accidentally. Outlier populations spread by humans could be future infection centres even if they are not regenerating now (Davis and Zabinski, 1992). The net effect of human activities on plant species' ability to migrate is unclear.

Climate changes implied by the IS92 emission scenarios (see Chapter 6) call for migration rates up to ten times faster than historically observed for many taxa, so vegetation composition may be out of equilibrium with the changing climate (Davis, 1989, 1990; Davis and Zabinski, 1992). Non-equilibrium vegetation types could take many forms. At one extreme, an existing vegetation type might persist until gradually invaded by other species, with minimal implications for the atmosphere. At the other extreme, large areas of forests might die (e.g., due to heat stress, drought and fire; Auclair and Carter, 1993) and be temporarily replaced by shrublands. This would result in different structural and functional properties, the transition being accompanied by changes in albedo, canopy roughness and rooting depth, reductions in *NPP*, and losses of plant and soil carbon to the atmosphere (Neilson, 1993; Section 9.4.1). The larger and more rapid the climate change, the greater the chance that effects of the latter type will occur.

---

**Biogeographic Dynamics:**
**The Issue of Dispersal Rate**

Rates of species spread in response to Holocene climate changes have been reconstructed by mapping pollen data from networks of $^{14}C$-dated sediment cores. They range from 50–2000 m/yr for most woody species in Europe and North America (Davis, 1976; Huntley and Birks, 1983; Huntley, 1988). The puzzle is how species could spread so fast. Several explanations have been offered. For example, the rapid spread of *Picea glauca* into interior Canada immediately after deglaciation has been attributed to long-distance dispersal aided by strong anticyclonic winds (Ritchie and MacDonald, 1986). Migrations into already-vegetated regions that appear instantaneous over hundreds of kilometres, such as the spread of *Tsuga* into the Great Lakes region in response to precipitation and winter temperature increases ~ 7000 yr bp (Prentice *et al.,* 1991b), may be better described as infilling by the expansion of scattered "advance populations" (Clark, 1993; Davis, 1983; MacDonald *et al.,* 1993).

Rates of spread of different species within genera (e.g., *Picea, Fagus*) were similar regardless of whether the migration route lay in mountain regions or lowlands (Davis, 1983; Bennett, 1986). Species spread at comparable rates whether their seeds are adapted to wind- or animal transport (Davis, 1983). Migrating species were not stopped by water bodies such as Lake Michigan or the Baltic (Davis *et al.,* 1986; Huntley and Webb, 1989). The lesson for the future is that dispersal as such will not necessarily limit species migration rates. Other factors, such as the availability of sites for regeneration, may well provide greater barriers.

## 9.4 Effects of Climate Change and Carbon Dioxide Increases on Regional and Global Carbon Storage: Transient and Equilibrium Analyses

### 9.4.1 Possible Transient Effects of Climate Change on Global Carbon Storage

While biome shifts may have a major effect on terrestrial carbon storage during the climate transient, many other things may be happening at the same time that have the potential to affect terrestrial carbon storage. Continued forest clearing for agriculture to meet the food needs of a growing human population combined with an expansion and intensification of air-pollution stress on terrestrial ecosystems could further reduce carbon storage on land. Alternatively, mechanisms such as $CO_2$ fertilisation may continue to result in enhanced carbon storage in land areas not involved in biome shifts. Improved quantification of these transient processes is a research priority.

### 9.4.2 Equilibrium Analyses: Regional Ecosystem Model Projections

In a rapidly changing environment, there may be complex transient effects including possible releases of carbon due to climate-change-induced forest die back as mentioned in Section 9.3.7. At the present time there is no consensus on the likely magnitude of such releases. In a modelling study, Smith and Shugart (1993) began to explore how large they might be. In Smith and Shugart's model, climate-induced vegetation redistribution initially led to a large transient release of about 200 GtC during 100–200 years due to die back of forests. While an important conceptual advance, this transient analysis contains many crude assumptions such as very long lags due to slow migration. This estimate probably represents an upper bound to the effect of biome shifts alone in causing a transient loss of carbon from the terrestrial biosphere. Such losses would be expected to depend strongly on the rate of climate change; that is, the faster the rate of climate change, the greater the likelihood of large carbon losses from terrestrial ecosystems due to biome shifts during the transient (Woodwell, 1995).

A number of terrestrial biogeochemistry models are now capable of evaluating how terrestrial carbon storage might change with shifts in climate and atmospheric $CO_2$ concentrations from one equilibrium condition to another. Examples are BIOME–BGC (Hunt and Running, 1992; Running and Hunt, 1993), CENTURY (Parton *et al.*, 1987, 1988, 1993) and TEM (Raich *et al.*, 1991; McGuire *et al.*, 1992; Melillo *et al.*, 1993). In an application to the continental United States, these models were run for a range of future equilibrium climates at doubled $CO_2$. The

BIOME–BGC model projected terrestrial carbon losses up to 33% relative to the current condition, and CENTURY and TEM projected carbon gains of between 6 and 16% (VEMAP Members, 1995).

As part of the VEMAP activity, these three biogeochemistry models were coupled with three biogeography models[1] (see Section 9.3.5); BIOME2 (Haxeltine *et al.*, 1996), DOLY (Woodward and Smith, 1994; Woodward *et al.*, 1995), and MAPSS (Neilson, 1995; Neilson and Marks, 1995). Each of the model pairs was then run with three GCM-generated climate scenarios for doubled $CO_2$. The terrestrial carbon storage response ranged from a loss of 39% for the BIOME–BGC/MAPSS pair with a UKMO–GCM climate, to a 32% gain for the TEM/MAPSS pair with an OSU–GCM climate (Figure 9.4). The BIOME–BGC/MAPSS response for the UKMO climate scenario was primarily caused by decreases in forested area and temperature-induced water stress. The TEM/MAPSS response for the OSU climate was largely attributable to forest expansion and temperature-enhanced nitrogen cycling. This range of responses represents the pooled uncertainty for structural and functional ecosystem responses and for the regional climate anomalies inferred from three GCMs.

### 9.4.3 Equilibrium Analyses: Global Ecosystem Model Projections

Several process-based ecological models including TEM and IMAGE2 (Alcamo *et al.*, 1994) have been used to evaluate the effects of equilibrium climate and atmospheric carbon dioxide shifts on global terrestrial carbon storage. Melillo *et al.* (1995b) used a new version of TEM (McGuire *et al.*, 1995b) to assess the equilibrium response of global ecosystem carbon storage to a $CO_2$ doubling alone, with no climate change and no change in vegetation distribution. Under these conditions, terrestrial carbon storage was projected to increase by 360 GtC (Figure 9.5).

The TEM model was also used to simulate the response of terrestrial carbon storage with constant $CO_2$, but with $CO_2$-induced climate changes inferred from equilibrium simulations with the GFDL–GCM. The result was a projected net loss of terrestrial carbon of 130 Gt (Figure 9.5). This result was obtained under the assumption of no vegetation redistribution. When TEM was coupled to a modified version of BIOME (Prentice *et al.*, 1992), the

---

[1] Terrestrial biogeochemistry models simulate carbon, water and nutrient fluxes through ecosystems, assuming a prescribed vegetation structure. Thus they contrast with biome (or biogeography) models, which simulate the geographic distributions of vegetation structural types (biomes).



**Figure 9.4:** Simulated changes in equilibrium terrestrial carbon storage for the conterminous USA (VEMAP Members, 1995). Biogeochemistry models (BIOME-BGC, CENTURY and TEM) are run with the vegetation distributions of biogeography models (BIOME2, DOLYY and MAPSS) for particular climate scenarios (GFDL-R30, UKMO and OSU).

*Terrestrial Biotic Responses*



**Figure 9.5:** Simulated changes in equilibrium terrestrial carbon storage as a function of latitude due to: direct effects of a doubling of $CO_2$ (dotted line); effects of climate change, from the GFDL $2 \times CO_2$ scenario (thick solid line); combined effects of $CO_2$ and climate without vegetation redistribution (thin solid line); combined effects of $CO_2$ and climate with vegetation redistribution (dashed line). After Melillo *et al.* (1995b).

projected carbon loss was of a similar magnitude (Figure 9.5). Although some other modelling studies have projected long-term increases in carbon storage of up to about 100 GtC over several hundred years (Cramer and Solomon 1993; Smith and Shugart 1993; Prentice and Sykes 1995), due to climate change alone, these results are probably unrealistic. The TEM–BIOME result (Figure 9.5) includes the effects of both biogeochemistry and biogeography; the other results included only biogeographical changes, assuming fixed carbon densities in each biome.

Ecosystem models have also been used to evaluate the combined response of terrestrial carbon storage to $CO_2$ fertilisation and climate change. TEM (Melillo *et al.*, 1995b) projected a net increase of 290 GtC (Figure 9.5). The gain due to $CO_2$ fertilisation outweighed the loss due to warming. Again, allowing vegetation redistribution did not appreciably change this result (Figure 9.5). Alcamo *et al.* (1994) used the IMAGE2 model to assess the combined effects of $CO_2$ fertilisation and climate change plus various scenarios of land-use change. Their study projected an

increase in terrestrial carbon storage, in the range 200–250 Gt depending upon future land-use assumptions (Figure 9.6). These equilibrium model results suggest that the effect of $CO_2$ in increasing carbon storage could dominate over any warming-induced reduction in carbon storage, but this result must be considered as preliminary.

### 9.4.4 The Palaeo-record and Implications for a Future Climate Equilibrium: Increasing Terrestrial Carbon Storage with Increases in Atmospheric Carbon Dioxide and Global Mean Temperature after the Last Glacial Maximum

Between the last glacial maximum and the start of the present (Holocene) interglacial there were large increases both in atmospheric greenhouse gas concentrations and global mean temperature. $CO_2$ increased by about 90 ppmv. There may have been several causes of the increase in atmospheric $CO_2$, but they probably all included an ocean source (Siegenthaler, 1989; Heinze *et al.*, 1991; Peltier *et al.*, 1993; Archer and Maier-Reimer 1994;

(a)                          Net carbon flux 1990 (tonC/km$^2$)



(b)                          Net carbon flux 2050 (tonC/km$^2$)



**Figure 9.6:** Net carbon flux from the terrestrial biosphere to the atmosphere simulated by the IMAGE2 integrated assessment model for (a) 1990 and (b) 2050 under a "conventional wisdom" scenario. The net flux includes deforestation and forest regrowth as well as climate and $CO_2$ effects. The large sinks shown in the northern temperate regions for 2050 are due to abandonment of agricultural land. After Alcamo *et al.* (1994).

Ganeshram *et al.*, 1995; Chapter 10). Along with the atmospheric $CO_2$ increase, global mean temperature increased by 4–7°C according to climate model estimates (Kutzbach and Guetter, 1986; Broccoli and Manabe, 1987; Kutzbach *et al.*, 1995). Palaeodata indicate local temperature increases on the order of 5°C or more in both temperate and tropical regions (Wright *et al.*, 1993; Stute *et al.*, 1995; Thompson *et al.*, 1995). Over the same period, global terrestrial carbon storage increased by 310–550 Gt (Duplessy *et al.*, 1988; Bird *et al.*, 1994).

For several reasons this is not a strict analogy for future $CO_2$ and climate changes. The detailed time courses of change in global mean temperature, $CO_2$ and especially carbon storage are not known. The increase in temperature was partly due to the disappearance of the ice sheets, and was about twice as large as would be expected due to the radiative-forcing changes alone (Lorius *et al.*, 1990). Deglaciation increased the area available for vegetation; however, a similar area of the exposed continental shelf was flooded. The increase in unglaciated land area from the LGM to the present was, at most, 2% (Prentice *et al.*, 1993b). The lesson is that a combined $CO_2$ increase and global warming can lead to a substantial (in this case, about 25%) increase in the amount of carbon stored in terrestrial vegetation and soils.

## 9.5 Methane: Effects of Climate Change and an Increase in Atmospheric $CO_2$ on Methane Flux and Carbon Balance in Wetlands

Methane ($CH_4$) is produced in flooded organic soils as a result of anaerobic respiration (methanogenesis), and $CH_4$ emissions from natural wetlands are estimated to contribute about 20% to the global emissions of this gas to the atmosphere (Chapter 2; Prather *et al.*, 1995). Climate change could either increase or decrease $CH_4$ flux from wetlands. Factors increasing $CH_4$ flux would include northward spread of peat-forming areas into the high latitudes (enhanced by increased precipitation) and faster carbon turnover due to warmer temperatures (Crill *et al.*, 1988; Christensen and Cox, 1995) and/or higher $CO_2$ (Hutchin *et al.*, 1995). Factors decreasing $CH_4$ flux would include drier conditions (lower water table) in extant peatlands (Whalen and Reeburgh, 1990; Roulet *et al.*, 1992), and drying-out and/or permafrost melting leading to loss of peat-forming areas in the continental interiors (Lachenbruch and Marshall, 1986; Oechel *et al.*, 1993; Oechel and Vourlitis, 1994; Gorham, 1995).

However, if $CH_4$ flux declines in some regions due to drying, this would imply an additional flux of $CO_2$ to the atmosphere due to enhanced aerobic respiration and,

perhaps, large-scale oxidation of the peat by erosion and fire (Hogg *et al.*, 1992). This scenario is of concern because as much as 450 GtC may be stored in high latitude peats (Gorham, 1991; Botch *et al.*, 1995). It has been suggested that the large warming that climate models predict for the high latitudes could thus threaten the integrity of this carbon store (Gorham, 1991, 1995). Like the possible carbon "spike" due to transient vegetation changes, this possible source of carbon to the atmosphere represents a potential positive feedback that has not been adequately quantified (Nisbet and Ingham, 1995).

Analysis of the palaeo-record of $CH_4$ support the idea that the net $CH_4$ flux from wetlands could either increase due to warming and $CO_2$ increase, or decline due to drying. Atmospheric $CH_4$ concentration increased (by 300 ppbv) after the LGM, and closely tracked global climate changes through the deglaciation (Stauffer *et al.*, 1988; Chapellaz *et al.*, 1990; Chapellaz *et al.*, 1993a). The increase in $CH_4$ concentration contributed to the global warming that followed the LGM (Lorius *et al.*, 1990; Lorius and Oeschger, 1994). In contrast to $CO_2$, the increase in $CH_4$ is thought to represent a positive feedback involving the terrestrial biosphere (Schimel *et al.*, 1995).

Model calculations suggest that the low $CH_4$ concentration at the LGM was primarily due to low $CH_4$ production by terrestrial ecosystems (Chapellaz *et al.*, 1993b), rather than to high OH concentrations in the atmosphere (Pinto, 1991; Thompson *et al.*, 1993; Crutzen and Bruhl, 1993; Martinerie *et al.*, 1995). Low $CH_4$ production would be expected at the LGM, because tropical and high latitude wetlands were less extensive (implying a reduced source area: Petit-Maire *et al.*, 1991) and temperatures and $CO_2$ were lower, both factors implying slower carbon turnover in the source area.

Atmospheric $CH_4$ concentration stood at 700–750 ppbv in the early Holocene, had fallen to < 600 ppbv by the mid-Holocene, then rose gradually in the late Holocene to once again reach the "pre-industrial" level of 700–750 ppbv. These variations may reflect a trade-off between the extent of tropical and high latitude wetlands (Blunier *et al.*, 1995). Tropical wetlands were most extensive in the early Holocene due to increased monsoonal precipitation (Petit-Maire *et al.*, 1991; Street-Perrott, 1992). High latitude wetlands have increased in extent during the late Holocene due to decreasing temperatures and evaporation (Ovenden, 1990; Zoltai and Vitt, 1990; Gorham, 1991; Botch *et al.*, 1995). The lesson is that warming in high latitudes can either increase or decrease natural $CH_4$ production, depending on the extent to which increased temperatures are matched by increased precipitation and/or $CO_2$.

## 9.6 Nitrous Oxide

Our current understanding of the global budget of nitrous oxide ($N_2O$) is reviewed in Chapter 2 and by Prather *et al.* (1995). The budget is largely controlled by microbial processes in soils. Today, the warm, moist soils of the tropical forests are probably the single most important source of $N_2O$. Land-use and the intensification of agriculture in the tropics appear to be increasing the size of the $N_2O$ source from this region.

The microbial process responsible for the production of most of the $N_2O$ is denitrification; the dissimilatory reduction of oxides of nitrogen $N_2$ as well as $N_2O$. The rate of denitrification is controlled by oxygen ($O_2$), nitrate ($NO_3$) and carbon. Moisture has an indirect effect on denitrification by influencing $O_2$ content of soil. If other conditions are appropriate, then temperature becomes an important controller of denitrification.

Denitrifiers in natural environments are capable of producing either $N_2O$ or $N_2$ as end products. Numerous factors have been reported to affect the proportion of $N_2O$ produced relative to $N_2$. Perhaps most important are the relative supplies of nitrate and carbon (Firestone and Davidson, 1989). The dominant product of denitrification may be $N_2O$ in systems where, at least for a time, nitrate supply is high and carbon supply is low, but not excessively so.

Probably due to a combination of more extensive wetland areas and increased rates of nitrogen cycling in terrestrial ecosystems under warmer and/or moister climates after the LGM, atmospheric $N_2O$ concentration increased from ~200 ppbv to ~270 ppbv (Leuenburger and Siegenthaler, 1992). In the future, a wetter climate may lead to increased $N_2O$ production, although this potential positive feedback has not been adequately quantified.

## 9.7 Global-Scale Biogeophysical Feedbacks: Changes in Ecosystem Structure and Function Affect Climate

### 9.7.1 Effects of Vegetation Structure on Land-surface Characteristics

Vegetation mediates the exchange of water and energy between the land surface and the atmosphere (Rind, 1984; Sud *et al.*, 1990; Hostetler *et al.*, 1994). Land–atmosphere interactions are physically represented by land-surface models designed for implementation in current GCMs (see Chapter 5, Section 5.3.2). These models require a global vegetation type (biome) distribution to be prescribed. Most climate change analyses with GCMs have assumed no change in vegetation distribution. However, both land-use

change (e.g., deforestation and human-induced deforestation) and climatically induced natural vegetation change can significantly alter global vegetation distribution over decades to centuries.

The main land-surface parameters influenced by vegetation structure are surface albedo (normal and snow-covered), roughness length (affecting boundary-layer conductance), canopy conductance and rooting depth. Snow-free surface albedo for total short-wave radiation ranges from ~0.15 in closed forests to 0.4–0.5 in hot deserts (Henderson-Sellers and McGuffie, 1987). The largest effect of snow cover is on low vegetation types such as grasslands and tundra, where the snow-covered albedo can be up to 0.8. Roughness length increases with vegetation height: tall forests therefore present a boundary-layer conductance that is much larger than short grasslands. Canopy conductance is influenced by foliage density, plant nitrogen content, atmospheric $CO_2$ content and drought stress (Schulze *et al.*, 1994). At present ambient $CO_2$, most natural vegetation types have a maximum stomatal conductance of 3–6 mm/s while field crops have a higher conductance, up to 12 mm/s (Kelliher *et al.*, 1993). Canopy conductance increases asymptotically with leaf area index, towards a value of about 3–4 times stomatal conductance for a closed canopy (Schulze *et al.*, 1994). Maximum stomatal conductance is lowered under increased ambient $CO_2$. Stomatal closure under midday conditions of high evaporative demand acts to restrict canopy conductance. This closure occurs sooner as soil moisture supply is reduced and vapour pressure deficit increases.

### 9.7.2 Effects of Land-surface Changes on Climate

The sensitivity of climate to changes in these different land-surface properties varies regionally. For example, albedo effects are important in controlling precipitation in climatic regimes where precipitation is controlled by large-scale dynamics or convection; canopy conductance and rooting depth are important in regimes where a large proportion of precipitation arises by recycling of evapotranspiration from the land surface (Rind, 1984).

Sensitivity analyses with GCMs have been used to estimate the response of climate to major changes in the land surface, such as tropical deforestation (Dickinson, 1989; Shukla *et al.*, 1990; Nobre *et al.*, 1991; Henderson-Sellers *et al.*, 1993; Polcher and Laval, 1994). Through raising albedo and/or lowering evapotranspiration, large-scale deforestation tends to reduce moisture convergence and precipitation. The potential area of tropical rain forests and seasonal forests is therefore reduced. More generally, albedo exerts a strong control over evapotranspiration and

470

*Terrestrial Biotic Responses*

precipitation in the tropics and subtropics (Charney, 1975; Charney *et al.*, 1977; Mylne and Rowntree, 1992).

Albedo changes in the high latitudes can also have major effects. Bonan *et al.* (1992) and Chalita and Le Treut (1994) examined the sensitivity of global climate to boreal deforestation (replacement of the boreal forests by tundra). The large increase in snow-covered albedo resulted in colder winters and a longer snow season. In Bonan *et al.*'s study, which included a mixed-layer ocean model, the thickness and duration of Arctic sea ice was increased and the cooling thereby extended from winter into summer. The total effect was felt across the Northern Hemisphere and summer temperatures became too cold for the persistence of boreal forests in their present range. Such sensitivity studies suggest that large biogeophysical effects of vegetation structure on climate could be brought into play by land-use change.

Climate-induced changes in biome distribution would presumably also cause feedbacks. Palaeoclimate simulations suggest that such feedbacks are important. Street-Perrott *et al.* (1990) showed that a GCM with surface boundary conditions kept as today could simulate the phenomenon, but not the extent and magnitude, of African monsoon expansion at 9000 yr bp. When a realistic expansion of vegetation across the present-day Sahara was included (*via* the albedo effect), precipitation increased by a further ~1 mm/day over large areas, including northern and western regions that were scarcely affected in the original simulation. Foley *et al.* (1994) showed that the warming-induced poleward expansion of boreal forests into what is now tundra at 6000 yr bp could have doubled the initial effects of orbital forcing (Figure 9.7). In both examples, biogeophysical feedbacks amplified the initial radiative forcing.

More detailed investigation of biogeophysical feedbacks requires coupling vegetation models with GCMs (Henderson-Sellers, 1993; Claussen, 1994). Claussen (1993) coupled the BIOME model asynchronously to an GCM, using an iterative procedure: 4–6 year ensembles of simulated climate were used to modify the biome distribution, which in turn modified the climate. The coupled system proved stable with respect to small perturbations of the biome distribution, as also found by Henderson-Sellers (1993). However a very large perturbation triggered a complex response in the atmospheric circulation and caused the coupled system to return to an alternative state in which the south-western Sahara remained wooded. With 6000 yr bp orbital forcing, the coupled system approached an even more extreme state in which most of the Sahara turned to savannah (Claussen



(a)

$\Delta t$ (°C) – Annual average



(b)

$\Delta t$ (°C) – Annual average

**Figure 9.7:** Amplification of 6,000 yr bp radiative forcing due to biogeophysical feedback, as simulated with the GENESIS atmospheric/mixed-layer ocean model. (a) Increase in annual mean temperature due to radiative forcing alone. (b) *Additional* increase due to northward extension of the boreal forest. After Foley *et al.* (1994).

and Gayler, 1995). This state is similar to the 6000 yr bp situation shown by palaeoecological data.

$CO_2$-induced changes in canopy conductance are expected to have further feedback effects on climate

(Martin *et al.*, 1989; Field *et al.*, 1995). As ambient $CO_2$ increases, stomatal conductance declines. GCM sensitivity studies indicate that a global halving of surface conductance, with no change in leaf area, would lead to reduced evapotranspiration rates, increased surface air warming about 0.5°C averaged over terrestrial areas, compared with 1.1 to 2.5°C which is predicted for the combined effects of radiative forcing and aerosols (Chapter 6), and in some regions increase soil moisture storage (Henderson-Sellers *et al.*, 1995; Pollard and Thompson 1995). This latter effect of $CO_2$ could mitigate or even reverse the mid-latitude drying seen in some $2 \times CO_2$ simulations with fixed surface conductance (Chapter 6). Compensatory increases in leaf area would work against the effect of $CO_2$-induced reductions in stomatal conductance. However, a study with a coupled (single column) model of the soil-ecosystem-atmosphere system, including interactive adjustment of leaf area in response to $CO_2$, suggested that the stomatal conductance response would dominate over the compensatory leaf area response (Friend and Cox, 1995). Thus, the net "physiological" effect of $CO_2$ on climate would be to reduce evapotranspiration and increase soil moisture, relative to the scenarios based on radiative forcing alone.

Such studies underline the sensitivity of the simulated hydrological cycle to land-surface properties that are determined by ecosystem functional and structural responses to climate and $CO_2$. In particular, GCM simulations of regional changes in soil moisture in a high-$CO_2$ world are questionable because such simulations have not, as yet, taken into account changes in ecosystem structure and function that would have major feedback effects on the hydrological cycle. The uncertainty is compounded because most current GCMs do not resolve the vertical structure of the planetary boundary layer (PBL), which may limit the effect of changes in stomatal conductance on evapotranspiration (Jarvis and McNaughton, 1986; Martin, 1989; McNaughton and Jarvis, 1991; Monteith, 1995).

Proper representation of these feedbacks in models requires a physiologically based representation of the processes controlling canopy conductance (e.g., Collatz *et al.*, 1991; Friend and Cox, 1995), a sufficiently resolved representation of the PBL (e.g., Troen and Mahrt, 1986; MacNaughton and Jarvis, 1991; Jacobs and de Bruin, 1992), and these elements to be fully interactive in the GCM. Such a coupling of atmospheric and ecosystem processes appears to be a high priority because the potential for future drought is: (a) a key issue in assessing the biological and societal impacts of global change; and

(b) one of the main hypotheses underlying predictions of positive biogeochemical feedbacks leading to $CO_2$ release and further warming, as discussed in Section 9.2.3.1 and in Woodwell and Mackenzie (1995).

In conclusion, biogeophysical feedbacks involve interactions between the atmosphere and biosphere which can only be assessed quantitatively through the further development of coupled models including the terrestrial biosphere as an integral component of the climate system. Model sensitivity studies (including palaeoclimate simulation) suggest that these feedbacks are potentially of similar magnitude to the direct effects of changes in radiative forcing.

## References

Aber, J.D., J.K. Nadelhoffer, P.A. Steudler and J.M. Melillo, 1989: Nitrogen saturation in northern forest ecosystems – hypotheses and implications. *BioSci.*, **39**, 378–386.

Aber, J.D., A. Magill, R. Boone, J.M. Melillo, P. Steudler and R. Bowden, 1993: Plant and soil responses to chronic nitrogen additions at the Harvard Forest, Massachusetts. *Ecol. Appl.*, **3** (1), 156–166.

Alcamo, J., G.J. Van den Born, A.F. Bouwman, B. de Haan, K. Klein-Goldewijk, O. Klepper, R. Leemans, J.A. Oliver, B. de Vries, H. van der Woerd and R.F. van den Wijngaard, 1994: Modeling the global society-biosphere-climate system. Part 2: Computed scenarios. *Water Air Soil Pollut.*, **76**, 37–78.

Allen, L.H. Jr., and J.S. Amthor, 1995: Plant physiological responses to elevated $CO_2$, temperature, air pollution, and UV-B Radiation. In: *Biotic Feedbacks in the Global Climatic System*, G.M. Woodwell and F.T. Mackenzie (eds), Oxford University Press, New York, pp. 51–84.

Archer, D. and E. Maier-Reimer, 1994: Effect of deep-sea sedimentary calcite preservation on atmospheric $CO_2$ concentration. *Nature*, **367**, 260–263.

Archer, S., D.S. Schimel and E.A. Holland, 1995: Mechanisms of shrubland expansion: land use, climate or $CO_2$? *Clim. Change* **29**, 91–99.

Arnone, J.A., III and J.C. Gordon, 1990: Effect of nodulation, nitrogen fixation, and $CO_2$ enrichment on the physiology, growth and dry mass allocation of seedlings of *Alnus rubra* Bong. *New Phytol.*, **116**, 55–66.

Arp, W.J., 1991: Effects of source–sink relations on photosynthetic acclimation to elevated $CO_2$. *Plant, Cell and Environ.*, **14**, 869–75.

Arp, W.J., B.G. Drake, W.T. Pockman, P.S. Curtis and D.F. Whigman, 1993: Interactions between $C_3$ and $C_4$ salt marsh plant species during four years of exposure to elevated atmospheric $CO_2$. *Vegetatio*, **104/105**, 133–143.

Arris, L.L., and P.S. Eagleson, 1994: A water use model for locating the boreal/deciduous forest ecotone in eastern North America. *Water Resour. Res.*, **30**, 1–9.

Auclair, A.N.D. and T.B. Carter, 1993: Forest wildfires as a recent source of $CO_2$ at northern latitudes. *Can. J. For. Res.*, **23**, 1528–1536.

Bazzaz, F.A. and E.D. Fajer, 1992: Plant life in a $CO_2$-rich world. *Sci. Am.*, **266**, 68–74.

Beerling, D.J. and F.I. Woodward, 1993: Ecophysiological responses of plants to global environmental change since the last glacial maximum. *New Phytol.*, **125**, 641–648.

Bennett, K.D., 1986: The rate of spread and population increase of forest trees during the postglacial. *Phil. Trans. R. Soc. London, B*, **314**, 523–31.

Bird, M.I., J. Lloyd and G.D. Farquhar, 1994: Terrestrial carbon storage at the LGM. *Nature*, **371**, 585.

Blunier, T., J. Chapellaz, J. Schwander, B. Stauffer and D. Raynaud, 1995: Variation in atmospheric methane concentration during the Holocene epoch. *Nature*, **374**, 46–49.

Bonan, G.B. and L. Sirois, 1992: Air temperature, tree growth, and the northern and southern range limits to *Picea mariana*. *J. Veg. Sci.*, **3**, 495–506.

Bonan, G.B.and K. Van Cleve, 1992: Soil temperature, nitrogen mineralization, and carbon source–sink relationships in boreal forests. *Can. J. For. Res.*, **22**, 629–639.

Bonan, G.B., D. Pollard and S.L. Thompson, 1992: Effects of boreal forest vegetation on global climate. *Nature*, **359**, 716–718.

Botch, M.S., K.I. Kobak, T.S. Vinson and T.P. Kolchugina, 1995: Carbon pools and accumulation in peatlands of the former Soviet Union. *Glob. Biogeochem. Cycles*, **9**, 37–46.

Botkin, D.B., J.F.Janak and J.R. Wallis, 1972: Some ecological consequences of a computer model of forest growth. *J. Ecol.*, **60**, 948–972.

Bowes, G., 1991: Growth at elevated $CO_2$: photosynthetic responses mediated through Rubisco. *Plant, Cell and Environ.*, **14**, 795–806.

Bradshaw, R.H.W. and G.E. Hannon, 1992: Climatic change, human influence and disturbance regime in the control of vegetation dynamics within Fiby forest, Sweden. *J. Ecol.*, **80**, 625–632.

Broccoli, A.J. and S. Manabe, 1987: The influence of continental ice, atmospheric $CO_2$ and land albedo on the climate of the last glacial maximum. *Clim. Dyn.*, **1**, 87–99.

Bugmann, H.K.M., 1993: On the Ecology of Mountainous Forests in a Changing Climate: A Simulation Study, Ph. D. thesis, Swiss Federal Institute of Technology, Zürich.

Campbell, I.D. and J.H. McAndrews, 1993: Forest disequilibrium caused by rapid Little Ice Age cooling. *Nature*, **366**, 336–338.

Ceulemans, R. and M. Mousseau, 1994: Effects of elevated atmospheric $CO_2$ on wood plants. *New Phytol.*, **127**, 425–426.

Chabot, B.F. and D.J. Hicks, 1982: The ecology of leaf life spans. *Ann. Rev. Ecol. Syst.*, **13**, 229–259.

Chalita, S. and H. Le Treut, 1994: The albedo of temperate and boreal forest and the northern hemisphere climate: A sensitivity experiment using the LMD GCM. *Clim. Dyn.*, **10**, 231–240.

Chameides, W.L., P.S. Kasibhatla, J. Yienger and H. Levy II, 1994: Growth of continental-scale metro-agro-plexes, regional ozone production, and world food production. *Science*, **264**, 74–77.

Chapellaz, J., J.M. Barnola, D. Raynaud, Y.S. Korotkevitch and C. Lorius, 1990: Ice core record of atmospheric methane over the past 160,000 years. *Nature*, **345**, 127–131.

Chapellaz, J., T. Blunier, D. Raynaud, J.M. Barnola, J. Schwander and B. Stauffer, 1993a: Synchronous changes in atmospheric $CH_4$ and Greenland climate between 40 and 8 kyr bp. *Nature*, **366**, 443–445.

Chapellaz, J.A., I.Y. Fung and A.M. Thompson, 1993b: The atmosphere $CH_4$ increase since the last glacial maximum:1. Source estimates. *Tellus*, **45B**, 228–241.

Chapin, F.S. III, 1991: Effects of multiple environmental stresses on nutrient availability and use. In: *Response of Plants to Multiple Stresses*, H.A. Mooney *et al.*, (eds.), Academic Press, San Diego, CA, pp. 67–88.

Chapin, F.S. III, G.R. Shaver, A.E. Giblin, K.J. Nadelhoffer and J.A. Laundre, 1995: Reponses of arctic tundra to experimental and observed changes in climate. *Ecology*, **76**, 694–711.

Charney, J.G., 1975: Dynamics of deserts and drought in the Sahel. *Quart. J. R. Met. Soc.*, **101**, 193–202.

Charney, J.G, W. Quirk, J. Chow and J. Kornfield, 1977: A comparative study of the effects of albedo change on drought in semi-arid regions. *J. Atmos. Sci.*, **34**, 1366–1385.

Christensen, T.R. and P. Cox, 1995: Response of methane emission from arctic tundra to climatic change: results from a model simulation. *Tellus*, **47B**, 301–310.

Ciais, P., P.P. Tans, J.W.C. White, M. Trolier, R.J. Francey, J.A. Berry, D.R. Randall, P.J. Sellers, J.G. Collatz and D.S. Schimel, 1995a: Partitioning of ocean and land uptake of $CO_2$ as inferred by $\delta^{13}C$ measurements from the NOAA Climate Moinitoring and Diagnostics Laboratory Global Air Sampling Network, *J. Geophys. Res.*, **100**, 5051–5057.

Ciais, P., P.P. Tans, M. Trolier, J.W.C. White and R.J. Francey, 1995b: A large northern hemisphere terrestrial $CO_2$ sink indicated by $^{13}C/^{12}C$ of atmospheric $CO_2$. *Science*, **269**, 1098–1102.

Clark, J.S., 1993: Paleoecological perspectives on modeling broad scale responses to global change. In: *Biotic Interactions and Global Change*, P.M. Kareiva, J.G. Kingsolver, R.B. Huey (eds.), Sinauer, Sunderland, MA, pp. 315–332.

Claussen, M., 1993: Shift of biome patterns due to simulated climate variability and climate change. *Max-Planck-Institut für Meteorologie, Report No. 115*, Hamburg , 30 pp.

Claussen, M., 1994: On coupling global biome models with climate models. *Clim. Res.*, in press.

Claussen, M. and M. Esch, 1994: Biomes computed from simulated climatologies. *Clim. Dyn.*, **9**, 235–243.

Claussen, M and V. Gayler 1995: Modelling paleo and present-day vegetation patterns. *Annales Geophysicae*, Suppl. II to Volume 13, C357.

COHMAP Members, 1988: Climate changes of the last 18,000

years: Observations and model simulations. *Science*, **241**, 1043–1052.

Collatz, G.J., J.T. Ball, C. Grivet and J.A. Berry, 1991: Physiological and environmental regulation of stomatal conductance, photosynthesis and transpiration: a model that includes a laminar boundary layer. *Agric. For. Meteorol.*, **54**, 107–136.

Cramer, W.P. and A.M. Solomon, 1993: Climate classification and future global redistribution of agricultural land. *Clim. Res.*, **3**, 97–110.

Crill, P.M., K.B. Bartlett, R.C. Harriss, E. Gorham, E.S. Verry, D.I. Sebacher, L. Madzar and W. Sanner, 1988: Methane flux from Minnesota Peatlands. *Glob. Biogeochem. Cycles*, **2**, 371–384.

Crutzen, P.J. and C. Brühl, 1993: A model study of atmospheric temperatures and concentrations of ozone, hydroxyl, and some other photochemically active gases during the glacial, the preindustrial Holocene, and the present. *Geophys. Res. Lett.*, **20**, 1047–1050.

Dahl, E., 1990: Probable effects of climatic change due to the greenhouse effect on plant productivity and survival in North Europe. In: *Effects of Climate Change on Terrestrial Ecosystems*, J.I. Holten (ed.), Nina Notat 4, 7–17. Norwegian Institute for Nature Research, Trondheim.

Dai, A. and I.Y. Fung, 1993: Can climate variability contribute to the "missing" $CO_2$ sink? *Glob. Biogeochem. Cycles*, **7**, 599–609.

Davis, M.B., 1976: Pleistocene biogeography of temperate deciduous forests. *Geoscience and Man*, **13**, 13–26.

Davis, M.B., 1983: Quatenary history of deciduous forests of eastern North America and Europe. *Annals of the Missouri Botanical Garden*, **70**, 550–563.

Davis, M.B., 1989: Lags in vegetation response to greenhouse warming. *Clim. Change*, **15**, 75–82.

Davis, M.B., 1990: Climatic change and the survival of forest species. In: *The Earth in Transition: Patterns and Processes of Biotic Impoverishment*, G.M. Woodwell (ed.), Cambridge University Press, Cambridge, UK, pp. 99–110.

Davis, M.B. and D.B. Botkin, 1985: Sensitivity of cool-temperate forests and their fossil pollen record to rapid temperature change. *Quat. Res.*, **23**, 327–40.

Davis, M.B. and C. Zabinski, 1992: Changes in geographical range resulting from greenhouse warming: effects on biodiversity in forests. In: *Global Warming and Biological Diversity*, R.L. Peters and T.E. Lovejoy (eds.), Yale University Press, New Haven, pp. 297–308.

Davis, M.B., K.D. Woods, S.L. Webb and R.P. Futyma, 1986: Dispersal versus climate: expansion of Fagus and Tsuga into the Upper Great Lakes region. *Vegetatio*, **67**, 93–103.

Denning, A.S., I.Y. Fung and D. Randall, 1995: Latitudinal gradient of atmospheric $CO_2$ due to seasonal exchange with land biota. *Nature*, **376**, 240–243.

Diaz, S., J.P. Grime, J. Harris and E. McPherson, 1993: Evidence of a feedback mechanism limiting plant response to elevated carbon dioxide. *Nature*, **364**, 616–617.

Dickinson, R.E., 1989: Modeling the effects of Amazonian deforestation on regional surface climate: a review. *Agric. For. Meteorol.*, **47**, 339–347.

Dixon, R.K., S.A. Brown, R.A. Houghton, A.M. Solomon, M.C. Trexler and J. Wisniewski, 1994: Carbon pools and flux of global forest ecosystems. *Science*, **263**, 185–190.

Drake, B.G., 1992a: A field study of the effects of elevated $CO_2$ on ecosystem processes in a Chesapeake Bay wetland. *Austr. J. Bot.*, **40**, 579–595.

Drake, B.G., 1992b: The impact of rising $CO_2$ on ecosystem production. *Water Air Soil Pollut.*, **64**, 25–44.

Duce, R.A., P.S. Liss, J.T. Merrill, E.L. Atlas, P. Buat-Menard, B.B. Hicks, J.M. Miller, J.M. Prospero, R. Arimoto, T.M. Church, W. Ellis, J.N. Galloway, L. Hansen, T.D. Jickells, A.H. Knap, K.H. Reinhardt, B. Schneider, A. Soudine, J.J. Tokos, S. Tsunogai, R. Wollast and M. Zhou, 1991: The atmospheric input of trace species to the world ocean. *Glob. Biogeochem. Cycles*, **5**, 193–259.

Duplessy, J.C., N.J. Shackleton, R.G. Fairbanks, L. Labeyrie, D. Oppo and N. Kallel, 1988: Deepwater source variations during the last climatic cycle and their impact on the global deepwater circulation. *Paleoceanography*, **3**, 343–360.

Eagleson, P.S., 1978: Climate, soil and vegetation 6. Dynamics of the annual water balance. *Water Resour. Res.*, **14**, 749–764.

Eagleson, P.S. and R.I. Segarra, 1985: Water-limited equilibrium of savanna vegetation systems. *Water Resour. Res.*, **21**, 1483–1493.

Eamus, D. and P.G. Jarvis, 1989: The direct effects of increase in the global atmsopheric $CO_2$ concentration on natural and commercial temperate trees and forests. *Adv. Ecol. Res.*, **19**, 1–55.

Ehleringer, J.R. and R.K. Monson, 1993: Evolutionary and ecological aspects of photosynthetic pathway variation. *Ann. Rev. Ecol. Syst.*, **24**, 411–439.

Emanuel, W.R., H.H. Shugart and M.P. Stevenson, 1985: Climatic change and the broad-scale distribution of terrestrial ecosystem complexes. *Clim. Change*, **7**, 29–43.

Farquhar, G.D., J. Lloyd, J.A. Taylor, L.B. Flanagan, J.P. Syvertsen, K.T. Hubick, S.C. Wong and J.R. Ehleringer, 1993: Vegetation effects on the isotopic composition of oxygen in atmospheric $CO_2$. *Nature*, **363**, 439–443.

Fetcher, N., C.H. Jaeger, B.R. Strain and N. Sionit, 1988: Long-term elevation of atmospheric $CO_2$ concentration and the carbon exchange rates of saplings of Pinus and Liquidamber styraciflua (L.). *Tree Physiol.*, **4**, 255–262.

Field, C.B., R.B. Jackson and H.A. Mooney, 1995: Stomatal responses to increased $CO_2$: Implications from the plant to the global scale. *Plant, Cell Environ.*, in press.

Firestone, M.K. and E.A. Davidson, 1989: Microbial basis for NO and $N_2O$ production and consumption in soil. In: *Exchange of Trace Gases between Terrestrial Ecosystems and the Atmosphere*, M.O. Andreae and D.S. Schimel (eds.), John Wiley & Sons, Ltd., Chichester, pp. 7–22.

Foley, J.A., 1994: Sensitivity of the terrestrial biosphere to

climatic change: A simulation of the middle holocene. *Glob. Biogeochem. Cycles,* **8**, 405–425.

**Foley**, J.A., J.E. Kutzbach, M.T. Coe and S. Levis, 1994: Feedbacks between climate and boreal forests during the mid-Holocene. *Nature,* **371**, 52–54.

**Francey**, R.J. and P.P. Tans, 1987: Latitudinal variation in oxygen-18 in atmospheric $CO_2$. *Nature,* **327**, 495–497.

**Francey**, R.J., P.P. Tans, C.E. Allison, I.G. Enting, J.W.C. White and M. Trolier, 1995: Changes in oceanic and terrestrial carbon uptake since 1982. *Nature,* **373**, 326–330.

**Friend**, A.D. and P.M. Cox, 1995: Modeling the effects of atmospheric $CO_2$ on vegetation–atmosphere interactions. *Agric. For. Meteorol.,* **73**, 285–295.

**Galloway**, J.N., W.H. Schlesinger, H. Levy II, A. Michaels and J.L. Schnoor, 1995: Nitrogen fixation: Anthropogenic enhancement–environmental response. *Glob. Biogeochem. Cycles,* **9**, 235–252.

**Ganeshram**, R.S., T.F. Pedersen, S.E. Calvert and J.W. Murray, 1995: Large changes in oceanic nutrient inventories from glacial to interglacial periods. *Nature,* **376**, 755–758.

**Gear**, A.J. and B. Huntley, 1991: Rapid changes in the range limits of Scots pine 4000 years ago. *Science,* **251**, 544–547.

**Gifford**, R.M., 1979: Growth and yield of $CO_2$-enriched wheat under water-limited conditions. *Aust. J. Plant Physiol.,* **6**, 367–378.

**Gifford**, R.M., 1993: Implications of $CO_2$ effects on vegetation for the global carbon budget. In: *The Global Carbon Cycle,* M. Heimann (ed.), Proceedings of the NATO Advanced Study Institute, Il Ciocco, Italy, September 8–20, 1991, pp. 165–205.

**Gifford**, R.M., 1994: The global carbon cycle: A viewpoint on the missing sink. *Austr. J. Plant Physiol.,* **21**, 1–15.

**Giresse**, P., J. Maley and P. Brenac, 1994: Late Quaternary paleoenvironments in the Lake Barombi Mbo (West Cameroon) deduced from pollen and carbon isotopes of organic matter. *Paleogeogr., Paleoclim., Paleoecol.,* **107**, 65–78.

**Gorham**, E., 1991: Northern peatlands: role in the carbon cycle and probable responses to climatic warming. *Ecol. Appl.,* **2**, 182–195.

**Gorham**, E., 1995: The biogeochemistry of northern peatlands and its possible response to global warming. In: *Biotic Feedback in the Global Climatic System,* G.M. Woodwell and F.T. Mackenzie (eds.), Oxford University Press, New York, pp. 169–187.

**Grimm**, E.C., 1983: Chronology and dynamics of vegetation change in the prairie-woodland region of southern Minnesota, U.S.A. *New Phytol.,* **93**, 311–350.

**Grimm**, E.C., 1984: Fire and other factors controlling the Big Woods vegetation of Minnesota in the mid-nineteenth century. *Ecol. Monogr.,* **54**, 291–311.

**Groves**, R.H. and O.B. Williams, 1981: Natural grasslands. In: *Australian Vegetation,* R.H. Groves (ed), Cambridge University Press, Cambridge, UK, pp. 293–316.

**Gunderson**, C.A. and S.D. Wullschleger, 1994: Photosynthetic acclimation in trees to rising atmospheric $CO_2$: A broader perspective. *Photosynth. Res.,* **39**, 369–388.

**Hall**, C.A.S. and J. Uhlig, 1991: Refining estimates of carbon released from tropical land-use change. *Can. J. For. Res.,* **21**, 118–131.

**Harmon**, M.E., W.K. Ferrel and J.F. Franklin, 1990: Effects on carbon storage of the conversion of old-growth forests to young forests. *Science,* **247**, 699–702.

**Harte**, J. and R. Shaw, 1995: Shifting dominence in a montane vegetation community: results of a climate-warming experiment. *Science,* **267**, 876–880.

**Haxeltine**, A., I.C. Prentice and I.D. Cresswell, 1996: A coupled carbon and water flux model to predict vegetation structure. *J. Veg. Sci.,* in press.

**Heck**, W.W., 1984: Defining gaseous pollution problems in North America. In: *Gaseous Air Pollutants and Plant Metabolism,* M.J. Koziol and F.R. Whatley (eds.), Butterworths, London, pp. 35–48.

**Heinze**, C., E. Maier-Reimer and K. Winn, 1991: Glacial $pCO_2$ reduction by the world ocean: experiments with the Hamburg ocean model. *Paleoceanography*, **6**, 395–430.

**Henderson-Sellers**, A., 1993: Continental vegetation as a dynamic component of global climate models: a preliminary assessment. *Clim. Change,* **23**, 337–378.

**Henderson-Sellers**, A. and K. McGuffie, 1987: *A Climate Modeling Primer.* J. Wiley & Sons, New York, 217pp.

**Henderson-Sellers**, A. and K. McGuffie, 1995: Global climate models and 'dynamic' vegetation changes. *Global Change Biology,* **1**, 63–76.

**Henderson-Sellers**, A., R.E. Dickinson, T.B. Durbidge, P.J. Kennedy, K. McGuffie and A.J. Pitman, 1993: Tropical deforestation: modeling local- to regional-scale climate change. *J. Geophys. Res.,* **98**, 7289–7315.

**Henderson-Sellers**, A., K. McGuffie and C. Gross, 1995: Sensitivity of global climate model simulations to increased stomatal resistance and $CO_2$ increases. *J. Climate,* in press.

**Hogg**, E.H., V.J. Lieffers and R.W. Wein, 1992: Potential carbon losses from peat profiles. *Ecol. Appl.,* **2**, 298–306.

**Hostetler**, S.W., F. Giorgi, G.T. Bates and P.J. Bartlein, 1994: Lake-atmosphere feedbacks associated with Paleolakes Bonneville and Lahontan. *Science,* **263**, 665–668.

**Houghton**, R.A., 1991: Tropical deforestation and atmospheric carbon dioxide. *Clim. Change,* **19**, 99–118.

**Houghton**, R.A., 1995: Effects of land-use change, surface temperature, and $CO_2$ concentration on terrestrial stores of carbon. In: *Biotic Feedbacks in the Global Climatic System,* G.M. Woodwell and F.T. Mackenzie (eds), Oxford University Press, New York, pp. 333–366.

**Houghton**, R.A. and G.M. Woodwell, 1989: Global climatic change. *Sci. Am.,* **260**, 36–47.

**Houghton**, R.A., R.D. Boone, J.R. Fruci, J.E. Hobbie, J.M. Melillo, C.A. Palm, B.J. Peterson, G.R. Shaver, G.M. Woodwell, B. Moore, D.L. Skole and N. Myers, 1987: The flux of carbon from terrestrial ecosystems to the atmosphere in 1980 due to changes in land use: Geographic distribution of the global flux. *Tellus,* **39B**, 122–139.

**Hsaio**, T., 1973: Plant responses to water stress. *Annu. Rev. Plant Physiol.*, **24**, 519–570.

**Hudson**, R.J.M., S.A. Gherini and R.A. Goldstein, 1994: Modeling the global carbon cycle: Nitrogen fertilization of the terrestrial biosphere and the "missing" $CO_2$ sink. *Glob. Biogeochem. Cycles*, **8,** 307–333.

**Hunt**, E.R. Jr. and S.W. Running, 1992: Simulated dry matter yields for aspen and spruce stands in the North American Boreal Forest. *Can. J. Rem. Sens.*, **18**, 126–133.

**Huntley**, B., 1988: Europe. In: *Vegetation History*, B. Huntley and T. Webb III (eds.), Kluwer Academic Publishers, Dordrecht, pp. 341–383.

**Huntley**, B. and H.J.B. Birks, 1983: *An Atlas of Past and Present Pollen Maps for Europe: 0–13000 B.P.* Cambridge University Press, Cambridge, UK.

**Huntley**, B. and T. Webb III, 1989: Migration: species' response to climatic variations caused by changes in the earth's orbit. *J. Biogeogr.*, **16**, 5–19.

**Hutchin**, P.A., M.C. Press, J.A. Lee and T.W. Ashenden, 1995: Elevated concentrations of $CO_2$ may double methane emissions from mires. *Global Change Biology*, **1**, 125–128.

**Idso**, S.B. and B.A. Kimball, 1993: Tree growth in carbon dioxide enriched air and its implications for global carbon cycling and maximum levels of atmospheric $CO_2$. *Glob. Biogeochem. Cycles*, **7**, 537–555.

**Idso**, K.E. and S.B. Idso, 1994: Plant responses to atmospheric $CO_2$ enrichment in the face of environmental constraints: a review of the last 10 years' research. *Agric. For. Meteorol.*, **69**, 153–203.

**IPCC**, 1994: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC 1S92 Emission Scenarios*, J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.). Cambridge University Press, Cambridge, UK.

**IPCC WGII**, 1995: *Climate Change 1995–Impacts, Adaptations and Mitigations of Climate Change: Scientific-Technical Analyses:The Second Assessment Report of the Inter-Governmental Panel on Climate Change.* R.T. Watson, N.C. Zinyowera and R.H. Moss (eds.). Cambridge University Press, New York, USA.

**Jackson**, R.B., O.E. Sala, C.B. Field and H.A. Mooney, 1994: $CO_2$ alters water use, carbon gain, and yield in a natural grassland. *Oecologia*, **98**, 257–262.

**Jacobs**, C.M.J. and H.A.R. de Bruin, 1992: The sensitivity of regional transpiration to land-surface characteristics: significance of feedback. *J. Climate*, **5**, 683–698.

**Jarvis**, P.G., 1989: Atmospheric carbon dioxide and forests. *Phil. Trans. R. Soc. London B*, **324**, 369–392.

**Jarvis**, P.G. and K.G. McNaughton, 1986: Stomatal control of transpiration: scaling up from leaf to region. *Adv. Ecol. Res.*, **15**, 1–49.

**Johnson**, H.B., W. Polley and H.S. Mayeux, 1993: Increasing $CO_2$ and plant–plant interactions: effects on natural vegetation. *Vegetatio*, **104/105**, 157–170.

**Kauppi**, P.E., K. Mielkäinen and K. Kuusela, 1992: Biomass and carbon budget of European forests. *Science*, **256**, 70–74.

**Keeling**, C.D., R.B. Bacastow, A.F. Carter, S.C. Piper, T.P. Whorf, M. Heimann, W.G. Mook and H. Roeloffzen, 1989: A three dimensional analysis of atmospheric $CO_2$ transport based on observed winds. I. Analysis of observational data. In: *Aspects of Climatic Variability in the Pacific and Western Americas*, J.H. Peterson (ed.), Geophysical Monograph 55, American Geophysical Union, Washington, DC, pp 165–236.

**Keeling**, C.D., T.P. Whorf, M. Wahlen and J. van der Plicht, 1995: Interannual extremes in the rate of rise of atmospheric carbon dioxide since 1980. *Nature*, **375**, 666–670.

**Keeling**, R.F. and S.R. Shertz, 1992: Seasonal and interannual variations in atmsopheric oxygen and implications for the global carbon cycle. *Nature*, **358**, 723–727.

**Kelliher**, F.M., R. Leuning, R. and E.-D. Schulze, 1993: Evaporation and canopy characteristics of coniferous forests and grasslands. *Oecologia*, **95**, 153–163.

**Kimball**, B.A., 1975: Carbon dioxide and agricultural yield: An assemblage and analysis of 430 prior observations. *Agronomy Journal*, **75**, 779–788.

**Kimball**, B.A. and S.B. Idso, 1983: Increasing atmospheric $CO_2$: Effects on crop yield, water use and climate. *Agric. Water Manage.*, **7**, 55–72.

**King**, G.A. and R.P. Neilson, 1992: The transient response of vegetation to climate change: a potential source of $CO_2$ to the atmosphere. *Water Air Soil Pollut.*, **64**, 365–383.

**Kinzig**, A.P. and R.H. Socolow, 1994: Human impacts on the Nitrogen Cycle. *Physics Today*, **47**(11), 24–31.

**Kirschbaum**, M.V.F., 1995: The temperature dependence of soil organic matter decomposition and the effect of global warming on soil organic carbon storage. *Soil Biol. Biochem.*, **27**, 753–760.

**Kohlmaier**, G.H., A. Janecek and M. Plöchl, 1988: Modeling response of vegetation to both excess $CO_2$ and airborne nitrogen compounds within a global carbon cycle model. In: *Advances in Environmental Modeling*, A. Marani (ed.), Elsevier, New York, pp. 207–234.

**Körner**, C. and M. Diemer, 1994: Evidence that plants from high altitudes retain their greater photosynthetic efficiency under elevated $CO_2$. *Funct. Ecol.*, **8**, 58–68.

**Kurz**, W.A. and M.J. Apps, 1995: Retrospective assessment of carbon flows in Canadian boreal forests. In: *Forest Ecosystems, Forest management and the Global Carbon Cycle,* M.J. Apps and D.T. Price (eds.), Springer-Verlag, NATO Advanced Science Institute Series, in press.

**Kurz**, W.A., M.J. Apps, B.J. Stocks and W.J.A. Volney, 1995: Global climate change: disturbance regions and tropospheric feedbacks of temperate and boreal forests. In: *Biotic Feedbacks in the Global Climatic System*, G. M. Woodwell, G.M. and F.T. Mackenzie (eds.), Oxford University Press, New York.

**Kutzbach**, J.E. and P. Guetter, 1986: The influence of changing orbital parameters and surface boundary conditions on climate simulations for the past 18,000 years. *J. Atmos. Sci.*, **43**, 1726–1759.

Kutzbach, J.E., R. Gallimore, S.P. Harrison, P. Behling, R. Selin and F. Laurif, 1995: Climate and biome simulations for the past 21,000 years. *Quant. Sci. Rev.*, in press.

Lachenbruch, A.H. and B.V. Marshall, 1986: Changing climate: Geothermal evidence from permafrost in the Alaskan Arctic. *Science*, **234**, 689–696.

Larcher, W., 1983: *Physiological Plant Ecology*, 2nd edn. Springer-Verlag, Berlin.

Lauenroth, W.K., D.L. Urban, D.P. Coffin, W.J. Parton, H.H. Shugart, T.B. Kirchner and T.M. Smith, 1993: Modeling vegetation structure–ecosystem process interactions across sites and ecosystems. *Ecol. Model.*, **67**, 49–80.

Lautenschlager, M. and K. Herterich, 1990: Atmospheric response to ice age conditions – climatology near the earth's surface. *J. Geophys. Res.*, **95**, 22547–22557.

Leuenburger, M. and U. Siegenthaler, 1992: Ice-age atmospheric concentration of nitrous oxide from an Antarctic ice core. *Nature*, **360**, 449–451.

Lewis, J.D., R.B. Thomas and B.R. Strain, 1994: Effect of elevated $CO_2$ on mycorrhizal coloniation of loblolly pine (*Pinus taeda* L.) seedlings. *Plant and Soil*, **165**, 81–88.

Lloyd, J. and G.D. Farquhar, 1994: $^{13}C$ discrimination during $CO_2$ assimilation by the terrestrial biosphere. *Oecologia*, **99**, 201–215.

Lloyd, J. and G.D. Farquhar, 1995: The $CO_2$ dependence of photosynthesis, plant growth responses to elevated atmospheric $CO_2$ concentrations, and their interaction with soil nutrient status. I. General principles and forest ecosystems. *Funct. Ecol.*, in press.

Lloyd, J. and J.A. Taylor, 1994: On the temperature dependence of soil respiration. *Funct. Ecol.*, **8**, 315–323.

Long, S.P. and P.R. Hutchin, 1991: Primary production in grasslands and coniferous forests with climate change: An overview. *Ecol. Appl.*, **1**, 139–156.

Lorius, C. and H. Oeschger, 1994: Paleo-perspectives: reducing uncertainties in global change? *Ambio*, **23**, 3036.

Lorius, C., J. Jouzel, D. Raynaud, J. Hansen and H. Le Treut, 1990: The ice-core record: Climate sensitivity and future greenhouse warming. *Nature*, **347**, 139–145.

Luo, Y., C.B. Field and H.A. Mooney, 1994: Predicting responses of phyotosynthesis and root fraction to elevated $[CO_2]$: interactions among carbon, nitrogen, and growth. *Plant, Cell and Environ.*, **17**, 1195–1204.

MacDonald, G.M., T.W.D. Edwards, K.A. Moser, R. Pienitz and J.P. Smol, 1993: Rapid response of treeline vegetation and lakes to past climatic warming. *Nature*, **361**, 243–46.

Martin, P.H., 1989. The significance of radiative coupling between vegetation and atmosphere. *Agric. For. Meteorol.*, **49**, 45–53.

Martin, P., N.J. Rosenberg and M.S. McKenney, 1989: Sensitiviy of evapotranspiration in a wheat field, a forest, and a grassland to changes in climate and the direct effects of carbon dioxide. *Clim. Change*, **14**, 117–151.

Martinerie, P., G.P. Brasseur and C. Granier, 1995: The chemical composition of ancient atmospheres: a model study constrained by ice core data. *J. Geophys. Res.*, **100**, 14291–12304.

Masle, J., G.S. Hudson and M.R. Badger, 1993: Effects of ambient $CO_2$ concentration on growth and nitrogen use in tobacco (*Nicotiana tabacum*) plants transformed with an antisense gene to the small subunit of ribulose-1, 5-bisphosphate carboxylase/oxygenase. *Plant Physiology*, **103**, 1075–1088.

Mayle, F.E. and L.C. Cwyner, 1995: Impact of the Younger Dryas cooling event upon lowland vegetation of Maritime Canada. *Ecol. Monogr.*, **65**, 129–154.

McGuire, A.D., J.M. Melillo, L.A. Joyce, D.W. Kicklighter, A.L. Grace, B. Moore III and C.J. Vörösmarty, 1992: Interactions between carbon and nitrogen dynamics in estimating net primary productivity for potential vegetation in North America. *Glob. Biogeochem. Cycles*, **6**, 101–124.

McGuire, A.D., L.A. Joyce, D.W. Kicklighter, J.M. Melillo, G. Esser and C.J. Vorosmarty, 1993: Productivity response of climax temperate florests to elevated temperature and carbon dioxide: A North American comparison between two global models. *Clim. Change*, **24**, 287–310.

McGuire, A.D., J.M. Melillo and L.A. Joyce, 1995a: The role of nitrogen in the response of forest net primary production to elevated atmospheric carbon dioxide. *Annu. Rev. Ecol. Syst.*, **26**, 473–503.

McGuire, A.D., J.M. Melillo, D.W. Kicklighter and L.A. Joyce, 1995b: Equilibrium responses of soil carbon to climate change: Empirical and process-based estimates. *Glob. Ecol. Biogeogr. Lett.*, in press.

McNaughton, K.G. and P.G. Jarvis, 1991: Effects of spatial scale on stomatal control of transpiration. *Agric. For. Meteorol.*, **54**, 279–301.

Melillo, J.M., 1995: Human influences on the global nitrogen budget and their implications for the global carbon budget. In: *Toward Global Planning of Sustainable Use of the Earth: Development of Global Eco-Engineering*, S. Murai and M. Kimura (eds.), Elsevier, Amsterdam, pp. 117–134.

Melillo, J.M., and J.R. Gosz, 1983: Interactions of biogeochemical cycles in forest ecosystems. In: *The Major Biogeochemical Cycles and Their Interactions*, B. Bolin and R.B. Cook (eds.), John Wiley and Sons, New York, pp. 177–222.

Melillo, J.M, J.R. Fruce, R.A. Houghton, B. Moore and D.L. Skole, 1988: Land-use change in the Soviet Union between 1850 and 1980: Causes of a net relase of $CO_2$ to the atmosphere. *Tellus*, **40B**, 116–128.

Melillo, J.M., P.A. Steudler, J.D. Aber and R.D. Bowden, 1989: Atmospheric deposition and nutrient cycling. In: *Exchange of Trace Gases between Terrestrial Ecosystems and the Atmosphere*, M.O. Andreae and D.S. Schimel (eds), Dahlem Conference Proceedings, John Wiley and Sons, New York and Chichester, pp. 263–280.

Melillo, J.M., T.V. Callaghan, F.I. Woodward, E. Salati and S.K.

Sinha, 1990: Effects on ecosystems. In: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums, (eds), Cambridge University Press, Cambridge, UK, pp. 283–310.

**Melillo**, J.M., A.D. McGuire, D.W. Kicklighter, B. Moore III, C.J. VÖRÖsmarty and A.L. Schloss, 1993: Global climate change and terrestrial net primary production. *Nature*, **363**, 234–240.

**Melillo**, J.M., D.W. Kicklighter, A.D. McGuire, W.T. Peterjohn and K. Newkirk, 1995a: Global change and its effects on soil organic carbon stocks. In: *Dahlem Conference Proceedings*, John Wiley and Sons, New York, John Wiley & Sons, Ltd., Chichester, pp. 175–189.

**Melillo**, J.M., D.W. Kicklighter, A.D. McGuire, B. Moore III, C.J. Vörösmarty and A.L. Schloss, 1995b: The effect of $CO_2$ fertilization on the storage of carbon in terrestrial ecosystems: a global modeling study. *Glob. Biogeochem. Cycles*, (submitted)

**Mitchell**, J.F.B., S. Manabe, V. Melesko and T. Tokioka, 1990: Equilibrium climate change and its implications for the future. In: *Climate Change: The IPCC Scientific Assessment* , J.T. Houghton, G.J. Jenkins and J.J. Ephraums, (eds), Cambridge University Press, Cambridge, UK, pp. 131–172.

**Monserud**, R.A., N.M. Tchebakova and R. Leemans, 1993: Global vegetation change predicted by the modified Budyko model. *Clim. Change,* **25**, 59–83.

**Monteith**, J.L., 1995: Accommodation between transpiring vegetation and the convective boundary layer. *J. Hydrol.*, **166**, 251–263.

**Mooney**, H.A., B.G. Drake, R.J. Luxmoore, W.C. Oechel and L.F. Pitelka, 1991: Predicting ecosystem responses to elevated $CO_2$ concentrations. *BioScience*, **41**, 96–104.

**Moore**, A.D., 1989: On the maximum growth equation used in forest gap simulation models. *Ecol. Model.*, **45**, 63–67.

**Morrison**, J.I.L. and R.M. Gifford, 1984: Plant growth and water use with limited water supply in high $CO_2$ concentration: II Plant dry weight, partitioning and water use efficiency. *Austr. J. Plant Physiol.,* **11**, 374–384.

**Mylne**, M.F. and P.R. Rowntree, 1992: Modeling the effects of albedo change associated with tropical deforestation. *Clim. Change*, **21**, 317–343.

**Nadelhoffer**, K.J., M.R. Downs, B. Fry, J.D. Aber, A.H. Magill and J.M. Melillo, 1995: The fate of $^{15}N$ labeled nitrate additions to a northern hardwood forest in eastern Maine, USA. *Oecologia* (in press).

**Neilson**, R.P., 1993: Vegetation redistribution: a posssible biosphere source of $CO_2$ during climatic change. *Water, Air and Soil Pollut.,* **70**, 659–673.

**Neilson**, R.P., 1995: A model for predicting continental scale vegetation distribution and water balance. *Ecol. Appl.*, **5**, 362–385.

**Neilson**, R.P. and D. Marks, 1995: A global perspective of regional vegetation and hydrologic sensitivites from climate change. *J. Veg. Sci.*, **5**, 715–730.

**Nie**, D., M.B. Kirkham, L.K. Ballou, D.J. Lawlor and E.T.

Kanemasu, 1992: Changes in prairie vegetation under elevated carbon dioxide levels and two soil moisture regimes. *J. Veg. Sci.*, **3**, 673–678.

**Nisbet**, E.G. and B. Ingham, 1995: Methane output from natural and quasinatural sources: a review of the potential for change and for biotic and abiotic feedbacks. In: *Biotic Feedbacks in the Global Climatic System*, G.M. Woodwell and F.T. Mackenzie (eds.), Oxford University Press, New York, pp. 190–218.

**Nobre**, C.A., P.J. Sellers and J. Shukla, 1991: Amazonian deforestation and regional climatic change. *J. Climate,* **4**, 957–988.

**Norby**, R.J., 1987: Nodulation and nitrogenase activity in nitrogen-fixing woody plants stimulated by $CO_2$ enrichment of the atmosphere. *Physiol. Plant.*, **71**, 77–82.

**Oechel**, W.C. and B.R. Strain, 1985: Native species responses to increased atmospheric carbon dioxide concentrations. In: *Direct Effects of Increasing Carbon Dioxide on Vegetation.*, B.R. Strain and J.D. Cure (eds.), DOE/ER–0238, U.S. Department of Energy, Carbon Dioxide Research Division, Washington, D.C., pp. 117–154.

**Oechel**, W.C. and G.L. Vourlitis, 1994: The effects of climate change on land-atmosphere feedbacks in arctic tundra regions. *TREE*, **9**, 324–329.

**Oechel**, W.C., S.J. Hastings, G. Vourlitis, M. Jenkins, G. Riechers and N. Grulke, 1993: Recent change of Arctic tundra ecosystems from a net carbon dioxide sink to a source. *Nature*, **361**, 520–523.

**Oechel**, W.C., S. Cowles, N. Grulke, S.J. Hastings, B. Lawrence, T. Prudhomme, G. Riechers, B. Strain, D. Tissue and G. Vourlitis, 1994: Transient nature of $CO_2$ fertilization in Arctic tundra. *Nature*, **371**, 500–503.

**Olson**, J.S., A. Watts and L.J. Allison, 1983: *Carbon in Live Vegetation of Major World Ecosystems*. ORNLO–5861, Oak Ridge National Laboratory, Oak Ridge, Tennessee.

**O'Neill**, E.G., 1994: Responses of soil biota to elevated atmospheric carbon dioxide. *Plant and Soil*, **165**, 55–65.

**O'Neill**, E.G., R.J. Luxmoore and R.J. Norby, 1987: Increases in mycorrhizal colonization and seedling growth in *Pinus echinata* and *Quercus alba* in an enriched $CO_2$ atmosphere. *Can. J. For. Res.*, **17**, 878–883.

**Ormrod**, D.P., 1982: Air pollutant interactions in mixtures. In: *Effects of Air Pollution in Agriculture and Horticulture*, M.H. Unsworth and D.P. Ormrod (eds.), Butterworths, London, pp. 307–331.

**Ovenden**, L., 1990: Peat accumulation in northern wetlands. *Quat. Res.*, **33**, 377–386.

**Overpeck**, J.T. and P.J. Bartlein, 1989: Assessing the response of vegetation to future climate change: ecological response surfaces and paleoecological model validation. In: *The potential effects of global climate change on the United States. Appendix D. Forests*, United States Environmental Protection Agency Report PM–221.

**Overpeck**, J.T., P.J. Bartlein and T. Webb III, 1991: Potential

magnitude of future vegetation change in eastern North America: comparisons with the past. *Science*, **254**, 692–695.

**Owensby**, C.E., P.I. Coyne, J.M. Ham, L.M. Auen and A.K. Knapp, 1993: Biomass production in a tallgrass prairie ecosystem exposed to ambient and elevated $CO_2$. *Ecol. Appl.*, **3**, 644–653.

**Parton**, W.J., D.S. Schimel, C.V. Cole and D.S. Ojima, 1987: Analysis of factors controlling soil organic matter levels in Great Plains grasslands. *Soil Sci. Soc. Am. J.*, **51**, 1173–1179.

**Parton**, W.J., J.W.B. Stewart and C.V. Cole, 1988: Dynamics of C, N, P and S in grassland soils: A model. *Biogeochem.*, **5**, 109–131.

**Parton**, W.J., J.M.O. Scurlock, D.S. Ojima, T.G. Gilmanov, R.J. Scholes, D.S. Schimel, T.B. Kirchner, J.-C. Menaut, T. Seastedt, E. Garcia Moya, Apinan Kamnalrut and J.I. Kinyamario, 1993: Observations and modeling of biomass and soil organic matter dynamics for the grassland biome worldwide. *Glob. Biogeochem. Cycles*, **7**, 785–809.

**Parton**, W.J., J.M.O. Scurlock, D.S. Ojima, D.S. Schimel, D.O. Hall and SCOPEGRAM Group Members, 1995: Impact of climate change on grassland production and soil carbon worldwide. *Global Change Biology*, **1**, 13–22.

**Pastor**, J. and W.M. Post, 1988: Response of northern forests to $CO_2$-induced climate change. *Nature*, **334**, 55–58.

**Peltier**, W.R., C.A. Burga, J.-C. Duplessy, K. Herterick, I. Levin, E. Maier-Reimer, M. McElroy, J.T. Overpeck, D. Raynaud and U. Siegenthaler, 1993: Group report: how can we use paleodata to evaluate the internal variability and feedbacks in the climate system? In: *Global Changes in the Perspective of the Past*, J.A. Eddy and H. Oeschger (eds.), John Wiley & Sons, Ltd., Chichester, pp. 239–263.

**Peterjohn**, W.T., J.M. Melillo, F.P. Bowles and P.A. Steudler, 1993: Soil warming and trace gas fluxes: Experimental design and preliminary flux results. *Oecologia*, **93**, 18–24.

**Peterjohn**, W.T., J.M. Melillo, P.A. Steudler, K.M. Newkirk, F.P. Bowles and J.D. Aber, 1994: Responses of trace gas fluxes and N availability to experimentally elevated soil temperatures. *Ecol. Appl.*, **4**, 617–625.

**Peters**, R.L., 1992: Conservation of biological diversity in the face of climate change. In: *Global Warming and Biological Diversity*, R.L. Peters and T.E. Lovejoy (eds), Yale University Press, New Haven, pp. 15–30.

**Peterson**, B.J. and J.M. Melillo, 1985: The potential storage of carbon caused by eutrophication of the biosphere. *Tellus*, **37B**, 117–127.

**Petit-Marie**, N., M. Fontugne and C. Rouland, 1991: Atmospheric methane ratio and environmental changes in the Sahar and Sahel during the last 130 kyrs. *Paleogeogr., Paleoclimatol., Paleoecol.*, **86**, 197–204.

**Pinto**, J.P., 1991: The stability of tropospheric OH during ice ages, interglacial epochs and modern times. *Tellus*, **43B**, 347–352.

**Polcher**, J. and K. Laval, 1994: A statistical study of the regional impact of deforestation on climate in the LMD GCM. *Clim. Dyn.* **10**, 205–219.

**Pollard**, D. and S.L. Thompson, 1995: The effect of doubling stomatal resistance in a global climate model. *Global and Planetary Change*, in press.

**Polley**, H.W., H.B. Johnson, B.D. Marino and H.S. Mayeux, 1993: Increase in $C_3$ plant water-use efficiency and biomass over Glacial to present $CO_2$ concentrations. *Nature*, **361**, 61–63.

**Poorter**, H., 1993: Interspecific variation in the growth response of plants to an elevated ambient $CO_2$ concentration. *Vegetatio*, **104/105**, 77–97.

**Prather**, M., R. Derwent, D. Ehhalt, P. Fraser, E. Sanhueza and X. Zhou, 1995: Other trace gases and atmospheric chemistry. In: *Climate Change 1994*. J.T. Houghton, L.G. Meira Filho, J. Bruce, H. Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK, pp. 72–126.

**Prentice**, I.C., 1986: Vegetation responses to past climatic variation mechanisms and rates. *Vegetatio*, **67**, 131–141.

**Prentice**, I.C. and R. Leemans, 1990: Pattern and process and the dynamics of forest structure: a simulation approach. *J. Ecol.*, **78**, 340–55.

**Prentice**, I.C. and M.T. Sykes, 1995: Vegetation geography and global carbon storage changes. In: *Biotic Feedbacks in the Global Climate System*, G.M. Woodwell and F.T. Mackenzie (eds.), Oxford University Press, New York, pp. 304–312.

**Prentice**, I.C., M.T. Sykes and W. Cramer, 1991a: The possible dynamic response of northern forests to global warming. *Glob. Ecol. Biogeogr. Let.*, **1**, 129–135.

**Prentice**, I.C., P.J. Bartlein and T. Webb III, 1991b: Vegetation change in eastern North America since the last glacial maximum: a response to continuous climatic forcing. *Ecology*, **72**, 2038–2056.

**Prentice**, I.C., W. Cramer, S.P. Harrison, R. Leemans, R.A. Monserud and A.M. Solomon, 1992: A global biome model based on plant physiology and dominance, soil properties and climate. *J. Biogeogr.*, **19**, 117–134.

**Prentice**, I.C., M.T. Sykes, M. Lautenschlager, S.P. Harrison, O. Denissenko and P.J. Bartlein, 1993a: Modeling global vegetation patterns and terrestrial carbon storage at the last glacial maximum. *Glob. Ecol. Biogeogr. Let.*, **3**, 67–76.

**Prentice**, I.C., M.T. Sykes and W. Cramer, 1993b: A simulation model for the transient effects of climate change on forest landscapes. *Ecol. Model.*, **65**, 51–70.

**Prentice**, K. and I.Y. Fung, 1990: The sensitivity of terrestrial carbon storage to climate change. *Nature*, **346**, 48–50.

**Raich**, J.W., E.B. Rastetter, J.M. Melillo, D.W. Kicklighter, P.A. Steudler, B.J. Peterson, A.L. Grace, B. Moore III and C.J. Vörösmarty, 1991: Potential net primary productivity in South America: Application of a global model. *Ecol. Appl.*, **1**, 399–429.

**Reich**, P.B., M.B. Walter and D.S. Ellsworth, 1992: Leaf life-span in relation to leaf, plant, and stand characteristics among diverse ecosystems. *Ecol. Monogr.*, **62**, 365–392.

**Rind**, D., 1984: The influence of vegetation on the hydrologic

cycle in a global climate model. In: *Climate Processes and Climate Sensitivity*, J.E. Hansen and T. Takahashi (eds.), Geophysical Monographs 29, Volume 5. American Geophysical Union, Washington, DC, pp. 73–91.

Ritchie, J.C. and G.M. MacDonald, 1986: The patterns of post-glacial spread of white spruce. *J. Biogeogr.*, **13**, 527–540.

Rotmans, J. and M.G.J. den Elzen, 1993: Modeling feedback mechanisms in the carbon cycle: balancing the carbon budget. *Tellus*, **45B**, 301–320.

Roulet, N.T., T.R. Moore, J. Bubier and P. Lafleur, 1992: Northern fens: methane flux and climatic change. *Tellus.*, **44B**, 100–105.

Running, S.W. and R.R. Nemani, 1991: Regional hydrologic and carbon balance responses of forests resulting from potential climate change. *Clim. Change*, **19**, 349–368.

Running, S.W. and E.R. Hunt Jr., 1993: Generalization of a forest ecosystem process model for other biomes, BIOME–BGC, and an application for global-scale models. In: *Scaling Processes Between Leaf and Landscape Levels*, J.R. Ehleringer and C. Field (eds.), Academic Press, Orlando, pp. 141–158.

Sage, R.F., T.D. Sharkey and J.R. Seeman, 1989: Acclimation of photosynthesis to elevated $CO_2$ in five $C_3$ species. *Plant Physiol.*, **89**, 590–596.

Sage, R.F., 1994: Acclimation of photosynthesis to increasing atmospheric $CO_2$: The gas exchange perspective. *Photosynth. Res.* **39**, 351–68

Sakai, A. and C.J. Weiser, 1973: Freezing resistance of trees in N. America with reference to tree regions. *Ecology*, **54**, 118–126.

Schimel, D.S., B.H. Braswell, Jr., E.A. Holland, R. McKeown, D.S. Ojima, T.H. Painter, W.J. Parton and A.R. Townsend, 1994: Climatic, edaphic and biotic controls over storage and turnover of carbon in soils. *Glob. Biogeochem. Cycles*, **8**, 279–293.

Schimel, D.S., I.G. Enting, M. Heimann, T.M.L. Wigley, D. Raynaud, D. Alves and U. Siegenthaler, 1995: $CO_2$ and the carbon cycle. In: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios*, J.T. Houghton, L.G. Meira Filho, J. Bruce, H. Lee, B.A. Callander, E. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK, pp. 35–71.

Schindler, D.W. and S.E. Bayley, 1993: The biosphere as an increasing sink for atmospheric carbon: estimates from increased nitrogen deposition. *Glob. Biogeochem. Cyc.les* **7**, 717–734.

Schulze, E.-D., 1982: Plant life forms and their carbon, water and nutrient relations. *Encyclopedia of Plant Physiology*, **12B**, 615–676, Springer-Verlag, Berlin.

Schulze, E.-D., 1994: Flux control at the ecosystem level. *Trends Ecol. Evol.*, **10**, 40–43.

Schulze, E.-D. and F.S. Chapin III, 1987: Plant specialization to environments of different resource availability. In: *Potentials and Limitations in Ecosystem Analysis*, E.-D. Schulze and H. Zwolfer (eds), Springer-Verlag, Berlin, pp. 120–148.

Schulze, E.-D., W. DeVries, M. Hauhs, K. Rosén, L. Rasmussen, O.-C. Tann and J. Nilsson, 1989: Critical loads for nitrogen deposition in forest ecosystems. *Water, Air, Soil Pollut.*, **48**, 451–456.

Schulze, E.-D., F.M. Kelliher, C. Körner, J. Lloyd and R. Leuning, 1994: Relationships between maximum stomatal conductance, ecosystem surface conductance, carbon assimilation rate and plant nitrogen nutrition. *Ann. Rev. Ecol. Syst.*, **25**, 629–660.

Sedjo, R.A., 1992: Temperate forest ecosystems in the global carbon cycle. *Ambio*, **21**, 274–277.

Shaver, G.R. and F.S. Chapin III, 1991: Production: Biomass relationships and element cycling in contrasting arctic vegetation types. *Ecol. Monogr.*, **61**, 1–31.

Shaver, G.R., W.D. Billings, F.S. Chapin III, A.E. Giblin, K.J. Nadelhoffer, W.C. Oechel and E.B. Rastetter, 1992: Global change and the carbon balance of Arctic ecosystems. *BioSci.*, **42**, 433–441.

Shugart, H.H., 1984: *A Theory of Forest Dynamics*. Springer-Verlag, New York.

Shukla, J., C. Nobre and P. Sellers, 1990: Amazon deforestation and climate change. *Science*, **247**, 1322–1325.

Siegenthaler, U., 1989: Glacial-interglacial atmospheric $CO_2$ variations. In: *Global Changes of the Past*, R.S. Bradley (ed.), UCAR/OIES, pp. 245–260.

Smith, T.M. and H.H. Shugart, 1993: The transient response of terrestrial carbon storage to a perturbed climate. *Nature*, **361**, 523–526.

Smith, T.M., H.H. Shugart, G.B. Bonan and J.B. Smith, 1992: Modeling the potential response of vegetation to global climate change. *Adv. Ecol. Res.*, **22**, 93–116.

Smith, T.M., W.P. Cramer, R.K. Dixon, R. Leemans, R.P. Nielsen and A.M. Solomon, 1993: The global terrestrial carbon cycle. *Water ,Air ,Soil Pollut.*, **70**, 19–37.

Solomon, A.M., 1986: Transient response of forests to $CO_2$-induced climate change: simulation modeling experiments in eastern North America. *Oecologia*, **68**, 567–579.

Solomon, A.M. and P.J. Bartlein, 1992: Past and future climate change: response by mixed deciduous-coniferous forest ecosystems in northern Michigan. *Can. J. For. Res.*, **22**, 1727–1738.

Solomon, A.M., K.C. Prentice, R. Leemans and W.P. Cramer, 1993: The interaction of climate and land use in future terrestrial carbon storage and release. *Water, Air, Soil Pollut.* **70**, 595–614.

Specht, R.L., 1972: Water use by perennial evergreen plant communities in Australia and Papua, New Guinea. *Austr. J. Bot.*, **20**, 273–299.

Stauffer, B., E. Lochbronner, H. Oeschger and J. Scwander, 1988: Methane concentration in the glacial atmosphere was only half that of the preindustrial Holocene. *Nature*, **332**, 812–814.

Street-Perrott, F.A., 1992: Atmospheric methane: tropical wetland sources. *Nature*, **355**, 23–24.

**Street-Perrott**, F.A., D.S. Marchand, N. Roberts and S.P. Harrison, 1989: *Global lake-level variations from 18,000 to 0 years ago: a paleoclimatic analysis*. U.S. Department of Energy Report ER/6–304-H1.

**Street-Perrott**, F.A., J.F.B. Mitchell, D.S. Marchand and J.S. Brunner, 1990: Milankovitch and albedo forcing of the tropical monsoons: a comparison of geological evidence and numerical simulations for 9000 yr bp. *Trans. R. Soc. Edinburgh: Earth Sci.*, **81**, 407–427.

**Stute**, M., M.Foster, H. Frischkom, A. Serejo, J.F. Clark, P. Schlosser, W.S. Broecker and G. Bonani, 1995: Cooling of tropical Brazil (5°C) during the last glacial maximum. *Science*, **179**, 371–383.

**Sud**, Y.C., P.J. Sellers, Y. Mintz, M.D. Chou, G.K. Walker and W.E. Smith, 1990: Influence of the biosphere on the global circulation and hydrologic cycle – a GCM simulation experiment. *Agric. For. Meteorol.*, **52**, 133–180.

**Tans**, P.P., I.Y.Fung and T. Takahashi, 1990: Observational constraints on the global atmospheric carbon dioxide budget. *Science*, **247**, 1431–1438.

**Tans**, P.P., I.Y. Fung and I.G. Enting, 1995: Storage versus flux budgets: The terrestrial uptake of $CO_2$ during the 1980s. In: *Biotic Feedbacks in the Global Climatic System*, G.M. Woodwell and F.T. Mackenzie (eds.), Oxford University Press, New York, pp. 351–374.

**Taylor**, J.A., and J. Lloyd, 1992: Sources and sinks of $CO_2$. *Austr. J. Bot.*, **40**, 407–418.

**Tchebakova**, N.M., R.A. Monserud, R.A. Leemans and D.I. Nazimova, 1992: Possible vegetation shifts in Siberia under climatic change. In: *Impacts of Climate Change on Ecosystems and Species*, R. Leemans, O. Elder and J. Pernetta (eds.), Chapman & Hall, New York.

**Thompson**, A.M. J.A. Chapellaz, I.Y. Fung and T.L. Kuscera, 1993: The atmospheric $CH_4$ increase since the last glacial maximum: 2. Interaction with oxidents. *Tellus*, **45B**, 242–257.

**Thompson**, L.G., E. Mosley-Thompson, M.E. Davis, P.-N. Lin, K.A. Henderson, J.Cole-Dau, J.F. Bolzan and L.-B. Liu, 1995: Late glacial stage and Holocene tropical ice core records from Huascarçn, Peru. *Science*, **269**, 46–50.

**Tissue**, D.T. and W.C. Oechel, 1987: Response of *Eriophorum vaginatum* to elevated $CO_2$ and temperature in the Alaskan arctic tundra. *Ecology*, **68**(2), 401–410.

**Torn**, M.S. and J.S. Fried, 1992: Predicting the impacts of global warming on wildland fire. *Clim. Change*, **21**, 257–274.

**Townsend**, A.R., P.M. Vitousek and E.A. Holland, 1992: Tropical soils could dominate the short-term carbon cycle feedbacks to increased global temperatures. *Clim. Change*, **22**, 293–303.

**Townsend**, A.R., B.H. Braswell, E.A. Holland and J.E. Penner, 1994: Spatial and temporal patterns in potential terrestrial carbon storage resulting from deposition of fossil fuel derived nitrogen. *Ecological Applications,* (in press).

**Troen**, I.B. and L. Mahrt, 1986: A simple model of the atmospheric boundary layers: sensitivity to surface evaporation. *Boundary-Layer Meteorology*, **37**, 129–148.

**VEMAP** Members, 1995: VEMAP: A comparison of biogeography and biogeochemistry models in the context of global climate change. *Glob. Biogeochem. Cycles*, **9**, 407–437.

**Vitousek**, P.M. and R.W. Howarth, 1991: Nitrogen limitation on land and in the sea: how can it occur? *Biogeochem.* **13**, 87–115.

**Walker**, B.H. and I. Noy-Meir, 1982: Aspects of stability and resilience of savanna ecosystems. In: *Ecology of Tropical Savannas*, B. Huntley (ed.), Springer-Verlag, Berlin, pp. 577–590.

**Walter**, H., 1979: *Vegetation of the Earth and Ecological Systems of the Geo-biosphere*, 2nd edn. Springer-Verlag, New York.

**Watts**, W.A., 1988: Europe. In: *Vegetation History*, B. Huntley and T. Webb III (eds.), Kluwer Academic Publishers, Dordrecht, pp. 155–192.

**Webb**, T. III, 1986: Is vegetation in equilibrium with climate? How to interpret late-Quaternary pollen data. *Vegetatio*, **67**, 75–91.

**Webb**, T. III 1992: Past changes in vegetation and climate: lessons for the future. In: *Global Warming and Biological Diversity*, R.L. Peters and T.E. Lovejoy (eds.), Yale University Press, New Haven, pp. 59–75.

**Webb**, T. III and P.J. Bartlein, 1992: Global changes during the last 3 million years: climatic controls and biotic responses. *Ann. Rev. Ecol. Syst.*, **23**, 141–173.

**Webb**, T. III, P. J. Bartlein, S. P. Harrison and K. H. Anderson, 1993: Vegetation, lake levels, and climate in eastern North America for the past 18,000 years. In: *Global Climates Since the Last Glacial Maximum*. H. E. Wright, J. E. Kutzbach, T. Webb III, W. F. Ruddiman, F. A. Street-Perrott and P. J. Bartlein (eds.), University of Minnesota Press, Minneapolis, pp. 415–467.

**Whalen**, S.C. and W.S. Reeburgh, 1990: Consumption of atmospheric methane by tundra soils. *Nature*, **346**, 160–162.

**Wofsy**, S.C., J.E. Munger, P.S. Bakwin, B.C. Daube and T.R. Moore, 1993: Net $CO_2$ uptake by northern woodlands. *Science*, **260**, 1314–1317.

**Wong**, S.C., 1979: Elevated atmospheric partial pressures of $CO_2$ and plant growth: I. Interactions of nitrogen nutrition and photosynthetic capacity in in $C_3$ and $C_4$. *Oecologia*, **44**, 68–74.

**Woodward**, F.I., 1987: *Climate and Plant Distribution*. Cambridge University Press, Cambridge, UK.

**Woodward**, F.I., 1992: A review of the effects of climate on vegetation: ranges, competition, and composition. In: *Global Warming and Biological Diversity*, R.L. Peters and T.E. Lovejoy (eds.), Yale University Press, New Haven, pp. 105–123.

**Woodward**, F.I. and T.M. Smith, 1994: Predictions and measurements of the maximum photosynthetic rate at the global scale. In: *Ecophysiology of Photosynthesis*, E.-D. Schulze and M.M. Caldwell (eds.), *Ecological Studies*, vol. 100, Springer-Verlag, Berlin, pp. 491–509.

**Woodward**, F.I., T.M. Smith and W.R. Emanuel, 1995: A global primary productivity and phytogeography model. *Glob. Biogeochem. Cycles* , **9**, 471–490.

**Woodwell**, G.M., 1983: Biotic effects on the concentration of atmospheric carbon dioxide: A review and projection. In: *Changing Climate*, National Academy of Science Press, Washington, DC, pp. 216–241.

**Woodwell**, G.M., 1989: The warming of the industrialized middle latitudes 1985–2050: Causes and consequences. *Clim. Change,* **15**, 31–50.

**Woodwell**, G.M., 1995: Will the warming speed the warming? In: *Biotic Feedbacks in the Global Climatic System*, G.M. Woodwell and F.T. Mackenzie (eds), Oxford University Press, New York.

**Woodwell**, G.M. and F.T. Mackenzie, 1995: *Biotic Feedbacks in the Global Climatic System*, Oxford University Press, New York, 416 pp.

**Wright**, H.E. Jr., J.E. Kutzbach, T. Webb III, W.F. Ruddiman, F.A. Street-Perrott and P.J. Bartlein, 1993: *Global Climates since the Last Glacial Maximum*. University of Minnesota Press, Minneapolis.

**Wullschleger**, S.D., W.M. Post and A.W. King, 1995: On the potential for a $CO_2$ fertilization effect in forest trees – an assessment of 58 controlled-exposure studies and estimates of the biotic growth factor. In: *Biotic Feedbacks in the Global Climatic System*, G.M. Woodwell and F.T. Mackenzie (eds.), Oxford University Press, New York, pp. 85–107.

**Zackrisson**, O., M.-C. Nilsson, I. Steijlen and G. Hörnberg, 1995: Regeneration pulses and climate–vegetation interactions in non-pyrogenic boreal Scots pine stands. *J. Ecol.,* in press.

**Zoltai**, S.C. and D.H. Vitt, 1990: Holocene climatic change and the distribution of peatlands in western interior Canada. *Quat. Res.,* **33**, 231–240.

# 10

Marine Biotic Responses to Environmental Change and Feedbacks to Climate

K. DENMAN, E. HOFMANN, H. MARCHANT

Contributors:
*M.R. Abbott, T.S. Bates, S.E. Calvert, M.J. Fasham, R. Jahnke,*
*S. Kempe, R.J. Lara, C.S. Law, P.S. Liss, A.F. Michaels, T.F. Pedersen, M.A. Peña,*
*T. Platt, J. Sharp, D.N. Thomas, K.A. Van Scoy, J.J. Walsh, A.J. Watson*

# CONTENTS

**Summary**                                                      487

**10.1 Introduction**                                           489

**10.2 Ocean Processes – Biogeochemical Responses**           489
  10.2.1 Oceanic Space and Time-scales in the
         Context of Climate Change Effects                     489
  10.2.2 Marine Biological Production and Climate               491
  10.2.3 Direct Effects of Climate Change on Marine
         Biota                                                 492
  10.2.4 Responses to Changes in Circulation Patterns
         and Other Oceanographic Processes                     493
  10.2.5 Evidence from the Palaeorecord                        494

**10.3 Feedbacks: Influence of Marine Biota on
     Climate Change**                                          495
  10.3.1 Critical Issues                                       495
  10.3.2 Response of the Biological Pump to Climate-
         Induced Change and Possible Feedbacks                 495
    10.3.2.1 The open ocean biological pump                    495
    10.3.2.2 The Redfield ratios – are they constant? 499

    10.3.2.3 Carbonate production                              499
    10.3.2.4 Role of continental margins                       500
    10.3.2.5 Biological pump summary                           501
  10.3.3 Fertilisation of Ocean Productivity – Natural
         and Anthropogenic                                     501
    10.3.3.1 Inputs of nitrogen and iron from the
             atmosphere and rivers                             501
    10.3.3.2 Fertilisation of phytoplankton
             productivity by iron                              503
  10.3.4 DMS Production and Possible Changes to
         Cloud Condensation Nuclei                             504
  10.3.5 Marine Biota and Other Greenhouse Gases               505
    10.3.5.1 Methane                                           505
    10.3.5.2 Nitrous oxide                                     505
    10.3.5.3 Other trace gases                                 505
  10.3.6 Effect of UV-B on Marine Plankton with
         Potential Feedback to Climate                         505

**10.4 The State of Biogeochemical Ocean Modelling**          508

**References**                                                 509

# SUMMARY

Marine biogeochemical processes both respond to and influence climate. Atmospheric carbon dioxide ($CO_2$) is the most important greenhouse gas increasing rapidly due to human activities. The oceans contain about 40,000 GtC in dissolved, particulate, and living forms. By contrast, land biota, soils and detritus total about 2200 GtC. Living and dead biogenic matter in the ocean contains at least 700 GtC, almost equal to the amount of $CO_2$ in the atmosphere (about 750 GtC). The increase in atmospheric carbon since pre-industrial times (150 GtC) is equivalent to that cycled through the marine planktonic ecosystem in less than 5 years. Simulation models calibrated with oceanic observations indicate that instead of the pre-industrial atmospheric $CO_2$ concentration of 280 ppmv, the atmospheric concentration of $CO_2$ would have been 450 ppmv in the absence of marine biota. Clearly, it is imperative that we understand the contribution of biogeochemical processes in maintaining the steady state functioning of the ocean carbon cycle. In addition to their importance in the global cycling of $CO_2$, marine organisms are significant sources of climatically active trace gases, especially dimethyl sulphide (DMS).

Because of the complexity of biological systems, we cannot yet say whether some likely feedbacks from the marine biota in response to climate related changes will be positive or negative. However improved quantitative understanding is likely within the next decade. The principal result of this chapter is the assessment of our scientific knowledge on the following topics:

• New nutrients (including iron) coming from outside the ocean (both as a result of increased atmospheric deposition or coastal runoff from human activities) would increase organic carbon $C_{org}$ production, its export to the deep ocean (the "biological pump"), and the drawdown of atmospheric $CO_2$ (probably by less than 1 GtC/yr). Increased export carbon production would also result in increased remineralisation of organic matter at depth with an accompanying increase in production of nitrous

oxide ($N_2O$), a potent greenhouse gas. The oceans contribute about 20% of the total input to the atmosphere, but it is unlikely that any possible increases could even double the ocean's contribution.

• Carbon is considered to be taken up by phytoplankton during primary production and released during remineralisation of organic matter in constant proportion to the major nutrients $C_{org}$:N:P, referred to as the Redfield ratios. If these ratios (or their vertical gradients) change in time in response to changes in ocean circulation or other properties, model simulations indicate that there is a large potential for the biological pump to influence atmospheric $CO_2$ concentrations.

• Calcium carbonate ($CaCO_3$) is fixed during photosynthesis by those marine algae and animals that have "hard" parts of $CaCO_3$: this $CaCO_3$ also sinks out of the surface layer with the exported organic carbon, but each molecule removed is accompanied by creation of a molecule of $CO_2$ in the surface ocean, counteracting the removal of the organic carbon. Globally, the ratio $C_{org}$:$CaCO_3$ exported from the surface ocean is about 4:1, but a shift in phytoplankton species causing a shift to a ratio of 1:1 would neutralise the effect of the "biological pump" on surface $pCO_2$. At present, we cannot quantify the probability or extent of such a shift occurring as a response to climate change.

• Biogeochemical processes occur principally in the top few hundred metres of the sea. The continental margins play a major, but poorly assessed, role in oceanic biogeochemical cycling and are the burial sites of a substantial amount of organic carbon derived both from these oceanic processes as well as terrestrial sources. A potential feedback may result from anthropogenic eutrophication of continental

*Marine Biotic Responses*

shelf areas. There, increased nutrient availability may promote denitrification and thus the release of elemental nitrogen ($N_2$) and methanogenesis releasing a minor amount of methane ($CH_4$).

- Iron in atmospheric dust may have contributed to the transition from glacial to interglacial periods. Lack of iron appears to limit phytoplankton growth in oceanic regions where the macronutrients, particularly nitrogen, phosphorous and silica, are abundant yet phytoplankton concentrations are generally low. Intentional iron fertilisation of the Southern Ocean to promote phytoplankton growth and hence the drawdown of atmospheric $CO_2$ appears not to be viable for two main reasons: first, it would require fertilisation of 25% of the world ocean continuously and indefinitely, and second, if it worked perfectly, it would only reduce the increase in atmospheric $CO_2$ concentration over the next century by about 50 ppmv.

- DMS is the principal volatile sulphur containing compound in the sea and the major natural source of sulphur to the atmosphere. In the atmosphere DMS is oxidised to produce aerosols which promote the development of clouds and thus influence climate. The production of DMS is a function of the composition and concentration of the plankton. DMS is removed from sea water by physical, chemical and biological processes. In temperate and tropical waters the rate of biological consumption can be more than ten times greater than atmospheric ventilation. A much better understanding of sulphur cycling in the surface ocean is required for quantitative assessment.

- Solar ultraviolet (UV) radiation has increased as a consequence of stratospheric ozone depletion. UV-B (280-320 nm) exposure depresses primary production and growth of phytoplankton. As species differ in their tolerance to UV-B, a shift in community structure favouring the more tolerant would be expected. UV-B radiation inhibits marine bacterial activity and has differing effects on dissolved organic carbon (DOC) derived from various sources. The effects of UV-B on marine biogeochemical processes must be taken into account for a realistic assessment of the role of these processes in environmental change.

Coupled time-dependent general circulation models (GCMs) are principal tools in probing the possible responses of the land-atmosphere-ocean system to climate change. For these models to be more effective they must include feedback terms to account for the role of biogeochemical processes in modulating the production and degradation of radiatively active gases in the upper ocean. At present, models constructed to consider biogeochemical processes are severely limited by the inability to parameterize important biological activities and to specify the temporal and spatial variation in these parametrizations over scales longer than a few weeks and more than tens of kilometres.

## 10.1 Introduction

In IPCC (1990), the role of marine biota in climate change was treated in a cursory manner. Since then, there has been increasing awareness of the likelihood of a variety of responses of marine biota to climate/environmental change and feedbacks to the climate system. The purpose of this chapter is to assess the manner in which these responses and feedbacks might occur, in preparation for the inclusion over the next five to ten years of ocean biogeochemical processes in the models used for climate change projections. IPCC WG II (1995) deals in detail with possible impacts of climate change on marine ecosystems, but does not consider feedbacks to the climate system.

Several critical issues require explicit attention because of their demonstrated or perceived importance in terms of feedback to climate. They include: possible responses of the ocean biological pump and any resulting change in the rate of $CO_2$ cycling; iron fertilisation which might speed up the biological pump and the draw down of atmospheric $CO_2$; changes in the production by phytoplankton of dimethyl sulphide (DMS) which in the atmosphere may contribute to the production of sulphate aerosols; and potential consequences of increased ultraviolet radiation in the wavelength range 280-320 nm (UV-B) on plankton production and community composition. Climatic variation has been documented on temporal scales from sub-decadal (for example, the El Niño-Southern Oscillation (ENSO) phenomenon) to millennia. Most projections in the IPCC scientific assessments have been for the years 2050 and 2100, so we consider ENSO to century time-scales and regional to global spatial scales. Physical and biogeochemical processes, in the very heterogeneous continental margins especially, vary strongly on regional scales and must be understood on those scales in order to determine possible global effects.

## 10.2 Ocean Processes – Biogeochemical Responses

### 10.2.1 Oceanic Space and Time-scales in the Context of Climate Change Effects

The physico-chemical habitat of the ocean and its interaction with marine biota is fundamental in determining biogeochemical responses and feedbacks that may arise in response to climate change. The range of possible space and time-scales over which these oceanographic processes operate covers many orders of magnitude (Figure 10.1a). For physical processes, these range from dissipative processes, which operate at short space and time-scales, to scales associated with ocean gyres and the thermohaline circulation. However, the wide ranges of space and time-scales associated with physical oceanographic processes are not independent. Rather, these should be regarded as a cascade of scales through which information can be transferred from large to small scales and vice versa. Consequently, perturbations introduced by climate change can potentially affect oceanic circulation processes at a large number of scales. It is at the largest scales that the effects of environmental perturbations are often most dramatic. These take the form of the approximate decadal scale of El Niño-Southern Oscillation events to the longer millennial scale of modifications to the thermohaline circulation. However, shorter term variations associated with changing frequency of occurrence of oceanic eddies or upwelling as well as changes in the mixing environment of the upper ocean can be manifestations of changes to the environment.

Similarly, the range of space and time-scales over which individual organisms and populations of organisms exist is large (Figure 10.1b). The population scales especially overlap with a wide variety of physical scales and consequently with physical processes. The range of sizes of marine biota allow for connections between physical and biological processes. Therefore, modifications that affect circulation dynamics can potentially influence a wide range of biological processes, and modifications that affect individual biological components have the potential of cascading throughout the marine food web. Most marine biotic responses to environmental and climate change that might have feedbacks to climate involve zooplankton and smaller organisms. From Figure 10.1b we would expect that their responses might occur on time-scales of less than decades. If, for example, the marine biota respond as a pulse of elevated primary production injecting (mostly as sinking particles) more organic carbon into the deep ocean, physical transport processes might then redistribute the anomalous deep carbon to complete the response, on time-scales shown schematically in Figure 10.2. These processes might take considerably longer, especially if the largest scale mode, the thermohaline circulation, is involved.

However, perturbations in temperature, fresh water discharge and wind strength that may arise from climate change can significantly alter the intensity and the depth of penetration of the thermohaline circulation. In fact, evidence from seafloor sediments indicates that the thermohaline circulation has varied with time-scales of 20,000 years down to decades (e.g., Dansgaard *et al.*, 1993; GRIP Project Members, 1993), variations that are now being incorporated into computer models of large scale thermohaline circulation patterns (e.g., Weaver *et al.*, 1993; Fichefet *et al.*, 1994; Rahmstorf, 1994; Weaver and

490                                                                              *Marine Biotic Responses*



**Figure 10.1:** A schematic showing the dominant space and time-scales in the ocean for (a) physical motions and (b) biological scales. In (b) the left-hand overlapping boxes represent typical size ranges (on the x-axis) and typical times for population doubling (on the y-axis) for each type of organism; the right-hand boxes represent typical spatial ranges of each organism during their lifetime. Adapted from Murphy *et al.* (1988).

Hughes, 1994). Variations in the thermohaline circulation have been implicated in glacial-interglacial changes in the carbon cycle of the ocean and the atmosphere (e.g., Broecker, 1991; Oppo and Lehman, 1993).

The transfer of information between biological and physical processes is frequently thought of as being in one direction: physical to biological. However, in some regions of the ocean biological processes can provide a feedback to physical processes. For example, the feedback between light absorption by marine phytoplankton and heating in the upper water column can modify mixing dynamics (e.g., Sathyendranath *et al.*, 1991), which can alter vertical structure and circulation in surface waters.

### 10.2.2 Marine Biological Production and Climate

Marine primary production, through which phytoplankton convert carbon to organic and structural molecules, requires light, $CO_2$ and dissolved nutrients. The rate of primary production is not controlled by the supply of $CO_2$, considered to be almost always available in excess of requirements for marine primary production, but rather by the supply of new nutrients to the sunlit layer. Total primary production can be partitioned (over long enough time-scales) into two fractions: recycled production supported by nutrients cycled within the sunlit layer of the ocean, and export production supported by nutrients entering the sunlit layer of the ocean from land, the atmosphere, and primarily the deep ocean, that is available to be harvested or transported vertically to the ocean interior (see Eppley and Peterson, 1979).

The "biological carbon pump" refers to the process by which export production removes carbon from the ocean surface layer to the ocean interior, as sinking organic particles and as dissolved organic matter transported by ocean currents. Eventually this carbon is "remineralised" by bacteria at depth into dissolved inorganic form, except for a small fraction that is buried in the sediments. Thus, the biological pump reduces the total carbon dioxide in the ocean surface layer (and the atmosphere) and increases the total carbon content in the deep ocean. For pre-industrial equilibrium conditions (atmospheric concentration of $CO_2$: ~280 ppmv), *model simulations indicate that a fully efficient biological pump* (using all available surface nutrients) would result in an atmospheric $CO_2$ level of ~160 ppmv, whereas extinction of all marine production would lead to a level of ~450 ppmv (e.g., Sarmiento and Toggweiler, 1984, Shaffer, 1993). However, the biological pump is considered to have been roughly in steady state over the last century, unaffected by the increase in $CO_2$ availability.



**Figure 10.2:** Schematic showing characteristic time-scales for various processes of vertical exchange between the euphotic zone and the ocean interior. Redrawn from Denman (1993).

The global pattern of marine primary production (Figure 10.3, after Berger and Wefer, 1991) shows that much of the highest production is associated with continental margins. The regions of enhanced primary production away from continental margins are generally associated with open ocean upwelling, such as occurs in equatorial regions, and with deep winter mixing that entrains more nutrients into the upper ocean. Open-ocean primary production outside of upwelling regions tends to be lower, but extends over much larger areas. The nutrients coming from the ocean interior must be supplied by vertical exchange processes that operate on shorter space and time-scales than the thermohaline circulation (Figure 10.2). Berger and Wefer (1991) took the pattern of vertically exported primary production to be identical with (but not linearly proportional to) that of total primary production, with the largest values found along the continental margins; their pattern is remarkably similar to the annual average pattern of Ekman upwelling in Xie and Hsieh (1995), suggesting a strong dependence on wind-driven upwelling.

The high primary production in continental margins is usually the direct result of coastal upwelling and mixing processes. This production is supported by nutrients that are brought into the euphotic (sunlit) zone from depths of 200 m or less. The upwelling that supplies these nutrients results from wind-driven circulation processes or from interactions of western boundary currents with shelf break

492                                                                                          *Marine Biotic Responses*



**Figure 10.3:** World map of primary production (PP) and export production at 100 m depth ($XP_{100}$). Productivity estimated from a literature compilation of radiocarbon-based measurements complemented by estimates based on phosphate at 100 m depth, distance from land, and latitude, according to an algorithm fitted to radiocarbon measurements for areas with poor coverage. $XP_{100}$ is rounded off from the expression: $XP_{100} = (PP)^{3/2}/50$. From Berger and Wefer (1991).

regions. Thus, the time-scale for nutrient supply and for returning carbon to the upper portion of the water column is shorter in these regions than in the open ocean. However, changes that might affect the intensity of upwelling (Bakun, 1990) or the location of a western boundary current relative to the continental margin (Atkinson, 1977) can alter these time-scales. For example, long-term variability in primary production as determined from the palaeorecord in the Arabian Sea has been related to changes in the strength and location of the monsoonal wind system (Prell and Van Campo, 1986; Luther and O'Brien, 1990; Shimmield *et al.*, 1990).

If much of the global oceanic primary production results from upwelling of waters shallower than 200 m, there are two ramifications. First, if climate-induced changes in ocean circulation patterns change the supply of nutrients to the ocean surface layer, the time-scale involved for this and the biological response might be decades rather than centuries. This time-scale is comparable with the 2050 and 2100 projections of interest to policymakers, and hence the possible response of the marine biota and potential for feedback to the climate merit attention. Second, the contribution of continental margins to global estimates of total and export oceanic primary production, and eventual burial in the sediments, may not have been properly evaluated.

Carbon is considered to be taken up by phytoplankton during primary production and released during remineralisation of organic matter in constant proportion to the major nutrients, referred to as the Redfield ratios (Redfield *et al.*, 1963). The Redfield ratios between the elements $C_{org}$, N, P, and O are taken here as 103:16:1:-72 after Takahashi *et al.* (1985). If climate change causes changes in ocean circulation, or in inputs from land and the atmosphere, that affect the supply of new nutrients to the sunlit upper ocean (and the production of export carbon), then the rate of sequestering of carbon by the biological pump could change with possible feedbacks to the build-up of greenhouse gases in the atmosphere. Similarly, if these changes cause changes in the Redfield ratios, then more or less carbon would be transferred by the biological pump for each unit of nutrient, again with possible implications for oceanic carbon sequestration (see Section 10.3.2.2).

### 10.2.3 Direct Effects of Climate Change on Marine Biota

Climate change can affect marine biota directly (e.g., increased temperature or changed solar radiation and their effects on the physiology or behaviour of marine organisms), or indirectly (e.g., changes to ocean circulation patterns that result in changes in distributions or functioning of marine communities).

Temperature influences biological production and can have a profound effect on growth and metabolic processes. Observations show that biological rates double or halve with a 10°C increase or decrease in temperature, respectively, i.e., a $Q_{10}$ of 2. General relationships have been derived for predicting the effect of temperature variation on large phytoplankton (Eppley, 1972) and zooplankton (Huntley and Boyd, 1984) maximum growth rates. These relationships suggest that over the range of temperatures encountered in the ocean, −2 to 30 °C, maximum growth rates vary by about a factor of ten. At high latitudes where the temperature range is smaller, −2 to 3 °C, temperature changes may have a relatively larger effect (Smith and Sakshaug, 1990). Hence, even small changes in temperature could have pronounced effects on biological rates such as growth and development. $Q_{10}$ values are usually obtained from laboratory experiments conducted over short (days) time-scales. Over longer time-scales, physiological adaptation may occur, and the effects may be more subtle, consisting of changes in community composition rather than in altered rates of the original species. For this reason a direct correlation between temperature and community production cannot be drawn. Changes consistent with climate warming have been reported by Barry *et al.* (1995) in the invertebrate fauna of an intertidal community, and by Roemmich and McGowan (1995) in zooplankton biomass over the continental shelf. Temperature-induced change in biological rates or ecosystem structure may impact carbon cycling in the ocean by modifying the biological carbon pump. Furthermore, as shown by Figure 10.1, impacts that occur at one size class of organism can transfer to those above and below, thereby potentially affecting all components of the marine food web in a given region.

The quality and quantity of radiation can also be altered by climate change, directly affecting marine organisms. Between 1930 and 1981 the total cloud amount over Northern Hemisphere oceans increased by 6% (Parungo *et al.*, 1994), which must affect total incoming solar radiation, the spectral distribution of the incoming radiation, and the amount of outgoing radiation. Primary production by marine phytoplankton depends both on the amount and the spectral composition of the incoming solar radiation. Given that primary production might be linearly dependent on light levels much of the time when there are sufficient nutrients, we would expect a 6% increase in cloudiness to result in a decrease in primary production but somewhat less than that amount, perhaps a few per cent. However, the distinction between short term physiological response, and biogeochemically-significant community response remains unresolved.

UV-B radiation, which has been shown to affect biological production and a wide variety of marine organisms, and which is increasing especially at high latitudes, will be treated in detail in Section 10.3.6.

### 10.2.4 Responses to Changes in Circulation Patterns and Other Oceanographic Processes

Marine ecosystem structure and productivity is largely a function of physical processes controlling the supply of nutrients to the sunlit surface layer of the ocean (e.g., Denman and Gargett, 1995). Alteration of oceanographic patterns from climate or environmental change may alter the structure of oceanic ecosystems on large scales with changes in the marine biotic production and/or fixation of radiatively active gases, primarily $CO_2$, DMS and $N_2O$, with possible feedback to climate. Especially productive marine ecosystems are those associated with wind-driven upwelling in eastern boundary currents and retreating sea ice regions. It has been argued by Bakun (1990) that global warming may enhance the upwelling. Projections of greater warming over continents (especially the already observed higher minimum night-time temperatures) than over the adjacent ocean would strengthen the onshore temperature gradients that drive the equatorward winds along eastern boundaries of oceanic gyres. Bakun presents evidence for the last several decades from four major upwelling areas that alongshore windstress has already been increasing, but other possible feedbacks might explain these trends. On longer scales, Altabet *et al.* (1995) have recently found climate-related variations in nitrogen isotope ratios in the Arabian Sea, suggesting changes in denitrification within the sediments that may have resulted in changes in release of $N_2$, and $N_2O$ to the atmosphere.

The largest climate anomalies are associated with ENSO, and effects of the ENSO phenomenon on marine ecosystems continue to be documented. The presence of an El Niño reduces the surface nitrate concentration and the $\Delta pCO_2$ between the atmosphere and the surface ocean to at most half the normal values (Wong *et al.*, 1993; Murray *et al.*, 1994). Harris *et al.* (1991) documented significant changes in the marine ecosystem in the subtropical convergence zone off Tasmania associated with the La Niña "Cold Event" of 1988. Karl *et al.* (1995) have observed at a time-series station in the subtropical gyre near Hawaii a complete change in the planktonic ecosystem during the 1991-92 ENSO event. There was a significant change in the phytoplankton community structure – an increase in nitrogen-fixing micro-organisms *Trichodesmium*. This change caused a shift from a primarily nitrogen-limited to a primarily phosphorus-

*Marine Biotic Responses*

limited habitat with accompanying changes in total production by phytoplankton and in the amount of that production lost to the deep sea. Most importantly, the primary production supported by the nitrogen fixed by the *Trichodesmium* organisms removes $CO_2$ from the surface waters without requiring upwelled nitrate which would be accompanied by dissolved inorganic carbon (DIC).[1]

A number of climate change scenarios suggest that temperature changes would be greatest at high latitudes (see Section 6.2.2.3). Jacka and Budd (1991), for example, have documented the sensitivity of Antarctic sea ice to warming. The seasonal development and regression of sea ice is of substantial biological importance in addition to its profound role in global ocean-atmosphere exchange of heat, water and gases. Blooms of phytoplankton at the ice edge, induced by upwelling of nutrient-rich water and/or the stabilising effect of melting ice-water, are significant at high latitudes in both hemispheres. Changes in the extent and thickness of the ice affect the timing, magnitude and duration of the seasonal pulse of primary production in polar regions, while the mode of sea ice formation influences the composition of the biota associated with it. This in turn affects the quantity and quality of food available to grazers and the timing and the magnitude of vertical flux of carbon and other elements (Eicken, 1992). Again, recent findings by Gloersen (1995) indicate that sea ice extent in both hemispheres correlates with ENSO cycles.

In summary, the marine biota and their environment interact on a wide variety of space and time-scales. Especially productive areas are on continental margins and along the equator because of the input of new nutrients from land, from the atmosphere, and mostly from the ocean interior via upwelling. Climate change can affect marine biota by changing temperatures altering physiological rates and/or community composition, by changing radiation affecting biological production or damaging cells, and by changes to circulation patterns and other oceanographic processes altering ecosystem structure and function. Such changes offer a variety of possible feedbacks to the climate system.

### 10.2.5 *Evidence from the Palaeorecord*
The glacial/interglacial record suggests a decrease of ~80 ppmv in atmospheric $CO_2$ occurred during the last glacial period. The ocean contains more than 50 times the carbon

contained in the atmosphere. During glaciation, the carbon stored in land biota, soil and detritus was significantly reduced by ice cover and a colder, drier climate. Therefore, the glacial-interglacial change in atmospheric $CO_2$ content must have been driven by changes in ocean chemistry and/or biology. Ignoring changes in solubility due to changing temperatures (too small and largely offset by an opposite change in salinity) and effects due to sea level change (compare the ~150 m rise during deglaciation with the projection of less than 1 m over the next century), there still exist several hypotheses for oceanic chemical and/or biological processes causing or triggering glacial/interglacial transitions (Broecker, 1982). Changes in deep ocean $CaCO_3$ dissolution or burial caused by changes in concentrations of deep ocean organic carbon may have accounted for part of the recent glacial/interglacial increase in atmospheric $CO_2$, but again the time-scale would be millennia (Boyle, 1988; Archer and Maier-Reimer, 1994), too long for the 2050 to 2100 IPCC interests.

Other hypotheses to explain the glacial drawdown of atmospheric $CO_2$ with the potential for change on decade to century time-scales have been simulated in an ocean general circulation model (GCM) by Heinze *et al.* (1991). They include increased Redfield ratios of C:N or C:P, increased ocean nutrient inventory causing increased production of particulate organic carbon (POC), increased high latitude primary production, changes in the "ventilation" of deep waters (i.e., a shallower thermocline circulation), and changes in the proportion of production by phytoplankton of CaCO3 relative to organic carbon. Heinze *et al.* found that their model was most sensitive to changes in Redfield ratios, ventilation, and changes in the inventories of nutrients or POC. Qualitative consistency with palaeoceanographic data was greatest for changes in Redfield ratios and in the oceanic inventory of POC. In the next sections, we will consider the potential for marine biotic responses in these processes, and in processes where there is potential for feedbacks to climate through related biogeochemical processes. Two examples of the latter are: (i) Increases in POC on continental shelves could lead to increased anoxia and loss of nitrogen to the atmosphere by denitrification, and reduced production of POC (e.g., Christensen, 1994). (ii) A shift to $CaCO_3$-fixing phytoplankton (*Coccolithophores*) would increase both surface $pCO_2$, the marine production of DMS (with a possible increase in marine cloudiness), and the near-surface reflectance of visible light with possible increases in sea surface reflectance or near surface temperatures (e.g., Holligan, 1992).

---

[1] Dissolved inorganic carbon (DIC) consists of aqueous $CO_2$, bicarbonate and carbonate ions, i.e. DIC = $CO_2 + HCO_3 + CO_3^{2-}$.

### 10.3 Feedbacks: Influence of Marine Biota on Climate Change

#### 10.3.1 Critical Issues

We are concerned here with potential feedbacks to climate by environmentally induced changes to marine biota. In particular, how might changes in the marine biota in response to changing climate affect the atmospheric distributions of radiatively active gases? In addition to maintaining a reduced concentration of $CO_2$ in the surface ocean (relative to the ocean interior), marine biota are a significant source of $N_2O$, another greenhouse gas, and of dimethyl sulphide (DMS), which when ventilated to the atmosphere can form cloud condensation nuclei. Several critical issues ($CO_2$ cycling via the biological pump, the role of iron in sequestering carbon to the deep ocean, DMS production, and UV-B radiation damage) have received considerable attention in the scientific and public media and will be addressed individually.

### 10.3.2 Response of the Biological Pump to Climate-Induced Change and Possible Feedbacks

#### 10.3.2.1 The open ocean biological pump

The role played by the biological pump in the ocean carbon cycle, discussed only briefly in IPCC, 1994 (Sections 1.3.3.3 and 1.4.3), is expanded and updated here. According to our understanding of the current operation of the global carbon cycle (Figure 10.4), on average the ocean takes up about half of the anthropogenic input of $CO_2$ to the atmosphere that does not remain there. This amount (e.g., Siegenthaler and Sarmiento, 1993) is in the order of 2 GtC/yr (1 Gt = 1 Pg, where P = Peta = $10^{15}$), relative to a gross flux of $CO_2$ in each direction between the ocean and the atmosphere in the order of 90 GtC/yr. The surface ocean mediates the fluxes of carbon (dioxide) between the atmosphere and the ocean interior and between the land and the ocean sediments or ocean interior. The gross flux in each direction between the surface ocean and the ocean



**Figure 10.4:** Box diagram of the global carbon cycle reservoirs and fluxes, in GtC and GtC/yr, for the decade 1980 to 1989. Annual changes in reservoirs are in parentheses, and italic numbers represent those believed to have changed since pre-industrial times due to human activities. Adapted from Siegenthaler and Sarmiento (1993).

*Marine Biotic Responses*

interior is in the order of 100 GtC/yr (a number that can vary considerably depending on what depth is taken as the base of the surface layer), and the net flux is 1-2 GtC/yr (estimated to be less than the flux from atmosphere to the surface layer to account for observations that show the surface-ocean total carbon concentration to be increasing by about 0.4 GtC/yr (Siegenthaler and Sarmiento, 1993)).

Globally, marine plants are responsible for more than a third of the total gross photosynthetic production that incorporates carbon from $CO_2$ into organic molecules; the other photosynthesis is accomplished by terrestrial plants. On an annual basis, the gross rate of carbon fixation by marine algae (phytoplankton) may be as high as 50 GtC/yr, of which more than half is supported by nutrients recycled within the euphotic layer, and the rest supported by new nutrients introduced into the euphotic zone, primarily from the ocean interior, but also from the atmosphere and the land via runoff. From the point of view of the balance of $CO_2$ between the atmosphere and ocean, the quantity of interest is the export production – the fraction of the primary production that eventually passes from the euphotic layer to the ocean interior, either as DOC[1] through vertical transport by water motions, or as sinking POC. This export production is estimated to be 10 GtC/yr (range 5-20 GtC/yr) (Siegenthaler and Sarmiento, 1993; Murray *et al.*, 1994; Ducklow, 1995).

The approximately 50 GtC cycled annually by the ocean biota between living and dead material represents more than ten times their standing stock of 3-4 GtC (i.e., the standing stock is cycled approximately monthly), and roughly 5 times the (poorly known) amount of biogenic carbon that is transported downward to the ocean interior. To address how this biological carbon pump might respond to climate-related or other environmental change, and with what potential feedbacks to the climate system, requires a brief description of its workings (see Longhurst, 1991 and Sarmiento and Siegenthaler, 1992 for recent reviews).

The organic carbon export from the surface ocean to the ocean interior (i.e., the biological pump) is equal to photosynthetic production minus remineralisation in the surface ocean. Some phytoplankton die, some are grazed by protozoa, zooplankton or fish, which in turn die or are eaten by larger zooplankton or fish, and so on up to seabirds and mammals (seals, whales and humans). These processes generate organic matter in dissolved and particulate phases, from dying plants or animals, from waste products, and from messy feeding. Much of this material is reusable by phytoplankton, either immediately or after processing by bacteria. The export carbon production consists of POC which sinks out of the surface layer, and DOC which can be transported downwards by subduction or convective sinking of surface waters. Organic matter that reaches great depths is returned mostly as DIC after remineralisation or as long-lived DOC, on time-scales of centuries to millennia. However, most of the organic material is remineralised in the upper 500 m of the water column and is reintroduced into the euphotic zone on much shorter time-scales through a variety of processes – coastal and equatorial upwelling, deep winter convective mixing, surface outcropping of density surfaces at high latitudes, etc. Only a small proportion (order 1%) of the POC that sinks out of the surface layer reaches the ocean bottom where it may eventually be buried in the sediments. The operation of the biological pump is depicted schematically in Figure 10.5.

Related to the biological pump (or part of it depending on the definition) is the uptake of carbon by those marine algae and animals that have "hard" parts constructed of calcium carbonate. This $CaCO_3$ sinks out of the euphotic zone with the export production. Globally, 1 carbon atom is incorporated by calcareous phytoplankton into $CaCO_3$ for about every 4 carbon atoms into organic molecules (Broecker and Peng, 1982; Tsunogai and Noriki, 1991), but the ratio can be 1:1 in areas with blooms of certain coccolithophores (Robertson *et al.*, 1994). The $CaCO_3$ particles do not remineralise during sinking; rather they mostly redissolve at depths of several thousands of metres (e.g., Tsunogai and Noriki, 1991; Anderson and Sarmiento, 1994), although some must obviously settle on the sea floor, such as ocean ridges where the bottom is above the dissolution horizon, i.e., the depth (differing in different oceans) below which sinking $CaCO_3$ particles would tend to redissolve (Broecker and Peng, 1982). Factors controlling the $CaCO_3$ component of photosynthesis have not been well studied, but efforts are under way to develop a quantitative basis for assessment (e.g., Holligan *et al.*, 1993; Westbroek *et al.*, 1993).

Conventional wisdom states that carbon availability does not limit marine photosynthesis. Therefore the increasing amount of $CO_2$ in the surface layer of the ocean is thought not to cause an increase in either the gross or net rate of operation of the biological pump, which to first order is thought to have been in steady state through the last century (e.g., Sarmiento and Siegenthaler, 1992; Siegenthaler and Sarmiento, 1993). Nitrogen is sufficiently

---

[1] Dissolved organic carbon (DOC) is operationally that fraction of particulate organic carbon (POC) that passes through a filter of pore size in the order of 0.5 µm.



**Figure 10.5:** Schematic showing the dominant biogenic fluxes of carbon in the ocean and the biological processes transforming the carbon into different forms. Widths of the arrows depict semi-qualitatively the relative sizes of the fluxes. Vertical transports of DIC are not shown (see Figure 10.4). Adapted from SCOR/JGOFS brochure "Oceans, Carbon and Climate Change", 1990.

scarce that it is thought to be the nutrient limiting the amount of carbon fixed by photosynthesis on geologically short time-scales. The loss rate of organic carbon (and nitrogen) from the surface layer to the ocean interior, the export production, is considered to be balanced by the input of new nitrogen to the surface layer – from freshwater runoff, from the atmosphere, and primarily by advective and diffusive transport of dissolved nitrate from the ocean interior back up into the euphotic layer. Thus geochemists conclude that the biological pump cannot react directly to the increase of $CO_2$ in the atmosphere and in the upper ocean, but only indirectly in response *to changes in the supply* of new nitrogen caused by climate or environmental change. This indirect response could be a change in the structure of the biological pump, i.e., a change in ecosystem structure altering (in the context of carbon cycling) the proportion of recycling versus loss to the ocean interior. Such a change might be different in different regions (biogeographic "provinces"); whether they would tend to cancel out or add to a change significant at the regional scale is also important.

Riebesell *et al.* (1993) have recently challenged this conventional wisdom, arguing that diatom growth can be limited by the supply of $CO_2$ and that the approximate doubling in surface water $pCO_2$ since the last glaciation from 180 to 355+ ppmv could have stimulated marine primary productivity, in such a way that the biological pump may already be participating in sequestering to the ocean interior some fraction of the atmospheric $CO_2$ produced by human activity. Turpin (1993), on the other hand, argued that $CO_2$-limited photosynthesis does not necessarily imply $CO_2$-limited growth rates in the sea. Raven (1993) pointed out that cell-membrane-mediated inorganic carbon-limitation concerns the rate rather than the extent of production, i.e., a spring bloom might take longer but the annual global export production would be unchanged. Obviously, more thinking, if not more research, is required.

The estimate in Figure 10.4 for total oceanic primary production of 50 GtC/yr is roughly double that of 27 GtC/yr made by Berger (1989), with similar data and formulae to those used to generate the original map on which Figure 10.3 is based (Berger and Wefer, 1991). Longhurst *et al.* (1995) have examined primary productivity data from the North Atlantic to partition the ocean basins into four domains and four seasons according to the nature and intensity of physical forcing likely to affect phytoplankton dynamics. This classification, with the global satellite ocean colour data base, has been used to estimate the global annual oceanic primary production,

giving a value of about 50 GtC/yr for total (recycled + export) production. Recent estimates of annual total or export production obtained from tracer studies, *in situ* [14]C incubations with "clean" techniques, and from sediment traps, when compared with their positions on the Berger and Wefer map, also support the higher global estimates (e.g., Jenkins and Goldman, 1985; Platt and Harrison, 1985; Knauer *et al.*, 1990; Lohrenz *et al.*, 1992; Welschmeyer *et al.*, 1993; Karl *et al.*, 1995). There is some evidence, especially in the North Pacific, that primary production and standing stocks of phytoplankton (Venrick *et al.*, 1987; Parsons and Lalli, 1988) and zooplankton (Brodeur and Ware, 1992) may have been increasing over the last two decades, although Roemmich and McGowan (1995) documented decreasing zooplankton biomass and increasing temperatures over the last 45 years in the California Current area. Methodological changes, e.g., in filters and in "clean" techniques, may account for most if not all of the apparent increases in open ocean phytoplankton primary production and standing stocks.

Studies using the most recent methodology for DOC (e.g., Sharp *et al.*, 1995) show significant changes in DOC concentrations over short temporal and spatial scales (Carlson *et al.*, 1994; Carlson and Ducklow, 1995; Peltzer and Hayward, 1995). Surface values of 60 to 80 micromolar carbon can drop to 50-60 micromolar over a depth range of 150-300 m below the surface; horizontal variations over scales of tens of kilometres and temporal variations from day-to-day can be seen on the order of 20 micromolar carbon. With these observations, it is possible to recognise different components of DOC ranging from the traditional "refractory" pool (not readily usable by biological organisms), with a turnover time on the order of ocean mixing cycles, to the "very labile" pool, with a turnover time of hours to a day (Carlson *et al.*, 1994).

It is important to be able to assess whether there are changes in the inventory of carbon above the permanent thermocline when trying to understand the ocean-atmosphere linkage. A series of model simulations (Toggweiler, 1989, 1990; Bacastow and Maier-Reimer, 1991; Najjar *et al.*, 1992; and Siegenthaler and Sarmiento, 1993) have been able to achieve closer congruence with observations if vertical transports of DOC are comparable with vertical fluxes of sinking organic particles (POC). Recent careful measurements of DOC concentrations made in conjunction with measurements of primary production and sinking particles (export production) support the model simulations. Along the equatorial Pacific, Murray *et al.* (1994) concluded that 60 to 90% of the new production was transported away from the equator by currents,

possibly as DOC. In the Sargasso Sea, Carlson *et al.* (1994) found the DOC advected downwards from the euphotic zone via deep mixing each winter to be greater than the POC captured by sediment traps at a depth of 150 m. In the next few years, careful measurements of DOC with a common methodology should provide estimates of the global pool of DOC, its spatial distribution and its temporal dynamics within the marine foodweb.

The Joint Global Ocean Flux Study (JGOFS) is currently undertaking research to increase our understanding of the global ocean carbon cycle, so that we might address the above mechanisms on a more quantitative basis. It should be pointed out that at the present time the global numbers mentioned in this discussion with regard to the ocean carbon cycle have uncertainties in the order of 100%. It is within this context of large uncertainties and tightly coupled physical, biological and chemical processes that we shall describe possible responses and feedbacks of the biological pump to climate change.

### 10.3.2.2 The Redfield ratios – are they constant?

Recent model simulations of ocean carbon cycle changes demonstrate a high sensitivity to changes in the Redfield ratios between carbon and the limiting nutrient (Heinze *et al.*, 1991; Shaffer, 1993). These ratios are often assumed to be constant in coupled analyses of the cycles of these elements in the ocean and have great importance in global biogeochemistry. If there is significant departure from these ratios, either in their uptake during primary production or in their remineralisation back to inorganic forms in the water column, then our understanding of how the oceanic carbon, nitrogen and phosphorus cycles are coupled needs to be revised.

Recent observations by Sambrotto *et al.* (1993) suggest elevated levels in the uptake of carbon relative to nitrogen, especially during the spring bloom. Banse (1994) also found a decoupling of the uptake by marine phytoplankton of dissolved inorganic carbon and nitrate, but with C:N ratios lower than those of Redfield. Utilisation of nitrate is often converted to carbon fixation by use of a constant Redfield ratio. The elevated ratios of C:N fixation reported by Sambrotto *et al.* would lessen the discrepancy between estimated $O_2$ utilisation rates and nitrate upwelling by allowing more carbon to be fixed for the same amount of nitrogen, and would increase the global estimate of carbon sequestering by export production, usually calculated from the ratio of new nitrate uptake to total nitrate uptake by marine phytoplankton.

For remineralisation, simple models (e.g., Evans and Fasham, 1993; Shaffer, 1993) demonstrated that more rapid remineralisation of nitrogen relative to carbon in sinking organic particles leads to lowered surface $CO_2$ concentrations, and Shaffer's results also demonstrated a significant reduction of atmospheric $CO_2$ concentration in response to doubling of the remineralisation depth scale of carbon relative to that of the limiting nutrient. Lohrenz *et al.* (1992), Honjo and Manganini (1993), and Karl *et al.* (1996) all found elevated C:N ratios in sediment trap samples that increased markedly with depth, indicating that the remineralisation depth scale for nitrogen was less than that for carbon, i.e., suggesting that the remineralised nitrogen might reach the surface layer more rapidly than the remineralised carbon. On the other hand, Anderson and Sarmiento (1994) found regenerated ratios to be in rough agreement with Redfield values, but with considerable variability.

The widely observed departures from Redfield ratios indicate that past conclusions concerning operation of the biological pump based on adherence to Redfield ratios need to be reviewed. Furthermore, if the Redfield ratios (or their vertical gradients) change in time in response to changes in ocean circulation or other properties, the model simulations indicate that there is a larger potential for the biological pump to influence atmospheric $CO_2$ concentrations.

### 10.3.2.3 Carbonate production

Changes in ecosystem structure can have an additional, seldom appreciated, effect on the oceanic carbon cycle. A shift from organic- or silica-walled organisms to carbonate (i.e., $CaCO_3$) secreting organisms (e.g., coccolithophorids), possibly accompanying temperature changes or coastal eutrophication, would cause an increase in surface water $pCO_2$ because of the overall calcification reaction:

$$Ca^{2+} + 2HCO_3^- \rightarrow CaCo_3 + CO_2 + H_2O$$

Thus, although carbonate production reduces total DIC in the surface layer, the reaction tends to increase the surface ocean $pCO_2$ by decreasing the surface alkalinity (e.g., Broecker and Peng, 1982) thus driving $CO_2$ from the ocean to the atmosphere (Frankignoulle and Gattuso, 1993). The released $CO_2$ constitutes roughly 60% of that fixed as carbonate and this fraction increases with an increase in sea water $pCO_2$, thereby increasing this feedback (Frankignoulle and Canon, 1994). Although this fraction may be reduced if the $CO_2$ released intracellularly is fixed photosynthetically, thereby decreasing its release to sea water (Sikes and Fabry, 1994), observations in the North Atlantic during an extensive coccolithophorid bloom

(Holligan et al., 1993; Robertson et al., 1994) clearly showed that surface water $pCO_2$ decreased less rapidly than would be expected on the basis of photosynthesis alone, which also resulted in the undersaturation of surface waters being less pronounced. Palaeo-oceanographic evidence suggests changes in the carbonate cycle influenced atmospheric $CO_2$ changes that accompanied glacial-interglacial periods. Boyle (1988) argued that during the last glacial maximum a shift in labile nutrients and metabolic $CO_2$ to greater depths increased the dissolved $CO_2$ raising the depth horizon below which $CaCO_3$ would dissolve. The increased $Ca^{2+}$ slowly raised the alkalinity of the whole ocean, lowering the surface $pCO_2$ and reducing atmospheric $CO_2$ concentrations. During the last deglaciation, the change in the locus of carbonate production in the ocean from the deep sea (pelagic carbonates) to the continental shelves (coral reefs) following the rise in sea level (the coral reef hypothesis) has been suggested as a cause of the increase in the atmospheric $pCO_2$ level (Berger, 1982). Total atmospheric $pCO_2$ change due to this effect has been shown from modelling to approximate that observed in the Vostok ice core (Opdyke and Walker, 1992). However, another model, based on the hypothesis that a change in the relative rates at which organic carbon and calcium carbonate are deposited on the sea floor should drive a compensating change in ocean pH, also offers an explanation of the last deglaciation (Archer and Maier-Reimer, 1994).

Thus, although the effect of carbonate production is to remove carbon from the sea surface in the form of settling carbonate skeletons, the effect on the $CO_2$ flux is the reverse of that occurring during the production of non carbonate-producing plankton. Moreover, carbonate production is not governed by the Redfield ratios (or their variation). However, the existence of competing models to explain the recent palaeorecord (e.g., Heinze et al., 1991; Westbroek et al., 1993) suggests that a clear understanding of the factors controlling carbonate versus organic export production (Tsunogai and Noriki, 1991) is yet to emerge.

### 10.3.2.4 Role of continental margins

The continental margins play a major role in oceanic biogeochemical cycles (Walsh, 1991) and are burial sites of large masses of organic carbon, derived both from terrestrial sources via rivers or from local production in the coastal ocean (Berner, 1982). The reservoir of buried organic carbon in these areas is approximately six times greater than that in abyssal sediments (Holser et al., 1988) in spite of a much smaller global area of deposition. The most recent estimate suggests that approximately 70 TgC/yr are buried off deltas, and a similar amount accumulates on continental shelves and the upper parts of the continental slopes (Hedges and Keil, 1995). These two regimes account for more than 90% of the total amount of organic carbon buried on the sea floor; shallow-water carbonate platforms (4%), abyssal sediments (3%) and anoxic (oxygen-free) basins (0.5%) account for the remainder. Furthermore, the rate of accumulation of sediment along continental margins is higher by a factor of at least 100 than that in the deep ocean (Calvert and Pedersen, 1992), so that the deposited carbon is rapidly buried below the principal source of oxidants and the abundance maximum of bacteria at the sediment/water interface. In concert with adsorption of organic molecules to the surfaces of fine-grained sediment particles, this contributes to the preferential preservation of the less reactive organic materials (Ittekkot, 1993; Hedges and Keil, 1995).

Much of the material deposited on the margins is recycled in the benthic boundary layer, both by microbial activities and by the feeding of benthic animals. Dissolved carbon may be transported offshore into deeper waters or returned to the shallow water column, from where it can be recycled to the sea surface in these dynamic regimes on relatively short time-scales (Smith and Hollibaugh, 1993). A significant fraction is apparently permanently buried, as attested by the high organic carbon contents of many outer shelf and upper slope deposits of the world ocean (Premuzic et al., 1982), although a recent intensive study of the Middle Atlantic Bight of eastern North America found that less than 5% of new biogenic particulate material is exported to the adjacent slope region (Biscaye et al., 1994). Globally, Smith and Hollibaugh (1993) estimate an offshore export in the order of 0.2 GtC/yr.

Most authors caution that a global estimate of (especially) net primary fixation of carbon over continental shelves is subject to large (ca100%) errors. A recent numerical analysis of the seasonal cycles of $CO_2$, DOC and POC in relation to pristine nutrient conditions on Alaskan shelves and eutrophication in the northern Gulf of Mexico emphasises the complex heterogeneous nature of the continental margins (Walsh and Dieterle, 1994). They suggest that even pristine shelf areas such as the Bering and Chukchi Seas may have switched from being a source to a sink for $CO_2$ over the last 250 years in response to rising atmospheric $CO_2$ levels, with ~50% of the present invasion of $CO_2$ stored as DOC. Globally, they estimate that polar and temperate continental shelves currently sequester 1.0-1.2 GtC/yr, but that increased metabolism on tropical continental shelves may cause evasion of $CO_2$ to the atmosphere, resulting in continental shelves being a net

world sink for $CO_2$ of 0.6-0.8 GtC/yr. Studies suggest that anthropogenic effects have already taken place to a much greater extent than in the open ocean, making the determination of an "unperturbed" carbon budget for continental margins even more difficult. Kempe (1993) estimates that the total transport of nitrate + nitrite to the continental shelf by the Danube River increased between the 1950s and 1989 from 12,500 t/yr to 273,000 t/yr, a 22-fold increase. Globally, Walsh (1989) suggested a possible tenfold increase of anthropogenic nitrogen loading to the coastal zone had already occurred by 1980, accounting for roughly half (0.4-0.5 GtC/yr) of the export to the continental slope regions, and Paerl (1993) estimated that atmospheric depositon of anthropogenic nitrogen contributes 10-50% of the total external nitrogen load to coastal areas. Smith and Hollibaugh (1993) argued that anthropogenic organic carbon loading to the coastal zone may have nearly doubled. Much of this organic carbon is oxidised, "net organic metabolism" in their terminology, contributing not to atmospheric carbon removal but rather "biotically mediated gas evasion" back to the atmosphere. Until we improve our understanding of the carbon and nitrogen dynamics in the coastal zone with sufficient spatial and temporal resolution (e.g., Kempe and Pegler, 1991) to allow reasonable global estimates, we cannot expect such estimates to converge on consensus values.

Christensen (1994) reported on a box-model study of the global carbon cycle including continental shelves, calibrated with atmospheric and oceanic $\delta^{14}CO_2$ observations. Atmospheric $CO_2$ levels were relatively insensitive to most model runs except that if most of the global ocean denitrification (due to remineralisation of organic carbon in low oxygen environments) was shifted from open ocean intermediate depths to the waters and sediments of continental shelves (to simulate increasing eutrophication of coastal regions), the atmospheric $pCO_2$ increased by ~10 ppmv, because shelf denitrification immediately removed nitrogen from the continental shelves, thereby reducing shelf primary production and utilisation of $CO_2$. On the other hand, Orr and Sarmiento (1992) concluded from simulated enhanced $CO_2$ fixation in large areas of an ocean general circulation model that drawdown of atmospheric $CO_2$ would be minor on a century time-scale, but they did not include a feedback that might lead to shelf denitrification.

### 10.3.2.5 Biological pump summary

In summary, while the rate of sequestering of organic carbon from the surface ocean is primarily limited by the supply of new nitrogen, the biological pump is sufficiently

complex that there are a number of possibilities for feedback to climate for which we possess inadequate understanding for quantitative assessment. Chief among them are: (1) factors controlling the Redfield ratios and their gradients with depth: increasing the C:N (or C:P) ratios will fix more carbon for each molecule of nutrient used; (2) the potential for changes in the proportion of $CaCO_3$ to organic carbon ($C_{org}$) formed by phytoplankton: an increase in the ratio $CaCO_3$:$C_{org}$ from the current 1:4 to a possible 1:1 would eliminate the role of the biological pump in maintaining a reduced upper ocean $pCO_2$; (3) the role of the continental margins on a global scale in sequestering carbon and how they are changing as a result of anthropogenic inputs.

### 10.3.3 Fertilisation of Ocean Productivity – Natural and Anthropogenic

#### 10.3.3.1 Inputs of nitrogen and iron from the atmosphere and rivers

The increased deposition over the oceans of atmospheric nitrogen from anthropogenic sources (fertilisers) over the last century may have resulted in increased export carbon production. Duce *et al.* (1991) estimated the total atmospheric deposition of nutrient nitrogen to the oceans to be about 30 TgN/yr. Schindler and Bayley (1993) estimated another 21 TgN/yr from riverine input. Using a C:N atomic ratio of 7:1 gives an equivalent increased production of export carbon in the oceans of 0.31 GtC/yr, most of which they assumed was due to human activities. Galloway *et al.* (1995) divided these inputs into present and pre-industrial, estimating a nitrogen input from human activities to the oceans of 18 TgN/yr via atmospheric deposition and 6 TgN/yr via rivers. A C:N atomic ratio of 7 gives (for the total 24 TgN/yr) an equivalent fertilised carbon production of 0.14 GtC/yr, only about 1% of estimated global marine export production. However a C:N ratio of ~10 as found by Sambrotto *et al.* (1993) would yield an equivalent fertilised production of 0.21 GtC/yr. In the Sargasso Sea, which is often nitrate-depleted, nitrogen deposition is an important source of export production during short episodes (Owens *et al.*, 1992), but for only 2% of the time is it capable of supporting the measured export production (Michaels *et al.*, 1993). Episodic deposition of anthropogenically produced nitrogen may then alter the functioning of regional ecosystems, without apparently having a significant effect on global export production. However, we point out that the highest estimate of human-induced fertilised export production, 0.21 GtC/yr, represents about 10% of 2 GtC/yr, believed to be the net flux from the atmosphere to the ocean. The key point about export production driven by

*Marine Biotic Responses*

deposition of atmospheric nitrogen compared with that driven by input of new nitrogen from upwelling is that it is not accompanied by upwelled deep DIC at Redfield ratios: it potentially converts to a net flux of DIC from the surface to the ocean interior.

Elemental nitrogen comprises over three-quarters of the atmosphere. The cyanobacterium *Oscillatoria* (*Trichodesmium*) can fix nitrogen for biological utilisation in the sea: recent estimates of total global nitrogen fixation of 10 TgN/yr, by Carpenter and Romans (1991), and of 40-200 TgN/yr, by Galloway *et al.* (1995) (including larger areas), correspond (for a Redfield C:N ratio in the order of 7) to a rate of carbon fixation by photosynthesis in the range of about 0.06-1.2 GtC/yr. Shifts induced by climate change

in the phytoplankton community to a greater proportion of *Oscillatoria* (as observed by Karl *et al.*, (1995) during the 1991 to 1992 warming event) could potentially increase the sequestering of anthropogenic $CO_2$ by a sizeable fraction in less than a decade.

Since the input of iron from the atmosphere may have been a factor in transitions between glacial and interglacial periods, estimates of current natural and anthropogenic inputs to the atmosphere and to the oceans are critical to improved understanding of the control of iron on marine primary production in high nutrient – low chlorophyll (HNLC) regions. Duce *et al.* (1991) and Duce and Tindale (1991) estimate the global input to the oceans of iron in atmospheric dust to be 32 Tg/yr of which about 10% is



**Figure 10.6:** Comparison of the organic carbon ($C_{org}$) mass accumulation rate (MAR) from cores P7 (open circles) and AII54-25PC (bold line) and the Vostok dust record (thin line, plotted as volume of dust per gram of ice) as a function of time for the last 50 kyr (a) and the last 160 kyr (b). The correlation of the dust content in the Vostok core with the organic carbon accumulation rate in a deep ocean core does not necessarily indicate causation, but it does suggest the possibility of iron fertilisation in high nutrient - low chlorophyll (HNLC) regions during the last two periods of glaciation. The two cores were obtained from bottom depths of 3085 and 3225 m in the Panama Basin north-east of the Galapagos Islands, an HNLC region. From Pedersen *et al.* (1991).

readily soluble and hence biologically usable. Riverine input of dissolved iron is estimated to be about a third that from atmospheric dust. Most of the atmospheric input occurs in the Northern Hemisphere, much of it east of China. The inputs are also highly episodic.

Another intriguing process is the correlation of deep organic carbon fluxes with total mass accumulation rate, interpreted by Ittekkot (1993) as resulting from deposition of atmospheric dust acting as ballast sequestering more organic carbon deeper in the water column. On a time-scale less than decades, increased dust would by this process reduce atmospheric $CO_2$ levels. Increased remineralisation of organic carbon at depth would, according to Boyle (1988), redissolve more $CaCO_3$, leading to increased ocean alkalinity, further reducing the atmospheric $CO_2$ but on the millennium time-scale required for the alkalinity increase to reach the surface ocean.

### 10.3.3.2 *Fertilisation of phytoplankton productivity by iron*

Early results from the Vostok ice core showed that iron concentrations (as inferred from aluminium concentrations) were high during glacial periods, coincident with minima in atmospheric $CO_2$ concentrations (Martin, 1990). Comparison of such information with records of burial of marine organic matter (e.g., Lyle *et al.*, 1988; Pedersen *et al.*, 1991) shows a striking positive correlation: organic carbon burial was higher in the past when the atmosphere was more turbid (Figure 10.6). Although this correlation may be spurious, it suggests there may have been an effect from enhanced inputs of dust-borne iron to surface waters, at least in the tropical Pacific region.

Under the present climate, Southern Ocean phytoplankton productivity is assumed to be limited by lack of iron, since macro-nutrients in the surface layer there are apparently only rarely depleted (Lizotte and Sullivan, 1992), a characteristic in common with other HNLC regions – the subarctic North Pacific Ocean and the eastern Equatorial Pacific. Thus, Martin (1990) hypothesised that iron could be added to the Southern Ocean to stimulate primary production there to use up the large supply of nutrients and at the same time reduce the future rate of increase of atmospheric $CO_2$ concentration. There are several unknowns in this strategy: firstly, would the foodweb respond as hypothesised; secondly, are the magnitudes sufficient and would the coupled atmosphere-ocean system respond in such a straightforward way; and thirdly, would there be other unexpected responses with potential feedbacks to climate?

The first question – whether the primary production by phytoplankton in HNLC regions would respond to iron fertilisation – has recently received much attention. Although experiments conducted in small laboratory containers suggest that addition of iron stimulates phytoplankton growth, it is difficult to apply these results to the ocean because the very nature of container experiments precludes heterotrophic grazers and mixing, both factors which limit productivity in the ocean (Banse, 1991). To test this hypothesis in the ocean, acidified iron sulphate tagged with an inert chemical tracer was added to an area of 64 $km^2$ in the equatorial Pacific Ocean in October 1993 (Kolber *et al.*, 1994; Martin *et al.*, 1994; Watson *et al.*, 1994). Early results suggest that while the addition of iron had an easily measurable effect on the marine ecosystem (with an approximate threefold increase in both productivity and chlorophyll concentrations), it had only a small effect on the carbon dioxide levels. After a brief disequilibrium the ecosystem apparently responded by recycling carbon rapidly back to the inorganic form, although there was evidence that the whole patch sunk out of the surface layer after several days A second fertilisation experiment was conducted in the same area in May 1995 with more positive results, but the Equatorial Pacific is not a likely site for a purposeful widespread iron fertilisation because the surface layer is isolated from the deep ocean by the main thermocline (Sarmiento and Orr, 1991). Recently, de Baar *et al.* (1995) found spring blooms in the Polar Front of the Southern Ocean with biomass levels ten times those of adjacent areas. The Polar Front was characterised by high iron concentrations in the top 150 m of the ocean, as compared with lower dissolved iron in the remainder of the Circumpolar current where no blooms were found.

The second of these questions has been addressed recently with 3-dimensional ocean general circulation models (Sarmiento and Orr, 1991; Kurz and Maier-Reimer, 1993). The models assumed that iron fertilisation of the Southern Ocean would occur every year for 50 or 100 years (a single addition would basically achieve nothing), the phytoplankton would utilise all nutrients in the surface layer (although de Baar *et al.* (1995) observed that nutrients were not exhausted in regions of elevated iron concentration), and the area of coverage (10 to 15% of the global ocean) could actually be fertilised. The rate and extent of fertilisation depended primarily on the rate and extent of vertical mixing in the Southern Ocean, whereby the nutrient in the surface ocean can be replenished from below, and on the rate of exchange of $CO_2$ between the atmosphere and the ocean. The simulations gave similar results: that the atmospheric reduction after 100 years of iron fertilisation would be less than 10% of total

atmospheric concentration in 2100 for the "Business as usual" and less than 20% for the "Constant emission" scenarios, as outlined in IPCC (1990).

With regard to the third question, all model simulations indicated significant reduction in oxygen concentrations below the surface layers of the Southern Ocean due to the remineralisation (oxidation by bacteria) of the increased rain of organic matter out of the euphotic layer. Fuhrman and Capone (1991) reviewed potential biogeochemical consequences of oceanic iron fertilisation, including changes in DMS production and possible consequences of widespread subsurface decrease in oxygen concentrations. In fact, in the 1993 iron enrichment study, Martin *et al.* (1994) observed a significant increase within the enriched patch in particulate DMSP (dimethyl sulphoniopropionate), the precursor to DMS (see Section 10.3.4). In addition, if oxygen concentrations were to become severely depleted, anoxic bacterial processes such as denitrification, sulphate reduction and methanogenesis could increase in importance. Denitrification would result in loss of nitrate, counteracting the fertilisation, and methanogenesis could lead to additional release from the oceans of another important greenhouse gas, methane ($CH_4$) (see Section 10.3.5.1). The formation and release of $N_2O$ to the atmosphere could be increased by the increased remineralisation of nitrogen compounds caused by the increased primary production resulting from the iron fertilisation. Using the fact that the per molecule Global Warming Potential for $N_2O$ is about 300 times that of $CO_2$ on the 20 to 100 year time horizon (IPCC, 1994), and the results of the model simulations by Joos *et al.* (1991), Sarmiento and Orr (1991) and Fuhrman and Capone (1991) concluded that increased release of $N_2O$ could offset the effect of a significant fraction of the removal of atmospheric $CO_2$ by iron fertilisation.

In summary, there is mounting evidence, from both the palaeorecord and contemporary studies that iron can enhance phytoplankton production where macro-nutrients are present in excess. However, it is clear from all the studies conducted to date, both experimental and model simulations, that iron fertilisation is not a feasible mitigation tool, given our current knowledge of the potential ramifications of such a procedure. Fertilisation of the ocean with iron or nitrates through inputs from increased land runoff and atmospheric deposition can lead to eutrophication or increased biological production. Increased remineralisation of organic materials can increase the production of $N_2O$, and in low oxygen environments (especially on continental shelves) can promote denitrification and thus the release of $N_2$ and $CH_4$

to the atmosphere. Removing nitrogen from the shelves can also reduce phytoplankton production and the sequestering of carbon. All three processes represent potential positive feedbacks to the climate system.

### 10.3.4 DMS Production and Possible Changes to Cloud Condensation Nuclei

DMS is the dominant volatile sulphur-containing compound in the oceans and the major natural source of sulphur to the atmosphere (Bates *et al.*, 1992; Liss and Galloway, 1993). Rough global estimates suggest that DMS emissions to the atmosphere are approximately 25 TgS/yr, compared with estimates of sulphate (from sulphur dioxide) of 10 TgS/yr from volcanoes and 75 TgS/yr from fossil fuels. Sulphur emissions in the Southern Hemisphere are clearly dominated by oceanic DMS. When ventilated to the atmosphere, DMS is oxidised to produce aerosol particles which affect the radiative properties of marine stratus clouds and thereby affect climate (Charlson *et al.*, 1987). Although the magnitude of this effect is highly uncertain, Charlson *et al.* calculated that a 30% increase in the number of particles serving as cloud condensation nuclei (CCN) in marine stratiform clouds would decrease the global-average surface temperature of the Earth by 1.3°C. Correlations between DMS and CCN have been observed (Ayers and Gras, 1991; Hegg *et al.*, 1991; Andreae *et al.*, 1995), although the processes controlling the formation and growth of particles in the marine boundary layer are still controversial. Furthermore, Boers *et al.* (1994) observed significant in-phase coherence in the seasonal cycles between 7-year records of marine boundary layer CCN concentrations and satellite-derived cloud optical depth in the vicinity of an open ocean Southern Hemisphere observing station. Quantifying these processes is a major focus of the Aerosol Characterisation Experiments (ACE) of the International Global Atmospheric Chemistry (IGAC) Program.

A key factor in this natural sulphur/aerosol/climate system is the air-sea exchange of DMS which is a function of the surface sea water DMS concentration. Unfortunately, the factors controlling oceanic DMS concentrations and the parameters needed to model these concentrations are not well characterised. Ice core measurements of the atmospheric DMS oxidation product, methane sulphonate (MSA), suggest that DMS emissions (and presumably oceanic DMS concentrations) may have changed by a factor of 6 between glacial and interglacial times (Legrand *et al.*, 1991). Seasonal studies of oceanic DMS concentrations have shown that average surface sea water DMS concentrations can vary by as much as a factor

of 50 between summer and winter in the mid- and high latitudes. On large regional and temporal scales, DMS concentrations have been correlated with sea water chlorophyll concentrations, but in general, oceanic DMS distributions are poorly correlated with phytoplankton production or biomass (Holligan *et al.*, 1987; Andreae, 1990; Leck *et al.*, 1990). Part of the difficulty in establishing these correlations is that the production of the DMS precursor, dimethyl sulphoniopropionate (DMSP), is highly species specific. Prymnesiophytes, including coccolithophorids and Phaeocystis, and some dinoflagellates produce orders of magnitude more DMSP per cell than other algae such as diatoms (Keller, 1991; Liss *et al.*, 1994). Thus, blooms of coccolithophorids in the relatively nutrient-poor open ocean can produce extremely high concentrations of DMSP (Malin *et al.*, 1993) as does *Phaeocystis* in nutrient-rich polar and some coastal waters (Turner *et al.*, 1988). Another complicating factor in modelling DMS concentrations is that the conversion of DMSP to DMS is often associated with the decline of a phytoplankton bloom during the senescence phase or during active zooplankton grazing as opposed to the active growth phase (Dacey and Wakeham, 1986; Turner *et al.*, 1988; Leck *et al.*, 1990). Furthermore, DMS is only one product of DMSP and the percentage conversion to DMS is dependent on the plankton cell density (Wolfe *et al.*, 1994). The production of DMS in surface sea water is therefore a strong function of the species composition, the total biomass and the local trophic structure. Processes which affect these biological parameters such as eutrophication, enhanced UV-B radiation or changing temperature will potentially affect the concentration of DMS and its subsequent flux to the atmosphere.

DMS is removed from sea water by various physical, chemical and biological pathways (Figure 10.7). Kiene and Bates (1990) and Bates *et al.* (1994) have shown that in tropical and temperate waters of the Pacific, DMS removal is principally by biological processes with microbial consumption removing DMS more than ten times faster than atmospheric ventilation. Thus it appears that DMS concentrations are intimately linked to both the structure and level of activity of the microbial food web (Belviso *et al.*, 1990). If bacterial activities are being substantially inhibited by present levels of UV radiation (see Section 10.3.6), attention needs to be given to the impact of UV-B not only on the organisms that produce DMS and its precursor, but also on those other organisms involved,



**Figure 10.7:** The marine biogeochemical cycle of DMS (dimethyl sulphide): production of DMSP (dimethyl sulphoniopropionate) by phytoplankton, transformation by bacteria to DMS and by bacteria or photo-oxidation to DMSO (dimethyl sulphoxide), and alternative utilisation pathways that may influence the quantity of DMS lost to the atmosphere. From Malin *et al.* (1992).

directly and indirectly in its utilisation. In addition, another fate of DMS in sea water is photochemical oxidation (Brimblecombe and Shooter, 1986). The extent to which an increase in UV-B flux changes the rate of photochemical degradation of DMS is yet to be ascertained. From these data it is apparent that reliable parametrizations of surface oceanic DMS concentrations will require a better understanding of the processes involved in the cycling of sulphur in the upper water column. It remains to be resolved how changes in climate will affect this cycle and the exchange of DMS with the atmosphere. Furthermore, in the Northern Hemisphere the much larger change in atmospheric aerosols from human activities will make climate-related changes in natural DMS outgassing difficult to detect.

In summary, the link between DMS production by phytoplankton and increased cloud condensation nuclei is reasonably well established. However, the biological and chemical processes in the ocean and the chemical processes in the atmosphere are complex, and are only sufficiently well understood to allow their parametrization for incorporation into preliminary models (Gabric *et al.* 1993).

### 10.3.5 Marine Biota and Other Greenhouse Gases
#### 10.3.5.1 Methane
Although the concentration of methane in the atmosphere is well documented, the magnitudes of its sources and sinks and the processes involved are poorly understood. The annual input from the oceans to the atmosphere is of order 10 Tg/yr, representing about 2% of all sources (IPCC, 1994). Although Bange *et al.* (1994) estimated that ~75% of the oceanic outgassing of methane comes from the continental shelves where environmental change is greatest, it is unlikely that changes in marine biota could alter the oceanic (net) contribution by more than a few Tg/yr, or less than 1% of the total amount emitted to the atmosphere annually.

#### 10.3.5.2 Nitrous oxide
The atmospheric concentration of nitrous oxide ($N_2O$) in 1992 was 311 ppbv, increasing by around 0.25%/yr. Sources of atmospheric $N_2O$ and estimates of annual emissions are very uncertain. It is thought that the oceans contribute about 3 Tg/yr to a total annual input of around 15 Tg/yr (IPCC, 1994). Production of $N_2O$ in the sea occurs during remineralisation/oxidation of organic matter in intermediate layers and at sediment interfaces (e.g., Elkins *et al.*, 1978; Cohen and Gordon, 1979; Codispoti and Christensen, 1985; Law and Owens, 1990; Naqvi and Noronha, 1991; Christensen, 1994).

#### 10.3.5.3 Other trace gases
Carbon monoxide, organic carbonyl sulphide (OCS) and non-methane hydrocarbons (NMHCs) appear indirectly linked to marine productivity, but the main mechanism of their production is photochemical breakdown of dissolved organic matter (DOM) in surface waters (e.g., Ratte *et al.*, 1993; Bates *et al.*, 1995; Weiss *et al.*, 1995). Photochemical production of trace gases in the surface ocean influences their ocean to atmosphere flux. Carbon monoxide is an important atmospheric constituent because its reaction with the hydroxyl radical (OH) may control OH concentration and thus influence global biogeochemical processes. Oxidation of NMHCs may also influence OH concentrations in the atmosphere. OCS is a precursor of stratospheric sulphate aerosols and is thus likely to participate in heterogeneous reactions related to ozone depletion. The influence of enhanced UV-B exposure on the concentrations of these trace chemical species has received very little attention.

Organo-halogen gases, such as bromoform and methyl halides, formed by biological and/or photochemical processes in the oceans may have a significant effect on the oxidising capacity of the atmosphere, following their emission from sea water. For example, the decreases in tropospheric ozone concentrations observed at Arctic polar sunrise have been attributed to destruction of ozone by bromine species arising from marine-produced organo-bromine compounds (Barrie *et al.*, 1988). How such sea-to-air fluxes might change under an altered climate is hard to assess, particularly in view of our lack of understanding of the processes by which these gases are formed in the oceans and broken down in the atmosphere.

### 10.3.6 Effect of UV-B on Marine Plankton with Potential Feedback to Climate
Over the millennia, equilibrium has been reached between incident sunlight, its natural variability and the components of the marine ecosystem. Altering this balance by suddenly (on evolutionary time-scales) depleting stratospheric ozone can have serious consequences for the organisms and their activities. Concern has been expressed that any diminution in marine primary production may lead to a positive feedback with respect to atmospheric $CO_2$ that would exacerbate the greenhouse effect. That exposure to UV-B decreases primary productivity and inhibits growth of marine microorganisms has been well documented (e.g., Cullen and Lesser, 1991; Cullen *et al.*, 1992). Also it has been found that there are substantial differences between species in their response to UV-B exposure indicating the possibility of shifts in community structure which has

consequences for both foodweb dynamics and biogeochemical cycles. Marine organisms employ a range of responses and adaptations to minimise their UV-B exposure. These include the synthesis of photoprotective pigments, DNA repair mechanisms, and avoidance mechanisms (Karentz, 1994). The linkages between, and consequences of, increased UV-B exposure and biogeochemical reactions are at present only poorly known and in obvious need of investigation (Marchant, 1994).

Inhibition of phytoplanktonic photosynthesis results from exposure to UV-A (wavelengths 320-400 nm) and PAR (photosynthetically available radiation: 400-700 nm) as well as UV-B. Helbling *et al.* (1992) reported that UV-A was responsible for over 50% of the photo-inhibition, with wavelengths shorter than 305 nm accounting for 15-20% of the inhibition. The action spectrum, or biological weighting function of UV inhibition of photosynthesis, varies with both the absolute amount and the ratio of UV-B:UV-A + PAR but not UV:PAR (Neale *et al.*, 1994). Tropical phytoplankton exhibit substantially higher resistance to UV exposure than Antarctic organisms. However, phytoplankton from below the mixed layer in Antarctic waters appear to be more tolerant of solar radiation than organisms from below the mixed layer in tropical waters. This is likely to be due to the relative instability and deeper mixing in the Southern Ocean and the photo-adaptive processes of these organisms from surface waters. Vertical mixing plays a crucial role in mitigating photo-inhibition and UV-B exposure.

UV-B radiation penetrates to ecologically significant depths of the ocean, i.e., 10% of surface UV radiation can penetrate to depths of 5 to 25 m (Smith and Baker, 1989). Incubations of phytoplankton under both natural and laboratory sources of UV-B radiation result in species-specific reduced productivity, growth and reproduction, nitrogen metabolism and motility. As a consequence, changes in community structure favouring those organisms that are more tolerant of UV would be expected. A better understanding of the nature and magnitude of these changes requires further work to elucidate the photobiology of key species. In addition, the eggs and larval stages of invertebrates and fish have been shown to be sensitive to UV-B exposure (Hunter *et al.*, 1981; Damkaer and Dey, 1983).

Over the last decade our understanding of the importance of bacteria in marine processes has developed dramatically. It is now recognised that these highly abundant organisms play a pivotal role in biogeochemical pathways, in foodweb dynamics, and as well in such physical processes as light scattering and combining with trace metals (Cho and Azam,

1990; Simon *et al.*, 1992). However, only a few studies have been conducted on the effects of UV on bacteria, and much of the impact of solar UV exposure has been ascribed previously to UV-A. But recent investigations indicate a high sensitivity to UV over a broader wavelength band (Herndl *et al.*, 1993): a 30-minute exposure to solar UV-B resulted in a 40% reduction in bacterial activity in the top 5 m of coastal waters. Bacterial extracellular enzymic activity was inhibited by around 70%. Production of extracellular enzymes was reduced by UV-B exposure, but photolysis of these enzymes in solution accounted for the largest diminution of activity.

Most of the work on the impacts of UV-B on natural systems has concentrated on living organisms with only relatively few studies on the effect of UV photolysis on dissolved organic and inorganic material. Oceanic DOC is one of the largest reservoirs of carbon on Earth; yet the processes regulating the cycling of this material are not well understood. It is estimated that some 15% of marine DOC exists as humic substances, assumed to be slowly degradable macromolecules. However, the bulk of oceanic DOC appears to be comprised of small molecules (molecular weight less than 1000 daltons), relatively unavailable to microorganisms (Amon and Benner, 1994). Aquatic refractory macromolecules can be photochemically degraded by sunlight into biologically labile compounds (Kieber *et al.*, 1989). Mopper *et al.* (1991) proposed that such photochemical degradation is the rate limiting step for the removal of a large fraction of oceanic DOC, and it is assumed that this will increase under increased solar UV-B flux. Recently, this has lead to heightened interest in this phenomenon, although the implications of such photochemical degradation of organic matter in sea water had been discussed in the late 1970s (Duursma and Dawson, 1981, and papers therein). One of the difficulties in extrapolating trends from the work done to date in the world ocean is the different nature of the DOC pools investigated. Several studies have concentrated on coastal waters where terrestrially derived organic matter may be more susceptible to photodegradation than purely marine DOC (Moran and Hodson, 1994). Others have worked on samples from deep or oligotrophic waters, and Mopper *et al.* (1991) proposed that the photodegradable fraction of the DOC might originate from sediment porewater. Data from productive surface waters are lacking, which is surprising considering the greatest amount of oceanic DOC is produced by planktonic organisms in this UV-influenced layer. Thomas and Lara (1995) have shown that algal-derived DOC is resistant to naturally occurring levels of UV radiation. This finding cautions against the extrapolation of

*Marine Biotic Responses*

photodegradation of poorly characterised, mixed DOC pools to estimates of oceanic carbon budgets. Bacteria are the principal consumers of labile DOC. Increased substrate concentrations could plausibly sustain higher bacterial activity, leading to accelerated nutrient remineralisation. However, as previously mentioned, elevated UV-B levels may also inhibit bacterial activity, resulting in a net accumulation of labile dissolved organic matter in surface waters. It is also possible that certain photolytic products have a toxic or adverse ecophysiological effect on organisms (McKnight *et al.*, 1990). Although photochemical degradation of DOC dominates present thinking, photoreactions may even have an opposite effect, playing a role in the production of refractory compounds (Lee and Henrichs, 1993). It is clearly premature to adopt the scenario of increased UV-B flux causing higher concentrations of labile substrates, with subsequent increased bacterial respiration leading to enhanced production of $CO_2$.

Thus we know that bacteria and phytoplankton can be damaged by UV-B exposure and that because of the differential response of various species to UV, community structure may be altered. We do not know yet if these changes will significantly alter exchanges of radiatively active gases with the atmosphere. Furthermore, if there are changes, it is not clear whether they will be of global consequence. At present it is unclear what the effects of a change in global temperature would be on ozone depletion and increased UV-B radiation, but Austin *et al.* (1992) predicted the regular formation of Arctic ozone holes as a consequence of stratospheric cooling.

In summary, solar UV-B has increased due to stratospheric ozone depletion. Species-specific sensitivity to UV-B by phytoplankton could lead to widespread shifts in community structure with possible changes in the ability for high latitude ecosystems to sequester carbon. UV-B inhibits marine bacterial activity and has differing effects on DOC derived from different sources, both factors that could lead to significant alteration of ecosystem structure.

## 10.4 The State of Biogeochemical Ocean Modelling

If we are to perform realistic projections of the possible responses (and feedbacks) of the coupled land-atmosphere-ocean system to climate variation and environmental change over the next 50 to 100 years, then it is clear that coupled time-dependent GCMs of these systems will play a key role in formulation of these projections. At present, published results exist for model simulations with coupled atmosphere-ocean models forced by an atmospheric $CO_2$

concentration of 2 or 4 times the pre-industrial value (see Chapters 5 and 6).

These coupled ocean-atmosphere models include only the physical climate system. The chemistry and biology of $CO_2$, $CaCO_3$, $N_2O$, DMS and other radiatively-active gases that may alter the efficacy of the greenhouse effect or the concentration of atmospheric aerosols are not included explicitly in these coupled models. $CO_2$ is included only in terms of how its atmospheric concentration alters the strength of the greenhouse effect. The ocean carbon cycle and how it affects the $CO_2$ partial pressure difference across the air-sea boundary, and hence the air-sea transfer, is not included. Feedback effects, such as how increasing temperatures will affect the partial pressures of $CO_2$ in the atmosphere and the ocean, and hence the air-sea fluxes, are also yet to be included. Initial box models were successful at demonstrating the probable role of increased high latitude ocean primary production in reducing the atmospheric $CO_2$ concentrations during glacial periods (Knox and McElroy, 1984; Sarmiento and Toggweiler, 1984; and Siegenthaler and Wenk, 1984). At present geochemical cycles have been simulated in 2- and 3-dimensional ocean GCMs (e.g., Maier-Reimer, 1993; Drange, 1994; Stocker *et al.*, 1994), and no doubt initial simulations with coupled models that include active geochemical cycling are now being undertaken. It is likely that contemporary limitations on computing power will limit sensitivity studies. This will constrain the rate of progress in developing coupled models that will reproduce an "equilibrium" climate not just of the physical cycles but also of the biogeochemical cycles. Most present climate GCMs do not include continental margins or their processes. These models predict that the largest physical changes will occur around the model boundaries in some basins (e.g., the North Atlantic). The effect of these changes on biological processes related to global greenhouse gas fluxes and aerosol concentrations needs to be elucidated. We need to acquire sufficient understanding of the processes that control the vertical fluxes of climate-related gases and biogenic particulates (e.g., Erickson, 1993), and to develop improved models of the upper ocean and its upper and lower boundaries for inclusion in the future development of multi-disciplinary coupled ocean-atmosphere models. At present we do not know enough about the processes governing the production, degradation and sources of light-sensitive compounds in the upper ocean, in particular DOC and DMS, to parameterize their behaviour in these models.

The availability of models for assessment of climate change effects on marine biotic systems is limited to box

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 328 of 421

models of various levels of sophistication (e.g., Shaffer, 1993; Christensen, 1994; Shaffer and Sarmiento, 1995). Models for investigating marine ecosystems have focused on understanding or identifying important processes, that is they are process-oriented models. The majority of the existing models consider interactions between circulation and a truncated form of the marine ecosystem. The circulation component of these models ranges from simple prescribed conditions (e.g., Fasham *et al.*, 1990) to large-scale primitive equation general circulation models (e.g., Sarmiento *et al.*, 1993; Fasham *et al.*, 1993). The marine ecosystem representations are generally in terms of aggregate dynamics, e.g., single terms representing all phytoplankton or all zooplankton (Wroblewski, 1977; Wroblewski *et al.*, 1988). However, some attempts have been made to include realistic size- or stage-structured phytoplankton and zooplankton population dynamics (Hofmann, 1988; Moloney and Field, 1991).

The current generation of models that have been constructed to consider biogeochemical cycling in the ocean are limited in application by the inability to prescribe adequately the temporal and spatial variation in the parametrizations of biological processes known to exist over scales of more than a few days and more than tens of kilometres. Consequently, most of the models consider regional processes and have been focused on understanding short-term episodic events such as coastal upwelling. The few attempts at larger scale applications (North Atlantic basin) have shown that the solutions degrade over time due to inadequate representation of the marine ecosystem and deficiencies in the simulated circulation and mixing patterns (Sarmiento *et al.*, 1993: Slater *et al.*, 1993). Efforts are now being focused on developing algorithms and parametrizations for biological processes such that they are valid over larger regions and over longer time-scales (Evans and Fasham, 1993). In addition, circulation models are usually constructed to aid in understanding ocean circulation dynamics: thus, the horizontal and vertical resolution of these models is usually not adequate for biogeochemical modelling needs. Also, circulation models often lack dynamics, such as mixed-layer circulation, that are important in regulating the flux of biogeochemical properties. Future advances in modelling of climate effects on marine systems will require that the circulation and biogeochemical models be developed together.

Perhaps the strongest limitation at present is the lack of data that are adequate to formulate, calibrate and evaluate marine climate effects models. This limitation has been recognised for marine modelling in general and marine ecosystem modelling in particular (GLOBEC, 1993a, b).

The need for multi-disciplinary data sets has led to proposals to develop integrated multi-platform data acquisition systems (Dickey, 1991). This in turn has prompted the development of marine ecosystem and circulation models that are capable of assimilation of a wide range of data sets. Unified modelling and observational efforts are critical for efficient model use and advancement of interdisciplinary research, such as that required for addressing questions of climate change responses and feedbacks.

As a final note of caution, in the ocean many algae, bacteria, viruses, protozoa and metazoa interact with the physico-chemical environment and with each other. There are interspecific differences both in responses to environmental conditions and in specific biogeochemical effects. It is from this almost infinite multiplicity of connections that the climatic role of the marine biota emerges. A further complication is that these interactions may span a range of time-scales from millisecond to millennia and beyond, as climate change affects the molecular biological constitution of the marine biota, and this in turn feeds back on climate. For an adequate understanding of the climate system these fundamental aspects cannot be ignored. The fact that the present models oversimplify the issue by emphasising bulk effects and responses of the marine biota further illustrates our limited understanding of the climate system. However, new generations of biogeochemical climate models are being developed, providing a more satisfactory representation of the diversity and operational range of the marine biota (e.g., Westbroek *et al.*, 1993).

In summary, coupled ocean-atmosphere models used for climate change projections do not presently contain any marine biogeochemical processes. However, component biogeochemical models are rapidly improving, and they will be incorporated into coupled ocean-atmosphere models over the next few years, as dictated by available computing power. The extent to which they can adequately simulate the complexities of the marine ecosystem will ultimately be determined by the availability of observations required for parameter estimation.

## References

**Altabet, M.A.**, R. Francois, D.W. Murray and W.L. Prell. 1995: Climate-related variations in denitrification in the Arabian Sea from sediment $^{15}N/^{14}N$ ratios. *Nature*, **373**, 506–509.

**Amon, R.M.W.** and R. Benner, 1994: Rapid cycling of high molecular weight dissolved organic matter in the ocean. *Nature*, **369**, 549–552.

*Marine Biotic Responses*

**Anderson**, L.A. and J.L. Sarmiento, 1994: Redfield ratios of remineralization determined by nutrient data analysis. *Global Biogeochem. Cycles*, **8**, 65–80.

**Andreae**, M.O., 1990: Ocean-atmosphere interactions in the global biogeochemical sulfur cycle. *Mar. Chem.*, **30**, 1–29.

**Andreae**, M.O., W. Elbert and S.J. deMora, 1995: Biogenic sulfur emissions and aerosols over the tropical south Atlantic, 3: atmospheric dimethylsulfide, aerosols and cloud condensation nuclei. *J. Geophys. Res.*, **100**, 1133–11356.

**Archer**, D. and E. Maier-Reimer, 1994: Effect of deep-sea sedimentary calcite preservation on atmospheric $CO_2$ concentration. *Nature*, **367**, 260–263.

**Atkinson**, L.P., 1977: Modes of Gulf Stream intrusion into the South Atlantic Bight shelf waters. *Geophys. Res. Lett.*, **4**, 583–586.

**Austin**, J., N. Butchart and K.P. Shine, 1992: Possibility of an Arctic ozone hole in a doubled-$CO_2$ climate. *Nature*, **360**, 221–225.

**Ayers**, G.P. and J.L. Gras, 1991: Seasonal relationships between cloud condensation nuclei and aerosol methanesulphonate in marine air. *Nature*, **353**, 834–835.

**Bacastow**, R. and E. Maier-Reimer, 1991: Dissolved organic carbon in modeling oceanic new production. *Global Biogeochem. Cycles*, **5**, 71–85.

**Bakun**, A., 1990: Global climate change and intensification of coastal ocean upwelling. *Science*, **247**, 198–201.

**Bange**, H.W., U.H. Bartell, S. Rapsomanikis and M.O. Andreae, 1994: Methane in the Baltic and North Seas and a reassessment of the marine emissions of methane. *Global Biogeochem. Cycles*, **8**, 465–480.

**Banse**, K., 1991: Rates of phytoplankton cell division in the field and in iron enrichment experiments. *Limnol. Oceanogr.*, **36**, 1886–1898.

**Banse**, K., 1994: Uptake of inorganic carbon and nitrate by marine plankton and the Redfield ratio. *Global Biogeochem. Cycles*, **8**, 81–84.

**Barrie**, L.A., J.W. Bottenheim, R.C. Schnell, P.J. Crutzen and R.A. Rasmussen, 1988: Ozone destruction and photochemical reactions at polar sunrise in the lower Arctic atmosphere. *Nature*, **334**, 138–141.

**Barry**, J.P., C.H. Baxter, R.D. Sagarin and S.E. Gilman, 1995: Climate-related, long-term faunal changes in a California rocky intertidal community. *Science*, **267**, 672-675.

**Bates**, T.S., B. K. Lamb, A.B. Guenther, J. Dignon and R.E. Stoiber, 1992: Sulfur emissions to the atmosphere from natural sources. *J. Atmos. Chem.*, **14**, 315–337.

**Bates**, T.S., R.P. Kiene, G.V. Wolfe, P.A. Matrai, F.P. Chavez, K.R. Buck, B.W. Blomquist and R.L. Cuhel, 1994: The cycling of sulfur in surface seawater of the northeast Pacific. *J. Geophys. Res.*, **99**, 7835–7843.

**Bates**, T. S., K.C. Kelly, J.E. Johnson and R.H. Gammon, 1995: Regional and seasonal variations in the flux of oceanic carbon monoxide to the atmosphere. *J. Geophys. Res.*, **100**, 23093–23101.

**Belviso**, S., S.K. Kim, F. Rassoulzadegan, B. Krajka, B.C. Nguyen, N. Mihalopoulos and P. Buat-Menard, 1990: Production of dimethylsulfonium propionate (DMSP) and dimethylsulfide (DMS) by a microbial food web. *Limnol. Oceanogr.*, **35**, 1810–1821.

**Berger**, W.H., 1982: Increase of carbon dioxide in the atmosphere during deglaciation: The coral reef hypothesis. *Naturwissenschaften*, **69**, 87–88.

**Berger**, W.H., 1989: Global maps of ocean productivity. In: *Productivity of the Ocean: Present and Past*, W.H. Berger, V.S. Smetacek, and G. Wefer (eds.), John Wiley and Sons, Chichester, pp. 429–455.

**Berger**, W.H. and G. Wefer, 1991: Productivity of the glacial ocean: Discussion of the iron hypothesis. *Limnol. Oceanogr.*, **36**, 1899–1918.

**Berner**, R.A., 1982: Burial of organic carbon and pyrite sulphur in the modern ocean: its geochemical and environmental significance. *Am. J. Sci.*, **282**, 451–473.

**Biscaye**, P.E., C.N. Flagg and P.G. Falkowski, 1994: The Shelf-Edge Exchange Processes experiment, SEEP-II: an introduction to hypotheses, results and conclusions. *Deep-Sea Res. II*, **41**, 231–252.

**Boers**, R., G.P. Ayers and J.L. Gras, 1994: Coherence between seasonal variation in satellite-derived cloud optical depth and boundary layer CCN concentrations at a Mid-latitude Southern Hemisphere station. *Tellus*, **46B**, 123–131.

**Boyle**, E.A., 1988: The role of vertical chemical fractionation in controlling late Quaternary atmospheric carbon dioxide. *J. Geophys. Res.*, **93**, 15701–15714.

**Brimblecombe**, P. and D. Shooter, 1986: Photo-oxidation of dimethylsulfide in aqueous solution. *Mar. Chem.*, **19**, 343–353.

**Brodeur**, R.D. and D.M. Ware, 1992: Long-term variability in zooplankton biomass in the subarctic Pacific Ocean. *Fish. Oceanogr.*, **1**, 32–38.

**Broecker**, W.S., 1982: Ocean chemistry during glacial time. *Geochimica et Cosmochimica Acta*, **46**, 1689–1705.

**Broecker**, W.S., 1991: The Great Ocean Conveyor. *Oceanography*, **4**, 79–89.

**Broecker**, W.S. and T-H. Peng, 1982: *Tracers in the Sea*. Lamont-Doherty Geological Observatory, Columbia University.

**Calvert**, S.E. and T.F. Pedersen, 1992: Organic carbon accumulation and preservation in marine sediments: How important is anoxia? In: *Productivity, Accumulation and Preservation of Organic Matter in Recent and Ancient Sediments*, J.K. Whelan and J.W. Farrington (eds.), Columbia University Press, New York, pp. 231–263.

**Carlson**, C.A. and H.W. Ducklow, 1995: Dissolved organic carbon in the upper ocean of the central Equatorial Pacific, 1992: Daily and finescale vertical variations. *Deep-Sea Res. II*, **42**, 639–656.

**Carlson**, C.A., H.W. Ducklow and A.F. Michaels, 1994: Annual flux of dissolved organic carbon from the euphotic zone in the northwestern Sargasso Sea. *Nature*, **371**, 405–408.

**Carpenter**, E.J. and K. Romans, 1991: Major role of the *Cyanobacterium Trichodesmium* in nutrient cycling in the North Atlantic Ocean. *Science*, **254**, 1356–1358.

**Charlson**, R.J., J.E. Lovelock, M.O. Andreae and S.G. Warren, 1987: Oceanic phytoplankton, atmospheric sulfur, cloud albedo and climate. *Nature*, **326**, 655–661.

**Cho**, B.C. and F. Azam, 1990: Biogeochemical significance of bacterial biomass in the ocean's euphotic zone. *Marine Ecology Progress Series*, **63**, 253–259.

**Christensen**, J.P., 1994: Carbon export from continental shelves, denitrification and atmospheric carbon dioxide. *Continental Shelf Research*, **14**, 547–576.

**Codispoti**, L.A. and J.P. Christensen, 1985: Nitrification, denitrification and nitrous oxide cycling in the eastern tropical South Pacific Ocean. *Mar. Chem.*, **16**, 277–300.

**Cohen**, Y. and L.I. Gordon, 1979: Nitrous oxide production in the ocean. *J. Geophys. Res.*, **84**, 347–353.

**Cullen**, J.J. and M.P. Lesser, 1991: Inhibition of photosynthesis by ultraviolet radiation as a function of dose and dosage rate: results for a marine diatom. *Mar. Biol.*, **111**, 183–190.

**Cullen**, J.J., P.J. Neale and M.P. Lesser, 1992: Biological weighting function for the inhibition of phytoplankton photosynthesis by ultraviolet radiation. *Science*, **258**, 646–650.

**Dacey**, J.W.H. and S.G. Wakeham, 1986: Oceanic dimethylsulfide: production during zooplankton grazing on phytoplankton. *Science*, **233**, 1314–1316.

**Damkaer**, D.M. and D.B. Dey, 1983: UV damage and photoreactivation potentials of larval shrimp *Pandalus platyceros* and adult euphausiids *Thysanoessa raschii*. *Oecologia*, **60**, 169–175.

**Dansgaard**, W., S.J. Johnsen, H.B. Clausen, D. Dahl-Jensen, N.S. Gundestrup, C.U. Hammer, C.S. Hvidberg, J.P. Steffensen, A.E. SveinbjÖrnsdottir, J. Jouzel and G. Bond, 1993: Evidence for general instability of past climate from a 250-kyr ice-core record. *Nature*, **364**, 218–220.

**de Baar**, H.J., J.T. de Jong, D.C. Bakker, B.M. Loscher, C. Veth, U. Bathmann and V. Smetacek, 1995: Importance of iron for plankton blooms and carbon dioxide drawdown in the Southern Ocean. *Nature*, **373**, 412–415.

**Denman**, K.L., 1993: The ocean carbon cycle and climate change: an analysis of interconnected scales. In: *Patch Dynamics*, S.A. Levin, T.M. Rowell and J.H. Steele (eds.), Springer Verlag, Berlin, pp. 213, 223.

**Denman**, K.L. and A.E. Gargett, 1995: Biological-physical interactions in the upper ocean: the role of vertical and small scale transport processes. *Annual Reviews of Fluid Mechanics*, **27**, 225–255.

**Dickey**, T.D., 1991: The emergence of concurrent high-resolution physical and bio-optical measurements in the upper ocean and their applications. *Reviews of Geophysics*, **29**, 383–413.

**Drange**, H., 1994: An isopycnic coordinate carbon cycle model for the North Atlantic; and the possibility of disposing of fossil fuel $CO_2$ in the ocean. Dr. Scient. Thesis, Department of Mathematics and Nansen Environmental and Remote Sensing Center, University of Bergen, Norway, 286 p.

**Duce**, R.A. and N.W. Tindale, 1991: Atmospheric transport of iron and its deposition in the ocean. *Limnol. Oceanogr.*, **36**, 1715–1726.

**Duce**, R.A., P.S. Liss, J.T. Merril, E.L. Atlas, P. Buat-Menard, B.B. Hicks, J.M. Miller, J.M. Prospero, R. Arimoto, T.M. Church, W. Ellis, J.N. Galloway, L. Hansen, T.D. Jickells, A.H. Knap, K.H. Reinhardt, B. Schneider, A. Soudine, J.J. Tokos, S. Tsunogai, R. Wollast and M. Zhou, 1991: The atmospheric input of trace species to the world ocean. *Global Biogeochem. Cycles*, **5**, 193–259.

**Ducklow**, H.W, 1995: Ocean biogeochemical fluxes: new production and export of organic matter from the upper ocean. *Reviews of Geophysics*, **33**, Supplement, 1271–1276.

**Duursma**, E.K. and R. Dawson (eds.), 1981: Marine organic chemistry. Evolution, composition, interactions and chemistry of organic matter in seawater. *Elsevier Oceanography Series*, **31**, 521

**Eicken**, H. 1992: The role of sea ice in structuring Antarctic ecosystems. *Polar Biology*, **12**, 3–13.

**Elkins**, J.W., S.C. Wofsy, M.B. McElroy, C.E. Kolb and W.A. Kaplan, 1978: Aquatic sources and sinks for nitrous oxide. *Nature*, **275**, 602–606.

**Eppley**, R.W., 1972: Temperature and phytoplankton growth in the sea. *Fishery Bulletin*, **70**, 1063–1085.

**Eppley**, R.W. and B.J. Peterson, 1979: Particulate organic matter flux and planktonic new production in the deep ocean. *Nature*, **282**, 677–680.

**Erickson**, D.J., 1993: A stability dependent theory for air-sea gas exchange. *J. Geophys. Res.*, **98**, 8471–8488.

**Evans**, G.T. and M.J. Fasham, 1993: Themes in modelling ocean biogeochemical processes. In: *Towards a Model of Ocean Biogeochemical Processes*, G.T. Evans and M.J. Fasham (eds.), Springer-Verlag, Berlin, pp. 1–19.

**Fasham**, M.J.R., H.W. Ducklow and S.M. McKelvie, 1990: A nitrogen-based model of plankton dynamics in the oceanic mixed layer. *J. Mar. Res.*, **35**, 357–394.

**Fasham**, M.J.R., J.L. Sarmiento, R.D. Slater, H.W. Ducklow and R. Williams, 1993: Ecosystem behavior at Bermuda Station "S" and Ocean Weather Station "India": a general circulation model and observational analysis. *Global Biogeochem. Cycles*, **7**, 379–415.

**Fichefet**, T., S. Hovine and J.-C. Duplessy, 1994: A model study of the Atlantic thermohaline circulation during the last glacial maximum. *Nature*, **372**, 252–255.

**Frankignoulle**, M. and J.-P. Gattuso, 1993: Air-sea $CO_2$ exchanges in coastal ecosystems. In: *Interactions of C, N, P and S Biogeochemical Cycles and Global Change*, R. Wollast, F.T. Mackenzie and L. Chou (eds.), Springer-Verlag, Berlin, pp. 233–248.

**Frankignoulle**, M. and C. Canon, 1994: Marine calcification as a source of carbon dioxide: Positive feedback of increasing atmospheric $CO_2$. *Limnol. Oceanogr.*, **39**, 458–462.

512                                                                          *Marine Biotic Responses*

**Fuhrman**, J.A. and D.G. Capone, 1991: Possible biogeochemical consequences of ocean fertilization, *Limnol. Oceanogr.*, **36**, 1951–1959.

**Gabric**, A., N. Murray, L. Stone and M. Kohl, 1993: Modelling the production of dimethylsulfide during a phytoplankton bloom. *J. Geophys. Res.*, **98**, 22805–22816.

**Galloway**, J.N., W.H. Schlesinger, H. Levy II, A.F. Michaels, and J.L. Schnoor, 1995: Nitrogen fixation: Anthropogenic enhancement-environmental response. *Global Biogeochem. Cycles*, **9**, 235-252.

**GLOBEC**, 1993a: *Report of the first meeting of the international GLOBEC working group on Sampling and Observation Systems.* GLOBEC International Report No. 3.

**GLOBEC**, 1993b: *Report of the first meeting of the international GLOBEC working group on Numerical Modeling.* GLOBEC International Report No. 6, 60 pp.

**Gloersen**, P., 1995: Modulation of hemispheric sea-ice cover by ENSO events. *Nature*, **373**, 503–506.

**GRIP** Project Members, 1993: Climatic instability during the last interglacial period revealed in the Greenland summit ice-core. *Nature*, **364**, 203–207

**Harris**, G.P., F.B. Griffiths, L.A. Clementson, V. Lyne and H. Van der Doe, 1991: Seasonal and interannual variability in physical processes, nutrient cycling, and the structure of the food chain in Tasmanian shelf waters. *Journal of Plankton Research*, **13**, Suppl., 109–131.

**Hedges**, J.I. and R.G. Keil, 1995: Sedimentary organic matter preservation: an assessment and speculative synthesis. *Mar. Chem.*, **49**, 81–115.

**Hegg**, D.A., R.J. Ferek, P.V. Hobbs and L.F. Radke, 1991: Dimethyl sulfide and cloud condensation nucleus correlations in the Northeast Pacific Ocean. *J. Geophys. Res.* **96**, 13 189–13 191.

**Heinze**, C., E. Maier-Reimer and K. Winn, 1991: Glacial $pCO_2$ reduction by the world ocean: experiments with the Hamburg carbon cycle model. *Paleoceanography*, **6**, 395–430.

**Helbling**, E.W., V. Villifane, M. Ferrario and O. Holm-Hansen, 1992: Impact of natural ultraviolet radiation on rates of photosynthesis and on specific marine phytoplankton species. *Marine Ecology Progress Series*, **80**, 89–100.

**Herndl**, G.J., G. Muller-Niklas and J. Frick, 1993: Major role of ultraviolet-B in controlling bacterioplankton growth in the surface layer of the ocean. *Nature*, **361**, 717–719.

**Hofmann**, E.E., 1988: Plankton dynamics on the southeastern U.S. continental shelf. Part III. A coupled physical-biological model. *J. Mar. Res.*, **46**, 919–946.

**Holligan**, P.M., 1992: Do marine phytoplankton influence global climate? In: *Primary Productivity and Biogeochemical Cycles in the Sea*, P.G. Falkowski and A.D. Woodhead (eds.), Plenum, New York, pp. 487–501.

**Holligan**, P.M., S.M. Turner and P.S. Liss, 1987: Measurements of dimethyl sulphide in frontal regions, *Continental Shelf Research*, **7**, 213–224.

**Holligan**, P.M., E. Fernández, J. Aiken, W.M. Balch, P. Boyd, P.H. Burkill, M. Finch, S.B. Groom, G. Malin, K. Muller, D.A. Purdie, C. Robinson, C.C. Trees, S.M. Turner and P. van der Wal, 1993: A biogeochemical study of the coccolithophore, *Emiliania huxleyi*, in the North Atlantic. *Global Biogeochem. Cycles*, **7**, 879–900.

**Holser**, W.T., M. Schindlowski, F.T. MacKenzie and J.B. Maynard, 1988: Biogeochemical cycles of carbon and sulfur. In: *Chemical Cycles in the Evolution of the Earth*, C.B. Gregor, R.M. Garrels, F.T. MacKenzie and J.B. Maynard (eds.), John Wiley and Sons, New York, pp. 105–174.

**Honjo**, S. and S.J. Manganini, 1993: Annual biogenic particle fluxes to the interior of the North Atlantic Ocean; studied at 34°N 21°W and 48°N 21°W. *Deep-Sea Res. II*, **40**, 587–607.

**Hunter**, J.R., S.E.Kaup and J.H. Taylor, 1981: Effects of solar and artificial ultraviolet-B radiation on larval Northern Anchovy, *Engraulis mordax*. *Photochemistry and Photobiology*, **34**, 477–486.

**Huntley**, M. E. and C. Boyd, 1984: Food-limited growth of marine zooplankton. *American Naturalist*, **124**, 455–478.

**IPCC**, 1990: *Climate Change: The IPCC Scientific Assessment*, J.T. Houghton, G.J. Jenkins and J.J. Ephraums (eds.), Cambridge University Press, Cambridge, UK, 365 pp.

**IPCC**, 1994: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC 1S92 Emission Scenarios*, J.T. Houghton, L.G. Meira Filho, J. Bruce, Hoesung Lee, B. A. Callander, E.F. Haites, N. Harris and K. Maskell (eds.), Cambridge University Press, Cambridge, UK.

**IPCC WGH**, 1995: *Climate Change 1995-Impacts, Adaptations and Mitigations of Climate Change: Scientific-Technical Analyses: The Second Assessment Report of the Inter-Governmental Panel on Climate Change*, R.T. Watson, M.C. Zinyowera and R.H. Moss (eds.), Cambridge University Press, New York, USA.

**Ittekkot**, V., 1993: The abiotically driven biological pump in the ocean and short-term fluctuations in atmospheric $CO_2$ contents. *Global and Planetary Change*, **8**, 17–25.

**Jacka**, T.H. and W.F. Budd, 1991: Detection of temperature and sea ice extent changes in the Antarctic and Southern Ocean. In: *Proceedings of the International Conference on the Role of Polar Regions in Global Change*, G. Weller, C. L. Wilson and B.A.B Severin (eds.), Geophysical Institute, Fairbanks, pp. 63–70.

**Jenkins**, W.J. and J.C. Goldman, 1985: Seasonal oxygen cycling and primary production in the Sargasso Sea. *J. Mar. Res.*, **43**, 465–491.

**Joos**, F., J.L. Sarmiento and U. Siegenthaler, 1991: Estimates of the effect of Southern Ocean iron fertilization on atmospheric $CO_2$ concentrations. *Nature*, **349**, 772–775.

**Karentz**, D., 1994: Ultraviolet tolerance mechanisms in Antarctic marine organisms. In: *Ultraviolet Radiation in Antarctica: Measurements and Biological Effects*, C.S. Weiler and P. Penhale, (eds.), American Geophysical Union Antarctic Research Series, 62, pp. 93–110.

**Karl**, D.M., R. Leteller, D. Hebel, L. Tupas, J. Dore , J. Christian and C. Winn, 1995: Ecosystem changes in the North Pacific subtropical gyre attributed to the 1991-92 El Niño. *Nature*, **373**, 230–234.

**Karl**, D.M., J.R. Christian, J.E. Dore, D.V. Hebel, R.M. Letalier, L.M. Tupas and C.D. Winn, 1996, Seasonal and interannual variability in primary production and particle flux at station ALOHA. *Deep-Sea Res. I*, in press.

**Keller**, M.D., 1991: Dimethylsulfide production and marine phytoplankton: the importance of species composition and cell size. *Biol. Ocean.*, **6**, 375–382.

**Kempe**, S., 1993: Are coastal systems a source of $CO_2$ to the atmosphere? In: *Proceedings of the First IGBP/LOICZ Core Project Meeting*, T.S. Hopkins and C.A. Kinder (eds.), Department of Marine, Earth and Atmospheric Sciences, North Carolina State University, pp. 27–31.

**Kempe**, S. and K. Pegler, 1991: Sinks and sources of $CO_2$ in coastal waters. *Tellus*, **43B**, 224–235.

**Kieber**, D.J., J. McDaniel and K. Mopper, 1989: Photochemical source of biological substrates in seawater: implications for carbon cycling. *Nature*, **341**, 637–639.

**Kiene**, R.P. and T.S. Bates, 1990: Biological removal of dimethyl sulphide from sea water. *Nature*, **345**, 702–705.

**Knauer**, G.A., D.G. Redalje, W.G. Harrison and D.M. Karl, 1990: New production at the VERTEX time-series site. *Deep-Sea Research*, **37**, 1121–1134.

**Knox**, F. and M.B. McElroy, 1984: Changes in atmospheric $CO_2$: influence of the marine biota at high latitude. *J. Geophys. Res.*, **89**, 4629–4637.

**Kolber**, Z.S., R.T. Barber, K.H. Coale, S.E. Fitzwater, R.M. Greene, K.S. Johnson, S. Lindley and P.G. Falkowski, 1994: Iron limitation of phytoplankton photosynthesis in the equatorial Pacific Ocean. *Nature*, **371**, 145–149.

**Kurz**, K.D. and E. Maier-Reimer, 1993: Iron fertilization of the austral ocean – the Hamburg model assessment. *Global Biogeochem. Cycles*, **7**, 229–244.

**Law**, C.S. and N.J.P. Owens, 1990: Significant flux of atmospheric nitrous oxide from the northwest Indian Ocean. *Nature*, **346**, 826–828.

**Leck**, C., U. Larsson, L.E. Bagander, S. Johansson and S. Hajdu, 1990: Dimethylsulfide in the Baltic Sea: annual variability in relation to biological activity. *J. Geophys. Res.*, **95**, 3353–3364.

**Lee**, C. and S.M. Henrichs, 1993: How the nature of dissolved organic matter might affect the analysis of dissolved organic carbon. *Marine Chemistry*, **41**, 105–120.

**Legrand**, M., C. Feniet-Saigne, E.S. Saltzman, C. Germain, N.I. Barkov and V.N. Petrov, 1991: Ice-core record of oceanic emissions of dimethylsulphide during the last climate cycle. *Nature*, **350**, 144–146.

**Liss**, P.S. and J.N. Galloway, 1993: Air-sea exchange of sulphur and nitrogen and their interaction in the marine atmosphere. In: *Interactions of C, N, P and S Biogeochemical Cycles and Global Change*, R. Wollast, F.T. Mackenzie and L. Chou (eds.), Springer-Verlag, Berlin, pp. 259–281.

**Liss**, P.S., G. Malin, S.M. Turner and P.M. Holligan, 1994: Dimethyl sulphide and *Phaeocystis*: A review. *J. Marine Systems*, **5**, 41–53.

**Lizotte**, M.P. and C.W. Sullivan, 1992: Biochemical composition and photosynthate distribution in sea ice microalgae of McMurdo Sound, Antarctica: evidence for nutrient stress during the spring bloom. *Antarctic Science*, **4**, 23–30.

**Lohrenz**, S.E., G.A. Knauer, V.L. Asper, M. Tuel, A.F. Michaels and A.H. Knap, 1992: Seasonal and interannual variability in primary production and particle flux in the northwestern Sargasso Sea: U.S. JGOFS Bermuda Atlantic Time Series. *Deep-Sea Research*, **39**, 1373–1391.

**Longhurst**, A.R., 1991: Role of the marine biosphere in the global carbon cycle. *Limnol. and Oceanogr.*, **36**, 1507–1526.

**Longhurst**, A., S. Sathyendranath, T. Platt and C. Caverhill, 1995: An estimate of global primary production in the ocean from satellite radiometer data. *J. Plankton Res.*, **17**, 1245–1271.

**Luther**, M. E. and J.J. O'Brien, 1990: Variability in upwelling fields in the northwestern Indian Ocean 1. Model experiments for the past 18,000 years. *Paleoceanography*, **5**, 433–445.

**Lyle**, M., D.W. Murray, B.P. Finney, J. Dymond, J.M. Robbins and K. Brookforce, 1988: The record of late Pleistocene biogenic sedimentation in the eastern tropical Pacific Ocean. *Palaeoceanography*, **3**, 39–60.

**Maier-Reimer**, E., 1993: Geochemical cycles in an ocean general circulation model. Preindustrial tracer distributions. *Global Biogeochem. Cycles*, **7**, 645–677.

**Malin**, G., S.M. Turner and P.S. Liss, 1992: Sulfur: the plankton/climate connection. *J. Phycol.*, **28**, 590–597.

**Malin**, G., S. Turner, P. Liss, P. Holligan and D. Harbour, 1993: Production of dimethylsulfide and dimethylsulphonio-propionate in the north east Atlantic during the summer coccolithophore bloom, *Deep Sea Res. I*, **40**, 1487–1508.

**Marchant**, H.J., 1994: Biological impacts of seasonal ozone depletion. In: *Antarctic Science – Global Concerns*, Hempel, G. (ed.), Springer-Verlag, Berlin. pp. 95–109.

**Martin**, J., 1990: Glacial–interglacial $CO_2$ change: the iron hypothesis. *Paleoceanography*, **5**, 1–13.

**Martin**, J.H., K.H. Coale, K.S. Johnson, S.E. Fitzwater, R.M. Gordon, S.J. Tanner, C.N. Hunter, V. Elrod, J. Nowicki, T. Coley, R. Barber, S. Lindley, A. Watson, K. Van Scoy, C. Law, M. Liddicoat, R. Ling, T. Stanton, J. Stockel, C. Collins, A. Anderson, R. Bidigare, M. Ondrusek, M.M. Latasa, F. Millero, K. Lee, W. Yao, J. Zhang, G. Friederich, C. Sakamoto, F. Chavez, K. Buck, Z. Kolber, R. Greene, P. Falkowski, S. Chisholm, F. Hoge, B. Swift, S. Turner, P. Nightingale, P. Liss and N. Tindale, 1994: The iron hypothesis: Ecosystem tests in Equatorial Pacific waters. *Nature*, **371**, 123–129.

**McKnight**, D.M., P. Behmel, D.A. Franko. E.T.Gjessing, U. Münster, R.C. Petersen Jr., O.M. Skulberg, C.E.W. Steinberg, E. Tipping, S.A. Visser, P.W. Werner and R.G. Wetzel, 1990: Group report, how do organic acids interact with solutes, surfaces and organisms? In: *Organic Acids In Aquatic Ecosystems*, E.M. Perdue and E.T. Gjessing (eds.), Dahlem Workshop Reports – Life Sciences Research Report 48, John Wiley and Sons, pp. 223–243.

**Michaels**, A.F., D.A. Siegel, R.J. Johnson, A.H. Knap and J.N. Galloway, 1993: Episodic inputs of atmospheric nitrogen to the

Case No. 1:20-cv-02484-MSK   Document 83-2   filed 05/06/21   USDC Colorado   pg 332 of 421

Sargasso Sea: Contributions to new production and phytoplankton blooms. *Global Biogeochem. Cycles*, **7**, 339–351.

Moloney, C.L. and J.G. Field, 1991: The size-based dynamics of plankton food webs. I. A simulation model of carbon and nitrogen flows. *J. Plankton Res.*, **13**, 1003–1038.

Mopper, K., X. Zhou, R.J. Kieber, D.J. Kieber, R.J. Sikorski and R.D. Jones, 1991: Photochemical degradation of dissolved organic carbon and its impact on the oceanic carbon cycle. *Nature*, **353**, 60–62.

Moran, M.A. and R.E. Hodson, 1994: Support of bacterioplankton production by dissolved humic substances from three marine environments. *Marine Ecology Progress Series*, **100**, 241–247.

Murphy, E.J., D.J. Morris, J.L. Watkins and J. Priddle, 1988: Scales of interaction between Antarctic krill and the environment. In: *Antarctic Ocean and Resources Variability*, D. Sahrhage (ed.), Springer-Verlag, Berlin, pp. 120–303.

Murray, J.W., R.T. Barber, M.R. Roman, M.P. Bacon and R.A. Feely, 1994: Physical and biological controls on carbon cycling in the equatorial Pacific. *Science*, **266**, 58–65.

Najjar, R.G., J.L. Sarmiento and J.R. Toggweiler, 1992: Downward transport and fate of organic matter in the ocean: simulations with a general circulation model. *Global Biogeochem. Cycles*, **6**, 45–76.

Naqvi, S.W. and R.J. Noronha, 1991: Nitrous oxide in the Arabian Sea. *Deep-Sea Res.*, **38**, 871–890.

Neale, P.J., M.P. Lesser and J.J. Cullen, 1994: Effects of ultraviolet radiation on photosynthesis of phytoplankton in the vicinity of McMurdo Station, Antarctica. In: *Ultraviolet Radiation in Antarctica: Measurements and biological effects*, C.S. Weiler and P. Penhale (eds.), American Geophysical Union Antarctic Research Series, 62, pp. 125–142.

Opdyke, B.N. and J.C.G. Walker, 1992: Return of the coral reef hypothesis: Basin to shelf partitioning of CaCO$_3$ and its effect on atmospheric CO$_2$. *Geology*, **20**, 733–736.

Oppo, D.W., and S.J. Lehman, 1993: Mid-depth circulation of the subpolar North Atlantic during the last glacial maximum. *Science*, **259**, 1148–1152.

Orr, J.C. and J.L. Sarmiento, 1992: Potential of marine macroalgae as a sink for CO$_2$: constraints from a 3-D general circulation model of the global ocean. *Water, Air, and Soil Pollution*, **64**, 405–421.

Owens, N.P., J.N. Galloway and R.A. Duce, 1992: Episodic atmospheric nitrogen deposition to oligotrophic oceans. *Nature*, **357**, 397–399.

Paerl, H., 1993: Emerging role of atmospheric nitrogen deposition in coastal eutrophication: biogeochemical and trophic perspectives. *Can. J. Fish. Aquatic Sci.*, **50**, 2254–69.

Parsons, T.R. and C.M. Lalli, 1988: Comparative oceanic ecology of the plankton communities of the subarctic Atlantic and Pacific Oceans. *Oceanogr. Mar. Biol. Annu. Rev.*, **26**, 51–68.

Parungo, F., J.F. Boatman, H. Sievering, S.W. Wilkison and B.B. Hicks, 1994: Trends in global marine cloudiness and anthropogenic sulfur. *J. Climate*, **7**, 434–440.

Pedersen, T.F., B. Nielsen and M. Pickering, 1991: The timing of Late Quaternary productivity pulses in the Panama Basin and implications for atmospheric CO$_2$. *Paleoceanography*, **6**, 657–677.

Peltzer, E.T. and N.A. Hayward, 1995: Spatial distribution and temporal veriability of dissolved organic carbon along 140°W in the Equatorial Pacific Ocean in 1992. *Deep-Sea Res.*, in review.

Platt, T. and W.G. Harrison, 1985: Biogenic fluxes of carbon and oxygen in the ocean. *Nature*, **318**, 55–58.

Prell, W.L. and E. Van Campo, 1986: Coherent response of Arabian Sea upwelling and pollen transport to late Quaternary monsoonal winds. *Nature*, **323**, 526–528.

Premuzic, E.T., C.M. Benkovitz, J.S. Gaffney and J.J. Walsh, 1982: The nature and distribution of organic matter in the surface sediments of world oceans and seas. *Org. Geochem.*, **4**, 63–77.

Rahmstorf, S., 1994: Rapid climate transitions in a coupled ocean-atmosphere model. *Nature*, **372**, 82--85.

Ratte, M., C. Plass-Dulmer, R. Koppmann, J. Rudolph and J. Denga, 1993: Production mechanisms of C2-C4 hydrocarbons in seawater: field measurements and experiments. *Global Biogeochem. Cycles*, **7**, 369–378.

Raven, J.A., 1993: Limits on growth rates. *Nature*, **361**, 209-210.

Redfield, A.C., B.H. Ketchum and F.A. Richards, 1963: The influence of organisms on the composition of sea water. In: *The Sea, Vol. 2*, M.N. Hill (ed.), Interscience, New York, pp. 26–77.

Riebesell, U., D.A. Wolf-Gladrow and V. Smetacek, 1993: Carbon dioxide limitation of marine phytoplankton growth rates. *Nature*, **361**, 249–251.

Robertson, J.E. C. Robinson, D.R. Turner, P. Holligan, A.J. Watson, P.Boyd, E. Fernandez and M. Finch, 1994: The impact of a coccolithophore bloom on oceanic carbon uptake in the northeast Atlantic during summer 1991. *Deep-Sea Res. I*, **41**, 297–314.

Roemmich, D. and J. McGowan, 1995: Climatic warming and the decline of zooplankton in the California Current. *Science*, **267**, 1324–1326.

Sambrotto, R.N., G. Savidge, C. Robinson, P. Boyd, T. Takahashi, D.M. Karl, C. Langdon, D. Chipman, J. Marra and L. Codespoti, 1993: Elevated consumption of carbon relative to nitrogen in the surface ocean. *Nature*, **363**, 248–250.

Sarmiento, J.L. and J.R. Toggweiler, 1984: A new model for the role of the oceans in determining atmospheric *p*CO$_2$. *Nature*, **308**, 621–624.

Sarmiento, J.L. and J.C. Orr, 1991: Three-dimensional simulations of the impact of Southern Ocean nutrient depletion on atmospheric CO$_2$ and ocean chemistry. *Limnol. Oceanogr.*, **36**, 1928–1950.

Sarmiento, J.L. and U. Siegenthaler, 1992: New production and the global carbon cycle. In: *Primary Productivity and Biogeochemical Cycles in the Sea*, P.G. Falkowski and A.D. Woodhead (eds.), Plenum, New York, pp. 317–332.

Sarmiento, J.L., R.D. Slater, M.J.R. Fasham, H.W. Ducklow, J.R. Toggweiler and G.T. Evans, 1993: A seasonal three-dimensional ecosystem model of nitrogen cycling in the North Atlantic euphotic zone. *Global Biogeochem. Cycles,* **7**, 417–450.

Sathyendranath, S., A.D. Gouveia, S.R. Shetye, P. Ravindran and T. Platt, 1991: Biological control of surface temperature in the Arabian Sea. *Nature,* **349**, 54–56.

Schindler, D.W. and S.E. Bayley, 1993: The biosphere as an increasing sink for atmospheric carbon: estimates from increased nitrogen deposition. *Global Biogeochem.Cycles,* **7**, 717–733.

Shaffer, G., 1993: Effects of the marine biota on global carbon cycling. In: *The Global Carbon Cycle,* M. Heimann (ed.), Springer-Verlag, Berlin, pp. 431–455.

Shaffer, G. and J.L. Sarmiento, 1995: Biogeochemical cycling in the global ocean 1. A new, analytical model with continuous vertical resolution and high-latitude dynamics. *J. Geophys. Res.,* **100**, 2659–2672.

Sharp, J.H., R. Benner, L. Bennett, C.A. Carlson, S.E. Fitzwater, E.T. Peltzer and L.M. Tupas, 1995: Analyses of dissolved organic carbon in seawater: the JGOFS EqPac methods comparison. *Mar. Chem.,* **48**, 91–108.

Shimmield, G.B., S.R. Mowbray and G.P. Weedon, 1990: A 350 ky history of the Indian Southwest monsoon – evidence from deep-sea cores, northwest Arabian Sea. *Transactions of the Royal Society of Edinburgh,* **81**, 289–299.

Siegenthaler, U. and Th. Wenk, 1984: Rapid atmospheric $CO_2$ variations and ocean circulation. *Nature,* **308**, 624–626.

Siegenthaler, U. and J.L. Sarmiento, 1993: Atmospheric carbon dioxide and the ocean. *Nature,* **365**, 119–125.

Sikes, C.S. and V.J. Fabry, 1994: Photosynthesis, $CaCO_3$ deposition, coccolithophorids and the global carbon cycle. In: *Regulation of Atmospheric $CO_2$ and $O_2$ by Photosynthetic Carbon Metabolism,* N.E. Tolbert and J. Preiss (eds.), Oxford University Press, New York, pp. 217–233.

Simon, M., B.C. Cho and F. Azam, 1992: Significance of bacterial biomass in lakes and the ocean: comparison to phytoplankton biomass and biogeochemical implications. *Marine Ecology Progress Series,* **86**, 103–110.

Slater, R.D., J.L. Sarmiento and M.J.R. Fasham, 1993: Some parametric and structural simulations with a three-dimensional ecosystem model of nitrogen cycling in the North Atlantic euphotic zone. In: *Towards a Model of Ocean Biogeochemical Processes,* G.T. Evans and M.J.R. Fasham (eds.), Springer-Verlag, Berlin, pp. 261–294.

Smith, R.C. and K.S. Baker, 1989: Stratospheric ozone, middle ultraviolet radiation and phytoplankton productivity. *Oceanography,* **2**, 4–10.

Smith, S.V. and J.T. Hollibaugh, 1993: Coastal metabolism and the oceanic organic carbon balance. *Rev. Geophys.,* **31**, 75–89.

Smith, W.O. Jr. and E. Sakshaug, 1990: Polar phytoplankton. In: *Polar Oceanography, Part B Chemistry, Biology and Geology,* W.O. Smith, Jr. (ed.), Academic Press, pp. 477–525.

Stocker, T.F., W.S. Broecker and D.G. Wright, 1994: Carbon uptake experiments with a zonally-averaged global ocean circulation model. *Tellus,* **46B**, 103–122.

Takahashi, T., W.S. Broecker and S. Langer, 1985: Redfield ratio based on chemical data from isopycnal surfaces. *J. Geophys. Res.,* **90**, 6907–6924.

Thomas, D.N. and R.J. Lara, 1995: Photodegradation of algal derived dissolved organic carbon. *Marine Ecology Progress Series,* **116**, 309–310.

Toggweiler, J.R., 1989: Is the downward dissolved organic matter (DOM) flux important in carbon transport? In: *Productivity of the Ocean: Present and Past,* W.H. Berger, V.S. Smetacek and G. Wefer (eds.), J. Wiley and Sons, New York, pp. 65–85.

Toggweiler, J.R., 1990: Bombs and ocean carbon cycles. *Nature,* **347**, 122–123.

Tsunogai, S.,and S. Noriki, 1991: Particulate fluxes of carbonate and organic carbon in the ocean. Is the marine biological activity working as a sink of the atmospheric carbon? *Tellus,* **43B**, 256–266.

Turner, S.M., G. Malin, P.S. Liss, D.S. Harbour and P.M. Holligan, 1988: The seasonal variation of dimethyl sulfide and dimethylsulfoniopropionate concentrations in nearshore waters. *Limnol. Oceanogr.,* **33**, 364–375.

Turpin, D.H., 1993: Phytoplankton growth and $CO_2$. *Nature,* **363**, 678–679.

Venrick, E.L., J.A. McGowan, D.R. Cayan and T.L. Hayward, 1987: Climate and chlorophyll, a: Longterm trends in the central North Pacific Ocean. *Science,* **238**, 70–72.

Walsh, J.J., 1989: How much shelf production reaches the deep sea? In: *Productivity of the Ocean: Present and Past,* W.H. Berger, V.S. Smetacek and G. Wefer (eds.), John Wiley and Sons, Chichester, pp. 175–191.

Walsh, J.J., 1991: Importance of continental margins in the marine biogeochemical cycling of carbon and nitrogen. *Nature,* **350**, 53–55.

Walsh, J.J. and D.A. Dieterle, 1994: $CO_2$ cycling in the coastal ocean. I. A numerical analysis of the southeastern Bering Sea with applications to the Chukchi Sea and the northern Gulf of Mexico. *Progress in Oceanography,* **34**, 335–392.

Watson, A.J., C.S. Law, K.A. Van Scoy, F.J. Millero, W. Yao, G. Friederich, M.I. Liddicoat, R.H. Wanninkhof, R.T. Barber and K. Coale, 1994: Implications of the "Ironex" iron fertilisation experiment for atmospheric carbon dioxide concentrations. *Nature,* **371**, 143–145.

Weaver, A.J. and T.M.C. Hughes, 1994: Rapid interglacial climate fluctuations driven by North Atlantic ocean circulation. *Nature,* **367**, 447–450.

Weaver, A.J., J. Marotzke, P.F. Cummins and E.S. Sarachik, 1993: Stability and variability of the thermohaline circulation. *J. Phys. Oceanogr.* **23**, 39–60.

Weiss, P.S., J.E. Johnson, R.H. Gammon and T.S. Bates, 1995: A reevaluation of the open ocean source of carbonyl sulfide to the atmosphere. *J. Geophys. Res.,* **100**, 23083–23092.

*Marine Biotic Responses*

**Welschmeyer**, N.A., S. Strom, F. Goericke, G. DiTullio, M. Belvin and W. Petersen, 1993: Primary production in the subarctic Pacific Ocean: Project SUPER. *Prog. Oceanogr.*, **32**, 101–135.

**Westbroek**, P., C.W. Brown, J. van Bleijswijk, C. Brownlee, G.J. Brummer, M. Conte, J. Egge, E. Fernández, R. Jordan, M. Knappersbusch, J. Stefels, M. Veldhuis, P. van der Wal and J. Young, 1993: A model system approach to biological climate forcing: The example of *Emiliania huxleyi. Global Planetary Change*, **8**, 27–46.

**Wolfe**, G.V., E.B. Sherr and B.F. Sherr. 1994: Release and consumption of DMSP from *Emiliania huxleyi* during grazing by *Oxyrrhis marina. Marine Ecology Progress Series*, **111**, 111–119.

**Wong**, C.S., Y.-H. Chan, J.S. Page, G.E. Smith and R.D. Bellegay, 1993: Changes in equatorial $CO_2$ flux and new production estimated from $CO_2$ and nutrient levels in Pacific surface waters during the 1986/87 El Niño. *Tellus*, **45B**, 64–79.

**Wroblewski**, J. S., 1977: A model of phytoplankton plume formation during variable Oregon upwelling. *J. Mar. Res.*, **35**, 357–394.

**Wroblewski**, J.S., J.L. Sarmiento and G.L. Flierl, 1988: An ocean basin scale model of plankton dynamics in the North Atlantic. 1. Solutions for the climatological oceanographic conditions in May. *Global Biogeochem. Cycles*, **2**, 199–218.

**Xie**, L., and W.W. Hsieh, 1995: The global distribution of wind-induced upwelling. *Fisheries Oceanography*, **4**, 52–67.

# 11

---

# Advancing our Understanding

---

G.A. MCBEAN, P.S. LISS, S.H. SCHNEIDER

# CONTENTS

Summary                                                521

11.1  Introduction                                     523

11.2  Framework for Analysis                           524

11.3  Anthropogenic Emissions                          524

11.4  Atmospheric Concentrations                       524

11.5  Radiative Forcing                                525

11.6  Response of the Climate System                   526

11.7  Natural Climate Variations and Detection and
      Attribution of Climate Change                    527

11.8  Impacts of Climate Change                        527

11.9  Cross-Cutting Issues                             528

11.10 International Programmes                          529

11.11 Research Priorities                              530

# SUMMARY

- Since the 1990 Scientific Assessment significant progress has been made in furthering our understanding of climate change. The inclusion of radiative forcing due to aerosols, in particular their spatial patterns, in climate models has provided the means to diagnose recent climate warming and given growing confidence that a significant part of the observed climate warming can be attributed to human activities. The global role of aerosols in climate change to date has begun to be quantified and provides further confidence in simulations of future climate change.

- Our understanding of the climate system typically advances on time-scales of 5-10 years and a co-ordinated spectrum of approaches, ranging from individual research projects through to global-scale experiments and observational systems and infrastructure, is necessary. Lack of support for these activities will slow advances. An international frame-work for climate studies (the international Climate Agenda, including WCRP, IGBP, GCOS) exists.

- Complex systems, such as the climate system, can respond in non-linear ways and produce surprises. The nature of the system forces us to take a flexible approach in research planning and societal response and makes exact predictions of research advances impossible. Although, by definition, surprises cannot be anticipated, non-traditional, multi-scale, multi-disciplinary and multi-institutional research efforts with supporting organisational infrastructure are the best means of addressing them. There is a need for continual re-assessment of climate change and variability and for means of communicating this information to policymakers.

Priorities to address climate research requirements have been grouped below, although many of them are interconnected:

(i) related to all topics
- systematic and sustained global observations of key variables
- capacity building in all nations

(ii) the magnitude of global and continental scale climate change and of sea level rise
- the factors controlling the distribution of clouds and their radiative characteristics
- the hydrological cycle, including precipitation, evaporation and runoff
- the distribution of aerosols and their radiative characteristics
- the response of terrestrial and marine systems to climate change and their positive and negative feedbacks
- monitoring and modelling of land ice sheets

(iii) the rate of climate change
- human activities influencing emissions (research priority of Working Group III)
- the coupling between the atmosphere and ocean, and ocean circulation
- the factors controlling the atmospheric concentrations of carbon dioxide and other greenhouse gases

(iv) the detection and attribution of climate change
- systematic observations of key variables and data and model diagnostics
- relevant proxy data to construct and test palaeo-climatic time series to describe internal variability of the climate system

(v) regional patterns of climate change
- land surface processes and their atmospheric linkages
- coupling between scales represented in global climate models and those in regional and smaller-scale models
- simulations with higher resolution climate models

## 11.1 Introduction

Global climate change moved to the forefront of the international agenda even before the recent growing confidence that a significant part of the observed global climate change can be attributed to human activities. Governments have agreed on the Climate Convention owing to the plausibility of the scientific arguments and measurements showing significant increases in the atmospheric concentrations of greenhouse gases. Global climate models have been used to project how the climate might change, based on plausible scenarios of anthropogenic emissions of greenhouse gases through the next century.

Scientific knowledge from a wide range of disciplines needs to be gathered and integrated to fashion scenarios of potential anthropogenic climatic changes over the next century. The process begins with projecting population growth, living standards and the technologies that will be used to achieve them. This information is used to produce scenarios of greenhouse gas and other chemical emissions such as sulphur dioxide, as well as projected land-use changes, which can affect the flows of energy and constituents between the atmosphere and the surface. This effort necessitates input from the natural, social and engineering and other applied sciences and, within the IPCC, is the domain of Working Group III. It provides a basis for model predictions of the atmospheric concentrations of radiatively active gases and aerosols as a function of time and location. Then meteorology, oceanography, hydrology, ecology, glaciology and other natural science disciplines are called upon to calculate potential climatic responses to concentrations derived from a wide range of plausible emission and land-use change scenarios. Review of this work is the domain of IPCC Working Group I and hence the subject of this report. The climate projections are then used to produce estimates of a range of plausible environmental and societal impacts (the domain of IPCC Working Groups II and III). In so far as those impacts on marine or terrestrial ecosystems may have feedback effects on climate, they are treated by Working Group I.

The UN Framework Convention on Climate Change has as its ultimate objective:

...stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner.

To achieve this objective, it is necessary to understand and be able to model adequately: the greenhouse gas cycles and how atmospheric concentrations relate to anthropogenic emissions; how the climate system responds, both temporally and spatially, to the changing greenhouse gas concentration; and how ecosystems and human activities respond to this changing climate.

The IPCC function is to assess the state of our understanding and to judge the confidence with which we can make projections of climate change and its impacts. These tentative projections will aid policymakers in deciding on actions to mitigate or adapt to anthropogenic climatic change, which will need to be re-assessed on a regular basis. It is recognised that many remaining uncertainties need to be reduced in each of the above-named disciplines, which is why IPCC projections and scenarios are often expressed with upper and lower limits. These ranges are based on the collective judgement of the IPCC authors and the reviewers of each chapter, but it may be appropriate in the future to draw on formal methods from the discipline of decision analysis to achieve more consistency in setting criteria for high and low range limits.

In this chapter, we stress the need to narrow the wide range of outcomes and informal probability estimates in many of the subdisciplines which collectively comprise the assessment of human influence on the climate system. In addition to the requirements for each subdiscipline to reduce uncertainties in its speciality, there is the need to improve techniques for conducting the integration process itself, which is an overall IPCC goal.

Chapters 1 to 10 of this report examine the state of knowledge and identify the uncertainties in the topic area of each chapter. The objective of the present chapter is to outline the individual research activities and national and internationally co-ordinated programmes needed to advance our understanding. It should be noted that each increment of better understanding may not necessarily reduce uncertainties, at least initially. Eventually, however, such increased understanding should help to narrow uncertainties, i.e., to move the high and low range limits closer together. Further, we pay attention to areas where currently imaginable but highly uncertain "surprise" outcomes may exist. One "surprise" could be that elements of the climate system are inherently unpredictable; however, evaluation exercises indicate that many phenomena can be predicted even if the current uncertainties are large.

## 11.2 Framework for Analysis

As a framework for the analysis of uncertainties, it is appropriate to consider a simplified model of the process of simulating future climate changes in response to increasing atmospheric concentrations of greenhouse gases and other climatically-important substances and changes in land-use practices. Although presented in a linear fashion for illustrative purposes, it must be recognised that the problem of global climate change is complex and often non-linear and that the phenomena represented below as distinct questions are often interactive. Consider the model in terms of the following questions:

(i)   What will be the future emissions of greenhouse gases and other climatically-important substances and changes in land-use practices?

(ii)  What will be the future atmospheric concentrations of greenhouse gases and other radiatively important substances?

(iii) What will be the resulting additional radiative forcing?

(iv)  How will the climate system respond (globally and regionally) to this altered energy input? The tools to be used for climate projections are climate models. How good are they and how can they be improved?

(v)   Natural climate variations will be occurring simultaneously with these human-induced changes. How can we ascertain the causes of observed variability and distinguish between natural and human-induced changes?

(vi)  What will be the impacts on sea level, natural and managed ecosystems, and socio-economic systems? How will these impacts feed back on the concentrations of greenhouse gases and other radiatively important substances?

## 11.3 Anthropogenic Emissions

First, what will be the future concentrations of greenhouse gases and other climatically-important substances due to human activities including land-use change? Future emissions of greenhouse gases and other relevant substances are primarily being addressed by IPCC Working Group III. Actual emissions and land-use practices will depend on policy decisions and the response of humans to potential climate change. Humans' response will depend, at least in part, on their confidence that scientists are right in their projections. As scientific knowledge increases, consensus of support for any necessary remedial action should become stronger.

## 11.4 Atmospheric Concentrations

What will be the future atmospheric concentration of greenhouse gases and other radiatively important substances? For some greenhouse gases, such as carbon dioxide, anthropogenic emissions are small but climatologically significant perturbations superimposed on large natural cycles of the gases; for others, such as halocarbons and perhaps methane, anthropogenic emissions dominate. These natural cycles were in relative steady state for several thousand years before the marked increase in anthropogenic emissions began with the industrial revolution. Chapter 2 analyses the global cycles of the important radiatively active gases and the role of aerosols, while Chapters 9 and 10 deal with the terrestrial and marine biotic responses to environmental change and identify possible feedbacks to climate.

For the global carbon cycle, the key question is whether anthropogenic emissions will remain in the atmosphere or be taken up by oceanic or terrestrial ecosystems. Is the uptake limited absolutely or will it be some continuing constant fraction of anthropogenic emissions? How will natural variability change the uptake? Will the effective lifetime of carbon dioxide added to the atmosphere change as the climate warms? These are the types of question that must be answered to reduce uncertainties in the computation of future atmospheric carbon dioxide concentrations for a given emission scenario. For methane, it is also important to understand the complex chemical feedbacks in order to determine the response time of a methane perturbation.

Continued monitoring of the atmospheric concentrations of the main greenhouse gases is needed in order to identify long-term trends and establish annual cycles and year-to-year variability. It is clear that changes in both tropospheric and stratospheric ozone play important roles in the radiative balance. Measurements of ozone, nitrogen oxides, carbon monoxide and hydrocarbons are needed to estimate global distributions of the short-lived hydroxyl radical, OH, since direct measurements are unlikely to be possible for some time to come. The OH radical is important for the destruction of methane and the conversion of sulphur dioxide to sulphate aerosol.

A combination of focused process studies and model development, validation and application, linked to the continued global monitoring of gases and relevant isotopes is needed to better quantify the cycles of carbon dioxide and other greenhouse gases. Reconstruction of the regional terrestrial carbon balance from the historical period through to present and the future, including the annual cycle, requires ecosystem models of the transient terrestrial ecosystem (Chapter 9), that include both biogeochemistry and vegetation redistribution. These will permit quantitative estimates of land-atmosphere carbon dioxide exchange and biophysical feedbacks to the global climate. The impacts of forest regrowth on the carbon cycle needs to be better quantified. In order to complete these reconstructions, it will be necessary to have an expanded soils' data base and maps of land cover/land-use and vegetative carbon stocks for historical, contemporary and future periods. Because nitrogen plays a major role in vegetation dynamics, estimates of nitrogen (both oxidised and reduced) depositions to regional ecosystems are needed for the periods of consideration. Recognising that it is impossible to monitor in detail the global ecosystem, it is important to define key indices and to establish permanent monitoring plots. Process studies are needed to improve representation of processes, both those resolved and especially those on sub-grid scales, through better parametrizations in models of the important processes of whole ecosystem $CO_2$ fertilisation (alone and with simultaneous warming and nitrate inputs) and to understand how ecosystems respond to changing carbon and nitrogen inputs.

Traditional global maps of oceanic productivity (Chapter 10) show that the most intense primary productivity occurs along the continental margins. Two important scientific questions arise. First, the fixation of carbon from $CO_2$ depends on the supply of nutrients, a significant fraction of which comes from upwelling from depths less than 500 m. Changes in ocean circulation that would alter the nutrient supply can occur on time-scales of weeks to decades. Thus, there is potential for significant change in the biological carbon pump in response to climate-induced change on time-scales relevant over the next century. Second, assessments of global scale removal of carbon from the surface via the biological pump concentrate on the open ocean, and the difficult assessment of the potentially significant contribution along the continental margins (integrated up to the global scale) had been largely ignored until recently. New estimates of the biogenic flux and the effect of a 10% variation (in response to oceanic circulation variations) suggest that the functioning of the biological pump requires careful quantitative assessment.

Atmospheric aerosols (Chapter 2) also play an important role in the Earth's radiative budget. There are fairly reliable estimates of the amount of sulphur burned but these do not translate directly into number density of aerosols, for which the size, hygroscopic and optical properties, as well as their vertical, horizontal and temporal distributions, have not been well observed. Emissions of anthropogenic sulphate emissions are estimated to be larger than natural emissions in the Northern Hemisphere and smaller in the Southern Hemisphere. Biomass and industrial burning are also important sources of non-sulphate aerosols, such as those containing black carbon, which can lead to local heating. Over the oceans, where aerosol influences on clouds may be particularly important, natural emissions play a larger role. Quantifying the atmospheric sulphur budget requires accounting for dimethyl sulphide (DMS) generated by phytoplankton, primarily at high latitudes and in coastal areas. Even the direction of possible feedback processes are currently speculative.

## 11.5 Radiative Forcing

For a given atmospheric concentration of greenhouse gases and aerosols, what will be the resulting additional radiative forcing? Computation of direct radiative forcing requires information on the distribution and radiative properties of the additional greenhouse gases and aerosols (Chapter 2). There is also indirect forcing due to the production or destruction of other greenhouse gases by chemical reaction or, in the case of aerosols, through effects on the radiative properties of clouds. Clouds themselves play a critical role in radiative forcing (Chapter 4); cloud feedback will be discussed in Section 11.6. Generally, the confidence level in the computation of the direct radiative forcing due to greenhouse gases is high. The indirect effects of greenhouse gases, mainly due to their influences on both stratospheric and tropospheric ozone, is generally small, but the confidence in these computations is low (more than 50% uncertainty). Research is needed into the radiative properties of newly produced chemical compounds (e.g., hydrochloro-fluorocarbons (HCFCs) and hydrofluoro-carbons (HFCs)) and on the chemical and dynamical processes that define the indirect effects of various greenhouse gases. The influence of solar variability is also thought to be small but the confidence level is very low.

The direct radiative cooling effect of tropospheric aerosols is estimated to be about 20% of the direct radiative heating effect of greenhouse gases, with a factor of two uncertainty; the indirect effect, via the effect of aerosol on cloud properties, is much more uncertain. Thus, at present

the uncertainty in aerosol radiative forcing is the largest source of uncertainty in the total radiative forcing of climate over the past industrial period. Since aerosols are very patchy in their distribution, they could create significant regional climate changes regardless of their effect on globally averaged forcing. There is an array of scientific issues that needs to be resolved, including the horizontal, vertical and temporal distributions of aerosols and their optical properties. Because of the short lifetimes of most aerosols (days relative to decades for the main greenhouse gases), aerosols may become a decreasingly important global problem in the long term if countries adopt policies of low sulphur emission. It is important that the role of aerosols, including those of volcanic origin, be better understood in order to determine their current and future role in masking climate changes due to increasing greenhouse gases and to understand potential regional effects. Finally, the effect of land-use changes on surface albedo and vegetation needs to be considered in the context of changes in the regional radiation budget and hydrological cycle.

For policy considerations, the concept of a global warming potential (GWP) is useful in comparing the effects of various emission scenarios for different gases with lifetimes sufficiently long (2 yrs approximately) to become well-mixed in the atmosphere. In addition to the comparative radiative properties of constituents, it is important to know their lifetime in the atmosphere. GWPs have an uncertainty of about $\pm 35\%$. For aerosols, short-lived gases and the indirect effects through chemical reactions, there is need for an approach beyond the GWP.

### 11.6 Response of the Climate System

Given altered radiative forcing, how will the climate system respond to this changed energy input? Although feedbacks within the climate system (Chapter 1) appear to amplify the initial greenhouse radiative forcing, mainly due to interactions of radiation and the water cycle, our understanding of these feedbacks is relatively poor. Because interactions within the climate system are non-linear, important questions surround the predictability of the responses and the best means of separating the signal (the response due to altered radiative forcing) from the natural variability of the system. Uncertainties (Chapters 4, 5, 6, 9 and 10) in predictions of the magnitude of climate warming arise owing to the complex nature of the interactions of water vapour, clouds and aerosols with radiation, as well as from the neglect of feedbacks from biogeochemical systems.

To document how global and regional climates are changing and to evaluate and improve models and the processes incorporated in models, global data sets are required. These should include the history of the external forcing of the climate system for model sensitivity and validation studies. Furthermore, better coverage, the use of model assimilation to identify key data requirements, improved data archaeology and rescue, and the removal of inhomogeneities in historical and future data are necessary. Finally, it is vital for long time-series data records to be maintained when they are relevant to the substantiation of global change.

Estimates of climate sensitivity (Chapters 4, 5 and 6), have remained unaltered since the 1990 IPCC Assessment, at between 1.5 and 4.5°C. Uncertainties in modelling cloud-radiation interactions are the largest factor in determining this range. It needs to be noted that this estimate of warming is based on models of the physical climate system and does not include biogeochemical responses. To narrow this range will require improved understanding and improved models, incorporating improved parametrizations and numerical procedures. It will probably require at least a decade more of monitoring key variables, such as atmospheric and oceanic temperatures, precipitation, and surface solar radiation, both to document actual changes and to validate the models and the processes incorporated therein.

Whereas the feedback processes involving the atmosphere and its interactions with the surface are the chief factors in determining the equilibrium sensitivity of the climate system, the ocean plays the major role in determining the response time of the climate system and is important for regional impacts of climate change. Although ocean modelling has advanced considerably in the past few years, there are still difficulties in modelling phenomena such as temperature and salinity in deep waters, narrow boundary currents, oceanic eddies and details of the thermohaline circulation. Because global heat transport and storage are essential for regional assessment of climate change, it is important to determine the extent to which these omissions affect the simulation skill. Recent comparisons of model simulations with new tracer data sets gathered as part of the World Ocean Circulation Experiment are exposing these deficiencies and allowing new parametrizations to be tested. Another concern is that many coupled atmosphere-ocean models use energy, salt and water flux adjustments to keep the models' control simulations closer to the present climate. Until model sub-components are improved to the extent that flux adjustments are not needed, it is important to investigate

the effects of these adjustments on simulations of climate under changing radiative forcing.

For coupled ocean-atmosphere-land surface modelling, narrowing uncertainties is a process going far beyond direct model improvements. Dedicated climate process studies are needed in order to improve parametrizations. Models with better physical, biological and biogeochemical processes and increased resolution both in the horizontal and vertical are needed in order to resolve land-surface heterogeneity, synoptic-scale disturbances in the ocean and to include mesoscale feedbacks, especially of the tropical atmosphere. The following are priority research areas:

(i)     cloud/aerosol/radiation interaction
(ii)    convection and precipitation
(iii)   sea ice formation, drift and melting
(iv)    land-surface
(v)     ocean processes

In the long run, we need to be able to use given emission scenarios to calculate greenhouse gas concentrations within Earth system (atmosphere-ocean-ice-land surface-biota) models and obtain time-evolving scenarios of changes. It should be anticipated that the behaviour of such coupled non-linear systems may well produce unexpected responses (i.e., "surprises") that might not have been uncovered by studying each sub-system in isolation. For example, coupled atmosphere-ocean models have already revealed highly non-linear behaviour during the approach to equilibrium. Furthermore, the palaeo-climatic record indicates a number of very rapid climatic and trace gas changes, and it is important to know whether similar events could be triggered by anthropogenic forcing.

## 11.7  Natural Climate Variations and Detection and Attribution of Climate Change

It is important to understand how natural climate variations interact with human-induced changes (Chapter 8). There are several issues here. First, as already noted, there needs to be a continuing high quality global climate monitoring system to better establish the changing state of the climate. Then, we must know how the climate system varies in the absence of anthropogenic forcing. For example, a better understanding of El Niño should include the factors that determine its variable intensity and frequency. El Niño may be affected by anthropogenic climate change. Through better observations, palaeo-reconstructions and improved knowledge and understanding of natural variability, it will be possible to detect the anthropogenic climate signal with greater confidence.

To detect and attribute human-induced climatic change, it is necessary to account for the regional components of all significant climatic forcings (e.g., sulphate or biomass burning aerosols, land-use changes and tropospheric ozone) since such forcings can produce unique regional and altitudinal climatic response patterns (i.e., "fingerprints"). When such fingerprints occur in both modelled and actual climates, increased confidence in cause and effect linkages is justified. It is also necessary to determine the likelihood that such patterns may have occurred by chance.

The scientific community is now starting to use low-frequency (decadal-to-century time-scale) internal variability generated by fully coupled global climate models to determine the probability that a trend of a given magnitude (such as the ~0.5°C in observed global mean surface temperature increase over the past 100 years; Chapter 3) could have been generated by natural internal variability alone. The issue of detection must also include attribution of observed variability to other known forcings, such as volcanoes and solar variability. Noise information from long control runs of coupled-models has the advantage of being spatially complete and available for virtually any climate parameter of interest. However, the effect of artificial corrections, such as flux adjustments, on the conclusions, is generally unknown.

To build confidence in the decade-to-century time-scale natural variability simulated by models, there is a need to compare model attempts to mimic the climate of the last 1000 years with variability estimates from palaeo-climate data with comparable time resolution. Reconstructions of the near surface temperature of the past 1000 years based on such proxies as tree rings, ice cores and corals are valuable but have their own inherent deficiencies. Further complications are added by the need to identify the forcings, for example solar, volcanoes, deforestation, that may have taken place over this time period. Nevertheless, model control runs make specific "predictions" concerning the variation of surface temperature on a wide range of space and time-scales. They imply phase lags and leads at very large spatial scales which are potentially testable given appropriate palaeo-data.

## 11.8  Impacts of Climate Change

What will be the impacts of climate change on: sea level (Chapter 7); natural and managed ecosystems (Chapters 9, 10); and socio-economic systems? Climate change affects sea level through oceanic thermal expansion and changes in glaciers and ice sheets. To determine better the role of

ocean thermal expansion requires continued support of both monitoring programmes and ocean modelling. There remain large uncertainties regarding future changes in global glacier volume and a combination of modelling, process studies and better data is needed to reduce these uncertainties. Possible instabilities of the major ice sheets need to be clarified. Chapters 9 and 10 deal with the role of changes in the terrestrial and marine biotic systems that feed back into modifying climate change. One area for research is the direct effects of atmospheric $CO_2$ increases on plant physiology and how these effects will interact with ecosystem scales with climatic impacts on the vegetation. Large- and small-scale field experiments combined with micro and boundary layer scale atmospheric knowledge will be needed to address this research issue which is at the interface of ecological and atmospheric sciences. Societal and biological impacts, not dealt with here, are primarily the responsibility of Working Groups II and III.

## 11.9  Cross-Cutting Issues

It is important to develop and maintain the capability to diagnose the system as it evolves. There is a common need for observations of the climate system. The Global Climate Observing System, built on the base of the World Weather Watch and other programmes, should provide the basis, but the research programmes also provide indispensable observations. For global issues such as climate change, satellites can play an important role in providing globally consistent data sets of long duration, along with *in-situ* measurements. There is justifiable concern over the consistency of some data sets, which may need reanalysis.

Another key strategy in understanding the climate system is a hierarchy of climate and Earth system models. These are tools for integrating information, identifying interfacial issues and interpreting results. A basic question is the extent to which climate is predictable. Predictability problems fall into at least two categories. First is the predictability of external forcings like solar variability, explosive volcanic eruptions, human land-use changes and energy system technologies. Second, complex systems often allow deterministic predictability of some characteristics (e.g., temperature response to volcanic dust veils or ENSO events given a history of atmospheric forcings) yet do not permit skilful forecasts of other phenomena (e.g., the evolution of specific weather systems for more than a few weeks time). The Earth system undoubtedly possesses mixed deterministic, stochastic and chaotic sub-systems, which implies that there are varying degrees of predictability for different aspects at different scales. Researchers need to be cognisant of these issues, especially since such complex systems may exhibit behaviour not expected by most analysts (more commonly called "surprises"). One strategy to help identify such potential surprises (or to narrow the probability estimates for imaginable but poorly understood possibilities) is to foster co-operative interdisciplinary research teams that address problems across many scales and disciplines. Such problem areas possess the highest potential for unexpected outcomes, and call for non-traditional, multi-scale, multi-disciplinary and multi-institutional research efforts and supporting organisational infrastructure.

Climatic forecasts, for example, often are given at the global climate model grid box scales (i.e., 200 km $\times$ 200 km) whereas ecological field research is typically conducted on 20 m $\times$ 20 m plots, requiring a 10,000 fold interpolation. Research on techniques to "downscale" climatic information as well as more large-scale ecological studies are needed to help bridge the "scale gap" across these two disciplines, whose interaction is essential for addressing climatic changes and their biological consequences.

## 11.10  International Programmes

Scientific research that will contribute to advancing our understanding of climate change is being performed in a wide variety of institutions and laboratories around the world. Much of the research is unco-ordinated and independently motivated and funded. This research is essential and provides important input to the overall advancement of climate science. At the international level, the Climate Agenda (see Box), the framework for advancement in understanding the climate system and its interactions with the global biogeochemical cycles, is based on knowledge derived from both the World Climate Research Programme (WCRP, a component of the comprehensive World Climate Programme), sponsored by the World Meteorological Organisation, the International Council of Scientific Unions (ICSU) and the Intergovernmental Oceanographic Commission of UNESCO, and from the International Geosphere-Biosphere Programme (IGBP) of ICSU. The Human Dimensions of Global Environmental Change Programme (HDP) of the International Social Sciences Council (ISSC) and recently ICSU develop activities in the realm of the social sciences, which primarily contribute to Working Groups II and III. Projects on the impacts of climate variability and change are included within the IGBP as well as the World Climate

**The Climate Agenda – A Framework for the International Co-ordination of Climate Research**

The components of particular relevance to Working Group I fall within the World Climate Research Programme, the International Geosphere-Biosphere Programme and the Global Climate Observing System. Other components include the World Climate Monitoring and Data Programme, the World Climate Applications and Services Programme, the World Climate Impacts and Response-Strategies Programme, the Human Dimensions of Global Environmental Change Programme and the climate-related programmes of FAO and UNESCO.

The components of the World Climate Research Programme are:

- Global Energy and Water Cycle Experiment (GEWEX)

- World Ocean Circulation Experiment (WOCE)

- Climate Variability and Predictability Programme (CLIVAR)

- Working Group on Numerical Experimentation (WGNE)

- Arctic Climate System Study (ACSyS)

- Stratospheric Processes and their Role in Climate (SPARC)

The components of the International Geosphere-Biosphere Programme are:

- Biospheric Aspects of the Hydrological Cycle (BAHC)

- International Global Atmospheric Chemistry (IGAC) Project

- Global Change and Terrestrial Ecosystems (GCTE)

- Joint Global Ocean Flux Study (JGOFS)

- Land-Ocean Interactions in the Coastal Zone (LOICZ)

- Past Global Changes (PAGES)

- Data and Information System (DIS)

- Global Analysis, Interpretation and Modelling (GAIM)

- Land use/cover change (LUCC-jointly with HDP)

The Global Climate Observing System (GCOS) is built upon the World Weather Watch and the Global Atmosphere Watch and includes the climate portions of the Global Ocean Observing System and the Global Terrestrial Observing System.

The System for Analysis, Research and Training (START) is co-sponsored by IGBP, WCRP and HDP.

Programme; these activities are primarily of concern to IPCC Working Group II. For areas within the mandate of Working Group I and this report, basically the natural sciences and their role in understanding climate change, the IGBP and the WCRP are the principal international scientific research initiatives, while the Global Climate Observing System (GCOS) should provide the systematic observational basis. They provide for international planning and co-ordination of mainly large-scale endeavours, which are then funded directly by national sources. Working closely together, the WCRP places its emphasis on the physical aspects of the climate system while the IGBP concentrates on biogeochemical cycles.

The IGBP and WCRP do not attempt to organise all climate research, but instead focus on those activities which require international co-operation, either because of their global or large regional scale or because of their large human, technical and financial resource requirements. Co-operation across appropriate disciplines is fostered, and standardised methods and intercomparisons contribute to enhancing the Programmes' output. As noted, much essential climate research is being done, and is best done, by individuals or in small research groups at universities or governmental institutes, around the world. The WCRP, IGBP and GCOS function through international co-ordination of related parts of national programmes, based on the premise that the co-ordinated whole will be worth more than the sum of the individual elements. Through these and related programmes, considerable progress has been made in understanding the climate system, through a balanced set of monitoring, process studies and modelling activities. These are not independent activities but strongly interact, with results or deficiencies identified in one often leading to design of new research studies. Through the System for Analysis, Research and Training (START), co-sponsored by IGBP, WCRP and HDP, the capability of developing countries to address their regional climate change concerns and to contribute to global initiatives, is being addressed.

Climate science requires effort on a range of scales, from individual investigators to co-ordinated international programmes. All are supported through science councils within countries. National participation in large internationally co-ordinated projects, such as the WCRP, IGBP and GCOS is essential to the overall co-ordinated research strategy. It needs to be stressed that this participation is through contributing national activities, not through centrally funded science. There is need for significant increase in resources for capacity building in developing countries and international co-ordination of the scientific programmes.

Climate science requires multi-disciplinary and cross-institutional research. Relevant organisations need to adapt to facilitate the functioning of interdisciplinary teams addressing climate system problems. This will require the recruitment and training of bright young people with diverse backgrounds, and provision of the right environment to allow them to flourish.

### 11.11 Research Priorities

Since the completion of the 1990 Scientific Assessment, substantial progress has been made and we are confident that it will continue. The rate of progress will depend on the scale of effort and the degree of co-ordination, particularly for large-scale projects. Because there are always the elements of good fortune and scientific breakthroughs which are unpredictable, it is difficult to place with confidence a time-scale on the advancement of science and technology. However, the timing of major international programmes provides an indication. Three illustrative examples of the time scale for major scientific undertakings are: first, the completion of the 7-year field phase of the World Ocean Circulation Experiment in 1997 will give oceanographers the most comprehensive data set for understanding ocean circulation, model development and validation. The subsequent scientific analyses of the data sets generated can be realistically expected to take place over 5-10 years, at least. Second, clarification of the important questions of the role of clouds in the energetics of the atmosphere and testing of models on global cloud data sets may require global measurements that will only be possible by a space borne cloud radar coupled with extensive ground based measurements. The earliest that such a radar may be launched is after the turn of the century and scientific analysis will again span a 5-10 year period. Third, adequate observations to develop and test refined models of the oceanic carbon cycle will also take several years (with the successful completion of the JGOFS observation phase). All of these time lines indicate that advances in our knowledge of the climate system will take place gradually but on time-scales of 5-10 years, after which, depending on progress, more refined studies can be defined and implemented, also on similar time-scales.

Research priorities need to be focused on the determination of the likely magnitude and rate of human-induced climate change and its regional variations, the detection and attribution of climate change, the likely magnitude of sea level rise and the impacts of climate change on ecosystems (for areas within the purview of IPCC Working Group I). It needs be stressed that research

studies to address these objectives are not independent but very much interconnected and their grouping below should be considered as demonstrative, not exclusive.

Priorities to address climate research requirements are listed below, although many of them are interconnected:

(i)   related to all topics
  •   systematic and sustained global observations of key variables
  •   capacity building in all nations

(ii)  the magnitude of global and continental-scale climate change and of sea level rise
  •   the factors controlling the distribution of clouds and their radiative characteristics
  •   the hydrological cycle, including precipitation, evaporation and runoff
  •   the distribution of ozone and aerosols and their radiative characteristics
  •   the response of terrestrial and marine systems to climate change and their positive and negative feedbacks
  •   monitoring and modelling of land ice sheets

(iii) the rate of climate change
  •   human activities influencing emissions (research priority of Working Group III)
  •   the coupling between the atmosphere and ocean, and ocean circulation

  •   the factors controlling the atmospheric concentrations of carbon dioxide and other greenhouse gases

(iv)  detection and attribution of climate change
  •   systematic observations of key variables and data and model diagnostics
  •   relevant proxy data to construct and test palaeo-climatic time series to describe internal variability of the climate system

(v)   regional patterns of climate change
  •   land surface processes and their atmospheric linkages
  •   coupling between scales represented in global climate models and those in regional and smaller-scale models
  •   simulations with higher resolution climate models

The international framework of integrated global climate programmes of WCRP, IGBP, GCOS, WCP, HDP and related programmes provides for international co-ordination but nations must undertake to support both their own activities and their contributions to these international activities. In this they should ensure that to the maximum extent possible, these activities and contributions are mutually supportive, so that progress can be made in responding to the needs of the Framework Convention on Climate Change and the needs of nations to provide climate services within their countries.

# Appendix 1

Organisation of the IPCC



# Appendix 2

List of Major IPCC Reports (in English unless otherwise stated)

**Climate Change – The IPCC Scientific Assessment**. The 1990 report of the IPCC Scientific Assessment Working Group (*also in Chinese, French, Russian and Spanish*).

**Climate Change – The IPCC Impacts Assessment**. The 1990 report of the IPCC Impacts Assessment Working Group (*also in Chinese, French, Russian and Spanish*)

**Climate Change – The IPCC Response Strategies**. The 1990 report of the IPCC Response Strategies Working Group (*also in Chinese, French, Russian and Spanish*)

**Emissions Scenarios**. Prepared for the IPCC Response Strategies Working Group, 1990.

**Assessment of the Vulnerability of Coastal Areas to Sea Level Rise – a Common Methodology**, 1991 (*also in Arabic and French*).

**Climate Change 1992 – The Supplementary Report to the IPCC Scientific Assessment**. The 1992 report of the IPCC Scientific Assessment Working Group.

**Climate Change 1992 – The Supplementary Report to the IPCC Impacts Assessment**. The 1992 report of the IPCC Impacts Assessment Working Group.

**Climate Change: The IPCC 1990 and 1992 Assessments** – IPCC First Assessment Report Overview and Policymaker Summaries, and 1992 IPCC Supplement.

**Global Climate Change and the Rising Challenge of the Sea**. Coastal Zone Management Subgroup of the IPCC Response Strategies Working Group, 1992.

**Report of the IPCC Country Studies Workshop**, 1992.

**Preliminary Guidelines for Assessing Impacts of Climate Change,** 1992.

**IPCC Guidelines for National Greenhouse Gas Inventories** (3 volumes), 1994 (*also in French, Russian and Spanish*).

**IPCC Technical Guidelines for Assessing Climate Change Impacts and Adaptations,** 1995 (*also in Arabic, Chinese, French, Russian and Spanish*).

**Climate Change 1994 – Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios.**

**Climate Change 1995 – Impacts, Adaptations and Mitigation of Climate Change: Scientific-Technical Analyses.** Contribution of Working Group II to the IPCC Second Assessment Report.

**Climate Change 1995 – Economic and Social Dimensions of Climate Change.** Contribution of Working Group III to the IPCC Second Assessment Report.

**IPCC Second Assessment Synthesis of Scientific-Technical Information Relevant to Interpreting Article 2 of the UN Framework Convention on Climate Change.**

Enquiries: IPCC Secretariat, c/o World Meteorological Organisation, P O Box 2300, CH1211 Geneva 2, Switzerland.

# Appendix 3

Contributors to IPCC WGI Report

**Technical Summary**

| | |
|---|---|
| D. Albritton | NOAA Aeronomy Laboratory, USA |
| B. Bolin | IPCC Chairman, Sweden |
| B. Callander | IPCC WGI Technical Support Unit, UK |
| K. Denman | Institute of Ocean Sciences, Canada |
| R. Dickinson | University of Arizona, USA |
| L. Gates | Lawrence Livermore National Laboratory, USA |
| H. Grassl | World Meteorological Organisation, Switzerland |
| M. Grubb | Royal Institute of International Affairs, UK |
| N. Harris | European Ozone Research Co-ordinating Unit, UK |
| J. Houghton | IPCC WGI Co-Chairman, UK |
| P. Jonas | UMIST, UK |
| A. Kattenberg | Royal Netherlands Meteorological Institute (KNMI), Netherlands |
| K. Maskell | IPCC WGI Technical Support Unit, UK |
| G. McBean | Atmospheric Environment Canada, Canada |
| M. Mcfarland | United Nations Environment Programme (UNEP), Kenya |
| G. Meira | Agência Espacial Brasileira, Brazil |
| J. Melillo | Woods Hole Oceanographic Institution, USA |
| N. Nicholls | Bureau of Meteorology Research Centre, Australia |
| L. Ogallo | University of Nairobi, Kenya |
| M Oppenheimer | Environmental Defense Fund, USA |
| M. Prather | University of California @ Irvine, USA |
| B. Santer | Lawrence Livermore National Laboratory, USA |
| D. Schimel | National Center for Atmospheric Research, USA |
| K. Shine | University of Reading, UK |
| K. Trenberth | National Center for Atmospheric Research, USA |
| R. Warrick | The University of Waikato, New Zealand |
| R. Watson | Office of Science and Technology Policy, USA |
| J. Zillman | Bureau of Meteorology, Australia |

*Appendix 3*

## Chapter 1: The Climate System; An overview

### Convening Lead Author
K. Trenberth                              National Center for Atmospheric Research, USA

### Lead Authors
J. Houghton                               IPCC WGI Co-Chairman, UK
G. Meira                                  Agência Espacial Brasileira, Brazil

## Chapter 2: Radioactive Forcing of Climate Change

### Convening Lead Author
D. Albritton                              NOAA Aeronomy Laboratory, USA
P. Jonas                                  UMIST, UK
M. Prather                                University of California @ Irvine, USA
D. Schimel                                National Centre for Atmospheric Research, USA
K. Shine                                  University of Reading, UK

### Lead Authors
D. Alves                                  Instituto Nacional de Pesquisas Espaciais (INPE), Brazil
R. Charlson                               University of Washington, USA
R. Derwent                                Meteorological Office, UK
D. Ehhalt                                 Institut für Chemie der KFA Jülich GmbH, Germany
I. Enting                                 CSIRO Division of Atmospheric Research, Australia
Y. Fouquart                               LOA/Université des Science & Technologie de Lille, France
P. Fraser                                 CSIRO Division of Atmospheric Research, Australia
M. Heimann                                Max-Plank Institut für Meteorologie, Germany
I. Isaksen                                University of Oslo (Geophysics), Norway
F. Joos                                   University of Bern, Switzerland
M. Lal                                    Centre for Atmospheric Sciences, India
V. Ramaswamy                              Geophysical Fluid Dynamics Laboratory, USA
D. Raynaud                                CNRS Laboratoire de Glaciologie, France
H. Rodhe                                  University of Stockholm, Sweden
S. Sadasivan                              Bhabha Atomic Research Centre, India
E. Sanhueza                               Instituto Venezolano de Investigaciones Cientificas, Venezuela
S. Solomon                                NOAA Aeronomy Laboratory, USA
J. Srinivasan                             Langley Research Centre, USA
T. Wigley                                 Office for Interdisciplinary Earth Studies @ UCAR, USA
D. Wuebbles                               Lawrence Livermore National Laboratory, USA
X. Zhou                                   Academy of Meteorological Sciences, China

### Contributors
F. Alyea                                  Georgia Institute of Technology, USA
T. Anderson                               University of Washington, USA
M. Andreae                                Max-Planck Institut für Chemie, Germany
D. Blake                                  University of California @ Irvine, USA
O. Boucher                                Laboratoire de Météorologie Dynamique du CNRS, France
C. Brühl                                  Max-Planck Institut für Chemie, Germany
J. Butler                                 NOAA, Climate Monitoring & Diagnostics Lab, USA
D. Cunnold                                Georgia Institute of Technology, USA
J. Dignon                                 Lawrence Livermore National Laboratory, USA

| | |
|---|---|
| E. Dlugokenchy | NOAA ERL @ Boulder, USA |
| J. Elkins | NOAA ERL @ Boulder, USA |
| I. Fung | University of Victoria, Canada |
| M. Geller | New York State University, USA |
| D. Hauglustaine | Service d'Aeronomie du CNRS, France |
| J. Haywood | Geophysical Fluid Dynamics Laboratory, USA |
| J. Heintzenberg | Institut für Troposphärenforschung, Germany |
| D. Jacob | Harvard University, USA |
| A. Jain | University of Illinois, USA |
| C. Keeling | Scripps Institute of Oceanography, USA |
| S. Khmelevtsov | Institute of Experimental Meteorology, Russian Federation |
| J. Lelieveld | University of Wageningen, Netherlands |
| H. Le Treut | Laboratoire de Météorologie Dynamique du CNRS, France |
| I. Levin | Universität Heidelberg, Germany |
| M. Maiss | Universität Heidelberg, Germany |
| G. Marland | Oak Ridge National Laboratory, USA |
| S. Marshall | University of Washington, USA |
| P. Midgley | M+D Consulting, Germany |
| B. Miller | Scripps Institute of Oceanography, USA |
| J. Mitchell | Meteorological Office, UK |
| S. Montzka | NOAA/CMDL, USA |
| H. Nakane | National Institute for Environmental Studies, Japan |
| P. Novelli | NOAA, Climate Monitoring & Diagnostics Lab, USA |
| B. O'Neill | Environmental Defense Fund, USA |
| D. Oram | University of East Anglia, UK |
| S. Penkett | University of East Anglia, UK |
| J. Penner | Lawrence Livermore National Laboratory, USA |
| S. Prinn | Massachusetts Institute of Technology, USA |
| P. Quay | University of Washington, USA |
| A. Robock | University of Maryland, USA |
| S. Schwartz | Brookhaven National Laboratory, USA |
| P. Simmonds | Bristol University, UK |
| S. Singh | Indian Institute of Tropical Meteorology |
| A. Slingo | Meteorological Office, UK |
| F. Stordal | Norwegian Institute for Air Research, Norway |
| E. Sulzman | National Center for Atmospheric Research, USA |
| P. Tans | NOAA,Climate Monitoring & Diagnostics Lab, USA |
| R. Weiss | Scripps Institute of Oceanography, USA |
| A. Wharner | Institut für Chemie der KFA Jülich GmbH, Germany |
| T. Whorf | Scripps Institute of Oceanography, USA |

## Chapter 3: Observed Climate Variability and Change

*Convening Lead Author*

| | |
|---|---|
| N. Nicholls | Bureau of Meteorology Research Centre, Australia |

*Lead Authors*

| | |
|---|---|
| G. Gruza | Institute for Global Climate and Ecology, Russian Federation |
| J. Jouzel | LMCE/DSM, France |
| T. Karl | NOAA National Climate Data Center, USA |

*Appendix 3*

| | |
|---|---|
| L. Ogallo | University of Nairobi, Kenya |
| D. Parker | Meteorological Office, UK |

***Contributors***

| | |
|---|---|
| J. Angell | NOAA ERL @ Silver Springs, USA |
| S. Anjian | National Meteorological Centre, China |
| P. Arkin | NWS W/NMC, USA |
| R. Balling Jr | Arizona State University, USA |
| M. Bardin | Institute for Global Climate and Ecology, Russian Federation |
| R. Barry | University of Colorado, USA |
| W. Bomin | National Meteorological Centre, China |
| R. Bradley | University of Massachusetts, USA |
| K. Briffa | University of East Anglia, UK |
| A. Carleton | Indiana University, USA |
| D. Cayan | Scripps Institute of Oceanography, USA |
| F. Chiew | University of Melbourne, Australia |
| J. Christy | University of Alabama @ Huntsville, USA |
| J. Churc, | CSIRO Division of Oceanography, Australia |
| E. Cook | Lamont-Doherty Earth Observatory, USA |
| T. Crowley | Texas A&M University, USA |
| N. Datsenko | Hydrometeorological Research Centre of Russia, Russian Federation |
| R. Davis | University of Virginia, USA |
| B. Dey | Howard University, USA |
| H. Diaz | NOAA ERL @ Boulder, USA |
| W. Drosdowsky | Bureau of Meteorology Research Centre, Australia |
| M. Duarte | Ciudad Universitaria, Argentina |
| J. Duplessy | Centre des Faibles Radioactivités, France |
| D. Easterling | National Climatic Data Center, USA |
| J. Eischeid | University of Colorado, USA |
| W. Elliott | NOAA ERL @ Silver Springs, USA |
| B. Findlay | Environment Canada, Canada |
| H. Flohn | Universitat Bonn, Germany |
| C. Folland | Meteorological Office, UK |
| R. Franke | Deutscher Wetterdienst Seewetteramt, Germany |
| P. Frich | Danish Meteorological Institute, Denmark |
| D.Gaffen | NOAA ERL @ Silver Springs, USA |
| V. Georgievsky | State Hydrological Institute, Russian Federation |
| T. Ginsburg | Hydrometeorological Research Centre of Russia, Russian Federation |
| W. Gould | Institute of Oceanographic Sciences, UK |
| P. Groisman | State Hydrological Institute, Russian Federation |
| D. Gullet | Environment Canada, Canada |
| W. Haeberli | Verschanstalt für Wasserbau Institut, Switzerland |
| S. Hastenrath | University of Wisconsin @ Madison, USA |
| A. Henderson-Sellers | Macquarie University, Australia |
| M. Hoelzle | Verschanstalt für Wasserbau Institut, Switzerland |
| W. Hogg | Environment Canada, Canada |
| G. Holland | Bureau of Meteorology Research Centre, Australia |
| L. Hopkins | Bureau of Meteorology Research Centre, Australia |
| M. Hulme | Climatic Research Unit (UEA), UK |
| N. Ivachtchenko | Hydrometeorological Research Centre of Russia, Russian Federation |

| | |
|---|---|
| P. Jones | Climatic Research Unit (UEA), UK |
| R. Katz | National Center for Atmospheric Research, USA |
| B. Kininmonth | Bureau of Meteorology, Australia |
| R. Knight | NOAA National Climate Data Center, USA |
| N. Kononova | Russian Agricultural Academy, Russian Federation |
| L. Korovkina | Institute for Global Climate & Ecology, Russian Federation |
| G. Kukla | Lamont-Doherty Geological Laboratory, USA |
| K. Kumar | Indian Institute of Tropical Meteorology, India |
| P. Lamb | University of Oklahoma, USA |
| C. Landsea | Colorado State University, USA |
| S. Levitus | NOAA/NODC (E/OC23), USA |
| T. Lewis | Pacific Geoscience Centre, Canada |
| H. Lins | US Geological Survey  (WGII Liaison Grp), USA |
| J. Lough | Australian Institute of Marine Science, Australia |
| L. Malone | Environment Canada, Canada |
| J. Marengo | CPTEC-INPE, Brazil |
| T. McMahon | University of Melbourne, Australia |
| E. Mekis | Environment Canada, Canada |
| A. Meshcherskya | Main Geophysical Observatory, Russian Federation |
| P. Michaels | University of Virginia, USA |
| S. Nicholson | Florida State University, USA |
| J. Oerlemans | University of Utrecht, Netherlands |
| G. Ohring | NOAA/NESDIS, USA |
| G. Pant | Indian Institute of Tropical Meteorology, India |
| N. Plummer | National Climate Centre, Australia |
| F. Quinn | Great Lakes Environmental Research Lab, USA |
| E. Ran'kova | Institute for Global Climate and Ecology, Russian Federation |
| E.V. Rocheva | Institute for Global Climate and Ecology, Russian Federation |
| C. Ropelewski | Climate Analysis Center, USA |
| B. Santer | Lawrence Livermore National Laboratory, USA |
| H. Schmidt | Deutscher Wetterdienst Seewetteramt, Germany |
| E. Semenyuk | Institute for Global Climate and Ecology, Russia |
| I. Shiklomanov | State Hydrological Institute, Russian Federation |
| M. Shinoda | University of Tokyo, Japan |
| N. Sidorenkov | Hydrometeorological Research Centre of Russia, Russian Federation |
| I. Soldatova | Hydrometeorological Research Centre of Russia, Russian Federation |
| D. Sonechkin | Hydrometeorological Research Centre of Russia, Russian Federation |
| R. Spencer | Marshall Space Flight Center, USA |
| N. Speranskaya | State Hydrological Institute, Russian Federation |
| K. Trenberth | National Center for Atmospheric Research, USA |
| C. Tsay | Central Weather Bureau, Taiwan |
| J. Walsh | University of Illinois @ Urbana-Champaign, USA |
| K. Wang | Pacific Geoscience Centre, Canada |
| N. Ward | IMGA-CNR, Italy |
| S. Warren | University of Washington, USA |
| T. Yasunari | University of Tsukuba, Japan |
| Q. Zu | Jiangsu Meteorological Institute, China |

**Chapter 4: Climate Processes**

*Convening Lead Author*

R. Dickinson                      University of Arizona, USA


*Lead Authors*

V. Meleshko                       Voeikov Main Geophysical Observatory, Russian Federation
D. Randall                        Colorado State University, USA
E. Sarachik                       University of Washington, USA
P. Silva-Dias                     University of São Paulo, Brazil
A. Slingo                         Meteorological Office, UK


*Contributors*

A. Barros                         Pennsylvania State University, USA
O. Boucher                        Laboratoire de Météorologie Dynamique du CNRS, France
R. Cess                           University of New York State, USA
A. Del Genio                      GISS, USA
L. Dumenil                        Max-Planck Institut für Meteorologie, Germany
R. Fu                             University of Arizona, USA
P. Gleckler                       Lawrence Livermore National Laboratory, USA
J. Hansen                         Goddard Institute for Space Studies, USA
R. Lindzen                        Massachusetts Institute of Technology, USA
E. Maier-Reimer                   Max-Planck Institut für Meteorologie, Germany
K. McNaughton                     Hort Research, New Zealand
J..McWilliams                     UCLA, USA
G. Meehl                          National Centre for Atmospheric Research, USA
M. Miller                         ECMWF, UK
D. Neelin                         University of California, USA
E. Olaguer                        Dow Chemical Co., USA
T. Palmer                         ECMWF, UK
C. Penland                        University of Colorado, USA
R. Pinker                         University of Maryland, USA
V. Ramaswamy                      Geophysical Fluid Dynamics Laboratory, USA
D. Rind                           Goddard Institute of Space Studies, USA
A. Robock                         University of Maryland, USA
M. Salby                          University of Colorado, USA
M. Schlessinger                   University of Illinois at Urbana-Champaign, USA
H. Schmid                         Swiss Federal Institute of Technology, Switzerland
C. Senior                         Meteorological Office, UK
Q. Shao                           University of Arizona, USA
K. Shine                          University of Reading, UK
H. Sundquist                      University of Stockholm, Sweden
A. Vogelmann                      University of Arizona, USA
A. Weaver                         University of Victoria, Canada

**Chapter 5: Climate Models – Evaluation**

*Convening Lead Author*

| | |
|---|---|
| W. Gates | Lawrence Livermore National Laboratory, USA |

*Lead Authors*

| | |
|---|---|
| G. Boer | Canadian Centre for Climate Modelling & Analysis, Canada |
| A. Henderson-Sellers | Macquarie University, Australia |
| C. Folland | Meteorological Office, UK |
| A. Kitoh | Japan Meteorological Agency, Japan |
| B. McAvaney | Bureau of Meteorology Research Centre, Australia |
| F. Semazzi | North Carolina State University, USA |
| N. Smith | Bureau of Meterology Research Centre, Australia |
| A. Weaver | University of Victoria, Canada |
| Q. Zeng | Institute of Atmospheric Physics, China |

*Contributors*

| | |
|---|---|
| J. Boyle | Lawrence Livermore National Laboratory, USA |
| R. Cess | University of New York State, USA |
| T. Chen | Macquarie University, Australia |
| J. Christy | University of Alabama @ Huntsville, USA |
| C. Covey | Lawrence Livermore National Laboratory, USA |
| T. Crowley | Texas A&M University, USA |
| U. Cubasch | Deutsches Klimarechenzentrum, Germany |
| J. Davies | Meteorological Office, UK |
| M. Fiorino | Lawrence Livermore National Laboratory, USA |
| G. Flato | Canadian Centre for Climate Modelling & Analysis, Canada |
| C. Fredericksen | BMRC, Australia |
| F. Giorgi | National Center for Atmospheric Research, USA |
| P. Gleckler | Lawrence Livermore National Laboratory, USA |
| J. Hack | NCAR, USA |
| J. Hansen | Goddard Institute for Space Studies, USA |
| G. Hegerl | Max-Planck Institut für Meteorologie, Germany |
| R. Huang | Woods Hole Oceanographic Institution, USA |
| P. Irannejad | Macquarie University, Australia |
| T. Johns | Meteorological Office, UK |
| J. Kiehl | National Center for Atmospheric Research, USA |
| H. Koide | Meteorological Research Institute, Japan |
| R. Koster | University of Maryland, USA |
| J. Kutzbach | University of Wisconsin @ Madison, USA |
| S. Lambert | University of Victoria, Canada |
| R. Latif | Max-Planck Institut für Meteorologie, Germany |
| N. Lau | NOAA, USA |
| P. Lemke | Alfred-Wegener Institute for Polar & Marine Research, Germany |
| R. Livezey | NOAA, USA |
| P. Love | Macquarie University, Australia |
| N. McFarlane | Canadian Climate Centre, Canada |
| K. McGuffie | University of Technology, USA |
| G. Meehl | National Centre for Atmospheric Research, USA |
| I. Mokhov | Institute of Atmospheric Physics, Russia |

| | |
|---|---|
| A. Noda | Japan Meteorological Agency,Japan |
| B. Otto-Bliesner | University of Texas, USA |
| T. Palmer | ECMWF, UK |
| T. Phillips | Lawrence Livermore National Laboratory, USA |
| A. Pitman | Macquarie University, Australia |
| J. Polcher | Laboratoire de Météorologie Dynamique du CNRS, France |
| G. Potter | Lawrence Livermore National Laboratory, USA |
| S.B. Power | Bureau of Meteorology Research Centre, Australia |
| D. Randall | Colorado State University, USA |
| P. Rasch | National Center for Atmospheric Research, USA |
| A. Robock | University of Maryland, USA |
| B. Santer | Lawrence Livermore National Laboratory, USA |
| E. Sarachik | University of Washington, USA |
| N. Sato | Japan Meteorological Agency, Japan |
| A. Semtner Jr | Naval Postgraduate School, USA |
| J. Slingo | University of Reading, UK |
| I. Smith | IEA Coal Research, London, UK |
| K. Sperber | Lawrence Livermore National Laboratory, USA |
| R. Stouffer | Geophysical Fluid Dynamics Laboratory, USA |
| M. Sugi | National Research Institute for Earth Science & Disaster Prevention, Japan |
| J. Syktus | CSIRO, Australia |
| K. Taylor | Lawrence Livermore National Laboratory , USA |
| S. Tett | Meteorological Office, UK |
| S. Tibaldi | University of Bologna, Italy |
| W. Wang | State University of New York @ Albany, USA |
| W. Washington | National Center for Atmospheric Research, USA |
| B. Weare | University of California, USA |
| D. Williamson | National Center for Atmospheric Research, USA |
| T. Yamagata | University of Tokyo, Japan |
| Z. Yang | University of Arizona, USA |
| R. Zhang | Institute of Atmospheric Physics, China |
| M. Zhang | State University of New York @ Stony Brook, USA |
| F. Zwiers | Canadian Climate Centre, Canada |

## Chapter 6: Climate Models – Projections of Future Climate

### *Convening Lead Author*

| | |
|---|---|
| A. Kattenberg | Royal Netherlands Meteorological Institute (KNMI), Netherlands |

### *Lead Authors*

| | |
|---|---|
| F. Giorgi | National Centre for Atmospheric Research, USA |
| H. Grassl | World Meteorological Organisation, Switzerland |
| G. Meehl | National Centre for Atmospheric Research, USA |
| J. Mitchell | Meteorological Office, UK |
| R. Stoufer | Geophysical Fluid Dynamics Laboratory, USA |
| T. Tokioka | Japan Meteorological Agency, Japan |
| A. Weaver | University of Victoria, Canada |
| T. Wigley | Office for Interdisciplinary Earth Studies @ UCAR, USA |

### Contributors

| | |
|---|---|
| A. Barros | Pennsylvania State University, USA |
| M. Beniston | ETH Institute of Geography, Switzerland |
| G. Boer | Canadian Centre for Climate Modelling & Analysis, Canada |
| T. Buishand | Royal Netherlands Meteorological Institute (KNMI), Netherlands |
| J. Christensen | Danish Meteorological Institute, Denmark |
| R. Colman | Bureau of Meteorology Research Centre, Australia |
| J. Copeland | Colorado State University, USA |
| P. Cox | Meteorological Office, UK |
| A. Cress | Deutscher Wetterdienst Zentralamt, Germany |
| U. Cubasch | Deutsches Klimarechenzentrum, Germany |
| M. Deque | Centre National de Recherches Météorologiques, France |
| G. Flato | Canadian Centre for Climate Modelling & Analysis, Canada |
| C. Fu | Institute of Atmospheric Physics, China |
| I. Fung | University of Victoria, Canada |
| J. Garratt | CSIRO, Australia |
| S. Ghan | Battelle Pacific Northwest Laboratories, USA |
| H. Gordon | CSIRO Division of Atmospheric Research, Australia |
| J. Gregory | Meteorological Office, UK |
| P. Guttorp | University of Washington, USA |
| A. Henderson-Sellers | Macquarie University, Australia |
| K. Hennessy | CSIRO Division of Atmospheric Research, Australia |
| H. Hirakuchi | CRIEPI, Japan |
| G. Holland | Bureau of Meteorology Research Centre, Australia |
| B. Horton | Meteorological Office, UK |
| T. Johns | Meteorological Office, UK |
| R. Jones | Meteorological Office, UK |
| M. Kanamitsu | W/NMC2, USA |
| T. Karl | NOAA National Climate Data Center, USA |
| D. Karoly | Monash University, Australia |
| A. Keen | Meteorological Office, UK |
| T. Kittel | National Center for Atmospheric Research, USA |
| T. Knutson | Geophysical Fluid Dynamics Laboratory, USA |
| T. Koide | Meteorological Research Institute, Japan |
| G. Können | Royal Netherlands Meteorological Institute (KNMI), Netherlands |
| M. Lal | Centre for Atmospheric Sciences, India |
| R. Laprise | University of Quebec at Montreal, Canada |
| R. Leung | Battelle Pacific Northwest Laboratory, USA |
| A. Lupo | Purdue University, USA |
| A. Lyne | University of Tasmania, Australia |
| C. Ma | University of California, USA |
| B. Machenhauer | Max-Planck Institut für Meteorologie, Germany |
| E. Maier-Reimer | Max-Planck Institut für Meteorologie, Germany |
| M. Marinucci | NCAR, USA |
| B. McAvaney | Bureau of Meteorology Research Centre, Australia |
| J. McGregor | CSIRO Division of Atmospheric Research, Australia |
| L. Mearns | National Center for Atmospheric Research, USA |
| N. Miller | Lawrence Livermore National Laboratory, USA |
| J. Murphy | Meteorological Office, UK |
| A. Noda | Japan Meteorological Agency, Japan |

*Appendix 3*

| | |
|---|---|
| M. Noguer | Meteorological Office, UK |
| J. Oberhuber | Deutsches Klimarechenzentrum, Germany |
| S. Parey | Electricité de France, France |
| H. Pleym | Telemark College of Engineering, Norway |
| J. Raisanen | University of Helsinki, Finland |
| D. Randall | Colorado State University, USA |
| S. Raper | Climatic Research Unit (UEA), UK |
| P. Rayner | Princeton University, USA |
| J. Roads | Scripps Institution of Oceanography, USA |
| E. Roeckner | Max-Planck Institut für Meteorologie, Germany |
| G. Russell | Goddard Institute for Space Studies, USA |
| H. Sasaki | Meteorological Research Institute, Japan |
| F. Semazzi | North Carolina State University, USA |
| C. Senior | Meteorological Office, UK |
| C. Skelly | James Cook University, Australia |
| K. Sperber | Lawrence Livermore National Laboratory, USA |
| K.Taylor | Lawrence Livermore National Laboratory, USA |
| S. Tett | Meteorological Office, UK |
| H. von Storch | Max- Planck Institut für Meteorologie, Germany |
| K. Walsh | CSIRO, Australia |
| P. Whetton | CSIRO Division of Atmospheric Research, Australia |
| D. Wilks | Cornell University, USA |
| I. Woodward | University of Sheffield, UK |
| F. Zwiers | Canadian Climate Centre, Canada |

## Chapter 7: Changes in Sea Level

### *Convening Lead Author*

| | |
|---|---|
| D. Warrick | The University of Waikato, New Zealand |

### *Lead Authors*

| | |
|---|---|
| C. Le Provost | Institute de Mécanique de Grenoble, France |
| M. Meier | Institute of Artic & Alpine Research, USA |
| J. Oerlemans | University of Utrecht, Netherlands |
| P. Woodworth | Permanent Service for Mean Sea Level (PSMSL), UK |

### *Contributors*

| | |
|---|---|
| R. Alley | Pennsylvania State University, USA |
| C. Bentley | University of Wisconsin @ Madison, USA |
| R. Bindschadler | Goddard Space Flight Center, USA |
| R. Braithwaite | University of Manchester, UK |
| B. Douglas | NOAA/NODC, USA |
| M. Dyurgerov | Institute of Geography, Russia |
| N. Flemming | Institute of Oceanographic Sciences Deacon Labotatory, UK |
| C. Genthon | Laboratoire de Glaciologie, CNRS, France |
| V. Gornitz | Goddard Institute for Space Studies, USA |
| J. Gregory | Meteorological Office, UK |
| W. Haeberli | Verschanstalt für Wasserbau Institut, Switzerland |
| P. Huybrechts | Alfred-Wegener Institute for Polar & Marine Research, Germany |
| T. Jóhannesson | Orkustofnun (National Energy Authority), Iceland |

| U. Mikolajewicz | Max-Planck Institut für Meteorologie, Germany |
| S. Raper | Climatic Research Unit (UEA), UK |
| D. Sahagian | University of New Hampshire, USA |
| T. Wigley | OIES @ UCAR, USA |
| J. de Wolde | University of Utrecht, Netherlands |

## Chapter 8: Detection of Climate Change and Attribution of Causes

### *Convening Lead Author*

| B. Santer | Lawrence Livermore National Laboratory, USA |

### *Lead Authors*

| E. Anyamba | NASA Goddard Space Flight Center, USA |
| T. Barnett | Scripps Institute Of Oceanography, USA |
| T. Wigley | OIES @ UCAR, USA |

### *Contributors*

| P. Bloomfield | Merrill Lynch Derivative Products, USA |
| E. Cook | Lamont-Doherty Earth Observatory, USA |
| C. Covey | Lawrence Livermore National Laboratory, USA |
| T. Crowley | Texas A&M University, USA |
| T. Delworth | Geophysical Fluid Dynamics Laboratory, USA |
| L. Gates | Lawrence Livermore National Laboratory, USA |
| N. Graham | Scripps Institute of Oceanography, USA |
| J. Gregory | Meteorological Office, UK |
| J. Hansen | Goddard Institute for Space Studies, USA |
| K. Hasselmann | Max-Planck Institut für Meteorologie, Germany |
| G. Hegerl | Max-Planck Institut für Meteorologie, Germany |
| T. Johns | Meteorological Office, UK |
| P. Jones | Climatic Research Unit (UEA), UK |
| T. Karl | NOAA National Climate Data Center, USA |
| D. Karoly | Monash University, Australia |
| H. Kheshgi | EXXON, USA |
| M. MacCracken | Office of the USGCRP, USA |
| K. Maskell | IPCC WGI Technical Support Unit, UK |
| G. Meehl | National Centre for Atmospheric Research, USA |
| J. Mitchell | Meteorological Office, UK |
| J. Murphy | Meteorological Office, UK |
| N. Nicholls | Bureau of Meteorology Research Centre, Australia |
| G. North | Texas A & M University, USA |
| M. Oppenheimer | Environmental Defense Fund, USA |
| J. Penner | Lawrence Livermore National Laboratory, USA |
| S. Power | Bureau of Meteorology Research Centre, Australia |
| A. Robock | University of Maryland, USA |
| C. Senior | Meteorological Office, UK |
| K. Taylor | Lawrence Livermore National Laboratory, USA |
| S. Tett | Meteorological Office, UK |
| F. Zwiers | Canadian Climate Centre, Canada |

*Appendix 3*

**Chapter 9: Terrestial Biotic Responses to Environmental Change and Feedbacks to Climate**

*Convening Lead Author*
J. Melillo                                  Woods Hole Oceanographic Institution, USA


*Lead Authors*
G. Farquhar                                 Australian National University, Australia
C. Prentice                                 Lund University, Sweden
O. Sala                                     University of Buenos Aires, Argentina
E. Schulze                                  Bayreuth University, Germany


*Contributors*
P. Bartlein                                 University of Oregon, USA
F. Bazzaz                                    Harvard University, USA
R. Bradshaw                                 Swedish University of Agricultural Sciences, Sweden
J. Clark                                     Duke University, USA
M. Claussen                                 Max Planck Institut für Meteorologie, Germany
G. Collatz                                   NASA Goddard Space Flight Center, USA
M. Coughenour                               Colorado State University, USA
C. Field                                     Carnegie Institute of Washington, USA
J. Foley                                     James Cook University, Australia
A Friend                                     Institute of Terrestrial Ecology, UK
B. Huntley                                   University of Durham, UK
C. Körner                                    University of Basel, Switzerland
W. Kurz                                      ESSA Ltd, Canada
R. Leemans                                   RIVM, Netherlands
J. Lloyd                                     Australian National University, Australia
P. Martin                                    European Commision, Italy
K. McNaughton                               Hort Research, New Zealand
A. McGuire                                   University of Alaska-Fairbanks, USA
R. Neilson                                   US Dept of Agriculture, USA
W. Oechel                                    San Diego State University, USA
J. Overpeck                                  NOAA/National Geophysical Data Center, USA
W. Parton                                    Colorado State University, USA
L. Pitelka                                   Electric Power Research Institute (EPRI), USA
D. Rind                                      Goddard Institute of Space Studies, USA
S. Running                                   University of Montana. USA
D. Schimel                                   National Center for Atmospheric Research, USA
T. Smith                                     University of Virginia, USA
T. Webb                                      Brown University, USA
C. Whitlock                                  University of Oregon, USA

**Chapter 10: Marine Biotic Responses to Environmental Change and Feedbacks to Climate**

*Convening Lead Author*
K. Denman                     Institute of Ocean Sciences, Canada

*Lead Authors*
E. Hofmann                    Crittenton Hall Old Dominion University, USA
H. Marchant                   DEST, Australia

*Contributors*
M. Abbott                     Oregon State University, USA
T. Bates                      NOAA, USA
S. Calvert                    University of British Columbia, Canada
M. Fasham                     James Rennell Centre (NERC), UK
R. Jahnke                     Skidaway Institution of Oceanography, USA
S. Kempe                      University of Hamburg, Germany
R. Lara                       Alfred-Wegener Institute for Polar & Marine Research, Germany
C. Law                        Plymouth Marine Laboratory, UK
P. Liss                       University of East Anglia, UK
A. Michaels                   Bermuda Biological Research Station, Bermuda
T. Pederson                   University of British Columbia, Canada
M. Peña                       Institute of Ocean Sciences, Canada
T. Platt                      Bedford Institute of Oceanography, Canada
K. Van Scoy                   Plymouth Marine Laboratory, UK
J. Sharp                      University of Delaware, USA
D. Thomas                     The Interuniversity Institute for Marine Sciences, Israel
J. Walsh                      University of South Florida, USA
A. Watson                     Plymouth Marine Laboratory, UK

**Chapter 11: Advancing our Understanding**

*Convening Lead Author*
G. McBean                     Atmospheric Environment Canada, Canada

*Lead Authors*
P. Liss                       University of East Anglia, UK
S. Schneider                  Stanford University, USA

# Appendix 4

Reviewers of the IPCC WGI Report[1]

**Albania**

E. Demiraj                          Hydrometeorological Institute

**Australia**

| | |
|---|---|
| R. Allan | CSIRO Division of Atmospheric Research |
| I. Allison | University of Tasmania |
| P. Baines | CSIRO Division of Atmospheric Research |
| S. Barrell | Bureau of Meteorology |
| N. Bindoff | University of Tasmania |
| W. Bouma | CSIRO Division of Atmospheric Research |
| H. Bridgman | University of Newcastle |
| J. Bye | The Flinders University of South Australia |
| R. Byron-Scott | The Flinders University of South Australia |
| F. Chiew | University of Melbourne |
| J. Church | CSIRO Division of Oceanography |
| K. Colls | Bureau of Meteorology |
| R. Colman | Bureau of Meteorology Research Centre |
| B. Curran | Dept of Primary Industries & Energy |
| M. Dix | CSIRO Division of Atmospheric Research |
| B. Dixon | Bureau of Meteorology |
| M. England | University of New South Wales |
| I. Enting | CSIRO Division of Atmospheric Research |
| D. Etheridge | CSIRO Division of Atmospheric Research |
| G. Farquhar | Australian National University |
| P. Fraser | CSIRO Division of Atmospheric Research |
| C. Fredericksen | Bureau of Meteorology Research Centre |
| I. Galbally | CSIRO Division of Atmospheric Research |
| J. Garratt | CSIRO Division of Atmospheric Research |
| T. Gibson | University of Tasmania |
| R. Gifford | CSIRO Division of Plant Industry |

---

[1] The list may not include some experts who contributed to the peer review only through their governments.

*Appendix 4*

| L. Glover | Department of the Environment, Sports & Territories |
| A. Gordon | Flinders University |
| G. Harris | CSIRO Division of Atmospheric Research |
| A. Henderson-Sellers | Macquarie University |
| K. Hennessy | CSIRO Division of Atmospheric Research |
| J. Jakka | University of Tasmania |
| J. Jensen | CSIRO Division of Atmospheric Research |
| B. Kininmonth | Bureau of Meteorology |
| M. Kirschbaum | CSIRO Division of Atmospheric Research |
| R. Kleeman | Bureau of Meteorology Research Centre |
| J. Lloyd | Australian National University |
| J. Lough | Australian Institute of Marine Science |
| M. Manton | Bureau of Meteorology Research Centre |
| H. Marchant | Department of the Environment, Sports & Territories |
| B. McAvaney | Bureau of Meteorology Research Centre |
| T. McDougall | CSIRO Division of Atmospheric Research |
| J. McGregor | CSIRO Division of Atmospheric Research |
| C. Mitchell | CSIRO Division of Atmospheric Research |
| N. Nicholls | Bureau of Meteorology Research Centre |
| S. O'Farrell | CSIRO Division of Atmospheric Research |
| G. Paltridge | University of Tasmania |
| J. Parslow | CSIRO Division of Atmospheric Research |
| G. Pearman | CSIRO Division of Atmospheric Research |
| A. Pitman | Macquarie University |
| N. Plummer | National Climate Centre |
| S. Power | Bureau of Meteorology Research Centre |
| P. Rhines | CSIRO Division of Atmospheric Research |
| L. Rikus | Bureau of Meteorology Research Centre |
| S. Rintoul | CSIRO Division of Atmospheric Research |
| G. Rumantir | Macquarie University |
| B. Ryan | CSIRO Division of Atmospheric Research |
| P. Schwerdtfeger | The Flinders University of South Australia |
| C. Skelly | James Cook University |
| N. Smith | Bureau of Meteorology Research Centre |
| I. Smith | CSIRO Division of Atmospheric Research |
| G. Stephens | CRC For Southern Hemisphere Meteorology |
| B. Tucker | CSIRO Division of Atmospheric Research |
| Y. Wang | CSIRO Division of Atmospheric Research |
| I. Watterson | CSIRO Division of Atmospheric Research |
| T. Weir | Department of Primary Industries & Energy |
| P. Whetton | CSIRO Division of Atmospheric Research |
| M. Williams | University Of Adelaide |
| B. Wright | National Climate Centre |
| C. Zammit | Department of Foreign Affairs & Trade |
| J. Zillman | Bureau of Meteorology |

**Austria**

| H. Hojesky | Federal Ministry for Environment |

**Barbados**

L. Nurse                              Coastal Conservation Project Unit

**Belguim**

A. Berger                             Université Catholique de Louvain

**Benin**

E. Ahlonsou                           Service Météorologique

**Brazil**

P. Fearnside                          National Institute of Research on the Amazon

**Canada**

G. Boer                               Canadian Centre for Climate Modelling & Analysis
H. Boyd                               Environment Canada
G. Brunet                             Environment Canada
R. Allyn Clarke                       Bedford Institute of Oceanography
R. Daley                              Environment Canada
K. Denman                             Institute of Ocean Sciences
M. Pe                                 Institute of Ocean Sciences
L. Dupigny-Giroux                     McGill University
A. Dyke                               Geological Survey of Canada
P. Egginton                           Geological Survey of Canada
G. Evans                              DFO Science Branch
B. Findlay                            Environment Canada
G. Flato                              Canadian Centre for Climate Modelling & Analysis
I. Fung                               University of Victoria
R. Grant                              University of Alberta
D. Gullett                            Environment Canada
H. Hengeveld                          Canadian Climate Centre
K. Higuchi                            Atmospheric Environment Service
W. Hogg                               Environment Canada
J. Jerome                             McGill University
H. Jette                              Geological Survey of Canada
B. Johnson                            Dalhousie University
M. Johnston                           Lakehead University
A. Judge                              Geological Survey of Canada
R. Koerner                            Geological Survey of Canada
S. Lambert                            University of Victoria
L. Malone                             Environment Canada
C. McElroy                            Atmospheric Environment Service (ARQX)
P. Merilees                           Environment Canada
P. Mudie                              Bedford Institute of Oceanography
L. Mysak                              McGill University
I. Perry                              Fisheries and Oceans Canada

*Appendix 4*

| | |
|---|---|
| N. Roulet | York University |
| J. Shaw | Bedford Institute of Oceanography |
| J. Stone | Canadian Climate Centre |
| A. Weaver | University of Victoria |
| D. Whelpdale | Environment Canada |
| F. Zwiers | Canadian Climate Centre |

**Chile**

| | |
|---|---|
| H. Antolini | Servicio Hidrográfico y Oceanográfico de la Armada |
| H. Fuenzalida | Universidad de Chile |
| I. González | Dirección General de Territorio Marítimo y Marina |
| J. Gutiérrez | Universidad de la Serena |
| O. Jara | Instituto de Fomento Pesquero |
| M. Manzur | CODEFF |
| J. Searle | Comision Nacional del Medio Ambiente |
| R. Serra | Instituto de Fomento Pesquero |

**China**

| | |
|---|---|
| S. Anjian | National Meteorological Centre |
| D. Yihui | Academy of Meteorological Sciences |
| M. Dong | National Climate Centre |
| W. Futang | Academy of Meteorological Sciences |
| G. Shi | Institute of Atmospheric Physics |
| S. Wang | Beijing University |
| L. Yong | National Climate Centre |
| Z. Zhao | National Climate Centre |

**Colombia**

| | |
|---|---|
| P. Leyva | Instituto de Hidrologia |
| E. Rangel | Instituto de Hidrologia |
| N. Sabogal | Institute of Colombia |

**Denmark**

| | |
|---|---|
| J. Christensen | Danish Meteorological Institute |
| E. Friis-Christensen | Danish Meteorological Institute |
| J. Gundermann | Danish Energy Agency |
| A. Jørgensen | Danish Meteorological Institute |
| E. Kaas | Danish Meteorological Institute |
| P. Laut | Engineering Academy of Denmark |
| N. Reeh | Danish Polar Centre |
| G. Shaffer | University of Copenhagen |

**Finland**

| | |
|---|---|
| R. Heino | Finnish Meteorological Institute |
| E. Holopainen | University of Helsinki |

| I. Savolainen | VTT-Energy |
| J. Sinisalo | VTT-Energy |

## France

| M. Deque | Centre National de Recherches Météorologiques |
| J. Guiot | Labo Botanique Historique |
| J. Jouzel | LMCE/DS |
| H. Le Treut | Laboratoire de Météorologie Dynamique du CNRS |
| P. Monfray | Centre des Faibles Radioactivités |
| V. Moron | Université de Bourgogne |
| C. Nadine | CNRS |
| E. Nesme-Ribes | Observatoire de Paris |
| C. Waelbroeck | LMCE CEA Saclay |

## Germany

| K. Arpe | Max-Planck Institut für Meteorologie |
| E. Augstein | Alfred Wegener Institut |
| U. Böhn | Potsdam Institut |
| M. Claussen | Max Planck Institut für Meteorologie |
| R. Conrad | Universität Marburg |
| W. Cramer | Potsdam Institut |
| P. Crutzen | Max-Planck Institut für Chemie |
| U. Cubasch | Deutsches Klimarechenzentrum |
| K. Dehne | Meteorologisches Observatorium Potsdam |
| L. Dumenil | Max-Planck Institut für Meteorologie |
| H. Flohn | Universität Bonn |
| A. Ganopolski | Potsdam Institut |
| J. Heintzenberg | Institut für Troposphärenforschung |
| K. Koltermann | Federal Maritime and Hydrographic Agency |
| K. Lange | Federal Ministry for the Environment |
| R. Lara | Alfred Wegener Institut |
| B. Machenhauer | Max-Planck Institut für Meteorologie |
| E. Raschke | GKSS-Forschungszentrum |
| P. Sachs | GEOMAR-Forschungszentrum |
| H. Schellnhuber | Potsdam Institut |
| C. Schönwiese | Universität J W Goethe |
| V. Smetacek | Alfred Wegener Institut |
| J. Thiede | GEOMAR |
| V. Vent-Schmidt | Deutscher Wetterdienst Zentralamt |
| G. Wefer | Universität Bremen |

## Hungary

| P. Ambrózy | Hungarian Meteorological Society |
| E. Antal | University for Agricultural Sciences |
| J. Bartholy | Euötvös Loránd University |
| T. Faragó | Ministry for Environment & Regional Policy |
| Z. Iványi | Eötvös Loránd University |

*Appendix 4*

| G. Koppány | József Attila University |
| J. Mika | Hungarian Meteorological Service |
| T. Pálvölgyi | Ministry for Environment & Regional Policy |

**Iceland**

| T. Johannesson | Orkustofnun (National Energy Authority) |

**India**

| M. Lal | Centre for Atmospheric Sciences |
| S. Sadasivan | Bhabha Atomic Research Centre |

**Iran**

| M. Abduli | University of Tehran |

**Israel**

| D. Thomas | The Inter-university Institute for Marine Sciences |

**Italy**

| G. Visconti | Università Degli Studi dell'Aquila |

**Jamaica**

| S. McGill | Meteorological Service |

**Japan**

| S. Asano | Japan Meteorological Agency |
| M. Hirota | Meteorological Research Institute JMA |
| H. Inoue | Japan Meteorological Agency |
| T. Ito | Japan Meteorological Agency |
| M. Kimoto | Japan Meteorological Agency |
| A. Kitoh | Japan Meteorological Agency |
| I. Koike | University of Tokyo |
| S. Kusunoki | Environment Agency |
| K. Mabuchi | Meteorological Research Institute JMA |
| T. Matsuno | University of Hokkaido |
| S. Nakagawa | Japan Meteorological Agency |
| H. Nakane | National Institute for Environmental Studies |
| T. Nitta | University of Tokyo |
| A. Noda | Japan Meteorological Agency |
| T. Okita | Ohobirin University |
| N. Ono | National Institute of Polar Research |
| M. Shinoda | University of Tokyo |
| K. Shuto | Meteorological Research Institute JMA |
| M. Sugi | National Research Institute for Earth Science & Disaster Prevention |

| A. Sumi | University of Tokyo |
| T. Takeda | Nagoya University |
| T. Tokioka | Japan Meteorological Agency |
| S. Tsunogai | University of Hokkaido |
| R. Yamamoto | Kyoto University |
| T. Yasunari | University of Tsukuba |

**Kenya**

| M. Indeje | Kenya Meteorological Department |
| W. Kimani | Kenya Meteorolgical Department |
| M. Kinyanjui | Permanent Mission of Kenya, Geneva |
| G. Mailu | Ministry of Research, Technical Training & Technology |
| F. Mutua | University of Nairobi |
| H. Muturi | Ministry of Research, Technical Training & Technology |
| R. Mwangi | University of Nairobi |
| J. Ng'ang'a | University of Nairobi |
| N. Njau | Kenya Meteorological Department |
| J. Njihia | Kenya Meteorological Department |
| W. Nyakwada | Kenya Meteorological Department |
| R. Odingo | University of Nairobi |
| L. Ogallo | University of Nairobi |
| A. Owino | Kenya Meteorological Department |

**Morocco**

| M. Abderrahmane | Direction de Météorologie Nationale |
| S. Larbi | Direction de Météorologie Nationale |

**Netherlands**

| H. de Baar | Netherlands Institute for Sea Research |
| A. Baede | Royal Netherlands Meteorological Institute (KNMI) |
| J. Beck | Air Research Laboratory |
| J. Beersma | Royal Netherlands Meteorological Institute (KNMI) |
| P. Builtjes | University of Utrecht |
| T. Buishand | Royal Netherlands Meteorological Institute (KNMI) |
| G. Burgers | Royal Netherlands Meteorological Institute (KNMI) |
| H. de Bruin | Wageningen Agricultural University |
| S. Drijfhout | Royal Netherlands Meteorological Institute (KNMI) |
| R. Guicherit | TNO/IMW |
| L. Janssen | RIVM, Netherlands Institute for Public Health & Environment |
| W. Kieskamp | Netherlands Energy Research Foundation ECN |
| G. Komen | Royal Netherlands Meteorological Institute (KNMI) |
| G. Können | Royal Netherlands Meteorological Institute (KNMI) |
| R. Leemans | RIVM, Netherlands Institute for Public Health & Environment |
| G. Mohren | IBN-DLO |
| J. Oerlemans | University of Utrecht |
| J. Opsteegh | Royal Netherlands Meteorological Institute (KNMI) |
| M. Roemer | TNO/IMW |

| | |
|---|---|
| C. Schuurmans | University of Utrecht |
| A. Sterl | Royal Netherlands Meteorological Institute (KNMI) |
| H. ten Brink | Netherland Energy Research Foundation |
| H. Tennekes | Royal Netherlands Meteorological Institute (KNMI) |
| H. The | RIVM, Netherlands Institute for Public Health & Environment |
| A. van Ulden | Royal Netherlands Meteorological Institute (KNMI) |
| A. van Amstel | RIVM, Netherlands Institute for Public Health & Environment |
| R. van Dorland | Royal Netherlands Meteorological Institute (KNMI) |
| G. Velders | RIVM, Netherlands Institute for Public Health & Environment |
| H. Visser | KEMA |
| C. Vreugdenhil | University of Utrecht |
| H. Vugts | Institute for Planetary Sciences |
| P. Westbroek | University of Leiden |

**New Zealand**

| | |
|---|---|
| B. Campbell | NZ Pastoral Agriculture Research Institute |
| A. Carran | NZ Pastoral Agricultural Research Institute |
| P. Clinton | New Zealand Forest Research Institute |
| C. de Freitas | The University of Auckland |
| J. Grieve | NIWA |
| J. Hall | NIWA |
| J. Hannah | Otago University |
| M. Harvey | Nat Institute of Water & Atmospheric Research Ltd |
| J. Kidson | NIWA |
| B. Kirk | University of Canterbury |
| B. Liley | NIWA |
| D. Lowe | NIWA |
| M. Manning | National Institute of Water & Atmospheric Research |
| M. McGlone | Landcare Research |
| R. McKenzie | Nat Institute of Water & Atmospheric Research Ltd |
| K. McNaughton | Hort Research Institute |
| B. Mullan | New Zealand Meteorological Service |
| L. Phillips | University of Canterbury |
| H. Plume | Ministry for the Environment |
| M. Salinger | NIWA – CLIMATE |
| A. Sturman | University of Canterbury |
| K. Tate | Landcare Research NZ Ltd |
| D. Whitehead | Landcare Research NZ Ltd |
| D. Wratt | NIWA |
| P. Whiteford | Institute of Geological & Nuclear Sciences |

**Norway**

| | |
|---|---|
| T. Martinsen | State Pollution Control Authority |
| F. Stordal | Norwegian Institute for Air Research |

**Poland**

| | |
|---|---|
| W. Andrzej | Institute of Oceanology, PAS |
| E. Bulewicz | Institute of Chemistry and Technology |
| B. Jakubiak | Institute of Meteorology & Water Management |
| M. Mietus | Institute of Meteorolgy & Water Management |
| M. Sadowski | Institute of Environmental Protection |
| P. Sowinski | Plant Breeding & Acclimatization Institute |

**Russian Federation**

| | |
|---|---|
| G. Golitsyn | Institute of Atmospheric Physics |
| P. Groisman | State Hydrological Institute |
| G. Gruza | Institute for Global Climate and Ecology |
| I. Karol | Main Geophysical Observatory |
| V. Meleshko | Main Geophysical Observatory |
| D. Sonechkin | Hydrometeorological Research Centre of Russia |

**Spain**

| | |
|---|---|
| L. Balairon | National Meteorological Institute |
| A. Labajo | National Meteorological Institute |

**Sri Lanka**

| | |
|---|---|
| J. Ratnasiri | Ministry of Environment and Parliamentary Affairs |

**Sweden**

| | |
|---|---|
| B. Bolin | University of Stockholm, IPCC Chairman |
| S. Craig | University of Stockholm |
| T. Hedlund | Swedish Commission on Climate Change |
| A. Johansson | Swedish Meteorological & Hydrological Institute |
| W. Josefsson | Swedish Meteorological & Hydrological Institute |
| C. Prentice | Lund University |
| H. Rodhe | University of Stockholm |

**Switzerland**

| | |
|---|---|
| A. Niederberger | Office Fédéral de l'Environnement |
| J. Beer | EAWAG |
| W. Haeberli | Verschanstalt für Wasserbau Institut |
| M. Hoelzle | Verschanstalt für Wasserbau Institut |
| D. Imboden | EAWAG |
| J. Innes | Swiss Federal Institute for Forest, Snow & Landscape Research |
| F. Joos | University of Bern |
| P. Francis | Office Fédéral de l'Environnement |
| H. Oeschger | University of Bern |
| B. Sevruk | ETH Institute of Geography |
| J. Staehelin | ETH Atmospheric Physics Laboratory |

*Appendix 4*

**Tanzania**

| | |
|---|---|
| D. Mussa | Directorate of Meteorology |
| B. Nyenzi | Directorate of Meteorology |

**Thailand**

| | |
|---|---|
| J. Boonjawat | Chulalongkorn University |
| M. Brikshavana | Meteorolgical Department |
| S. Piamphongsant | Office of Environmental Policy and Planning |

**Trinidad & Tobago**

| | |
|---|---|
| E. Henry | Meteorological Services Unit |
| V. Mendez-Charles | Town & Country Planning Division |
| P. Atherley-Rowe | Ministry of Health |
| E. Caesar | Tobago House of Assembly |
| F. Campayne | University of the West Indies |
| B. Chatoor | University of the West Indies |
| C. O'Brian | Delpesh Institute of Marine Affairs |
| R. Maysingh | Ministry of Works & Transport |
| R. Ramdin | Water Resources Agency |
| P. Samuel | Ministry of Planning & Development |
| A. Wharton | University of the West Indies |
| H. Wilson | Ministry of Agriculture, Land & Marine Resources |

**United Kingdom**

| | |
|---|---|
| T. Anderson | James Rennell Centre (NERC) |
| H. Bryden | James Rennell Centre (NERC) |
| D. Cushing | Retired (MAFF) |
| C. Folland | Meteorological Office, Hadley Centre |
| W. Gould | Institute of Oceanographic Sciences |
| J. Grove | University of Cambridge |
| T. Guymer | James Rennell Centre (NERC) |
| G. Jenkins | Meteorological Office, Hadley Centre |
| C. Johnson | Meteorological Office, Hadley Centre |
| P. Jones | Climatic Research Unit (UEA) |
| M. Kelly | University of East Anglia |
| K. Law | University of Cambridge |
| P. Liss | University of East Anglia |
| P. Mallaburn | Department of the Environment |
| J. Mitchell | Meteorological Office, Hadley Centre |
| N. Owens | Plymouth Marine Laboratory |
| T. Palmer | ECMWF |
| D. Parker | Meteorological Office, Hadley Centre |
| D. Pugh | Southampton Oceanography Centre |
| S. Raper | Climatic Research Unit (UEA) |
| D. Roberts | Meteorological Office, Hadley Centre |
| P. Rowntree | Meteorological Office, Hadley Centre |

*561*

| K. Shine | University of Reading |
| P. Smithson | University of Sheffield |
| S. Tett | Meteorological Office, Hadley Centre |
| S. Tudhope | University of Edinburgh |
| A. Watson | Plymouth Marine Laboratory |
| D. Webb | Institute of Oceanographic Sciences |
| T. Wigley | OIES @ UCAR, USA |

**United States of America**

| J. Aber | University of New Hampshire |
| R. Alley | Pennsylvania State University |
| A. Ameko | Los Alamos National Laboratory |
| T. Anderson | University of Washington |
| J. Angell | NOAA ERL @ Silver Springs |
| E. Anyamba | NASA Goddard Space Flight Center |
| J. Arnold | USDA/ARS |
| T. Barnett | Scripps Institute of Oceanography |
| A. Barros | Pennsylvania State University |
| T. Bates | NOAA |
| J. Bates | NOAA Department of Commerce |
| R. Beardsley | Woods Hole Oceanographic Institution |
| C. Bentley | University of Wisconsin @ Madison |
| R. Birdsey | US Forest Service/USDA |
| G. Branstator | NCAR |
| K. Bryan | Geophysical Fluid Dynamics Laboratory |
| T. Charlock | NASA |
| R. Charlson | University of Washington |
| J. Christy | University of Alabama @ Huntsville |
| T. Crowley | Texas A&M University |
| R. Dahlman | US Department of Energy |
| E. Davidson | Woods Hole Research Center |
| R. Davis | University of Virginia |
| A. Del Genio | GISS |
| R. Dickinson | University of Arizona |
| P. Dirmeyer | IGES |
| H. Ducklow | Virginia Institute of Marine Sciences |
| J. Dutton | Pennsylvania State University |
| W. Elliott | NOAA ERL @ Silver Springs |
| H. Ellsaesser | Lawrence Livermore National Laboratory |
| J. Evans | Pennsylvania State University |
| G. Evans | US Dept of Agriculture |
| C. Field | Carnegie Institute of Washington |
| D. Gaffen | NOAA ERL @ Silver Springs |
| J. Gavin | Lamont-Doherty Geological Laboratory |
| E. Gorham | University of Minnesota |
| J. Hansen | Goddard Institute for Space Studies |
| J. Hanson | USDA/ARS |
| L. Harper | USDA/ARS |
| S. Hastenrath | University of Wisconsin @ Madison |

| | |
|---|---|
| T. Hayward | Scripps Institution of Oceanography |
| W. Heilman | US Forest Service/USDA |
| J. Hom | US Forest Service/USDA |
| R. Houghton | Woods Hole Research Center |
| T. Hughes | University of Maine |
| J. Hunter | NOAA/ National Marine Fisheries Service |
| C. Jackman | NASA Goddard Space Flight Center |
| D. Jacob | Harvard University |
| S. Jacobs | Columbia University |
| R. Jahnke | Skidaway Institution of Oceanography |
| A. Jenkins | Columbia University |
| G. Johnson | USDA/ARS |
| T. Joyce | Woods Hole Oceanographic Institution |
| C. Jim Kao | Los Alamos National Laboratory |
| R. Katz | National Center for Atmospheric Research |
| C. Keeling | Scripps Institute of Oceanography |
| J. Kiehl | National Center for Atmospheric Research |
| B. Kimball | US Water Conservation Laboratory |
| T. Knutson | Geophysical Fluid Dynamics Laboratory |
| R. Koster | University of Maryland |
| G. Kukla | Lamont-Doherty Geological Laboratory |
| Y. Kushnir | Columbia University |
| A. Lacis | Goddard Institute for Space Studies |
| M. Landry | University of Hawaii |
| C. Landsea | Colarado State University |
| D. Latham | US Forest Service/USDA |
| R. Lindzen | Massachusetts Institute of Technology |
| C. Loehle | Argonne National Laboratory |
| J. Logan | Harvard University |
| M. Lupo | Purdue University |
| D. Macayeal | University of Chicago |
| M. MacCracken | Office of the USGCRP |
| R. Madden | National Center for Atmospheric Research |
| J. Mahlman | Geophysical Fluid Dynamics Laboratory |
| J. Mak | State University of New York @ Stony Brook |
| T. Malone | North Carolina State University |
| S. Manabe | Geophysical Fluid Dynamics Laboratory |
| P. Mayewski | University of New Hampshire |
| J..McWilliams | UCLA |
| C. Mechoso | UCLA |
| G. Meehl | National Centre for Atmospheric Research |
| P. Michaels | University of Virginia |
| C. Miller | Oregon State University |
| C. Milly | US Geological Survey |
| R. Neilson | US Department of Agriculture |
| A. Nicks | USDA/ARS/SPA |
| W. Nierenberg | Scripps Institute of Oceanography |
| R. Norby | Oak Ridge National Laboratory |
| J. Penner | Lawrence Livermore National Laboratory |
| R. Pinkel | University of California @ San Diego |

| | |
|---|---|
| W. Porch | Los Alamos National Laboratory |
| L. Porter | USDA/ARS |
| C. Potter | Ames Research Center |
| M. Prather | University of California @ Irvine |
| R. Prinn | Massachusetts Institute of Technology |
| D. Randall | Colorado State University |
| A. Ravishankara | NOAA Aeronomy Laboratory |
| R. Reck | Argonne National Laboratory |
| C. Richardson | IUSDA/ARS |
| B. Ridley | National Center for Atmospheric Research |
| M. Rienecker | Goddard Space Flight Center |
| J. Roads | Scripps Institution of Oceanography |
| D. Robinson | Rutgers University |
| A. Robock | University of Maryland |
| G. Russell | Goddard Institute for Space Studies |
| P. Russell | NASA Ames Research Center |
| B. Santer | Lawrence Livermore National Laboratory |
| J. Sarmiento | Geophysical Fluid Dynamics Laboratory |
| S. Schwartz | Brookhaven National Laboratory |
| T. Smith | University of Virginia |
| W. Smith | Yale University |
| A. Solomon | Oregon State University |
| A. Solow | Woods Hole Oceanographic Institution |
| P. Stone | Massachusetts Institute of Technology |
| R. Stouffer | Geophysical Fluid Dynamics Laboratory |
| Y. Sud | NASA Goddard Space Flight Center |
| E. Sundquist | US Geological Survey |
| K. Taylor | Lawrence Livermore National Laboratory |
| A. Thompson | NASA Goddard Space Flight Center |
| K. Trenberth | National Center for Atmospheric Research |
| C. van der Veen | Ohio State University |
| J..Wahr | Department of Physics, University of Colorado |
| M. Wallace | University of Washington |
| J. Walsh | University of Illinois @ Urbana Champaign |
| W. Wang | State University of New York @ Albany |
| W. Washington | National Center for Atmospheric Research |
| B. Weare | University of California |
| T. Webb | Brown University |
| J. White | University of Colorado |
| D.Winstanley | US Department of Energy |
| G. Woodwell | Woods Hole Research Center |
| Z. Yang | University of Arizona |
| X. Zeng | University of Arizona |
| M. Zhang | State University of New York @ Stony Brook |
| H. Zwally | NASA |

**Venezuela**

| | |
|---|---|
| L. Hidalgo | University of Venezuela |

**United Nations Organisations and Specialised Agencies**

| | |
|---|---|
| J. van de Vate | International Atomic Energy Agency, Vienna |
| M. Cheatle | United Nations Environment Programme, Nairobi |
| R. Christ | United Nations Environment Programme, Nairobi |
| M. Mcfarland | United Nations Environment Programme, Nairobi |
| H. Grassl | World Meteorological Organisation, Geneva |


**Non-Governmental Organisations**

| | |
|---|---|
| B. Kuemmel | 2morrows Climate and Environment |
| A. McCulloch | AFEAS/ICI C&P, UK |
| S. Nishininomiya | CRIEPI |
| K. Gregory | Centre for Business and the Environment |
| R. Whitney | Coal Research Association of New Zealand |
| W. Hennesey | Coal Research Association of New Zealand |
| V. Grey | Coal Research Association of New Zealand |
| E. Olaguer | Dow Chemical Co. |
| J. Kinsman | Edison Electtric Institute, USA |
| W. Guyker | Edison Electric Institute, USA |
| J. Kennedy | Edison Electric Institute, USA |
| L. Pitelka | Electric Power Research Institute(EPRI) |
| S. Parey | Electricité de France |
| J. Hales | Envair |
| M. Oppenheimer | Environmental Defense Fund, USA |
| S. Japar | Ford Motor Company |
| B. Gardner | Global Climate Coalition |
| W. Hare | Greenpeace International, Amsterdam |
| E. Jackson | Greenpeace International, Australia |
| B. Flannery | IPIECA & Exxon, USA |
| T. Murray | MAF Fisheries |
| L. Paul | MAF Fisheries |
| D. Lashof | Natural Resources Defense Council, USA |
| J. LeCornu | Shell |
| V. Narayanan | Technical Resources International Inc. |
| M. Jefferson | World Energy Council, London |

# Appendix 5

---

## Acronyms

| | |
|---|---|
| ACE | Aerosol Characterisation Experiments |
| ACSyS | Arctic Climate System Study |
| AFEAS | Alternative Fluorocarbons Environmental Acceptability Study |
| AGAGE | Atmospheric Lifetime Experiment/Global Atmospheric Gases Experiment |
| AMIP | Atmospheric Model Intercomparison Project |
| AOGCM | Atmosphere-Ocean General Circulation Model |
| BAHC | Biospheric Aspects of the Hydrological Cycle |
| BATS | Biosphere-Atmosphere Transfer Scheme |
| BMRC | Bureau of Meteorology Research Centre (Australia) |
| CCC | Canadian Centre for Climate |
| CCM | Community Climate Model |
| CCN | Cloud Condensation Nuclei |
| CGCMs | Coupled General Circulation Models |
| CLIVAR | Climate Variability and Predictability Programme |
| CMDL | Climate Monitoring and Diagnostics Laboratory (NOAA) |
| CNRM | Centre National de Recherches Météorologiques (France) |
| COADS | Comprehensive Ocean Air Data Set |
| COHMAP | Co-operative Holocene Mapping Programme |
| COLA | Center for Ocean, Land and Atmosphere |
| CRF | Cloud Radiative Forcing |
| CSIRO | Commonwealth Scientific and Industrial Research Organization (Australia) |
| CSU | Colorado State University (USA) |
| DIC | Dissolved Inorganic Carbon |
| DIS | Data and Information System |
| DOC | Dissolved Organic Carbon |
| DOLY | Dynamic Global Photogeography Model |
| DOM | Dissolved Organic Matter |
| DTR | Diurnal Temperature Range |
| EBM | Energy Balance Models |
| ECHAM | European Centre/Hamburg Model (ECMWF/MPI) |
| ECMWF | European Centre for Medium-Range Weather Forecasts |
| EGIG | International Glaciological expedition to Greenland |
| EOF | Empirical Orthogonal Function |
| ERBE | Earth Radiation Budget Experiment |

*Appendix 5*

| | |
|---|---|
| ET | Evapotranspiration |
| FAO | Food and Agriculture Organization (of the UN) |
| FIFE | First ISLCP Field Experiment |
| FIRE | First ISCCP Regional Experiment |
| FRAM | Fine Resolution Antarctic Model |
| GAIM | Global Analysis, Interpretation and Modelling |
| GCEM | Goddard Cumulus Ensemble Model |
| GCM | General Circulation Model |
| GCOS | Global Climate Observing System |
| GCRI | Greenhouse Climate Response Index |
| GCTE | Global Change and Terrestrial Ecosystems |
| GEWEX | Global Energy and Water Cycle Experiment |
| GFDL | Geophysical Fluid Dynamics Laboratory |
| GHCN | Global Historical Climate Network |
| GISP | Greenland Ice Sheet Project |
| GISS | Goddard Institute for Space Studies |
| GLOSS | Global Sea Level Observing System |
| GOOS | Global Ocean Observing System |
| GPS | Global Positioning System |
| GRIP | Greenland Icecore Project |
| GST | Ground Surface Temperature |
| GWP | Global Warming Potential |
| HDP | Human Dimensions of Global Environmental Change Programme |
| HNLC | High Nutrient-Low Chlorophyll |
| HRC | Highly Reflective Clouds |
| IAHS | International Association of Hydrological Science |
| IASH | International Association of Scientific Hydrology |
| ICE | International Cirrus Experiment |
| ICSI | International Commission on Snow and Ice |
| ICSU | International Council of Scientific Unions |
| IERS | International Earth Rotation Service |
| IGAC | International Global Atmospheric Chemistry Project |
| IGBP | International Geosphere-Biosphere Programme |
| IMAGE | Integrated Model for Assessment of the Greenhouse Effect |
| INPE | Instituto Nacional de Pesquisas Espaciais, Brazil |
| IOC | Intergovernmental Oceanographic Commission |
| ISCCP | International Satellite Cloud Climatology Project |
| ISLCP | International Satellite Land-surface Climatology Project |
| ISSC | International Social Sciences Council |
| ITRF | International Terrestrial Reference Frame |
| JGOFS | Joint Global Ocean Flux Study |
| LAI | Leaf Area Index |
| LANL | Los Alamos National Laboratory (USA) |
| LGM | Last Glacial Maximum |
| LLNL | Lawrence Livermore National Laboratory, USA |
| LMD | Laboratoire de Météorologie Dynamique du CNRS  (France) |
| LOICZ | Land-Ocean Interactions in the Coastal Zone |
| LSW | Labrador Seawater |
| LSX | Land Surface Transfer |
| MAST | Monterey Area Ship Track experiment |

| | |
|---|---|
| MECCA | Model Evaluation Consortium for Climate Assessment |
| MGO | Main Geophysical Observatory (Russia) |
| MJO | Madden-Julian Oscillation |
| MOGUNTIA | Model of the General Universal Tracer transport In the Atmosphere |
| MPI | Max-Planck  Institute for Meteorology (Germany) |
| MRI | Meteorological Research Institute (Japan) |
| MSLP | Mean Sea Level Pressure |
| MSU | Microwave Sounding Unit |
| NADW | North Atlantic Deep Water |
| NASA | National Aeronautics and Space Administration (USA) |
| NCAR | National Center for Atmospheric Research (USA) |
| NMAT | Night Marine Air Temperature |
| NOAA | National Oceanic and Atmospheric Administration (USA) |
| NRC | National Research Council  (USA) |
| NWP | Numerical Weather Prediction |
| OCCAM | Ocean Circulation and Climate Advanced Modelling (UK) |
| OLR | Outgoing Long-wave Radiation |
| OSU/IAP | Oregon State University /Institute of Atmospheric Physics (USA) |
| PAGES | Past Global Changes |
| PAR | Photosynthetically Available Radiation |
| PBL | Planetary Boundary Layer |
| PGR | Post-glacial Rebound |
| PILPS | Project for Intercomparison of Land-surface Parametrization Schemes |
| PMIP | Palaeoclimate Modelling Intercomparison Project |
| POC | Particulate Organic Carbon |
| PSMSL | Permanent Service for Mean Sea Level |
| SLR | Satellite Laser Ranging |
| SOI | Southern Oscillation Index |
| SPARC | Stratospheric Processes and their Role in Climate |
| SSA | Singular Spectrum Analysis |
| SSTs | Sea Surface Temperatures |
| START | System for Analysis, Research and Training |
| SVATs | Soil Vegetation Atmosphere Transfer Schemes |
| TEM | Terrestrial Ecosystem Model |
| TOGA | Tropical Ocean Global Atmosphere |
| TOPEX/POSEIDON | US/French Ocean Topography Satellite Altimeter Experiment |
| UD-EBM | Upwelling Diffusion-Energy Balance Model |
| UGAMP | University Global Atmospheric Modelling Project (Reading, UK) |
| UKMO | United Kingdom Meteorological Office |
| UNEP | United Nations Environment Programme |
| UNESCO | United Nations Education, Cultural and Scientific Organisation |
| VEMAP | Vegetation/Ecosystem Modelling and Analysis Project |
| VLBI | Very Long Baseline Interferometry |
| WAIS | West Antarctic Ice Sheet |
| WCRP | World Climate Research Programme |
| WGNE | Working Group on Numerical Experimentation |
| WMO | World Meteorological Organisation |
| WOCE | World Ocean Circulation Experiment |

# Appendix 6

Units

*SI (Système Internationale) Units:*

| Physical Quantity | Name of Unit | Symbol |
|---|---|---|
| length | metre | m |
| mass | kilogram | kg |
| time | second | s |
| thermodynamic temperature | kelvin | K |
| amount of substance | mole | mol |

| Fraction | Prefix | Symbol | Multiple | Prefix | Symbol |
|---|---|---|---|---|---|
| $10^{-1}$ | deci | d | 10 | deca | da |
| $10^{-2}$ | cent | c | $10^2$ | hecto | h |
| $10^{-3}$ | milli | m | $10^3$ | kilo | k |
| $10^{-6}$ | micro | $\mu$ | $10^6$ | mega | M |
| $10^{-9}$ | nano | n | $10^9$ | giga | G |
| $10^{-12}$ | pico | p | $10^{12}$ | tera | T |
| $10^{-15}$ | femto | f | $10^{15}$ | peta | P |
| $10^{-18}$ | atto | a | | | |

**Special Names and Symbols for Certain SI-Derived Units:**

| Physical Quantity | Name of SI Unit | Symbol for SI Unit | Definition of Unit |
|---|---|---|---|
| force | newton | N | $kg\ m\ s^{-2}$ |
| pressure | pascal | Pa | $kg\ m^{-1}s^{-2}(=N\ m^{-2})$ |
| energy | joule | J | $kg\ m^2s^{-2}$ |
| power | watt | W | $kg\ m^2s^{-3}(=J\ s^{-1})$ |
| frequency | hertz | Hz | $s^{-1}$(cycles per second) |

**Decimal Fractions and Multiples of SI Units Having Special Names:**

| Physical Quantity | Name of Unit | Symbol for Unit | Definition of Unit |
|---|---|---|---|
| length | ångstrom | Å | $10^{-10}\ m = 10^{-8}\ cm$ |
| length | micron | μm | $10^{-6}\ m$ |
| area | hectare | ha | $10^4\ m^2$ |
| force | dyne | dyn | $10^{-5}\ N$ |
| pressure | bar | bar | $10^5\ N\ m^{-2} = 10^5\ Pa$ |
| pressure | millibar | mb | $10^2\ N\ m^{-2} = 1\ hPa$ |
| weight | tonne | t | $10^3\ kg$ |

**Non-SI Units:**

| | |
|---|---|
| °C | degrees Celsius (0 °C = 273 K approximately) |
| | Temperature differences are also given in °C (=K) |
| | rather than the more correct form of "Celsius degrees". |
| ppmv | parts per million ($10^6$) by volume |
| ppbv | parts per billion ($10^9$) by volume |
| pptv | parts per trillion ($10^{12}$) by volume |
| bp | (years) before present |
| kpb | thousands of years before present |
| mbp | millions of years before present |

The units of mass adopted in this report are generally those which have come into common usage, and have deliberately not been harmonised, e.g.,

| | |
|---|---|
| kt | kilotonnes |
| GtC | gigatonnes of carbon (1 GtC = 3.7 Gt carbon dioxide) |
| PgC | petagrams of carbon (1PgC = 1 GtC) |
| MtN | megatonnes of nitrogen |
| TgC | teragrams of carbon (1TgC = 1 MtC) |
| TgN | teragrams of nitrogen |
| TgS | teragrams of sulphur |

# Appendix 7

## Some Chemical Symbols

| | |
|---|---|
| $O_2$ | molecular oxygen |
| $O_3$ | ozone |
| $N_2$ | molecular nitrogen |
| $N_2O$ | nitrous oxide |
| $NO$ | nitric oxide |
| $NO_2$ | nitrogen dioxide |
| $NO_3$ | nitrate radical |
| $NO_x$ | the sum of NO and $NO_2$ |
| $NO_3^-$ | nitrate ion |
| $HNO_3$ | nitric acid |
| $NH_3$ | ammonia |
| $NH_4^+$ | ammonium ion |
| $H_2$ | molecular hydrogen |
| $H_2O$ | water |
| $OH$ | hydroxyl |
| $HO_2$ | hydroperoxyl |
| $HO_x$ | the sum of OH and $HO_2$ |
| $C$ | carbon: there are 3 isotopes: $^{12}C$, $^{13}C$, $^{14}C$ |
| $CO$ | carbon monoxide |
| $CO_2$ | carbon dioxide |
| $F_2$ | molecular fluorine |
| $Cl_2$ | molecular chlorine |
| $Br_2$ | molecular bromine |
| CFC | chlorofluorocarbon |
| CFC-11 | $CFCl_3$, or equivalently $CCl_3F$ (trichlorofluoromethane) |
| CFC-12 | $CF_2Cl_2$, or equivalently $CCl_2F_2$ (dichlorodifluoromethane) |
| CFC-113 | $C_2F_3Cl_3$, $CCl_2FCClF_2$ (trichlorotrifluoroethane) |
| CFC-114 | $C_2F_4Cl_2$, $CClF_2CClF_2$ (dichlorotetrafluoroethane) |
| CFC-115 | $C_2F_5Cl$ (chloropentafluoroethane) |
| HFC | hydrofluorocarbon |
| HFC-23 | $CHF^3$ |
| HFC-32 | $CH_2F_2$ |
| HFC-41 | $CH_3F$ |
| HFC-43-100 mee | $C_5H_2F_{10}$ |
| HFC-125 | $C_2HF_5$ |
| HFC-134 | $CHF_2CHF_2$ |
| HFC-134a | $CH_2FCF_3$ |

| | |
|---|---|
| **HFC-143** | $CHF_2CH_2F$ |
| **HFC-143a** | $CF_3CH_3$ |
| **HFC-152a** | $C_2H_4F_2$ |
| **HFC 227ea** | $C_3HF_7$ |
| **HFC-236fa** | $C_3H_2F_6$ |
| **HFC-245ca** | $C_3H_3F_5$ |
| **HFC-272ca** | $C_3H_6F_2$ |
| **HCFC** | hydrochlorofluorocarbon |
| **HCFC-22** | $CF_2HCl$ |
| | (chlorodifluoromethane) |
| **HCFC-123** | $C_2F_3HCl_2$ |
| **HCFC-124** | $C_2F_4HCl$ |
| **HCFC-141b** | $C_2FH_3Cl_2$ |
| **HCFC-142b** | $C_2F_2H_3Cl$ |
| **HCFC 225ca** | $C_3F_5HCl_2$ |
| **HCFC 225cb** | $C_3F_5HCl_2$ |
| **halon 1211** | $CF_2BrCl$ ($CBrClF_2$) |
| | (bromodichloromethane) |
| **halon 1301** | $CF_3Br$ ($CBrF_3$) |
| | (bromotrifluoromethane) |
| **halon 2402** | $CBrF_2CBrF_2$ |
| | (dibromotetrafluoroethane) |
| **$CH_4$** | methane |
| **NMHC** | non-methane hydrocarbon |
| **VOC** | volatile organic compound |
| **S** | atomic sulphur |
| **$SO_2$** | sulphur dioxide |
| **$SO_4^{2-}$** | sulphate ion |
| **$H_2SO_4$** | sulphuric acid |
| **$SF_6$** | sulphur hexafluoride |
| **$(CH_3)_2S$** | dimethyl sulphide (DMS) |
| **OCS** | organic carbonyl sulphide |
| **Ca** | calcium |
| **$CaCO_3$** | calcium carbonate |
| **$^{222}Rn$** | radon (1 isotope of) |
| **$CCl_4$** | carbon tetrachloride |
| **$CH_3Cl$** | methylchloride |
| **$CH_3CCl_3$** | methylchloroform |
| **$CH_2Cl_2$** | dichloromethane/ methylene chloride |
| **$CHCl_3$** | chloroform, trichloromethane |
| **$CH_3Br$** | methylbromide |
| **$CF_3I$** | trifluoroiodomethane |
| **PFC** | perfluorocarbon |
| **$CF_4$** | perfluoromethane |
| **$C_2F_6$** | hexafluoroethane/perfluoroethane |
| **$C_3F_8$** | perfluoropropane |
| **$C_4F_{10}$** | perfluorobutane |
| **$c\text{-}C_4F_8$** | perfluorocyclobutane |
| **$C_5F_{12}$** | perfluoropentane |
| **$C_6F_{14}$** | perfluorohexane |

The Intergovernmental Panel on Climate Change (IPCC) was set up jointly by the World Meteorological Organisation and the United Nations Environment Programme to provide an authoritative international statement of scientific opinion on climate change. The IPCC's periodic assessments of the causes, impacts and possible response strategies to climate change are the most comprehensive and up-to-date reports on the subject available. These assessments form the standard scientific reference for all concerned with climate change and its consequences, in academia, government and industry worldwide. Through three working groups, several hundred international scientists have been brought together to assess climate change in this Second Scientific Assessment. Each chapter in the resulting publications is written by teams of lead authors and contributors recognized internationally as experts in their field. During drafting, the chapters were exposed to extensive review by many other independent experts. This volume, *The Science of Climate Change*, is companion to two other volumes from the IPCC produced under the umbrella title *Climate Change 1995* and also published by Cambridge University Press:

*Climate Change 1995 – Impacts, Adaptations and Mitigation of Climate Change: Scientific–Technical Analyses*
*Contribution of Working Group II to the Second Assessment Report of the Intergovernmental Panel on Climate Change*
Editors: R.T. Watson, M.C. Zinyowera, and R.H. Moss. (ISBN 0 521 56431 X Hardback; 0 521 56437 9 Paperback)

*Climate Change 1995 – Economic and Social Dimensions of Climate Change*
*Contribution of Working Group III to the Second Assessment Report of the Intergovernmental Panel on Climate Change*
Editors J. Bruce, Hoesung Lee and E. Haites. (ISBN 0 521 56051 9 Hardback; 0 521 56854 4 Paperback)

---

*Climate Change 1995 – The Science of Climate Change* is the most comprehensive and up-to-date assessment available of current scientific understanding of human influences on past, present and future climate. The IPCC prepared its first comprehensive assessment report in 1990, with subsequent supplementary reports in 1992 and 1994. *Climate Change 1995* is the first full sequel to the original assessment.

The report includes:
- an overview of the factors governing climate and climate change;
- quantification of the sources of the globally important greenhouse gasses and other pollutants arising from human activities, and a review of the chemical and biological processes governing their removal from the atmosphere;
- analyses of data on climates of the distant past, and an assessment of recent trends in climate during the industrial era, which has witnessed the ever-growing impact of human activities on the global environment;
- assessment of the strengths and weaknesses of the various mathematical models of climate used by today's researchers for understanding past and present climate, and for calculating possible future climates;
- discussion of recent research aimed at the detection of a human influence on the climate of the last century;
- projections of possible future changes in global climate and sea-level, based on a range of scenarios of future emissions of pollutants from human activity;
- a list of research and observational priorities needed to further improve scientific understanding in key areas.

The IPCC reports represent the primary source of scientific and technical advice for the implementation of the UN Framework Convention on Climate Change. This assessment therefore forms the standard scientific reference for all those concerned with climate change and its consequences, including policy makers in governments and industry worldwide, and researchers and senior-level students in environmental science, meteorology, climatology, biology, ecology and atmospheric chemistry.

Cover photograph credit – © Keith Kent

**CAMBRIDGE**
UNIVERSITY PRESS

ISBN 0-521-56436-0



9 780521 564366

# Abrupt Climate Change

## Final Report, Synthesis and Assessment Product 3.4

U.S. Climate Change Science Program
And the Subcommittee on Global Change Research

### Lead Agency

U. S. Geological Survey

### Contributing Agencies

National Oceanic and Atmospheric Administration

National Science Foundation

# Federal Executive Team

Director, Climate Change Science Program .......................................... William J. Brennan
Director, Climate Change Science Program Office.................................... Peter A. Schultz
Lead Agency Principal Representative to CCSP; Senior Advisor
      for Global Change Programs, U.S. Geological Survey ......... Thomas R. Armstrong
Product Lead, U.S. Geological Survey ..................................................... John P. McGeehin
Synthesis and Assessment Product Advisory Group Chair;
      Associate Director, EPA National Center for Environmental
      Assessment............................................................................... Michael W. Slimak
Synthesis and Assessment Product Coordinator, Climate Change
      Science Program Office........................................................... Fabien J.G. Laurier
Special Advisor, National Oceanic and Atmospheric Administration ....... Chad A. McNutt

## Other Agency Representatives

U.S. Geological Survey................................................................................ John A.Barron
National Oceanic and Atmospheric Administration ............................ David M. Anderson
National Science Foundation ................................................................... David J. Verardo

## USGS–CCSP Abrupt Climate Change Federal Advisory Committee

An 11-member Federal Advisory Committee oversaw the scientific development of this Synthesis and Assessment Product (SAP) at the request of the U.S. Geological Survey. These Federal Advisory Committee members also served as coordinating lead authors, chapter lead authors, and contributing authors to the report. (Additional contributing authors are indicated in each chapter.)

Patrick J. Bartlein, University of Oregon
Edward Brook, Oregon State University
Peter U. Clark, Oregon State University
Edward R. Cook, Columbia University
Thomas L. Delworth, NOAA
Shawn Marshall, University of Calgary
Carrie Morrill, University of Colorado
Richard Seager, Columbia University
Konrad Steffen, University of Colorado
Andrew J. Weaver, University of Victoria
Robert S. Webb, NOAA

## Editorial and Production Team

Layout editor, USGS................................................................................... Kay E. Hedrick
Copy editor, USGS .................................................................................. John M. Watson

This Synthesis and Assessment Product, described in the U.S. Climate Change Science Program (CCSP) Strategic Plan, was prepared in accordance with Section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Public Law 106-554) and the information quality act guidelines issued by the Department of Commerce and NOAA pursuant to Section 515 <http://www.noaanews.noaa.gov/stories/iq.htm>. The CCSP Interagency Committee relies on Department of Commerce and NOAA certifications regarding compliance with Section 515 and Department guidelines as the basis for determining that this product conforms with Section 515. For purposes of compliance with Section 515, this CCSP Synthesis and Assessment Product is an "interpreted product" as that term is used in NOAA guidelines and is classified as "highly influential." This document does not express any regulatory policies of the United States or any of its agencies, or provide recommendations for regulatory action.

  

December 2008

Members of Congress:

On behalf of the National Science and Technology Council, the U.S. Climate Change Science Program (CCSP) is pleased to transmit to the President and the Congress this Synthesis and Assessment Product (SAP) *Abrupt Climate Change*. This is part of a series of 21 SAPs produced by the CCSP aimed at providing current assessments of climate change science to inform public debate, policy, and operational decisions. These reports are also intended to help the CCSP develop future program research priorities.

The CCSP's guiding vision is to provide the Nation and the global community with the science-based knowledge needed to manage the risks and capture the opportunities associated with climate and related environmental changes. The SAPs are important steps toward achieving that vision and help to translate the CCSP's extensive observational and research database into informational tools that directly address key questions being asked of the research community.

This SAP assesses abrupt climate change events where key aspects of the climate system change faster than the responsible forcings would suggest and/or faster than society can respond to those changes. It was developed in accordance with the Guidelines for Producing CCSP SAPs, the Information Quality Act (Section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Public Law 106-554)), and the guidelines issued by the Department of Interior and the U.S. Geological Survey pursuant to Section 515.

We commend the report's authors for both the thorough nature of their work and their adherence to an inclusive review process.

Sincerely,

Carlos M. Gutierrez
Secretary of Commerce
Chair, Committee on
Climate Change Science
and Technology Integration

Samuel W. Bodman
Secretary of Energy
Vice Chair, Committee on
Climate Change Science
and Technology Integration

John H. Marburger III
Director, Office of Science
and Technology Policy
Executive Director, Committee
on Climate Change Science and
Technology Integration

# Author Team for this Report

**Preface**

Lead Authors:
John P. McGeehin, USGS; John A. Barron, USGS; David M. Anderson, NOAA; David J. Verardo, NSF

**Executive Summary**

Lead Authors:
Peter U. Clark, Oregon State University; Andrew J. Weaver, University of Victoria
Contributing Authors:
Edward Brook, Oregon State University; Edward R. Cook, Columbia University; Thomas L. Delworth, NOAA; Konrad Steffen, University of Colorado

**Chapter 1**

Lead Authors:
Peter U. Clark, Oregon State University; Andrew J. Weaver, University of Victoria
Contributing Authors:
Edward Brook, Oregon State University; Edward R. Cook, Columbia University; Thomas L. Delworth, NOAA; Konrad Steffen, University of Colorado

**Chapter 2**

Lead Author:
Konrad Steffen, University of Colorado
Contributing Authors:
Peter U. Clark, Oregon State University; J. Graham Cogley, Trent University; David Holland, New York University; Shawn Marshall, University of Calgary; Eric Rignot, University of California, JPL/Caltech, and Centro de Estudios Cientificos, Valdivia, Chile; Robert Thomas, EG&G Services, NASA Goddard Space Flight Center, Wallops Flight Facility, and Centro de Estudios Cientificos, Valdivia, Chile

**Chapter 3**

Lead Author:
Edward R. Cook, Columbia University
Contributing Authors:
Patrick J. Bartlein, University of Oregon; Noah Diffenbaugh, Purdue University; Richard Seager, Columbia University; Bryan N. Shuman, University of Wyoming; Robert S. Webb, NOAA; John W. Williams, University of Wisconsin; Connie Woodhouse, University of Arizona

**Chapter 4**

Lead Author:
Thomas L. Delworth, NOAA

Contributing Authors:
Peter U. Clark, Oregon State University; Marika Holland, National Center for Atmospheric Research; William E. Johns, University of Miami; Till Kuhlbrodt, University of Reading; Jean Lynch-Stieglitz, Georgia Institute of Technology; Carrie Morrill, University of Colorado/NOAA; Richard Seager, Columbia University; Andrew J. Weaver, University of Victoria; Rong Zhang, NOAA

**Chapter 5**

Lead Author:
Edward Brook, Oregon State University
Contributing Authors:
David Archer, University of Chicago; Ed Dlugokencky, NOAA; Steve Frolking, University of New Hampshire; David Lawrence, National Center for Atmospheric Research

# Acknowledgments

In addition to the authors, many individuals made important contributions to this document.

The Product Lead and Other Agency Representatives would like to offer their special thanks to Thomas Armstrong and Patricia Jellison of the Office of Global Change at the USGS for their oversight, advice, and editorial diligence at every stage in the development of this report.

We are grateful to the following individuals for peer reviewing this report: **Jess F. Adkins,** California Institute of Technology; **Becky Alexander**, University of Washington; **Paul A. Baker**, Duke University; **Eric J. Barron**, National Center for Atmospheric Research; **Michael Bentley**, University of Durham; **Karen L. Bice**, Woods Hole Oceanographic Institution; **Robert Bindschadler**, NASA Goddard Space Flight Center; **Franco Biondi**, University of Nevada; **Cecilia Bitz**, University of Washington; **Harry Bryden**, University of Southampton; **Mark Bush**, Florida Institute of Technology; **Ruth Curry**, Woods Hole Oceanographic Institution; **R. Lawrence Edwards**, University of Minnesota; **Sherilyn C. Fritz**, University of Nebraska; **Yongsong Huang**, Brown University; **James Kennett**, University of California; **Michael E. Mann**, Pennsylvania State University; **Mark F. Meier**, University of Colorado; **Germán Mora**, Iowa State University; **Delia Oppo**, Woods Hole Oceanographic Institution; **David K. Rea**, University of Michigan; **William Ruddiman**, University of Virginia; **Gavin Schmidt**, NASA Goddard Institute for Space Studies; and **Eli Tziperman**, Harvard University. Details of the peer review process can be found at http://www.usgs.gov/peer_review/docs/sap3-4_pr_results.pdf.

We are also grateful to all the reviewers who provided valuable comments during the public comment period. The draft manuscript, public review comments and responses by the authors can be found at http://www.climatescience.gov/Library/sap/sap3-4/default.php.

The high quality layout of this report would not be possible without the expert editorial support of John Watson, Kay Hedrick and Anna Glover of the Enterprise Publishing Network at the USGS.  Stephen Elmore at George Mason University and Danielle Eganhouse at George Washington University also made important fact-checking and graphical contributions to the document.

Thanks to Karen Wood and Arlene Compher of the USGS Office of Communications for their sound advice and assistance in ensuring that the various drafts of this report were effectively disseminated to reviewers, stakeholders, policy makers, and the general public. Thanks also to Caroline Miller at the USGS for her administrative support and to the facilitation team of Tricia Gibbons and Kathleen Cleary of Lead Alliance.

Finally, we wish to thank all of the workshop participants who helped jump-start this process in March of 2007.

# Synopsis

For this Synthesis and Assessment Report, abrupt climate change is defined as:

> A large-scale change in the climate system that takes place over a few decades or less, persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems.

This report considers progress in understanding four types of abrupt change in the paleoclimatic record that stand out as being so rapid and large in their impact that if they were to recur, they would pose clear risks to society in terms of our ability to adapt: (1) rapid change in glaciers, ice sheets, and hence sea level; (2) widespread and sustained changes to the hydrologic cycle; (3) abrupt change in the northward flow of warm, salty water in the upper layers of the Atlantic Ocean associated with the Atlantic Meridional Overturning Circulation (AMOC); and (4) rapid release to the atmosphere of methane trapped in permafrost and on continental margins.

This report reflects the significant progress in understanding abrupt climate change that has been made since the report by the National Research Council in 2002 on this topic, and this report provides considerably greater detail and insight on these issues than did the 2007 Intergovernmental Panel on Climate Change Fourth Assessment Report (IPCC AR4). New paleoclimatic reconstructions have been developed that provide greater understanding of patterns and mechanisms of past abrupt climate change in the ocean and on land, and new observations are further revealing unanticipated rapid dynamic changes of moderns glaciers, ice sheets, and ice shelves as well as processes that are contributing to these changes. This report reviews this progress. A summary and explanation of the main results is presented first, followed by an overview of the types of abrupt climate change considered in this report. The subsequent chapters then address each of these types of abrupt climate change, including a synthesis of the current state of knowledge and an assessment of the likelihood that one of these abrupt changes may occur in response to human influences on the climate system.

# Recommended Citations

**For the Report as a Whole:**

CCSP, 2008: *Abrupt Climate Change*.  A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [Clark, P.U., A.J. Weaver (coordinating lead authors), E. Brook, E.R. Cook, T.L. Delworth, and K. Steffen (chapter lead authors)]. U.S. Geological Survey, Reston, VA, 459 pp.

**For the Preface:**

McGeehin, J.P., J.A. Barron, D.M. Anderson, and D.J. Verardo, 2008:  Preface. In: *Abrupt Climate Change*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 1–6.

**For the Executive Summary:**

Clark, P.U., A.J. Weaver, E. Brook, E.R. Cook, T.L. Delworth, and K. Steffen, 2008: Executive Summary. In: *Abrupt Climate Change*. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 7–18.

**For Chapter 1:**

Clark, P.U., A.J. Weaver, E. Brook, E.R. Cook, T.L. Delworth, and K. Steffen, 2008: Introduction. In: *Abrupt Climate Change*. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 19–59.

**For Chapter 2:**

Steffen, K., P.U. Clark, J.G. Cogley, D. Holland, S. Marshall, E. Rignot, and R. Thomas, 2008: Rapid changes in glaciers and ice sheets and their impacts on sea level. In: *Abrupt Climate Change*. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 60–142.

**For Chapter 3:**

Cook, E.R., P.J. Bartlein, N. Diffenbaugh, R. Seager, B.N. Shuman, R.S. Webb, J.W. Williams, and C. Woodhouse, 2008: Hydrological variability and change. In: *Abrupt Climate Change*. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 143–257.

**For Chapter 4:**

Delworth, T.L., P.U. Clark, M. Holland, W.E. Johns, T. Kuhlbrodt, J. Lynch-Stieglitz, C. Morrill, R. Seager, A.J. Weaver, and R. Zhang, 2008: The potential for abrupt change in the Atlantic Meridional Overturning Circulation. In: *Abrupt Climate Change*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 258–359.

**For Chapter 5:**

Brook, E., D. Archer, E. Dlugokencky, S. Frolking, and D. Lawrence, 2008: Potential for abrupt changes in atmospheric methane. In: *Abrupt Climate Change*. A report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. U.S. Geological Survey, Reston, VA, pp. 360–452.

# Contents

Federal Executive Team ................................................................................................ ii
    Other Agency Representatives ................................................................................ ii
    USGS–CCSP Abrupt Climate Change Federal Advisory Committee ........................ ii
    Editorial and Production Team .............................................................................. ii
Author Team for this Report ........................................................................................ v
    Preface .................................................................................................................. v
    Executive Summary .............................................................................................. v
    Chapter 1 .............................................................................................................. v
    Chapter 2 .............................................................................................................. v
    Chapter 3 .............................................................................................................. v
    Chapter 4 .............................................................................................................. v
    Chapter 5 .............................................................................................................. vi
Acknowledgments ..................................................................................................... vii
Synopsis .................................................................................................................... ix
Recommended Citations .............................................................................................. x
    For the Report as a Whole: ................................................................................... x
    For the Preface: .................................................................................................... x
    For the Executive Summary: ................................................................................. x
    For Chapter 1: ...................................................................................................... x
    For Chapter 2: ...................................................................................................... x
    For Chapter 3: ...................................................................................................... xi
    For Chapter 4: ...................................................................................................... xi
    For Chapter 5: ...................................................................................................... xi
Contents .................................................................................................................... xii
**Preface.** Report Motivation and Guidance for Using this Synthesis and Assessment
    Report .................................................................................................................. 1
    Background ........................................................................................................... 1
    Focus of This Synthesis and Assessment Product .................................................. 2
    Suggestions for Reading, Using, and Navigating This Report ................................. 5
    The Synthesis and Assessment Product Team ....................................................... 6
    References ............................................................................................................. 6
**Executive Summary** .................................................................................................. 7
    Main Results and Findings .................................................................................... 7
    Major Questions and Related Findings ................................................................ 10
        1. Will There Be an Abrupt Change in Sea Level? ............................................ 10
        2. Will There Be an Abrupt Change in Land Hydrology? .................................. 12
        3. Do We Expect an Abrupt Change in the Atlantic Meridional Overturning
            Circulation? ............................................................................................... 14
        4. What Is the Potential for Abrupt Changes in Atmospheric Methane? ............. 15
    Recommendations .............................................................................................. 16
**Chapter 1.** Introduction: Abrupt Changes in the Earth's Climate System ..................... 19
    1. Background ..................................................................................................... 19
    2. Definition of Abrupt Climate Change .............................................................. 21
    3. Organization of Report ................................................................................... 22

4. Abrupt Change in Sea Level .................................................................................. 23
    Summary ............................................................................................................... 28
5. Abrupt Change in Land Hydrology ...................................................................... 28
    5.1. History of North American Drought............................................................... 30
    5.2. Causes of North American Drought ............................................................... 32
    Summary ............................................................................................................... 34
6. Abrupt Change in the Atlantic Meridional Overturning Circulation..................... 34
    6.1. Uncertainties in Modeling the AMOC............................................................ 35
    6.2. Future Changes in the AMOC ....................................................................... 36
    Summary ............................................................................................................... 39
7. Abrupt Change in Atmospheric Methane Concentration ...................................... 39
    7.1. Destabilization of Marine Methane Hydrates ................................................. 41
    7.2. Destabilization of Permafrost Hydrates ......................................................... 41
    7.3. Changes in Wetland Extent and Methane Productivity ................................... 42
    Summary ............................................................................................................... 43
    Box 1.1—Treatment of Uncertainties in the SAP 3.4 Assessment ......................... 43
    References............................................................................................................... 44
**Chapter 2.** Rapid Changes in Glaciers and Ice Sheets and their Impacts on Sea Level .. 60
    Key Findings.......................................................................................................... 60
    Recommendations................................................................................................... 62
    1. Summary ........................................................................................................... 63
        1.1 Paleorecord ................................................................................................. 63
        1.2 Ice Sheets ................................................................................................... 64
        1.3 Small Glaciers ............................................................................................. 65
        1.4 Causes of Change ........................................................................................ 65
        1.5 Ocean Influence .......................................................................................... 66
        1.6 Sea Level Feedback ..................................................................................... 67
    2. What is the Record of Past Changes in Ice Sheets and Global Past Sea Level? ............. 68
        2.1 Reconstructing Past Changes in Ice Sheets ................................................. 68
        2.2 Reconstructing Past Sea Level..................................................................... 69
        2.3 Sea Level Changes During the Past .............................................................. 70
    3. The current state of glaciers, ice caps, and ice sheets ....................................... 73
        3.1 Mass-Balance Techniques ............................................................................ 73
    3.1.1 Mass Balance .................................................................................................. 74
    3.1.2 Repeated Altimetry ......................................................................................... 76
        3.1.2.1 Satellite Radar Altimetry ......................................................................... 76
        3.1.2.2 Aircraft and Satellite Laser Altimetry ..................................................... 77
    3.1.3 Temporal Variations in Earth's Gravity .......................................................... 79
        3.2 Mass Balance of the Greenland and Antarctic Ice Sheets ................................. 80
    3.2.1 Greenland........................................................................................................ 81
    3.2.2 Antarctica........................................................................................................ 83
        3.3 Rapid Changes of Small Glaciers ................................................................ 86
    3.3.1 Introduction.................................................................................................... 86
    3.3.2 Mass-Balance Measurements and Uncertainties ............................................. 86
    3.3.3 Historical and Recent Balance Rates .............................................................. 89
        3.4 Causes of Changes ...................................................................................... 91

3.4.1 Changes in Snowfall and Surface Melting................................................. 91
3.4.2 Ongoing Dynamic Ice Sheet Response to Past Forcing............................ 92
3.4.3 Dynamic Response to Ice-Shelf BreakUp ............................................... 92
3.4.4 Increased Basal Lubrication....................................................................... 94
    4. Potential Mechanism of Rapid Ice Response .......................................... 95
    4.1 Ocean-Ice Interactions............................................................................. 95
4.1.1 Ocean Circulation ...................................................................................... 95
4.1.2 Ice-Pump Circulation ................................................................................ 97
    4.2 Ice-Shelf Processes .................................................................................. 98
4.2.1 Ice-Shelf Basal Melting ............................................................................. 98
4.2.2 Ice-Shelf Thinning ..................................................................................... 99
4.2.3 Iceberg Calving .......................................................................................... 99
    4.3 Ice Stream and Glacier Processes .......................................................... 101
4.3.1 Basal Flow ................................................................................................. 101
4.3.2 Flow Acceleration and Meltwater............................................................ 103
    4.4 Modeling .................................................................................................. 104
4.4.1 Ice-Ocean Modeling.................................................................................. 104
4.4.2 Ice Modeling ............................................................................................. 105
    4.5 Sea-Level Feedback ................................................................................ 107
    Box 2.1—Glaciers: Some Definitions ........................................................... 109
    Box 2.2—Mass Balance, Energy Balance, and Force Balance .................... 114
    References....................................................................................................... 115
    Tables.............................................................................................................. 132
**Chapter 3.** Hydrological Variability and Change................................................ 143
    Key Findings.................................................................................................. 143
    Recommendations.......................................................................................... 145
    1. Introduction—Statement of the Problem ................................................. 147
    2. Causes and Impacts of Hydrological Variability Over North America in the
        Historical Record .................................................................................... 151
    Box 3.1—Impacts of Hydrologic Change:  An Example From the Colorado River.. 151
    2.1 What Is Our Current Understanding of the Historical Record?.............. 153
    Box 3.2—Waves in the Westerlies, Weather, and Climate Anomalies.......... 155
2.1.1 Coupled Ocean-Atmosphere Forcing of North American Hydrological
        Variability ............................................................................................... 157
2.1.2 Land Surface Feedbacks on Hydroclimate Variability ........................... 159
2.1.3 Historical Droughts Over North America and Their Impacts................... 160
2.1.4 Impacts of Change in the Atmospheric Branch of the Hydrological Cycle for
        Ground Water and River Flow................................................................ 163
    2.2 Global Context of North American Drought .......................................... 164
2.2.1 The Perfect Ocean for Drought: Gradual Climate Change Resulting in Abrupt
        Impacts.................................................................................................... 166
    2.3 Is There Evidence Yet for Anthropogenic Forcing of Drought? ........... 167
    3. North American Drought Over the Past Millennia................................... 169
    3.1 Tree Ring Reconstructions of Past Drought Over North America .......... 170
    3.2 The North American Drought Atlas ........................................................ 171
    3.3 Medieval Megadroughts in the Western United States.......................... 172

3.4 Possible Causes of the Medieval Megadroughts ............................................... 175
3.5 Megadroughts in the Great Plains and U.S. "Breadbasket"............................. 176
3.6 Drought in the Eastern United States ............................................................. 177
4. Abrupt Hydrologic Changes During the Holocene.............................................. 178
4.1 Examples of Large and Rapid Hydrologic Changes During the Holocene ...... 180
Box 3.3—Paleoclimatic Data/Model Comparisons.................................................... 182
4.2 The African Humid Period .............................................................................. 183
4.3 North American Mid-Continental Holocene Drought .................................... 188
4.4 Century-Scale Hydrologic Variations............................................................. 195
5. Future Subtropical Drying: Dynamics, Paleocontext, and Implications ............... 196
6. Floods: Present, Past, and Future......................................................................... 200
6.1 The 1993 Mississippi Valley Floods—Large-Scale Controls and
    Land-Surface Feedback................................................................................. 201
6.2 Paleoflood Hydrology ..................................................................................... 202
6.3 Floods and Global Climate Change ................................................................ 204
6.4 Assessment of Abrupt Change in Flood Hydrology ....................................... 205
7. Other Aspects of Hydroclimate Change ............................................................. 206
8. Conclusions......................................................................................................... 209
References................................................................................................................ 211
**Chapter 4.** The Potential for Abrupt Change in the Atlantic Meridional
    Overturning Circulation..................................................................................... 258
Key Findings............................................................................................................ 258
Recommendations.................................................................................................... 260
1. Introduction........................................................................................................ 261
2. What Are the Processes That Control the Overturning Circulation?..................... 265
2.1 Sandström's Experiment ................................................................................. 266
2.2 Mixing Energy Sources ................................................................................... 267
2.3 Wind-Driven Upwelling in the Southern Ocean............................................. 268
2.4 Two Drivers of the Equilibrium Circulation ................................................... 269
2.5 Heat and Freshwater: Relevance for Near-Term Changes.............................. 270
3. What is the Present State of the AMOC? ............................................................. 274
3.1 Ocean Inverse Models..................................................................................... 275
3.2 Individual Transoceanic Hydrographic Sections ............................................. 276
3.3 Continuous Time-Series Observations............................................................ 278
3.4 Time-Varying Ocean State Estimation ........................................................... 279
3.5 Conclusions and Outlook ............................................................................... 281
4. What Is The Evidence For Past Changes In The Overturning Circulation?........... 286
4.1 Proxy Records Used to Infer Past Changes in the AMOC .............................. 288
4.1.1 Water Mass Tracers ...................................................................................... 288
4.1.2 Dynamic Tracers .......................................................................................... 288
4.3 Evidence for State of the AMOC During the Last Glacial Maximum.............. 289
4.4 Evidence for Changes in the AMOC During the Last Deglaciation................. 290
4.5 Evidence for Changes in the AMOC During Stage 3 ...................................... 293
4.6 Evidence for Changes in the AMOC During the Holocene............................. 295
4.7 Summary ......................................................................................................... 296

5. How Well Do the Current Coupled Ocean-Atmosphere Models Simulate the
    Overturning Circulation? ................................................................................ 301
    5.1 Present-Day Simulations .......................................................................... 301
    5.2 Last Glacial Maximum Simulations ........................................................ 304
    5.3 Transient Simulations of Past AMOC Variability ................................... 306
6. What Are the Global and Regional Impacts of a Change in the Overturning
    Circulation? ................................................................................................... 309
    6.1 Extra-Tropical Impacts During the Last Ice Age ..................................... 309
    6.2 Tropical Impacts During the Last Ice Age and Holocene ........................ 310
    6.3 Possible Impacts During the 20th Century ............................................... 312
6.3.1 Tropical Impacts ...................................................................................... 313
6.3.2 Impacts on North America and Western Europe ...................................... 314
6.3.3 Impacts on Northern Hemisphere Mean Temperature ............................. 315
    6.4 Simulated Impacts on ENSO Variability ................................................. 315
    6.5 Impacts on Ecosystems ............................................................................ 315
    6.6 Summary and Discussion .......................................................................... 316
7. What Factors That Influence the Overturning Circulation Are Likely To
    Change in the Future, and What is the Probability That the Overturning
    Circulation Will Change? ............................................................................... 319
8. What Are the Observational and Modeling Requirements Necessary To
    Understand the Overturning Circulation and Evaluate Future Change? ........... 325
    8.1 Sustained Modern Observing System ....................................................... 325
    8.2 Acquisition and Interpretation of Paleoclimate Data ............................... 326
    8.3 Improvement and Use of Models .............................................................. 327
    8.4 Projections of Future Changes in Radiative Forcing and Related Impacts ..... 328
    Box 4.1—Possibility for Abrupt Transitions in Sea Ice Cover .................... 328
    Box 4.2—How Do We Measure the AMOC? ................................................ 331
    Box 4.3—Past Mechanisms for Freshwater Forcing of the AMOC ............... 333
    Box 4.4—Would a Collapse of the AMOC Lead to Cooling of Europe and North
        America? ................................................................................................... 335
    References ...................................................................................................... 336
Chapter 5. Potential for Abrupt Changes in Atmospheric Methane ...................... 360
    Key Findings ................................................................................................. 360
    Recommendations ......................................................................................... 361
    1. Background: Why Are Abrupt Changes in Methane of Potential Concern? .......... 362
        1.1 Introduction ......................................................................................... 362
        1.2 Methane and Climate ........................................................................... 362
        1.3 The Modern Methane Budget ............................................................... 364
        1.4 Observational Network and Its Current Limitations, Particularly Relative
            to the Hydrate, Permafrost, and Arctic Wetland Sources ...................... 368
        1.5 Abrupt Changes in Atmospheric Methane? .......................................... 369
    Box 5.1—Chemistry, Physics, and Occurrence of Methane Hydrate .............. 370
    2. History of Atmospheric Methane ............................................................... 374
        2.1 Direct Observations ............................................................................. 376
        2.2 The Ice Core Record ............................................................................ 378
        2.3 What Caused the Abrupt Changes in Methane in the Ice Core Record? .......... 379

Box 5.2—The Ice Core Record and Its Fidelity in Capturing Abrupt Events............ 383
3. Potential Mechanisms for Future Abrupt Changes in Atmospheric Methane ........ 386
    3.1 Destabilization of Marine Methane Hydrates ................................................... 386
    3.2 Destabilization of Permafrost Hydrates ......................................................... 387
    3.3 Changes in Wetland Extent and Methane Productivity ................................. 387
4. Potential for Abrupt Methane Change From Marine Hydrate Sources ................. 388
    4.1 Impact of Temperature Change on Marine Methane Hydrates...................... 388
4.1.1 Propagation of Temperature Change to the Hydrate Stability Zone..................... 388
4.1.2 Impact on Stratigraphic-Type Deposits ....................................................... 389
4.1.3 Impact on Structural-Type Hydrate Deposits ............................................... 392
4.1.4 Fate of Methane Released as Bubbles .......................................................... 394
4.1.5 Fate of Methane Hydrate in the Water Column ............................................ 394
4.1.6 Fate of Dissolved Methane in the Water Column.......................................... 395
    4.2 Geologic Data Relevant to Past Hydrate Release ............................................ 395
4.2.1 The Storegga Landslide ............................................................................... 395
4.2.2 The Paleocene-Eocene Thermal Maximum ................................................. 399
4.2.3 Santa Barbara Basin and the Clathrate Gun Hypothesis....................... 405
    4.3 Review of Model Results Addressing Past and Future Methane
        Hydrate Destabilization ................................................................................. 406
4.3.1 Climate Impact of Potential Release............................................................ 406
    4.4 Conclusions About Potential for Abrupt Release of Methane From
        Marine Hydrates.............................................................................................. 407
5. Terrestrial Methane Hydrates ............................................................................... 408
    5.1 Terrestrial Methane Hydrate Pool Size and Distribution................................. 408
    5.2 Mechanisms To Destabilize Terrestrial Methane Hydrates.............................. 409
    5.3 Evidence of Past Release of Terrestrial Hydrate Methane .............................. 410
5.3.1. Quantity of Methane Released From Terrestrial Hydrates in the Past ............... 411
5.3.2 Climate Impact of Past Methane Release From Terrestrial Hydrates.............. 411
    5.4 Estimates of Future Terrestrial Hydrate Release and Climatic Impact............ 412
    5.5 Conclusions.................................................................................................... 413
6. Changes in Methane Emissions From Natural Wetlands ....................................... 413
    6.1 Introduction................................................................................................... 413
    6.2 Factors Controlling Methane Emissions From Natural Wetlands ................... 415
    6.3 Observed and Projected Changes in Natural Wetlands ................................. 417
6.3.1 Observed Changes in Arctic Wetlands and Lakes.......................................... 417
6.3.2 Observed and Projected Changes in Permafrost Conditions ............................ 418
    Box 5.3—High-Latitude Terrestrial Feedbacks............................................... 420
    6.4 Observed and Modeled Sensitivity of Wetland Methane Emissions to
        Climate Change.............................................................................................. 423
    6.5 Conclusion About Potential for Abrupt Release of Methane From
        Wetlands ......................................................................................................... 424
7. Final Perspectives ................................................................................................. 426
References.................................................................................................................. 427
**Appendix A.**Glossary and Acronyms ...................................................................... 453
    Glossary ................................................................................................................ 453
    Acronyms .............................................................................................................. 456

# Preface. Report Motivation and Guidance for Using this Synthesis and Assessment Report

**Lead Authors:** John P. McGeehin, USGS

John A. Barron, USGS

David M. Anderson, NOAA

David J. Verardo, NSF

A primary objective of the U.S. Climate Change Science Program (CCSP) is to provide the best possible, up-to-date scientific information to support public discussion and government and private sector decision-making on key climate-related issues. To help meet this objective, the CCSP has identified a set of 21 synthesis and assessment products (SAP) to address its highest priority research, observation, and decision-support needs. This SAP (3.4) focuses on abrupt climate change events where key aspects of the climate system change faster than the responsible forcings would suggest and/or faster than society can respond to those changes.

This report addresses Goal 3 of the CCSP Strategic Plan: Reduce uncertainty in projections of how the Earth's climate and related systems may change in the future. The report (1) summarizes the current knowledge of key climate parameters that could change abruptly in the near future, potentially within years to decades and (2) provides scientific information on these topics for decision support. As such, the SAP is aimed at both the decision-making audience and the expert scientific and stakeholder community.

**Background**

Past records of climate and environmental change derived from archives such as tree rings, ice cores, corals, and sediments indicate that global and regional climate has experienced repeated abrupt changes, many occurring over a time span of decades or less. Abrupt climate changes might have a natural cause (such as volcanic aerosol forcing), an anthropogenic cause (such as increasing carbon dioxide in the atmosphere), or might be unforced (related to internal climate variability). Regardless of the cause, abrupt climate change presents potential risks for society that are poorly understood. An improved

ability to understand and model future abrupt climate change is essential to provide decision-makers with the information they need to plan for these potentially significant changes.

The National Research Council (NRC) report "Abrupt Climate Change" (*Alley et al., 2002*) provides an excellent treatise on this topic. Additionally, the Intergovernmental Panel on Climate Change Fourth Assessment Report (IPCC AR4) (*IPCC, 2007*) addresses many of the same topics associated with abrupt climate change. This SAP picks up where the NRC report and the IPCC AR4 leave off, updating the state and strength of existing knowledge, both from the paleoclimate and historical records, as well as from model predictions for future change.

**Focus of This Synthesis and Assessment Product**

The content of this report follows a prospectus that was developed by the SAP Product Advisory Group, made up of the co-authors of this preface. The prospectus is available from the CCSP website (http://www.climatescience.gov).

SAP 3.4 considers four types of change documented in the paleoclimate record that stand out as being so rapid and large in their impact that they pose clear risks to society in terms of our ability to adapt. They are supported by sufficient evidence in current research indicating that abrupt changes could occur in the future. These four topics, each addressed as a chapter in this report, are

1. Rapid Changes in Glaciers and Ice Sheets;
2. Hydrologic Variability and Change;
3. Potential for Abrupt Change in the Atlantic Meridional Overturning Circulation (AMOC); and
4. Potential for Abrupt Changes in Atmospheric Methane.

The following questions are considered in this report:

- Rapid Changes in Glaciers and Ice Sheets
  - ° What is the paleoclimate evidence regarding rates of rapid ice sheet melting?

- ° What are the recent rates and trends in ice sheet mass balance?

- ° What will be the impact on sea level if the recently observed rapid rates of melting continue?

- ° What is needed to model the mechanical processes that accelerate ice loss?

- Hydrologic Variability and Change

  - ° What is our present understanding of the causes of major drought and hydrologic change, including the role of the oceans or other natural or nongreenhouse-gas anthropogenic effects as well as land-use changes? (Note that this question is posed to facilitate an assessment of what is known about natural causes for hydrological change as opposed to anthropogenic causes, such as increased greenhouse gases. The authors also address anthropogenic influences, including greenhouse gases, as a potential source of hydrological change, in the past, present, and future.)

  - ° What is our present understanding of the duration, extent, and causes of megadroughts of the past 2,000 years?

  - ° What states of oceanic/atmospheric conditions and the strength of land-atmosphere coupling are likely to have been responsible for sustained megadroughts?

  - ° How might such a state affect the climate in regions not affected by drought? (For example, enhanced floods or hurricanes in other regions.)

  - ° What will be the change in the state of natural variability of the ocean and atmosphere that will signal the abrupt transition to a megadrought?

- Potential for Abrupt Change in the Atlantic Meridional Overturning Circulation

  - ° What are the factors that control the overturning circulation?

  - ° How well do the current ocean general circulation models (and coupled atmosphere-ocean models) simulate the overturning circulation?

  - ° What is the present state of the MOC?

- ° What is the evidence for change in the overturning circulation in the past?

- ° What are the global and regional impacts of a change in the overturning circulation?

- ° What factors that influence the overturning circulation are likely to change in the future, and what is the probability that the overturning circulation will change?

- ° What are the observational and modeling requirements required to understand the overturning circulation and evaluate future change?

- Potential for Abrupt Changes in Atmospheric Methane

  - ° What is the volume of methane stored in terrestrial and marine sources and how much of it is likely to be released in various climate change scenarios?

  - ° What is the impact on the climate system of the release of varying quantities of methane over varying intervals of time?

  - ° What is the evidence in the past for abrupt climate change caused by massive methane release?

  - ° How much methane is likely to be released by thawing of the topmost layer (3 meters) of permafrost? Is thawing at greater depths likely to occur?

  - ° What conditions (in terms of sea-level rise and warming of bottom waters) would allow methane release from hydrates in sea-floor sediments?

  - ° What are the observational and modeling requirements necessary to understand methane storage and its release under various future scenarios of abrupt climate change?

Each section of this report is structured to answer these questions in the manner that best suits the topic. Questions are addressed either specifically as individual sections or subsections of a chapter, or through a broader, more systematic discussion of the topic. Additional subject matter is presented in a chapter, beyond what is asked for in the

prospectus, where the authors feel that this information is necessary to effectively treat the topic.

It is important to note that the CCSP Synthesis and Assessment Products are scientific documents that are intended to be of use not only to scientists but to the American public and to decisionmakers within the United States. As such, the geographic focus of the Abrupt Climate Change SAP is United States, and by extension, North American climate. Other regional examples of abrupt climate change are discussed when the authors feel that the information serves as an important analog to past, present, or future North American climate.

**Suggestions for Reading, Using, and Navigating This Report**

This report is composed of four main chapters that correspond to the major climate themes indicated above. There is also an introductory chapter that provides an extensive overview of the information from the other four chapters, as well as additional background information. The Executive Summary further distills the information, with a focus on the key findings and recommendations from each chapter.

The four theme chapters have a recurring organizational format. Each chapter begins with key scientific findings which are then followed by recommendations for future research aimed at deepening our understanding of the critical scientific issues raised in the chapter. The scientific theories, models, data, and uncertainties that are part of the author's scientific syntheses and assessments are referenced through citations to peer-reviewed literature throughout the chapter. Finally, side boxes are used to discuss topics the author team felt deserved additional attention or served as useful case studies.

A reader interested in an overview of the state of the science for the topic of abrupt climate change might, therefore, start by reading the Executive Summary and Introduction chapter (Chapter 1) of this report, then delve deeper into the thematic chapters for more detailed explanations and information.

To integrate a wide variety of information and provide estimates of uncertainty associated with results, this report utilizes the terms from the IPCC AR4 (*IPCC, 2007*). Terms of

uncertainty range from "extremely unlikely" (< 1% likelihood) to "virtually certain" (> 99% likelihood). See Box 1.1 in the Introduction chapter (Chapter 1) of this report for a complete explanation of the uncertainty terms.

**The Synthesis and Assessment Product Team**

The primary authors of this report were constituted as a Federal Advisory Committee that was charged with advising the USGS and the CCSP on the scientific and technical content related to the topic of abrupt climate change as described in the SAP 3.4 prospectus. (See Public Law 92-463 for more information on the Federal Advisory Committee Act, and the GSA website http://fido.gov/facadatabase/ for specific information related to the SAP 3.4 Federal Advisory Committee.) The Federal Advisory Committee for SAP 3.4 enlisted input from numerous contributing authors. These authors provided substantial, relevant content to the report, but did not participate in the Federal Advisory Committee deliberations upon which this SAP was developed.

**References**

Alley, R.B., et al., 2002: Abrupt climate change: Inevitable surprises. National Academy Press, Washington, DC., 244 pp.

IPCC, 2007: Climate change 2007. The physical science basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom, 996 pp.

# Executive Summary

**Lead Authors:** Peter U. Clark,* Department of Geosciences, Oregon State University, Corvallis, OR

Andrew J. Weaver,* School of Earth and Ocean Sciences, University of Victoria, BC, Canada.

**Contributing Authors:** Edward Brook,* Department of Geosciences, Oregon State University, Corvallis, OR

Edward R. Cook,* Lamont-Doherty Earth Observatory, Columbia University, New York, NY

Thomas L. Delworth,* NOAA Geophysical Fluid Dynamics Laboratory, Princeton, NJ

Konrad Steffen,* Cooperative Institute for Research in Environmental Sciences, University of Colorado, Boulder, CO

*SAP 3.4 Federal Advisory Committee Member

## Main Results and Findings

For this Synthesis and Assessment Report, abrupt climate change is defined as:

> A large-scale change in the climate system that takes place over a few decades or less, persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems.

This report considers progress in understanding four types of abrupt change in the paleoclimatic record that stand out as being so rapid and large in their impact that if they were to recur, they would pose clear risks to society in terms of our ability to adapt: (1) rapid change in glaciers, ice sheets, and hence sea level; (2) widespread and sustained changes to the hydrologic cycle; (3) abrupt change in the northward flow of warm, salty water in the upper layers of the Atlantic Ocean associated with the Atlantic Meridional Overturning Circulation (AMOC); and (4) rapid release to the atmosphere of methane trapped in permafrost and on continental margins. While these four types of change pose clear risks to human and natural systems, this report does not focus on specific effects on these systems as a result of abrupt change.

This report reflects the significant progress in understanding abrupt climate change that has been made since the report by the National Research Council in 2002 on this topic, and this report provides considerably greater detail and insight on these issues than did the 2007 Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (AR4). New paleoclimatic reconstructions have been developed that provide greater understanding of patterns and mechanisms of past abrupt climate change in the ocean and on land, and new observations are further revealing unanticipated rapid dynamic changes of moderns glaciers, ice sheets, and ice shelves as well as processes that are contributing to these changes. This report reviews this progress. A summary and explanation of the main results is presented first, followed by an overview of the types of abrupt climate change considered in this report. The subsequent chapters then address each of these types of abrupt climate change, including a synthesis of the current state of knowledge and an assessment of the likelihood that one of these abrupt changes may occur in response to human influences on the climate system. Throughout this report we have adopted the IPCC terminology in our expert assessment of the likelihood of a particular outcome or result. The term *virtually certain* implies a >99% probability; *extremely likely*: >95% probability; *very likely*: > 90% probability; *likely*: >65% probability; *more likely than not*: >50% probability; *about as likely as not*: 33%–66% probability; *unlikely*: <33% probability; *very unlikely*: < 10% probability; *extremely unlikely*: <5% probability; *exceptionally unlikely*: <1%.

Based on an assessment of the published scientific literature, the primary conclusions presented in this report are:

- Recent rapid changes at the edges of the Greenland and West Antarctic ice sheets show acceleration of flow and thinning, with the velocity of some glaciers increasing more than twofold. Glacier accelerations causing this imbalance have been related to enhanced surface meltwater production penetrating to the bed to lubricate glacier motion, and to ice-shelf removal, ice-front retreat, and glacier ungrounding that reduce resistance to flow. The present generation of models does not capture these processes. It is unclear whether this imbalance is a short-term natural adjustment or a response to recent climate change, but processes

causing accelerations are enabled by warming, so these adjustments will very likely become more frequent in a warmer climate. The regions likely to experience future rapid changes in ice volume are those where ice is grounded well below sea level such as the West Antarctic Ice Sheet or large glaciers in Greenland like the Jakobshavn Isbrae that flow into the sea through a deep channel reaching far inland. Inclusion of these processes in models will likely lead to sea-level projections for the end of the 21st century that substantially exceed the projections presented in the IPCC AR4 report (0.28 ± 0.10 m to 0.42 ± 0.16 m rise).

- There is no clear evidence to date of human-induced global climate change on North American precipitation amounts. However, since the IPCC AR4 report, further analysis of climate model scenarios of future hydroclimatic change over North America and the global subtropics indicate that subtropical aridity is likely to intensify and persist due to future greenhouse warming. This projected drying extends poleward into the United States Southwest, potentially increasing the likelihood of severe and persistent drought there in the future. If the model results are correct then this drying may have already begun, but currently cannot be definitively identified amidst the considerable natural variability of hydroclimate in Southwestern North America.

- The AMOC is the northward flow of warm, salty water in the upper layers of the Atlantic, and the southward flow of colder water in the deep Atlantic. It plays an important role in the oceanic transport of heat from low to high latitudes. It is very likely that the strength of the AMOC will decrease over the course of the 21st century in response to increasing greenhouse gases, with a best estimate decrease of 25-30%. However, it is very unlikely that the AMOC will undergo an abrupt transition to a weakened state or collapse during the course of the 21st century, and it is unlikely that the AMOC will collapse beyond the end of the 21st century because of global warming, although the possibility cannot be entirely excluded.

- A dramatic abrupt release of methane ($CH_4$) to the atmosphere appears very unlikely, but it is very likely that climate change will accelerate the pace of

persistent emissions from both hydrate sources and wetlands. Current models suggest that a doubling of northern high latitudes $CH_4$ emissions could be realized fairly easily. However, since these models do not realistically represent all the processes thought to be relevant to future northern high-latitude $CH_4$ emissions, much larger (or smaller) increases cannot be discounted. Acceleration of release from hydrate reservoirs is likely, but its magnitude is difficult to estimate.

**Major Questions and Related Findings**

**1. Will There Be an Abrupt Change in Sea Level?**

This question is addressed in Chapter 2 of this report, with emphasis on documenting (1) the recent rates and trends in the net glacier and ice-sheet annual gain or loss of ice/snow (known as mass balance) and their contribution to sea level rise (SLR) and (2) the processes responsible for the observed acceleration in ice loss from marginal regions of existing ice sheets. In response to this question, Chapter 2 notes:

1. The record of past changes in ice volume provides important insight to the response of large ice sheets to climate change.
   - Paleorecords demonstrate that there is a strong inverse relation between atmospheric carbon dioxide ($CO_2$) and global ice volume. Sea level rise associated with the melting of the ice sheets at the end of the last Ice Age ~20,000 years ago averaged 10-20 millimeters per year ( mm $a^{-1}$) with large "meltwater fluxes" exceeding SLR of 50 mm $a^{-1}$ and lasting several centuries, clearly demonstrating the potential for ice sheets to cause rapid and large sea level changes.

2. Sea level rise from glaciers and ice sheets has accelerated.
   - Observations demonstrate that it is extremely likely that the Greenland Ice Sheet is losing mass and that this has very likely been accelerating since the mid-1990s. Greenland has been thickening at high elevations because of the increase in snowfall that is consistent with high-latitude warming, but this gain is more than offset by an accelerating mass loss, with a large component from rapidly thinning and accelerating outlet glaciers. The balance between

gains and losses of mass decreased from near-zero in the early 1990s to net losses of 100 gigatonnes per year (Gt a$^{-1}$) to more than 200 Gt a$^{-1}$ for the most recent observations in 2006.

- The mass balance for Antarctica is a net loss of about 80 Gt a$^{-1}$ in the mid 1990s, increasing to almost 130 Gt a$^{-1}$ in the mid 2000s. Observations show that while some higher elevation regions are thickening, substantial ice losses from West Antarctica and the Antarctic Peninsula are very likely caused by changing ice dynamics.

  - The best estimate of the current (2007) mass balance of small glaciers and ice caps is a loss that is at least three times greater (380 to 400 Gt a$^{-1}$) than the net loss that has been characteristic since the mid-19th century.

3. Recent observations of the ice sheets have shown that changes in ice dynamics can occur far more rapidly than previously suspected.

   - Recent observations show a high correlation between periods of heavy surface melting and increase in glacier velocity. A possible cause is rapid meltwater drainage to the base of the glacier, where it enhances basal sliding. An increase in meltwater production in a warmer climate will likely have major consequences on ice-flow rate and mass loss.

   - Recent rapid changes in marginal regions of the Greenland and West Antarctic ice sheets show mainly acceleration and thinning, with some glacier velocities increasing more than twofold. Many of these glacier accelerations closely followed reduction or loss of their floating extensions known as ice shelves. Significant changes in ice-shelf thickness are most readily caused by changes in basal melting induced by oceanic warming. The interaction of warm waters with the periphery of the large ice sheets represents one of the most significant possibilities for abrupt change in the climate system. The likely sensitive regions for future rapid changes in ice volume by this process are those where ice is grounded well below sea level, such as the West Antarctic Ice Sheet or large outlet glaciers in Greenland like the Jakobshavn Isbrae that flow through a deep channel that extends far inland.