

FIG. 11. Frequency distributions for (a) atmospheric $CO_2$ concentrations, (b) radiative forcing due to GHGs and sulfate aerosol, (c) surface air temperature, and (d) total sea level rise in simulations with full uncertainty (blue), climate uncertainty (green), and emissions uncertainty (red) averaged over 2041–50 (dashed lines) and 2091–2100 (solid lines).

overcome increase in gross primary productivity resulting in the decrease of net terrestrial carbon uptake. The critical value of SAT depends on changes in atmospheric $CO_2$ concentration and the value of the half-saturation constant ($kc$). For example, in case D terrestrial uptake peaks at 3 Gt C yr$^{-1}$ near year 2080 and starts to decrease after increases in SAT exceeds 5.5°C (Fig. 12). At the same time, in scenario C, despite similar surface warming, terrestrial carbon uptake increases through the whole simulation because of large values of $kc$ used in this simulation and a larger increase in the atmospheric $CO_2$ concentration. In some of the hottest cases the terrestrial ecosystem becomes a net carbon source during the last decade of twenty-first century. In all four cases, carbon uptake by the terrestrial ecosystem is rather significant, on the order of 15%–20% of anthropogenic emissions—cumulative uptake ranges from 215 Gt C in scenario B to 350 Gt C in scenario C.

Ocean uptake is the other major $CO_2$ sink. Section 2d discusses how the carbon sink in IGSM2.2 is calibrated to reproduce the behavior of the three-dimensional ocean. One of the important results of this calibration is that the end of century uptake is significantly lower than it would be in the version of the simplified carbon model used by Webster et al. (2003). In all four runs ocean uptake peaks in midcentury and begins to decrease despite the continuing increases in atmospheric $CO_2$ concentration. However, the ocean still takes up a cumulative total of 300 Gt C (scenario C) to 470 Gt C (scenario B).

The NEM controls the emissions of methane and $N_2O$ into the atmosphere. As precipitation and temperature increase it is expected that natural emissions of both substances will also increase, but the exact nature of these increases depends on timing of precipitation events. High-latitude regions (north of 50°N) exhibit a somewhat larger flux increase than the remainder of the

TABLE 2. Ratios of the percentiles to mean values for distributions of surface warming and sea level rise at the last decade of the twenty-first century in ensembles with full, climate, and emission uncertainties.

| SAT | 5% | 16.7% | 50% | 83.3% | 95% |
|---|---|---|---|---|---|
| Full uncertainty | 0.66 | 0.78 | 0.97 | 1.22 | 1.40 |
| Climate uncertainty | 0.74 | 0.82 | 0.99 | 1.17 | 1.35 |
| Emission uncertainty | 0.75 | 0.85 | 0.99 | 1.16 | 1.25 |
| Sea level rise | 5% | 16.7% | 50% | 83.3% | 95% |
| Full uncertainty | 0.64 | 0.76 | 0.98 | 1.24 | 1.43 |
| Climate uncertainty | 0.67 | 0.80 | 0.98 | 1.20 | 1.36 |
| Emission uncertainty | 0.82 | 0.88 | 1.00 | 1.12 | 1.19 |

TABLE 3. Values of climate parameters and values of some climate variables averaged over last decade of the twenty-first century for the simulations discussed in section 4c.

| Scenario | $C_S$ °C | $K_v$ cm² s⁻¹ | $F_{aer}$ w m⁻² | $K_c$ ppm | SAT °C | $CO_2$ ppm | $CH_4$ ppm | $N_2O$ ppb |
|---|---|---|---|---|---|---|---|---|
| A | 1.83 | 0.22 | −0.46 | 350 | 3.68 | 885 | 4.15 | 440.16 |
| B | 3.75 | 3.21 | −0.65 | 384 | 3.70 | 622 | 3.3 | 413.38 |
| C | 2.55 | 0.10 | −0.59 | 468 | 7.49 | 1108 | 5.44 | 450.83 |
| D | 4.10 | 0.96 | −0.58 | 196 | 7.49 | 886 | 4.15 | 444.75 |

globe, especially in the hot scenarios (C and D) where northern latitude emissions (green dashed line in Fig. 13) increase by more than 70% while the flux from the remainder of the planet increases by only 33% and 24%.

Increased methane emissions are also expected to be prevalent in high-latitude regions (north of 50°N) because of the thawing of permafrost and increased $CO_2$ fertilization of plants (Zhuang et al. 2006). In the two warm runs high-latitude emissions of methane increase by more than 150% (Fig. 14, dotted green lines) compared to increases in the remainder of the planet of about 35%. Cumulatively, more than 3000 Tg of additional methane due to increased high-latitude emissions are released into the atmosphere in both of the warm runs. This release of methane only accounts for a small fraction of the carbon stored in the soils of these high-latitude regions, and emissions can be expected to continue to increase significantly after 2100.

Methane concentrations are also a function of the atmospheric sink, mainly the hydroxyl free radical. As CO and $CH_4$ emissions increase, the hydroxyl radical concentrations will drop as seen in section 4a. When OH levels drop, the $CH_4$ sink will decrease and methane lifetime will increase. This impact on $CH_4$ levels can be roughly estimated by plotting methane concentrations in the hypothetical case where lifetime does not decrease (Fig. 14, dashed purple line). In both the hot scenarios (C and D) the cumulative sink decrease over the century is equivalent to about $12 \cdot 10^3$ teragrams of methane emissions.

d. Comparison with the IPCC AR4 projections

As discussed in the introduction, the treatment of uncertainty in anthropogenic emissions in this study is fundamentally different from that by the IPCC. The climate simulations described in the IPCC AR4 (Meehl et al. 2007a) were carried out for several distinctly different emission scenarios, either assuming "business as usual" economic activities (A2, A1FI) or aimed at atmospheric $CO_2$ stabilization at a particular level (A1B

and B2). However, no probabilities were associated with these different emissions scenarios. Uncertainties in the climate response for a given emission scenario were associated only with uncertainty in the characteristics of the climate system (Meehl et al. 2007a; Knutti et al. 2008). Therefore the IPCC AR4 results should be compared with the results of our ensemble of simulations in which only climate uncertainty was included while GHG emissions were calculated using median values of the uncertain economic parameters (see section 3d).

The cumulative carbon emissions produced by the EPPA model with these parameter values are very similar to those for the A2 scenario and somewhat smaller than those in the A1FI scenario (see Fig. 15a). However, the atmospheric $CO_2$ concentration obtained in the simulation with the IGSM using the median values of both the emission and climate parameters is closer to the concentration in the A1FI scenario (Fig. 15b). This is explained, at least partly, by the fact that the terrestrial ecosystem model used in the IGSM2, in contrast to the Integrated Science Assessment Model (ISAM) used to calculate $CO_2$ concentrations for the SRES scenarios, considers carbon–nitrogen interactions. As shown by Sokolov et al. (2008), taking into account the nitrogen limitation on terrestrial carbon uptake leads to a large increase in atmospheric $CO_2$ for given carbon emissions. The forcings due to individual GHGs ($CH_4$, $N_2O$, etc.) are somewhat different for our median emission scenario and for A1FI, but the total forcings are quite similar (Fig. 15c). Thus it is appropriate to compare our results for the ensemble of simulations including only the climate model uncertainties with the IPCC's projections for the A1FI scenario.

Since the AR4 AOGCMs did not simulate the A1FI scenario, the IPCC calculated the mean value of SAT increase for the A1FI scenario from 19 simulations with the simple climate model (SCM) Model for the Assessment of Greenhouse-Gas Induced Climate Change, version 4 (MAGICC4; Wigley and Raper 2001). The 19 different versions of the SCM were each tuned to simulate the behavior of a different one of the 19 AOGCMs used in the IPCC AR4 (Meehl et al. 2007a). The mean of



FIG. 12. Carbon fluxes in gigatons of carbon per year. Black: anthropogenic $CO_2$ emissions. Green: terrestrial sink.
Blue: ocean sink. Brown: CO and $CH_4$ emissions. Red: change in atmospheric burden.

the 19 SCM simulations was scaled to allow for a small bias in the SCM compared to the AOGCMs simulations for other scenarios (Meehl et al. 2007a; Knutti et al. 2008). Because, as noted by Meehl et al. (2007a), AOGCMs do not sample the full range of possible warming, the IPCC AR4's projected likely range (Solomon et al. 2007) of warming is not based solely on the 19 simulations but was estimated with the help of results of additional studies (Knutti et al. 2008), including simulations with models of intermediate complexity. Some of the models of intermediate complexity in addition to uncertainties in climate sensitivity, rate of oceanic heat uptake, strength of aerosol forcing, and carbon cycle consider uncertainty in the feedback between the carbon cycle and climate (e.g., Knutti et al. 2003). Thus the *likely* range of warming was judged to extend from 40% less to 60% more than the mean SAT increase (Meehl et al. 2007a; Knutti et al. 2008). We note that, according to the IPCC AR4 definition, the probability of SAT change falling into the *likely* range is more than 66% but less than 90%.

Table 4 compares the IPCC's mean and *likely* range of SAT increase for the A1FI scenario with those based on

the results of the simulations with the latest version of the SCM MAGICC6 (Meinshausen et al. 2008), tuned to 19 AR4 AOGCMs, and with those from our simulations with median anthropogenic emissions.[3]

As discussed by Sokolov et al. (2009), the AR4 multimodel ensemble underestimates surface warming compared to MIT simulations with input parameter distributions obtained using Levitus et al. (2005) data on changes in deep-ocean heat content. The same, of course, is true for the SCM MAGICC. In particular, our mean SAT increase is 30% greater than the IPCC's 5.2°C versus 4.0°C. The uncertainty range obtained in

---

[3] The uncertainty range for simulations with the SCM MAGICC4 is significantly wider than the range for the AR4 AOGCMs. For example, the ±standard deviation range obtained in simulations with the SCM MAGICC4 for fixed carbon cycle for the SRES A2 scenario is almost identical to the 5%–95% range for the AR4 AOGCMs for the same scenario (Knutti et al. 2008). This disagreement is likely explained by the fact that MAGICC4 was tuned to a different set of AOGCMs than that used in the IPCC AR4 simulations.



FIG. 13. $N_2O$ fluxes in Tg N yr$^{-1}$. Black: anthropogenic emissions. Green: natural emissions. Dashed green: northern latitude emissions. Purple: stratospheric sink. Red: change in atmospheric burden.

the MIT simulations is narrower and somewhat more symmetric than the ranges given by the IPCC and obtained in simulations with SCM MAGICC6; that is, the lower bound of the 90% range is smaller than the mean by 26%, while the upper bound is larger by 35% (Table 5). The asymmetry in the IPCC and MAGICC6 ranges is, to a large extent, associated with the uncertainty in the carbon cycle–climate feedback. As indicated by Knutti et al. (2008), inclusion of the uncertainty in carbon cycle–climate feedback as simulated by the Coupled Climate–Carbon Cycle Model Intercomparison Project (C$^4$MIP) models (Friedlingstein et al. 2006) extends the projected range of surface warming, with larger effect on the upper bound. In contrast with all models used by the IPCC the MIT IGSM takes into account the carbon–nitrogen interaction in the terrestrial ecosystem. As was shown by Sokolov et al. (2008), considering this interaction significantly reduces the strength of the feedback between the carbon cycle and climate and the uncertainty in the

projected $CO_2$ concentration and surface warming associated with this feedback.

### e. Sensitivity of the projected surface warming to the deep-ocean data used to derive climate input parameters

Sokolov et al. (2009) compared results of ensembles of projections with the climate component of the MIT IGSM carried out using distributions of climate input parameters obtained with different data for changes in deep-ocean heat content. As noted in the introduction, for the comparison with our previous results (Webster et al. 2003), we decided to use climate parameter distributions based on the Levitus et al. (2005) data in our simulations. We refer to these distributions as the LEV05 distributions. However, results presented by Sokolov et al. (2009) allow us to approximate the distribution of changes in SAT for different climate parameter distributions without running a full ensemble of



FIG. 14. Methane fluxes in Tg CH$_4$ yr$^{-1}$. Black: anthropogenic emissions. Red: change in atmospheric burden. Green: natural emissions. Dashed green: northern latitude emissions. Purple: methane sink. Dashed purple: constant lifetime counterfactual sink.

simulations. In this section we show how our results would have changed if we had used input distributions for climate parameters based either on Domingues et al. (2008) or on upper- and surface-air temperatures only, DOM08 and NO, respectively. We note that the LEV05 and DOM08 analyses give, respectively, the smallest and largest published estimates of the heat uptake (Sokolov et al. 2009).

As can be seen from the Sokolov et al. (2009), the shapes of the distributions for changes in SAT in the simulations with different distributions of climate input parameters are similar. In other words, ratios of the percentile values to the means do not differ significantly for ensembles with different input climate parameters (see Table 6 in Sokolov et al. 2009). This similarity between output distributions may be explained by the fact that projected surface warming is defined by joint input distributions, which are constrained by the same data on SAT changes over the twentieth century. Based on that,

an estimate of the probability distribution for changes in SAT for a particular input distribution can be constructed by scaling the output distribution from the ensemble of simulations, carried out with different input distribution, by the ratio of the SAT changes in the simulations with the median values of input climate parameters from the two input distributions. Table 6 shows the alternative distributions for cases with climate-only uncertainty and full uncertainty.

For both uncertainty cases, the mean value of surface warming in the last decade of the twenty-first century decreases by about 0.3°C for the NO and 1.2°C for the DOM08 climate parameter distributions. Thus the DOM08 case has a mean warming very close to the IPCC's projection. In the simulations with full (climate only) uncertainties, the probability for an SAT increase exceeding 6.4°C by the end of the century decreases from 17% (12%) for LEV05 to 2.7% (0.5%) for DOM08 input climate distributions. The probability of surface



FIG. 15. (a) Cumulative carbon emissions, (b) atmospheric $CO_2$ concentration, and (c) radiative forcing due to greenhouse gases and aerosol for SRES scenarios A1FI (red) and A2 (green) and for MIT simulation (blue) with the IGSM using median values for climate input parameters and median GHG emissions.

warming being less than 2.4°C is about 2.8% and 1.2% for the DOM08 distribution for the full and climate-only uncertainty cases, respectively. For the LEV05 distributions SAT increases by more than 2.4°C in all simulations for either uncertainty case. According to the IPCC AR4 projections the probability of SAT increase larger than 6.4°C or smaller than 2.4°C for the A1FI scenario is estimated as being between 5% and 16.7%. The much smaller likelihood we find for modest warming is likely due to our input pdfs having been explicitly constrained by twentieth-century temperature changes.

Projections of sea level rise due to thermosteric expansion are much more sensitive to the ocean data used than are the projections of SAT (Sokolov et al. 2009). However, probability distributions for sea level rise cannot be constructed using the scaling approach described above.

The comparisons just discussed do not per se tell us which of the three different projections compared in Table 6 is best. We note that the results based on LEV05 and DOM08 each used the error estimates given by the respective analyses as being appropriate for their estimates of the trend in ocean warming. However, these estimates are mutually incompatible. The DOM85 trend is more than double the LEV05 trend, but the difference between the two trends is 5–7 times the standard deviation in the trend cited by the respective analyses. All this emphasizes an urgent necessity for obtaining more definite estimates for changes in deep-ocean heat content.

TABLE 4. Change is SAT at the last decade of the twenty-first century relative to 1981–2000, at year 2100 for MAGICC6 Meinshausen et al. (2008).

| | 5% | 16.7% | Mean | 83.3% | 95% |
|---|---|---|---|---|---|
| MIT simulations with median anthropogenic emissions | 3.81 | 4.22 | 5.17 | 6.04 | 6.98 |
| SCM MAGICC6 Meinshausen et al. (2008) | 2.85 | 3.26 | 4.09 | 4.79 | 5.88 |
| (with uncertainty in feedback between climate and carbon cycle) for SRES A1FI | | | | | |
| SCM MAGICC4 (with carbon uptake uncertainty) for SRES A1FI | — | 3.3 | 4.4 | 5.8 | — |
| IPCC AR4 for SRES A1FI | | 2.4 | 4.0 | 6.4 | |

## 5. Conclusions

In this paper we have presented updated projections of climate changes for the twenty-first century in the absence of any climate policy. While the MIT IGSM has been significantly modified since publication of our previous projections (Webster et al. 2003), the primary reasons for the differences between our previous and present results are changes in the distributions of input parameters for both the earth system and economic components of the IGSM.

The simulations of twentieth-century climate used to estimate uncertainties in the climate system parameters (Forest et al. 2006, 2008) were carried out using both anthropogenic and natural forcings. As discussed by Forest et al. (2006), taking into account natural forcings, especially forcing due to volcanic eruptions, led to significantly different distributions of climate system parameters compared to the distributions based on twentieth-century simulations with just anthropogenic forcings (Forest et al. 2002), which was used by Webster et al. (2003). The main consequence of the changes in the climate input distributions is an increase in the lower bound of the distribution of surface warming in response to an external forcing.

Similarly, the distributions of global GHGs emissions used in this study (Webster et al. 2008) are higher, compared with previous results (Webster et al. 2002) because of the reduction of very low emissions growth cases. One of the key differences is that GDP growth, while still more important than many other parameters, is not the primary driver of uncertainty in emissions. This change is a result of the new approach of generating GDP growth paths using a random walk and of the assumption that GDP growth shocks are not correlated across countries. From this analysis, the primary drivers of uncertainty in no-policy carbon emissions are technological change, both price driven (e.g., elasticity of substitution) and nonprice driven (e.g., autonomous energy efficiency improvement), and the total fossil resources available, particularly coal and shale (Webster et al. 2008). These changes in projected GHGs emissions noticeably decreased the probability of low radiative forcing.

Because of the multiplicative nature of the interaction between the forcing and the climate system response, the probability distribution of the increase in surface air temperature at the end of the twenty-first century is shifted upward significantly compared to the distribution obtained by Webster et al. (2003). As can be expected from the changes in the forcing and the response described above, the biggest difference is a sharp decrease in the probability of small or moderate warming. While the upper bound of the 90% range has increased by about 60%, the lower bound of the 90% range of the new distribution is more than 3 times larger than in the Webster et al. (2003).

While our median anthropogenic emissions are similar to those for the SRES A2 scenario, the GHGs concentrations simulated by the MIT IGSM are somewhat higher than those used in the simulations with the IPCC AR4 AOGCMs. These differences in GHG concentrations arise from the different treatment of the terrestrial ecosystem and from the fact that we take into account an increase in the natural $CH_4$ and $N_2O$ emissions caused by the surface warming, as well as from differences in chemistry models (Prinn et al. 2008). As a result, the total radiative forcing in our simulations with median anthropogenic emissions is quite close to the forcing for the IPCC A1FI scenario. However, the surface warming projected by the MIT IGSM significantly exceeds the

TABLE 5. Ratios of the percentiles values to the means for probability distributions shown in Table 4.

| | 5% | 16.7% | 83.3% | 95% |
|---|---|---|---|---|
| MIT simulations with median anthropogenic emissions | 0.74 | 0.82 | 1.17 | 1.35 |
| SCM MAGICC6 Meinshausen et al. (2008) | 0.70 | 0.80 | 1.17 | 1.44 |
| (with uncertainty in feedback between climate and carbon cycle) for SRES A1FI | | | | |
| SCM MAGICC4 (with carbon uptake uncertainty) for SRES A1FI | — | 0.77 | 1.35 | — |
| IPCC AR4 for SRES A1FI | | 0.60 | 1.60 | |

TABLE 6. Distributions for changes in SAT at the last decade of the twenty-first century for different choices of climate parameters distributions.

| | | 5% | 16.7% | Mean | 83.3% | 95% |
|---|---|---|---|---|---|---|
| Full uncertainties | LEV05 | 3.50 | 4.12 | 5.28 | 6.42 | 7.37 |
| | NO | 3.30 | 3.88 | 4.96 | 6.04 | 6.93 |
| | DOM08 | 2.70 | 3.17 | 4.06 | 4.94 | 5.67 |
| Climate-only uncertainties | LEV05 | 3.81 | 4.22 | 5.17 | 6.04 | 6.98 |
| | NO | 3.58 | 3.97 | 4.87 | 5.68 | 6.57 |
| | DOM08 | 2.93 | 3.25 | 3.98 | 4.65 | 5.38 |

estimates given by Meehl et al. (2007a). The shape of the probability distribution of changes in SAT simulated by the MIT IGSM is also different from those assumed by the IPCC AR4 or obtained in simulations with the SCM MAGICC. The distribution obtained in our simulations is more symmetric. Asymmetry in the IPCC and MAGICC distributions is, in part, explained by the larger impact of the uncertainty in the feedback between the climate and the carbon cycle on the upper bound of the surface warming range. Taking into consideration the interaction between carbon and nitrogen in the terrestrial ecosystem model reduces the strength of this feedback and the uncertainty in surface warming associated with it (Sokolov et al. 2008).

All the ensembles of simulations presented in this paper were carried out with climate input parameter distributions based on the Levitus et al. (2005) estimate of changes in the deep-ocean heat content. We also derived approximate distributions of changes in SAT for climate parameter distributions based on alternate estimates of the ocean heat uptake. These estimates suggest somewhat smaller surface warming. However, the probability of the SAT increase at the end of the twenty-first century being near 2°–2.5°C is still significantly lower than that suggested by the IPCC AR4 for all the distributions tested. As noted in the introduction, the sensitivity of our results to other assumptions was not tested in this study.

*Acknowledgments.* We would to thank Malte Mein-shausen for providing results of the simulations with SCM MAGICC version 6 and Reto Knutii for useful discussion of SCM results. We also thank Mat Collins and an anonymous reviewer for their comments and suggestions. This work was supported in part by the Office of Science (BER), U.S. Department of Energy Grants DE-FG02-94ER61937 and DE-FG02-93ER61677, and by the industrial and foundations sponsors of The MIT Joint Program on the Science and Policy of Global Change (http://globalchange.mit.edu/sponsors/current.html). We thank Josh Willis for discussions on the ocean heat content data. We acknowledge the modeling groups, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) and the WCRP's Working Group on Coupled Modelling (WGCM) for their roles in making available the WCRP CMIP3 multimodel dataset. Support of this dataset is provided by the Office of Science, U.S. Department of Energy.

REFERENCES

Babiker, M. H., J. M. Reilly, M. Mayer, R. S. Eckaus, I. S. Wing, and R. C. Hyman, 2001: The MIT Emissions Prediction and Policy Analysis (EPPA) Model: Revisions, sensitivities, and comparisons of results. MIT Joint Program on the Science and Policy of Global Change, Rep. 71, 90 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt71.pdf.]

——, G. E. Metcalf, and J. Reilly, 2003: Tax distortions and global climate policy. *J. Environ. Econ. Manage.,* **46,** 269–287.

Bonan, G. B., K. W. Oleson, M. Vertenstein, S. Lewis, X. Zeng, Y. Dai, R. E. Dickinson, and Z.-L. Yang, 2002: The land surface climatology of the Community Land Model coupled to the NCAR Community Climate Model. *J. Climate,* **15,** 3123–3149.

Calbó, J., W. Pan, M. Webster, R. G. Prinn, and G. J. McRae, 1998: Parameterization of urban subgrid-scale processes in global atmospheric chemistry models. *J. Geophys. Res.,* **103,** 3437–3451.

Clarke, L. E., J. A. Edmonds, H. D. Jacoby, H. M. Pitcher, J. M. Reilly, and R. G. Richels, 2007: *CCSP Synthesis and Assessment Product 2.1, Part A: Scenarios of Greenhouse Gas Emissions and Atmospheric Concentrations,* U.S. Climate Change Science Program, Department of Energy, Washington, DC, 154 pp.

Curtis, P. S., and X. Wang, 1998: A meta-analysis of elevated $CO_2$ effects on woody plant mass, form, and physiology. *Oecologia,* **113,** 299–313.

Dalan, F., P. H. Stone, I. Kamenkovich, and J. Scott, 2005a: Sensitivity of the ocean's climate to diapycnal diffusivity in EMIC. Part I: Equilibrium state. *J. Climate,* **18,** 2460–2481.

——, ——, and A. P. Sokolov, 2005b: Sensitivity of the ocean's climate to diapycnal diffusivity in EMIC. Part II: Global warming scenario. *J. Climate,* **18,** 2482–2496.

Dimaranan, B., and R. McDougall, cited 2002: Global trade, assistance, and production: The GTAP 5 data base. Center for Global Trade Analysis, Purdue University, West Lafayette, IN. [Available online at https://www.gtap.agecon.purdue.edu/databases/v5/v5_doco.asp.]

Dirmeyer, P. A., X. Gao, and T. Oki, 2002: The Second Global Soil Wetness Project (GSWP2). International GEWEX Project Office Publication 37, 75 pp.

Domingues, C. M., J. A. Church, N. J. White, P. J. Gleckler, S. E. Wijffels, P. M. Barker, and J. R. Dunn, 2008: Improved estimates of upper-ocean warming and multi-decadal sea-level rise. *Nature,* **453,** 1090–1094.

Edmonds, J. A., and J. M. Reilly, 1985: Future global energy and carbon dioxide emissions. Atmospheric carbon dioxide and the global carbon cycle, DOE/ER-0239, U.S. Department of Energy, Office of Energy Research, Washington, DC, 215–246.

Felzer, B., D. W. Kicklighter, J. M. Melillo, C. Wang, Q. Zhuang, and R. Prinn, 2004: Effects of ozone on net primary production and carbon sequestration in the conterminous United States using a biogeochemistry model. *Tellus,* **56B,** 230–248.

Follows, M. J., T. Ito, and S. Dutkiewicz, 2006: A compact and accurate carbonate chemistry solver for ocean biogeochemistry models. *Ocean Modell.,* **12,** 290–301.

Forest, C. E., P. H. Stone, A. P. Sokolov, M. R. Allen, and M. Webster, 2002: Quantifying uncertainties in climate system properties with the use of recent climate observations. *Science,* **295,** 113–117.

——, ——, and ——, 2006: Estimated PDFs of climate system properties including natural and anthropogenic forcings. *Geophys. Res. Lett.,* **33,** L01705, doi:10.1029/2005GL023977.

——, ——, and ——, 2008: Constraining climate model parameters from observed 20th century changes. *Tellus,* **60A,** 911–920.

Friedlingstein, P., and Coauthors, 2006: Climate–carbon cycle feedback analysis: Results from the C$^4$MIP model intercomparison. *J. Climate,* **19,** 3337–3353.

Gouretski, V., and K. P. Koltermann, 2007: How much is the ocean really warming? *Geophys. Res. Lett.,* **34,** L01610, doi:10.1029/2006GL027834.

Gunderson, C. A., and S. D. Wullschleger, 1994: Photosynthetic acclimation in trees to rising atmospheric $CO_2$: A broader perspective. *Photosynth. Res.,* **39,** 369–388.

Hansen, J., G. Russell, D. Rind, P. Stone, A. Lacis, S. Lebedeff, R. Ruedy, and L. Travis, 1983: Efficient three-dimensional global models for climate studies: Models I and II. *Mon. Wea. Rev.,* **111,** 609–662.

——, A. Lacis, D. Rind, G. Russell, P. Stone, I. Fung, R. Ruedy, and J. Lerner, 1984: Climate sensitivity: Analysis of feedback mechanisms. *Climate Processes and Climate Sensitivity, Geophys. Monogr.,* Vol. 29, Amer. Geophys. Union, 130–163.

——, I. Fung, A. Lacis, D. Rind, S. Lebedeff, R. Ruedy, and G. Russell, 1988: Global climate change as forecast by Goddard Institute for Space Studies three-dimensional model. *J. Geophys. Res.,* **93,** 9341–9364.

——, and Coauthors, 2002: Climate forcings in Goddard Institute for Space Studies SI2000 simulations. *J. Geophys. Res.,* **107,** 4347, doi:10.1029/2001JD001143.

Hegerl, G. C., and Coauthors, 2007: Understanding and attributing climate change. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al. Eds., Cambridge University Press, 663–745.

Holian, G. L., A. P. Sokolov, and R. G. Prinn, 2001: Uncertainty in atmospheric $CO_2$ predictions from a global ocean carbon cycle model. MIT Joint Program on the Science and Policy of Global Change Report 80, Rep. 80, 25 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt80.pdf.]

Houghton, J. T., Y. Ding, D. J. Griggs, M. Noguer, P. J. van der Linden, X. Dai, K. Maskell, and C. A. Johnson, 2001: *Climate Change 2001: The Scientific Basis.* Cambridge University Press, 881 pp.

Iman, R. L., and W. J. Conover, 1982: A distribution-free approach to inducing rank correlation among input variables. *Commun. Stat. Simul. Comput.,* **11,** 311–334.

——, and J. C. Helton, 1988: An investigation of uncertainty and sensitivity analysis techniques for computer models. *Risk Anal.,* **8,** 71–90.

Jacoby, H., R. Eckaus, A. D. Ellermann, R. Prinn, D. Reiner, and Z. Yang, 1997: $CO_2$ emissions limits: Economic adjustments and the distribution of burdens. *Energy J.,* **18,** 31–58.

Kamenkovich, I. V., A. Sokolov, and P. H. Stone, 2002: An efficient climate model with a 3D ocean and statistical-dynamical atmosphere. *Climate Dyn.,* **19,** 585–598.

Knutti, R., T. F. Stoker, F. Joos, and G.-K. Plattner, 2003: Probabilistic climate change projections using neural network. *Climate Dyn.,* **21,** 257–272.

——, and Coauthors, 2008: A review of uncertainties in global temperature projections over the twenty-first century. *J. Climate,* **21,** 2651–2663.

Lean, J., 2000: Evolution of the sun's spectral irradiance since the Maunder Minimum. *Geophys. Res. Lett.,* **27,** 2421–2424.

Levitus, S., J. Antonov, and T. P. Boyer, 2005: Warming of the World Ocean, 1955–2003. *Geophys. Res. Lett.,* **32,** L02604, doi:10.1029/2004GL021592.

Li, C., S. Frolking, and T. A. Frolking, 1992: A model of nitrous oxide evolution from soil driven by rainfall events: 1. Model structure and sensitivity. *J. Geophys. Res.,* **97,** 9759–9776.

Liu, Y., 1996: Modeling the emissions of nitrous oxide ($N_2O$) and methane ($CH_4$) from the terrestrial biosphere to the atmosphere. Ph.D. thesis, MIT Joint Program on the Science and Policy of Global Change, Rep. 10, 219 pp. [Available online at http://globalchange.mit.edu/files/document/MITJPSPGC_Report10.pdf.]

Mayer, M., C. Wang, M. Webster, and R. G. Prinn, 2000: Linking local air pollution to global chemistry and climate. *J. Geophys. Res.,* **105,** 22 869–22 896.

McGuire, A. D., J. M. Melillo, L. A. Joyce, D. W. Kicklighter, A. L. Grace, B. Moore III, and C. J. Vorosmarty, 1992: Interactions between carbon and nitrogen dynamics in estimating net primary productivity for potential vegetation in North America. *Global Biogeochem. Cycles,* **6,** 101–124.

——, L. A. Joyce, D. W. Kicklighter, J. M. Melillo, G. Esser, and C. J. Vorosmarty, 1993: Productivity response of climax temperate forests to elevated temperature and carbon dioxide: A North American comparison between two global models. *Climatic Change,* **24,** 287–310.

——, and Coauthors, 1997: Equilibrium responses of global net primary production and carbon storage to doubled atmospheric carbon dioxide: Sensitivity to changes in vegetation nitrogen concentration. *Global Biogeochem. Cycles,* **11,** 173–189.

Meehl, G. A., and Coauthors, 2007a: Global climate projections. *Climate Change 2007: The Physical Science Basis,* S. Solomon et al., Eds., Cambridge University Press, 746–845.

——, C. Covey, T. Delworth, M. Latif, B. McAvaney, J. F. B. Mitchell, R. J. Stouffer, and K. E. Taylor, 2007b: The WCRP CMIP3 multimodel dataset: A new era in climate change research. *Bull. Amer. Meteor. Soc.,* **88,** 1383–1394.

Meinshausen, M., S. C. B. Raper, and T. M. L. Wigley, 2008: Emulating IPCC AR4 atmosphere-ocean and carbon cycle models for projecting global-mean, hemispheric and land/ocean temperatures: MAGICC 6.0. *Atmos. Chem. Phys. Discuss.,* **8,** 6153–6272.

Melillo, J. M., A. D. McGuire, D. W. Kicklighter, B. Moore III, C. J. Vorosmarty, and A. L. Schloss, 1993: Global climate change and terrestrial net primary production. *Nature,* **363,** 234–240.

Morgan, M. G., and D. Keith, 1995: Subjective judgments by climate experts. *Environ. Sci. Technol.,* **29,** 468–476.

Moss, R. H., and S. H. Schneider, 2000: Towards consistent assessment and reporting of uncertainties in the IPCC TAR. *Cross-Cutting Issues in the IPCC Third Assessment Report,* R. Pachauri and T. Taniguchi, Eds., Cambridge University Press, 35–51.

Nakicenovic, N., and Coauthors, 2000: *Intergovernmental Panel on Climate Change Special Report on Emission Scenarios.* Cambridge University Press, 570 pp.

Norby, R. J., and Coauthors, 2005: Forest response to elevated $CO_2$ is conserved across a broad range of productivity. *Proc. Natl. Acad. Sci. USA,* **102,** 18 052–18 056.

Nordhaus, W. D., and G. W. Yohe, 1983: Future paths of energy and carbon dioxide emissions. *Changing Climate, Report of the Carbon Dioxide Assessment Committee of the National Academy of Science,* National Academies Press, 87–152.

Olivier, J. G. J., and J. J. M. Berdowski, 2001: Global emission sources and sinks. *The Climate System,* J. Berdowski, R. Guicherit, and B. J. Heij, Eds., Swets and Zeitlinger, 33–77.

Paltsev, S., J. M. Reilly, H. D. Jacoby, R. S. Eckaus, J. McFarland, M. Sarofim, M. Asadoorian, and M. Babiker, 2005: The MIT Emissions Prediction and Policy Analysis (EPPA) Model: Version 4. MIT Joint Program for the Science and Policy of Global Change, Rep. 125, 72 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt125.pdf.]

——, ——, ——, A. Gurgel, G. Metcalf, A. Sokolov, and J. Holak, 2008: Assessment of U.S. GHG cap-and-trade proposals. *Climate Policy,* **8.4,** 395–420.

Pan, Y., and Coauthors, 1998: Modeled responses of terrestrial ecosystems to elevated atmospheric $CO_2$: A comparison of simulations by the biogeochemistry models of the Vegetation/Ecosystem Modeling and Analysis Project (VEMAP). *Oecologia,* **114,** 389–404.

Peixoto, J. P., and A. H. Oort, 1992: *Physics of Climate.* AIP, 520 pp.

Plattner, G.-K., and Coauthors, 2008: Long-term climate commitments projected with climate–carbon cycle models. *J. Climate,* **21,** 2721–2751.

Prinn, R., and Coauthors, 1999: Integrated global system model for climate policy assessment: Feedbacks and sensitivity studies. *Climatic Change,* **41,** 469–546.

——, J. Reilly, M. Sarofim, C. Wang, and B. Felzer, 2007: Effects of air pollution control on climate: results from an integrated assessment model. *Human-Induced Climate Change: An Interdisciplinary Assessment,* M. E. Schlesinger et al., Eds., Cambridge University Press, 93–102.

——, S. Paltsev, A. Sokolov, M. Sarofim, J. Reilly, and H. Jacoby, 2008: The influence on climate change of differing scenarios for future development analyzed using the MIT Integrated Global System Model. MIT Joint Program for the Science and Policy of Global Change, Rep. 163, 28 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt163.pdf.]

Raich, J. W., and Coauthors, 1991: Potential net primary productivity in South America: Application of a global model. *Ecol. Appl.,* **1,** 399–429.

Reilly, J., and S. Paltsev, 2006: European greenhouse gas emissions trading: A system in transition. *Economic Modeling of Climate Change and Energy Policies,* M. De Miguel et al., Eds., Edward Elgar Publishing, 45–64.

——, J. Edmonds, R. Gardner, and A. Brenkert, 1987: Monte Carlo analysis of the IEA/ORAU energy/carbon emissions model. *Energy J.,* **8** (3), 1–29.

——, and Coauthors, 1999: Multi-gas assessment of the Kyoto Protocol. *Nature,* **401,** 549–555.

Russell, G. L., J. R. Miller, and L.-C. Tsang, 1985: Seasonal ocean heat transport computed from an atmospheric model. *Dyn. Atmos. Oceans,* **9,** 253–271.

Sato, M., J. E. Hansen, M. P. McCormick, and J. B. Pollack, 1993: Stratospheric aerosol optical depths. *J. Geophys. Res.,* **98,** 22 987–22 994.

Schlosser, C. A., D. Kicklighter, and A. Sokolov, 2007: A global land system framework for integrated climate-change assessments. MIT Joint Program for the Science and Policy of Global Change, Rep. 147, 82 pp. [Available on line at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt147.pdf.]

Smith, S. J., R. Andres, E. Conception, and J. Lurz, 2004: Historical sulfur dioxide emissions 1850–2000: Methods and results. PNNL Research Rep. 14537, Pacific Northwest National Laboratory, 16 pp.

Sokolov, A. P., 2006: Does model sensitivity to changes in $CO_2$ provide a measure of sensitivity to other forcings? *J. Climate,* **19,** 3294–3306.

——, and P. H. Stone, 1998: A flexible climate model for use in integrated assessments. *Climate Dyn.,* **14,** 291–303.

——, C. Wang, G. Holian, P. H. Stone, and R. Prinn, 1998: Uncertainty in the oceanic heat and carbon uptake and their impact on climate projections. *Geophys. Res. Lett.,* **25,** 3603–3606.

——, and Coauthors, 2005: The MIT Integrated Global System Model (IGSM) Version 2: Model description and baseline evaluation. MIT Joint Program for the Science and Policy of Global Change, Rep. 124, 40 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt124.pdf.]

——, S. Dutkiewicz, P. H. Stone, and J. R. Scott, 2007: Evaluating the use of ocean models of different complexity in climate change studies. MIT Joint Program for the Science and Policy of Global Change, Rep. 128, 23 pp. [Available online at http://web.mit.edu/globalchange/www/MITJPSPGC_Rpt128.pdf.]

——, D. W. Kicklighter, J. M. Melillo, B. Felzer, C. A. Schlosser, and T. W. Cronin, 2008: Consequences of considering carbon–nitrogen interactions on the feedbacks between climate and the terrestrial carbon cycle. *J. Climate,* **21,** 3776–3796.

——, C. E. Forest, and P. H. Stone, 2009: Sensitivity of climate change projections to uncertainties in the estimates of observed changes in deep-ocean heat content. *Climate Dyn.,* in press.

Solomon, S., D. Qin, M. Manning, M. Marquis, K. Averyt, M. M. B. Tignor, H. L. Miller Jr., and Z. Chen, 2007: *Climate Change 2007: The Physical Science Basis.* Cambridge University Press, 996 pp.

Stern, D. I., 2005: Beyond the environmental Kuznets curve: Diffusion of sulfur-emissions-abating technology. *J. Environ. Dev.,* **14,** 101–124.

——, 2006: Reversal of the trend in global anthropogenic sulfur emissions. *Global Environ. Change,* **16,** 207–220.

Stocker, T. F., W. S. Broecker, and D. G. Wright, 1994: Carbon uptake experiments with a zonally-averaged global ocean circulation model. *Tellus,* **46B,** 103–122.

Stone, P. H., and M.-S. Yao, 1987: Development of a two-dimensional zonally averaged statistical-dynamical model. Part II: The role of eddy momentum fluxes in the general circulation and their parameterization. *J. Atmos. Sci.,* **44,** 3769–3786.

——, and ——, 1990: Development of a two-dimensional zonally averaged statistical-dynamical model. Part III: The parameterization of the eddy fluxes of heat and moisture. *J. Climate,* **3,** 726–740.

Tatang, M. A., W. Pan, R. G. Prinn, and G. J. McRae, 1997: An efficient method for parametric uncertainty analysis of numerical geophysical models. *J. Geophys. Res.,* **102,** 21 925–21 932.

Wang, C., 2004: A modeling study on the climate impacts of black carbon aerosols. *J. Geophys. Res.,* **109,** D03106, doi:10.1029/2003JD004084.

——, R. G. Prinn, and A. Sokolov, 1998: A global interactive chemistry and climate model: Formulation and testing. *J. Geophys. Res.,* **103,** 3399–3418.

Wang, Y., and D. Jacob, 1998: Anthropogenic forcing on tropospheric ozone and OH since preindustrial times. *J. Geophys. Res.,* **103,** 31 123–31 135.

Webster, M. D., and A. P. Sokolov, 2000: A methodology for quantifying uncertainty in climate projections. *Climatic Change,* **46,** 417–446.

——, M. Babiker, M. Mayer, J. M. Reilly, J. Harnisch, R. Hyman, M. C. Sarofim, and C. Wang, 2002: Uncertainty in emissions projections for climate models. *Atmos. Environ.,* **36,** 3659–3670.

——, and Coauthors, 2003: Uncertainty analysis of climate change and policy response. *Climatic Change,* **62,** 295–320.

——, S. Paltsev, J. Parsons, J. Reilly, and H. Jacoby, 2008: Uncertainty in greenhouse emissions and costs of atmospheric stabilization. MIT Joint Program for the Science and Policy of Global Change, Rep. 165, 28 pp. [Available online at http://globalchange.mit.edu/files/document/MITJPSPGC_Rpt165.pdf.]

Weyant, J. P., 2004: Introduction and overview. *Energy Econ.,* **26,** 501–515.

——, and J. N. Hill, 1999: Introduction and overview. *The Energy Journal Special Issue: The Costs of the Kyoto Protocol: A Multi-Model Evaluation,* J. P. Weyant, Ed., IAEE, vii–xliv.

——, F. de la Chesnaye, and G. Blanford, 2006: Overview of EMF-21: Multigas mitigation and climate policy. *Energy J.,* **3,** 1–32.

Wigley, T. M. L., and S. C. B. Raper, 2001: Interpretation of high projections for global-mean warming. *Science,* **293,** 451–454.

Yao, M.-S., and P. H. Stone, 1987: Development of a two-dimensional zonally averaged statistical-dynamical model. Part I: The parameterization of moist convection and its role in the general circulation. *J. Atmos. Sci.,* **44,** 65–82.

Zhuang, Q., and Coauthors, 2006: $CO_2$ and $CH_4$ exchanges between land ecosystems and the atmosphere in northern high latitudes over the 21st century. *Geophys. Res. Lett.,* **33,** L17403, doi:10.1029/2006GL026972.

# CORRIGENDUM

A. P. Sokolov, P. H. Stone, C. E. Forest,* R. Prinn, M. C. Sarofim,[+] M. Webster,[#]
S. Paltsev, and C. A. Schlosser

*Joint Program on the Science and Policy of Global Change, Massachusetts
Institute of Technology, Cambridge, Massachusetts*

D. Kicklighter

*The Ecosystems Center, Marine Biological Laboratory, Woods Hole, Massachusetts*

S. Dutkiewicz, J. Reilly, and C. Wang

*Joint Program on the Science and Policy of Global Change, Massachusetts
Institute of Technology, Cambridge, Massachusetts*

B. Felzer[@] and J. M. Melillo

*The Ecosystems Center, Marine Biological Laboratory, Woods Hole, Massachusetts*

H. D. Jacoby

*Joint Program on the Science and Policy of Global Change, Massachusetts
Institute of Technology, Cambridge, Massachusetts*

(Manuscript received 7 December 2009, in final form 11 December 2009)

---

The simulations with economic uncertainty discussed in section 4b of Sokolov et al. (2009) were, by mistake, carried out with the mean values of the input climate parameters instead of the intended median values. While this mistake did not affect the resulting distributions of atmospheric $CO_2$ and radiative forcing, it led to an upward shift in the distributions for the changes in surface air temperature (SAT) and sea level rise. Correct distributions are shown in Table 1 and in the revised version of Fig. 11. The ratios of the percentiles to the mean shown in Table 2 of Sokolov et al. (2009) did not change.

### REFERENCE

Sokolov, A., and Coauthors, 2009: Probabilistic forecast for twenty-first-century climate based on uncertainties in emissions (without policy) and climate parameters. *J. Climate,* **22,** 5175–5204.

---

* Current affiliation: Department of Meteorology, The Pennsylvania State University, University Park, Pennsylvania.
[+] AAAS Science and Technology Policy Fellow, Washington, D.C.
[#] Current affiliation: Engineering Systems Division, Massachusetts Institute of Technology, Cambridge, Massachusetts.
[@] Current affiliation: Department of Earth and Environmental Sciences, Lehigh University, Bethlehem, Pennsylvania.

---

*Corresponding author address:* Andrei Sokolov, Joint Program on the Science and Policy of Global Change, Massachusetts Institute of Technology, 77 Massachusetts Ave., E40-431, Cambridge, MA 02139.
E-mail: sokolov@mit.edu

DOI: 10.1175/2009JCLI3566.1

© 2010 American Meteorological Society

TABLE 1. Percentiles for distributions of surface warming and sea level rise for the last decade of the twenty-first century in the ensembles with full, climate, and emission uncertainties.

| SAT | 5% | 16.7% | 50% | 83.3% | 95% |
|---|---|---|---|---|---|
| Full uncertainty | 3.50 | 4.12 | 5.12 | 6.42 | 7.37 |
| Emission uncertainty | 3.95 | 4.42 | 5.16 | 6.04 | 6.56 |
| Climate uncertainty | 3.81 | 4.22 | 5.12 | 6.04 | 6.98 |
| | | | | | |
| Sea level rise | 5% | 16.7% | 50% | 83.3% | 95% |
| Full uncertainty | 29 | 35 | 44 | 55 | 63 |
| Emission uncertainty | 36 | 39 | 44 | 49 | 52 |
| Climate uncertainty | 29 | 35 | 43 | 53 | 60 |



FIG. 11. Frequency distributions for (a) atmospheric $CO_2$ concentrations, (b) radiative forcing due to greenhouse gases (GHGs) and sulfate aerosol, (c) surface air temperature, and (d) total sea level rise in simulations with full uncertainty (blue), climate uncertainty (green), and emissions uncertainty (red) averaged over 2041–50 (dashed lines) and 2091–2100 (solid lines).


United Nations

FCCC/CP/2011/9


Framework Convention on
Climate Change

Distr.: General
15 March 2012

Original: English

## Conference of the Parties

# Report of the Conference of the Parties on its seventeenth session, held in Durban from 28 November to 11 December 2011

## Part One: Proceedings

# Contents

| | | | Paragraphs | Page |
|---|---|---|---|---|
| I. | Opening of the session (Agenda item 1) | | 1–4 | 5 |
| | Host Government welcoming ceremony | | 4 | 5 |
| II. | Organizational matters (Agenda item 2) | | 5–48 | 6 |
| | A. | Election of the President of the Conference of the Parties at its seventeenth session | 5 | 6 |
| | B. | Adoption of the rules of procedure | 6–11 | 6 |
| | C. | Adoption of the agenda | 12–18 | 7 |
| | D. | Election of officers other than the President | 19–23 | 9 |
| | E. | Admission of organizations as observers | 24–26 | 9 |
| | F. | Organization of work, including the sessions of the subsidiary bodies | 27–37 | 10 |
| | G. | Dates and venues of future sessions | 38–43 | 12 |
| | H. | Adoption of the report on credentials | 44–45 | 12 |
| | I. | Attendance | 46–47 | 13 |
| | J. | Documentation | 48 | 13 |
| III. | Reports of the subsidiary bodies and decisions and conclusions arising therefrom (Agenda item 3) | | 49–63 | 13 |
| | A. | Report of the Subsidiary Body for Scientific and Technological Advice | 49–56 | 13 |
| | B. | Report of the Subsidiary Body for Implementation | 57–63 | 15 |

Please recycle 

IV. Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention
(Agenda item 4) ........................................................................................... 64–67 16

V. Consideration of proposals by Parties under Article 17 of the Convention
(Agenda item 5) ........................................................................................... 68–72 17

VI. Consideration of proposals by Parties for amendments to the Convention under its Articles 15 and 16
(Agenda item 6) ........................................................................................... 73–85 17

VII. Technology Executive Committee – modalities and procedures
(Agenda item 7) ........................................................................................... 86–91 18

VIII. Green Climate Fund – report of the Transitional Committee
(Agenda item 8) ........................................................................................... 92–101 19

IX. Second review of the adequacy of Article 4, paragraph 2(a) and (b), of the Convention
*(Agenda item held in abeyance)* ................................................................. 21

X. Review of implementation of commitments and of other provisions of the Convention
(Agenda item 10) ......................................................................................... 102–118 21

    A. Financial mechanism of the Convention ..................................................... 102–104 21

    B. National communications ............................................................................. 105–109 22

    C. Development and transfer of technologies .................................................. 110–111 22

    D. Capacity-building under the Convention ..................................................... 112–113 22

    E. Implementation of Article 4, paragraphs 8 and 9, of the Convention ........... 114–117 23

    F. Other matters referred to the Conference of the Parties by the subsidiary bodies 118 23

XI. Administrative, financial and institutional matters
(Agenda item 11) ......................................................................................... 119–121 23

    A. Budget performance for the biennium 2010–2011 ....................................... 119–120 23

    B. Programme budget for the biennium 2012–2013 ......................................... 121 24

XII. High-level segment
(Agenda item 12) ......................................................................................... 122–127 24

    A. Welcoming ceremony and opening of the high-level segment ..................... 122–123 24

    B. Statements by Parties .................................................................................. 124 24

    C. Statements by United Nations officials ....................................................... 125 24

    D. Deliberations during the high-level segment ............................................... 126–127 24

XIII. Statements by observer organizations
(Agenda item 13) ......................................................................................... 128 25

XIV. Other matters
(Agenda item 14) ......................................................................................... 129–130 25

XV. Conclusion of the session
(Agenda item 15) ......................................................................................... 131–133 25

    A. Adoption of the report of the Conference of the Parties on its seventeenth session ......................................................................................................... 131 25

    B. Closure of the session ................................................................................. 132–133 25

Annexes

| | | |
|---|---|---|
| I. | Parties to the Convention, observer States and United Nations organizations attending the seventeenth session of the Conference of the Parties ................................................. | 26 |
| II. | List of representatives who made statements at the high-level segment under agenda item 12 of the Conference of the Parties and agenda item 19 of the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol ................................................................................................................................. | 30 |
| III. | List of intergovernmental and non-governmental organizations that made statements at the high-level segment under agenda item 12 of the Conference of the Parties and agenda item 19 of the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol ............................................................................. | 38 |
| IV. | Calendar of meetings of Convention bodies, 2012–2016 ................................................. | 40 |
| V. | Documents before the Conference of the Parties at its seventeenth session ................................... | 41 |

## Part Two: Action taken by the Conference of the Parties at its seventeenth session

## Decisions adopted by the Conference of the Parties

### FCCC/CP/2011/9/Add.1

*Decision*

| | |
|---|---|
| 1/CP.17 | Establishment of an Ad Hoc Working Group on the Durban Platform for Enhanced Action |
| 2/CP.17 | Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention |
| 3/CP.17 | Launching the Green Climate Fund |
| 4/CP.17 | Technology Executive Committee – modalities and procedures |
| 5/CP.17 | National adaptation plans |

### FCCC/CP/2011/9/Add.2

*Decision*

| | |
|---|---|
| 6/CP.17 | Nairobi work programme on impacts, vulnerability and adaptation to climate change |
| 7/CP.17 | Work programme on loss and damage |
| 8/CP.17 | Forum and work programme on the impact of the implementation of response measures |
| 9/CP.17 | Least Developed Countries Fund: support for the implementation of elements of the least developed countries work programme other than national adaptation programmes of action |
| 10/CP.17 | Amendment to Annex I to the Convention |
| 11/CP.17 | Report of the Global Environment Facility to the Conference of the Parties and additional guidance to the Global Environment Facility |
| 12/CP.17 | Guidance on systems for providing information on how safeguards are addressed and respected and modalities relating to forest reference emission levels and forest reference levels as referred to in decision 1/CP.16 |
| 13/CP.17 | Capacity-building under the Convention |
| 14/CP.17 | Work of the Consultative Group of Experts on National Communications from Parties not included in Annex I to the Convention |
| 15/CP.17 | Revision of the UNFCCC reporting guidelines on annual inventories for Parties included in Annex I to the Convention |
| 16/CP.17 | Research dialogue on developments in research activities relevant to the needs of the Convention |
| 17/CP.17 | Administrative, financial and institutional matters |

18/CP.17    Programme budget for the biennium 2012–2013

19/CP.17    Dates and venues of future sessions

*Resolution*

1/CP.17     Expression of gratitude to the Government of the Republic of South Africa,
            the province of KwaZulu-Natal and the people of the city of Durban

# I.  Opening of the session

(Agenda item 1)

1.      The seventeenth session of the Conference of the Parties (COP), convened pursuant to Article 7, paragraph 4, of the Convention, was opened at the International Convention Centre and Durban Exhibition Centre in Durban, South Africa, on 28 November 2011, by Ms. Patricia Espinosa, President of the COP at its sixteenth session.[1] She welcomed the presence of the President of South Africa, Mr. Jacob Gedleyihlekisa Zuma, the President of Chad and the Chairperson of the Economic Community of Central African States, Mr. Idriss Déby Itno, and the Vice-President of Angola (representing the Southern African Development Community), Mr. Fernando da Piedade Dias dos Santos.

2.      The President then recalled the recent passing away on 13 November 2011 of Mr. Mama Konaté (Mali), Chair of the Subsidiary Body for Scientific and Technological Advice (SBSTA). In honour of his memory, the President invited all delegates to observe a minute of silence and then invited a representative of the Government of Mali to address the plenary in tribute. The President informed Parties that there would be several opportunities to pay tribute to Mr. Konaté, including through general statements and also in the SBSTA opening plenary.[2]

3.      The outgoing President, Ms. Espinosa delivered a statement outlining the important steps taken during last year's meeting in Cancun, Mexico, and thanked all conference participants for the support extended to the Mexican Presidency.

## Host Government welcoming ceremony

4.      The formal opening included a welcoming ceremony organized by the Government of South Africa to mark the opening of the seventeenth session of the COP and the seventh session of the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol (CMP). Statements were made by the Executive Secretary, Ms. Christiana Figueres, Mr. da Piedade Dias dos Santos, and Mr. Déby Itno. The President of South Africa, Mr. Zuma, officially welcomed participants to the city of Durban and expressed his hope that this meeting would take us many steps forward towards a solution that saves tomorrow today.

---

[1]   The seventeenth session of the COP was held in conjunction with the seventh session of the CMP. The proceedings of the CMP are contained in a separate report. The proceedings of the joint meetings of the COP and the CMP convened during the high-level segment of the sessions are reproduced in both reports. All proceedings' documentation and video recordings are available on the UNFCCC website at <http://unfccc.int/meetings/durban_nov_2011/meeting/6245/php/view/webcasts.php>.

[2]   See FCCC/SBSTA/2011/5, paragraph 2.

## II.   Organizational matters[3]

(Agenda item 2)

### A.   Election of the President of the Conference of the Parties at its seventeenth session

(Agenda item 2(a))

5.     At the 1st meeting[4] of the COP, on 28 November, the President recalled that, in accordance with rule 22, paragraph 1, of the draft rules of procedure being applied, the office of President of the COP is subject to rotation among the five regional groups. She informed Parties that a nomination had been received from the African States. Following her proposal, the COP elected by acclamation Ms. Maite Nkoana-Mashabane, Minister of International Relations and Cooperation of South Africa, as its President. The outgoing President, Ms. Espinosa, congratulated Ms. Nkoana-Mashabane on her election and wished her success in guiding the work of the COP at its seventeenth session. A statement was made by the newly elected President.

### B.   Adoption of the rules of procedure

(Agenda item 2(b))

6.     The COP considered this sub-item at its 1st and 10th meetings, on 28 November and 9 December, respectively.

7.     At the 1st meeting, the President recalled that the President of the COP at its sixteenth session had proposed, and Parties had agreed, that she would conduct intersessional consultations on this issue and inform the COP of any developments. As there continued to be no consensus on this matter, the President proposed and the COP agreed that, as at previous sessions, the draft rules of procedure contained in document FCCC/CP/1996/2 should continue to be applied, with the exception of draft rule 42.

8.     In addition, the President requested Mr. Jerry Matjila (South Africa) to hold informal consultations on her behalf on this issue.

9.     Following the proposal of the President, a statement was made by a Party representative.[5]

10.    At the 10th meeting, the President reported on the above-mentioned consultations. She informed the COP that, while Parties acknowledged that the adoption of the rules of procedure was important, delegations maintained their positions on this fundamental issue and that agreement was not reached on this matter.

11.    At the same meeting, upon a proposal by the President, the COP agreed to continue to apply the draft rules of procedure contained in document FCCC/CP/1996/2, with the exception of rule 42, and agreed that the President would continue consultations during the intersessional period and would report back to the COP at its eighteenth session in the event of any new developments.

---

[3]   During several meetings of the COP, the President designated a Vice-President to act as President in accordance with rule 24 of the draft rules of procedure being applied (see document FCCC/CP/1996/2). However, for the sake of simplicity, the word President is used throughout this report.

[4]   Meetings of the COP referred to in this report are plenary meetings.

[5]   Statements are included in the webcasts of plenary sessions and are available on the UNFCCC website at <http://unfccc.int/meetings/durban_nov_2011/meeting/6245.php>.

## C. Adoption of the agenda

(Agenda item 2(c))

12. At the 1st meeting, the President drew the attention of the COP to the note by the Executive Secretary containing the provisional agenda and annotations (FCCC/CP/2011/1). The provisional agenda was prepared in agreement with the President of the COP at its sixteenth session, taking into account views expressed by Parties during the thirty-fourth session of the Subsidiary Body for Implementation (SBI) and by members of the Bureau of the COP.

13. The President informed Parties that after extensive consultations with Parties and the Bureau on the provisional agenda that more time was needed to consider the matter.

14. The President proposed that the COP proceed with its work on the basis of the provisional agenda with a view to formally adopting the agenda at a later meeting. She further proposed to hold inclusive consultations on items 11, 12 and 13 of the provisional agenda,[6] with a view to formally adopting the agenda as soon as possible, noting that these items were proposed in a constructive spirit and therefore warrant attention.

15. Statements were made by representatives of two Parties. Singapore explained its procedural concerns regarding the consultations under this item and requested the President to reflect its statement in the report.[7]

16. At the 10th meeting, on 9 December, the President reported on the results of the informal consultations, which had resulted in Parties coming to an agreement on this matter. With respect to items 11, 12 and 13 of the provisional agenda, the President reported that Parties noted the importance of these items and that some Parties felt that these issues should be dealt with by other international organizations, and that the discussion of these issues in the Ad Hoc Working Group on Long-term Cooperative Action under the Convention (AWG-LCA) was noted. The President further noted that, with respect to the issue of equitable access to sustainable development as contained in decision 1/CP.16, Parties agreed to consider this issue through a workshop under an appropriate body at its next session and that the text regarding the workshop will be included in an appropriate existing agenda item.[8]

17. On a proposal by the President, the COP agreed that the report of the session would reflect that India made a proposal for the inclusion of new agenda items on issues related to equity, intellectual property rights and trade to ensure that these issues would not "fall off the table". Statements were made by representatives of two Parties.

18. At the same meeting, upon a proposal by the President, the COP adopted the agenda as contained in document FCCC/CP/2011/1, with items 11, 12 and 13 of the provisional agenda not included in the agenda of this session and, with item 9 held in abeyance. The President noted that the numbering of the agenda items in the report would be adjusted accordingly. The COP adopted the agenda as follows:

1. Opening of the session.

2. Organizational matters:

   (a) Election of the President of the Conference of the Parties at its seventeenth session;

   (b) Adoption of the rules of procedure;

---

6  Further information on these agenda items are contained in FCCC/CP/2011/INF.2 and Add.1.
7  The statement is available at <http://unfccc.int/meetings/durban_nov_2011/meeting/6245.php>.
8  See decision 2/CP.17, paragraph 4.

(c)     Adoption of the agenda;

(d)     Election of officers other than the President;

(e)     Admission of organizations as observers;

(f)     Organization of work, including the sessions of the subsidiary bodies;

(g)     Dates and venues of future sessions;

(h)     Adoption of the report on credentials.

3.     Reports of the subsidiary bodies:

(a)     Report of the Subsidiary Body for Scientific and Technological Advice;

(b)     Report of the Subsidiary Body for Implementation.

4.     Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention.

5.     Consideration of proposals by Parties under Article 17 of the Convention.

6.     Consideration of proposals by Parties for amendments to the Convention under its Articles 15 and 16.

7.     Technology Executive Committee – modalities and procedures.

8.     Green Climate Fund – report of the Transitional Committee.

9.     Second review of the adequacy of Article 4, paragraph 2(a) and (b), of the Convention (*agenda item held in abeyance*).

10.     Review of implementation of commitments and of other provisions of the Convention:

(a)     Financial mechanism of the Convention:

Report of the Global Environment Facility to the Conference of the Parties and guidance to the Global Environment Facility;

(b)     National communications:

(i)     National communications from Parties included in Annex I to the Convention;

(ii)     National communications from Parties not included in Annex I to the Convention;

(c)     Development and transfer of technologies;

(d)     Capacity-building under the Convention;

(e)     Implementation of Article 4, paragraphs 8 and 9, of the Convention;

(i)     Implementation of the Buenos Aires programme of work on adaptation and response measures (decision 1/CP.10);

(ii)     Matters relating to the least developed countries;

(f)     Other matters referred to the Conference of the Parties by the subsidiary bodies.

11.     Administrative, financial and institutional matters:

(a)     Budget performance for the biennium 2010–2011;

(b)     Programme budget for the biennium 2012–2013.

12.     High-level segment.

13.     Statements by observer organizations.

14.     Other matters.

15.     Conclusion of the session:

(a)     Adoption of the report of the Conference of the Parties on its seventeenth session;

(b)     Closure of the session.

## D.     Election of officers other than the President
(Agenda item 2(d))

19.     At the 1st meeting, on 28 November, the President informed the COP that Ms. Andrea Garcia Guerrero (Colombia) and Mr. Andrej Kranjc (Slovenia), members of the COP 16/CMP 6 Bureau, had begun consultations on this matter but that nominations had not yet been received from all regional groups. The President requested Ms. Garcia Guerrero and Mr. Kranjc to continue their consultations during the session until all the nominations had been finalized.

20.     On a proposal by the President, the COP decided to postpone the election of the other officers of the Bureau until all nominations were finalized.

21.     At the resumed 10th meeting, on 11 December, the President recalled that she had requested Ms. Garcia Guerrero and Mr. Kranjc to conduct consultations on the election of officers other than the President and noted that the consultations had been concluded. The President thanked Ms. Garcia Guerrero and Mr. Kranjc for their hard work.

22.     The President noted that consultations on some of the nominations were still ongoing. In particular, the list of nominations indicated that consultations were still ongoing for the positions of Chair of the SBI and the four Vice-Presidents of the COP to represent the Asia-Pacific States, the Eastern European States and the Latin America and Caribbean States. The President urged groups to continue their consultations and reach agreement on the nominations, and submit the agreed nominations to the secretariat. The COP agreed, based on a proposal by the President, that once the agreed nominations were received by the secretariat, the nominees will be deemed elected at COP 17 in accordance with established practice. Pending receipt by the secretariat of the agreed nominations, the officers of the COP 16/CMP 6 Bureau for the positions outstanding will remain in office in accordance with rule 22, paragraph 2, of the draft rules of procedure being applied.

23.     At the same meeting, the COP, acting on a proposal by the President, elected by acclamation as Vice-President Mr. Arthur Runge-Metzger (Germany) and Mr. Phillip Muller (Marshall Islands), as Chair of the SBSTA Mr. Richard Muyungi (United Republic of Tanzania), and as Rapporteur Mr. Kranjc (Slovenia).

## E.     Admission of organizations as observers
(Agenda item 2(e))

24.     At its 1st meeting, on 28 November, the COP considered a note by the secretariat on the admission of organizations as observers (FCCC/CP/2011/2), listing seven intergovernmental organizations (IGOs) and 133 non-governmental organizations (NGOs) that had requested to be admitted as observers.

25.     In accordance with the recommendations of the Bureau, and upon a proposal by the President, the COP admitted the organizations listed in document FCCC/CP/2011/2.

26.     A statement was made by a Party representative.

## F.     Organization of work, including the sessions of the subsidiary bodies
(Agenda item 2(f))

27.     At the 1st meeting, on 28 November, the President drew the attention of the COP to the annotations to the provisional agenda contained in document FCCC/CP/2011/1. She noted that the subsidiary bodies would be convened with the aim of developing, before their sessions ended on 3 December, draft decisions and conclusions for submission to the COP. She also noted that the AWG-LCA would submit the results of its work before the end of the session.

28.     On a proposal by the President, the COP decided to refer items to the subsidiary bodies for consideration and the submission of appropriate draft decisions or conclusions, as follows:

Subsidiary Body for Implementation

| | |
|---|---|
| Item 10(a)(i) | Report of the Global Environment Facility to the Conference of the Parties and guidance to the Global Environment Facility |
| Item 10(b)(i) | National communications from Parties included in Annex I to the Convention |
| Item 10(b)(ii) | National communications from Parties not included in Annex I to the Convention |
| Item 10(c) | Development and transfer of technologies |
| Item 10(d) | Capacity-building under the Convention |
| Item 10(e)(i) | Implementation of the Buenos Aires programme of work on adaptation and response measures (decision 1/CP.10) |
| Item 10(e)(ii) | Matters relating to the least developed countries |
| Item 14(a) | Budget performance for the biennium 2010–2011 |

Subsidiary Body for Scientific and Technological Advice

| | |
|---|---|
| Item 10(c) | Development and transfer of technologies |
| Item 10(e)(i) | Implementation of the Buenos Aires programme of work on adaptation and response measures (decision 1/CP.10) |

29.     Delegates were reminded that the SBI and the SBSTA would consider different aspects of sub-items 10(c) and 10(e)(i).

30.     With regard to agenda item 12, "High-level segment", the President informed delegates that the inauguration of the high-level segment would take place on the afternoon of 6 December, and that national statements would be heard on 7 and 8 December. The high-level segment would be convened on the understanding that there would be one speakers' list and that each Party, including Parties to the Convention that are also Parties to the Kyoto Protocol, would speak only once. No decisions would be taken in the joint meetings of the COP and the CMP. The President proposed a time limit of three minutes for each statement at the high-level segment. She also noted that brief statements from senior

representatives of intergovernmental and non-governmental organizations would be heard on 9 December and that a time limit of two minutes per statement had been set.

31.     At the 2nd meeting, on 28 November, with regard to agenda item 4, "Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention", the President recalled that the COP, by its decision 1/CP.16, requested the AWG-LCA to report to the COP at its seventeenth session. She informed delegates that the Chair of the AWG-LCA, Mr. Daniel Reifsnyder (United States of America), would deliver the report of the working group to the COP at a subsequent meeting and invited Mr. Reifsnyder to briefly provide information about the organization of the work of the AWG-LCA.

32.     The President recalled the SBI recommendation regarding the participation of observers in informal sessions and proposed that at least the first and last meeting of informal consultations be opened to observer organizations where appropriate.[9]

33.     The COP agreed to proceed on the basis of the proposals made by the President.

34.     General statements were made by the representatives of Argentina (on behalf of the Group of 77 (G77) and China), Australia (on behalf of the Umbrella Group), the European Union (on behalf of the European Union and its member States), Switzerland (on behalf of the Environmental Integrity Group (EIG)), the Democratic Republic of the Congo (on behalf of the African States), Grenada (on behalf of the Alliance of Small Island States (AOSIS)), the Gambia (on behalf of least developed countries), Cuba (on behalf of the Bolivarian Alliance for the Peoples of Our America – Peoples' Trade Treaty), Egypt (on behalf of the Arab Group), Tajikistan (on behalf of the Group of Mountainous Landlocked Developing Countries), Papua New Guinea (on behalf of the Coalition for Rainforest Nations), China (on behalf of Brazil, China, India and South Africa) and El Salvador (on behalf of the Central American Integration System).[10]

35.     At the close of the general statements, the President emphasized her personal commitment to working closely with the Chairs of all four subsidiary bodies and with the coordinators of the negotiating groups. To this end, over the two-week sessional period the President convened five stocktaking plenaries that had the goal of ensuring that open, inclusive and transparent progress in the negotiations was achieved. A series of indaba[11] sessions were conducted where Parties came together to discuss key negotiating issues in an informal setting.

36.     Statements were made by representatives of four non-governmental organization constituencies (business and industry non-governmental organizations, local government and municipal authorities, trade union non-governmental organizations and youth non-governmental organizations).

37.     At the 3rd meeting, on 30 November, the President noted the important work of the Intergovernmental Panel on Climate Change (IPCC) and invited Dr. Rajendra Pachauri, the Chairman of the IPCC, to address the plenary. Mr. Pachauri drew attention to two reports released by the IPCC in 2011, the *Special Report on Managing the Risks of Extreme Events*

---

[9]   FCCC/SBI/2011/7, paragraph 167.

[10]   The full webcasts of the plenary sessions are available at
    <http://unfccc.int/meetings/durban_nov_2011/meeting/6245/php/view/webcasts.php>.

[11]   Indabas, in the South African tradition, are aimed at establishing a "common mind" or story that all participants can take with them. In successful indabas, participants come with open minds motivated by the spirit of the common good and listen to each other to find compromises that will benefit the community as a whole.

*and Disasters to Advance Climate Change Adaptation*[12] and the *Special Report on Renewable Energy Sources and Climate Change Mitigation*.[13]

## G. Dates and venues of future sessions

(Agenda item 2(g))

38.     At the resumed 3rd meeting, on 30 November, the President recalled that the COP, by its decision 12/CP.16, took note of the offers of the Governments of Qatar and the Republic of Korea to host COP 18 and CMP 8.

39.     At the invitation of the President, the representative of the Government of Qatar made a statement inviting delegates to COP 18 and CMP 8 in Qatar. A statement was made by the representative of the Republic of Korea, who informed Parties that his country will host a ministerial meeting in 2012, prior to COP 18 and CMP 8.

40.     The President thanked Qatar and the Republic of Korea for their efforts in coming to an agreement on the hosting of COP 18 and CMP 8. A statement was made by the Chair of the Asia-Pacific States.

41.     The President noted that in keeping with the rotation among regional groups, the President of COP 19 and CMP 9 will come from the Eastern European States. The President encouraged the Eastern European States to continue their discussions, with a view to endorsing a candidature to host COP 19 and CMP 9 at the session. The President also invited interested Parties to come forward with offers to host COP 20 and CMP 10 and noted that, in keeping with the rotation among regional groups, the President of COP 20 and CMP 10 will come from the Latin America and Caribbean States.

42.     The President proposed to prepare a draft decision for consideration by the COP at its closing meeting.

43.     At the 10th meeting, on 9 December, the President invited the COP to consider a draft decision[14] that accepted the generous offer by the Government of Qatar to host the eighteenth session of the COP and the eighth session of the CMP. Acting upon this proposal by the President, the COP adopted decision 19/CP.17 entitled "Dates and venues of future sessions". A statement was made by a representative of one Party.

## H. Adoption of the report on credentials

(Agenda item 2(h))

44.     At the 10th meeting, on 9 December, the President drew attention to the report on credentials,[15] which indicated that the Bureau, in accordance with rule 20 of the draft rules of procedure being applied, had examined and approved the credentials of the representatives of Parties.

45.     At the same meeting, the COP, on the basis of the report of the Bureau, and the additional credentials submitted by two Parties (Burundi and Senegal), approved the credentials of Parties attending the session.

---

[12]   The full report is available online at <http://www.ipcc.ch/#>.
[13]   The full report is available online at <http://srren.ipcc-wg3.de/report>.
[14]   FCCC/CP/2011/L.4.
[15]   FCCC/CP/2011/10–FCCC/KP/CMP/2011/11.

## I.   Attendance

46.    The seventeenth session of the COP and the concurrent sessions of the subsidiary bodies were attended by representatives of 192 Parties to the Convention, as well as observer States and entities, representatives of United Nations bodies and programmes, convention secretariats, and specialized agencies and institutions, and related organizations of the United Nations system. For a complete list, see annex I.

47.    The session was also attended by representatives of 50 IGOs and 665 NGOs. For a complete list, see document FCCC/CP/2011/INF.3 (Parts 2 and 3).

## J.   Documentation

48.    The documents before the COP at its seventeenth session are listed in annex V.

## III.   Reports of the subsidiary bodies and decisions and conclusions arising therefrom
(Agenda item 3)

## A.   Report of the Subsidiary Body for Scientific and Technological Advice
(Agenda item 3(a))

49.    The COP had before it the report of the SBSTA on its thirty-fourth session, held in Bonn, Germany, from 6 to 16 June 2011.[16]

50.    At the 10th meeting, on 9 December, the Chair of the SBSTA, Mr. Muyungi, introduced the draft report of the SBSTA on its thirty-fifth session[17] and gave an oral report on the results pertaining to the COP. The SBSTA, at its thirty-fifth session recommended three draft decisions[18] to the COP for adoption.

51.    At the same meeting, the COP, acting upon three recommendations by the SBSTA,[19]adopted three decisions as follows:

(a)    Decision 6/CP.17 entitled "Nairobi work programme on impacts, vulnerability and adaptation to climate change";

(b)    Decision 16/CP.17 entitled "Research dialogue on developments in research activities relevant to the needs of the Convention";

(c)    Decision 12/CP.17 entitled "Guidance on systems for providing information on how safeguards are addressed and respected and modalities relating to forest reference emission levels and forest reference levels as referred to in decision 1/CP.16".

52.    Also at the same meeting, the SBSTA recommended elements for a draft decision[20] under the COP agenda item 7, "Technology Executive Committee – modalities and

---

[16]    FCCC/SBSTA/2011/2.
[17]    FCCC/SBSTA/2011/L.17.
[18]    The draft decisions are contained in the following documents: FCCC/SBSTA/2011/L.26/Add.1, FCCC/SBSTA/2011/L.27/Add.1 and FCCC/SBSTA/2011/L.25/Add.1.
[19]    As footnote 18 above.
[20]    These elements are contained in document FCCC/SBSTA/2011/L.22.

procedures". The SBSTA had also referred two items[21] to the COP for further guidance.

53.    At the same meeting, on a proposal by the President, the COP took note of the report of the thirty-fourth session of the SBSTA, the draft report of the thirty-fifth session of the SBSTA and the oral report of the Chair, and expressed its appreciation to Mr. Muyungi for his diligence in guiding the work of the SBSTA.

54.    At the resumed 10th meeting, on 11 December, the President recalled that a draft decision on the revision of the UNFCCC reporting guidelines on annual inventories for Parties included in Annex I to the Convention was referred by the SBSTA for consideration by the COP at its 10th meeting (see para. 52 above). She further recalled that she had requested the Chair of the SBSTA to continue consultations on the issue and noted that these consultations had resulted in a draft decision for consideration and adoption by the COP. On a proposal by the President, the COP adopted decision 15/CP.17 entitled "Revision of the UNFCCC reporting guidelines on annual inventories for Parties included in Annex I to the Convention".[22]

55.    Also at the same meeting, the President recalled that the SBSTA had referred the item "Forum on the impact of the implementation of response measures at the thirty-fourth and thirty-fifth sessions of the subsidiary bodies, with the objective of developing a work programme under the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation to address these impacts, with a view to adopting, at the seventeenth session of the Conference of the Parties, modalities for the operationalization of the work programme and a possible forum on response measures" to the COP for its consideration (see para. 52 above). She further recalled that she had requested the Chairs of the SBI and the SBSTA to continue consultations on this issue and noted that these consultations had resulted in a draft decision for consideration and adoption by the COP. On a proposal by the President, the COP adopted decision 8/CP.17 entitled "Forum and work programme on the impact of the implementation of response measures".[23]

56.    At the same meeting, the COP noted that consultation on the nomination for Vice-Chair of the SBSTA had not been concluded by the closing meeting of the SBSTA at its thirty-fifth session, and that, as an exception to rule 27, paragraph 6, of the draft rules of procedure being applied, the SBSTA had requested the COP to elect the Vice-Chair of the SBSTA. The COP noted that consultations were ongoing on the nomination, and the President urged groups to continue their consultations on the nomination for Vice-Chair of the SBSTA. In accordance with rule 22, paragraph 2, of the draft rules of procedure being applied, the Vice-Chair will remain in office until the successor is elected at the next session of the SBSTA.

---

[21]    The two items are as follows: (i) "Revision of the UNFCCC reporting guidelines on annual inventories for Parties included in Annex I to the Convention" (see FCCC/SBSTA/2011/5, para. 68); and (ii) "Forum on the impact of the implementation of response measures at the thirty-fourth and thirty-fifth sessions of the subsidiary bodies, with the objective of developing a work programme under the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation to address these impacts, with a view to adopting, at the seventeenth session of the Conference of the Parties, modalities for the operationalization of the work programme and a possible forum on response measures" (see FCCC/SBSTA/2011/5, para. 52, and FCCC/SBI/2011/17, para. 91).

[22]    FCCC/CP/2011/L.6.

[23]    FCCC/CP/2011/L.7.

## B.  Report of the Subsidiary Body for Implementation

(Agenda item 3(b))

57.     The COP had before it the report of the SBI on its thirty-fourth session, held in Bonn from 6 to 17 June 2011.[24]

58.     At the 10th meeting, on 9 December, the Chair of the SBI, Mr. Robert Owen-Jones, introduced the draft report of the SBI on its thirty-fifth session[25] and gave an oral report on the results pertaining to the COP. The SBI recommended one draft decision[26] at its thirty-fourth session and five draft decisions[27] at its thirty-fifth session, for adoption by the COP. In addition, the SBI brought two items[28] to the attention of the COP for consideration and completion.

59.     At the same meeting, the COP, on a proposal by the President, took note of the report of the thirty-fourth session of the SBI, the draft report of the thirty-fifth session of the SBI and the oral report of the Chair, and expressed its appreciation to Mr. Owen-Jones for his skilful guidance of the work of the SBI as its Chair.

60.     Also at the same meeting, the COP, acting on a recommendation made by the SBI,[29] adopted decision 7/CP.17 entitled "Work programme on loss and damage".

61.     At the resumed 10th meeting, on 11th December, the President recalled that a draft decision on national adaptation plans was recommended by the SBI for consideration by the COP at its 10th meeting (see para. 58 above). She further recalled that she had requested the Chair of the SBI to continue consultations on this issue and noted that these consultations had resulted in a draft decision for adoption by the COP. At the same meeting, on a proposal by the President, the COP adopted decision 5/CP.17 entitled, "National adaptation plans".[30]

62.     Also at the same meeting, the President recalled that the SBI had referred, "Forum on the impact of the implementation of response measures at the thirty-fourth and thirty-fifth sessions of the subsidiary bodies, with the objective of developing a work programme under the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation to address these impacts, with a view to adopting, at the seventeenth session of the Conference of the Parties, modalities for the operationalization of the work programme and a possible forum on response measures" to the COP for consideration (see para. 58 above). She further recalled that she had requested the Chairs of the SBI and the SBSTA to continue consultations on this issue and noted that these consultations had resulted in a draft decision for adoption by the COP. On a proposal by the

---

[24] FCCC/SBI/2011/7 and Add.1.
[25] FCCC/SBI/2011/L.24.
[26] The draft decision is contained in document FCCC/SBI/2011/7/Add.1.
[27] The draft decisions are contained in the following documents: FCCC/SBI/2011/L.31/Add.1, FCCC/SBI/2011/L.41/Add.1, FCCC/SBI/2011/L.40/Add.1, FCCC/SBI/2011/L.35/Add.1, FCCC/SBI/2011/L.37 and FCCC/SBI/2011/L.27/Add.1.
[28] The two items are as follows: (i) "Forum on the impact of the implementation of response measures at the thirty-fourth and thirty-fifth sessions of the subsidiary bodies, with the objective of developing a work programme under the Subsidiary Body for Scientific and Technological Advice and the Subsidiary Body for Implementation to address these impacts, with a view to adopting, at the seventeenth session of the Conference of the Parties, modalities for the operationalization of the work programme and a possible forum on response measures" (see FCCC/SBSTA/2011/5 para. 52 and FCCC/SBI/2011/17, para. 91); and (ii) "National adaptation plans" (see FCCC/SBI/2011/17, para. 77).
[29] FCCC/SBI/2011/L.35/Add.1.
[30] FCCC/CP/2011/L.8 and Add.1.

President, the COP adopted decision 8/CP.17 entitled "Forum and work programme on the impact of the implementation of response measures".[31]

63.     Also at the same meeting, the COP took note that consultations on the nominations for Vice-Chair and Rapporteur of the SBI had not been concluded by the closing meeting of the SBI at its thirty-fifth session, and that, as an exception to rule 27, paragraph 6, of the draft rules of procedure being applied, the SBI had requested the COP to elect the Vice-Chair and Rapporteur of the SBI. At the same meeting, the COP, acting on a proposal by the President, elected Mr. Petrus Muteyauli (Namibia) as Rapporteur of the SBI, and noted that consultations were ongoing on the nomination for Vice-Chair. The President urged groups to continue their consultations on the nomination for Vice-Chair of the SBI. In accordance with rule 22, paragraph 2, of the draft rules of procedure being applied, the current officer will remain in office until a successor is elected at the next session of the SBI.

## IV.     Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention

(Agenda item 4)

64.     At the resumed 10th meeting, on 11 December, the President invited the Chair of the AWG-LCA, Mr. Reifsnyder, to present to the COP its report on the results of the work of the AWG-LCA.

65.     At the same meeting, the Chair of the AWG-LCA presented a draft decision entitled "Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention" as contained in document FCCC/AWGLCA/2011/L.4. He noted that oral amendments to this document had been read out during the closing plenary of the AWG-LCA, taking into account errors that had occurred during the document preparation stage. He further noted that the AWG-LCA was not able to reach consensus on forwarding this draft decision to the COP for its adoption but he hoped that Parties, following consideration of the text, would be able to adopt the comprehensive Durban outcome, including the draft decision on the AWG-LCA outcome. He concluded by presenting the draft decision text, under his own authority, for consideration and adoption by the COP.

66.     The President thanked the Chair of the AWG-LCA for his hard work and diligence in leading the discussions, and delivering an outcome to the COP for adoption. On a proposal by the President, the COP adopted decision 2/CP.17 entitled "Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention".

67.     At the same meeting, the President noted that this decision includes the agreement reached on the composition of the Adaptation Committee and the Standing Committee. On a proposal by the President, the COP, noting that groups and constituencies had insufficient time to consult on their candidates for these two committees, invited the chairs and coordinators of the regional groups and constituencies to submit nominations to the Executive Secretary by 31 March 2012. The COP also agreed that once the nominations were received by the secretariat, the nominees will be deemed elected at COP 17. The COP further agreed and that the first meeting of each committee shall take place before the thirty-sixth sessions of the subsidiary bodies in May 2012, at which the members will start their term of office on each respective committee. Also at the same meeting, on a proposal by the President, the COP elected by acclamation Mr. Aysar Ahmed Al Tayeb (Saudi

---

[31]  FCCC/CP/2011/L.7.

Arabia) as Chair, Mr. Marc Pallemaerts (Belgium) as Vice-Chair, and Ms. Valeria González Posse (Argentina) as Rapporteur of the AWG-LCA.

## V. Consideration of proposals by Parties under Article 17 of the Convention

(Agenda item 5)

68. At the resumed 3rd and resumed 10th meetings, on 30 November and 11 December, respectively, the COP had before it documents FCCC/CP/2009/3, FCCC/CP/2009/4, FCCC/CP/2009/5, FCCC/CP/2009/6, FCCC/CP/2009/7 and FCCC/CP/2010/3.

69. In introducing this item, the President recalled that proposals (as contained in the documents mentioned in para. 68 above) had been received from the following six Parties: Australia, Costa Rica, Grenada, Japan, Tuvalu and the United States of America.

70. A representative of one Party made a statement on behalf of AOSIS.

71. On a proposal by the President, the COP decided to keep this item open and await the outcome of the AWG-LCA consideration of legal options in its work.

72. At its resumed 10th meeting, on 11 December, on a proposal by the President, the COP agreed to include this agenda item in the provisional agenda of the eighteenth session of the COP, pursuant to rules 10(c) and 16 of the draft rules of procedure being applied.

## VI. Consideration of proposals by Parties for amendments to the Convention under its Articles 15 and 16

(Agenda item 6)

73. At the resumed 3rd and resumed 10th meetings, on 30 November and 11 December, respectively, the COP had before it documents FCCC/CP/2011/5, FCCC/CP/2011/4 and FCCC/CP/2011/3.

74. In introducing this item, the President stated that three proposals for amendments to the Convention under its Articles 15 and 16 had been submitted by Parties for consideration at the seventeenth session of the COP.

75. The Russian Federation, on 24 May 2011, submitted a proposal for an amendment to Article 4, paragraph 2(f); Papua New Guinea and Mexico, on 26 May 2011, submitted a proposal for amendments to Articles 7 and 18; and Cyprus and the European Union, on 3 June 2011, submitted a proposal to amend Annex 1 to the Convention. In accordance with Articles 15 and 16 of the Convention, the proposals were communicated through notes verbales to Parties and signatories to the Convention six months before COP 17 and sent, for information, to the Depositary on 22 June 2011.

76. The President proposed to take up the three proposals separately and invited the proponents to introduce their proposals. On the proposal from Cyprus and the European Union to amend Annex 1 to the Convention, the President recalled that a similar proposal was made at the fifteenth session of the COP to add Malta to Annex 1 to the Convention. That amendment was adopted by the COP through its decision 3/CP.15.

77. A representative of a Party made a statement on behalf of the European Union and its member States on the proposal from Cyprus and the European Union to amend Annex 1 to the Convention.

78.     Representatives of eight Parties made statements on the proposal of Papua New Guinea and Mexico for amendments to Articles 7 and 18, including one statement on behalf of the European Union and its member States.

79.     Representatives of seven Parties made statements on the proposal of the Russian Federation for an amendment to Article 4, paragraph 2(f), including one statement on behalf of the European Union and its member States.

80.     For the proposal from Cyprus and the European Union regarding the amendment of Annex 1 to the Convention, the COP agreed on the President's proposal for Mr. Stephen de Boer (Canada) to hold informal consultations on this issue.

81.     On the joint proposal from Papua New Guinea and Mexico regarding amendments to Articles 7 and 18 of the Convention, the COP agreed on the President's proposal for Ms. Paula Caballero Gomez (Colombia) to hold informal consultations on this issue.

82.     For the proposal from the Russian Federation, regarding an amendment to Article 4, paragraph 2(f), of the Convention, the President requested Mr. Javier Diaz Carmona (Costa Rica) to hold informal consultations on this issue.

83.     At its resumed 10th meeting, on 11 December, the President reported that the informal consultations regarding the proposal from Cyprus and the European Union had produced a draft decision.[32] On a proposal by the President, COP adopted decision 10/CP.17 entitled "Amendment to Annex 1 to the Convention". The President thanked Mr. de Boer on this important outcome and also congratulated the delegation of Cyprus and the European Union on this amendment. She noted that with this amendment, Cyprus confirmed its clear commitment to the objective of the Convention and to the intergovernmental process.

84.     At the same meeting, regarding the proposal from Papua New Guinea and Mexico for amendments to Articles 7 and 18 of the Convention. A representative from Mexico made a statement. The President noted that the revised proposal[33] from the proponents had been received and on a proposal by the President the COP decided to include the item in the provisional agenda for the eighteenth session of the COP, pursuant to rules 10(c) and 16 of the draft rules of procedure being applied. She thanked Ms. Caballero Gomez for facilitating consultations on this matter.

85.     At the resumed 10th meeting, regarding the proposal from the Russian Federation, for an amendment to Article 4, paragraph 2(f), of the Convention, the President noted that Parties had requested more time to consider the proposed amendments in the light of the changing circumstances of Parties and the broader implications of the proposal. On a proposal by the President, the COP decided to include the item in the provisional agenda for the eighteenth session of the COP, pursuant to rules 10(c) and 16 of the draft rules of procedure being applied. The President thank Mr. Diaz Carmona for facilitating consultations on this matter. Statements were made by representatives of five Parties, one speaking on behalf of the 54 ministers of the African States and one speaking on behalf of the Bolivarian Alliance for the Peoples of Our Americas – Peoples' Trade Treaty.

## VII.     Technology Executive Committee – modalities and procedures

(Agenda item 7)

86.     At the resumed 3rd meeting, the COP had before it the report on the modalities and procedures of the Technology Executive Committee (TEC) (FCCC/CP/2011/8).

---

[32]  FCCC/CP/2011/L.2.
[33]  FCCC/CP/2011/4/Rev.1.

87. The President recalled that the establishment of the Technology Mechanism, comprising the TEC and the Climate Technology Centre and Network, was one of the landmark achievements of the United Nations Climate Change Conference in Cancun and she congratulated Mr. Gabriel Blanco (Argentina) and Mr. Antonio Pflüger (Germany) for their election to the positions of Chair and Vice-Chair of the TEC. She noted that the joint SBI and SBSTA item on the development and transfer of technologies would consider the report on activities and performance of the TEC (FCCC/SB/2011/2).

88. The President invited the Chair of the TEC, Mr. Blanco, to provide an oral report to the COP. Mr. Blanco outlined the work done by the TEC during its first year, including the elaboration of and agreement on the modalities and procedures of the TEC to be considered by the COP at the session. He noted that the six elements considered by the TEC as the core of its modalities are the following: analysis and synthesis; policy recommendations; facilitation and catalysing; linkage with other institutional arrangements; engagement with stakeholders; and information and knowledge sharing. He expressed gratitude to all Parties for their commitment and efforts and underscored the importance of engaging stakeholders in the Technology Mechanism.

89. Representatives of eight Parties made statements, including one statement on behalf of the Group of 77 and China and one on behalf of the European Union and its member States.

90. On a proposal by the President, the COP decided to establish a contact group, co-chaired by Mr. Carlos Fuller (Belize) and Mr. Zitouni Ould-Dada (United Kingdom), to consider the report on modalities and procedures of the TEC and to develop a draft decision for consideration by the COP at the session.

91. At the 10th meeting, on 9 December, the President reported that the contact group had produced a draft decision.[34] She thanked Mr. Fuller and Mr. Ould-Dada for their hard work. On a proposal by the President, COP adopted decision 4/CP.17 entitled "Technology Executive Committee – modalities and procedures".

## VIII. Green Climate Fund – report of the Transitional Committee

(Agenda item 8)

92. At the resumed 3rd meeting, on 30 November, the COP had before it the report of the Transitional Committee (TC) for the design of the Green Climate Fund (GCF) (FCCC/CP/2011/6 and Add.1).

93. The President recalled that in decision 1/CP.16 the COP decided that the GCF would be designed by a Transitional Committee. She thanked the co-chairs of the TC, Mr. Ernesto Cordero Arroyo (Mexico), Mr. Kjetil Lund (Norway) and Mr. Trevor Manuel (South Africa), for their dedication and hard work and requested Mr. Manuel to present the report.

94. Mr. Manuel presented the report on behalf of the TC, noting that its work had been guided by the principles of inclusiveness and transparency. During its final meeting, the TC considered its report to the COP at its seventeenth session, including a draft governing instrument for the GCF and recommendations addressing transitional arrangements, and agreed to submit its report with a draft governing instrument and draft recommendations to the COP for its consideration and approval. He then pointed out that the draft governing instrument responds to all elements of the mandate given to the Committee and noted that, if adopted, the instrument would enable the GCF to be operationalized. He stressed that in his view the report is balanced and presents a good middle ground and a sound basis for

---

[34] FCCC/CP/2011/L.3.

launching the GCF in Durban. He concluded by thanking the members of the TC, the Co-Chairs and their deputies, the Parties that provided support through financial contributions, as well as those Parties that hosted meetings, the Technical Support Unit and the organizations that seconded staff to support the TC.

95.     Statements were made by representatives of 28 Parties, including a statement made on behalf of the EIG, one on behalf of the European Union and its member States, one on behalf of AOSIS and one on behalf of the America and Caribbean States.

96.     A statement was also made by a representative of a non-governmental organization constituency (indigenous peoples' organizations).

97.     The President proposed to hold transparent and inclusive informal consultations on the item, based on the draft recommendations contained in document FCCC/CP/2011/6 and Add.1. Additional statements were made by representatives of 12 Parties.

98.     The COP agreed on the proposal made by the President for her to hold transparent and inclusive informal consultations and to report back to the COP at a later meeting.

99.     At its resumed 10th meeting, on 11 December, the President reported that her informal consultations were successful and had resulted in a draft decision.[35] On a proposal by the President, the COP adopted decision 3/CP.17 entitled "Launching the Green Climate Fund".

100.     At the same meeting, the President noted that this decision is an essential part of the comprehensive Durban outcome. She thanked Parties for their efforts in agreeing on the next steps to operationalize the GCF, paving the way for the GCF to grow and evolve over time to become the main global fund for climate change finance. She acknowledged with gratitude those Parties that had contributed financial resources for the quick startup of the GCF and hosting the upcoming meetings of the Board of the GCF.

101.     Also at the same meeting, the President informed the COP of a letter dated 10 December, 2011 that she had received from the Chair of the G77 and China detailing the composition of developing countries membership of the Board of the GCF.[36] A statement was made by one Party representative on behalf of the G77 and China.[37]

---

[35] FCCC/CP/2011/L.9.

[36] The President requested the secretariat to make an oral statement on the amendment proposed by the Chair of the G77 and China to FCCC/CP/2011/L.9, paragraph 10. The secretariat confirmed that the requested change would be reflected in the text, see decision 3/CP.17, paragraph 10.

[37] Argentina, speaking on behalf of the G77 and China stated that the Group's understanding that the nomination for the seat referred to in decision 3/CP.17, paragraph 10(f), will be made by the developing country Parties of the Group of Eastern European States and that this is an exception to usual practice and does not set a precedent.

## IX. Second review of the adequacy of Article 4, paragraph 2(a) and (b), of the Convention[38]

(Agenda item 9 *held in abeyance*)

## X. Review of implementation of commitments and of other provisions of the Convention

(Agenda item 10)

### A. Financial mechanism of the Convention

(Agenda item 10(a))

102.    At its 10th meeting, the COP, acting on a recommendation by the SBI,[39] adopted decision 9/CP.17 entitled, "Least Developed Countries Fund: support for the implementation of elements of the least developed countries work programme other than national adaptation programmes of action". A statement was made by one Party representative.

**Report of the Global Environment Facility to the Conference of the Parties and guidance to the Global Environment Facility**
(Agenda item 10(a)(i))

103.    The COP had before it the report of the Global Environment Facility.[40] At the 1st meeting, on 28 November, the COP decided to refer this item to the SBI for consideration.

104.    At its resumed 10th meeting, on 11 December, the COP, acting on a recommendation by the SBI,[41] adopted decision 11/CP.17 entitled "Report of the Global Environment Facility to the Conference of the Parties and additional guidance to the Global Environment Facility".

---

[38]    Parties may recall that at COP 4 it "proved impossible to reach any agreed conclusions or decisions" on this matter (FCCC/CP/1998/16, para. 64) and the item was therefore included in the provisional agenda for COP 5 in accordance with rules 10(c) and 16 of the draft rules of procedure being applied. The COP, at its fifth session, could not reach a conclusion on this matter (FCCC/CP/1999/6, para. 18) and, in accordance with rules 10(c) and 16 of the draft rules of procedure being applied, the item was included in the provisional agendas for the sixth and up to and including the twelfth sessions of the COP, with a footnote reflecting a proposal made by the Group of 77 and China to amend the item to read "Review of the adequacy of implementation of Article 4, paragraph 2(a) and (b), of the Convention". The COP, at its thirteenth session, invited the Executive Secretary to come forward with a proposal to be considered by the SBI at its twenty-eighth session (FCCC/CP/2008/7, para. 10). On the basis of the recommendation of the SBI and following a proposal by the President, the COP, at its fourteenth session, decided to defer its consideration of this item, pursuant to rule 13 of the draft rules of procedure being applied, to the COP at its sixteenth session (FCCC/CP/2008/7, para. 10). The COP, at its sixteenth session, adopted its provisional agenda as contained in document FCCC/CP/2010/1, with the exception of item 6, "Second review of the adequacy of Article 4, paragraph 2(a) and (b), of the Convention", which was held in abeyance.

[39]    FCCC/SBI/2011/L.40/Add.1.

[40]    FCCC/CP/2011/7.

[41]    FCCC/SBI/2011/L.41/Add.1.

## B.  National communications

(Agenda item 10(b))

### 1.  National communications from Parties included in Annex I to the Convention

(Agenda item 10(b)(i))

105.  At the 1st meeting, on 28 November, the COP decided to refer this item to the SBI for consideration.

106.  At its resumed 10th meeting, on 11 December, on a proposal by the President, the COP took note of the report by the Chair of the SBI indicating that this agenda sub-item will be further considered at the thirty-sixth session of the SBI.[42]

### 2.  National communications from Parties not included in Annex I to the Convention

(Agenda item 10(b)(ii))

107.  At the 1st meeting, on 28 November, the COP decided to refer this item to the SBI for consideration.

108.  At its resumed 10th meeting, on 11 December, acting on a recommendation by the SBI,[43] the COP adopted decision 14/CP.17 entitled "Work of the Consultative Group of Experts on National Communications from Parties not included in Annex 1 to the Convention".

109.  At the same meeting, on a proposal by the President, the COP took note of the candidates nominated for membership to the Consultative Group of Experts from Parties not included in Annex 1 to the Convention (CGE) on National Communications and requested the SBI to confirm the nominations to the CGE at its next session, as appropriate.

## C.  Development and transfer of technologies

(Agenda item 10(c))

110.  At the 1st meeting, the COP decided to refer this item to the SBSTA and the SBI for consideration.

111.  At its 10th meeting, on a proposal by the President, the COP noted that the SBSTA and the SBI had adopted conclusions[44] on different aspects of this issue and that the elements for the draft decision, as contained in the annex of these conclusions, were integrated into the draft decision, "Technology Executive Committee – modalities and procedures".[45]

## D.  Capacity-building under the Convention

(Agenda item 10(d))

112.  At the 1st meeting, the COP decided to refer this item to the SBI for consideration.

113.  At its 10th meeting, the COP, acting on a recommendation by the SBI,[46] adopted decision 13/CP.17 entitled "Capacity-building under the Convention".

---

[42]  FCCC/SBI/2011/17, paragraph 12.
[43]  FCCC/SBI/2011/L.31/Add.1.
[44]  FCCC/SBSTA/2011/L.22 and FCCC/SBI/2011/L.34.
[45]  FCCC/CP/2011/L.3.
[46]  FCCC/SBI/2011/L.37.

### E. Implementation of Article 4, paragraphs 8 and 9, of the Convention
(Agenda item 10(e))

#### 1. Implementation of the Buenos Aires programme of work on adaptation and response measures (decision 1/CP.10)
(Agenda item 10(e)(i))

114.   At the 1st meeting, the COP decided to refer this sub-item to the SBSTA and the SBI for consideration.

115.   At its 10th meeting, on a proposal by the President, the COP took note of the reports of the Chairs of the SBI and SBSTA (see paras. 50 and 58 above) on the issue entitled "Progress on the implementation of decision 1/CP.10" and the SBI agreement to further consider this matter at its thirty-sixth session.[47]

#### 2. Matters relating to the least developed countries
(Agenda item 10(e)(ii))

116.   At the 1st meeting, the COP decided to refer this sub-item to the SBI for consideration.

117.   At its 10th meeting, on a proposal by the President, the COP noted that the SBI had adopted conclusions[48] on matters relating to the least developed countries.

### F. Other matters referred to the Conference of the Parties by the subsidiary bodies
(Agenda item 10(f))

118.   At its 10th meeting, the President recalled that under this sub-item, the Conference considers draft decisions and conclusions recommended by the subsidiary bodies that pertain to the Convention. On a proposal by the President, the COP took note that no other matters were raised under this sub-item.

## XI. Administrative, financial and institutional matters
(Agenda item 11)

### A. Budget performance for the biennium 2010–2011
(Agenda item 11(a))

119.   At the 1st meeting, on 28 November, this sub-item had been referred to the SBI for consideration.

120.   At its 10th meeting, on 9 December, the COP, acting upon the recommendation by the SBI,[49] adopted decision 17/CP.17 entitled "Administrative, financial and institutional matters".

---

[47] FCCC/SBI/2011/17, paragraph 61.
[48] FCCC/SBI/2011/17, paragraph 64.
[49] FCCC/SBI/2011/L.27/Add.2.

### B. Programme budget for the biennium 2012–2013

(Agenda item 11(b))

121.    At its 10th meeting, on 9 December, the COP, acting upon the recommendation by the SBI,[50] adopted decision 18/CP.17 entitled "Programme budget for the biennium 2012–2013".

## XII. High-level segment

(Agenda item 12)

### A. Welcoming ceremony and opening of the high-level segment

122.    A welcoming ceremony, attended by the President of South Africa, Mr. Zuma, the Secretary-General of the United Nations, Mr. BAN Ki-moon, the President of COP 17 and CMP 7, Ms. Nkoana-Mashabane, the Executive Secretary of the UNFCCC, Ms. Figueres, and other dignitaries was held on 6 December.

123.    The joint high-level segment of the COP at its seventeenth session and the CMP at its seventh session was opened by the President of the COP and the CMP at the 4th meeting of the COP and the 4th meeting of the CMP, on 6 December.

### B. Statements by Parties

124.    During the high-level segment, statements were made by 156 Parties, of which nine were given by Heads of State or Government, five were given by either Vice-Presidents or Deputy Prime Ministers, 91 were given by ministers, 44 were given by Party representatives, one was given by an observer State and one was given by an observer entity. Statements were made by six Parties on behalf of negotiating and other groups. A complete list of speakers is presented in annex II.[51]

### C. Statements by United Nations officials

125.    The Secretary-General of the United Nations, Mr. BAN Ki-moon, made a statement during the high-level segment. The Executive Secretary of the UNFCCC, Ms. Figueres, also made a statement.

### D. Deliberations during the high-level segment

126.    The President convened a number of stocktaking plenaries and informal meetings (indabas) during the high-level segment, in addition to the 10 plenary meetings of the COP at its seventeenth session. The President was supported by some of her ministerial colleagues to assist her in providing political guidance on several key issues, through undertaking informal consultations in order to propose options and identify solutions to make further progress. The informal consultations were open-ended, and were co-facilitated by ministers, in an effort to reach an agreed outcome on the above-mentioned key issues.

---

[50]   FCCC/SBI/2011/7/Add.1 and see paragraph 58.
[51]   The transcripts of statements are available on the UNFCCC website at <http://unfccc.int/meetings/cop_17/statements/items/5777.php>.

127.    At the resumed 10th meeting, on a proposal by the President, the COP adopted the draft decision entitled "Establishment of an Ad Hoc Working Group on the Durban Platform for Enhanced Action", as contained in document FCCC/CP/2011/L.10 and as amended in plenary. The President noted that the decision reflected a collective effort by all Parties. A statement was made by a representative of one Party.

## XIII.    Statements by observer organizations
(Agenda item 13)

128.    At the 9th meeting of the COP and the 9th meeting of the CMP, on 9 December, statements were made by representatives of IGOs and NGOs. A complete list of these organizations is presented in annex III.

## XIV.    Other matters
(Agenda item 14)

129.    At the resumed 3rd meeting, on 30 November, the President opened this agenda item. There were no other matters considered by the COP under this item.

130.    At the resumed 10th meeting, on 11 December, the President reopened this agenda item. Five statements were made by Party representatives, one on behalf of the Arab Group and one on behalf of AOSIS.

## XV.    Conclusion of the session
(Agenda item 15)

### A.    Adoption of the report of the Conference of the Parties on its seventeenth session
(Agenda item 15(a))

131.    At its resumed 10th meeting, on 11 December, the COP considered the draft report[52] on its seventeenth session. At the same meeting, on a proposal by the President, the COP authorized the Rapporteur to complete the report on the session, under the guidance of the President and with the assistance of the secretariat.

### B.    Closure of the session
(Agenda item 15(b))

132.    At the resumed 10th meeting, on a proposal by the President, the COP adopted resolution 1/CP.17, "Expression of gratitude to the Government of the Republic of South Africa, the province of KwaZulu-Natal and the people of the city of Durban".[53]

133.    The President then declared the seventeenth session of the COP closed.

---

[52]  FCCC/CP/2011/L.1.
[53]  FCCC/CP/2011/L.5.

# Annex I

**Parties to the Convention, observer States and United Nations organizations attending the seventeenth session of the Conference of the Parties**

## A.    Parties to the Convention

Afghanistan
Albania
Algeria
Angola
Antigua and Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Barbados
Belarus
Belgium
Belize
Benin
Bhutan
Bolivia (Plurinational State of)
Bosnia and Herzegovina
Botswana
Brazil
Brunei Darussalam
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad

Chile
China
Colombia
Comoros
Congo
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czech Republic
Democratic People's Republic of Korea
Democratic Republic of the Congo
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Eritrea
Estonia
Ethiopia
European Union
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany

Ghana
Greece
Grenada
Guatemala
Guinea
Guinea-Bissau
Guyana
Haiti
Honduras
Hungary
Iceland
India
Indonesia
Iran (Islamic Republic of)
Iraq
Ireland
Israel
Italy
Jamaica
Japan
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Lao People's Democratic Republic
Latvia
Lebanon
Lesotho
Liberia
Libya

Liechtenstein
Lithuania
Luxembourg
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Marshall Islands
Mauritania
Mauritius
Mexico
Micronesia (Federated States of)
Monaco
Mongolia
Montenegro
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norway
Oman
Pakistan

Palau
Panama
Papua New Guinea
Paraguay
Peru
Philippines
Poland
Portugal
Qatar
Republic of Korea
Republic of Moldova
Romania
Russian Federation
Rwanda
Saint Kitts and Nevis
Saint Lucia
Saint Vincent and the Grenadines
Samoa
San Marino
Sao Tome and Principe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
Spain
Sri Lanka

Sudan
Suriname
Swaziland
Sweden
Switzerland
Syrian Arab Republic
Tajikistan
Thailand
The former Yugoslav Republic of Macedonia
Timor-Leste
Togo
Tonga
Trinidad and Tobago
Tunisia
Turkey
Turkmenistan
Tuvalu
Uganda
Ukraine
United Arab Emirates
United Kingdom of Great Britain and Northern Ireland
United Republic of Tanzania
United States of America
Uruguay
Uzbekistan
Vanuatu
Venezuela (Bolivarian Republic of)
Viet Nam
Yemen
Zambia
Zimbabwe

## B. Observer States

Holy See
South Sudan

## C. Entities having received a standing invitation to participate as observers in the sessions and the work of the General Assembly and maintaining permanent observer missions at Headquarters

Palestine

## D. United Nations bodies and programmes

Department of Economic and Social Affairs

Economic Commission for Africa

Economic Commission for Latin America and the Caribbean

Economic and Social Commission for Asia and the Pacific

Joint United Nations Programme on HIV/AIDS

Office of the United Nations High Commissioner for Human Rights

Office of the United Nations High Commissioner for Refugees

United Nations

United Nations Children's Fund

United Nations Conference on Trade and Development

United Nations Development Programme

United Nations Entity for Gender Equality and the Empowerment of Women

United Nations Environment Programme

United Nations Human Settlements Programme

United Nations Institute for Training and Research

United Nations International Strategy for Disaster Reduction

United Nations Office for Project Services

United Nations Population Fund

United Nations Relief and Works Agency for Palestine Refugees in the Near East

United Nations University

United Nations Volunteers

World Food Programme

## E. Convention secretariats

Convention on Biological Diversity

United Nations Convention to Combat Desertification

Vienna Convention for the Protection of the Ozone Layer and its Montreal Protocol

## F. Specialized agencies and institutions of the United Nations system

Food and Agriculture Organization of the United Nations

Global Environment Facility

Intergovernmental Oceanographic Commission

International Civil Aviation Organization

International Fund for Agricultural Development

International Labour Organization

International Maritime Organization

International Monetary Fund

Intergovernmental Panel on Climate Change

International Telecommunication Union

United Nations Educational, Scientific and Cultural Organization

United Nations Industrial Development Organization

World Health Organization

World Intellectual Property Organization

World Meteorological Organization

World Tourism Organization

## G. Related organizations of the United Nations system

International Atomic Energy Agency

World Bank/International Finance Corporation

World Trade Organization

# Annex II

**List of representatives who made statements at the high-level segment under agenda item 12 of the Conference of the Parties and agenda item 19 of the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol**

## A.    Negotiating and other groups

**Argentina** *(on behalf of the Group of 77 and China)*

H.E. Mr. Alberto Pedro D'Alotto
Ambassador, Vice-Minister of Foreign Affairs

**Australia** *(on behalf of the Umbrella Group)*

H.E. Mr. Greg Combet
Minister of Climate Change and Energy Efficiency

**European Union**

H.E. Ms. Connie Hedegaard
Commissioner for Climate Action, European Commission

H.E. Mr. Marcin Korolec
Minister of Environment, Poland

**Gambia** *(on behalf of least developed countries)*

H.E. Mr. Jato Sillah
Minister of Forestry and the Environment

**Grenada** *(on behalf of the Alliance of Small Island States)*

H.E. Mr. Karl Hood
Minister of Foreign Affairs, Environment, Foreign Trade and Export Development

**Nauru** *(on behalf of the Pacific Small Island Developing States)*

H.E. Mr. Sprent Dabwido
President

## B. Parties[1]

**Afghanistan**
Mr. Ghulam Mohd Malikyar
Deputy Director General, Technical
National Environmental Protection Agency
of the Islamic Republic of Afghanistan

**Algeria**
H.E. Mr. Cherif Rahmani
Minister of Spatial Planning and
Environment

**Angola**
H.E. Ms. Maria Fatima Jardim
Minister of Environment

**Australia**
H.E. Mr. Greg Combet
Minister of Climate Change and Energy
Efficiency

**Austria**
H.E. Mr. Nikolaus Berlakovich
Minister of Agriculture, Forestry,
Environment and Water Management

**Bahrain**
Mr. Adel Khalifa Al-Zayani
General Directorate, Public Commission for
the Protection of Marine Resources,
Environment and Wildlife

**Bangladesh**
H.E. Mr. Mohammed Hasan Mahmud
Minister of Environment and Forests

**Barbados**
H.E. Mr. Denis Lowe
Minister of Environment and Drainage

**Belarus**
Mr. Oleg Mahailovich Maksiuta
Director, Department of Hydrometeorology,
Ministry of Natural Resources and
Environmental Protection

**Belgium**
H.E. Ms. Evelyne Huytebroeck
Minister for Environment

**Belize**
H.E. Mr. Gaspar Vega
Deputy Prime Minister and Minister of Natural
Resources and the Environment

**Benin**
H.E. Mr. Blaise Ahanhanzo-Glele
Minister of Environment, Housing and Urban
Development

**Bhutan**
H.E. Mr. Pema Gyamtsho
Minister, National Environment Commission
and Ministry of Agriculture and Forests

**Bolivia (Plurinational State of)**
H.E. Mr. Alvaro Garcia Linera
Vice-President

**Bosnia and Herzegovina**

**Botswana**
H.E. Mr. Onkokame Kitso Mokaila
Minister of Environment, Wildlife and Tourism

**Brazil**
H.E. Ms. Izabella Monica Teixeira
Minister of Environment

**Burkina Faso**
H.E. Mr. Jean Koulidiati
Minister of Environment and Sustainable
Development

**Burundi**
H.E. Mr. Jean Marie Nibirantije
Minister of Water, Environment, Land and
Urban Planning

**Canada**
H.E. Mr. Peter Kent
Minister of Environment

---

[1] At the joint high-level segment of the Conference of the Parties (COP) and the Conference of the Parties serving as the meeting of the Parties (CMP), Bosnia and Herzegovina, Croatia and Lebanon distributed their statement in the plenary and requested that this be recorded in the Conference report.

**Central African Republic**
H.E. Mr. Faustin Touadera
Prime Minister

**Chad**
H.E. Mr. Mahamat Bechir Okormi
Minister of Environment and Fisheries

**Chile**
H.E. Mr. Jose Balmaceda
Ambassador and Director General for
Environmental Affairs, Ministry of Foreign
Affairs

**China**[2]
H.E. Mr. Xie Zhenhua
Vice-Chairman of the National
Development and Reform Commission

**Colombia**
H.E. Mr. Frank J. Pearl
Minister of Environment and Sustainable
Development

**Comoros**
H.E. Mr. Fouad Mohadji
Vice-President

**Congo**
H.E. Mr. Henri Djombo
Minister of Sustainable Development,
Forestry and Environment

**Costa Rica**
H.E. Mr. René Castro
Minister of Environment, Energy and
Telecommunicaiton

**Côte d'Ivoire**
Mr. Yao Guillaume Loukou
Director of Cabinet, Ministry of
Environment and Sustainable Development

**Croatia**

**Cuba**
Mr. Fernando Mario González Bermúdez
First Deputy Minister of Science,
Technology and Environment

**Cyprus**
H.E. Mr. Sofoklis Aletraris
Minister of Agriculture, Natural Resources and
Environment

**Czech Republic**
H.E. Ms. Blanka Fajkusova
Ambassador of the Czech Republic to the
Republic of South Africa

**Democratic Republic of the Congo**
H.E. Mr. Jose Endundo
Minister of Environment, Nature Conservation
and Tourism

**Denmark**
H.E. Mr. Martin Lidegaard
Minister of Climate, Energy and Building

**Dominica**
H.E. Mr. Kenneth Darroux
Minister for the Environment, Natural
Resources, Physical Planning and Fisheries

**Ecuador**
H.E. Mr. Ricardo Patiño
Minister of Foreign Affairs, Trade and
Integration

**Egypt**
H.E. Mr. George Maged
State Minister, Ministry of Environmental
Affairs

**El Salvador**
H.E. Mr. Herman Rosa Chavez
Minister of Environment and Natural Resources

**Eritrea**
H.E. Mr. Tesfai Ghebreselassie Sebhatu
Minister of Land, Water and Environment

**Estonia**
H.E. Ms. Keit Pentus
Minister of the Environment

**Ethiopia**
H.E. Mr. Meles Zenawi
Prime Minister

---

[2] At the joint high-level segment of the COP and the CMP, a further statement was made by China,
recalling the status of China in the United Nations system, in response to statements made by some
Parties regarding the participation of Taiwan Province of China in the Conference.

**Fiji**
H.E. Mr. Samuela Alivereti Saumatua
Minister for Environment

**Finland**
H.E. Mr. Ville Niinistö
Minister of Environment

**France**
H.E. Ms. Nathalie Kosciusko-Morizet
Minister of Ecology, Sustainable
Development and Transport

**Gabon**
H.E. Mr. Ali Bongo Ondimba
President

**Georgia**
Mr. George Zedginidze
Deputy Minister of Environment Protection

**Germany**
H.E. Mr. Norbert Roettgen
Minister of the Environment, Nature
Conservation and Nuclear Safety

**Ghana**
H.E. Ms. Sherry Ayittey
Minister of Environment, Science and
Technology

**Greece**
H.E. Mr. George Papakonstantinou
Minister of Environment, Energy and
Climate Change

**Guinea**
H.E. Mr. Touré Saramady
Minister of Environment, Water and Forests

**Guatemala**
Mr. Luis Alberto Ferraté Felice
Special Envoy of the President and Adviser
of the Ministerial Office of the Ministry of
the Environment

**Honduras**
H.E. Mr. Rigoberto Cuéllar Cruz
Minister of Natural Resources and Environment
Secretariat

**Iceland**
Mr. Hugi Olafsson
Director, Office of Policy and International
Affairs, Ministry of Environment

**India**
H.E. Ms. Jayanthi Natarajan
Minister of Environment and Forests

**Indonesia**
H.E. Mr. Rachmat Witoelar
President's Special Envoy for Climate Change

**Iran (Islamic Republic of)**
H.E. Mr. Mohammad Javad Mohammadi Zadeh
Vice-President and Head of the Department of
Environment

**Iraq**
Mr. Kamal Hussein Lateef
Deputy Minister of Environment of Iraq

**Ireland**
H.E. Mr. Phil Hogan
Minister of Environment, Community and Local
Government

**Israel**
H.E. Mr. Dov Segev-Steinberg
Ambassador of Israel to the Republic of South
Africa

**Italy**
H.E. Mr. Corrado Clini
Minister of Environment, Land and Sea

**Jamaica**
Mr. Keith Porter
Principal Director, Forestry Department,
Ministry of Housing, Environment, Water and
Local Government

**Japan**
H.E. Mr. Goshi Hosono
Minister of Environment

**Kazakhstan**
Mr. Mazhit A. Turmagambetov
Vice-Minister of Environmental Protection

**Kenya**
H.E. Mr. John Michuki
Minister of Environment and Mineral
Resources

**Kiribati**
H.E. Mr. Amberoti Nikora
Minister of Environment, Lands and
Agricultural Development

**Kuwait**
H.E. Mr. Hassan Al-Oqab
Ambassador of Kuwait to the Republic of
South Africa

**Lao People's Democratic Republic**
Mr. Akhom Tounalom
Vice-Minister of Natural Resources and
Environment

**Lebanon**

**Lesotho**
H.E. Mr. Monyane Moleleki
Minister of Natural Resources

**Liberia**
H.E. Mr. Toga Gayewea McIntosh
Minister of Foreign Affairs

**Libya**
Mr. Muftah M. Elarbash
Senior Climate Change Expert

**Liechtenstein**
H.E. Ms. Renate Muessner
Minister of Environment

**Luxembourg**
H.E. Mr. Marco Schank
Minister for Sustainable Development and
Infrastructure

**Malawi**
Mr. Anthony Livuza
Permanent Secretary, Ministry of Natural
Resources, Energy and Environment

**Malaysia**
H.E. Mr. Douglas Uggah Embas
Minister of Natural Resources and Environment

**Maldives**
H.E. Mr. Mohamed Aslam
Minister of Housing and Environment

**Mali**
H.E. Mr. Tiémoko Sangare
Minister of Environment and Sanitation

**Malta**
H.E. Mr. George Pullicino
Minister of Resources and Rural Affairs

**Marshall Islands**
H.E. Mr. Ruben Zackhras
Minister in Assistance to the President

**Mauritania**
H.E. Mr. Amedi Camara
Minster of Environment and Sustainable
Development

**Mauritius**
Mr. Jadoo Oomaduth
Acting Permanent Secretary, Ministry of
Environment and Sustainable Development

**Mexico**
H.E. Mr. Juan Elvira Quesada
Minister of Environment and Natural Resources

**Micronesia (Federated States of)**
Mr. Andrew Yatilman
Director, Office of Environment and Emergency
Management

**Monaco**
H.S.H. Prince Albert II
Head of State

**Mongolia**
H.E. Mr. Luimed Gansukh
Minister of Nature, Environment and
Tourism

**Montenegro**
Mr. Dragica Sekulić
Deputy Minister of Economy

**Morocco**
H.E. Ms. Latifa Akherbach
Minister of Foreign Affairs and
Cooperation

**Mozambique**
H.E. Mr. Salvador Namburete
Minister of Energy

**Namibia**
H.E. Ms. Netumbo Nandi-Ndaitwah
Minister of Environment and Tourism

**Nepal**
H.E. Mr. Hemraj Tater
Minister of Environment

**Netherlands**
H.E. Mr. Joop Atsma
State Secretary of Infrastructure and
Environment

**New Zealand**
H.E. Mr. Tim Groser
Minister responsible for International
Climate Change Negotiations

**Nicaragua**
H.E. Mr. Paul Herbert Oquist Kelly
Minister, Private Secretary for National
Policies

**Niger**
H.E. Mr. Issaka Issoufou
Minister of Hydrology and the Environment

**Nigeria**
H.E. Ms. Hadiza Ibrahim Mailafia
Minister of Environment

**Niue**
H.E. Mr. Toke Talagi
Premier

**Norway**
H.E. Mr. Jens Stoltenberg
Prime Minister

**Pakistan**
Mr. Muhammad Javed Malik
Secretary, National Disaster Management
Division

**Palau**
Mr. Sebastian Marino
National Environment Planner, Office of
Environmental Response and Coordination

**Panama**
H.E. Mr. Rodrigo Chiari
Ambassador of Panama to the Republic of
South Africa

**Papua New Guinea**
Mr. Ronald Asik
Vice-Minister of Forestry and Climate Change

**Paraguay**
H.E. Mr. Oscar Rivas
Minister of Environment

**Peru**
Mr. Hugo Cabieses Cubas
Vice-Minister of Environment

**Philippines**
H.E. Ms. Mary Ann Lucille Sering
Commissioner and Vice-Chair Person,
Climate Change Commission

**Portugal**
H.E. Ms. Assunção Cristas
Minister of Agriculture, Sea, Environment and
Spatial Planning

**Qatar**
H.E. Mr. Abdullah Bin Ebood Al-Meadadi
Minister of Environment

**Republic of Korea**
H.E. Ms. Young Sook Yoo
Minister of Environment

**Republic of Moldova**
H.E. Mr. Gheorghe Salaru
Minister of Environment

**Romania**
H.E. Mr. Lázlo Borbély
Minister of Environment and Forests

**Russian Federation**
Mr. Alexander Bedritsky
Adviser to the President, Special Envoy for
Climate Change

**Rwanda**
H.E. Mr. Stanislas Kamanzi
Minister of Natural Resources

**Samoa**
H.E. Mr. Tuilaepa L. S. Malielegaoi
Prime Minister

**Saint Kitts and Nevis**
Mr. Randolph Edmead
Director of Physical Planning and
Environment Ministry of Sustainable
Development

**Saudi Arabia**
H.E. Mr. Ali Ibrahim Al Naimi
Minister of Petroleum

**Senegal**
H.E. Mr. Souleymane Ndéné Ndiaye
Prime Minister

**Serbia**
Mr. Bojan Djuric
State Secretary, Ministry of Environment,
Mining and Spatial Planning

**Seychelles**
H.E. Mr. Bernard Shamlaye
Minister of Social, Sustainable
Development and Culture

**Sierra Leone**
Mr. Osmond S. E. Hanciles
Deputy Minister of Transport and Aviation

**Singapore**
H.E. Mr. Chee Hean Teo
Deputy Prime Minister, Coordinating
Minister for National Security and Minister
for Home Affairs

**Slovakia**
H.E. Mr. József Nagy
Minister of Environment

**Slovenia**
H.E. Mr. Roko Zarnic
Minister of Environment and Spatial Planning

**Solomon Islands**
H.E. Mr. John Moffat Fugui
Minister of Environment, Cimate Change,
Disaster Management and Meteorology

**Somalia**
Mr. Khalid Omar Ali
Adviser to the Ministry of Fisheries, Marine
Resources and Environment of the Transitional
Federal Government

**South Africa**
H.E. Ms. Bomo Edna Molewa
Minister of Water and Environemtal Affairs

**Spain**
Ms. Teresa Ribera
Secretary of State for Climate Change, Ministry
of Environment and Rural and Marine Affairs

**Sri Lanka**
H.E. Mr. Anura PriyadarshanaYapa
Minister of Environment

**Sudan**
H.E. Mr. Ali Youssef
Ambassador of Sudan to the Republic of South
Africa

**Suriname**
H.E. Mr. Ginmardo Kromosoeto
Minister of Labour, Technological Development
and Environment

**Swaziland**
H.E. Ms. Winnie Magagula
Minister of Tourism and Environmental Affairs

**Sweden**
H.E. Ms. Lena Ek
Minister of Environment

**Switzerland**
H.E. Ms. Doris Leuthard
Minister of Environment, Transport, Energy and
Communication

**Syrian Arab Republic**
H.E. Mr. Bassam Darwish
Ambassador of Syria to the Republic of
South Africa

**Thailand**
Mr. Pithaya Pookaman
Vice-Minister of Natural Resources and
Environment

**Timor-Leste**
H.E. Mr. João Gonçalves
Minister of Economy and Development of
Timor-Leste

**Togo**
H.E. Mr. Ayikoe Kossivi
Minister of Environment and Forest
Resources

**Tonga**
Mr. Mahe'Uli'uli Tupouniua
Secretary for Foreign Affairs

**Trinidad and Tobago**
Ms. Joy Creese
Permanent Secretary, Minister of Housing
and the Environment

**Turkey**
H.E. Mr. Cevdet Yilmaz
Minister of Development

**Turkmenistan**
H.E. Mr. Babageldi Annabayramov
Minister of Nature Protection

**Tuvalu**
H.E. Mr. Apisai Ielemia
Minister of Foreign Affairs, Trade,
Tourism, Environment and Labour

**Uganda**
H.E. Ms. Maria Mutagamba
Minister of Environment and Water

**Ukraine**
H.E. Mr. Mykola Zlochevskiy
Minister of Ecology and Natural Resources

**United Kingdom of Great Britain and
Northern Ireland**
H.E. Mr. Chris Huhne
Secretary of State for Energy and Climate
Change

**United Republic of Tanzania**
H.E. Ms. Terezya Luoga
Minister of Environment

**United States of America**
H.E. Mr. Todd Stern
Special Envoy for Climate Change of the United
States Department of State

**Uruguay**
H.E. Ms. Graciela Muslera
Minister of Environment

**Venezuela (Bolivarian Republic of)**
Ms. Claudia Salerno Caldera
Presidential Special Envoy for Climate Change

**Viet Nam**
Mr. Tran Hong Ha
Vice-Minister of Natural Resources and
Environment

**Zambia**
H.E. Ms. Nkandu Luo
Minister of Local Government, Housing, Early
Education and Environmental Protection

**Zimbabwe**
Ms. Florence Nhekairo
Permanent Secretary, Ministry of Environment
and Natural Resources Management

## C.  Observer States and Entities

**Republic of South Sudan**
H.E. Mr. Alfred Lado Gore
Minister of Environment

**Palestine**
H.E. Mr. Yousef Abu Safieh
Minister, Chairman of Environment Quality
Authority

## Annex III

**List of intergovernmental and non-governmental organizations that made statements at the high-level segment under agenda item 12 of the Conference of the Parties and agenda item 19 of the Conference of the Parties serving as the meeting of the Parties to the Kyoto Protocol**

### A. Intergovernmental organizations

African Development Bank Group

Banque Ouest Africaine de Developpement

Caribbean Community Climate Change Centre

Comisión Centroamericana de Ambiente y Desarrollo

Global Biodiversity Information Facility

Institut international du froid

International Federation of Red Cross and Red Crescent Societies

International Organization for Migration

Organization of Eastern Caribbean States

Regional Environmental Centre for Central and Eastern Europe

South Centre

### B. Statements by non-governmental organizations

| Organization | Speaking on behalf of |
| --- | --- |
| World Business Council for Sustainable Development | Business and industry NGOs |
| Climate Action Network – International | Environmental non-governmental organizations (NGOs) |
| Friends of the Earth International | Environmental NGOs |
| World Council of Churches | Faith based NGOs |
| Southern African Confederation of Agricultural Unions | Farmers NGOs |
| Christian Aid | Indigenous peoples' organizations |
| International Council for Local Environmental Initiatives – Local Governments for Sustainability | Local government and municipal authorities |
| University of Cape Town | Research and independent NGOs |
| International Trade Union Confederation | Trade union NGOs |

| Organization | Speaking on behalf of |
|---|---|
| GenderCC – Women for Climate Justice | Women and gender NGOs |
| College of the Atlantic | Youth NGOs |

# Annex IV

## Calendar of meetings of Convention bodies, 2012–2016

- First sessional period in 2012: 14–25 May
- Second sessional period in 2012: 26 November to 7 December
- First sessional period in 2013: 3–14 June
- Second sessional period in 2013: 11–22 November
- First sessional period in 2014: 4–15 June
- Second sessional period in 2014: 3–14 December
- First sessional period in 2015: 3–14 June
- Second sessional period in 2015: 2–13 December
- First sessional period in 2016: 18–29 May
- Second sessional period in 2016: 30 November–11 December

# Annex V

## Documents before the Conference of the Parties at its seventeenth session

| | |
|---|---|
| FCCC/CP/2011/1 | Provisional agenda and annotations. Note by the Executive Secretary |
| FCCC/CP/2011/2 | Admission of observers: organizations applying for admission as observers. Note by the secretariat |
| FCCC/CP/2011/3 | Proposal from Cyprus and the European Union to amend Annex I to the Convention. Note by the secretariat |
| FCCC/CP/2011/4 and Rev.1 | Revised proposal from Papua New Guinea and Mexico to amend Articles 7 and 18 of the Convention. Note by the secretariat |
| FCCC/CP/2011/5 | Proposal from the Russian Federation to amend Article 4, paragraph 2(f), of the Convention. Note by the secretariat |
| FCCC/CP/2011/6 and Add.1 | Report of the Transitional Committee for the design of the Green Climate Fund. Note by the co-chairs of the Transitional Committee |
| FCCC/CP/2011/7 | Report of the Global Environment Facility to the Conference of the Parties. Note by the secretariat |
| FCCC/CP/2011/7/Corr.1 | Report of the Global Environment Facility to the Conference of the Parties. Note by the secretariat. Corrigendum |
| FCCC/CP/2011/7/Add.1 | Report of the Global Environment Facility to the Conference of the Parties. Note by the secretariat. Addendum |
| FCCC/CP/2011/7/Add.2 | Report of the Global Environment Facility to the Conference of the Parties. Note by the secretariat. Addendum |
| FCCC/CP/2011/8 | Report on modalities and procedures of the Technology Executive Committee |
| FCCC/CP/2011/10– FCCC/KP/CMP/2011/11 | Report on credentials. Report of the Bureau |
| FCCC/CP/2011/INF.1 | Submissions on information from developed country Parties on the resources provided to fulfil the commitment referred to in decision 1/CP.16, paragraph 95. Note by the secretariat |
| FCCC/CP/2011/INF.2 and Add.1 | Proposals by India for inclusion of additional agenda items in the provisional agenda of the seventeenth session of the Conference of the |

| | |
|---|---|
| | Parties. Note by the secretariat |
| FCCC/CP/2011/INF.3 (Parts 1, 2 and 3) | List of participants |
| FCCC/CP/2011/MISC.1 | Views and recommendations on elements to be taken into account in developing guidance to the Global Environment Facility. Submissions from Parties |
| FCCC/CP/2011/L.1 | Draft report of the Conference of the Parties on its seventeenth session. Part One: Proceedings |
| FCCC/CP/2011/L.2 | Amendment to Annex I to the Convention. Proposal by the President |
| FCCC/CP/2011/L.3 | Technology Executive Committee – modalities and procedures. Proposal by the President |
| FCCC/CP/2011/L.4 | Dates and venues of future sessions. Proposal by the President |
| FCCC/CP/2011/L.5 FCCC/KP/CMP/2011/L.8 | Expression of gratitude to the Government of the Republic of South Africa, the province of KwaZulu-Natal and the people of the city of Durban. Draft resolution submitted by the State of Qatar |
| FCCC/CP/2011/L.6 | Revision of the UNFCCC reporting guidelines on annual inventories for Parties included in Annex I to the Convention. Proposal by the President |
| FCCC/CP/2011/L.7 | Forum and work programme on the impact of the implementation of response measures. Proposal by the President |
| FCCC/CP/2011/L.8 and Add.1 | National adaptation plans. Proposal by the President |
| FCCC/CP/2011/L.9 | Green Climate Fund – report of the Transitional Committee. Proposal by the President |
| FCCC/CP/2011/L.10 | Establishment of an Ad Hoc Working Group on the Durban Platform for Enhanced Action. Proposal by the President |
| FCCC/CP/2010/3 | Proposed protocol to the Convention submitted by Grenada for adoption at the sixteenth session of the Conference of the Parties. Note by the secretariat |
| FCCC/CP/2009/3 | Draft protocol to the Convention prepared by the Government of Japan for adoption at the fifteenth session of the Conference of the Parties. Note by the secretariat |
| FCCC/CP/2009/4 | Draft protocol to the Convention presented by the Government of Tuvalu under Article 17 of the Convention. Note by the secretariat |

| | |
|---|---|
| FCCC/CP/2009/5 | Draft protocol to the Convention prepared by the Government of Australia for adoption at the fifteenth session of the Conference of the Parties. Note by the secretariat |
| FCCC/CP/2009/6 | Draft protocol to the Convention prepared by the Government of Costa Rica to be adopted at the fifteenth session of the Conference of the Parties. Note by the secretariat |
| FCCC/CP/2009/7 | Draft implementing agreement under the Convention prepared by the Government of the United States of America for adoption at the fifteenth session of the Conference of the Parties. Note by the secretariat |
| FCCC/CP/1996/2 | Organizational matters: Adoption of the rules of procedure. Note by the secretariat |
| FCCC/SBSTA/2011/2 | Report of the Subsidiary Body for Scientific and Technological Advice on its thirty-fourth session, held in Bonn from 6 to 16 June 2011 |
| FCCC/SBSTA/2011/5 | Report of the Subsidiary Body for Scientific and Technological Advice on its thirty-fifth session, held in Durban from 28 November to 3 December 2011 |
| FCCC/SBSTA/2011/L.17 | Draft report of the Subsidiary Body for Scientific and Technological Advice on its thirty-fifth session |
| FCCC/SBSTA/2011/L.22 | Development and transfer of technologies. Draft conclusions proposed by the Chair |
| FCCC/SBSTA/2011/L.25/Add.1 | Methodological guidance for activities relating to reducing emissions from deforestation and forest degradation and the role of conservation, sustainable management of forests and enhancement of forest carbon stocks in developing countries. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBSTA/2011/26/Add.1 | Nairobi work programme on impacts, vulnerability and adaptation to climate change. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBSTA/2011/27/Add.1 | Research and systematic observation. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBI/2011/17 | Report of the Subsidiary Body for Implementation on its thirty-fifth session, held in Durban from 28 November to 3 December 2011 |
| FCCC/SBI/2011/7 and Add.1 | Report of the Subsidiary Body for Implementation on its thirty-fourth session, held in Bonn from 6 to 17 June 2011 |

| | |
|---|---|
| FCCC/SBI/2011/L.24 | Draft report of the Subsidiary Body for Implementation on its thirty-fifth session. Rapporteur: Mr. Petrus Muteyauli (Namibia) |
| FCCC/SBI/2011/L.27/Add.1 and Add.2 | Administrative, financial and institutional matters. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBI/2011/L.31/Add.1 | Work of the Consultative Group of Experts on National Communications from Parties not included in Annex I to the Convention. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBI/2011/L.34 | Development and transfer of technologies. Draft conclusions proposed by the Chair |
| FCCC/SBI/2011/L.35/Add.1 | Approaches to address loss and damage associated with climate change impacts in developing countries that are particularly vulnerable to the adverse effects of climate to enhance adaptive capacity – Activities to be undertaken under the work programme. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBI/2011/L.37 | Capacity-building under the Convention. Draft conclusions proposed by the Chair |
| FCCC/SBI/2011/L.40/Add.1 | Least Developed Countries Fund: support for the implementation of elements of the least developed countries work programme other than national adaptation programmes of action. Draft conclusions proposed by the Chair. Addendum |
| FCCC/SBI/2011/L.41/Add.1 | Report of the Global Environment Facility to the Conference of the Parties and additional guidance to the Global Environment Facility. Addendum |
| FCCC/SB/2011/2 | Report on activities and performance of the Technology Executive Committee for 2011 |
| FCCC/AWGLCA/2011/L.4 | Outcome of the work of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention to be presented to the Conference of the Parties for adoption at its seventeenth session. Draft conclusions proposed by the Chair |
| FCCC/AWGLCA/2011/9 | Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention on the first and second parts of its fourteenth session, held in Bangkok from 5 to 8 April 2011, and Bonn from 7 to 17 June 2011 |
| FCCC/AWGLCA/2011/CRP.39 | Work undertaken in the informal groups in the preparation of a comprehensive and balanced outcome to be presented to the Conference of the Parties for adoption at its seventeenth session. Note by the Chair |

| FCCC/AWGLCA/2011/CRP.38 | Update of the amalgamation of draft texts in preparation of a comprehensive and balanced outcome to be presented to the Conference of the Parties for adoption at its seventeenth session. Note by the Chair |
| --- | --- |
| FCCC/AWGLCA/2011/CRP.37 | Amalgamation of draft texts in preparation of a comprehensive and balanced outcome to be presented to the Conference of the Parties for adoption at its seventeenth session. Note by the Chair |
| FCCC/AWGLCA/2010/18 | Report of the Ad Hoc Working Group on Long-term Cooperative Action under the Convention on its thirteenth session, held in Cancun from 29 November to 10 December 2010 |

_____



# Global Warming's Terrifying New Math

## Three simple numbers that add up to global catastrophe - and that make clear who the real enemy is

**by: Bill McKibben**



Illustration by Edel Rodriguez

If the pictures of those towering wildfires in Colorado haven't convinced you, or the size of your AC bill this summer, here are some hard numbers about climate change: June broke or tied 3,215 high-temperature records across the United States. That followed the warmest May on record for the Northern Hemisphere – the 327th consecutive month in which the temperature of the entire globe exceeded the 20th-century average, the odds of which occurring by simple chance were $3.7 \times 10\text{-}99$, a number considerably larger than the number of stars in the universe.

Meteorologists reported that this spring was the warmest ever recorded for our nation – in fact, it crushed the old record by so much that it represented the "largest temperature departure from average of any season on record." The same week, Saudi authorities reported that it had rained in Mecca despite a temperature of 109 degrees, the hottest downpour in the planet's history.

Not that our leaders seemed to notice. Last month the world's nations, meeting in Rio for the 20th-anniversary reprise of a massive 1992 environmental summit, accomplished nothing. Unlike George H.W. Bush, who flew in for the first conclave, Barack Obama didn't even attend. It was "a ghost of the glad, confident meeting 20 years ago," the British journalist George Monbiot wrote; no one paid it much attention, footsteps echoing through the halls "once thronged by multitudes." Since I wrote one of the first books for a general audience about global warming way back in 1989, and since I've spent the intervening decades working ineffectively to slow that warming, I can say with some confidence that we're losing the

fight, badly and quickly – losing it because, most of all, we remain in denial about the peril that human civilization is in.

When we think about global warming at all, the arguments tend to be ideological, theological and economic. But to grasp the seriousness of our predicament, you just need to do a little math. For the past year, an easy and powerful bit of arithmetical analysis first published by financial analysts in the U.K. has been making the rounds of environmental conferences and journals, but it hasn't yet broken through to the larger public. This analysis upends most of the conventional political thinking about climate change. And it allows us to understand our precarious – our almost-but-not-quite-finally hopeless – position with three simple numbers.

## The First Number: 2° Celsius

If the movie had ended in Hollywood fashion, the Copenhagen climate conference in 2009 would have marked the culmination of the global fight to slow a changing climate. The world's nations had gathered in the December gloom of the Danish capital for what a leading climate economist, Sir Nicholas Stern of Britain, called the "most important gathering since the Second World War, given what is at stake." As Danish energy minister Connie Hedegaard, who presided over the conference, declared at the time: "This is our chance. If we miss it, it could take years before we get a new and better one. If ever."

In the event, of course, we missed it. Copenhagen failed spectacularly. Neither China nor the United States, which between them are responsible for 40 percent of global carbon emissions, was prepared to offer dramatic concessions, and so the conference drifted aimlessly for two weeks until world leaders jetted in for the final day. Amid considerable chaos, President Obama took the lead in drafting a face-saving "Copenhagen Accord" that fooled very few. Its purely voluntary agreements committed no one to anything, and even if countries signaled their intentions to cut carbon emissions, there was no enforcement mechanism. "Copenhagen is a crime scene tonight," an angry Greenpeace official declared, "with the guilty men and women fleeing to the airport." Headline writers were equally brutal: COPENHAGEN: THE MUNICH OF OUR TIMES? asked one.

The accord did contain one important number, however. In Paragraph 1, it formally recognized "the scientific view that the increase in global temperature should be below two degrees Celsius." And in the very next paragraph, it declared that "we agree that deep cuts in global emissions are required... so as to hold the increase in global temperature below two degrees Celsius." By insisting on two degrees – about 3.6 degrees Fahrenheit – the accord ratified positions taken earlier in 2009 by the G8, and the so-called Major Economies Forum. It was as conventional as conventional wisdom gets. The number first gained prominence, in fact, at a 1995 climate conference chaired by Angela Merkel, then the German minister of the environment and now the center-right chancellor of the nation.

Some context: So far, we've raised the average temperature of the planet just under 0.8 degrees Celsius, and that has caused far more damage than most scientists expected. (A third of summer sea ice in the Arctic is gone, the oceans are 30 percent more acidic, and since warm air holds more water vapor than cold, the atmosphere over the oceans is a shocking five percent wetter, loading the dice for devastating floods.) Given those impacts, in fact, many scientists have come to think that two degrees is far too lenient a target. "Any number much above one degree involves a gamble," writes Kerry Emanuel of MIT, a leading authority on hurricanes, "and the odds become less and less favorable as the temperature goes up." Thomas Lovejoy, once the World Bank's chief biodiversity adviser, puts it like this: "If we're seeing what we're seeing today at 0.8 degrees Celsius, two degrees is simply too much." NASA scientist James Hansen, the planet's most prominent climatologist, is even blunter: "The target that has been talked about in international negotiations for two degrees of warming is actually a prescription for long-term disaster." At the Copenhagen summit, a spokesman for small island nations warned that many would not survive a two-

degree rise: "Some countries will flat-out disappear." When delegates from developing nations were warned that two degrees would represent a "suicide pact" for drought-stricken Africa, many of them started chanting, "One degree, one Africa."

Despite such well-founded misgivings, political realism bested scientific data, and the world settled on the two-degree target – indeed, it's fair to say that it's the only thing about climate change the world has settled on. All told, 167 countries responsible for more than 87 percent of the world's carbon emissions have signed on to the Copenhagen Accord, endorsing the two-degree target. Only a few dozen countries have rejected it, including Kuwait, Nicaragua and Venezuela. Even the United Arab Emirates, which makes most of its money exporting oil and gas, signed on. The official position of planet Earth at the moment is that we can't raise the temperature more than two degrees Celsius – it's become the bottomest of bottom lines. Two degrees.

## The Second Number: 565 Gigatons

Scientists estimate that humans can pour roughly 565 more gigatons of carbon dioxide into the atmosphere by midcentury and still have some reasonable hope of staying below two degrees. ("Reasonable," in this case, means four chances in five, or somewhat worse odds than playing Russian roulette with a six-shooter.)

This idea of a global "carbon budget" emerged about a decade ago, as scientists began to calculate how much oil, coal and gas could still safely be burned. Since we've increased the Earth's temperature by 0.8 degrees so far, we're currently less than halfway to the target. But, in fact, computer models calculate that even if we stopped increasing $CO_2$ now, the temperature would likely still rise another 0.8 degrees, as previously released carbon continues to overheat the atmosphere. That means we're already three-quarters of the way to the two-degree target.

How good are these numbers? No one is insisting that they're exact, but few dispute that they're generally right. The 565-gigaton figure was derived from one of the most sophisticated computer-simulation models that have been built by climate scientists around the world over the past few decades. And the number is being further confirmed by the latest climate-simulation models currently being finalized in advance of the next report by the Intergovernmental Panel on Climate Change. "Looking at them as they come in, they hardly differ at all," says Tom Wigley, an Australian climatologist at the National Center for Atmospheric Research. "There's maybe 40 models in the data set now, compared with 20 before. But so far the numbers are pretty much the same. We're just fine-tuning things. I don't think much has changed over the last decade." William Collins, a senior climate scientist at the Lawrence Berkeley National Laboratory, agrees. "I think the results of this round of simulations will be quite similar," he says. "We're not getting any free lunch from additional understanding of the climate system."

We're not getting any free lunch from the world's economies, either. With only a single year's lull in 2009 at the height of the financial crisis, we've continued to pour record amounts of carbon into the atmosphere, year after year. In late May, the International Energy Agency published its latest figures – $CO_2$ emissions last year rose to 31.6 gigatons, up 3.2 percent from the year before. America had a warm winter and converted more coal-fired power plants to natural gas, so its emissions fell slightly; China kept booming, so its carbon output (which recently surpassed the U.S.) rose 9.3 percent; the Japanese shut down their fleet of nukes post-Fukushima, so their emissions edged up 2.4 percent. "There have been efforts to use more renewable energy and improve energy efficiency," said Corinne Le Quéré, who runs England's Tyndall Centre for Climate Change Research. "But what this shows is that so far the effects have been marginal." In fact, study after study predicts that carbon emissions will keep growing by roughly three percent a year – and at that rate, we'll blow through our 565-gigaton allowance in 16 years, around the time today's preschoolers will be graduating from high school. "The new data provide further evidence that the door to a

two-degree trajectory is about to close," said Fatih Birol, the IEA's chief economist. In fact, he continued, "When I look at this data, the trend is perfectly in line with a temperature increase of about six degrees." That's almost 11 degrees Fahrenheit, which would create a planet straight out of science fiction.

So, new data in hand, everyone at the Rio conference renewed their ritual calls for serious international action to move us back to a two-degree trajectory. The charade will continue in November, when the next Conference of the Parties (COP) of the U.N. Framework Convention on Climate Change convenes in Qatar. This will be COP 18 – COP 1 was held in Berlin in 1995, and since then the process has accomplished essentially nothing. Even scientists, who are notoriously reluctant to speak out, are slowly overcoming their natural preference to simply provide data. "The message has been consistent for close to 30 years now," Collins says with a wry laugh, "and we have the instrumentation and the computer power required to present the evidence in detail. If we choose to continue on our present course of action, it should be done with a full evaluation of the evidence the scientific community has presented." He pauses, suddenly conscious of being on the record. "I should say, a *fuller evaluation* of the evidence."

So far, though, such calls have had little effect. We're in the same position we've been in for a quarter-century: scientific warning followed by political inaction. Among scientists speaking off the record, disgusted candor is the rule. One senior scientist told me, "You know those new cigarette packs, where governments make them put a picture of someone with a hole in their throats? Gas pumps should have something like that."

## The Third Number: 2,795 Gigatons

This number is the scariest of all – one that, for the first time, meshes the political and scientific dimensions of our dilemma. It was highlighted last summer by the Carbon Tracker Initiative, a team of London financial analysts and environmentalists who published a report in an effort to educate investors about the possible risks that climate change poses to their stock portfolios. The number describes the amount of carbon already contained in the proven coal and oil and gas reserves of the fossil-fuel companies, and the countries (think Venezuela or Kuwait) that act like fossil-fuel companies. In short, it's the fossil fuel we're currently planning to burn. And the key point is that this new number – 2,795 – is higher than 565. Five times higher.

The Carbon Tracker Initiative – led by James Leaton, an environmentalist who served as an adviser at the accounting giant PricewaterhouseCoopers – combed through proprietary databases to figure out how much oil, gas and coal the world's major energy companies hold in reserve. The numbers aren't perfect – they don't fully reflect the recent surge in unconventional energy sources like shale gas, and they don't accurately reflect coal reserves, which are subject to less stringent reporting requirements than oil and gas. But for the biggest companies, the figures are quite exact: If you burned everything in the inventories of Russia's Lukoil and America's ExxonMobil, for instance, which lead the list of oil and gas companies, each would release more than 40 gigatons of carbon dioxide into the atmosphere.

Which is exactly why this new number, 2,795 gigatons, is such a big deal. Think of two degrees Celsius as the legal drinking limit – equivalent to the 0.08 blood-alcohol level below which you might get away with driving home. The 565 gigatons is how many drinks you could have and still stay below that limit – the six beers, say, you might consume in an evening. And the 2,795 gigatons? That's the three 12-packs the fossil-fuel industry has on the table, already opened and ready to pour.

We have five times as much oil and coal and gas on the books as climate scientists think is safe to burn. We'd have to keep 80 percent of those reserves locked away underground to avoid that fate. Before we knew those numbers, our fate had been likely. Now, barring some massive intervention, it seems certain.

Yes, this coal and gas and oil is still technically in the soil. But it's already economically aboveground – it's

figured into share prices, companies are borrowing money against it, nations are basing their budgets on the presumed returns from their patrimony. It explains why the big fossil-fuel companies have fought so hard to prevent the regulation of carbon dioxide – those reserves are their primary asset, the holding that gives their companies their value. It's why they've worked so hard these past years to figure out how to unlock the oil in Canada's tar sands, or how to drill miles beneath the sea, or how to frack the Appalachians.

If you told Exxon or Lukoil that, in order to avoid wrecking the climate, they couldn't pump out their reserves, the value of their companies would plummet. John Fullerton, a former managing director at JP Morgan who now runs the Capital Institute, calculates that at today's market value, those 2,795 gigatons of carbon emissions are worth about $27 trillion. Which is to say, if you paid attention to the scientists and kept 80 percent of it underground, you'd be writing off $20 trillion in assets. The numbers aren't exact, of course, but that carbon bubble makes the housing bubble look small by comparison. It won't necessarily burst – we might well burn all that carbon, in which case investors will do fine. But if we do, the planet will crater. You can have a healthy fossil-fuel balance sheet, or a relatively healthy planet – but now that we know the numbers, it looks like you can't have both. Do the math: 2,795 is five times 565. That's how the story ends.

S o far, as I said at the start, environmental efforts to tackle global warming have failed. The planet's emissions of carbon dioxide continue to soar, especially as developing countries emulate (and supplant) the industries of the West. Even in rich countries, small reductions in emissions offer no sign of the real break with the status quo we'd need to upend the iron logic of these three numbers. Germany is one of the only big countries that has actually tried hard to change its energy mix; on one sunny Saturday in late May, that northern-latitude nation generated nearly half its power from solar panels within its borders. That's a small miracle – and it demonstrates that we have the technology to solve our problems. But we lack the will. So far, Germany's the exception; the rule is ever more carbon.

This record of failure means we know a lot about what strategies *don't* work. Green groups, for instance, have spent a lot of time trying to change individual lifestyles: the iconic twisty light bulb has been installed by the millions, but so have a new generation of energy-sucking flatscreen TVs. Most of us are fundamentally ambivalent about going green: We like cheap flights to warm places, and we're certainly not going to give them up if everyone else is still taking them. Since all of us are in some way the beneficiaries of cheap fossil fuel, tackling climate change has been like trying to build a movement against yourself – it's as if the gay-rights movement had to be constructed entirely from evangelical preachers, or the abolition movement from slaveholders.

People perceive – correctly – that their individual actions will not make a decisive difference in the atmospheric concentration of CO2; by 2010, a poll found that "while recycling is widespread in America and 73 percent of those polled are paying bills online in order to save paper," only four percent had reduced their utility use and only three percent had purchased hybrid cars. Given a hundred years, you could conceivably change lifestyles enough to matter – but time is precisely what we lack.

A more efficient method, of course, would be to work through the political system, and environmentalists have tried that, too, with the same limited success. They've patiently lobbied leaders, trying to convince them of our peril and assuming that politicians would heed the warnings. Sometimes it has seemed to work. Barack Obama, for instance, campaigned more aggressively about climate change than any president before him – the night he won the nomination, he told supporters that his election would mark the moment "the rise of the oceans began to slow and the planet began to heal." And he has achieved one significant change: a steady increase in the fuel efficiency mandated for automobiles. It's the kind of measure, adopted a quarter-century ago, that would have helped enormously. But in light of the numbers I've just described, it's obviously a very small start indeed.

At this point, effective action would require actually keeping most of the carbon the fossil-fuel industry

wants to burn safely in the soil, not just changing slightly the speed at which it's burned. And there the president, apparently haunted by the still-echoing cry of "Drill, baby, drill," has gone out of his way to frack and mine. His secretary of interior, for instance, opened up a huge swath of the Powder River Basin in Wyoming for coal extraction: The total basin contains some 67.5 gigatons worth of carbon (or more than 10 percent of the available atmospheric space). He's doing the same thing with Arctic and offshore drilling; in fact, as he explained on the stump in March, "You have my word that we will keep drilling everywhere we can... That's a commitment that I make." The next day, in a yard full of oil pipe in Cushing, Oklahoma, the president promised to work on wind and solar energy but, at the same time, to speed up fossil-fuel development: "Producing more oil and gas here at home has been, and will continue to be, a critical part of an all-of-the-above energy strategy." That is, he's committed to finding even more stock to add to the 2,795-gigaton inventory of unburned carbon.

Sometimes the irony is almost Borat-scale obvious: In early June, Secretary of State Hillary Clinton traveled on a Norwegian research trawler to see firsthand the growing damage from climate change. "Many of the predictions about warming in the Arctic are being surpassed by the actual data," she said, describing the sight as "sobering." But the discussions she traveled to Scandinavia to have with other foreign ministers were mostly about how to make sure Western nations get their share of the estimated $9 trillion in oil (that's more than 90 billion barrels, or 37 gigatons of carbon) that will become accessible as the Arctic ice melts. Last month, the Obama administration indicated that it would give Shell permission to start drilling in sections of the Arctic.

Almost every government with deposits of hydrocarbons straddles the same divide. Canada, for instance, is a liberal democracy renowned for its internationalism – no wonder, then, that it signed on to the Kyoto treaty, promising to cut its carbon emissions substantially by 2012. But the rising price of oil suddenly made the tar sands of Alberta economically attractive – and since, as NASA climatologist James Hansen pointed out in May, they contain as much as 240 gigatons of carbon (or almost half of the available space if we take the 565 limit seriously), that meant Canada's commitment to Kyoto was nonsense. In December, the Canadian government withdrew from the treaty before it faced fines for failing to meet its commitments.

The same kind of hypocrisy applies across the ideological board: In his speech to the Copenhagen conference, Venezuela's Hugo Chavez quoted Rosa Luxemburg, Jean-Jacques Rousseau and "Christ the Redeemer," insisting that "climate change is undoubtedly the most devastating environmental problem of this century." But the next spring, in the Simon Bolivar Hall of the state-run oil company, he signed an agreement with a consortium of international players to develop the vast Orinoco tar sands as "the most significant engine for a comprehensive development of the entire territory and Venezuelan population." The Orinoco deposits are larger than Alberta's – taken together, they'd fill up the whole available atmospheric space.

So: the paths we have tried to tackle global warming have so far produced only gradual, halting shifts. A rapid, transformative change would require building a movement, and movements require enemies. As John F. Kennedy put it, "The civil rights movement should thank God for Bull Connor. He's helped it as much as Abraham Lincoln." And enemies are what climate change has lacked.

But what all these climate numbers make painfully, usefully clear is that the planet does indeed have an enemy – one far more committed to action than governments or individuals. Given this hard math, we need to view the fossil-fuel industry in a new light. It has become a rogue industry, reckless like no other force on Earth. It is Public Enemy Number One to the survival of our planetary civilization. "Lots of companies do rotten things in the course of their business – pay terrible wages, make people work in sweatshops – and we pressure them to change those practices," says veteran anti-corporate leader Naomi Klein, who is at work on a book about the climate crisis. "But these numbers make clear that with the fossil-fuel industry, wrecking the planet is their business model. It's what they do."

According to the Carbon Tracker report, if Exxon burns its current reserves, it would use up more than seven percent of the available atmospheric space between us and the risk of two degrees. BP is just behind, followed by the Russian firm Gazprom, then Chevron, ConocoPhillips and Shell, each of which would fill between three and four percent. Taken together, just these six firms, of the 200 listed in the Carbon Tracker report, would use up more than a quarter of the remaining two-degree budget. Severstal, the Russian mining giant, leads the list of coal companies, followed by firms like BHP Billiton and Peabody. The numbers are simply staggering – this industry, and this industry alone, holds the power to change the physics and chemistry of our planet, and they're planning to use it.

They're clearly cognizant of global warming – they employ some of the world's best scientists, after all, and they're bidding on all those oil leases made possible by the staggering melt of Arctic ice. And yet they relentlessly search for more hydrocarbons – in early March, Exxon CEO Rex Tillerson told Wall Street analysts that the company plans to spend $37 billion a year through 2016 (about $100 million a day) searching for yet more oil and gas.

There's not a more reckless man on the planet than Tillerson. Late last month, on the same day the Colorado fires reached their height, he told a New York audience that global warming is real, but dismissed it as an "engineering problem" that has "engineering solutions." Such as? "Changes to weather patterns that move crop-production areas around – we'll adapt to that." This in a week when Kentucky farmers were reporting that corn kernels were "aborting" in record heat, threatening a spike in global food prices. "The fear factor that people want to throw out there to say, 'We just have to stop this,' I do not accept," Tillerson said. Of course not – if he did accept it, he'd have to keep his reserves in the ground. Which would cost him money. It's not an engineering problem, in other words – it's a greed problem.

You could argue that this is simply in the nature of these companies – that having found a profitable vein, they're compelled to keep mining it, more like efficient automatons than people with free will. But as the Supreme Court has made clear, they are people of a sort. In fact, thanks to the size of its bankroll, the fossil-fuel industry has far more free will than the rest of us. These companies don't simply exist in a world whose hungers they fulfill – they help create the boundaries of that world.

Left to our own devices, citizens might decide to regulate carbon and stop short of the brink; according to a recent poll, nearly two-thirds of Americans would back an international agreement that cut carbon emissions 90 percent by 2050. But we aren't left to our own devices. The Koch brothers, for instance, have a combined wealth of $50 billion, meaning they trail only Bill Gates on the list of richest Americans. They've made most of their money in hydrocarbons, they know any system to regulate carbon would cut those profits, and they reportedly plan to lavish as much as $200 million on this year's elections. In 2009, for the first time, the U.S. Chamber of Commerce surpassed both the Republican and Democratic National Committees on political spending; the following year, more than 90 percent of the Chamber's cash went to GOP candidates, many of whom deny the existence of global warming. Not long ago, the Chamber even filed a brief with the EPA urging the agency not to regulate carbon – should the world's scientists turn out to be right and the planet heats up, the Chamber advised, "populations can acclimatize to warmer climates via a range of behavioral, physiological and technological adaptations." As radical goes, demanding that we change our physiology seems right up there.

Environmentalists, understandably, have been loath to make the fossil-fuel industry their enemy, respecting its political power and hoping instead to convince these giants that they should turn away from coal, oil and gas and transform themselves more broadly into "energy companies." Sometimes that strategy appeared to be working – emphasis on appeared. Around the turn of the century, for instance, BP made a brief attempt to restyle itself as "Beyond Petroleum," adapting a logo that looked like the sun and sticking solar panels on some of its gas stations. But its investments in alternative energy were never more than a tiny fraction of its budget for hydrocarbon exploration, and after a few years, many of those were wound down as new CEOs

insisted on returning to the company's "core business." In December, BP finally closed its solar division. Shell shut down its solar and wind efforts in 2009. The five biggest oil companies have made more than $1 trillion in profits since the millennium – there's simply too much money to be made on oil and gas and coal to go chasing after zephyrs and sunbeams.

Much of that profit stems from a single historical accident: Alone among businesses, the fossil-fuel industry is allowed to dump its main waste, carbon dioxide, for free. Nobody else gets that break – if you own a restaurant, you have to pay someone to cart away your trash, since piling it in the street would breed rats. But the fossil-fuel industry is different, and for sound historical reasons: Until a quarter-century ago, almost no one knew that $CO_2$ was dangerous. But now that we understand that carbon is heating the planet and acidifying the oceans, its price becomes the central issue.

If you put a price on carbon, through a direct tax or other methods, it would enlist markets in the fight against global warming. Once Exxon has to pay for the damage its carbon is doing to the atmosphere, the price of its products would rise. Consumers would get a strong signal to use less fossil fuel – every time they stopped at the pump, they'd be reminded that you don't need a semimilitary vehicle to go to the grocery store. The economic playing field would now be a level one for nonpolluting energy sources. And you could do it all without bankrupting citizens – a so-called "fee-and-dividend" scheme would put a hefty tax on coal and gas and oil, then simply divide up the proceeds, sending everyone in the country a check each month for their share of the added costs of carbon. By switching to cleaner energy sources, most people would actually come out ahead.

There's only one problem: Putting a price on carbon would reduce the profitability of the fossil-fuel industry. After all, the answer to the question "How high should the price of carbon be?" is "High enough to keep those carbon reserves that would take us past two degrees safely in the ground." The higher the price on carbon, the more of those reserves would be worthless. The fight, in the end, is about whether the industry will succeed in its fight to keep its special pollution break alive past the point of climate catastrophe, or whether, in the economists' parlance, we'll make them internalize those externalities.

I t's not clear, of course, that the power of the fossil-fuel industry can be broken. The U.K. analysts who wrote the Carbon Tracker report and drew attention to these numbers had a relatively modest goal – they simply wanted to remind investors that climate change poses a very real risk to the stock prices of energy companies. Say something so big finally happens (a giant hurricane swamps Manhattan, a megadrought wipes out Midwest agriculture) that even the political power of the industry is inadequate to restrain legislators, who manage to regulate carbon. Suddenly those Chevron reserves would be a lot less valuable, and the stock would tank. Given that risk, the Carbon Tracker report warned investors to lessen their exposure, hedge it with some big plays in alternative energy.

"The regular process of economic evolution is that businesses are left with stranded assets all the time," says Nick Robins, who runs HSBC's Climate Change Centre. "Think of film cameras, or typewriters. The question is not whether this will happen. It will. Pension systems have been hit by the dot-com and credit crunch. They'll be hit by this." Still, it hasn't been easy to convince investors, who have shared in the oil industry's record profits. "The reason you get bubbles," sighs Leaton, "is that everyone thinks they're the best analyst – that they'll go to the edge of the cliff and then jump back when everyone else goes over."

So pure self-interest probably won't spark a transformative challenge to fossil fuel. But moral outrage just might – and that's the real meaning of this new math. It could, plausibly, give rise to a real movement.

Once, in recent corporate history, anger forced an industry to make basic changes. That was the campaign in the 1980s demanding divestment from companies doing business in South Africa. It rose first on college campuses and then spread to municipal and state governments; 155 campuses eventually divested, and by

the end of the decade, more than 80 cities, 25 states and 19 counties had taken some form of binding economic action against companies connected to the apartheid regime. "The end of apartheid stands as one of the crowning accomplishments of the past century," as Archbishop Desmond Tutu put it, "but we would not have succeeded without the help of international pressure," especially from "the divestment movement of the 1980s."

The fossil-fuel industry is obviously a tougher opponent, and even if you could force the hand of particular companies, you'd still have to figure out a strategy for dealing with all the sovereign nations that, in effect, act as fossil-fuel companies. But the link for college students is even more obvious in this case. If their college's endowment portfolio has fossil-fuel stock, then their educations are being subsidized by investments that guarantee they won't have much of a planet on which to make use of their degree. (The same logic applies to the world's largest investors, pension funds, which are also theoretically interested in the future – that's when their members will "enjoy their retirement.") "Given the severity of the climate crisis, a comparable demand that our institutions dump stock from companies that are destroying the planet would not only be appropriate but effective," says Bob Massie, a former anti-apartheid activist who helped found the Investor Network on Climate Risk. "The message is simple: We have had enough. We must sever the ties with those who profit from climate change – now."

Movements rarely have predictable outcomes. But any campaign that weakens the fossil-fuel industry's political standing clearly increases the chances of retiring its special breaks. Consider President Obama's signal achievement in the climate fight, the large increase he won in mileage requirements for cars. Scientists, environmentalists and engineers had advocated such policies for decades, but until Detroit came under severe financial pressure, it was politically powerful enough to fend them off. If people come to understand the cold, mathematical truth – that the fossil-fuel industry is systematically undermining the planet's physical systems – it might weaken it enough to matter politically. Exxon and their ilk might drop their opposition to a fee-and-dividend solution; they might even decide to become true energy companies, this time for real.

Even if such a campaign is possible, however, we may have waited too long to start it. To make a real difference – to keep us under a temperature increase of two degrees – you'd need to change carbon pricing in Washington, and then use that victory to leverage similar shifts around the world. At this point, what happens in the U.S. is most important for how it will influence China and India, where emissions are growing fastest. (In early June, researchers concluded that China has probably under-reported its emissions by up to 20 percent.) The three numbers I've described are daunting – they may define an essentially impossible future. But at least they provide intellectual clarity about the greatest challenge humans have ever faced. We know how much we can burn, and we know who's planning to burn more. Climate change operates on a geological scale and time frame, but it's not an impersonal force of nature; the more carefully you do the math, the more thoroughly you realize that this is, at bottom, a moral issue; we have met the enemy and they is Shell.

Meanwhile the tide of numbers continues. The week after the Rio conference limped to its conclusion, Arctic sea ice hit the lowest level ever recorded for that date. Last month, on a single weekend, Tropical Storm Debby dumped more than 20 inches of rain on Florida – the earliest the season's fourth-named cyclone has ever arrived. At the same time, the largest fire in New Mexico history burned on, and the most destructive fire in Colorado's annals claimed 346 homes in Colorado Springs – breaking a record set the week before in Fort Collins. This month, scientists issued a new study concluding that global warming has dramatically increased the likelihood of severe heat and drought – days after a heat wave across the Plains and Midwest broke records that had stood since the Dust Bowl, threatening this year's harvest. You want a big number? In the course of this month, a quadrillion kernels of corn need to pollinate across the grain belt, something they can't do if temperatures remain off the charts. Just like us, our crops are adapted to the Holocene, the 11,000-year period of climatic stability we're now leaving... in the dust.

*This story is from the August 2nd, 2012 issue of Rolling Stone.*

**Related**
[Al Gore: Science and Truth Vs. the Merchants of Poison](#)
[Climate Change and the End of Australia](#)
[As the World Burns: Why Big Oil Is Winning on Climate Change](#)

## More Music



**May 24, 9:55 EDT**

[The Billionaires Behind Mitt](#)



**July 19, 9:35 EDT**

[Global Warming's Scary Math](#)



**April 25, 8:00 EDT**

[Interview: Barack Obama](#)



**June 21, 11:20 EDT**

[What Wall St Learned from the Mob](#)

[More Politics »](#)



Daily Newsletter

Get the latest RS news in your inbox.

Sign up to receive the Rolling Stone newsletter and special offers from RS and its marketing partners.

 ○

# Most Popular

- Music
- Politics
- Photos
- Videos

-  [Les Claypool to Auction Prototype Bass](#)

-  [Adam Yauch's Will Prohibits Use of His Music in Ads](#)

-  [Q&A: Michael Nesmith on His Surprising Return to the Monkees](#)

-  [The Who, Spice Girls Perform at London Olympics Closing Ceremony](#)

-  [Surviving Monkees to Launch First Tour Together in 15 Years](#)

-  [Global Warming's Terrifying New Math](#)

-  [Obama, Not Reid, Should Be Taking on Mitt Romney's Tax Record](#)

-  [Taibbi: Paul Ryan, the Latest GOP Whippersnapper to Attack the Middle Class on Behalf of the Rich](#)

-  [Video: Colbert on Romney's 'Amercia' App](#)

-  [The Five Fatal Flaws of Romney's Ryan Veep Pick](#)

-  [Readers' Poll: The Best Neil Young Albums of All Time](#)

-  [2012 Outside Lands Music and Arts Festival](#)

-  [The Spice Girls Through the Years](#)

-  [Pussy Riot: Their Trial in Pictures](#)

-  [Where Are They Now? 1982's Biggest Pop Acts](#)

-  ['Breaking Bad' Cover Shoot](#)

-  [Travers: 'Bourne Legacy' Wrong Sans Damon](#)

-  [Women Who Rock: Ellie Goulding](#)

-  [Video: Band of Horses in the Studio](#)

-  [Mickey Hart on Joining the Grateful Dead](#)

A D V E R T I S E M E N T

# Photos & Videos

[Go To Content](#)

Random Notes: [Hottest Rock Pictures](#)

[Go To Content Play Video](#)

Video: [Karmin Perform 'Hello' Live](#)

[Go To Content](#)

Gallery: [Jason Mraz's Tour Diary](#)

**Sponsored Links**              Buy a link here

**Credit Company Breach**
LifeLock Ultimate™protects your identity from the
effects of data breach.
LifeLock.com

**What is Scientology?**
Scientology is a new kind of religion. Not just
questions but answers.
Scientology.org/What_Is_Scientology

**Woman is 53 But Looks 27**
53/YO Mom reveals 1 simple Wrinkle trick that has
angered doctors...
www.ConsumerLifestyleMag.com

## Best Ever Lists



### Other Lists

- **100** Greatest Guitarists
- **100** Greatest Singers
- **500** Greatest Albums of All Time
- **500** Greatest Songs
- **100** Best Albums of the 2000s
- **100** Greatest Beatles Songs



Contact: Elizabeth Muller
Cell phone: (+1) 510 517 9936
Email: liz@berkeleyearth.org

29 July 2012

## 250 YEARS OF GLOBAL WARMING
### Berkeley Earth Releases New Analysis

According to a new Berkeley Earth study released today, the average temperature of the Earth's land has risen by 1.5 °C over the past 250 years. The good match between the new temperature record and historical carbon dioxide records suggests that the most straightforward explanation for this warming is human greenhouse gas emissions.

Together with their most recent results and papers, Berkeley Earth also released their raw data and analysis programs.  They will be available online at BerkeleyEarth.org on July 30.

The new analysis from Berkeley Earth goes all the way back to 1753, about 100 years earlier than previous groups' analyses.  The limited land coverage prior to 1850 results in larger uncertainties in the behavior of the record; despite these, the behavior is significant.

Robert Rohde, Lead Scientist for Berkeley Earth and the person who carried out most of the analysis, noted that "Sudden drops in the early temperature record (1753 to 1850) correspond to known volcanic events." Volcanoes spew particles into the air, which then reflect sunlight and cool the earth for a few years.   In the Berkeley Earth temperature plot (see figure below), sudden dips in temperature caused by large volcanic explosions are evident back to the late 1700s.



Figure: The temperature of the Earth's land surface, as determined from over 36,000 temperature stations around the globe.  The data is well fit by a simple model containing only known volcanic eruptions and carbon dioxide (dark line).  No contribution from solar variability was necessary to make a good match. The rapid but short (decadal) variations are believed to be due to changes in ocean flows, such as El Nino and the Gulf Stream.

Berkeley Earth compared the shape of the gradual rise over 250 years to simple math functions (exponentials, polynomials) and to solar activity (known through historical records of sunspot numbers), and even to rising functions such as world population.

Richard Muller, Founder and Scientific Director of Berkeley Earth, notes "Much to my surprise, by far the best match was to the record of atmospheric carbon dioxide, measured from atmospheric samples and air trapped in polar ice." He emphasizes that the match between the data and the theory doesn't prove that carbon dioxide is responsible for the warming, but the good fit makes it the strongest contender. "To be considered seriously, any alternative explanation must match the data at least as well as does carbon dioxide."

In its 2007 report the IPCC concluded only that "most" of the warming of the past 50 years could be attributed to humans. It was possible, according to the IPCC, that increased solar activity could have contributed to warming prior to 1956. Berkeley Earth analyzed about 5 times more station records than were used in previous analyses, and this expanded data base along with its new statistical approach allowed Berkeley Earth to go about 100 years farther back in time than previous studies. By doing so, the Berkeley Earth team was able to conclude that over 250 years, the contribution of solar activity to global warming is negligible.

Some of the scientists on the Berkeley Earth team admit surprise that the new analysis has shown such clear agreement between global land-temperature rise and human-caused greenhouse gases. "I was not expecting this," says Richard Muller, "but as a scientist, I feel it is my duty to let the evidence change my mind."

Elizabeth Muller, co-Founder and Executive Director of Berkeley Earth, says that "One of our goals at Berkeley Earth is complete transparency – we believe that everyone should be able to access raw climate data and do their own analysis. Scientists have a duty to be 'properly skeptical', and we are trying to lower the barriers to entry into the field."

Robert Rohde created an online feature that allows people to look up temperature records by location. "If you want to know what the temperature change has been in your city, your state, or even your country, you can now find this online at BerkeleyEarth.org" says Rohde. He adds, "We hope people will have a lot of fun interacting with the data." This feature should be available to the public by Monday July 30.

A previous Berkeley Earth study, released in October 2011, found that the land-surface temperature had risen by about 0.9 °C over the past 50 years (which was consistent with previous analyses) and directly addressed scientific concerns raised by skeptics, including the urban heat island effect, poor station quality, and the risk of data selection bias.

The Berkeley Earth team values the simplicity of its analysis, which does not depend on the large complex global climate models that have been criticized by climate skeptics for their hidden assumptions and adjustable parameters. The conclusion that the warming is due to humans is based simply on the close agreement between the shape of the observed temperature rise and the known greenhouse gas increase.

Elizabeth adds, "The current data does not include ocean temperatures; these will be added in the next phase of the Berkeley Earth studies. Another next step for our team is to think about the implications of our findings."

More information about Berkeley Earth is available at www.BerkeleyEarth.org.

###

If you would like more information on this topic, or to schedule an interview, please contact Elizabeth Muller: liz@berkeleyearth.org; (+1) 510-517-9936.

GEOPHYSICAL RESEARCH LETTERS, VOL. 33, L23503, doi:10.1029/2006GL028024, 2006



# Future abrupt reductions in the summer Arctic sea ice

Marika M. Holland,[1] Cecilia M. Bitz,[2] and Bruno Tremblay[3,4]

Received 30 August 2006; revised 12 October 2006; accepted 19 October 2006; published 12 December 2006.

[1] We examine the trajectory of Arctic summer sea ice in seven projections from the Community Climate System Model and find that abrupt reductions are a common feature of these 21st century simulations. These events have decreasing September ice extent trends that are typically 4 times larger than comparable observed trends. One event exhibits a decrease from 6 million $km^2$ to 2 million $km^2$ in a decade, reaching near ice-free September conditions by 2040. In the simulations, ice retreat accelerates as thinning increases the open water formation efficiency for a given melt rate and the ice-albedo feedback increases shortwave absorption. The retreat is abrupt when ocean heat transport to the Arctic is rapidly increasing. Analysis from multiple climate models and three forcing scenarios indicates that abrupt reductions occur in simulations from over 50% of the models and suggests that reductions in future greenhouse gas emissions moderate the likelihood of these events. **Citation:** Holland, M. M., C. M. Bitz, and B. Tremblay (2006), Future abrupt reductions in the summer Arctic sea ice, *Geophys. Res. Lett.*, *33*, L23503, doi:10.1029/2006GL028024.

## 1. Introduction

[2] Arctic sea ice has undergone dramatic changes in recent years with considerable thinning of the ice pack [*Rothrock et al.*, 1999; *Wadhams and Davis*, 2000], a sharp reduction in the multi-year ice area [*Johannessen et al.*, 1999; *Comiso*, 2002], and record minimum September ice cover [*Serreze et al.*, 2003; *Stroeve et al.*, 2005]. These changes have led to the suggestion that a "tipping point" may have been reached in which strong positive feedbacks accelerate ice retreat and result in an era of thinner, less extensive ice cover in the Arctic [*Lindsay and Zhang*, 2005]. However, the patchy observational record and considerable natural variability in the Arctic make it difficult to assess whether a tipping point has actually been reached.

[3] Evidence is mounting that the observed changes are associated with anthropogenically driven climate change [*Vinnikov et al.*, 1999; *Johannessen et al.*, 2004] and climate models predict Arctic change to continue into the foreseeable future [*Houghton et al.*, 2001; *Arzel et al.*, 2006; *Zhang and Walsh*, 2006]. The transition from perennial to seasonal Arctic ice cover has numerous implications for the climate system. Additionally, the rate and manner in which sea ice

retreats affects the ability of ecosystems and societies to adapt to these changes. Here we examine the potential for abrupt transitions in the future Arctic summer sea ice from climate models that have contributed output to the Intergovernmental Panel on Climate Change fourth assessment report (IPCC-AR4).

## 2. Model Simulations

[4] We analyze seven ensemble members of 20th and 21st century simulations from the Community Climate System Model, version 3 (CCSM3) [*Collins et al.*, 2006a]. The atmospheric component uses the Community Atmosphere Model, version 3 [*Collins et al.*, 2006b] which uses T85 (~1.4 degree) resolution and 26 vertical levels. The ocean component [*Smith and Gent*, 2004] uses an isopycnal transport parameterization [*Gent and McWilliams*, 1990] and surface boundary layer vertical mixing from *Large et al.* [1994]. The model is run at a nominally 1-degree resolution with the north pole displaced into Greenland. No filtering is used in the ocean model at high latitudes. The Community Sea Ice Model [*Briegleb et al.*, 2004; *Holland et al.*, 2006a] uses energy conserving thermodynamics [*Bitz and Lipscomb*, 1999], an elastic-viscous-plastic rheology [*Hunke and Dukowicz*, 1997], and a subgridscale ice thickness distribution [*Thorndike et al.*, 1975]. It is run on the same grid as the ocean model and uses five ice thickness categories plus an open water category. The land component [*Bonan et al.*, 2002] includes a subgrid mosaic of plant functional types and land cover types as derived from satellite observations. It is run on the same grid as the atmosphere model.

[5] The simulations discussed here were performed as a contribution to the IPCC-AR4. They include integrations from 1870–1999 in which different ensemble members were initialized from different Januaries of a multi-century "preindustrial" control run with constant external forcings based on 1870 conditions. The 1870–1999 integration was driven with variations in sulfates, solar input, volcanoes, ozone, a number of greenhouse gases, halocarbons, and black carbon that are based on the observed record and offline chemical transport models. The simulations were then continued through the 21st century using the *Special Report on Emission Scenarios* (SRES) A1B forcing [*Houghton et al.*, 2001]. This scenario reaches 720ppm $CO_2$ levels by 2100 and is one of the "middle of the road" SRES scenarios used in IPCC runs.

[6] Results from 15 additional models (Auxiliary Material[1]) are also discussed. These model simulations are available through the IPCC-AR4 archive maintained by the Program for Climate Model Diagnosis and Intercomparison

[1] National Center for Atmospheric Research, Boulder, Colorado, USA.
[2] Atmospheric Sciences, University of Washington, Seattle, Washington, USA.
[3] Lamont Doherty Earth Observatory of Columbia University, Palisades, New York, USA.
[4] Now at Department of Atmospheric and Oceanic Sciences, McGill University, Montreal, Quebec, Canada.

Copyright 2006 by the American Geophysical Union.
0094-8276/06/2006GL028024$05.00

[1] Auxiliary materials are available at ftp://ftp.agu.org/apend/gl/ 2006gl028024.



**Figure 1.** (a) Northern Hemisphere September ice extent for Run 1 (black), the Run 1 five-year running mean (blue), and the observed five-year running mean (red). The range from the ensemble members is in dark grey. Light grey indicates the abrupt event. (b) The Run 1 (black) and observed (red) 1990s averaged September ice edge (50% concentration) and Run 1 conditions averaged over 2010–2019 (blue) and 2040–2049 (green). The Arctic region used in our analysis is shown in grey.

(PCMDI). All of these models incorporate a dynamic-thermodynamic sea ice model but they differ in their resolution, component physics and physical parameterizations. They also differ in their simulated polar climate [*Arzel et al.*, 2006; *Zhang and Walsh*, 2006]. Model simulations using the SRES B1 forcing, which reaches 550 ppm $CO_2$ by 2100, and the SRES A2 forcing, which reaches 850 ppm $CO_2$ by 2100, are also discussed.

### 3. CCSM3 Results

[7] The CCSM3 simulations compare well to the observed ice cover including their recent retreat (Figure 1a) [*Holland et al.*, 2006b]. The simulations do not however indicate that ice retreat will continue at a constant rate into the future. Instead, they show abrupt transitions that suggest near ice-free Septembers could be reached within 30–50 years. The simulated changes are surprisingly rapid. To illustrate these changes and the mechanisms driving them, we present the results from one realization (Run 1) of a group of seven ensemble members. To demonstrate the robustness of the results, we evaluate other ensemble members of the same model and simulations from other models.

[8] In the 20th century, the rate of the simulated September ice retreat is in accord with observations (Figure 1a). From 1979–2005, the Run 1 ice extent decreases by 10% per decade, which is consistent with the observed 8% per decade decrease when accounting for intrinsic variability as assessed from the different ensemble members. The late-20th century Arctic is mostly covered with perennial ice, with reduced concentration in summer along the shelves where first year ice melts away (Figure 1b). The simulated ice declines rapidly from 1998 to 2003, losing 20% of its extent in 6 years. The rate of change then becomes more modest again until 2024. From 2003–2024, the simulated Arctic (Figure 1b) still has more than 60% perennial coverage, although, compared to the late 20th century, the September ice concentration is reduced with large open water areas along the Arctic shelves. Starting in 2024, the September ice retreats rapidly from approximately 6 million $km^2$ to 2 million $km^2$ in a decade (Figure 1). Over this event, the trend of the 5-year running mean smoothed timeseries is −0.4 million $km^2$ per year, which is over 3 times larger than any comparable trend in any 10-year interval of the observed 1979–2005 record [*Fetterer and Knowles*, 2002] and about 5 times larger than any compa-

rable 10-year trend of the simulated 20th century timeseries. After this event, by 2040, a small amount of perennial ice remains along the north coast of Greenland and Canada, leaving the majority of the Arctic basin ice free in September (Figure 1b).

[9] There are multiple factors that contribute to this simulated abrupt change in September ice cover. The globe warms over the 21st century and reductions in annual average ice extent exhibit a nearly linear relationship with the global warming after approximately 2020. This is similar to previous modeling studies [*Gregory et al.*, 2002]. However, summer ice cover reductions are not linearly related to the global-averaged air temperature but instead exhibit the signature of the abrupt retreat.

[10] An analysis separating the contributions to the ice extent change from thermodynamics and dynamics indicates that the abrupt change is thermodynamically driven, with ice dynamic effects (i.e. transport or ridging) playing little direct role. Over the run (Figure 2a), the ice cover thins from about 4 m to less than 1 m. The abrupt transition in September extent is associated with large reductions in ice thickness, but these are similar to earlier decreases that have little associated ice extent change (for example from 1920–1940). As the ice pack thins, a given melt rate has a more direct influence on the summer minimum ice extent, as large regions of ice can melt away completely, accelerating open water formation. As such, "the efficiency of open water production" (defined as the percent open water formation per cm of ice melt over the melt season) (Figure 2b) increases nonlinearly as the ice thins.

[11] The relationship between thickness and rate of open water formation suggests that there may be a critical winter ice thickness that is equal to the total potential for summer melt. Once the threshold is reached, large regions of the ice pack could melt away. While this is a reasonable idea, the reality of the model simulations is considerably more complex. Analysis of the seven ensemble members lends no evidence that a common critical state in the mean or distribution of ice thickness exists either regionally or at the basin-scale. Instead, the interplay of simulated natural variability and forced change influences the rate of summer ice retreat, contaminating any easily identifiable critical ice state and making the prediction of the abrupt transitions difficult.

[12] The increase in "open water production efficiency" with thinning hastens ice retreat regardless of whether



**Figure 2.** (a) The Arctic averaged March ice thickness and (b) the open water formation efficiency as a function of the March ice thickness for Run 1. The open water formation efficiency equals the open water formation (in percent) per cm of ice melt averaged over the melt season from May through August.

summer melt is increasing. However, basal melting clearly does increase in part due to the surface albedo feedback, in which solar absorption in open water increases as the ice retreats (Figure 3a). Over the melt season, this increased heating warms the ocean mixed layer, increases basal melting, and delays the onset of ice growth.

[13] Changes in ocean heat transport to the Arctic also play an important role in increasing the net melt rate. Over the 20th and 21st centuries, this heat transport exhibits a gradual upward trend overlaid by periods of rapid increase (Figure 3a). These rapid "pulse-like" events lead changes in the sea ice by 1–2 years, which is evident from the timeseries of detrended heat transport and detrended ice thickness (Figure 3b). For Run 1, a rapid increase in heat transport starts around year 2020, modifies the ice growth/ melt rates, and triggers positive feedbacks that then accelerate the ice retreat.

[14] Increasing ocean heat transport to the Arctic occurs even while the North Atlantic receives less poleward heat transport with a weakening meridional overturning circulation. These increases are related to strengthened ocean currents and warmer waters entering the Arctic Ocean from southern latitudes. Previous studies [*Bitz et al.*, 2006] suggest that such increases in future climate projections are associated with the changing ice cover. As the ice cover thins, it becomes a weaker insulator resulting in larger ice production during the autumn/winter. The consequent increase in winter brine rejection drives ocean ventilation, and strengthens the inflow of warm Atlantic waters.

[15] The simulated changes in ocean heat transport to the Arctic result in changes in Atlantic layer heat content that are comparable to those in the observed record [*Polyakov et al.*, 2004]. Many aspects of these changes have intriguing similarities to observations. A warming of the intermediate depth Atlantic layer within the Arctic Ocean is observed over the 20th century [*Polyakov et al.*, 2004] with a gradual warming superimposed by rapid, "pulse-like" events that originate in the Atlantic [*Quadfasel et al.*, 1991; *Polyakov et al.*, 2005]. Increases in the transport and temperature of the waters entering the Arctic from the Atlantic are implicated in these warmings [*Schauer et al.*, 2004; *McLaughlin et al.*, 1996; *Swift et al.*, 1997], much like the model results.

## 4. Results From Other CCSM3 Ensemble Members

[16] How extraordinary is the abrupt transition in the September ice cover of the single realization shown above? How robust are the processes that contribute to this transition? Here we describe six additional ensemble members from the same model and the same SRES A1B external forcing scenario. We identify an abrupt event when the derivative of the five-year running mean smoothed September ice extent timeseries exceeds a loss of 0.5 million km$^2$ per year, equivalent to a loss of 7% of the 2000 ensemble mean ice extent in a single year. The event length is determined by the time around the transition for which the derivative of the smoothed timeseries exceeds a loss of 0.15 million km$^2$ per year. While this definition is subjective, it clearly identifies rapid decreases in the ice cover. Using these definitions, all of the ensemble members have rapid transitions in the September ice cover (Figure 4). The events generally last for 5 years and the rates of decay over the events are about four times faster than a typical 5-year



**Figure 3.** (a) The anomalies relative to the 1990–1999 mean of Run 1 annual absorbed solar radiation in the Arctic Ocean (red) and ocean heat transport (OHT) to the Arctic (black). The OHT is integrated over the full ocean depth and includes transports through Fram Strait, the Barents Sea, the Bering Strait and the Canadian Archipelago. (b) The 1950–2100 normalized and detrended negative OHT to the Arctic (black) and ice thickness (red). Thick lines show the five-year running mean. The abrupt event is shown in grey.



**Figure 4.** The Northern Hemisphere September ice extent from six additional CCSM3 A1B ensemble members. The five-year running mean (blue) and observed extent (red) are also shown. Grey shading indicates an abrupt transition as defined in the text.

trend in the 1979–2005 smoothed observational timeseries or the simulated 20th century timeseries (Table 1). The minimum trend over a simulated event is 2.7 times larger than any comparable trend in any 5-year interval from the observations. The timeseries from Run 1 (Figure 1a) is more remarkable for the length of the abrupt change than for the rate of change. All of the abrupt transitions are thermodynamically driven. All of the runs exhibit increased open water production efficiency as the ice thins, increased solar radiation absorbed in the ocean, and rapid increases in ocean heat transport to the arctic that lead and possibly trigger the events.

## 5. Results From Other Climate Models

[17] Similar abrupt reductions in the September Arctic ice cover are present in a number of future climate projections by other models participating in the IPCC-AR4 (Auxiliary Material). In fact, six of an additional 15 models archived on the IPCC data center, also exhibit abrupt September ice retreat in their A1B scenario runs. The length of the transitions varies from 3 to 8 years among the models. Of the models that do not simulate abrupt reductions, four have an unrealistic late 20th century ice extent and/or thickness. This likely influences the possibility that abrupt transitions are simulated in the models. Other aspects that may affect the simulation of abrupt events, including the intrinsic variability in ice thickness and extent as assessed from the 20th century simulations and differing sea ice model physics and resolution, have also been considered but no clear relationship between these properties and the presence or absence of abrupt transitions has been identified. Instead, multiple factors including the simulated climatology, strength of feedback mechanisms, and modeled intrinsic variability play a complex and interacting role in the future sea ice trajectory from the models.

[18] The future emissions scenario used to force the model affects the likelihood of abrupt sea ice reductions. In models forced with anthropogenic greenhouse gas levels

increasing at a slower rate (the SRES B1 scenario), only three of 15 models obtain abrupt transitions lasting from 3–5 years. In simulations with anthropogenic greenhouse gas levels increasing at a faster rate (the SRES A2 scenario), seven of 11 models with available data obtain an abrupt retreat in the ice cover. The abrupt events in these runs last from 3–10 years and typically have larger rates of change.

## 6. Concluding Remarks

[19] The possibility of abrupt transitions in the future Arctic sea ice has consequences for the entire Arctic system. Here we have shown that CCSM3 climate model projections suggest that abrupt changes in the summer Arctic sea ice cover are quite likely and can occur early in the 21st century, with the earliest event in approximately 2015. These transitions are associated with an increased open water formation efficiency for a given melt rate as the ice thins. The surface albedo feedback accelerates the ice retreat as more solar radiation is absorbed in the surface ocean, increasing ice melt. Additionally, rapid increases in ocean heat transport to the Arctic generally lead and possibly trigger the events.

**Table 1.** Information on the Abrupt Transitions in September Ice Extent From the CCSM3 Ensemble Members[a]

| Run | Years | Length, years | Trend, $10^6$ km$^2$/year |
|---|---|---|---|
| Run 1 | 2024–2033 | 10 | −0.39 |
| Run 2 | 2025–2029 | 5 | −0.44 |
| Run 3 | 2030–2034 | 5 | −0.42 |
| Run 4 | 2027–2034 | 8 | −0.32 |
| Run 5 | 2029–2034 | 6 | −0.51 |
| Run 5 | 2042–2045 | 4 | −0.41 |
| Run 6 | 2012–2016 | 5 | −0.49 |
| Run 6 | 2043–2047 | 5 | −0.38 |
| Run 7 | 2045–2049 | 5 | −0.39 |

[a]The length is computed as defined in the text. The trend of the smoothed timeseries over the length of the abrupt event is shown in units of millions of square km per year.

[20] An analysis of additional climate models and future forcing scenarios indicates that abrupt transitions in the Arctic summer ice cover are not only present in the CCSM3 model but occur in numerous other projections of the future Arctic sea ice. Reductions in future greenhouse gas emissions reduce the likelihood and severity of such events. A recent study [*Winton*, 2006] also indicates that under higher emissions scenarios some climate models exhibit abrupt transitions to completely ice-free conditions as first year ice is also lost. Abrupt transitions such as those exhibited by climate models would undoubtedly further strain adaptation of ecosystems and native peoples to climate change.

[21] **Acknowledgments.** We acknowledge the international modeling groups for providing their data for analysis, the Program for Climate Model Diagnosis and Intercomparison (PCMDI) for collecting and archiving the model data, the JSC/CLIVAR Working Group on Coupled Modeling (WGCM) and their Coupled Model Intercomparison Project (CMIP) and Climate Simulation Panel for organizing the model data analysis activity, and the IPCC Wg1 TSU for technical support. The IPCC Data Archive at Lawrence Livermore National Laboratory is supported by the Office of Science, U.S. Department of Energy. We thank two anonymous reviewers for helpful suggestions and thank NSF-OPP, NSF-ATM, and NASA for support.

## References

Arzel, O., T. Fichefet, and H. Goosse (2006), Sea ice evolution over the 20th and 21st centuries as simulated by current AOGCMs, *Ocean Modell.*, *12*, 401–415.

Bitz, C. M., and W. H. Lipscomb (1999), An energy-conserving thermodynamic model of sea ice, *J. Geophys. Res.*, *104*, 15,669–15,677.

Bitz, C. M., P. R. Gent, R. A. Woodgate, M. M. Holland, and R. Lindsay (2006), The influence of sea ice on ocean heat uptake in response to increasing $CO_2$, *J. Clim.*, *19*, 2437–2450.

Bonan, G. B., et al. (2002), The land surface climatology of the Community Land Model coupled to the NCAR Community Climate Model, *J. Clim.*, *15*, 3123–3149.

Briegleb, B. P., C. M. Bitz, E. C. Hunke, W. H. Lipscomb, M. M. Holland, J. L. Schramm, and R. E. Moritz (2004), Scientific description of the sea ice component in the Community Climate System Model, version three, *NCAR Tech. Note*, *NCAR/TN-463+STR*, Nat. Cent. for Atmos. Res., Boulder, Colo.

Collins, W. D., et al. (2006a), The Community Climate System Model: CCSM3, *J. Clim.*, *19*, 2122–2143.

Collins, W. D., et al. (2006b), The formulation and atmospheric simulation of the Community Atmospheric Model: CAM3, *J. Clim.*, *19*, 2144–2161.

Comiso, J. C. (2002), A rapidly declining perennial sea ice cover in the Arctic, *Geophys. Res. Lett.*, *29*(20), 1956, doi:10.1029/2002GL015650.

Fetterer, F., and K. Knowles (2002), Sea ice index, digital media, Natl. Snow and Ice Data Cent., Boulder, Colo.

Gent, P. R., and J. C. McWilliams (1990), Isopycnal mixing in ocean circulation models, *J. Phys. Oceanogr.*, *20*, 150–155.

Gregory, J. M., P. A. Stott, D. J. Cresswell, N. A. Rayner, C. Gordon, and D. M. H. Sexton (2002), Recent and future changes in Arctic sea ice simulated by the HadCM3 AOGCM, *Geophys. Res. Lett.*, *29*(24), 2175, doi:10.1029/2001GL014575.

Holland, M. M., C. M. Bitz, E. C. Hunke, W. H. Lipscomb, and J. L. Schramm (2006a), Influence of the sea ice thickness distribution on Polar Climate in CCSM3, *J. Clim.*, *19*, 2398–2414.

Holland, M. M., J. Finnis, and M. C. Serreze (2006b), Simulated Arctic Ocean freshwater budgets in the 20th and 21st centuries, *J. Clim.*, *19*, 6221–6242.

Houghton, J. T., , et al. (Eds.) (2001), *Climate Change 2001: The Scientific Basis*, Cambridge Univ. Press, New York.

Hunke, E. C., and J. K. Dukowicz (1997), An elastic-viscous-plastic model for sea ice dynamics, *J. Phys. Oceanogr.*, *27*, 1849–1867.

Johannessen, O. M., E. V. Shaline, and M. W. Miles (1999), Satellite evidence for an Arctic sea ice cover in transformation, *Science*, *286*, 1937–1939.

Large, W. G., J. C. McWilliams, and S. C. Doney (1994), Ocean vertical mixing: A review and a model with a nonlocal boundary layer parameterization, *Rev. Geophys.*, *32*, 363–403.

Lindsay, R. W., and J. Zhang (2005), The thinning of Arctic sea ice, 1988–2003: Have we passed a tipping point?, *J. Clim.*, *18*, 4879–4894.

McLaughlin, F. A., E. C. Carmack, R. W. Macdonald, and J. K. B. Bishop (1996), Physical and geochemical properties across the Atlantic/Pacific water mass front in the southern Canadian Basin, *J. Geophys. Res.*, *101*, 1183–1197.

Polyakov, I. V., G. V. Alekseev, L. A. Timokhov, U. S. Bhatt, R. L. Colony, H. L. Simmons, D. Walsh, J. E. Walsh, and V. F. Zakharov (2004), Variability of the intermediate Atlantic water of the Arctic Ocean over the last 100 years, *J. Clim.*, *17*, 4485–4497.

Polyakov, I. V., et al. (2005), One more step toward a warmer Arctic, *Geophys. Res. Lett.*, *32*, L17605, doi:10.1029/2005GL023740.

Quadfasel, D. A., A. Sy, D. Wells, and A. Tunik (1991), Warming in the Arctic, *Nature*, *350*, 385.

Rothrock, D. A., Y. Yu, and G. A. Maykut (1999), Thinning of the Arctic sea-ice cover, *Geophys. Res. Lett.*, *26*, 3469–3472.

Schauer, U., E. Fahrbach, S. Osterhus, and G. Rohardt (2004), Arctic warming through the Fram Strait: Oceanic heat transport from 3 years of measurements, *J. Geophys. Res.*, *109*, C06026, doi:10.1029/2003JC001823.

Serreze, M. C., J. A. Maslanik, T. A. Scambos, F. Fetterer, J. Stroeve, K. Knowles, C. Fowler, S. Drobot, R. G. Barry, and T. M. Haran (2003), A record minimum arctic sea ice extent and area in 2002, *Geophys. Res. Lett.*, *30*(3), 1110, doi:10.1029/2002GL016406.

Smith, R., and P. Gent (2004), Reference manual for the Parallel Ocean Program (POP) ocean component of the Community Climate System Model (CCSM2.0 and 3.0), *LAUR-02-2484*, Los Alamos Natl. Lab., Los Alamos, N. M.

Stroeve, J. C., M. C. Serreze, F. Fetterer, T. Arbetter, W. Meier, J. Maslanik, and K. Knowles (2005), Tracking the Arctic's shrinking ice cover: Another extreme September minimum in 2004, *Geophys. Res. Lett.*, *32*, L04501, doi:10.1029/2004GL021810.

Swift, J. H., E. P. Jones, K. Aagaard, E. C. Carmack, M. Hingston, R. W. MacDonald, F. A. McLaughlin, and R. G. Perkin (1997), Waters of the Makarov and Canada Basins, *Deep Sea Res., Part I*, *48*, 1503–1529.

Thorndike, A. S., D. S. Rothrock, G. A. Maykut, and R. Colony (1975), Thickness distribution of sea ice, *J. Geophys. Res.*, *80*, 4501–4513.

Vinnikov, K. Y., A. Robock, R. J. Stouffer, J. E. Walsh, C. L. Perkinson, D. J. Cavalieri, J. F. B. Mitshell, D. Garrett, and V. F. Zakharov (1999), Global Warming and Northern Hemisphere Sea ice extent, *Science*, *286*, 1934–1937.

Wadhams, P., and N. R. Davis (2000), Further evidence of ice thinning in the Arctic Ocean, *Geophys. Res. Lett.*, *27*, 3973–3975.

Winton, M. (2006), Does the Arctic sea ice have a tipping point?, *Geophys. Res. Lett.*, doi:10.1029/2006GL028017, in press.

Zhang, X., and J. E. Walsh (2006), Toward a seasonally ice-covered Arctic Ocean: Scenarios from the IPCC AR4 model simulations, *J. Clim.*, *19*, 1730–1747.

―――――――――――――

C. M. Bitz, Atmospheric Sciences, University of Washington, Box 35164, Seattle, WA 98195-1640, USA. (bitz@atmos.washington.edu)

M. M. Holland, National Center for Atmospheric Research, 1850 Table Mesa Drive, Boulder, CO 80305, USA. (mholland@ucar.edu)

B. Tremblay, Department of Atmospheric and Oceanic Sciences, McGill University, Montreal, QC, Canada H3A 2K6. (tremblay@ldeo.columbia.edu)

# Upstream Oil and Gas Emissions Measurement Project

Robin Segall, Jason DeWees, and Dennis Mikel
U.S. Environmental Protection Agency, Office of Air Quality Planning & Standards,
E143-02, Durham, NC 27711
segall.robin@epa.gov

Eben Thoma
U.S. Environmental Protection Agency, Office of Research and Development, E343-02,
Durham, NC 27711
thoma.eben@epa.gov

Cindy Beeler
U.S. Environmental Protection Agency, Region 8, 8ENF-AT, 1595 Wynkoop St.,
Denver, CO 80202
beeler.cindy@epa.gov

## ABSTRACT

In recent years, Colorado has seen ozone levels that exceed national ambient air quality standards with levels increasing at several sites. It is thought that volatile organic compound (VOC) emissions from the prevalent upstream oil and gas operations may contribute in part to these exceedances. In 2008, EPA Region 8 requested OAQPS assistance in quantifying VOC emissions from upstream oil and gas facilities as currently there is limited data, particularly regarding fugitive emissions, from this these operations. Oil and gas fields provide very challenging emission testing issues due to the large number and variety of emissions points including separators, dehydrators, generators, gas-powered pneumatics, injection wells, heaters, compressors/engines, storage tanks, and produced water ponds along with activities such as well drilling, well completion, well work over, and loading/unloading of oil/produced water into trucks. Though interested in VOC data for all these emission points, Region 8 wanted to first focus on quantifying VOC emissions from the produced water ponds. Our project team (EPA OAQPS, EPA ORD and their contractors, Region 8, Colorado, and Wyoming) chose to use EPA Other Test Method 10 (OTM 10), an optical remote sensing-based technique, with two open-path Fourier transform infrared (OP-FTIR) instruments in a four corners configuration to provide mass emission flux estimates for a representative alkane mixture. To supplement the alkane mixture flux assessment, FTIR spectra for select VOC compounds that were individually quantifiable were analyzed for concentration and reported as flux estimates using a ratio approach. VOC concentrations were determined at a point along two of the FTIR beam paths using summa canisters with EPA Method TO-14A and TO-15 analysis to provide additional information on the overall VOC emissions from the ponds. The data from this study is currently under internal review by EPA.

**INTRODUCTION**

EPA Region 8 and, in particular, the State of Colorado is home to numerous upstream oil and gas operations. In recent years, Colorado has seen ozone levels that exceed national ambient air quality standards with levels increasing at several sites. It is thought that emissions of volatile organic carbon (VOC) ozone precursor compounds from upstream oil and gas operations may contribute in part to these exceedances. With the anticipated increase in oil and gas operations in this area of the country coupled with new lowered ozone standards, exceedances may potentially increase. The VOC including hazardous air pollutants (HAPS) is a concern to the public and press which has prompted inquiries to the affected state agencies and EPA Region 8. In addition, emissions from upstream oil and gas operations include a significant proportion of methane, an additional concern as regulating agencies consider greenhouse gas emissions quantification, reporting, and control.

There is significant uncertainty regarding fugitive emissions from upstream oil and gas production operations which start with drilling, well completion and work-over activities, to well-site operations through to midstream production and waste handling. Models exist to estimate emissions from some of these emission sources such as amine units, glycol dehydrators and oil/condensate storage tanks, but these modeled emissions represent only a fraction of the emissions from oil and gas production activities. Development and application of tools to quantify both VOC and methane emissions would help (1) better assess emission contributions from upstream oil and gas operations, (2) in development of a more robust inventory of oil and gas operation emissions from which mitigation options can be quantified and compared. This can ultimately lead to more effective control of ozone precursors and greenhouse gases and protection of air quality.

Oil and gas fields, however, provide very unique and challenging testing issues due to their large variety and quantity of emissions sources. For example, one 30 mile by 15 mile section of Garfield County in Colorado contains over 3,000 well sites and Weld County in Colorado contains over 10,000 well sites. Producing oil or gas well sites each require various combinations of supporting process equipment such as separators, dehydrators, generators, natural gas powered pneumatic devices, injection wells, heaters, compressors/engines, storage tanks, and produced water ponds. In addition to all these potential emissions sources, there are also a variety of activities such as well drilling, well completion, well work over, and loading/unloading of oil/produced water into trucks which have the potential to generate organic emissions.

The project team with representatives from EPA OAQPS, EPA ORD and their contractor (ARCADIS U.S., Inc.), EPA Region 8, and the states of Colorado and Wyoming are working on a multi-phased research effort to measure emissions from upstream oil and gas operations. This paper describes the first phase of the project addressing an immediate need of Region 8 and its states to improve understanding of VOC emissions from produced water evaporation ponds. These emissions data will help

stakeholders increase understanding regarding the accuracy of their emission inventories and further residual risk knowledge and potential environmental impact of this source category. This testing may also provide a basis for future protocols for testing this source category.

**METHODS**

Two produced water evaporation pond facilities in Colorado were each tested for four days each over a two week period from August 6 to 15, 2008. The first site consisted of a large evaporation pit and two holding ponds of approximately three acres each (see Figure 1). As explained by the site operator, water produced by the upstream oil and gas operations is delivered by truck and is pumped into receiving tanks where it is heated to yield the first stage of separation. It is then transferred to an oil/water separator (for the second stage of separation). Recovered oil is stored for later sale. The water then passes through the skim pond and into the North Pond (the one enclosed by the red box in Figure 1) which utilizes aerobic bacteria to reduce hydrocarbons. Water is pumped back and forth between the North and South Ponds and agitators are located across the bottom of each pond to aid the mixing. Water from the South Pond is eventually pumped out of the South Pond (frac water) and trucked or piped back to the field to be used again.



Figure 1. First test site.

The second site tested was much less complex and is shown in Figure 2. Here, the produced water is transported to the facility via a pipeline and into tanks on the northern side of the pond for a one-stage separation using chemical demulsifying agents prior to being pumped into the pond. The brown areas north of the pond and tanks are racks of used pipes, another likely source of hydrocarbons.



**Figure 2.  Second test site.**

For this project, the estimate of pollutant mass emission flux from the facility sources was produced using EPA method OTM 10.[1,2,3] OTM 10 utilizes ground-based optical remote sensing technologies and multiple non-intersecting beam paths in a vertical plane downwind from the emission source to obtain a mass-equivalent plume map.  This concentration plume map, in conjunction with wind speed and direction, is used to obtain the mass rate flux of pollutant(s) passing through the vertical plane.  The measured flux is used to estimate the emission rate of the upwind source being characterized. For this measurement program, two open-path Fourier transform infrared (OP-FTIR) instruments deployed at each in a "four-corners configuration" yielding four vertical measurement planes (see Figure 3).

The measurement approach included two steps: (1) acquisition and analysis of path-integrated concentration (PIC) data of air pollutants along multiple beam paths using OP-FTIR, and (2) the vertical radial plume mapping (VRPM) analytical approach of

OTM 10 which calculates the mass emission flux estimate for the upwind source. The acquisition of PIC data was accomplished using three beams for each of the four flux planes. The two OP-FTIR instruments (A and E) were set up around the pond sources as shown by the red lines in Figures 1 and 2. In the four corners configuration, the four flux planes provide continuous measurement coverage under changing wind directions. The flux planes are labeled with a letter (A or E) representing the OP-FTIR system along with the beam paths (1,2,3 or 4,5,6) to form unique identifiers. Alternating scans were made between the two VRPM planes of each OP-FTIR. At both facilities, the position of the VRPM flux measurement planes were chosen to maximize the capture of fugitive emissions from the ponds taking into account the suspected source locations and site constraints.



**Figure 3.    Four-corners Measurement Configuration.**

For this project, OP-FTIR data reduction focused on of the PIC values of a representative alkane mixture (AM, including straight-chain and bent-chain alkanes C-4 to C-8, butane, pentane, hexane, heptane, octane) by spectroscopic analysis of the infrared absorption features in the C-H stretch spectral region around 2950 $cm^{-1}$. Spectral analysis of each individual compound is not possible due to the similarity in the shapes of there absorption band. In addition, individually quantifiable hydrocarbons species (e.g., methane) were analyzed if present at concentrations above the MDL for the OP-FTIR

In addition to the OTM 10 measurements, evacuated summa canister samples were collected at both sites to provide supporting information on VOC concentration levels proximate to the OTM 10 flux planes and to provide an estimate of trace VOC emissions fluxes by using an OP-FTIR/summa canister ratio technique. Summa canister sampling and analysis was utilized since the samples collected and analyzed using Methods TO-14A and TO-15[4] yield lower method detection limits (MDL) for most target compounds than the path-integrated measurements done with OP-FTIR, thus providing useful information on concentrations of trace VOCs . Canisters were placed at an approximate 1 m height near the location of the lowest beam paths of the respective

VRPM planes (paths 1 or 4 shown in Figure 3). Three samples were collected at a time: two canisters were co-located at a location near the midpoint of the downwind VRPM plane, and one canister was deployed near the midpoint of the upwind VRPM plane. On some days, two sets of samples were collected, one in the morning and one in the afternoon. A total of 28 canister samples were collected between the two sites.

**RESULTS**

For this project, we used an OTM 10 VRPM calculation producing an approximately four-minute rolling average for flux value for each of the four vertical planes. Calculations of the alkane mixture flux through the measurement plane were conducted only when specific data quality indicators (wind speed, wind direction, path averaged concentration ratios and instrument operation) were met. To calculate the net flux for the emission source within the four vertical plane configurations, the measured fluxes for the two downwind vertical planes were added together and the fluxes of the two upwind vertical planes were subtracted as background. This was accomplished using 20-minute averages for each flux plane; the reason for this longer averaging time was the upwind and downwind plane pairs are not time synchronized for the 4-minute average time periods, so it is necessary to average several successive primary flux values to ensure that the net flux calculation is composed of temporally comparable results. This allowed robust determination of net flux of the ponds confined by the 4-plane configuration at times when very low background (upwind planes) fluxes are measured. At other times, emission fluxes from a source external to the configuration, such as the skim pond at the first site, could be accurately measured.

Where methane and other VOC where detected by OP-FTIR, the OP-FTIR spectra were also used to determine the concentrations of methane and those VOCs at the two sites. The methane and VOC concentrations were ratioed to the alkane mixture concentrations from the same time period to produce an estimate of the methane and VOC fluxes.

The summa canister samples analyzed by EPA Methods TO-14A and TO-15 were used to estimate flux concentrations of trace VOC that were not detected by OP-FTIR as well as several VOC that were detected by the FTIR. In a manner similar to FTIR methane flux determinations, the trace VOC concentrations determined using the summa canisters and Methods TO-14A and15 were ratioed to the alkane mixture concentrations from co-located FTIR beam at the same time period to produce flux estimates. Though the summa canister/TO-14A and 15 measurements provides better detection limits for the trace VOC than the OP-FTIR measurements, they have a higher level of uncertainty with regard to emission flux because they represent only a single point sample while the FTIR multi-beam PIC data average over the spatial heterogeneities of the emission plumes.

Preliminary results from these measurement techniques will be presented at the conference.

**REFERENCES**

1. EPA Test Method (OTM 10), Optical Remote Sensing for Emission Characterization from Non-Point Sources, 2006, USEPA Technology Transfer Network Emission Measurement Center, web site; http://www.epa.gov/ttn/emc/prelim/otm10.pdf.

2. Hashmonay, R. A.; Natschke, D. F.; Wagoner, K.; Harris, D. B.; Thompson, E. L.; Yost, M.G. Field Evaluation of a Method for Estimating Gaseous Fluxes from Area Sources Using Open-Path Fourier Transform Infrared; Environ. Sci. Technol. 2001, 35, 2309-2313.

3. Thoma, E. D.; Shores, R. C.; Thompson, E. L.; Harris, D. B.; Thorneloe, S. A.; Varma, R. M.; Hashmonay, R. A.; Modrak, M. T.; Natschke, D. F.; Gamble, H.A. Open Path Tunable Diode Laser Absorption Spectroscopy for Acquisition of Fugitive Emission Flux Data; J. Air and Waste Manage. Assoc. 2005, 55, 658-668.

4. EPA Test Methods TO-14A and 15; In: Compendium of Methods for the Determination of Toxic Organic Compounds in Ambient Air – Second Edition; U.S. Environmental Protection Agency, Center for Environmental Research Information, Report No. EPA/625/R-96/010b, January 1999.

Analysis of States' and EPA Oil & Gas Air Emissions Control
Requirements for Selected Basins in the Western United States

Lee Gribovicz, WRAP Air Quality Project Manager
November 28, 2011
(January 8, 2012 Errata Corrections)



Table of Contents

EXECUTIVE SUMMARY                                                              4
   Observations & Conclusions                                   4

ANALYSIS BACKGROUND                                                            6

1.  RECENTLY ADOPTED FEDERAL RULES:  REVIEW OF NEW SOURCES AND
MODIFICATIONS IN INDIAN COUNTRY                                                8
   Background and Overview of Action                            8
   a.  Minor Source NSR Rule in Indian Country                  10
   b.  Nonattainment Major NSR Rule in Indian Country           11
   Implementation                                               11

2.  RECENTLY PROPOSED FEDERAL RULES:  EPA PROPOSED OIL AND NATURAL
GAS AIR REGULATIONS                                                           12
   Background and Overview of Action                            12
   a.  Summary of Proposed New Source Performance Standards     13
     *New Source Performance Standards for Volatile Organic Compounds (VOCs)*    13
     *New Source Performance Standards for Sulfur Dioxide*    15
   b.  Summary of Proposed National Emissions Standards for Hazardous Air Pollutants    15
     *NESHAP Standards for Oil & Natural Gas Production*    15
     *NESHAP Standards for Natural Gas Transmission and Storage*    16
   Reducing Compliance Burdens                                  16
   Costs and Benefits                                           17
   How to Comment                                               18

3.  REVIEW OF STATE OIL AND NATURAL GAS RULES                                 18
   a.  Summary of Existing State Rules                          18
     Alaska                                           23
     Colorado                                         23
     Montana                                          24
     New Mexico                                       25
     North Dakota                                     25
     Utah                                             26
     Wyoming                                          26
   b.  Potential Overlap with Federal O&G Rules                 28

4.  WRAP PHASE III OIL AND NATURAL GAS EMISSION INVENTORIES                   28
     Figure 1:  Basin Boundaries in the Phase III Oil and Gas Project    30

   a.  WRAP Phase III O&G Basin Emissions - 2006 Baseline Data    31
     Table 2:  Phase III Basin 2006 Overall Emissions Totals    31

Denver-Julesburg Basin 2006 Emissions                                                    33
   Figure 2:  D-J Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations    33
   Table 3: Denver-Julesburg Basin 2006 NOx Emission Sources (tpy)                   34
   Table 4: Denver-Julesburg Basin 2006 VOC Emission Sources (tpy)                   34

Uinta Basin 2006 Emissions                                                               36
   Figure 3: Uinta Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations    36
   Table 5: Uinta Basin 2006 NOx Emission Sources (tpy)                              37
   Table 6: Uinta Basin 2006 VOC Emission Sources (tpy)                              38

Piceance Basin 2006 Emissions                                                            40
   Figure 4: Piceance Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations  40
   Table 7: Piceance Basin 2006 NOx Emission Sources (tpy)                           41
   Table 8: Piceance Basin 2006 VOC Emission Sources (tpy)                           41

North San Juan Basin 2006 Emissions                                                      44
   Figure 5: North San Juan Basin Boundaries Overlaid With 2006 O&G Well Locations   44
   Table 9: North San Juan Basin 2006 NOx Emission Sources (tpy)                     45
   Table 10: North San Juan Basin 2006 VOC Emission Sources (tpy)                    46

South San Juan Basin 2006 Emissions                                                      47
   Figure 6: South San Juan Basin Boundaries Overlaid With 2006 O&G Well Locations   47
   Table 11: South San Juan Basin 2006 NOx Emission Sources (tpy)                    48
   Table 12: South San Juan Basin 2006 VOC Emission Sources (tpy)                    49

Wind River Basin 2006 Emissions                                                          51
   Figure 7: Wind River Basin Boundaries Overlaid With 2006 Oil & Gas Well Locations 51
   Table 13: Wind River Basin 2006 NOx Emission Sources (tpy)                        52
   Table 14: Wind River Basin 2006 VOC Emission Sources (tpy)                        53

Powder River Basin 2006 Emissions                                                        55
   Figure 8: Powder River Basin Boundaries Overlaid With 2006 Oil and Gas Well
   Locations                                                                         55
   Table 15: Powder River Basin 2006 NOx Emission Sources (tpy)                      56
   Table 16: Powder River Basin 2006 VOC Emission Sources (tpy)                      57

## EXECUTIVE SUMMARY

The intent of this analysis is to examine the effect that two new federal air quality actions might have on the air pollution emissions from the oil and natural gas (O&G) industry exploration and production sector. The document also examines the current O&G emission control regulations in place in the western U.S. O&G producing states to determine where the new federal rules might overlap existing State rules and which source types could be affected. The seven O&G producing states in the WRAP region interviewed for this analysis include Alaska, Colorado, Montana, New Mexico, North Dakota, Utah and Wyoming. California is also an O&G producing state, but because control of O&G exploration and production sector sources is handled by local Air Pollution Control Districts in that state rather than by the California Air Resources Board, it was not possible to contact each of these 35 Districts individually to assess their current regulations under the scope of this project. This analysis uses data from the WRAP-Western Energy Alliance Phase III O&G Emission Inventory project (http://www.wrapair2.org/PhaseIII.aspx), which accounts for state O&G rules in place at the time the Phase III inventories were compiled.

The first of the two federal actions is a Federal Implementation Plan (FIP) known as "Review of New Sources and Modifications in Indian Country", promulgated in final form on June 10, 2011. The second action is a suite of four proposed air regulations for the oil and natural gas industry: 1) a New Source Performance Standard (NSPS) for VOCs; 2) a New Source Performance Standard (NSPS) for sulfur dioxide; 3) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for oil and natural gas production; and 4) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for natural gas transmission and storage. The EPA proposed the rules on July 28, 2011, and was taking comment on the rules through November 30, 2011.

## Observations & Conclusions

Tribal lands are dominant in two of the Rocky Mountain O&G basins examined in this analysis; those two being the Uinta and the North San Juan basins. Tribal lands hold a significant number of sources in two other basins; the South San Juan and the Wind River basins. Tribal lands are negligible in the Powder River basin, and nonexistent in Colorado's Denver-Julesburg and Piceance basins.

On tribal lands, the new federal regulation for permitting of minor sources on Indian Lands will likely affect a significant portion of NOx and VOC emissions from previously unpermitted small sources like field compressors, artificial lift engines and heaters. Although new sources will have lower emissions than previously projected due to the new federal permitting review, there will likely be a number of existing sources that were never reported in the past, which now will be caught up in the federal regulation reporting requirement. Thus we may see some increased emissions of these two pollutants show up on tribal lands in future emission inventories with the inclusion of these previously unreported sources.

Regarding $SO_2$, sources on tribal lands are likely larger facilities (i.e. gas processing plants) that already are addressed by federal permitting requirements, thus the minor source rule will have less effect on emissions of this pollutant.

The proposed federal regulations for NSPS and NESHAPs do not address NOx. There is a new NSPS revision (Subpart LLL) for SO2 from large throughput (> 5 LTPD sulfur) or high $H_2S$ (> 50%) gas processing plants, but again these are likely larger facilities that already are addressed by federal and state permitting requirements. Thus this analysis does not look at the impact Subpart LLL may have on the minor or area sources assessed under the WRAP Phase III O&G exploration and production sector emission inventories. Consequently, this analysis looks primarily at the VOC emission changes that may be expected with implementation of the proposed federal NSPS and NESHAPs.

The source categories considered by the proposed federal NSPS and NESHAPs are: 1) well completions, 2) compressor leaks, 3) pneumatic controllers, 4) condensate and crude oil storage tanks, 5) natural gas processing plant fugitive emissions and 6) natural gas dehydrators.

Regarding the well completion category, of the interviewed states only Colorado and Wyoming have existing control regulations that are similar to the proposed federal control requirements, and for Wyoming their regulations only apply to limited portions of the state.

Regarding compressor leaks, none of the seven states interviewed reported any existing regulations that address fugitive VOC leaks.

For pneumatic controllers, of the interviewed states only Colorado and Wyoming have existing control regulations that are similar to the proposed federal control requirements.

Regarding condensate tanks, Colorado and Wyoming both have existing control regulations that are similar to the proposed federal control requirements. Montana has a regulation to require capture of VOC vapors if the tank is near a gas pipeline after the source is either registered or permitted, but that allows VOC emissions until those administrative steps are taken. Montana and North Dakota require minimizing VOC emissions with submerged filling requirements (ND for large > 1,000 gallon tanks) and Utah requires minimizing VOC on large (> 40,000 gallons), high pressure (>1.52 psia) new tanks through the use of floating roof technology.

Regarding gas processing plant fugitive emissions, all states already require Leak Detection and Repair (LDAR) programs under NSPS Subpart KKK, but do not currently have the monitoring options (optical gas imaging, ultrasound equipment) proposed under Subpart OOOO. Subpart KKK does allow alternate methods to be approved by the responsible agency, however.

Regarding dehydrator vents, of the interviewed states only Colorado and Wyoming have existing control regulations that are similar to the proposed federal 95% control standard.

As a final observation it is likely that although new sources will have lower emissions than previously projected due to the implementation of proposed federal NSPS and NESHAPs regulations in those basins located in states where there are no equivalent state control requirements. It was not possible to quantify these reductions within the scope of this analysis.

## BACKGROUND

The intent of this analysis is to examine the effect that two new federal air quality actions might have on the criteria air pollutant emissions from the oil and natural gas (O&G) industry exploration and production sector. The document also examines the current O&G regulations in place in the WRAP O&G producing states to determine where the new federal rules might overlap existing State rules. The seven O&G producing states in the WRAP region interviewed for this analysis include Alaska, Colorado, Montana, New Mexico, North Dakota, Utah and Wyoming. California also is a O&G producing state, but because control of O&G exploration and production sector sources is handled by local Air Pollution Control Districts in that state rather than by the California Air Resources Board, it was not possible to contact each of these 35 Districts individually to assess their current regulations under the scope of this project. The analysis uses data from the WRAP-Western Energy Alliance Phase III O&G Emission Inventory project (http://www.wrapair2.org/PhaseIII.aspx), which accounts for state O&G rules in place at the time the Phase III inventories were compiled.

The first of the two federal actions is a Federal Implementation Plan (FIP) known as "Review of New Sources and Modifications in Indian Country" which went final on June 10, 2011. The second action is a suite of four proposed air regulations for the oil and natural gas industry: 1) a New Source Performance Standard (NSPS) for VOCs; 2) a New Source Performance Standard (NSPS) for sulfur dioxide; 3) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for oil and natural gas production; and 4) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for natural gas transmission and storage. The EPA proposed the rules on July 28, 2011, and was taking comment on the rules through November 30, 2011.

Significant air pollutant emissions come from production of oil and gas wells operating on both state-regulated and EPA-regulated tribal lands across the western United States, as well as from the interconnected product gathering networks associated with these wells. These emissions result from operation of an extensive fleet of field equipment and an array of processing plants, operating continuously across the West. These field operations, including exploration, production, and gathering activities, were historically not well quantified in traditional air pollution inventories due to the nature of smaller O&G field equipment (compressor engines, drill rigs, heaters, dehydrators, flares et cetera) which traditionally fell below state air pollution control agencies' permitting thresholds. Although individually emissions from this field equipment could be considered minor, with increasing energy demand and continuing oil and gas field development the cumulative totals for O&G basins and producing states in the western U.S.

are a significant air pollution source.

The WRAP began looking at air quality issues resulting from these exploration & production operations in the western U.S. in 2005, and has compiled several iterations of emission inventories of the criteria air pollutants emitted from these field operations. In late 2005 the WRAP completed the Phase I O&G emission inventory project to estimate for the first time, regional emission totals from these field operations. As a "first cut" Phase I had a number of uncertainties identified, thus a second Phase II project was subsequently completed in the Fall of 2007. These WRAP inventories identified over 100,000 tons per year (tpy) of NOx emissions in the WRAP region which had not previously been included in regional air quality assessment work, as well as significant totals of other air pollutant species (primarily VOCs) critical in the evaluation of Regional Haze and other air quality management issues.

WRAP stakeholders felt that still more improvement in the accuracy of these emission estimates was needed and available. In late 2007 the Western Energy Alliance (formerly known as IPAMS, the Independent Petroleum Association of the Mountain States) stepped in to underwrite the Phase III regional oil and gas emission inventory project. The project was planned and executed in partnership with the WRAP to assure that the products from Phase III were widely distributed among non-industry stakeholders (State/Local Agencies, Tribal Air Programs, Federal Land Managers, Environmental Groups and EPA), and that review and feedback was solicited from this diverse group of WRAP stakeholders such that the final inventory methodologies were transparent and more universally accepted by those parties interested in and affected by O&G development in the Intermountain West. Review of the Phase III work products has been done through the WRAP O&G Workgroup (see http://www.wrapair2.org/Oil_Gas.aspx for more explanation and history).

The scope of the Phase III O&G emission inventory effort was to compile a comprehensive criteria pollutant inventory (NOx, VOC, CO, SOx & PM) for a 2006 base year, with a mid-term projection forecast to 2012. The inventory was designed to cover all major source categories in the upstream sector (exploration, production and gathering phases of O&G field operations.

The O&G basins addressed by the Phase III inventories include:

1) Denver-Julesburg Basin (northeast Colorado)
2) Piceance Basin (northwestern Colorado)
3) Uinta Basin (northeastern Utah)
4) North San Juan Basin (southwest Colorado)
5) South San Juan Basin (northwest New Mexico)
6) Wind River Basin (central Wyoming)
7) Powder River Basin (northeast Wyoming)
8) Green River Basin (southwest Wyoming)
9) Williston Basin (western North Dakota and eastern Montana)

To date the WRAP has completed 2006 base year emission inventories for the first seven of

these basins, with the Green River and Williston Basin targeted for completion by the end of 2011.

In these seven completed inventories, the largest sources of NOx and VOC emissions (primary pollutants of concern from O&G exploration and production operations) in these basins are assessed. This analysis identifies which of these source categories will be affected by the new federal regulations for these two pollutants.

This report is organized into four sections:

1. Recently Adopted Federal Rules - Review of New Sources and Modifications in Indian Country
   a. Minor Source NSR Rule in Indian Country
   b. Nonattainment Major NSR Rule in Indian Country

2. Proposed Federal Rules - EPA Proposed Oil and Natural Gas Air Regulations
   a. Summary of Proposed New Source Performance Standards
   b. Summary of Proposed National Emission Standards for Hazardous Air Pollutants

3. Review of State Oil and Natural Gas Rules
   a. Summary of Existing State Rules
   b. Potential Overlap with Federal O&G Rules

4. WRAP Phase III Oil and Natural Gas Emission Inventories – 2006 Baseline Data
   a. Phase III O&G Basin Emissions

## 1. RECENTLY ADOPTED FEDERAL RULES: REVIEW OF NEW SOURCES AND MODIFICATIONS IN INDIAN COUNTRY

### Background and Overview of Action

On June 10, 2011, EPA finalized a Federal Implementation Plan (FIP) to ensure that Clean Air Act permitting requirements are applied consistently to facilities in Indian country. This FIP is known as "Review of New Sources and Modifications in Indian Country". The FIP puts in place the two remaining pieces of the New Source Review (NSR) preconstruction air permitting program (Nonattainment and Minor Sources) in Indian country. It lays out requirements for EPA to issue air permits to sources in Indian country, or allows tribes to take responsibility for issuing air permits according to EPA's requirements. Together with existing Prevention of Significant Deterioration (PSD) rules for permitting major sources in areas of Indian country that currently meet clean air health standards, the provisions of this new FIP completes the federal program for issuing all preconstruction air permits in Indian country. This permit program is similar to the existing permit programs of the states and will provide industries the same

permitting opportunities and requirements as they have in states.

EPA already had the federal PSD plan in place for major sources in attainment areas in Indian country and had been issuing permits prior to this new action. The June 10, 2011 action puts a plan in place for a nonattainment major NSR program and a minor NSR program in Indian country. According to EPA only a few tribes have been administering an EPA approved minor NSR program and no tribes have been administering EPA approved nonattainment major NSR programs.

NSR is a federal Clean Air Act program commonly known as the "preconstruction air permitting program" that requires industrial facilities to install modern pollution control equipment when they are built or when making a change that increases emissions significantly. The program accomplishes this when owners or operators obtain permits limiting air emissions increases before they begin construction. The purpose of the NSR program is to protect public health and the environment, even as new industrial facilities are built and existing facilities expand. Specifically, its purpose is to ensure that air quality 1) does not worsen where the air is currently unhealthy (i.e. in nonattainment areas) and 2) is not significantly degraded where the air is currently below air quality standards (i.e. attainment areas).

There are three types of NSR permitting programs, each with a different set of requirements. A facility may have to meet one or more of these sets of permitting requirements.

- ○ Prevention of Significant Deterioration (PSD) program applies to a new major source or a source making a major modification in an attainment area.
- ○ Nonattainment NSR program applies to a new major source or a source making a major modification in a nonattainment area.
- ○ Minor NSR program applies to a new minor source and/or a minor modification at both major and minor sources, in both attainment and nonattainment areas.

This FIP is made up of two rules to protect air quality:

- ○ The minor NSR rule applies to new and modified small facilities or to minor modifications at large facilities in all of Indian country.
- ○ The nonattainment major NSR rule applies to new major sources or major sources that make significant modifications in areas of Indian country that do not meet national clean air health standards.

Under the rules, a source owner or operator will need to apply for a permit before building a new facility or expanding an existing one if the facility increases emissions above any of the thresholds included in these rules. The permitting authority, either EPA or a tribe, will review the application and grant or deny the air permit.

Tribes that choose to implement the rules can accept delegation of the federal program or they

can develop and seek approval of a Tribal Implementation Plan (TIP) to administer these rules or portions of them, which would include some enforcement authority. EPA will maintain the sole authority to enforce these rules under federal law.

The rules will provide a 36-month phase-in for small sources. Large sources will need permits upon construction (the same is true everywhere else). Sources interested in synthetic minor permits will be able to get them right away.

## a. Minor Source NSR Rule in Indian Country

The minor NSR rule applies to all of Indian country. New or modified industrial facilities with a potential to emit equal to or more than the minor NSR thresholds but less than the major NSR thresholds, generally 100 to 250 tons per year (tpy), are "minor sources" of emissions and subject to the rule requirements.

The minor NSR program provides three options for obtaining permits. These options are:
- Site-specific permits – A site-specific permit includes case-by-case determinations of the source emissions limits as well as any control technology requirements;
- General permits – A "general permit" is a permit that has been developed for a number of similar equipment types or facilities to simplify the permit issuance process for facilities
- Synthetic minor permits – A synthetic minor permit applies to a source that has the potential to emit pollutants in amounts that are at or above the thresholds for major sources, but has voluntarily accepted emissions limitations so that its potential to emit is less than these thresholds. Under this rule, synthetic minor permits can be issued for both regulated NSR pollutants and toxic air pollutants.

EPA will work on developing general permits, as a streamlined permitting option, for a number of source types in Indian country (e.g. dry cleaners, rock crushing facilities) and continue to explore other options for improving and streamlining the permit process for sources in Indian country such as permits-by-rule.

The rule requirements include:

- Case-by-case review of control technology for source-specific permits by the reviewing authority,
- Air quality impact analysis upon request by the reviewing authority,
- Monitoring, recordkeeping and reporting by the source owner or operator,
- Public participation through public notices and comment requirements and administrative and judicial review upon a permit appeal and
- Source registration with the reviewing authority

Under the rule, sources have different responsibilities depending on their status:

- Existing "true" minor sources, also called "natural" minor sources, will only need to register within the first 36 months of the program. After the first 36 months of the program or 6 months after a general permit for a source category is published, existing sources will need a permit only if the proposed modification emissions exceed the minor source thresholds.
- New "true" minor sources will not need a permit and will only need to register within the first 36 months of the program. After the first 36 months of the program or 6 months after a general permit for a source category is published, new sources will need a permit if the source's emissions exceed the minor source thresholds.
- Existing "synthetic" minor sources may need permits depending on the mechanism they used to obtain their status as a "synthetic" minor.
- New "synthetic" minor sources will be able to apply for permits starting on the rule's effective date.
- Minor modifications at major sources will need to apply for permits starting on the rule's effective date.

## b. Nonattainment Major NSR Rule in Indian Country

The nonattainment major NSR rule only applies to areas of Indian country that do not meet national air quality standards. New or modified industrial facilities with a potential to emit equal to or more than the major NSR thresholds, generally 100 tpy, are "major sources" of emissions and subject to the rule requirements.

The requirements include:

- Installing emissions controls that meet the requirements of Lowest Achievable Emission Rate (LAER) control technology,
- Obtaining emissions offsets – New or modified major sources contributing to increased emissions would have to obtain emissions reductions from other sources to offset that increase. These emissions offsets would provide a net air quality benefit in the affected area and
- Certifying compliance – Each permit applicant must certify that all other facilities owned or operated by the applicant in the same state as the new or modified source are in compliance with all applicable air quality regulations.

These requirements are the same as the requirements that apply in states for areas that do not have a State Implementation Plan (SIP) for implementing certain NSR provisions, the transitional NSR program commonly known as "Appendix S."

## Implementation

Initial implementation, training and technical assistance will be guided by EPA in close collaboration with tribes. EPA Regions will primarily be responsible for implementing this rule

until a tribe requests delegation of the federal program or until a tribe develops and gets approval of a Tribal Implementation Plan to run these programs.

The implementation of the minor NSR rule will be phased in over 36 months, giving sources and EPA Regional Offices time to prepare:

- New and modified synthetic minor sources and minor modifications at major sources will be subject to the rule requirements on the rule's effective date, which will be 60 days after publication in the Federal Register; and
- True minor sources will be subject to the rule requirements 36 months after the rule's effective date or 6 months after a general permit for a source category is published, whichever is earlier.

The phased implementation will allow EPA headquarters, regions and tribes to focus on capacity building, outreach and education about the permitting requirements. EPA headquarters and regions will work closely together to identify adequate resources to meet any increase in permitting needs.

## 2. RECENTLY PROPOSED FEDERAL RULES: EPA PROPOSED OIL AND NATURAL GAS AIR REGULATIONS

### Background and Overview of Action

The Clean Air Act requires EPA to periodically review their rules. In the case of New Source Performance Standards (NSPS) they must review the rules every eight years, and for a National Emissions Standard for Hazardous Air Pollutants (NESHAPs) rule a residual risk assessment must be conducted one time, eight years after a standard is issued, to determine what risks remain, and whether more protective standards are necessary to protect public health. Then a technology review must be conducted every eight years after the air toxics standard is issued to determine if new and better emission control practices, processes or technologies have become generally available or cost effective such that it would warrant revising the standard.

In January 2009, WildEarth Guardians and the San Juan Citizens Alliance sued EPA, alleging that the Agency had failed to review the NSPS and NESHAPS for the oil and natural gas industry on this mandated schedule. In February 2010, the U.S. Court of Appeals for the D.C. Circuit entered a consent decree that requires EPA to sign proposals related to the review of these standards. Under the ruling EPA must have signed the proposal by July 28, 2011. They were to issue final standards by the end of February 2012, but EPA has now pushed that deadline back until April 3, 2012.

Accordingly, on July 28, 2011, the U.S. Environmental Protection Agency (EPA) proposed a suite of four air regulations for the oil and natural gas industry: 1) a New Source Performance Standard (NSPS) for VOC's; 2) a New Source Performance Standard (NSPS) for sulfur dioxide;

3) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for oil and natural gas production; and 4) a National Emissions Standard for Hazardous Air Pollutants (NESHAP) standard for natural gas transmission and storage. EPA asserts that the estimated revenues from selling the gas that currently goes to waste are significant – so much so that today's proposed rule is anticipated to quickly result in a net savings of nearly $30,000,000 annually, while significantly reducing pollution from the O&G industry.

The proposed rules would apply to the more than 25,000 wells that are fractured and refractured each year, as well as to storage tanks and other pieces of equipment. EPA is seeking comment on several steps to reduce the compliance burdens of the rule to industry and to state, local and tribal air agencies. EPA proposed to accept public comment on the proposed amendments through November 30, 2011.

## a.  Summary of Proposed New Source Performance Standards

*New Source Performance Standards for Volatile Organic Compounds (VOCs)*

The oil and gas industry is a significant source of VOCs, which contribute to the formation of ground level ozone. EPA's existing NSPS for VOCs (Subpart KKK) was issued in 1985. The existing standards address only VOC leak detection and repair (LDAR) at new and modified natural gas process processing plants, meaning significant sources of VOC emissions in the oil and gas industry currently are not subject to nationwide regulation. EPA is proposing new standards under Subpart OOOO for several processes or pieces of equipment used in oil and gas production that have not previously been subject to federal regulation. These include well completions at new hydraulically fractured natural gas wells and at existing wells that are fractured or refractured.

The proposal would require VOC reductions from five categories of sources including:

1)  Completions of new hydraulically fractured natural gas wells and re-completions of existing natural gas wells that undergo fracturing or refracturing.
    o   VOC emissions would be minimized through the use of "green completions," also called "reduced emissions completions." In a green completion, special equipment separates gas and liquid hydrocarbons from the flowback that comes from the well as it is being prepared for production. The gas and hydrocarbons can then be treated and sold.
    o   Wyoming and Colorado already require green completions in certain situations, and a number of companies are voluntarily using this process through EPA's Natural Gas STAR program. In addition, green completions have been identified as an option for thousands of new gas wells in the Uinta Basin in Utah to address concerns about air quality impacts associated with natural gas development in the region.

- EPA estimates that use of this equipment for the three to 10 day flowback period reduces VOC emissions from completions and recompletions of hydraulically fractured wells by 95 percent.
- When natural gas cannot be collected, VOCs would be reduced through pit flaring, unless it is a safety hazard.
- Methane emissions would also be significantly reduced as a co-benefit of reducing VOCs.
- The green completion requirements would not apply to exploratory wells or delineation wells (used to define the borders of a natural gas reservoir), because they are not near a sales line. Those wells must use pit flaring to burn off their emissions, unless it is a safety hazard.

2) Compressors
- Compression is necessary to move natural gas along a pipeline. The proposed rule would reduce VOC emissions from two types of compressors:
- Centrifugal compressors would have to be equipped with dry seal systems.
- Owners/operators of reciprocating compressors would have to replace rod packing systems every 26,000 hours of operation.

3) Pneumatic controllers
- Pneumatic controllers are automated instruments used for maintaining a condition such as liquid level, pressure, and temperature at wells, gas processing plants, compressor stations, among other locations. These controllers often are powered by high-pressure natural gas. These gas-driven pneumatic controllers may release natural gas (including VOCs and methane) with every valve movement, or continuously in some cases.
- EPA is proposing VOC emission limits for pneumatic controllers.
- For new or replaced pneumatic controllers at gas processing plants, the proposed limits would eliminate VOC emissions. These limits could be met through using controllers that are not natural gas driven.
- For controllers used at other sites, such as compressor stations, the emission limits could be met by using controllers that emit no more than six cubic feet of gas per hour (referred to as low bleed pneumatic controllers).
- The proposed amendments include exceptions for controllers in applications requiring high bleed controllers for certain purposes, including operational requirements and safety.

4) Condensate and crude oil storage tanks
- Tanks with a throughput of at least 1 barrel per day of condensate or 20 barrels per day of crude oil (these throughput volumes are estimated to be cause approximately 6 tpy of VOC emissions from uncontrolled tanks according to EPA's analysis) must reduce VOC emissions by 95 percent.

5) Natural gas processing plants

o  EPA is proposing to amend the existing NSPS for natural gas processing plants to strengthen the leak detection and repair requirements that apply to these plants to reduce VOC emissions.

*New Source Performance Standards for Sulfur Dioxide*

The new source performance standards for sulfur dioxide ($SO_2$) were issued in 1985 under Subpart LLL and apply to natural gas processing plants. The EPA is proposing to strengthen the performance standards for plants processing gas with the highest hydrogen sulfide content (at least 50 percent) or sulfur feed of at least 5 long tons per day, in order to further reduce sulfur dioxide emissions from these facilities.

**b. Summary of Proposed National Emissions Standards for Hazardous Air Pollutants**

Air toxics are pollutants known to, or suspected of causing cancer and other serious health effects. EPA reviewed both the air toxics standards for <u>oil and natural gas production</u>, and the standards for <u>natural gas transmission and storage</u>. Both of the existing standards were issued in 1999.

*NESHAP Standards for Oil & Natural Gas Production (Subpart HH)*

EPA's residual risk review found that the current maximum individual cancer risk from oil and natural gas production – is 40 in 1 million, which falls within a range EPA considers acceptable. However, the review also found that the level of emissions *allowed* under the existing air toxics standard could drive that risk significantly higher than this – as high as 400 in 1 million, which EPA does not consider acceptable. To prevent this from occurring, EPA is proposing changes to the standards for major sources to ensure that cancer risk does not increase beyond current levels.

To address this potential risk, EPA is proposing to remove the 1 ton per year benzene compliance option for large glycol dehydrators (used to remove excess water vapor from natural gas). Under the revised requirements, all large dehydrators would have to reduce air toxics their emissions by 95 percent.

In addition, EPA is proposing to:

1) Establish emission limits for small glycol dehydrators at major sources. Under Subpart HH a dehydrator would be considered small if it has an annual average natural gas throughput of less than 85,000 standard cubic meters per day (approximately 3 million cubic feet per day)

or if it has actual annual average benzene emissions of less than 0.90 megagrams per year (approximately 1 tpy).

2) Require all crude oil and condensate tanks at major sources to control their air toxics by at least 95 percent. In addition, emissions from these tanks will be counted toward determining whether a facility is a major source. By way of explanation, currently there are only requirements for control/counting tanks with the Potential for Flash Emissions (PFE) and this action would extend that requirement to those tanks without PFE (non-flashing tanks with only working & breathing losses).

3) Tighten the definition of a leak for valves at natural gas processing plants. This change is a result of the technology review.

The proposed changes to this rule do not apply to sources that are considered "area sources," meaning they have fewer than 10 tons a year of emissions of a single air toxic and less than 25 tons a year of a combination of toxics. Standards for these sources were issued in 2007.

<u>*NESHAP Standards for Natural Gas Transmission and Storage (Subpart HHH)*</u>

EPA's technology review of these standards did not identify controls that warranted changes to the current standards. However, the agency's residual risk review of these standards estimates the current maximum individual cancer risk from air toxics emissions from natural gas transmission and storage is 90 in 1 million, a risk level that EPA considers acceptable.

To protect public health with an ample margin of safety, EPA is proposing changes to this standard that would reduce the maximum risk level to 20 in 1 million.

The proposed changes would remove the 1 ton per year benzene compliance alternative for large glycol dehydrators (the threshold between large and small glycol dehydrators in EPA's analysis is defined as an actual annual average natural gas flow rate of 283,000 cubic meters per day (approximately 10 million cubic feet per day) or annual average benzene emissions of greater than 0.90 megagrams per year (approximately 1 tpy). Instead of the 1 tpy benzene compliance option, all large dehydrators would be required to reduce their VOC emissions by 95%. In addition, EPA is proposing to establish emission limits for small glycol dehydrators in the Natural Gas and Storage sector.

**Reducing Compliance Burdens**

To reduce the compliance burden to industry, state and local governments and tribes, EPA also is proposing to exempt certain sources from Title V permitting requirements that would be triggered by the proposed rule. The proposed exemption would apply only to sources covered by the NSPS that are not major sources and that do not have to obtain Title V permits for another reason. EPA believes the recordkeeping and reporting requirements included in the proposed standards are sufficient to assure compliance.

VOC sources generally are considered "non-major" if they emit less than 100 tons per year. That emissions threshold is lower in certain nonattainment areas, however. EPA also is seeking comment on additional approaches to provide the industry and regulatory agencies with more efficient and effective tools for maximizing transparency compliance with the proposed regulations. These include submitting performance test results to an EPA electronic database, and third-party compliance verification.

## Costs and Benefits

EPA asserts that the proposed rules would be extremely cost-effective, yielding significant reductions in air pollution at a net savings to the industry. EPA estimates the combined annual costs of meeting the proposed requirements would be $754,000,000 in 2015. The estimated value of the natural gas and condensate that would be made available for sale is $783,000,000 – a net savings of $29,000,000 when the rules are combined. (For NSPS, the annual costs are estimated at $738,000,000, with the value the natural gas and condensate collected yielding an annual net savings of $45,000,000 as a result of those rules — for the air toxics standards EPA estimates the annual costs of compliance at $16,000,000) The industry is expected to recover its costs quickly – in about 60 days for green completions, and within about one year for other equipment.

The VOCs and air toxics reductions in the proposed rule are expected to improve outdoor air quality, reduce cancer risk from air toxics emissions and reduce health effects associated with exposure to ground-level ozone (smog) and fine particles (particle pollution). Exposure to both pollutants is linked to increased asthma attacks, hospital admissions and emergency room visits, and premature death. These rules also are anticipated to yield significant climate co-benefits by significantly reducing emissions of methane, a potent greenhouse gas. EPA was unable to model health benefit estimates for the rule due to uncertainties about future locations of oil and gas emissions. Air quality changes associated with air toxics and VOC reductions can be highly

localized.

EPA asserts that the proposed rules also would yield significant reductions in methane, a potent greenhouse gas. EPA's Regulatory Impact Analysis for the rule estimates the value of the climate benefits that would result from this reduction at $1,600,000,000 annually by 2015. This includes the value of climate-related benefits such as avoided health impacts, crop damage and damage to coastal properties.

**How to Comment**  (The Public Comment Period for this action closed on November 30, 2011)

Comments, identified by Docket ID Number EPA-HQ-OAR-2010-0505, may be submitted by one of the following methods:

- www.regulations.gov: follow the on-line instructions for submitting comments
- Email: Comments may be sent by electronic mail to a-and-r-Docket@epa.gov
- Fax: Fax comments to (202) 566-9744
- Mail: Send comments to Air and Radiation Docket and Information Center, Environmental Protection Agency, Mail Code 2822T, 1200 Pennsylvania Avenue NW, Washington, DC 20460
- Hand Delivery of Courier: Deliver comments to EPA Docket Center, 1301 Constitution Avenue NW, Room 3334, Washington, DC 20004. Such deliveries are only accepted during the Docket's normal hours of operation, and special arrangements should be made for deliveries of boxed information.

## 3.  REVIEW OF STATE OIL AND NATURAL GAS RULES

Table 1 gives a summary of the existing State O&G rules, as compared to the adopted and proposed federal regulations.

### a.  Summary of Existing State Rules

Table 1 provides a tabular summary of existing state control requirements for the source categories affected by federal regulations. Following the table are state by state discussions of these requirements.

| Table 1 State Control Requirements | | State Regulations | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Source Category | Federal Regulations | Alaska | Colorado | Montana | New Mexico | North Dakota | Utah | Wyoming |
| Well Completions | **Subpart OOOO**: Green Completions (in combination with pit flaring for gas not suitable for entering a pipeline) required for all hydraulically fractured or re-fractured, non-exploratory or non-delineation wells | NONE | **COGCC HB-07-1341, Section 805.b(3)** Green completions shall be used when technically and economically feasible. If not feasible, Best Management Practices shall be used. | **MT DNRC BOGC 36.22.1221** All gas vented to the atmosphere at a rate exceeding 20 MCF per day for a period in excess of 72 hours shall be burned. | NONE | NONE | NONE | **C6 S2 O&G Permitting Guidance** Wyoming has 3 area categories; 1) Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Area (CDA) & 3) Statewide  Green completions are required in the JPAD area and CDA's in Wyoming as of August 1, 2011. |
| Compression | **Subpart OOOO FUGITIVE STANDARDS**: Requires centrifugal units be equipped with a dry seal system, and reciprocating engines have a maintenance schedule to replace rod packing every 26,000 hours | NONE | NONE | Montana has permitting and registration rules for controlling fugitive VOC vapors (See Footnote #1) | NONE | NONE | NONE | NONE |
| Pneumatic Controllers | **Subpart OOOO**: Zero emission limit @ gas processing plants (equivalent to non gas-driven pneumatic controllers). Six SCFH @ other locations (equivalent to low bleed gas-driven pneumatic controllers) | NONE | **Reg. 7, XVIII.C.1** No or low-bleed pneumatic devices required for all new & existing applications. (exceptions allowed) (only applies in ozone non-attainment areas)  **COGCC HB-07-1341, Section 805.b(2)E** No or low-bleed required for new, repaired or replaced devices where technically feasible | Montana has permitting and registration rules for controlling fugitive VOC vapors (See Footnote #1) | NONE | NONE | NONE | **C6 S2 O&G Permitting Guidance** Install low or no-bleed at all new facilities. Upon modification of facilities, new pneumatic controllers must be low/no-bleed and existing controllers must be replaced with no/low-bleed. (well site facilities only - not gas plants) |

19

| Table 1 State Control Requirements | | State Regulations | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Source Category | Federal Regulations | Alaska | Colorado | Montana | New Mexico | North Dakota | Utah | Wyoming |
| Condensate & Crude Oil Tanks | **Subpart OOOO**: 95% VOC reduction for new or modified storage vessels with one bbl condensate or 20 bbls crude oil throughput per day. **Subpart HH**: 95% control of HAP's @ production facilities | NONE | **(Reg. 7, XII.G.2)** 95% VOC reduction @ gas processing plants if uncontrolled emissions from condensate tanks are ≥ 2 tpy (only applies in ozone non-attainment areas) **(Reg. 7, XVII.C.1)** 95% VOC reduction for condensate storage tanks if uncontrolled emissions ≥ 20 tpy **(Reg. 7, XVII.C.2)** For condensate storage tanks with past uncontrolled actual emissions < 20 tpy VOC may become subject to Section XVII.C.1 with addition of a newly drilled well (or recompletion/stimulation of an existing well). Such tanks have 90 days after 1st production to install/operate control equipment. If emissions of VOC still < 20 tpy CDPHE notification required w/ explanation of the determination methodology. **(Reg.. 7, XIID)** Condensate tanks in ozone non-attainment areas shall be controlled under a system wide approach **(COGCC HB-07-1341, Section 805.b(2)A)** 95% VOC reduction for liquids condensate & crude oil tanks if uncontrolled emissions ≥ 5 tpy within 1/4 mile of an affected building (applies only to Garfield, Mesa & Rio Blanco Counties) | **17.8.1603(1)(b)** VOC vapors from O&G oil or condensate storage tanks with a PTE > 15 tpy must be routed to a gas pipeline or emissions minimizing technology. **Registration - 17.8.1711 (1)(a)-** VOC vapors from each piece of O&G well facility equipment with PTE >15 tpy, must be captured and routed to a gas pipeline, or routed to air pollution control equipment with a 95% or greater control efficiency **17.8.1711(1)(b)** requires submerged filling technology on all hydrocarbon liquid loading or unloading | NONE | **NDAC Section 33-15-07** submerged filling requirements for tanks >1,000 gallons and control of organic compounds | **R307-327 Ozone Nonattainment Area** Volatile Petroleum Liquid Tanks (> 40,000 gallons, true vapor pressure [TVP] > 1.52 psia at storage temperature) shall be controlled to minimize vapor loss. New tanks shall be fitted with an internal floating roof resting on the liquid surface with the space (roof edge to tank wall) sealed. Owner/operator shall maintain records of the liquid type/maximum TVP. Records required of average monthly storage temperature, the liquid type, throughput and maximum TVP for tanks not subject to above (petroleum liquid TVP > 1.0 psia) | **C6 S2 O&G Permitting Guidance** Wyoming has 3 area categories; 1) Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Area (CDA) & 3) Statewide **JPAD** - 98% control of all new/modified tank emissions upon startup/modification **CDA** – 98% control of all new/modified tank emissions ≥ 8 tpy VOC within 60 days of startup/modification **Statewide** 98% control of all new/modified tank emissions ≥10 tpy VOC within 60 days of startup/modification |

| Table 1 State Control Requirements | | State Regulations | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Source Category | Federal Regulations | Alaska | Colorado | Montana | New Mexico | North Dakota | Utah | Wyoming |
| Gas Processing Plants | **Subpart OOOO**: Allows advanced leak detection tools (ie/ optical gas imaging or ultrasound equipment) as an alternative to the LDAR protocol based on Method 21 organic vapor analyzer leak measurements. **Subpart HH**: 500 ppm threshold for valve leaks | Alaska has adopted NSPS Subpart KKK on LDAR | Colorado has adopted NSPS Subpart KKK on LDAR under **Reg. 7, XII.G.1** (KKK applies at gas processing plants located in ozone non-attainment areas regardless of the date of construction of the affected facility) | Montana has adopted NSPS Subpart KKK on LDAR | New Mexico has adopted NSPS Subpart KKK on LDAR | North Dakota has adopted NSPS Subpart KKK on LDAR | Utah has adopted NSPS Subpart KKK on LDAR | Wyoming has adopted NSPS Subpart KKK on LDAR |
| Dehydrators | **Subpart HH**: 95% reduction of HAP's in all large glycol dehydrators (> 3 MMCFD or > 1 tpy benzene emissions). Small dehydrator emission limits of 4.66 E-6 grams BTEX/scm-ppmv (new units) or 1.1 E-4 grams BTEX/scm-ppmv (existing units) | NONE | **Reg. 7, XII.H and XVII.D** 90% reduction of VOCs where uncontrolled VOC emissions ≥ 15 tpy **COGCC HB-07-1341, Section 805.b(2)C**) 90% reduction of VOCs required where uncontrolled VOC emissions ≥ 5 tpy within 1/4 mile of an affected building (applies only to Garfield, Mesa & Rio Blanco Counties) | Montana has permitting and registration rules for controlling fugitive VOC vapors (See Footnote #1) | NONE | TEG units with a condenser require temperature monitoring | NONE | **C6 S2 O&G Permitting Guidance** Wyoming has 3 area categories; 1) Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Area (CDA) & 3) Statewide **JPAD** 98% control of all new/modified dehydrator VOC/HAP emissions at start up **CDA & Statewide** *PAD Facilities* - 98% control upon startup *SINGLE Well Facilities* - 98% control within 60 days of startup for VOC emissions ≥6 **OR** 98% control within 30 days of startup for VOC emissions ≥8 tpy |

| Table 1 State Control Requirements | | State Regulations | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Source Category | Federal Regulations | Alaska | Colorado | Montana | New Mexico | North Dakota | Utah | Wyoming |
| Minor Source Permitting | NSR permitting required for minor sources (< NSR thresholds of 100-250 tpy) in Indian Country | NONE (for VOC) | **Reg. 3 Part B, II.D** Minor Source permitting required for sources with thresholds that vary by pollutant and area (generally required in non-attainment areas for criteria emissions > 1-5 tpy – required statewide for criteria emissions > 5-10 tpy – thresholds depend on the pollutant) | **17.8.743 Montana Air Quality Permits (MAQP)** NSR permitting required for sources with > 25 tpy PTE <br><br> **17.8.1702**: A registration eligible facility may register in lieu of obtaining a MAQP | **20.2.72 NMAC** requires permits for all sources >25 tpy of a criteria pollutant. **20.2.73 NMAC** requires Notices of Intent for all sources >10 tpy of a criteria pollutant | NONE (registration of O&G facilities required per Chapter 33-15-20 rules in lieu of a permit) | **UAC Rule 307-401-9** NSR permitting exempted for sources with controlled emissions below de minimis levels: PTE< 5 tpy each PM10, NOx, SOx, CO, VOCs, or single HAP < 500 lbs per year, combined HAP < 1 tpy | Emissions from minor sources must be approved through permitting applied through the WAQSR **Chapter 6 Section 2(a)(i) O&G Permitting Guidance.** For VOC emissions ≥8 tpy from sources other than tanks, dehydrators, pneumatic controllers and pumps, water tanks, BACT is considered on case-by-case basis. |

## Footnote #1: Montana VOC Rules

**17.8.1603(1)(a)** VOC vapors (> 500 BTU/scf) from O&G wellhead equipment must be captured and routed to a gas pipeline if within ½ mile, or to emissions minimizing technology or smokeless combustion device equipped with an electronic ignition device or continuous burning pilot system.

**Montana Air Quality Permits (MAQP) – 17.8.752** - requires a case by case BACT determination

**Montana Registration – 17.8.1711(1)(a)** - VOC vapors (>200 Btu/scf) from each piece of O&G well facility equipment, with a PTE > 15 tpy, must be captured and routed to a gas pipeline, or routed to air pollution control equipment with a 95% or greater control efficiency.

**Alaska** The Alaska Department Environmental Conservation (DEC) has adopted no regulations comparable to the proposed federal NSPS Subpart OOOO for VOC emissions from O&G operations, with the exception that Alaska, like all WRAP region O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO. Alaska does not consider or include VOC/HAP emissions/controls in their minor source permit program, nor do they require reiteration of tha applicable NSPS/NESHAP obligations in their minor source permits.

**Colorado** The Colorado Department of Public Health and Environment (CDPHE) has adopted several rules which regulate VOC emissions from O&G operations in the state. Additionally the Colorado Oil and Gas Conservation Commission (COGCC) has adopted requirements under HB 07-1341 which further regulates VOC emissions. Regarding "Green Completions" COGCC HB-07-1341 requires that green completions be used when technically and economically feasible. If not feasible, Best Management Practices shall be used. For the purpose of gross emission inventory evaluation this COGCC rule is essentially equivalent to the proposed Subpart OOOO regulation.

Regarding compression Colorado has no equivalent to the proposed Subpart OOOO regulations for dry seal systems or maintenance schedules to prevent fugitive VOC leaks from the compressor units themselves.

Regarding pneumatic controllers, CDPHE's Regulation 7 requires no or low-bleed equipment for all new and existing applications, but some exceptions are allowed. Regulation 7 applies only in ozone nonattainment areas. In addition COGCC HB 07-1341 contains statewide pneumatic device requirements. Once again for the purpose of gross emission inventory evaluation this level of mandated control is essentially equivalent to the Subpart OOOO proposal for the purpose of gross emission inventory evaluation.

On condensate tanks the federal proposal calls for 95% control on tanks with 1 bbl/day condensate or 20 bbl/day crude oil throughput (equivalent to approximate 6 tpy VOC emissions). For the purpose of gross emission inventory evaluation the federal proposal is essentially matched by Colorado's Regulation 7 (applicable only in ozone nonattainment areas). The COGCC HB 07-1341 regulation lowers the threshold to 5 tpy for requiring control if the site is within 1/4 mile of an "affected building" (applicable only in Garfield, Mesa & Rio Blanco Counties).

Colorado, like all western O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection

monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO. Regarding glycol dehydrators the federal proposal requires 95% control on large units and emission limits on smaller dehydrators. For the purpose of gross emission inventory evaluation, this is essentially matched by Colorado's Regulation 7 requiring 90% reduction on an emission threshold of 15 tpy (applicable in ozone non-attainment areas). Under the COGCC HB-07-1341 regulation the threshold is lowered to 5 tpy if the site is within 1/4 mile of an "affected building" (applies only to Garfield, Mesa & Rio Blanco Counties).

Although Colorado has minor source permitting requirements, those regulations do not apply to Indian Country.

**Montana** Except as noted below the Montana Department of Environmental Quality (DEQ) has adopted no regulations as specific as the proposed federal NSPS Subpart OOOO for VOC emissions from O&G operations. The Montana Board of Oil and Gas Conservation (MBOGC) has regulations that limit VOC emissions during the drilling and completion of oil and gas wells.

The Montana DEQ has regulation that requires oil or gas well facilities to control emissions from the time the well is completed until the source is registered or permitted (Administrative Rules of Montana (ARM) 17.8.16). The Montana DEQ's regulation ARM 17.8.17 (Registration of Air Contaminant Sources) is essentially a permit by rule, which allows owner or operator of a registration eligible facility to register with the Montana DEQ in lieu of submitting an application for and obtaining a Montana Air Quality Permit (MAQP). If a source cannot meet the requirements outlined in ARM 17.8.17, it must apply for an MAQP. A registered facility, like an MAQP facility, is subject to all applicable state and federal rules, including SIP-approved, federally enforceable requirements.

The only sources eligible to register in Montana are crude oil well (tank battery) facilities. Storage vessels are the only NSPS Subpart OOOO affected facility associated with these registered sources. All other oil and gas sector facilities which exceed the minor source threshold of 25 tpy are required to obtain an MAQP.

Regarding compression devices, pneumatic controllers, condensate/crude oil storage tanks and glycol dehydrators, Montana has permitting and registration rules regarding control of fugitive VOC vapors. Regulation ARM 17.8.17 requires that each piece of oil or gas well facility equipment, with a PTE greater than 15 tpy be controlled at 95% or greater control efficiency. If a source has compression devices, pneumatic controllers, and/or glycol dehydrators that exceed 15 tpy emissions, they must control the emissions by 95% or greater if registered, or obtain an MAQP which requires a case-by-case BACT analysis.

A case-by-case BACT analysis may include design, equipment, work practice, or operational standards in place of or in combination with an emission limitation.

Regarding condensate tanks, the federal proposal for 95% control on 6 tpy VOC emitters is similar to Montana's Regulation ARM 17.7.17, except that Montana has thresholds of 15 tpy, and uses site/formation specific sampling to determine PTE rather than using a single throughput threshold for all sources. Additionally, Montana requires submerged filling of liquid hydrocarbons to minimize VOC emissions for all loading and unloading of transport vehicles.

Montana, like all western O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO.

Montana does have minor source control requirements in rule. In addition, Montana incorporates applicable federal requirements found in the CFR on an annual basis. This includes NSPS Subparts KKK and LLL, and NESHAPS HH and HHH. Regarding minor source permitting, Montana Regulation ARM 17.8.743 requires minor NSR air quality permits for sources with > 25 tpy PTE. Emissions from minor sources must be approved through permitting, BACT is considered on a case-by-case basis. These rules do not apply to Indian Country.

**New Mexico** The New Mexico Environmental Department (NMED) Air Quality Bureau has adopted no regulations comparable to the proposed federal NSPS Subpart OOOO for VOC emissions from O&G operations, although New Mexico, like all western O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO.

Regarding New Mexico minor source permitting requirements NMAC 20.2.72 requires permits for all sources >25 tpy of a criteria pollutant, while NMAC 20.2.73 requires Notices of Intent for all sources >10 tpy of a criteria pollutant. These rules do not apply to Indian Country.

**North Dakota** Except as noted below the North Dakota Department of Health Air Quality Division has adopted no regulations comparable to the proposed federal NSPS Subpart OOOO for VOC emissions from O&G operations, although North Dakota, like all western O&G states surveyed, has adopted NSPS Subpart

KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO. North Dakota does have NDAC Section 33-15-07 which requires submerged filling of liquid hydrocarbons to minimize VOC emissions from large (>1000 gallons), and glycol dehydrators with a condenser require temperature monitoring to remain cool enough to be effective.

North Dakota has no minor source permitting requirements, but the State does require O&G production facilities to register according to Chapter 33-15-20 in lieu of a permit. To insure compliance the "Bakken Pool Oil and Gas Production Facilities Air Pollution Control Permitting & Compliance Guidance" (http://www.ndhealth.gov/AQ/OilAndGasWells_files/New%20Guidance%20O&G%20Files/20110 502Oil%20%20Gas%20Permitting%20Guidance.pdf) is followed when calculating emissions and selecting control equipment for tank vapor controls.

**Utah** Except as noted below the Utah Department of Environmental Quality (DEQ) has adopted no regulations comparable to the proposed federal NSPS Subpart OOOO for VOC emissions from O&G operations, although Utah, like all western O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO. Utah does have an existing regulations for hydrocarbon storage tanks in ozone nonattainment areas (R307-327) which requires large tanks (> 40,000 gallons) with high vapor pressure (TVP > 1.52 psia at storage temperature) to be controlled to minimize vapor loss (new tanks shall be fitted with an internal floating roof resting on the liquid surface), but the only areas that regulation applies to are Salt Lake and Davis Counties. Since the Uinta Basin is located in northeast Utah and does not include these two nonattainment counties, the regulation does not apply to the Utah O&G operations.

Regarding minor source permits UAC Rule 307-401-9 exempts sources from NSR permitting with controlled emissions below deminimus levels (PTE< 5 tpy each PM10, NOx, SOx, CO, VOCs, or single HAP < 500 lbs per year, combined HAP < 1 tpy). These rules do not apply to Indian Country.

**Wyoming** The Wyoming Department of Environmental Quality (DEQ) has adopted several rules which regulate VOC and HAP Emissions from O&G production facilities in the state. For permitting purposes Wyoming has defined three specific areas: 1) the Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Areas (CDAs) & 3) Statewide. CDAs include Sublette, Lincoln, Uinta and Sweetwater Counties which make up the Southwest Wyoming Green River Basin, and Fremont County which makes up the Wind River Basin of the state. Natrona and Carbon Counties are also defined as CDAs,

but these two counties reside outside the O&G Basins that are included in the WRAP Phase III project basin definitions for Wyoming.

Chapter 6 Section 2 O&G Permitting Guidance requires green completions in CDAs for all wells as of August 1, 2011. Green Completions have been required in the JAPD area since 2004. The proposed Subpart OOOO regulation for the Green River and Wind River Basins, only applies to hydraulically fractured wells. The Wyoming regulation does not currently apply to the Powder River Basin.

For compression Wyoming has no equivalent to the proposed Subpart OOOO regulations for dry seal systems or maintenance schedules to prevent fugitive VOC leaks from the compressor units themselves.

Regarding pneumatic controllers, Chapter 6 Section 2 O&G Permitting Guidance requires operators to install low or no-bleed controllers at all new facilities. Upon modification of facilities, new pneumatic controllers must be low/no-bleed and existing controllers must be replaced with no/low-bleed. (well site facilities only - not gas plants) Once again this is essentially equivalent to the Subpart OOOO proposal.

On condensate and oil tanks the federal proposal for 95% control on 6 tpy VOC emitters. The Wyoming Chapter 6 Section 2 O&G Permitting Guidance requires 98% control on startup/modification for all tanks in the JAPD area. In CDAs all tanks at multiple well facilities must be controlled by 98% upon startup/modification. Also, in CDAs all tanks at single well facilities with ≥8 tpy VOC must be controlled by 98% within 60 days of startup/modification. At other facilities statewide, all tanks with ≥10 tpy VOC must be controlled by 98% within 60 days of startup/modification.

Wyoming, like all western O&G states surveyed, has adopted NSPS Subpart KKK regulations for Leak Detection and Repair (LDAR) at gas plants. However none of the states allow the new leak detection monitoring options (optical gas imaging, ultrasound equipment) contemplated under Subpart OOOO.

For glycol dehydrators the federal proposal for 95% control on large units and emission limits on smaller dehydrators varies somewhat from Wyoming requirements. For the JPAD all dehydration unit emissions must be controlled by 98% upon startup/modification. For CDAs and Statewide PAD facilities all dehydrators must be controlled by 98% upon startup/modification. Other than PAD facilities, single dehydration units with ≥6 tpy VOC emissions must be controlled by 98% within 60 days of startup/modification or dehydration units with ≥8 tpy VOC emissions must be controlled by 98% within 30 days of startup/modification. Removal of controls is allowed after various elapsed time periods and upon

WAQD approval when VOC emissions are less than 6 or 8 tpy depending on whether the dehydrators are equipped with condensers and/or glycol flash tanks, and depending on where the units are located. For gross emission inventory purposes, the federal proposal and Wyoming regulations result in essentially the same control levels.

Regarding Wyoming minor source permitting requirements emissions from minor sources must be approved through permitting applied through the WAQSR Chapter 6 Section 2(a)(i) O&G Permitting Guidance. For VOC emissions ≥8 tpy from sources not considered under the Permitting Guidance, BACT is considered on case-by-case basis. These rules do not apply to Indian Country.

**b. Potential Overlap with Federal O&G Rules**

Wyoming and Colorado have several rules with potential overlap as compared with the proposed federal O&G rules. These areas of potential overlap are explained in more detail in the basin by basin analyses which follow in the next section of this analysis.

**4. WRAP PHASE III OIL AND NATURAL GAS EMISSION INVENTORIES**

In late 2005 the WRAP completed the Phase I emission inventory project to estimate for the first time, emissions from oil and natural gas production field operations. Emphasis was placed on generating the first complete and consistent area source estimates for pollutant emissions from this source category with the potential to impair visibility near Class I areas in the West, in particular for NOx. Discussion of the results from Phase I, uncertainties identified and the availability of additional data then led to the Phase II project, completed in Fall 2007. Phase II also focused on NOx and SOx emissions affecting regional haze planning.

Because of remaining uncertainties and completeness issues for O&G inventories, in Fall 2007 the Western Energy Alliance (formerly the Independent Petroleum Association of Mountain States - IPAMS) proposed a plan for funding a Phase III regional oil and gas emission inventory project for the Intermountain West, to build on the WRAP Phase I and Phase II projects. The Phase III project was coordinated with the WRAP to assure that the products from Phase III were widely distributed among non-industry stakeholders (State/Local Agencies, Tribal Air Programs, Federal Land Managers, Environmental Groups and EPA) for review and to enhance the transparency of the effort.

The resulting comprehensive inventories from Phase III cover all criteria pollutant emissions for all

identified point and area sources associated with the exploration, production and gathering operations of oil and gas in the major basins throughout the six-state (CO, MT, NM, ND, UT, and WY) study region for the base year 2006. In addition the project is completing mid-term future projection years. Western Energy Alliance and WRAP coordinate the data collection and analysis, review and discussion, and inventory data file preparation for each major basin

The O&G basins addressed by the Phase III inventories include the following list:
1) Denver-Julesburg Basin (northeast Colorado)
2) Piceance Basin (northwestern Colorado)
3) Uinta Basin (northeastern Utah)
4) North San Juan Basin (southwest Colorado)
5) South San Juan Basin (northwest New Mexico)
6) Wind River Basin (central Wyoming)
7) Powder River Basin (northeast Wyoming)
8) Green River Basin (southwest Wyoming)
9) Williston Basin (western North Dakota and eastern Montana)

Additionally Phase III originally considered three other O&G basins: 1) the Paradox Basin in southeastern Utah, 2) the Big Horn Basin in northwestern Wyoming and 3) the Montana Plains in central Montana. These three basins were dropped from the project when preliminary investigation showed lower O&G activity in these areas and project budgets forced a prioritization of the emission inventories that could be completed with available funding.

Figure 1 shows the locations of the O&G Basins in the Rocky Mountain west that were included in the original Scope of the Phase III project.

Figure 1: Basin Boundaries in the Phase III Oil and Gas Project



Reports and more details of the Phase I and II inventories are found at the archived WRAP website at: http://www.wrapair.org/forums/ogwg/Phases_I_and_II_Inventories.html.  Work has been completed on all planned Phase III basins to date, with the exception of the Green River and Williston basins.  Reports, including maps of the basins and the emission source list covered under the project can be accessed from the "Oil & Gas Phase III" link on the "Emissions" tab of the current WRAP webpage at: http://www.wrapair2.org/PhaseIII.aspx

The federal regulations summarized earlier in this analysis (Review of New Sources and Modifications in Indian Country and EPA Proposed Oil and Natural Gas Air Regulations) will have the effect of changing some of the emissions calculated by the WRAP Phase III inventories, and the following analysis reviews where such changes will occur, as well as which sources are affected.

## a.  WRAP Phase III O&G Basin Emissions - 2006 Baseline Data

To date the 2006 baseline emissions totals for the completed WRAP Phase III O&G gas basins are shown in Table 2.

Table 2:  Phase III Basin 2006 Overall Emissions Totals

| Basin | Emissions (tons/yr) | | | | |
|---|---|---|---|---|---|
| | NOx | VOC | CO | SOx | PM |
| D-J Basin | 20,783 | 81,758 | 12,941 | 226 | 636 |
| Uinta Basin | 13,093 | 71,546 | 8,727 | 396 | 623 |
| Piceance Basin | 12,390 | 27,464 | 7,921 | 314 | 992 |
| North San Juan Basin | 5,700 | 2,147 | 6,450 | 15 | 52 |
| South San Juan Basin | 42,075 | 60,697 | 23,471 | 305 | 574 |
| Wind River Basin | 1,814 | 11,981 | 2,840 | 1,792 | 37 |
| Powder River Basin | 21,086 | 21,557 | 12,873 | 609 | 681 |

Basin specific reports break the emission totals for the two primary pollutants of concern (NOx and VOCs) down into source categories from which they came.  These basin specific reports are available for public download and review from the previously cited WRAP Phase III webpage.  By identifying the highest contributing source categories in each basin, one can qualitatively assess which of these source categories will most likely be affected by the federal regulations identified in this analysis.

It should be noted that since all Phase III emission inventories compiled to date are based on a 2006 baseline. Since there may have been additional State rules adopted since 2006 and the writing of this analysis, the basin by basin emission totals utilized in this analysis would be affected by any new rules that have been implemented after the Phase III inventories were calculated.

**Denver-Julesburg Basin 2006 Emissions**

Figure 2:  D-J Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations





Table 3 contains a listing of the Denver-Julesburg Basin NOx emissions from ENVIRON's April 30, 2008 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE DENVER-JULESBURG BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/2008-04_'06_Baseline_Emissions_DJ_Basin_Technical_Memo_(04-30).pdf

Table 3: Denver-Julesburg Basin 2006 NOx Emission Sources (tpy)

|  | Drill rigs | Exempt engines | Heaters | Workover Rigs | Compressor Engines | Glycol Dehydrator | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|
| Totals | 5,152 | 2,854 | 565 | 553 | 11,506 | 13 | 141 | 20,783 |
| Percent of Total | 25% | 14% | 3% | 3% | 55% | 0% | 1% | 100% |

As can be seen, compressors and exempt engines made up 69% of the NOx emissions in the Denver-Julesburg Basin, followed by 25% from drill rigs. NOx is not covered by the proposed NSPS, therefore these emission rates should not be affected. Since there are no Indian Lands in the Denver-Julesburg basin, the new Permitting of Minor sources on Indian Lands regulation, will have no affect on the emissions in this area either. Thus the overall effect of the regulations is likely to be negligible in terms of NOx totals from the Denver-Julesburg Basin.

Table 4 contains a listing of the Denver-Julesburg Basin VOC emissions from ENVIRON's above cited April 30, 2008 Technical Memo.

Table 4: Denver-Julesburg Basin 2006 VOC Emission Sources (tpy)

|  | Drill Rigs | Unpermitted Fugitives | Permitted Fugitives | Large condensate Tanks | Pneumatic devices | Pneumatic pumps | Small condensate Tanks | Truck loading of condensate | Venting – blowdowns | Venting - initial completions | Venting - recompletions | Compressor Engines | Glycol Dehydrator | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 357 | 7564 | 460 | 40,636 | 11,545 | 836 | 12,874 | 800 | 1,744 | 500 | 674 | 2,393 | 506 | 869 | 81,758 |
| Percent of Total | 0% | 9% | 1% | 50% | 14% | 1% | 16% | 1% | 2% | 1% | 1% | 3% | 1% | 1% | 100% |

In this case, large (50%) and small (16%) condensate tanks comprise 66% of the D-J VOC emissions, followed by 14% from pneumatic devices and 9% from unpermitted fugitives.

The new regulations of NSPS Subpart OOOO will address VOC from the largest D-J contributor, condensate tanks, requiring tanks with 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. However the State of Colorado already requires 95% VOC reduction for tanks containing

unstabilized condensate at gas processing plants if uncontrolled emissions are greater than or equal to 2 tpy (Reg. 7, XII.G.2 – applies only in ozone nonattainment areas). The 95% control applies for all condensate tanks if uncontrolled emissions are greater than or equal to 20 tpy (Reg. 7, XVII.C.1). In addition condensate tanks in ozone non-attainment areas shall be controlled under a system-wide approach (Reg. 7, XII.D). Furthermore if the tanks are within 1/4 mile of an affected building (COGCC HB-07-1341, Section 805.b(2)A), the threshold for condensate and crude oil tanks is lowered to a level of uncontrolled emissions greater than or equal to 5 tpy. There are other requirements for auto-ignitors and surveillance at controlled locations based on emission level. Thus the effect of Subpart OOOO on the gross emission inventory will be minimized in the D-J Basin by existing Colorado regulations.

Regarding the second largest source, pneumatic devices, under Subpart OOOO no VOC emissions would be allowed from devices located at gas processing plants, and devices at other sites would be limited to emissions of 6 ft$^3$/day (this is equivalent to low bleed devices). Regulation 7, XVIII.C.1 of the CDPHE already requires no or low-bleed pneumatic controllers for all new & existing applications in ozone non-attainment areas (exceptions allowed). The COGCC HB-07-1341, Section 805.b(2)E requires no or low-bleed required for new, repaired or replaced devices where technically feasible. So the impact of Subpart OOOO on the gross emission inventory of the D-J Basin would also be minimized by this existing Colorado regulation.

The new regulations do not address unpermitted fugitive emissions.

Regarding the federal rules for Permitting of Minor sources on Indian Lands, as noted for NOx above, there are no Indian Lands in the D-J, therefore the new requirements will have no effect on VOC emission totals in this area in the future.

**Uinta Basin 2006 Emissions**

Figure 3: Uinta Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations



# Uinta Basin - 2006 Well Location

Table 5 contains a listing of the Uinta Basin NOx emissions from ENVIRON's March 25, 2009 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE UINTA BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/2009-03_06_Baseline_Emissions_Uinta_Basin_Technical_Memo_03-25.pdf

Table 5: Uinta Basin 2006 NOx Emission Sources (tpy)

| | Compressor engines | Condensate tank flaring | Drill rigs | Heaters | Workover rigs | Miscellaneous engines | Artificial Lift | Dehydrator | Dehydrator Flaring | Initial completion flaring | Permitted Sources | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 2207.2 | 0.6 | 4778.8 | 1015.6 | 255.0 | 163.3 | 2184.5 | 148.1 | 0.1 | 0.6 | 2339.3 | 13093 |
| Percent of Total | 17% | 0% | 36% | 8% | 2% | 1% | 17% | 1% | 0% | 0% | 18% | 100% |
| Total Tribal | 1464.0 | 0.4 | 3755.1 | 695.9 | 184.4 | 111.9 | 1312.0 | 98.2 | 0.1 | 0.4 | 2339.3 | 9962 |
| Total Nontribal | 743.2 | 0.2 | 1023.7 | 319.7 | 70.6 | 51.4 | 872.5 | 49.9 | 0.0 | 0.1 | 0.0 | 3131 |

As can be seen from this table in the Uinta Basin main NOx sources are drill rigs with 36% of the emissions, followed by 34% from compressors and artificial lift engines and 18% from permitted sources. NOx is not covered by the proposed NSPS, therefore these emission rates should not be affected.

Also seen from the table, the majority of NOx emissions in the Uinta Basin are located on Tribal lands. Thus in the future, the new federal regulation for permitting of minor sources on Indian Lands will likely affect a significant portion of NOx emissions from previously unpermitted small sources like field compressors, artificial lift engines and heaters from the Uinta Basin. Although new sources will have lower emissions than previously projected due to the new federal permitting review, there will likely be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirement. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

Table 6 contains a listing of the Uinta Basin VOC emissions, as taken from ENVIRON's above cited March 25, 2009 Technical Memo.

Table 6: Uinta Basin 2006 VOC Emission Sources (tpy)

| | Oil Well Truck Loading | Gas Well Truck Loading | Pneumatic devices | Pneumatic pumps | Unpermitted Fugitives | Glycol Dehydrator | Condensate Tank | Oil Tank | Permitted Sources | Venting - Compressor Startup | Venting - Compressor Shutdown | Other Categories | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 963.9 | 127.0 | 14915.7 | 8385.7 | 1909.6 | 19470.5 | 6194.6 | 14356.7 | 1320.4 | 825.4 | 782.4 | 2294.3 | 71546.0 |
| Percent of Total | 1% | 0% | 21% | 12% | 3% | 27% | 9% | 20% | 2% | 1% | 1% | 3% | 100% |
| Total Tribal | 578.9 | 112.6 | 11594.8 | 6561.7 | 1485.9 | 16563.6 | 5494.2 | 8622.4 | 1320.4 | 703.7 | 667.0 | 1664.6 | 55369.8 |
| Total Nontribal | 385.0 | 14.4 | 3320.8 | 1824.0 | 423.7 | 2906.9 | 700.4 | 5734.2 | 0.0 | 121.7 | 115.3 | 629.5 | 16176.0 |

In the Uinta Basin pneumatic devices (21%) and pneumatic pumps (12%) comprise the largest sources of VOC emissions with 33% of the total, followed by oil (20%) and condensate (9%) tanks with a combined 29% of the total, and glycol dehydrators with another 27% of the basin VOC

As noted before, the new regulations of NSPS Subpart OOOO will address VOC emissions from pneumatic devices such that no VOC emissions will be allowed from devices located at gas processing plants, while devices at other sites would be limited to emissions of 6 ft$^3$/day. The State of Utah has no regulations on pneumatic devices, so Subpart OOOO would likely reduce VOC emissions in future inventories from this source category.

The Subpart OOOO regulation also will require oil and condensate tanks with at least 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. The State of Utah has an existing regulations for hydrocarbon storage tanks in ozone nonattainment areas (R307-327) which requires large tanks (> 40,000 gallons) with high vapor pressure (TVP > 1.52 psia at storage temperature) to be controlled to minimize vapor loss (new tanks shall be fitted with an internal floating roof resting on the liquid surface), but the only areas that regulation applies to are Salt Lake and Davis Counties. Since the Uinta Basin is located in northeast Utah and does not include these two nonattainment counties, the regulation does not apply to the Uinta O&G operations. The new federal regulation would likely reduce VOC emissions in future inventories from tanks in this basin.

Regarding glycol dehydrators, revisions to NESHAPS Subpart HH would remove the 1 ton per year benzene compliance alternative for large dehydrators (actual annual average natural gas flow rate greater than 3 million cubic feet per day or annual average benzene emissions of greater than 1 tpy). Instead, all large dehydrators would be required to reduce their VOC emissions by 95%. As with other VOC sources, the

State of Utah doesn't have regulations on dehydrators, so the new federal rule would likely reduce VOC emissions in future inventories from tanks in the Uinta basin

Again, a large portion of VOC emissions in the Uinta Basin come from Indian Lands, therefore the new requirements for Permitting of Minor sources on Indian Lands, will likely have some effect of lowering VOC emission totals in this area on new sources in the future. Although new sources will have lower emissions than previously projected due to the new federal permitting review, there will be a number of existing sources that were never reported in the past and will be included in emission inventories under the federal reporting requirement. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

**Piceance Basin 2006 Emissions**

Figure 4: Piceance Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations



# Piceance Basin - 2006 Well Locations

Table 7 contains a listing of the Piceance Basin NOx emissions from the ENVIRON's January 20, 2009 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE PICEANCE BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/2009-01_06_Baseline_Emissions_Piceance_Basin_Technical_Memo_01-20.pdf

Table 7: Piceance Basin 2006 NOx Emission Sources (tpy)

|  | Compressor Engines | Drill Rigs | Exempt engines | Flaring | Glycol Dehydrator | Heaters | Workover Rigs | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 5,705 | 5,382 | 128 | 136 | 53 | 589 | 75 | 323 | 12,390 |
| Percent of Total | 46% | 43% | 1% | 1% | 0% | 5% | 1% | 3% | 100% |

In the Piceance Basin compressors (46%) and exempt engines (1%) made up 47% of the NOx emissions in 2006, followed by 43% from drill rigs. NOx is not covered by the proposed NSPS, therefore these emission rates should not be affected. As in the Denver-Julesburg basin, there are no Indian Lands in the Piceance Basin, thus the new Permitting of Minor sources on Indian Lands will have no affect on the emissions in this area. The overall effect of the new regulations is therefore likely to be negligible in terms of NOx totals from the Piceance Basin.

Table 8 contains a listing of the Piceance Basin VOC emissions from ENVIRON's above cited January 20, 2009 Technical Memo.

Table 8: Piceance Basin 2006 VOC Emission Sources (tpy)

|  | Drill Rigs | Unpermitted Fugitives | Permitted Fugitives | Condensate Tanks | Pneumatic Devices | Pneumatic Pumps | Venting – Blowdown | Venting - Initial Completion | Venting - Recompletion | Compressor Engines | Glycol Dehydrator | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 244 | 967 | 364 | 3,405 | 1,883 | 648 | 2,172 | 10,845 | 1,434 | 1,501 | 2,929 | 1,072 | 27,464 |
| Percent of Total | 1% | 4% | 1% | 12% | 7% | 2% | 8% | 39% | 5% | 5% | 11% | 4% | 100% |

In this case, venting from initial completions (39%), venting blowdowns (8%) and recompletions (5%) comprise more than half - 52% of the VOC emissions in the Piceance Basin. This is followed by condensate tanks with 12%, glycol dehydrators with 11% and pneumatic devices with 7% of the Piceance VOC emissions.

The new regulations of NSPS Subpart OOOO will address VOC emissions from any new or existing non-exploratory or non-delineation wells (wells that are in close proximity to a gathering line) that have undergone high pressure hydraulic fracturing (fracing). The regulation will require "Green Completions" for these wells, in combination with pit flaring for gas unsuitable to enter a sales pipeline. However the Colorado Oil & Gas Conservation Commission HB-07-1341, Section 805.b(3) requires green completions when technically and economically feasible. If not feasible, Best Management Practices shall be used. Thus the effect of Subpart OOOO will be minimized in the Piceance Basin by existing Colorado regulations.

Also applicable to this basin, the Subpart OOOO regulation also will require condensate tanks with 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. As noted before the State of Colorado already requires 95% VOC reduction for tanks containing unstabilized condensate at gas processing plants if uncontrolled emissions are greater than or equal to 2 tpy (Reg. 7, XII.G.2). The 95% control applies for all hydrocarbon liquids (not just unstabilized condensate) if uncontrolled emissions are greater than or equal to 20 tpy (Reg. 7, XVII.C.1). Furthermore if the tanks are within 1/4 mile of an affected building (COGCC HB-07-1341, Section 805.b(2)A), the threshold for all hydrocarbon liquids is lowered to a level of uncontrolled emissions greater than or equal to 5 tpy. There are other requirements for auto ignitors and surveillance at controlled locations based on emission level. Thus the effect of Subpart OOOO will be minimized in the Piceance Basin by existing Colorado regulations.

Regarding glycol dehydrators, revisions to NESHAPS Subpart HH would remove the 1 ton per year benzene compliance alternative for large dehydrators (actual annual average natural gas flow rate greater than 3 million cubic feet per day or annual average benzene emissions of greater than 1 tpy). Instead, all large dehydrators would be required to reduce their VOC emissions by 95%. The State of Colorado Regulation 7, XII.H and XVII.D requires 90% reduction of VOCs where uncontrolled VOC emissions $\geq$ 15 tpy. The threshold is reduced to $\geq$ 5 tpy within 1/4 mile of an affected building under COGCC HB-07-1341, Section 805.b(2)C. So once again the effect of Subpart OOOO will be minimized in the Piceance Basin.

For pneumatic devices, under Subpart OOOO no VOC emissions would be allowed from devices located at gas processing plants, while devices at other sites would be limited to emissions of 6 ft$^3$/day (this is equivalent to bleed devices). Reg. 7, XVIII.C.1 of the CDPHE already requires no or low-bleed pneumatic controllers for all new & existing applications (exceptions allowed), so the impact of Subpart OOOO would be minimized.

Regarding the federal rules for Permitting of Minor sources on Indian Lands, like for NOx noted above, there are no Indian Lands in the Piceance, and therefore the new requirements will have no effect on VOC emission totals in this area in the future.

**North San Juan Basin 2006 Emissions**

Figure 5: North San Juan Basin Boundaries Overlaid With 2006 O&G Well Locations

# Northern San Juan Basin - 2006 Well Location



- 🟩 CBM Wells
- 🟪 Gas Wells
- 🟧 Oil Wells

Table 9 contains a listing of the North San Juan Basin NOx emissions from the ENVIRON's September 1, 2009 Technical Memo, "DEVELOPMENT OF BASELINE 2006 AND MIDTERM 2012 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE NORTH SAN JUAN BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/NSanJuanBasin/2009-09_06_Baseline_and_12_Midterm_Emissions_N_San_Juan_Basin_Technical_Memo_09-01.pdf

Table 9: North San Juan Basin 2006 NOx Emission Sources (tpy)

| | Compressor Engines | Drill Rigs | Miscellaneous Engines | Heaters/ Boilers | Dehydrators | Flaring | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|
| Totals | 4,947 | 225 | 48 | 462 | 4 | 3 | 12 | 5,700 |
| Percent of Total | 87% | 4% | 1% | 8% | 0% | 0% | 0% | 100% |
| | | | | | | | | |
| Total Tribal | 4,184 | 213 | 43 | 406 | 3 | 2 | 11 | 4,862 |
| Total Non-Tribal | 763 | 12 | 6 | 56 | 1 | 0 | 1 | 839 |

In the North San Juan compressors (87%) and miscellaneous engines (1%) make up an overwhelming 88% majority of the NOx emissions, distantly followed by 8% from heaters/boilers and 4% from drill rigs.

NOx is not covered by the proposed NSPS, therefore these emission rates should not be affected by Subpart OOOO. Most of the NOx emissions in the North San Juan Basin are on Indian Lands. Although new sources will have lower emissions from previously unpermitted small sources like field compressors, artificial lift engines and heaters than previously projected due to the new federal regulation for permitting of minor sources on Indian Lands, there will be a number of existing sources that were never reported in the past and with the federal reporting requirements they will now be included in emission inventories. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

Table 10 contains a listing of the North San Juan Basin VOC emissions from ENVIRON's above cited September 1, 2009 Technical Memo.

Table 10: North San Juan Basin 2006 VOC Emission Sources (tpy)

| | Compressor Engines | Drill Rigs | Miscellaneous Engines | Heaters/ Boilers | Dehydrators | Oil Tanks | Flaring | Other Categories | **Totals** |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 1,886 | 18 | 6 | 17 | 14 | 165 | 5 | 36 | 2,147 |
| Percent of Total | 88% | 1% | 0% | 1% | 1% | 8% | 0% | 2% | 100% |
| | | | | | | | | | |
| Total Tribal | 1,830 | 18 | 5 | 15 | 12 | 151 | 5 | 29 | 2,064 |
| Total Non-Tribal | 56 | 1 | 1 | 2 | 2 | 14 | 0 | 7 | 83 |

As with NOx, compressors and miscellaneous engines make up an overwhelming 88% majority of the VOC emissions the North San Juan, distantly followed by 8% from oil tanks.

NSPS Subpart OOOO does address compressor VOC emissions, mandating that centrifugal units be equipped with a dry seal system, and reciprocating engines have a maintenance schedule to replace rod packing every 26,000 hours. The State of Colorado has no equivalent measures for minimizing compressor fugitive emissions, so Subpart OOOO will lower VOC emissions for non-tribal sources in the North San Juan Basin.

Also applicable to this basin, the Subpart OOOO regulation also will require oil tanks with 20 bbl/day crude oil throughput to reduce VOC by 95%. But as noted before the State of Colorado already requires 95% VOC reduction for tanks containing unstabilized condensate at gas processing plants if uncontrolled emissions are greater than or equal to 2 tpy (Reg. 7, XII.G.2). The 95% control applies for all hydrocarbon liquids (not just unstabilized condensate) if uncontrolled emissions are greater than or equal to 20 tpy (Reg. 7, XVII.C.1). Furthermore if the tanks are within 1/4 mile of an affected building (COGCC HB-07-1341, Section 805.b(2)A), the threshold for all hydrocarbon liquids is lowered to a level of uncontrolled emissions greater than or equal to 5 tpy. There are other requirements for auto ignitors and surveillance at controlled locations based on emission level. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the North San Juan Basin by existing Colorado regulations.

A vast majority of VOC emissions in the North San Juan come from Indian Lands, therefore the new requirements for Permitting of Minor sources on Indian Lands, will likely have some effect of lowering VOC emission totals in this area on new sources in the future. But as pointed out, it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

**South San Juan Basin 2006 Emissions**

Figure 6: South San Juan Basin Boundaries Overlaid With 2006 O&G Well Locations

# South San Juan Basin - 2006 Wells



Table 11 contains a listing of the South San Juan Basin NOx emissions from the ENVIRON's November 25, 2009 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE SOUTH SAN JUAN BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/SSanJuanBasin/2009-11y_06_Baseline_S_San_JuanBasin_Technical_Memo_11-25R.pdf

Table 11: South San Juan Basin 2006 NOx Emission Sources (tpy)

|  | Compressor Engines | Drill Rigs | Heaters | Workover Rigs | Completion Flaring | CBM Pump Engines | Artificial Lift | Dehydrator | Other Categories | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 35,545 | 848 | 805 | 876 | 214 | 1,374 | 1,498 | 209 | 705 | 42,075 |
| Percent of Total | 84% | 2% | 2% | 2% | 1% | 3% | 4% | 0% | 2% | 100% |
| Total Tribal | 2,426 | 52 | 94 | 102 | 25 | 67 | 477 | 2 | 43 | 3,287 |
| Total Nontribal | 33,119 | 796 | 711 | 775 | 189 | 1,307 | 1,022 | 208 | 661 | 38,788 |

Once again in the South San Juan gas fired engines (compressors [84%], CBM pump [3%] and artificial lift engines [4%]) make up the majority of the NOx emissions with 91% of the total, distantly followed by drill and workover engines at 4% from these two categories.

NOx is not covered by the proposed NSPS, therefore these emission rates will not be affected by Subpart OOOO. The new federal rules for permitting of minor sources on Indian Lands will likely affect the emissions of previously unpermitted small sources like field compressors, miscellaneous engines and heaters in the future, therefore the new requirements for Permitting of Minor sources on Indian Lands will likely have some effect of lowering VOC emission totals in this area on new sources in the future. However, it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

Table 12 contains a listing of the South San Juan Basin VOC emissions from ENVIRON's above cited November 25, 2009 Technical Memo.

Table 12: South San Juan Basin 2006 VOC Emission Sources (tpy)

| | Compressor Engines | Pneumatic Devices | Pneumatic Pumps | Venting – Blowdown | Venting - Initial Completion | Unpermitted Fugitives | Condensate Tanks | Oil Tanks | CBM Pump Engines | Permitted Tank Losses | Dehydrator | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 4,180 | 1,584 | 142 | 13,145 | 14,492 | 4,137 | 3,964 | 2,430 | 1,837 | 1,832 | 11,372 | 1,582 | 60,697 |
| Percent of Total | 7% | 3% | 0% | 22% | 24% | 7% | 7% | 4% | 3% | 3% | 19% | 3% | 100% |
| Total Tribal | 212 | 225 | 20 | 1,150 | 2,074 | 592 | 401 | 773 | 90 | 222 | 1,031 | 132 | 6,923 |
| Total Nontribal | 3,968 | 1,359 | 121 | 11,995 | 12,418 | 3,545 | 3,563 | 1,657 | 1,747 | 1,610 | 10,341 | 1,450 | 53,774 |

In the South San Juan case, venting from initial completions (24%) and venting from blowdowns (22%) comprise almost half - 46% of the VOC emissions in the basin. This is followed by glycol dehydrators emissions with 19% and emissions from condensate (7%), oil tanks (4%) and permitted tank losses (3%) totaling to 14% of the VOC emission totals. Compressors (7%) and CBM pump engines (3%) are the next biggest source category with 10% from these two types of gas fired sources.

As noted before new regulations of NSPS Subpart OOOO will address VOC emissions from any new or existing non-exploratory or non-delineation wells (wells that are in close proximity to a gathering line) that have undergone high pressure hydraulic fracturing (fracing). The regulation will require "Green Completions" for these wells, in combination with pit flaring for gas unsuitable to enter a sales pipeline. The State of New Mexico has no regulations on Green Completions, so Subpart OOOO would likely reduce VOC emissions in future inventories from this source category in the South San Juan Basin.

Regarding glycol dehydrators, revisions to NESHAPS Subpart HH would remove the 1 ton per year benzene compliance alternative for large dehydrators (actual annual average natural gas flow rate greater than 3 million cubic feet per day or annual average benzene emissions of greater than 1 tpy). Instead, all large dehydrators would be required to reduce their VOC emissions by 95%. Once again the State of New Mexico has no existing regulations on dehydrator control requirements for this source category, so Subpart OOOO would likely reduce VOC emissions in future inventories from dehydrators in the South San Juan Basin.

Also applicable to this basin, the Subpart OOOO regulation will require condensate tanks with 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. As for other categories the State of New Mexico has no existing regulations on tank control requirements, so Subpart OOOO would

likely reduce VOC emissions in future inventories from storage tanks in the South San Juan Basin.

Regarding fired engines NSPS Subpart OOOO does address VOC emissions, mandating that centrifugal units be equipped with a dry seal system, and reciprocating engines have a maintenance schedule to replace rod packing every 26,000 hours. The State of New Mexico has no existing regulations on compressor fugitive emissions, so Subpart OOOO would likely reduce VOC emissions in future inventories from this source category in the South San Juan Basin.

Regarding the federal rules for permitting of minor sources on Indian Lands, in the South San Juan Basin Indian Lands comprise a small portion of the VOC sources, therefore the new requirements for Permitting of Minor sources on Indian Lands, will likely have some effect of lowering VOC emission totals in this area on future new sources. However it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

**Wind River Basin 2006 Emissions**

Figure 7: Wind River Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations



# Wind River Basin

Table 13 contains a listing of the Wind River Basin NOx emissions from the ENVIRON's July 14, 2010 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE WIND RIVER BASIN" located at:

http://www.wrapair.org/forums/ogwg/documents/2010-07_%2706%20Baseline;%20Wind%20RiverBasin%20Technical%20Memo%20%2807-14%29.pdf

Table 13: Wind River Basin 2006 NOx Emission Sources (tpy)

|  | Compressor Engines | Drill Rigs | Heaters | Workover Rigs | Dehydrators | Other Categories | Total |
|---|---|---|---|---|---|---|---|
| Total Tons | 1,290 | 218 | 145 | 62 | 17 | 82 | 1,814 |
| Percent of Total | 71% | 12% | 8% | 3% | 1% | 5% | 100% |
|  |  |  |  |  |  |  |  |
| Total Tribal | 213 | 16 | 43 | 18 | 10 | 37 | 337 |
| Total Nontribal | 1,077 | 203 | 102 | 44 | 7 | 45 | 1,478 |

In the Wind River Basin compressors are the largest source category in 2006, with almost ¾ of the NOx emissions (71%). This is followed by 12% from drill rigs and 8% from gas fired heaters.

As cited throughout this analysis NOx is not covered by the proposed NSPS, therefore these emission rates should not be affected Subpart OOOO. There are some Indian Lands in the Wind River Basin, thus the new Permitting of Minor sources on Indian Lands will affect the emissions of previously unpermitted small sources like field compressors, miscellaneous engines and heaters in the future and that will likely lower VOC emission totals on new sources in the future. However, it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

Table 14 contains a listing of the Wind River Basin VOC emissions from ENVIRON's above cited July 14, 2010 Technical Memo.

Table 14: Wind River Basin 2006 VOC Emission Sources (tpy)

| | Compressor Engines | Drill Rigs | Heaters | Pneumatic Devices | Venting - Blowdowns | Workover Rigs | Dehydrators | Condensate Tanks | Oil Tanks | Unpermitted Fugitives | Other Categories | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Tons | 220 | 24 | 8 | 6,351 | 2,018 | 9 | 1,324 | 710 | 449 | 296 | 574 | 11,982 |
| Percent of Total | 2% | 0% | 0% | 53% | 17% | 0% | 11% | 6% | 4% | 2% | 5% | 100% |
| | | | | | | | | | | | | |
| Total Tribal | 48 | 2 | 2 | 1,886 | 599 | 3 | 36 | 26 | 314 | 88 | 191 | 3,196 |
| Total Nontribal | 171 | 23 | 6 | 4,464 | 1,418 | 7 | 1,288 | 684 | 135 | 208 | 382 | 8,786 |

In the Wind River Basin pneumatic devices comprise more than half (53%) of the VOC emissions, followed by 17% from venting blowdowns, 11% from glycol dehydrators and 10 % from condensate (6%) and oil tanks (4%).

The new regulations of NSPS Subpart OOOO will address VOC emissions from pneumatic devices, allowing no VOC emissions from devices located at gas processing plants, while devices at other sites would be limited to emissions of 6 $ft^3$/day (this is equivalent to low bleed devices). The Wind River Basin is part of the Concentrated Development Area for the State of Wyoming and Chapter 6 Section 2 O&G Permitting Guidance, already requires installation of low or no-bleed at all new facilities. Upon modification of facilities, new pneumatic controllers must be low/no-bleed and existing controllers must be replaced with no/low-bleed. (well site facilities only - not gas plants). Thus the impact of Subpart OOOO on pneumatic emissions would be minimized in the Wind River Basin.

Regarding well completions (venting blowdowns in the Phase III inventory) under Subpart OOOO any new or existing non-exploratory or non-delineation wells (wells that are in close proximity to a gathering line) that have undergone high pressure hydraulic fracturing (fracing), the regulation will require "Green Completions" for these wells, in combination with pit flaring for gas unsuitable to enter a sales pipeline. Wyoming Chapter 6 Section 2 O&G Permitting Guidance defines 3 area categories; 1) the Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Area (CDA) & 3) Statewide

Green completions have been required in the JPAD area since 2004, and are required CDAs as of 2011-12 (depending upon individual permit issuance -- August 1, 2011 rule). Fremont County containing the Wind River Basin is classified as a CDA, therefore the requirement for Green Completions applies. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the Wind River Basin by existing Wyoming regulations.

Regarding glycol dehydrators, as noted before, revisions to NESHAPS Subpart HH would remove the 1 ton per year benzene compliance alternative for large dehydrators (actual annual average natural gas flow rate greater than 3 million cubic feet per day or annual average benzene emissions of greater than 1 tpy). Instead, all large dehydrators would be required to reduce their VOC emissions by 95%. In CDAs (Fremont County) Wyoming Chapter 6 Section 2 O&G Permitting Guidance requires 98% control from multiple well (PAD) facilities upon startup/modification. Emissions from single well dehydration units must be controlled by 98% within 60 days of startup/modification for ≥6 tpy VOC (30 days for ≥8 tpy VOC) with removal allowed upon approval after various elapsed time scenarios. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the Wind River Basin by existing Wyoming regulations.

Also applicable to this basin, the Subpart OOOO regulation will require hydrocarbon tanks with 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. Wyoming Chapter 6 Section 2 O&G Permitting Guidance requires 98% control of all new/modified tank emissions ≥8 tpy VOC at start up in CDAs. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the Wind River Basin by existing Wyoming regulations.

Regarding the federal rules for permitting of minor sources on Indian Lands, the Wind River Basin Indian Lands comprise a minority of VOC sources, therefore the new requirements will likely have a small effect on VOC emission totals in this area in the future. However, it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

**Powder River Basin 2006 Emissions**

Figure 8: Powder River Basin Boundaries Overlaid With 2006 Oil and Gas Well Locations



Table 15 contains a listing of the Powder River Basin NOx emissions from the ENVIRON's June 10, 2011 Technical Memo, "DEVELOPMENT OF BASELINE 2006 EMISSIONS FROM OIL AND GAS ACTIVITY IN THE POWDER RIVER BASIN" located at:

http://www.wrapair2.org/pdf/2011-06_%2706%20Baseline%20Emissions;%20Powder%20River%20Basin%20%2806-10%29.pdf

Table 15: Powder River Basin 2006 NOx Emission Sources (tpy)

|  | Compressor Engines | Drill Rigs | Heaters | Miscellaneous Engines | Artificial Lift | Dehydrators | Other Categories | Total |
|---|---|---|---|---|---|---|---|---|
| Total Tons | 9,320 | 5,796 | 351 | 4,136 | 469 | 20 | 995 | 21,086 |
| Percent of Total | 44% | 27% | 2% | 20% | 2% | 0% | 5% | 100% |
| Total Tribal | 0 | 2 | 1 | 7 | 2 | 0 | 158 | 169 |
| Total Nontribal | 9,320 | 5,794 | 350 | 4,129 | 467 | 20 | 837 | 20,917 |

Gas fired engines (compressors [44%] and other miscellaneous engines [20%]) are the largest category of NOx emissions in the Powder River Basin, making up 64% of the total. The next largest source is 27% from drill rigs. NOx is not covered by the proposed federal NSPS or NESHAPs regulations, therefore these emission rates should not be affected by these new federal rules.

Although there is a very small portion of Powder River Basin NOx located on Indian lands, the federal permitting program for minor sources will likely have a fairly negligible effect on the emissions of previously unpermitted small sources in this basin. However it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal Regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.

Table 16 contains a listing of the Powder River Basin VOC emissions from ENVIRON's above cited June 10, 2011 Technical Memo.

Table 16: Powder River Basin 2006 VOC Emission Sources (tpy)

| | Compressor Engines | Drilling Rigs | Venting - Initial Completion | Venting - Recompletion | Unpermitted Fugitives | Misc. Engines | Dehydrator | Oil Well Truck Loading | Pneumatic Devices | Oil Tanks | Condensate Tanks | Other Categories | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Tons | 3,847 | 241 | 686 | 6,510 | 3,530 | 502 | 994 | 863 | 2,859 | 412 | 310 | 802 | 21,557 |
| Percent of Total | 18% | 1% | 3% | 30% | 16% | 2% | 5% | 4% | 13% | 2% | 1% | 4% | 100% |
| Total Tribal | 0 | 0 | 0 | 0 | 19 | 1 | 0 | 3 | 15 | 2 | 0 | 6 | 46 |
| Total Nontribal | 3,847 | 241 | 686 | 6,510 | 3,511 | 501 | 994 | 860 | 2,844 | 410 | 310 | 796 | 21,511 |

In the Powder River case well completion venting from initial (3%) and recompletions (30%) are the largest VOC sources, showing 33% of the basin total emissions. This is followed by compressor (18%) and miscellaneous engines (2%) combined for 20%, unpermitted fugitives with 16% and pneumatic devices with 13% of the basin's VOC. Glycol dehydrators with 5% and oil/condensate tanks with 3% make up the bulk of the rest of the sources.

As noted new regulations of NSPS Subpart OOOO will address VOC emissions from completions at any new or existing non-exploratory or non-delineation wells (wells that are in close proximity to a gathering line) that have undergone high pressure hydraulic fracturing (fracing). The regulation will require Green Completions for these wells, in combination with pit flaring for gas unsuitable to enter a sales pipeline. As noted above Wyoming Chapter 6 Section 2 O&G Permitting Guidance defines 3 area categories; 1) Jonah-Pinedale Anticline Development (JPAD), 2) Concentrated Development Area (CDA) & 3) Statewide. Green completions are required in the JPAD and in CDAs in Wyoming as of August 1, 2011. The Powder River Basin is not classified as a CDA, therefore the requirement for Green Completions does not apply to this section. Thus the effect of Subpart OOOO will be to minimize completion/recompletion emissions in the non tribal portion of the Powder River Basin.

Regarding gas fired engines NSPS Subpart OOOO addresses VOC emissions, mandating that centrifugal units be equipped with a dry seal system, and reciprocating engines have a maintenance schedule to replace rod packing every 26,000 hours. The State of Wyoming has no existing regulations on compressor fugitive emissions, so Subpart OOOO would likely reduce VOC emissions in future inventories from this source category in the Powder River Basin.

As noted earlier, the new regulations do not address unpermitted fugitive emissions.

The new regulations of NSPS Subpart OOOO will address VOC emissions from pneumatic devices, allowing no VOC emissions from devices located at gas processing plants, while devices at other sites would be limited to emissions of 6 ft$^3$/day. In Wyoming all pneumatic devices (excluding pumps) must be low or no bleed which limits emissions to this threshold of 6 ft$^3$/day. Thus Wyoming regulations on pneumatic devices do apply in the Powder River Basin and already control pneumatic devices as well as Subpart OOOO. Therefore VOC emissions in future inventories from this source category will not likely be affected in the Powder River Basin.

Regarding glycol dehydrators, revisions to NESHAPs Subpart HH would remove the 1 ton per year benzene compliance alternative for large dehydrators (actual annual average natural gas flow rate greater than 3 million cubic feet per day or annual average benzene emissions of greater than 1 tpy). Instead, all large dehydrators would be required to reduce their VOC emissions by 95%. Wyoming Chapter 6 Section 2 O&G Permitting Guidance requires 98% control of all new/modified dehydrator VOC/HAP emissions statewide at startup, with removal allowed for emissions ≥6 or 8 tpy after various elapsed time scenarios. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the Powder River Basin by existing Wyoming regulations.

Also applicable to this basin, the Subpart OOOO regulation will require condensate tanks with 1 bbl/day condensate throughput (or 20 bbl/day crude oil throughput) to reduce VOC by 95%. Wyoming Chapter 6 Section 2 O&G Permitting Guidance requires emissions ≥10 tpy VOC within 60 days statewide. Thus the effect of Subpart OOOO will be minimized in the non tribal portion of the Wind River Basin by existing Wyoming regulations.

Regarding the federal rules for permitting of minor sources on Indian Lands, in the Powder River Basin Indian Lands comprise a small portion of VOC sources, therefore the new requirements will likely have a small effect on VOC emission totals in this area in the future. However it is likely there will be a number of existing sources that were never reported in the past, and now will be caught up in the federal regulation reporting requirements. Thus we may see some increased emissions show up on tribal lands in future emission inventories.



Source: Alexander Hafemann

# Tipping Point

## PERSPECTIVE OF A CLIMATOLOGIST

JAMES HANSEN

"Animals are on the run. Plants are migrating too."[1] I wrote those words in 2006 to draw attention to the fact that climate change was already under way. People do not notice climate change because it is masked by day-to-day weather fluctuations, and we reside in comfortable homes. Animals and plants, on the other hand, can survive only within certain climatic conditions, which are now changing. The National Arbor Day Foundation had to redraw its maps for the zones in which tree species can survive, and animals are shifting to new habitats as well. Are these gradual changes in the wild consistent with dramatic scientific assessments of a crystallizing planetary emergency? Unfortunately, yes. Present examples only hint at the scale of the planetary emergency that climate studies reveal with increasing clarity.

Our home planet is dangerously near a tipping point at which human-made

*JAMES HANSEN is director of the National Aeronautics and Space Administration Goddard Institute for Space Studies, but the perspectives here are his own. Hansen is also Adjunct Professor of Earth and Environmental Sciences at Columbia University's Earth Institute, and he appeared in* An Inconvenient Truth. *He has also criticized the Intergovernmental Panel on Climate Change for not adequately addressing the danger of large sea level rise.*

greenhouse gases reach a level where major climate changes can proceed mostly under their own momentum. Warming will shift climatic zones by intensifying the hydrologic cycle, affecting freshwater availability and human health. We will see repeated coastal tragedies associated with storms and continuously rising sea levels. The implications are profound, and the only resolution is for humans to move to a fundamentally different energy pathway within a decade. Otherwise, it will be too late for one-third of the world's animal and plant species and millions of the most vulnerable members of our own species.

We may be able to preserve the remarkable planet on which civilization developed, but it will not be easy: special interests are resistant to change and have inordinate power in our governments, especially in the United States. Understanding the nature and causes of climate change is essential to crafting solutions to our current crisis.

**Tipping Point**

Earth is heated by sunlight and, in balance, reaches a temperature such that an amount of heat equal to the absorbed solar energy radiates back to space. Climate forcings are imposed, temporary changes to Earth's energy balance that alter Earth's mean temperature. Forcings include changes in

> We are at the tipping point because the climate state includes large, ready positive feedbacks provided by the Arctic sea ice, the West Antarctic ice sheet, and much of Greenland's ice.

the sun's brightness, volcanic eruptions that discharge sunlight-reflecting particles into the stratosphere, and long-lived human-made greenhouse gases that trap heat.

Forcings are amplified or diminished by other changes within the climate system, known as feedbacks. Fast feedbacks—changes that occur quickly in response to temperature change—amplify the initial temperature change, begetting additional warming. As the planet warms, fast feedbacks include more water vapor, which traps additional heat, and less snow and sea ice, which exposes dark surfaces that absorb more sunlight.

Slower feedbacks also exist. Due to warming, forests and shrubs are moving poleward into tundra regions. Expanding vegetation, darker than tundra, absorbs sunlight and warms the environment. Another slow feedback is increasing wetness (i.e., darkness) of the Greenland and West Antarctica ice sheets in the warm season. Finally, as tundra melts, methane, a powerful greenhouse gas, is bubbling out. Paleoclimatic records confirm that the long-lived greenhouse gases—

methane, carbon dioxide, and nitrous oxide—all increase with the warming of oceans and land. These positive feedbacks amplify climate change over decades, centuries, and longer.

The predominance of positive feedbacks explains why Earth's climate has historically undergone large swings: feedbacks work in both directions, amplifying cooling, as well as warming, forcings. In the past, feedbacks have caused Earth to be whipsawed between colder and warmer climates, even in response to weak forcings, such as slight changes in the tilt of Earth's axis.[2]

The second fundamental property of Earth's climate system, partnering with feedbacks, is the great inertia of oceans and ice sheets. Given the oceans' capacity to absorb heat, when a climate forcing (such as increased greenhouse gases) impacts global temperature, even after two or three decades, only about half of the eventual surface warming has occurred. Ice sheets also change slowly, although accumulating evidence shows that they can disintegrate within centuries or perhaps even decades.

The upshot of the combination of inertia and feedbacks is that additional climate change is already "in the pipeline": even if we stop increasing greenhouse gases today, more warming will occur. This is sobering when

one considers the present status of Earth's climate. Human civilization developed during the Holocene (the past 12,000 years). It has been warm enough to keep ice sheets off North America and Europe, but cool enough for ice sheets to remain on Greenland and Antarctica. With rapid warming of 0.6°C in the past 30 years, global temperature is at its warmest level in the Holocene.[3]

The warming that has already occurred, the positive feedbacks that have been set in motion, and the additional warming in the pipeline together have brought us to the precipice of a planetary tipping point. We are at the tipping point because the climate state includes large, ready positive feedbacks provided by the Arctic sea ice, the West Antarctic ice sheet, and much of Greenland's ice. Little additional forcing is needed to trigger these feedbacks and magnify global warming. If we go over the edge, we will transition to an environment far outside the range that has been experienced by humanity, and there will be no return within any foreseeable future generation. Casualties would include more than the loss of indigenous ways of life in the Arctic and swamping of coastal cities. An intensified hydrologic cycle will produce both greater floods and greater droughts. In the US, the semiarid states from central Texas through Oklahoma and both Dakotas would be-



Brünnich's guillemot (*Uria lomvia*), an Arctic seabird, has advanced its egg-laying date at its southern boundary, a phenological change due to global warming.

Sources: Tom Vezo/naturepl.com.

come more drought-prone and ill suited for agriculture, people, and current wildlife. Africa would see a great expansion of dry areas, particularly southern Africa. Large populations in Asia and South America would lose their primary dry season freshwater source as glaciers disappear. A major casualty in all this will be wildlife.

## State of the Wild

Climate change is emerging while the wild is stressed by other pressures—habitat loss, overhunting, pollution, and invasive species—and it will magnify these stresses.

Species will respond to warming at differing paces, affecting many others through the web of ecological interac-

tions. Phenological events, which are timed events in the life cycle that are usually tied to seasons, may be disrupted. Examples of phenological events include when leaves and flowers emerge and when animals depart for migration, breed, or hibernate. If species depend on each other during those times—for pollination or food—the pace at which they respond to warmer weather or precipitation changes may cause unraveling, cascading effects within ecosystems.

Animals and plants respond to climate changes by expanding, contracting, or shifting their ranges. Isotherms, lines of a specific average temperature, are moving poleward by approximately thirty-five miles (56 km) per

decade, meaning many species ranges may in turn shift at that pace.[4] Some already are: the red fox is moving into Some species face extinction. The following examples represent a handful. Of particular concern are polar species,



The Mount Graham red squirrel (*Tamiasciurus hudsonicus grahamensis*) survives on a single mountain in Arizona. "Green islands" on mountains, and the species that live on them, are pushed higher as temperatures rise, and will be pushed off the planet if global warming continues.

Arctic fox territory, and ecologists have observed that 943 species across all taxa and ecosystems have exhibited measurable changes in their phenologies and/or distribution over the past several decades.[5] However, their potential routes and habitat will be limited by geographic or human-made obstacles, and other species' territories.

Continued business-as-usual greenhouse gas emissions threaten many ecosystems, which together form the fabric of life on Earth and provide a wide range of services to humanity.

because they are being pushed off the planet. In Antarctica, Adelie and emperor penguins are in decline, as shrinking sea ice has reduced the abundance of krill, their food source.[6] Arctic polar bears already contend with melting sea ice, from which they hunt seals in colder months. As sea ice recedes earlier each year, populations of polar bears in Canada have declined by about 20 percent, with the weight of females and the number of surviving cubs decreasing a similar amount. As of this writing, the US Fish and

Wildlife Service is still considering protecting polar bears, but only after it was taken to court for failure to act on the mounting evidence that polar bears will suffer greatly due to global warming.[7]

Life in many biologically diverse alpine regions is similarly in danger of being pushed off the planet. When a given temperature range moves up a mountain, the area with those climatic conditions becomes smaller and rockier, and the air thinner, resulting in a struggle for survival for some alpine species.

In the Southwest US, the endemic Mount Graham red squirrel survives on a single Arizona mountain, an "island in the sky," an isolated green spot in the desert. The squirrels, protected as an endangered species, had rebounded to a population of over 500, but their numbers have since declined to between 100 and 200 animals.[8] Loss of the red squirrel will alter the forest because its middens are a source of food and habitat for chipmunks, voles, and mice.

A new stress on Graham red squirrels is climatic: increased heat, drought, and fires. Heat-stressed forests are vulnerable to prolonged beetle infestation and catastrophic fires. Rainfall still occurs, but it is erratic and heavy, and dry periods are more intense. The resulting forest fires burn hotter, and the lower reaches of the forest cannot recover.

Source: Claire A. Zugmeyer.

> Prior major warmings in Earth's history, the most recent occurring 55 million years ago . . . resulted in the extinction of half or more of the species then on the planet.

In the marine world, loggerhead turtles are also suffering. These great creatures return to beaches every two to three years to bury a clutch of eggs. Hatchlings emerge after two months and head precariously to the sea to face a myriad of predators. Years of conservation efforts to protect loggerhead turtles on their largest nesting area in the US, stretching over 20 miles of Florida coastline, seemed to be stabilizing the South Florida subpopulation.[9] Now climate change places a new stress on these turtles. Florida beaches are increasingly lined with sea walls to protect against rising seas and storms. Sandy beaches seaward of the walls are limited and may be lost if the sea level rises substantially.

Some creatures seem more adaptable to climate change. The armadillo, a prehistoric critter that has been around for over 50 million years, is likely to extend its range northward in the US. But the underlying cause of the climatic threat to the Graham red squirrel and other species—from grizzlies, whose springtime food sources

may shift, to the isolated snow vole in the mountains of southern Spain—is "business-as-usual" use of fossil fuels. Predicted warming of several degrees Celsius would surely cause mass extinctions. Prior major warmings in Earth's history, the most recent occurring 55 million years ago with the release of large amounts of Arctic methane hydrates,[10] resulted in the extinction of half or more of the species then on the planet.

Might the Graham red squirrel and snow vole be "saved" if we transplant them to higher mountains? They would have to compete for new niches—and there is a tangled web of interactions that has evolved among species and ecosystems. What is the prospect that we could understand, let alone reproduce, these complex interactions that create ecological stability? "Assisted migration" is thus an uncertain prospect.[11] The best chance for all species is a conscious choice by humans to pursue an alternative energy scenario to stabilize the climate.

## State of the Planet

There is a huge gap between what is understood about global warming—by the scientific community—and what is known about global warming—by those who need to know: the public and policymakers.

The crystallizing science points to an imminent planetary emergency. The dangerous level of carbon dioxide, at which we will set in motion unstoppable changes, is at most 450 parts



Loggerhead turtle (*Caretta caretta*) hatchling emerging from egg. Loggerhead decline has been arrested by the protection of nesting areas on Florida beaches and other measures, but these areas will be threatened by rising sea level.

Sources: Turtle Times, Inc.

per million (ppm), but it may be less.[12] Carbon dioxide has already increased from a preindustrial level of 280 ppm to 383 ppm in 2007, and it is now increasing by about 2 ppm per year. We



Carbon dioxide contained in fossil fuel reservoirs, (a) the dark areas being the portion already used; (b, c) cumulative fossil fuel carbon dioxide emissions by different countries as a percent of global total; (d) per capita emissions for the 10 largest emitters of fossil fuel carbon dioxide.

must make significant changes within a decade to avoid setting in motion unstoppable climatic change.

We need to address carbon dioxide emissions immediately. Global industrialization, powered first by coal, and later by oil and gas, resulted in fossil fuel pollutants that choked London on smog, set a river on fire in the US, and damaged forests by acid rain. We are solving those pollution problems, but we did not address them until they hit us with full force. That approach, to

wait and see and clean up the mess post facto, will not work in the case of carbon dioxide emissions and climate change because of inertial effects, warming already in the pipeline, and tipping points. On the contrary, ignoring emissions would lock in catastrophic climatic change.

Instead, we must resolve to move rapidly to the next phase of the industrial revolution—expanding the benefits of advanced technology to help maintain the atmosphere, and conse-

quently the wonders of the natural world. A review of basic fossil fuel facts reveals why the shift must be made soon. Based on the estimated amount of carbon dioxide locked in each remaining fossil fuel reservoir— including oil, gas, coal, and unconventional fossil fuels (tar sands, tar shale, heavy oil, methane hydrates)[13]—burning readily available oil and gas resources alone will take atmospheric carbon dioxide to levels near 450 ppm. Burning coal and unconventional fossil fuels, which energy companies are now exploring, could take atmospheric carbon dioxide to far greater levels.

To understand the limits on future

> In my view, special interests have undue sway with our governments and have effectively promoted minimalist actions and growth in fossil fuels, rather than making the scale of investments necessary.

use of fossil fuels, an awareness of the carbon cycle is critical. In this cycle, the ocean quickly takes up a fraction of carbon dioxide emissions, but uptake slows as carbon dioxide added to the ocean exerts a "back pressure." Further uptake depends upon carbon dioxide mixing into the deep ocean and precipitating out of ocean water via carbonate sediments. This means that about one-third of carbon dioxide emissions remain in the atmosphere after 100 years and one-quarter still remain after 500 years. Indeed, carbon dioxide from the Industrial Revolution still around today implies heavy responsibilities for Europe and the US.

Carbon reservoirs and the ocean's pace of removing carbon dioxide are important boundary conditions in framing solutions to the climate crisis. We can avert planetary transformation —eventual disintegration of ice sheets

and massive extinctions— only if the planetary energy balance is restored at an acceptable global temperature. Temperature fluctuates from year to year, but it is increasing by about 0.2°C per decade. Although estimates of permissible warming must be refined as knowledge advances, the upshot of crystallizing science is that the "safe" global temperature level is, at most, about 1°C greater than the year 2000 global temperature.

This 1°C limit on additional global warming implies the aforementioned carbon dioxide ceiling of about 450 ppm.[14] Pinpointing this carbon dioxide ceiling is complicated due to other human-made forcings, especially methane, nitrous oxide, and "black soot." For example, an alternative scenario allows carbon dioxide levels to peak at 475 ppm because it assumes a large reduction of methane.[15] However, human-made sulfate aerosols (reflective particles that have a cooling effect) are likely to decrease, neutralizing these potential reductions in methane. Therefore 450 ppm is a good comprehensive estimate of the maximum allowable carbon dioxide. Indeed, if recent ice loss from Antarctica is a sign, it may be that even 450 ppm is excessive.

Since we could reach 450 ppm within two to three decades, we should be inspired now to change our energy systems. Based on the preceding boundary conditions, the following is a four-point strategy to avoid dangerous climate change.

1. Coal and unconventional fossil fuels must be curtailed and used only with capture and sequestration of the carbon dioxide underground. Existing coal-fired power plants should be phased out over the next few decades.

2. Carbon price and efficiency standards must be implemented. Recognizing the unusual energy concentration and mobility of fossil fuels—with which little else can currently compete—the practical way to transition to a postpetroleum era is to impose a moderate but continually rising carbon price. The price can be via a tax on fossil fuels, a ration-and-trade system that limits impacts on people least able to afford an energy tax, or a combination of methods. This will make fossil fuels pay for environmental damage while stretching remaining oil and gas to accommodate sustainable economic growth. The certainty of a rising price will inspire indus-

tries to innovate and will reduce the incentive to exploit unconventional fossil fuels with high carbon dioxide emissions, such as tar shale.

In addition, we need real efficiency standards, for vehicles, buildings, and lighting. We must remove barriers to energy efficiency, such as the policy of most utility companies to promote energy consumption rather than conservation.

3. We must take steps to draw down atmospheric carbon dioxide. Farming and forestry practices that enhance carbon retention in the soil and biosphere must be supported. Biofuel power plants with carbon sequestration can draw down atmospheric carbon dioxide,[16] putting anthropogenic carbon dioxide back underground. Carbon dioxide can be sequestered beneath ocean sediments[17] and in other safe geologic sites.

4. We must take steps to reduce other, non–carbon dioxide forcings, especially black soot, methane, and ground-level ozone via stricter regulations.

International implementation of these steps requires recognition of responsibilities. Because of the long lifetime of carbon dioxide already emitted, Europe bears a large responsibility. But the responsibility of the US is more than three times that of any other nation, and it will continue to be the largest for at least several decades, even though China will exceed the US in new emissions within a year or two.

Sadly, the requirements to avoid global disasters are not yet widely recognized: Germany intends to replace nuclear power plants with coal. But Europe, the US, and other developed countries should place a moratorium on new coal-fired power plants until carbon capture and sequestration are in place. This cannot wait until similar restrictions are practical in China and India. National responsibilities for climate change and per capita emissions are an order of magnitude greater in the US, Canada, and Australia than in India and China, and define moral obligations.

At the same time, China and developing countries should bulldoze old-technology coal power plants and build new coal power plants with *only* the latest technology. Storms and floods attending climate change will hit developing countries hardest because most megacities near sea level are in those countries. This should provide incentive for China and India to address climate change.

Efficiency of future vehicle power is also vital. California's requirement for 30 percent efficiency improvement has great value. In contrast, a proposed national energy plan for 20 percent ethanol in vehicle fuels, derived in large part from corn, does more harm than good. It will do little to reduce emissions—because producing ethanol currently requires a lot of energy —and it would degrade carbon retention in soils. There are ways that renewable or other carbon dioxide–free energies may eventually power vehicles, but half-measures should not be dictated without sufficient scientific input to balance vested agribusiness interests.

That said, biofuels can play a major part in our energy future. As a native Iowan, I like to imagine that the Midwest will rescue compatriots threatened by rising seas. Native grasses, appropriately cultivated, and perhaps with improved varieties, can draw down atmospheric carbon dioxide. The prairies may contribute, if we get on with solving the climate problem before superdrought hits them. Biofuel investment should proceed with input from scientists and conservationists, because some industry and government biofuel production plans would clear more forest for plantations of oil palm and soy with consequences for wildlife and wildlands.

## A Final Picture

Earth's paleoclimatic record tells us that atmospheric greenhouse gases are now near the dangerous level where tipping points become unavoidable.



Source: Philippe Clement/naturepl.com.

Yellow-bellied marmots (*Marmota flaviventris*) advanced their emergence from hibernation by 23 days in the Rocky Mountains, presumably due to global warming.

We can choose a course to reverse greenhouse gas growth and promptly change our energy strategy. A step in the right direction was the April 2007 decision by the US Supreme Court that the Environmental Protection Agency can and should regulate greenhouse gas emissions. However, much more is needed.

In my view, special interests have undue sway with our governments and have effectively promoted minimalist actions and growth in fossil fuels, rather than making the scale of investments necessary.

US government complicity with special interests was clear when, at a practice press conference held by NASA on Arctic sea ice, a member of my group suggested that a reduction in greenhouse gas emissions could stem sea ice loss. His suggestion prompted a government "minder" to proclaim "that's unacceptable," on the grounds that it was a policy statement, when in fact it was scientifically based. While making policy is the right of our elected representatives, scientists had connected the dots of climate research and were prevented from communicating that information. In this case, vested interests posed a threat to our home planet and the fabric of life upon it.

It is worth imagining how our grandchildren will look back on us. The picture that I fear has the polluters, the utilities, and automakers standing in court demanding the right to continue to emit carbon dioxide for the sake of short-term profits. The disturbing part is that we, through our national government, are standing alongside the polluters, officially as a hulking amicus curiae (friend of the court), arguing against limitations on emissions. Is this the picture of our generation that we want to be remembered by?

We live in a democracy, and policies represent our collective will. If we allow the planet to pass tipping points, it will be hard to defend our role. The state of the wild is in our hands, and we can still preserve creation and serve humanity worldwide. A drive for energy efficiency and clean energy sources will produce high-tech jobs. Restoration of clean air will be universally beneficial. Rural life and the planet can benefit from intelligent development of biofuels and renewable energy.

At the front lines, observing the changes in the wild, conservationists serve as a voice for the plants and animals that have already started reacting to climate warming. To conserve as much biodiversity as we can, conservationists must unite with many others to push for a far more radical reduction in carbon dioxide emissions than has hitherto been considered practical. Otherwise, alpine and polar species, coral reefs, and species living in areas that become arid will be lost over the next century.

16. Anon. 2003; M. Fenton et al., "Linking bats to emerging diseases," *Science* 311(2006): 1098–99.

17. J. Newcomb, "Thinking ahead: The business significance of an avian influenza pandemic," Bio Economic Research Associates, 2006; Original source, J. Pritchett et al., "Animal disease economic impacts: A survey of literature and typology of research approaches," *International Food and Agribusiness Management Review* 8(2005).

18. Centers for Disease Control and Prevention, www.cdc.gov/ncidod/dvbid/westnile/surv&controlCaseCount07_detailed.htm.

19. Tasmania Department of Primary Industries and Water, www.dpiw.tas.gov.au/inter.nsf/WebPages/LBUN-5QF86G?open; J. Bunce, "Tassie devil tumour breakthrough," *The Australian*, Oct. 3, 2007.

20. G. Vogel, "Tracking Ebola's deadly march among wild apes," *Science* 314(2006): 1522–23; World Health Organization www.who.int/csr/don/2007_10_03a/en/index.html.

21. Whirling Disease Initiative, http://whirlingdisease.montana.edu.

22. "Trans-boundary diseases hamper livestock development," Botswana Press Agency, June 27, 2005, www.gov.bw/cgi-bin/news.cgi?d=200506278:=Trans-boundary_diseases_hamper_livestock_development.

### Introduction: Future States of the Wild by Kent H. Redford

1. J. Marshall, "Future Recall: Your Mind Can Slip through Time," *New Scientist*, March 24, 2007.

## Part I: State of the Wild

### Tipping Point: Perspective of a Climatologist by James Hansen

1. J. Hansen, "The Threat to the Planet," *New York Review of Books*,, July 13, 2006.

2. J. Hansen et al., "Climate Change and Trace Gases," *Philosophical Transaction of the Royal Society A* 365 (2007): 1925–1954.

3. J. Hansen et al., "Global Temperature Change," *Proceedings of the National Academy of Sciences.* 103 (2006): 14288–93.

4. C. Parmesan, "Ecological and Evolutionary Response to Recent Climate Change," *Annual Review of Ecology and Evolution of Systems* 37 (2006): 637–69.

5. C. Parmesan, "Ecological and Evolutionary Response," 2006.

6. L. Gross, "As the Antarctic Ice Pack Recedes, a Fragile Ecosystem Hangs in the Balance," *PLoS Biol* 3, no. 4 (2005): e127.

7. E. Pennisi, "U.S. Weighs Protection for Polar Bears," *Science* 315 (2007): 25.

8. C. Jordan, "Computers May Help Save Mount Graham Red Squirrel," *Univ. Arizona News*, April 27, 2006; T. Egan, "Heat Invades Cool Heights over Arizona Desert," *New York Times*, March 27, 2007.

9. Fish and Wildlife Service, Loggerhead Sea Turtle, www.fws.gov/northflorida/SeaTurtles%Factsheets/loggerheadsea-turtle.htm.

10. D. Archer, "Methane Hydrates and Anthropogenic Climate Change," *Biogeosciences Discussion* 4 (2007): 521–44.

11. C. Zimmer, "A Radical Step to Preserve a Species: Assisted Migration," *New York Times*, January 23, 2007.

12. J. Hansen et al., "Dangerous Human-Made Interference with Climate: A GISS model Study," *Atmospheric Chemistry and Physics Discussion* 7 (2007): 2287–312.

13. Proven and anticipated reserves are based on Energy Information Administration estimates. Other experts estimate higher or lower reserves, but the uncertainties do not alter our conclusions.

14. J. Hansen, "Dangerous Human-Made Interference with Climate," 2007.

15. J. Hansen et al., "Global Warming in the Twenty-First Century: An Alternative Scenario," *Proceedings of the National Academy of Sciences* 97 (2000): 9875–80.

16. J. Hansen, Political Interference with Government Climate Change Science. Submitted text accompanying oral testimony given March 19, 2007 during hearings on "Political Interference with Science: Global Warming, Part II" of the Committee on Oversight and Government Reform of the U.S. House of Representatives. www.columbia.edu/~jeh1/20070319105800-43018.pdf; http://oversight.house.gov/story.asp?ID=1214

17. K. Z. House et al., "Permanent Carbon Dioxide Storage in Deep-Sea Sediments," *Proceedings of the National Academy of Sciences* 103 (2006): 12291–95.

### Discoveries by Margaret Kinnaird

1. B. M. Beehler et al., "A New Species of Smoky Honeyeater (Meliphagidae: *Melipotes*) from Western New Guinea," *Auk* 124 (2007): 1000–9.

2. E. Kranz, "Scientists Believe Bird's Head Seascape Is Richest on Earth," www.conservation.org/xp/frontlines/2006/09180601.xml.

3. A. Singa et al. "*Macaca Munzala*: A New Species from Western Arunachal Pradesh, Northeastern India," *International Journal of Primatology* 26 (2005): 977–89.

4. R. H. Bain et al., "Three New Indochinese Species of Cascade Frogs (Amphibia: Ranidae) Allied to *Rana Archotaphus*," *Copeia* 1 (2006): 43–59.

5. *Bulletin of the British Ornithologists Club*, Vol. 126 (June 2006).

6. K. A. Raskoff and G. I. Matsumoto, "*Stellamedusa ventana*, a New Mesopelagic Scyphomedusa from the Eastern Pacific Representing a New Subfamily, the Stellamedusinae," *Journal of the Marine Biological Association of the UK* 84 (2004): 37–42.

7. E. Macpherson, W. Jones, and M. Segonzac, "A New Squat Lobster Family of Galatheoidea (Crustacea, Decapoda, Anomura) from the Hydrothermal Vents of the Pacific–Antarctic Ridge," *Zoosystema* 24 (2005): 709–23.

8. P. Tyson, "Living at Extremes," Public Broadcasting Service, July 1998, www.pbs.org/wgbh/nova/abyss/.

9. P. M. Kappeler et al., "Morphology, Behvaiour and Molecular Evolution of Giant Mouse Lemurs (*Mirza* spp.) Gray, 1870, with Description of a New Species," *Primate Report* 71: 3–26.

10. T. Cucchi et al., "A New Endemic Species of the Subgenus *Mus* (Rodentia, Mammalia) on the Island of Cyprus," *Zootaxa* 1241 (2006): 1–36.

11. R. Athreya, "A New Species of Liocichla (Aves: Timaliidae) from Eaglenest Wildlife Sanctuary, Arunachal Pradesh, India," *Indian Birds* 2 (2006): 86–94.

12. T. Jones et al., "The Highland Mangabey *Lophocebus kipunji*: a New Species of African Monkey," *Science* 308 (2005): 1161–64.

13. T. Davenport et al., "A New Genus of African Monkey, *Rungwecebus*: Morphology, Ecology, and Molecular Phylogenetics," *Science* 312 (2006): 1378–81.

### The Rarest of the Rare: Some of the World's Most Endangered Animals by Catherine Grippo, Taylor H. Ricketts, and Jonathan Hoekstra

1. "Extinction crisis escalates: Red List shows apes, corals, vultures, dolphins all in danger," www.iucn.org/en/news/archive/2007/09/12_pr_redlist.htm.



# ESSP Report No.1

# The Global
# Carbon
# Project





## A framework for Internationally Co-ordinated Research on the Global Carbon Cycle






Earth System
Science Partnership

www.globalcarbonproject.org



# Global Carbon Project

## The Science Framework
## and Implementation

Editors:

Josep G. Canadell, Robert Dickinson,
Kathy Hibbard, Michael Raupach & Oran Young

Prepared by the Scientific Steering Committee of the Global Carbon Project:

Michael Apps, Alain Chedin, Chen-Tung Arthur Chen, Peter Cox, Robert Dickinson, Ellen R.M. Druffel, Christopher Field, Patricia Romero Lankao, Louis Lebel, Anand Patwardhan, Michael Raupach, Monika Rhein, Christopher Sabine, Riccardo Valentini, Yoshiki Yamagata, Oran Young

Please, cite this document as:

Global Carbon Project (2003) Science Framework and Implementation. Earth System Science Partnership (IGBP, IHDP, WCRP, DIVERSITAS) Report No. 1; Global Carbon Project Report No. 1, 69pp, Canberra.

**Cover photo credits:**
Forest Fire: Brian Stocks; Smoke stack: www.freephoto.com; Ocean: Christopher Sabine.

# Preface

We are pleased to launch the Earth System Science Partnership (ESSP) report series with the publication of the Science Framework and Implementation Strategy of the Global Carbon Project. This report marks the beginning of a new era in international global change research, as well as a significant departure from the usual way of treating the carbon cycle.

The ESSP, comprising four global change programmes - the International Programme of Biodiversity Science (DIVERSITAS); the International Geosphere-Biosphere Programme (IGBP); the International Human Dimensions Programme on Global Environmental Change (IHDP); and the World Climate Research Programme (WCRP) - has been formed for the integrated study of the Earth System, the changes that are occurring to this System, and the implications of these changes for global sustainability. The Global Carbon Project, along with other ESSP projects on food systems, water resources and human health, are designed to make the links between the fundamental research on global change and the Earth System carried out in the programmes themselves and issues of vital concern for people.

Carbon cycle research is often carried out in isolation from research on energy systems and normally focuses only on the biophysical patterns and processes of carbon sources and sinks. The Global Carbon Project represents a significant advance beyond the *status quo* in several important ways. First, the problem is conceptualised from the outset as one involving fully integrated human and natural components; the emphasis is on the carbon-climate-human system (fossil-fuel based energy systems + biophysical carbon cycle + physical climate system) and not simply on the biophysical carbon cycle alone. Secondly, the development of new methodologies for analysing and modelling the integrated carbon cycle is a central feature of the project. Thirdly, the project provides an internally consistent framework for the coordination and integration of the many national and regional carbon cycle research programmes that are being established around the world. Fourthly, the project addresses questions of direct policy relevance, such as the management strategies and sustainable regional development pathways required to achieve stabilisation of carbon dioxide in the atmosphere. Finally, the Global Carbon Project goes beyond the traditional set of stakeholders for a global change research project by seeking to engage the industrial and energy sectors as well as the economic development and resource management sectors in the developing regions of the world.

We believe that this document will help to encourage, promote and shape carbon cycle research around the world for at least the next decade. Furthermore, we believe that it will provide the framework for a substantially enhanced knowledge base for dealing more effectively with the challenge of transforming energy systems and managing the global carbon cycle.

**Michel Loreau**
Chair, DIVERSITAS

**Anne Larigauderie**
Executive Director, DIVERSITAS

**Guy Brasseur**
Chair, IGBP

**Will Steffen**
Executive Director, IGBP

**Coleen Vogel**
Chair, IHDP

**Barbara Göbel**
Executive Director, IHDP

**Peter Lemke**
Chair, WCRP

**David Carson**
Director, WCRP

# Table of Contents

**Preface**

**Executive Summary**     **3**

**1. Introduction**     **6**
The Carbon Challenge ................................................................................................................................6
The Vision.................................................................................................................................................9
Mandate and Approach ............................................................................................................................10

**2. Science Themes**     **11**
Theme 1:   Patterns and Variability...............................................................................................................11
    Motivation ..........................................................................................................................11
    Knowledge base ..................................................................................................................11
    Current research...................................................................................................................12
    Areas of uncertainty and research priorities ........................................................................19
Theme 2:   Processes and Interactions...........................................................................................................20
    Motivation ..........................................................................................................................20
    Knowledge base ..................................................................................................................21
    Current research...................................................................................................................22
    Areas of uncertainty and research priorities ........................................................................26
Theme 3:   Carbon Management...................................................................................................................27
    Motivation ..........................................................................................................................27
    Knowledge base ..................................................................................................................28
    Current research...................................................................................................................28
    Areas of uncertainty and research priorities ........................................................................30

**3. Implementation Strategy**     **33**
Theme 1:   Patterns and Variability...............................................................................................................33

    Activity 1.1: Enhancing observations of major carbon stocks and fluxes....................................33

      Task 1.1.1: Coordination and standardisation of stock and flux measurements ...........................34

      Task 1.1.2: Observations of lateral movement of carbon ..............................................34

      Task 1.1.3: Observations of other relevant carbon compounds.....................................36

    Activity 1.2: Model development and model-data fusion.................................................36

      Task 1.2.1: Improvement of forward and inverse models...............................................37

      Task 1.2.2: Development of model-data fusion techniques............................................37

    Activity 1.3: Comprehensive national, regional and sectoral carbon budgets ...........................38

      Task 1.3.1: Development of standardized methodologies for estimating comprehensive
         carbon budgets at regional and basin scales ...............................................38

      Task 1.3.2: Developing methodologies for tracking and projecting temporal changes in
         regional and basin scale carbon budgets ....................................................38

      Task 1.3.3 Geographic and sectoral analysis of human-induced changes in the carbon cycle.........39

Theme 2: Processes and Interactions.................................................................................................39

    Activity 2.1: Mechanisms and feedbacks controlling carbon stocks and fluxes............................39

        Task 2.1.1: Integrated study of the mechanisms determining ocean carbon dynamics...................39

        Task 2.1.2: Integrated study of the mechanisms determining terrestrial carbon dynamics.............40

        Task 2.1.3: Integrated study of anthropogenic carbon emissions....................................................40

    Activity 2.2: Emergent properties of the coupled carbon-climate system ...................................40

    Activity 2.3: Emergent properties of the coupled carbon-climate-human system .......................41

Theme 3: Carbon Management........................................................................................................42

    Activity 3.1: Identification of points of intervention and assessment of mitigation options .......................42

        Task 3.1.1: Points of intervention in terrestrial and ocean exchanges .............................................42

        Task 3.1.2: Points of intervention in fossil fuel emissions...............................................................42

        Task 3.1.3: Consumption patterns as points of intervention .........................................................43

    Activity 3.2: Carbon management in the context of the whole Earth system.............................43

        Task 3.2.1: Framework for designing integrated mitigation pathways.............................................43

        Task 3.2.2: Designing dynamic portfolios of mitigation options.....................................................44

        Task 3.2.3: Designing carbon management institutions..................................................................44

    Activity 3.3: Carbon consequences of regional development pathways .....................................44

        Task 3.3.1: Drivers of development and its carbon consequences ..................................................45

        Task 3.3.2: Carbon management options and future scenarios ......................................................45

Synthesis and communication .......................................................................................................46

Capacity building .........................................................................................................................46

Timetable .....................................................................................................................................47

Management structure and execution .............................................................................................47

**4.**       **Acknowledgements**                              **49**

**5.**       **References**                                    **50**

**6.**       **Appendixes**                                   **55**

**7.**       **Abbreviatons and Acronyms**               **67**

# Executive Summary

## The Changing Carbon Cycle

The carbon cycle is central to the Earth system, being inextricably coupled with climate, the water cycle, nutrient cycles and the production of biomass by photosynthesis on land and in the oceans. A proper understanding of the global carbon cycle is critical for understanding the environmental history of our planet and its human inhabitants, and for predicting and guiding their joint future.

Human intervention in the global carbon cycle has been occurring for thousands of years. However, only over the last two centuries have anthropogenic carbon fluxes become comparable in magnitude with the major natural fluxes in the global carbon cycle, and only in the last years of the 20th century have humans widely recognised the threat of adverse consequences and begun to respond collectively. This development adds a new feedback into the global carbon cycle that will have a profound influence on the future of the Earth system, as humankind begins to grapple with the challenge of managing its planetary environment.

## The Global Carbon Project

The challenge to the scientific community is to monitor (quantify), understand (attribute) and predict the evolution of the carbon cycle in the context of the whole Earth system, including its feedbacks with human components. This demands new scientific approaches and syntheses that cross disciplinary and geographic boundaries, and place particular emphasis on the carbon cycle as an integral part of the coupled carbon-climate-human system.

Three international global environmental change research programmes have come together to bring a coordinated programme into reality: the International Geosphere-Biosphere Programme (IGBP), the International Human Dimensions Programme on Global Environmental Change (IHDP), and the World Climate Research Programme (WCRP). The result is the Global Carbon Project (GCP). The present document outlines the project's framework for research and its implementation strategy. The document is addressed to the large research and agency communities, including multiple disciplines of natural and social sciences, and policy makers.

## Science Themes

The goal of the GCP is to develop comprehensive, policy-relevant understanding of the global carbon cycle, encompassing its natural and human dimension and their interactions. This will be accomplished by determining and explaining three themes:

1. *Patterns and Variability:* What are the current geographical and temporal distributions of the major pools and fluxes in the global carbon cycle?

2. *Processes and Interactions:* What are the control and feedback mechanisms - both anthropogenic and non-anthropogenic - that determine the dynamics of the carbon cycle?

3. *Carbon Management:* What are the likely dynamics of the carbon-climate-human system into the future, and what points of intervention and windows of opportunity exist for human societies to manage this system?

## Implementation Strategy

The GCP will implement its research agenda through collaborative efforts with national and international carbon programmes and funding agencies, and by leading a limited number of difficult and highly interdisciplinary new research initiatives that are feasible within a 3-5 year framework. The implementation strategy is organised around the three science themes.

### Theme 1: Patterns and variability

Quantify current geographical and temporal distributions of the major carbon pools and fluxes through compiling new sectorial and regional budgets and developing model-data fusion.

- *Major carbon stocks and fluxes.* Provide a coordinated international effort to complement and strengthen regional and national carbon cycle programmes by fostering common protocols, sharing data, promoting rapid transfer of information on new applications and techniques, and leveraging resources in joint projects.

- *Model-data fusion.* Develop and implement methods for assimilating atmospheric, ocean and terrestrial data into carbon-climate-human system models, with particular emphasis on the application of multiple constraints (from the simultaneous use of atmospheric, oceanic and terrestrial data and models) to the problem of determining patterns and variability in the carbon cycle.

- *Comprehensive national, regional and sectoral carbon budgets.* Promote the harmonisation of existing approaches to national, regional and basin-scale carbon budgets to ensure comparability amongst regions.

## Theme 2: Processes and Interactions

Promote new research and synthesis to increase understanding of the controls on natural and human-driven sources and sinks of carbon, and the spatially explicit links between causes and effects, with particular emphasis on understanding the interactions among mechanisms and feedbacks among components of the coupled carbon-climate-human system.

- *Mechanisms and feedbacks controlling carbon stocks and fluxes.* Promote research and synthesis to identify the source and sink mechanisms, their relative importance and their interactive effects. Explore how the processes of the carbon system work, both individually and collectively.
- *Emergent properties of the coupled carbon-climate system.* Investigate additional system properties that emerge when the perturbed carbon cycle is included as an interactive element in the full carbon-climate system; in particular, investigate whether thresholds, instabilities and surprises could emerge from this full-system coupling.
- *Emergent properties of the coupled carbon-climate-human system.* Initiate cross-disciplinary research on the coupling of models (quantitative or qualitative) of the physical, biochemical and human components of the carbon cycle, and highlight novel behaviours that emerge when all these subsystems are coupled. Stimulate the development of more detailed predictive tools and conceptual frameworks.

## Theme 3: Carbon management

Identify and quantify points for intervention and windows of opportunity in the carbon cycle to steer the evolution of the coupled carbon-climate-human system.

- *Points of intervention and options for mitigation.* Identify and assess specific points of intervention at which the future evolution of the carbon cycle might be influenced, and critically assess the achievable mitigation potential of the options, once sustainable development concerns are considered (i.e., triple bottom line: economy, society, and environment).
- *Carbon management in the context of the whole Earth system.* Develop a framework to assess the best mix of mitigation options in a full-system analysis framework, design dynamic portfolios of carbon mitigation options for specific regions, and analysis/design appropriate institutions for carbon management.
- *Carbon consequences of regional development pathways.* Undertake a comparative analysis of a network of regional case studies to understand:
  - The consequences of different pathways of regional development on carbon stocks and fluxes.
  - The critical processes and interactions in development that result in pathways with widely differing carbon consequences.

- The trade offs and synergies between changes in carbon stocks and fluxes with other ecosystem services, especially the provision of food, water and clean air, and the maintenance of biodiversity.

## Synthesis and communication

The GCP will deliver high-level syntheses of information on the carbon cycle aimed at the research and assessment communities. Written products and web-based resources will be developed for policy makers, educators and general public. Specific products for multidisciplinary audiences will be developed to foster a common understanding and language.

## Capacity building

The GCP will develop a number of capacity building activities associated with the main research themes. This will promote the development of a new generation of young and senior scientists trained in the highly interdisciplinary topics of the carbon-climate-human system.

## Products

The products of a 10-year research programme are envisioned as being:

- Improved knowledge of the coupled carbon-climate-human system with increased capacity to quantify, attribute and predict.
- A systemic framework, implemented in a suite of linked models, of the coupled biophysical and human interactions controlling the carbon cycle.
- Improved coordination between the research, monitoring and assessment communities, leading to a capability for rapid assessments and responses to trends in the carbon cycle.
- Improved outputs from national and international research and monitoring programmes, through better coordination, linkage and information exchange.
- Outreach and communication products, including synthesis of research in journal issues and books; electronically available resources (e.g., data, graphics and presentation material), quality websites including a carbon portal, educational resources (e.g., posters and leaflets) and opportunities for higher education through the various research activities.

## Stakeholders

Major stakeholders of the GCP are the scientific, assessment and policy communities dealing with:

- Quantifying and predicting carbon budgets from local to global scales.
- Policies to reduce net greenhouses gas emissions.
- Development of, and compliance with, international conventions.
- Regional development aimed at meeting environmental, economical and social goals.

## Connections with national and international programmes

Because of the integrative nature of the project, there will be a need to build upon many existing projects and to work with communities whose spheres of interest intersect (but do not necessarily coincide) with that of the GCP. In particular, the GCP will work with:

- Research communities coordinated through IGBP, IHDP, WCRP and other members of the Integrated Global Observing Strategy Partnership (IGOS-P).
- National and regional carbon cycle programmes.
- Assessment and policy communities dealing with the consequences of changes in the carbon cycle, vulnerability and the links to water resources, food systems and biodiversity.

### The GCP Mandate

- To develop a research framework for integrating the biogeochemical, biophysical and human components of the global carbon cycle, recognising the need for work across disciplines, and temporal and geographical boundaries.
- To provide a global platform for coordinating international and national carbon programmes to improve the design of observation and research networks, data standards, information transfer, and timing of campaigns and process-based experiments, and the development of model-data fusion techniques.
- To strengthen the carbon-related research programmes of nations, regions, and international programmes such as IGBP, IHDP, WCRP, DIVERSITAS and the observation community, through better coordination, articulation of goals and development of conceptual frameworks.
- To foster research on the carbon cycle in regions that are poorly understood but have the potential to play important roles in the global carbon cycle.
- To synthesise and communicate new understanding of the carbon-climate-human system to the broad research and policy communities.

# 1 Introduction

This document outlines the research framework of the Global Carbon Project (GCP), a research project on the global carbon cycle developed jointly by the International Geosphere-Biosphere Programme (IGBP), the International Human Dimensions Programme on Global Environmental Change (IHDP), and the World Climate Research Programme (WCRP). The GCP is also one of the first projects established under the Earth System Science Partnership (ESSP) sponsored by IGBP, IHDP, WCRP and DIVERSITAS. This document is, therefore, addressed to the large research and agency communities, including multiple disciplines of natural and social sciences, and policy makers.

The document is organised in three major sections. Section 1 (Introduction) gives an overview of the project, the motivation, vision and the main strategic elements. Section 2 (Science themes) outlines the three science themes of the GCP, which together provide a comprehensive picture of the global carbon cycle and its interactions with climate and human activities. For each of these themes, there are subsections on the relevant knowledge base, current research areas, uncertainties and research priorities. Section 3 (Implementation strategy) outlines the initial activities that the GCP, in coordination with a number of other projects and programmes, will execute

over the next 3-5 years, and includes a vision that extends to the full life time of the project (about 10 years). At the end of the document, there are a number of appendixes containing information on national and international programmes and networks relevant to global research of the carbon cycle, and therefore, relevant to the GCP.

## The carbon challenge

The carbon cycle is central to the Earth system, being inextricably coupled with climate, the water cycle, nutrient cycles and the production of biomass by photosynthesis on land and in the oceans. This production sustains the entire animal kingdom, including humans through their dependence on food and fibre. Hence, a proper understanding of the global carbon cycle is critical for under-



**Figure 1**

Changes in atmospheric carbon dioxide, isotopically inferred temperature and methane from a 420,000 year record from the Vostok ice core. For a detailed report of these measurements see Petit et al (1999). Image compliments of IGBP/PAGES.



**Figure 2**

The Vostok ice core record for atmospheric concentration (Petit et al 1999) and the 'business as usual' prediction used in the IPCC third assessment (IPCC 2001a). The current concentration of atmospheric carbon dioxide ($CO_2$) is also indicated.

standing the environmental history of our planet and its human inhabitants, and for predicting and guiding their joint future.

The Vostok ice core record (**Figure 1**) illustrates the limits and patterns of natural variability of atmospheric carbon dioxide ($CO_2$) and the correlation of atmospheric $CO_2$ and methane ($CH_4$) concentrations to inferred temperature over the last 420,000 years. From about one-half million years ago until about 200 years ago, the climate system has operated within a relatively constrained range of temperature and concentrations of atmospheric $CO_2$ and $CH_4$. In the pre-industrial world, atmospheric $CO_2$ concentrations oscillated in roughly 100,000-year cycles between 180 and 280 parts per million by volume (ppmv), as the $CO_2$ climate system pulsed between glacial and interglacial states. The ice core record clearly illustrates that atmospheric composition and climate (especially temperature) are closely linked.

Comparison of the Vostok record with contemporary measurements of atmospheric $CO_2$ concentration reveals that the Earth's system has dramatically left this regular domain of glacial-interglacial cycling (**Figure 2**). Atmospheric $CO_2$ concentrations are now nearly 100 ppmv higher than at the interglacial maximum, and the rate of increase has been at least 10, and possibly 100, times faster than at any other time in the past 420,000 years. Concentrations of other greenhouse gases, including $CH_4$ and $N_2O$, are increasing at comparable rates. These increases are unquestionably due to human activities, and are already having consequences for climate. For example, a temperature record for the past millennium indicates that the contemporary climate system is now responding to changing greenhouse gas concentrations in the atmosphere. Far greater changes are predicted over a time scale of centuries, with a confidence that has increased substantially between the second and third assessments of the Intergovernmental Panel on Climate Change (IPCC 1996; 2001a,b,c). These changes indicate that the Earth system has moved well outside the range in which the carbon cycle operated over the past half million years. Change has been unidirectional and of unprecedented rate; that is, humans have pushed the Earth system into uncharted territory.

The role of humans in the carbon cycle is not new. Human activities have influenced it for thousands of years through agriculture, forestry, trade and energy use in industry and transport. However, only over the past two or three centuries have these activities become sufficiently widespread and far reaching to match the great forces of the natural world. Moreover, human societies and institutions (social, cultural, political and economic) are not unidirectional drivers of change: they are impacted upon by changes to the carbon cycle and climate, and respond to these impacts in ways that have the potential to feed back on the carbon cycle itself (Young 2002; **Figure 3**). One example is the attempt to manage greenhouse gas emissions as part of the global atmospheric commons.

Efforts to identify the location and magnitude of carbon exchanges between atmosphere, land and ocean illustrate the complex interactions between the natural and human aspects of the system, and the difficulty of separating

them. The locations of current terrestrial $CO_2$ sinks (i.e., areas of land that take up $CO_2$ from the atmosphere) may be largely due to historic patterns of land-use change, and their magnitudes the result of physiological response to repeated disruption. Patterns of oceanic $CO_2$ sinks may also be modified by atmospheric transport of iron-laden dust from continents, which, in turn, is influenced by land-use and climatic variability. Areas where humans might manipulate the carbon cycle include enhancing sequestration of carbon in terrestrial ecosystems and the oceans, and minimising the massive emissions from fossil fuel combustion.

Research is focusing on monitoring and understanding these patterns and processes in the global carbon cycle, and their environmental impacts. Different research communities are using a variety of resources and methods. For example, satellite data, air sampling networks and inverse numerical methods ('top-down' approaches) allow the strength and location of the global and continental-scale carbon sources and sinks to be determined. Surface monitoring and process studies ('bottom-up' approaches) provide estimates of land-atmosphere and ocean-atmosphere carbon fluxes at finer spatial scales, and allow examination of the mechanisms that control fluxes at these regional and ecosystem scales (**Figure 4**). An understanding of the natural dynamics and the potential for mitigation in the carbon cycle will ultimately allow pathways for decarbonisation to be developed that can be implemented through policy instruments and international regimes.



**Figure 3**

Institutions and their effects on the carbon cycle (adapted from Young 2002).



**Figure 4**

Measuring the carbon metabolism of terrestrial ecosystems: Techniques and results (Canadell et al. 2000).

## The Vision

<span style="color:red">The central vision of the GCP is to develop comprehensive, policy-relevant understanding of the global carbon cycle, encompassing its natural and human dimension and their interactions.</span>

Achieving this vision will require coordination by the international scientific community across all relevant disciplines and regions, and application of a large number of available resources and techniques. At present, no single international research programme provides this framework. The GCP was created to fill this gap and provide overall coordination to address highly interdisciplinary and complex problems of the carbon-climate-human system.

The GCP will to take an interdisciplinary approach to understanding the natural unperturbed carbon cycle, the perturbed carbon-climate-human system, and the feedbacks between societies' responses to a perceived or real threat and the dynamics of the natural system (Figure 5).

Through a series of workshops from 1999 to 2003, the scientific community identified three broad science themes for carbon cycle research. These themes define the scientific scope of the GCP and contribute to the development of a strong capacity for detection, attribution and prediction. The prediction component focuses strongly on where and how humans can intervene in the future dynamics of the perturbed carbon cycle. Each of the themes is described by an overarching question, as follows:

*1. Patterns and variability:* What are the current geographical and temporal distributions of the major pools and fluxes in the global carbon cycle?

*2. Processes and interactions:* What are the control and feedback mechanisms - both anthropogenic and non-anthropogenic - that determine the dynamics of the carbon cycle?

*3. Carbon management:* What are the likely dynamics of the carbon-climate-human system into the future, and what points of intervention and windows of opportunity exist for human societies to manage this system?



**Figure 5**

The global carbon cycle from three perspectives over time. (a) During glacial-interglacial periods and before significant human activities, the global carbon cycle was a linked system encompassing stocks in the land, oceans and atmosphere only. The system was (and still is) controlled and driven through climate variability as well as its own internal dynamics. For example, the ocean carbon system was tightly coupled to air-sea gas exchange as well as physical and biological 'pumps' that transport carbon. Interactions of the land surface and atmosphere were driven by land and ecosystem physiology as well as disturbance. (b) Starting about 200 years ago, industrialisation and accelerating land-use change complicated the global carbon cycle by adding a new stock - fossil carbon. However, humans did not initially perceive that their welfare might be endangered. Regardless of how society responds to increased fossil fuel inputs to the atmosphere, or the consequences of intensification of current land-use practices, the global carbon cycle has been seriously impacted. (c) Over recent decades, humans have begun to realise that changes in climate variability and the Earth system may significantly affect their welfare as well as the functionality of the global carbon cycle. The development and implementation of institutions and regimes to manage the global carbon cycle coherently provides a new set of feedbacks in the contemporary era.

## Mandate and approach

To implement the GCP vision and cover the three major themes, the GCP will be driven by the following scientific mandate:

- To develop a research framework for integrating the biogeochemical, biophysical and human components of the global carbon cycle, recognising the need for work across disciplines, and temporal and geographical boundaries.

- To provide a global platform for coordinating international and national carbon programmes to improve the design of observation and research networks, data standards, information transfer, timing of campaigns and process-based experiments, and the development of model-data fusion techniques.

- To strengthen the carbon-related research programmes of nations, regions, and international programmes such as IGBP, IHDP, WCRP, DIVERSITAS and the observation community, through better coordination, articulation of goals and development of conceptual frameworks.

- To foster research on the carbon cycle in regions that are poorly understood but have the potential to play important roles in the global carbon cycle.

- To synthesise and communicate new understanding of the carbon-climate-human system to the broad research and policy communities.

*Approach:* The GCP will implement its research agenda in two ways. First, the more disciplinary-oriented research on the carbon cycle is already implemented through a number of projects under the auspices of the GCP's sponsoring programmes (**Appendix A1**), and sub-global research efforts are implemented through many national/regional carbon programmes (**Appendix A2**). The GCP will enhance and add value to this research by facilitating collaboration towards a higher-level integration, supporting the GCP's mandate of putting together the broader picture of the global carbon cycle. Secondly, the GCP will initiate and lead a limited number of new research initiatives that are feasible within a 3-5 year framework on difficult and highly interdisciplinary problems of the carbon cycle.

*Scientific guidance:* The work of the GCP is guided by a scientific steering committee (SSC) made up of scientists covering the main interdisciplinary areas of the GCP science framework. The SSC will also consider recommendations made by its sponsor programmes and their projects.

*Governance and time frame:* The GCP answers to a committee made up of the chairs and directors of its three sponsoring programmes (IGBP, IHDP, WCRP). A time frame of 10 years is envisioned for the GCP, beginning in 2002. A mid-term review by the three sponsoring programmes will assess how well the project has met its near-term objectives, monitor progress towards the longer term goals and suggest modifications needed to enhance the effectiveness of the project.

*Institutional linkages:* In a broader context, *research* on the carbon cycle is an essential component of many activities addressing the environmental science of the whole Earth system and the sustainable development agenda at an international level. The GCP will establish formal and informal partnerships to work with a number of observation, assessment and policy bodies:

- An integrated strategy for observing the global carbon cycle (Integrated Global Carbon Observation, IGCO) is under active development within the Integrated Global Observation Strategy Partnership (IGOS-P), with contributions by the global observing systems (Global Ocean Observing System (GOOS), Global Terrestrial Observing System (GTOS), Global Climate Observing System (GCOS)) and the GCP (Appendix B).

- The global carbon cycle is at the centre stage of *policy* development for climate mitigation, sustainable development and the provision of ecosystem services, both at national and international levels. There is a need to connect, through appropriate assessment bodies, with international and national policy communities.

- *Assessment* of scientific research on the carbon cycle, and its interpretation for the policy community, is carried out by the IPCC as requested by the Subsidiary Body for Scientific and Technological Advice (SBSTA) of the United Nations Framework Convention on Climate Change (UNFCCC), the Millennium Ecosystem Assessment (MA) and other assessment programmes.

# 2 Science Themes

The science framework of the GCP is organised around three themes: patterns and variability; processes and interactions; and carbon management. This section describes, for each theme, the knowledge base (what we already know from past work), current or planned research, and the main areas where important knowledge is lacking, described here as areas of uncertainty. The definition of areas of uncertainty leads finally into a number of questions that define research priorities for each theme. It is notable, however, that many of the research questions bridge across the three themes.

## Theme 1: Patterns and Variability

### Motivation

The basic structure of the carbon cycle is determined by the flows of carbon between major pools, including carbon in the atmosphere (mainly as $CO_2$); in the oceans (surface, intermediate waters, deep waters and marine sediments); in terrestrial ecosystems (vegetation, litter and soil); in rivers and estuaries; and in fossil carbon, which is being remobilised by human activities. Both the flows of carbon among these pools and their carbon content have a rich spatial and temporal structure reflecting natural dynamics and human activity (**Figure 6**). An understanding of the patterns and variability in this structure is crucial for defining the basic anatomy of the carbon cycle, providing diagnostic insight into the driving processes and underpinning reconstructions of past and predictions for the future - especially a future subject to anthropogenic perturbations outside the range experienced by the Earth system in recorded history.

### Knowledge base

Present understanding of the patterns and variability of global carbon fluxes is based on:

- Global observations, including the atmospheric concentrations of $CO_2$ and other gases, satellite observations, and in situ terrestrial and oceanic measurements.
- Modelling of atmospheric and oceanic dynamics and biogeochemical processes.
- Mass balance principles.

Together, these provide strong evidence to support the following points (IPCC 2001a; Field and Raupach 2003; CDIAC 2003):

1. Global fossil fuel emissions have been rising since pre-industrial time and were 5.2 petagrams of carbon (PgC) in 1980 and 6.3 PgC in 2002, with the vast majority occurring in the northern hemisphere.

2. Atmopheric carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) have increased by 31%, 150%, and 16% since 1750, respectively.

3. About half of the $CO_2$ emitted to the atmosphere by fossil fuel sources is taken up by a combination of terrestrial and oceanic sinks.

4. Observed distributions of atmospheric $CO_2$ and the oxygen/nitrogen ratio ($O_2/N_2$), together with atmospheric model inversion studies, suggest that the terrestrial sink occurs predominantly in the northern mid-latitudes.

5. Land-use change results in significant emissions of atmospheric $CO_2$ in tropical latitudes, whereas land-management change is responsible for a significant carbon sink in northern mid-latitudes.

6. For the last few decades, observed changes in atmospheric $CO_2$ concentrations have varied widely (**Figure 7**); the implied rate of carbon accumulation in the atmosphere varies between years by nearly as much as average annual fossil fuel emissions.

7. The interannual variability in carbon exchange with the atmosphere is dominated by terrestrial ecosystems rather than the ocean.

8. Imports and exports of cereals, wood and paper products accounted for about 0.72 PgC yr$^{-1}$ of 'embodied' carbon trade in 2000, affecting regional sinks (production), sources (consumption) and temporary storage (e.g., furniture) (**Figure 8**).

9. The net global air-sea flux is 2.2 PgC (-19% to +22%) into the ocean for the reference year 1995; ocean models and observations suggest that the interannual variability of the global ocean $CO_2$ flux is around 0.5 PgC yr$^{-1}$, with the largest interannual variability apparently occurring in the equatorial Pacific Ocean.

10. The broad pattern of oceanic sources and sinks of atmospheric $CO_2$ are known: tropical waters generally act as sources and higher latitude waters act as sinks; the strongest oceanic $CO_2$ sink is the North Atlantic Ocean and the strongest source is in the equatorial Pacific Ocean.

11. Lateral fluxes in rivers are important in explaining patterns and distribution of the carbon sources and sinks; carbon exports from rivers to the coastal ocean are higher than 1 PgC yr$^{-1}$.



**(a) Terrestrial Net Primary Productivity**



**(b) 1995 Anthropogenic Carbon Emissions**

Classes: 1000 tons C
- 0 – 0
- 0 – 100
- 100 – 950
- 950 – 1000
- 1000 – 2800
- 2850 – 70000



**(c) Mean Annual Nety Air-Sea flux for $CO_2$**

Net Flux (moles $CO_2$ m⁻² year⁻¹)



**(d) Anthropogenic $CO_2$ Column Inventory (mol m⁻²)**

## Current research

The above conclusions are largely based on observation and modelling. This section describes continuing work on carbon cycle patterns and variability using these two approaches, including observations of human interactions with the carbon cycle and strategies for combining observations with models.

### Global monitoring

Long-term monitoring is an essential research tool for detecting, attributing and predicting the spatial and temporal patterns in the global carbon cycle. Major time series have become touchstones for the science of the carbon cycle and the Earth system (IPCC 2001a). Examples include the multidecadal records of atmospheric composition (notably $CO_2$ concentrations) from baseline observing stations at Mauna Loa, Cape Grim and elsewhere (e.g., Keeling and Whorf 2000); and the 420,000-year Vostok ice core record shown in **Figure 1** (Petit et al 1999). Spatial data are also critical, for example, the global net terrestrial primary production (NPP) inferred from a number of biogeochemical models (**Figure 6a**).

The global observation tools necessary to understand the Earth system (including the global carbon cycle and human impacts on it) are being assembled in a cooperative global observing strategy, the Integrated Global



**Figure 7**

The $CO_2$ global growth rate (expressed here as $10^{15}$ g/yr of carbon accumulating in the atmosphere since the start of direct $CO_2$ monitoring) is compared to fossil fuel emissions over 4 decades. On average, 55% of the anthropogenic carbon is retained in the atmosphere, but with large interannual variability related to the southern oscillation index (SOI). (The very low growth following the Pinatubo volcanic explosion in 1991 is an exception). All $CO_2$ data are deseasonalised and smoothed over 650 days. The records collected by SIO/NOAA from Mauna Loa, by NOAA from 50 global sites, or by CSIRO from Cape Grim all closely track the global growth rates (Source: R J Francey, presented at the EC-IGBP-GTOS Terrestrial Carbon Meeting, 22-26 May 2000, Costa da Caparica, Portugal).

**Figure 6**

Spatial observations critical to determining patterns and variability in the stocks and fluxes making up the carbon cycle. (a) Global map of terrestrial net primary production (NPP) from the IGBP Potsdam NPP Model Intercomparison, gC m⁻² (Cramer et al 2001); (b) 1995 carbon dioxide emissions from fossil-fuel burning, cement production, and gas flaring at one degree grid basis emissions (Brenkert 1998 [http://cdiac.esd.ornl.gov/], map prepared by R J Olson, Oak Ridge National Laboratory, Oak Ridge, Tennessee, United States); (c) Mean annual net-air sea flux for $CO_2$ (mole $CO_2$ m⁻² yr⁻¹) for 1995 (Takahashi et al 2002); and (d) Anthropogenic $CO_2$ column inventory (mol m⁻²) (Sabine et al 2003).

**Global Carbon Project** *The Science Framework and Implementation*



**Lateral Carbon Flux of Crop Production/Oxidation**

**Figure 8**

Sources and sinks induced by the production and metabolisation of food products (gC m⁻² yr⁻¹) (Ciais et al 2001)

Observing Strategy Partnership (IGOS-P). The principle behind IGOS-P is to develop a strategy for coupling major Earth and space-based systems for global environmental observations of the land, oceans and atmosphere.

As part of IGOS-P, a strategy for international global carbon cycle observations over the next decade is being developed through an IGCO theme, in close collaboration with the GCP (**Appendix B**). This strategy will:

• Integrate remote and in situ observations.

• Link ocean, terrestrial and atmospheric observing strategies.

• Involve close collaboration with the international carbon cycle research and assessment communities.

Towards these goals, a Terrestrial Carbon Observation (TCO) component of the GTOS component has already been developed to provide information on the spatial and temporal distribution of carbon sources and sinks in terrestrial ecosystems, using data obtained through ground and satellite-based observations.

The new products from the Moderate Resolution Imaging Spectroradiometer (MODIS) and other satellites will provide an important dynamic long-term record of the terrestrial and ocean metabolism. This record will include a number of consistent, calibrated and near-real-time measures of major components of the global carbon cycle including global net primary productivity (NPP) at 1x1 km resolution every eight days (**Figure 9**).

### Atmospheric observations

Numerous countries currently sponsor measurements of atmospheric trace gas concentrations, in most cases as part of research programmes. These data have made pivotal contributions to the awareness and understanding of climate change. The atmosphere is an excellent filter of spatially and temporally varying surface fluxes, integrating short-term fluctuations while retaining the large-scale signal (Tans et al 1990). The distribution of $CO_2$ in the atmosphere and its time evolution can thus be used to quantify surface fluxes.

Regional carbon budgets are currently calculated from $CO_2$ measurements at about 100 sites, supplemented by a few tall towers and aircraft programmes, using atmospheric inversion methods. Among the most significant impacts to date of network observations (and their interpretation by inversion methods) has been the discovery of major $CO_2$ net sinks in the northern hemisphere, both terrestrial and oceanic (IPCC 2001a; Gurney et al 2002; Rödenbeck et al 2003) However, retrieval of the space-time patterns of surface fluxes is highly uncertain. Without the use of additional constraints, it is hardly possible to resolve sources or sinks within longitudinal zones or between oceans and continents, even in the most densely sampled regions, the northern mid-latitudes. Even when such constraints are available from local process-oriented studies (e.g., Wofsy et al 1993), it is difficult to connect this understanding to global $CO_2$ patterns (Braswell et al 1997). Without a comprehensive spatial coverage of $CO_2$ measurements, uncertainties cannot be localised unequivocally to transport model or data error, or inversion procedures.

To overcome accuracy and consistency problems in these measurements, GLOBALVIEW-$CO_2$ was established as a cooperative atmospheric data integration project. It presently involves approximately 24 organisations from 14 countries (**Figure 10**). An internally consistent 21-year global time series has been compiled. In addition to $CO_2$, the observing system includes measurements of $^{13}C$ and $^{18}O$ in $CO_2$, $CH_4$, CO, the $O_2/N_2$ ratio, and many other species. Measurements of $^{13}C$ and $O_2/N_2$ provide information on the partition of net carbon fluxes into the atmosphere between fossil fuel emissions, land-atmosphere exchange and ocean-atmosphere exchange. Measurements of $^{18}O$ are used

**June 2002**



**December 2002**



**Figure 9**

Global net primary productivity (NPP) for the months of June and December of 2002 based on space-based measurements taken by the Moderate Resolution Imaging Spectroradiometer (MODIS) with algorithms developed by the NASA Earth Observing team that use a suite of other satellite and surface-based measurements. (Kg C m⁻² yr⁻¹) (Source: NASA Earth Observatory).

to estimate gross primary production, as opposed to net ecosystem exchange. The $CH_4$ and CO measurements are used to estimate the contribution of combustion, in addition to the significance of $CH_4$ as a greenhouse gas. In addition, GLOBALHUBS has outlined a plan for global intercalibration of $CO_2$ concentrations and isotopes.

Three significant developing contributions to atmospheric observation are as follows:

• Continental and opportunistic measurements of atmospheric composition will extend the network of observations not only for $CO_2$ but also for other gases mentioned above. Existing atmospheric observing networks focus largely on measurements in the remote marine boundary layer, to avoid contamination by local sources and sinks. These data are invaluable in providing a baseline. However, there is a need for additional measurements over the continents. These are more complicated, due to strong variability in space and time caused by surface heterogeneity and diurnal cycling of the atmospheric boundary layer between convective and stable states, which affects the mixing of $CO_2$. Developments in sampling strategies are likely to progressively overcome these difficulties. Such measure-

ments are commencing, using a combination of flask-sampled and continuous data from Fluxnet sites (see below), commercial and specially deployed aircraft, and Ships of Opportunity (SOOP). For continuous $CO_2$ measurements, a key technological development is the recent availability of lightweight, low-maintenance $CO_2$ sensors with precision comparable to present continuously attended baseline instrumentation.

• Methods for network optimisation will improve the next generation of upgrades to existing sampling networks. These rely on the use of data-assimilation methods as a primary technique to optimise network design.

• The measurement of $CO_2$ from space will have major impacts in filling the present sparse and uneven ground-based atmospheric sampling network on land, at sea and in the atmosphere, which, as noted above, severely limits the atmospheric-inverse approach (Rayner and O'Brien 2001).

### Satellite observations of atmospheric $CO_2$

Remote sensing of the Earth's surface and atmosphere by space-borne instruments will improve all aspects of carbon cycle research. Two new infrared instruments for operational meteorological soundings are currently being devel-



Figure 10

Global distribution of atmospheric $CO_2$ concentration flask sites. Note the paucity of stations in the southern hemisphere, as well as Eurasia, Africa and South America (GLOBALVIEW-$CO_2$ 2002) [http://www.cmdl.noaa.gov/ccgg/globalview/index.html].

oped for the measurement of $CO_2$ from space: the Atmospheric Infrared Sounder (AIRS), launched on board the Earth Observing System (EOS) satellite EOS-Aqua in March 2002; and the Infrared Atmospheric Sounder Interferometer (IASI), on board the first Meteorological Operational Polar Satellite (METOP) in 2005. Both instruments will measure most of the infrared spectrum at high spectral resolution and will be accompanied by the Advanced Microwave Sounding Unit (AMSU), a microwave sounder that can be used synergistically with either AIRS or IASI. The significance of this is that AMSU detects only the atmospheric temperature, while AIRS and IASI are also sensitive to $CO_2$ concentration. It is anticipated that additional properties of $CO_2$ will be retrieved from these sensors (Chedin et al 2003a).

A proof of concept study has been completed with existing instruments such as the Television Infrared Observational Satellite-Next (TIROS-N) Operational Vertical Sounder (TOVS), flown on board the United States National Oceanic and Atmospheric Administration (NOAA) polar meteorological satellites since 1978. Despite the quite limited spectral resolution of these space-based radiometers, clear signatures of the seasonal cycles and trends in $CO_2$ and other greenhouse gases ($N_2O$ and CO) may be extracted from TOVS measurements and interpreted in terms of seasonal and annual variations of their atmospheric concentrations (Chedin et al 2002; 2003b).

Also important for retrieving $CO_2$ concentrations from space is the Scanning Imaging Absorption Spectrometer for Atmospheric Cartography (SCIAMACHY) launched on the Envisat platform in 2002 (Bovensmann et al 1999). This instrument will provide high-resolution spectra of the sunlight reflected by the Earth, including the absorption bands that are being considered for retrieving the greenhouse gases $CO_2$, $CH_4$, $N_2O$, $H_2O$ and CO. The estimated total column precision is about 1% for $CO_2$, $CH_4$ and $H_2O$ and about 10% for CO and $N_2O$ (Buchwitz et al 2000). The horizontal resolution of the SCIAMACHY nadir measurements is typically 30 km _ 120 km for relevant gases (30 Km x 120 km and 30 Km x 240 Km at high latitudes). A similar passive differential absorption technique has also been recently proposed for the CARBOSAT (European Space Agency mission dedicated to monitoring the carbon cycle) and Orbiting Carbon Observatory (OCO) instruments (with greatly improved spatial and spectral resolutions).

The key assignment for each of these missions is a set of column $CO_2$ measurements of individual precision better than 1% (< 3ppmv). Simulations show that satellite measurements improve measurement of the carbon fluxes by a factor of up to 10 as compared to the network of surface stations. The greater coverage in time and space provided by the satellite data will improve existing estimates even though the precision of individual measurements may be an order of magnitude lower than those estimated from the air sampling network (Rayner and O'Brien 2001).

### Terrestrial observations

Traditionally, the exploitation of biomass resources has been the primary reason for terrestrial carbon observa-

tions, motivating many countries to establish inventories (Cannell et al 1999; Houghton 2003) and monitoring networks to support the sustainable use of forests, croplands and grasslands. In parallel, national research programmes have initiated long-term ecophysiological observations at numerous sites, and increasingly use remotely sensed observations of land cover.

Currently, there are a number of existing internationally coordinated networks relevant to terrestrial carbon observation (data providers), including both ground networks of global scope and satellite-based observations (**Appendix C**). Among the ground-based networks, the Fluxnet programme coordinates a global network of over 200 sites, at which tower-based eddy covariance methods provide continuous measurements of the land-atmosphere exchanges of $CO_2$, water vapour, heat and other entities (**Figure 11**). At many of these sites, complementary measurements are made of carbon stocks and fluxes in vegetation, litter and soil pools, and other ecophysiological variables. Flux tower data with scaling techniques have been already applied successfully to calculate continent-wide fluxes (Papale and Valentini 2003) and are yielding important insights on the controls of seasonal and interannual dynamics. Fluxnet is also becoming an important validation tool for the new MODIS products (e.g., net primary productivity) which will be generated every eight days.

The International Long-term Ecological Research Network (ILTER) provides a far more extensive network of lower technology ecophysiological observations, together with measurements of ecological changes. Harmonisation of regional ground observation programmes is being addressed by GTOS, as part of the GT-Net programme (**Appendix C**). Some research programmes are also addressing the harmonisation of data collected nationally; for example, a comparison of national forest inventories in North America and Asia (Goodale et al 2001), and a comparison of datasets from a number of countries on soil organic matter (Smith et al 2001).

*Data users* are agencies and programmes requiring information on the carbon cycle in terrestrial ecosystems (**Appendix C**). Data requirements differ in coverage (global, continental and national), type of product and the user group. For certain activities, national agencies require consistent information beyond their territories.

In addition to the above acquisition and product generation programmes, a number of projects have been undertaken that contribute to the development of systematic global observing capabilities, such as the Global Observations of Forest Cover (GOFC) project; the World Fire Web, providing data and information about biomass burning; the GTOS net primary production (NPP) project, providing data to support NPP estimation; and the IGBP NPP-intercomparison project, contributing to the improvement of algorithms for ecosystem productivity (Cramer and Field 1999).

Several major emerging trends in the observation of terrestrial carbon pools and fluxes are likely to accelerate in the next few years:

- Increased attention will be given to methods for combining measurements at multiple scales, such as

eddy covariance, ecophysiological and process-level data, and remotely sensed data (see Current research: Scale interactions, in Theme 2).

- A closely related direction will be the synthesis of observations and models, through inversion, data assimilation and multiple-constraint approaches applied to a combination of terrestrial models and observations (see Current research: Synthesis of observations and models, in Theme 1).

- The use of isotopes and other tracers ($^{13}C$, $^{14}C$, $^{18}O$, $^{15}N$, $^2H$, $^3H$) will provide additional measurement possibilities and constraints on models.

- There will be an increasing diversity of terrestrial observations, as nations implement carbon monitoring programmes for determining stocks and fluxes in the mandated categories for greenhouse gas emission estimations under the Kyoto Protocol.

## Ocean observations

Traditional oceanographic surveys are a necessary element of any sampling strategy, providing continuity with historical data and the capability for full water column sampling, high accuracy and precision laboratory measurements, and detailed process studies. A continuing global survey programme is under way, to be coordinated by the International Ocean Carbon Coordination Project (IOCCP), a pilot project of the GCP and the SCOR-IOC Advisory Panel on Ocean $CO_2$. The IOCCP will work in collaboration with CLIVAR, which is making plans to re-occupy some of the World Ocean Circulation Experiment (WOCE) hydrographic lines.

Higher resolution spatial data is available for some in situ surface measurements, in particular the sea surface $CO_2$ partial pressure ($pCO_2$) required for air-sea carbon flux

estimates. Shipboard underway $pCO_2$ systems are commonly used on oceanographic research cruises (a recent example being the WOCE-Joint Global Ocean Flux Study (JGOFS) hydrographic survey), as well as a growing effort with Ships of Opportunity (SOOP). The quantity of such measurements will increase in the future and will need better coordination to optimise the basin-scale and global coverage.

Because of their expense and logistic requirements, large-scale shipboard surveys are conducted only infrequently. Such temporally limited measurements offer a picture of the approximate average state of the ocean but do not resolve well the variability on seasonal, interannual and decadal time scales. To resolve these temporal patterns, long-term time-series measurements of carbon and other biogeochemical variables at fixed locations are crucial. The best-known open-ocean time series at present are the more than decade-old United States JGOFS stations near Hawaii (Hawaii Ocean Time-series programme - HOT) and Bermuda (Bermuda Atlantic Time-series Study - BATS). The HOT and BATS monthly data include carbonate system parameters and other traditional biogeo-chemical data, such as primary productivity, chlorophyll, nutrients, and near-surface sediment traps. They have led to a number of key discoveries, including the demonstration of increasing surface dissolved inorganic carbon (DIC) concentrations and the importance of nitrogen fixation in the subtropical Pacific Ocean. To be most effective, these time-series sites should be thoroughly integrated into the hydrographic and SOOP survey programmes, including measurements from moorings and drifters. The time-series data can provide the temporal context for the spatial surveys and vice versa.

A number of satellite data sets have direct applicability to



FLUXNET

**Regional Networks**
- ▲ AmeriFlux
- ▲ AsiaFlux
- ▲ CarboEuroflux
- ▲ Fluxnet-Canada
- ▲ KoFlux
- ▲ LBA
- ▲ Other
- ▲ Oznet
- ▲ TCOS-Siberia

Figure 11

Spatial distribution of Fluxnet sites and their representative sponsor countries. There is a strong movement to standardise ecophysiological and ecosystem measurements and observations among the various networks. Fluxnet is a key example of how international coordination can facilitate communication and information across national boundaries and scientific disciplines. One of the aims of the Global Carbon Project is to encourage and foster the successful development, coordination and expansion of successful networks such as Fluxnet [http://www-eosdis.ornl.gov/FLUXNET/].

the ocean carbon system (**Appendix C**). The most obvious are ocean colour data, which were collected beginning with Coastal Zone Colour Scanner Data (CZCS) (1979-1986) and have been greatly expanded in recent years (Ocean Colour and Temperature Scanner, OCTS, 1996-1997; Polarization and Directionality in the Earth Reflectances, POLDER; Sea-viewing Wide Field-of-view Sensor, SeaWiFS, late 1997 to present). Relevant physical data sets include sea surface altimetry (TOPEX, a United States/French mission to track sea-level height with radar altimeters/Poseidon, a satellite research programme; and the European Remote Sensing programme) for mesoscale variability and physical circulation, sea surface temperature (Advanced Very High Resolution Radiometer (AVHRR) and other platforms), and surface wind speed (National Aeronautics Space Agency Scatterometer, NSCAT; QuickScat). New developments may make it possible to measure salinity from satellites.

Major emerging directions for ocean observations include the following:

- Continuing expansion of ocean observations, in temporal and spatial density, and in the range of chemical and biological parameters measured. Satellite data on sea surface temperature (SST), winds and ocean colour will continue to provide critical information on large-scale patterns and variability of upper ocean physics and biology. For those quantities that cannot be resolved from space, in situ autonomous measurement/sampling technologies are being developed. Particularly promising directions for in situ chemical sampling include new autonomous sensors (e.g., $pCO_2$, DIC, nutrients, particulate inorganic carbon, particulate organic carbon (POC), bio-optics) and ocean platforms (e.g., moorings, drifters, profiling floats, gliders and autonomous underwater vehicles).

- Enhanced methods for the interpretation of ocean observations will provide additional information on regional interannual variability in air-sea fluxes. Such information is now emerging from repeat observations of surface water $pCO_2$. Estimates of changes in ocean carbon inventories and transports are needed to contribute to basin-scale carbon budgets for the ocean.

- The development of a comprehensive ocean carbon observing system can be advanced through improved organisation and coordination. This will involve (1) identifying and supporting those programme elements that are currently in operation (such as time-series stations, hydrographic sections and SOOP lines) or in the planning stages; (2) convening and encouraging international meetings of expert groups to refine observing system requirements for scientific and operational monitoring goals; and (3) developing cooperative relationships with other physical, chemical and biological ocean field efforts, with special emphasis on CLIVAR and GOOS. Projects are presently underway in both the North Atlantic and North Pacific to continuously monitor properties on the basin-scale from SOOP lines. However, these programmes need long-term support to build and maintain available datasets.

- The development of ocean carbon assimilation and inverse models is advancing rapidly (as for atmospheric and terrestrial observations). The inclusion of enough process-level information will be critical to address spatial-temporal patterns and detection-attribution of controls of fluxes. As the observational programmes mature, they will provide an unprecedented data stream that can be quickly fed into data-driven models. These models can help provide the time and space scale interpolation to evaluate global fluxes and inventories of carbon.

## Observations of human interactions with the global carbon cycle

The human components of the global carbon cycle include emissions, sinks, lateral flows, commodity production and consumption. These human-induced carbon fluxes interact with a range of other human variables including population, wealth, energy systems, technological pathways, and environmental values and constraints (Dietz and Rosa 1997). Such interactions occur both through perceptions of the consequences of human-induced changes in the carbon cycle, and through other major factors such as economic and social drivers, and water and food supplies.

A range of existing systems provide relevant data on these human-mediated carbon fluxes. These systems include inventories of national emissions, forestry and land-use; national carbon accounting systems, regional environmental reporting, and data on trade and commodity production. The challenge is clearly to integrate these disparate and often indirect data sources.

In the area of observations of human interactions with the carbon cycle, major emerging directions include:

- The differing roles of countries, regions and sectors in the carbon cycle. For example, the vast majority of fossil fuel emissions occur in the northern hemisphere, while land use change dominates carbon emissions in tropical latitudes. International corporations are key contributors of data and analyses of such trends (Mason 1997).

- Increasingly refined assessment of regional impacts and vulnerability to climate and carbon-cycle changes. Although there are already different documents on this issue, a major challenge will be to explore the ways in which different regions, sectors, ecosystems and social groups will be confronted by, and/or be able to manage, changes in the carbon cycle (O'Brien and Leichenko 2000).

## Synthesis of observations and models

Only a few of the observations described above give direct information on the fluxes and stocks that constitute the global carbon cycle, and none offer an adequate direct picture of spatial and temporal patterns. It is therefore necessary to infer these indirectly. Numerous methods have been developed for this, all based on the synthesis of information from both observations and models. The term "model-data fusion" is sometimes used as an umbrella descriptor for these activities. The general principle is to find an optimal match between observations and model by varying one or more than one property of the

model. All applications of this principle involve two basic choices, the first being the model property (or properties) to be varied. There are four broad options: parameters (notionally constant quantities entering the model equations); boundary conditions in space; initial conditions in time; or the model state variables themselves. The second choice is the search method for finding the optimum values of these properties, for which there are many options depending on the formulation and complexity of the problem. In all cases the optimising process should provide three kinds of output: the optimal values of the varied quantities, uncertainty statements about these values, and an assessment of whether the model fits the data, given prior specified uncertainties on the data.

There are several well-established pathways among this suite of possibilities. Three are summarised briefly below.

*Atmospheric and Oceanic Inverse Methods:* Global atmospheric inversions use observations of atmospheric composition from global flask and baseline networks, together with global atmospheric transport models, to infer spatially averaged net fluxes of $CO_2$ and other entities between the surface and the atmosphere (Enting 2002; Gurney et al 2002). The principle is to seek the source-sink distribution of a passive tracer, typically $CO_2$, which, together with a transport model, provides maximum consistency with global concentration measurements. Thus, in this case, the model property being varied is a boundary condition. The term "inverse" refers to the search method, which in essence is to run the transport model backwards.

Atmospheric inversions provide constraints on total carbon sources and sinks, but do not offer information on the processes responsible. Currently, their spatial resolution is extremely coarse. They can partition between the tropics and northern and southern hemisphere extratropical regions, and between land and ocean exchanges, but they do not provide a tropical carbon balance and cannot satisfactorily resolve longitudinal patterns (Schimel et al 2001). Their regional resolution is highly limited by lack of data, particularly in the tropics and the interiors of continents. There is an ongoing effort to use vertical profiles to help fill this gap. Inversions also depend on the choice of atmospheric transport model, especially on scales of ocean basins, continents or smaller.

Atmospheric inversion methods have also been applied regionally, using mesoscale models (Gloor et al. 2001) and atmospheric boundary-layer budget approaches (e.g., (Lloyd et al 1996). Plume studies of forest fires and urban areas have also been used to obtain otherwise unavailable information on gaseous sources, through species and isotopic measurements. Applications at the scale of vegetation canopies have been used to partition sources and sinks between vegetation and soil (e.g., Raupach 2001).

Ocean inversions use similar principles to infer ocean-atmosphere $CO_2$ exchanges, using ocean $pCO_2$ and other data. Their data requirements are broadly similar to those of atmospheric inversions. In particular, the accuracy and density of measurements is a major issue, and results are sensitive to the ocean transport model employed.

*Parameter estimation:* In this case the model properties being varied are parameters which are poorly constrained by process understanding. For biogeochemical and carbon cycle models, these may include quantities such as quantum yields, light use efficiencies, temperature controls on respiration or pool turnover times (Barret 2002). It is almost always necessary to choose such parameters so that the model best fits sets of test data. There are many techniques for finding the best ("optimum") parameters, ranging from simple graphical fits (such as choosing the slope of a line to give best fit) to advanced search procedures for finding multiple parameters simultaneously.

An emerging direction is the simultaneous use of multiple kinds of data in parameter estimation ("multiple constraints"). Many different kinds of data - atmospheric composition, remote sensing, in-situ measurements of pools or fluxes - are available. Different kinds of data constrain different processes in a model. For example, atmospheric concentration measurements and eddy fluxes constrain net $CO_2$ exchanges (Net Ecosystem Exchange) while remote sensing provides indirect constraints on gross exchanges (Gross Primary Production) through indices such as the Normalised Difference Vegetation Index (NDVI). Thus, different model parameters are constrained by different kinds of data, and the simultaneous use of several kinds of data is needed to constrain a comprehensive model adequately. Several preliminary applications of this approach have already been made, including the combined use of atmospheric concentrations and surface data at continental scale (Wang and Barret 2002), investigations of the combination of atmospheric composition, remotely sensed data and eddy flux data at global scale (Kaminski et al 2002), use of genetic algorithms to constrain terrestrial ecosystem models of the global carbon cycle with ecological data at continental scale (Kaminski et al 2002) and applications at the scale of vegetation canopies (Styles et al 2002).

The multiple-constraint approach relies on access to multiple sources of constraining data with vastly different spatial, temporal and process resolutions, thus producing more constrained predictions. The approach potentially offers a means for discriminating between important and less important avenues for research to improve the process representations in the carbon-cycle model, because the inverse techniques currently used yield uncertainties on estimated parameters. A reduction in these uncertainties constitutes an increase in the information content of the overall prediction of the model. Potential data sources can be assessed for the reduction in uncertainty they provide for model parameters. Importantly, this approach requires the uncertainty characteristics of the data but does not require actual data to be available, thus allowing preliminary testing of experimental designs.

*Data assimilation methods:* Data assimilation involves adjusting the (time-varying) model state variables themselves as the model is integrated forward in time. This may also be done by sequential adjustment of initial conditions, as in four-dimensional variational data assimilation (4DVAR) methods now being made operational in weather forecasting. Here, time series of global data are used to force a dynamic model into optimal conformity

with the data at a given time, while respecting the conservation requirements on the various fields represented in the model, such as conservation of mass (Chen and Lamb 2000; Park and Zupanski 2003). The application of these methods to carbon cycle modelling is still in the future.

Major emerging directions in the synthesis of data and models include:

- Development of other reasonably passive tracers that will offer increased understanding of the carbon cycle (noting that some currently available carbon cycle-related tracers are still not used), and continuing improvements in measurement density, calibration and interpretation, particularly for these additional tracers, but also for atmospheric $CO_2$ and ocean $pCO_2$.

- Improved data coverage that will allow downscaling to regional estimates, although regional estimates will also require improved knowledge of the global background (roughly - improvement anywhere hinges on improvement everywhere).

- Three promising technologies to collect more data relevant to regional inversions: (1) continuous measurements, to allow synoptic variations in transport to provide regional source signatures; (2) potential global coverage of $CO_2$ column integrals from space; and (3) potentially disposable light-weight sensors for use in low-maintenance environments - all of these technologies can interpolate gaps in the current network but must be well linked to it and will also require a major international data management effort to cope with the associated expansion in data flow.

- Inversions regionally and in 'campaign mode' (i.e., snapshots in time in a more constrained area) that can provide information on processes (e.g., via atmospheric plume studies from fires or urban areas and regional ocean transport studies).

- Application of multiple-constraint approaches to the modelling of combined physical, biological and biogeochemical processes.

- Development of carbon cycle process models, for use in multiple-constraint studies, focused on modelling at an appropriate level of parameterisation (noting that most fully process-based models are over-parameterised for use in this way).

- Developments in practical nonlinear search methods.

- More rigorous testing for model inconsistencies by the use of subsets of multiple data sources.

- Further development of uncertainty analyses, particularly in the context of nonlinear inversions.

## Areas of uncertainty and research priorities

Despite progress over the last decade, substantial uncertainties remain:

- Existing global models and observations are unable to determine carbon sources or sinks with acceptable accuracy at regional, continental or interannual time scales, largely because of the sparse observing network. For example, the partition of the northern hemisphere terrestrial sink between North America and Eurasia remains unclear.

- There is no systematic and convincing agreement between 'top-down' and 'bottom-up' approaches to determining the spatial patterns of major fluxes in the carbon cycle. Budgets at regional, continental or basin scales are not consistent with the global analysis, with major uncertainties in key regions such as the Southern Ocean and terrestrial tropics. In addition, estimates of some critical fluxes, such as those associated with land-use change, are only obtainable by bottom-up methods and remain highly uncertain in the global context. Recent evidence suggests a much larger role of lateral transport and the coastal zones for regional carbon budgets than previously thought.

- The temporal patterns of the major carbon fluxes, and their consequences for stocks, are poorly understood at time scales greater than a few years. It is unclear which major stocks, whether resolved regionally or biogeochemically, contribute to the long-term variability in atmospheric $CO_2$ evident in the Vostok ice core record or in shorter records.

- Global estimates of oceanic flux patterns must currently be obtained from data collected over several decades, during which time the spatial pattern of fluxes has changed. This leads to considerable uncertainty in the estimates for any given year, or even decade. Results are dependent on the assumptions made to interpolate both in time and space between the often sparse measurements.

- There are uncertainties in the spatial and temporal distributions of human-induced fluxes, and the influence of human decision processes. Examples are the fluxes associated with land clearing and anthropogenic terrestrial sinks, and fossil fuel emissions (IPCC 2000a,b).

The above assessment prompts the following research priorities for Theme 1: What are the current geographical and temporal distributions of the major pools and fluxes in the global carbon cycle?

1. *What are the spatial patterns of carbon fluxes and stocks at large scales (continents, ocean basins)?*

    - Determine the carbon budget of the terrestrial tropics, and particularly constrain carbon emissions due to land-use change.

    - Determine the longitudinal distribution of the northern hemisphere terrestrial sink between North America and Eurasia, and within Eurasia between Europe and Asia.

    - Determine the spatial patterns and magnitudes of ocean carbon sources, sinks and stocks, particularly in the Southern Ocean.

    - Determine the fluxes and stocks of carbon associated with water flow from land to terrestrial water bodies to the coastal zone, and exchanges between the coastal zone and open oceans.

    - Determine the consequences for the global carbon budget of the uplift, transport and deposition of sediments by both water and wind.

    - Determine the role of non-$CO_2$ gases (e.g., methane and volatile organic compounds) in the global carbon budget.

2. *How do regional and subregional patterns in carbon fluxes interact with the global-scale carbon cycle?*

- Determine the space-time dynamics of the biological and solubility pumps in the oceans, and their relative roles in regional and global ocean carbon balances.
- Determine current trends in the carbon budgets of key terrestrial biomes (tropical, savannah, mid-latitude, boreal, tundra) which are changing as a result of global-scale changes in the coupled carbon-climate system.
- Develop methodologies for using regional and subregional carbon budgets to constrain the global budget, and vice versa.

3. *What are the seasonal- to decadal-scale temporal variations in the fluxes and stocks making up the carbon budget at global and regional scales, and what are the causes of these variations?*

- Determine the relative roles of the oceans, the terrestrial biosphere and fluctuations in human emissions.



**Figure 12**

The oceanic 'biological carbon pump' is a collective expression for planktonic, biological processes and feedback pathways that play a role in carbon transfer from the photic zone (zone of light penetration) to the the deep ocean. This complex ecosystem begins with phytoplankton using sunlight and dissolved inorganic nutrients to photosynthetically convert atmospheric $CO_2$ into biogenic matter, which forms the base of the marine food web. The autotrophic and heterotrophic organisms excrete particles and dissolved matter as they grow and die. The particles sink through the water column carrying carbon to the deep ocean. Thus, the biological pump is one of the pathways that regulate atmospheric $CO_2$ concentrations, the other being the physical 'solubility pump'. Generally, the food web is efficient and most of the produced particles and dissolved organic matter is recycled through the microbial loop to $CO_2$ and released back to the atmosphere. (Courtesy of International JGOFS Project Office, Norway).

4. *What are the space-time patterns of human influences on the carbon cycle, including emissions from fossil fuel burning and land-use practices?*

- Quantify the carbon fluxes and stocks associated with critical regions and sectors of human influence. Here regions include both rural and urban areas (especially megacities), and sectors include both industrial and agricultural activities.
- Resolve discrepancies in measurements of the historical and current rates and patterns of land-use and land-cover change.
- Determine the role of human activities in the terrestrial tropics, especially carbon sources due to land use change.

5. *What are the social impacts of changes in the carbon cycle?*

- Analyse the social and regional patterns of vulnerability and adaptation to the changes in the carbon cycle.

## Theme 2: Processes and Interactions

### *Motivation*

The behaviour of the fluxes and stocks that make up the carbon cycle is governed by a set of processes. These include:

- Physical processes in the atmosphere, oceans and terrestrial hydrosphere.
- Biological and ecophysiological processes in the oceans and on land.
- Biogeochemical transformations.
- A range of natural and anthropogenic disturbances to terrestrial ecosystems, such as fire, agriculture and clearing.
- The processes associated with the release of fossil carbon by humans (i.e., energy systems).

Some of these emerge as crucial controls on the global carbon cycle and its responses to anthropogenic forcing (e.g., terrestrial sink saturation, the stability of the thermohaline circulation, and the behaviour of the oceanic biological pump).

An understanding of these processes is needed at the level of their basic mechanisms and also of factors that emerge when they act in combination. Such knowledge is central to understand current and future dynamics of the carbon cycle and includes the recognition and interpretation of past and present interactions and feedbacks among key processes and mechanisms. Process understanding is needed for the development of diagnostic and prognostic tools (Activities 1.2, 2.2 and 2.3, in section 3) that will eventually integrate the dynamics of biophysical systems and human behaviour. These tools will allow the exploration of critical system thresholds (e.g., vulnerabilities) beyond which it may be unwise to proceed (Activity 2.3) and the identification of mitigation options and their contribution to stabilising atmospheric $CO_2$.



Figure 13

Multiple mechanisms responsible for the current terrestrial carbon sink and their expected future dynamics with increasing global change forcing (Courtesy of Canadell).

## Knowledge base

There is already a wealth of understanding of many of the processes governing the carbon cycle, especially at the level of detailed mechanisms. This understanding has been obtained through field observations, laboratory studies, manipulative experiments in the field and process modelling. Carbon-cycle processes that are well understood include the following (Walker et al 1999; IPCC 2001a; Field and Raupach 2003):

1. Net ocean-atmosphere exchanges of carbon are largely controlled by physical processes involving ventilation of thermocline and deeper waters (the solubility pump), with additional influences by biological processes that redistribute carbon from surface to deep waters (the biological pump).

2. A key biological control of the biological pump is the large phytoplankton cells that are responsible for much of the export of particulate carbon to the deep ocean (Figure 12). Apart from the effect of large-scale changes in ocean circulation on the biological pump, future oceanic uptake of carbon from the atmosphere is expected to increase as atmospheric $CO_2$ levels rise.

3. A suite of feedback processes control the coupled energy, water and carbon exchanges between terrestrial surfaces and the atmosphere, causing the response of these fluxes to perturbations (such as land-cover transitions or changes) to be significantly scale dependent. Significant feedbacks in this context include plant physiological responses to atmospheric temperature, humidity, and soil temperature and moisture.

4. The current northern hemisphere carbon sink is due to multiple processes including, for example, forest regrowth, $CO_2$ and nitrogen fertilisation, climate change, soil erosion and accumulation in freshwater bodies. The relative importance of these processes is not well known (Figure 13).

5. The strength of the terrestrial sink may eventually level off and then decline, despite some potential to increase due to anticipated atmospheric and climate change over the next decades.

6. Under sufficiently elevated atmospheric $CO_2$ concentrations (> 550 ppm), in conjunction with commonly limiting environmental conditions such as water and nutrients, photosynthetic assimilation by terrestrial plants quickly becomes physiologically saturated.

7. Deliberate land-surface modifications will constitute a large forcing of both physical climate and the carbon cycle in the medium-term future (a few decades). The climate response to this forcing may feedback onto land management practices.

8. At large (regional to continental) scales, several factors determine the magnitude and direction of $CO_2$ exchange between terrestrial ecosystems and the atmosphere:

   • Extreme climate events such as drought, large shifts in seasonal temperatures, or changes in radiation, induced by large-scale perturbations in levels of atmospheric aerosols (e.g., volcanic eruptions).

   • Changes in the frequency of fire, clearing and other large-area disturbances that lead to large, short-term

carbon losses followed by a long, slow recovery of carbon stocks; global NPP by land plants is about 57 PgC yr[-1] of which approximately 5-10% returns to the atmosphere through combustion (e.g., fuel, wildfires).

- Changes in distributions and biome boundaries of plant species, induced by environmental forcing or changes in land use, which affect carbon storage and turnover over large areas (e.g., the conversion of evergreen to deciduous forest, forest to grassland or grassland to woodland) (Archer 1995; Hibbard et al 2001).

- Losses of biodiversity and invasions by exotic species that may effect the use, efficiency and retention of carbon, nutrients (particularly nitrogen) and water (Schulze et al 2000).

9. Instabilities and multiple equilibrium states can potentially occur in the coupled biophysical and biogeochemical system, consisting of the physical climate, hydrological, carbon and nutrient cycles. These can arise primarily due to the nonlinearities and feedbacks involved in the exchanges of energy and matter between atmosphere, land, oceans and ice. Suggested examples include changes to the El Niño Southern Oscillation (ENSO) phenomenon, potential slowdown or shutdown of the thermohaline circulation in the North Atlantic, ice-albedo runaway (Ghil 1994) and desertification (Ganopolski et al 1998).

10. There are strong interactions among climate, atmospheric greenhouse gas concentrations and human perturbations to the carbon cycle. This is leading to



**Figure 14**

Decarbonising the energy system. Global environmental change driven by mainly socioeconomic, demographic, institutional and technological changes causes public concern about fulfilling future needs. Meeting current and future energy demands while minimising global environmental impacts is a challenge that requires major transformation of the energy system, including production, consumption and the incentive structures that shape the interaction between the two. Possible options for transformation include shift to renewable energies, introduction of the $CO_2$ emission trading and changes in lifestyle and values (Courtesy of Vellinga and Wieczorek 2002).

human intervention at an international level, in the form of the UNFCCC and the associated Kyoto Protocol. Both are international institutions working toward the reduction of net emissions of greenhouse gases into the atmosphere (**Figure 14**).

## Current research

In a biophysical context, observational and manipulative experiments are key tools in formulating and testing hypotheses on the mechanisms that control the flows and transformations in the carbon and related cycles (water, nutrient and energy). They also underpin the formulation of parameterisations in models. In the context of human dimensions, process studies play an analogous role by motivating and testing hypotheses and models describing aspects of social, economic and organisational human behaviour.

The following subsections describe process experimentation and process model development that are key for global carbon cycle studies.

### Terrestrial ecophysiological processes

There are a number of networks of physiological studies, including the previously described Fluxnet programme and ILTER. Fluxnet is providing insights on the daily, seasonal, and interannual controls on fluxes of carbon, water and energy. In addition, the Global Change and Terrestrial Ecosystems (GCTE) project of IGBP has established a number of other physiological and experimental networks to study control processes under current and future global environments. The Biosphere-Atmosphere Stable Isotope Network (BASIN) deals with isotopic discrimination in the process of photosynthesis and respiration. The aim is to use atmospheric isotopic signatures to constrain global estimates of carbon sources and sinks, and to partition ecosystem fluxes (e.g., photosynthesis and respiration). BASIN has shown that water availability is a key control on atmospheric $^{13}CO_2$ and has highlighted the potential of delta $^{13}C$ of ecosystem respiration as a useful tool for integrating environmental effects on dynamic canopy and ecosystem processes (Pataki et al 2003).

Manipulative experiments also play a critical role in developing and testing ecophysiological and biogeochemical models. Such experiments include warming experiments of both soils and canopies, free-air $CO_2$ enrichment (FACE) experiments, alteration of the water balance by irrigation or rainfall exclusion, and nutrient enrichment (Canadell et al 2002a; Norby et al 2001; Rustad et al 2001). These experiments are yielding important insights on ecosystem changes and emerging critical drivers under future environmental conditions. For example, some of these studies suggest that saturation of the $CO_2$ fertilisation effect will take place between 500-600 ppm atmospheric $CO_2$, a much lower concentration than the natural physiological saturation point at around 1000 ppm (Mooney et al 1999).

Another emerging issue from these experiments is the response of terrestrial respiration to environmental controls such as temperature, moisture and nutrient availability. Temperature responses, in particular, have been questioned recently (e.g., Valentini et al 2000), leading to

the suggestion that terrestrial respiration rates have been overestimated in global carbon cycle models (Cox et al 2000). Interactions between soil respiration and dry and warm soil conditions, the effects of rains after dry periods, the effects of snow packs and length of growing season are yet to be fully understood and modelled.

Important long-term drivers of carbon exchanges between land and atmosphere are different from those controlling short-term exchanges. Long-term drivers include changes in ecosystem structure due to biome redistribution and altered disturbance regimes. Critical issues here are transient effects of biome shifts forced by climate change and the dynamics of large scale biome redistribution, given the fragmentation of current ecosystems.

### Disturbance, land use and management practices

Disturbances and changes in land use or cover are important controls of carbon storage. Shifts from one type of land use or cover to another are responsible for large carbon fluxes in and out of the terrestrial biosphere (Houghton 1999; Pacala et al 2001) and can drive a region from being a carbon sink to a source (e.g., Kurz and Apps 1999).

A large body of research is focused on understanding the effects on sink strength and carbon storage of multiple land uses (IPCC 2000b; Canadell et al 2002b), as efforts to conserve forests become more important and land-based mitigation options are explored to help slow down the build up of atmospheric $CO_2$. Land uses include reforestation, afforestation, deforestation, agricultural practices, and succession on abandoned agricultural lands.

Biomass burning, wildfires and other disturbances are estimated to be major sources of $CO_2$, CO and $CH_4$. Efforts are underway to quantify changes in historical disturbance regimes and their contribution of greenhouse gases to the atmosphere, which in some years are comparable with the $CO_2$ produced from fossil fuel. Timber resources of regions such as Siberia, and farming land in Amazonia and tropical Asia are increasingly vital to the economies of those countries; however, these resources drive major changes in the frequency of disturbances and carbon potential of the altered ecosystems. The interaction of human impacts, logging, deforestation, fire, and climate variability and change are complex and are the focus of various efforts, such as those in Siberia and parts of tropical Asia, and of the Long-term Atmosphere-Biosphere Experiment in Amazonia (LBA). Special attention is being paid to carbon emissions from drained or burned peatlands.

### Controls on air-sea fluxes and upper ocean biogeochemical processes

In oceanic ecosystems, interannual to decadal climatic oscillations (Arctic, North Atlantic, North Pacific and southern oscillations) and their interconnections have been identified as major controls on upper ocean biogeochemistry and air-sea fluxes of carbon (Doney et al 2000). Process tools for studying the physical and biological mechanisms that control air-sea fluxes include repeat hydrographic surveys, time-series stations and other ocean observations that incorporate an integrated programme for carbon, hydrographic and tracer measurements. The Southern Ocean Iron Release Experiment (SOIREE) illus-

trated the importance of iron limitation in high nutrient/low chlorophyll regions by deliberate iron fertilisation experiments in the Equatorial Pacific and Southern oceans. Such experiments found phytoplankton responses up to six weeks after iron was applied as a fertiliser in surface waters of the Southern Ocean (Boyd et al 2000). Additional investigations into the role of iron limitation used SOIREE results to probe climate switches to and from ice ages (Watson et al 2000). Of particular relevance for future oceanic process studies are insights gained into export fluxes and their dependence upon community structure (diatoms versus background microbial community); geochemical functional groups (nitrogen fixers, calcifiers); physical variability (tropical instability waves, mesoscale eddies); and trace micronutrients.

### Atmospheric isotopic and tracer studies

Interpretation and integration of isotopic information has been an invaluable tool for understanding processes and diagnosing the large-scale patterns and variability of carbon fluxes (this discussion also pertains to Theme 1). In both areas, isotopic studies will continue to be of great importance with the following highlights:

- Studies of atmospheric $CO_2$, $^{13}C$, $O_2/N_2$, together with mass balance calculations and atmospheric inversions, have quantified carbon fluxes into the atmosphere, due to fossil fuel, land-atmosphere exchange and ocean-atmosphere exchange (IPCC 2001a; Schimel et al 2001). In particular, atmospheric $^{13}C$ observations suggest that a large portion of the change in the growth rate of atmospheric $CO_2$ is due to variations in carbon exchange in the northern rather than the southern hemisphere, and the interannual variability in this growth rate is dominated by terrestrial ecosystems rather than the ocean.

- Substantial uncertainties are currently associated with the oxygen budget. It has become clear that a major problem with the interpretation of $O_2/N_2$ measurements is accounting for the secular changes in $O_2$ storage occurring in the oceans, due to increasing temperatures and changing circulation patterns. The current IPCC (2001a) estimates of ocean and atmospheric sink sizes, for example, appear to be in error because of this.

- Estimates of global, and to some extent regional patterns of excess $CO_2$ storage by the ocean, on decadal time scales, are constrained by a variety of techniques, including numerical models (often calibrated with $^{14}C$ and other transient tracers), temporal evolution of DIC and ocean $^{13}C$ fields, and data-based anthropogenic DIC estimates (Sabine and Feely 2001).

- Global estimates of terrestrial gross primary production (GPP) and the NPP/GPP ratio have been obtained from $^{18}O$ in $CO_2$ (Ciais and Meijer 1998).

### Economic and technological developments governing fossil fuel emissions

Fossil fuel emissions are often taken to be an external forcing on the carbon cycle. On this level, accurate quantification is very important (Marland et al 2000). However, the future trajectory of the global carbon cycle will be determined by interactions between fossil fuel emissions and the carbon-climate-human system, as humans react to perceived

dangers from inadvertent intervention. Hence, to incorporate fossil fuel emissions into models of the carbon-climate-human system is a major challenge for future predictions.

## Local interactions between institutional regimes and the carbon cycle

In seeking a full understanding of the feedbacks between land management, fossil fuel emissions and the carbon cycle, it is important to recognise and include the proximate social and economic drivers of human responses. For example, a study in Chilean mixed grazing and farming systems identified the means by which biophysical, sociopolitical and economic variables influence land use and vulnerability of rural populations to climate variations (McConnell et al 2001). On one hand, rugged topography and pedogenically undeveloped soils characterise the bulk of communal lands in this area, which are typically dedicated to annual crops. On the other hand, private holdings, generally located in richer, flatter valleys, are devoted to perennial crops such as vineyards, and control almost all of the water rights. Location and crop types are thus two of the criteria that can be used to identify property regimes. The sensitivities and likely responses of these two regimes to climate change are substantially different.

Implications of this kind of study for present and future carbon stocks and fluxes emerge upon integration with process-level understanding. A comparative examination of case studies (e.g., tropical deforestation, agricultural intensification) will provide a clearer overview of the human drivers of land-cover changes and the ways that they depend on geographic and historical contexts.

## Scale interactions

Process studies and models are always implicitly specific to particular space and time scales (e.g., in the case of terrestrial ecosystems, the spatial scales defined by cell, leaf, canopy, patch, region and globe). It is often necessary to apply information from one scale to a different (smaller or larger) scale in space or time. The information to be transferred across scales may include model parameters or process descriptions encapsulated in the equations of a process model. If the transfer of information is from smaller to larger scales, this is known as 'upscaling' or 'aggregation', whereas the reverse process is referred to as 'downscaling' or 'disaggregation'.

Common examples of aggregation problems include estimation of plant canopy net photosynthesis from leaf-scale models, prediction of terrestrial carbon sources and sinks for national greenhouse gas inventories from point-based models, and the specification of grid-cell averages of fluxes in large-scale atmospheric models. These problems have been the subject of major reviews in several disciplines (Bolle et al 1993; Michaud and Shuttleworth 1997: meteorological problems; Ehleringer and Field 1993: plant physiological problems; Kalma and Sivapalan 1995: hydrological problems).

Several recent and ongoing initiatives are defining methodological approaches to scaling and aggregation, and gathering data to test these approaches:

• Several large-scale campaign experiments on interactions between terrestrial ecosystems and the atmosphere have gathered numerous data at a range of scales (Hutjes et al 1998).



**Figure 15**

Predicted changes in global land carbon (vegetation plus soils) from two coupled climate-carbon cycle GCMs. Positive represents an increase in land storage. The Hadley Centre results are shown by the continuous lines and the IPSL model results by the dashed lines. Blue lines represent runs without climate change, and the red lines are from the fully coupled runs including climate-carbon cycle feedback (Cox et al 2000).

Global Carbon Project *The Science Framework and Implementation*

- The BigFoot project has the goal of exploring validation protocols and scaling issues that would lead to an improved understanding of several satellite products (Running et al 1999).
- Systematic approaches to aggregation are now being developed in the context of scaling models of carbon and related fluxes in terrestrial ecosystems (Baldocchi et al 1996; Raupach et al 2002).

## Vulnerability of the carbon cycle: nonlinear dynamics, thresholds, and regime shifts

Dynamics of the carbon-climate-human system are likely to contain unknown surprises and thresholds induced by nonlinear feedbacks and interactions among major compartments and processes of the system (Charney 1975; Claussen 1998; Falkowski 2000). These include:

- The stability of ocean circulation (e.g., through possible slowdown or shutoff of the thermohaline circulation).
- The ability of terrestrial ecosystems to sequester carbon in the future as mechanisms responsible for current sinks saturate ($CO_2$ fertilisation; forest regrowth after abandonment) (Cramer et al 2001).
- The uncertain permanence of current terrestrial carbon stocks due to changes on control processes such as switches due to phenology, soil respiration, changes in seasonal freeze-thaw dynamics, thawing of permafrost, changes in water table, drought, absence/presence of snow, fire, insect infestation.
- Feedbacks between terrestrial and marine systems such as ocean NPP enhancement due to dust deposition from land.
- The societal and policy drivers for the changes in carbon systems and for carbon management (linked with the perceptions of risk, due to changing climate and consequent development of new institutional regimes to control greenhouse gas accumulation in the atmosphere).

Most of these processes are the result of interactions between the changing climate, human systems and the global carbon cycle, with the potential for accelerating or decelerating the build up of atmospheric $CO_2$. The implications of these interactions are that, to achieve stabilisation, an enormous reduction in fossil fuel emission and increase in carbon sequestration is urgently needed.

Although such interactions are likely to occur, their quantification is difficult and is restricted to subsets of their components for the Earth system because fully coupled carbon-climate-human models do not exist (see Integrative model development, below). Coupled carbon-climate models, however, have provided major insights on the types of possible nonlinear responses. These models show a slow down of the terrestrial sink strength by the middle of this century, with it becoming a source by the end of the century (Cox et al 2000; **Figure 15**). Coupling biophysical and decision-making models have also produced unpredicted results (Roughgarden and Schneider 1999).

## Integrative model development

Understanding the global carbon cycle through Earth system modelling is motivated by our limited knowledge about the consequences of the feedbacks and interactions between biophysical components of the system. A further motivation is the need to assess the importance of large-scale perturbations of the system by human activities (e.g., fossil fuel combustion and changes in terrestrial vegetation cover). Feedbacks between changes in the Earth system and the perception of a problem by humans are equally important, because they are likely to generate major changes in policy and attitudes concerning the way we manage and use our energy systems.

Earth-system models of intermediate complexity (EMICs) are sufficiently simple to permit numerical integration over many millennia, but sufficiently complex to yield a realistic picture of the Earth system because they include more interactions than are possible using comprehensive fully coupled process-based models. To date, EMICs have focused largely on the biophysical components of the Earth system (geosphere, atmosphere, some with biosphere) with prescribed human components, such as land use and $CO_2$ emissions. Emerging directions in this field are the inclusion of a better representation of the living world (biosphere) and the human dimension (anthroposphere). The spatial (e.g., regional) resolution required by these models to properly capture processes with global significance remains an issue.

Comprehensive three-dimensional global climate models (GCMs) of the atmosphere, ocean, land and cryosphere, including the fully coupled carbon cycle, are now being developed. These models provide the most realistic descriptions possible of atmospheric and oceanic transport processes, and integrate the terrestrial vegetation processes into the biophysical parameterisations used in these models. Hence, they provide an interactive representation of how physical environmental parameters affect biological ones and vice versa. In the long run, such models may have the most promise as predictive tools.

A major issue of any large complex model is validation. Prognostic model components need to be robust in climates that differ from both the present and the past. Confidence in the robustness of an integrated model is currently built in four ways. First, individual components (terrestrial, oceanic, atmospheric, economic, social) are tested within and beyond the range of calibration data. Second, the ability to reproduce historical trends, either the glacial-interglacial record for the biophysical components or the industrial era for the fully coupled model, is a key test of understanding. Third, through a strategy that encourages a variety of interchangeable models or submodels, it is possible to assess the degree to which outcomes depend on the assumptions of particular models. Finally, regional model intercomparisons provide tests at the subglobal scale by exploiting the variety of biophysical and social conditions that occur at regional scales.

Other models that incorporate socioeconomic aspects with a carbon cycle perspective include integrated assessment models such as the Integrated Model to Assess the Greenhouse Effect (IMAGE) (Leemans and van den Born 1994), models of political systems that project social responses to the Kyoto Protocol based on game theory and models of industrial/energy systems and industrial transformations.

## Areas of uncertainty and research priorities

Major gaps still exist in our understanding of the processes, controls and interactions that influence the global carbon cycle:

- The mechanisms underlying a number of critical biophysical processes remain poorly understood, and are therefore inadequately represented in current models. The mechanisms include:

  - the interplay between multiple land uses, ecosystem physiology and disturbances controlling carbon fluxes in and out of land systems; and the relative importance of the full suite of mechanisms contributing to current and future carbon sinks and sources

  - the dynamics and environmental responses of terrestrial carbon allocation in various components of the ecosystem

  - the dynamics and responses of heterotrophic respiration to climate forcing, particularly temperature, in terrestrial and ocean systems

  - the lateral transport of carbon across landscapes and into the coastal and open ocean

  - the roles of ocean circulation, sea ice, chemistry and ecosystem dynamics in modifying the amount and pattern of ocean uptake in response to increasing $CO_2$

  - the structure and dynamics of ocean ecosystems (phytoplankton and their predators at higher trophic levels)

  - the processes driving nutrient dynamics in different ocean basins which vary in time and between basins (e.g., nutrient-deficient waters in the North Pacific Ocean can switch between nitrogen and phosphorus limitation with associated ecosystem-level changes that seem to be responsible for variations in climate)

  - the biological, chemical and physical interactions that move carbon through the continuum of atmosphere, upper ocean and deep ocean.

- It is likely the global carbon cycle has highly vulnerable carbon stocks to environmental change. The release of that carbon into the atmosphere could act as a major positive feedback to climate change. Possible candidates are frozen soils, wetlands, and tropical forest.

- The scientific community is only beginning to identify the proximate and ultimate drivers of changes relevant to the carbon cycle in human systems and institutions. Such drivers include human decision processes at international, national, regional and local scales. Identifying these drivers is crucial because many of the largest sources of uncertainty and largest opportunities for intervention lie in the human domain.

- It is known from ice core records that global atmospheric $CO_2$ levels have maintained a range of about 180-280 ppmv over the last half million years. However, the mechanisms that determined these apparently well-constrained 'clamp points' are still a matter of debate.

- Although all the processes mentioned above are important, their implications for the emergent behaviour of the global carbon cycle and its links with climate, other major biogeochemical cycles, and human actions remain uncertain. This makes an integrated assessment of the interactions and feedbacks between the processes acting in the carbon cycle and the resulting whole-system emergent behaviour a fundamental requirement.

The above assessment prompts the following research priorities for Theme 2: What are the control and feedback mechanisms - both anthropogenic and non-anthropogenic - that determine the dynamics of the carbon cycle?

1. *What mechanisms controlled paleological and pre-industrial concentrations of atmospheric $CO_2$?*

   - Determine the controlling features and simulate the temporal dynamics of the glacial-interglacial carbon-climate system.

2. *What are the multiple mechanisms responsible for current aquatic (ocean and freshwater) carbon sinks? What are the relative contributions of these mechanisms, and their interactions?*

   - Quantify interactions between mechanisms controlling the biological pump, including the effects of nutrient fertilisation (iron, silicon and other elements) on net carbon uptake through changes in the structure and function of aquatic ecosystems, and the effects of climate variability and change.

   - Quantify interactions between mechanisms controlling the solubility pump and carbonate chemistry, including changes in freshwater fluxes (ice melting, river flows and precipitation) into the upper ocean; lateral transport and subduction of surface waters; ocean-atmosphere exchanges of energy, water and $CO_2$; and the dynamics of climate variability.

   - Identify the interactions between sediment carbon pools and aerobic and anaerobic decomposition pathways in freshwater bodies.

3. *What are the mechanisms responsible for current terrestrial carbon sinks, their relative contributions and interactions?*

   - Identify the multiple sink mechanisms responsible for the current terrestrial sink and their interactions, including climate changes (e.g., precipitation, temperature, humidity, radiation, climate variability); changes in atmospheric composition and atmospheric inputs (e.g., $CO_2$ and nitrogen fertilisation); and changes in land use and land management (e.g., past and present clearing, and fire management).

   - Assess how both natural and anthropogenic disturbances (e.g., fire, herbivory, harvest, storm damage) affect the sequestration and release of carbon to the atmosphere.

4. *What mechanisms control horizontal carbon fluxes in air, oceans and terrestrial water bodies?*

   - Quantify feedbacks between changes in the global carbon cycle and oceanic and atmospheric transport of carbon and energy.

   - Quantify the key processes driving land-coastal-open ocean carbon exchange and their interactions.

5. *What are the likely future dynamics of current sink mechanisms? Will current terrestrial carbon sinks saturate or reverse, and how will oceanic carbon pumps evolve over coming centuries?*

- Using multiple data streams and improved prognostic models, develop regionalised future scenarios for the terrestrial carbon cycle on the basis of assumed scenarios for the evolution of the global carbon-climate system.

- Integrate and test these regional scenarios for global consistency, thus constraining and feeding back on global scenario development.

- Use long-term ocean observations (existing and future hydrographic surveys, time series stations, remote sensing records) to validate and improve prognostic ocean carbon models; then use these models to develop scenarios for the future of ocean carbon pumps over coming centuries.

6. *What mechanisms control anthropogenic carbon fluxes and storage?*

- Explore the driving forces of different pathways of regional development on carbon stocks and fluxes.

- Explore the drivers of patterns of production/consumption and land use change that give rise to anthropogenic emissions of greenhouse gases.

- Explore and explain the drivers of the energy intensity of the production of wealth, and the carbon intensity of the production of energy.

- Identify the factors explaining the mix of fuels used in the generation of electricity.

- Determine how public and private activities and their interactions drive rates of deforestation and influence land-use practices.

- Explain the factors governing variability in residential patterns of heating and cooling systems.

- Quantify and explain variations in the character of transport systems.

- Understand the effect of changing climate cycles (e.g., ENSO, the Pacific Decadal Oscillation and the

North Atlantic Oscillation) on anthropogenic $CO_2$ fluxes (e.g., fossil fuel, land use, fire, other).

7. *How do feedbacks between natural and human processes magnify or dampen both anthropogenic and non-anthropogenic carbon fluxes?*

- Develop simple (low-dimensional) models of the coupled carbon-climate-human system, including interactions between natural and human terrestrial processes, interactions between ocean biology, carbonate chemistry and ocean circulation, and the consequences of changes in the carbon cycle for human activities.

- Develop Earth system models with fully coupled carbon, climate and human systems, including components of socioeconomics, human behaviour and institutions.

- Explore with modelling tools possible feedbacks and thresholds leading to unstable behaviour that the climate-carbon-human system may possibly cross. Attempt to identify critical points for such abrupt and significant changes.

## Theme 3: Carbon Management

### *Motivation*

The future dynamics of the carbon cycle will be determined by the combined result of the natural dynamics of the biogeosphere and the net carbon balance of anthropogenic activities. Past, present and future dynamics of the perturbed carbon cycle have been dealt in themes 1 and 2. Theme 3 will specifically focus on the science of managing the climate-human system as the points of intervention for humans to stabilise atmospheric $CO_2$ and associated climate change.

In addition, the capacity to generate worthwhile predictions or scenarios for the future has policy implications at international, national and regional levels. These are the direct consequences of several factors. First, human activity is one of the primary drivers of perturbations to the global carbon cycle, and decisions made by people introduce key uncertainties into projections of its future evolution. Second, human-induced changes in the global



**Figure 16**

Projected atmospheric $CO_2$ (a) emissions and (b) concentrations from several general circulation model scenarios during the 21st century (IPCC 2000a).

carbon cycle have the potential to alter the global climate system, and hence affect water and food resources, environmental resilience, biodiversity, health and international political stability. The global carbon cycle has therefore become an important policy issue placed well beyond climate mitigation alone, and is now an important part of the wider agenda on development, sustainability and equity. A capacity to build the components of scenarios (e.g., policies, capacity of mitigation options) and perform robust analyses of future scenarios is a key interface between science and policy required for the success of $CO_2$ stabilisation goals of the UNFCCC (**Figure 16**).

## Knowledge base

Plausible trajectories and the capacity to mitigate result from a number of analyses using integrative assessment models coupled to carbon-cycle models, analysis of current trends, and inductive reasoning. A summary of the existing knowledge base in this theme consists of a set of 'scenario elements' and estimates of technological development and innovation (IPCC 2000a,b; IPCC 2001a,b,c; Field and Raupach 2003):

1. Greenhouse gas concentrations will continue to increase for many decades, irrespective of global mitigation actions. Even with major emission abatement measures, a levelling-off of atmospheric $CO_2$ at twice the pre-industrial level would be a major achievement.

2. The world energy system delivered approximately 380 exajoules (EJ) ($10^{18}$ joules) of primary energy in 2002 (BP Statistical Review of World Energy 2002), of which 81% was derived from fossil fuels.

3. There is no single technology or path that will take nations and regions to a low carbon emission future. Each nation will need to choose their own path given their socioeconomic, political and environmental circumstances.

4. A range of potential human responses are possible to the threat of undesirable climate change, most of which are likely to be used at a significant scale over the next century:

5. Continuous energy efficiency improvement, afforestation, low-carbon energy, and natural gas will play a central role in reducing carbon emissions during the first part of the 21st century. Innovative non-fossil fuel technology will be required to complete stabilisation.

6. Conservation and sequestration in forests could be as high as 60-87 PgC by 2050 and 44 PgC could be further sequestered in agricultural lands. This amount is equivalent to 10-20% of the projected fossil fuel emissions during that period.

7. Humans respond to threats to their welfare from undesirable climate change. They have begun to do so with the 1997 Kyoto Protocol (though the impact of the protocol on greenhouse gas concentrations will be slight in the first commitment period). The human response to the climate change threat will increase over the next century, although at an uncertain rate and under uncertain institutional and compliance levels.

## Current research

### Portfolio of carbon mitigation options

There is no one single technology or approach to mitigate carbon that will universally solve the climate problem. Instead, nations and regions need to find the right mix of options according to their sociocultural and environmental circumstances. An understanding of the multiple options available and their capacities for mitigation is driving a large body of research (Gupta et al 2001). Current research is focusing on five categories of mitigations (IPCC 2000b; IPCC 2001c; Field and Raupach 2003), detailed below.

*Conservation and increased efficiency.* A number of changes in technology, policy and human behaviour can reduce energy demands, either with benefits for economic productivity or, at most, small costs. Examples include more efficient appliances, transport (e.g., hybrid vehicles that electrically recover lost mechanical energy), better urban planning (e.g., better public transport), cogeneration (recovery and use of low-grade heat from electric power stations) or changes to diets that require less energy inputs (e.g., shifting diets towards vegetarian). The potential carbon gains from these options are large, in many cases from tens to hundreds of percent on a sectoral basis.

*Non-fossil-fuel energies.* These include hydropower, wind, solar, geothermal, tidepower and biofuels (the crops grown to produce biofuels take up at least as much carbon as is generated in carbon emissions from the use of these fuels). Up to 500 million hectares of land (around 3% of the global land area) could be made available for biofuel crop production by 2100, and could displace between 3 and 5 PgC during that time. Research on more advanced non-carbon technologies such as nuclear fission or fusion, spaced solar power, and geoengineering, is also underway, with the hope these technologies can play an important role in the future in climate mitigation.

*Land-based options including disturbance reduction and biological sequestration.* There is a large interest in these options because of the potential for additional environmental and development benefits, such as increased soil fertility and forestry activities (Yamagata and Alexandrov 2001). The potential carbon sequestration using reforestation, afforestation and land restoration (the land-based options accepted under the Kyoto Protocol) is in the order of 1 PgC yr[-1] by 2010, and changes in forest management could sequester carbon at 0.175 PgC yr[-1]. Reduction of net deforestation also has a large potential, because deforestation contributes about 20-25% of total anthropogenic emissions. However, although ending forest deforestation is a laudable goal, it has proved difficult or impossible to implement in many regions. Research is underway to explore tangible socioeconomic incentives and the ultimate drivers of deforestation (e.g., markets and policy) as points for intervention. Finally, mitigation options in the agricultural sector can avoid some of the 20% contribution to the total of anthropogenic greenhouse gases. The global potential for this option is estimated at 40-90 PgC.

*Biological sequestration in oceans.* The efficiency and duration of carbon storage by ocean fertilisation remain poorly defined and strongly dependent on the oceanic region and

fertiliser used (e.g., iron, nitrogen, phosphorus). The maximum potential of iron fertilisation has been estimated as 1 PgC yr_1 by continuous fertilisation of all oceanic waters south of 30°S (Sarmiento and Orr 1991). However, the uncertainties and ancillary impacts are potentially enormous. This active research field requires substantial progress before this option is seriously considered by policy makers.

*Engineered CO₂ disposal on land and in oceans.* Research on deep ocean injection of pure liquid $CO_2$ is still at its infancy but deserves attention as we try to build a comprehensive portfolio of options. There is little understanding of the physical behaviour or biological and chemical consequences of deep ocean injection. Conversely, geological storage in sediments and rocks is much more advanced, and offers the potential for large $CO_2$ disposal in exhausted oil and gas wells, and in saline aquifers. This is a relatively clean solution provided there are not $CO_2$ escapes, dissolution of host rock, sterilisation of mineral resources or unforeseen effects on groundwater.

## Technical versus achievable mitigation potential

The maximum mitigation that can be achieved by a strategy is its technical mitigation potential. It is based solely on biophysical estimates of the amount of carbon that may be sequestered or greenhouse gas emissions avoided, without regard to other environmental or human constraints. However, the achievable mitigation potential is less (often very much less) than the technical potential, because of a range of economic, environmental, and social drivers and constraints that lower the extent to which technology can be deployed and accepted by societies (**Figure 17**). For example, an analysis of a number of constraints on global implementation of carbon sequestration and energy cropping (i.e., increasing the biological sinks through tree planting) showed that only 10-20% of the technical potential of 2000-5000 MtCyr[-1] offset could be realistically achieved (Cannell 2003). A highly integrative new research field is currently emerging, to assess the achievable potential for deploying and implementing a number of mitigation options, and the immediate benefits to climate mitigation and sustainable development. Strategies for adaptation to climate change are similarly critical, and policy makers and social actors will need to weigh the pros and cons of the relative merits of mitigation and adaptation, including seeking situations that are win-win for the two types of policy.

Some of the constraints on technical potential are price dependent, implying that a higher carbon price would increase the viability of the carbon management strategy. Some of the constraints are (IPCC 2001c; Raupach et al 2003):

*Economic factors.* Economic markets play an important role in governing access to resources and, used intelligently by governments, can provide important incentives to switch to lower carbon energy portfolios. Economic factors include:

- access to, and the nature of, markets for carbon relevant products
- the influence of pathways of industrialisation and urbanisation on existing and new carbon-relevant economic sectors
- the existence or absence of crisis-prone economic conditions

- the indebtedness of many countries, especially in the developing world.

*Environmental requirements for other resources.* The need for resources to supply essentials, such as food, timber and water, can reduce the estimated technical potential.

*Environmental constraints:* Mitigation activities can incur environmental costs such as waste disposal and ecological impacts.

*Social factors.* Differences in social factors between countries and between urban and rural locations strongly influence mitigation outcomes. On an individual level, class structure and lifestyles are often related to increase consumption and use of carbon-relevant commodities as cultural symbols (e.g., cars and travel). Lifestyle is also linked to poverty and lack of access to technical alternatives. On a societal level, values and attitudes determine the level of support for carbon-management strategies, through education and the self image of a society (e.g., frontier, promodernisation, proconservation).

*Institutional factors.* Institutions determine the structure of incentives influencing any management option in terms of taxes, credits, subsidies, sectoral strategies, property rights regimes and other formal components. They also influence incentives in terms of the policy climate or informal policies within which management strategies are designed and implemented. Examples of 'policy climate' include level of performance of institutions, the presence or absence of corruption, and the extent and nature of powerful vested interests. To illustrate the last point, significant constraints can arise within both public and private sectors that affect the speed at which technology is deployed and the choices of alternative systems. Owners of existing energy technologies can use their considerable



**Carbon Sequestered or GHG emissions avoided (tCeq)**

Figure 17

Effects of economic, environmental and social-institutional factors on the mitigation potential of a carbon management strategy. The technical capacity (upper horizontal line, independent of cost) is reduced by a combination of economic factors (markets, trade, economic structures, urbanization, industrialization); environmental factors (need for land, water and other resources, waste disposal, property rights); and institutional and social factors (class structure, politics and formal policies, informal rules, lifestyles, attitudes, behaviour). The end result is a sustainably achievable mitigation potential for the carbon management strategy being considered. This depends on the cost of carbon, which is a measure of the weight ascribed to carbon mitigation relative to other goals. The uptake proportion for the strategy is the ratio of the sustainably achievable potential to the technical potential. The figure also shows a baseline potential, representing the extent to which the carbon management strategy is deployed in a 'business as usual' scenario (after Raupach et al 2003).

financial and technological influence to block the development or deployment of alternative systems. Similarly, government regulators may use their powers to control the flow of investment in mitigation technology or its application in their country, to protect perceived national interests.

*Institutional and timing aspects of technology transfer.* Some features of technology transfer systems, like the patenting system, do not allow all countries and sectors to access the best available technology rapidly or even at all. The timing of technology transfer is an issue, as many technological paradigms need 50-70 years to be completely established.

*Demography.* The density, growth, migration patterns and distribution of the population can form another constraint, especially in countries with high levels of social segregation.

*Consumption.* The growth in, and form of, consumption, independent of changes in demography and economics, constrain technological choices.

Research needs to go even beyond these constraints because the actual set of technologies adopted by societies helps to transform institutions and remove economic constraints. At the same time, the constraints or lack of them determine research and development priorities and thus determine how the knowledge base for the potential set of technologies evolves over time. These two critical feedbacks need to be taken into account in developing future pathways for mitigation and adaptation, in addition to the above list of constraints. This is because what we have at present limits our choices for the future, and choices made in the past affect the possibilities for choices in the future. Thus, the full set of possibilities is not available to us and pathways for the future are limited.

### Development of global emission scenarios

Given the unexpected nature of moving into the future, emission scenarios are descriptions of possible futures that can be analysed by today's policy makers. The analyses consider alternative trajectories departing from current trends and resulting in different models of societies; they also consider degrees of climate mitigation and development. The analyses are not a way to predict the future, but to explore the long-term consequences of taking (or not taking) specific actions and developing policies. Some of the most recent analyses have been done by Nakicenovic et al (1999) and the IPCC Special Report on Emission Scenarios (IPCC 2000a).

An important field of research is to explore the pathways and costs to closing the gap between the level of carbon emissions anticipated in a world that places no value on carbon (or other baseline scenarios of 'business as usual') and the level required to stabilise at a specific concentration (as intended by the FCCC). Even the 'business as usual' scenario IS92a - which assumes 75% power generation carbon free by the year 2100 and commercial biomass providing more energy than the combined global production of oil and gas in 1990 - do not achieve $CO_2$ stabilisation during this century. Thus, any emission scenario to achieve atmospheric $CO_2$ stabilisation by the end of this century will require an enormous development of new technologies and policies.

Analyses of these scenarios with coupled socioeconomic and carbon models will allow the dimension and cost of the changes required and the best timing for their promotion, to be explored.

Scenarios are also critical tools for understanding the requirements of institutions (at various levels of social organisation) to implement large technological changes. Thus, scenarios will help to identify the prospect for designing, getting agreement on, and implementing a more effective climate regime that will allow for the stabilisation of atmospheric $CO_2$.

### Areas of uncertainty and research priorities

Before attempting to steer the development of energy systems along one of many alternative paths, societies need to carefully consider the consequences to the environment, economy and society. Choosing one path over another involves making trade offs between efficiency, equity and sustainability. Clarifying these trade offs requires the development of scenarios in which combined technological, economic, institutional, environmental and social factors are analysed in detail.

In much of the world, transportation systems are dependent upon fossil fuel combustion, which directly connects the human need for transportation with changes in the carbon cycle. Transportation accounts for 25-30% of anthropogenic emissions of $CO_2$. Vehicle manufacture, construction of roads and cement production also add a significant fraction. Questions about redesign of transportation systems arise from three perspectives: technological, regional scale and complexity, and institutional. These perspectives need to be considered as a set of complex, dynamic relationships in which change in one component is likely to effect change in another.

Therefore, research on future scenarios or trajectories involves developing and testing 'scenario elements' such as those listed earlier, and then studying the interactions and feedbacks (including qualities and inconsistencies) between them. Providing reliable risk-assessment in the form of better decision-support tools for policy makers is key to these issues.

It is also important to realise, however, that the selected $CO_2$ stabilisation path and final target concentration will not be the result of a command and control process, given the large number of biophysical and socioeconomic constraints that will play out in ways difficult to predict (Vellinga and Herb 1999). Thus, there is a need to develop an adaptive system that can identify and take advantage of points of intervention and windows of opportunity as they appear, making the final $CO_2$ stabilisation pathway and target concentration an emergent property of the system.

Such uncertainties prompt the following research priorities for Theme 3: What are the likely dynamics of the carbon-climate-human system into the future and what points of intervention and windows of opportunity exist for human societies to manage this system?

1. *When and how will humans respond to changes in the carbon cycle?*
   - Design portfolios of mitigation options that are most feasible in different geographic, environmental, social and economic circumstances.
   - Explore the potential for unintended consequences of carbon mitigation options and assess the sustainably achievable potential once negative effects are taken into account.
   - Identify collateral benefits of mitigation options and their interactions with adaptation policies (e.g., win-win mitigation-adaptation options).
   - Study the relative merits of various policy options (e.g., emissions trading, carbon sequestration).

2. *How will natural dynamics of the carbon cycle and human activities feed back to influence future atmospheric $CO_2$ concentrations?*
   - Determine the potential range of pathways for $CO_2$ stabilisation given the predicted dynamics of the natural carbon cycle into the future.
   - Assess the carbon and climate consequences of adopting a portfolio of mitigations, and the resulting feedbacks of changes in human behaviour.
   - Explore the implications of non-technical factors (e.g., social and economic drivers of land use, property rights) on future directions of net terrestrial greenhouse gas emissions.
   - Explore alternative pathways of regional and urban development with reduced carbon signatures.

3. *What infrastructural factors need to be overcome to encourage alternatives to a fossil fuel-based economy?*
   - Study the effects of slow and rapid energy substitution, and how it influences energy intensity.
   - Identify the differences in energy use between industrialised and non-industrialised countries, and social, cultural, economic and technological conditions that account for differences in energy intensities.
   - Identify and quantify the technical, economic and social driving forces that direct the private energy sector towards the development of low carbon technologies and markets.
   - Identify what drives consumer needs and preferences in the field of energy and material use.
   - Explore how the need for mobility can be partly or completely decoupled from effects on the carbon cycle.

4. *What are the points of intervention and windows of opportunity for different countries and regions in the world?*
   - Identify biological (land and oceans) mitigation options with their time and space opportunities.
   - Identify energy systems-based mitigation options, including their time and space opportunities.
   - Explore the effects of human choices in the future development of available options.

5. *What is the role of institutions (at various levels of social organisation) in determining the nature and consequences of human responses to changes in the carbon-climate system?*
   - Determine the institutional, sociopsychological and technical arrangements that would influence the purchasing, investment and lifestyle towards significantly lower detrimental environmental effects.
   - Explore the institutions, monitoring mechanisms and compliance mechanisms needed to achieve effective stabilisation of greenhouse gas concentrations. Can the broad characteristics of their evolution be predicted?
   - Study the implications and the effectiveness of instruments proposed by UNFCCC and the Kyoto Protocol.
   - Explore the prospects for designing, getting agreement on, and implementing a more effective climate regime.

6. *What are (and will be) the different social, regional impacts of the changes in the climate-carbon system given the medium- to long-term impacts of climate change?*
   - Study how vulnerable social and economical sectors and regions will be to such changes.

# 3 Implementation Strategy

The implementation strategy is organised around the same three science themes of (1) patterns and variability, (2) processes and interactions, and (3) carbon management. Each theme is divided into three activities, which are the main research areas that the GCP will develop over the life of the project. Within each activity there are a number of tasks which are either discrete units of implementation or components of a step-wise approach to achieve an overall goal (Figure 18). In addition, there are project-wide efforts to develop timely synthesis of the global carbon cycle or parts of it, and specific products for communication and outreach for the multiple audiences of the GCP.

This section describes an initial set of activities from the larger portfolio that the GCP will develop over its projected life time of 10 years. The GCP website [www.globalcarbon-project.org] will be used to provide periodic updates of the implementation strategy and specific information on the development of the various activities.

The activities for the three themes will be implemented in parallel, requiring a major interdisciplinary and coordination effort among the various components to move towards successful integration of the global carbon-climate-human system. Although specific research communities will take the lead on a given activity, achieving the final goal of each activity will require a substantial input from, and coordination with, the communities taking the lead on other parts of the implementation strategy.

The research that is most disciplinary-based on the carbon cycle is already coordinated and implemented through a number of projects under the auspices of the GCP's sponsoring programmes (IGBP, IHDP, WCRP). Similarly, sub-global research efforts on the carbon cycle are implemented through many national/regional carbon programmes. The GCP will add value to this research by facilitating collaboration towards a higher-level integration, supporting the GCP's mandate of putting together the broader picture of the global carbon cycle.

## Theme 1: Patterns and Variability

### Activity 1.1: Enhancing observations of major carbon stocks and fluxes

Many regional and national carbon cycle programmes have the potential to complement and strengthen one another by establishing common protocols, sharing data, promoting rapid transfer of information on new applications and techniques, and leveraging resources in joint projects. However, at present these programmes largely rely on the efforts of individual investigators for coordination. Many countries are seeking to contribute to a coordinated international research effort, but information on existing national and regional plans is difficult to obtain. In addition, there is no global strategy that points to missing elements and overlaps, that could provide recommendations. In this environment, the GCP will make the following contributions in partnership with national and regional observational and experimental programmes to:

- Provide opportunities for coordinating research campaigns to enhance the value of measurements.



**1. Patterns & Variability**

**1.1. Enhancing Observations**
- Coordination & standardisation
- Lateral movement of C
- Non-$CO_2$ compounds

**1.2. Model-Data Fusion**
- Forward and inverse modeling
- Model-data fusion techniques

**1.3 Regional Carbon Budgets**
- Standardised methodologies
- Developing methodologies
- Geographic/sector analyses

**2. Processes & Interactions**

**2.1. Integrated Mechanisms**
- Multiple mechanisms in oceans
- Multiple mechanisms on land
- Integrated anthrop. C emissions

**2.2. Emergent Properties C-Climate**
- Paleo-records
- Forward modeling

**2.3. Emergent Properties C-C-Hum.**
- Conceptual frameworks
- New modeling approaches

**3. Carbon Management**

**3.1. Mitigation Options**
- Control points in terrestrial and oceans
- Control points of fossil emissions
- Consumption patters as control points

**3.2. C Management and Earth System**
- Framework for pathways
- Portfolios of mitigation options
- Institutions for C management

**3.3. Regional/Urban Development**
- Drivers and C consequences
- Management options

**Figure 18**

The Global Carbon Project implementation strategy.

- Promote standardisation of techniques and methods to increase the comparability of results.
- Foster rapid transfer of results and methodologies among programmes.
- Include attention to non-$CO_2$ pathways for transporting carbon, in addition to atmospheric $CO_2$.
- Include observations of the human (anthropospheric) dimensions of the carbon cycle.
- Provide means of integrating across observations of the oceanic, terrestrial, atmospheric and anthropospheric aspects of the carbon cycle, through model-data fusion and related approaches (see also Activity 1.2).
- Provide recommendations for improved network design and coordination among national and regional carbon programmes.

To make these contributions, GCP will need to develop partnerships with multiple groups studying regions or individual components of the carbon cycle (see "Links to other projects and activities") with various degrees of formal agreement.

One important aspect of this activity will be to facilitate the standardisation of techniques and measurements in order to allow for intercomparisons and quality assessment/control. In many measurement and experimental programmes, for example, primary standards do not exist, or links to SI units are compromised by methods required to propagate the standard and/or make the measurement. Of particular concern is a widespread inability to merge data from laboratories/methods at optimum precision levels.

### Task 1.1.1: Coordination and standardisation of stocks and flux measurements in the land, ocean, atmosphere, and anthroposphere

*Ocean:* A collaborative effort between the GCP and the SCOR-IOC Advisory Panel on Ocean $CO_2$ has been established: The International Ocean Carbon Coordination Project (IOCCP). This project will foster coordination of global-scale ocean carbon monitoring efforts, including reoccupation of WOCE sections by the CLIVAR programme, and surface $pCO_2$ and time series measurements made as part of the Solar Ocean-Lower Atmosphere Study (SOLAS), Integrated Marine Biogeochemistry and Ecosystem Research (IMBERT), Global Eulerian Observatories (GEO) pilot project, and ship of opportunity projects. Similar coordination will take place with air-sea fluxes and ocean-sediment measurements. The IOCCP is already collating and building upon the existing Web information to establish a model for coordinating activities including periodic workshops to facilitate international collaborations (http://www.ioccp.org; **Figure 19**). This will require active solicitation for updates on the latest national plans and international projects, and constant vigilance to find programmes that have possible conflicts or offer opportunities for better collaboration and more efficient use of limited resources.

*Land:* The GCP will promote standardisation of terrestrial measurements, calibration, and data treatment for a number of networks and global datasets compiled by individual nations such as, forest inventory data, flux towers

(Fluxnet), land-use change (the Food and Agriculture Organization of the United Nations (FAO), UNFCCC, biomass burning (fire working group) and manipulative experiments. The GCP recognises the fact that this effort is well underway within a number of groups (e.g., GTOS), and will work with them to facilitate the continued success of this effort. The GCP will also provide an important link for the coordination of the terrestrial observations with the atmospheric and oceanic observation networks as appropriate.

*Atmosphere:* There are several global programmes to improve standardisation of atmospheric observations that the GCP will work with to foster quality assessment/quality control, and comparability and data quality. This includes GLOBALVIEW which harmonises measurements from over 100 sites run by 14 countries and the GLOBALHUBS strategy for atmospheric composition measurements that foster standardisation of methodologies and calibration, arising out of measurement expert meetings coordinated by the World Meterological Organization (WMO) and the International Atomic Energy Agency (IAEA). The GCP will also work with other groups dealing with measurements of $O_2/N_2$, atmospheric potential oxygen (APO), stable isotopes (GCTE-BASIN), water and heat, and others. Finally, the GCP will promote the development of measurements of $CO_2$ from space, their linkages to data assimilation approaches, and validation schemes.

*Anthroposphere:* There are a number of stocks and fluxes associated with human activity that need to be standardised and made compatible with critical users such as budget and atmospheric inverse calculations. These measurements include appropriate spatial and temporal coverage of fossil fuel emissions, emissions from land use activities including deforestation, landfills, agricultural practices, and many others. The GCP will work with the diverse groups working on specific sectors and ensure the coordination of national and regional efforts and the linkages to critical applications.

### Task 1.1.2: Observations of lateral movement of carbon by fluvial transport, aeolian transport, and trade

*Fluvial transport.* The GCP will work on two priority research areas:

- Carbon sinks in freshwater bodies. Until recently it was believed that fluvial carbon was largely oxidised during transport and in coastal zones. However, there is now good evidence that some of this carbon is deposited in large water impoundments contributing to the contemporary carbon sink. The GCP will promote research that improves poorly constrained regional and global estimates of carbon transferred between land and water impoundments, and the sink strength of these water bodies.
- Coastal zones as carbon sources or sinks. There are still large uncertainties as to whether coastal zones act as sinks or sources. The GCP will promote research activities that collate existing and new datasets of carbon dynamics in these regions in order to (1) quantify horizontal carbon fluxes in different types of continental margins, (2) evaluate the importance of carbon deposition on the continental slope, and (3) produce an overall synthesis and assessment of carbon fluxes on and across continental margins.

(a)



(b)



Figure 19

First results from the IOCCP (Task 1.1.1). (a) Global map of planned hydrographic sections with carbon system measurements (Solid lines indicate funded lines. Dashed lines indicate planned lines that are not fully funded at this time); (b) Global map of existing and planned near-surface $pCO_2$ measurements (Solid lines indicate existing lines. Dashed lines indicate planned lines that are not operational at this time. Labels indicate ship or project title. White circles with crosses indicate preliminary estimates of planned and existing time-series stations with surface $CO_2$ measurements). The background map shows net annual $CO_2$ flux adapted from Takahashi et al 2002 (Sabine and Hood 2003).

*Aeolian transport.* Aeolian transport of carbon is a minor component of the global carbon budget. However, major dust storm events can remove large amounts of carbon from regions, along with important nutrients such as iron and phosphorus, which in turn have an affect on carbon sources and sinks in the regions where they are deposited (e.g., oceans). The GCP in partnerships with erosion research networks will quantify the removal of carbon in regions prone to dust storms, and the source/sink implications of nutrient transport to freshwater bodies and coastal zones. A set of case studies will be selected.

*Trade.* Most fossil fuels are mined and much of the world's ecosystems are harvested, and in some cases very intensively. Carbon in the form of fossil fuel, lumber or food is transported laterally in domestic or international trade circuits, and $CO_2$ is lost to the atmosphere (e.g., fossil fuels or food) or accumulated (e.g., furniture) in places other than where the carbon was fixed. Although carbon sources and sinks due to trade have no global effect they contribute to the patterns and variability of sources and sinks at the regional level. The GCP will coordinate and synthesise datasets to be able to map the carbon fluxes due to trade in georeferenced data products using forestry and agricultural statistics.

### Task 1.1.3: Observations of other relevant carbon compounds

The GCP will work on two priority research areas:

- Non-$CO_2$ gases also contribute substantially to the global warming and their shorter atmospheric residence times and increased warming potential make them strong target candidates for near-term warming mitigation. The GCP will synthesise available datasets and contribute to enhance the observational system in order to constrain regional and global budgets for a number of these gases with an emphasis on $CH_4$.
- Black carbon is a major product of biomass combustion and contributes to a long-term carbon sink due to its strong resistance to decomposition. The GCP will synthesise datasets and encourage new research to better understand the quantities and quality of black carbon production in a number of fire-prone regions in the world including savannas, temperate and boreal forests. Better constrained global estimates of black carbon residues will be produced.

### Deliverables of Activity 1.1:

- An internet carbon portal with information on all major national, regional and global carbon programmes and projects [http://www.globalcarbonproject/carbon-portal.htm].
- A web-based information tool that will provide up-to-date information on ocean observation activities, and targeted workshops to set agreements on practices and standards, and to provide recommendations for better coordination between programmes. The website will provide the basic information for the IOCCP of the GCP-$CO_2$ Panel [http://www.ioccp.org].
- A periodic set of recommendations to optimise resources for observations and identify the potential scientific benefits of a coordinated observation programme (based on gaps, duplications, and needs in carbon observations) in partnership with IGCO of IGOS-P.

- Guidelines for best observational practice and consistency requirements, developed in partnership with observational and regional/basin partners.
- Standardised datasets, including oceanic, terrestrial, atmospheric and anthropospheric carbon observations, for constructing global carbon budgets and model validation, including promoting GLOBALHUBS for global intercalibration of $CO_2$ concentrations and isotopes.
- Compile and update existing global databases, including dissolved inorganic and organic carbon transport in riverine systems, and new estimates for sediment burial in reservoirs and coastal shelves.
- New estimates and methods for estimating the magnitudes and temporal trends of carbon transfers due to trade, including harmonisation of data on statistics of agriculture and forestry products.
- Compilation and synthesis of existing databases on anthropogenic driven compounds affecting sources and sinks (e.g., $CH_4$, black carbon).
- A number of validation products for major new data streams such as gross photosynthesis and surface temperatures from MODIS/Aqua and column $CO_2$ measured from space.

### Links to other projects and activities:

This activity will require working in partnership with multiple national and regional programmes, and international projects already coordinating individual components of the carbon cycle. On carbon research, the GCP will work with IMBER, SOLAS, and CLIVAR. The IOC/SCOR $CO_2$ Panel will be a full partner in ocean coordination throughout the IOCCP activity. For lateral transport, the GCP will work with the Land-Ocean Interactions in the Coastal Zone (LOICZ), the JGOFS-LOICZ joint Continental Margins Task Team (CMTT), and IMBER. On land issues, the GCP will work with GCTE (e.g., BASIN, Erosion Network), Land-Use/Cover Change (LUCC), the new IGBP/IHDP Land project, Fluxnet, Industrial Transformation (IT) and others. Research on $CO_2$ from space will be in partnership with Global Energy and Water Cycle Experiment (GEWEX). A critical interface is being established with IGCO with regarding coordination, standardisation, and new operational observation requirements, with specific partnerships with GTOS (and the Terrestrial Carbon Observation strategy) and GOOS programmes. Cosponsorship is being established with Global Change Systems for Analysis, Research and Training (START) to engage less-developed countries. Cosponsorship of the South China Sea Regional Carbon Project also with the Southeast Asia Regional Committee of START (SARCS) is in progress. Links to all national and regional carbon cycle research programmes will be established (e.g., Australia, CarboEurope, North American Carbon Programme (NACP), China, Japan, Large-Scale Biosphere Atmosphere Experiment in Amazonia (LBA)).

## Activity 1.2: Model development and model-data fusion

Model-data fusion is emerging as a primary tool for synthesising data and process information to predict space-time patterns and variability in the carbon cycle. Model-data fusion techniques also provide a powerful new

toolkit for integrative analysis of process studies, especially from studies in which large number of processes and parameters are studied simultaneously. That is, the application of multiple constraints to our understanding. This activity centres on the development and implementation of methods for assimilating atmospheric, oceanic and terrestrial data into biophysical and biogeochemical models. A particular emphasis will be on the application of multiple constraints, from the simultaneous use of atmospheric, oceanic and terrestrial data and models, to the problem of determining patterns and variability in the carbon cycle.

## Task 1.2.1: Improvement of forward and inverse models

This task will produce a new generation of improved models by using model-intercomparison and model-data intercomparisons, and by including new roles of anthropogenic disturbances such as land abandonment and subsequent succession, fire suppression, and nutrient fertilisation. Models will require prognostic capabilities with the appropriate observation and experimental datasets to calibrate them.

The task builds on a series of existing activities initiated under the umbrella of the IGBP Global Analysis Integration and Modelling Task Force (IGBP-GAIM). These include:

*Atmospheric Trace Transport Model Intercomparison (TransCom).* The goals of TransCom are to quantify and diagnose the uncertainty in inversion calculations of the global carbon budget that result from errors in simulated atmospheric transport, the choice of measured atmospheric carbon dioxide data used, and the inversion methodology employed. Analyses conducted in TransCom3 experiments allowed a rigorous assessment of the estimated source/sink distributions and their sensitivity with respect to the different transport models. Near-term future activities in TransCom3 will include comparison of transport when measurements are vertically integrated, the direct ingestion of atmospheric data into surface process models and the use of more advanced surface measurements, e.g. continuous and multi-species data. Other efforts will include incorporating non-$CO_2$ measurement constraints and so evolving towards a data-assimilation model approach described in Task 1.2.2.

*Ocean Carbon-Cycle Model Intercomparison Project (OCMIP).* The goals of the OCMIP activity are to improve the identification of global ocean $CO_2$ fluxes and understand differences between existing 3-dimensional global ocean carbon cycle models. The OCMIP activity will continue to run a number of model intercomparisons with up to 12 participant groups all using standard protocols of natural and anthropogenic $CO_2$ simulations. Subsets of the OCMIP-2 group will undertake new modelling studies including (1) the Northern Ocean Carbon Exchange Study (NOCES); (2) Constraining the air-sea exchange of natural and anthropogenic $CO_2$ by inverse modelling; and (3) Developing the Automated Model Ocean Diagnostic Facility (AutoMOD) for ocean model outputs.

*The Ecosystem Model/Data Intercomparison (EMDI).* The EMDI activity provides a formal opportunity for a wide range of terrestrial global carbon cycle models to be compared with observed and measured NPP. The primary questions addressed by this activity are to test simulated controls and model formulation on the water, carbon, and nutrient budgets with the observed NPP data providing the constraint for autotrophic fluxes and the integrity of scaled biophysical driving variables. EMDI will organise new model-data intercomparisons using new datasets that include a global litter database, additional interannual NPP observations, eddy-covariance flux intercomparisons, mean annual and interannual analyses for gridded data, and the MODIS NPP product.

## Task 1.2.2: Development of model-data fusion techniques

Model-data fusion can be defined as the introduction of observations into a modelling framework, to provide (1) improved estimates of model parameters or state variables, (2) uncertainties on parameters and model output, and (3) the ability to reject a model. The term embraces a number of approaches, including inverse methods (atmospheric, oceanic, biogeochemical), data assimilation, parameter estimation, and multiple-constraint approaches. Such approaches have the potential to link process studies, observations and models, towards a global synthesis of the carbon cycle.

Major emphases in this task will be:

- Use of appropriately parameterised process models (many fully process-based models are over-parameterised for use in this way).
- Development of 'upscaling' methods integrating small-scale process information in the model-data fusion process.
- Development of improved methods for parameter estimation from complex datasets.
- Development of uncertainty analyses in the context of nonlinear inversions.
- Synthesis of carbon-cycle-relevant information from a wide range of observations to provide cross-checks for model consistency.
- Development of methods for use of data products for $CO_2$ column concentration measurement from new satellite sensors.
- Development of linkages with online data assimilation for weather forecasting, towards the inclusion of carbon cycle data in these assimilations.
- Development of network design methods, based on improving the cost-effectiveness of observation networks and process studies by appropriate sensitivity analyses.

## Deliverables of Activity 1.2:

- Novel data-model fusion schemes using new applied mathematical approaches and data streams.
- Evaluation of current and planned observing systems and analytical approaches, within a formal framework of model-data fusion.
- A new generation of scientists from many different disciplines trained in model-data fusion techniques and observing systems issues. This effort will be supported by a number of research courses organised in different centres around the world. Each institute will consist of 2-4 weeks of talks and practical research training, and will address data assimilation tools and techniques in one of the three compartments of the global carbon cycle: atmosphere, oceans, and land. The last institute will deal with data assimilation at the scale of the Earth System.

- An integrated 4D data base for research and education applications with a web based interface.
- Tutorial materials and simulations for model-data fusion analyses.
- Publications including initial reviews on data assimilation approaches, data availability and uncertainty analyses, and network design for biogeochemistry cycle research.

### Links to other projects and activities:

Critical partnerships with a number of operational observation programmes will be established, largely through coordination with IGCO (of IGOS-P), and with specific partnerships with GTOS (and its TCO strategy) and GOOS programmes. Because the diverse datasets involved in data assimilation, partnerships will need to be developed with many groups as appropriate including GAIM, GCTE, the new IGBP/IHDP Land project, LUCC, SOLAS, LOICZ, JGOFS, IMBER, and CLIVAR. A critical interface will be established with the JSC/CAS Working Group on Numerical Experimentation (WGNE) as the expert body on data assimilation in the atmospheric models. Partnerships with GEWEX will promote the understanding and development of global $CO_2$ measurements from space and surface parameterization projects such the Global Land/Atmosphere System Study (GLASS), and its Project for Intercomparison of Landsurface Parameterization Schemes (PILPS), and the GEWEX Modeling and Prediction Panel (GMPP). Efforts on global modelling will be done in closer coordination with GAIM. Partnerships will also be developed with a number of regional carbon projects developing model-data fusion schemes such as CarboEurope and NACP.

### Activity 1.3: Comprehensive national, regional and sectoral carbon budgets

The GCP will actively promote the harmonisation of existing approaches to national, regional and basin scale carbon budgets to ensure comparability amongst regions having different social, economic and environmental conditions and histories. This activity will start with existing national, regional and sectoral approaches, to provide complete analyses of the carbon budget (stocks and fluxes) of a given region. Approaches will be modified as Activity 1.1 (Enhancing observations) and Activity 1.2 (Model-data fusion) mature. This activity also links to Activity 3.3 (Regional development) by documenting the human factors driving the changes in the carbon, and how they are spatially distributed among key sectors and regions of the world and so providing information on potential control points for carbon management. Activity 1.3 will:

- Compare regional budgets to gain insights on global patterns and variability.
- Use regional carbon balance estimates to constrain global estimates.
- Promote coordinated development of robust carbon budgeting systems for a number of space scales.

This latter focus will emphasise multiple constraint approaches (Activity 1.2) relevant to assessment and verification requirements for carbon accounting under the UNFCCC (greenhouse gas inventories) and its Kyoto Protocol, and as a contribution to the application of the new IPCC good practice guidance report for greenhouse gases inventories. The culmination of the activity brings together the results of the two previous activities in Theme 1 to provide a global perspective of the human-induced changes in the total carbon balance with appropriate spatial resolution.

### Task 1.3.1: Development of standardized methodologies for estimating comprehensive carbon budgets (stocks, changes in stocks and fluxes) at regional and basin scales

National, regional/basin and sectoral carbon budgets have been developed for different reasons in various locations around the world over the last decade. Comparison of these analyses is limited because both the elements considered and the assumptions made differ substantially among budgets. Some terrestrial budgets include land-use change and fossil fuel emissions, while others focus only on natural ecosystems, ignoring direct human activities; some are based primarily on primary data (e.g., forest inventory) while others depend on process-scale model simulations.

This task will aim at reconciling the different analytical approaches and estimates to develop a set of common approaches to provide a comprehensive estimate of carbon stocks, carbon stock changes and carbon fluxes for a given region or basin that can be compared with another region or basin. Methods for integrating observational data for both stocks and stock changes (e.g., inventory data and atmospheric gradient analyses) and fluxes (e.g., from flux tower networks and ocean $pCO_2$ measurements) will be incorporated. Many regional and national carbon budgets, such as the country submissions to UNFCCC, are based on country statistics without explicit reference to georeferenced data. However, georeferenced data for land use and land cover, climate, ecosystem structure, site history and disturbances is needed to fully integrate direct observations to the new model approaches and to facilitate the verification requirements of international conventions.

### Task 1.3.2: Developing methodologies for tracking and projecting temporal changes in regional and basin scale carbon budgets

This task is aimed at quantifying the space-time patterns of natural and human influences on the carbon cycle, and will extend and complement task 1.3.1 on methodologies for carbon budgets by:

- Explicitly adding a temporal component to regional carbon budgets.
- Examining the changing contribution of different sectors of human activity (e.g., energy, agriculture, forestry, fisheries, transport, industry, households, wastewater treatment) and of natural ecosystems to the regional carbon balance over time.
- Quantifying the human and natural factors affecting the carbon cycle and how this perturbation is spatially distributed among the main regions of the globe.

Documented changes over time in social, economic and environmental conditions will be incorporated to develop historical pathways. Various time scales (seasonal, interannual, decadal and longer term changes in the regional carbon budgets) will be explored to examine the importance of different factors. Identification of regions, sectors and crit-

ical data required to reduce uncertainties will be communicated to Activity 1.1 (Enhancing observations).

The results of these data-driven regional scale analyses may be used to test process-scale models and new model-data fusion methods developed under Activity 1.2 (Model-data fusion), as well as to provide additional input information for atmospheric inversion approaches.

### Task 1.3.3 Geographic and sectoral analysis of human-induced changes in the carbon cycle

This activity will actively promote an international initiative to compare and analyse changes in regional carbon budgets, their human causes and their contribution to the global carbon cycle. It will begin with an identification of critical regions of the globe using existing integrated assessment models to determine where the existing social, economic and environmental conditions suggest likely high sensitivity to change in the recent past or immediate future. Analyses using the multisectoral approaches will be encouraged in these vulnerable regions to perform comprehensive regional assessments, to facilitate comparisons between the different regions, and to elucidate the critical human and natural factors governing changes in regional carbon budgets. Initially based on existing regional and sectoral budgets, later analyses will incorporate the data-model fusion and multiple-constraint procedures developed under Activity 1.2.

### Deliverables of Activity 1.3:

- Full sectorial carbon budgets at the level of nations, regions, and globally.
- National and regional carbon budgets and an assessment of their use as bottom-up constraints in the global carbon budget.
- A review of existing national and regional approaches both on land and ocean carbon balances, and provide recommendations for improved analyses and methodologies.
- Improved carbon accounting systems with associated uncertainties analyses and verification techniques.
- Documented regional carbon balances and changes over time as case studies for use in Activity 3.3.
- Stronger interaction between national, regional, and global carbon programmes, with improved use, accessibility, and intercomparability of data and results from multiple projects and national programmes.
- An Internet Web Portal on carbon cycle resources, including information on national and regional carbon programmes, field campaigns and opportunities for collaboration and coordination, research agendas and highlights, presentations, and others.
- Improved understanding of the spatial and temporal patterns of contemporary carbon stocks and exchanges gained through coordinated research (including a set of special issues and books)

### Links to other projects and activities:

Multiple national and regional carbon research projects. Ongoing IPCC-related activities including existing tasks: (1) 'Good practice guidance for land use, land-use change and forestry'; (2) 'Definitions and methodological options to inventory emissions from direct human-induced degradation of forests and other vegetation types' and, (3)

'Factoring out direct human-induced changes in carbon stocks and GHG emissions from those due to indirect human-induced and natural effects'. Activities of SBSTA and UNFCCC involving carbon sources and sinks, such as national communications on greenhouse gas inventories, and Kyoto Protocol reporting. GCTE, LUCC, the new IGBP/IHDP Land project, IT, IGCO and GTOS, START, JGOFS, CLIVAR, SOLAS, SCOR-IOC $CO_2$ Panel, IMBERT and LOICZ. Links to the International Energy Agency (IEA) Bioenergy Task 38 on Greenhouse Gas Balances of Biomass and Bioenergy Systems International Energy Agency Task.

## Theme 2: Processes and Interactions

### Activity 2.1: Mechanisms and feedbacks controlling carbon stocks and fluxes

This activity will promote new research and synthesis to increase our understanding of the controls on natural and human driven sources and sinks of carbon, and the spatially explicit complexities between causes and effects especially of human-driven mechanisms. Emphasis will also be placed on understanding the interactions among mechanisms and feedbacks among components of the coupled carbon-climate-human system. Such understanding is the foundation for (1) exploring control points that allow humans to modify the dynamics of the carbon cycle and (2) investigating future dynamics and stability of terrestrial and ocean sinks (Theme 3). They are both critical interplayers in the efforts to stabilise atmospheric $CO_2$ concentration.

### Task 2.1.1: Integrated study of the multiple mechanisms determining ocean carbon dynamics

This task will promote research and synthesis to identify the multiple source and sink mechanisms, their relative importance, and their interactions responsible for current and future oceanic and freshwater net carbon fluxes. That is, how the processes of the carbon system work, individually and collectively. These processes include transport and mixing, biological carbon fixation and decomposition as well as their interaction. Particular emphasis will be given to:

- Determinants of oceanic productivity and euphotic zone community structure such as iron availability.
- Remineralisation processes in the upper ocean and in freshwater bodies.
- How climate variability and climate change affect the partitioning of carbon between the atmosphere-ocean system.
- Interactions between subsystems (for example, the impact of soil aridity on Fe transport to the open ocean).
- Understanding future dynamics of these mechanisms and interactions, and in particular their implications for possible ocean sink saturation.

The products will be distributions of sources and sink strengths, and assessments of the driving mechanisms and the potential feedbacks between them. This will permit the GCP to develop integrated regional carbon balances with attribution of quantities to each of the major mechanisms contributing to sources and sinks. The GCP will foster the development of these watershed and regional integrated carbon balances, through Theme 1.

### Task 2.1.2: Integrated study of the multiple mechanisms determining terrestrial carbon dynamics

This task will promote research and synthesis to identify the multiple source and sink mechanisms, their relative importance, and their interactions responsible for current and future terrestrial net carbon fluxes. Special focus will be given to:

- Developing methods for attributing, quantifying and factoring out the mechanisms underlying the current terrestrial sink. Emphasis will be placed on indirect anthropogenic components of the terrestrial carbon sinks, such as $CO_2$ and N fertilisation, and regrowth from past human-induced disturbances as requested by the UNFCCC-Conference of the Parties (COP) meeting in Marrakech, 2001.

- Understanding the carbon sources and sinks due to land use change including management of forests, agricultural land, and rangelands.

- Understanding the stability of current sink mechanisms, and their likelihood of terrestrial sink saturation in the future.

- Surveying regional and sectoral carbon pools for susceptibility to future losses, with an emphasis on quantifying the risk, the potential magnitude, and the sensitivity to climate and other drivers.

- Climate change effects on heterotrophic respiration as a critical feedback to climate.

The task will produce maps of the locations and magnitude of the various sink mechanisms, together with spatially explicit assessments of the feedbacks between those mechanisms influencing terrestrial carbon sinks and sources. It will also produce integrated regional carbon balances with attribution of quantities to each of the major mechanisms contributing to current and future sources and sinks. The GCP will foster the development of these national and regional integrated carbon balances, through Theme 1.

### Task 2.1.3: Integrated study of anthropogenic carbon emissions

This task will identify the individual drivers of patterns of productivity/consumption and land use change that give rise to anthropogenic emissions of greenhouses gases, and study the interactions, synergies and nonlinearities between different human drivers and carbon emissions. This will allow constructing globally representative case studies that can be aggregated and extrapolated to larger regions. The studies will include historic and recent tendencies of carbon change and its most relevant human drivers and their interconnectivity between regions (e.g., deforestation driven by increased beef demand in other parts of the world).

### Deliverables of Activity 2.1:

- Better understanding of mechanisms and their interactions, suitable for (1) use in models, and (2) carbon mitigation options and identifying windows of opportunity for intervention.

- Spatially explicit attribution of ocean and terrestrial sink mechanisms, and their interactions, consistent with observed global carbon flux patterns (Theme 1);

- A state-of-the-art synthesis on the effects of $CO_2$ and nitrogen fertilisation and forest age structure on terrestrial carbon sinks. A consistent suite of tools available for attributing these mechanisms to observed terrestrial sinks, and engagement in the SBSTA request on this issue.

- Analysis of carbon pools susceptible to future loss and their possible impacts on the climate system (with activity 2.2).

- Synthesis on warming effects on heterotrophic respiration and recommendations for modelling improvement.

- Synthesis of human drivers that rise greenhouse gases emissions (i.e., drivers of productivity/consumption and land use change).

### Links to other projects and activities:

The study of biophysical mechanisms will be strengthened and developed in collaboration with GCTE, the new IGBP/IHDP Land project, JGFOS, IMBER, SOLAS, LOICZ. The research agenda on human drivers of emissions will be closely developed with LUCC, IT, Institutional Dimensions of Global Environmental Change (IDGEC), IPCC Working Group II and III, and the Assessments of Impacts and Adaptations to Climate Change (AIACC). Close collaboration will be established with SBSTA-IPCC.

## Activity 2.2: Emergent properties of the coupled carbon-climate system

Emergent properties are system behaviours that arise from interactions among the subsystems or components of a system. They may include the existence of multiple equilibrium states and instabilities, as found in box models of oceanic thermohaline circulation; quasiperiodic oscillations such as glacial-interglacial cycles in the carbon-climate system; sudden non-linear changes such as rapid climate change events; and even homeostatic processes as in James Lovelock's Daisyworld model. Similar behaviours are expected to become apparent when coupling human perturbations and responses in our modelling projections, and forcing models into future novel conditions brought about by global change.

This activity will focus firstly on developing a better understanding of the past variability in the carbon-climate system, especially the glacial-interglacial changes in $CO_2$. A critical organizing question in this activity will be: could human intervention in the carbon cycle delay or accelerate the next ice age? Although many mechanisms have been suggested to explain the glacial-interglacial cycles, there is no definitive understanding of this dominant mode of variability in the Earth system. The GCP will consider existing simple models of long-term variability in the carbon-climate system, in the context of the information-rich ice-core records. A key objective will be to determine how the paleoclimate record constrains internal model parameters, and thereby sets bounds on the behaviour of the "natural" carbon cycle in the future.

Secondly, this activity will investigate additional system properties that emerge when the perturbed carbon cycle is included as an interactive element in the Earth system, and in particularly, whether thresholds and instabilities

could emerged from the coupling. Until recently, General Circulation Models of the climate system (GCMs) have neglected climate-carbon cycle feedbacks, instead assuming that ocean and land uptake would be insensitive to climate change. The first global climate model (GCM) experiments to include the carbon cycle as an interactive element suggest that such feedbacks could significantly accelerate increases of atmospheric concentrations of $CO_2$ and, as a result, intensify climate change in the 21st century. However, the associated uncertainties are large. In this part of the activity, simplified models of the carbon-climate system (developed in the context of the glacial cycles, see above) will be used to elucidate some of the key sensitivities to human drivers, providing a focus for detailed process studies. In addition, this task will also specifically explore the possible trajectories of the ocean and terrestrial uptake of anthropogenic $CO_2$ under global warming (and other global change forcings) with the mechanistic attribution gained in Activity 2.1 and model-data fusion advances made in this activity and Activity 1.2. Special attention will be paid at the possible saturation of the ocean and terrestrial carbon sinks.

### Deliverables of Activity 2.2:

*   Review on the development of coupled carbon-climate models, and foster further fostering of collaborative research between the climate and carbon scientific communities.

*   Model intercomparisons and utilisation of available instrumental records and palaeo-data for model validation and development.

*   Promote the development of appropriate data assimilation procedures for coupled models linked to activity 1.2.

*   New constraints on climate-carbon cycle feedbacks from past climate and $CO_2$ records.

*   More effective use and representation of process-based knowledge (e.g. on future carbon-climate feedbacks such as soil carbon dynamics, large-scale vegetation dynamics, and ocean circulation) into model development.

*   A better understanding of possible surprises or abrupt changes that may arise in the carbon-climate-human system under new domains of human intervention.

### Links to other projects and activities:

This activity will be developed in close association with the Coupled Carbon Cycle Climate Model Intercomparison Project (GAIM/WCRP-C4MIP), WCRP Working Group on Coupled Modelling (WGCM) and Past Global Changes (PAGES). Strong links to activity 1.2 and particularly on data assimilation, and Task 2.1 on mechanisms and impacts of vulnerabilities of the carbon cycle.

## Activity 2.3: Emergent properties of the coupled carbon-climate-human system

The coupling of models of the physical, biochemical, and human components of the carbon cycle is in its infancy. This activity will help to initiate cross-disciplinary research in this area, by highlighting novel behaviours that emerge when all these subsystems are coupled together. It will therefore stimulate the development of more detailed predictive tools and conceptual frameworks ranging from

General Circulation Models of the climate system coupled to carbon models (as the next step from Activity 2.2) to agent-based models. The activity will also provide a conceptual framework with which to interpret the results from these more complex models.

The construction of coupled carbon-climate-human models will be fostered from both directions: introducing physical and biogeochemical feedbacks into agent-based models of human actions, and at the same time introducing human interactions and responses into differential equation-based models of the climate-carbon system. This will be a significant challenge since models of the various subsystems have different basic structures. For instance, models of physical climate and biogeochemistry, are normally based on continuous differential equations, while models of human systems are often agent-based adaptive models. The activity will also use other simpler modelling tools and conceptual non-quantitative frameworks in order to explore the system behaviour under a number of scenarios of human perturbations. The resulting models will provide complementary views, and requiring consistency amongst these approaches above will yield additional constraints on each of them.

Some of the potential approaches above include (1) GCMs coupled to carbon models, (2) models of intermediate complexity, (3) integrative assessment models, (4) agent-based models, (5) environmental economics coupled to simple climate models, (6) dynamic-system and game-theory approaches, (7) optimality/control theory, (8) conceptual frameworks, and (9) interactive simulators to explore system behaviour.

Agent-based models are a specific promising area for investigating coupled systems because they can more directly represent adaptive or evolutionary behaviour of agents in a system, whether they are individual farmers, national or global institutions.

The GCP will (1) identify the current status of efforts to model those aspects of the human systems that most closely couple to the carbon system. Where serious deficiencies are noted, further development of such models will be encouraged; and (2) use these approaches improved models will be used to explore for new system behaviour of the perturbed climate-carbon-human system with an emphasis on feedback responses which may yield rapid changes and non-linearities.

### Deliverables of Activity 2.3:

*   A review book on current and promising new approaches to couple the climate-carbon-human system including dynamical systems, optimality/control theory, game theory, agent-based models, and others.

*   A new generation of tools (including new models) and approaches to study the coupled climate-carbon-human system, including a contribution towards the development of Earth System models.

*   Identification and characterisation of key interactions influencing the carbon-climate-human system, especially relating to management of the carbon cycle.

*   A better understanding of possible surprises or abrupt changes that may arise in the carbon-climate-human system under new domains of human intervention.

**Links to other projects and activities:**

This activity will be developed in close association with C4MIP, WGCM and PAGES, and a number of IHDP initiatives using agent-based modelling including LUCC and IDGEC. It will also contribute to Theme 3 of the GCP.

# Theme 3: Carbon Management

Theme 3 will help to complete the overall scientific vision of the GCP, by integrating observational knowledge (Theme 1) and process understanding (Theme 2) for effective management and assessment of the carbon-climate-human system. In this way, Theme 3 responds to the critical need expressed in the policy community and the various international and national processes related to climate change for scientific inputs regarding (1) the future evolution and dynamics of the carbon cycle and, (2) the opportunities for intervention. The evolution of this system through the 21st century will be the outcome of a three-way coupling among natural processes, anthropogenic drivers, and human responses.

## Activity 3.1: Identification of points of intervention and assessment of mitigation options

This activity deals with (1) the identification and assessment of specific points of intervention by which the future evolution of the carbon cycle may be influenced, and (2) provides a critical assessment of the achievable mitigation potential of the various options once sustainable development concerns (i.e., triple bottom line) are considered.

In policy discussions mitigation is used to refer to efforts to regulate and ultimately to reduce emissions of greenhouse gases with the objective of avoiding significant anthropogenic changes in the carbon-climate system, thereby eliminating climate change as a policy problem. In other words, mitigation options represent points of intervention in the carbon cycle whereby humans can influence the future trajectory of atmospheric $CO_2$ (Task 3.1.1 and 3.1.2). Other points of intervention are related to consumption patterns which are key drivers of carbon emissions (Task 3.1.3). Points of intervention are control points in the carbon cycle which humans can influence directly.

## Task 3.1.1: Points of intervention in terrestrial and ocean exchanges

Purposefully induced long-term storage of carbon on land and oceans provides a critical intervention point by which humans can modify the dynamics of the carbon cycle and, to some extent, influence the current upward trends of atmospheric $CO_2$ concentration. This includes:

- Reduction of carbon emissions from land disturbance (e.g., deforestation avoidance).

- Sequestration of carbon in terrestrial or oceanic biological sinks.

- Engineered disposal of $CO_2$ in geological and oceanic repositories.

In addition to the effects on greenhouse mitigation, large-scale carbon sequestration and disposal projects will have other cost and benefits to the environment, economy and sociocultural values. On one hand, there are large gaps

between the technical mitigation potential of the various options and the mitigation that is realistically achievable once implementation constraints and concerns on sustainable development have been met. For instance, it is likely that reduced river flow and biodiversity due to large-scale monospecific forest plantations will limit the extent to which plantations can be used in semi-arid and arid regions. On the other hand, positive collateral effects might make it possible for mitigation options to be financially viable and more socially acceptable. For instance, large-scale reforestation may increase soil fertility and decrease soil salinisation which can bring additional interest from stakeholders and institutions on such projects. In the end, it is likely that ancillary costs and benefits will determine the viability of a given mitigation option to be implemented.

The GCP will conduct a series of analyses for a number of projects and mitigation options against environmental, social, and economic criteria (triple bottom line) which includes: (1) effectiveness in reaching climate goals; (2) technological feasibility; (3) economic viability; (4) social acceptability; (5) environmental performance against criteria other than climate benefits; and (6) equity. Effectiveness in reaching climate goals will not only focus on the quantities of carbon sequestered but also on stability, permeance, and verification of the new carbon stocks. Theses analyses will provide a more realistic and sustainably achievable mitigation potential in contrast to the technical (or theoretical) mitigation potential which have been provided in recent international assessments.

The analyses will be developed for:

- Large-scale sequestration projects as case studies in which the triple-bottom-line analyses will be considered as part of the feasibility and efficiency assessment of the projects.

- Some globally important regions (e.g., South-East Asia).

- Globally.

### Task 3.1.2: Points of intervention in fossil fuel emissions

There is a range of options for altering both the carbon intensity of energy production as well as the energy intensity of economic output. These include, for example, non-fossil-fuel energy generation options such as renewables, nuclear (fission) and fusion; as well as options for increasing energy use efficiency (for example through cogeneration and distribution systems in the standing energy sector, and hybrid and non-fossil-fuelled vehicles in the transport sector). In addition, engineered carbon sequestration is also considered in this section, that is removing carbon from fossil fuels either before, during or after combustion. As in Task 3.1.1, assessment of mitigation options needs to consider environmental, social and economic criteria (triple-bottom-line).

The GCP will develop a similar series of analyses as in task 3.1.1 for a number of projects and mitigation options in order to better assess the sustainably achievable mitigation potential when all the ancillary costs and benefits are taken into account. These analyses, in addition to consider the triple-bottom-line criteria, will need to include an analysis of the potential speed and extent of technological

change, as one of the key variables of energy-economic models. The analyses will be done using:

- Large scale projects as case studies.
- Global analyses of the achievable potential for specific mitigation options.

### Task 3.1.3: Consumption patterns as points of intervention

Consumption patterns are the root drivers of fossil fuel emissions, as well as other environmental pollution problems. At the same time, consumption patterns arise due to more fundamental pressures of human wants, needs, values and preferences, which can be eventually translated into marketplace activity and production behaviour. Environmental pollution has typically been addressed through intervention on the production side, with reasonable success. On the other hand efforts to change behaviour and bring about societal transformations have been often unsuccessful. In the case of fossil fuel emissions, it is likely that substantial response might require fundamental changes in consumption patterns.

The GCP will undertake a number of case studies on the evolution of consumption patterns, and production - consumption systems. This will provide insights into ways by which more sustainable consumption patterns might be fostered, in particular, whether and how changes in these patterns would, in turn, influence the entire production system, with attendant environmental and carbon consequences.

### Deliverables of Activity 3.1:

- A set of analyses published in peer reviewed papers on the realistic and sustainably achievable carbon mitigation potential for a number of options. The analyses will be organised by major categories of mitigation options: (1) terrestrial biological sequestration and disturbance reduction; (2) biological sequestration in the oceans; (3) engineered $CO_2$ disposal on land and oceans; (4) non-fossil fuel energy sources; and (5) energy conservation and efficiency. The analyses will be globally in scope but specific nations and regions will be targeted as per their regional and global importance.
- A set of analyses and recommendations on potential points of intervention at the level of consumptions patterns.

### Links to other projects and activities:

National and international energy programmes; IPCC; IDGEC and IT; GCTE, LUCC, new IGBP/IHDP Land project, SOLAS, IMBER, Integrative Assessment Community, IEA and Global Environmental Change and Food Systems (GECAFS).

### Activity 3.2: Carbon management in the context of the whole Earth system

The overall success of any given carbon mitigation or portfolio of options will depend on a number of issues including the effectiveness in climate mitigation, the balance of negative and positive collateral effects, and on the human processes which aid or act against implementation of biophysically appropriate measures. All the issues have a strong spatial and temporal scale which will require the development of unique mixes of mitigation options for a given region and the development of the institutional capacity to take advantage of windows for implementation. This activity will also contribute to the development of monitoring and research necessary to assess how the whole Earth system is responding to human activities.

This activity will develop a formal framework to assess the best mitigation options in a full system analyses framework (Task 3.2.1), design dynamic portfolios of carbon mitigation options for specific regions (Task 3.2.2), and provide an analyses, design and assessment of appropriate institutions for carbon management to improve the portfolio effectiveness (Task 3.2.3).

### Task 3.2.1: Framework for designing integrated mitigation pathways

The task will develop a formal framework/s for analysing $CO_2$ stabilisation pathways within the full range of carbon-climate-human interactions. This will include the effects of synergisms and antagonisms between carbon mitigation, adaptation, and other sustainable development objectives. Adaptation and mitigation strategies for climate change need to be considered in a comprehensive and integrated manner. This is not only because many mitigation strategies (e.g., improved agricultural practices, forest management or cleaner energy) are likely to provide benefits in coping with the impacts of climate change, but also because of the linkage between adaptation and developmental activities. As a result, it is important to evaluate adaptation and mitigation options jointly, with particular attention to issues such as ancillary costs and benefits in the light of sustainable development. Such evaluation might lead to the identification of trade offs as well as possible win-win or no-regrets strategies. This approach will allow examining the implications of these activities for a range of other ecosystem functions and services such as provision and conservation of biodiversity, soil fertility, food and fibre, non-timber forest products, climate regulation, and flood and storm protection. These services and functions are critical, and are also intimately tied to local communities and sustainable livelihood issues.

A conceptual framework will be developed with specific tools and approaches (e.g., computer simulation tools) that can directly support carbon management in general, and more specific to design and assess mitigation portfolios in task 3.2.2. These will include methodologies for assessment and evaluation of trade offs, policy options, and responses of the entire Earth system including indirect effects on current sinks and sources. Approaches for stakeholder involvement in policy formulation, trade off decision making, as well as tools for envisioning the consequences of alternative policies and development pathways must also be considered. A good example is Integrated Assessment which has rapidly emerged as an approach of choice for addressing complex, multidisciplinary issues to produce policy-relevant insights. The creation of methods and tools will include:

- Integrated assessment models and approaches, including simulation tools.
- Scenario building and scenario-based reasoning.

- Transitions management, adaptive management and learning by doing.
- Participatory approaches.

For those research areas which are already active on their own right the GCP will seek to contribute a carbon perspective to these efforts, for example, Integrated Assessment Models that would have a carbon cycle component.

### Task 3.2.2: Designing dynamic portfolios of mitigation options

Stabilising atmospheric greenhouse gases will require major changes in energy systems, management of forests and agriculture, and other human activities. No single technology or approach can achieve this goal. Instead, a portfolio of mitigation options will be required to successfully achieve stabilisation in the larger context of development, sustainability, and equity. Regions and countries will need to design specific portfolios of mitigation options in accordance to their environmental, socioeconomic, and institutional circumstances. It is unlikely that two regions or countries in the world will design identical portfolios although general similar patterns may emerge for regions and countries with more similar realities. In fact, the portfolios will not be static and good for all times, but will be dynamic and evolving more like a pathway.

This activity will use the framework and tools developed in task 3.2.1 and build upon the results on achievable mitigation capacity in Activity 3.1 to design the 'best' mix of mitigation options for a number of contrasting and globally relevant regions. Designing the mix requires to define and maximise benefits, utility and well being, at the same time it minimises a generalised cost including environmental ones. It will also need to consider the right incentives (and barriers) for mitigation and using windows of opportunity as they emerge. Finally, it will be important to have a long-term vision which ensures results beyond the immediate needs (e.g., first commitment period for Kyoto Protocol signatory nations).

A preliminary list of regions for this analyses includes selected countries in the Asia Pacific region (China, Japan, Philippines, Thailand), Africa (Senegal), Europe (Germany, Spain), and Americas (United States, Mexico, Argentina).

### Task 3.2.3: Designing carbon management institutions

The effectiveness and success of any carbon management strategy depends on a complex set of technological, organisational and institutional factors, at a variety of levels - local, subnational, national and international. Valuable insights can be obtained by evaluating different institutional structures and designs that have been formulated and implemented in the past for managing environmental and related resources. This will require identification of metrics, assessment tools and evaluation paradigms. The analyses will provide insights into what works and what does not, and will also enable adoption of learning-by-doing strategies. This task will include the analysis of institutional, organisational and technological options and strategies. At the international level, it will include how far regimes are changing policy, shifting behaviour, and inclining nation states towards compliance with international agreements. In these analyses, there will be an assessment of the relative merits of various policy options (e.g., emissions trading, carbon sequestration).

A set of case studies will be selected and analysed in light of what can be learned for carbon management. The case studies will include the successful Montreal Protocol, acid rain, and an analysis of the evolution of the Kyoto Protocol up to now.

### Deliverables of Activity 3.2:
- A formal framework for assessing portfolios of mitigation options including the development of a computer simulation tool to test policy consequences in the carbon-climate-human system.
- Portfolios of carbon mitigation options for selected countries and regions. A preliminary list: Asia Pacific region (China, Japan, Philippines, Thailand), Africa (Senegal), Europe (Germany, Spain), and North-South America (United States, Mexico, Argentina).
- An analysis of the relative merits of various policies options (e.g., emission trading, carbon sequestration) and the potential benefits of combining the portfolios of mitigation and adaptation options.
- A number of papers with lessons learned for carbon management from the analyses of past international environmental agreements.
- A set of detailed studies of the effectiveness of the Kyoto mechanisms - emissions trading, joint implementation, the clean development mechanism, carbon sequestration options - together with a systematic comparison between these mechanisms and alternative approaches to reducing overall emissions of greenhouse gases.
- Recommendations on new institutional design to minimise the gap between the required mitigation to reach a given stabilisation scenario and the achievable mitigation potential with current institutional arrangements.

### Links to other projects and activities:

IDGEC, GCTE, LUCC, new IGBP/IHDP Land project, and START. SCOR, IOC, $CO_2$ Panel and IMBER for ocean carbon sequestration. IPCC-Working Group II (Impacts, Adaptation and Vulnerability) and Working Group III (Mitigation), UNFCCC SBSTA, and the UNFCCC Secretariat. Asia-Pacific Network for Global Change Research (APN), Inter-American Institute for Global Change Research (IAI), European Network for Research in Global Change (ENRICH) and GECAFS.

## Activity 3.3: Carbon consequences of regional development pathways

Pathways of regional development are sequences of inter-related changes in social, economic and political systems. They vary from place to place and over time, in ways that are likely to have different net consequences for carbon stocks and fluxes, which in turn may constrain or in other ways feed back upon development processes.

Urbanisation and physical planning are key processes for integrating carbon management into development. Although cities and surroundings only occupy a small part of the earth's surface they play large and growing role in driving changes to the carbon cycle. The way cities are

designed and managed over the next several decades will have a large influence on the future of the carbon cycle. On the one hand, well-designed cities provide many technical opportunities to reduce per-capita carbon emissions. On the other hand, cultural and life-style changes associated with urbanisation, tend to increase levels of consumption, fossil fuel use, water use and waste production.

Although one could imagine carbon management becoming a significant part of development planning, it is highly likely that this will need to consider trade offs not only economic and social development goals, but also with the capacity to maintain other ecosystem goods and services upon which livelihoods of the poor and the wealthy depend on either directly or through long chains of transformation, substitution and transfers. For this reason we propose a study with an emphasis on carbon, in many ways a 'carbon's eye view of development', which however, at the same time makes a substantial effort to understand interactions, with in particular, biodiversity conservation, and the supply, demand and provision of fresh water and of food from agriculture, aquaculture and fisheries.

It is recognised that many actions taken by corporations, governments and individuals might be made for reasons other than carbon management but may still have very important carbon cycle consequences. For example, concerns with air quality in urban and industrial areas, or travel times in over-congested and extended megacities. A key part of this project will therefore be to explore creatively how local, regional and global goals, or private and public goals, can be aligned.

The GCP will undertake a major comparative analysis of a network of contributing regional case studies. Regions are thought to be large enough to include a range of landscape types (urban, industrial, agricultural, forest) and thus may be subnational, national, or rarely, multinational. A special emphasis will be placed on recruiting case study regions including major cities, because of the predicted importance of urbanisation for carbon emissions and sequestration.

The focus of this activity is on understanding how key social, ecological and biophysical processes unfold and interact during regional development. The motivation for seeking this understanding is to apply to the development of scenarios and policy analysis.

The key questions the Activity will address are:

1. What are the consequences of different pathways of regional development on carbon stocks and fluxes?

2. What are critical processes and interactions in development that result in pathways with widely differing carbon consequences?

3. What are the most important trade offs and synergies between changes in carbon stocks and fluxes, with other ecosystem services, especially the provision of food, water, clean air, and the maintenance of biodiversity?

The first step in this activity will be to:

- Establish an international network of regional case studies which would allow structured and coordinated comparisons of the carbon consequences of different development pathways.
- Identify small key set of variables (or clusters of processes and sequences) that need to be measured and understood to be able to address the research questions from a comparative perspective.
- Recruit an initial set of 6-12 regional case studies from around the world which agree to conduct joint analyses based on minimum datasets and shared protocols. This should include a high proportion of sites with cities so that urbanisation issues can be addressed.

The analyses of the case studies will encompass two tasks:

## Task 3.3.1: Drivers of development and its carbon consequences

- Identify the main structures and processes that help explain why different regional development pathways have different consequences for carbon stocks and flows.
- Identify the main differences between case studies with potential to affect carbon stocks and flows.
- Use a variety of methods, including models and sensitivity analyses, statistical decomposition, and in-depth review of historical processes (e.g., related to energy use and policy) to identify both proximate and underlying causes of differences.

## Task 3.3.2: Carbon management options and future scenarios

- Explore options for how carbon management could be integrated into development and suggest ways this could be tested through scenario and policy analysis.
- Identify the main trade offs and synergies between 'carbon management' goals and various services, especially those important for human well being, from historical experiences in the case studies.

## Deliverables of Activity 3.3:

- START and the GCP will organise a number of research/summer institutes on the topic, being the first one schedule for July 2003 in Boulder, Colorado (USA) on the topic 'Urbanisation, emissions, and the global carbon cycle'.
- A well coordinated set of regional case studies from around the world, many encompassing major cities, and set in a diverse economic and political contexts, (1) including full carbon budgets (by sector and over time if possible), (2) analysis of factors driving the carbon balances, and (3) data to parameterise, formulate and test coupled carbon-climate-human models.
- Book or special issue of a journal documenting the case study analyses and synthesis.
- Development-oriented policy papers on theme of integrating carbon management in regional development: where and when is it worthwhile?

## Links to other projects and activities:

This activity will build on past work of IT, the new activity on Urban Ecosystems and Biogeochemistry in GCTE (and the new IGBP/IHDP Land project) and the cross-

cutting activity on Urbanisation in IHDP, and other programmes such as START, IDGEC, IGAC-cities. Regional partnerships will be established with APN, IAI, and ENRICH, and the ESSP Integrated Regional Studies and GECAFS. Activity 3.3 will contribute to Activity 1.3 (Regional carbon budgets) and 3.2 (Carbon management).

## Synthesis and communication

The GCP will deliver high-level syntheses of information on the carbon cycle, including patterns and variability (Theme 1), processes and interactions (Theme 2), and carbon management (Theme 3). Although a large portion of the synthesis will be aimed to the research and assessment communities, specific written products and web-based resources will be developed for policy makers, high education communities, and general public. Specific products for multidisciplinary audiences will be also developed in order to foster a common understanding and language.

*High-level synthesis.* The main objective will be to deliver the state-of-the-art synthesis on the integrated view of the carbon-climate-human system and specific components of it. This will be done by organising synthesis workshops or commission synthesis to individuals or groups of scientists with a rapid turn-over time publication in order to provide quick feedback to research directions. Collaborative synthesis projects will be developed with the Scientific Committee on Problems of the Environment (SCOPE).

*Issues in carbon cycle research.* This task will produce synthesis and discussion papers dealing with unresolved issues in the global carbon cycle such as biospheric respiration responses to increasing temperature, or emerging tools to study the coupled carbon-climate-human system. The focus is not only to synthesise the latest understanding on a specific issue, but also to provide information on the development and use of new research tools and approaches.

*Communication products.* Given the importance of some of the findings resulting from the three implementation themes and synthesis activities, products will be developed to suite audiences other than the highly specialised research communities, such as policy makers, governments, high education, and general public. Such products will include brochures, posters, computer presentations developed with the involvement of communication experts and scientific writers. Two other specific products will be developed to increase communication and dissemination of research results: (1) a project website, and (2) an Internet carbon portal that will provide a number of resources on the carbon cycle relevant to research, policy and education.

## Deliverables:

- A collection of synthesis, special journal editions and books on high level and topical information of the carbon cycle, including state-of-the-art understanding and methodological issues. The first effort will be on the Rapid Assessment Project on the Carbon Cycle (SCOPE-GCP) in 2003 which will produce a state-of-the-art synthesis of the entire carbon cycle including carbon-climate and human interactions. This synthesis will be

### Initial Timetable (2003)



**Figure 20**

Global Carbon Project planned workshops, capacity building activities, and products for the next 4 years as part of the 10-year implementation strategy.

repeated every 4 years. Similar efforts will follow on terrestrial carbon sinks and global carbon oxidation pathways.

- A collection of brochures, posters, and web-based materials to communicate research findings to a variety of audiences including multidisciplinary research communities, policy makers, assessment, higher education and general public.

- A website for the GCP [http://www.globalcarbonproject.org] and an Internet carbon portal [http://www.globalcarbonproject.org/carbonportal.htm] with multiple carbon resources.

## Capacity building

The GCP will organize a number of capacity building activities associated with the main research themes. This will promote the development of a new generation of young and senior scientists on highly interdisciplinary topics of the carbon-climate-human system. A good example of this activity is the already underway 'summer institutes on data assimilation' which will be a major contribution to capacity building in this new field (see Activity 1.2).

The GCP will work in close coordination with START as the programme partner sponsored by IGBP, IHDP, WCRP, and DIVERSITAS. From this partnership, a major 'research institute' is planned for 2003 on

'Urbanisation, emissions, and the global carbon cycle' (see Activity 3.3). Other linkages will be established with IAI, APN, and ENRICH, and other regional programmes to foster research on the carbon-climate-human system in less developed regions where little carbon research is currently taking place.

## Timetable

The GCP has developed an initial timetable of activities and deliverables based upon the most pressing priorities and a number of already on going activities (**Figure 20**). Most of the specific activities (e.g., workshops, capacity building courses, commissioned synthesis) are presented in the various sections of the implementation strategy and **Figure 20** summarises them all. Subsequent versions of the timetable and the entire plan will be posted in the GCP website. A major mid-term project review will take place in 2005.

## Management structure and execution

The work of the GCP is guided by a SSC made up of scientists covering the main research areas of the GCP science framework and implementation. The SSC also consider recommendations on implementation activities made by its sponsor programmes and projects within. The SSC is appointed for a two-year term with possible extensions up to six years. It is co-chaired by three scientists who were initially appointed by each of the sponsor programmes (IGBP, IHDP and WCRP). The executive director/s coordinate the execution strategy and implementation of the GCP. Below is the list of the SSC-2003.

### Co-chairs

Michael Raupach (IGBP)
CSIRO Earth Observation Centre
Canberra, AUSTRALIA
Email: Michael.Raupach@csiro.au

Oran Young (IHDP)
University of California
Santa Barbara, CA, USA
Email: young@bren.ucsb.edu

Robert Dickinson (WCRP)
Georgia Institute of Technology
Atlanta GA, USA
Email: robted@eas.gatech.edu

### SSC members

Mike Apps
Canadian Forest Service
Victoria, CANADA
Email: Mapps@nrcan.gc.ca

Alain Chedin
Ecole Polytechnique
FRANCE
Email: chedin@araf1.polytechnique.fr

Chen-Tung Arthur Chen
National Sun Yat-sen University
CHINA, Taipei
Email: ctchen@mail.nsysu.edu.tw

Peter Cox
MetOffice
UNITED KINGDOM
Email: Peter.Cox@metoffice.com

Ellen R.M. Druffel
University of California, Irvine
Irvine, CA, UNITED STATES
Email: edruffel@uci.edu

Christopher Field
Carnegie Institution of Washington
Stanford, CA, UNITED STATES
Email: chris@globalecology.stanford.edu

Patricia Romero Lankao
Universidad Autónoma Metropolitana
Mexico City, MEXICO
Email: rolp7543@cueyatl.uam.mx

Louis Philip Lebel
Chiang Mai University
Chiang Mai, THAILAND
Email: llebel@loxinfo.co.th

Anand Patwardhan
Indian Institute of Technology
Bombay, INDIA
Email: anand@cc.iitb.ac.in

Monika Rhein
University Bremen
Bremen, GERMANY
Email: mrhein@physik.uni-bremen.de

Christopher Sabine
NOAA, PMEL
Seattle, UNITED STATES
Email: chris.sabine@noaa.gov

Riccardo Valentini
University of Tuscia, Viterbo, ITALY
Email: Rik@unitus.it

Yoshiki Yamagata
National Institute for Environmental Studies
Tsukuba, JAPAN
Email: yamagata@nies.go.jp

### Executive Director

Josep (Pep) Canadell
CSIRO Atmospheric Research
Canberra, AUSTRALIA
Email: pep.canadell@csiro.au

The GCP is supported by the International Project Office (IPO) in Canberra, Australia. A second IPO will be established in 2003 in Tsukuba, Japan. The GCP has also a number of affiliated offices with a variable degree of formal arrangements. This includes the SCOR-IOC Advisory Panel on Ocean $CO_2$ with the headquarters in Paris, France, and the CarboEurope office in Jena, Germany (shared with the Concerted Action on Greenhouses Gases office based in Viterbo, Italy). Other affiliated offices have been proposed in the United States and China. In addition, the GCP will work with the START regional offices to liaise with research programmes and scientific communities from other parts of the world.

## GCP International Project Offices

### Australia

Earth Observation Centre
CSIRO Division of Atmospheric Research
GPO Box 3023, Canberra, ACT 2601, Australia
Tel.: 61-26246-5630; Fax: 61-2-6246-5988
Pep Canadell
Executive Director
Email: pep.canadell@csiro.au
Rowena Foster
Administration Manager
Email: rowena.foster@csiro.au

### Japan

NIES, Tsukuba, Japan
Executive Director to be advised.

## GCP Affiliated Offices

### SCOR-IOC Advisory Panel on Ocean $CO_2$

Maria Hood
Intergovernmental Oceanographic Commission
UNESCO, 1, rue Miollis
75732 Paris Cedex 15
FRANCE
Tel: 33-1-4568-4028
Fax: 33-1-4568-5812
Email: m.hood@unesco.org

### CarboEurope

Annette Freibauer
Max-Planck-Institute for Biogeochemistry
PO Box 100164
07701 Jena, GERMANY
Tel: 49-3641-576164
Fax: 49-3641-577100
Email: afreib@bgc-jena.mpg.de

## How to get involved:

The GCP falls under the umbrella of non-governmental organizations devoted to environmental research. It operates thanks to hundreds of scientists who volunteer their time and efforts to contribute to the development and execution of the implementation strategy.

Proposals for involvement and activity development (e.g., workshops, synthesis) that support the implementation strategy are welcome. Please, contact Pep Canadell at [pep.canadell@csiro.au] or any of the SSC members.

# 4 Acknowledgements

The editors want to thank the hundreds of scientist over the world who have contributed directly or indirectly to the development of this document by participating at the scoping meetings, providing written contributions, reviewing previous versions and providing scientific leadership to identify the most pressing issues in carbon cycle research (see *Contributors). Special thanks are given to Berrien Moore and Will Steffen for orchestrating the initial steps to make the Global Carbon Project a reality.

The Netherlands Organization for Scientific Research (NOW) provided the initial, generous grant that built the sound financial basis for the GCP planning process to begin and grow. Funding for the various scoping workshops that took place during the period 1999-2003 came from the European Commission DGXII, the National Aeronautics Space Agency (NASA) in the United States, the National Institute for Environmental Sciences (NIES) in Japan, the National Science Foundation (NSF) in the United States, the Scientific Commission of Problems of the Environment (SCOPE), and the three sponsor programmes of the GCP: the International Geosphere-Biosphere Programme (IGBP), the International Human Dimensions Programme on Global Environmental Change (IHDP), and the World Climate Research Programme (WCRP). NSF through a grant to GAIM supported the involvement of Kathy Hibbard during the first stages of the project.

The Australian Greenhouse Office (AGO) and Australia's Commonwealth Scientific and Industrial Research Organisation (CSIRO), through their support to the GCP International Project Office based in Canberra, made possible the involvement of Michael Raupach, Rowena Foster and Josep Canadell, who coordinated the development and editing of this document.

*Contributors: Francis J Ahern, Canada; Larry Akinson, USA; Georgii Alexandrov, Japan; Arthur Alexiou, France; Keith Alverson, Switzerland; Diogenes Alves, Brazil; Bob Anderson, USA; Mike Apps, Canada; O. Arino, Italy; Paulo Artaxo, Brazil; Beatrice Baliz, Norway; Alan Barr, Canada; Michael Bender, USA; Wu Bingfang, China; Bert Bolin, Sweden; Frank Bradley, Australia; Robert Braswell, USA; Francis Bretherton, USA; Wendy Broadgate, Sweden; Claus Bruening, Belgium; Ken Caldeira, USA; Josep G. Canadell, Australia; Doug Capone, USA; Mary-Elena Carr, USA; David Carson, Switzerland; Howard Cattle, UK; Alain Chedin, France; Arthur Chen, China-Taipei; Jing Chen, Canada; John Church, Australia; Philippe Ciais, France; Josef Cihlar, Canada; Martin Claussen, Germany; Peter Cox, UK; Wolfgang Cramer, Germany; Christopher Crossland, Australia; Qin Dahe, China; Hein de Baar, Netherlands; Gerard Dedieu, France; Ruth Defries, USA; Scott Denning, USA; Ray L. Desjardins, Canada; Chad Dick, Norway;

Andrew Dickson, USA; Lisa Dilling, USA; Craig Dobson, USA; Han Dolman, The Netherlands; Ellen RM Druffel, USA; Hugh Ducklow, USA; Syma Ebbin, USA; Jae Edmonds, USA; James Ehrlinger, USA; Ian Enting, Australia; Paul Falkowski, USA; Christopher B. Field, USA; Roger Francey, Australia; Louis Francois, Belgium; Roger Francois, USA; Annette Freibauer, Germany; Pierre Friedlingstein, France; Inez Fung, USA; Anver Gahzi, Belgium; Véronique Garçon, France; Roy Gibson, France; René Gommes, Italy; David Goodrich, USA; James Gosz, USA; Mike Goulden, USA; Tom S Gower, USA; John Grace, UK; Watson Gregg, USA; Nicolas Gruber, USA; Kevin Gurney, USA; Mykola Gusti, Ukraine; Neil Hamilton, Australia; Dennis A Hansell, USA; Roger Hanson, Norway; Martin Heimann, Germany; Barry Heubert; Kathy Hibbard, USA; Nicolas Hoepffner, Italy; Terri Hogue, USA; Tony Hollingsworth, UK; Maria Hood, France; Richard Houghton, USA; George Hurtt, USA; Tamotsu Igarashi, Japan; Gen Inoue, Japan; Robert Jackson, USA; Roger Janson, Norway; Fortunat Joos, Switzerland; Pavel Kabat, Netherlands; Michael Keller, USA; Haroon S Kheshgi, USA; Dave Knapp, USA; Christian Koerner, Germany; Swami Krishnaswami, India; Thelma Krug, Germany; M Dileep Kumar, India; Gregor Laumann, Germany; Sandra Lavorel, France; Louis Lebel, Thailand; Cindy Lee, USA; Rik Leemans, The Netherlands; Corinne LeQuéré, Germany; Ricardo Letelier, USA; Ingeborg Levin, Germany; Sune Linder, Sweden; Karin Lochte, Germany; Sabine Lutkemeier, Germany; Ernst Maier-Reimer, Germany; Gregg Marland, USA; John Marra, USA; Phillippe Martin, France; David McGuire, USA; Liliane Merlivat, France; Jerry Melillo, USA; Patrick Monfray, France; Berrien Moore III, USA; Daniel Murdiyarso, Indonesia; Ranga Myneni, USA; Nebojsa Nakicenovic, Austria; Pascal Niklaus, Switzerland; Ian Noble, Australia; Carlos Nobre, Brazil; Yukihiro Nojiri, Japan; Rich Norby, USA; Dennis Ojima, USA; Dick Olson, USA; James Orr, France; Steve Pacala, USA; Anand Patwardhan, India; Diane Pataki, USA; Joyce E. Penner, USA; João Santos Pereira, Portugal; Louis Pitelka, USA; Stephen Plummer, UK; Christopher Potter, USA; Michael Prather, USA; Colin Prentice, Germany; Kamal Puri; Australia; Navin Ramankutty, USA; Ichtiaque Rasool, France; Michael Raupach, Australia; Dominique Raynaud, France; Peter Rayner, Australia; Monika Rhein, Germany; Donald Rice, USA; Aida F Rios, Spain; Paul Robbins, USA; Humberto Rocha, Brazil; Patricia Romero-Lanko, Mexico; Eugene A. Rosa, USA; Steve Running, USA; Casey Ryan, UK; Christopher Sabine, USA; Dork Sahagian, USA; Toshiro Saino, Japan; Scott Saleska, USA; Maria José Sanz, Spain; Jayant Sathaye, USA; Bernard Saugier, France; Bernhard Schlamadinger, Austria; John Schellnuber, UK; David Schimel, USA; Reiner Schlitzer, Germany; Robert J Scholes, South Africa; E-Detlef Schulze, Germany; Uwe Send, Germany; Emanuel A Serrao, Brazil; Steven Shafer, USA; Anatoly Shvidenko, Austria; Brent Smith, USA; Pete Smith, UK; Steve Smith, USA; Allen M Solomon, USA; Elliott Spiker, USA; Will Steffen, Sweden; Gerard Szejwach, Germany; Arnold H Taylor, UK; Bronte Tilbrook, Australia; Richard Tol, Germany; John Townshend, USA; Neil BA Trivett, Canada; Jeff Tschirley, Italy; Ed Urban, USA; Riccardo Valentini, Italy; Pier Vellinga, The Netherlands; Douglas Wallace, Germany; Virginia M Walsh, USA; Rik Wanninkhof, USA; Andrew Watson, UK; Diane E Wickland, USA; Anna Wieczorek , The Netherlands; Ian Woodward, UK; Jenny Wong, Malaysia; Yoshiki Yamagata, Japan; Yoshifumi Yasuoka, Japan; Oran Young, USA; Guangsheng Zhou, China.

# References

Archer S (1995) Tree-grass dynamics in a subtropical savanna: Reconstructing the past and predicting the future: Ecoscience 2:83-99.

Baldocchi D, Valentini R, Running S, Oechel W, Dahlman R (1996) Strategies for measuring and modelling carbon dioxide and water vapour fluxes over terrestrial ecosystems. Global Change Biology 2:159-168.

Barrett DJ (2002) Steady state turnover time of carbon in the Australian terrestrial biosphere. Global Biogeochemical Cycles 16:art-1108.

Barrett DJ, Galbally IE, Graetz RD (2001) Quantifying uncertainty in estimates of C emissions from above-ground biomass due to historic land-use change to cropping in Australia. Global Change Biology 7:883-902.

Bolle H-J, Feddes RA, Kalma JD (Eds.) (1993) Exchange Processes at the Land Surface at a Range of Space and Time Scales. IAHS Publication No. 212, IAHS Press, Wallingford.

Bovensmann H, Burrows, JP, Buchwitz M, Frerik J, Noel S, Rozanov UU, Chance KU, and Goede APH (1999) SCIAMACHY - Mission objectives and measurment modes. Journal of Atmospheric Science 56: 127-150.

Boyd PW, Watson AJ, Law CS, Abraham ER, Trull T, Murdoch R, Bakker DCE, Bowie AR, Buesseler KO, Chang H, Charette M, Croot P, Downing K, Frew R, Gall M, Hadfield M, Hall J, Harvey M, Jameson G, LaRoche J, Liddicoat M, Ling R, Maldonado MT, McKay RM, Nodder S, Pickmere S, Pridmore R, Rintoul S, Safi K, Sutton P, Strzepek R, Tanneberger K, Turner S, Waite A, Zeldis J (2000) A mesoscale phytoplankton bloom in the polar Southern Ocean stimulated by iron fertiliza-tion. Nature 407:695-702.

BP (2002) BP Statistical Review of World Energy, UK.

Braswell BH, Schimel DS, Linder E, Moore B (1997) The response of global terrestrial ecosystems to interan-nual temperature variability. Science 278:870-872.

Brenkert AL (1998) Carbon Dioxide Emission Estimates from Fossil-Fuel Burning, Hydraulic Cement Production, and Gas Flaring for 1995 on a One Degree Grid Cell Basis. ORNL/CDIAC-98, NDP-058A (2-1998). Carbon Dioxide Analysis Center, Oak Ridge, Tennessee. [http://cdiac.esd.ornl.gov/epubs/ndp/ndp058a/ndp058a.html]

Buchwitz M, Rozanov UU, Burrows JP (2000) A near-infrared optimized DOAS method for the fast global retrieval of atmospheric $CH_4$, CO, $CO_2$, $H_2O$, and $N_2O$ total column amounts from SCIAMACHY /ENVISAT-1 nadir radiances. Journal of Geophysical Research 105:15231-15245.

Canadell JG, Mooney HA, Baldocchi DD, Berry JA, Ehleringer JR, Field CB, Gower ST, Hollinger DY, Hunt JE, Jackson RB, Running SW, Shaver GR, Steffen W, Trumbore SE, Valentini R, Bond BY (2000) Carbon metabolism of the terrestrial bios-phere: A multitechnique approach for improved understanding. Ecosystems 3:115-130.

Canadell JG, Steffen W, White P (2002a) IGBP/GCTE Terrestrial Transects: Dynamics of terrestrial ecosys-tems under environmental change. Journal Vegetation Science 13:298-300.

Canadell JG, Guangsheng Z, Noble I (2002b) Land use/cover change and the terrestrial carbon cycle in the Asia-Pacific region. Science in China (Series C) 45 Supplement:1-141.

Cannell MGR, Milne R, Hargreaves KJ, Brown TAW, Cruickshank MM, Bradley RI, Spencer T, Hope D, Billett MF, Adger WN, Subak S (1999) National inventories of terrestrial carbon sources and sinks: The UK experience. Climatic Change 42:505-530.

Cannel MGR (2003) Carbon sequestration and biomass energy offset: theoretical, potential and achievable capacities globally, in Europe and the UK. Biomass and Bioenergy 24:97-116.

CDIAC (2003) Trends Online: A Compendium of Data on Global Change Carbon Dioxide Information Center. Oak Ridge National Laboratory, U.S. Department of Energy, Oak Ridge, Tennessee. [http://cdiac.esd.ornl.gov/trends/trends.htm]

Charney JG (1975) Dynamics of deserts and drought in the Sahel. Quarterly Journal of the Royal Meteorological Society 101:193-202.

Chedin A, Hollingsworth A, Scott NA, Serrar S, Crevoisier C, Armante R (2002) Annual and seasonal variations of atmospheric $CO_2$, $N_2O$ and CO concentrations retrieved from NOAA/TOVS satellite observations. Geophysical Research Letters 29:110-114.

Chedin A, Saunders R, Hollingsworth A, Scott NA, Matricardi M, Clerbaux C, Etcheto J, Armante R, Crevoisier C (2003a) The feasibility of monitoring $CO_2$ from high resolution infrared sounders. Journal of Geophysics Research 108(D2), 4064.

Chedin A, Serrar S, Scott NA, Crevoisier C, Armante R (2003b) First measurement of mid-tropospheric $CO_2$ from NOAA polar satellites: The tropical zone. Journal of Geophysics Research, in press.

Chen CR, Lamb PJ (2000) Improved treatment of surface evapotranspiration in a mesoscale numerical model part II: Via the assimilation of satellite measurements. Terrestrial Atmospheric and Oceanic Sciences 11:789-832.

Ciais P, Meijer HAJ (1998) The $^{18}O/^{16}O$ isotope ration of atmospheric $CO_2$ and its role in global carbon cycle research. In: Griffiths H (ed) Stable Isotopes: Integration of Biological, Ecological and Geochemical Processes. Bios Scientific Publishers Ltd., Oxford, pp. 409-431.

Ciais P, Naegler T, Peylin P, Freibauer A, Bousquet P (2001) Horizontal displacement of carbon associated to agriculture and its impact on the atmospheric $CO_2$ distribution. Proceedings from the 6th International Carbon Dioxide Conference. Sendai, Japan, p. 673-75.

Ciais P, Moore B, Steffen, Hood M, Quegan S, Cihlar J, Raupach M, Rasool I, Doney S, Heinze C, Sabine C, Hibbard K, Schulze D, Heimann H, Chédin A, Monfray P, Watson A, LeQuéré C, Tans P, Dolman H, Valentini R, Arino O, Townshend J, Seufert G, Field F,Chu I, Goodale C, Nobre A, Inoue G, Crisp D, Baldocchi D, Tschirley J, Denning S, Cramer W, Francey R (2003) Integrated Global Carbon Observing: A Strategy to Build a Coordinated Operational Observing System of the Carbon Cycle and its Future Trends. IGOS-P.

Claussen M (1998) On multiple solutions of the atmosphere-vegetation system in present-day climate. Global Change Biology 4:549-559.

Cox PM, Betts RA, Jones CD, Spall SA, Totterdell IJ (2000) Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. Nature 408:184-187.

Cramer W, Bondeau A, Woodward FI, Prentice IC, Betts RA, Brovkin V, Cox PM, Fisher V, Foley JA, Friend AD, Kucharik C, Lomas MR, Ramankutty N, Sitch S, Smith B, White A, Young-Molling C (2001) Global response of terrestrial ecosystem structure and function to $CO_2$ and climate change: results from six dynamic global vegetation models. Global Change Biology 7:357-373.

Cramer W, Field CB (Eds.) (1999) The Potsdam NPP model intercomparison. Global Change Biology 5:1-76.

Dietz T, Rosa EA (1997) Effects of population and affluence on $CO_2$ emissions. Proceedings of the National Academy of Sciences of the United States of America 94:175-179.

Doney SC, Wallace DWR, Ducklow HW (2000) The North Atlantic carbon cycle: New perspectives from JGOFS and WOCE. In: Hanson RB, Ducklow HW, Field JG (eds) The Changing Ocean Carbon Cycle: A Midterm Synthesis of the Joint Global Ocean Flux Study. Cambridge University Press, pp 373-391.

Edmonds J, Joos F, Nakicenovic N, Richels R, Sarmiento J (2003) Scenarios, Targets, Gaps and Costs. In: The Global Carbon Cycle: Integrating Humans, Climate and the Natural World, Field C, Raupach M (Eds.). Island Press, Washington D.C., in press.

Ehleringer JR, Field CB (Eds.) (1993) Scaling Physiological Processes: Leaf to Globe. Academic Press, San Diego, 388 pp.

Enting IG (2002) Inverse problems in atmospheric constituent transport. Cambridge University Press, Cambridge.

Falkowski P, Scholes RJ, Boyle E, Canadell J, Canfield D, Elser J, Gruber N, Hibbard K, Hogberg P, Linder S, Mackenzie FT, Moore B, Pedersen T, Rosenthal Y, Seitzinger S, Smetacek V, Steffen W (2000) The global carbon cycle: A test of our knowledge of earth as a system. Science 290:291-296.

Field CB, Raupach MR (Eds.) (2003) The Global Carbon Cycle: Integrating Humans, Climate and the Natural World. Island Press, Washington, D.C., in press.

Ganopolski A, Kubatzki C, Claussen M, Brovkin V, Petoukhov V (1998) The influence of vegetation-atmosphere-ocean interaction on climate during the mid-Holocene. Science 280:1916-1919.

Ghil M (1994) Cryothermodynamics - the chaotic dynamics of paleoclimate. Physica D 77:130-159.

Gloor M, Bakwin P, Hurst D, Lock L, Draxler R, Tans P (2001) What is the concentration footprint of a tall tower? Journal of Geophysical Research-Atmospheres 106:17831-17840.

Goodale CL, Apps M, Birdsey RA, Field CB, Heath LS, Houghton RA, Jenkins JC, Kohlmaier GH, Kurz WA, Liu S, Nabuurs G-J, Nilsson S, Shvidenko AZ (2002) Forest Carbon sinks in the Northern Hemisphere. Ecological Applications 12:891-899.

Hibbard KA, Archer S, Schimel DS, Valentine DW (2001) Biogeochemical changes accompanying woody plant encroachment in a subtropical savanna. Ecology 82:1999-2011.

Gurney KR, Law RM, Denning AS, Rayner PJ, Baker D, Bousquet P, Bruhwiler L, Chen YH, Ciais P, Fan S, Fung IY, Gloor M, Heimann M, Higuchi K, John J, Maki T, Maksyutov S, Masarie K, Peylin P, Prather M, Pak BC, Randerson J, Sarmiento J, Taguchi S, Takahashi T (2002) Towards robust regional estimates of $CO_2$ sources and sinks using atmospheric transport models. Nature 415:626-630.

Gupta J, Lebel L, Velling P, Young O, IHDP Secretariat (2001) IHDP Global carbon cycle research. Bonn, IHDP.

Houghton RA (1999) The annual net flux of carbon to the atmosphere from changes in land use 1850-1990. Tellus B 51:298-313.

Houghton RA (2003) Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850-2000. Tellus 55B: 378-390.

Hutjes RWA, Kabat P, Running SW, Shuttleworth WJ, Field C, Bass B, Dias MAFD, Avissar R, Becker A, Claussen M, Dolman AJ, Feddes RA, Fosberg M, Fukushima Y, Gash JHC, Guenni L, Hoff H, Jarvis PG, Kayane I, Krenke AN, Liu C, Meybeck M, Nobre CA, Oyebande L, Pitman A, Pielke RA, Raupach M, Saugier B, Schulze ED, Sellers PJ, Tenhunen JD, Valentini R, Victoria RL, Vorosmarty CJ (1998) Biospheric aspects of the hydrological cycle - Preface. Journal of Hydrology 213:1-21.

IPCC (1996) Climate Change 1995: The science of climate change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, United Kingdom and New York, 572 pp.

IPCC (2000a) Special Report on Emissions Scenarios. Cambridge University Press, Cambridge, U.K.

IPCC (2000b) Special Report on Land Use, Land-Use Change and Forestry. Cambridge University Press, Cambridge, U.K.

IPCC (2001a) Climate Change 2001: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, U.K., 1032 pp.

IPCC (2001b) Climate Change 2001: Mitigation. Contribution of Working Group III to the Third Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, U.K., 752 pp.

IPCC (2001c) Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press, Cambridge, United Kingdom and New York, 881 pp.

Kalma JD, Sivapalan M (1995) Scale Issues in Hydrological Modelling, Kalma JD, Sivapalan M (Eds.). Wiley, Chichester, 489 pp.

Kaminski T, Knorr W, Rayner PJ, Heimann M (2002) Assimilating atmospheric data into a terrestrial biosphere model: A case study of the seasonal cycle. Global Biogeochemical Cycles 16: art-1006,

Keeling CD, Whorf TP (2000) Atmospheric $CO_2$ records from sites in the SIO air sampling network. Trends: A Compendium of Data on Global Change. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, Tenn., USA.

Kurz WA, Apps MJ (1999) A 70-year retrospective analysis of carbon fluxes in the Canadian forest sector. Ecological Applications 9:526-547.

Leemans R, van den Born GJ (1994) Determining the potential global distribution of natural vegetation, crops and agricultural productivity. Water, Air, and Soil Pollution 76: 133-161.

Lloyd J, Kruijt B, Hollinger DY, Grace J, Francey RJ, Wong SC, Kelliher FM, Miranda AC, Farquhar GD, Gash JHC, Vygodskaya NN, Wright IR, Miranda HS, Schulze D-E (1996) Vegetation effects on the isotopic composition of atmospheric $CO_2$ at local and regional scales: theoretical aspects and a comparison between rain forest in Amazonia and a Boreal Forest in Siberia. Australian Journal of Plant Physiology 23:371-399.

Marland G, Boden TA, Andres RJ (2000) Global, regional, and national $CO_2$ emissions. Trends: A Compendium of Data on Global Change. Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, Oak Ridge, Tenn., USA.

Mason M (1997) A look behind trend data in industrialization - The role of transnational corporations and environmental impacts. Global Environmental Change - Human and Policy Dimensions 7:113-127.

McConnell WJ, Moran EF, Brondizio E, DeFries R, Laney R, Latham JS, Leon A, Schneider L, Verburg P, Walsh SJ (2001) Meeting in the middle: the challenge of meso-level integration. LUCC Report Series No. 5, LUCC Focus 1 Office, Indiana University, and LUCC International Project Office, Belgium, 62 pp.

Michaud JD, Shuttleworth WJ (Eds.) (1997) Aggregate Description of Land-Atmosphere Interactions. Journal of Hydrology 190:173-414.

Mooney H, Canadell J, Chapin FS, Ehleringer J, Körner Ch, McMurtrie R, Parton W, Pitelka L, Schulze D-E (1999) Ecosystem Physiology Responses to Global Change. In: The Terrestrial Biosphere and Global Change. Implications for Natural and Managed Ecosystems. Walker BH, WL Steffen, J Canadell, JSI Ingram (Eds.) Cambridge University Press, London, p. 141-189.

Nakicenovic N, Victor N, Morita T (1999) Emissions Scenarios Database and Review of Scenarios, RR-99-4, International Institute for Applied Systems Analysis, Laxenburg, Austria. Reprinted from Mitigation and Adaptation Strategies for Global Change, 3:1381-2386.

Norby RJ, Kobayashi K, Kimball BK (2001) Rising $CO_2$ - future ecosystems - Commentary. New Phytologist 150:215-221.

O'Brien KL, Leichenko RM (2000) Double exposure: assessing the impacts of climate change within the context of economic globalization. Global Environmental Change - Human and Policy Dimensions 10:221-232.

Pacala SW, Hurtt GC, Baker D, Peylin P, Houghton RA, Birdsey RA, Heath L, Sundquist ET, Stallard RF, Ciais P, Moorcroft P, Caspersen JP, Shevliakova E, Moore B, Kohlmaier G, Holland E, Gloor M, Harmon ME, Fan SM, Sarmiento JL, Goodale CL, Schimel D, Field CB (2001) Consistent land- and atmosphere-based US carbon sink estimates. Science 292:2316-2320.

Papale D, Valentini R (2003) A new assessment of European forest carbon exchanges by eddy fluxes and artificial neural network spatialization. Global Change Biology 9:525-535.

Park SK, Zupanski A (2003) Four-dimensional variational data assimilation for mesoscale and storm-scale applications. Metereology and Atmopsheric Physics 82:173-208.

Pataki DE, Ehleringer JR, Flanagan LB, Yakir D, Bowling DR, Still CJ, Buchmann N, Kaplan JO, Berry JA (2003) The application and interpretation of Keeling plots in terrestrial carbon cycle research. Global Biogeochemical Cycles 17 (1).

Petit JR, Jouzel J, Raynaud D, Barkov NI, Barnola JM, Basile I, Bender M, Chappellaz J, Davis M, Delaygue G, Delmotte M, Kotlyakov VM, Legrand M, Lipenkov VY, Lorius C, Pepin L, Ritz C, Saltzman E, Stievenard M (1999) Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. Nature 399:429-436.

Raupach MR (2001) Inferring biogeochemical sources and sinks from atmospheric concentrations: general considerations and applications in vegetation canopies. In Global Biogeochemical Cycles in the Climate System, pp. 41-60. Schulze E-D, Heimann M, Harrison S, Holland, Lloyd EJ, Prentice IC, Schimel D (Eds.). Academic Press, San Diego.

Raupach MR, Barrett DJ, Briggs PR, Kirby JM (2002) Terrestrial biosphere models and forest-atmosphere interactions. In: Forests and Water, Vertessy R, Elsenbeer H (Eds). IUFRO.

Raupach M, Canadell JG, Bakker D, Ciais P, Sanz M-J, Fang JY, Melillo J, Romero-Lankao P, Sathaye J, Schulze D, Smith P, Tschirley J (2003) Interactions between CO₂ stabilisation pathways and requirements for a sustainable earth system. In: The Global Carbon Cycle: Integrating Humans, Climate and the Natural World, Field C, Raupach M (Eds.). Island Press, Washington D.C., in press.

Rayner PJ, Knorr W, Scholze M, Giering R. Heimann M, Le Quere C (2001) Inferring terrestrial biosphere carbon fluxes from combined inversions of atmospheric transport and process-based terrestrial ecosys-

tem models. Extended Abstracts of the 6th International Carbon Dioxide Conference, Sendai, Japan, October 2001, Oct, 2001, pp 1015-1017.

Rayner PJ, O'Brien DM (2001) The utility of remotely sensed CO₂ concentration data in surface source inversions. Geophysical Research Letters 28:175-178.

Rödenbeck C, Houweling S, Gloor M, Heimann M (2003) O2 flux history 1982-2001 inferred from atmospheric data using a global inversion of atmospheric transport. Atmospheric Chemistry and Physics Discussions 3:2575-2659.

Roughgarden T, Schneider SH (1999) Climate change policy: quantifying uncertainties for damages and optimal carbon taxes. Energy Policy 27:415-429

Running SW, Baldocchi DD, Turner DP, Gower ST, Bakwin PS, Hibbard KA (1999) A global terrestrial monitoring network integrating tower fluxes, flask sampling, ecosystem modeling and EOS satellite data. Remote Sensing of Environment 70:108-127.

Rustad LE, Campbell JL, Marion GM, Norby RJ, Mitchell MJ, Hartley AE, Cornelissen JHC, Gurevitch J (2001) A meta-analysis of the response of soil respiration, net nitrogen mineralization, and aboveground plant growth to experimental ecosystem warming. Oecologia 126:543-562.

Sabine CL, Feely RA (2001) Comparison of recent Indian Ocean anthropogenic CO₂ estimates with a historical approach. Global Biogeochemical Cycles 15:31-42.

Sabine CL, Heimann M, Artaxo P, Bakker D, Arther Chen C-T, Field CB, Gruber N, LeQuereC, Prinn RG, Richey JE, Romero-Lanko, P Sathaye J, Valentini R (2003) Current status and past trends of the global carbon cycle. In: The Global Carbon Cycle: Integrating Humans, Climate and the Natural World, Field C, Raupach M, (Eds.). Island Press, Washington, DC, in press.

Sabine C, Hood M (2003) Ocean carbon scientists organize to achieve better cooperation, coordination. EOS 84:18-20.

Sarmiento JL, Orr JC (1991) Three-dimensional simulations of the impact of Southern Ocean nutrient depletion on atmospheric CO₂ and ocean chemistry. Limnology and Oceanography 36:1928-1950.

Schimel DS, House JI, Hibbard KA, Bousquet P, Ciais P, Peylin P, Braswell BH, Apps MJ, Baker D, Bondeau A, Canadell J, Churkina G, Cramer W, Denning AS, Field CB, Friedlingstein P, Goodale C, Heimann M, Houghton RA, Melillo JM, Moore B, Murdiyarso D, Noble I, Pacala SW, Prentice IC, Raupach MR, Rayner PJ, Scholes RJ, Steffen WL, Wirth C (2001) Recent patterns and mechanisms of carbon exchange by terrestrial ecosystems. Nature 414:169-172.

Schulze E-D, Högberg P, van Oene H, Persson T, Harrison AF, Read D, Kjöller A, Matteucci G

(2000) Interactions between the carbon and nitrogen cycle and the role of biodiversity: A synopsis of study along a north-south transect through Europe. Ecological Studies 142:468-492.

Smith P, Faloon P, Smith JU, Powlson DS (2001) Soil organic matter network (SOMNET): 2001 Model and experimental metadata. GCTE Report No. 7 (second edition), Wallingford.

Styles JM, Raupach MR, Lloyd J, Kolle O, Farquhar GD, Shibistova O, Lawton KA, Schulze E-D (2002) Soil and canopy $CO_2$, $13CO_2$, $H_2O$ and sensible heat flux partitions in a forest canopy inferred from concentration measurements. Tellus B 54:655-676.

Tans PP, Fung IY, Takahashi T (1990) Observational constraints on the global atmospheric $CO_2$ budget. Science 247:1431-1438.

Takahashi T, Sutherland SC, Sweeney C, Poisson A, Metzl N, Tilbrook B, Bates N, Wanninkhof R, Feely RA, Sabine C, Olafsson J, Nojiri Y (2002) Global sea-air $CO_2$ flux based on climatological surface ocean $pCO_2$, and seasonal biological and temperature effects, Deep-Sea Res. II 49:1601-1623.

Valentini R, Matteucci G, Dolman AJ, Schulze ED, Rebmann C, Moors EJ, Granier A, Gross P, Jensen NO, Pilegaard K, Lindroth A, Grelle A, Bernhofer C, Grunwald T, Aubinet M, Ceulemans R, Kowalski AS, Vesala T, Rannik U, Berbigier P, Loustau D, Guomundsson J, Thorgeirsson H, Ibrom A, Morgenstern K, Clement R, Moncrieff J, Montagnani L, Minerbi S, Jarvis PG (2000) Respiration as the main determinant of carbon balance in European forests. Nature 404:861-865.

Vellinga P, Herb N, editors (1999) Industrial Transformation - Science Plan, Bonn: IHDP

Walker BH, Steffen WL, Canadell J, Ingram JSI (Eds.) (1999) The Terrestrial Biosphere and Global Change. Implications for Natural and Managed Ecosystems. Cambridge University Press, London.

Wang YP, Barret DJ (2003) Estimating regional terrestrial carbon fluxes for the Australian continent using a multiple-constraint approach: I. Using remotely sensed data and ecological observations of net primary production. Tellus 55B:270-289.

Watson AJ, Bakker, DCE, Ridgwell AJ, Boyd, PW, Law CS (2000) Effect of iron supply on Southern Ocean $CO_2$ uptake and implications for glacial atmospheric $CO_2$. Nature 407:730-733.

Wofsy SC, Goulden ML, Munger JW, Fan SM, Bakwin PS, Daube BC, Bassow SL, Bazzaz FA (1993) Net exchange of $CO_2$ in a midlatitude forest. Science 260:1314-1317.

Yamagata Y, Alexandrov GA (2001) Would forestation alleviate the burden of emission reduction?: An assessment of the future carbon sink from ARD activities. Climate Policy 1:27-40.

Young OR (1999) Institutional Dimensions of Global Environmental Change (IDGEC). Science Plan, Bonn: IHDP.

Young OR (2002) The institutional dimensions of environmental change: Fit, interplay, and scale. Cambridge, MIT Press.

# Appendixes

## Appendix A:

## A Selection of Relevant Initiatives and Networks

### A.1. The GCP sponsor programmes and their carbon activities

The three global change programmes that cosponsor the GCP are the IGBP, IHDP and WCRP. To date, there is a wealth of ongoing and proposed activities within, and shared between, the three programmes in carbon cycle research. The collaboration already initiated by the three programmes provides a strong platform for links to national and regional activities as well as to future projects in the GCP.

#### International Geosphere-Biosphere Programme (IGBP)

[http://www.igbp.kva.se]

The IGBP has a long-standing suite of carbon-research activities, ranging from iron fertilisation experiments in the ocean, experimental studies of terrestrial ecosystem response to warming and elevated $CO_2$, budget approaches to coastal-zone carbon fluxes and comparisons of a wide range of models related to the carbon cycle.

#### Global Analysis, Integration and Modeling (GAIM)

[http://gaim.unh.edu]

- Ocean Carbon Model Intercomparison (OCMIP)
- Ecosystem Model/Data Intercomparison (EMDI)
- Atmospheric Tracer Transport Model Intercomparison Project (TransCom)
- Global Net Primary Productivity Model Intercomparison
- Trace Gas and Aerosol Cycles in the Earth System (Traces)
- Earth System Models of Intermediate Complexity (EMICs)
- Coupled Carbon Cycle Climate Model Intercomparison Project (C4MIP) (co-sponsored by WCRP)
- Coupled Carbon Model Linkage Project (CCMLP)

#### Global Change and Terrestrial Ecosystems (GCTE)

[http://www.gcte.org]

- Effects of elevated $CO_2$ on terrestrial ecosystems
- Effects of warming on terrestrial ecosystems
- Biosphere-Atmosphere Stable Isotope Network (BASIN)

- Soil Organic Matter Network (SOMNET)
- Disturbances and biogeochemistry
- Dynamic Global Vegetation Model (DGVM) development
- Fluxnet

#### Land Use/Cover Change (LUCC) (cosponsored by IHDP)

[http://www.geo.ucl.ac.be/LUCC]

- Land-use and Climate Change Impacts on Carbon Fluxes (LUCCI)
- Carbon sequestration supply from and clean development mechanism rules for tropical forest carbon sinks: a case study of Costa Rican LUCC

#### Land project (cosponsored by IHDP)

- Terrestrial coupled biogeochemistry
- Disturbances and carbon emissions
- Coupled human-biogeochemical terrestrial system

Note: This is the new project from the fusion of GCTE and LUCC which will start in 2004.

#### Global Ocean Ecosystem Dynamics (GLOBEC) (cosponsored by SCOR and IOC)

[http://www.pml.ac.uk/globec/main.htm]

- Food web dynamics in the ocean

#### Joint Global Ocean Flux Study (JGOFS)

[http://ads.smr.uib.no/jgofs/jgofs.htm]

- Global surveys: air-sea flux of $CO_2$
- Continental margins
- Time-series stations
- Basin cruises

Note: JGOFS will finish at the end of 2003 and the new IGBP/SCOR IMBER project will be initiated in 2004.

#### Integrated Marine Biogeochemistry and Ecosystem Research (IMBER) (cosponsored by SCOR).

It will be initiated in 2004.
- Deep ocean transport and storage of carbon

#### Interactive Land Ecosystem-Atmosphere Processes (ILEAPS)

The new project on land-atmosphere interactions which will address the mechanisms underlying these land-atmosphere interactions. The project will be initiated in early 2004.

### Land Ocean Interactions in the Coastal Zone (LOICZ)

[http://www.nioz.nl/loicz/]

- The effects of changes in external forcing or boundary conditions on coastal fluxes
- Coastal biogeomorphology and global change; the fate of carbon in coastal and shelf waters
- Carbon fluxes and trace gas emissions: carbon transport down rivers to the coastal zone
- Economic and social impacts of global change in coastal systems: coastal system sustainability and resource management issues

### Past Global Changes (PAGES)

[http://www.pages.unibe.ch/]

- PAGES and Climate Variability and Predictability (CLIVAR) - The carbon-climate system investigated through ice cores and deep sea sediments
- International Marine Past Global Change Study (IMAGES)
- Past ecosystems processes and human-environment interactions

### Surface Ocean-Lower Atmosphere Study (SOLAS) (cosponsored by SCOR, Commission on Atmospheric Chemistry and Global Pollution (CACGP) and WCRP)

[http://www.solas-int.org]

- Biogeochemical interactions and feedbacks between ocean and atmosphere
- Exchange processes at the air-sea interface and the role of transport and transformation in the atmospheric and oceanic boundary layers
- Air-sea flux of $CO_2$ and other long-lived radiatively active gases

### *International Human Dimensions Programme (IHDP)*

[http://www.ihdp.org/]

IHDP has initiated a wide range of carbon-related activities through each of its four core science projects: IDGEC, IT, LUCC and Global Environmental Change and Human Security (GECHS). These include a flagship project on the institutional dimensions of carbon management (investigating institutional issues associated with controlling greenhouse gas emissions); research on industrial transformation and the decarbonisation of energy systems; research on transformation of land-use systems and the behaviour of the terrestrial component of the global carbon cycle (and our responses to those changes); and the implications for human security of changes in carbon-cycle dynamics. For more information, please check the IHDP Global Carbon Research document found on the GCP website.

### Institutional Dimensions of Global Environmental Change (IDGEC)

[http://fiesta.bren.ucsb.edu/~idgec]

- The Political Economy of Tropical and Boreal Forests (PEF)
- Carbon Management Research Activity (CMRA)
- Performance of Exclusive Economic Zones (PEEZ)

### Industrial Transformation (IT)

[http://www.vu.nl/ivm/research/ihdp-it/]

- Energy and material flows
- Cities/transportation
- Governance and transformation processes

The IT project has written a document listing specific IT-related research questions relevant to the GCP. This document can be viewed at the GCP website

### Land-use and Land-cover Change (a cosponsored project with IGBP)

[http://www.geo.ucl.ac.be/]

- Land-use and Climate Change Impacts on Carbon Fluxes (LUCCI)
- Carbon sequestration supply from and clean development mechanism rules for tropical forest carbon sinks: a case study of Costa Rican LUCC

## *World Climate Research Programme (WCRP)*

[http://www.wmo.ch/web/wcrp/wcrp-home.html]

The WCRP provides the modelling tools for climate variability and change essential towards understanding internannual to intercentury variability in the carbon cycle, the strong control of oceanic and atmospheric circulation over carbon transport and storage, as well as links between the carbon and hydrological cycles. A brief list of major activities sponsored by WCRP are listed below.

### Global Energy and Water Cycle Experiment (GEWEX)

[http://www.gewex.org]

- Global Land/Atmosphere System Study (GLASS), and particularly its Project for Intercomparison of Landsurface Parameterization Schemes (PILPS C-1)
- GEWEX Modeling and Prediction Panel (GMPP) to develop and improve cloud and land-surface parameterization schemes and their integration into GCMs
- Data projects
- Global $CO_2$ measurements from space

### Climate Variability and Predictability (CLIVAR)

[http://www.clivar.org/]

- Repeated transoceanic sections at decadal time scales of ocean physical properties and carbon system variables
- Working Group on Seasonal to Interannual Prediction (WGSIP)

### Working Group on Coupled Modelling (WGCM)

[http://www.wmo.ch/web/wcrp/wgcm.htm]

- Development of fully interactive, comprehensive Earth system models including a realistic representation of the carbon cycle

### Working Group on Numerical Experimentation (WGNE - Co-sponsored by WCRP JSC and WMO Commission for Atmospheric Sciences, CAS)

[http://www.wmo.ch/web/wcrp/wgne.htm]

- Model intercomparisons to improve the characterization of $CO_2$ processes in GCMs
- Data assimilation approaches

### Arctic Climate System Study and Climate and Cryosphere Project (ACSYS/CliC)

[http://www.npolar.no/acsys/]

- Influences of changes in the cryosphere on the global carbon cycle
- Greenhouse gases emissions from permafrost
- Sink strength of the Artic Ocean

## A.2. A selection of national and regional programmes

National-level carbon research programmes are the fundamental blocks of research and scientific communities to develop a global strategy. Through activities to enhance comparability, leverage resources, rapid transfer of methodologies and acknowledge, the GCP hopes to further enhance the capabilities of the national and regional programmes at the same time it provides scientific leadership to bring together all the components of what is a single global carbon cycle. In this section, three examples of national and regional programmes are described. For information on other national programmes, check the GCP website.

### The Australian Carbon Cycle Programme

[http://www.greenhouse.gov.au/science/index.html], [http://www.greenhouse.crc.org.au]

The Australian Carbon Cycle Programme includes activities of CSIRO (Biosphere Working Group, BWG) and the Cooperative Research Centre for Greenhouse Accounting (CRCGA). Its foci are:

- Process interactions between the biosphere and the atmosphere, particularly the role of the biosphere in the cycles of biogenic greenhouse gases (carbon dioxide, methane, nitrous oxide) in the Australasian region.
- Feedbacks between terrestrial, ocean and the atmospheric systems in the Australasian region, and their implications for regional climate change and variability.
- Development and application of multiple-constraint approaches to determine regional sources and sinks of greenhouse gases and to improve coupled ocean-atmosphere-terrestrial climate models.

### CarboEurope

[http://www.bgc-jena.mpg.de/public/carboeur/]

CarboEurope is a cluster of projects to understand and quantify the carbon balance of Europe, funded by European Commission DG Research - 5th Framework Programme (to be continued under 6th FP). The objectives of the CarboEurope cluster are to advance the understanding of carbon fixation mechanisms and to quantify the magnitude of the carbon sources/sinks for a range of European terrestrial ecosystems and how these may be constrained by climate variability, availability of nutrients, changing rates of nitrogen deposition and interaction with management regimes. Research focusing on European ecosystem is complemented by investigations of the sink strength of Siberian and Amazon forests. Relevant specific topics are:

- To provide a multidisciplinary, fully integrated frame-

work to verify across scales, from ecosystems to regional and continental areas, the space and temporal behaviour of carbon sources and sinks and to assess their socioeconomic drivers and consequences.
- To make use of state-of-the-art technologies for carbon accounting and modelling.
- To adopt a consistent carbon accounting strategy across scales.

### China Carbon Flux Programme

A multi-agency effort including the National Science Foundation of China (NSFC), State Science and Technology Committee (SSTC), and the Chinese Academy of Sciences (CAS) has established a carbon programme with five foci:
- Carbon flux and storage of typical terrestrial and marginal sea ecosystems in China, including forest, cropland, grassland, lake and marginal sea ecosystems.
- Biogeochemical processes of carbon flux and storage of terrestrial and marginal sea ecosystems in China and biological acclamation.
- Historical processes of terrestrial carbon cycling in China and land use change.
- Modelling carbon cycling of terrestrial and marginal sea ecosystems.
- Comprehensive research on carbon budgeting and carbon mitigation/sequestration.

For further information: Guangsheng Zhou [zhougs@public2.bta.net.cn]

### Japan Integrated Research on Carbon Management

Sponsored by the Global Environment Research Fund of the Ministry of the Environment, Japan, the project will elucidate carbon dynamics between the atmosphere and terrestrial ecosystems in Asia in order to ultimately minimize the rate of increase in $CO_2$ concentration. The programme encompasses four themes:
- Analyses of the carbon balance in terrestrial ecosystem using bottom-up approaches based on micrometeorological and ecological methods.
- Analysis of meso-scale terrestrial carbon balance using top-down approach based on atmospheric monitoring.
- Assessment of carbon balance dynamics and evaluation of methodologies for carbon budget management in terrestrial ecosystems.
- Promotion of integrated research and information sharing.

For further information: Toshinori Okuda [toecolog@sakura.cc.tsukuba.ac.jp]

### The Large Scale Biosphere Atmosphere Experiment in Amazonia (LBA)

[http://lba.cptec.inpe.br/lba/indexi.html]

As part of the LBA, and number of countries including Brazil, US, and several European countries are coordinating research on the carbon cycle in Amazonia. The main four areas of research are:
- Biogeochemical interactions and feedbacks between the Amazon forest and atmosphere climatic forcing that regulates carbon cycling in tropical forests.
- Carbon fluxes from deforestation and human dimension drivers.

- Effects of climate change on tropical ecosystems.
- Evasion of $CO_2$ from flooded forests.
- Effect of aerosols on the radiation balance and carbon cycling.

## The United States Carbon Cycle Science Programme (USGCRP)

[http://www.carboncyclescience.gov]

The United States Global Change Research Programme has established a Carbon Cycle Science Programme. The new Programme provides critical unbiased scientific information on the fate of carbon in the environment and how cycling of carbon might change and be changed in the future. This includes providing the scientific foundation for management of carbon in the environment. Research will be coordinated and integrated to identify and quantify regional to global-scale sources and sinks for carbon dioxide and other greenhouse gases and to understand how these sources and sinks will function in the future, providing essential information for future predictions of the state of the Earth system.

## A.3. A Selection of other International Initiatives

In addition to the national and regional programmes, several additional international initiatives and programmes are attempting to address a suite of issues related to the global carbon cycle, and climate change and variability:

## Carbon Variability Studies by Ships of Opportunity (CAVASSOO)

[http://lgmacweb.env.uea.ac.uk/e072/]

The aim of CAVASSOO is to provide reliable estimates of the uptake of $CO_2$ by the North Atlantic, and how this varies from season to season and year to year. These will in turn assist in constraining estimates of European and North American terrestrial (vegetation) sinks, using atmospheric inverse modelling techniques.

## Global Quality Control for Long-Lived Trace Gas Measurements (GLOBALHUBS)

The aim of GLOBALHUBS is to improve interlaboratory comparability for measurement of long-lived atmospheric trace gas species, resulting in improved derivation of source/sink fluxes from spatial and temporal atmospheric composition changes.

## Integrated Global Observing Strategy Partnership (IGOS-P)

[http://ioc.unesco.org/igospartners/igoshome.htm]
The IGOS-P is a partnership that develops common, integrated strategies to be implemented and coordinated by the Global Observing Systems:
- Global Ocean Observing System (GOOS) [http://ioc.unesco.org/goos/]
- Global Terrestrial Observing System (GTOS) [ http://www.fao.org/gtos/index.html]
- Global Climate Observing System (GCOS) [http://www.wmo.ch/web/gcos/gcoshome.html]

## The Intergovernmental Panel on Climate Change (IPCC)

[http://www.ipcc.ch/]

Recognizing the problem of potential global climate change, the World Meteorological Organization (WMO) and the United Nations Environment Programme established the Intergovernmental Panel on Climate Change (IPCC) in 1988. The role of the IPCC is to assess the scientific, technical and socioeconomic information relevant for the understanding of the risk of human-induced climate change. It does not carry out research nor does it monitor climate related data or other relevant parameters. It bases its assessment mainly on peer reviewed and published scientific/technical literature.

## The Millennium Ecosystem Assessment (MA)

[http://www.millenniumassessment.org/en/index.htm]

The Millennium Ecosystem Assessment is an international assessment activity charged with examining the processes supporting life on Earth, including the world's grasslands, forests, rivers and lakes, farmlands and oceans, with respect to the capacity of an ecosystem to provide goods and services important for human development. The goal of the four-year programme is to improve the management of the world's natural and managed ecosystems by helping to meet the needs of decision-makers (in governments and the private sector) and the public for peer-reviewed, policy-relevant scientific information on the condition of ecosystems, consequences of ecosystem change, and options for response. In addition, the MA will build human and institutional capacities to provide information.

## Northern Eurasian Earth Science Partnership Initiative (NEESPI)

[http://neespi.gsfc.nasa.gov/]

The goal of NEESPI is to establish a large-scale, interdisciplinary programme of funded research aimed at developing a better understanding of the interactions between the ecosystem, atmosphere, and human dynamics in northern Eurasia in support of international science programmes. NEESPI partners include NASA and other United States agencies, the Russian Academy of Sciences and Russian and international institutions, GOFC, IGBP and other international programmes. NEESPI's approach to carbon research combines regional in situ data, remote sensing observations and measurements, and models, including terrestrial carbon, socioeconomic, landscape, and integrated models. Current carbon-related projects include:
- Modeling carbon dynamics and their economic implications in two forested regions: pacific northwestern United States and northwestern Russia.
- Modeling Siberian forest land-cover change and carbon under changing economic paradigms
- Determining the contribution of emissions from boreal forest fires to interannual variations in atmospheric $CO_2$ at high northern latitudes.
- Determining the contribution of emissions from boreal forest fires to interannual variations in atmospheric $CO_2$ at high northern latitudes.
- Modeling and monitoring effects of area burned and fire severity on carbon cycling, emissions, and forest health and sustainability in Central Siberia.
- Combined satellite mapping of Siberian landscapes.

- Changes in terrestrial carbon storage in Russia as a result of recent disturbances and land-use change.

## The Scientific Committee on Oceanic Research (SCOR)

[http://www.jhu.edu/~scor]

In addition to cosponsoring JGOFS, SOLAS, and the Ocean Biogeochemistry and Ecosystems project with IGBP and the Ocean Carbon Dioxide Advisory Panel with IOC, the Scientific Committee on Oceanic Research (SCOR) has several working groups on related carbon cycle research:
- Carbon Dioxide in the Atlantic Ocean (CARINA)

[http://www.ioc.unesco.org/iocweb/co2panel/]. CARINA is a project linked to the IOC/SCOR panel that aims to inventory and publish $CO_2$ data in the North Atlantic Ocean.
- Biogeochemistry of iron in seawater.
- The role of marine phytoplankton in global climate regulation
- New methodologies on:
  - surveying plankton
  - estimating downward carbon flux from the surface ocean

## The Scientific Committee on Oceanic Research (SCOR) - Intergovernmental Oceanographic Commission (IOC) Panel on Ocean $CO_2$

[http://ioc.unesco.org/iocweb/co2panel/]

The Scientific Committee on Oceanic Research and the Intergovernmental Oceanographic Commission of UNESCO established the Advisory Panel on Ocean $CO_2$ in 2000 to catalyse, coordinate and communicate ocean carbon activities of common interest to the international community. Programme areas currently include:
- Coordination of observations (with the GCP via IOCCP).
- Advocacy for standards and reference materials.
- Information exchange and measurement technology.
- Development and maintenance of information on carbon sequestration in the oceans.

## Appendix B:

## Integrated Global Carbon Observing Strategy (IGCO)

A Strategy to Build a Coordinated Operational Observing System of the Carbon Cycle and its Future Trends

P Ciais, B Moore, W Steffen, M Hood, S Quegan, J Cihlar, M Raupach, I Rasool, S Doney, C Heinze, C Sabine, K Hibbard, D Schulze, M Heimann, A Chédin, P Monfray, A Watson, C LeQuéré, P Tans, H Dolman, R Valentini, O Arino, J Townshend, G Seufert, C Field, I Chu, C Goodale, A Nobre, G Inoue, D Crisp, D Baldocchi, J Tschirley, S Denning, W Cramer, R Francey

### *Executive summary*

The overall goal of the Integrated Global Carbon Observing theme (IGCO) is to develop a flexible yet robust strategy for deploying global systematic observations of the carbon cycle over the next decade. This report builds upon the foundation set by the IGCO strategy and sets forth an operational global carbon observing system. This system has two main objectives:

- To provide the long-term observations required to improve understanding of the present state and future behaviour of the global carbon cycle, particularly the factors that control the global atmospheric $CO_2$ level

- To monitor and assess the effectiveness of carbon sequestration and/or emission reduction activities on global atmospheric $CO_2$ levels, including attribution of sources and sinks by region and sector.

The system will meet those objectives by routinely quantifying and assessing the global distribution of $CO_2$ fluxes exchanged between the Earth's surface and the atmosphere, and by measuring at regular intervals the changes of key carbon stocks, along with observations that help elucidate underlying biogeochemical processes. The global carbon observing system integrates across all multifaceted aspects of the three major domains of the carbon cycle: ocean, land, and atmosphere; Indeed, the most successful advances in understanding springs from the combination of data and models for the different domains, wherein results from one domain place valuable constraints on the workings of the other two.

Implementing the observing system requires:

- Establishing data requirements, designing network configurations, and developing advanced algorithms for operational carbon observations, which will be the core of a future, sustained operational system by 2015.

- Developing cost-effective, low maintenance, in situ sensors for atmospheric $CO_2$, ocean dissolved $pCO_2$, and terrestrial ecosystem fluxes.

- Developing and implementing technologies for remote sensing of $CO_2$ from space.

- Developing, in collaboration with the research community, operational carbon cycle models, validated through rigorous tests and driven by systematic observations that can deliver routine diagnostics of the state of the carbon cycle.

- Enhancing data harmonisation, archiving, and distribution to support model development and implementation.

This report presents a vision of the global carbon observing system, which ultimately will be implemented both by research and operational agencies, and it provides a roadmap to realize the system. The report identifies a core set of existing research-based observations upon which to build the system, drawing from the terrestrial carbon observing strategy and global ocean observing system. In addition, it describes the critical priorities and steps required to transfer the core set of research observations into an operational system.

The global carbon observing system should be built around complementary core groups of observations to address three themes: fluxes, pools, and processes.

**Fluxes.** The first set of observations enables quantification of the distribution and variability of $CO_2$ fluxes between the Earth's surface and the atmosphere. It contains:

- Satellite observation of column integrated atmospheric $CO_2$ distribution to an accuracy of at least 1 ppm with synoptic global coverage - all latitudes, all seasons.
  - These observations do not exist yet and must be given a very high priority.

- An optimized operational network of atmospheric in situ stations and flask sampling sites with an accuracy of at least 0.1 ppm.
  - These observations, at present, are achieved in research mode, comprise 100 stations worldwide. They must be increased in horizontal and vertical coverage to include continental interiors and poorly sampled regions. This requires development of cost-effective sensors and the systematic use of opportunity platforms.

- An optimized, operational network of eddy covariance towers measuring on a continuous basis the fluxes of $CO_2$, energy and water vapour over land ecosystems.
  - These observations are currently made from a research network comprising 100 towers. The network must be secured for the long term, and expanded over ecosystem types, successional stages, and land-use intensities.

- A global ocean $pCO_2$ measurement system using a coordinated combination of research vessels, ships of opportunity, and autonomous drifters.
  - These observations represent at present about 100 cruises. The central challenge to developing a global-scale operational ocean carbon observation network is the lack of accurate, robust, cost-effective, autonomous sensors for ocean $pCO_2$.

- A combination of satellite observations, backed up by a long term continuity of sensors, delivering global observations of parameters required to estimate surface-atmosphere $CO_2$ fluxes where direct in situ measurements are scarce.
  - These crucial satellite observations are: land cover status, disturbance extent and intensity, parameters related to vegetation activity, ocean colour, and ancillary atmospheric and oceanic variables controlling the fluxes.

The approach for using these observations to quantify the distribution and variability of $CO_2$ fluxes between the Earth's surface and the atmosphere requires reconciliation of both down-scaling and up-scaling estimates. Atmospheric transport models are required to down-scale the atmospheric $CO_2$ measurements into fluxes. Carbon cycle flux models are required to scale-up point-wise in situ observations using remotely sensed variables.

Once the operational carbon observing system is in place model-data fusion techniques will routinely assimilate the above listed data streams of carbon measurements to produce consistent and accurate estimates of global $CO_2$ flux fields with typical resolution of 10 km over land and 50 km over oceans with weekly frequency.

**Pools.** Global carbon observing system will monitor changes in three key carbon pools:

- Forest aboveground biomass, which will be measured at 5-year intervals by in situ inventory methodologies and more frequently corroborated by remote sensing techniques.
- Soil carbon content will be measured at 10-year intervals primarily by in situ inventory methodologies.
  - These observations are already collected on a systematic basis for assessing the commercial value of forests and the quality of soils, respectively. They need, however, to be expanded over non-managed forests, adapted for carbon cycle studies, and be made available on a georeferenced basis.
- Inventories of dissolved carbon in the main ocean basins, measured at 5 to 10-year intervals, to estimate the sequestration of anthropogenic $CO_2$ into surface waters.
  - These observations are currently made by research community; they need to be systematized, carefully intercalibrated expanded over poorly sampled ocean gyres, and, most importantly, they need to be made.

measurements related to important carbon cycle processes. Most of these will remain in the research domain, to be coordinated within the framework of the Global Carbon Project (**Figure 21**). Two process-related observations, however, are more appropriate for the operational domain and will become part of the core set of the system:

- Fire distribution (spots) and burned area extent, to estimate the fluxes of carbon that are emitted during disturbances such as fire. Fire spots will be measured on (sub) daily time steps, with fire extent at monthly intervals.
- Land-cover change, to estimate the fluxes of carbon associated with forest clearing and reversion of agricultural lands to natural ecosystems. The sampling interval will be 5 years with a spatial resolution of 1 km.

The observation efforts will be combined with an end-to-end data analysis system to deliver high quality products that will be freely accessible to the scientific and policy communities around the world.



**Figure 21**

Links between operational observation (Integrated Global Carbon Observation, IGCO), research planning (Global Carbon Project, GCP) and assessment (IPCC, Intergovernmental Panel on Climate Change) (Ciais et al 2003).

## C.1. Examples of existing providers of carbon observations

| Type (in situ, satellite) | Sponsor* | Data/products provided | Coverage in space and time | Reference |
|---|---|---|---|---|
| **In situ terrestrial** | | | | |
| FLUXNET | Countries/IGBP/WCRP | Ecosystem data and fluxes; micromet. data | All continents (except Antarctica) | http://www-eosdis.ornl.gov/FLUXNET/ |
| ILTER | Countries/ | Ecosystem data | 21 countries | http://www.ilternet.edu/ |
| GT-Net | Countries/GTOS | Ecosystem data | 84 countries, numerous networks | http://www.fao.org/gtos/gt-net.html |
| SOMNET | Countries/IGBP | Soil data | ~70 sites, 6 continents | http://www.rothamsted.bbsrc.ac.uk/aen/somnet/index.htm |
| **In situ oceanic** | | | | |
| GOOS | Countries/IOC | See Appendix B | Global or regional | http://ioc.unesco.org/goos/ |
| CDIAC Oceans | JGOFS, CLIVAR, GLODADP, CARINA | $CO_2$ measurements | Global | http://cdiac.esd.ornl.gov/oceans/home.html |
| PICIS PICNIC | PICIS | $CO_2$ measurements | North Pacific ocean | http://picnic.pices.jp |
| CARINA | CARINA | Carbon data | Atlantic ocean | http://www.ifm.uni-kiel.de/fb/fb2/research/carina |
| IOCCP | IOC - WMO - UNEP - ICSU | Observation system information and coordination | Global, regional, national | http://www.ioccp.org |
| CLIVAR | WCRP | Repeat hydrographic surveys of carbonate system, hydrography, traces, metereological observations, vessel-mounted ADCP. | Global, basin scales, 5-10 year repeats; 30-50 km spacing along sections with more dense sampling on the continental shelf. Full water column. | http://www.sprint.clivar.org/ http://www.ioccp.org |
| Carbon SOOP | Coordinated by: IOCCP | Underway measurements of $pCO_2$, ocean colour, metereological variables, $CO_2$, $^{13}C$, $^{14}C$, $^{18}O$ related variables | Regional (basin-scale), continuous along tracks, monthly to seasonal. | http://www.ifremer.fr/ird/soopip/instr.html http://www.ioccp.org |
| Global Ocean Time Series Observatory System | OOPC - CLIVAR - POGO; carbon information compiled by IOCCP | $pCO_2$, carbonate system, ocean color variables, ancillary physical, meteorological, chemical and biological measurements | Fixed-point moorings or revisited stations in strategic locations; high-frequency to interannual | http://www.oceantimeseries.org |

\* Both the direct sponsor (usually a national agency) and the international umbrella organisation are listed

## C.1. Examples of existing providers of carbon observations

| Type (in situ, satellite) | Sponsor* | Data/products provided | Coverage in space and time | Reference |
|---|---|---|---|---|
| *In situ oceanic (cont.)* | | | | |
| International Ocean Colour Coordinating Group | IOCCG, SCOR | Basin-scale surface biomass productivity; phytoplankton natural fluorescence | Global spatial coverage, 4-8 km resolution; coastal regions, 0.5 - 2 km resolution; daily to weekly | http://www.ioccg.org/ |
| *In situ atmospheric* | | | | |
| GLOBALVIEW- $CO_2$ | Countries/WMO | Trace gas concentrations | Global; ~weekly | http://www.cmdl.noaa.gov/ccgg/globalview/index.html |
| *Multiple* | | | | |
| Carbon Dioxide Information Analysis Center | U.S. DOE | Data repository for ocean carbon data and informatio from global, regional, and national research programmes. | Global, regional, and national. | http://cdiac.ornl.gov/oceans/home.html |
| *Satellite* | | | | |
| Fine resolution | NASA/CEOS | Images, land-cover | Global | http://ivanova.gsfc.nasa.gov/daac/ |
| | CNES/CEOS | Images, land-cover | Global | http://www.spot.com/ |
| | NASDA/CEOS | Images | Global | http://www.eoc.nasda.go.jp |
| | CSA/CEOS | Images | Global | http://www.spot.com/ |
| Medium to coarse resolution | NASA/CEOS | Images, land-cover and change; LAI; fires; $CH_4$, solar radiation; NPP | Global | http://ivanova.gsfc.nasa.gov/daac/ http://www.gewex.com/srb.html |
| | NOAA/CEOS | Solar radiation, images | Global | http://www.osdpd.noaa.gov/ |
| | NASDA/CNES/CEOS | OCT, POLDER | Global | http://www.eoc.nasda.go.jp |
| | ESA/JRC (WFW)/EC | Fires | Global | http://www.gvm.sai.jrc.it/ |
| | CNES/SNSB/OSTC/ SAI/EC | Images; land-cover and change; fires; ecosystem productivity; | Global | http://www.vgt.vito.be/ |

\* Both the direct sponsor (usually a national agency) and the international umbrella organisation are listed

## C.2. Examples of Carbon Information Users

| Programme | Sponsor | Data used/needed | Coverage in space, time | More information |
|---|---|---|---|---|
| *Global/International* | | | | |
| IPCC | UN FCCC | Ecosystem productivity | Global; past, present | http://www.ipcc.ch/ |
| Global Environmental Research Programmes | Countries or regions | All variables | Global; past, present | http://www.igbp.kva.se/ <br> http://www.ihdp.org/ <br> http://www.wmo.ch/web/wcrp/wcrp/wcrp-home.html |
| IOC | UNESCO | Ocean Variables | Global, regional <br> All time scales | http://ioc.unesco.org |
| IGBP (several core projects) | Countries or regions | All variables | Global; past, present | http://www.igbp.kva.se/ |
| Forest resources assessment | FAO | Land-cover and changes, biomass, fires, productivity | Global; every ~5 years | |
| Global Environmental Outlook | UNEP | All variables | Global; present; every 2 years | http://www1.unep.org/unep/eia/geo/reports.htm |
| NGOs (WRI, WCMC, others) | Various public and private | Land-cover and changes, biomass, fires, productivity | Global, regional; present | http://www.wri.org/ <br> http://www.wcmc.org.uk/ |
| Convention on Biological Diversity | Countries | Land-cover and changes, biomass, fires, productivity | National to global; past, present | http://www.biodiv.org/ |
| Convention to Combat Desertification | Countries | All variables | National; present | http://www.unccd.de/ |
| *National* | | | | |
| Carbon accounting | Countries, e.g.: Australia US, Norway | All variables | Present; national; project - based | http://www.greenhouse.gov.au/ncas/ <br> http://www.eia.doe.gov/oiaf/1605/ggrpt/ |
| Resource planning (vegetation, forest) | Countries, e.g.: Australia Africa, Canada | All variables | Present; national or sub-national | http://www.nlwra.gov.au/ <br> http://metart.fao.org/default.htm |
| Resource management: fire – related | Countries, e.g. Africa, Indonesia, various others | Fires; land-cover and change; biomass | Present; national | http://www.iffm.or.id/ <br> http://www.ruf.uni-freiburg.de/fireglobe/ |
| Resource management: crops, water | Countries (Africa,...) | Land-cover and change, biomass, productivity | Present; national | |

## C.3. Status of Satellite Missions for Global Carbon Cycle Observations *

| Agency | Mission*** | Carbon cycle sensors | Category** |
|---|---|---|---|
| CAST | | | |
| CNES | SPOT-3,- 4 | HRV | 1 |
| CNES, EU | SPOT-4, SPOT –5 | HRG, VEGETATION | |
| CSA | Radarsat -1, -2 | SAR | 1 |
| DARA | *** | | |
| ESA | ENVISAT-1 | ASAR, MERIS, AATSR, SCIAMACHY | 1 |
| ESA | ERS-2 | ATSR, AMI | 1 |
| ESA, CNES | SMOS *** | MIRAS | 1 |
| EUMETSAT | METOP –1, -2, - 3 | AVHRR /3, IASI, ASCAT | 1 |
| EUMETSAT | MSG | SEVIRI | 1 |
| INPE | MECB SSR-1, -2 | OBA | Planned |
| ISRO | IRS -1C, -1D | LISS-III, PAN, WIFS | |
| ISRO | IRS- P2, -P5, -P6 | LISS-II (-IV), WiFS, HR-PAN, AWiFS | |
| ISRO | IRS- P3, -P4 | MOS, WiFS, MSMR | |
| NASA | EOS Aqua | CERES, MODIS, AMSR-E | |
| AIRS | 1 | | |
| NASA | EOS Aura | HIRLDS, TES | 1 |
| NASA | EOS Terra | ASTER, CERES, MISR, MODIS, MOPITT | 1 |
| NASA | ESSP/VCL | MBLA | |
| NASA | ICESat | GLAS | 1 |
| NASA | | | |
| QuikScat | SeaWinds | 1 | |
| NASA | | OCO | 1 |
| ORBIMAGE (NASA data buy) | SeaStar*** | SeaWiFS | 1 |
| NASA | NMP/EO-1 | ALI, Hyperion | 4 |
| NASA, NASDA | TRMM | CERES, VIRS | |
| NASDA | ALOS | ALOS/PRISM, AVNIR-2, PALSAR, PRISM | 1 |
| NASDA, CNES | GCOM – B1, - B2 *** | GLI, POLDER, IMG | 2 |
| NASDA, CNES, NASA | ADEOS-II | GLI, POLDER-2 | 1 |
| NASDA, NASA | GCOM – A1, - A2 *** | SAGE-III, ILAS-II?? | 2 |
| NOAA | Landsat | ETM | 1 |
| NOAA | NPOESS | VIIRS, CrIS/ATMS, CMIS, OMPS, CERES | |
| NOAA | TIROS-N | AVHRR, TOVS | |
| NOAA | GOES I,J,K,L,;M | | 1 |
| NOAA | GOES - N,O,P,Q | | 1 |
| NOAA | GOES SEI | | |
| NOAA, NASA | NPOESS Preparatory Project (NPP)*** | VIIRS, CrIS/ATMS | 3 |

\* Note: the table includes only missions directly supporting carbon observations and products; other missions may provide supporting information

\*\* Category: 1 = confirmation and timing of missions already planned 2 = proposed missions using known technology 3 = transitioning of research instruments/missions into operational
4 = development of new technologies, products or missions 5 = data and information systems

\*\*\* Not in the WMO/CEOS database

# 7 Abbreviations & Acronyms

| | |
|---|---|
| ACSYS | Arctic Climate System Study |
| AGO | Australian Greenhouse Office |
| AIACC | Assessments of Impacts and Adaptations to Climate Change |
| AIRS | Atmospheric Infrared Sounder |
| AMSU | Advanced Microwave Sounding Unit (NOAA-15) |
| APN | Asia-Pacific Network for Global Change Research |
| APO | Atmospheric potential oxygen |
| AutoMOD | Automated Model Ocean Diagnostic Facility |
| AVHRR | Advanced Very High Resolution Radiometer |
| BAHC | Biospheric Aspects of the Hydrological Cycle |
| BASIN | Biosphere-Atmosphere Stable Isotope Network |
| BATS | Bermuda Atlantic Time-series Study |
| BWG | Biosphere Working Group |
| C4MIP | Coupled Carbon Cycle Climate Model Intercomparison Project |
| CACGP | Commission on Atmospheric Chemistry and Global Pollution |
| CARBOSAT | ESA space mission dedicated to monitoring of the carbon cycle |
| CARINA | Carbon Dioxide in the Atlantic Ocean |
| CAS | Commission for Atmospheric Sciences |
| CAVASSOO | Carbon Variability Studies by Ships of Opportunity |
| CCMLP | Coupled Carbon Model Linkage Project |
| CLIVAR | Climate Variability and Predictability Project |
| CMRA | Carbon Management Research Activity |
| CMTT | Continental Margins Task Team |
| COP | Conference of the Parties |
| CRCGA | Cooperative Research Center for Greenhouse Accounting |
| CSIRO | Commonwealth Scientific and Industrial Research Organisation |
| CZCS | Coastal Zone Color Scanner Data |
| DGVM | Dynamic Global Vegetation Model |
| DIC | Dissolved Inorganic Carbon |
| EMDI | Ecosystem Model-Data Intercomparison |
| EMIC | Earth System Model of Intermediate Complexity |
| ENRICH | European Network for Research in Global Change (EU) |
| ENSO | El Niño Southern Oscillation |
| ENVISAT | ESA satellite |
| EOS | Earth Observing Satellite |
| ESA | European Space Agency |
| ESSP | Earth System Science Partnership |
| EU | European Union |
| FACE | Free Air $CO_2$ Enrichment |
| FAO | Food and Agriculture Organization of the United Nations |
| GAIM | Global Analysis, Integration and Modelling |
| GCM | Global Climate Model |
| GCOS | Global Climate Observing System |
| GCP | Global Carbon Project |
| GCTE | Global Change and Terrestrial Ecosystems |
| GECAFS | Global Environmental Change and Food Systems |
| GECHS | Global Environmental Change and Human Security |
| GEO | Global Eulerian Observatories |

| | |
|---|---|
| GEWEX | Global Energy and Water Cycle Experiment |
| GLASS | Global Land/Atmosphere System Study |
| GLOBEC | Global Ocean Ecosystem Dynamics |
| GLOBALHUBS | Global Quality Control for Long-Lived Trace Gas Measurements |
| GLODAP | Global Ocean Data Analyses Project |
| GMPP | GEWEX Modeling and Prediction Panel |
| GOFC | Global Observations of Forest Cover |
| GOOS | Global Ocean Observing System |
| GPP | Gross Primary Production |
| GTOS | Global Terrestrial Observing System |
| HOT | Hawaii Ocean Time-series program |
| IAI | Inter-American Institute for Global Change Research |
| IAEA | International Atomic Energy Agency |
| IASI | Infrared Atmosphere Sounder Interferometer |
| ICSU | International Council of Science Unions |
| IDGEC | Institutional Dimensions of Global Environmental Change |
| IEA | International Energy Agency |
| IGBP | International Geosphere-Biosphere Programme |
| IGCO | Integrated Global Carbon Observation |
| IGOS-P | Integrated Global Observation Strategy Partnership |
| IHDP | International Human Dimensions Programme on Global Environmental Change |
| ILEAPS | Interactive Land Ecosystem-Atmosphere Processes |
| IMAGE | Integrated Model to Assess the Greenhouse Effect |
| IMBER | Integrated Marine Biogeochemistry and Ecosystem Research |
| IOC | Intergovernmental Oceanographic Commission |
| IOCCP | International Ocean Carbon Coordination Project |
| IPCC | Intergovernmental Panel on Climate Change |
| IT | Industrial Transformation |
| ILTER | International Long-term Ecological Research |
| JGOFS | Joint Global Ocean Flux Study |
| JSC | Joint Scientific Committee |
| LBA | Large-Scale Biosphere Atmosphere Experiment in Amazonia |
| Land project | Fusion of GCTE and LUCC under development by IGBP and IHDP |
| LOICZ | Land-Ocean Interactions in the Coastal Zone |
| LUCC | Land Use/Cover Change |
| LUCCI | Land-Use and Climate Change Impacts on Carbon Fluxes |
| MA | Millennium Ecosystem Assessment |
| METOP | Meteorological Operational Polar Satellite |
| MODIS | Moderate Resolution Imaging Spectroradiometer |
| NACP | North American Carbon Programme |
| NASA | National Aeronautics Space Agency |
| NCAR | National Center for Atmospheric Research |
| NEESPI | Northern Eurasian Earth Science Partnership Initiative |
| NOAA | National Oceanic and Atmospheric Administration |
| NOCES | Northern Ocean Carbon Exchange Study |
| NPP | Net Primary Production |
| NSCAT | NASA Scatterometer |
| OCO | Orbiting Carbon Observatory |
| OCMIP | Ocean Carbon-Cycle Model Intercomparison Project |
| OCTS | Ocean Color and Temperature Scanner |
| PAGES | Past Global Changes |
| PEEZ | Performance of Exclusive Economic Zones |
| PEF | Political Economy of Tropical and Boreal Forests |
| PEP | Pole Equator Pole Transects |
| PICES | The North Pacific Marine Science Organization |
| PILPS | Project for Intercomparison of Landsurface Parameterization Schemes |
| POLDER | Polarization and Directionality in the Earth Reflectances |
| POC | Particulate Organic Carbon |
| ppm | Parts per million |
| ppmv | Parts per million by volume |
| SARCS | Southeast Asia Regional Committee of START |
| SBSTA | Subsidiary Body for Scientific and Technological Advice |
| SCIAMACHY | Scanning Imaging Absorption Spectrometer for Atmospheric Cartography |

| | |
|---|---|
| SCOPE | Scientific Committee on Problems of the Environment |
| SCOR | Scientific Committee on Oceanic Research |
| SeaWiFS | Sea-viewing Wide Field-of-view Sensor |
| SOIREE | Southern Ocean Iron Release Experiment |
| SOLAS | Surface Ocean-Lower Atmosphere Study |
| SOMNET | Soil Organic Matter Network |
| SOOP | Ships Of Opportunity |
| SSC | Scientific Steering Committee |
| SST | Sea Surface Temperature |
| START | Global Change Systems for Analysis, Research and Training |
| SVAT | Soil Vegetation Atmospheric Transfer Scheme |
| TCO | Terrestrial Carbon Observation |
| TIROS-N | Television Infrared Observational satellite-Next |
| TOPEX | US-French orbital mission to track sea-level height with radar altimeters |
| TOVS | TIROS Operational Vertical Sounder |
| Traces | Trace Gas and Aerosol Cycles in the Earth System |
| TransCom | Atmospheric Tracer Transport Model Intercomparison Project |
| UNFCCC | United Nations Framework Convention on Climate Change |
| USGCRP | United States Carbon Cycle Science Programme |
| WCRP | World Climate Research Programme |
| WGCM | Working Group on Coupled Modelling |
| WGSIP | Working Group on Seasonal to Interannual Prediction |
| WMO | World Meteorological Organization |
| WOCE | World Ocean Circulation Experiment |



Please note that this PDF is subject to specific restrictions that limit its use and distribution. The terms and conditions are available online at *www.iea.org/about/copyright.asp*

# 2011
### EDITION

# CO$_2$ EMISSIONS FROM FUEL COMBUSTION

## HIGHLIGHTS



International Energy Agency



**2011**
EDITION

# $CO_2$ EMISSIONS
# FROM FUEL COMBUSTION
## H I G H L I G H T S

In the lead-up to the UN climate negotiations in Durban, the latest information on the level and growth of $CO_2$ emissions, their source and geographic distribution will be essential to lay the foundation for a global agreement. To provide input to and support for the UN process the IEA is making available for free download the "Highlights" version of *$CO_2$ Emissions from Fuel Combustion*.

This annual publication contains:

- estimates of $CO_2$ emissions by country from 1971 to 2009,
- selected indicators such as $CO_2$/GDP, $CO_2$/capita, $CO_2$/TPES and $CO_2$/kWh,
- $CO_2$ emissions from international marine and aviation bunkers, and other relevant information.

The seventeenth session of the Conference of the Parties to the Climate Change Convention (COP 17), in conjunction with the seventh meeting of the Parties to the Kyoto Protocol (CMP 7), will be meeting in Durban, South Africa from 28 November to 9 December 2011. This volume of "Highlights", drawn from the full-scale study, was specially designed for delegations and observers of the meeting in Durban.

2011
EDITION

# CO$_2$ EMISSIONS
# FROM FUEL COMBUSTION

## HIGHLIGHTS

# INTERNATIONAL ENERGY AGENCY

The International Energy Agency (IEA), an autonomous agency, was established in November 1974. Its primary mandate was – and is – two-fold: to promote energy security amongst its member countries through collective response to physical disruptions in oil supply, and provide authoritative research and analysis on ways to ensure reliable, affordable and clean energy for its 28 member countries and beyond. The IEA carries out a comprehensive programme of energy co-operation among its member countries, each of which is obliged to hold oil stocks equivalent to 90 days of its net imports. The Agency's aims include the following objectives:

■ Secure member countries' access to reliable and ample supplies of all forms of energy; in particular, through maintaining effective emergency response capabilities in case of oil supply disruptions.

■ Promote sustainable energy policies that spur economic growth and environmental protection in a global context – particularly in terms of reducing greenhouse-gas emissions that contribute to climate change.

■ Improve transparency of international markets through collection and analysis of energy data.

■ Support global collaboration on energy technology to secure future energy supplies and mitigate their environmental impact, including through improved energy efficiency and development and deployment of low-carbon technologies.

■ Find solutions to global energy challenges through engagement and dialogue with non-member countries, industry, international organisations and other stakeholders.

IEA member countries:

Australia
Austria
Belgium
Canada
Czech Republic
Denmark
Finland
France
Germany
Greece
Hungary
Ireland
Italy
Japan
Korea (Republic of)
Luxembourg
Netherlands
New Zealand
Norway
Poland
Portugal
Slovak Republic
Spain
Sweden
Switzerland
Turkey
United Kingdom
United States

**International Energy Agency**

© OECD/IEA, 2011
**International Energy Agency**
9 rue de la Fédération
75739 Paris Cedex 15, France

***www.iea.org***

Please note that this publication
is subject to specific restrictions
that limit its use and distribution.
The terms and conditions are available
online at *www.iea.org/about/copyright.asp*

The European Commission
also participates in
the work of the IEA.

# FOREWORD

In the lead-up to the UN climate negotiations in Durban, South Africa, the latest information on the level and growth of CO$_2$ emissions, their source and geographic distribution will be essential to lay the foundation for a global agreement. To provide input to and support for the UN process, the IEA is making available for free download – the "Highlights" version of *CO$_2$ Emissions from Fuel Combustion*. The PDF publication and an EXCEL file with the tables can be downloaded for free at *www.iea.org/co2highlights*.

Recent years have witnessed a fundamental change in the way governments approach energy-related environmental issues. Promoting sustainable development and combating climate change have become integral aspects of energy planning, analysis and policy making in many countries, including all IEA member states.

The purpose of this volume is to put our best and most current information in the hands of those who need it, including in particular the participants in the UNFCCC process. The IEA Secretariat is a contributor to the official Intergovernmental Panel on Climate Change (IPCC) methodologies for estimating greenhouse-gas emissions. The IEA's energy data are the figures most often cited in the field. For these reasons, we felt it appropriate to publish this information in a comprehensive form.

These data are only for energy-related CO$_2$, not for any other greenhouse gases. Thus they may differ from countries' official submissions of emissions inventories to the UNFCCC Secretariat. However, the full-scale study contains data for CO$_2$ from non-energy-related sources and gas flaring, and emissions of CH$_4$, N$_2$O, HFC, PFC and SF$_6$. In addition, the full-scale study also includes information on "Key Sources" from fuel combustion, as developed in the *IPCC Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*.

This report is published under my responsibility as Executive Director of the IEA and does not necessarily reflect the views of IEA member countries.

**Maria Van der Hoeven**
**Executive Director**

### What's New?

Starting with this year's edition, the countries **Chile**, **Estonia**, **Israel** and **Slovenia**, which joined the OECD in 2010, have been incorporated into the OECD regions. The regional aggregate OECD North America has been changed to **OECD Americas** and now includes Chile. OECD Pacific has been changed to **OECD Asia Oceania** and now includes Israel. **OECD Europe** now includes Estonia and Slovenia starting in 1990. Prior to 1990, data for Estonia are included in Former Soviet Union and data for Slovenia in Former Yugoslavia.

Following the inclusion of Estonia and Slovenia in OECD, the regions Former Soviet Union and Non-OECD Europe were merged and renamed **Non-OECD Europe and Eurasia**. This new regional aggregate includes data for Former Soviet Union and for Former Yugoslavia prior to 1990.

At its fifteenth session, the Conference of the Parties decided to amend Annex I to the Convention to include **Malta** (Decision 3/CP.15). The amendment entered into force on 26 October 2010. As a result, Malta has been included in Annex I starting with this edition.

# TABLE OF CONTENTS

## 1. SNAPSHOT OF CO₂ EMISSIONS ................................................................................ 7

## 2. REGIONAL ASPECTS OF THE ENERGY-CLIMATE CHALLENGE ................................ 17

## 3. IEA EMISSIONS ESTIMATES ................................................................................... 29

Inventory quality .................................................................................................................... 29
Reference Approach vs. Sectoral Approach .......................................................................... 29
Differences between IEA estimates and UNFCCC submissions ............................................ 30
Key sources ........................................................................................................................... 32
Notes on tables and graphs ................................................................................................... 33
Country notes ........................................................................................................................ 35

## 4. INDICATORS ......................................................................................................... 37

Population .............................................................................................................................. 37
GDP ....................................................................................................................................... 37
CO₂ emissions ....................................................................................................................... 38
Total primary energy supply .................................................................................................. 38
Electricity and heat output ..................................................................................................... 38
Ratios ..................................................................................................................................... 39

## 5. GEOGRAPHICAL COVERAGE ................................................................................ 41

## 6. SUMMARY TABLES ............................................................................................... 45

CO₂ emissions: Sectoral Approach ....................................................................................... 46
CO₂ emissions: Reference Approach ..................................................................................... 58
CO₂ emissions from international marine bunkers ................................................................. 61
CO₂ emissions from international aviation bunkers ............................................................... 64
CO₂ emissions by sector in 2009 .......................................................................................... 67
CO₂ emissions with electricity and heat allocated to consuming sectors in 2009 ................ 70
Total primary energy supply .................................................................................................. 73
GDP using exchange rates ..................................................................................................... 79
GDP using purchasing power parities .................................................................................... 82
Population .............................................................................................................................. 85
CO₂ emissions / TPES ........................................................................................................... 88
CO₂ emissions / GDP using exchange rates .......................................................................... 91
CO₂ emissions / GDP using purchasing power parities ......................................................... 94
CO₂ emissions / population .................................................................................................... 97
Per capita emissions by sector in 2009 ................................................................................ 100
Per capita emissions with electricity and heat allocated to consuming sectors in 2009 ...... 103
Electricity and heat output .................................................................................................... 106
CO₂ emissions per kWh from electricity and heat generation .............................................. 109

## 7. GLOBAL TOTAL .................................................................................................... 121

World ..................................................................................................................................... 122

---

**Important cautionary notes**

The estimates of CO$_2$ emissions from fuel combustion presented in this publication are calculated using the IEA energy balances and the default methods and emission factors from the *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* There are many reasons why **the IEA Secretariat estimates may not be the same as the numbers that a country submits to the UNFCCC**, even if a country has accounted for all of its energy use and correctly applied the *IPCC Guidelines.*

In this publication, the IEA Secretariat presents CO$_2$ emissions calculated using both the IPCC Reference Approach and the IPCC Tier 1 Sectoral Approach. In some of the OECD non-member countries, there can be **large differences between the two sets of calculations** due to various problems in some energy data. As a consequence, this can lead to different emission trends between 1990 and 2009 for certain countries. Please see Chapter 3, "IEA emissions estimates" for further details.

---

Energy data on OECD member and non-member countries are collected by the Energy Statistics Division (ESD) of the IEA Secretariat, headed by Jean-Yves Garnier. The IEA would like to thank and acknowledge the dedication and professionalism of the statisticians working on energy data in the countries. Karen Tréanton, with the assistance of Alex Blackburn, is responsible for the estimates of CO$_2$ emissions from fuel combustion. Desktop publishing support was provided by Sharon Burghgraeve.

CO$_2$ emission estimates from 1960 to 2009 for the Annex II countries and from 1971 to 2009 for all other countries are available on CD-ROM suitable for use on IBM-compatible personal computers. To order, please see the information provided at the end of this publication.

In addition, a data service is available on the Internet. It includes unlimited access through an annual subscription as well as the possibility to obtain data on a pay-per-view basis. Details are available at *www.iea.org.*

Enquiries about data or methodology should be addressed to:

> Karen Tréanton:
> Telephone: (+33-1) 40-57-66-33,
> E-mail: emissions@iea.org.

# 1. SNAPSHOT OF CO$_2$ EMISSIONS

## Latest developments in 2009[1] (and beyond)

While the emissions of developing countries (non-Annex I[2]) continued to grow in 2009 (+3.3%), led by Asia and the Middle East, the emissions of developed countries (Annex I[3]) fell sharply (-6.5%), putting them at 6.4% below their 1990 collective level. It should be noted that 2009 emission levels for the group of countries participating in the Kyoto protocol were 14.7% below their 1990 level.

Global CO$_2$ emissions actually decreased by 0.5 Gt CO$_2$ between 2008 and 2009, which represented a decline of 1.5%. However, trends varied greatly: as already noted above, the emissions of Annex I countries decreased, whereas the emissions of non-Annex I countries increased. Due to these diverging trends, the share of total emissions for developing countries increased to 54% (excluding bunkers), after becoming larger than Annex I's share for the first time since 2008.

The changes were not equal across fuels, regions and sectors. The increase in emissions for developing countries was primarily due to an increase in coal

demand (with oil and gas increasing more modestly). On the contrary, the reduction in emissions for developed countries was more spread out over fuels: 53% of the decrease came from coal, while 30% from oil and 18% from natural gas (Figure 1).

Early indications suggest that CO$_2$ emissions trends in developing countries in 2010 will continue to increase, through growing consumption of fossil fuels in some of the larger countries. The trend of emissions in developed countries will rebound in 2010 and CO$_2$ emissions will likely be at a similar level to 2008, before the recent financial crisis and the slowdown in economic activity.

**Figure 1. Global change in CO$_2$ emissions (2008-2009)**



*Key point: CO$_2$ emissions in Annex I countries decreased by 6.5% in 2009, whereas emissions in developing countries rose by over 3%.*

In the medium term, Annex I CO$_2$ emissions are expected to rebound when economic conditions pick up. In its New Policies Scenario, the *World Energy Outlook*

---

1. Energy consumption in 2009 was affected by the global financial crisis and some of the CO$_2$ emission trends seen may be deceptive.

2. In this publication, developing countries refers to non-Annex I Parties to the UNFCCC.

3. The Annex I Parties to the 1992 UN Framework Convention on Climate Change (UNFCCC) are: Australia, Austria, Belarus, Belgium, Bulgaria, Canada, Croatia, the Czech Republic, Denmark, Estonia, European Economic Community, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Latvia, Lichtenstein, Lithuania, Luxembourg, Malta, Monaco, the Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Russian Federation, the Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, United Kingdom and United States. See *www.unfccc.int*. For country coverage of Annex I EIT and Annex II, see Geographical Coverage.

*(WEO 2010)*[4] projects that world CO$_2$ emissions from fuel combustion will continue to grow unabated, albeit at a lower rate, reaching 35.4 Gt CO$_2$ by 2035. This is an improvement over the Current Policies Scenario of the WEO and is in line with the worst-case scenario presented by the Intergovernmental Panel on Climate Change (IPCC)[5] in the *Fourth Assessment Report* (2007), which projects a world average temperature increase of between 2.4°C and 6.4°C by 2100.

## CO$_2$ emissions by fuel

In 2009, 43% of CO$_2$ emissions from fuel combustion were produced from coal, 37% from oil and 20% from gas. Growth of these fuels in 2009 was quite different, reflecting varying trends that are expected to continue in the future.

Between 2008 and 2009, CO$_2$ emissions from the combustion of coal decreased by nearly 1% and represented 12.5 Gt CO$_2$. Currently, coal is filling much of the growing energy demand of those developing countries, such as China and India, where energy-intensive industrial production is growing rapidly and large coal reserves exist with limited reserves of other energy sources (Figure 2). Without additional measures, the *WEO 2010* projects that emissions from coal will grow to 14.4 Gt CO$_2$ in 2035. *Energy Technology Perspectives (ETP 2010)* shows that intensified use of coal would substantially increase CO$_2$ emissions unless there was a very widespread deployment of carbon capture and storage (CCS).

CO$_2$ emissions from oil fell in 2008, decreasing 2.2% throughout the year. The decreasing share of oil in total primary energy supply (TPES), as a result of the growth of coal and the penetration of gas, put downward pressure on CO$_2$ emissions from oil, which produced 10.6 Gt

CO$_2$ in 2009. However, the *WEO 2010* projects that emissions from oil will grow to 12.6 Gt CO$_2$ in 2035.

Emissions of CO$_2$ from gas in 2009 represented 5.8 Gt CO$_2$, 2.2% higher than in the previous year. Again, the *WEO 2010* projects emissions from gas will continue to grow, rising to 8.4 Gt CO$_2$ in 2035.

**Figure 2. CO$_2$ emissions by fuel**



*Key point: Combustion of coal drove the growth in global emissions through 2008; with a decline in 2009, which will most likely be reversed in 2010.*

## CO$_2$ emissions by region

Between 2008 and 2009, CO$_2$ emission trends varied markedly by region. As mentioned earlier, CO$_2$ emissions from non-Annex I countries grew by 3.3%, while those of Annex I countries decreased by 6.5%, causing the aggregate emissions of the developing countries to increase their small lead over those of the developed countries. At the regional level (Figure 3), CO$_2$ emissions increased significantly in Asia (5.5%), China (5%) and the Middle East (3.6%).

On the other hand, between 2008 and 2009, CO$_2$ emissions decreased in all other regions, ranging from 1.5% in Africa to 7.4% in the Annex II European countries.

However, regional differences in contributions to global emissions conceal even larger differences among individual countries (Figure 4).

Two-thirds of global emissions for 2009 originated from just ten countries, with the shares of China and the United States far surpassing those of all others. Combined, these two countries alone produced 12.0 Gt CO$_2$, 41% of world CO$_2$ emissions.

---

4. Unless otherwise specified, projections from the *World Energy Outlook* refer to the New Policies Scenario from the 2010 edition. This scenario takes account of the broad policy commitments and plans that have been announced by countries around the world, including the national pledges to reduce greenhouse-gas emissions and plans to phase out fossil-energy subsidies even where the measures to implement these commitments have yet to be identified or announced. These commitments are assumed to be implemented in a relatively cautious manner, reflecting their non-binding character and, in many cases, the uncertainty shrouding how they are to be put into effect.

5. The IPCC was created in 1988 by the World Meteorological Organisation and the United Nations Environment Programme to assess scientific, technical and socio-economic information relevant for the understanding of climate change, its potential impacts, and options for adaptation and mitigation.

**Figure 3. Change in CO₂ emissions by region (2008-2009)**



* China includes Hong-Kong.

*Key point: Between 2008 and 2009, CO₂ emissions increased significantly in Asia, China and the Middle East, while declining in the world as a whole.*

**Figure 4. Top 10 emitting countries in 2009**

Gt CO₂

Top 10 total: 19.0 Gt CO₂
World total: 29.0 Gt CO₂

*Key point: The top 10 emitting countries account for about two-thirds of the world CO₂ emissions.*

## CO₂ emissions by sector

Two sectors, electricity and heat generation and transport, produced nearly two-thirds of global CO₂ emissions in 2009 (Figure 5).

**Figure 5. World CO₂ emissions by sector in 2009**



* Other includes commercial/public services, agriculture/forestry, fishing, energy industries other than electricity and heat generation, and other emissions not specified elsewhere.

*Key point: The combined share of electricity and heat generation and transport represented nearly two-thirds of global emissions in 2009.*

Generation of electricity and heat was by far the largest producer of CO₂ emissions and was responsible for 41% of the world CO₂ emissions in 2009. Worldwide, this sector relies heavily on coal, the most carbon-intensive of fossil fuels, amplifying its share in global emissions. Countries such as Australia, China, India, Poland and South Africa produce between 68% and 94% of their electricity and heat through the combustion of coal.

Between 2008 and 2009, total CO₂ emissions from the generation of electricity and heat decreased by 1.7% (Figure 6), while the fuel mix stayed similar. CO₂ emissions from oil decreased the most, by 2.8%, while coal and gas decreased by 1.9% and 0.7% respectively. The future development of the emissions intensity of this sector depends strongly on the fuels used to generate the electricity and on the share of non-emitting sources, such as renewables and nuclear.

By 2035, the *WEO 2010* projects that demand for electricity will be approximately three-quarters higher than current demand. This demand will be driven by rapid growth in population and income in developing countries, by the continuing increase in the number of electrical devices used in homes and commercial buildings, and by the growth in electrically driven industrial processes. Meanwhile, renewables-based electricity generation is expected to continue growing over the next 25 years, benefiting from government support, declining investment costs and rising fossil-

fuel prices. The share of renewables in total electricity generation rises from 19% in 2008 to 23%, 32% and 45% in the Current Policies, New Policies and 450 scenarios, respectively.

**Figure 6. CO₂ emissions from electricity and heat generation\* in 2008 and 2009**



\* Refers to main activity producers and autoproducers of electricity and heat.

*Key point: CO₂ emissions from electricity and heat generation decreased slightly between 2008 and 2009, after remaining broadly flat the previous year.*

Transport, the second-largest sector, represented 23% of global CO₂ emissions in 2009. CO₂ emissions in this sector decreased between 2008 and 2009 by 1.7% (Figure 7).

**Figure 7. CO₂ emissions from transport in 2008 and 2009**



*Key point: CO₂ emissions from road make up the vast majority of emissions from transport.*

The United States has the highest level of passenger travel per capita in the world (more than 25 000 km per person per year). Until recently, lower fuel prices in the United States contributed to the use of larger vehicles, while in Europe higher fuel prices encouraged improved fuel economy (along with the EU voluntary agreement with manufacturers). As a result, there is more than a 50% variation in the average fuel consumption of new light-duty vehicles across OECD member countries (*ETP 2010*, p. 262).

Global demand for transport appears unlikely to decrease in the foreseeable future; the *WEO 2010* projects that transport fuel demand will grow by about 40% by 2035. To limit emissions from this sector, policy makers should first and foremost consider measures to encourage or require improved vehicle efficiency, as the United States has recently done and the European Union is currently doing as a follow-up to the voluntary agreements. Policies that encourage a shift from cars to public transportation and to lower-emission modes of transportation can also help. Finally, policies can encourage a shift to new, preferably low-carbon fuels. These include electricity (*e.g.* electric and plug-in hybrid vehicles), hydrogen (*e.g.* through the introduction of fuel cell vehicles) and greater use of biofuels (*e.g.* as a blend in gasoline and diesel fuel). To avoid a rebound in transport fuel demand, these moves must also be backed up by emissions pricing or fuel excise policies.

These policies would both reduce the environmental impact of transport and help to secure domestic fuel supplies, which are sometimes unsettled by the threat of supply disruptions, whether from natural disasters, accidents or the geopolitics of oil trade. As these policies will ease demand growth, they are also likely to help reduce oil prices below what the prices might otherwise be.

## Coupling emissions with socio-economic indicators[6]

Indicators such as those briefly discussed in this section strongly reflect energy constraints and choices made to supply the economic activities of each country. They also reflect sectors that predominate in different countries' economies.

In 2009, the largest five emitters (China, the United States, India, the Russian Federation and Japan) comprised 45% of the total population and together produced 56% of the global CO₂ emissions

---

6. No single indicator can provide a complete picture of a country's CO₂ emissions performance or its relative capacity to reduce emissions. The indicators discussed here provide an indication of performance but are certainly incomplete.

and 51% of the world gross domestic product (GDP).[7] However, the relative shares of these five countries for all three variables were very diverse.

In the United States, the large share of global emissions is associated with a commensurate share of economic output (as measured by GDP), the largest in the world. Japan, with a GDP more than double that of the Russian Federation, emits 29% less than the Russian Federation.

Although climate and other variables also affect energy use, relatively high values of emissions per GDP indicate a potential for decoupling CO$_2$ emissions from economic growth. Possible improvements can derive from fuel switching away from carbon-intensive sources or from energy efficiency at all stages of the energy supply chain (from fuel extraction to energy end-use).[8] Among the five largest emitters of CO$_2$ in 2009, China, the Russian Federation and the United States have significantly reduced their CO$_2$ emissions per unit of GDP between 1990 and 2009 (Figure 8). The other two countries, India and Japan, already had much lower emissions per GDP.

**Figure 8. Trends in CO$_2$ emission intensities for the top 5 emitting countries***



* Size of circle represents total CO$_2$ emissions from the country in that year.

*Key point: China, the Russian Federation and the United States have all made significant improvements in the amount of CO$_2$ emissions emitted per unit of GDP.*

Worldwide, the highest levels of emissions per GDP are observed for the oil and gas exporting region of the Middle East and for the relatively energy-intensive Economies in transition EITs[9] (Figure 9). China emissions per GDP have fallen close to the level of the United States.

**Figure 9. CO$_2$ emissions per GDP* by major world regions in 2009**



* GDP in 2000 USD, using purchasing power parities.
** China includes Hong Kong.

*Key point: Emission intensities in economic terms vary greatly around the world.*

As compared to emissions per unit of GDP, the range of per capita emission levels across the world is even larger, highlighting wide divergences in the way different countries and regions use energy.

In 2009, the United States alone generated 18% of world CO$_2$ emissions, despite a population of less than 5% of the global total. Conversely, China contributed a comparable share of world emissions (24%) while accounting for 20% of the world population. India, with 17% of world population, contributed more than 5% of the CO$_2$ emissions. Among the five largest emitters, the levels of per capita emissions were very diverse, ranging from 1 t of CO$_2$ per capita for India and 5 t for China to 17 t for the United States.

---

7. Throughout this analysis, GDP refers to GDP in 2000 USD, using purchasing power parities.

8. The IEA's Policies and Measures Databases offer access to information on energy-related policies and measures taken or planned to reduce greenhouse-gas emissions, improve energy efficiency and support renewable energy development and deployment. The online databases can be consulted at: *www.iea.org/textbase/pm/index.html*.

9. EITs are those countries in Annex I that are undergoing the process of transition to a market economy. This includes Belarus, Bulgaria, Croatia, the Czech Republic, Estonia, Hungary, Latvia, Lithuania, Poland, Romania, Russian Federation, the Slovak Republic, Slovenia and Ukraine.

Industrialised countries emit far larger amounts of $CO_2$ per capita than the world average (Figure 10). However, some rapidly expanding economies are significantly increasing their emissions per capita. For example, between 1990 and 2009, among the top 5 emitting countries, China increased its per capita emissions by over two and a half times and India doubled them. Clearly, these two countries contributed much to the 8% increase of global per capita emissions over the period. Conversely, both the Russian Federation and the United States decreased their per capita emissions significantly, by 27% and 13% respectively, over the same period.

**Figure 10. $CO_2$ emissions per capita by major world regions in 2009**



T $CO_2$ per capita

* China includes Hong Kong.

*Key point: Emissions per capita vary even more widely across world regions than GDP per capita.*

# Developing a low-carbon world

Until recently, industrialised countries have emitted the large majority of anthropogenic greenhouse gases. However shares of developing countries are rising very rapidly and are projected to continue to do so. To shift towards a low-carbon world, mitigation measures now taking shape within industrialised countries will need to be accelerated, and complemented by comprehensive efforts worldwide.

Complementing various national policies and measures, the Kyoto Protocol of the UNFCCC is so far the most comprehensive binding multinational agreement to mitigate climate change. Having entered into force in February 2005, the Protocol commits industrialised

countries (as a group) to curb domestic emissions by about 5% relative to 1990 by the 2008-12 first commitment period. The Protocol also creates "flexible mechanisms" by which industrialised countries can transfer emission allowances among themselves and earn emission credits from emissions reduction projects in participating developing countries and EIT countries.

Despite its extensive coverage (192 countries), the Protocol is limited in its potential to address global emissions since not all major emitters are included in reduction commitments. The United States remains outside of its jurisdiction and though most developing countries (*i.e.* non-Annex I countries) have signed the Protocol, they do not face emissions targets. The Kyoto Protocol implies action on less than one-third of global $CO_2$ emissions, as measured in 2008 (Table 1).

The Protocol has made carbon a tradable commodity, and has been a key driver for the development of emissions trading schemes as detailed below.

**Emissions trading schemes**

Emissions trading schemes (ETS) are developing or being proposed in several regions and countries around the world. Some are operational (EU ETS, New Zealand, Norway, Tokyo, Switzerland, the Regional Greenhouse Gas Initiative in the United States, Alberta, Canada and New South Wales, Australia) while others are under active development (California, Australia, Korea, China).

Given the significant uncertainties surrounding future international climate commitments, policy makers have allowed flexibility in changing design options over the longer term. Indeed, lessons from the first years of existing schemes are helping the elaboration of others (Hood, 2010).

In the European Union, the largest scheme in operation is the EU ETS, which covers emitters in the energy and industrial sectors (aviation will be added from 2012), representing about 45% of the energy-related $CO_2$ emissions of the region. Norway's ETS is fully linked to the EU system. The lessons from its first two phases have helped to shape the scheme's post-2012 design (Ellerman *et al.*, 2010).

In December 2008, the European Council and the European Parliament endorsed an agreement on the climate change and energy package which implements a political commitment by the European Union to reduce its greenhouse-gas emissions by 20% by 2020 compared to 1990 levels.[10] The package also includes a target for renewables in the EU set at 20% of final energy demand by 2020.

---

10. A 30% reduction target is proposed if other Parties were to take equally ambitious mitigation objectives.

## Table 1. World CO$_2$ emissions from fuel combustion and Kyoto Protocol targets[1]

Mt CO$_2$

| | 1990 | 2009 | % change 90-09 | Kyoto Target | | 1990 | 2009 | % change 90-09 | Kyoto Target |
|---|---|---|---|---|---|---|---|---|---|
| **KYOTO PARTIES WITH TARGETS** | **8 785.6** | **7 497.2** | **-14.7%** | **-4.7%** e | **OTHER COUNTRIES** | **11 566.8** | **20 486.5** | **77.1%** | |
| *North America* | *432.3* | *520.7* | *20.4%* | | *Non-participating* | | | | |
| Canada | 432.3 | 520.7 | 20.4% | -6% | *Annex i Parties* | *5 122.4* | *5 514.6* | *7.7%* | |
| | | | | | Belarus | 124.6 | 60.8 | -51.2% | none |
| *Europe* | *3 154.2* | *3 001.2* | *-4.9%* | | Malta | 2.3 | 2.4 | 7.0% | none |
| Austria | 56.5 | 63.4 | 12.2% | -13% | Turkey | 126.9 | 256.3 | 102.0% | none |
| Belgium | 107.9 | 100.7 | -6.7% | -7.5% | United States | 4 868.7 | 5 195.0 | 6.7% | -7% |
| Denmark | 50.4 | 46.8 | -7.2% | -21% | | | | | |
| Finland | 54.4 | 55.0 | 1.1% | 0% | *Other Regions* | *6 333.8* | *14 815.0* | *133.9%* | none |
| France [2] | 352.3 | 354.3 | 0.6% | 0% | Africa | 545.4 | 927.5 | 70.1% | none |
| Germany | 950.4 | 750.2 | -21.1% | -21% | Middle East | 556.8 | 1 509.0 | 171.0% | none |
| Greece | 70.1 | 90.2 | 28.6% | +25% | N-OECD Eur. & Eurasia [3] | 641.9 | 458.4 | -28.6% | none |
| Iceland | 1.9 | 2.0 | 6.2% | +10% | Latin America [3] | 843.3 | 1 374.2 | 63.0% | none |
| Ireland | 29.8 | 39.5 | 32.4% | +13% | Asia (excl. China) [3] | 1 502.3 | 3 668.7 | 144.2% | none |
| Italy | 397.4 | 389.3 | -2.0% | -6.5% | China | 2 244.1 | 6 877.2 | 206.5% | none |
| Luxembourg | 10.4 | 10.0 | -4.4% | -28% | | | | | |
| Netherlands | 155.8 | 176.1 | 13.0% | -6% | **INTL. MARINE BUNKERS** | **357.9** | **592.2** | **65.5%** | |
| Norway | 28.3 | 37.3 | 31.9% | +1% | **INTL. AVIATION BUNKERS** | **255.9** | **423.4** | **65.5%** | |
| Portugal | 39.3 | 53.1 | 35.3% | +27% | | | | | |
| Spain | 205.8 | 283.4 | 37.7% | +15% | **WORLD** | **20 966.3** | **28 999.4** | **38.3%** | |
| Sweden | 52.8 | 41.7 | -20.9% | +4% | | | | | |
| Switzerland | 41.4 | 42.4 | 2.5% | -8% | | | | | |
| United Kingdom | 549.3 | 465.8 | -15.2% | -12.5% | | | | | |
| | | | | | | | | | |
| *Asia Oceania* | *1 347.8* | *1 519.0* | *12.7%* | | | | | | |
| Australia | 260.1 | 394.9 | 51.8% | +8% | | | | | |
| Japan | 1 064.4 | 1 092.9 | 2.7% | -6% | | | | | |
| New Zealand | 23.3 | 31.3 | 34.3% | 0% | | | | | |
| | | | | | | | | | |
| *Economies in Transition* | *3 851.3* | *2 456.2* | *-36.2%* | | | | | | |
| Bulgaria | 74.9 | 42.2 | -43.7% | -8% | | | | | |
| Croatia | 21.6 | 19.8 | -8.4% | -5% | | | | | |
| Czech Republic | 155.1 | 109.8 | -29.2% | -8% | | | | | |
| Estonia | 36.1 | 14.7 | -59.4% | -8% | | | | | |
| Hungary | 66.7 | 48.2 | -27.8% | -6% | | | | | |
| Latvia | 18.6 | 6.8 | -63.8% | -8% | | | | | |
| Lithuania | 33.1 | 12.4 | -62.6% | -8% | | | | | |
| Poland | 342.1 | 286.8 | -16.2% | -6% | | | | | |
| Romania | 167.1 | 78.4 | -53.1% | -8% | | | | | |
| Russian Federation | 2 178.8 | 1 532.6 | -29.7% | 0% | | | | | |
| Slovak Republic | 56.7 | 33.2 | -41.5% | -8% | | | | | |
| Slovenia | 12.5 | 15.2 | 21.2% | -8% | | | | | |
| Ukraine | 687.9 | 256.4 | -62.7% | 0% | | | | | |

Gt CO$_2$



(1) The targets apply to a basket of six greenhouse gases and allow sinks and international credits to be used for compliance with the target. The overall EU-15 target under the Protocol is 8%, but the member countries have agreed on a burden-sharing arrangement as listed. Because of lack of data and information on base years and gases, an overall "Kyoto target" cannot be precisely calculated for total Kyoto Parties: estimates applying the targets to IEA energy data suggest the target is equivalent to about 4.7% on an aggregate basis for CO$_2$ emissions from fuel combustion.

(2) Emissions from Monaco are included with France.

(3) Composition of regions differs from elsewhere in this publication to take into account countries that are not Kyoto Parties.

(4) The Kyoto target is calculated as percentage of the 1990 CO$_2$ emissions from fuel combustion only, therefore it does not represent the total target for the six-gas basket. This assumes that the reduction targets are spread equally across all gases.

*Key point: Existing climate goals have not always led to reductions in CO$_2$ emissions from fuel combustion.*

The EU ETS will play a key role in achieving this target, as the 2020 emissions cap for ETS installations is 21% below the actual level of 2005 emissions,[11] or 34% below if the overall target moves to a 30% reduction. There will be a significant increase in the proportion of allowances auctioned rather than allocated for free, including full auctioning (in general) for the power generation sector. Continued use of credits from the Kyoto Protocol flexible mechanisms Clean Development Mechanism (CDM) and Joint Implementation (JI) will be allowed, with both quantitative and qualitative restrictions.

In New Zealand, a comprehensive economy-wide emission trading scheme (NZ ETS) is being progressively introduced, starting with the forestry sector in January 2008. The energy, transport and industrial sectors are included from July 2010, and waste and agricultural emissions enter by 2015. There is a transition phase from 2010 to 2012 with a capped price and partial obligations. The scheme is fully linked to the international Kyoto market, and allows unlimited use of Kyoto Protocol project and forestry credits. No emissions cap is specified: linking to the international market is intended rather to ensure that an appropriate carbon price is set in the New Zealand economy.

Several other ETS schemes are operating, including in countries that are not Parties to the Kyoto Protocol. In the United States, the first regional scheme (the Regional Greenhouse Gas Initiative covering the electricity sector in the northeastern states) began on 1 January 2009. Small schemes are also in place in New South Wales (covering the power sector), Tokyo (covering commercial sites) and Alberta (covering large emitters). Switzerland's ETS allows companies to manage their emissions through trading instead of facing the country's carbon tax.

A number of other domestic trading schemes are also under development, in both Annex 1 and non-Annex 1 countries. The Korean government has submitted legislation to establish an emissions trading scheme from 2015, to assist in delivering Korea's target of a 30% improvement on business-as-usual (BAU) emissions by 2020. The Australian government also has legislation progressing to implement emissions trading, with a fixed-price transitional period starting in 2012,

moving to full trading in 2015. As part of its 12th five-year plan (2011 to 2015), the Chinese government is investigating options for ETS pilots in two provinces and four cities. These pilots are to be developed by 2013, to inform the potential implementation of a nation-wide policy after 2015. California also intends to begin trading in its domestic market in 2013, and other US states and Canadian provinces may link to the California scheme thereafter under the umbrella of the Western Climate Initiative.

An important development in 2011 was the launch of the World Bank's Partnership for Market Readiness, which provides funding and technical assistance to developing countries for capacity building toward the development and piloting of market-based instruments for greenhouse gas reduction. Chile, China, Columbia, Costa Rica, Indonesia, Mexico, Thailand and Turkey received grants in the first round of funding.

## Steps for future action

Held in late 2005, the first Meeting of the Parties to the Kyoto Protocol (COP/MOP1) witnessed the official opening of talks on post-2012 climate change policy. The Bali Road Map adopted at COP/MOP3 in Bali in 2007 established a two-track process, *i.e.* both for the Convention and Kyoto Protocol strands, aiming at the identification of a post-2012 global climate regime to be adopted by COP15 and COP/MOP5 in Copenhagen in 2009. In Bali, Parties organised two official fora: the Ad Hoc Working Group on the Kyoto Protocol (AWG-KP) and the Ad Hoc Working Group on Long-term Co-operative Action (AWG-LCA).

The AWG-KP focuses on the design of post-2012 commitments for Annex 1 Parties under the Protocol. Ideally, it would also provide some certainty to carbon-constrained investments in infrastructure and to the carbon market itself. However, the AWG has no mandate to encourage participation from non-Annex 1 Parties or from non-participating Annex 1 Parties.

By contrast, the broader AWG-LCA was designed to enable full and sustained implementation of the UN Framework Convention on Climate Change by all Parties, up to and beyond 2012, through long-term co-operative action. While the Bali Action Plan, adopted under the Convention track, did not introduce binding commitments to reduce greenhouse-gas emissions, it included the request for developing countries to contribute to the mitigation of global warming in the context of sustainable development. In addition, the plan envisaged enhanced actions on adaptation, technology development and on the provision of financial resources,

---

11. Annual cap: 1 974 Mt in 2013, falling in linear fashion to 1 720 Mt by 2020; average annual cap over 2013-20: 1 846 Mt (compared to an annual cap of 2 083 Mt in phase 2). If the overall target moves to a 30% reduction, the 2020 ETS cap will be reduced to 34% below 2005 levels.

as well as measures against deforestation. The Bali Action Plan introduced a focus on mitigation actions by all Parties and the provision of financial resources by developed countries that are "measurable, reportable and verifiable", now central to the establishment of a post-2012 framework for climate action.

After the unprecedented move at COP15 and COP/MOP5 in Copenhagen, where heads of states and high-level representatives negotiated the Copenhagen Accord, COP16 and COP/MOP6 in Cancún were widely seen as having put the international negotiating process back on track. In Cancún the key elements of the Copenhagen Accord were formally adopted into the UN process, including the goal of limiting global temperature increase to less than 2°C above pre-industrial levels, commitments for the provision of financial resources, and sketching a framework for monitoring and reviewing mitigation actions and commitments. Annex 1 Parties submitted quantified economy-wide greenhouse-gas targets to 2020 as part of the accord, and several non-Annex I countries also listed mitigation actions, or sectoral or economy-wide greenhouse-gas targets. The Cancún meeting also set an ambitious forward work programme for issues to be considered in Durban at the end of 2011, including a peak year for global emissions, 2050 emissions targets, and options for new market-based mechanisms for emissions reduction.

The challenge of post-2012 discussions is the need to engage developing countries with approaches, possibly including the carbon market, which suit their capacity and their legitimate aspiration for economic and social development. The Asia Pacific Partnership for Clean Development and Climate (APP or AP7), the G8 2005 Gleneagles Plan of Action, and the Major Economies Forum on Energy and Climate (MEF) and Clean Energy Ministerial processes seek to involve developed and developing nations in common measures to address climate change. Other international fora gathering both developed and developing countries have emerged to further mitigation efforts in specific areas, such as the Clean Energy Ministerial (CEM), the International Renewable Energy Agency (IRENA), and the International Partnership for Energy Efficiency Co-operation (IPEEC).

The AP7, which groups Australia, Canada, China, India, Japan, Korea and the United States, focuses on the emissions of specific sectors (iron and steel, cement, aluminium, mining, buildings and appliances) and the methods of clean fossil energy use, renewable energy generation and more efficient power generation and transmission.

Canada, France, Germany, Italy, Japan, the Russian Federation, the United Kingdom and United States launched the July 2005 G8 Gleneagles Plan of Action to, in part, promote clean energy and sustainable development while mitigating climate change. The IEA was tasked under the Plan of Action to develop concrete recommendations to help the G8 achieve its clean energy objectives. Additionally, the G8 sought to engage South Africa, India, Brazil, China and Mexico in an official dialogue to address climate change, clean energy, and sustainable development worldwide. This commitment by the G8 was reiterated at all subsequent summits.

The G20 summits have also served as a forum to advance climate change and clean energy discussions, including a commitment to rationalising and phasing out inefficient fossil fuel subsidies over the medium term. In 2011, the G20 formed a new Clean Energy and Energy Efficiency (C3E) Working Group to further its work in this area. It remains to be seen how this group, whose membership has a high degree of overlap with the CEM and IPEEC will coordinate its work with those bodies.

In all these efforts, timely and accurate CO$_2$ and other greenhouse-gas statistics will prove central to ascertain compliance to international agreements and to inform policy makers and carbon market participants. The ability of countries to monitor and review emissions from their sources is essential in their engagement towards national and global greenhouse-gas mitigation.

# References

Ellerman, D.A., F.J. Convery, C. de Perthuis, E. Alberola, R. Baron, B.K. Buchner, A. Delbosc, C. Hight, F. Matthes and J. Keppler (2010), *Pricing Carbon, The European Emissions Trading Scheme*, Cambridge University Press, Cambridge.

Hood, C. (2010), *Reviewing existing and proposed emissions trading systems*, IEA information paper, OECD/IEA, Paris.

IEA (2010), *World Energy Outlook 2010* (WEO 2010), OECD/IEA, Paris.

IEA (2010), *Energy Technology Perspectives 2010* (ETP 2010), OECD/IEA, Paris.

IPCC (2007), *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (1996 IPCC Guidelines)*, IPCC, Bracknell, UK.

# 2.  REGIONAL ASPECTS OF THE ENERGY-CLIMATE CHALLENGE

A growing body of evidence has established links between climate change and the CO$_2$ emissions that arise from energy production and consumption. This chapter provides background on the link between energy use and climate change and then examines how growing demand in some rapidly expanding economies, all of which are in non-OECD regions, will dramatically change future emissions trends. It closes with a call for all countries (and not just the industrialised countries) to address this increasingly urgent global issue.

## Understanding energy and climate change

In its *Fourth Assessment Report*[12], the IPCC concluded: "Most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse-gas concentrations". The language "very likely" has been upgraded from "likely," which was referred to six years earlier in the Third Assessment Report, thus confirming the broad acceptance by scientists of the link between greenhouse-gas emissions and global climate change. Energy production and use have various environmental implications: since energy represents about 65% of global anthropogenic greenhouse-gas emissions, reducing emissions must necessarily start with actions geared to reduce emissions from fuel combustion.

12. *IPCC Fourth Assessment Report – Climate Change 2007*, available at *www.ipcc.ch*. In the summary for policy makers, the following terms have been used to indicate the assessed likelihood, using expert judgement, of an outcome or a result: *Virtually certain* > 99% probability of occurrence, *Extremely likely* > 95%, *Very likely* > 90%, *Likely* > 66%, *More likely than not* > 50%, *Unlikely* < 33%, *Very unlikely* < 10%, *Extremely unlikely* < 5%.

### Greenhouse gases and global warming

The increased concentrations of key greenhouse gases are a direct consequence of human activities. Since anthropogenic greenhouse gases accumulate in the atmosphere, they produce net warming by strengthening the natural "greenhouse effect".

Carbon dioxide (CO$_2$) concentrations in the atmosphere have been increasing over the past century compared to the rather steady level of the pre-industrial era (about 280 parts per million in volume, or ppmv). The 2005 concentration of CO$_2$ (379 ppmv) was about 35% higher than in the mid-1800s, with the fastest growth occurring in the last ten years (1.9 ppmv/year in the period 1995-2005). Significant increases have also occurred in levels of methane (CH$_4$) and nitrous oxide (N$_2$O).

Some impacts of the increased greenhouse-gas concentrations may be slow to become apparent since stability is an inherent characteristic of the interacting climate, ecological and socio-economic systems. Even after stabilisation of the atmospheric concentration of CO$_2$, anthropogenic warming and sea level rise would continue for centuries due to the time scales associated with climate processes and feedbacks. Some changes in the climate system would be irreversible in the course of a human lifespan.

Given the long lifetime of CO$_2$ in the atmosphere, stabilising concentrations of greenhouse gases at any level would require large reductions of global CO$_2$ emissions from current levels. The lower the chosen level for stabilisation, the sooner the decline in global CO$_2$ emissions would need to begin, or the deeper the emission reduction would need to be on the longer term.

The UNFCCC creates a structure for intergovernmental efforts to tackle the challenge posed by climate change. The Convention's ultimate objective is to stabilise greenhouse-gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. This would require significant reductions in global greenhouse-gas emissions.

## Energy use and greenhouse gases

Among the many human activities that produce greenhouse gases, the use of energy represents by far the largest source of emissions. Energy accounts for over 80% of the anthropogenic greenhouse gases in Annex I countries, with emissions resulting from the production, transformation, handling and consumption of all kinds of energy commodities (Figure 11). Smaller shares correspond to agriculture, producing mainly $CH_4$ and $N_2O$ from domestic livestock and rice cultivation, and to industrial processes not related to energy, producing mainly fluorinated gases and $N_2O$.

**Figure 11. Shares of anthropogenic greenhouse-gas emissions in Annex I countries, 2009\***



\* Based on Annex I data for 2009; without Land Use, Land-Use Change and Forestry, and with Solvent Use included in Industrial Processes and "other" included with waste.

Source: UNFCCC.

*Key point: Accounting for the largest share of global greenhouse-gas emissions, energy emissions are predominantly CO₂.*

Greenhouse-gas emissions from the energy sector are dominated by the direct combustion of fuels.[13] A

by-product of fuel combustion, $CO_2$ results from the oxidation of carbon in fuels.

$CO_2$ from energy represents about 83% of the anthropogenic greenhouse-gas emissions for the Annex I countries and about 65% of global emissions. This percentage varies greatly by country, due to diverse national energy structures.

Worldwide economic stability and development require energy. Global total primary energy supply (TPES) doubled between 1971 and 2009, mainly relying on fossil fuels (Figure 12).

**Figure 12. World primary energy supply\***

Gt of oil equivalent



\* World primary energy supply includes international bunkers.

*Key point: Fossil fuels still account for most of the world energy supply.*

Despite the growth of non-fossil energy (such as nuclear and hydropower) considered as non-emitting,[14] fossil fuels have maintained their shares of the world energy supply relatively unchanged over the course of the past 35 years. In 2009, fossil sources accounted for 81% of the global TPES.

Though coal represented only one-quarter of the world TPES in 2009, it accounted for 43% of the global $CO_2$ emissions due to its heavy carbon content per unit of energy released (Figure 13). As compared to gas, coal is nearly twice as emission intensive on average.[15]

---

13. Energy includes emissions from "fuel combustion" (the large majority) and "fugitive emissions", which are intentional or unintentional releases of gases resulting from production, processes, transmission, storage and use of fuels (*e.g.* CH₄ emissions from coal mining or oil and gas systems).

14. Excluding the life cycle of all non-emitting sources and excluding combustion of biofuels (considered as non-emitting CO₂, based on the assumption that the released carbon will be reabsorbed by biomass regrowth, under balanced conditions).

15. IPCC default carbon emission factors from the *1996 IPCC Guidelines*: 15.3 t C/TJ for gas, 16.8 to 27.5 t C/TJ for oil products, 25.8 to 29.1 t C/TJ for primary coal products.

**Figure 13. World primary energy supply and CO$_2$ emissions: Shares by fuel in 2009**

Percent share



* Other includes nuclear, hydro, geothermal, solar, tide, wind, biofuels and waste.

*Key point: Coal generates about twice the CO$_2$ emissions of gas, while having a comparable share in the world energy supply.*

Growing world energy demand from fossil fuels plays a key role in the upward trend in CO$_2$ emissions (Figure 14). Since the Industrial Revolution, annual CO$_2$ emissions from fuel combustion dramatically increased from near zero to 29 Gt CO$_2$ in 2009.

**Figure 14. Trend in CO$_2$ emissions from fossil fuel combustion**

Gt CO$_2$



Source: Carbon Dioxide Information Analysis Center, Oak Ridge National Laboratory, US Department of Energy, Oak Ridge, Tenn., United States.

*Key point: Since 1870, CO$_2$ emissions from fuel combustion have risen exponentially.*

The link between climate change and energy is a part of the larger challenge of sustainable development. The socio-economic and technological characteristics of development paths will strongly affect emissions, the rate and magnitude of climate change, climate change impacts, the capability to adapt and the capacity to mitigate the emissions themselves.

# BRICS countries altering the regional balance

One of the most important recent developments in the world economy is the increasing economic integration of large non-OECD countries, in particular Brazil, the Russian Federation, India, China and South Africa, the so-called BRICS countries. Already, the BRICS represent almost one-third of world GDP, up from 18% in 1990. In 2009, these five countries represented 33% of global energy use and 37% of CO$_2$ emissions from fuel combustion (Figure 15). These shares are likely to rise further in coming years if the strong economic performance currently occurring in most of these countries continues, as many commentators expect. In fact, China, the Russian Federation and India are already three of the four countries that emit the most CO$_2$ emissions in absolute terms.

**Figure 15. The growing importance of the BRICS countries**

Gt CO$_2$



*Key point: With the exception of the Russian Federation, the BRICS countries represent a growing share of CO$_2$ emissions in the world.*

This brief discussion focuses on the BRICS countries, of which only the Russian Federation is a member of Annex I Parties to the UNFCCC. Each of these countries has very different endemic resources, energy supply constraints and sectoral consumption patterns. Consequently, the issues relating to CO$_2$ emissions facing these five countries are quite different.

## Brazil

Brazil is the third-largest emitter of total greenhouse gases in the world, with the particularity that the country's energy system has a relatively minor impact on greenhouse-gas emissions (only 15%). The bulk of Brazilian greenhouse-gas emissions (85%) comes, instead, from agriculture, land-use and forestry activities, mainly through the expansion of agricultural frontiers in the Amazon region.

Compared to the Russian Federation, China and India, CO₂ emissions from fuel combustion in Brazil are small, representing only 1.2% of global CO₂ emissions from fuel combustion. Brazil's energy matrix is one of the cleanest in the world with renewables accounting for 46% of TPES. Brazil is also one of the world's largest producers of hydropower. Within the energy sector, the sub-sectors that contribute the most to total greenhouse-gas emissions – transport (44% in 2009) and industry (28%) – are those likely to grow the most over the next years (Figure 16).

**Figure 16. Brazil: CO₂ emissions by sector**

Mt CO₂



*Key point: The transport sector produces the largest share of CO₂ emissions from fuel combustion in Brazil.*

Electricity generation in Brazil relies heavily on hydropower (Figure 17). Over the last three decades, the number of major dams has grown steadily and hydropower accounted for 84% of total electricity generation in 2009. Many of Brazil's hydropower generating facilities are located far away from the main demand centres, resulting in high transmission and distribution losses. Droughts in recent years have led to a wider diversification in the electricity production mix, increasing the use of natural gas. Electricity generation from natural gas rose to 6% in 2008 before falling back to 3% in 2009.

**Figure 17. Brazil: Electricity generation by fuel**

TWh



*Key point: Brazilian electricity generation draws heavily on hydropower.*

In 2009, the government announced plans to build two new large hydroelectric plants. As a result, there are currently 22 GW of hydropower capacity already contracted and under construction (including the 11.2 GW of the Belo Monte) plus 3.9 GW of small hydro plants. However, unclear regulation of the power sector remains a source of concern. Environmental issues have also delayed some of the large hydropower projects.

In 2007, amid concerns about the risk of power-supply shortages beyond 2012 unless Brazil builds new capacity, the Brazilian government announced the development of five new nuclear power plants. The government's 2030 National Energy Plan anticipates 5.3 GW of additional installed generation capacity from new nuclear plants (Angra 3 and four other plants) by 2030. Moreover, electricity produced from CHP plants, mainly from sugarcane bagasse, is planned to constitute 11.4% of the country's electricity supply by 2030.

Biofuels supply a comparatively significant share of the energy consumed for road transport (Figure 18). As such, Brazilian transport has a relatively low CO₂ emissions intensity.[16] CO₂ emissions per unit of fuel consumed in road traffic are 20% lower than the world average (2.3 versus 2.9 t CO₂ per toe).

---

16. See box on "Using biofuels to reduce emissions" for a more complete discussion on the advantages and limitations of using biofuels to replace oil. Note: CO₂ emissions intensity considers the tank-to-wheel emissions and assumes that the CO₂ emissions derived from the combustion of biofuels are zero.

## Using biofuels to reduce emissions

Compatible with many conventional engines (in low-percentage blends) and blendable with current transport fuels, biofuels have the potential to reduce greenhouse-gas emissions and to contribute to energy security by diversifying supply sources for transport. However, the economic, environmental and social benefits of the current generation of biofuels vary.

In order to assess their efficacy in reducing greenhouse-gas emissions, biofuels can be compared on the basis of their well-to-wheel* performance with respect to conventional fossil fuels. When ethanol is derived from corn, the well-to-wheel greenhouse-gas reduction with respect to conventional gasoline is typically in the range of 10% to 50%. The reduction is typically much higher for sugarcane-based ethanol from Brazil, reaching an estimated 70-120%**. Similarly, oilseed-derived biodiesel typically leads to greenhouse-gas reductions, on a well-to-wheel basis, of 30% to 60% when compared to conventional petroleum diesel.

However, these comparisons do not take into account the possibility that changes in land use caused by biofuel production can result in one-time releases of CO$_2$ that could be quite large; more research is needed on the impacts of both direct and indirect land-use change and how to minimise adverse impacts.

New and emerging biofuel technologies, which can use as feedstock biomass residues and energy crops such as fast growing trees and perennial grasses, have the potential to dramatically expand the scope for production of very low-carbon biofuels. However these biofuel technologies are not yet commercially operational at full scale. The most mature of these technologies are still at the edge between demonstration and first commercial plants.

For both conventional and advanced biofuels, production cost is a main barrier to their larger penetration in the transport fuel mix. Only ethanol from sugarcane produced in Brazil has been more or less the only biofuel competitive with petroleum fuels without direct subsidies, but this may change with the higher oil prices occurring recently and the relatively high sugar price. In most regions the cost barrier for biofuels is such that market introduction has typically required substantial regulatory intervention and governmental support.

Currently, several countries have mandated or promoted biofuel blending to displace oil in domestic transport supply. In Brazil, gasoline contains 20% to 25% ethanol. Furthermore, 84% of cars produced in Brazil in 2009 can run on either 100% ethanol or on a gasoline/ethanol blend. Depending on the oil price, most drivers are choosing to operate these vehicles mainly on ethanol. In 2006, the United States introduced mandatory standards and these were extended in 2007 under the EISA law. Blending requirements will reach 12.9 billion gallons in 2010 and 36 billion gallons by 2022 (of which more than half will be required to be "advanced biofuels"*** and about one-third cellulosic).****

Several years ago, the European Union introduced a target for biofuel use equivalent to 2% of the market share of motor fuel by 2005 (although it was not reached) and 5.75% by the end of 2010. The target for renewable energy sources in transport for 2020 is now set at 10%. The current legislation also requires "sustainability criteria" favouring biofuels derived from waste, residues and lignocellulosic material in order to prevent mass investment in biofuels when their use may potentially be harmful to the environment. Australia (New South Wales and Queensland) and Canada are also mandating the use of biofuels, as are a number of non-OECD countries.

In the future, it is crucial that policies foster innovation and support only the most sustainable biofuels, through a continuous monitoring and assessment of their effectiveness in reducing greenhouse-gas emissions and in providing social, environmental and economic benefits. Suitable land availability and potential influence of biofuel production on global food prices also need to be carefully monitored, taking into account global food, fibre and energy needs for a steadily growing world population. However, barriers to the commercial viability of biofuels shrink as technologies evolve and as prices of conventional fossil fuels remain high. Moreover, if well managed and co-ordinated with investments in infrastructures and agriculture, biofuels can provide an opportunity for increasing land productivity and creating economic development, particularly in rural areas.

* Well-to-wheel life cycle analysis refers to the total emissions from the production stage to the consumption stage of the product.

** GHG savings of more than 100% are possible through use of co-products.

*** Advanced biofuels in the US Renewable Fuels Standard refers to biofuels that provide more than 50% life-cycle CO$_2$ savings compared with gasoline.

**** Cellulose is an organic compound with the formula $C_6H_{10}O_5$ and is the structural component of the primary cell wall of green plants. Lignocellulosic biomass refers to plant biomass that is composed of cellulose, hemicellulose and lignin.

Brazil is the world's largest exporter and consumer of fuel ethanol from sugarcane.[17] In 2009, Brazil produced 450 000 bbl/d of ethanol, up from 410 000 bbl/d in 2008. Currently, cars that can run on either 100% ethanol or a gasoline-anhydrous ethanol blend represent 84% of the new cars purchased in Brazil (an estimated 2.2 million in 2009) and cost the same as cars that can only run on conventional fuel.

**Figure 18: Share of biofuels energy in road transport (2009)**



*Key point: Brazil's relative consumption of biofuels far outstrips that of any other country.*

Brazil's profile as an energy producer will be transformed in the medium term, following the discovery in November 2007 of a major deepwater oilfield in the Santos Basin, which is now being developed with some fields already in production. Brazil's oil and gas reserves are currently estimated at 14 billion barrels.

## Russian Federation

The Russian Federation is the only one of the BRICS countries where CO₂ emissions fell between 1990 and 2009, with a 30% drop over the period (Figure 19). The economic downturn after the break-up of the former Soviet Union caused emissions to fall by 34% between 1990 and 1998. Yet, CO₂ emissions grew in 1999 and 2000 (2% and 3% a year, respectively) due to the Russian Federation's strong economic recovery, stimulated by the increase in world energy prices. CO₂ emissions remained fairly constant for the next five years. After a 4% increase in 2006, the CO₂ emissions were stable in 2007, increased by 1% in 2008, before falling 4% in 2009, largely due to the global financial crisis.

The *WEO 2010* New Policies Scenario projects that the Russian Federation CO₂ emissions will continue to increase steadily, and in 2035 will represent around 75% of the estimated 1990 level.

**Figure 19. Russian Federation: CO₂ emissions by sector**



*Key point: CO₂ emissions in the Russian Federation have remained fairly constant over the last ten years.*

CO₂ emissions from fuel combustion in the Russian Federation have stabilised over the 2000s. However, other sources of greenhouse gases (in particular CH₄ emissions from leaks in the oil and gas transmission/distribution system and CO₂ emissions from flaring of associated gas) represent an important share of the Russian greenhouse-gas emissions. To effectively reduce greenhouse-gas emissions from energy, these two problems would also need to be addressed (IEA, 2006a).

In early 2009, the Russian government passed the resolution "On the Measures Stimulating Reduction of Atmospheric Pollution by Products of Associated Gas Flaring." The document set a target for 2012 and beyond, limiting associated petroleum gas (APG) flaring levels to only 5% of the entire APG output. Starting 1 January 2012, producers will be liable to paying increased fees for excessive flaring. The fees will be hiked by 4.5 times. In case a producer fails to install at his production facilities the tools to measure and log the actual volumes of APG production, utilisation and flaring, a factor of 6 would be used to calculate the excessive flaring fee.

In 2009, the electricity and heat generation sector represented 53% of Russian CO₂ emissions, compared to a global average of 41%. Within this sector, 47% of the electricity was generated by natural gas, 17% by coal and only 2% by oil (Figure 20).

The Russian government enacted a decree in January 2009 that sets targets to increase the share of electricity generated by renewable energy sources (excluding large hydro) from less than 1% to 4.5% by 2020. This decree could go a long way to get the

---

17. In 2005, the United States displaced Brazil as the largest ethanol producer, although mainly derived from corn and not sugarcane.

Russian Federation more in line with the global average. However, to stimulate the utilisation of renewable energy sources including wind, biofuels, solar and recovered methane from coal mines (coalmine methane), a range of supporting regulations will be needed, amplifying this important framework legislation.

### Figure 20. Russian Federation: Electricity generation by fuel



*Key point: A large portion of the Russian Federation's electricity and heat generation comes from non-emitting (nuclear and hydro) or low-emitting (natural gas) sources.*

Of the BRICS countries, in 2009, the Russian Federation had the highest $CO_2$ emissions per capita (10.8 t $CO_2$), which put it close to the average of OECD member countries (9.8 t $CO_2$). In terms of $CO_2$/GDP, the Russian Federation's economy remains $CO_2$ intensive with 1.0 kg $CO_2$ per unit of GDP, more than 2.5 times higher than the OECD average. Canada, whose geography and natural resources are comparable to those of the Russian Federation, has a carbon intensity of 0.5 kg $CO_2$/USD – half of the Russian Federation's level. However, IEA statistics show a reduction of the Russian Federation's energy intensity of GDP of about 5% per year since 1998. It is not clear how much this can be attributed to energy efficiency improvements or changes in the sectoral composition of GDP and industrial product mix as opposed to the dramatic increase in GDP due to the Russian Federation's much higher export earnings from oil and gas.

## India

India emits more than 5% of global $CO_2$ emissions, and emissions continue to grow. $CO_2$ emissions have almost tripled between 1990 and 2009. The *WEO 2010*

New Policies Scenario projects that $CO_2$ emissions in India will increase by almost 2.5 times between 2008 and 2035. A large share of these emissions are produced by the electricity and heat sector, which represented 54% of $CO_2$ in 2009, up from 40% in 1990. $CO_2$ emissions in the transport sector accounted for only 9% of total emissions in 2009, but transport is one of the fastest growing sectors (Figure 21).

### Figure 21. India: CO₂ emissions by sector



*Key point: The bulk of $CO_2$ emissions in India comes from the electricity and heat generation sector and its share is continuing to grow.*

In 2009, 69% of electricity in India came from coal, another 12% from natural gas and 3% from oil (Figure 22). The share of fossil fuels in the generation mix grew from 73% in 1990 to 85% in 2002. The share of fossil fuels has declined steadily since then, falling to 81% in 2006, although increasing back up to 84% in 2009. Although electricity produced from hydro has actually risen during this period, the share fell from 25% in 1990 to 12% in 2009.

India is promoting the addition of other renewable power sources into its generation mix and had an installed capacity of 17 GW of renewable energy sources on 30 June 2010. Under its National Action Plan on Climate Change, India plans to install 20 GW of solar power by 2020. With an installed wind capacity of 12 GW in June 2010,[18] India has the world's fifth-largest installed capacity of wind power.

---

18. According to the website of the Ministry of New and Renewable Energy of the Government of India. See *www.mnre.gov.in*.

**Figure 22. India: Electricity generation by fuel**



*Key point: About two-thirds of India's electricity comes from coal.*

Of the BRICS countries, India has the lowest $CO_2$ emissions per capita (1.4 t $CO_2$ in 2009), about one-third that of the world average. However, due to the recent large increases in emissions, the Indian ratio is more than two times that of its ratio in 1990 and will continue to grow. India's per capita emissions in 2035 will, however, still be well below those in the OECD member countries today.

In terms of $CO_2$/GDP, India has continuously improved the efficiency of its economy and reduced the $CO_2$ emissions per unit of GDP by 16% between 1990 and 2009. India aims to further reduce emissions intensity of GDP by 20-25% by 2020 compared with the 2005 level.[19]

## China

With almost 7 billion tonnes of $CO_2$ in 2009 (24% of global emissions), Chinese emissions far surpass those of the other BRICS countries. In fact, China overtook the United States in 2007 as the world's largest annual emitter of energy-related $CO_2$, although in cumulative and per capita terms the United States remains the largest. Chinese $CO_2$ emissions tripled between 1990 and 2009. The increases were especially large in recent years (16% in 2003, 19% in 2004, 11% in both 2005 and 2006, and 8% in 2007 and 2008). However, due to the world economic crisis, the rate of growth slowed to 5% in 2009. The *WEO 2010* New Policies Scenario

projects that the growth in Chinese emissions could slow down to 1.5% per year between 2009 and 2035. Even with this further slowed growth, emissions in 2035 would be 1.5 times current levels.

Since 1990, the electricity and heat generation sector grew the most, representing 48% of Chinese $CO_2$ emissions in 2009 (Figure 23). The transport sector also grew rapidly, but from a much smaller base, representing 7% of $CO_2$ emissions in 2009. The *WEO 2010* New Policies Scenario projects that the transport sector will continue to grow, rising to an estimated 13% in 2035, as switching to low- or zero-carbon energy sources is much more difficult in transport than in other sectors.

**Figure 23. China: $CO_2$ emissions by sector**



*Key point: In recent years, and in line with vigorous economic expansion, China showed dramatic growth in $CO_2$ emissions from electricity and heat generation.*

Chinese demand for electricity was the largest driver of the rise in emissions. The rate of capacity additions peaked in 2006, but in 2009 China's installed capacity rose by a net 81 GW (China Electricity Council, 2010), slightly more than the total installed capacity of South Korea. At the same time, it closed over 26 GW of small, inefficient fossil fuel-fired plants (Zhang, 2010), about the size of Ireland and Switzerland's combined installed capacity. Coal played a major role in supporting the growing demand for electricity generation (Figure 24). Nearly all of the 1990-2009 emissions growth from power generation derived from coal, although the emissions performance of coal-fired power generation has improved significantly (IEA, 2009), and China has started to add some natural gas (electricity generated from natural gas increased by 64% in 2009).

---

19. As per its stated goal in association with the Copenhagen Accord.

**Figure 24. China: Electricity generation by fuel**



*Key point: Coal dominates China's electricity generation and its very fast growth.*

In the past few decades, China experienced a rapid decoupling of energy consumption and CO$_2$ emissions from economic growth. During the 1980s, the central government in China reduced industrial energy intensity by establishing standards and quotas for the energy supplied to firms and had the authority to shut off the power supply when enterprises exceeded their limits (Lin, 2005). However, as the Chinese economy has moved towards an open-market operation, investment in energy conservation as a percentage of total energy investment gradually declined (IEA, 2006b).

The rapid expansion since 2003 of heavy industrial sectors to serve huge infrastructure investments and burgeoning demand for Chinese products from domestic and overseas consumers pushed up demand for fossil fuels. As a result, CO$_2$ emissions per unit of GDP actually rose from 2002 to 2004. Still, the 2009 CO$_2$/GDP is 53% less than in 1990, and a recent push by the government to reduce energy intensity has helped to resume the long-term intensity decline, albeit at a much slower rate than in the past. The increasing share of coal in power generation, however, despite some of the world's largest investments in renewables, means that a small decline in energy intensity may still be paired with an increase in emissions intensity, as was the case in 2003 and 2004. Although per-capita emissions in China in 2009 were only about one-half that of the OECD average, they have increased two and a half times since 1990, with the largest increases occurring in the last seven years. The country is seeking ways to limit growth in CO$_2$

emissions, though, and is requiring all provincial and local governments to participate in implementing the 12th Five-Year Plan target of lowering CO$_2$ emissions per unit of GDP by 17% in 2015 compared to 2010. Regional pilot projects are underway to find practical ways of reaching this target, as well as the national pledge, announced in late 2009 under the Copenhagen Accord, to reduce CO$_2$ emissions per unit of GDP by 40% to 45% in 2020 compared to 2005.

## South Africa

South Africa currently relies heavily on fossil fuels as a primary energy source (88% in 2009); with coal providing most of it. Although South Africa accounted for 40% of CO$_2$ emissions from fuel combustion in Africa in 2009, it represented only 1% of the global total. The electricity and heat sector produced 62% of South Africa's CO$_2$ emissions in 2009 (Figure 25).

**Figure 25. South Africa: CO$_2$ emissions by sector**



*Key point: The largest share of CO$_2$ emissions in South Africa comes from the electricity and heat sector, but growth remains moderate compared to some of the other BRICS countries.*

Coal dominates the South African energy system, accounting for 68% of primary energy supply and one-quarter of final energy consumption. In 2009, South Africa generated 94% of its electricity using coal (Figure 26). In South Africa's Long-Term Mitigation Scenarios (LTMS), emissions would quadruple between 2003 and 2050 in the absence of radical energy-choice changes, dominated by energy-related emissions, notably from the electricity, industrial and transport sectors. One of the major climate change

mitigation issues facing South Africa is a reduction of its greenhouse-gas emissions from the power sector, primarily by reducing reliance on coal. South Africa is already taking steps to expand the use of both renewable and nuclear energy, to explore the use of carbon capture and storage (CCS) technologies, and to reduce energy demand through a nationwide energy efficiency programme. South Africa's public utility Eskom also has a target to reduce dependence on conventional coal to 70% by 2025 and reduce greenhouse-gas emissions in absolute terms by 2050 (including increasing capacity from renewables). South Africa's current target is to have 1 000 MW of renewable capacity by 2013 and 3 800 MW by 2016.

**Figure 26. South Africa: Electricity generation by fuel**

TWh



*Key point: South Africa relies almost solely on coal to produce its electricity.*

The prices of commercial forms of energy in South Africa are, in general, quite low by international standards. Given the relatively lower rate of electrification (about 88% in urban areas and only 55% in rural areas in 2008), the direct use of commercial forms of energy by households is more limited. Biofuels (especially wood) dominates energy use by rural households, generating health and safety problems, as well as concerns about the sustainability of wood supplies. Over the last 19 years, per-capita CO₂ emissions in South Africa have remained fairly constant while emissions per unit of GDP have decreased by 12%. South Africa aims to reduce greenhouse-gas emissions 34% below its business-as-usual (BAU) growth trajectory by 2020, increasing to 42% below the BAU trajectory by 2025.

# Sustainable energy use requires global engagement

Trends in CO₂ emissions from fuel combustion illustrate the need for all countries to shape a more sustainable energy future. Special emphasis should first be on the industrialised nations that have the highest per capita incomes and that are responsible for the bulk of cumulative emissions. However, with the rapidly growing energy demand of developing countries, it is important that they also strive to use energy in a sustainable way. *ETP 2010* shows that enhancing energy efficiency and reducing the carbon intensity of energy supply, which is largely reliant on fossil fuels, are both fundamental steps towards a global low-carbon energy system.

Between 1971 and 2008, global CO₂ emissions doubled. However, two important turning points occurred in 2008: for the first time, emissions from non-Annex 1 countries surpassed those in Annex 1 and the emission levels of Annex 1 countries fell below 1990 levels (Figure 27) due to economic contraction arising from the recession and high oil prices in 2008.

**Figure 27. Trends in regional CO₂ emissions**

Gt CO₂



\* Other Annex I includes Annex I EIT, Malta and Turkey

\*\* Asia includes Korea and excludes Japan (which is included in Annex II).

\*\*\* Other non-Annex I includes Africa, Latin America, Middle East, non-Annex I, non-OECD Europe and Eurasia, international bunkers, and, for 1971, Other Annex I.

*Key points: In 2009, CO₂ emissions from Annex I countries fell back to 1990 levels, while emissions from non-Annex I countries continued to grow. The CO₂ emissions from non-Annex I countries continued to surpass those of Annex I countries (which occurred first in 2008).*

The share of CO$_2$ emissions in Annex I countries to the UNFCCC progressively shrank (66% in 1990 and 45% in 2008), as emissions in developing countries (led by Asia) increased at a much faster rate. The growth in Asian emissions reflects a striking rate of economic development, particularly within China and India. Between 1990 and 2009, CO$_2$ emissions rose by 132% for non-Annex I countries as a whole and nearly tripled for Asia. This is in contrast to the reduction in emissions below 1990 levels (a 6% drop between 1990 and 2009) which occurred in the Annex I countries.

Emission trends within Annex I countries were very different. Emissions of CO$_2$ in Annex II countries in 2009 were 4% higher than in 1990. On the other hand, emissions in Annex I EIT countries were 37% lower due to a rapid decline in industrial productivity subsequent to the collapse of their centrally planned economies in 1989.

Since the Industrial Revolution, the bulk of annual CO$_2$ emissions have originated from industrialised countries. However, this long period of dominance will soon end given the size of some developing economies and the growth in their energy needs. Effective emissions mitigation will require all countries, regardless of energy demand and infrastructure, to use energy in a sustainable manner.

# References

China Electricity Council (2010), *China National Power Industry Statistics Flash Report 2009*, China Electricity Council, Beijing.

IEA (2006a), *Optimising Russian Natural Gas: Reform and Climate Policy*, OECD/IEA, Paris.

IEA (2006b), *China's Power Sector Reforms: Where to Next?* OECD/IEA, Paris.

IEA (2009), *Cleaner Coal in China*, OECD/IEA, Paris.

IEA (2010), *World Energy Outlook 2010* (WEO 2010), OECD/IEA, Paris.

IEA (2010), *Energy Technology Perspectives 2010* (ETP 2010), OECD/IEA, Paris.

IPCC (2007), *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories* (1996 IPCC Guidelines), IPCC, Bracknell, UK.

Lin, J. (2005), *Trends in Energy Efficiency Investments in China and the US*, Lawrence Berkeley National Laboratory, Berkeley, CA.

Zhang G.B. (ed.) (2010), *Report on China's Energy Development for 2010*, Economic Science Press, Beijing.

# 3. IEA EMISSIONS ESTIMATES

The estimates of $CO_2$ emissions from fuel combustion presented in this publication are calculated using the IEA energy data[20] and the default methods and emission factors from the *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*, IPCC/OECD/IEA, Paris, 1997 (*1996 IPCC Guidelines*).

Although the IPCC approved the *2006 Guidelines* at the 25th session of the IPCC in April 2006 in Mauritius, many countries (as well as the IEA Secretariat) are still calculating their inventories using the *1996 IPCC Guidelines* since this was the version used for the Kyoto Protocol.

The IEA Secretariat reviews its energy databases each year. In the light of new assessments, important revisions may be made to the time series of individual countries. Therefore, certain data in this publication may have been revised with respect to previous editions.

## Inventory quality

The *IPCC Guidelines* allow Parties under the UNFCCC to prepare and periodically update national inventories that are accurate, complete, comparable and transparent. Inventory quality is an important issue since countries are now implementing legally-binding commitments.

One way to assess inventory quality is to do comparisons among inventories, methodologies and input data. The *IPCC Guidelines* recommend that countries which have used a detailed Sectoral Approach for $CO_2$ emissions from energy combustion also use the Reference Approach for verification purposes. This will identify areas where a full accounting of emissions may not have been made (see Chapter 5 of the full-scale study).

20. Published in Energy Statistics of OECD Countries, Energy Balances of OECD Countries, Energy Statistics of Non-OECD Countries and Energy Balances of Non-OECD Countries, IEA, Paris, 2011.

## Reference Approach vs. Sectoral Approach

The Reference Approach and the Sectoral Approach often give different results because the Reference Approach is a top-down approach using a country's energy supply data and has no detailed information on how the individual fuels are used in each sector.

The Reference Approach provides estimates of $CO_2$ to compare with estimates derived using a Sectoral Approach. Theoretically, it indicates an upper bound to the Sectoral Approach "1A fuel combustion", because some of the carbon in the fuel is not combusted but will be emitted as fugitive emissions (as leakage or evaporation in the production and/or transformation stage).

Calculating $CO_2$ emissions inventories with the two approaches can lead to different results for some countries. In general the gap between the two approaches is relatively small (5 per cent or less) when compared to the total carbon flows involved. In cases where 1) fugitive emissions are proportional to the mass flows entering production and/or transformation processes, 2) stock changes at the level of the final consumer are not significant and 3) statistical differences in the energy data are limited, the Reference Approach and the Sectoral Approach should lead to similar evaluations of the $CO_2$ emissions trends.

When significant discrepancies and/or large time-series deviations do occur, they may be due to various reasons such as:

*Large statistical differences* between the energy supply and the energy consumption in the basic energy data. Statistical differences arise from the collection of data from different parts of the fuel flow from its supply origins to the various stages of downstream

conversion and use. They are a normal part of a fuel balance. Large random statistical differences must always be examined to determine the reason for the difference, but equally importantly smaller statistical differences which systematically show an excess of supply over demand (or vice versa) should be pursued.

***Significant mass imbalances*** between crude oil and other feedstock entering refineries and the (gross) oil products manufactured.

***The use of aggregate net calorific and carbon content values*** for primary fuels which are converted rather than combusted. For example, it may appear that there is not conservation of energy or carbon depending on the calorific value and/or the carbon content chosen for the crude oil entering refineries and for the mix of products produced from the refinery for a particular year. This may cause an overestimation or underestimation of the emissions associated with the Reference Approach.

***The misallocation of the quantities of fuels used for conversion into derived products*** (other than power or heat) ***or quantities combusted in energy industry own use***. When reconcilimg differences between the Reference Approach and a Sectoral Approach it is important to ensure that the quantities reported in transformation and energy industry own use (e.g. for coke ovens) reflect correctly the quantities used for conversion and for fuel use, respectively, and that no misallocation has occurred. Note that the quantities of fuels converted to derived products should have been reported in transformation in the energy balance. If any derived products are used to fuel the conversion process, the amounts involved should have been reported in energy industry own use of the energy balance. In a Sectoral Approach the inputs to transformation should not be included in the activity data used to estimate emissions.

***Missing information on certain transformation outputs***. Emissions from combustion of secondary fuels produced in integrated processes (for example, coke oven gas) may be overlooked in a Tier 1 Sectoral Approach if data are poor or unavailable. The use of secondary fuels (the output from the transformation process) should be included in the Sectoral Approach. Failure to do so will result in an underestimation of the Sectoral Approach.

***Simplifications in the Reference Approach.*** Certain quantities of carbon should be included in the Reference Approach because their emissions fall under fuel combustion. These quantities have been excluded where the flows are small or not represented by a major statistic available within energy data. Examples of quantities not accounted for in the Reference Approach include lubricants used in two-stroke engines, blast furnace and other by-product gases which are used for fuel combustion outside their source category of production and combustion of waxed products in waste plants with heat recovery. On the other hand, certain flows of carbon should be excluded from the Reference Approach, but for reasons similar to the above no practical means can be found to exclude them without over complicating the calculations. These include coals and other hydrocarbons injected into blast furnaces as well as cokes used as reductants in the manufacture of inorganic chemicals. These simplifications will determine discrepancies between the Reference Approach and a Sectoral Approach. If data are available, the magnitudes of these effects can be estimated.

***Missing information on stock changes*** that may occur at the final consumer level. The relevance of consumer stocks depends on the method used for the Sectoral Approach. If delivery figures are used (this is often the case) then changes in consumers' stocks are irrelevant. If, however, the Sectoral Approach is using actual consumption of the fuel, then this could cause either an overestimation or an underestimation of the Reference Approach.

***High distribution losses or unrecorded consumption*** for natural gas may mean that the emissions are overestimated by the Reference Approach or underestimated by the Sectoral Approach.

***The treatment of transfers and reclassifications of energy products*** may cause a difference in the Sectoral Approach estimation since different net calorific values and emission factors may be used depending on how the fuel is classified.

## Differences between IEA estimates and UNFCCC submissions

It is possible to use the IEA CO₂ estimates for comparison with the greenhouse-gas inventories reported by countries to the UNFCCC Secretariat. In this way, problems in methods, input data or emission factors may become apparent. However, care should be used in interpreting the results of any comparison since the IEA estimates may differ from a country's official submission for many reasons.

A recent comparison of the IEA estimates with the inventories submitted to the UNFCCC showed that for

most Annex II countries, the two calculations were within 5%. For some EIT and non-Annex I countries, differences between the IEA estimates and national inventories were larger. In some of the countries the underlying energy data were different, suggesting that more work is needed on the collecting and reporting of energy statistics for those countries.

Some countries have incorrectly defined bunkers as fuel used abroad by their own ships and planes. Still other countries have made calculation errors for carbon oxidation or have included international bunkers in their totals. Since all of the above will affect the national totals of CO$_2$ emissions from fuel combustion, a systematic comparison with the IEA estimates would allow countries to verify their calculations and produce more internationally comparable inventories.

In addition, the main bias in the energy data and emission factors will probably be systematic and not random. This means that the emission trends will usually be more reliable than the absolute emission levels. By comparing trends in the IEA estimates with trends in emissions as reported to the UNFCCC, it should be possible to identify definition problems or changes in the calculations, which were not reflected in the base year.

For many reasons the IEA estimates may differ from the numbers that a country submits to the UNFCCC, even if a country has accounted for all of its energy use and correctly applied the *IPCC Guidelines*. No attempt has been made to quantify the effects of these differences. In most cases these differences will be relatively small. Some of the reasons for these differences are:

- **The IEA uses a Tier 1 method.**

The IEA uses a Tier 1 Sectoral Approach based on the *1996 IPCC Guidelines*. Countries may be using a Tier 2 or Tier 3 method that takes into account different technologies.

- **The IEA is using the *1996 IPCC Guidelines*.**

The IEA is still using the *1996 IPCC Guidelines*. Some countries may have already started using the *2006 IPCC* Guidelines.

- **Energy activity data are extracted from the IEA energy balances and may differ from those used for the UNFCCC calculations.**

Countries often have several "official" sources of data such as a Ministry, a Central Bureau of Statistics, a nationalised electricity company, etc. Data can also be collected from the energy suppliers, the energy consumers or customs statistics. The IEA Secretariat tries to collect the most accurate data, but does not necessarily

have access to the complete data set that may be available to national experts calculating emission inventories for the UNFCCC. In addition to different sources, the methodology used by the national bodies providing the data to the IEA and to the UNFCCC may differ. For example, general surveys, specific surveys, questionnaires, estimations, combined methods and classifications of data used in national statistics and in their subsequent reclassification according to international standards may result in different series.

- **The IEA uses average net calorific values.**

The IEA uses an average net calorific value (NCV) for each secondary oil product. These NCVs are region-specific and constant over time. Country-specific NCVs that can vary over time are used for NGL, refinery feedstocks and additives. Crude oil NCVs are further split into production, imports, exports and average. Different coal types have specific NCVs for production, imports, exports, inputs to main activity power plants and coal used in coke ovens, blast furnaces and industry, and can vary over time for each country.

Country experts may have the possibility of going into much more detail when calculating the heat content of the fuels. This in turn could produce different values than the IEA.

- **The IEA uses average emission factors.**

The IEA uses the default emission factors which are given in the *1996 IPCC Guidelines*. Country experts may have better information available.

- **The IEA does not have detailed information for the stored carbon calculation.**

The IEA does not have complete information on the non-energy use of fuels. The amount of carbon stored is estimated using the default values given in the *1996 IPCC Guidelines*. For "other products" in the stored carbon calculation, the IEA assumes that 100% of kerosene, white spirit and petroleum coke that is reported as non-energy use in the energy balance is also stored. Country experts calculating the inventories may have more detailed information.

- **The IEA cannot allocate emissions from auto-producers into the end-use sectors.**

The *1996 IPCC Guidelines* recommend that emissions from autoproduction should be included with emissions from other fuel use by end-consumers. At the same time, the emissions from the autoproduction of electricity and heat should be excluded from the energy transformation source category to avoid double counting. The IEA is not able to allocate the fuel use

from autoproducers between industry and *other*. Therefore, this publication shows a category called "Unallocated autoproducers". However, this should not affect the total emissions for a country.

- **Military emissions may be treated differently.**

According to the *1996 IPCC Guidelines*, military emissions should be reported in Source/Sink Category 1 A 5, *Other (not elsewhere specified)*. Previously, the IEA questionnaires requested that warships be included in international marine bunkers and that the military use of aviation fuels be included in domestic air. All other military use should have been reported in *non-specified other*.

At the IEA/Eurostat/UNECE Energy Statistics Working Group meeting (Paris, November 2004), participants decided to harmonise the definitions used to collect energy data on the joint IEA/Eurostat/UNECE questionnaires with those used by the IPCC to report greenhouse-gas inventories. As a result, starting in the 2006 edition of this publication, all military consumption should be reported in *non-specified other*. Seagoing versus coastal is no longer a criterion for splitting international and domestic navigation.

However, it is not clear whether countries are reporting on the new basis, and if they are, whether they will be able to revise their historical data. The IEA has found that in practice most countries consider information on military consumption as confidential and therefore either combine it with other information or do not include it at all.

- **The IEA estimates include emissions from coke inputs into blast furnaces. Countries may have included these emissions in the IPCC category industrial processes.**

National greenhouse-gas inventories submitted to the UNFCCC divide emissions according to source categories. Two of these IPCC Source/Sink Categories are energy and industrial processes. The IPCC Reference Approach estimates national emissions from fuel combustion based on the supply of fuel to a country and by implication includes emissions from coke inputs to blast furnaces in energy industry own use. However, within detailed sectoral calculations certain non-energy processes can be distinguished. In the reduction of iron in a blast furnace through the combustion of coke, the primary purpose of coke oxidation is to produce pig iron and the emissions can be considered as an industrial process. Care must be taken not to double count these emissions in both energy and industrial processes. The IEA estimates of emissions from fuel combustion in this publication include the coke inputs to blast furnaces.

- **The units may be different.**

The *1996 IPCC Guidelines* and the UNFCCC *Reporting Guidelines on Annual Inventories* both ask that CO$_2$ emissions be reported in Gg of CO$_2$. A million tonnes of CO$_2$ is equal to 1 000 Gg of CO$_2$, so to compare the numbers in this publication with national inventories expressed in Gg, the IEA emissions must be multiplied by 1 000.

# Key sources

In May 2000, the IPCC Plenary accepted the report on *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. The report provides good practice guidance to assist countries in determining their key source categories. By identifying these key sources in the national inventory, inventory agencies can prioritise their efforts and improve their overall estimates.

**The *Good Practice Guidance* identifies a key source category as one that is prioritised within the national inventory system because its estimate has a significant influence on a country's total inventory of direct greenhouse gases in terms of the absolute level of emissions, the trend in emissions, or both.**

For a more complete description of the IPCC methodology for determining key sources, see Chapter 5 of the full-scale study.

In the *Good Practice Guidance*, the recommendation for choosing the level of the key source analysis is to "disaggregate to the level where emission factors are distinguished. In most inventories, this will be the main fuel types. If emission factors are determined independently for some sub-source categories, these should be distinguished in the analysis."

Since the emission estimates in this publication were produced using the default emission factors from the *1996 IPCC* Guidelines, this means that the fuel combustion categories would have been divided into:

> stationary combustion – coal
> stationary combustion – oil
> stationary combustion – gas
> mobile combustion – coal
> mobile combustion – oil
> mobile combustion – gas

Clearly this level of aggregation is not particularly useful in identifying where additional work is needed in refining the inventory. It does not take into account

the possibility of improving data collection methods, improving emission factors or using a higher tier calculation for certain key sectors within the energy from fuel combustion source category. For this reason the IEA has disaggregated the key source analysis to the same level of detail presented in the country tables of this publication. For each country, the 11 largest sources, split by coal, oil, gas and other, are shown in the key sources table.

To calculate the level assessment, the IEA has started with the CO$_2$ emissions from fuel combustion as calculated by the IEA. To supplement this, where possible, the IEA has used the emissions that were submitted by the Annex 1 Parties to the UNFCCC in the 2011 submission of the Common Reporting Format for CO$_2$ (only fugitive), CH$_4$, N$_2$O, HFCs, PFCs and SF$_6$, not taking into account CO$_2$ emissions/removals from land use, land use change and forestry.[21]

For the non-Annex 1 Parties, CO$_2$ emissions from fuel combustion were from the IEA and the rest of the 2009 emissions were estimated by PBL.

The cumulative contribution only includes the 11 largest key sources of CO$_2$ from fuel combustion. As a result, in most cases the cumulative contribution will not be 95% as recommended in the *Good Practice Guidance* and key sources from fugitive emissions, industrial processes, solvents, agriculture and waste will not be shown. The percentage of CO$_2$ emissions from fuel combustion in total greenhouse-gas emissions has been included as a memo item at the bottom of the table.

## Notes on tables and graphs

### Table of CO$_2$ emissions by sector

*Row 1: Sectoral Approach* contains total CO$_2$ emissions from fuel combustion as calculated using the IPCC Tier 1 Sectoral Approach and corresponds to IPCC Source/Sink Category 1 A. Emissions calculated using a Sectoral Approach include emissions only when the fuel is actually combusted.

*Row 2: Main activity producer electricity and heat* contains the sum of emissions from main activity producer electricity generation, combined heat and power generation and heat plants. Main activity producers

are defined as those undertakings whose primary activity is to supply the public. They may be publicly or privately owned. Emissions from own on-site use of fuel are included. This corresponds to IPCC Source/Sink Category 1 A 1 a.

*Row 3: Unallocated autoproducers* contains the emissions from the generation of electricity and/or heat by autoproducers. Autoproducers are defined as undertakings that generate electricity and/or heat, wholly or partly for their own use as an activity which supports their primary activity. They may be privately or publicly owned. In the *1996 IPCC Guidelines*, these emissions would normally be distributed between industry, transport and *other*.

*Row 4: Other energy industry own use* contains emissions from fuel combusted in oil refineries, for the manufacture of solid fuels, coal mining, oil and gas extraction and other energy-producing industries. This corresponds to the IPCC Source/Sink Categories 1 A 1 b and 1 A 1 c. According to the *1996 IPCC Guidelines*, emissions from coke inputs to blast furnaces can either be counted here or in the industrial processes source/sink category. Within detailed sectoral calculations, certain non-energy processes can be distinguished. In the reduction of iron in a blast furnace through the combustion of coke, the primary purpose of the coke oxidation is to produce pig iron and the emissions can be considered as an industrial process. Care must be taken not to double count these emissions in both energy and industrial processes. In the IEA estimations, emissions from energy industry own use in blast furnaces have been included in this category.

*Row 5: Manufacturing industries and construction* contains the emissions from combustion of fuels in industry. The IPCC Source/Sink Category 1 A 2 includes these emissions. However, in the *1996 IPCC Guidelines*, the IPCC category also includes emissions from industry autoproducers that generate electricity and/or heat. The IEA data are not collected in a way that allows the energy consumption to be split by specific end-use and therefore, this publication shows autoproducers as a separate item. See Row 3, *Unallocated autoproducers*. *Manufacturing industries and construction* also includes some emissions from coke inputs into blast furnaces, which may be reported either in transformation, energy industry own use, industry or the separate IPCC Source/Sink Category 2, industrial processes.

*Row 6: Transport* contains emissions from the combustion of fuel for all transport activity, regardless of the sector, except for international marine and aviation bunkers. This includes domestic aviation, domestic

---

21. As recommended in the Good Practice Guidance.

navigation, road, rail and pipeline transport, and corresponds to IPCC Source/Sink Category 1 A 3. In addition, the IEA data are not collected in a way that allows the autoproducer consumption to be split by specific end-use and therefore, this publication shows autoproducers as a separate item. See Row 3, *Unallocated autoproducers*.

Note: Starting in the 2006 edition, military consumption previously included in *domestic aviation* and in *road* should be in *non-specified other*. See the section on Differences between IEA estimates and UNFCCC submissions, for further details.

**Row 7:** *Road* contains the emissions arising from fuel use in road vehicles, including the use of agricultural vehicles on highways. This corresponds to the IPCC Source/Sink Category 1 A 3 b.

**Row 8:** *Other* contains the emissions from commercial/institutional activities, agriculture/forestry, fishing, residential and other emissions not specified elsewhere that are included in the IPCC Source/Sink Categories 1 A 4 and 1 A 5. In the *1996 IPCC Guidelines*, the category also includes emissions from autoproducers in commercial/public services, residential and agriculture that generate electricity and/or heat. The IEA data are not collected in a way that allows the energy consumption to be split by specific end-use, and therefore, this publication shows autoproducers as a separate item. See Row 3, *Unallocated autoproducers*.

**Row 9:** *Residential* contains all emissions from fuel combustion in households. This corresponds to IPCC Source/Sink Category 1 A 4 b.

**Row 10:** *Reference Approach* contains total CO₂ emissions from fuel combustion as calculated using the IPCC Reference Approach. The Reference Approach is based on the supply of energy in a country and as a result, all inventories calculated using this method include fugitive emissions from energy transformation (e.g. from oil refineries) which are normally included in Category 1 B. For this reason, Reference Approach estimates are likely to overestimate national CO₂ emissions. In these tables, the difference between the Sectoral Approach and the Reference Approach includes statistical differences, product transfers, transformation losses and distribution losses.

**Row 11:** *Differences due to losses and/or transformation* contains emissions that result from the transformation of energy from a primary fuel to a secondary or tertiary fuel. Included here are solid fuel transformation,

oil refineries, gas works and other fuel transformation industries. These emissions are normally reported as fugitive emissions in the IPCC Source/Sink Category 1 B, but will be included in 1 A in inventories that are calculated using the IPCC Reference Approach. Theoretically, this category should show relatively small emissions representing the loss of carbon by other ways than combustion, such as evaporation or leakage.

Negative emissions for one product and positive emissions for another product would imply a change in the classification of the emission source as a result of an energy transformation between coal and gas, between coal and oil, etc. In practice, however, it often proves difficult to correctly account for all inputs and outputs in energy transformation industries, and to separate energy that is transformed from energy that is combusted. Therefore, the row *Differences due to losses and/or transformation* sometimes shows quite large positive emissions or even negative ones due to problems in the underlying energy data.

**Row 12:** *Statistical differences* can be due to unexplained discrepancies in the underlying energy data. They can also be caused by differences between emissions calculated using the Reference Approach and the Sectoral Approach.

**Row 13:** *International marine bunkers* contains emissions from fuels burned by ships of all flags that are engaged in international navigation. The international navigation may take place at sea, on inland lakes and waterways, and in coastal waters. Consumption by ships engaged in domestic navigation is excluded. The domestic/international split is determined on the basis of port of departure and port of arrival, and not by the flag or nationality of the ship. Consumption by fishing vessels and by military forces is also excluded. Emissions from international marine bunkers should be excluded from the national totals. This corresponds to IPCC Source/Sink Category 1 A 3 d i.

**Row 14:** *International aviation bunkers* contains emissions from fuels used by aircraft for international aviation. Fuels used by airlines for their road vehicles are excluded. The domestic/international split should be determined on the basis of departure and landing locations and not by the nationality of the airline. Emissions from international aviation should be excluded from the national totals. This corresponds to IPCC Source/Sink Category 1 A 3 a i.

## Figures 2 and 3: Emissions by sector

*Other* includes emissions from commercial/public services, agriculture/forestry and fishing. Emissions from unallocated autoproducers are included in *Electricity and heat*.

## Figure 5: Electricity generation by fuel

The product *Other* includes geothermal, solar, wind, combustible renewables and waste, etc. Electricity generation includes both main activity producer and autoproducer electricity.

## Country notes

### Cuba

International marine bunkers for residual fuel oil in the period 1971-1983 were estimated on the basis of 1984 figures and the data reported as domestic navigation in the energy balance.

### Cyprus

**Note by Turkey:**

The information in this document with reference to "Cyprus" relates to the southern part of the Island. There is no single authority representing both Turkish and Greek Cypriot people on the Island. Turkey recognises the Turkish Republic of Northern Cyprus (TRNC). Until a lasting and equitable solution is found within the context of the United Nations, Turkey shall preserve its position concerning the "Cyprus" issue.

**Note by all the European Union Member States of the OECD and the European Commission:**

The Republic of Cyprus is recognised by all members of the United Nations with the exception of Turkey. The information in this report relates to the area under the effective control of the Government of the Republic of Cyprus.

### Estonia

The data reported as lignite in the energy balance represent oil shale.

### France

The methodology for calculating main activity electricity and heat production from gas changed in 2000.

### Israel

The statistical data for Israel are supplied by and under the responsibility of the relevant Israeli authorities. The use of such data by the OECD is without prejudice to the status of the Golan Heights, East Jerusalem and Israeli settlements in the West Bank under the terms of international law.

### Italy

Prior to 1990, gas use in commercial/public services was included in residential.

### Japan

Between 2004 and 2007, the IEA received revisions from the Japanese Administration. The first set of revisions received in 2004 increased the 1990 supply by 5% for coal, 2% for natural gas and 0.7% for oil compared to the previous data. This led to an increase of 2.5% in 1990 CO$_2$ emissions calculated using the Reference Approach while the Sectoral Approach remained fairly constant. For the 2006 edition, the IEA received revisions to the coal and oil data which had a significant impact on both the energy data and the CO$_2$ emissions. The most significant revisions occurred for coke oven coke, naphtha, blast furnace gas and petroleum coke. These revisions affected consumption rather than supply in the years concerned. As a result, the sectoral approach CO$_2$ emissions increased for all the years, however at different rates. For example, the sectoral approach CO$_2$ emissions for 1990 were 4.6% higher than those calculated for the 2005 edition while the 2003 emissions were 1.1% higher than those of the previous edition. Due to the impact these successive revisions have had on the final energy balance as well as on CO$_2$ emissions, the IEA was in close contact with the Japanese Administration to better understand the reasons behind these changes. These changes are mainly due to the Government of Japan's efforts to improve the input-output balances in the production of oil products and coal products in response to inquiries from the UNFCCC Secretariat. To cope with this issue, the Japanese Administration established a working group in March 2004. The working group completed its work in April 2006. Many of its conclusions were incorporated in the 2006 edition but some further revisions to the time series (especially in industry and *other*) were submitted for the 2007 edition.

### Netherlands Antilles

Prior to 1992, the Reference Approach overstates emissions since data for lubricants and bitumen (which store carbon) are not available.

## Norway

Discrepancies between Reference and Sectoral Approach estimates and the difference in the resulting growth rates arise from statistical differences between supply and consumption data for oil and natural gas. For Norway, supply of these fuels is the residual of two very large and opposite terms, production and exports.

## Switzerland

The sectoral breakdown for gas/diesel oil used in residential before 1978 was estimated on the basis of commercial and residential consumption in 1978 and the data reported as commercial consumption in the energy balance in previous years.

## United Kingdom

For reasons of confidentiality, gas for main activity electricity is included in autoproducers for 1990.

## Vietnam

A detailed sectoral breakdown is available starting in 1980.

# 4. INDICATORS

## Population

The main source of the 1970 to 2009 population data for the OECD member countries is *National Accounts of OECD Countries, Volume 1*, OECD, Paris, 2011. Data for 1960 to 1969 have been estimated using the growth rates from the population series published in the *OECD Economic Outlook No. 76*. For the **Czech Republic**, **Hungary** and **Poland** (1960 to 1969) and **Mexico** (1960 to 1962), the data are estimated using the growth rates from the population series from the World Bank published in the *World Development Indicators CD-ROM*. For the **Slovak Republic**, population data for 1960 to 1989 are from the Demographic Research Centre, Infostat, Slovak Republic.

The main source of the population data for the OECD non-member countries is *World Development Indicators*, World Bank, Washington D.C., 2011. Population data for **Chinese Taipei**, **Gibraltar**, **Iraq** and a few countries within the regions[3] **Other Africa**, **Other Latin America** and **Other Asia** are based on the CHELEM-CEPII online database, 2011. Population data for 2009 for **Cyprus** are calculated using the population growth rate supplied by Eurostat, 2011.

## GDP

The main source of the 1970 to 2009 GDP series for the OECD member countries is *National Accounts of OECD Countries, Volume 1*, 2011. GDP data for **Australia**, **France**, **Greece** and **Sweden** for 1960 to 1969 and **Denmark** for 1966 to 1969 as well as for **Netherlands** for 1969 come directly from the most recent volume of *National Accounts*. GDP data for 1960 to 1969 for the other countries have been estimated

using the growth rates from the series in the *OECD Economic Outlook No 76* and data previously published by the OECD Secretariat. Data prior to 1986 for **Chile**, prior to 1990 for the **Czech Republic** and **Poland**, prior to 1991 for **Hungary**, and prior to 1992 for the **Slovak Republic** are IEA Secretariat estimates based on GDP growth rates from the World Bank.

The main source of the GDP series for the non-OECD member countries is *World Development Indicators*, World Bank, Washington D.C., 2011. GDP figures for **Chinese Taipei**, **Cuba**, **Eritrea** (2009), **Gibraltar**, **Iraq**, **Democratic People's Republic of Korea**, **Libyan Arab Jamahiriya**, **Myanmar**, **Namibia** (1971-1979), **Netherlands Antilles** (available from 1980), **Qatar**, **Former Soviet Union** (before 1990), **Former Yugoslavia** (before 1990) and a few countries within the regions[22] **Other Africa**, **Other Latin America** and **Other Asia** are based on the CHELEM-CEPII online databases 2011. GDP figures for **Albania** (1971-1979), **Angola** (1971-1984), **Bahrain** (1971-1979, 2006-2008), **Bosnia and Herzegovina** (1990-1993), **Brunei Darussalam** (1971-1973, 2008-2009), **Bulgaria** (1971-1979), **Cyprus** (2008-2009), **Ethiopia** (1971-1980), **Jordan** (1971-1974), **Kuwait** (1990-1991, 2007-2009), **Lebanon** (1971-1987), **Malta** (2008-2009), **Mozambique** (1971-1979), **Oman** (2006-2009), **Romania** (1971-1979), **Serbia**[23] (1990-1998), **United Republic of Tanzania** (1971-1987), the **United Arab Emirates** (1971-1972 and 2007-2009), **Vietnam** (1971-1983), **Yemen** (1971-1989) and **Zimbabwe**

---

22. Due to lack of complete time series, figures for population and for GDP of Other Latin America do not include British Virgin Islands, Cayman Islands, Falkland Islands, Martinique, Montserrat, Saint Pierre and Miquelon, and Turks and Caicos Islands; and figures for population and GDP of Other Asia do not include Cook Islands.

23. Data for GDP for Serbia include Montenegro until 2004.

(2006-2009) have been estimated based on the growth rates of the CHELEM-CEPII online database, 2011.

The GDP data have been compiled for individual countries at market prices in local currency and annual rates. These data have been scaled up/down to the price levels of 2000 and then converted to US dollars using the yearly average 2000 exchange rates or purchasing power parities (PPPs).[24]

For the OECD member countries, the PPPs selected to convert the GDP from national currencies to US dollars come from the OECD Secretariat and were aggregated using the Geary-Khamis (GK) method and rebased on the United States. For a more detailed description of the methodology please see *Purchasing Power Parities and Real Expenditures, GK Results, Volume II, 1990*, OECD, 1993. The PPPs for the other countries come from the World Bank and CHELEM-CEPII.

For the OECD non-member countries, while both the World Bank and CHELEM-CEPII rebased their GDP PPP time series on 2005, this publication shows GDP data on a 2000 basis. Therefore, only time series of GDP PPP 2000 USD were obtained by applying the ratio GDP 2000 USD to GDP PPP 2000 USD of last year's edition to the new GDP 2000 USD figures.

## CO₂ emissions

The estimates of CO₂ emissions in this publication are based on the *1996 IPCC Guidelines* and represent the total emissions from fuel combustion. Emissions have been calculated using both the IPCC Reference Approach and the IPCC Sectoral Approach (which corresponds to IPCC Source/Sink Category 1 A). Reference Approach totals may include certain fugitive emissions from energy transformation which should normally be included in Category 1 B. National totals do not include emissions from international marine and aviation bunkers. See the Country Notes in Chapter 3 for further details.

## Total primary energy supply

Total primary energy supply (TPES) is made up of production + imports - exports - international marine bunkers - *international aviation bunkers* ± stock changes.

*Note: In October 2008 the IEA hosted the third meeting of InterEnerStat. This group is made up of 24 international organisations that collect or use energy statistics. One of the objectives of the group is to improve the quality of energy data by harmonising definitions for energy sources and flows. As a result of this meeting, the IEA has decided to align its energy statistics and balances with most other international organisations and to treat international aviation bunkers in the same way as international marine bunkers. Starting with the 2009 edition, international aviation bunkers is subtracted out of supply in the same way as international marine bunkers.*

## Electricity and heat output

Total output (shown in the summary tables section) includes electricity and heat generated in transformation using fossil fuels, nuclear, hydro (excluding pumped storage), geothermal, solar, biofuels, etc.

Both **main activity[25] producer** and **autoproducer[26] plants** have been included where available.

For electricity, data include the total number of TWh generated by both **electricity plants** and **CHP plants**.

For heat, data include the total amount of TJ generated by both **CHP plants** and **heat plants**.

To calculate the total electricity and heat output, the heat generated in TJ has been converted to TWh using the relationship 1 TWh = 3 600 TJ and added to electricity generated.

---

24. Purchasing power parities are the rates of currency conversion that equalise the purchasing power of different currencies. A given sum of money, when converted into different currencies at the PPP rates, buys the same basket of goods and services in all countries. In other words, PPPs are the rates of currency conversion which eliminate the differences in price levels between different countries.

---

25. Main activity producers generate electricity and/or heat for sale to third parties, *as their primary activity*. They may be privately or publicly owned. Note that the sale need not take place through the public grid.

26. Autoproducer undertakings generate electricity and/or heat, wholly or partly for their own use as an activity which supports their primary activity. They may be privately or publicly owned.

# Ratios

$CO_2$ / TPES: This ratio is expressed in tonnes of $CO_2$ per terajoule. It has been calculated using the Sectoral Approach $CO_2$ emissions and total primary energy supply (including biofuels and other non-fossil forms of energy).

$CO_2$ / GDP: This ratio is expressed in kilogrammes of $CO_2$ per 2000 US dollar. It has been calculated using the Sectoral Approach $CO_2$ emissions and is shown with both GDP calculated using exchange rates and GDP calculated using purchasing power parities.

$CO_2$ / population: This ratio is expressed in tonnes of $CO_2$ per capita. It has been calculated using the Sectoral Approach $CO_2$ emissions.

*Per capita $CO_2$ emissions by sector:* These ratios are expressed in kilogrammes of $CO_2$ per capita. They have been calculated in two different ways. In the first ratio, the emissions from electricity and heat production are shown separately. In the second ratio, the emissions from electricity and heat have been allocated to final consuming sectors in proportion to the electricity and heat consumed by those sectors.

$CO_2$ emissions per kWh: These ratios are expressed in grammes of $CO_2$ per kWh. They have been calculated using $CO_2$ emissions from electricity and heat as shown in the country tables in the rows "main activity producer electricity and heat" and "unallocated autoproducers", and electricity and heat output as described above.

In the first table on $CO_2$ emissions per kWh, the $CO_2$ emissions include emissions from fossil fuels, industrial waste and non-renewable municipal waste that are consumed for electricity and heat generation in transformation and output includes electricity and heat generated from fossil fuels, nuclear, hydro (excluding pumped storage), geothermal, solar, biofuels, etc. As a result, the emissions per kWh can vary from year to year depending on the generation mix.

In the ratios of $CO_2$ emissions per kWh **by fuel**:

- **Coal/peat** includes primary and secondary coal, peat and coal gases.
- **Oil** includes oil products (and small amounts of crude oil for some countries).
- **Gas** represents natural gas.

**Note: Emissions per kWh should be used with caution due to data quality problems relating to electricity efficiencies for some countries.**

### Implied emission factors from electricity and heat generation

Summary tables presenting $CO_2$ emissions per kWh from electricity and heat generation by country are presented in Part II. However, these values will vary enormously depending on the fuel mix of individual countries. Average implied emission factors by individual product for this sector are presented below. These values represent the average grammes of $CO_2$ per kWh of electricity and heat produced in the OECD member countries between 2007 and 2009. These figures will reflect any problems that may occur in net calorific values or in input/output efficiencies. Consequently, these values are given as an approximation and actual values may vary considerably.

| Fuel | g $CO_2$ / kWh |
|---|---|
| Anthracite * | 835 |
| Coking coal * | 715 |
| Other bituminous coal | 830 |
| Sub-bituminous coal | 920 |
| Lignite | 940 |
| Patent fuel | 890 |
| Coke oven coke * | 510 |
| BKB/peat briquettes * | 500-1100 |
| Gas works gas * | 380 |
| Coke oven gas * | 390 |
| Blast furnace gas * | 2100 |
| Oxygen steel furnace gas * | 1900 |
| Natural gas | 370 |
| Crude oil * | 610 |
| Natural gas liquids * | 500 |
| Liquefied petroleum gases * | 600 |
| Kerosene * | 650 |
| Gas/diesel oil * | 650 |
| Fuel oil | 620 |
| Petroleum coke * | 970 |
| Peat * | 560 |
| Industrial waste * | 450-1300 |
| Municipal waste (non-renewable)* | 450-2500 |

* These fuels represent less than 1% of electricity and heat output in the OECD. Values will be less reliable and should be used with caution.

# 5. GEOGRAPHICAL COVERAGE

**Africa** includes Algeria, Angola, Benin, Botswana (from 1981), Cameroon, Congo, Democratic Republic of Congo, Côte d'Ivoire, Egypt, Eritrea, Ethiopia, Gabon, Ghana, Kenya, Libyan Arab Jamahiriya, Morocco, Mozambique, Namibia (from 1991), Nigeria, Senegal, South Africa, Sudan, United Republic of Tanzania, Togo, Tunisia, Zambia, Zimbabwe and **Other Africa**.

**Other Africa** includes Botswana (until 1980), Burkina Faso, Burundi, Cape Verde, Central African Republic, Chad, Comoros, Djibouti, Equatorial Guinea, Gambia, Guinea, Guinea-Bissau, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mauritius, Namibia (until 1990), Niger, Reunion, Rwanda, Sao Tome and Principe, Seychelles, Sierra Leone, Somalia, Swaziland, Uganda and Western Sahara (from 1990).

**Middle East** includes Bahrain, Islamic Republic of Iran, Iraq, Jordan, Kuwait, Lebanon, Oman, Qatar, Saudi Arabia, Syrian Arab Republic, United Arab Emirates and Yemen.

**Non-OECD Europe and Eurasia** includes Albania, Armenia, Azerbaijan, Belarus, Bosnia and Herzegovina, Bulgaria, Croatia, Cyprus[27], Georgia, Gibraltar, Kazakhstan, Kyrgyzstan, Latvia, Lithuania, Former Yugoslav Republic of Macedonia (FYROM), Malta, Republic of Moldova, Romania, Russian Federation, Serbia[28], Tajikistan, Turkmenistan, Ukraine, Uzbekistan, Former Soviet Union[29] (prior to 1990) and Former Yugoslavia[29] (prior to 1990).

**Latin America** includes Argentina, Bolivia, Brazil, Colombia, Costa Rica, Cuba, Dominican Republic, Ecuador, El Salvador, Guatemala, Haiti, Honduras, Jamaica, Netherlands Antilles, Nicaragua, Panama, Paraguay, Peru, Trinidad and Tobago, Uruguay, Venezuela and **Other Latin America**.

**Other Latin America** includes Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bermuda, British Virgin Islands, Cayman Islands, Dominica, Falkland Islands, French Guyana, Grenada, Guadeloupe, Guyana, Martinique, Montserrat, Puerto Rico[30] (for natural gas and electricity), St. Kitts and Nevis, Saint Lucia, Saint Pierre et Miquelon, St. Vincent and the Grenadines, Suriname and Turks/Caicos Islands.

**China** includes the People's Republic of China and Hong Kong (China).

**Asia** includes Bangladesh, Brunei Darussalam, Cambodia (from 1995), Chinese Taipei, India, Indonesia, DPR of Korea, Malaysia, Mongolia (from 1985), Myanmar, Nepal, Pakistan, Philippines, Singapore, Sri Lanka, Thailand, Vietnam and **Other Asia**.

**Other Asia** includes Afghanistan, Bhutan, Cambodia (until 1994), Cook Islands, East Timor, Fiji, French Polynesia, Kiribati, Laos, Macau, Maldives, Mongolia (until 1984), New Caledonia, Palau (from 1994), Papua New Guinea, Samoa, Solomon Islands, Tonga and Vanuatu.

The **Organisation for Economic Co-Operation and Development (OECD)** includes Australia, Austria, Belgium, Canada, Chile, the Czech Republic, Denmark, Estonia[31], Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Israel, Italy, Japan,

---

27. See the note concerning Cyprus in Chapter 3.

28. Serbia includes Montenegro until 2004 and Kosovo until 1999.

29. Prior to 1990, data for Estonia are included in Former Soviet Union and data for Slovenia in Former Yugoslavia.

---

30. Oil statistics as well as coal trade statistics for Puerto Rico are included under the United States.

31. Estonia and Slovenia are included in OECD totals starting in 1990. Prior to 1990, data for Estonia are included in Former Soviet Union and data for Slovenia in Former Yugoslavia.

Korea, Luxembourg, Mexico, the Netherlands, New Zealand, Norway, Poland, Portugal, the Slovak Republic, Slovenia[31], Spain, Sweden, Switzerland, Turkey, the United Kingdom and the United States.

Within the **OECD**:

**Australia** excludes the overseas territories.

**Denmark** excludes Greenland and the Danish Faroes, except prior to 1990, where data on oil for Greenland were included with the Danish statistics. The Administration is planning to revise the series back to 1974 to exclude these amounts.

**France** includes Monaco, and excludes the following overseas departments and territories (Guadeloupe, Guyana, Martinique, New Caledonia, French Polynesia, Reunion and St.-Pierre and Miquelon).

**Germany** includes the new federal states of Germany from 1970 onwards.

The statistical data for **Israel** are supplied by and under the responsibility of the relevant Israeli authorities. The use of such data by the OECD is without prejudice to the status of the Golan Heights, East Jerusalem and Israeli settlements in the West Bank under the terms of international law.

**Italy** includes San Marino and the Vatican.

**Japan** includes Okinawa.

The **Netherlands** excludes Suriname and the Netherlands Antilles.

**Portugal** includes the Azores and Madeira.

**Spain** includes the Canary Islands.

**Switzerland** includes Liechtenstein for the oil data. Data for other fuels do not include Liechtenstein.

Shipments of coal and oil to the Channel Islands and the Isle of Man from the **United Kingdom** are not classed as exports. Supplies of coal and oil to these islands are, therefore, included as part of UK supply. Exports of natural gas to the Isle of Man are included with the exports to Ireland.

**United States** includes the 50 states and the District of Columbia. Oil statistics as well as coal trade statistics also include Puerto Rico[32], Guam, the Virgin Islands, American Samoa, Johnston Atoll, Midway Islands, Wake Island and the Northern Mariana Islands.

The **European Union - 27 (EU-27)** includes Austria, Belgium, Bulgaria, Cyprus, the Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Ireland, Italy, Latvia, Lithuania, Luxembourg, Malta, Netherlands, Poland, Portugal, Romania, the Slovak Republic, Slovenia, Spain, Sweden and the United Kingdom.

The **International Energy Agency (IEA)** includes Australia, Austria, Belgium, Canada, the Czech Republic, Denmark, Finland, France, Germany, Greece, Hungary, Ireland, Italy, Japan, Korea, Luxembourg, the Netherlands, New Zealand, Norway, Poland, Portugal, the Slovak Republic, Spain, Sweden, Switzerland, Turkey, the United Kingdom and the United States.

**Annex I Parties** include Australia, Austria, Belarus, Belgium, Bulgaria, Canada, Croatia, the Czech Republic[33], Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Latvia, Liechtenstein (not available in this publication), Lithuania, Luxembourg, Malta, Monaco (included with France), the Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Russian Federation, the Slovak Republic[33], Slovenia, Spain, Sweden, Switzerland, Turkey, Ukraine, the United Kingdom and the United States.

*The countries that are listed above are included in Annex I of the United Nations Framework Convention on Climate Change as amended on 11 December 1997 by the 12th Plenary meeting of the Third Conference of the Parties in Decision 4/CP.3. This includes the countries that were members of the OECD at the time of the signing of the Convention, the EEC, and fourteen countries in Central and Eastern Europe and the Former Soviet Union that are undergoing the process of transition to market economies. At its fifteenth session, the Conference of the Parties decided to amend Annex I to the Convention to include Malta (Decision 3/CP.15). The amendment entered into force on 26 October 2010.*

**Annex II Parties** include Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Iceland, Ireland, Italy, Japan, Luxembourg, the Netherlands, New Zealand, Norway, Portugal, Spain, Sweden, Switzerland, the United Kingdom and the United States.

*According to Decision 26/CP.7 in document FCCC/CP/2001/13/Add.4, Turkey has been deleted from the list of Annex II countries to the Convention. This amendment entered into force on 28 June 2002.*

---

32. Natural gas and electricity data for Puerto Rico are included under Other Latin America.

33. Czechoslovakia was in the original list of Annex I countries.

**Economies in Transition (EITs)** are those countries in Annex I that are undergoing the process of transition to a market economy. This includes Belarus, Bulgaria, Croatia, the Czech Republic[33], Estonia, Hungary, Latvia, Lithuania, Poland, Romania, Russian Federation, the Slovak Republic[33], Slovenia and Ukraine.

**Annex I Kyoto Parties** include Australia, Austria, Belgium, Bulgaria, Canada, Croatia, the Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hungary, Iceland, Ireland, Italy, Japan, Latvia, Liechtenstein (not available in this publication), Lithuania, Luxembourg, Monaco (included with France), the Netherlands, New Zealand, Norway, Poland, Portugal, Romania, Russian Federation, the Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Ukraine and the United Kingdom.

*Membership in the Kyoto Protocol is almost identical to that of Annex I, except for Malta, Turkey and Belarus which did not agree to a target under the Protocol, and the United States which has expressed the intention not to ratify the Protocol. Australia ratified the Protocol on 12 December 2007 and has been included in the Kyoto aggregate in this edition.*

Please note that the following countries have not been considered due to lack of data:

**Africa:** Saint Helena.

**Asia and Oceania:** Christmas Island, Nauru and Niue.

**Latin America:** Anguilla.

**Non-OECD Europe and Eurasia:** Liechtenstein[34] (except for oil data) and Montenegro[35] (after 2004).

---

34. Oil data for Liechtenstein are included under Switzerland.

35. Data for Montenegro are included under Serbia until 2004.

# 6.  SUMMARY TABLES

# CO$_2$ emissions: Sectoral Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World *** | 14 084.6 | 15 678.0 | 18 051.5 | 18 628.4 | 20 966.3 | 21 791.6 | 23 492.9 | 27 188.3 | 29 047.9 | 29 454.0 | 28 999.4 | 38.3% |
| *Annex I Parties* | .. | .. | .. | .. | 13 908.1 | 13 179.2 | 13 761.9 | 14 149.8 | 14 255.7 | 13 912.9 | 13 011.7 | -6.4% |
| *Annex II Parties* | 8 607.3 | 8 884.2 | 9 544.4 | 9 172.9 | 9 803.0 | 10 204.0 | 11 006.0 | 11 327.7 | 11 291.4 | 10 956.6 | 10 236.0 | 4.4% |
| *North America* | 4 630.7 | 4 738.0 | 5 088.5 | 4 948.0 | 5 301.0 | 5 604.0 | 6 230.9 | 6 330.5 | 6 330.8 | 6 137.9 | 5 715.8 | 7.8% |
| *Europe* | 3 059.9 | 3 092.8 | 3 350.9 | 3 106.2 | 3 154.2 | 3 140.6 | 3 221.7 | 3 353.9 | 3 296.4 | 3 239.3 | 3 001.2 | -4.9% |
| *Asia Oceania* | 916.7 | 1 053.4 | 1 105.1 | 1 118.7 | 1 347.8 | 1 459.5 | 1 553.4 | 1 643.3 | 1 664.2 | 1 579.4 | 1 519.0 | 12.7% |
| *Annex I EIT* | .. | .. | .. | .. | 3 975.9 | 2 820.2 | 2 553.2 | 2 603.0 | 2 696.6 | 2 690.2 | 2 517.0 | -36.7% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 6 444.4 | 7 913.9 | 8 905.9 | 12 074.5 | 13 736.6 | 14 493.3 | 14 972.0 | 132.3% |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 8 785.6 | 7 824.1 | 7 802.4 | 8 097.0 | 8 161.3 | 7 995.8 | 7 497.2 | -14.7% |
| **Intl. marine bunkers** | 342.8 | 328.6 | 345.1 | 293.9 | 357.9 | 413.7 | 480.0 | 556.1 | 624.5 | 608.1 | 592.2 | 65.5% |
| **Intl. aviation bunkers** | 167.7 | 172.0 | 200.0 | 222.8 | 255.9 | 284.7 | 345.2 | 407.8 | 431.2 | 439.7 | 423.4 | 65.5% |
| **Non-OECD Total **** | 4 204.1 | 5 379.0 | 6 795.9 | 7 667.5 | 9 194.8 | 9 414.1 | 10 033.8 | 13 168.7 | 14 850.7 | 15 607.5 | 15 939.0 | 73.3% |
| **OECD Total *****| 9 370.0 | 9 798.3 | 10 710.5 | 10 444.2 | 11 157.6 | 11 679.0 | 12 633.9 | 13 055.6 | 13 141.6 | 12 798.7 | 12 044.7 | 8.0% |
| Canada | 339.4 | 377.1 | 426.9 | 402.2 | 432.3 | 465.2 | 532.8 | 558.8 | 568.0 | 551.1 | 520.7 | 20.4% |
| Chile | 20.8 | 17.0 | 21.2 | 19.4 | 31.1 | 39.0 | 52.5 | 58.5 | 66.5 | 67.8 | 64.9 | 108.9% |
| Mexico | 97.1 | 138.8 | 212.1 | 251.6 | 264.9 | 296.6 | 349.3 | 385.5 | 409.8 | 403.7 | 399.7 | 50.9% |
| United States | 4 291.3 | 4 360.8 | 4 661.6 | 4 545.7 | 4 868.7 | 5 138.7 | 5 698.1 | 5 771.7 | 5 762.7 | 5 586.8 | 5 195.0 | 6.7% |
| **OECD Americas** | 4 748.7 | 4 893.7 | 5 321.8 | 5 219.0 | 5 596.9 | 5 939.6 | 6 632.8 | 6 774.5 | 6 807.1 | 6 609.3 | 6 180.4 | 10.4% |
| Australia | 144.1 | 180.0 | 208.0 | 221.0 | 260.1 | 285.5 | 338.8 | 389.1 | 389.5 | 393.1 | 394.9 | 51.8% |
| Israel | 14.4 | 17.1 | 19.6 | 25.4 | 33.1 | 45.8 | 54.8 | 60.2 | 66.9 | 66.4 | 64.6 | 95.0% |
| Japan | 758.8 | 856.3 | 880.7 | 878.1 | 1 064.4 | 1 147.9 | 1 184.0 | 1 220.7 | 1 242.3 | 1 152.6 | 1 092.9 | 2.7% |
| Korea | 52.1 | 76.8 | 124.4 | 153.3 | 229.3 | 358.6 | 437.7 | 467.9 | 490.3 | 501.7 | 515.5 | 124.8% |
| New Zealand | 13.7 | 17.1 | 16.4 | 19.6 | 23.3 | 26.1 | 30.6 | 33.6 | 32.4 | 33.7 | 31.3 | 34.3% |
| **OECD Asia Oceania** | 983.1 | 1 147.2 | 1 249.1 | 1 296.4 | 1 610.2 | 1 863.9 | 2 045.8 | 2 171.4 | 2 221.5 | 2 147.4 | 2 099.1 | 30.4% |
| Austria | 48.7 | 50.2 | 55.7 | 54.3 | 56.5 | 59.4 | 61.8 | 75.0 | 70.0 | 70.2 | 63.4 | 12.2% |
| Belgium | 116.8 | 115.6 | 125.7 | 101.9 | 107.9 | 115.2 | 118.6 | 112.6 | 105.6 | 111.0 | 100.7 | -6.7% |
| Czech Republic | 151.0 | 152.6 | 165.8 | 173.1 | 155.1 | 123.7 | 121.9 | 119.6 | 122.0 | 116.8 | 109.8 | -29.2% |
| Denmark | 55.0 | 52.5 | 62.5 | 60.5 | 50.4 | 58.0 | 50.6 | 48.3 | 51.4 | 48.4 | 46.8 | -7.2% |
| Estonia | .. | .. | .. | .. | 36.1 | 16.1 | 14.6 | 16.9 | 19.3 | 17.7 | 14.7 | -59.4% |
| Finland | 39.8 | 44.4 | 55.2 | 48.6 | 54.4 | 56.0 | 54.2 | 55.3 | 64.7 | 57.2 | 55.0 | 1.1% |
| France | 431.9 | 430.6 | 461.4 | 360.3 | 352.3 | 353.8 | 376.9 | 388.4 | 373.6 | 370.6 | 354.3 | 0.6% |
| Germany | 978.6 | 975.5 | 1 055.6 | 1 014.6 | 950.4 | 869.4 | 827.1 | 811.8 | 800.1 | 804.1 | 750.2 | -21.1% |
| Greece | 25.2 | 34.5 | 45.3 | 54.6 | 70.1 | 75.8 | 87.4 | 95.0 | 97.8 | 94.3 | 90.2 | 28.6% |
| Hungary | 60.3 | 70.7 | 83.7 | 80.8 | 66.7 | 57.3 | 54.2 | 56.4 | 54.1 | 53.0 | 48.2 | -27.8% |
| Iceland | 1.4 | 1.6 | 1.7 | 1.6 | 1.9 | 1.9 | 2.1 | 2.2 | 2.3 | 2.2 | 2.0 | 6.2% |
| Ireland | 21.7 | 21.1 | 25.9 | 26.4 | 29.8 | 32.3 | 40.9 | 43.6 | 44.0 | 43.9 | 39.5 | 32.4% |
| Italy | 292.9 | 319.6 | 359.8 | 347.5 | 397.4 | 409.4 | 426.0 | 460.8 | 447.3 | 435.1 | 389.3 | -2.0% |
| Luxembourg | 15.4 | 12.1 | 11.9 | 9.9 | 10.4 | 8.1 | 8.0 | 11.3 | 10.6 | 10.5 | 10.0 | -4.4% |
| Netherlands | 129.6 | 140.8 | 166.7 | 154.0 | 155.8 | 170.9 | 172.1 | 182.7 | 181.0 | 182.8 | 176.1 | 13.0% |
| Norway | 23.5 | 24.1 | 28.0 | 27.2 | 28.3 | 32.8 | 33.5 | 36.3 | 38.0 | 37.5 | 37.3 | 31.9% |
| Poland | 286.7 | 338.2 | 413.1 | 419.5 | 342.1 | 331.1 | 290.9 | 292.9 | 303.5 | 298.6 | 286.8 | -16.2% |
| Portugal | 14.4 | 18.1 | 23.8 | 24.6 | 39.3 | 48.3 | 59.4 | 62.8 | 55.9 | 53.3 | 53.1 | 35.3% |
| Slovak Republic | 39.1 | 43.8 | 55.3 | 54.4 | 56.7 | 40.8 | 37.4 | 38.1 | 36.8 | 36.2 | 33.2 | -41.5% |
| Slovenia | .. | .. | .. | .. | 12.5 | 13.3 | 14.1 | 15.6 | 15.8 | 16.7 | 15.2 | 21.2% |
| Spain | 120.0 | 156.6 | 187.9 | 175.5 | 205.8 | 233.3 | 283.9 | 339.7 | 344.1 | 317.6 | 283.4 | 37.7% |
| Sweden | 82.4 | 79.4 | 73.4 | 58.8 | 52.8 | 57.5 | 52.8 | 50.3 | 46.3 | 44.6 | 41.7 | -20.9% |
| Switzerland | 38.9 | 36.7 | 39.2 | 41.4 | 41.4 | 41.6 | 42.5 | 44.6 | 42.3 | 43.9 | 42.4 | 2.5% |
| Turkey | 41.4 | 59.2 | 70.9 | 94.6 | 126.9 | 152.7 | 200.6 | 216.4 | 265.0 | 263.5 | 256.3 | 102.0% |
| United Kingdom | 623.5 | 579.5 | 571.1 | 544.5 | 549.3 | 516.6 | 523.8 | 533.1 | 521.5 | 512.1 | 465.8 | -15.2% |
| **OECD Europe ****| 3 638.3 | 3 757.4 | 4 139.7 | 3 928.7 | 3 950.5 | 3 875.6 | 3 955.3 | 4 109.7 | 4 113.0 | 4 041.9 | 3 765.2 | -4.7% |
| *European Union - 27* | .. | .. | .. | .. | 4 051.9 | 3 847.5 | 3 831.2 | 3 978.9 | 3 941.9 | 3 868.2 | 3 576.8 | -11.7% |

* Total world includes non-OECD total, OECD total as well as international marine bunkers and international aviation bunkers.
** Includes Estonia and Slovenia prior to 1990.
 *** Excludes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Sectoral Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total \*** | 4 204.1 | 5 379.0 | 6 795.9 | 7 667.5 | 9 194.8 | 9 414.1 | 10 033.8 | 13 168.7 | 14 850.7 | 15 607.5 | 15 939.0 | 73.3% |
| Algeria | 8.7 | 14.0 | 28.4 | 43.2 | 51.7 | 55.6 | 62.4 | 78.5 | 85.7 | 88.1 | 92.5 | 79.1% |
| Angola | 1.7 | 2.0 | 2.7 | 2.9 | 4.0 | 4.0 | 5.1 | 7.0 | 10.4 | 12.2 | 12.9 | 222.1% |
| Benin | 0.3 | 0.5 | 0.4 | 0.5 | 0.3 | 0.2 | 1.4 | 2.7 | 3.7 | 3.8 | 4.2 | + |
| Botswana | .. | .. | .. | 1.6 | 2.9 | 3.3 | 4.2 | 4.4 | 4.4 | 4.5 | 4.2 | 42.5% |
| Cameroon | 0.7 | 1.0 | 1.7 | 2.4 | 2.7 | 2.5 | 2.8 | 2.9 | 4.1 | 4.3 | 4.8 | 79.2% |
| Congo | 0.6 | 0.7 | 0.8 | 0.8 | 0.7 | 0.5 | 0.6 | 0.9 | 1.2 | 1.5 | 1.7 | 138.1% |
| Dem. Rep. of Congo | 2.5 | 2.6 | 3.1 | 3.2 | 3.0 | 2.1 | 1.7 | 2.3 | 2.6 | 2.8 | 2.9 | -3.1% |
| Côte d'Ivoire | 2.4 | 3.0 | 3.4 | 3.0 | 2.6 | 3.2 | 6.1 | 5.8 | 5.7 | 6.5 | 6.1 | 131.4% |
| Egypt | 20.4 | 25.9 | 42.3 | 65.5 | 79.2 | 84.0 | 110.2 | 151.9 | 168.7 | 174.0 | 175.4 | 121.4% |
| Eritrea | .. | .. | .. | .. | .. | 0.8 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | .. |
| Ethiopia | 1.3 | 1.2 | 1.4 | 1.4 | 2.2 | 2.3 | 3.2 | 4.8 | 6.0 | 6.8 | 7.4 | 235.7% |
| Gabon | 0.5 | 0.7 | 1.3 | 1.7 | 0.9 | 1.3 | 1.4 | 2.1 | 2.4 | 2.3 | 1.7 | 88.0% |
| Ghana | 1.9 | 2.3 | 2.3 | 2.2 | 2.7 | 3.3 | 5.1 | 6.4 | 8.2 | 7.3 | 9.0 | 233.0% |
| Kenya | 3.2 | 3.5 | 4.5 | 4.6 | 5.5 | 5.6 | 6.8 | 7.2 | 8.3 | 8.6 | 10.0 | 82.0% |
| Libyan Arab Jamahiriya | 3.7 | 9.2 | 18.6 | 22.5 | 27.4 | 35.1 | 39.7 | 42.5 | 43.1 | 47.0 | 50.0 | 83.0% |
| Morocco | 6.8 | 9.9 | 14.0 | 16.5 | 19.6 | 25.3 | 28.3 | 38.6 | 40.5 | 42.1 | 41.3 | 110.3% |
| Mozambique | 2.9 | 2.3 | 2.3 | 1.5 | 1.1 | 1.1 | 1.3 | 1.5 | 2.1 | 2.0 | 2.2 | 106.8% |
| Namibia | .. | .. | .. | .. | .. | 1.8 | 1.9 | 2.9 | 3.3 | 4.2 | 3.7 | .. |
| Nigeria | 5.9 | 11.7 | 26.7 | 32.4 | 29.2 | 31.1 | 39.4 | 50.4 | 44.1 | 49.6 | 41.2 | 41.3% |
| Senegal | 1.2 | 1.6 | 2.0 | 2.1 | 2.0 | 2.5 | 3.6 | 4.6 | 5.0 | 5.1 | 5.3 | 161.4% |
| South Africa | 173.8 | 209.2 | 214.5 | 229.1 | 254.7 | 276.9 | 298.2 | 330.3 | 356.5 | 388.4 | 369.4 | 45.0% |
| Sudan | 3.3 | 3.3 | 3.7 | 4.2 | 5.5 | 4.6 | 5.5 | 10.0 | 12.0 | 12.1 | 13.3 | 140.9% |
| United Rep. of Tanzania | 1.5 | 1.5 | 1.6 | 1.5 | 1.7 | 2.5 | 2.6 | 5.1 | 5.5 | 5.8 | 6.3 | 267.0% |
| Togo | 0.3 | 0.3 | 0.4 | 0.3 | 0.6 | 0.6 | 1.0 | 1.0 | 0.9 | 1.1 | 1.1 | 97.5% |
| Tunisia | 3.7 | 4.8 | 7.8 | 9.6 | 12.1 | 14.2 | 18.0 | 19.5 | 20.6 | 20.9 | 20.8 | 72.0% |
| Zambia | 3.4 | 4.4 | 3.4 | 2.8 | 2.6 | 2.0 | 1.7 | 2.1 | 1.4 | 1.6 | 1.7 | -34.9% |
| Zimbabwe | 7.2 | 7.2 | 8.0 | 9.6 | 16.0 | 14.8 | 12.7 | 10.4 | 9.3 | 8.8 | 8.7 | -45.9% |
| Other Africa | 7.6 | 9.2 | 13.3 | 11.8 | 14.7 | 16.9 | 19.3 | 25.0 | 27.9 | 29.5 | 29.4 | 100.6% |
| **Africa** | 265.7 | 332.1 | 408.3 | 476.9 | 545.4 | 598.4 | 684.6 | 821.7 | 884.2 | 941.2 | 927.5 | 70.1% |
| Bangladesh | 3.2 | 4.7 | 7.2 | 8.8 | 13.6 | 20.5 | 25.3 | 36.5 | 42.0 | 46.4 | 50.7 | 273.5% |
| Brunei Darussalam | 0.4 | 1.4 | 2.6 | 2.9 | 3.4 | 4.7 | 4.6 | 5.1 | 7.1 | 7.5 | 8.1 | 141.5% |
| Cambodia | .. | .. | .. | .. | .. | 1.4 | 2.4 | 3.7 | 4.4 | 4.6 | 4.3 | .. |
| Chinese Taipei | 31.0 | 42.5 | 72.2 | 72.7 | 114.3 | 156.5 | 217.3 | 258.9 | 272.3 | 261.3 | 250.1 | 118.8% |
| India | 200.2 | 241.2 | 283.3 | 411.0 | 582.3 | 776.6 | 972.5 | 1 160.4 | 1 357.2 | 1 431.3 | 1 585.8 | 172.3% |
| Indonesia | 25.1 | 38.0 | 68.8 | 88.0 | 142.2 | 202.1 | 264.0 | 336.4 | 365.5 | 343.5 | 376.3 | 164.7% |
| DPR of Korea | 67.5 | 76.7 | 105.6 | 126.4 | 114.0 | 74.9 | 68.8 | 74.3 | 62.4 | 69.4 | 66.2 | -41.9% |
| Malaysia | 12.7 | 16.1 | 24.2 | 33.4 | 48.9 | 78.5 | 111.1 | 152.8 | 171.3 | 181.7 | 164.2 | 235.6% |
| Mongolia | .. | .. | .. | 11.6 | 12.7 | 10.1 | 8.8 | 9.5 | 11.1 | 11.2 | 12.0 | -5.3% |
| Myanmar | 4.5 | 3.9 | 5.1 | 5.8 | 4.0 | 6.7 | 8.1 | 13.4 | 12.5 | 11.9 | 10.1 | 154.7% |
| Nepal | 0.2 | 0.3 | 0.5 | 0.5 | 0.9 | 1.7 | 3.1 | 3.0 | 2.5 | 2.8 | 3.4 | 284.9% |
| Pakistan | 16.6 | 20.9 | 26.1 | 39.1 | 58.6 | 79.5 | 97.3 | 117.2 | 138.6 | 133.0 | 136.9 | 133.7% |
| Philippines | 23.1 | 29.1 | 33.3 | 28.6 | 38.1 | 57.0 | 67.9 | 71.3 | 68.9 | 71.0 | 70.5 | 85.1% |
| Singapore | 6.0 | 8.4 | 12.7 | 16.3 | 28.8 | 37.5 | 40.2 | 44.1 | 45.6 | 46.1 | 44.8 | 55.7% |
| Sri Lanka | 2.8 | 2.7 | 3.7 | 3.6 | 3.7 | 5.5 | 10.6 | 13.4 | 13.0 | 12.2 | 12.7 | 238.1% |
| Thailand | 15.9 | 20.7 | 33.2 | 41.4 | 80.1 | 140.3 | 161.8 | 219.1 | 231.9 | 237.8 | 227.8 | 184.5% |
| Vietnam | 16.1 | 16.7 | 14.8 | 17.1 | 17.2 | 27.8 | 44.0 | 80.8 | 93.1 | 102.1 | 114.1 | 563.2% |
| Other Asia | 8.4 | 10.2 | 16.5 | 10.1 | 10.2 | 9.3 | 11.3 | 15.6 | 14.6 | 14.5 | 15.2 | 48.9% |
| **Asia** | 433.6 | 533.5 | 709.7 | 916.3 | 1 273.0 | 1 690.7 | 2 119.2 | 2 615.5 | 2 914.0 | 2 988.3 | 3 153.2 | 147.7% |
| People's Rep. of China | 800.4 | 1 051.2 | 1 405.3 | 1 704.9 | 2 211.3 | 2 986.1 | 3 037.3 | 5 062.4 | 6 028.4 | 6 506.8 | 6 831.6 | 208.9% |
| Hong Kong, China | 9.2 | 10.8 | 14.5 | 22.0 | 32.8 | 36.0 | 39.8 | 40.7 | 43.4 | 42.2 | 45.6 | 38.9% |
| **China** | 809.6 | 1 062.0 | 1 419.8 | 1 726.9 | 2 244.1 | 3 022.1 | 3 077.2 | 5 103.1 | 6 071.8 | 6 549.0 | 6 877.2 | 206.5% |

\* Includes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Sectoral Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | 3.0 | 5.3 | 7.4 | 10.4 | 11.7 | 11.6 | 14.1 | 18.1 | 21.2 | 22.3 | 22.8 | 95.1% |
| Islamic Republic of Iran | 43.7 | 76.3 | 92.7 | 147.2 | 179.6 | 252.3 | 316.7 | 426.8 | 500.8 | 522.7 | 533.2 | 197.0% |
| Iraq | 12.3 | 15.6 | 32.3 | 43.8 | 52.8 | 71.8 | 81.8 | 83.3 | 90.0 | 92.9 | 98.8 | 86.9% |
| Jordan | 1.3 | 2.1 | 4.2 | 7.4 | 9.2 | 12.1 | 14.3 | 17.9 | 19.2 | 18.4 | 19.2 | 108.7% |
| Kuwait | 14.0 | 15.1 | 26.6 | 37.1 | 28.7 | 36.1 | 49.1 | 70.1 | 70.1 | 73.9 | 80.7 | 181.1% |
| Lebanon | 4.5 | 5.6 | 6.6 | 6.5 | 5.5 | 12.8 | 14.1 | 14.5 | 12.0 | 15.8 | 19.3 | 254.3% |
| Oman | 0.3 | 0.7 | 2.2 | 5.5 | 9.9 | 14.4 | 19.8 | 27.8 | 32.5 | 36.3 | 38.9 | 292.4% |
| Qatar | 2.2 | 4.9 | 7.7 | 12.1 | 14.1 | 18.8 | 24.0 | 37.6 | 49.3 | 53.8 | 56.5 | 300.6% |
| Saudi Arabia | 12.7 | 22.5 | 99.1 | 122.6 | 158.9 | 207.4 | 252.4 | 332.7 | 361.5 | 386.6 | 410.5 | 158.4% |
| Syrian Arab Republic | 6.0 | 9.0 | 13.1 | 21.1 | 28.2 | 32.8 | 39.9 | 55.2 | 66.5 | 67.6 | 59.8 | 112.4% |
| United Arab Emirates | 2.4 | 4.9 | 19.1 | 35.6 | 51.8 | 69.6 | 85.8 | 108.1 | 128.3 | 144.4 | 147.0 | 183.6% |
| Yemen | 1.2 | 1.7 | 3.4 | 4.8 | 6.4 | 9.3 | 13.2 | 18.8 | 20.6 | 21.4 | 22.2 | 244.9% |
| **Middle East** | **103.8** | **163.7** | **314.4** | **453.9** | **556.8** | **749.1** | **925.3** | **1 211.1** | **1 372.0** | **1 456.3** | **1 509.0** | **171.0%** |
| Albania | 3.9 | 4.5 | 7.6 | 7.2 | 6.2 | 1.9 | 3.2 | 4.6 | 4.0 | 3.9 | 2.7 | -56.8% |
| Armenia * | .. | .. | .. | .. | 20.5 | 3.4 | 3.4 | 4.1 | 4.8 | 5.3 | 4.3 | -79.2% |
| Azerbaijan * | .. | .. | .. | .. | 64.2 | 31.6 | 29.1 | 32.5 | 27.0 | 29.4 | 25.2 | -60.7% |
| Belarus * | .. | .. | .. | .. | 124.6 | 61.4 | 58.7 | 62.1 | 64.0 | 64.2 | 60.8 | -51.2% |
| Bosnia and Herzegovina * | .. | .. | .. | .. | 23.7 | 3.3 | 13.7 | 15.7 | 18.0 | 19.5 | 19.1 | -19.3% |
| Bulgaria | 62.8 | 72.2 | 83.8 | 81.1 | 74.9 | 53.3 | 42.0 | 46.0 | 50.5 | 49.1 | 42.2 | -43.7% |
| Croatia * | .. | .. | .. | .. | 21.6 | 15.8 | 17.7 | 20.7 | 22.0 | 21.0 | 19.8 | -8.4% |
| Cyprus | 1.8 | 1.7 | 2.6 | 2.8 | 3.8 | 5.2 | 6.3 | 7.0 | 7.3 | 7.6 | 7.5 | 94.4% |
| Georgia * | .. | .. | .. | .. | 33.3 | 8.1 | 4.6 | 4.3 | 5.5 | 4.8 | 5.7 | -83.0% |
| Gibraltar | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 181.5% |
| Kazakhstan * | .. | .. | .. | .. | 236.4 | 167.0 | 112.5 | 156.6 | 187.3 | 207.9 | 189.5 | -19.8% |
| Kyrgyzstan * | .. | .. | .. | .. | 22.5 | 4.4 | 4.5 | 5.0 | 6.1 | 5.9 | 7.1 | -68.6% |
| Latvia * | .. | .. | .. | .. | 18.6 | 8.8 | 6.8 | 7.6 | 8.3 | 7.9 | 6.8 | -63.8% |
| Lithuania * | .. | .. | .. | .. | 33.1 | 14.2 | 11.2 | 13.5 | 14.4 | 14.2 | 12.4 | -62.6% |
| FYR of Macedonia * | .. | .. | .. | .. | 8.5 | 8.2 | 8.4 | 8.8 | 9.2 | 9.0 | 8.3 | -2.1% |
| Malta | 0.6 | 0.6 | 1.0 | 1.1 | 2.3 | 2.4 | 2.1 | 2.7 | 2.7 | 2.6 | 2.4 | 7.0% |
| Republic of Moldova * | .. | .. | .. | .. | 30.2 | 10.9 | 6.5 | 7.9 | 7.5 | 7.1 | 5.7 | -81.0% |
| Romania | 114.9 | 140.6 | 176.1 | 173.3 | 167.1 | 117.1 | 86.3 | 91.9 | 93.3 | 92.1 | 78.4 | -53.1% |
| Russian Federation * | .. | .. | .. | .. | 2 178.8 | 1 574.5 | 1 505.5 | 1 516.2 | 1 578.5 | 1 593.4 | 1 532.6 | -29.7% |
| Serbia * | .. | .. | .. | .. | 61.4 | 44.0 | 42.5 | 49.1 | 49.8 | 49.9 | 46.3 | -24.7% |
| Tajikistan * | .. | .. | .. | .. | 10.9 | 2.4 | 2.2 | 2.4 | 3.2 | 3.0 | 2.8 | -74.6% |
| Turkmenistan * | .. | .. | .. | .. | 46.6 | 34.4 | 36.2 | 46.0 | 54.2 | 55.8 | 48.8 | 4.6% |
| Ukraine * | .. | .. | .. | .. | 687.9 | 392.8 | 292.0 | 305.6 | 313.9 | 309.3 | 256.4 | -62.7% |
| Uzbekistan * | .. | .. | .. | .. | 119.8 | 101.6 | 117.6 | 108.4 | 112.3 | 114.9 | 112.4 | -6.2% |
| Former Soviet Union * | 1 995.8 | 2 567.9 | 3 056.0 | 3 197.5 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | 63.2 | 75.2 | 87.6 | 121.7 | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **2 243.2** | **2 862.7** | **3 414.8** | **3 584.8** | **3 997.1** | **2 667.1** | **2 413.2** | **2 519.1** | **2 644.5** | **2 678.1** | **2 497.4** | **-37.5%** |
| Argentina | 83.1 | 85.9 | 95.9 | 88.6 | 100.4 | 118.2 | 139.0 | 151.0 | 166.8 | 173.8 | 166.6 | 66.0% |
| Bolivia | 2.2 | 3.2 | 4.2 | 4.3 | 5.1 | 6.9 | 7.3 | 9.6 | 11.4 | 12.3 | 12.9 | 150.0% |
| Brazil | 91.1 | 137.2 | 180.3 | 168.0 | 194.3 | 240.4 | 302.8 | 322.2 | 341.9 | 361.5 | 337.8 | 73.9% |
| Colombia | 26.2 | 28.3 | 33.8 | 38.3 | 45.0 | 58.0 | 58.7 | 56.9 | 57.2 | 58.3 | 60.6 | 34.7% |
| Costa Rica | 1.3 | 1.7 | 2.2 | 2.0 | 2.6 | 4.4 | 4.5 | 5.4 | 6.6 | 6.6 | 6.3 | 140.5% |
| Cuba | 20.8 | 23.7 | 29.4 | 31.3 | 33.7 | 22.6 | 26.5 | 24.6 | 25.9 | 25.2 | 26.8 | -20.4% |
| Dominican Republic | 3.4 | 5.2 | 6.3 | 6.2 | 7.7 | 11.4 | 17.4 | 17.4 | 18.9 | 19.2 | 18.1 | 135.8% |
| Ecuador | 3.7 | 6.2 | 10.6 | 12.1 | 13.2 | 16.3 | 18.5 | 23.6 | 25.8 | 26.5 | 28.5 | 115.8% |
| El Salvador | 1.4 | 2.0 | 1.7 | 1.8 | 2.2 | 4.6 | 5.2 | 6.4 | 6.9 | 6.2 | 6.8 | 204.2% |
| Guatemala | 2.3 | 3.0 | 4.2 | 3.3 | 3.3 | 6.0 | 8.8 | 11.4 | 12.5 | 11.3 | 14.5 | 339.5% |
| Haiti | 0.4 | 0.4 | 0.6 | 0.8 | 0.9 | 0.9 | 1.4 | 2.0 | 2.3 | 2.3 | 2.4 | 150.9% |
| Honduras | 1.1 | 1.3 | 1.7 | 1.7 | 2.1 | 3.5 | 4.4 | 6.9 | 7.8 | 7.6 | 7.1 | 234.6% |
| Jamaica | 5.5 | 7.4 | 6.5 | 4.6 | 7.2 | 8.4 | 9.7 | 10.4 | 13.2 | 11.9 | 8.3 | 15.1% |
| Netherlands Antilles | 14.4 | 10.2 | 8.7 | 4.6 | 2.7 | 2.8 | 4.1 | 4.2 | 4.5 | 4.3 | 5.0 | 81.1% |
| Nicaragua | 1.5 | 1.8 | 1.8 | 1.8 | 1.8 | 2.5 | 3.5 | 4.0 | 4.4 | 4.2 | 4.2 | 130.4% |
| Panama | 2.5 | 3.2 | 2.8 | 2.5 | 2.4 | 4.0 | 4.5 | 5.5 | 6.2 | 6.2 | 7.3 | 207.6% |
| Paraguay | 0.6 | 0.7 | 1.4 | 1.4 | 1.9 | 3.4 | 3.3 | 3.4 | 3.7 | 3.7 | 4.1 | 112.1% |
| Peru | 15.6 | 18.4 | 20.5 | 18.2 | 19.2 | 23.7 | 26.5 | 28.9 | 30.9 | 35.6 | 38.6 | 100.7% |
| Trinidad and Tobago | 6.1 | 5.8 | 7.9 | 9.6 | 11.4 | 12.3 | 21.1 | 33.9 | 40.6 | 39.2 | 40.2 | 253.3% |
| Uruguay | 5.2 | 5.5 | 5.6 | 3.1 | 3.7 | 4.5 | 5.3 | 5.3 | 5.8 | 7.7 | 7.7 | 106.5% |
| Venezuela | 52.1 | 62.8 | 92.4 | 95.2 | 105.1 | 118.3 | 126.7 | 148.2 | 153.3 | 153.4 | 154.6 | 47.1% |
| Other Latin America | 7.8 | 10.8 | 10.2 | 9.2 | 12.4 | 13.4 | 15.1 | 17.0 | 17.8 | 16.4 | 16.4 | 32.1% |
| **Latin America** | **348.3** | **424.9** | **528.9** | **508.6** | **578.4** | **686.7** | **814.4** | **898.2** | **964.2** | **994.7** | **974.6** | **68.5%** |

* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

# CO$_2$ emissions: Sectoral Approach - Coal/peat

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World \*** | **5 198.9** | **5 605.7** | **6 556.3** | **7 368.5** | **8 303.9** | **8 538.9** | **8 817.8** | **11 003.3** | **12 228.2** | **12 591.6** | **12 493.1** | **50.4%** |
| | | | | | | | | | | | | |
| *Annex I Parties* | .. | .. | .. | .. | *5 111.1* | *4 596.9* | *4 712.0* | *4 762.6* | *4 876.2* | *4 710.9* | *4 231.4* | *-17.2%* |
| *Annex II Parties* | *2 645.9* | *2 604.8* | *2 962.8* | *3 318.4* | *3 486.5* | *3 401.9* | *3 657.4* | *3 749.5* | *3 778.7* | *3 628.9* | *3 224.5* | *-7.5%* |
| *North America* | *1 140.5* | *1 253.0* | *1 481.2* | *1 725.0* | *1 896.2* | *1 999.7* | *2 252.2* | *2 239.5* | *2 234.4* | *2 191.9* | *1 918.9* | *1.2%* |
| *Europe* | *1 234.0* | *1 059.0* | *1 182.9* | *1 224.1* | *1 155.4* | *925.7* | *842.6* | *849.7* | *870.3* | *795.8* | *686.2* | *-40.6%* |
| *Asia Oceania* | *271.5* | *292.9* | *298.7* | *369.4* | *434.9* | *476.5* | *562.6* | *660.3* | *674.0* | *641.2* | *619.4* | *42.4%* |
| *Annex I EIT* | .. | .. | .. | .. | *1 566.0* | *1 134.1* | *965.7* | *926.8* | *982.1* | *966.6* | *894.6* | *-42.9%* |
| *Non-Annex I Parties* | .. | .. | .. | .. | *3 192.8* | *3 942.0* | *4 105.9* | *6 240.7* | *7 352.0* | *7 880.7* | *8 261.7* | *158.8%* |
| | | | | | | | | | | | | |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | *3 245.9* | *2 634.5* | *2 494.4* | *2 550.3* | *2 640.7* | *2 507.9* | *2 285.1* | *-29.6%* |
| | | | | | | | | | | | | |
| **Intl. marine bunkers** | 0.1 | - | - | - | - | - | - | - | - | - | - | - |
| **Intl. aviation bunkers** | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Non-OECD Total \*\*** | **2 065.4** | **2 471.5** | **2 957.8** | **3 337.4** | **4 149.4** | **4 513.5** | **4 487.4** | **6 567.0** | **7 701.0** | **8 211.1** | **8 521.8** | **105.4%** |
| | | | | | | | | | | | | |
| **OECD Total \*\*\*** | **3 133.4** | **3 134.1** | **3 598.6** | **4 031.1** | **4 154.5** | **4 025.4** | **4 330.4** | **4 436.3** | **4 527.2** | **4 380.5** | **3 971.3** | **-4.4%** |
| | | | | | | | | | | | | |
| Canada | 61.7 | 56.6 | 80.5 | 99.4 | 98.8 | 103.2 | 127.0 | 115.8 | 116.3 | 106.2 | 86.7 | -12.2% |
| Chile | 5.0 | 3.5 | 4.7 | 4.8 | 9.8 | 9.0 | 11.9 | 10.0 | 14.5 | 16.5 | 14.9 | 51.6% |
| Mexico | 5.2 | 6.6 | 7.2 | 11.6 | 14.2 | 25.4 | 26.6 | 37.8 | 36.1 | 27.1 | 33.7 | 137.0% |
| United States | 1 078.7 | 1 196.4 | 1 400.7 | 1 625.5 | 1 797.4 | 1 896.4 | 2 125.1 | 2 123.7 | 2 118.1 | 2 085.7 | 1 832.1 | 1.9% |
| **OECD Americas** | **1 150.6** | **1 263.1** | **1 493.2** | **1 741.4** | **1 920.3** | **2 034.1** | **2 290.6** | **2 287.4** | **2 284.9** | **2 235.5** | **1 967.5** | **2.5%** |
| | | | | | | | | | | | | |
| Australia | 73.2 | 90.3 | 104.0 | 116.7 | 137.1 | 152.4 | 189.3 | 222.1 | 218.0 | 219.0 | 220.9 | 61.1% |
| Israel | 0.0 | 0.0 | 0.0 | 7.2 | 8.9 | 15.7 | 24.4 | 30.1 | 31.3 | 29.6 | 28.8 | 224.7% |
| Japan | 194.1 | 197.7 | 190.8 | 248.8 | 293.4 | 319.9 | 369.1 | 429.8 | 449.9 | 414.5 | 392.4 | 33.7% |
| Korea | 21.2 | 30.6 | 48.1 | 80.2 | 86.3 | 101.6 | 173.5 | 193.8 | 211.3 | 236.5 | 252.5 | 192.5% |
| New Zealand | 4.2 | 4.8 | 3.8 | 3.9 | 4.3 | 4.2 | 4.2 | 8.4 | 6.2 | 7.7 | 6.1 | 41.3% |
| **OECD Asia Oceania** | **292.7** | **323.5** | **346.8** | **456.7** | **530.1** | **593.9** | **760.5** | **884.2** | **916.6** | **907.3** | **900.8** | **69.9%** |
| | | | | | | | | | | | | |
| Austria | 15.9 | 13.5 | 13.7 | 16.9 | 16.1 | 13.8 | 14.4 | 15.9 | 15.8 | 15.6 | 11.4 | -28.9% |
| Belgium | 42.2 | 37.0 | 40.2 | 37.8 | 39.0 | 33.4 | 29.0 | 19.1 | 16.4 | 16.7 | 10.6 | -72.8% |
| Czech Republic | 129.2 | 121.7 | 129.5 | 136.1 | 120.7 | 88.5 | 83.9 | 76.2 | 79.9 | 75.2 | 70.0 | -42.0% |
| Denmark | 6.0 | 8.0 | 23.8 | 28.4 | 23.7 | 25.3 | 15.4 | 14.4 | 18.1 | 15.9 | 15.7 | -33.9% |
| Estonia | .. | .. | .. | .. | 24.1 | 11.3 | 10.5 | 12.0 | 14.2 | 12.9 | 10.6 | -55.9% |
| Finland | 8.4 | 9.3 | 19.6 | 19.8 | 21.1 | 23.2 | 20.9 | 20.0 | 29.1 | 22.3 | 21.6 | 2.4% |
| France | 135.3 | 104.2 | 121.2 | 91.3 | 73.6 | 57.5 | 57.5 | 53.8 | 53.4 | 51.1 | 44.2 | -39.9% |
| Germany | 554.1 | 494.5 | 552.2 | 580.7 | 504.6 | 370.1 | 337.2 | 332.3 | 348.7 | 328.3 | 290.1 | -42.5% |
| Greece | 6.8 | 11.0 | 13.4 | 24.9 | 33.4 | 36.4 | 37.6 | 37.8 | 36.6 | 35.4 | 35.1 | 5.1% |
| Hungary | 34.9 | 32.9 | 36.3 | 34.5 | 24.2 | 17.0 | 15.2 | 12.2 | 11.9 | 11.6 | 9.9 | -58.9% |
| Iceland | 0.0 | - | 0.1 | 0.3 | 0.3 | 0.2 | 0.4 | 0.4 | 0.5 | 0.3 | 0.3 | 20.5% |
| Ireland | 8.8 | 7.1 | 8.0 | 10.5 | 13.7 | 11.6 | 10.3 | 10.5 | 8.9 | 9.2 | 8.2 | -40.1% |
| Italy | 31.7 | 30.2 | 43.0 | 58.1 | 55.1 | 44.9 | 43.3 | 62.8 | 61.0 | 58.9 | 46.8 | -14.9% |
| Luxembourg | 11.3 | 7.5 | 7.9 | 6.3 | 5.0 | 2.1 | 0.5 | 0.3 | 0.3 | 0.3 | 0.3 | -94.0% |
| Netherlands | 14.4 | 11.5 | 13.8 | 23.1 | 31.8 | 33.1 | 29.1 | 30.3 | 31.4 | 29.8 | 27.6 | -13.3% |
| Norway | 3.7 | 3.9 | 3.9 | 4.4 | 3.4 | 4.1 | 4.2 | 3.0 | 2.9 | 3.0 | 2.2 | -36.9% |
| Poland | 252.5 | 289.7 | 350.9 | 359.8 | 285.6 | 268.1 | 216.8 | 206.6 | 211.7 | 205.3 | 193.9 | -32.1% |
| Portugal | 2.4 | 1.6 | 1.6 | 2.9 | 10.6 | 13.9 | 14.7 | 13.1 | 11.2 | 9.8 | 11.1 | 4.7% |
| Slovak Republic | 23.5 | 23.7 | 32.0 | 33.3 | 30.7 | 21.1 | 16.0 | 15.6 | 15.8 | 15.1 | 14.4 | -53.1% |
| Slovenia | .. | .. | .. | .. | 5.7 | 4.9 | 5.5 | 6.3 | 6.5 | 6.2 | 5.8 | 1.9% |
| Spain | 36.9 | 37.5 | 47.9 | 69.4 | 74.1 | 71.8 | 81.5 | 80.2 | 78.7 | 53.4 | 40.9 | -44.8% |
| Sweden | 5.4 | 6.9 | 5.4 | 10.6 | 10.4 | 9.4 | 8.1 | 9.8 | 8.9 | 8.9 | 6.1 | -41.5% |
| Switzerland | 2.0 | 1.0 | 1.4 | 2.0 | 1.4 | 0.8 | 0.6 | 0.6 | 0.7 | 0.6 | 0.6 | -57.7% |
| Turkey | 16.0 | 20.7 | 26.8 | 45.1 | 57.9 | 60.7 | 88.9 | 86.3 | 115.4 | 115.4 | 112.3 | 94.0% |
| United Kingdom | 348.4 | 274.2 | 266.1 | 236.8 | 238.2 | 174.1 | 138.1 | 145.1 | 147.7 | 136.2 | 113.4 | -52.4% |
| **OECD Europe \*\*\*** | **1 690.1** | **1 547.6** | **1 758.6** | **1 833.0** | **1 704.2** | **1 397.4** | **1 279.3** | **1 264.8** | **1 325.7** | **1 237.7** | **1 103.0** | **-35.3%** |
| | | | | | | | | | | | | |
| *European Union - 27* | .. | .. | .. | .. | *1 734.5* | *1 404.1* | *1 240.4* | *1 236.9* | *1 276.8* | *1 187.4* | *1 045.2* | *-39.7%* |

\* Total world includes non-OECD total, OECD total as well as international marine bunkers and international aviation bunkers.
\*\* Includes Estonia and Slovenia prior to 1990.
 \*\*\* Excludes Estonia and Slovenia prior to 1990.

## CO$_2$ emissions: Sectoral Approach - Coal/peat

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total *** | **2 065.4** | **2 471.5** | **2 957.8** | **3 337.4** | **4 149.4** | **4 513.5** | **4 487.4** | **6 567.0** | **7 701.0** | **8 211.1** | **8 521.8** | **105.4%** |
| Algeria | 0.4 | 0.3 | 0.2 | 1.0 | 1.3 | 1.4 | 0.7 | 1.0 | 1.2 | 1.2 | 0.7 | -42.9% |
| Angola | - | - | - | - | - | - | - | - | - | - | - | - |
| Benin | - | - | - | - | - | - | - | - | - | - | - | - |
| Botswana | .. | .. | .. | 1.1 | 1.9 | 2.2 | 2.5 | 2.4 | 2.1 | 1.9 | 1.7 | -14.6% |
| Cameroon | - | - | - | - | - | - | - | - | - | - | - | - |
| Congo | - | - | - | - | - | - | - | - | - | - | - | - |
| Dem. Rep. of Congo | 1.0 | 0.8 | 0.8 | 0.8 | 0.9 | 1.0 | 0.8 | 1.0 | 1.1 | 1.1 | 1.2 | 34.9% |
| Côte d'Ivoire | - | - | - | - | - | - | - | - | - | - | - | - |
| Egypt | 1.3 | 2.1 | 2.1 | 2.7 | 2.7 | 2.8 | 3.3 | 3.2 | 3.1 | 3.0 | 2.9 | 8.4% |
| Eritrea | .. | .. | .. | .. | .. | - | - | - | - | - | - | - |
| Ethiopia | - | - | - | - | - | - | - | - | - | - | - | - |
| Gabon | - | - | - | - | - | - | - | - | - | - | - | - |
| Ghana | - | - | - | - | - | - | - | - | - | - | - | - |
| Kenya | 0.2 | 0.1 | 0.0 | 0.2 | 0.4 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | -37.1% |
| Libyan Arab Jamahiriya | - | - | - | - | - | - | - | - | - | - | - | - |
| Morocco | 1.2 | 1.7 | 1.6 | 2.7 | 4.1 | 6.1 | 9.2 | 11.3 | 11.5 | 10.2 | 9.4 | 127.3% |
| Mozambique | 1.5 | 1.2 | 0.7 | 0.2 | 0.1 | 0.1 | - | - | 0.0 | 0.0 | 0.0 | -82.8% |
| Namibia | .. | .. | .. | .. | .. | 0.0 | 0.0 | 0.0 | 0.2 | 0.9 | 0.4 | x |
| Nigeria | 0.5 | 0.6 | 0.4 | 0.2 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -89.5% |
| Senegal | - | - | - | - | - | - | - | 0.4 | 0.5 | 0.5 | 0.6 | x |
| South Africa | 146.3 | 175.1 | 179.4 | 189.5 | 208.3 | 227.3 | 248.1 | 271.1 | 285.9 | 313.4 | 295.4 | 41.9% |
| Sudan | - | - | 0.0 | - | - | - | - | - | - | - | - | - |
| United Rep. of Tanzania | - | - | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | + |
| Togo | - | - | - | - | - | - | - | - | - | - | - | - |
| Tunisia | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | - | - | - | - | .. |
| Zambia | 2.0 | 1.9 | 1.4 | 1.1 | 0.9 | 0.3 | 0.3 | 0.3 | 0.0 | 0.0 | 0.0 | -99.5% |
| Zimbabwe | 5.6 | 5.0 | 6.1 | 7.5 | 13.4 | 11.2 | 9.7 | 8.3 | 7.4 | 6.9 | 6.8 | -48.8% |
| Other Africa | 0.5 | 0.7 | 0.6 | 0.7 | 1.0 | 0.7 | 1.6 | 1.8 | 2.3 | 2.5 | 2.5 | 154.9% |
| **Africa** | **160.7** | **190.0** | **193.6** | **208.2** | **235.4** | **253.8** | **276.8** | **301.3** | **315.7** | **342.2** | **322.2** | **36.9%** |
| | | | | | | | | | | | | |
| Bangladesh | 0.4 | 0.5 | 0.5 | 0.2 | 1.1 | 1.2 | 1.3 | 1.4 | 1.7 | 2.4 | 2.4 | 123.3% |
| Brunei Darussalam | - | - | - | - | - | - | - | - | - | - | - | - |
| Cambodia | .. | .. | .. | .. | .. | - | - | - | - | - | - | .. |
| Chinese Taipei | 10.0 | 8.4 | 14.7 | 26.4 | 42.3 | 63.2 | 108.9 | 143.7 | 156.7 | 150.0 | 144.2 | 240.8% |
| India | 142.6 | 176.1 | 195.4 | 283.7 | 395.9 | 517.3 | 623.6 | 782.1 | 925.6 | 977.7 | 1 080.4 | 172.9% |
| Indonesia | 0.5 | 0.5 | 0.5 | 4.5 | 17.6 | 26.0 | 47.3 | 85.8 | 127.7 | 103.6 | 110.6 | 529.7% |
| DPR of Korea | 64.9 | 72.5 | 97.5 | 119.0 | 106.1 | 70.9 | 65.7 | 71.4 | 59.8 | 66.7 | 64.2 | -39.5% |
| Malaysia | 0.0 | 0.0 | 0.2 | 1.1 | 4.0 | 4.8 | 6.9 | 26.7 | 34.3 | 38.0 | 41.2 | 923.7% |
| Mongolia | .. | .. | .. | 9.4 | 10.2 | 9.0 | 7.5 | 7.8 | 8.8 | 8.7 | 9.7 | -5.6% |
| Myanmar | 0.6 | 0.6 | 0.6 | 0.6 | 0.3 | 0.1 | 0.2 | 0.4 | 0.5 | 0.5 | 0.6 | 113.6% |
| Nepal | 0.0 | 0.1 | 0.2 | 0.0 | 0.2 | 0.3 | 1.0 | 1.0 | 0.8 | 0.7 | 0.7 | 360.0% |
| Pakistan | 2.5 | 2.2 | 2.6 | 4.8 | 7.1 | 7.8 | 6.7 | 13.7 | 21.1 | 16.8 | 16.5 | 133.4% |
| Philippines | 0.1 | 0.2 | 1.5 | 5.4 | 5.2 | 7.0 | 19.7 | 22.5 | 22.9 | 26.9 | 25.7 | 392.5% |
| Singapore | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 78.1% |
| Sri Lanka | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.2 | 0.2 | 0.2 | 980.5% |
| Thailand | 0.5 | 0.6 | 1.9 | 6.5 | 16.1 | 29.4 | 31.4 | 46.9 | 55.4 | 60.4 | 58.5 | 264.5% |
| Vietnam | 5.6 | 10.0 | 9.2 | 11.3 | 9.0 | 13.4 | 17.6 | 32.8 | 39.9 | 47.5 | 50.8 | 466.6% |
| Other Asia | 4.1 | 4.3 | 7.7 | 0.9 | 0.8 | 0.5 | 1.4 | 1.9 | 1.8 | 2.2 | 2.3 | 179.4% |
| **Asia** | **231.9** | **276.1** | **332.5** | **474.1** | **615.9** | **751.2** | **939.4** | **1 238.6** | **1 457.4** | **1 502.5** | **1 608.2** | **161.1%** |
| | | | | | | | | | | | | |
| People's Rep. of China | 677.9 | 837.9 | 1 125.0 | 1 435.4 | 1 889.3 | 2 538.9 | 2 433.1 | 4 169.6 | 5 002.0 | 5 431.9 | 5 720.0 | 202.8% |
| Hong Kong, China | 0.1 | 0.1 | 0.2 | 12.8 | 24.4 | 24.4 | 17.7 | 27.2 | 30.7 | 28.5 | 30.8 | 26.5% |
| **China** | **678.0** | **838.1** | **1 125.2** | **1 448.1** | **1 913.7** | **2 563.2** | **2 450.9** | **4 196.8** | **5 032.7** | **5 460.4** | **5 750.8** | **200.5%** |

* Includes Estonia and Slovenia prior to 1990.

## CO$_2$ emissions: Sectoral Approach - Coal/peat

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | - | - | - | - | - | - | - | - | - | - | - | - |
| Islamic Republic of Iran | 0.5 | 2.5 | 2.3 | 1.9 | 1.5 | 2.2 | 3.4 | 4.7 | 4.9 | 3.6 | 3.2 | 119.7% |
| Iraq | - | - | - | - | - | - | - | - | - | - | - | - |
| Jordan | - | - | - | - | - | - | - | - | - | - | - | - |
| Kuwait | - | - | - | - | - | - | - | - | - | - | - | - |
| Lebanon | 0.0 | 0.0 | 0.0 | - | - | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | x |
| Oman | - | - | - | - | - | - | - | - | - | - | - | - |
| Qatar | - | - | - | - | - | - | - | - | - | - | - | - |
| Saudi Arabia | - | - | - | - | - | - | - | - | - | - | - | - |
| Syrian Arab Republic | 0.0 | 0.0 | 0.0 | 0.0 | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | x |
| United Arab Emirates | - | - | - | - | - | - | - | - | - | - | - | - |
| Yemen | - | - | - | - | - | - | - | - | - | - | - | - |
| **Middle East** | **0.5** | **2.6** | **2.4** | **1.9** | **1.5** | **2.7** | **3.9** | **5.2** | **5.4** | **4.2** | **3.7** | **155.7%** |
| Albania | 1.2 | 1.6 | 2.5 | 3.7 | 2.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | -87.5% |
| Armenia * | .. | .. | .. | .. | 1.0 | 0.0 | - | - | 0.0 | - | - | - |
| Azerbaijan * | .. | .. | .. | .. | 0.3 | 0.0 | - | - | - | - | - | - |
| Belarus * | .. | .. | .. | .. | 9.2 | 5.2 | 3.5 | 2.3 | 2.1 | 1.9 | 1.9 | -79.8% |
| Bosnia and Herzegovina * | .. | .. | .. | .. | 17.3 | 1.4 | 9.9 | 11.7 | 13.6 | 15.0 | 15.0 | -13.8% |
| Bulgaria | 33.2 | 35.0 | 37.8 | 42.2 | 36.8 | 29.6 | 25.3 | 27.7 | 31.5 | 30.8 | 26.1 | -29.1% |
| Croatia * | .. | .. | .. | .. | 3.4 | 0.7 | 1.7 | 2.7 | 2.7 | 2.8 | 2.0 | -41.0% |
| Cyprus | - | - | - | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | -75.6% |
| Georgia * | .. | .. | .. | .. | 3.4 | 0.1 | 0.0 | 0.0 | 0.1 | 0.3 | 0.8 | -77.2% |
| Gibraltar | - | - | - | - | - | - | - | - | - | - | - | - |
| Kazakhstan * | .. | .. | .. | .. | 153.3 | 111.1 | 75.1 | 102.4 | 115.4 | 124.4 | 116.6 | -24.0% |
| Kyrgyzstan * | .. | .. | .. | .. | 10.0 | 1.3 | 1.9 | 2.2 | 2.2 | 2.2 | 2.4 | -76.0% |
| Latvia * | .. | .. | .. | .. | 2.7 | 1.1 | 0.5 | 0.3 | 0.4 | 0.4 | 0.3 | -87.9% |
| Lithuania * | .. | .. | .. | .. | 3.1 | 1.0 | 0.4 | 0.8 | 1.0 | 0.9 | 0.6 | -79.7% |
| FYR of Macedonia * | .. | .. | .. | .. | 5.5 | 5.9 | 5.5 | 6.0 | 6.0 | 6.2 | 5.5 | 1.0% |
| Malta | .. | .. | .. | 0.5 | 0.7 | 0.1 | - | - | - | - | - | - |
| Republic of Moldova * | .. | .. | .. | .. | 7.8 | 2.3 | 0.4 | 0.3 | 0.2 | 0.3 | 0.3 | -95.9% |
| Romania | 31.2 | 38.0 | 48.9 | 57.6 | 49.7 | 40.5 | 28.7 | 33.5 | 37.6 | 37.0 | 30.4 | -38.9% |
| Russian Federation * | .. | .. | .. | .. | 687.1 | 483.9 | 441.4 | 407.3 | 418.8 | 421.7 | 404.9 | -41.1% |
| Serbia * | .. | .. | .. | .. | 41.3 | 36.2 | 35.0 | 33.3 | 33.2 | 34.6 | 32.7 | -20.9% |
| Tajikistan * | .. | .. | .. | .. | 2.5 | 0.1 | 0.0 | 0.2 | 0.3 | 0.4 | 0.4 | -85.6% |
| Turkmenistan * | .. | .. | .. | .. | 1.2 | | - | - | - | - | - | - |
| Ukraine * | .. | .. | .. | .. | 283.0 | 161.2 | 116.3 | 123.4 | 148.1 | 144.7 | 123.9 | -56.2% |
| Uzbekistan * | .. | .. | .. | .. | 13.7 | 4.4 | 5.1 | 4.6 | 5.2 | 5.1 | 5.5 | -59.8% |
| Former Soviet Union * | 875.2 | 1 028.9 | 1 141.8 | 982.9 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | 35.8 | 40.5 | 42.6 | 72.4 | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **976.6** | **1 143.9** | **1 273.5** | **1 159.5** | **1 335.7** | **886.3** | **751.1** | **758.9** | **818.6** | **828.9** | **769.5** | **-42.4%** |
| Argentina | 3.5 | 3.7 | 3.3 | 3.7 | 3.9 | 4.9 | 4.5 | 5.2 | 6.5 | 7.7 | 7.8 | 97.8% |
| Bolivia | - | - | - | 0.2 | | | | | | | | |
| Brazil | 7.0 | 8.7 | 17.8 | 30.1 | 29.1 | 36.7 | 44.9 | 44.2 | 46.4 | 46.9 | 38.2 | 31.1% |
| Colombia | 5.6 | 6.6 | 7.5 | 8.8 | 10.7 | 12.4 | 11.4 | 9.7 | 9.5 | 9.7 | 11.3 | 6.1% |
| Costa Rica | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | - | - | 0.1 | 0.3 | 0.3 | 0.3 | + |
| Cuba | 0.3 | 0.2 | 0.5 | 0.6 | 0.7 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | -62.4% |
| Dominican Republic | - | - | - | 0.5 | 0.0 | 0.2 | 0.2 | 1.1 | 2.1 | 2.2 | 2.2 | + |
| Ecuador | - | - | - | - | - | - | - | - | - | - | - | - |
| El Salvador | - | - | 0.0 | - | - | 0.0 | 0.0 | 0.0 | - | - | - | - |
| Guatemala | - | - | 0.1 | - | - | - | 0.5 | 1.4 | 1.6 | 1.6 | 3.4 | x |
| Haiti | - | - | - | 0.1 | 0.0 | | | | | | | |
| Honduras | - | - | - | - | 0.0 | 0.0 | 0.3 | 0.4 | 0.2 | 0.2 | 0.2 | + |
| Jamaica | - | - | - | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | -1.9% |
| Netherlands Antilles | - | - | - | - | - | - | - | - | - | - | - | - |
| Nicaragua | - | - | - | - | - | - | - | - | - | - | - | - |
| Panama | 0.0 | 0.0 | - | 0.1 | 0.1 | 0.1 | 0.1 | - | - | - | - | .. |
| Paraguay | - | - | - | - | - | - | - | - | - | - | - | - |
| Peru | 0.5 | 0.6 | 0.6 | 0.7 | 0.6 | 1.4 | 2.4 | 3.5 | 4.1 | 3.7 | 3.3 | 469.1% |
| Trinidad and Tobago | - | - | - | - | - | - | - | - | - | - | - | - |
| Uruguay | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -70.5% |
| Venezuela | 0.6 | 1.0 | 0.6 | 0.7 | 1.8 | 0.0 | 0.5 | 0.1 | 0.2 | 0.2 | 0.2 | -88.9% |
| Other Latin America | 0.1 | 0.1 | 0.1 | - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 299.9% |
| **Latin America** | **17.7** | **20.9** | **30.5** | **45.6** | **47.1** | **56.2** | **65.3** | **66.2** | **71.2** | **73.0** | **67.3** | **42.7%** |

\* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

# CO$_2$ emissions: Sectoral Approach - Oil

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World *** | 6 826.5 | 7 787.0 | 8 722.7 | 8 089.4 | 8 818.2 | 9 080.7 | 9 880.1 | 10 715.9 | 10 965.5 | 10 867.2 | 10 630.8 | 20.6% |
| | | | | | | | | | | | | |
| *Annex I Parties* | .. | .. | .. | .. | 5 687.3 | 5 334.4 | 5 489.5 | 5 656.3 | 5 503.4 | 5 302.7 | 5 035.3 | -11.5% |
| *Annex II Parties* | 4 522.9 | 4 773.7 | 4 914.7 | 4 232.8 | 4 486.1 | 4 626.4 | 4 852.6 | 5 024.1 | 4 842.4 | 4 635.1 | 4 387.7 | -2.2% |
| *North America* | 2 232.9 | 2 341.6 | 2 427.9 | 2 164.8 | 2 251.2 | 2 265.8 | 2 517.9 | 2 705.0 | 2 630.5 | 2 479.9 | 2 354.9 | 4.6% |
| *Europe* | 1 657.7 | 1 700.3 | 1 750.2 | 1 431.1 | 1 478.2 | 1 562.3 | 1 567.1 | 1 577.3 | 1 503.9 | 1 493.7 | 1 410.0 | -4.6% |
| *Asia Oceania* | 632.3 | 731.8 | 736.6 | 636.9 | 756.7 | 798.4 | 767.6 | 741.7 | 708.0 | 661.5 | 622.7 | -17.7% |
| *Annex I EIT* | .. | .. | .. | .. | 1 137.2 | 626.8 | 552.1 | 552.4 | 579.7 | 587.2 | 568.7 | -50.0% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 2 517.1 | 3 047.8 | 3 565.4 | 4 095.6 | 4 406.5 | 4 516.7 | 4 579.8 | 81.9% |
| | | | | | | | | | | | | |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 3 493.7 | 3 169.1 | 3 101.6 | 3 122.7 | 3 037.6 | 2 985.7 | 2 830.7 | -19.0% |
| | | | | | | | | | | | | |
| **Intl. marine bunkers** | 342.7 | 328.6 | 345.1 | 293.9 | 357.9 | 413.7 | 480.0 | 556.1 | 624.5 | 608.1 | 592.2 | 65.5% |
| **Intl. aviation bunkers** | 167.7 | 172.0 | 200.0 | 222.8 | 255.9 | 284.7 | 345.2 | 407.8 | 431.2 | 439.7 | 423.4 | 65.5% |
| | | | | | | | | | | | | |
| **Non-OECD Total **** | 1 563.5 | 2 188.3 | 2 825.2 | 2 892.2 | 3 169.7 | 3 071.1 | 3 477.9 | 4 007.0 | 4 324.3 | 4 457.1 | 4 517.9 | 42.5% |
| | | | | | | | | | | | | |
| **OECD Total ***** | 4 752.7 | 5 098.0 | 5 352.4 | 4 680.4 | 5 034.8 | 5 311.1 | 5 577.1 | 5 744.3 | 5 585.6 | 5 362.3 | 5 097.2 | 1.2% |
| | | | | | | | | | | | | |
| Canada | 209.8 | 233.2 | 246.7 | 188.8 | 209.4 | 212.2 | 237.1 | 272.2 | 267.8 | 264.2 | 253.9 | 21.2% |
| Chile | 14.5 | 12.4 | 15.1 | 13.0 | 19.1 | 27.8 | 30.4 | 34.4 | 45.4 | 47.5 | 45.5 | 137.5% |
| Mexico | 71.7 | 106.5 | 161.6 | 186.5 | 198.6 | 215.3 | 256.1 | 259.3 | 265.8 | 264.2 | 254.3 | 28.1% |
| United States | 2 023.0 | 2 108.4 | 2 181.2 | 1 976.0 | 2 041.8 | 2 053.5 | 2 280.8 | 2 432.8 | 2 362.7 | 2 215.6 | 2 101.0 | 2.9% |
| **OECD Americas** | 2 319.1 | 2 460.5 | 2 604.6 | 2 364.3 | 2 468.9 | 2 508.9 | 2 804.4 | 2 998.8 | 2 941.7 | 2 791.6 | 2 654.7 | 7.5% |
| | | | | | | | | | | | | |
| Australia | 66.8 | 80.8 | 87.3 | 79.9 | 89.3 | 94.6 | 104.7 | 110.8 | 111.2 | 114.3 | 113.1 | 26.7% |
| Israel | 14.2 | 17.0 | 19.4 | 17.3 | 24.2 | 30.1 | 30.4 | 26.9 | 30.2 | 29.9 | 27.4 | 13.0% |
| Japan | 556.2 | 639.4 | 638.6 | 547.4 | 655.4 | 689.5 | 647.1 | 613.0 | 578.6 | 528.7 | 492.0 | -24.9% |
| Korea | 30.9 | 46.2 | 76.2 | 73.1 | 135.3 | 234.1 | 219.6 | 203.8 | 197.5 | 181.1 | 182.1 | 34.5% |
| New Zealand | 9.3 | 11.6 | 10.7 | 9.6 | 12.0 | 14.3 | 15.8 | 17.9 | 18.2 | 18.4 | 17.5 | 46.5% |
| **OECD Asia Oceania** | 677.4 | 795.0 | 832.3 | 727.2 | 916.3 | 1 062.5 | 1 017.7 | 972.5 | 935.7 | 872.4 | 832.1 | -9.2% |
| | | | | | | | | | | | | |
| Austria | 27.2 | 29.2 | 33.0 | 26.9 | 27.7 | 29.8 | 31.2 | 38.1 | 35.8 | 34.5 | 32.9 | 18.6% |
| Belgium | 63.3 | 60.4 | 65.0 | 46.7 | 48.7 | 55.4 | 56.9 | 57.9 | 51.9 | 57.0 | 52.2 | 7.2% |
| Czech Republic | 19.9 | 27.9 | 30.6 | 27.9 | 23.0 | 20.5 | 20.2 | 24.9 | 25.1 | 24.5 | 23.8 | 3.6% |
| Denmark | 49.0 | 44.2 | 38.5 | 30.2 | 22.0 | 24.4 | 23.5 | 21.7 | 22.0 | 21.1 | 20.2 | -8.3% |
| Estonia | .. | .. | .. | .. | 9.3 | 3.5 | 2.7 | 3.1 | 3.2 | 3.1 | 2.8 | -69.6% |
| Finland | 31.4 | 33.6 | 33.9 | 26.9 | 28.2 | 26.2 | 24.3 | 26.4 | 26.6 | 25.6 | 24.8 | -11.9% |
| France | 277.3 | 293.5 | 292.8 | 214.5 | 220.1 | 227.3 | 234.0 | 237.0 | 227.9 | 223.8 | 217.0 | -1.4% |
| Germany | 385.7 | 392.4 | 385.9 | 326.6 | 323.1 | 345.8 | 324.0 | 295.7 | 261.9 | 283.3 | 271.0 | -16.1% |
| Greece | 18.4 | 23.5 | 32.0 | 29.6 | 36.5 | 39.1 | 45.7 | 51.7 | 53.5 | 50.7 | 48.5 | 32.9% |
| Hungary | 18.6 | 27.2 | 29.8 | 27.0 | 22.7 | 19.8 | 17.3 | 16.8 | 17.7 | 17.2 | 17.2 | -24.4% |
| Iceland | 1.4 | 1.6 | 1.7 | 1.4 | 1.6 | 1.7 | 1.7 | 1.8 | 1.9 | 1.9 | 1.7 | 3.8% |
| Ireland | 12.9 | 14.0 | 16.2 | 11.4 | 12.1 | 15.7 | 22.9 | 24.9 | 25.0 | 24.3 | 21.1 | 73.7% |
| Italy | 237.3 | 248.6 | 267.5 | 229.6 | 252.3 | 261.1 | 248.0 | 231.8 | 221.9 | 211.6 | 191.1 | -24.3% |
| Luxembourg | 4.1 | 3.8 | 3.0 | 2.9 | 4.4 | 4.7 | 5.9 | 8.2 | 7.5 | 7.5 | 7.0 | 57.5% |
| Netherlands | 68.1 | 56.8 | 83.5 | 55.6 | 52.7 | 57.8 | 60.7 | 68.5 | 70.1 | 69.9 | 64.7 | 22.7% |
| Norway | 19.8 | 19.8 | 22.0 | 19.8 | 20.0 | 20.4 | 21.0 | 22.8 | 24.0 | 22.9 | 23.0 | 15.0% |
| Poland | 21.9 | 33.5 | 42.8 | 39.2 | 34.5 | 40.9 | 51.5 | 57.9 | 62.9 | 63.9 | 63.8 | 84.9% |
| Portugal | 12.0 | 16.5 | 22.2 | 21.8 | 28.7 | 34.4 | 39.8 | 40.4 | 35.3 | 33.3 | 31.8 | 11.0% |
| Slovak Republic | 12.6 | 15.2 | 18.1 | 14.3 | 14.4 | 7.1 | 6.8 | 9.1 | 9.5 | 9.7 | 8.8 | -38.5% |
| Slovenia | .. | .. | .. | .. | 5.0 | 6.7 | 6.7 | 7.2 | 7.3 | 8.4 | 7.4 | 47.2% |
| Spain | 82.4 | 117.3 | 136.9 | 101.6 | 120.9 | 143.1 | 166.8 | 191.4 | 190.2 | 181.8 | 168.5 | 39.3% |
| Sweden | 77.1 | 72.5 | 67.6 | 47.3 | 40.1 | 45.4 | 41.5 | 36.6 | 33.7 | 31.9 | 31.0 | -22.8% |
| Switzerland | 36.9 | 34.8 | 36.0 | 35.8 | 34.2 | 33.5 | 33.3 | 34.2 | 31.9 | 33.1 | 32.1 | -6.1% |
| Turkey | 25.4 | 38.5 | 44.1 | 49.4 | 62.5 | 78.9 | 82.7 | 77.1 | 78.6 | 77.8 | 76.5 | 22.4% |
| United Kingdom | 253.5 | 238.0 | 212.7 | 202.5 | 204.7 | 196.4 | 185.8 | 188.1 | 182.8 | 179.6 | 171.6 | -16.2% |
| **OECD Europe ***** | 1 756.2 | 1 842.6 | 1 915.6 | 1 588.9 | 1 649.6 | 1 739.7 | 1 755.0 | 1 773.6 | 1 708.2 | 1 698.3 | 1 610.4 | -2.4% |
| | | | | | | | | | | | | |
| *European Union - 27* | .. | .. | .. | .. | 1 642.6 | 1 672.5 | 1 671.7 | 1 698.6 | 1 633.9 | 1 623.9 | 1 533.4 | -6.6% |

* Total world includes non-OECD total, OECD total as well as international marine bunkers and international aviation bunkers.
** Includes Estonia and Slovenia prior to 1990.
*** Excludes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Sectoral Approach - Oil

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total \*** | **1 563.5** | **2 188.3** | **2 825.2** | **2 892.2** | **3 169.7** | **3 071.1** | **3 477.9** | **4 007.0** | **4 324.3** | **4 457.1** | **4 517.9** | **42.5%** |
| | | | | | | | | | | | | |
| Algeria | 5.9 | 9.1 | 14.8 | 20.5 | 23.0 | 21.8 | 24.1 | 30.6 | 34.3 | 36.1 | 38.5 | 67.7% |
| Angola | 1.6 | 1.9 | 2.5 | 2.7 | 3.0 | 2.9 | 4.0 | 5.8 | 8.8 | 10.9 | 11.6 | 289.3% |
| Benin | 0.3 | 0.5 | 0.4 | 0.5 | 0.3 | 0.2 | 1.4 | 2.7 | 3.7 | 3.8 | 4.2 | + |
| Botswana | .. | .. | .. | 0.5 | 1.0 | 1.2 | 1.7 | 2.0 | 2.3 | 2.6 | 2.5 | 155.4% |
| Cameroon | 0.7 | 1.0 | 1.7 | 2.4 | 2.7 | 2.5 | 2.8 | 2.9 | 3.5 | 3.7 | 4.3 | 61.2% |
| Congo | 0.6 | 0.7 | 0.8 | 0.8 | 0.7 | 0.5 | 0.6 | 0.9 | 1.1 | 1.4 | 1.6 | 122.8% |
| Dem. Rep. of Congo | 1.5 | 1.8 | 2.3 | 2.4 | 2.1 | 1.1 | 0.8 | 1.3 | 1.5 | 1.7 | 1.7 | -19.6% |
| Côte d'Ivoire | 2.4 | 3.0 | 3.4 | 3.0 | 2.6 | 3.1 | 3.2 | 2.9 | 2.7 | 3.4 | 3.0 | 14.1% |
| Egypt | 18.9 | 23.6 | 36.9 | 54.8 | 61.6 | 58.2 | 66.9 | 83.0 | 92.0 | 92.0 | 90.9 | 47.6% |
| Eritrea | .. | .. | .. | .. | .. | 0.8 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | .. |
| Ethiopia | 1.3 | 1.2 | 1.4 | 1.4 | 2.2 | 2.3 | 3.2 | 4.8 | 6.0 | 6.8 | 7.4 | 235.7% |
| Gabon | 0.5 | 0.7 | 1.3 | 1.6 | 0.7 | 1.1 | 1.1 | 1.9 | 2.1 | 2.0 | 1.3 | 93.7% |
| Ghana | 1.9 | 2.3 | 2.3 | 2.2 | 2.7 | 3.3 | 5.1 | 6.4 | 8.2 | 7.3 | 9.0 | 233.0% |
| Kenya | 3.0 | 3.4 | 4.4 | 4.4 | 5.1 | 5.4 | 6.6 | 7.0 | 8.1 | 8.3 | 9.8 | 90.3% |
| Libyan Arab Jamahiriya | 1.6 | 6.7 | 13.1 | 15.5 | 18.3 | 26.6 | 30.9 | 32.1 | 31.8 | 35.2 | 38.2 | 108.4% |
| Morocco | 5.6 | 8.1 | 12.3 | 13.6 | 15.4 | 19.2 | 19.0 | 26.4 | 27.7 | 30.8 | 30.7 | 99.1% |
| Mozambique | 1.4 | 1.1 | 1.6 | 1.2 | 0.9 | 1.0 | 1.3 | 1.5 | 1.9 | 1.8 | 2.0 | 113.2% |
| Namibia | .. | .. | .. | .. | .. | 1.8 | 1.9 | 2.9 | 3.2 | 3.3 | 3.3 | .. |
| Nigeria | 5.0 | 10.1 | 23.4 | 25.2 | 22.1 | 21.9 | 27.4 | 33.7 | 25.7 | 31.4 | 28.6 | 29.7% |
| Senegal | 1.2 | 1.6 | 2.0 | 2.1 | 2.0 | 2.4 | 3.6 | 4.2 | 4.4 | 4.5 | 4.6 | 130.9% |
| South Africa | 27.5 | 34.1 | 35.1 | 39.6 | 46.4 | 49.6 | 50.1 | 59.2 | 70.6 | 75.0 | 73.9 | 59.3% |
| Sudan | 3.3 | 3.3 | 3.7 | 4.2 | 5.5 | 4.6 | 5.5 | 10.0 | 12.0 | 12.1 | 13.3 | 140.9% |
| United Rep. of Tanzania | 1.5 | 1.5 | 1.6 | 1.5 | 1.7 | 2.4 | 2.4 | 4.2 | 4.2 | 4.5 | 4.8 | 181.0% |
| Togo | 0.3 | 0.3 | 0.4 | 0.3 | 0.6 | 0.6 | 1.0 | 1.0 | 0.9 | 1.1 | 1.1 | 97.5% |
| Tunisia | 3.4 | 4.0 | 6.7 | 7.1 | 9.0 | 9.4 | 11.3 | 12.1 | 11.9 | 11.3 | 10.7 | 19.9% |
| Zambia | 1.5 | 2.5 | 1.9 | 1.7 | 1.7 | 1.7 | 1.4 | 1.7 | 1.4 | 1.6 | 1.7 | -3.1% |
| Zimbabwe | 1.6 | 2.1 | 1.8 | 2.0 | 2.6 | 3.6 | 3.0 | 2.1 | 1.9 | 1.8 | 1.8 | -30.8% |
| Other Africa | 7.1 | 8.5 | 12.6 | 11.1 | 13.7 | 16.2 | 17.7 | 21.6 | 23.8 | 25.0 | 24.9 | 82.2% |
| **Africa** | **99.7** | **133.2** | **188.4** | **222.5** | **247.6** | **265.4** | **298.6** | **365.6** | **396.4** | **419.9** | **426.0** | **72.0%** |
| | | | | | | | | | | | | |
| Bangladesh | 2.2 | 3.3 | 4.6 | 4.6 | 5.2 | 8.4 | 9.4 | 12.8 | 12.6 | 13.4 | 14.3 | 177.2% |
| Brunei Darussalam | 0.2 | 0.2 | 0.5 | 0.6 | 0.9 | 1.3 | 1.4 | 1.6 | 1.9 | 2.0 | 2.0 | 136.4% |
| Cambodia | .. | .. | .. | .. | .. | 1.4 | 2.4 | 3.7 | 4.4 | 4.6 | 4.3 | .. |
| Chinese Taipei | 19.0 | 31.3 | 54.2 | 43.5 | 68.7 | 85.5 | 94.5 | 92.4 | 90.1 | 83.9 | 79.7 | 16.0% |
| India | 56.3 | 63.3 | 85.3 | 119.3 | 165.8 | 223.9 | 301.8 | 309.9 | 355.7 | 377.3 | 400.8 | 141.7% |
| Indonesia | 24.4 | 36.4 | 61.0 | 70.0 | 96.1 | 130.2 | 158.0 | 186.2 | 178.0 | 176.6 | 186.5 | 94.1% |
| DPR of Korea | 2.6 | 4.2 | 8.0 | 7.4 | 7.9 | 3.9 | 3.1 | 2.8 | 2.6 | 2.7 | 2.0 | -74.2% |
| Malaysia | 12.6 | 16.0 | 23.9 | 27.9 | 38.0 | 50.6 | 58.7 | 66.6 | 69.6 | 68.6 | 63.2 | 66.4% |
| Mongolia | .. | .. | .. | 2.2 | 2.4 | 1.0 | 1.3 | 1.7 | 2.3 | 2.5 | 2.3 | -4.0% |
| Myanmar | 3.8 | 3.0 | 3.8 | 3.4 | 2.0 | 3.9 | 5.2 | 5.8 | 5.7 | 4.8 | 4.0 | 97.5% |
| Nepal | 0.2 | 0.2 | 0.3 | 0.5 | 0.7 | 1.5 | 2.1 | 2.1 | 1.8 | 2.1 | 2.7 | 267.9% |
| Pakistan | 8.8 | 11.0 | 13.2 | 20.9 | 30.6 | 43.7 | 56.1 | 47.4 | 58.7 | 57.7 | 61.8 | 101.8% |
| Philippines | 23.0 | 28.9 | 31.8 | 23.1 | 32.9 | 50.0 | 48.2 | 42.1 | 38.8 | 36.9 | 37.4 | 13.6% |
| Singapore | 5.9 | 8.3 | 12.6 | 16.1 | 28.7 | 34.4 | 37.3 | 30.1 | 29.6 | 29.3 | 27.9 | -2.5% |
| Sri Lanka | 2.8 | 2.7 | 3.7 | 3.6 | 3.7 | 5.5 | 10.6 | 13.2 | 12.8 | 12.0 | 12.5 | 234.3% |
| Thailand | 15.5 | 20.2 | 31.3 | 28.0 | 52.4 | 90.6 | 89.8 | 111.6 | 110.3 | 107.5 | 107.0 | 104.4% |
| Vietnam | 10.6 | 6.7 | 5.6 | 5.8 | 8.2 | 13.9 | 23.8 | 36.5 | 40.4 | 40.0 | 46.7 | 467.4% |
| Other Asia | 3.8 | 5.4 | 8.6 | 8.0 | 8.8 | 8.3 | 9.4 | 13.2 | 12.4 | 11.7 | 12.2 | 38.4% |
| **Asia** | **191.6** | **241.1** | **348.5** | **384.7** | **553.0** | **758.0** | **913.1** | **979.9** | **1 028.0** | **1 033.7** | **1 067.3** | **93.0%** |
| | | | | | | | | | | | | |
| People's Rep. of China | 115.2 | 195.9 | 252.4 | 247.6 | 296.1 | 415.5 | 560.7 | 809.9 | 897.5 | 926.5 | 947.9 | 220.1% |
| Hong Kong, China | 9.0 | 10.7 | 14.3 | 9.2 | 8.4 | 11.6 | 16.4 | 8.4 | 8.1 | 8.3 | 9.7 | 14.7% |
| **China** | **124.2** | **206.6** | **266.8** | **256.9** | **304.6** | **427.1** | **577.1** | **818.3** | **905.5** | **934.9** | **957.6** | **214.4%** |

\* Includes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Sectoral Approach - Oil

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | 1.2 | 1.2 | 1.7 | 1.8 | 2.1 | 2.4 | 2.5 | 3.6 | 4.2 | 4.1 | 4.4 | 110.5% |
| Islamic Republic of Iran | 37.7 | 65.7 | 81.8 | 128.4 | 141.1 | 170.1 | 192.1 | 228.7 | 255.9 | 266.0 | 264.5 | 87.5% |
| Iraq | 10.5 | 12.4 | 29.8 | 42.1 | 49.1 | 65.7 | 75.8 | 80.6 | 87.2 | 89.3 | 96.6 | 96.8% |
| Jordan | 1.3 | 2.1 | 4.2 | 7.4 | 9.0 | 11.6 | 13.8 | 14.7 | 13.6 | 12.0 | 12.0 | 33.8% |
| Kuwait | 4.1 | 5.2 | 13.4 | 27.4 | 17.2 | 18.4 | 30.8 | 46.7 | 47.1 | 49.6 | 57.1 | 231.7% |
| Lebanon | 4.5 | 5.6 | 6.6 | 6.5 | 5.5 | 12.4 | 13.6 | 14.0 | 11.5 | 15.3 | 18.7 | 243.1% |
| Oman | 0.3 | 0.7 | 1.5 | 3.3 | 5.0 | 7.7 | 8.4 | 11.8 | 14.0 | 17.2 | 18.1 | 262.1% |
| Qatar | 0.3 | 0.7 | 1.4 | 1.6 | 1.9 | 2.5 | 3.1 | 7.8 | 11.2 | 13.9 | 11.6 | 496.0% |
| Saudi Arabia | 10.0 | 17.1 | 77.9 | 88.5 | 111.3 | 143.0 | 174.7 | 208.5 | 234.8 | 254.3 | 277.5 | 149.4% |
| Syrian Arab Republic | 6.0 | 9.0 | 13.0 | 20.8 | 25.0 | 28.0 | 29.5 | 44.4 | 55.6 | 57.0 | 46.8 | 87.6% |
| United Arab Emirates | 0.4 | 1.6 | 9.5 | 15.7 | 18.7 | 21.1 | 21.7 | 28.2 | 30.7 | 31.9 | 32.2 | 72.1% |
| Yemen | 1.2 | 1.7 | 3.4 | 4.8 | 6.4 | 9.3 | 13.2 | 18.8 | 20.6 | 21.4 | 22.0 | 241.7% |
| **Middle East** | **77.7** | **123.1** | **244.3** | **348.4** | **392.2** | **492.3** | **579.2** | **707.7** | **786.5** | **832.1** | **861.5** | **119.7%** |
| | | | | | | | | | | | | |
| Albania | 2.4 | 2.3 | 4.4 | 2.8 | 3.4 | 1.7 | 3.1 | 4.5 | 3.9 | 3.7 | 2.4 | -29.9% |
| Armenia * | .. | .. | .. | .. | 11.2 | 0.7 | 0.8 | 1.0 | 0.9 | 1.0 | 1.0 | -91.3% |
| Azerbaijan * | .. | .. | .. | .. | 32.4 | 18.9 | 18.4 | 14.9 | 10.3 | 9.8 | 8.5 | -73.8% |
| Belarus * | .. | .. | .. | .. | 87.8 | 30.6 | 22.3 | 20.9 | 21.8 | 21.0 | 24.6 | -72.0% |
| Bosnia and Herzegovina * | .. | .. | .. | .. | 5.4 | 1.6 | 3.3 | 3.2 | 3.6 | 3.7 | 3.7 | -31.2% |
| Bulgaria | 29.1 | 34.9 | 38.6 | 28.0 | 26.1 | 13.7 | 10.4 | 12.0 | 12.4 | 11.8 | 11.3 | -56.7% |
| Croatia * | .. | .. | .. | .. | 13.4 | 11.0 | 11.3 | 12.9 | 13.5 | 12.6 | 12.5 | -7.2% |
| Cyprus | 1.8 | 1.7 | 2.6 | 2.6 | 3.6 | 5.0 | 6.1 | 6.8 | 7.2 | 7.4 | 7.4 | 104.5% |
| Georgia * | .. | .. | .. | .. | 19.2 | 5.8 | 2.3 | 2.1 | 2.5 | 2.2 | 2.5 | -86.8% |
| Gibraltar | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 181.5% |
| Kazakhstan * | .. | .. | .. | .. | 58.3 | 32.5 | 22.1 | 25.8 | 32.7 | 35.5 | 28.4 | -51.4% |
| Kyrgyzstan * | .. | .. | .. | .. | 8.9 | 1.4 | 1.2 | 1.4 | 2.3 | 2.2 | 3.4 | -62.0% |
| Latvia * | .. | .. | .. | .. | 10.3 | 5.5 | 3.8 | 4.1 | 4.7 | 4.4 | 3.6 | -65.4% |
| Lithuania * | .. | .. | .. | .. | 19.7 | 9.0 | 6.5 | 7.5 | 7.5 | 8.1 | 7.1 | -63.8% |
| FYR of Macedonia * | .. | .. | .. | .. | 3.0 | 2.3 | 2.7 | 2.6 | 3.0 | 2.6 | 2.6 | -12.6% |
| Malta | 0.6 | 0.6 | 1.0 | 0.7 | 1.6 | 2.2 | 2.1 | 2.7 | 2.7 | 2.6 | 2.4 | 56.0% |
| Republic of Moldova * | .. | .. | .. | .. | 14.8 | 3.1 | 1.2 | 1.9 | 1.9 | 2.2 | 2.0 | -86.4% |
| Romania | 31.5 | 40.0 | 51.6 | 41.1 | 50.0 | 32.0 | 26.5 | 27.8 | 27.5 | 26.9 | 24.5 | -51.0% |
| Russian Federation * | .. | .. | .. | .. | 625.4 | 351.2 | 332.4 | 309.9 | 325.8 | 336.2 | 327.2 | -47.7% |
| Serbia * | .. | .. | .. | .. | 14.1 | 4.8 | 4.1 | 11.5 | 12.0 | 10.7 | 10.4 | -26.3% |
| Tajikistan * | .. | .. | .. | .. | 5.2 | 1.2 | 0.7 | 0.9 | 1.6 | 1.6 | 1.6 | -69.8% |
| Turkmenistan * | .. | .. | .. | .. | 16.9 | 8.2 | 10.7 | 12.7 | 13.5 | 14.9 | 13.6 | -19.6% |
| Ukraine * | .. | .. | .. | .. | 195.5 | 75.4 | 33.7 | 38.2 | 40.8 | 39.5 | 34.1 | -82.5% |
| Uzbekistan * | .. | .. | .. | .. | 30.6 | 19.8 | 19.1 | 14.3 | 12.5 | 11.9 | 12.0 | -60.9% |
| Former Soviet Union * | 688.9 | 1 018.6 | 1 210.0 | 1 193.3 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | 25.5 | 31.8 | 39.2 | 38.3 | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **779.9** | **1 130.0** | **1 347.5** | **1 307.0** | **1 256.9** | **637.9** | **545.3** | **540.1** | **565.2** | **573.1** | **547.1** | **-56.5%** |
| | | | | | | | | | | | | |
| Argentina | 67.3 | 65.1 | 70.9 | 54.4 | 53.1 | 62.1 | 66.0 | 67.4 | 73.2 | 77.8 | 72.8 | 37.1% |
| Bolivia | 2.0 | 2.9 | 3.6 | 3.3 | 3.7 | 4.6 | 4.9 | 5.9 | 7.0 | 7.4 | 7.5 | 102.1% |
| Brazil | 83.9 | 127.8 | 160.9 | 133.6 | 158.8 | 195.3 | 240.6 | 240.0 | 254.8 | 265.6 | 260.6 | 64.1% |
| Colombia | 18.0 | 18.5 | 20.6 | 22.2 | 26.8 | 37.4 | 34.6 | 32.9 | 33.5 | 33.4 | 31.8 | 19.0% |
| Costa Rica | 1.3 | 1.7 | 2.2 | 2.0 | 2.6 | 4.4 | 4.5 | 5.3 | 6.2 | 6.3 | 6.0 | 130.2% |
| Cuba | 20.6 | 23.4 | 28.8 | 30.7 | 32.9 | 22.2 | 25.3 | 23.1 | 23.4 | 22.9 | 24.6 | -25.4% |
| Dominican Republic | 3.4 | 5.2 | 6.3 | 5.6 | 7.6 | 11.2 | 17.2 | 15.8 | 15.7 | 16.1 | 14.9 | 95.0% |
| Ecuador | 3.5 | 5.9 | 10.5 | 11.7 | 12.7 | 15.6 | 17.9 | 22.7 | 24.3 | 25.5 | 27.5 | 116.7% |
| El Salvador | 1.4 | 2.0 | 1.7 | 1.8 | 2.2 | 4.6 | 5.2 | 6.4 | 6.9 | 6.4 | 6.8 | 204.2% |
| Guatemala | 2.3 | 3.0 | 4.2 | 3.3 | 3.3 | 6.0 | 8.3 | 10.0 | 10.9 | 9.7 | 11.1 | 235.8% |
| Haiti | 0.4 | 0.4 | 0.6 | 0.6 | 0.9 | 0.9 | 1.4 | 2.0 | 2.3 | 2.3 | 2.4 | 158.8% |
| Honduras | 1.1 | 1.3 | 1.7 | 1.7 | 2.1 | 3.5 | 4.1 | 6.5 | 7.7 | 7.3 | 6.9 | 223.5% |
| Jamaica | 5.5 | 7.4 | 6.5 | 4.6 | 7.1 | 8.2 | 9.6 | 10.3 | 13.2 | 11.7 | 8.1 | 15.4% |
| Netherlands Antilles | 14.4 | 10.2 | 8.7 | 4.6 | 2.7 | 2.8 | 4.1 | 4.2 | 4.5 | 4.3 | 5.0 | 81.1% |
| Nicaragua | 1.5 | 1.8 | 1.8 | 1.8 | 1.8 | 2.5 | 3.5 | 4.0 | 4.4 | 4.2 | 4.2 | 130.4% |
| Panama | 2.5 | 3.2 | 2.8 | 2.5 | 2.3 | 3.8 | 4.4 | 5.5 | 6.2 | 6.2 | 7.3 | 217.9% |
| Paraguay | 0.6 | 0.7 | 1.4 | 1.4 | 1.9 | 3.4 | 3.3 | 3.4 | 3.7 | 3.7 | 4.1 | 112.1% |
| Peru | 14.4 | 17.0 | 18.9 | 16.2 | 17.6 | 21.8 | 23.0 | 21.5 | 20.7 | 24.4 | 25.7 | 46.1% |
| Trinidad and Tobago | 2.7 | 3.0 | 2.8 | 2.5 | 2.1 | 2.2 | 2.6 | 4.0 | 4.2 | 4.2 | 4.2 | 102.5% |
| Uruguay | 5.1 | 5.4 | 5.5 | 3.1 | 3.7 | 4.5 | 5.2 | 5.1 | 5.6 | 7.5 | 7.6 | 104.2% |
| Venezuela | 30.7 | 37.5 | 59.1 | 56.0 | 57.0 | 59.9 | 64.6 | 84.1 | 98.1 | 100.5 | 104.6 | 83.6% |
| Other Latin America | 7.7 | 10.7 | 10.1 | 9.2 | 12.4 | 13.3 | 14.4 | 15.6 | 16.2 | 16.2 | 14.9 | 20.5% |
| **Latin America** | **290.3** | **354.2** | **429.8** | **372.6** | **415.3** | **490.4** | **564.5** | **595.6** | **642.7** | **663.4** | **658.4** | **58.5%** |

* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

# CO$_2$ emissions: Sectoral Approach - Natural gas

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World \*** | **2 058.3** | **2 281.2** | **2 767.2** | **3 162.6** | **3 803.5** | **4 098.6** | **4 700.2** | **5 376.9** | **5 747.8** | **5 890.2** | **5 762.3** | **51.5%** |
| | | | | | | | | | | | | |
| *Annex I Parties* | .. | .. | .. | .. | 3 070.3 | 3 178.1 | 3 471.2 | 3 647.6 | 3 780.5 | 3 805.9 | 3 643.2 | 18.7% |
| *Annex II Parties* | *1 438.5* | *1 503.1* | *1 663.5* | *1 616.2* | *1 794.6* | *2 123.0* | *2 426.2* | *2 491.3* | *2 593.3* | *2 619.1* | *2 543.9* | *41.8%* |
| *North America* | *1 257.4* | *1 143.4* | *1 179.4* | *1 058.1* | *1 135.1* | *1 309.4* | *1 423.0* | *1 359.9* | *1 436.3* | *1 439.8* | *1 413.9* | *24.6%* |
| *Europe* | *168.1* | *331.0* | *414.3* | *446.1* | *505.1* | *631.3* | *783.8* | *894.8* | *879.6* | *907.5* | *858.0* | *69.9%* |
| *Asia Oceania* | *12.9* | *28.7* | *69.8* | *112.0* | *154.4* | *182.3* | *219.3* | *236.7* | *277.3* | *271.8* | *272.1* | *76.2%* |
| *Annex I EIT* | .. | .. | .. | .. | 1 269.1 | 1 042.1 | 1 016.2 | 1 103.5 | 1 116.9 | 1 116.6 | 1 031.8 | -18.7% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 733.2 | 920.5 | 1 228.9 | 1 729.2 | 1 967.3 | 2 084.3 | 2 119.2 | 189.0% |
| | | | | | | | | | | | | |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 2 024.9 | 1 979.3 | 2 155.2 | 2 366.8 | 2 417.4 | 2 435.8 | 2 308.1 | 14.0% |
| | | | | | | | | | | | | |
| **Intl. marine bunkers** | - | - | - | - | - | - | - | - | - | - | - | - |
| **Intl. aviation bunkers** | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Non-OECD Total \*\*** | **575.2** | **719.2** | **1 012.9** | **1 437.9** | **1 875.8** | **1 817.3** | **2 052.7** | **2 575.4** | **2 808.3** | **2 921.1** | **2 879.6** | **53.5%** |
| | | | | | | | | | | | | |
| **OECD Total \*\*\*** | **1 483.1** | **1 562.1** | **1 754.3** | **1 724.7** | **1 927.7** | **2 281.3** | **2 647.5** | **2 801.5** | **2 939.5** | **2 969.1** | **2 882.7** | **49.5%** |
| | | | | | | | | | | | | |
| Canada | 67.9 | 87.3 | 99.7 | 113.9 | 123.8 | 149.1 | 168.1 | 170.2 | 183.4 | 180.0 | 179.4 | 45.0% |
| Chile | 1.3 | 1.1 | 1.4 | 1.6 | 2.1 | 2.1 | 10.3 | 14.0 | 6.6 | 3.7 | 4.6 | 117.5% |
| Mexico | 20.2 | 25.6 | 43.2 | 53.6 | 52.1 | 55.9 | 66.6 | 88.3 | 108.0 | 112.5 | 111.7 | 114.5% |
| United States | 1 189.5 | 1 056.1 | 1 079.7 | 944.2 | 1 011.3 | 1 160.2 | 1 254.9 | 1 189.7 | 1 253.0 | 1 259.8 | 1 234.5 | 22.1% |
| **OECD Americas** | **1 278.9** | **1 170.1** | **1 224.0** | **1 113.3** | **1 189.3** | **1 367.4** | **1 499.9** | **1 462.2** | **1 550.9** | **1 555.9** | **1 530.2** | **28.7%** |
| | | | | | | | | | | | | |
| Australia | 4.1 | 8.9 | 16.7 | 24.4 | 32.8 | 37.7 | 43.9 | 55.7 | 59.8 | 59.4 | 60.4 | 84.1% |
| Israel | 0.2 | 0.1 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 3.1 | 5.4 | 6.9 | 8.4 | + |
| Japan | 8.5 | 19.2 | 51.2 | 81.5 | 114.6 | 137.1 | 164.8 | 173.7 | 209.4 | 204.9 | 204.0 | 78.0% |
| Korea | - | - | - | - | 6.4 | 19.4 | 39.9 | 63.8 | 73.3 | 74.9 | 72.0 | + |
| New Zealand | 0.2 | 0.6 | 1.8 | 6.1 | 7.1 | 7.5 | 10.6 | 7.3 | 8.1 | 7.5 | 7.7 | 9.2% |
| **OECD Asia Oceania** | **13.1** | **28.8** | **70.0** | **112.0** | **160.9** | **201.7** | **259.2** | **303.6** | **356.0** | **353.6** | **352.5** | **119.2%** |
| | | | | | | | | | | | | |
| Austria | 5.6 | 7.5 | 9.0 | 10.1 | 11.8 | 14.7 | 15.0 | 18.9 | 16.1 | 17.2 | 16.6 | 40.0% |
| Belgium | 11.3 | 18.2 | 20.5 | 16.9 | 18.9 | 24.5 | 30.7 | 33.3 | 34.5 | 34.3 | 34.6 | 83.3% |
| Czech Republic | 1.9 | 3.1 | 5.6 | 9.1 | 11.5 | 14.5 | 17.0 | 17.8 | 16.3 | 16.3 | 15.2 | 32.9% |
| Denmark | - | 0.0 | 0.0 | 1.5 | 4.2 | 7.3 | 10.3 | 10.4 | 9.5 | 9.6 | 9.2 | 121.2% |
| Estonia | .. | .. | .. | .. | 2.7 | 1.3 | 1.5 | 1.8 | 1.8 | 1.7 | 1.2 | -55.1% |
| Finland | - | 1.5 | 1.7 | 1.9 | 5.1 | 6.6 | 7.9 | 8.4 | 8.5 | 8.8 | 7.9 | 56.3% |
| France | 19.2 | 33.0 | 47.4 | 54.5 | 56.1 | 65.8 | 81.1 | 92.5 | 87.1 | 90.4 | 87.6 | 56.3% |
| Germany | 38.8 | 86.4 | 114.9 | 105.3 | 118.1 | 147.0 | 158.4 | 179.9 | 176.9 | 181.0 | 173.0 | 46.4% |
| Greece | - | - | - | 0.1 | 0.2 | 0.1 | 3.9 | 5.4 | 7.7 | 8.1 | 6.6 | + |
| Hungary | 6.8 | 10.7 | 17.6 | 19.2 | 19.8 | 20.3 | 21.6 | 27.0 | 24.2 | 23.9 | 20.7 | 4.5% |
| Iceland | - | - | - | - | - | - | - | - | - | - | - | - |
| Ireland | - | - | 1.7 | 4.5 | 4.0 | 5.0 | 7.7 | 8.2 | 10.0 | 10.4 | 10.1 | 155.0% |
| Italy | 23.9 | 40.8 | 49.3 | 59.8 | 89.2 | 102.8 | 134.0 | 163.2 | 160.6 | 161.1 | 148.0 | 65.8% |
| Luxembourg | 0.0 | 0.8 | 1.0 | 0.7 | 1.0 | 1.3 | 1.6 | 2.7 | 2.7 | 2.6 | 2.6 | 159.0% |
| Netherlands | 47.0 | 72.5 | 69.4 | 75.3 | 70.2 | 78.6 | 79.7 | 80.7 | 76.2 | 79.7 | 80.5 | 14.5% |
| Norway | - | 0.4 | 2.0 | 2.8 | 4.6 | 8.1 | 8.0 | 10.0 | 10.5 | 11.1 | 11.6 | 150.3% |
| Poland | 11.4 | 13.5 | 17.6 | 18.2 | 18.5 | 18.3 | 20.6 | 26.2 | 26.5 | 26.8 | 25.8 | 39.8% |
| Portugal | - | - | - | - | - | - | 4.6 | 8.6 | 8.8 | 9.5 | 9.6 | x |
| Slovak Republic | 2.9 | 4.9 | 5.1 | 6.7 | 11.7 | 11.7 | 13.1 | 13.2 | 11.3 | 11.2 | 9.8 | -16.4% |
| Slovenia | .. | .. | .. | .. | 1.8 | 1.7 | 1.8 | 2.1 | 2.0 | 2.0 | 1.9 | 4.5% |
| Spain | 0.7 | 1.8 | 3.1 | 4.5 | 10.5 | 17.4 | 34.7 | 67.2 | 73.8 | 80.9 | 72.6 | 588.7% |
| Sweden | - | - | - | 0.2 | 1.2 | 1.6 | 1.6 | 1.7 | 1.9 | 1.9 | 2.6 | 108.8% |
| Switzerland | 0.0 | 1.0 | 1.9 | 2.9 | 3.8 | 5.1 | 5.6 | 6.5 | 6.1 | 6.5 | 6.3 | 66.2% |
| Turkey | - | - | - | 0.1 | 6.5 | 13.0 | 28.9 | 52.8 | 70.9 | 70.2 | 67.4 | 931.7% |
| United Kingdom | 21.6 | 67.2 | 92.3 | 105.2 | 106.0 | 145.4 | 199.0 | 197.2 | 188.7 | 194.3 | 178.7 | 68.5% |
| **OECD Europe \*\*\*** | **191.1** | **363.2** | **460.3** | **499.4** | **577.5** | **712.2** | **888.3** | **1 035.7** | **1 032.6** | **1 059.6** | **1 000.0** | **73.2%** |
| | | | | | | | | | | | | |
| *European Union - 27* | .. | .. | .. | .. | 657.9 | 745.6 | 889.5 | 1 011.0 | 988.5 | 1 014.2 | 950.3 | 44.5% |

\* Total world includes non-OECD total, OECD total as well as international marine bunkers and international aviation bunkers.
\*\* Includes Estonia and Slovenia prior to 1990.
\*\*\* Excludes Estonia and Slovenia prior to 1990.

## CO$_2$ emissions: Sectoral Approach - Natural gas

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total *** | **575.2** | **719.2** | **1 012.9** | **1 437.9** | **1 875.8** | **1 817.3** | **2 052.7** | **2 575.4** | **2 808.3** | **2 921.1** | **2 879.6** | **53.5%** |
| Algeria | 2.4 | 4.6 | 13.4 | 21.7 | 27.4 | 32.4 | 37.6 | 46.9 | 50.2 | 50.8 | 53.3 | 94.2% |
| Angola | 0.1 | 0.1 | 0.2 | 0.2 | 1.0 | 1.1 | 1.1 | 1.2 | 1.6 | 1.3 | 1.3 | 27.8% |
| Benin | - | - | - | - | - | - | - | - | - | - | - | - |
| Botswana | .. | .. | .. | - | - | - | - | - | - | - | - | - |
| Cameroon | - | - | - | - | - | - | - | - | 0.6 | 0.6 | 0.5 | x |
| Congo | 0.0 | 0.0 | - | 0.0 | - | - | - | 0.0 | 0.0 | 0.0 | 0.1 | x |
| Dem. Rep. of Congo | - | - | - | - | - | - | - | - | 0.0 | 0.0 | 0.0 | x |
| Côte d'Ivoire | - | - | - | - | - | 0.1 | 3.0 | 2.9 | 2.9 | 3.1 | 3.1 | x |
| Egypt | 0.2 | 0.1 | 3.4 | 7.9 | 14.9 | 22.9 | 40.1 | 65.7 | 73.6 | 79.1 | 81.6 | 446.4% |
| Eritrea | .. | .. | .. | .. | .. | - | - | - | - | - | - | - |
| Ethiopia | - | - | - | - | - | - | - | - | - | - | - | - |
| Gabon | - | - | 0.0 | 0.1 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 69.0% |
| Ghana | - | - | - | - | - | - | - | - | - | - | - | - |
| Kenya | - | - | - | - | - | - | - | - | - | - | - | - |
| Libyan Arab Jamahiriya | 2.1 | 2.5 | 5.5 | 7.0 | 9.0 | 8.5 | 8.8 | 10.4 | 11.4 | 11.8 | 11.8 | 31.2% |
| Morocco | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.0 | 0.1 | 0.9 | 1.3 | 1.1 | 1.2 | + |
| Mozambique | - | - | - | - | - | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | x |
| Namibia | .. | .. | .. | .. | .. | - | - | - | - | - | - | - |
| Nigeria | 0.4 | 1.0 | 2.9 | 6.9 | 6.9 | 9.2 | 12.0 | 16.7 | 18.3 | 18.2 | 12.5 | 82.0% |
| Senegal | - | - | - | - | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 161.4% |
| South Africa | - | - | - | - | - | - | - | - | - | - | - | - |
| Sudan | - | - | - | - | - | - | - | - | - | - | - | - |
| United Rep. of Tanzania | - | - | - | - | - | - | - | 0.8 | 1.0 | 1.1 | 1.3 | x |
| Togo | - | - | - | - | - | - | - | - | - | - | - | - |
| Tunisia | 0.0 | 0.5 | 0.8 | 2.2 | 2.8 | 4.6 | 6.4 | 7.5 | 8.7 | 9.6 | 10.0 | 258.5% |
| Zambia | - | - | - | - | - | - | - | - | - | - | - | - |
| Zimbabwe | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Africa | - | - | - | - | - | 0.0 | 1.5 | 1.8 | 1.9 | 2.0 | x |
| **Africa** | **5.2** | **9.0** | **26.3** | **46.2** | **62.4** | **79.2** | **109.3** | **154.8** | **172.0** | **179.1** | **179.3** | **187.4%** |
| Bangladesh | 0.6 | 0.9 | 2.1 | 4.0 | 7.3 | 10.9 | 14.6 | 22.2 | 27.7 | 30.6 | 33.9 | 364.4% |
| Brunei Darussalam | 0.2 | 1.2 | 2.1 | 2.3 | 2.5 | 3.4 | 3.2 | 3.5 | 5.3 | 5.5 | 6.1 | 143.2% |
| Cambodia | .. | .. | .. | .. | .. | - | - | - | - | - | - | - |
| Chinese Taipei | 1.9 | 2.7 | 3.3 | 1.9 | 3.3 | 7.8 | 12.9 | 20.7 | 23.1 | 25.1 | 23.9 | 630.8% |
| India | 1.3 | 1.9 | 2.5 | 8.0 | 20.6 | 35.3 | 47.1 | 68.5 | 75.8 | 76.3 | 104.6 | 407.5% |
| Indonesia | 0.3 | 1.0 | 7.3 | 13.5 | 28.5 | 45.9 | 58.8 | 64.4 | 59.8 | 63.2 | 79.1 | 177.6% |
| DPR of Korea | - | - | - | - | - | - | - | - | - | - | - | - |
| Malaysia | 0.0 | 0.1 | 0.1 | 4.4 | 6.9 | 23.1 | 45.5 | 59.4 | 67.3 | 75.1 | 59.7 | 763.9% |
| Mongolia | .. | .. | .. | - | - | - | - | - | - | - | - | - |
| Myanmar | 0.1 | 0.3 | 0.6 | 1.8 | 1.7 | 2.8 | 2.7 | 7.1 | 6.3 | 6.6 | 5.6 | 228.4% |
| Nepal | - | - | - | - | - | - | - | - | - | - | - | - |
| Pakistan | 5.3 | 7.7 | 10.3 | 13.4 | 20.9 | 28.0 | 34.5 | 56.1 | 58.7 | 58.4 | 58.7 | 180.6% |
| Philippines | - | - | - | - | - | 0.0 | 0.0 | 6.7 | 7.2 | 7.2 | 7.5 | x |
| Singapore | - | - | - | - | - | 3.0 | 2.6 | 13.6 | 15.7 | 16.4 | 16.6 | x |
| Sri Lanka | - | - | - | - | - | - | - | - | - | - | - | - |
| Thailand | - | - | - | 6.8 | 11.7 | 20.4 | 40.6 | 60.6 | 66.1 | 70.0 | 62.2 | 433.4% |
| Vietnam | - | - | - | 0.1 | 0.0 | 0.4 | 2.6 | 11.5 | 12.8 | 14.6 | 16.6 | + |
| Other Asia | 0.5 | 0.5 | 0.2 | 1.2 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 | 0.7 | 23.0% |
| **Asia** | **10.2** | **16.3** | **28.7** | **57.5** | **104.0** | **181.5** | **265.6** | **394.7** | **426.3** | **449.7** | **475.3** | **357.1%** |
| People's Rep. of China | 7.3 | 17.3 | 27.8 | 21.9 | 25.8 | 31.7 | 43.4 | 82.9 | 128.9 | 148.3 | 163.7 | 534.1% |
| Hong Kong, China | - | - | - | - | - | 0.1 | 5.7 | 5.1 | 4.7 | 5.4 | 5.1 | x |
| **China** | **7.3** | **17.3** | **27.8** | **21.9** | **25.8** | **31.8** | **49.2** | **88.0** | **133.6** | **153.8** | **168.8** | **553.8%** |

* Includes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Sectoral Approach - Natural gas

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | 1.8 | 4.1 | 5.7 | 8.6 | 9.6 | 9.3 | 11.6 | 14.6 | 17.0 | 18.2 | 18.4 | 91.8% |
| Islamic Republic of Iran | 5.5 | 8.1 | 8.5 | 16.8 | 37.0 | 80.0 | 121.1 | 193.5 | 239.9 | 253.1 | 265.5 | 617.7% |
| Iraq | 1.8 | 3.1 | 2.4 | 1.6 | 3.8 | 6.0 | 6.0 | 2.8 | 2.8 | 3.6 | 2.2 | -42.0% |
| Jordan | - | - | - | - | 0.2 | 0.5 | 0.5 | 3.2 | 5.6 | 6.4 | 7.2 | + |
| Kuwait | 9.9 | 9.9 | 13.2 | 9.7 | 11.5 | 17.7 | 18.3 | 23.5 | 23.0 | 24.2 | 23.6 | 105.3% |
| Lebanon | - | - | - | - | - | - | - | - | - | - | 0.1 | x |
| Oman | - | - | 0.7 | 2.1 | 4.9 | 6.7 | 11.4 | 16.0 | 18.4 | 19.1 | 20.8 | 323.2% |
| Qatar | 1.9 | 4.2 | 6.3 | 10.5 | 12.2 | 16.2 | 20.9 | 29.7 | 38.1 | 39.9 | 44.9 | 269.3% |
| Saudi Arabia | 2.7 | 5.4 | 21.2 | 34.1 | 47.6 | 64.4 | 77.7 | 124.3 | 126.7 | 132.3 | 133.0 | 179.3% |
| Syrian Arab Republic | - | - | 0.1 | 0.3 | 3.2 | 4.8 | 10.4 | 10.8 | 10.8 | 10.7 | 13.0 | 305.5% |
| United Arab Emirates | 2.0 | 3.3 | 9.6 | 19.8 | 33.1 | 48.5 | 64.2 | 79.9 | 97.7 | 112.5 | 114.8 | 246.6% |
| Yemen | - | - | - | - | - | - | - | - | - | - | 0.2 | x |
| **Middle East** | **25.6** | **38.0** | **67.7** | **103.6** | **163.1** | **254.2** | **342.1** | **498.2** | **580.2** | **620.0** | **643.8** | **294.6%** |
| | | | | | | | | | | | | |
| Albania | 0.2 | 0.6 | 0.8 | 0.8 | 0.5 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -96.8% |
| Armenia * | .. | .. | .. | .. | 8.3 | 2.7 | 2.6 | 3.1 | 3.8 | 4.2 | 3.3 | -60.5% |
| Azerbaijan * | .. | .. | .. | .. | 31.5 | 12.7 | 10.8 | 17.7 | 16.8 | 19.6 | 16.7 | -46.9% |
| Belarus * | .. | .. | .. | .. | 27.5 | 25.6 | 32.2 | 38.3 | 39.3 | 40.2 | 33.1 | 20.4% |
| Bosnia and Herzegovina * | .. | .. | .. | .. | 0.9 | 0.3 | 0.5 | 0.7 | 0.8 | 0.8 | 0.4 | -53.6% |
| Bulgaria | 0.6 | 2.3 | 7.4 | 10.8 | 12.0 | 10.0 | 6.2 | 5.9 | 6.3 | 6.1 | 4.7 | -60.5% |
| Croatia * | .. | .. | .. | .. | 4.7 | 4.1 | 4.7 | 5.1 | 5.8 | 5.6 | 5.2 | 10.9% |
| Cyprus | - | - | - | - | - | - | - | - | - | - | - | - |
| Georgia * | .. | .. | .. | .. | 10.6 | 2.2 | 2.2 | 2.2 | 2.9 | 2.3 | 2.3 | -78.0% |
| Gibraltar | - | - | - | - | - | - | - | - | - | - | - | - |
| Kazakhstan * | .. | .. | .. | .. | 24.8 | 23.5 | 15.2 | 28.5 | 39.3 | 48.0 | 44.6 | 79.9% |
| Kyrgyzstan * | .. | .. | .. | .. | 3.6 | 1.7 | 1.3 | 1.4 | 1.6 | 1.5 | 1.3 | -63.8% |
| Latvia * | .. | .. | .. | .. | 5.6 | 2.3 | 2.5 | 3.2 | 3.2 | 3.1 | 2.8 | -49.0% |
| Lithuania * | .. | .. | .. | .. | 10.3 | 4.3 | 4.3 | 5.3 | 5.9 | 5.3 | 4.6 | -55.1% |
| FYR of Macedonia * | .. | .. | .. | .. | - | - | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 | x |
| Malta | .. | .. | .. | .. | - | - | - | - | - | - | - | - |
| Republic of Moldova * | .. | .. | .. | .. | 7.6 | 5.5 | 4.8 | 5.6 | 5.3 | 4.5 | 3.4 | -55.7% |
| Romania | 52.1 | 62.6 | 75.7 | 74.6 | 67.4 | 43.1 | 30.6 | 30.2 | 28.0 | 27.9 | 23.4 | -65.3% |
| Russian Federation * | .. | .. | .. | .. | 866.3 | 728.8 | 718.1 | 783.4 | 820.7 | 821.5 | 784.8 | -9.4% |
| Serbia * | .. | .. | .. | .. | 6.0 | 3.0 | 3.4 | 4.3 | 4.5 | 4.5 | 3.2 | -47.3% |
| Tajikistan * | .. | .. | .. | .. | 3.2 | 1.2 | 1.5 | 1.3 | 1.3 | 1.0 | 0.8 | -73.8% |
| Turkmenistan * | .. | .. | .. | .. | 28.6 | 26.2 | 25.5 | 33.3 | 40.7 | 40.9 | 35.2 | 23.0% |
| Ukraine * | .. | .. | .. | .. | 209.4 | 156.1 | 141.9 | 144.0 | 125.1 | 125.1 | 98.4 | -53.0% |
| Uzbekistan * | .. | .. | .. | .. | 75.5 | 77.4 | 93.4 | 89.4 | 94.6 | 97.9 | 94.9 | 25.6% |
| Former Soviet Union * | 431.8 | 520.4 | 704.2 | 1 021.2 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | 1.9 | 2.9 | 5.8 | 11.0 | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **486.6** | **588.8** | **793.9** | **1 118.3** | **1 404.5** | **1 130.7** | **1 101.9** | **1 203.2** | **1 245.9** | **1 260.2** | **1 163.6** | **-17.2%** |
| | | | | | | | | | | | | |
| Argentina | 12.3 | 17.1 | 21.7 | 30.5 | 43.4 | 51.2 | 68.5 | 78.4 | 87.1 | 88.3 | 86.1 | 98.5% |
| Bolivia | 0.1 | 0.3 | 0.6 | 0.8 | 1.4 | 2.3 | 2.4 | 3.7 | 4.4 | 4.9 | 5.4 | 273.0% |
| Brazil | 0.2 | 0.7 | 1.7 | 4.3 | 6.4 | 8.5 | 17.3 | 38.0 | 40.7 | 49.0 | 39.1 | 512.0% |
| Colombia | 2.6 | 3.2 | 5.7 | 7.3 | 7.5 | 8.3 | 12.8 | 14.3 | 14.2 | 15.2 | 17.4 | 131.3% |
| Costa Rica | - | - | - | - | - | - | - | - | - | - | - | - |
| Cuba | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | 0.9 | 1.3 | 2.2 | 2.1 | 2.0 | + |
| Dominican Republic | - | - | - | - | - | - | - | 0.5 | 1.1 | 0.9 | 1.0 | x |
| Ecuador | 0.1 | 0.3 | 0.1 | 0.4 | 0.5 | 0.6 | 0.7 | 0.9 | 1.5 | 1.0 | 1.0 | 94.1% |
| El Salvador | - | - | - | - | - | - | - | - | - | - | - | - |
| Guatemala | - | - | - | - | - | - | - | - | - | - | - | - |
| Haiti | - | - | - | - | - | - | - | - | - | - | - | - |
| Honduras | - | - | - | - | - | - | - | - | - | - | - | - |
| Jamaica | - | - | - | - | - | - | - | - | - | - | - | - |
| Netherlands Antilles | - | - | - | - | - | - | - | - | - | - | - | - |
| Nicaragua | - | - | - | - | - | - | - | - | - | - | - | - |
| Panama | - | - | - | - | - | - | - | - | - | - | - | - |
| Paraguay | - | - | - | - | - | - | - | - | - | - | - | - |
| Peru | 0.6 | 0.8 | 1.0 | 1.3 | 1.0 | 0.6 | 1.1 | 3.9 | 6.1 | 7.6 | 9.6 | 818.9% |
| Trinidad and Tobago | 3.4 | 2.8 | 5.1 | 7.1 | 9.3 | 10.0 | 18.4 | 29.9 | 36.4 | 35.0 | 35.9 | 287.4% |
| Uruguay | - | - | - | - | - | - | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | x |
| Venezuela | 20.8 | 24.3 | 32.6 | 38.5 | 46.3 | 58.4 | 61.7 | 64.0 | 55.0 | 52.7 | 49.8 | 7.5% |
| Other Latin America | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 1.4 | 1.5 | 1.6 | 1.5 | + |
| **Latin America** | **40.3** | **49.8** | **68.6** | **90.3** | **116.0** | **140.0** | **184.6** | **236.5** | **250.3** | **258.4** | **248.9** | **114.6%** |

* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

# CO$_2$ emissions: Reference Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World *** | 14 613.6 | 16 155.1 | 18 639.6 | 19 298.6 | 21 536.2 | 22 110.9 | 23 763.5 | 27 708.5 | 29 354.8 | 29 967.1 | 29 549.3 | 37.2% |
| *Annex I Parties* | .. | .. | .. | .. | 14 168.2 | 13 311.7 | 13 867.5 | 14 334.3 | 14 386.8 | 14 149.2 | 13 159.8 | -7.1% |
| *Annex II Parties* | 8 638.1 | 8 951.2 | 9 721.8 | 9 303.2 | 9 843.9 | 10 214.8 | 11 022.2 | 11 395.9 | 11 357.9 | 11 083.8 | 10 358.0 | 5.2% |
| *North America* | 4 612.3 | 4 775.0 | 5 191.6 | 5 009.7 | 5 283.9 | 5 571.2 | 6 195.0 | 6 389.3 | 6 397.3 | 6 199.8 | 5 791.3 | 9.6% |
| *Europe* | 3 098.9 | 3 118.9 | 3 387.8 | 3 152.0 | 3 201.6 | 3 172.2 | 3 257.2 | 3 376.0 | 3 305.5 | 3 261.1 | 3 043.6 | -4.9% |
| *Asia Oceania* | 927.0 | 1 057.4 | 1 142.4 | 1 141.5 | 1 358.4 | 1 471.3 | 1 570.0 | 1 630.7 | 1 655.2 | 1 622.9 | 1 523.1 | 12.1% |
| *Annex I EIT* | .. | .. | .. | .. | 4 183.7 | 2 937.4 | 2 639.7 | 2 716.1 | 2 760.3 | 2 799.9 | 2 543.2 | -39.2% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 6 754.2 | 8 100.7 | 9 070.8 | 12 410.2 | 13 912.4 | 14 770.1 | 15 373.8 | 127.6% |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 9 039.9 | 7 970.7 | 7 925.8 | 8 204.1 | 8 199.7 | 8 148.9 | 7 547.2 | -16.5% |
| **Intl. marine bunkers** | 342.8 | 328.6 | 345.1 | 293.9 | 357.9 | 413.7 | 480.0 | 556.1 | 624.5 | 608.1 | 592.2 | 65.5% |
| **Intl. aviation bunkers** | 167.7 | 172.0 | 200.0 | 222.8 | 255.9 | 284.7 | 345.2 | 407.8 | 431.2 | 439.7 | 423.4 | 65.5% |
| **Non-OECD Total **** | 4 641.7 | 5 730.5 | 7 124.7 | 8 154.3 | 9 647.6 | 9 697.9 | 10 275.9 | 13 573.2 | 15 054.3 | 15 931.3 | 16 330.1 | 69.3% |
| **OECD Total ***** | 9 461.5 | 9 923.9 | 10 969.8 | 10 627.5 | 11 274.8 | 11 714.5 | 12 662.4 | 13 171.3 | 13 245.0 | 12 988.0 | 12 203.6 | 8.2% |
| Canada | 337.2 | 392.3 | 428.6 | 399.9 | 423.6 | 452.7 | 518.8 | 545.4 | 544.9 | 531.2 | 501.3 | 18.4% |
| Chile | 21.5 | 17.5 | 21.7 | 19.8 | 31.2 | 39.3 | 53.7 | 59.2 | 64.9 | 69.1 | 65.8 | 110.9% |
| Mexico | 100.8 | 145.1 | 242.2 | 265.7 | 289.8 | 298.3 | 344.4 | 414.5 | 426.0 | 435.8 | 422.5 | 45.8% |
| United States | 4 275.1 | 4 382.7 | 4 763.0 | 4 609.9 | 4 860.4 | 5 118.5 | 5 676.2 | 5 843.9 | 5 852.4 | 5 668.6 | 5 290.0 | 8.8% |
| **OECD Americas** | 4 734.6 | 4 937.6 | 5 455.5 | 5 295.3 | 5 604.9 | 5 909.4 | 6 593.0 | 6 863.0 | 6 888.1 | 6 704.8 | 6 279.7 | 12.0% |
| Australia | 156.9 | 182.7 | 212.1 | 220.0 | 260.9 | 278.5 | 330.4 | 368.5 | 381.7 | 393.2 | 399.0 | 52.9% |
| Israel | 17.2 | 21.0 | 23.1 | 23.5 | 34.9 | 48.1 | 55.5 | 61.7 | 66.1 | 67.0 | 64.0 | 83.5% |
| Japan | 755.6 | 857.1 | 913.0 | 899.8 | 1 074.1 | 1 165.5 | 1 208.4 | 1 229.3 | 1 241.1 | 1 197.0 | 1 092.9 | 1.7% |
| Korea | 54.8 | 77.9 | 125.7 | 157.7 | 238.6 | 355.3 | 440.6 | 464.3 | 498.9 | 512.8 | 518.1 | 117.2% |
| New Zealand | 14.4 | 17.7 | 17.3 | 21.7 | 23.4 | 27.3 | 31.2 | 32.9 | 32.3 | 32.7 | 31.2 | 33.5% |
| **OECD Asia Oceania** | 999.0 | 1 156.3 | 1 291.2 | 1 322.6 | 1 631.9 | 1 874.7 | 2 066.2 | 2 156.7 | 2 220.1 | 2 202.8 | 2 105.2 | 29.0% |
| Austria | 51.2 | 52.3 | 58.3 | 55.9 | 57.1 | 60.1 | 62.6 | 75.6 | 70.6 | 70.1 | 63.8 | 11.7% |
| Belgium | 120.0 | 119.5 | 129.8 | 103.9 | 109.4 | 116.3 | 121.4 | 114.8 | 108.2 | 111.3 | 108.2 | -1.2% |
| Czech Republic | 168.5 | 158.9 | 170.1 | 174.5 | 160.7 | 126.8 | 125.2 | 124.8 | 128.0 | 120.5 | 111.2 | -30.8% |
| Denmark | 56.2 | 52.6 | 61.0 | 61.0 | 50.8 | 58.0 | 51.2 | 48.4 | 51.6 | 48.8 | 47.3 | -6.8% |
| Estonia | .. | .. | .. | .. | 38.5 | 18.3 | 16.3 | 17.8 | 20.1 | 18.6 | 15.8 | -59.0% |
| Finland | 39.9 | 45.5 | 57.4 | 50.5 | 52.1 | 54.0 | 54.6 | 56.7 | 65.7 | 58.1 | 55.5 | 6.5% |
| France | 434.6 | 431.8 | 473.0 | 374.3 | 367.3 | 348.7 | 360.6 | 389.9 | 373.4 | 374.4 | 362.2 | -1.4% |
| Germany | 993.1 | 976.5 | 1 076.4 | 1 022.5 | 971.7 | 877.5 | 843.9 | 820.1 | 804.1 | 802.5 | 755.1 | -22.3% |
| Greece | 25.3 | 35.4 | 45.4 | 55.9 | 69.2 | 72.6 | 85.3 | 93.1 | 91.3 | 91.2 | 88.2 | 27.5% |
| Hungary | 58.2 | 67.4 | 80.7 | 78.8 | 67.7 | 59.3 | 55.0 | 57.3 | 54.9 | 53.5 | 48.0 | -29.1% |
| Iceland | 1.4 | 1.6 | 1.8 | 1.6 | 2.0 | 1.9 | 2.1 | 2.2 | 2.3 | 2.2 | 2.0 | 1.5% |
| Ireland | 22.5 | 21.8 | 26.3 | 27.2 | 31.4 | 32.7 | 40.5 | 43.8 | 43.1 | 42.0 | 40.2 | 28.0% |
| Italy | 280.3 | 311.2 | 349.0 | 339.6 | 384.0 | 413.0 | 433.6 | 458.8 | 444.9 | 432.7 | 390.3 | 1.6% |
| Luxembourg | 15.2 | 13.1 | 12.0 | 10.0 | 10.4 | 8.3 | 8.0 | 11.4 | 10.6 | 10.5 | 10.0 | -4.0% |
| Netherlands | 130.4 | 138.0 | 155.7 | 147.2 | 158.5 | 172.3 | 174.5 | 182.6 | 180.7 | 182.9 | 178.9 | 12.9% |
| Norway | 23.4 | 24.0 | 28.6 | 27.1 | 28.5 | 31.8 | 37.1 | 37.6 | 39.0 | 44.8 | 42.1 | 47.6% |
| Poland | 310.3 | 367.5 | 450.4 | 445.3 | 363.3 | 340.0 | 294.6 | 301.6 | 310.3 | 310.1 | 294.9 | -18.8% |
| Portugal | 14.9 | 18.9 | 24.6 | 25.5 | 38.5 | 49.4 | 59.9 | 63.4 | 56.0 | 54.0 | 53.7 | 39.3% |
| Slovak Republic | 48.3 | 55.0 | 60.9 | 59.4 | 54.5 | 42.3 | 37.4 | 38.9 | 36.3 | 36.9 | 33.7 | -38.1% |
| Slovenia | .. | .. | .. | .. | 13.5 | 14.2 | 13.9 | 15.7 | 15.9 | 16.8 | 15.2 | 12.9% |
| Spain | 121.5 | 162.1 | 192.0 | 187.6 | 212.1 | 239.2 | 286.7 | 341.9 | 345.8 | 321.2 | 282.5 | 33.2% |
| Sweden | 84.5 | 80.9 | 72.0 | 61.8 | 51.8 | 54.7 | 49.5 | 51.3 | 46.8 | 48.4 | 43.0 | -16.8% |
| Switzerland | 39.7 | 37.4 | 39.8 | 39.5 | 42.7 | 40.1 | 40.9 | 43.6 | 40.5 | 42.9 | 43.8 | 2.7% |
| Turkey | 43.7 | 62.4 | 73.3 | 99.7 | 138.2 | 157.3 | 203.5 | 219.7 | 265.8 | 262.9 | 256.2 | 85.4% |
| United Kingdom | 644.9 | 596.3 | 584.7 | 560.8 | 564.0 | 541.7 | 544.8 | 542.9 | 530.4 | 522.9 | 476.7 | -15.5% |
| **OECD Europe ***** | 3 727.9 | 3 830.0 | 4 223.1 | 4 009.6 | 4 038.0 | 3 930.4 | 4 003.2 | 4 151.6 | 4 136.7 | 4 080.5 | 3 818.7 | -5.4% |
| *European Union - 27* | .. | .. | .. | .. | 4 133.3 | 3 915.0 | 3 876.4 | 4 018.0 | 3 969.5 | 3 900.8 | 3 623.4 | -12.3% |

* Total world includes non-OECD total, OECD total as well as international marine bunkers and international aviation bunkers.
** Includes Estonia and Slovenia prior to 1990.
 *** Excludes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Reference Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total *** | **4 641.7** | **5 730.5** | **7 124.7** | **8 154.3** | **9 647.6** | **9 697.9** | **10 275.9** | **13 573.2** | **15 054.3** | **15 931.3** | **16 330.1** | **69.3%** |
| | | | | | | | | | | | | |
| Algeria | 9.8 | 15.0 | 29.0 | 46.4 | 55.3 | 60.0 | 66.8 | 79.9 | 91.9 | 93.1 | 98.9 | 78.9% |
| Angola | 1.7 | 2.1 | 2.7 | 2.9 | 4.1 | 3.9 | 5.1 | 7.0 | 10.2 | 12.0 | 12.7 | 209.1% |
| Benin | 0.3 | 0.5 | 0.4 | 0.5 | 0.2 | 0.2 | 1.5 | 2.3 | 3.8 | 3.8 | 4.2 | + |
| Botswana | .. | .. | .. | 1.6 | 2.9 | 3.3 | 4.2 | 4.4 | 4.5 | 4.8 | 4.3 | 46.9% |
| Cameroon | 0.7 | 1.0 | 1.7 | 2.5 | 2.7 | 2.6 | 3.0 | 3.2 | 5.3 | 5.1 | 6.2 | 128.1% |
| Congo | 0.6 | 0.7 | 0.8 | 1.0 | 0.8 | 0.6 | 0.6 | 1.4 | 1.4 | 1.5 | 1.8 | 124.0% |
| Dem. Rep. of Congo | 2.7 | 2.9 | 2.9 | 3.4 | 4.1 | 3.0 | 1.7 | 2.3 | 2.6 | 2.9 | 2.8 | -33.1% |
| Côte d'Ivoire | 2.4 | 3.1 | 3.4 | 2.5 | 2.9 | 3.7 | 6.6 | 6.5 | 6.6 | 6.7 | 6.3 | 120.6% |
| Egypt | 20.6 | 26.3 | 39.6 | 67.1 | 82.0 | 87.6 | 109.8 | 147.7 | 163.1 | 172.2 | 175.4 | 114.0% |
| Eritrea | .. | .. | .. | .. | .. | 0.8 | 0.6 | 0.8 | 0.6 | 0.4 | 0.5 | .. |
| Ethiopia | 1.4 | 1.2 | 1.4 | 1.4 | 2.4 | 2.6 | 3.2 | 4.9 | 5.9 | 6.4 | 7.0 | 191.0% |
| Gabon | 1.7 | 2.1 | 2.2 | 1.9 | 1.1 | 1.2 | 1.3 | 2.1 | 2.4 | 2.3 | 1.7 | 60.3% |
| Ghana | 1.9 | 2.5 | 2.2 | 2.5 | 2.8 | 3.6 | 5.4 | 6.2 | 8.9 | 7.8 | 6.6 | 130.7% |
| Kenya | 3.2 | 3.4 | 4.3 | 4.6 | 5.7 | 5.9 | 6.7 | 7.1 | 8.0 | 8.0 | 9.3 | 62.7% |
| Libyan Arab Jamahiriya | 3.8 | 9.9 | 17.2 | 24.7 | 28.0 | 40.6 | 42.6 | 45.1 | 45.7 | 49.8 | 53.3 | 90.7% |
| Morocco | 6.8 | 9.9 | 13.9 | 16.4 | 20.2 | 25.2 | 30.0 | 39.5 | 42.2 | 43.8 | 43.1 | 114.0% |
| Mozambique | 3.0 | 2.4 | 2.4 | 1.5 | 1.0 | 1.1 | 1.5 | 1.5 | 2.1 | 2.0 | 2.2 | 123.6% |
| Namibia | .. | .. | .. | .. | .. | 1.8 | 1.0 | 1.0 | 0.9 | 1.1 | 1.4 | .. |
| Nigeria | 5.9 | 11.8 | 26.9 | 33.2 | 38.2 | 41.6 | 40.9 | 53.2 | 46.0 | 54.4 | 42.9 | 12.2% |
| Senegal | 1.2 | 1.6 | 2.0 | 1.9 | 2.2 | 2.5 | 3.7 | 4.7 | 5.0 | 5.0 | 5.3 | 141.5% |
| South Africa | 148.8 | 175.6 | 215.1 | 295.1 | 300.3 | 349.9 | 364.1 | 416.4 | 446.9 | 486.3 | 461.5 | 53.7% |
| Sudan | 4.1 | 3.9 | 3.9 | 4.3 | 5.6 | 4.7 | 7.1 | 11.2 | 13.6 | 12.5 | 14.5 | 160.0% |
| United Rep. of Tanzania | 2.1 | 1.9 | 2.2 | 2.0 | 2.0 | 3.0 | 2.3 | 5.1 | 5.4 | 5.8 | 6.3 | 206.8% |
| Togo | 0.3 | 0.3 | 0.4 | 0.3 | 0.6 | 0.6 | 1.0 | 1.0 | 0.9 | 1.1 | 1.1 | 95.8% |
| Tunisia | 3.7 | 5.0 | 8.0 | 10.1 | 12.3 | 14.0 | 17.4 | 19.2 | 20.4 | 21.0 | 20.7 | 68.1% |
| Zambia | 3.4 | 3.3 | 3.4 | 2.9 | 2.7 | 2.1 | 1.7 | 2.1 | 1.5 | 1.7 | 1.8 | -33.9% |
| Zimbabwe | 7.9 | 7.7 | 8.0 | 9.6 | 15.4 | 15.3 | 12.8 | 10.6 | 9.5 | 9.0 | 8.8 | -42.8% |
| Other Africa | 7.3 | 8.7 | 11.4 | 12.2 | 14.8 | 17.5 | 19.4 | 25.1 | 28.5 | 29.5 | 29.4 | 98.6% |
| **Africa** | **245.5** | **303.0** | **405.5** | **552.4** | **610.5** | **698.9** | **762.6** | **913.5** | **986.4** | **1 053.0** | **1 032.4** | **69.1%** |
| | | | | | | | | | | | | |
| Bangladesh | 3.4 | 4.7 | 7.2 | 9.3 | 14.1 | 21.3 | 26.7 | 38.1 | 43.6 | 47.4 | 51.2 | 262.4% |
| Brunei Darussalam | 0.4 | 1.7 | 3.2 | 4.3 | 4.1 | 5.5 | 6.0 | 6.2 | 8.1 | 8.9 | 7.7 | 85.6% |
| Cambodia | .. | .. | .. | .. | .. | 1.4 | 2.3 | 3.8 | 4.4 | 4.6 | 4.3 | .. |
| Chinese Taipei | 31.2 | 43.2 | 75.1 | 74.8 | 115.9 | 162.7 | 226.9 | 270.0 | 284.0 | 268.7 | 250.2 | 115.9% |
| India | 198.5 | 238.4 | 283.5 | 419.2 | 590.8 | 791.0 | 973.6 | 1 198.4 | 1 372.9 | 1 450.2 | 1 630.0 | 175.9% |
| Indonesia | 25.5 | 39.3 | 73.2 | 90.1 | 150.4 | 229.4 | 277.7 | 346.7 | 368.6 | 364.9 | 390.3 | 159.4% |
| DPR of Korea | 69.4 | 79.6 | 108.6 | 129.8 | 117.6 | 75.8 | 68.9 | 74.4 | 62.5 | 69.5 | 66.3 | -43.6% |
| Malaysia | 13.8 | 16.9 | 29.5 | 38.3 | 55.4 | 93.3 | 118.5 | 164.8 | 181.9 | 190.7 | 173.5 | 213.3% |
| Mongolia | .. | .. | .. | 11.6 | 12.7 | 10.1 | 8.8 | 9.5 | 11.2 | 11.3 | 12.0 | -5.1% |
| Myanmar | 4.6 | 4.1 | 5.2 | 6.0 | 4.1 | 6.7 | 8.8 | 14.3 | 12.8 | 12.4 | 10.7 | 162.1% |
| Nepal | 0.2 | 0.3 | 0.5 | 0.5 | 0.9 | 1.8 | 3.1 | 3.0 | 2.5 | 2.9 | 3.4 | 272.6% |
| Pakistan | 17.1 | 21.2 | 26.8 | 40.0 | 61.0 | 82.3 | 102.1 | 121.3 | 142.9 | 137.8 | 142.5 | 133.7% |
| Philippines | 24.2 | 29.3 | 34.3 | 26.9 | 39.4 | 59.0 | 69.1 | 71.8 | 68.1 | 71.7 | 69.5 | 76.5% |
| Singapore | 7.0 | 9.7 | 14.1 | 16.2 | 29.3 | 50.4 | 52.4 | 35.0 | 25.2 | 28.3 | 34.1 | 16.6% |
| Sri Lanka | 2.9 | 2.9 | 3.9 | 3.7 | 4.0 | 5.8 | 10.6 | 12.4 | 12.7 | 11.9 | 12.8 | 220.8% |
| Thailand | 17.3 | 21.8 | 34.3 | 40.7 | 81.2 | 140.2 | 159.2 | 220.6 | 231.6 | 239.7 | 230.6 | 184.0% |
| Vietnam | 16.1 | 16.7 | 14.8 | 17.1 | 17.2 | 27.8 | 44.0 | 80.6 | 92.9 | 101.9 | 114.0 | 562.5% |
| Other Asia | 8.3 | 10.1 | 16.4 | 10.0 | 10.1 | 9.3 | 11.3 | 14.9 | 13.8 | 13.5 | 14.3 | 41.2% |
| **Asia** | **440.0** | **540.1** | **730.8** | **938.8** | **1 308.1** | **1 773.7** | **2 170.1** | **2 685.9** | **2 939.7** | **3 036.4** | **3 217.4** | **146.0%** |
| | | | | | | | | | | | | |
| People's Rep. of China | 867.6 | 1 133.9 | 1 489.2 | 1 794.7 | 2 371.1 | 2 957.8 | 3 052.2 | 5 125.0 | 6 037.2 | 6 558.4 | 7 037.9 | 196.8% |
| Hong Kong, China | 9.1 | 11.1 | 14.3 | 22.8 | 30.9 | 34.9 | 39.2 | 40.1 | 45.8 | 44.3 | 47.1 | 52.5% |
| **China** | **876.7** | **1 145.0** | **1 503.5** | **1 817.5** | **2 402.0** | **2 992.7** | **3 091.4** | **5 165.1** | **6 082.9** | **6 602.7** | **7 085.0** | **195.0%** |

* Includes Estonia and Slovenia prior to 1990.

# CO$_2$ emissions: Reference Approach

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | 3.1 | 4.8 | 6.3 | 9.8 | 10.2 | 11.6 | 13.8 | 17.7 | 20.8 | 22.0 | 22.4 | 120.0% |
| Islamic Republic of Iran | 45.1 | 73.9 | 106.8 | 150.7 | 183.3 | 243.7 | 340.5 | 453.0 | 492.7 | 528.7 | 549.1 | 199.5% |
| Iraq | 12.4 | 15.0 | 29.9 | 45.2 | 50.8 | 74.6 | 72.1 | 97.5 | 96.1 | 99.6 | 92.8 | 82.9% |
| Jordan | 1.4 | 2.1 | 4.3 | 7.5 | 9.4 | 12.4 | 14.1 | 18.4 | 19.4 | 18.7 | 19.5 | 108.9% |
| Kuwait | 14.0 | 15.1 | 26.0 | 37.5 | 24.1 | 38.3 | 50.6 | 72.4 | 72.1 | 76.6 | 83.9 | 248.7% |
| Lebanon | 5.0 | 6.0 | 6.9 | 6.6 | 5.5 | 12.8 | 14.1 | 14.5 | 12.0 | 15.8 | 19.3 | 251.0% |
| Oman | 0.7 | 0.7 | 3.1 | 5.5 | 10.8 | 16.8 | 20.6 | 26.4 | 38.0 | 40.9 | 37.0 | 244.2% |
| Qatar | 2.2 | 5.0 | 7.7 | 12.2 | 13.8 | 17.5 | 22.9 | 36.4 | 50.9 | 51.5 | 52.0 | 277.4% |
| Saudi Arabia | 17.8 | 22.8 | 86.3 | 119.6 | 144.6 | 219.2 | 247.9 | 349.1 | 341.3 | 361.9 | 370.4 | 156.2% |
| Syrian Arab Republic | 7.2 | 9.0 | 12.3 | 21.9 | 29.6 | 33.8 | 40.8 | 56.3 | 67.3 | 68.5 | 60.7 | 104.8% |
| United Arab Emirates | 2.4 | 4.9 | 18.8 | 34.7 | 50.3 | 67.4 | 80.1 | 100.0 | 120.4 | 136.4 | 139.4 | 176.9% |
| Yemen | 1.9 | 1.8 | 3.4 | 4.8 | 7.1 | 9.9 | 13.9 | 19.3 | 20.9 | 21.2 | 22.1 | 208.6% |
| **Middle East** | **113.3** | **161.4** | **311.9** | **456.1** | **539.5** | **758.1** | **931.3** | **1 260.9** | **1 351.8** | **1 441.8** | **1 468.7** | **172.3%** |
| | | | | | | | | | | | | |
| Albania | 4.1 | 4.7 | 7.9 | 7.4 | 6.5 | 1.9 | 3.1 | 4.5 | 4.1 | 3.9 | 2.7 | -58.2% |
| Armenia * | .. | .. | .. | .. | 20.5 | 3.4 | 3.4 | 4.1 | 4.8 | 5.3 | 4.3 | -79.2% |
| Azerbaijan * | .. | .. | .. | .. | 68.1 | 33.9 | 30.5 | 34.6 | 29.1 | 31.0 | 27.7 | -59.3% |
| Belarus * | .. | .. | .. | .. | 127.4 | 63.0 | 60.0 | 63.9 | 66.2 | 66.2 | 64.0 | -49.8% |
| Bosnia and Herzegovina * | .. | .. | .. | .. | 24.0 | 3.5 | 13.7 | 15.8 | 18.2 | 19.7 | 19.6 | -18.4% |
| Bulgaria | 63.8 | 73.0 | 84.2 | 85.1 | 76.2 | 57.5 | 43.4 | 47.8 | 52.1 | 49.8 | 43.0 | -43.6% |
| Croatia * | .. | .. | .. | .. | 21.6 | 16.0 | 17.9 | 21.0 | 22.2 | 21.2 | 20.0 | -7.4% |
| Cyprus | 1.8 | 1.7 | 2.6 | 2.8 | 4.1 | 5.2 | 6.3 | 6.6 | 7.3 | 7.7 | 7.4 | 79.8% |
| Georgia * | .. | .. | .. | .. | 30.4 | 7.2 | 4.4 | 4.4 | 5.8 | 5.0 | 5.8 | -80.8% |
| Gibraltar | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 181.5% |
| Kazakhstan * | .. | .. | .. | .. | 237.0 | 169.3 | 116.0 | 165.4 | 210.6 | 220.3 | 209.1 | -11.8% |
| Kyrgyzstan * | .. | .. | .. | .. | 22.5 | 4.4 | 4.5 | 5.0 | 5.6 | 5.4 | 6.5 | -70.9% |
| Latvia * | .. | .. | .. | .. | 18.7 | 9.1 | 6.4 | 6.9 | 7.9 | 7.6 | 6.6 | -64.6% |
| Lithuania * | .. | .. | .. | .. | 33.7 | 14.5 | 10.9 | 13.6 | 14.4 | 14.3 | 12.3 | -63.6% |
| FYR of Macedonia * | .. | .. | .. | .. | 8.6 | 8.2 | 8.6 | 9.1 | 9.5 | 9.2 | 8.5 | -1.6% |
| Malta | 0.6 | 0.6 | 1.0 | 1.1 | 2.3 | 2.2 | 2.1 | 2.7 | 2.7 | 2.6 | 2.5 | 9.2% |
| Republic of Moldova * | .. | .. | .. | .. | 30.2 | 11.4 | 6.5 | 8.0 | 7.5 | 7.1 | 5.8 | -80.9% |
| Romania | 111.6 | 138.9 | 177.8 | 178.9 | 171.8 | 127.2 | 87.7 | 91.7 | 96.1 | 91.3 | 77.1 | -55.1% |
| Russian Federation * | .. | .. | .. | .. | 2 337.2 | 1 620.4 | 1 545.2 | 1 579.8 | 1 611.3 | 1 669.5 | 1 528.6 | -34.6% |
| Serbia * | .. | .. | .. | .. | 61.6 | 44.4 | 41.9 | 50.8 | 52.9 | 52.9 | 47.3 | -23.2% |
| Tajikistan * | .. | .. | .. | .. | 11.2 | 2.4 | 2.2 | 2.4 | 3.2 | 3.0 | 2.8 | -75.2% |
| Turkmenistan * | .. | .. | .. | .. | 52.4 | 34.7 | 36.3 | 46.2 | 54.4 | 55.9 | 48.9 | -6.7% |
| Ukraine * | .. | .. | .. | .. | 699.1 | 428.3 | 325.7 | 335.4 | 324.7 | 323.6 | 272.8 | -61.0% |
| Uzbekistan * | .. | .. | .. | .. | 120.6 | 103.8 | 122.4 | 112.7 | 117.1 | 120.2 | 116.7 | -3.2% |
| Former Soviet Union * | 2 368.9 | 2 842.6 | 3 242.5 | 3 448.3 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | 65.5 | 77.1 | 101.5 | 127.2 | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **2 616.4** | **3 138.7** | **3 617.6** | **3 851.1** | **4 185.6** | **2 772.9** | **2 499.4** | **2 632.8** | **2 727.9** | **2 793.1** | **2 540.4** | **-39.3%** |
| | | | | | | | | | | | | |
| Argentina | 86.0 | 89.8 | 101.2 | 92.7 | 106.8 | 117.6 | 134.1 | 147.7 | 164.1 | 172.9 | 165.7 | 55.2% |
| Bolivia | 2.2 | 3.4 | 4.6 | 4.3 | 4.8 | 7.6 | 7.8 | 11.4 | 11.9 | 12.6 | 13.2 | 175.6% |
| Brazil | 93.9 | 143.9 | 189.8 | 180.5 | 205.0 | 253.4 | 311.3 | 330.0 | 349.8 | 368.3 | 345.1 | 68.4% |
| Colombia | 27.0 | 31.9 | 38.3 | 42.7 | 48.9 | 57.9 | 57.6 | 60.2 | 61.6 | 65.2 | 69.4 | 42.0% |
| Costa Rica | 1.4 | 1.8 | 2.3 | 2.0 | 2.9 | 4.0 | 5.1 | 5.1 | 6.5 | 6.7 | 6.4 | 119.0% |
| Cuba | 20.2 | 23.7 | 31.3 | 32.4 | 32.5 | 23.3 | 26.8 | 25.3 | 24.9 | 26.1 | 28.5 | -12.2% |
| Dominican Republic | 3.4 | 5.6 | 6.5 | 7.1 | 9.3 | 13.5 | 19.2 | 18.1 | 19.4 | 19.0 | 18.7 | 101.2% |
| Ecuador | 3.4 | 6.5 | 10.9 | 12.3 | 13.0 | 16.9 | 19.0 | 27.3 | 27.9 | 26.5 | 27.5 | 111.4% |
| El Salvador | 1.5 | 2.1 | 1.8 | 1.9 | 2.3 | 4.8 | 5.3 | 6.0 | 6.4 | 6.0 | 5.7 | 145.0% |
| Guatemala | 2.4 | 2.7 | 4.3 | 3.4 | 3.7 | 6.0 | 9.3 | 11.5 | 12.5 | 11.3 | 14.5 | 295.6% |
| Haiti | 0.4 | 0.4 | 0.6 | 0.8 | 0.9 | 0.9 | 1.4 | 2.0 | 2.3 | 2.4 | 2.2 | 131.3% |
| Honduras | 1.1 | 1.3 | 1.7 | 1.6 | 2.2 | 3.5 | 4.5 | 6.9 | 7.8 | 7.7 | 6.9 | 217.2% |
| Jamaica | 5.2 | 7.4 | 6.4 | 4.5 | 7.1 | 8.4 | 10.0 | 10.4 | 13.3 | 11.6 | 8.3 | 16.5% |
| Netherlands Antilles | 13.6 | 9.6 | 10.0 | 4.9 | 4.0 | 3.3 | 3.9 | 3.7 | 4.3 | 3.9 | 5.2 | 30.1% |
| Nicaragua | 1.5 | 1.9 | 1.9 | 1.9 | 1.7 | 2.6 | 3.4 | 4.2 | 4.3 | 4.1 | 4.2 | 138.6% |
| Panama | 3.7 | 3.7 | 2.5 | 2.7 | 2.5 | 3.9 | 5.2 | 5.5 | 6.1 | 6.3 | 7.4 | 198.9% |
| Paraguay | 0.6 | 0.7 | 1.4 | 1.4 | 1.9 | 3.5 | 3.2 | 3.4 | 3.7 | 3.7 | 4.1 | 108.9% |
| Peru | 16.1 | 19.4 | 21.8 | 18.4 | 18.2 | 22.8 | 26.1 | 29.0 | 29.2 | 32.9 | 32.3 | 77.2% |
| Trinidad and Tobago | 5.0 | 4.8 | 8.3 | 11.0 | 12.7 | 12.8 | 21.4 | 33.1 | 40.5 | 38.9 | 40.6 | 219.6% |
| Uruguay | 5.8 | 5.9 | 6.0 | 3.4 | 4.0 | 4.7 | 6.1 | 5.6 | 5.9 | 8.1 | 7.5 | 86.3% |
| Venezuela | 43.6 | 60.3 | 88.8 | 99.2 | 104.9 | 116.6 | 125.7 | 152.5 | 146.4 | 153.0 | 157.0 | 49.6% |
| Other Latin America | 11.6 | 15.5 | 15.1 | 9.3 | 12.5 | 13.4 | 14.6 | 16.0 | 16.8 | 15.9 | 17.2 | 37.2% |
| **Latin America** | **349.8** | **442.3** | **555.4** | **538.4** | **601.9** | **701.5** | **821.0** | **915.0** | **965.6** | **1 004.3** | **986.2** | **63.8%** |

* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

## CO$_2$ emissions from international marine bunkers

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World** | 342.76 | 328.65 | 345.10 | 293.95 | 357.89 | 413.73 | 479.95 | 556.14 | 624.45 | 608.09 | 592.22 | 65.5% |
| | | | | | | | | | | | | |
| *Annex I Parties* | .. | .. | .. | .. | 233.63 | 231.01 | 250.90 | 272.05 | 294.47 | 277.23 | 251.96 | 7.8% |
| *Annex II Parties* | 202.63 | 216.81 | 234.71 | 171.25 | 223.39 | 227.72 | 245.78 | 263.51 | 286.18 | 268.82 | 243.97 | 9.2% |
| *North America* | 26.41 | 36.12 | 93.91 | 56.43 | 93.55 | 93.68 | 92.24 | 83.63 | 97.98 | 83.62 | 78.05 | -16.6% |
| *Europe* | 120.20 | 110.37 | 97.05 | 87.88 | 109.00 | 112.20 | 132.89 | 156.28 | 166.00 | 164.07 | 147.12 | 35.0% |
| *Asia Oceania* | 56.02 | 70.31 | 43.75 | 26.94 | 20.84 | 21.84 | 20.65 | 23.60 | 22.20 | 21.13 | 18.80 | -9.8% |
| *Annex I EIT* | .. | .. | .. | .. | 9.78 | 2.58 | 1.80 | 3.14 | 2.98 | 3.46 | 3.56 | -63.6% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 124.26 | 182.71 | 229.05 | 284.09 | 329.98 | 330.86 | 340.26 | 173.8% |
| | | | | | | | | | | | | |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 142.49 | 139.78 | 158.68 | 184.90 | 193.21 | 190.33 | 170.99 | 20.0% |
| | | | | | | | | | | | | |
| **Non-OECD Total \*** | 135.85 | 108.43 | 106.59 | 117.35 | 126.10 | 159.05 | 194.87 | 247.75 | 295.52 | 298.15 | 312.88 | 148.1% |
| | | | | | | | | | | | | |
| **OECD Total \*\*** | 206.91 | 220.22 | 238.51 | 176.59 | 231.79 | 254.68 | 285.08 | 308.38 | 328.93 | 309.93 | 279.33 | 20.5% |
| | | | | | | | | | | | | |
| Canada | 3.07 | 2.58 | 4.71 | 1.18 | 2.87 | 3.17 | 3.34 | 1.88 | 2.02 | 1.67 | 1.51 | -47.4% |
| Chile | 0.60 | 0.37 | 0.27 | 0.09 | 0.57 | 1.12 | 1.94 | 3.30 | 3.76 | 3.64 | 2.61 | 357.2% |
| Mexico | 0.26 | 0.38 | 1.00 | 1.33 | .. | 2.55 | 3.83 | 2.70 | 2.69 | 3.18 | 2.39 | .. |
| United States | 23.34 | 33.54 | 89.20 | 55.26 | 90.68 | 90.51 | 88.90 | 81.76 | 95.96 | 81.94 | 76.54 | -15.6% |
| **OECD Americas** | 27.27 | 36.88 | 95.18 | 57.85 | 94.12 | 97.35 | 98.02 | 89.63 | 104.43 | 90.44 | 83.06 | -11.8% |
| | | | | | | | | | | | | |
| Australia | 5.10 | 5.03 | 3.68 | 2.28 | 2.14 | 2.79 | 2.96 | 2.81 | 2.67 | 3.05 | 2.64 | 23.5% |
| Israel | .. | .. | .. | 0.35 | 0.38 | 0.65 | 0.58 | 0.87 | 1.07 | 1.20 | 1.10 | 190.4% |
| Japan | 49.88 | 64.20 | 38.90 | 23.92 | 17.66 | 17.92 | 16.93 | 19.80 | 18.54 | 16.97 | 15.08 | -14.6% |
| Korea | 1.53 | 0.17 | 0.31 | 1.69 | 5.27 | 21.35 | 30.46 | 33.24 | 30.90 | 29.16 | 26.81 | 408.9% |
| New Zealand | 1.04 | 1.08 | 1.18 | 0.74 | 1.04 | 1.13 | 0.76 | 0.99 | 0.99 | 1.11 | 1.09 | 4.4% |
| **OECD Asia Oceania** | 57.55 | 70.48 | 44.06 | 28.98 | 26.49 | 43.84 | 51.69 | 57.72 | 54.16 | 51.50 | 46.72 | 76.4% |
| | | | | | | | | | | | | |
| Austria | - | - | - | - | - | - | - | - | - | - | - | .. |
| Belgium | 8.06 | 8.64 | 7.52 | 7.30 | 12.91 | 12.31 | 17.02 | 24.40 | 29.54 | 30.49 | 22.34 | 73.1% |
| Czech Republic | - | - | - | - | - | - | - | - | - | - | - | .. |
| Denmark | 2.09 | 1.67 | 1.32 | 1.34 | 3.02 | 4.96 | 4.03 | 2.41 | 3.33 | 2.87 | 1.60 | -46.9% |
| Estonia | .. | .. | .. | .. | 0.57 | 0.28 | 0.33 | 0.38 | 0.78 | 0.79 | 0.71 | 24.0% |
| Finland | 0.24 | 0.30 | 1.84 | 1.45 | 1.78 | 1.04 | 2.10 | 1.59 | 1.44 | 1.26 | 0.78 | -56.1% |
| France | 12.71 | 14.53 | 12.52 | 7.52 | 7.96 | 7.94 | 9.42 | 8.65 | 9.20 | 8.04 | 8.02 | 0.7% |
| Germany | 12.93 | 10.52 | 11.00 | 10.85 | 7.79 | 6.43 | 6.85 | 7.83 | 9.66 | 9.36 | 8.57 | 9.9% |
| Greece | 1.78 | 2.70 | 2.63 | 3.51 | 7.97 | 11.17 | 11.28 | 9.02 | 10.05 | 9.72 | 8.25 | 3.5% |
| Hungary | - | - | - | - | - | - | - | - | - | - | - | .. |
| Iceland | .. | .. | .. | 0.02 | 0.10 | 0.14 | 0.21 | 0.20 | 0.20 | 0.19 | 0.20 | 106.0% |
| Ireland | 0.24 | 0.20 | 0.23 | 0.09 | 0.06 | 0.36 | 0.47 | 0.32 | 0.34 | 0.27 | 0.35 | 523.9% |
| Italy | 22.80 | 17.97 | 13.08 | 10.75 | 8.37 | 7.59 | 5.16 | 7.06 | 7.60 | 7.98 | 7.43 | -11.2% |
| Luxembourg | - | - | - | - | - | - | - | - | - | - | - | .. |
| Netherlands | 28.26 | 32.86 | 29.39 | 27.45 | 34.29 | 35.59 | 41.98 | 53.31 | 50.40 | 48.58 | 44.61 | 30.1% |
| Norway | 1.90 | 1.49 | 0.87 | 1.03 | 1.39 | 2.19 | 2.56 | 2.16 | 2.05 | 1.49 | 1.54 | 10.3% |
| Poland | 1.63 | 2.21 | 2.22 | 1.63 | 1.24 | 0.44 | 0.90 | 1.01 | 0.78 | 0.87 | 0.78 | -36.9% |
| Portugal | 2.32 | 2.00 | 1.34 | 1.48 | 1.91 | 1.52 | 2.08 | 1.82 | 1.57 | 1.68 | 1.51 | -20.8% |
| Slovak Republic | - | - | - | - | - | - | - | - | - | - | - | .. |
| Slovenia | .. | .. | .. | .. | .. | .. | .. | 0.07 | 0.15 | 0.21 | 0.10 | .. |
| Spain | 5.94 | 3.44 | 5.07 | 6.76 | 11.46 | 10.00 | 18.97 | 25.00 | 26.71 | 27.69 | 27.52 | 140.2% |
| Sweden | 3.58 | 3.45 | 2.66 | 1.76 | 2.09 | 3.30 | 4.28 | 6.12 | 6.54 | 6.43 | 6.70 | 220.0% |
| Switzerland | .. | .. | .. | .. | 0.06 | 0.05 | 0.03 | 0.04 | 0.03 | 0.03 | 0.02 | -55.6% |
| Turkey | 0.26 | 0.29 | .. | 0.25 | 0.37 | 0.58 | 1.25 | 3.31 | 2.63 | 2.06 | 0.85 | 129.8% |
| United Kingdom | 17.37 | 10.60 | 7.57 | 6.56 | 7.84 | 7.62 | 6.44 | 6.34 | 7.32 | 7.99 | 7.67 | -2.2% |
| **OECD Europe \*\*** | 122.10 | 112.87 | 99.26 | 89.76 | 111.18 | 113.49 | 135.37 | 161.04 | 170.34 | 168.00 | 149.56 | 34.5% |
| | | | | | | | | | | | | |
| *European Union - 27* | .. | .. | .. | .. | 111.49 | 112.64 | 134.49 | 159.93 | 170.14 | 169.42 | 153.14 | 37.4% |

\* Includes Estonia and Slovenia prior to 1990.
\*\* Excludes Estonia and Slovenia prior to 1990.

## CO$_2$ emissions from international marine bunkers

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Non-OECD Total \*** | **135.85** | **108.43** | **106.59** | **117.35** | **126.10** | **159.05** | **194.87** | **247.75** | **295.52** | **298.15** | **312.88** | **148.1%** |
| | | | | | | | | | | | | |
| Algeria | 0.61 | 0.77 | 1.29 | 1.16 | 1.36 | 1.17 | 0.77 | 1.17 | 1.09 | 1.01 | 0.91 | -33.0% |
| Angola | 0.77 | 0.48 | 0.83 | 0.10 | 0.02 | 0.03 | .. | 0.34 | 0.04 | 0.04 | 0.59 | + |
| Benin | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Botswana | | | | | | | | | | | | |
| Cameroon | .. | .. | 0.12 | 0.03 | 0.04 | 0.09 | 0.06 | 0.04 | 0.16 | 0.16 | 0.16 | 275.8% |
| Congo | .. | .. | .. | .. | .. | .. | .. | .. | 0.09 | 0.13 | .. | |
| Dem. Rep. of Congo | 0.40 | 0.22 | 0.08 | 0.09 | 0.10 | 0.01 | .. | .. | .. | .. | .. | |
| Côte d'Ivoire | 0.06 | 0.01 | 1.35 | 0.73 | 0.12 | 0.27 | 0.29 | 0.35 | 0.34 | 0.21 | 0.20 | 64.3% |
| Egypt | 0.06 | 1.08 | 3.19 | 4.71 | 5.25 | 7.73 | 8.58 | 4.51 | 3.08 | 1.51 | 0.96 | -81.8% |
| Eritrea | .. | .. | .. | .. | .. | 0.42 | .. | .. | .. | .. | .. | |
| Ethiopia | 0.07 | 0.01 | 0.01 | 0.03 | 0.04 | 0.52 | .. | .. | .. | .. | .. | |
| Gabon | 0.20 | 0.14 | 0.19 | 0.22 | 0.08 | 0.44 | 0.60 | 0.71 | 0.83 | 0.84 | 0.57 | 620.4% |
| Ghana | 0.16 | 0.14 | 0.10 | .. | .. | .. | 0.16 | 0.12 | 0.14 | 0.18 | 0.23 | .. |
| Kenya | 1.47 | 1.05 | 0.56 | 0.45 | 0.55 | 0.17 | 0.26 | 0.06 | 0.07 | 0.07 | 0.09 | -84.4% |
| Libyan Arab Jamahiriya | 0.01 | 0.01 | 0.02 | 0.04 | 0.25 | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 | 0.28 | 12.5% |
| Morocco | 0.24 | 0.18 | 0.21 | 0.04 | 0.06 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | -34.9% |
| Mozambique | 0.76 | 0.35 | 0.27 | 0.10 | 0.09 | 0.01 | 0.00 | 0.01 | .. | .. | .. | |
| Namibia | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | |
| Nigeria | 0.02 | 0.11 | 0.25 | 0.34 | 0.58 | 1.42 | 1.15 | 1.55 | 1.75 | 1.86 | 1.96 | 237.9% |
| Senegal | 2.99 | 2.09 | 0.84 | 0.33 | 0.11 | 0.09 | 0.30 | 0.36 | 0.27 | 0.23 | 0.19 | 69.7% |
| South Africa | 10.81 | 7.15 | 5.25 | 3.41 | 5.95 | 10.30 | 8.51 | 8.52 | 8.30 | 8.61 | 8.46 | 42.1% |
| Sudan | .. | 0.01 | 0.02 | 0.02 | 0.02 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 14.3% |
| United Rep. of Tanzania | 0.05 | 0.05 | 0.12 | 0.08 | 0.08 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | 0.07 | -15.5% |
| Togo | .. | .. | .. | .. | .. | .. | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | |
| Tunisia | 0.06 | 0.02 | 0.02 | 0.01 | 0.07 | 0.06 | 0.03 | 0.03 | 0.03 | 0.08 | 0.09 | 25.5% |
| Zambia | - | - | - | - | - | - | - | - | - | - | - | - |
| Zimbabwe | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Other Africa | 3.02 | 2.08 | 1.77 | 1.82 | 1.71 | 1.68 | 1.99 | 1.74 | 1.71 | 1.83 | 1.83 | 6.9% |
| **Africa** | **21.76** | **15.95** | **16.48** | **13.70** | **16.49** | **24.81** | **23.13** | **19.94** | **18.33** | **17.19** | **16.65** | **0.9%** |
| | | | | | | | | | | | | |
| Bangladesh | 0.06 | 0.05 | 0.19 | 0.07 | 0.06 | 0.11 | 0.11 | 0.11 | 0.11 | 0.11 | 0.11 | 78.6% |
| Brunei Darussalam | | | | | | | | | | | | |
| Cambodia | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Chinese Taipei | 0.39 | 0.33 | 0.66 | 1.62 | 4.86 | 7.57 | 11.02 | 7.72 | 6.62 | 5.71 | 5.05 | 4.0% |
| India | 0.71 | 0.57 | 0.72 | 0.34 | 0.47 | 0.39 | 0.27 | 0.08 | 0.15 | 0.45 | 0.51 | 7.7% |
| Indonesia | 0.70 | 1.09 | 0.79 | 0.68 | 1.68 | 1.28 | 0.36 | 0.42 | 0.47 | 0.50 | 0.52 | -68.8% |
| DPR of Korea | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | |
| Malaysia | 0.11 | 0.22 | 0.18 | 0.31 | 0.28 | 0.52 | 0.67 | 0.26 | 0.21 | 0.19 | 0.14 | -52.2% |
| Mongolia | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | |
| Myanmar | 0.01 | 0.00 | .. | - | - | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | x |
| Nepal | - | - | - | - | - | - | - | - | - | - | - | |
| Pakistan | 0.29 | 0.21 | 0.47 | 0.08 | 0.11 | 0.05 | 0.08 | 0.25 | 0.41 | 0.54 | 0.73 | 583.9% |
| Philippines | 1.27 | 0.44 | 0.59 | 0.49 | 0.21 | 0.35 | 0.68 | 0.37 | 0.75 | 0.83 | 0.62 | 201.6% |
| Singapore | 8.89 | 10.43 | 14.96 | 15.14 | 33.87 | 35.28 | 57.58 | 78.60 | 97.28 | 107.72 | 112.19 | 231.3% |
| Sri Lanka | 1.19 | 1.29 | 1.10 | 1.01 | 1.21 | 1.09 | 0.50 | 0.53 | 0.54 | 0.63 | 0.62 | -48.4% |
| Thailand | 0.21 | 0.25 | 0.50 | 0.65 | 1.70 | 3.02 | 2.46 | 5.18 | 5.15 | 5.18 | 4.75 | 179.1% |
| Vietnam | .. | .. | .. | 0.07 | 0.09 | 0.22 | 0.46 | 0.79 | 0.88 | 0.91 | 0.92 | 974.1% |
| Other Asia | 0.57 | 0.53 | 0.46 | 0.20 | 0.21 | 0.33 | 0.32 | 0.47 | 0.47 | 0.46 | 0.48 | 132.7% |
| **Asia** | **14.39** | **15.42** | **20.61** | **20.65** | **44.74** | **50.21** | **74.52** | **94.81** | **113.05** | **123.23** | **126.66** | **183.1%** |
| | | | | | | | | | | | | |
| People's Rep. of China | 0.30 | 0.69 | 1.87 | 2.47 | 4.59 | 6.62 | 13.02 | 26.51 | 36.04 | 26.22 | 30.88 | 572.5% |
| Hong Kong, China | 1.96 | 1.69 | 2.83 | 3.11 | 4.52 | 7.16 | 10.61 | 17.79 | 25.99 | 21.49 | 32.35 | 615.2% |
| **China** | **2.26** | **2.37** | **4.70** | **5.58** | **9.11** | **13.78** | **23.63** | **44.30** | **62.04** | **47.71** | **63.22** | **593.7%** |

\* Includes Estonia and Slovenia prior to 1990.

# $CO_2$ emissions from international marine bunkers

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bahrain | 0.56 | 0.55 | 0.60 | 0.47 | 0.25 | 0.25 | 0.25 | 0.24 | 0.25 | 0.22 | 0.20 | -20.0% |
| Islamic Republic of Iran | 1.29 | 1.57 | 1.55 | 1.15 | 1.56 | 2.34 | 1.98 | 1.69 | 2.80 | 2.61 | 9.96 | 538.3% |
| Iraq | 0.26 | 0.29 | 0.37 | 0.46 | 0.40 | .. | .. | .. | .. | .. | .. | .. |
| Jordan | .. | .. | .. | .. | .. | 0.03 | 0.13 | 0.25 | 0.12 | 0.10 | 0.12 | .. |
| Kuwait | 6.29 | 6.32 | 5.60 | 2.38 | 0.55 | 1.82 | 1.43 | 2.15 | 3.00 | 3.13 | 1.20 | 116.3% |
| Lebanon | 0.71 | 0.03 | .. | .. | .. | 0.04 | 0.05 | 0.06 | 0.06 | 0.07 | 0.07 | .. |
| Oman | 3.85 | 2.54 | 0.71 | 0.35 | 0.06 | 0.08 | 0.19 | 0.12 | 0.06 | 0.41 | 0.38 | 510.0% |
| Qatar | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Saudi Arabia | 40.05 | 25.86 | 13.62 | 28.01 | 5.74 | 5.96 | 6.60 | 7.09 | 8.66 | 8.85 | 8.00 | 39.5% |
| Syrian Arab Republic | 0.77 | 1.26 | 1.97 | 2.53 | 2.82 | 3.43 | 3.68 | 3.17 | 3.27 | 3.18 | 3.39 | 20.4% |
| United Arab Emirates | .. | .. | 5.53 | 9.69 | 18.99 | 33.16 | 29.30 | 37.44 | 44.22 | 46.24 | 38.88 | 104.7% |
| Yemen | 1.13 | 0.91 | 2.13 | 1.24 | 1.24 | 0.31 | 0.30 | 0.39 | 0.39 | 0.39 | 0.39 | -68.2% |
| **Middle East** | **54.91** | **39.34** | **32.09** | **46.28** | **31.61** | **47.43** | **43.91** | **52.59** | **62.82** | **65.21** | **62.59** | **98.0%** |
| | | | | | | | | | | | | |
| Albania | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Armenia * | .. | .. | .. | .. | - | .. | .. | .. | .. | - | - | .. |
| Azerbaijan * | .. | .. | .. | .. | - | .. | .. | .. | .. | - | - | .. |
| Belarus * | .. | .. | .. | .. | - | .. | .. | .. | .. | - | - | .. |
| Bosnia and Herzegovina * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Bulgaria | .. | .. | .. | 0.71 | 0.18 | 0.85 | 0.20 | 0.34 | 0.16 | 0.38 | 0.64 | 255.8% |
| Croatia * | .. | .. | .. | .. | 0.15 | 0.10 | 0.06 | 0.08 | 0.07 | 0.07 | 0.02 | -85.2% |
| Cyprus | 0.01 | 0.06 | 0.05 | 0.11 | 0.18 | 0.21 | 0.60 | 0.90 | 0.85 | 0.78 | 0.68 | 277.0% |
| Georgia * | .. | .. | .. | .. | .. | 0.16 | .. | .. | .. | .. | .. | .. |
| Gibraltar | 0.55 | 0.58 | 0.41 | 0.88 | 1.38 | 2.69 | 3.22 | 3.63 | 3.84 | 3.92 | 4.04 | 193.5% |
| Kazakhstan * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Kyrgyzstan * | .. | .. | .. | .. | - | .. | .. | .. | - | - | - | .. |
| Latvia * | .. | .. | .. | .. | 1.48 | 0.47 | 0.02 | 0.81 | 0.56 | 0.65 | 0.86 | -42.0% |
| Lithuania * | .. | .. | .. | .. | 0.30 | 0.44 | 0.29 | 0.45 | 0.37 | 0.28 | 0.40 | 34.3% |
| FYR of Macedonia * | - | - | - | - | .. | .. | .. | .. | - | - | - | .. |
| Malta | 0.19 | 0.08 | 0.09 | 0.06 | 0.09 | 0.14 | 2.07 | 2.09 | 2.67 | 2.89 | 3.57 | + |
| Republic of Moldova * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Romania | .. | .. | .. | .. | .. | .. | .. | .. | 0.11 | 0.22 | 0.05 | .. |
| Russian Federation * | .. | .. | .. | .. | 5.87 | .. | .. | .. | .. | .. | .. | .. |
| Serbia * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Tajikistan * | .. | .. | .. | .. | - | .. | .. | .. | - | - | - | .. |
| Turkmenistan * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Ukraine * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Uzbekistan * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Soviet Union * | 13.17 | 14.09 | 14.09 | 13.79 | .. | .. | .. | .. | .. | .. | .. | .. |
| Former Yugoslavia * | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| **Non-OECD Europe and Eurasia *** | **13.92** | **14.81** | **14.64** | **15.53** | **9.62** | **5.06** | **6.45** | **8.30** | **8.64** | **9.19** | **10.26** | **6.6%** |
| | | | | | | | | | | | | |
| Argentina | 0.66 | 0.28 | 1.32 | 2.00 | 2.22 | 1.71 | 1.48 | 2.19 | 2.82 | 3.02 | 2.99 | 34.7% |
| Bolivia | - | .. | .. | .. | .. | .. | .. | .. | - | - | - | .. |
| Brazil | 1.00 | 1.17 | 1.42 | 1.71 | 1.72 | 3.64 | 9.16 | 10.92 | 11.29 | 14.17 | 11.75 | 584.6% |
| Colombia | 0.95 | 0.49 | 0.31 | 0.22 | 0.33 | 0.58 | 0.72 | 1.05 | 1.22 | 1.28 | 1.32 | 301.9% |
| Costa Rica | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Cuba | .. | .. | .. | 0.13 | 0.05 | 0.05 | 0.06 | 0.09 | 0.10 | 0.10 | 0.10 | 76.5% |
| Dominican Republic | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Ecuador | 0.28 | .. | 0.34 | 0.11 | 0.57 | 1.05 | 0.87 | 0.69 | 1.94 | 3.26 | 3.95 | 591.5% |
| El Salvador | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Guatemala | 0.18 | 0.27 | 0.40 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | - |
| Haiti | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Honduras | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Jamaica | 0.16 | 0.26 | 0.10 | 0.04 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | - |
| Netherlands Antilles | 7.71 | 7.34 | 7.27 | 6.13 | 5.18 | 5.32 | 5.20 | 5.46 | 5.65 | 5.76 | 5.54 | 6.9% |
| Nicaragua | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Panama | 0.03 | 0.07 | 0.06 | 0.08 | 0.10 | 0.16 | 0.17 | 0.22 | 0.31 | 0.31 | 0.34 | 234.4% |
| Paraguay | - | - | - | - | - | - | - | - | - | - | - | - |
| Peru | 0.04 | 0.05 | 0.38 | 0.53 | 0.03 | 0.41 | 0.13 | 0.71 | 0.47 | 0.47 | 0.23 | 563.7% |
| Trinidad and Tobago | 5.12 | 3.54 | 1.42 | 0.31 | 0.11 | 0.16 | 1.19 | 1.47 | 1.46 | 1.37 | 1.38 | + |
| Uruguay | 0.27 | 0.20 | 0.24 | 0.33 | 0.37 | 1.21 | 0.92 | 1.14 | 1.07 | 1.43 | 1.63 | 342.5% |
| Venezuela | 9.13 | 4.82 | 1.99 | 1.76 | 2.50 | 2.30 | 2.06 | 2.33 | 2.75 | 2.88 | 2.81 | 12.5% |
| Other Latin America | 3.08 | 2.04 | 2.79 | 1.87 | 0.86 | 0.71 | 0.79 | 1.06 | 1.08 | 1.08 | 1.00 | 15.5% |
| **Latin America** | **28.60** | **20.53** | **18.07** | **15.60** | **14.52** | **17.75** | **23.22** | **27.81** | **30.64** | **35.62** | **33.51** | **130.8%** |

* Prior to 1990, data for individual countries are not available separately; FSU includes Estonia and Former Yugoslavia includes Slovenia.

## CO$_2$ emissions from international aviation bunkers

*million tonnes of CO$_2$*

| | 1971 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2007 | 2008 | 2009 | % change 90-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **World** | **167.66** | **172.04** | **199.96** | **222.84** | **255.93** | **284.71** | **345.24** | **407.83** | **431.17** | **439.72** | **423.44** | **65.5%** |
| | | | | | | | | | | | | |
| *Annex I Parties* | .. | .. | .. | .. | 167.76 | 177.63 | 221.39 | 250.91 | 259.50 | 263.40 | 245.27 | 46.2% |
| *Annex II Parties* | 58.57 | 61.75 | 70.77 | 81.47 | 130.39 | 158.14 | 202.37 | 226.72 | 233.56 | 235.63 | 217.90 | 67.1% |
| *North America* | 16.61 | 17.53 | 21.18 | 21.83 | 41.50 | 48.54 | 60.20 | 70.76 | 71.96 | 72.19 | 65.95 | 58.9% |
| *Europe* | 35.96 | 37.67 | 42.70 | 48.59 | 69.97 | 85.65 | 113.65 | 124.29 | 131.80 | 134.56 | 125.09 | 78.8% |
| *Asia Oceania* | 6.01 | 6.55 | 6.90 | 11.05 | 18.92 | 23.96 | 28.52 | 31.68 | 29.79 | 28.88 | 26.85 | 41.9% |
| *Annex I EIT* | .. | .. | .. | .. | 36.63 | 18.50 | 17.12 | 20.71 | 22.25 | 23.53 | 22.89 | -37.5% |
| *Non-Annex I Parties* | .. | .. | .. | .. | 88.16 | 107.08 | 123.85 | 156.92 | 171.67 | 176.32 | 178.18 | 102.1% |
| | | | | | | | | | | | | |
| *Annex I Kyoto Parties* | .. | .. | .. | .. | 128.22 | 130.68 | 162.37 | 179.22 | 185.40 | 188.58 | 176.85 | 37.9% |
| | | | | | | | | | | | | |
| **Non-OECD Total \*** | **104.02** | **103.87** | **119.38** | **130.73** | **114.81** | **112.11** | **125.98** | **155.88** | **167.66** | **171.67** | **175.29** | **52.7%** |
| | | | | | | | | | | | | |
| **OECD Total \*\*** | **63.64** | **68.18** | **80.58** | **92.11** | **141.11** | **172.60** | **219.26** | **251.96** | **263.51** | **268.05** | **248.16** | **75.9%** |
| | | | | | | | | | | | | |
| Canada | 1.25 | 1.93 | 1.35 | 1.22 | 2.71 | 2.58 | 3.08 | 2.55 | 1.55 | 1.61 | 2.02 | -25.3% |
| Chile | 0.43 | 0.35 | 0.54 | 0.49 | 0.57 | 0.64 | 1.04 | 1.05 | 1.37 | 1.59 | 1.30 | 130.2% |
| Mexico | 1.39 | 2.40 | 4.23 | 4.53 | 5.23 | 6.75 | 8.05 | 8.52 | 9.84 | 9.42 | 7.96 | 52.1% |
| United States | 15.35 | 15.60 | 19.83 | 20.61 | 38.79 | 45.96 | 57.11 | 68.21 | 70.41 | 70.58 | 63.93 | 64.8% |
| **OECD Americas** | **18.43** | **20.27** | **25.95** | **26.85** | **47.29** | **55.93** | **69.29** | **80.33** | **83.18** | **83.20** | **75.21** | **59.0%** |
| | | | | | | | | | | | | |
| Australia | 1.57 | 1.89 | 2.40 | 2.76 | 4.29 | 5.75 | 7.15 | 8.10 | 9.13 | 9.05 | 9.24 | 115.3% |
| Israel | 1.79 | 1.88 | 2.21 | 1.99 | 1.56 | 2.10 | 2.35 | 2.19 | 2.46 | 2.50 | 2.40 | 53.6% |
| Japan | 3.80 | 4.32 | 3.92 | 7.63 | 13.31 | 16.61 | 19.57 | 21.37 | 18.39 | 17.55 | 15.43 | 15.9% |
| Korea | - | 0.36 | 0.83 | 1.69 | 0.84 | 2.05 | 1.70 | 7.25 | 9.39 | 11.28 | 10.93 | + |
| New Zealand | 0.64 | 0.34 | 0.57 | 0.66 | 1.32 | 1.60 | 1.79 | 2.20 | 2.28 | 2.29 | 2.18 | 65.4% |
| **OECD Asia Oceania** | **7.80** | **8.79** | **9.93** | **14.74** | **21.33** | **28.10** | **32.56** | **41.11** | **41.64** | **42.66** | **40.19** | **88.4%** |
| | | | | | | | | | | | | |
| Austria | 0.28 | 0.24 | 0.38 | 0.65 | 0.82 | 1.29 | 1.63 | 1.67 | 1.68 | 1.78 | 1.57 | 92.2% |
| Belgium | 1.21 | 1.05 | 1.22 | 1.62 | 2.82 | 2.61 | 4.37 | 3.80 | 3.00 | 6.05 | 5.72 | 103.0% |
| Czech Republic | 0.69 | 0.58 | 0.85 | 0.63 | 0.65 | 0.56 | 0.48 | 0.94 | 1.02 | 0.99 | 1.00 | 54.0% |
| Denmark | 1.92 | 1.56 | 1.59 | 1.56 | 1.70 | 1.84 | 2.32 | 2.55 | 2.63 | 2.61 | 2.30 | 34.8% |
| Estonia | .. | .. | .. | .. | 0.09 | 0.05 | 0.06 | 0.14 | 0.15 | 0.08 | 0.10 | 3.2% |
| Finland | 0.18 | 0.40 | 0.46 | 0.48 | 0.97 | 0.86 | 1.02 | 1.24 | 1.59 | 1.72 | 1.51 | 54.7% |
| France | 4.57 | 5.71 | 5.62 | 6.43 | 9.32 | 11.44 | 15.07 | 16.10 | 17.47 | 17.58 | 16.19 | 73.6% |
| Germany | 7.57 | 8.16 | 8.22 | 9.46 | 12.58 | 14.13 | 17.39 | 19.69 | 21.45 | 21.73 | 21.14 | 68.1% |
| Greece | 1.29 | 1.31 | 2.23 | 2.33 | 2.34 | 2.52 | 2.41 | 2.30 | 2.82 | 2.94 | 2.53 | 7.9% |
| Hungary | 0.15 | 0.20 | 0.36 | 0.44 | 0.49 | 0.54 | 0.69 | 0.79 | 0.74 | 0.82 | 0.70 | 43.8% |
| Iceland | 0.22 | 0.13 | 0.09 | 0.18 | 0.22 | 0.20 | 0.39 | 0.40 | 0.49 | 0.35 | 0.22 | - |
| Ireland | 0.96 | 0.73 | 0.60 | 0.57 | 1.03 | 1.11 | 1.73 | 2.35 | 2.87 | 2.69 | 1.64 | 59.3% |
| Italy | 3.47 | 2.44 | 4.15 | 4.33 | 4.50 | 5.80 | 8.38 | 8.88 | 10.11 | 9.76 | 8.88 | 97.6% |
| Luxembourg | 0.11 | 0.15 | 0.19 | 0.22 | 0.39 | 0.56 | 0.95 | 1.28 | 1.29 | 1.30 | 1.24 | 218.0% |
| Netherlands | 2.01 | 2.26 | 2.72 | 3.47 | 4.29 | 7.38 | 9.65 | 10.67 | 10.87 | 11.02 | 10.25 | 138.6% |
| Norway | 0.70 | 0.51 | 0.67 | 0.92 | 1.24 | 1.09 | 1.05 | 1.04 | 1.12 | 1.13 | 1.06 | -15.2% |
| Poland | 0.52 | 0.53 | 0.67 | 0.67 | 0.68 | 0.82 | 0.82 | 0.96 | 1.33 | 1.59 | 1.44 | 112.6% |
| Portugal | 0.70 | 0.80 | 0.88 | 1.27 | 1.49 | 1.49 | 1.69 | 2.13 | 2.50 | 2.59 | 2.43 | 63.0% |
| Slovak Republic | - | - | - | - | - | 0.12 | 0.08 | 0.12 | 0.15 | 0.19 | 0.13 | x |
| Slovenia | .. | .. | .. | .. | 0.08 | 0.06 | 0.07 | 0.07 | 0.09 | 0.10 | 0.08 | - |
| Spain | 1.74 | 2.77 | 2.58 | 2.67 | 3.32 | 6.01 | 8.03 | 9.18 | 10.07 | 10.11 | 9.40 | 183.0% |
| Sweden | 0.33 | 0.33 | 0.49 | 0.51 | 1.07 | 1.76 | 2.06 | 1.87 | 1.93 | 2.32 | 2.11 | 96.6% |
| Switzerland | 1.63 | 1.80 | 2.02 | 2.41 | 3.00 | 3.63 | 4.57 | 3.48 | 3.87 | 4.14 | 3.98 | 32.7% |
| Turkey | 0.09 | 0.14 | 0.12 | 0.18 | 0.53 | 0.78 | 1.54 | 3.21 | 3.42 | 3.86 | 4.22 | 691.4% |
| United Kingdom | 7.08 | 7.32 | 8.59 | 9.53 | 18.86 | 21.92 | 30.93 | 35.65 | 36.04 | 34.74 | 32.94 | 74.7% |
| **OECD Europe \*\*** | **37.41** | **39.12** | **44.70** | **50.51** | **72.49** | **88.57** | **117.40** | **130.51** | **138.69** | **142.18** | **132.76** | **83.1%** |
| | | | | | | | | | | | | |
| *European Union - 27* | .. | .. | .. | .. | 70.44 | 85.61 | 111.80 | 124.72 | 132.24 | 135.45 | 125.61 | 78.3% |

\* Includes Estonia and Slovenia prior to 1990.
\*\* Excludes Estonia and Slovenia prior to 1990.